| Projected Climate Change | Anticipated Hydrologic Response | Potential Consequences to Resource Values |
|---|---|---|
| More intense storms<br>Warmer atmosphere has potential for increase in frequency and magnitude of big storms | • Localized flooding<br>• Increased debris flows<br>• Increased hillslope and channel erosion | • Increased risk to channel and floodplain infrastructure from sediment and high flows.<br>• Increased concern for public safety.<br>• Increased selenium load in streams where Mancos Shale exposure is significant. |
| More frequent and longer periods of drought | • Less soil moisture<br>• Reduced groundwater recharge<br>• Lower summer and fall baseflow | • Increased erosion associated with natural disturbances associated with drought (e.g. fire).<br>• Increased plant stress and susceptibility to insect and disease mortality.<br>• Reduced groundwater contribution to baseflows<br>• Reduced discharge from springs<br>• Reduced wetland/riparian function. |
| Increase winter dust deposition on snowpack | • Accentuate changes to snowpack melt | • Similar to warmer winter consequences. |

In addition to climate impacts addressed in Table 3-17, other projected impacts to Colorado can be found in the Colorado Climate Change Vulnerability Study (Colorado Energy Office, 2015). This study examines climate impacts across various sectors of the economy, including water provision, agriculture, energy, transportation, and outdoor recreation, and public health. Reference from this study are included throughout the analysis in appropriate resource sections. Additional references are also provided from the Union of Concerned Scientists report "Rocky Mountain Forests at Risk" that summarizes impacts already underway from climate change (Funk, 2014).

## The Carbon Budget

A growing body of analysis on coupled climate-carbon models have shown temperature is closely related to the total amount of $CO_2$ emissions released over time, where the cumulative emissions (i.e. the area under the curve), rather than the timing or shape of the emissions curve is more important for peak warming estimates. The IPCC's AR5 recently quantified the global "carbon budget" at 1,000 Petagrams of carbon (PgC), which represents the amount of carbon emissions that can be emitted while still having a likely chance (66%) of limiting global temperature rise to 2 degrees Celsius above pre-industrial levels. As of 2015, the world had already emitted approximately 778 PgC or roughly 78% of the total budget over the last 250 years. According to the EPA's 2016 GHG inventory report, the U.S. emitted 6,587 million metric tons of carbon dioxide equivalents in 2014, which represents approximately a 9% decline relative to 2005 emissions levels. Three sectors of the broader economy are responsible for a full 77% of the emissions (electricity generation - 29%, transportation - 27%, and industry - 21%). In terms of the IPCC carbon budget, the World Resource Institute estimates that 2013 global $CO_2$ emissions were approximately 35.7 billion metric tons or 9.73 PgC. At current emissions rates the remaining carbon budget would be exhausted in approximately 23 years (medium confidence).

The Office of Natural Resources Revenue, U.S. Department of the Interior data shows that in 2015 total federal (onshore) production of coal in the country stood at approximately 389,606,150 tons. As a whole

BLM_0050478

(federal and non-federal), the U.S. produced approximately 896,940,563 tons of coal in 2105 (U.S. Energy Information Administration).  In 2015, Federal coal made up approximately 43% of the total production and in general has continued to decline along with the total coal production nationally. On an annual basis the maximum production year for the Proposed Action would represent 1.67% of all federal coal produced nationally and 0.72% of all the coal produced in the U.S. relative to 2015. The CO2 emissions from the assumed combustion of the maximum projected West Elk production would be approximately 0.22% of the U.S. total relative to 2014, and 0.04% of the global GHG burden relative to 2013 on an annualized basis. The rates are roughly an order of magnitude higher when considered on a CO2e basis. Cumulatively, all of the available West Elk coal (maximum recovery alternative) represents just less than 10% of what the entire U.S. fleet combusts on an annual basis (eGrid 2014). The cumulative difference between the no action and other alternatives represents approximately 2.4% of what the U.S. fleet combusts annually. Relative to projected annual West Elk production, the percentage is just 0.9% of what the U.S. fleet combusts annually. It is currently not reasonably foreseeable to determine if the no action alternative would result in cumulative (global) GHG reductions as the result of not making the coal available to the existing fleet. All that can be gleamed from this analysis is that relative to the alternatives themselves, the no action produces the least amount of incremental GHG increases. This does not however translate directly into climate change impact reductions due to the complexities involved with estimating the coal supply market responses to current demand, current fuel substitution transitions to non-coal fuels (beyond the scope of this analysis), and how other governments and sectors of the global economy implement or fail to implement GHG emissions reduction strategies.

Other ways to characterize GHG emissions include estimating the monetized damages associated with an incremental increase in emissions of carbon dioxide, methane and other gases in a given year often discussed as "social costs of GHG estimates". Such costs include (but are not limited to) changes in net agricultural productivity, human health, property damages from increased flood risk, and the value of ecosystem services due to climate change. A social costs of GHG emissions protocol was developed by an Interagency Working Group (IWG) to assist agencies in meeting Executive Order (EO) 12866, which requires federal agencies to assess the cost and the benefits of intended regulations as part of their regulatory impact analyses (RIAs). Several commenters suggested that the IWG protocol be used for this EIS. However, a recent Executive Order (EO)entitled, "Promoting Energy Independence and Economic Growth," issued March 28, 2017, (before this analysis was conducted) directed that the IWG be disbanded and that technical documents issued by the IWG be withdrawn as no longer representative of governmental policy (Section 5 of the EO). It further directed that when monetizing the value of changes in greenhouse gas emissions resulting from regulations, agencies follow the guidance contained in OMB Circular A-4 of September 17, 2003.[21]  However, it is not necessary to quantify the greenhouse gas emissions using the IWG protocol to assess the impacts of GHG emissions.

The fact that climate impacts associated with GHG emissions were not quantified in terms of monetary costs does not mean that climate impacts were ignored. Climate change and potential climate impacts, in and of themselves, are often not well understood by the general public (Etkin and Ho 2007, National Research Council 2009a).  This is in part due to the challenges associated with communicating about climate change and climate impacts, stemming in part from the fact that most causes are invisible factors (such as greenhouse gases) and there is a long lag time and geographic scale between causes and effects (National Research Council 2010). Research indicates that for difficult environmental issues such as climate change, most people more readily understand if the issue is brought to a scale that is relatable to their everyday life (Dietz 2013) and when the science and technical aspects are presented in an engaging way such as narratives about the potential implications of the climate impacts (Corner, Lewandowsky, Phillips, and Roberts 2015); use examples and make information relevant to the audience while also linking the local and global scales (National Research Council 2010). In order to more

---

[21] Similar to the withdrawn IWG technical papers, OMB Circular A-4 provides guidance to Federal agencies for regulatory analyses.

BLM_0050479

effectively convey the potential climate impacts, the Forest Service took the approach of quantifying GHG emissions and qualitatively discussing the climate related impacts-both in the air/climate change section as well as in other resource sections such as the Watershed section (3.8) and Vegetation section (3.9). Additionally, based upon the quantified greenhouse gas emissions and emissions scenarios known as Representative Concentration Pathways (RCPs), global, state and local impacts are discussed.  The projected climate impacts to the local GMUG area provides a narrative discussion in a scale that is understandable and relevant to the decision-maker and the general public.  For example Table 3-17 provides more detailed specifics on potential implications to their everyday life--such as increased demand for irrigation water, more frequent extreme warm months, etc. This approach presents the data and information in a manner that follows many of the guidelines for effective climate change communication developed by the National Academy of Sciences (National Research Council 2010) by making the information more readily understood and relatable to the decision-maker and the general public. This does not discount the quantified GHG emissions nor the qualitative discussions of global and state level impacts, but provides a meaningful and engaging way to connect the reader to more relatable impacts that then allow them to make the connections to the state and global impacts. The approach taken for this SEIS provides quantitative GHG emissions as a common metric across alternatives and qualitatively discusses climate impacts at global, regional/state, and local scales, whereas the social cost of carbon metric would only provide the impact at the global scale.  Therefore, the approach taken by the Forest Service effectively informs the decision-maker and the public of potential climate impacts at global, regional/state, and local scales.

Additionally, given that the quantity of coal and emissions associated with these lease modifications are encompassed by the analysis completed under the Colorado Roadless Rule (CRR) SFEIS the monetary value of social cost GHG was not calculated for this lease modifications SEIS.  The CRR which was setting regulation and became effective April 18, 2017, did prepare a social cost of carbon and social cost of methane analysis for the North Fork Coal Mining Area (NFCMA) exception (36 CFR 294.43(c)(1)(ix)) reinstatement (all except approximately 20 acres of the lease modification area falls within the NFCMA). Although the lease modifications are only a small portion of the NFCMA, the social cost of carbon and social cost of methane analyses for the CRR, being at a larger geographic scale, incorporate more reasonable foreseeable developments that may also contribute to greenhouse gas emissions and climate impacts thereby providing a more cumulative impact result than a focused analysis on just the lease modification area would provide. The CRR SEIS also discusses in detail the challenges and caveats of using the social cost of carbon and social cost of methane estimates and how one should interpret the results.

To examine the effects of the lease modifications in this SEIS, a regional economic impact analysis utilizing input-output modeling was conducted as discussed in Section 3.21.1.3.    A regional economic impact analysis focuses on estimating the changes in economic activity and is generally expressed as projected changes in employment, labor income, and economic output. It is important to note that cost-benefit analysis and regional economic impact analysis are very different approaches that are focused on quantifying/monetizing different measures (social welfare and economic activity respectively) and are based upon differing assumptions and terminology and are not interchangeable.  As such, results from a regional economic impact analysis are not considered benefits or costs (Watson, Wilson, Thilmany, and Winter 2007). Since a cost-benefit analysis was not conducted for the SEIS, neither the economic benefits of coal production nor the social cost of emissions were included in monetary values.  Presenting social cost of GHG monetary values without any context for evaluating their significance would limit the usefulness of such information to the decision maker and the public.

## Future Climate Actions and Lease Modifications

To meet the two-degree temperature benchmark (the temperature range that the earth has operated in for the past 10,000 years) the world needs to reduce GHG emissions at a rate of approximately 4% (until stabilization around 2080). The U.S. is the largest emitter of GHGs in the world on a per capita basis,

BLM_0050480

while China is number one in terms of mass emissions. All nations have established different rates of reduction targets based on several socio-economic factors. The U.S. had previously set an aggressive goal to try and reduce emissions 83% relative to 2005 levels (7,228.3 Mt CO2e, excluding land use and changes) by mid-century.

Market conditions may become favorable for methane capture in the North Fork Valley. In response to technology and economic factors, MCC should provide to BLM an updated report on the economic feasibility of capturing the mine's mine methane for beneficial use or abatement, and should provide it to BLM no later than 1 year after the modification is approved consistent with lease stipulation in Table 2-2 to evaluate this situation prior to mining.

### 3.4.6   Consistency with Forest Plan and Other Laws

Proposed Action would be consistent with air quality and fugitive dust provisions required by the CAAQS and NAAQS and PSD increments as well as alternative gaseous emissions regulated by MSHA and EPA. The proposed action is also consistent with Forest Service Manual 2580-Air Resource Management and the 1991 GMUG Forest Plan.

## 3.5 Topographic & Physiographic Environment

### 3.5.1   Affected Environment

The analysis area encompasses the lands within and immediately surrounding the lease modification area. Topography of the general area ranges greatly from steep to relatively flat (Figure 3-16).

The elevations in the lease modification area range from about 8,200 feet to around 9,800 feet.  The Proposed lease modifications are drained by Lick Creek, South Prong Creek, and Horse Creek, all which drains into the East Fork of Minnesota Creek. These drainages eventually empty into the North Fork of the Gunnison River.  The topography of the area has been greatly influenced by a wide range of mass movement landforms and historic geologic processes (e.g., erosion, faulting, and the intrusion of the West Elk Mountains).

The area in and around the lease modifications contain localized landslides and rock falls (both natural and mining induced). Landslides/earth movements in this region are usually preceded, accompanied, and followed by perceptible creep along the surface of the slide or within the slide mass.

BLM_0050481



**Figure 3-16. Lease Modification Topography**

131

BLM_0050482

## 3.5.2    Alternative 1 (No Action) Environmental Effects

If the No-Action Alternative is selected, coal would not be mined in the lease modification areas. The coal resource and the topography of the proposed lease modifications would remain unchanged except for natural processes. Natural processes (i.e., erosion, landslides, slumping) would continue shape the landscape.

## 3.5.3    Alternative 3 (Proposed Action) Environmental Effects

Under Alternative 3, the Forest Service would consent to BLM modifying the leases with stipulations including those related to subsidence and surface use.  Under Alternative 3, temporary roads could be constructed to access MDW pads and other facilities.  These potential post-leasing activities would have to abide by the lease stipulations identified in Table 2-1, so geologically unstable terrain and steep slopes would be avoided.

Potential effects to topography and physiography are essentially the same on either proposed lease modification, except for amounts of subsidence or post-lease surface use as described below.

The actual leasing of the proposed lease modifications would impose no topographic change on the tracts. If the tracts are leased, subsequent underground longwall mining would cause approximately 1,077 acres of subsidence (~618 acres from mining COC-1362, ~103 acres from mining COC-67232, and ~357 acres from mining adjacent reserves in existing federal leases and adjacent private lands if they are mineable due to the presence of geologic faults).

Subsidence occurs in areas above and adjacent to longwall mining. The amount of mining-induced subsidence, physical lowering of the land surface, triggered by longwall mining depends on the thickness of coal extracted. Other surface expressions of subsidence such as cracks, slope failure, etc., depend on many factors including mine plans, geologic strata, and overburden depth. As a general rule, the greater the overburden thickness, the less surface expressions are produced.  Surface expression (other than physical lowering of the land surface) is most noticeable on ridges and steeper slopes, particularly cliffs, where cracks might appear.  Based on annual field subsidence observations conducted by MCC, maximum crack depth in areas with slope <30% is 5-15 feet; in areas with slopes >30% cracks are 10-35 feet deep (WWE, 2010).  Fewer cracks appear in the valleys than on ridges because the alluvial material is fine-grained sand and clay material that can yield without cracking or bulging as it deformed by the subsidence process (WWE, 2010).

Previous mining subsidence in the general vicinity has created landslides and rockfalls on the edges of ridges and cliffs.  Some of these geologic instabilities are small scale features, affecting less than 100 cubic yards, but others can be large scale, affecting thousands of cubic yards of material.  Because of the more subtle topography in the proposed modifications, large scale rock fall events are not anticipated.

Other natural factors may cause an acceleration of earth movement, which may mimic mine-induced instability. For example, during an extremely wet spring, the moisture from snowmelt and spring rains could cause natural landslides and rock falls to move and shift. Therefore, to an outside observer it is sometimes difficult to assess whether a mass movement is occurring due to subsidence or other naturally occurring processes.

As mentioned previously, the thickness of coal mined and overburden thickness influences the total amount of subsidence.  For example, assuming a coal extraction thickness of 11 feet for the E-seam in the adjoining leases, and a overburden for the E-seam ranging from 400-1,425 feet, surface subsidence would be expected to be anywhere from 4 to 8 feet.

BLM_0050483

Topographic changes caused by subsidence with longwall mining are often unnoticeable to the untrained eye. Subsidence at any given point on the surface begins when the longwall face is beneath that point and is generally 90 % complete when the longwall face has passed at 1.2 to 1.4 times the overburden depth beyond the point of mining. For example for a an area where there is 500 feet of over-burden, subsidence from longwall mining would be 90% complete within about a month when the longwall face (active mining area) is 600 to 700 feet beyond that point on the surface.

Subsidence associated with authorizing the lease modifications is expected to affect about 1,077 acres (includes ~ 357 additional adjacent reserves on private and federal lands made accessible via lease modifications). Other than lowering the land surface, the long-term effects of subsidence on surface topography would be minimal, and even unnoticeable to most casual observers. Some residual cracks may remain in the more brittle bedrock material on ridges or cliffs. Overall, the topography above subsided longwall mining workings would be similar to the pre-mining topography, albeit lower in elevation. Subsidence from underground mining could initiate, aggravate, and perhaps even accelerate, the existing landslides and rock falls in the area.

There are no anticipated indirect long-term topographic impacts expected for surface facility disturbances supporting underground mining activities. Under Alternative 3, approx. 24 acres of access roads could be re-graded, re-contoured, and reseeded and would mimic approximately original contour prior to disturbance. Constructed MDW pads and facilities (expected to be approximately 48 acres) would also be re-graded and re-contoured after they are no longer needed for mine operations in such a manner that the area would blend into the surrounding undisturbed terrain.

Due to the remoteness of the area, residential properties and utility infrastructure will not be impacted.

Subsidence monitoring and a subsidence control plan is a requirement of the mine permit issued by the Colorado DRMS. If surface cracks occur that affect other uses (roads, trails, etc.), the surface management agencies have authority to require timely on-site mitigation per the subsidence control plan approved in the DRMS mine permit and per the two subsidence stipulations identified in Section 2.2. Therefore, no additional stipulations are recommended beyond those in the parent lease.

### 3.5.3.1    Exploration

Under Alternative 3, drill pads and temporary roads could be constructed. These potential post-leasing activities would have to abide by the lease stipulations identified in Table 2-1, so geologic unstable terrain and steep slopes would be avoided. There are no anticipated indirect long-term topographic impacts expected for surface facility disturbances supporting underground mining activities.

There are no anticipated indirect long-term topographic impacts expected for surface facility disturbances supporting underground mining activities. Under Alternative 3, approx. 24 acres of access roads could be re-graded, re-contoured, and reseeded and would mimic approximately original contour prior to disturbance. Constructed MDW pads and facilities (expected to be approximately 48 acres) would also be re-graded and re-contoured after they are no longer needed for mine operations in such a manner that the area would blend into the surrounding undisturbed terrain.

## 3.5.4    Alternative 4 Environmental Effects

Under Alternative 4, the Forest Service would consent to modify only the COC-1362 lease. Potential post-leasing activities would have to abide by the lease stipulations identified in Table 2-1, so geologically unstable terrain and steep slopes would be avoided.

The actual leasing of the proposed lease modification would impose no topographic change on the tract. If the tracts are leased, subsequent underground longwall mining would cause approximately 930 acres

BLM_0050484

of subsidence (~595 acres from mining COC-1362, <1 acre on COC-37232 and ~335 acres from mining adjacent reserves in existing federal leases and adjacent private lands).

Subsidence occurs in areas above and adjacent to longwall mining. The amount of mining-induced subsidence, physical lowering of the land surface, triggered by longwall mining depends on the thickness of coal extracted. Other surface expressions of subsidence such as cracks, slope failure, etc., depend on many factors including mine plans, geologic strata, and overburden depth. As a general rule, the greater the overburden thickness, the less surface expressions are produced.  Surface expression (other than physical lowering of the land surface) is most noticeable on ridges and steeper slopes, particularly cliffs, where cracks might appear.  Based on annual field subsidence observations conducted by MCC, maximum crack depth in areas with slope <30% is 5-15 feet; in areas with slopes >30% cracks are 10-35 feet deep (WWE, 2010).  Fewer cracks appear in the valleys than on ridges because the alluvial material is fine-grained sand and clay material that can yield without cracking or bulging as it deformed by the subsidence process (WWE, 2010).

Previous mining subsidence in the general vicinity has created landslides and rockfalls on the edges of ridges and cliffs.  Some of these geologic instabilities are small scale features, affecting less than 100 cubic yards, but others can be large scale, affecting thousands of cubic yards of material.  Because of the more subtle topography in the proposed modifications, large scale rock fall events are not anticipated.

Other natural factors may cause an acceleration of earth movement, which may mimic mine-induced instability. For example, during an extremely wet spring, the moisture from snowmelt and spring rains could cause natural landslides and rock falls to move and shift. Therefore, to an outside observer it is sometimes difficult to assess whether a mass movement is occurring due to subsidence or other naturally occurring processes.

As mentioned previously, the thickness of coal mined and overburden thickness influences the total amount of subsidence.  For example, assuming a coal extraction thickness of 11 feet for the E-seam in the adjoining leases, and a overburden for the E-seam ranging from 400-1,425 feet, surface subsidence would be expected to be anywhere from 4 to 8 feet.

Topographic changes caused by subsidence with longwall mining are often unnoticeable to the untrained eye. Subsidence at any given point on the surface begins when the longwall face is beneath that point and is generally 90 % complete when the longwall face has passed at 1.2 to 1.4 times the overburden depth beyond the point of mining. For example, for a an area where there is 500 feet of over-burden, subsidence from longwall mining would be 90% complete within about a month when the longwall face (active mining area) is 600 to 700 feet beyond that point on the surface.

Subsidence associated with authorizing the lease modifications is expected to affect about 930 acres (~595 acres from mining COC-1362, <1 acre on COC-37232, and ~335 acres from mining adjacent reserves in existing federal leases and adjacent private lands if they are mineable due to the presence of geologic faults)..  Other than lowering the land surface, the long-term effects of subsidence on surface topography would be minimal, and even unnoticeable to most casual observers. Some residual cracks may remain in the more brittle bedrock material on ridges or cliffs. Overall, the topography above subsided longwall mining workings would be similar to the pre-mining topography, albeit lower in elevation. Subsidence from underground mining could initiate, aggravate, and perhaps even accelerate, the existing landslides and rock falls in the area.

There are no anticipated indirect long-term topographic impacts expected for surface facility disturbances supporting underground mining activities.  With Alternative 4 under the CRR framework, approx. 22 acres of access roads would be re-graded, re-contoured, and reseeded and would mimic approximately original contour prior to disturbance.  Constructed MDW pads and facilities (expected to be approximately 44

BLM_0050485

acres) would also be re-graded and re-contoured after they are no longer needed for mine closer in such a manner that the area would blend into the surrounding undisturbed terrain.

Due to the remoteness of the area, residential properties and utility infrastructure will not be impacted.

Subsidence monitoring and a subsidence control plan is a requirement of the mine permit issued by the Colorado DRMS. If surface cracks occur that affect other uses (roads, trails, etc.), the surface management agencies have authority to require timely on-site mitigation per the subsidence control plan approved in the DRMS mine permit and per the two subsidence stipulations identified in Section 2.2. Therefore, no additional stipulations are recommended beyond those in the parent lease.

### 3.5.4.1    Exploration

Under Alternative 4, effects from be exploration would be expected to be similar to Alternative 3 except would only occur on the COC-1362 lease.

## 3.5.5    Cumulative Impacts

The North Fork Valley region east of the town of Paonia has numerous existing natural landslide and other unstable areas. These natural features when combined with subsidence from existing and future coal mining would continue to contribute to future changes in the topography of the area. Thousands of acres of land have been subsided due to mining in the North Fork Valley. Disturbances associated with future foreseeable (roads, drill pads) also will create areas temporarily free of vegetation and increase soil erosion potential which can contribute to slumping or mass wasting events during the active life of those facilities until reclaimed. In addition, if landslides and rockfalls are initiated or accelerated due to subsidence, increased sedimentation and erosion is likely to occur in those areas. Previous experience in the North Fork and at the West Elk Mine has demonstrated that subsidence triggered mass wasting has not been significant enough to adversely affect terrestrial and aquatic ecology.

If the lease modifications are granted, effects similar to those described in Alternatives 3 and 4 could occur on the adjacent private land while mining 4.2 million tons of private coal reserves and on parent leases where additional 3.3 million tons federal coal reserves may be mineable. Post-lease surface disturbances associated with mining those lands is estimated to be approximately 63 acres (42 acres of MDW pads, and 21 acres of MDW access) which may alter surface topography through cut and fill for road and pad construction, but would be reclaimed after done mining.

Additional subsidence and 65.5 acres of surface uses resulting in cuts and fills which would be reclaimed may occur on parent leases if MCC enters the B-Seam.

## 3.5.6    Consistency with Forest Plan and Other Laws

All action alternatives are consistent with Forest Plan standards for geology which establishes limits on ground-disturbing activity on unstable slopes and highly erodible sites. Other impacts to the surface resource that may occur as a result of mining, including landslides and erosion, must be mitigated to stabilize the surface and return the land to an approved post-mining land use.

## 3.6 Geology

### 3.6.1    Affected Environment

#### 3.6.1.1    General Geology

The proposed lease modifications lie in the Paonia-Somerset coal field. The main coal beds within this area are found in the Upper Cretaceous Mesa Verde Formation. The coal bearing sedimentary strata of

BLM_0050486

the Mesa Verde Formation are relatively flat lying with a regional dip of approximately five degrees to the north/northeast. Local dips can vary.  The principal mineable coal seam in the proposed lease modifications is the "E" seam.  Other seams within the tract (A, B, C, and D), are either considered too thin (less than 6 feet) or are too discontinuous to mine.

The Tertiary Wasatch Formation, Upper Cretaceous Mesa Verde Formation, and Quaternary deposits outcrop within the area. The Cretaceous Mancos Shale does not outcrop on the lease modification area but lies below the Mesa Verde Formation. The following is a brief overview of the geologic units in the area:

- *Quaternary Deposits:* The Quaternary deposits are an unsorted mixture of soil and rock formed by various mass-wasting processes such as landslides, earth flows, soil creep, and debris avalanches. These deposits also include slope colluvium and Quaternary unconsolidated deposits derived from the Wasatch Formation.

- *Wasatch Formation (Tertiary):* The Wasatch formation overlies the Mesa Verde Formation. It consists of red and buff shales and red sandstones in the upper part of the formation, and red to gray conglomerates in the lower portion. The Ohio Creek conglomerate, which is the basal conglomerate unit, is a regional marker and commonly referenced geologic mapping datum.

- *Mesa Verde Formation* (Cretaceous): The Mesa Verde Formation is the primary coal bearing formation in this region and conformably overlies the Mancos Shale Formation. It consists of approximately 2,300 feet of interbedded coal seams, sandstones, shales, and siltstones. The Mesa Verde Formation consists of the Barren Member, Paonia Member, Bowie Member, and Rollins Sandstone Member. The Barren Member is approximately 1,600 feet in thickness and contains no coal seams. The Paonia Member ranges from approximately 300 to 500 feet and is composed of shales and interbedded sandstone. The Paonia Member contains the D and E coal seams. The Bowie Member ranges from 270 to 350 feet thick and consists primarily of grey shales, interbedded lenticular sandstones, and coal seams. The Bowie Member contains the A, B, and C coal seams. The Rollins Sandstone ranges from 120 to 200 feet in thickness. It is a massive, cross-bedded medium to coarse grained, buff to white sandstone unit. The Rollins Sandstone lies conformably on the underlying Mancos Shale and is relatively continuous throughout the area, thus serving as a common marker bed.

- *Mancos Shale (Cretaceous):* The Mancos Shale is a regionally extensive bed of marine shales ranging up to 4,000 feet in thickness. In the lease modification areas, it underlies the exposed geologic sequence.  West of the town of Somerset, the North Fork of the Gunnison River has cut through the upper portion of the Mancos Shale, exposing the grey marine shales which are prominent with this formation.

Geologic faults in the area have been observed to have steep "dips" (ranging from about 75 degrees to vertical) and "throws" varying from 0-10 feet.

## 3.6.1.2  Geologic Hazards

Lands within and surrounding the modification areas display numerous existing natural landslide features and other unstable slopes.  Geologic hazards have been mapped in accordance with C.R.S. 1973, 24-65.1-101, et. seq. Geologic hazards, which are a normal dynamic process, can be intensified or lessened by human activity. Most geologic hazards in the area predate human influence; however, some human influences on geologic hazards are the result of historic mining. However, during periods of high precipitation there is increased movement of existing landslides and development of new landslides on unstable slopes.

BLM_0050487

Previous mining in the general vicinity has initiated landslides and rockfalls on steep terrain, and on edges of ridges and cliffs.  Some of these geologic instabilities are small scale features, affecting less than 100 cubic yards, but others can be large scale, affecting 1000s of cubic yards of material.

### 3.6.1.3    Geologic Faults

Geologic faults have been identified in the parent leases during mining activities in the E Seam.  These faults are referred to as ESM-N and ESM-S (see Figure 3-17). Regarding ESM-N, the fault was found to be offset as little as 2-3' and high as 30'.  In December 2013, miners encountered another fault, ESM-S, for which previous horizontal drilling had revealed that a geologic feature existed in this vicinity.  ESM-S is an overthrust fault having a very significant offset that caused MCC to reconsider their projections for development to the south. Horizontal drill holes to probe both faults occurred during the first quarter of 2014. By June of 2014 MCC interpreted that data and it caused MCC to change their E Seam mining projections.  The ESM-N fault extended 3,500' and the offset was about ½ seam thickness but was not found beyond that point. The ESM-S fault continued its extension 10,000' and the offset was about 4x seam thickness, which implies it extends much further, but has not been crossed by underground development since it was discovered. With the knowledge derived from the horizontal drilling, MCC projected a mine layout to avoid the ESM-S fault by turning what they call the Sunset Trails Mains SE to parallel the fault without crossing it in the near term. This strategy allows for development of gateroads for the E7 and E8 longwall panels although those panels are now shorter on their west end as a result of the southeast direction of the Sunset Trails Mains.  Additionally, the ESM-S fault is tentatively projected to extend into the COC-1362 lease modification area (Figure 3-17).

BLM_0050488

*Supplemental Final Environmental Impact Statement* | Federal Coal Lease Modifications COC-1362 & COC-67232



**Figure 3-17. Newly Discovered Geologic Faults**

BLM_0050489

### 3.6.1.4    Other Geologic Resources

The lands in the area have been rated as having high potential for oil and gas (GMUG Final Oil and Gas Leasing EIS). The project area is near the edge of the productive natural gas basin. If present, any oil and gas resources under the lease modifications area have not been leased.

Methane found in the coal seams and surrounding sandstones is released through the mining process ("coal mine methane"). See Air Quality Section for further discussion on methane released from mining activity.

Other than the E-seam, other coal seams in the lease modifications are not considered economically recoverable at this time.

## 3.6.2    Alternative 1 (No Action) Environmental Effects

If the No Action Alternative is selected, coal would not be mined in the lease modifications areas. The coal resource and the structural and lithologic integrity of the proposed lease modification area would remain in-place. The potential to recover the coal resource at some time in the future would remain. Geologic instabilities, such as landslides and rockfalls would continue at historic natural magnitudes.

## 3.6.3    Alternative 3 (Proposed Action) Environmental Effects

Under Alternative 3, the Forest Service would consent to and BLM would modify the leases with stipulations including those related to geologic hazards and surface use. Under Alternative 3, road construction could be allowed in the modifications areas. See Section 3.3 for details on the RFMP for this alternative.  These potential post-leasing activities would have to abide by the lease stipulations identified in Table 2-1, so geologic unstable terrain and steep slopes would be avoided.

Potential effects to geologic resources are essentially the same on either proposed lease modification, except for amounts of subsidence or post-lease surface use as described below.

### 3.6.3.1    General Geology & Geologic Hazards

If leasing and subsequent mining proceeds on the proposed lease modifications, coal would be removed and the overlying overburden material would be altered through subsidence. The coal would be extracted via longwall methods as under the proposed action. There are an estimated 9,541,000 tons of coal on COC-1362 and 559,000 tons of coal on COC-67232 that would be mined in the modifications areas under this alternative.

The overburden (including existing geologic structure and lithologic continuity) would be altered by subsidence due to the collapse of material into the void caused by extraction of coal.  However, due to the thickness of the overburden in the lease tract, and the absence of bedrock cliffs, it is anticipated that evidence of subsidence on either lease modification would not be easily seen by casual observers.

Previous mining has demonstrated the potential for mining subsidence to aggravate existing landslides and other geologic hazards.  As subsidence causes tension zones near the edges of steep ridges and/or existing unstable features, this force can induce shearing and movement within the rock formations, thereby initiating mass movement.  There are a number of landslides and other unstable slopes in the region. Subsidence beneath such steep slopes could contribute or aggravate landslide movements, but this determination is difficult to quantify given the natural (pre-mining) geologic instability of the area within both lease modifications. A stipulation in Table 2-1 requires MCC to mitigate or restore certain features when adverse subsidence effects occur.

BLM_0050490

Other natural factors may cause an acceleration of impacts, which may mimic mine-induced instability. For example, in an extremely wet spring, moisture from snowmelt and spring rains could cause an increase in natural landslides and rock falls. That said, it is sometimes difficult to assess whether a mass movement is occurring due to mine operations or naturally occurring processes.

Mining induced seismic events as a result of longwall mining are likely to occur. Based on existing information, these events with previously recorded magnitudes of 2.0 to 3.4, are not expected to cause damage to surface resources or overlying structures. MCC is currently participating with the National Institute of Occupational Safety and Health (NIOSH), and is part of the North Fork Valley Seismic Network. MCC manages 6 seismic stations as part of this network, and seismicity reports are generated quarterly (see project file for further information). A stipulation in Table 2-1 requires monitoring which will continue to provide this information.

Through compliance with lease stipulations attached to the lease modification, future surface operations (e.g., methane drainage and exploration, construction and use of roads and drill pads) should not impact steep slopes or areas of geologic instability.

### 3.6.3.2    Geologic Faults

Geologic faults may affect estimated coal production and extraction from the COC-1362 and COC-67232 lease modification areas. Estimates have not been revised as exploration data has not been collected to confirm how far the ESM-S fault may extend into the modification areas or if other faults exist within the modifications.

### 3.6.3.3    Other Geologic Resources

Mining of the coal seam(s) in either of the lease modifications could result in methane loss within the coal bed. Recoverability of any gas resource present in geologic formations in and/or above the coal seams could be reduced due to the evacuation of gas through mine ventilation, see the Air Quality section for details. Gas resources below mine operations should not be affected unless connected by faults or other permeable features. In a regional sense, areas of shallow overburden between the coal and surface (e.g. where the West Elk Mine operates) the gas resource has not proven to be economic on its own.

Any oil and gas resources in the extracted coal seam would be lost. Recoverability of any oil and gas resources present in geologic formations above and below the coal seams could be reduced. However, due to the fracturing of the rock from subsidence, the potential also exists for future recoverable gas resources to be enhanced due to increased porosity and permeability.

Subsidence monitoring and a subsidence control plan is a requirement of the mine permit issued by the Colorado DRMS. If surface cracks occur that affect other uses (roads, trails, etc.), the surface management agencies have authority to require timely on-site mitigation per the subsidence control plan approved in the DRMS mine permit and per the two subsidence stipulations identified in Section 2.2. Therefore, no additional stipulations are recommended beyond those in the parent leases. In addition, with respect to steep slopes and geologically unstable areas, the parent leases contain stipulations that preclude surface occupancy within these areas. These stipulations will be carried forward to the modifications.

Therefore, no additional stipulations are recommended beyond those in the parent leases for this resource area.

### 3.6.3.4    Exploration

On-lease exploration would have to abide by the lease stipulations identified in Table 2-1, so geologically unstable terrain and steep slopes would be avoided. Exploration is not expected to have an impact on other geologic resources.

BLM_0050491

## 3.6.4    Alternative 4 Environmental Effects

Under Alternative 4, the Forest Service would consent to and BLM would modify only COC-1362 with stipulations including those related to geologic hazards and surface use.  Potential post-leasing activities would have to abide by the lease stipulations identified in Table 2-1, so geologically unstable terrain and steep slopes would be avoided.

### 3.6.4.1    General Geology & Geologic Hazards

If leasing and subsequent mining proceed on the proposed lease modification, coal would be removed and the overlying overburden material would be altered through subsidence. The coal would be extracted via longwall methods as under the proposed action. There is an estimated 9,265,000 tons of coal on COC-1362 that would be mined under this alternative.

The overburden (including existing geologic structure and lithologic continuity) would be altered by subsidence due to the collapse of material into the void caused by extraction of coal.  However, due to the thickness of the overburden in the lease tract, and the absence of bedrock cliffs, it is anticipated that evidence of subsidence on the lease modification would not be easily seen by casual observers.

Previous mining has demonstrated the potential for mining subsidence to aggravate existing landslides and other geologic hazards.  As subsidence causes tension zones near the edges of steep ridges and/or existing unstable features, this force can induce shearing and movement within the rock formations, thereby initiating mass movement.  There are a number of landslides and other unstable slopes in the region. Subsidence beneath such steep slopes could contribute or aggravate landslide movements, but this determination is difficult to quantify given the natural (pre-mining) geologic instability of the area within the lease modification. A stipulation in Table 2-1 requires MCC to mitigate or restore certain features when adverse subsidence effects occur.

Other natural factors may cause an acceleration of impacts, which may mimic mine-induced instability. For example, in an extremely wet spring, moisture from snowmelt and spring rains could cause an increase in natural landslides and rock falls.   That said, it is sometimes difficult to assess whether a mass movement is occurring due to mine operations or naturally occurring processes.

Mining induced seismic events as a result of longwall mining are likely to occur. Based on existing information, these events with previously recorded magnitudes of 2.0 to 3.4, are not expected to cause damage to surface resources or overlying structures. MCC is currently participating with the National Institute of Occupational Safety and Health (NIOSH), and is part of the North Fork Valley Seismic Network.  MCC manages 6 seismic stations as part of this network, and seismicity reports are generated quarterly (see project file for further information). A stipulation in Table 2-1 requires monitoring which will continue to provide this information.

Through compliance with lease stipulations attached to the lease modification, future surface operations (e.g. methane drainage and exploration, construction and use of cross-country motorized access, or roads and drill pads) should not impact steep slopes or areas of geologic instability. Methane drainage has been accommodated in this type of terrain using directional drilling techniques on a limited basis.

### 3.6.4.2    Geologic Faults

Geologic faults may affect estimated coal production and extraction from the COC-1362 lease modification area.  Estimates have not been revised as exploration data has not been collected to confirm how far the ESM-S fault may extend into the modification area or if other faults exist within the modification.

BLM_0050492

### 3.6.4.3    Other Geologic Resources

Mining of the coal seam(s) in the lease modification could result in methane loss within the coal bed. Recoverability of any gas resource present in geologic formations in and/or above the coal seam could be reduced due to the evacuation of gas through mine ventilation, see the Air Quality section for details. Gas resources below mine operations should not be affected unless connected by faults or other permeable features. In a regional sense, areas of shallow overburden between the coal and surface (e.g. where the West Elk Mine operates) the gas resource has not proven to be economic on its own.

Any oil and gas resources in the extracted coal seam would be lost. Recoverability of any oil and gas resources present in geologic formations above and below the coal seams could be reduced. However, due to the fracturing of the rock from subsidence, the potential also exists for future recoverable gas resources to be enhanced due to increased porosity and permeability.

Subsidence monitoring and a subsidence control plan is a requirement of the mine permit issued by the Colorado DRMS. If surface cracks occur that affect other uses (roads, trails, etc.), the surface management agencies have authority to require timely on-site mitigation per the subsidence control plan approved in the DRMS mine permit and per the two subsidence stipulations identified in Section 2.2. Therefore, no additional stipulations are recommended beyond those in the parent lease. In addition, with respect to steep slopes and geologically unstable areas, the parent lease contains stipulations that preclude surface occupancy within these areas. These stipulations will be carried forward to the modifications.

Therefore, no additional stipulations are recommended beyond those in the parent lease for this resource area.

### 3.6.4.4    Exploration

On-lease exploration would have to abide by the lease stipulations identified in Table 2-1, so geologically unstable terrain and steep slopes would be avoided. Exploration is not expected to have an impact on other geologic resources.

## 3.6.5    Cumulative Impacts

A considerable amount of the area north of the lease modifications is currently leased and has been or is permitted to be mined. Both natural and mine induced mass movements are likely to continue in the vicinity of the lease modifications area. In addition, if landslides and rockfalls are initiated or accelerated due to mine operations, increased sedimentation and erosion is likely to occur in those areas. Due to the naturally occurring mass movements, and natural sedimentation loads and erosion rates, it would be difficult to quantify natural vs. mine induced changes. Previous experience in the North Fork has demonstrated that subsidence triggered mass wasting has not been significant enough to adversely affect terrestrial and aquatic ecology.

Gas production, in a conventional sense, would likely not occur until coal mining ceases in this area.

If the lease modifications are granted effects similar to those described in Alternatives 3 and 4 could occur on the adjacent private land while mining 4.2 million tons of private coal reserves and on parent leases where additional 3.3 million tons federal coal reserves may be mineable. Post-lease surface disturbances associated with mining those lands is estimated to be approximately 63 acres (42 acres of MDW pads, and 21 acres of MDW access). Discovery of recent faults may render a portion of the adjacent private reserves or parent leases unmineable. Mining of the B Seam on the parent leases my further subside areas that have previously been subsided

Exploration is not expected to add to cumulative effects on geologic resources.

BLM_0050493

### 3.6.6    Consistency with Forest Plan and Other Laws

All action alternatives are consistent with Forest Plan standards for geology which establishes limits on ground-disturbing activity on unstable slopes and highly erodible sites.  Other impacts to the geologic resource that may occur as a result of mining, including landslides and erosion, must be mitigated to stabilize the surface and return the land to an approved post-mining land use.

## 3.7 Soils

### 3.7.1    Affected Environment

Authorities specifically governing Forest Service soil management include the Multiple-Use Sustained Yield Act of 1960 and the Forest and Rangelands Renewable Resources Planning Act of 1974, as amended by the National Forest Management Act of 1976 (NFMA). The GMUG Forest Plan authorizes and governs management of mineral resources and the surface uses over them. With respect to soils management, the GMUG Forest Plan establishes limits on ground-disturbing activity on unstable slopes and highly erodible sites. The Forest Plan further directs using site preparation methods to keep fertile topsoil intact, revegetating areas disturbed during road construction, and design mitigations and restoration to ensure that 80 % original ground cover occurs within 5 years after disturbance.

Regulations adopted pursuant to the Surface Mining Control and Reclamation Act of 1977 and the State of Colorado's OSMRE-approved permanent program for coal mining per the Colorado Surface Coal Mining Reclamation Act as administered by the DRMS with oversight from the OSMRE, govern all direct effects of coal mining, including those that may impact soils. These acts and attendant regulations require that topsoil be removed, stockpiled, and replaced on reclaimed surfaces associated with construction or mining disturbance. Other impacts to the soil resource that may occur as a result of mining, including landslides and erosion, must be mitigated to stabilize the surface and return the land to an approved post-mining land use.

Soils information and technical data were taken from the following soil survey completed for the project area:  An Order III soil survey, entitled Soil Survey of Grand Mesa-West Elk Area (Cryer and Hughes, 1997) was used to characterize and describe the soils overlying that portion of the project area administered by the Forest Service.  This survey each contains soil maps depicting the aerial extent of the soils delineated as well as map unit descriptions, typical pedon descriptions, and interpretation tables which were used to develop the text below.   No site-specific soil baseline studies were conducted for the modification area as a part of this project.

Soils in the project area have developed from a combination of residual, colluvial, and alluvial materials derived from local bedrock. The soil survey identified and described six map units within the tract. The map unit name, percentage coverage within the modification area, dominant soil series and attendant percent map unit composition, relative depth, hazard classifications (water erosion, shrink swell, and mass movement), and considerations as described in the soil survey are shown in Table 3-18.

Project area soils are generally deep, fine textured and well suited for vegetative production with steep slopes being the primary limitation on use. Erosion and mass movement are potential hazards associated with most soils in the area, due to fine textures. Soils on steeper slopes have slower infiltration rates, resulting in more surface flow and erosion. Mass movement on steep slopes is also a potential hazard, with Wetopa and Wesdy soil types having the highest potential hazard rating within the tract Table 3-18). Fine textures and high activity clays result in a moderate to high shrink swell hazard ratings for most soil types. At the leasing stage, the locations of surface uses are not known; therefore more detailed soil information at the sites proposed for disturbance, potential salvage depths, and volumes cannot be estimated. Location-specific soil resource data will be reviewed in more detail following if and when post-leasing surface use is proposed.

BLM_0050494

**Table 3-17. Summary of Soil Resources in the Proposed Lease Modifications Area**

| Map Unit Name | Percent of Area | Dominant Soil Series | Depth | Water Erosion | Shrink Swell | Mass-Movement | Considerations For Use |
|---|---|---|---|---|---|---|---|
| Cryoboralfs, Cryochrepts, and Rubble land, 5 to 65 percent slopes | 4 | Cryoboralfs soil and similar soils | S - VD | L - H | L | L - M | None noted. |
| | | Cryochrepts soil and similar soils | S - D | L - H | L | M | None noted. |
| | | rubble land | | | | | Large exposures of loose rock. |
| Herm - Fughes - Kolob Family Complex; 25-40% slopes | 3 | Herm soil and similar soils | VD | L - H | H | L - M | Steep slopes in some areas; high shrink-swell potential; slow permeability; high soil erosion hazard in steeper areas; moderate mass movement potential in steeper areas; clayey subsurface soil textures. |
| | | Fughes soil and similar soils | D | M - H | H | L - M | |
| | | Kolob Family and similar soils | VD | L - H | M | L - M | Steep slopes in some areas; moderate shrink swell potential; slow permeability; high soil erosion hazard in the steeper areas; subsurface rock fragments; clayey surface soil textures; clayey subsurface soil textures; moderate mass movement potential in the steeper areas. |
| Needleton - Scout families complex, 5 to 40 percent slopes | 5 | Needleton soil | VD | L – M | L | L | Steep slopes in some areas, moderate soil erosion hazard in the steeper areas, subsurface rock fragments, (Needleton family - moderate mass movement potential on slump block benches) |
| | | Scout Family soils | VD | L – M | L | L | |
| Scout - Needleton families complex, 40 to 65 percent slopes | 15 | Scout Family soils | VD | M – H | L | L | Subsurface rock fragments, steep slopes in some areas, high soil erosion hazard in the steeper areas, (Scout family - limited available water capacity) |
| | | Needleton soil | VD | H | L | L | |
| Shawa - Sandia family - Kolob family complex, 5 to 40 percent slopes | 1 | Shawa soil | VD | L - H | L | L | Steep slopes in some areas, high soil erosion hazard in the steeper areas (Sandia family - subsurface rock fragments and slow permeability) |
| | | Sandia family soil | D | H | L | L-M | |
| | | Kolob family soil | VD | L -M | M | L - M | Steep slopes, high soil erosion hazard, clayey subsurface soil textures, subsurface rock fragments, moderate shrink-swell potential, high mass movement potential in the steeper areas |

BLM_0050495

| Map Unit Name | Percent of Area | Dominant Soil Series | Depth | Hazard | | | Considerations For Use |
| | | | | Water Erosion | Shrink Swell | Mass-Movement | |
|---|---|---|---|---|---|---|---|
| Taterheap-Papaspila Complex, 5-40 percent slopes | 13 | Taterheap and similar soils | VD | L - H | M | L | Elevated erosion hazard in steep slope areas. Moderately slow permeability. |
| | | Papaspila soil and similar soils | VD | L - H | L | L | Subsurface rock fragments in Papaspila soils. |
| Wetopa - Wesdy Complex, 5-65 percent slopes | 56 | Wetopa soil and similar soils | VD | L - H | H | L - H | Slow permeability; high erosion hazard and mass movement potential on steep slopes; shrink-swell potential. |
| | | Wesdy and similar soils | VD | L - H | M | L - H | Subsurface rock fragments in Wesdy soils. |
| Coberly – Falcon, dry complex, 0-15% slopes | 3 | Coberly and similar soils | MD | L | L | L | Shallow bedrock; low water-holding capacity. Root limiting layer in Falcon dry soils. |

Depth Classes:  S = Shallow; D = Deep; VD = Very Deep Hazard Ratings:  L = Low; M = Medium; H = High

Source: Cryer and Hughes 1997

### 3.7.1.1     Exploration

Soils in the exploration area are described as six map units (Table 3-19). The map unit name, percent coverage, dominant soil series and attendant percent map unit composition, relative depth, hazard classifications (water erosion, shrink swell, and mass movement).

**Table 3-18. Acres of National Forest Disturbance by Soil Type and Characteristic for Exploration Activities**

| Soil | Water Erosion Hazard | Disturbed Acres Alternative 3 | Disturbed Acres Alternative 4 |
|---|---|---|---|
| 124 - Coberly – Falcon, dry complex, 0 -15 percent slopes | Low | 0.12 | 0.12 |
| 158 - Herm - Fughes - Kolob family complex, 25 to 40 percent slopes | Low To High | 0.65 | N/A |
| 170 - Needleton - Scout families complex, 5 to 40 percent slopes | Low To Moderate | 2.1 | N/A |
| 183 - Scout - Needleton families complex, 40 to 65 percent slopes | Mod. To High | 5.17 | 1.3 |
| 188 - Taterheap - Papaspila complex, 5 to 40 percent slopes | Low To High | 0.43 | 0.46 |
| 200 - Wetopa - Wesdy complex, 5 to 65 percent slopes | Low To High | 14.19 | 16.47 |
| Total | | ~22.7 | 18.09 |

*Acres used here are the same used in other areas of this analysis but may appear slightly different due to rounding differences.

## 3.7.2    Alternative 1 (No Action) Environmental Effects

The proposed lease modifications would not be issued and no mining or related surface uses or exploration would occur; therefore, soil conditions would exist in their current state without effects from mining and associated activities. Ongoing natural processes and other existing land uses would continue.

BLM_0050496

### 3.7.3    Alternative 3 (Proposed Action) Environmental Effects

Under Alternative 3, the Forest Service would consent to and BLM would modify the leases with stipulations outlined in Section 2.2 including those related to soils and surface use.  Under the CRR framework, temporary road construction could be allowed in either of the modification areas.

Potential effects to soil resources are essentially the same on either proposed lease modification, except for amounts of subsidence or post-lease surface use as described below.

On either lease modification, assuming the RFMP (Section 3.3), impacts to the soil resource due to subsidence would include cracks and other surface manifestations in areas of shallow overburden, where surface rocks are brittle, or where soils are shallow over bedrock. Soil cracking is most likely to occur at the ends of individual longwall panels and over the gate roads where the land surface is left in a tensional state after mining. Subsidence cracks that might develop in soil or colluvium tend to self-heal due to sloughing and natural filling by soil material. This type of disturbance to soils at the surface are likely to heal a few years after mining is complete. Subsidence has potential to affect surface water channels and basins and could result in increased rates of erosion. Soil erosion within drainage basins and resultant sediment loading may be increased until ground movements associated with subsidence stabilize relative to natural conditions. These subsidence related impacts could affect approximately 1,077 acres of Forest Service and adjacent land (~618 acres from mining COC-1362, ~103 acres from mining COC-67232, and ~357 acres from mining adjacent reserves in existing federal leases and adjacent private lands).

Post-lease surface use of approximately 72 acres could occur over the life of the lease modifications as a result of access roads, methane drainage, and related activities.  Site specific locations of potential surface activities are unknown, but are expected to be distributed throughout the area on the lease modifications.  Effects of post-leasing activities will be evaluated on their own merits if/when activities are specifically proposed.

Under Alternative 3, approx. 24 acres (6.5 miles) of access roads could be developed on the lease modifications. Approximately 48 acres of constructed MDW pads and facilities could be constructed on the lease modifications.

Stormwater controls which will reduce the amount of erosion and sedimentation potential for roads would be required consistent with the Forest Service Watershed Conservation Practices Handbook (FSH 2509.25).

Post-lease activities would be conducted in accordance with regulations administered by the DRMS under OSMRE oversight. These regulations require detailed surface use plans that ensure the soil resource is salvaged prior to surface use and replaced as part of the reclamation processes. Measures would be developed and required as necessary to control erosion, amend nutrient levels, alleviate compaction, and mitigate other soil resource impacts, including those resulting from subsidence. However, even with implementation of these management practices, some soil loss may occur and disturbed soils may temporarily exhibit reduced productivity.

Once no longer needed for mine operations, any surface disturbing activities would be reclaimed following Forest Plan standards and guidelines.  With respect to previous surface disturbances on nearby leases, revegetation has been observed to be successful most often between two and five years after reclamation work is completed. Disturbances on soil types with high erosion or mass movement hazard may result in increased erosion or trigger landslides. These hazards and related effects of disturbance are more likely to be present where existing geologic hazards and steep slopes are present. Disturbances on these slopes may also prove more difficult to revegetate and stabilize during reclamation.  The GMUG Forest Plan, as well as the Forest Service Watershed Conservation Practices Handbook calls for limiting ground-disturbing activities on unstable slopes and highly erosive areas. Due

BLM_0050497

to the soil and steep slope related lease stipulations proposed for both modification areas, and the adherence to Forest Service policy these areas will be avoided.

No additional stipulations are recommended for soils other than those in Table 2-1, in doing so there are no anticipated indirect long-term soil impacts from surface disturbances.

Proper soil management and reclamation measures are required by the surface management agencies on disturbed sites. Colorado DRMS would also require proper soil management procedures as part of their mine permits, as set forth in Sections 2.05.3(5), 2.05.4(2)(d), and 4.06 of Colorado's Rules.

In general, reclamation has been highly successful with all mine disturbances (see project file).  Through proper topsoil management, native seeding, and an aggressive noxious weed abatement program, mines in the North Fork Valley have been very successful in maintaining soil viability.

### 3.7.3.1   Exploration

Approximately 22.7 acres would be disturbed from construction of drilling pads and access roads (includes 0.32 acres of access road on parent leases) See Figure 3-18. Soils affected and their potential for water erosion are shown in Table 3-19.  Table 2-1 and Section 2.2 describes the erosion control measures that will be used to avoid erosion or sedimentation. Once the project is complete, reclamation will restore the area and prevent long term soil erosion problems. Based on the lease stipulations, the planned erosion control, and requirements for reclamation, there are no anticipated indirect long term soil impacts from surface disturbances related to exploration.

BLM_0050498



**Figure 3-18. Soils affected by exploration Alternative 3**

BLM_0050499

## 3.7.4    Alternative 4 Environmental Effects

Alternative 4 would be similar to Alternative 3 except would occur on the COC-1362 lease modification and would be reduced as follows:

- These subsidence related impacts could affect approximately 930 acres of Forest Service and adjacent land (~595 acres from mining COC-1362, <1 acre on COC-67232, and ~335 acres from mining adjacent reserves in existing federal leases and adjacent private lands).

- Post-lease surface use of approximately 66 acres could occur over the life of the lease modification as a result of motorized access, methane drainage, and related activities. Site specific locations of potential surface activities are unknown, but are expected to be distributed throughout the area on the lease modification. Effects of post-leasing activities will be evaluated on their own merits if/when activities are specifically proposed.

- Under Alternative 4, approx. 22 acres (6 miles) of access roads could be developed on the lease modification. Approximately 44 acres of constructed MDW pads and facilities could be constructed on the lease modification.

### 3.7.4.1    Exploration

Effects of Alternative 4 exploration would be expected to be the same as under Alternative 3, except an estimated 18.09 acres (includes 0.32 acres on parent leases and 0.15 acres on private land) would be disturbed See Table 3-19 and Figure 3-19.

BLM_0050500



Figure 3-19. Soils projected to be affected by exploration Alternative 4

BLM_0050501

## 3.7.5    Cumulative Impacts & Climate Change

Soils in the modification areas, adjacent federal leases, and private lands, could be affected by construction of post-lease surface activities (Sections 3.1 and 3.2). If the lease modifications are granted, effects similar to those described in Alternatives 3 and 4 could occur on the adjacent private land while mining 4.2 million tons of private coal reserves and on parent leases where additional 3.3 million tons federal coal reserves may be mineable. Post-lease surface disturbances associated with mining those lands is estimated to be approximately 63 acres (42 acres of MDW pads, and 21 acres of MDW access). The areas would be reclaimed at the completion of use. Reclamation has been highly successful with all mine disturbances (see project file). Future methane drainage could also occur in these areas.

Mining and subsidence would occur within the modification area and adjacent federal leases and private lands, lowering the land surface. Surface-tension cracks may form at isolated locations within these areas. Additional surface facilities and temporary roads may be proposed and approved on lands in and surrounding the proposed lease modification areas. These additional surface disturbing activities would affect the soil resource by displacing soils at specific locations. The topsoil and subsoil is stockpiled and reserved for reclamation. Contemporaneous reclamation techniques would be used, thus replacing/re-using the soils on the site as soon as the location is no longer needed.

Few adverse impacts to soils have been observed during subsidence and reclamation monitoring at nearby mines. Reclamation of surface use sites, including methane drainage drill sites, exploration drill sites and associated temporary roads, has been generally successful in three to five years following reclamation. Reclamation typically includes re-grading the surface to approximate original contour and revegetating with a specified seed mix. The area of surface disturbance in the region will temporarily increase during construction, returning to conditions similar to pre-disturbance following reclamation. Through proper topsoil management, native seeding, and an aggressive noxious weed abatement program, mines in the North Fork Valley have been very successful in maintaining soil viability.

The area within and adjacent to the lease modification area contains numerous existing natural landslides and other unstable areas. These natural features when combined with surface disturbing activities and subsidence from existing and future coal mining would continue to contribute to localized increased sedimentation. In addition, if landslides and rockfalls are initiated or accelerated due to subsidence, increased sedimentation and erosion is likely to occur in those areas. Previous experience in the North Fork has demonstrated that subsidence triggered mass wasting has not significant enough to adversely affect terrestrial and aquatic ecology.

### 3.7.5.1    Climate Change

Climate changes may increase soil erosivity (wind or rain depending on the scenario), soil moisture, or soil properties/productivity if affected by higher intensity fires.

## 3.7.6    Consistency with Forest Plan and Other Laws

All alternatives are consistent with Forest Service Policy, Forest Plan, and FSM 2880 standards for soils which establish limits on ground-disturbing activity in sensitive areas, on unstable slopes, and highly erodible sites. Other impacts to the soil resource that may occur as a result of mining, including landslides and erosion, must be mitigated to stabilize the surface and return the land to an approved post-mining land use.

BLM_0050502

## 3.8 Watershed

### 3.8.1    Affected Environment

The study area required to address the impacts to water resources from the proposed lease modifications is defined by the watershed boundaries of the local drainages (Figure 3-20), and the area expected to be directly impacted by subsidence.  The following sections include discussion of the regional hydrologic setting, flow characteristics within the surface drainage system, groundwater systems, analysis of surface water quality, water rights, and environmental consequences with leasing and the cumulative impacts on water resources. The following information sources were used for this evaluation:

- Surface water and groundwater quality and quantity data for regional hydrology from the USGS;
- Review of MCC data, including annual hydrology reports, permit applications, and other reports related to surface water and groundwater hydrology.

The proposed lease modifications are located within the North Fork of the Gunnison River basin.

### 3.8.1.1    Surface Water Resources

The East Fork of Minnesota Creek, just west of the lease modification areas, and Deep Creek, just northeast of the modification areas, drain to the North Fork of the Gunnison River. The North Fork of the Gunnison River joins the Gunnison River downstream of Hotchkiss. There are two USGS monitoring locations along this reach: North Fork of the Gunnison River near Somerset, Colorado (Station No. 09132500), and North Fork of the Gunnison River below Leroux Creek, near Hotchkiss, Colorado (Station No. 09135950).  Stream flow has been monitored at the station near Somerset since October 1933. The drainage area at the Somerset station is 526 square miles.

### 3.8.1.2    Project Area Surface Water Hydrology

Figure 3-20 shows the watershed areas that encompass the coal lease modifications.  Most of the lease modifications area (1,694 acres) is drained by the 34,757 acre Miller Creek subwatershed (HUC6) that includes Lick Creek, South Prong Creek, and Horse Creek, all of which drain into the East Fork of Minnesota Creek west of the lease modifications.  A small portion of the lease modifications (~60 acres) drains to the northeast into Deep Creek. Both drainages eventually empty into the North Fork of the Gunnison River.

About 11.3 miles of tributary streams drain the lease modification areas and most flow only intermittently. Lease 1362 has about 0.27 miles of perennial stream and 5.58 miles of intermittent channels. Lease 67232 has about 0.31 miles of perennial stream and 5.17 miles of intermittent channels. There are several small lakes/ponds in the lease modifications area (Figure 3-20).

Lick Creek is an intermittent drainage.  Flows within this channel are influenced mostly by spring runoff conditions with a measure peak flow of around 3 cfs (HYDROGEO, 2009), with zero flow conditions typically occurring August-March.  South Prong Creek and Horse Creek, as reported by MCC data, are ephemeral and flow only in response to spring runoff conditions and storm events. Perennial and intermittent streams in the lease modifications area are shown on Figure 3-20.

### 3.8.1.3    Surface Water Quality

Surface water quality in the North Fork of the Gunnison River in the vicinity of Paonia is good with low concentrations of total dissolved solids (TDS), nitrate, nitrite, and metals. The water is of calcium bicarbonate type. Baseline water quality and flow data for the West Elk Mine has been collected for several years.  The existing West Elk hydrologic monitoring program which the lease modification could influence include continuous flow monitoring at the Lick Creek Flume, and the Upper Deep Creek Flume,

BLM_0050503

and the Upper Minnesota Creek (USFS gauging station).  These gauging stations are sampled three times per year for field water quality parameters (pH, electrical conductivity (EC), and temperature), and sampled once per year for laboratory water quality analysis. In addition to these stream gauging stations, the spring and seep monitoring program monitors flow, field water quality, and laboratory water quality from several springs in the area immediately west of the proposed lease modifications (Figure 3-20).  Further information can be obtained from project and district files or from MCC in their Annual Hydrology Reports.

From previous management activities (Section 3.2), no significant adverse effects to surface water rights, surface water quality, or surface water quantity have been documented at the West Elk Mine.

### 3.8.1.4    Seasonal Trends in Surface Water Quality

Changes to general seasonal trends in surface water quality were not obvious in reviewing the MCC water quality data. The relatively short period of record (approximately 10 years) likely explains the lack of significant trends.  In general spring run-off from snow-melt significantly increases the sediment load and transport within the surface water system.  Flows also increase dramatically during this period from March – June.

The Forest Service does not have any water resource allocations in either of the lease modification areas. USFS and MCC records also identify 6 ponds created for livestock use within the modification areas.

### 3.8.1.5    Influence of Past Mining on Surface Water

Various National Pollution Discharge and Elimination System (NPDES) permits issued to MCC regulate impacts of current and historical mining on local streams.

Monitoring on the North Fork of the Gunnison River shows little impact to the water quality from current or historical mining. Subsidence impacts from past mining have been observed in several areas where overburden is less than 500 feet thick. Although subsidence has been observed in the form of cracks in the weathered bedrock and colluvium from 15 to 100 feet in stream channels, there were no cracks observed in saturated alluvium underlying these streams. There was also no evidence of loss of flow observed.

BLM_0050504



**Figure 3-20. Water resources**

154

### 3.8.1.6    Groundwater Resources

Shallow groundwater resources in the lease modification area are limited due to geomorphologic controls imparted from the relatively steep gradients and stream profiles of drainages in the area, resulting in relatively thin alluvial/colluvial deposits confined to the bottoms of drainages. Groundwater that surfaces as springs and seeps in the tracts is associated with these shallow alluvial/colluvial deposits and does not appear to be hydrologically connected with deeper bedrock aquifers.  There are no alluvial/colluvial monitoring wells in the area that are currently monitored as part of the West Elk hydrologic program.

Bedrock groundwater resources in the area are limited to isolated perched lenses and fracture/fault zones.  Age-dating chemical analyses from the West Elk monitoring program have shown that bedrock groundwater resources in the vicinity of the mine are part of a deep inactive system that is not in direct contact with near-surface water (USDA Forest Service 2003).

Groundwater may also be present to a limited extent within coal seams. Bedrock and associated coal seams dip to the northeast, with the upper most strata outcropping along the North Fork valley.  The occurrence of groundwater springs in the North Fork outcrops of the Mesa Verde formation are rare.  The BLM and MCC report that the coal seams in the West Elk Mine area are typically dry, with average moisture content of 5%.  Groundwater discharges from faults intercepted by longwall panels in the West Elk Mine typically experience an initial high-volume discharge periods followed diminishing to negligible flow within a short time period.  Mine under-drain and mine inflow sites are currently monitored for flow and water quality by the West Elk hydrologic program. The total inflow for the West Elk Mine is approximately 34.26 acre-feet per year (HydroGeo, 2009).  It is assumed for this analysis that any water bearing faults that are intercepted by the longwall panels in the proposed lease modifications would flow 1,000 gallons per minute (gpm) or less when encountered then decreasing to negligible flows (Koontz 2003).  Any groundwater encountered would be handled by the existing system in the MCC underground operation. Discharge water would be required to meet the NPDES and Colorado Discharge Permit System (CDPS) surface water quality goals.

Springs in the area typically show the same seasonality as the stream system.   There are no known perennial springs for the lease modification areas (Figure 3-20). Just west and north of the modification area, MCC currently maintains data on several additional springs and 2 hydrographs (Lick Creek, and Upper Deep Creek).

### 3.8.1.7    Influence of Past Mining on Groundwater

A summary of water quality data is presented in MCC's Annual Hydrology Report and Annual Mine Inflow Report located in the project file.  Review of MCC's water quality data from monitoring wells and springs does reveal small changes in general seasonal trends in groundwater quality at the study area.  Some springs can show slightly elevated TDS/TSS, iron, and conductivity values; however, this has been attributed to higher spring runoff values (HYDROGEO, 2009).

Past and current mining activities have affected groundwater quantity and quality.  For example, historic mining activities at the King Mine in the drainages below the Bowie No. 2 Mine have impacted the local alluvial groundwater quality. Seepage from the King Mine has caused high sulfate and other trace constituent levels in groundwater at the down gradient alluvial monitoring wells.  At the West Elk Mine, small changes in groundwater quality have been noted after mining has occurred in certain areas.  As noted in the Annual Hydrology reports, these impacts have been slight changes in pH, or slightly elevated iron, manganese, and/or conductivity measurements (HYDROGEO, 2009).

Past and current activities other than mining have also affected groundwater quality. Livestock grazing causes minor impacts to springs and seeps due to erosion, sedimentation, and water quality (i.e. fecal coliform). Unauthorized off-road vehicle use also causes erosion and sedimentation that effect spring

BLM_0050506

areas. Individual domestic water wells and community water wells have had limited impact on groundwater quantity.

### 3.8.1.8    Groundwater Use

Water rights and well records from the Colorado Division of Water Resources were reviewed for the area in the proposed coal lease modifications.  There are no water rights or diversions associated with springs or streams in the lease modifications area.

There are no known decreed springs in the immediate vicinity of the lease modifications.

### 3.8.1.9    Wetlands and Riparian Areas

Riparian areas, wetlands, and ponds occur in and near the project area. Lease stipulations and Best Management Practices (BMPs such as from FSH 2509.25) prevent pads and roads in wetlands except for crossing of drainages for access, when other access is not feasible.

## 3.8.2    Alternative 1 (No Action) Environmental Effects

Under the No Action alternative, there would be no mining-induced effects on water resources in the modifications area. Current ongoing activities in the watershed as well as natural variation in spring, seep, and stream flow would continue to occur based on climatic variations and other Forest Service management activities. The no action alternative would not cause disturbances that would affect riparian areas or wetlands.

## 3.8.3    Alternative 3 (Proposed Action) Environmental Effects

Under Alternative 3, the Forest Service would consent to and BLM would modify the leases with stipulations outlined in Section 2.2 including those related to soils and surface use.  Under the CRR framework, road construction could be allowed in either of the modification areas.

Potential effects to surface water and groundwater resources are essentially the same on either proposed lease modification, except for amounts of subsidence or post-lease surface use as described below.

### 3.8.3.1    Surface Water

Subsidence resulting from longwall mining can be expected anywhere above or within the angle of draw of fully extracted longwall panels (see Section 3.3 on Subsidence). Measurable subsidence effects for the modification area are expected to attenuate within 250 feet from the edge of the longwall panels (assuming a 21 degree angle of draw).

Subsidence has potential to affect surface water channels and basins and could result in increased rates of erosion. Soil erosion within drainage basins and resultant sediment loading may be increased until ground movements associated with subsidence stabilize relative to natural conditions. These subsidence related impacts could affect approximately 1,077 acres of Forest Service and adjacent land (~618 acres from mining COC-1362, ~103 acres from mining COC-67232, and ~357 acres from mining adjacent reserves in existing federal leases and adjacent private lands). Based on subsidence studies and observations from the West Elk Mine, measured subsidence values in the North Fork Valley are typically less than predicted subsidence magnitudes (Agapito 2005).

Subsidence may affect escarpments or marginally stable formations by inducing movement, tilt, or fracturing possibly resulting in rockfall and debris flows, or landslides.  The West Elk Mine is currently using pre-mining survey data to assess this potential. Other natural factors separate from subsidence, such as periods of intense precipitation or runoff due to rapid snowmelt, may trigger or accelerate mass wasting events in the lease modifications area.

BLM_0050507

Subsidence may alter surface water and groundwater hydrology by altering groundwater flow regimes, surface water drainages, seeps, and ponds.  Subsidence in surface water drainages could result in changes in channel morphology and gradient thereby affect water quality by inducing minor cutting, pooling, soil erosion, and sedimentation.  Surface tension cracks have the potential to develop within the surrounding surface drainages resulting in an initial period of erosion and sedimentation after during the initial periods of runoff after subsidence occurs.  However, the potential for surface fractures to develop in drainages where unconsolidated materials occur will be partially mitigated by the ductile nature of the unconsolidated alluvium/colluvium (Agapito 2005).

Surface tension cracks in areas of bedrock cover may also intercept precipitation.  It is expected that the crack would temporarily divert precipitation away from the drainage, but that given the limited depth of tension cracks the flow would remain in the drainage (USDA Forest Service 2003). In addition, surface and groundwater resources may be temporarily interrupted related to drainage into fractures that develop, however these fractures tend to be short lived, terminate at a shallow depth, and quickly fill with sediment. Given the ephemeral and seasonal nature of the surface drainages as well as their steep gradient, and influences of the natural geologic instability of the area (landslide potential and high erosion rate/sediment load) of the lease modification areas, subsidence would have minimal long term impact on channel morphology and function.  Surface and groundwater impacts will diminish rapidly and uniform during longwall retreat, as cracks associated with the longwall face will tend to closed after the face passes and open surface cracks that remain are normally not significant conduits to surface water.  This is due to the fact that they tend to die out a depth (maximum 200 feet) due to the location of the neutral surface and crack intersection with soft material (Agapito 2005).

Cattle stock ponds could potentially be affected by mining–induced subsidence; however the potential for fractures developing underneath the stock ponds and their feeder ditches will likely be mitigated by the pliant characteristics of surrounding soil (Agapito 2005).  Any damage to stock ponds or their related drainages would likely be localized and readily repairable.

Post-lease surface use of approximately 72 acres (66 acres on COC-1362, and 6 on COC-67232) could occur over the life of the lease modifications as a result of temporary road access, methane drainage, and related activities.  Site specific locations of potential surface activities are unknown, but are expected to be distributed throughout the area on the lease modifications.  Effects of post-leasing activities will be evaluated on their own merits if/when activities are specifically proposed.

Under Alternative 3, approximately 24 acres (~6.5 miles) of temporary access roads could be developed on the lease modifications. Approximately 48 acres of constructed MDW pads and facilities (could be constructed on the lease modifications.

Stormwater controls for roads are required in accordance with the Watershed Conservation Practices Handbook (FSH 2509.25). The construction of roads to access MDWs would likely have a limited amount of erosion and low potential to negatively affect surface water quality.

Post-lease activities would be conducted in accordance with regulations administered by the DRMS under OSMRE oversight. These regulations require detailed surface use plans that ensure the soil resource is salvaged prior to surface use and replaced as part of the reclamation processes.  Measures would be developed and required as necessary to control erosion and mitigate other water resource impacts, including those resulting from subsidence.  However, even with implementation of these management practices, some soil loss may occur and some surface water may temporarily exhibit increased sediment loads.

Once no longer needed for mine operations, any surface disturbing activities would be required to be reclaimed by DRMS to meet state standards and meet post-mining land use based on management direction in the Forest Plan.  With respect to previous surface disturbances on nearby leases,

BLM_0050508

revegetation has been observed to be successful most often between two and five years after reclamation work is completed. Disturbances on soil types with high erosion or mass movement hazard may result in increased erosion or trigger landslides. Disturbances on these slopes may also prove more difficult to revegetate and stabilize during reclamation. The GMUG Forest Plan, as well as the Forest Service Watershed Conservation Practices Handbook calls for limiting ground-disturbing activities on unstable slopes and highly erosive areas, as well as avoidance of wetlands or other riparian habitats. Due to the watershed related lease stipulations proposed for both modification areas, and the adherence to Forest Service policy these areas will be avoided.

No additional stipulations are recommended for watershed other than those in Table 2-1, in doing so there are no anticipated indirect long-term watershed impacts from subsidence or post-lease surface disturbances.

Water usage (water depletion) from the National Forest for mining would be relatively minor (~4.5 acre feet) and quantities would fall below existing Programmatic Biological Opinions (ES/GJ-6-CO-F-033-CP062 and ES/GJ-6-CO-09-F-0001 and TAILS 65413-2009-F-0044) for water depletions associated with minerals activities.

Water discharge from the mine to surface streams could impact the quality of water in the receiving streams. Mine effluent would be regulated, and any discharge to receiving streams would have to meet permitted effluent requirements. Concentrations of TDS, iron, manganese, and sulfate could be constituents likely to increase.

### 3.8.3.2    Groundwater

Subsidence induced impacts to groundwater resources were calculated from the RFMP and generalized overburden strata characteristics for the lease modification areas. It was also assumed that coal would be extracted using longwall mining techniques so that subsidence occurred within the limits identified in Figure 3-2. Subsidence related impacts could affect approximately 1,077 acres of Forest Service and adjacent land (~618 acres from mining COC-1362, ~103 acres from mining COC-67232, and ~357 acres from mining adjacent reserves in existing federal leases and adjacent private lands).

During expansion of the West Elk Mine into the lease modifications, groundwater within the Mesa Verde formation may be encountered in faults and coals seams. There is an estimated 9,541,000 tons of coal on COC-1362 and 559,000 tons of coal on COC-67232 that would be mined under this alternative. After completion of mining, groundwater may infiltrate into voids and collapse features and affect water quality. However, only very minor effects to local groundwater quality have been observed at the West Elk Mine (HydroGeo 2003, 2009).

It is difficult to assess mining related effects of groundwater interception and withdrawal on regional water supply due to on-going drought conditions in the region. While drought technically ended in 2013, drought.gov indicates the area is still "abnormally dry". Climatological data from the West Elk Mine's Annual Hydrology Reports also indicate corresponding low averages over the period of record for annual precipitation and annual snow water equivalent for the North Fork watershed. Chemical analyses from the West Elk monitoring program have shown that deep groundwater resources in the vicinity of the mine are part of a deep inactive system that is not in direct contact with near-surface water, thereby limiting any potential effects to surface water flow.

Groundwater inflow from faults intercepted by longwall panels in the West Elk Mine typically experience an initial high-volume discharge periods followed diminishing to negligible flow within a short time period. The total inflow for the West Elk Mine in water year 2009 was 34.26 acre-feet (HydroGeo 2009).

There are several springs inventoried in the vicinity of the modification areas. Shallow groundwater in the modification area is limited due to geomorphologic controls from the relatively steep gradients and stream

BLM_0050509

profiles of drainages, resulting in thin alluvial/colluvial deposits confined to the drainage bottoms. Groundwater that surfaces as springs and seeps in the area is associated with these shallow alluvial/colluvial deposits and does not appear to be hydrologically connected with deeper bedrock aquifers. Static water levels in bedrock aquifers in the West Elk Mine area are many hundreds of feet below ground surface and show no connection to surface water sources.   There is low risk of alluvial/colluvial springs being intercepted by subsidence-induced tension fractures. The lowering of the land surface may cause springs to migrate a few feet, but no discernable loss of water is anticipated.

Groundwater may also be present to a limited extent within coal seams; however, encountering it in the Mesa Verde formation would not be expected here.

No effects to surface water resources have been documented from interception of water-bearing faults underground. Not all faults encountered during mining have contained water. Mine under-drain and mine inflow sites are currently monitored for flow and water quality by the West Elk Mine hydrologic program.

Any groundwater encountered would be handled by the existing system in the underground operation. Discharge water would be required to meet the NPDES and Colorado Discharge Permit System (CDPS) surface water quality standards. It is difficult to assess mining-related effects of groundwater interception and withdrawal on regional water supply due to ongoing drought conditions in the region. While drought technically ended in 2013, drought.gov indicates the area is still "abnormally dry". Yearly decreases in annual stream flow in both East Fork of Minnesota Creek and the North Fork of the Gunnison River during the period between 2001 and 2016 document ongoing dry conditions.

Longwall mining development in either of the lease modifications would induce subsidence of the overlying ground surface.  The extent, severity, and potential impact to groundwater due to subsidence is dependent on the thickness, composition, and geotechnical properties of the overburden, thickness of the mined coal, and mining plans.  Figure 3-2 illustrates the potential areas of mining induced subsidence impacts to water resources.

Longwall mining development in the E seam of the lease modification would induce subsidence of the overlying ground surface and temporarily dewater the strata adjacent to the coal seam. Mined areas would likely refill with water to approximate pre-mining levels after mining operations cease. This could impact groundwater quality through exposure to collapsed and abandoned mine workings. No subsurface water rights are located in the areas of potential impacts.

Subsidence could potentially disrupt or alter springs, seeps, ponds, and change local groundwater levels directly above the underground mine and within the angle of draw.

## 3.8.3.3    Stipulations

Other than the water depletion associated with post-lease surface use, which is addressed in the Threatened and Endangered Species Section, no additional stipulations are recommended for soils other than those addressed in Table 2-1, in doing so there are no anticipated indirect long-term watershed impacts from subsidence or post-lease surface disturbances.

## 3.8.3.4    Exploration

**Surface Water**

Surface disturbance of approximately 22.7 acres would occur from roads (including approximately 0.32 acres on parent leases) and drill pads. Stipulations, erosion control, and use of BMPs proposed in the coal exploration plan will minimize the potential for erosion and subsequent sedimentation into streams. However, even with implementation of these management practices, some soil loss may occur and some surface water may temporarily exhibit increased sediment loads.

BLM_0050510

Seven riparian crossings are anticipated to access drilling sites. Culverts will be used for stream crossings to minimize impacts from sediment. Riparian crossings are in compliance with the lease stipulation because no practical alternatives exist. Approximately 0.17-0.26 acre feet of water depletions would occur for borehole drilling.

Roads and drill pads will be reclaimed following approval conditions on the exploration, which are based on Forest Plan standards and guidelines. With respect to previous surface disturbances on nearby leases, revegetation has been observed to be successful most often between two and five years after reclamation work is completed.

Through leasing stipulations, disturbances on soil types (see soils in Table 3-19) with high erosion or mass movement hazard are prohibited, so the project is less likely to result in increased erosion or trigger landslides. The GMUG Forest Plan (USFS, 1991), and the Forest Service Watershed Conservation Practices Handbook calls for limiting ground-disturbing activities on unstable slopes and highly erosive areas. Due to the watershed related lease stipulations proposed for exploration areas, and the adherence to Forest Service policy, these areas will be avoided.

**Ground Water**

The proposed exploration drilling is not expected to encounter any water bearing fault zones or significant groundwater inflows. Drilling locations are required to be completed in a manner that would protect groundwater resources from contamination. Minimal impacts on groundwater are expected from exploration activities.

**Wetlands and Riparian**

Lease stipulations prohibit surface disturbance in riparian, wetland or floodplain areas, or within the buffer zone surrounding these areas, unless no practical alternatives exist.

The GMUG Forest Plan and the Forest Service Watershed Conservation Practices Handbook require limiting ground-disturbing activities on unstable slopes and highly erosive areas, as well as avoidance of wetlands or other riparian habitats. Due to the watershed related lease stipulations and the adherence to Forest Service policy these areas will be minimized or avoided.

Wetlands have been avoided by road and drill pad locations. There will be no direct impacts from disturbance on wetlands. Very minor impacts on riparian vegetation may occur where new temporary roads will cross streams. Also, an indirect impact may occur if minimal amounts of sediment may enter streams and cause sediment input to wetlands and riparian areas and aquatic habitat near a stream crossing. These effects would be so minimal as to be unnoticeable.

## 3.8.4    Alternative 4 Environmental Effects

If Alternative 4 is leased, roads could be constructed to access MDW pads and other facilities on the COC-1362 modification.

**Surface Water**

Subsidence resulting from longwall mining can be expected anywhere above or within the angle of draw of fully extracted longwall panels (see Section 3.3 on Subsidence). Measurable subsidence effects for the modification area are expected to attenuate within 250 feet from the edge of the longwall panels (assuming a 25 degree angle of draw).

Subsidence has potential to affect surface water channels and basins and could result in increased rates of erosion. Soil erosion within drainage basins and resultant sediment loading may be increased until ground movements associated with subsidence stabilize relative to natural conditions. These subsidence

BLM_0050511

related impacts could affect approximately 930 acres of Forest Service and adjacent land (~595 acres from mining COC-1362, <1 acre on COC-67232, and ~335 acres from mining adjacent reserves in existing federal leases and adjacent private lands).

Based on subsidence studies and observations from the West Elk Mine, measured subsidence values in the North Fork Valley are typically less than predicted subsidence magnitudes (Agapito 2005).

Subsidence may affect escarpments or marginally stable formations by inducing movement, tilt, or fracturing possibly resulting in rockfall and debris flows, or landslides. The West Elk Mine is currently using pre-mining survey data to assess this potential. Other natural factors separate from subsidence, such as periods of intense precipitation or runoff due to rapid snowmelt, may trigger or accelerate mass wasting events in the lease modification area.

Subsidence may alter surface water and groundwater hydrology by altering groundwater flow regimes, surface water drainages, seeps, and ponds. Subsidence in surface water drainages could result in changes in channel morphology and gradient thereby affect water quality by inducing minor cutting, pooling, soil erosion, and sedimentation. Surface tension cracks have the potential to develop within the surrounding surface drainages resulting in an initial period of erosion and sedimentation after during the initial periods of runoff after subsidence occurs. However, the potential for surface fractures to develop in drainages where unconsolidated materials occur will be partially mitigated by the ductile nature of the unconsolidated alluvium/colluvium (Agapito 2005).

Surface tension cracks in areas of bedrock cover may also intercept precipitation. It is expected that the crack would temporarily divert precipitation away from the drainage, but that given the limited depth of tension cracks the flow would remain in the drainage (USDA Forest Service 2003). In addition, surface and groundwater resources may be temporarily interrupted related to drainage into fractures that develop, however these fractures tend to be short lived, terminate at a shallow depth, and quickly fill with sediment. Given the ephemeral and seasonal nature of the surface drainages as well as their steep gradient, and influences of the natural geologic instability of the area (landslide potential and high erosion rate/sediment load) of the lease modification areas, subsidence would have minimal long-term impact on channel morphology and function. Surface and groundwater impacts will diminish rapidly and uniform during longwall retreat, as cracks associated with the longwall face will tend to closed after the face passes and open surface cracks that remain are normally not significant conduits to surface water. This is due to the fact that they tend to die out a depth (maximum 200 feet) due to the location of the neutral surface and crack intersection with soft material (Agapito 2005).

Cattle stock ponds could potentially be affected by mining–induced subsidence; however the potential for fractures developing underneath the stock ponds and their feeder ditches will likely be mitigated by the pliant characteristics of surrounding soil (Agapito 2005). Any damage to stock ponds or their related drainages would likely be localized and readily repairable.

Post-lease surface use of approximately 66 acres could occur over the life of the lease modification as a result of motorized access, methane drainage, and related activities. Site specific locations of potential surface activities are unknown, but are expected to be distributed throughout the area on the lease modification. Effects of post-leasing activities will be evaluated on their own merits if/when activities are specifically proposed.

Under Alternative 4 with CRR constraints, approximately 22 acres (6 miles) of access roads could be developed on the lease modification. Approximately 44 acres of constructed MDW pads and facilities could be constructed on the lease modification.

Stormwater controls for roads are well understood and readily available. The construction of roads to access MDWs would likely have a limited amount of erosion and low potential to negatively affect surface water quality.

BLM_0050512

Post-lease activities would be conducted in accordance with regulations administered by the DRMS under OSMRE oversight. These regulations require detailed surface use plans that ensure the soil resource is salvaged prior to surface use and replaced as part of the reclamation processes. Measures would be developed and required as necessary to control erosion and mitigate other water resource impacts, including those resulting from subsidence. However, even with implementation of these management practices, some soil loss may occur and some surface water may temporarily exhibit increased sediment loads.

Once no longer needed for mine operations, any surface disturbing activities would be reclaimed following Forest Plan standards and guidelines. With respect to previous surface disturbances on nearby leases, revegetation has been observed to be successful most often between two and five years after reclamation work is completed. Disturbances on soil types with high erosion or mass movement hazard may result in increased erosion or trigger landslides. Disturbances on these slopes may also prove more difficult to revegetate and stabilize during reclamation. The GMUG Forest Plan, as well as the FS Watershed Conservation Practices Handbook calls for limiting ground-disturbing activities on unstable slopes and highly erosive areas, as well as avoidance of wetlands or other riparian habitats. Due to the watershed related lease stipulations proposed for both modification areas, and the adherence to Forest Service policy these areas will be avoided.

Water usage (water depletion) from the National Forest for mining would be relatively minor (~4.1 acre feet) and quantities would fall below the existing Programmatic Biological Opinions (ES/GJ-6-CO-F-033-CP062 and ES/GJ-6-CO-09-F-0001 and TAILS 65413-2009-F-0044) for water depletions associated with minerals activities.

Water discharge from the mine to surface streams could impact the quality of water in the receiving streams. Mine effluent would be regulated, and any discharge to receiving streams would have to meet permitted effluent requirements. Concentrations of TDS, iron, manganese, and sulfate could be constituents likely to increase.

**Groundwater**

Subsidence induced impacts to groundwater resources were calculated from the reasonably foreseeable development scenario and generalized overburden strata characteristics for the lease modification areas. It was also assumed that coal would be extracted using longwall mining techniques so that subsidence occurred within the limits identified in Figure 3-2. Subsidence related impacts could affect approximately 930 acres of Forest Service and adjacent land (~595 acres from mining COC-1362, <1 acre on COC-67232 and ~335 acres from mining adjacent reserves in existing federal leases and adjacent private lands).

During expansion of the West Elk Mine into the lease modification, groundwater within the Mesa Verde formation may be encountered in faults and coals seams. There is an estimated 9,265,000 tons of coal on COC-1362 that would be mined under this alternative. After completion of mining, groundwater may infiltrate into voids and collapse features and affect water quality. However, only minor effects to local groundwater quality have been observed at the West Elk Mine (HydroGeo 2003, 2009).

It is difficult to assess mining related effects of groundwater interception and withdrawal on regional water supply due to on-going drought conditions in the region. While drought technically ended in 2013, drought.gov indicates the area is still "abnormally dry". Climatological data from the West Elk Mine's Annual Hydrology Reports also indicate corresponding low averages over the period of record for annual precipitation and annual snow water equivalent for the North Fork watershed. Chemical analyses from the West Elk monitoring program have shown that deep groundwater resources in the vicinity of the mine are part of a deep inactive system that is not in direct contact with near-surface water, thereby limiting any potential effects to surface water flow.

BLM_0050513

Groundwater inflow from faults intercepted by longwall panels in the West Elk Mine typically experience an initial high-volume discharge periods followed diminishing to negligible flow within a short time period. The total inflow for the West Elk Mine in water year 2009 was 34.26 acre-feet (HydroGeo 2009).

There are several springs inventoried in the vicinity of the modification area. Shallow groundwater in the modification area is limited due to geomorphologic controls from the relatively steep gradients and stream profiles of drainages, resulting in thin alluvial/colluvial deposits confined to the drainage bottoms. Groundwater that surfaces as springs and seeps in the area is associated with these shallow alluvial/colluvial deposits and does not appear to be hydrologically connected with deeper bedrock aquifers. Static water levels in bedrock aquifers in the West Elk Mine area are many hundreds of feet below ground surface and show no connection to surface water sources. There is low risk of alluvial/colluvial springs being intercepted by subsidence-induced tension fractures. The lowering of the land surface may cause springs to migrate a few feet, but no discernible loss of water is anticipated.

Groundwater may also be present to a limited extent within coal seams. Bedrock and associated coal seams dip to the northeast, with the uppermost strata outcropping along the North Fork Valley and areas like the Deep Creek slides. The occurrence of groundwater springs in the North Fork outcrops of the Mesa Verde formation is rare.

No effects to surface water resources have been documented from interception of water-bearing faults underground. Not all faults encountered during mining have contained water. Mine under-drain and mine inflow sites are currently monitored for flow and water quality by the West Elk Mine hydrologic program.

Any groundwater encountered would be handled by the existing system in the underground operation. Discharge water would be required to meet the NPDES and Colorado Discharge Permit System (CDPS) surface water quality standards. It is difficult to assess mining-related effects of groundwater interception and withdrawal on regional water supply due to ongoing drought conditions in the region. While drought technically ended in 2013, drought.gov indicates the area is still "abnormally dry". Yearly decreases in annual stream flow in both East Fork of Minnesota Creek and the North Fork of the Gunnison River during the period between 2001 and 2016 document ongoing dry conditions.

Longwall mining development in the lease modification would induce subsidence of the overlying ground surface. The extent, severity, and potential impact to groundwater due to subsidence is dependent on the thickness, composition, and geotechnical properties of the overburden, thickness of the mined coal, and mining plans. Figure 3-2 illustrates the potential areas of mining induced subsidence impacts to water resources.

Longwall mining development in the E seam of the lease modification would induce subsidence of the overlying ground surface and temporarily dewater the strata adjacent to the coal seam. Mined areas would likely refill with water to approximate pre-mining levels after mining operations cease. This could impact groundwater quality through exposure to collapsed and abandoned mine workings. No subsurface water rights are located in the areas of potential impacts.

Subsidence could potentially disrupt or alter springs, seeps, ponds, and change local groundwater levels directly above the underground mine and within the angle of draw.

## Stipulations

No additional stipulations are recommended for soils other than those addressed above in Table 2-1, in doing so there are no anticipated indirect long-term watershed impacts from subsidence or post-lease surface disturbances.

Other than the water depletion associated with post-lease surface use, which is addressed in the Threatened and Endangered Species Section, no additional stipulations are recommended for soils other

BLM_0050514

than those addressed above and in Table 2-1, in doing so there are no anticipated indirect long-term watershed impacts from subsidence or post-lease surface disturbances.

**Exploration**

*Surface water and Ground water*

Under Alternative 4, effects on surface and ground water would be expected to be similar to that under Alternative 3 for exploration except disturbance is estimated at 18.09 acres from roads and drill pads. Possibly five riparian crossings would be expected to access drilling sites. Approximately 0.14-0.21 acre feet of water depletions would occur for borehole drilling.

*Wetlands and Riparian Areas, and Aquatic Habitats*

Under Alternative 4, effects on wetlands, riparian areas, and aquatic habitats water would be expected to be the same as under Alternative 3 for exploration only occurring in a slightly different location.

## 3.8.5   Cumulative Impacts & Climate Change

Leasing and the subsequent mining of the coal in the modification areas would extend the life of the West Elk Mine, thereby increasing the potential for indirect impacts to surface and ground water quality due to related subsidence under intermittent and ephemeral drainages and to springs/seeps within the area.  If the lease modification(s) are granted effects similar to those described in Alternatives 3 and 4 could occur on the adjacent private land while mining 4.2 million tons of private coal reserves and on parent leases where additional 3.3 million tons federal coal reserves may be mineable.  Post-lease surface disturbances associated with mining those lands is estimated to be approximately 63 acres (42 acres of MDW pads, and 21 acres of MDW access).  However, current mining activity at the West Elk Mine has had no discernible localized effects to stream morphology, erosion rate, or suspended sediment load. High flows in intermittent and ephemeral surface water resources in smaller tributary drainages are limited to spring runoff and very large thunderstorm events; therefore, subsidence-induced impacts in these drainages would be minimal.

Due to the overriding influence of continued drought While drought technically ended in 2013, drought.gov indicates the area is still "abnormally dry" in the North Fork basin and the fact that creek flow is unlikely to be affected by subsidence or mine operations; it is unlikely that water resource allocations for the greater watershed will be impacted.

Potential post-lease surface use (exploration drilling, methane drainage) has the potential to affect surface water through surface disturbance related to drill pad and road construction on both federal coal leases and on adjacent private lands.  Depending on location of these activities, construction could have impacts on sedimentation in stream channels; however, these effects are able to be mitigated through use of best management practices, including sediment control.  The strata are not uniformly saturated, so there is little concern for inter-aquifer communication for installing methane drainage wells or exploration wells as they would be of small diameter and would cause little disturbance to the geologic strata.  Methane release from coal mines would not be expected to impact domestic water wells because the wells are hydrostratigraphically below the coal seams to be mined.

Accidental fuel or solvent spills from post-lease activities or through activities on private lands could impact shallow groundwater locally and surface water.   Any proposed post-lease activities related to coal operations would be analyzed under a separate process if/when activities are proposed.

Agriculture is an important and significant activity in the North Fork of the Gunnison Valley.  Cumulative effects to surface water quality would be minimal in the North Fork of the Gunnison River Valley.

BLM_0050515

Minimal logging is anticipated in this area in the future. Based on experience in the area, impacts to surface water would not be expected from small timber sales. Recreation is fairly limited in the area due to the lack of developed recreational facilities. Hunting is the primary recreational activity in this area, and impacts to streams from four-wheeling activity can result in increased sedimentation and damage to drainage channels.

The potential for cumulative groundwater impacts in the study area is expected to be minimal. In adjacent lands private, domestic wells could be drilled and septic systems could be installed. Adjacent private lands could be mined and water resource impacts on those lands would be similar to that described above. Appropriate state and county regulations would have to be followed, minimizing impacts to groundwater quantity and quality.

Grazing can result in loss of riparian vegetation. This is unlikely as livestock grazing is managed in accordance with standards in Forest Service Allotment Management Plan(s). As the direct and indirect effects on riparian vegetation are anticipated to be unnoticeable, the cumulative effects will be minor.

### 3.8.5.1    Climate Change

Specific global or local climate effects on hydrology, as a result of the proposed action, cannot be determined. However, the following effects are expected to occur because of continuing global climate change.

Rising temperatures will intensify the Earth's water cycle. Increased evaporation will make more water available in the air for storms, but contribute to drying over some land areas. As a result, storm-affected areas are likely to experience increases in precipitation and increased risk of flooding. But areas located far away from storm tracks are likely to experience less precipitation and increased risk of drought. In the U.S., warming is expected to cause a northward shift in storm tracks, resulting in decreases in precipitation in areas such as the Southwest U.S. but increases in many areas to the north and east. However, these changes will vary by season and depend on weather fluctuations (IPCC Climate Change and EPA Climate Change Science, Future Precipitation).

Sea levels are rising worldwide and along much of the U.S. coast. Tide gauge measurements and satellite altimetry suggest that sea level has risen worldwide approximately 4.8-8.8 inches (0.12-0.22 m) during the last century. A significant amount of sea level rise has likely resulted from the observed warming of the atmosphere and the oceans. The primary factors driving current sea level rise include the expansion of ocean water caused by warmer ocean temperatures (warmer water is less dense), melting of mountain glaciers and small ice caps (resulting in more water in the oceans and less on land), and - to a lesser extent - the melting of the Greenland Ice Sheet and the Antarctic Ice Sheet. The Intergovernmental Panel on Climate Change (IPCC) projects a six- inch to two-foot (0.18-0.59 m) rise in sea level during the 21st century. Sea level rise may be greater if there are sudden increases in ice sheet melt. Such increases have already been observed but their effects have not yet been incorporated into current projections of sea level rise. The stability of the West Antarctic Ice Sheet is of particular concern. A sudden collapse of the ice sheet could raise sea levels 16 to 20 feet (5-6 m). The IPCC is unable to estimate the likelihood or timing of such a collapse, however, due to incomplete understanding of all the processes affecting this ice sheet (IPCC Climate Change 2007: Impacts, Adaptation and Vulnerability and EPA Climate Change Effects, Coastal Zones and Sea Level Rise).

Polar regions are expected to warm more than any other parts of the world. In part, this is because ice has greater reflectivity (also known as albedo) than ocean or land. Melting of highly reflective snow and ice reveals darker land and ocean surfaces, which increases absorption of the sun's heat and further warms the planet, especially in those regions. Polar ice sheets (such as those on Greenland and Antarctica) are some of the largest surface features on our planet. Any changes to them, however small, could have far-reaching effects. Polar ice sheets potentially will accumulate more snow and ice because of an increase in precipitation. However, overall melting due to global warming is expected to reduce the

BLM_0050516

size and extent of the polar ice sheets. Melting of polar ice and land-based glaciers is expected to contribute to sea level rise. In addition to the ice sheets, sea ice is also melting. Though the melting of floating sea ice that covers part of the Arctic Ocean does not affect sea level, sea ice is important for wildlife and for keeping the region cool by reflecting sunlight back to space. If the Arctic loses the reflective surface of ice and then the dark Arctic Ocean absorbs more heat, the northern regions may warm even more rapidly (IPCC Climate Change and EPA Climate Change Effects, Polar Regions).

Coastal areas may be impacted by sea level rise and an increase in storm intensity. Rising seas may contribute to enhanced coastal erosion, coastal flooding, loss of coastal wetlands, and increased risk of property loss from storm surges (IPCC Climate Change and EPA Climate Change Effects, Coastal Zones and Sea Level Rise). It is believed that poor and minority groups may be disproportionately affected because they may not have the financial resources to deal with the changes brought about.

Increasing temperatures are projected to affect state water resources. In Colorado, no consistent long-term trends in annual precipitation have been detected. Variability is high, which makes detection of trends difficult. Climate model projections do not agree whether annual mean precipitation will increase or decrease by 2050. The multi- model average projection shows little change in annual mean precipitation, although a seasonal shift in precipitation does emerge. Widespread and large increase in the proportion of precipitation falling as rain rather than snow, and reduction in snow water equivalent (SWE) have been observed elsewhere in the West. In Colorado, however, these changes are smaller and not as significant. Most of the reduction in snowpack in the Western US has occurred below about 8200 ft. However, most of Colorado's snowpack is above this elevation, where winter temperatures remain well below freezing. Projections show a precipitous decline in lower-elevation (below 8200 ft) snowpack across the West by the mid-21st century. Modest declines are projected (10–20%) for the GMUG.

Colorado's high-elevation snowpack (above 8200 ft) within the same timeframe. Between 1978 and 2004, the spring pulse (the onset of streamflows from melting snow) in Colorado has shifted earlier by two weeks. Several studies suggest that shifts in timing and intensity of streamflows are related to warming spring temperatures. The timing of runoff is projected to shift earlier in the spring, and late-summer flows may be reduced. These changes are projected to occur regardless of changes in precipitation. Recent hydrology projections suggest declining runoff for most of Colorado's river basins in the 21st century. However, the impact of climate change on runoff in the Rio Grande, Platte, and Arkansas Basins has not been studied as extensively as the Colorado River Basin.

The lowest five-year period of Colorado River natural flow since records began in the late 1800s occurred in 2000 to 2004 (9.9 million acre feet per year). Recent hydrologic studies of the Upper Colorado River Basin project multi-model average decreases in runoff ranging from 6% to 20% by 2050 compared to the 20th century average, although one statistical streamflow model projects a 45% decline by 2050. The range of individual model projections within a single study can include both increasing and decreasing runoff due to the range of climate model output used to drive the hydrology models. Ongoing studies are attempting to resolve methodological differences in order to reduce the range of uncertainty in runoff projections. Throughout the West, less frequent and less severe drought conditions have occurred during the 20th century than revealed in the paleoclimate records over the last 1000 years. Precipitation variations are the main driver of drought in Colorado and low Lake Powell inflows, including the recent drought of 2000–2013, and these variations are consistent with the natural variability observed in long-term and paleoclimate records However, warming temperatures may have increased the severity of droughts and exacerbated drought impacts (http://cwcb.state.co.us/public-information/publications/Documents/ReportsStudies/ClimateChangeReportFull.pdf)., Locally, under a moderate scenario, no substantial change in annual precipitation, but an increase in cool season precipitation and a decrease in warm season precipitation is expected. And under a more extreme scenario, a 10% decrease in annual precipitation, with greater decreases in warm season precipitation. Under a moderate scenario, a decrease in annual natural stream flows of 5 to 10% is expected due to

BLM_0050517

increased temperature, even if annual precipitation remains the same. And under a more extreme scenario, a decrease in precipitation and increase in temperature both act to reduce annual stream flow totals in the range of 20 to 25%. Warming temperatures lead to a later accumulation of snow in the fall, and earlier snowmelt in the spring. However, because of the increased precipitation in winter, and the generally cold, high-elevation nature of the upper Gunnison basin, the mid-winter snowpack may be similar to the present under a moderate scenario. And under a more extreme scenario, this likely represents a hot/dry scenario for much of the West, the potential exists for more frequent dust deposition events, which also may lead to an earlier melt and to reduced water yield from the snowpack. Under a moderate scenario, snowmelt-driven stream flow will occur earlier in the spring by about a week on average. (Note: this shift is due to warming and does not include the effects of dust-on snow, which can result in an even earlier shift in snowmelt. And under a more extreme scenario, snowmelt-driven stream flow will peak about two or more weeks earlier in the spring, though this effect may be less if dust effects on snowmelt are strong. The combined effects of dust and temperature on snowmelt timing tend to be dominated by the dust effects. For more local effects see Table 3-20.

**Table 3-19. Climate change related water issues in Colorado**

| Climate Change Water Issues | Observed and/or Projected Change |
|---|---|
| Water demands for agriculture and outdoor watering | Increasing temperatures raise evapotranspiration by plants, lower soil moisture, alter growing seasons, and thus increase water demand. |
| Water supply infrastructure | Changes in snowpack, streamflow timing, and hydrograph evolution may affect reservoir operations including flood control and storage. Changes in the timing and magnitude of runoff may affect functioning of diversion, storage, and conveyance structures. |
| Legal water systems | Earlier runoff may complicate prior appropriation systems and interstate water compacts, affecting which rights holders receive water and operations plans for reservoirs. |
| Water quality | Although other factors have a large impact, "water quality is sensitive both to increased water temperatures and changes in patterns of precipitation" (CCSP SAP 4.3, p. 149). For example, changes in the timing and hydrograph may affect sediment load and pollution, impacting human health. |
| Energy demand and operating costs | Warmer air temperatures may place higher demands on hydropower reservoirs for peaking power. Warmer lake and stream temperatures may affect water use by cooling power plants and in other industries. |
| Mountain habitats | Increasing temperature and soil moisture changes may shift mountain habitats toward higher elevation. |
| Interplay among forests, hydrology, wildfires, and pests | Changes in air, water, and soil temperatures may affect the relationships between forests, surface and ground water, wildfire, and insect pests. Water-stressed trees, for example, may be more vulnerable to pests. |
| Riparian habitats and fisheries | Stream temperatures are expected to increase as the climate warms, which could have direct and indirect effects on aquatic ecosystems (CCSP SAP 4.3), including the spread of in-stream non-native species and diseases to higher elevations, and the potential for non-native plant species to invade riparian areas. Changes in streamflow intensity and timing may also affect riparian ecosystems. |
| Water- and snow-based recreation | Changes in reservoir storage affect lake and river recreation activities; changes in streamflow intensity and timing will continue to affect rafting directly and trout fishing indirectly. Changes in the character and timing of snowpack and the ratio of snowfall to rainfall will continue to influence winter recreational activities and tourism. |
| Groundwater resources | Changes in long-term precipitation and soil moisture can affect groundwater recharge rates; coupled with demand issues, this may mean greater pressures on groundwater resources. |
| Source: Climate Change in Colorado A Synthesis to Support Water Resources Management and Adaptation | |

BLM_0050518

### 3.8.6    Consistency with Forest Plan and Other Laws

The quantity of water for reasonably foreseeable activities is within the GMUG's blanket consultation with USFWS for depletion associated with the Upper Colorado River System and within the project specific consultation.  All action alternatives are consistent with the Clean Water Act and Forest Plan standards for water resources, and the Forest Service Region 2 Water Conservation Practices Handbook and Ground Water Management FSM 2880.

## 3.9 Vegetation

### 3.9.1    Affected Environment

R2Veg GIS data as of 04 Feb 2010 was used in this analysis to describe existing vegetation within the project area. Due to the extent of aspen decline in the area, the aspen components of the R2VEG model are suspected to be outdated and may not reflect current actual conditions in aspen stands impacted by the project.  It is anticipated that additional aspen will continue to decline.  The cumulative effects analysis area for vegetation is coincident with the Mount Gunnison Lynx Analysis Unit boundary (described in more detail in Section 3.10 and depicted on map in BA) which incorporates the watersheds surrounding the project on Forest Service lands and totals 47,904 acres[22] of NFS lands. Existing vegetation at the two potential analysis sales (lease modification area and NEPA cumulative effects area), is shown in Table 3-21.  Table 3-22 shows vegetation structural stages within the lease modification area.  Figure 3-21 shows the vegetation in the lease modifications area.

---

[22] LAU was remapped using new protocol in 2010-2011 from 47,904 acres to 37,995 acres

BLM_0050519

**Table 3-20. Lease Modification & Cumulative Effects Area Vegetation Data**

| Primary Vegetation Type (R2Veg Cover Type) | Acres within lease modification area | Acres in cumulative effects area (Mount Gunnison LAU) |
|---|---|---|
| Forb | | 168.7 |
| Grass | 7.3 | 726.6 |
| Bare ground | 4.9 | 3333.5 |
| Gambel oak (shrub) | 157.0 | 15210.2 |
| Mountain shrub | <0.1 | 2013.6 |
| Mountain mahogany | | 54.5 |
| Willow (shrub) | | 348.5 |
| Aspen | 1393.3 | 17,183.5 |
| Cottonwood | | 16.1 |
| Douglas fir | | 31.2 |
| Pinyon-juniper | | 624.0 |
| Ponderosa pine | | 109.4 |
| Spruce-fir | 156.4 | 8016.4 |
| Water | | 68.0 |
| Total | 1718.9 | 47,904.3* |

*In 2010-2011 the Mt. Gunnison LAU was remapped and is now 37, 995 acres

**Table 3-21. Vegetation Structural Stages, lease modification area (All vegetation types)**

| Vegetation Structural Stage | Potential Treatment Area (acres) rounded to nearest acre |
|---|---|
| Natural meadow | 4 |
| Natural shrubland | 162 |
| Grass/forb to sapling/pole cover <40% | 22 |
| Sapling/pole cover 40-70% | 5 |
| Sapling/pole cover >70% | 0 |
| Mature/overmature, cover <40% | 30 |
| Mature/overmature, cover 40-70% | 6 |
| Mature/overmature, cover >70% | 1486 |

Vegetation communities in the proposed lease modification area are primarily aspen or mixed aspen/spruce-fir stands, with spruce-fir at higher elevations and Gambel oak at lower elevations, with smaller inclusions of grass, mountain shrub mix, and bare ground within the area.   Riparian areas, including seasonal slump wetlands, ponds, and permanent wetlands, occur in and near the project area. For the purposes of this analysis, as the road and pad locations have not yet been determined, the impacts of those surface activities are assumed to be proportional to the available surface vegetation proportions on the landscape for the three major types (Gambel oak/shrub, aspen, and spruce-fir).   Lease stipulations and Best Management Practices (BMPs) prevent pads and roads in wetlands except for crossing of drainages for access.  Actual surface activity may be different than that analyzed; further analysis may be needed to compensate for changes when the surface operations may be proposed. However, at this time, and based on previous experience with these types of activities on the district, it is not anticipated that changes in actual surface disturbance would impart major changes.

There are known populations of Canada thistle, musk thistle, houndstongue, and hoary cress (white top) near the lease modification areas.

## 3.9.1.1    Exploration

The principal vegetation type in the areas for exploration has been identified as aspen Figures 3-20 and 3-21). No threatened, endangered, or candidate plants have been identified in the exploration area (FEIS, page 120) (USFS, 2012a). Wetland and riparian vegetation is discussed in Section 3.8.

BLM_0050520

There is no site-specific information available regarding invasive, non-native plants or noxious weeds in the area that would be disturbed.

## 3.9.1.2    Carbon Sequestration

Primary greenhouse gas emissions, associated with the proposed action, involves liberating methane and carbon stored underground in coal.  However, terrestrial carbon in trees, soil, and other carbon pools would be disturbed from road and well-pad construction.  Impacts on emissions from these carbon pools are much smaller, and described qualitatively here.

The importance of carbon storage capacity of the world's forests is tied to their role globally in removing atmospheric carbon that is contributing to ongoing global warming.  We recognize that global research indicates the world's climate is warming and that most of the observed 20th century increase in global average temperatures is very likely due to increased GHGs.

Forests cycle carbon. They are in a continual flux, both emitting carbon into the atmosphere and removing it (sequestration) through photosynthesis.  The proposed actions being considered here may alter the rates and timing of that flux from tree-cutting and soil disturbance associated with road construction, and well-pad development.  Regional, continental, and global factors related to forest's influence on global climate change are also briefly discussed to provide context for understanding the nature of these local effects.

The existing conditions and trends within the area, as well as risks, were considered.  Global climatic warming has been ongoing for many decades and the trend is expected to continue into the distant future, continuing to increase risks to our nation's forests (Dale, et al. 2001; Barton 2002; Breashears and Allen 2002; Westerling and Bryant 2008; Running 2006; Littell, et al. 2009; Boisvenue and Running 2010, Hicke et al. 2012).  The existing project area conditions and trends are an expression of the local climate and stressors (which may or may not parallel ongoing regional, continental, or global trends) as it has interacted with the other local natural and anthropomorphic influences.  As such, the ongoing effects of climate change were considered.

There are no applicable legal or regulatory requirements or established thresholds concerning management of forest carbon or greenhouse gas emissions.

The Forest Service has prepared agency guidance on "Climate Change Considerations in Project Level NEPA Analysis" (http://www.fs.fed.us/emc/nepa/climate_change/index.htm).  This document focuses on the dual aspects of climate change 1) the effect of a proposed project on climate change through greenhouse gas emissions (Section 3.4), and 2) the effect of climate change on the project area.

When considering forest ecosystem carbon, larger scales are more appropriate scale for analyzing the terrestrial carbon cycle. Analysis at a smaller scale can result in inaccurate results because the carbon balance of an individual stand fluctuates cyclically over time between carbon emitter and carbon sink, depending on when natural or human disturbances have occurred to affect its development.

The top three anthropogenic (human-caused) contributors to greenhouse gas emissions (from 1970-2004) are:  fossil fuel combustion, deforestation, and agriculture (IPCC 2007, p. 36).  Land use change, primarily the conversion of forests to other land uses (deforestation) is the second leading source of human-caused greenhouse gas emissions globally (Denman, et al. 2007, pg. 512).  Loss of tropical forests of South America, Africa, and Southeast Asia is the largest source of land-use change emissions (Denman, et al. 2007, pg. 518; Houghton 2005).

Unlike other forest regions that are a net source of carbon to the atmosphere, U.S. forests are a strong net carbon sink, absorbing more carbon than they emit (Houghton 2003; US EPA 2013; Heath, et al. 2011). Within the U.S., land use conversion from forest to other uses (primarily for development or agriculture) are identified as the primary human activities exerting negative pressure on the carbon sink that currently exists in this country's forests (McKinley, et al. 2011; Ryan, et al. 2010; Conant, et al. 2007).

BLM_0050521

Forests are in continual flux, emitting carbon into the atmosphere, removing carbon from the atmosphere, and storing carbon as biomass (sequestration). Over the long-term, through one or more cycles of disturbance and regrowth (assuming the forest regenerates after the disturbance), net carbon storage is often zero because re-growth of trees recovers the carbon lost in the disturbance and decomposition of vegetation killed by the disturbance (McKinley, et al. 2011; Ryan, et al. 2010; Kashian, et al. 2006).

The project area can be characterized as a patchwork of stands ranging from mature and overmature aspen (80-100 years old nearing the end of physiological life), spruce (100-200 years old) and Gambel's oak (oakbrush). The trees in the area are more susceptible to drought, insects, disease, and fire. At this stage of their development, these stands, where they haven't experienced high mortality, are estimated to be net carbon sinks. That is, they are likely sequestering carbon faster than they are releasing it to the atmosphere. The strength of that sink has likely been weakened in some stands due to recent scattered tree mortality from beetles and Sudden Aspen Decline.

## 3.9.2   Alternative 1 (No Action) Environmental Effects

No direct or indirect human-caused change in existing condition of current vegetation and habitat is anticipated under the No Action Alternative. Conditions will continue as they currently exist, modified as per the other actions given in the cumulative effects contributions described herein and existing natural processes. Within the last five years (2005-2010) the aspen within the Paonia district has suffered substantial declines. Statewide, surveys have documented the decline on approximately 17% of the aspen in the state of Colorado, as of 2008 (http://www.fs.fed.us/r2/fhm/downloads/sad_faqs.pdf). These processes are expected to continue into the future. The no action alternative would not create additional disturbed areas..

### 3.9.2.1   Carbon Sequestration

There would be no direct human-induced emissions of carbon into the atmosphere under the No Action alternative. Forest stands would likely continue as carbon sinks until the next disturbance event (fire, wind, insect infestation, etc.) occurs. When the next forest stand replacing disturbance event (high tree mortality) occurs, the affected areas would convert to a carbon source condition (emitting more carbon than is being sequestered). This state would continue for up to a decade or more until the rate of forest regrowth, assuming trees regenerate, meets and exceeds the rate of decomposition of the killed trees. As stands continue to develop, the strength of the carbon sink would increase (typically peaking at an intermediate age and then gradually declining, but remaining positive) (Pregitzer and Euskirchen 2004). Carbon stocks would continue to accumulate, although at a declining rate, until again impacted by subsequent disturbance.

For at least the short term, on-site forest carbon stocks would remain higher under the No Action alternative than under the Proposed Action. Drought stress, forest fires, insect outbreaks and other disturbances may substantially reduce existing carbon stock (Galik and Jackson 2009, Hicke et al 2012). Climate change threatens to amplify risks to forest carbon stocks by increasing the frequency, size, and severity of these disturbances (Dale, et al. 2001; Barton 2002; Breashears and Allen 2002; Westerling and Bryant 2008; Running 2006; Littell, et al. 2009; Boisvenue and Running 2010). Increases in the severity of disturbances, combined with projected climatic changes, may limit post-disturbance forest regeneration, shift forests to non-forested vegetation, and possibly convert large areas from an existing carbon sink to a carbon source (Barton 2002; Savage and Mast 2005; Allen 2007; Strom and Fulé 2007; Kurz, et al. 2008a; Kurz, et al. 2008b; Galik and Jackson 2009).

## 3.9.3   Effects Common to Action Alternatives

For the lease modifications, it is anticipated that MDWs will be needed in order to safely mine the coal. Other post-leasing surface activities that could be reasonably anticipated includes: exploration drilling, seismic exploration, ground water monitoring well installation, subsidence and hydrology monitoring sites,

BLM_0050522

and access needed for these facilities.  Other than hydrologic monitoring sites, which usually don't require any disturbance, the disturbance footprint of these additional activities would most likely share the footprint of MDW access and pads, and not add additional cumulative disturbances to what is estimated below.

Lease modification COC-1362 may make coal reserves on parent lease accessible/economical to mine. For cumulative effects purposes, estimates for vegetation loss on adjacent private lands and parent lease acres were extrapolated using proportional acres of existing vegetation types, and tons of coal that could be mined. For private lands and adjacent parent lease areas, a total of 63 underlined additional acres of vegetation loss is estimated. Of this, there would be approximately 41 acres of oak, 19 acres of aspen, 2 acres of spruce/fir, and 2 acres of shrub types. It is estimated that vegetation loss on private and parent lease surface would consist of about 42 acres for MDWs and 21 acres for roads. See Figure 3-21.

172

BLM_0050523



Figure 3-21. Vegetation in area

173

BLM_0050524

### 3.9.3.1     Carbon Sequestration

In the short term, the action alternatives would remove and release some carbon currently stored within treatment area biomass through cutting of live and dead trees.  A portion of the carbon removed may remain stored for a period of time in wood products, if timber is utilized for this purpose (US EPA 2013; Depro, et al. 2008).   Additionally, motorized equipment used during any of the proposed activities will emit greenhouse gasses. GHGs will be released by methane venting and burning of coal, the quantity of GHGs emitted from these post-lease activities will far exceed sequestration potential of the 66-72 acres of vegetation removed under the action alternatives.

For at least the short term, on-site carbon stocks would be lower under the action alternatives than under No Action.  The amount of carbon stocks retained would be proportional to the number of acres and amount of vegetation treated by alternative.

The proposed lease modifications would reduce existing carbon stocks and temporarily reduce net carbon sequestration rates in the immediate vicinity where live trees are cut.  As trees reestablish and develop, the carbon sink would increase then gradually decline as trees reach maturity. (Pregitzer and Euskirchen 2004). Carbon stocks would continue to accumulate, although at a declining rate, until impacted by future disturbances.

High mortality forest-wide disturbance events such as beetles and Sudden Aspen Decline is expected to remain the same under all alternatives.  Sustaining forest productivity and other multiple-use goods and services requires that land managers balance multiple objectives.   The long-term ability of forests to sequester carbon depends in part on their resilience to multiple stresses, including increasing probability of drought stress, high severity fires, and large-scale insect outbreaks associated with projected climate change.  None of the alternatives substantially alter this. Thus, even though some management actions may in the near-term reduce total carbon stored below current levels, in the long-term they maintain the overall capacity of these stands to sequester carbon, while also contributing other multiple-use goods and services (Reinhardt and Holsinger 2010).

## 3.9.4    Alternative 3 (Proposed Action) Environmental Effects

Under Alternative 3, the Forest Service would consent to both lease modifications. If BLM modifies the leases, they would include stipulations outlined in Section 2.2 including those related to subsidence and surface use. Surface uses (MDW pad construction) could take place for mine operations and construction of conventionally designed temporary access roads to those locations could be authorized

While site-specific locations of anticipated disturbance cannot be identified at this time, for the purposes of the effects analysis in this alternative, it is assumed based on current mining practices, that about 72 total acres of vegetation disturbance would occur from mine operations over the life of the lease modifications (expected to be about 25 years from lease issuance to lease relinquishment and final bond release; however it would only be expected that disturbed areas would be free of vegetation for 2-3 years).  Site-specific locations of anticipated disturbance cannot be identified at the leasing stage as a final mine plan has not been approved.

For the purposes of this alternative, it is assumed that approximately 48 MDWs would be needed over the life of the lease modifications (44 on COC-1362, and 4 on COC-67232), corresponding to an estimated 48 acres of disturbance (making a conservative estimate requiring about 1 acre of disturbance per MDW pad; historically most MDW pads are 0.5 acres or less).  Access roads associated with MDWs is estimated to be about 6.5 miles, corresponding to about 24 acres of disturbance assuming a 30-foot wide average disturbance width.

It is highly unlikely that all 48 MDWs would be constructed and or venting at the same time.  Similar to what has been seen in other West Elk Mine operations in recent years, it is estimated that 2-3 MDWs

BLM_0050525

would be in operation at any given time and life of an MDW varies from a few weeks to a couple of years depending on placement in the panel. Typically, in a given summer, the MDWs for the next year's operations are drilled, and the MDWs from the panel mined two years previous are reclaimed. However, since the mine plan is not yet known, the exact number of wells that will be operational, constructed, or reclaimed each year is unknown.

It is common practice, and therefore assumed that any if any exploration drilling, staging areas, and ground water monitoring drill pads and access road construction are needed, they would utilize the same locations as those used for MDWs. Therefore, no additional surface use beyond that assumed above for MDWs will be analyzed in this document. And the acreages specified in as it relates to exploration is assumed to be part of what is analyzed here,

If surface uses are proposed during the life of the lease modification (if it is issued), then the site-specific proposals will be evaluated under the State mine permitting regulations, under their own merits at the time they are proposed.

The roads and well pads and access roads will result in complete loss of existing vegetation community within the footprint of same (pads of approximately 1 acre in size and road widths averaging 30') for the life of the project. MDW pads and roads are not expected to be built all at one time. Activity on the parent leases has been to construct pads and associated access roads in advance of the longwall position, and then rehabilitate once the mining has moved past that point. In effect, the construction proceeds in rows of MDWs. After the mining is complete, these areas will be re-contoured and revegetated with grasses and forbs for erosion control in the short term, and are expected to revegetate to types consistent with their pre-disturbance condition in the long term. This project will therefore not remove vegetation permanently from the landscape, but will remove it in the short- and mid-term.

As it is unknown where the MDWs and temporary roads would be placed, it is reasonable to assume that the proportion of loss of vegetation associated with this activity would be equal to the proportion of existing vegetation types within the lease modification area (Table 3-21). The resulting vegetation loss would therefore be approximately 7 acres of oak, 58 acres of aspen, and 7 acres of spruce-fir, with approximately 1 acre of other vegetation types.

### 3.9.4.1   Subsidence

Subsidence has resulted in minor landslides and other surface changes on unstable and steep slopes in other portions of the Forest in which such mining has occurred that have affected vegetation. Such disturbance, however, has been limited to steep and unstable ground and has not been widespread in undermined areas. Most surface subsidence has been relatively uniform across the landscape and in most areas does not visibly alter surface features or vegetation.

Subsidence associated with authorizing the lease modifications under Alternative 3 is expected to affect a maximum of about 1,077 acres (includes an estimated 357 acres of additional adjacent reserves on private and federal lands made accessible via lease modifications). Other than lowering the land surface, the long-term effects of subsidence on surface topography would be minimal, and even unnoticeable to most casual observers. Overall, the topography above subsided longwall mining workings would be similar to the pre-mining topography, albeit slightly lower in elevation. The area of impact would therefore include about 1,077 acres of various vegetation types. However, the likelihood of this is minimal, and only small areas (approximately 1 acre) of subsidence in unstable areas are anticipated. If no vegetation is lost due to subsidence, which is the expected outcome, then the lease modification and associated underground mining would have no noticeable effect on the vegetation at the surface.

Lease stipulations will mitigate impacts due to creation of roads and pads within the area and vegetative changes. The stipulations are shown in Chapter 2.

BLM_0050526

### 3.9.4.2 Exploration

The majority of the area to be disturbed by road and drill pad construction currently has aspen for the vegetation cover (Table 3-23 and Figure 3-22). Mountain shrub and mixed Engelmann spruce/alpine fir make up the remaining cover. Mountain shrub communities (including oakbrush) are not considered commercial timber types. Aspen, Engelmann spruce, and subalpine fir trees  harvested may contain some of sizes which meet merchantability specifications These disturbed acres would be considered a long-term vegetation loss.  After the project is completed, the roads and drilling pads will be reclaimed as described in Section 2.2.

Approximately 23 acres of ground-disturbing activities may increase opportunities for infestations of nonnative invasive plants. Canada thistle, musk thistle, houndstongue, and hoary cress (white top) seeds may be translocated by any of the following vectors: wind, vehicles, wildlife, livestock, and humans.. Any area where the existing vegetation is removed and bare soil is left exposed creates increased potential for nonnative invasive plant infestations.

**Table 3-22. Alternative 3 Vegetation Types in Disturbed Area for Exploration**

| Vegetation Cover Type | Acres Disturbance (roads and pads) |
|---|---|
| Aspen | 18.57* |
| Spruce-fir | 2.59 |
| Oakbrush (Gambel's oak) | 1.52 |
| Total | ~22.7 |
| *Includes 0.32 acres of road on parent leases | |

BLM_0050527



**Figure 3-22. Alternative 3 Vegetation and Exploration Disturbance**

BLM_0050528

## 3.9.5    Alternative 4 Environmental Effects

Under Alternative 4, only consenting to modify COC-1362 would occur and the need for post-leasing surface disturbance is also reduced compared to Alternative 3. For the purposes of the cumulative effects analysis in this alternative, it is assumed based on current mining practices, about 66 acres of surface disturbance would occur from mine operations over the life of the lease modifications (expected to be about 25 years from lease issuance to lease relinquishment and final bond release; however disturbed areas are expected to be reclaimed within 2-3 years of disturbance).  Site-specific locations of anticipated disturbance cannot be identified at the leasing stage due to the fact that a final mine plan has not been approved.

For the purposes of this alternative, it is assumed that approximately 44 MDWs would be needed over the life of the lease modification, corresponding to an estimated 44 acres of disturbance (making a conservative estimate requiring about 1 acre of disturbance per MDW pad; historically most MDW pads are 0.5 acres or less).  Access to MDWs is estimated to be about 22 acres (6 miles) on COC-1362 for this alternative. No additional surface use beyond that assumed above for MDWs and roads will be analyzed in this document. And the acreages specified in as it relates to exploration is assumed to be part of what is analyzed here,

See Alternative 3 Environmental Effects above for the explanation of how the estimated 66 acres of vegetation disturbance under this alternative would be generated.

As it is unknown where the MDWs and temporary roads would be placed, it is reasonable to assume that the proportion of loss of vegetation associated with this activity would be equal to the proportion of existing vegetation types within the lease modification area (Table 3-23). The resulting vegetation loss would therefore be approximately 6 acres of oak, 53 acres of aspen, and 6 acres of spruce-fir, with approximately 1 acre of other vegetation types.

### 3.9.5.1    Subsidence

Subsidence associated with authorizing the lease modifications under Alternative 4 is expected to affect a maximum of about 930 acres (includes an estimated 335 acres of additional adjacent reserves on private and federal lands made accessible via lease modification).  Other than lowering the land surface, the long-term effects of subsidence on surface topography would be minimal, and even unnoticeable to most casual observers. Overall, the topography above subsided longwall mining workings would be similar to the pre-mining topography, albeit slightly lower in elevation. The area of impact would therefore include about 930 acres of various vegetation types.  However, the likelihood of this is minimal, and only small areas (approximately 1 acre) of subsidence in unstable areas are anticipated.  If no vegetation is lost due to subsidence, which is the expected outcome, then the lease modification and associated underground mining would have no noticeable effect on the vegetation at the surface.

### 3.9.5.2    Exploration

Effects of exploration under Alternative 4 are similar to Alternative 3 but are expected to disturb approximately 18 acres predominantly in the in the aspen cover type within only the COC-1362 lease modification and adjacent areas.  See Table 3-24 and Figure 3-23.

BLM_0050529

**Table 3-23. Alternative 4 Projected Vegetation Types in Disturbed Area for Exploration**

| Vegetation Type | Acres Disturbance (roads and pads) |
|---|---|
| Aspen | 15.87* |
| Spruce-fir | 1.41 |
| Oakbrush (Gambel's oak) | 0.81 |
| Total | 18.09 |
| *includes 0.15 acres of road on private and 0.32 acres of road on parent leases | |

179



**Figure 3-23. Alternative 4 Vegetation and Projected Exploration Disturbance**

## 3.9.6   Cumulative Effects & Climate Change

The FACTS (Forest Service Activity Tracking System) database was used to determine past federal actions in the area which may have impacted wildlife habitat.  Previous MDW and road construction activities are beneath the resolution of the system, and thus are not reflected therein.  Within the past ten years, a total of 2550 acres of other habitat alteration has occurred within  the Mount Gunnison Lynx Analysis Unit boundary (described in more detail in Section 3.10 and depicted on map in BA), associated primarily with big game wildlife habitat improvement projects, with the majority occurring in oak and juniper habitats.  These acres reflect some re-treatment of areas due to multiple entries for a single project, as well, so that less than 2550 acres of the landscape have been actually treated.  Table 3-25 shows the individual actions which have occurred within the area in that time frame.   There has been no commercial timber harvest in this area within the last ten years, and any prior activity is incorporated into baseline habitat values for the area.  These treatments for the most part have not converted vegetation types (i.e., still mountain shrub communities).

**Table 3-24. Vegetation management within the cumulative effects area since 2000**

| Type of Treatment | Acres | Year |
|---|---|---|
| Deer Creek Shaft and E Seam MDW projects (minerals) | >54 proposed | 2007-current |
| Sylvester Gulch and Box Canyon projects, Dry Fork coal lease project (minerals) | >71 proposed | 2004-current |
| Lamborn Wildlife Habitat Improvement (Rollerchop) | 116 | 2009 |
| BearPaw Rx Burn | 983 | 2011 |
| Lone Cabin Mechanical (hydro-axe) | 78 | 2007 |
| BearPaw Rx Burn | 561 | 2004 |
| Wooten Mesa Roller Chop | 158 | 2003 |
| unnamed rollerchop | 26 | 2003 |
| Sams Divide Rx Burn | 628 | 2002 |
| **Total** | **2550** | |

Other federal actions which have occurred in the past and are expected to occur in the future which impact vegetation include additional wildlife habitat improvement projects (more Lamborn Wildlife habitat improvement projects in oak and similar habitats), permitted livestock (currently cattle) grazing and permitted outfitter/guided hunting. Road and trail maintenance is expected to continue within the area. Travel management activities including closing existing roads and trails may occur in the near future which restores vegetation.  Non-federal actions occurring in the area within the last ten years include dispersed camping primarily associated with hunting (approximately 70 known sites), and nonspecific dispersed recreation.  Water development (reservoirs, ditches) occurs on both federal and private lands in the area, including three irrigation reservoirs totaling 68 surface acres.  On private lands, single family habitation, ranching including hay production, and livestock grazing are the primary uses within the area.

If the lease modifications are granted effects similar to those described in Alternative 3 could occur on the adjacent private land while mining 4.2 million tons of private coal reserves and on parent leases where additional 3.3 million tons federal coal reserves may be mineable and may remove an additional 63 acres in primarily oak and aspen vegetation types. An additional

The cumulative effects analysis area for vegetation is the Mount Gunnison Lynx Analysis Unit (LAU) boundary and totals 47,904 acres of National Forest. Approximately 2,550 acres of vegetation have been disturbed through past activities within the past ten years, associated primarily with big game wildlife habitat improvement projects, with the majority occurring in oak and juniper habitats. Neither of these are considered habitat for lynx.  These acres reflect some re-treatment of areas due to multiple entries for a single project, as well, so that less than 2,550 acres of the landscape have been actually treated.  An additional

BLM_0050532

The addition of 18-23 acres of disturbance within the cumulative impacts analysis area for exploration is minor.

Noxious weeds already occur in the area from past activities. Cumulative impacts would be similar to direct and indirect effects, with the creation of disturbed areas that may become infested with noxious weeds.

### 3.9.6.1    Climate Change & Carbon Sequestration

Specific global or local climate effects, as a result of the proposed action, cannot be determined. However, climate is changing and will likely continue to effect habitat, biodiversity and species.  Potential impacts to forests from climate change include longer and more intense droughts; more frequent and intense fires; and conditions favorable to insect outbreaks (Colorado Energy Office, 2015).  Potential impacts to alpine ecosystems include increased summer temperatures and earlier snowmelt.  Alpine ecosystems are particularly vulnerable to warmer temperatures that cause shifts in phenology and leaf-out (Colorado Energy Office, 2015).There are no alpine ecosystems in the lease modifications area, although there are some nearby in the West Elk Wilderness.

Realized impacts to climate change have been documented by the Union of Concerned Scientists and include warmer temperatures that impact hydrology; fundamentally changing conditions for forests. Recent snowmelt trends show changes in early snowmelt and drier summers which also makes forest ecosystem more susceptible to insects and disease.  Peak streamflow datapoints in Colorado show earlier flows by 5 – 30 days at various stations throughout Colorado (Funk, 2014).

### 3.9.6.2    Habitats & Species

Some ecosystems have already been affected by changes in climate. As the climate continues to warm, major changes may occur in ecosystem structure and function, species' ecological interactions, and species' geographic ranges, with predominantly negative consequences for biodiversity. Warmer temperatures and precipitation changes will likely affect the habitats and migratory patterns of many types of wildlife. The range and distribution of many species will change, and some species that cannot move or adapt may face extinction. In addition, climate changes such as increased floods and droughts are predicted to increase the risk of extinction for some plant and animal species, many of which are already at-risk due to other non-climate related factors (IPCC Climate Change and EPA Climate Change Effects, Ecosystems and Biodiversity).  For local effects see Table 3-26.

### 3.9.6.3    Fire & Disease

Abatzoglou and Williams report "increased forest fire activity across the western continental United States (US) in recent decades has likely been enabled by a number of factors, including the legacy of fire suppression and human settlement, natural climate variability, and human-caused climate change." They also stated, "Anthropogenic climate change accounted for ~55% of observed increases in fuel aridity from 1979 to 2015 across western US forests, highlighting both anthropogenic climate change and natural climate variability as important contributors to increased wildfire potential in recent decades."

Balch et al also report "The economic and ecological costs of wildfire in the United States have risen substantially in recent decades. Although climate change has likely enabled a portion of the increase in wildfire activity, the direct role of people in increasing wildfire activity has been largely overlooked….Humans have vastly expanded the spatial and seasonal "fire niche" in the coterminous United States, accounting for 84% of all wildfires and 44% of total area burned. During the 21-y time period, the human-caused fire season was three times longer than the lightning-caused fire season and added an average of 40,000 wildfires per year across the United States. Human-started wildfires disproportionally occurred where fuel moisture was higher than lightning-started fires, thereby helping expand the geographic and seasonal niche of wildfire. Human-started wildfires were dominant (>80% of

BLM_0050533

ignitions) in over 5.1 million km2, the vast majority of the United States, whereas lightning-started fires were dominant in only 0.7 million km2, primarily in sparsely populated areas of the mountainous western United States. Ignitions caused by human activities are a substantial driver of overall fire risk to ecosystems and economies."

EPA concludes:

- Climate change will likely alter the frequency and intensity of forest disturbances, including wildfires, storms, insect outbreaks, and the occurrence of invasive species.

- The productivity and distribution of forests could be affected by changes in temperature, precipitation and the amount of carbon dioxide in the air.

- Climate change will likely worsen the problems already faced by forests from land development and air pollution.

- Climate changes directly and indirectly affect the growth and productivity of forests through changes in temperature, rainfall, weather, and other factors.

Due to their age or physiological life, the spruce-fir and aspen in the area are more susceptible to drought, insects, disease, and fire than younger seral stages. At this stage of their development, these stands, where they haven't already experienced high mortality, are likely to continue to face a host of insect and disease stressors intensified by drought and warmer temperatures under the different climate change scenarios. Species composition on the GMUG is likely to shift to higher elevations over the next century or longer, but this is unpredictable as to the exact locations and is heavily influenced by precipitation which is hard to predict with varying topography and microclimates. Several landscape scale insect/disease outbreaks and fires have been recorded over the past century on the GMUG with species persistence.

### 3.9.6.4    Carbon Sequestration

Tree removal associated with action alternatives would not have a discernable impact on atmospheric concentrations of greenhouse gases, considering the limited changes in both rate and timing of carbon flux predicted within these few affected forest acres and the global scale of the atmospheric greenhouse gas pool and the multitude of natural events and human activities globally contributing to that pool.

Forests provide a valuable ecosystem service by removing carbon from the atmosphere and storing it in biomass (Galik and Jackson 2009). U.S. forests are a strong net carbon sink, absorbing more carbon than they emit (Houghton 2003; US EPA 2013; Heath, et al. 2011). For the period 2000 to 2008, U.S. forests sequestered (removed from the atmosphere, net) approximately 481.1 million metric ton of carbon dioxide per year, with harvested wood products sequestering an additional 101 million metric tons per year.

The total carbon stored on the GMUG is approximately 148 million metric tons, or about 0.33% of approximately 44,931 million metric tons of carbon stored in forests of the coterminous U.S. (Heath, et al. 2011). The lease modifications and exploration would affect only a tiny fraction of the forest carbon stock of the GMUG.

Within the U.S., land use conversions from forest to other uses (primarily for land development or agriculture) are identified as the primary human activities exerting negative pressure on the carbon sink that currently exists in this country's forests (McKinley, et al. 2011; Ryan, et al. 2010; Conant, et al. 2007). The affected disturbance acres within the lease modifications would remain forests, not converted to other land uses except for a very short duration, and long-term forest services and authorized uses would be maintained.

BLM_0050534

### 3.9.7   Consistency with Forest Plan and Other Laws

All alternatives are consistent with the 1991 GMUG Forest Plan.

## 3.10 Threatened & Endangered Species

There are numerous wildlife species which occur in the project area which are not special status species and are not addressed in the Biological Assessment, Biological Evaluation, Management Indicator Species Assessment, or in the Migratory Bird evaluation for this project.   Specific species that commenters noted including beavers, bears, and deer are not special status species for the USFS.  They are not on any species list which triggers analysis.   Therefore, they were not analyzed. While these species are not individually addressed herein, they are considered during project planning and evaluation.  These species are anticipated to be impacted similarly to species described in the analysis, through habitat loss or alteration (positively or negatively depending on species), through disturbance from noise, light, and human presence from project sites or equipment, and from vehicular traffic associated with the project.  None of these species are anticipated to be impacted at the population level, and lease stipulations used for this project will in most cases reduce impacts to those species.

A Forest species list was provided by the US Fish and Wildlife Service on 9 May 2008 (USDI 2008b).  A list was collected by the GMUG on May 14, 2015, from the USFWS website, and was checked against the USFWS website on February 19, 2016 to ensure currency.  There are no changes to the species originally evaluated for this project.

The Gunnison Sage-grouse, which is now on the GMUG list, does not occur nor is there any habitat for it in the project area.  The nearest population is south of Crawford. Information can be found at: https://www.fws.gov/mountain-prairie/species/birds/gunnisonsagegrouse/GUSGFinalListingRule_11202014.pdf

The yellow-billed cuckoo was listed as threatened (Western DPS) effective November 2014 (https://www.gpo.gov/fdsys/pkg/FR-2014-10-03/pdf/2014-23640.pdf).   And the cuckoo has critical habitat proposed in the North Fork, but not within the project area, on Aug 15, 2015, but that has not been finalized (https://www.gpo.gov/fdsys/pkg/FR-2014-08-15/pdf/2014-19178.pdf).

Tables have been updated accordingly. There is only one federally listed species that has the potential to be found in the project area, the Canada lynx. Other species considered are shown in Table 3-26.  As these species do not occur in the project area and no habitat for them will be impacted by the project, these species were not further analyzed in this document.  These species would all have no effect determinations.

BLM_0050535

**Table 3-25. Federally Threatened and Endangered or Candidate Species considered for this project**

| Species | Scientific Name | Habitat Description and Requirements | Habitat in Project Area? |
|---|---|---|---|
| Gunnison sage grouse & Critical Habitat | *Centrocercus minimus* | Sagebrush and sage-oak habitats in isolated populations in the Gunnison Basin and other parts of southwest CO; nearest known population occurs south of Crawford, CO. There is no designated Critical Habitat in or near the project area. | Species-No  Critical Habitat-No |
| Yellow-billed cuckoo | *Coccyzus americanus* | Analyzed as a sensitive species in the original Biological Evaluation. Breeding habiatat includes riparian habitat along lowgradient (surface slope less than 3 percent) rivers and streams, and in open riverine valleys that provide wide floodplain conditions (greater than 325 ft (100 m)) Known to occur in the North Fork Valley. | Not expected (no additional information which alters that is known at this time)  Critical Habitat-No |
| Canada Lynx | *Lynx canadensis* | Spruce/fir, mixed conifer, lodgepole pine forest (primary), or mixed deciduous/conifer (secondary). | Yes |
| Mexican spotted owl | *Strix occidentalis lucida* | Desert canyons, ponderosa forests. Not known or expected to occur on the Paonia RD. | No |
| Uncompahgre fritillary butterfly | *Boloria acrocnema* | Above treeline, closely associated with larval host, snow willow.  Not known or expected to occur on the Paonia RD. | No |
| Debeque Phacelia (candidate) | *Phacelia submutica* | Specific clay-based soils of the Wasatch Formation in Piceance Basin, CO. Not known or expected to occur on the Paonia RD | No |
| Greenback cutthroat trout | *Oncorhynchus clarki stomias* | Headwater streams and lakes, isolated headwater reaches with less than 30 cfs, gradients > 4%, above 7,500. Require year round stream flows to survive. Not expected in analysis area due to scarcity of perennial water. | No |
| Bonytail Chub | *Gila elegans* | Habitat not present, but water depletions associated with MDW drilling may affect this species in the Upper Colorado River Basin. | No* |
| Colorado Pikeminnow | *Ptychocheilus lucius* | Habitat not present, but water depletions associated with MDW drilling may affect this species in the Upper Colorado River Basin. | No* |
| Humpback Chub | *Gila cypha* | Habitat not present, but water depletions associated with MDW drilling may affect this species in the Upper Colorado River Basin. | No* |
| Razorback Sucker | *Xyrauchen texanus* | Habitat not present, but water depletions associated with MDW drilling may affect this species in the Upper Colorado River Basin. | No* |

BLM_0050536

| Species | Scientific Name | Habitat Description and Requirements | Habitat in Project Area? |
|---------|-----------------|-------------------------------------|--------------------------|
| Uinta Basin Hookless Cactus | *Sclerocactus glaucus* | Coarse rocky soils above the current flood plains of the Colorado, Gunnison, and Green River drainages in western Colorado and northeastern Utah. Not known or expected to occur on the Paonia RD. | No |

*Habitat not present, but consultation has occurred with USFWS regarding depletions associated with RFMP for post-leasing activities (June 16, 2010; ES/CO: FS/GMUG/Paonia RD; TAILS 65413-2010F-109) based on GMUG's PBO for depletion (ES/GJ-6-CO-99-F-033-CP062). This is a complicated consultation history because it also relies on the umbrella Final Gunnison River Basin Programmatic BO (ES/ GJ-6-090F-001 and Tails 65413-2009-F-0004) which has included all prior consultations in the basin and associated recovery goals the most recent assessment of which had been finalized on December 20, 2016. Information specific to this project can be found in project record and description of the recovery is in Appendix J in response #8419-49.

## 3.10.1  Canada lynx

The Forest Service vegetation database (R2Veg) data as of 04 Feb 2010 was used in this analysis to describe existing vegetation and habitats within the project area. Sudden Aspen Decline (SAD) is impacting mature aspen stands across the district, and declining stands have been identified in the immediate project area and across the analysis area. The current state of these stands is not reflected in R2Veg due to the rapid change in vegetation condition. It is anticipated that additional aspen stands will decline in 2010 and beyond, and that the affected aspen stands may constitute a much larger portion of the analysis area than they do currently.

### 3.10.1.1  Methodology

Using the Southern Rockies Lynx Amendment (SLRA) Implementation Guide, Habitat Mapping section, the following model was developed for the West Elk Lease Modification project:

- Using the R2Veg vegetation GIS database as of 04 Feb 2010 (the time of analysis), the area of the existing Mount Gunnison LAU was selected, then buffered out 400 meters. The overall layer was then clipped to this geographic area to facilitate calculations while insuring that the LAU was fully covered.

- Polygons were selected by Cover_Type attributes. Primary habitat included spruce-fir (TSF) polygons, as well as aspen (TAA) polygons containing greater than or equal to 5% conifer (PIEN and/or ABLA). Secondary habitat included the remaining aspen polygons (containing less than 5% conifer) and riparian willow (SWI) polygons.

- All primary habitat polygons were selected. A 300 meter buffer was applied to this selection. All secondary habitat within this buffer was then added to the primary habitat and was used as the final habitat delineated within the LAU. This was clipped to the original LAU boundary to determine final habitat quantity within the LAU, and to the lease modification polygons to determine the habitat within those areas. These values were used the analysis.

The final GMUG LAU boundary adjustments / delineations had not been done at the time of the analysis, so the original boundary was still in effect and was therefore used. Consultation with USFWS was done specifically on this analysis (June 16, 2010; ES/CO: FS/GMUG/Paonia RD; TAILS 65413-2010F-109).

The final GMUG habitat model (later in 2010) closely followed the above process (although conducted with the full forest level data set and including other habitat types that occur elsewhere on the Forest, such as lodgepole pine). However, the process for including secondary habitat in the final selection did

BLM_0050537

not use a simple distance buffer of the primary habitat as described in the SRLA implementation guide. The final model used a 300 meter buffer, but included entire vegetation polygons of secondary habitat if the geometric centroid of the polygon was within the 300 meter buffer distance, and excluded polygons whose geometric centroid was further than 300 meters from the edge of a primary habitat polygon. This process was used to insure that the polygons used in the habitat model matched, spatially, with habitat polygons in the original vegetation layer, and were not bisected by the buffering distance clipping that I used in my model.

This or any model is used to plan and to estimate impacts from projects. Actual impacts to habitat are determined during or after disturbance and are measured on the ground at that time and reported to the USFWS as required. Habitat may be modeled but may turn out to not actually be suitable.

In 2016, using the habitat model developed in 2010, USFWS consultation occurred forest-wide for vegetation treatments and road construction which established conservation thresholds consistent with the SLRA for all of the LAUs. The 2016 consultation (ES/L-6-CO-08-F-024-GH016; TAILS 06E24100-2016-F-132: Bundle 65413-2009-B-2008) includes the lease modification area in the June 16, 2010, a consultation for this project.

## 3.10.1.2  Affected Environment

The analysis area for the Biological Assessment is the Mount Gunnison Lynx Analysis Unit (LAU). Other scales of analysis may be used for other species. Existing Canada lynx habitat conditions at two potential analysis scales (Lease modifications area and LAU) is shown in Table 3-27. Acreages within the lease modification area in this analysis (1718.9) are slightly less than in the proposed action (1720 acres) provided through the BLM office (1721) and represent differences in mapping versus information provided from outside the agency.

The acreage of the LAU has been reduced from the original consultation, and now, comprises 37,995 acres (Table 3-27). Updates to this section of the SEIS have occurred to reflect the 2016 consultation acreage.

### Environmental Baseline

The Canada Lynx was listed as threatened in March 2000. In August 2004, the Second Edition of the Canada Lynx Conservation Assessment and Strategy (LCAS) was released, to provide a consistent and effective approach to conserve Canada lynx on federal lands. The Canada Lynx Conservation Agreement (USDA FS, 2005) identifies the Science Report (Ruggiero et al. 2000) and the LCAS (Ruediger et al. 2000) as including the best available science on habitat and conservation measures. Both of these documents, along with local information were to be used for project analyses

Following release of the LCAS, the Forest mapped lynx analysis units (LAUs) and habitat within them, based on Regional direction. Habitat was mapped based on existing vegetation information, including vegetation type, canopy closure and size of trees. Areas outside of mapped LAUs are not considered to be lynx habitat, even though they may contain habitat components or stand similar to those within LAUs. In 2008, the Southern Rockies Lynx Management Direction Record of Decision (SRLA) was published, which supersedes the LCAS, and that direction was incorporated into the GMUG Forest Plan. Lynx habitat was remapped according to this direction, and used for this analysis. LAUs on the GMUG and neighboring forests were remapped in conjunction with USFWS in 2010-2011 to better align with lynx home range sizes and to remove lower elevation non-habitat.

The GMUG Forest Plan includes direction about limiting the amount of currently unsuitable habitat within a LAU to less than 30%. Currently, <1% of lynx habitat within the LAU is unsuitable. The lease modifications and affected surrounding private and parent leases are within the Mount Gunnison LAU, and potential impacts of the project to lynx are limited to that LAU. Existing conditions of the Mount

BLM_0050538

Gunnison LAU are displayed in Table 3-27. Other standards and guidelines in the SRLA which apply to this project are included in Appendix A, Table 3.8c, in the lease modification Biological Assessment (project record). GMUG's SBEADMR analysis in 2016 updated acres within the Mount Gunnison LAU and established the balance of acres for the 30% conservation limit for lynx within Mt. Gunnison LAU at 6,440 acres (USDA 2016, USDI 2016).

**Table 3-26. Mount Gunnison Lynx Analysis Unit Existing Condition (rounded to nearest acre)**

| LAU Name | Total Acreage | Suitable Habitat Acres | Acres Currently Unsuitable Habitat (% of lynx habitat) | Acres Non Habitat (% of LAU) |
|---|---|---|---|---|
| Mount Gunnison LAU | 37,995** | 22,417** | 0 (0)* | 15,578** (52.2%) |
| Previous Actions* | | | 163 (<1%)** | |
| Possible Future Actions (Hazard tree removal) | | | | |
| Lease Modifications Area Total | 1718 | 1436 | 0 | 282 |
| Proposed Modification COC-67232 Area | 919 | 809 | | |
| Proposed Modification COC-1362 Area | 800 | 627 | | |
| COC-67232 Foreseeable Surface Affected | | 40 | | |
| COC-1362 Foreseeable Surface Affected | | 35 | | |
| Total Foreseeable Surface Affected | 75 | ≤75 | | |
| Private Lands | | 235 | | |
| Private Lands Foreseeable Surface Affected | | 10 | | |
| Parent Lease COC-1362 | | 55 | | |
| Parent Lease COC-1362 Foreseeable Surface Affected | | 7 | | |

*Previous mining-related loss of habitat is beneath the scale of R2VEG and does not show up in the current GIS information.

**Habitat remapped in 2010- to better align with lynx homerange sizes and habitat; analysis updated per SBEADMR BA & BO, USDA 2016; this includes a cumulative disturbance which was defined as roads+ 25% of activities .

Lynx breed in March and April in the north, and kittens are born in May and June in the Yukon (Ruediger et al. 2000). Den surveys in May and June 2005 in Colorado found kittens in the dens at that time (CPW 2005a.)  All of the 2005 dens were scattered throughout the high elevation areas of Colorado, south of I-70. Most of the dens were in spruce/fir forests in areas of extensive downfall. Elevations ranged from 10,226 to 11,765 feet for 2005 dens (CPW 2005a) with a mean elevation of 3354 meters (11,001 feet) for all dens prior to 2009 (CDOW 2009). However, the project area is all below the elevation where denning has occurred in Colorado.

Lynx have been described as being generally tolerant of humans, including moderate levels of snowmobile traffic (Ruediger et al. 2000). In a lightly roaded study area in northcentral Washington, logging roads did not appear to affect habitat use by lynx. In contrast, a study in the southern Canadian Rocky Mountains found that lynx crossed highways within their home range less than would be expected (Ruediger et al. 2000).

Lynx have been reintroduced to southwestern Colorado, beginning in 1999. Tracking of these lynx indicate that lynx are using or moving through the Forest, but only a few of the relocations lie within or adjacent to the project area (CPW 2005). Of the total 218 adult lynx that have been released in Colorado, there are 115 known mortalities (CPW 2009). The cause of death is unknown for a third of these, but the two leading known causes of mortality are starvation and being hit by a vehicle. Speed has been identified

BLM_0050539

as the primary factor contributing to vehicle-wildlife collisions (Gunther et al. 1998). Neither is considered to be a factor for this project due to the lack of suitable habitat in the project area. There are no landscape linkage areas in or near the project area or any travel routes associated with the project.

The Recovery Outline (USDI FWS 2005) identifies core areas, secondary areas and peripheral areas, based on historical and current occurrence records, as well as confirmed breeding. The Southern Rockies (Colorado and Wyoming) were identified as a Provisional Core Area. This designation was identified because this area contains a reintroduced population. Reproduction has been documented but it is too early to determine whether a self-sustaining population will result. A total of 37 dens and 116 kittens had been located in Colorado prior to the 2009 breeding season (CPW 2009).

In November 2005, the FWS proposed critical habitat for lynx (USDI FWS 2005a). In 2006 Critical Habitat for the lynx was designated, with none occurring in the Southern Rockies (USDI FWS, 2006). A revised critical habitat designation which does not include lands within Colorado has been proposed (USDI FWS, 2008). On September 12, 2014, the USDI FWS revised Endangered Species Act (ESA) protections for the contiguous United States distinct population segment (DPS) of Canada lynx The Service finalized both a revised critical habitat designation for the lynx DPS and a revised definition for what constitutes the range of the DPS – the portion of the species' North American range in which lynx are protected by the Act.(USDI 2014) None of the critical habitat occurs in Colorado. See bottom of section for reference.

Extensive stands of pure aspen may not provide quality hare (primary prey) habitat due to deficiencies in winter habitat characteristics. However, when mixed with spruce/fir, aspen (especially younger stands) may substantially contribute to prey productivity (Ruediger et al. 2000). Lynx transplanted into Colorado were frequently located in well-developed riparian and valley wetland shrub habitats of the upper montane and subalpine zones. These ecotones may provide quality foraging habitat for lynx.

Lynx Standards and Guidelines from the GMUG Forest Plan are shown in Table 6 of the Biological Assessment found in the Project File.

### 3.10.1.3  Alternative 1 (No Action) Environmental Effects

The direct and indirect impacts of the no action alternative would not change current habitat or population conditions of Canada lynx in the short term. Long-term changes would continue to be dependent on existing conditions, current succession of vegetative types, and other actions within the project area, as indicated in the cumulative effects tables and discussions in this analysis. The ongoing aspen decline may result in both short- and long-term loss of aspen at a landscape scale in this area.

### 3.10.1.4  Alternative 3 (Proposed Action) Environmental Effects

WLAU boundary and acreage has changed but the effects have not. Still the same disturbance and habitat alteration as discussed in the BA and still the same not-reaching-threshold-we-consulted-on, even if the acres were revised to reflect a better fit to suitable habitat

Under Alternative 3, the Forest Service would consent to and BLM would modify the leases with stipulations outlined in Section 2.2 including those related to Canada Lynx and TES species. For this analysis, all lease stipulations are considered to be in effect.

Mining may result in subsidence of surface topography as coal is removed from below ground. This subsidence has resulted in landslides and other surface changes on unstable and steep slopes in other portions of the Forest in which such mining has occurred. Such disturbance, however, has been limited to steep and unstable ground and has not been widespread in undermined areas. Most surface subsidence has been relatively uniform across the landscape and in most areas, does not visibly alter surface features or vegetation.

BLM_0050540

The area of impact would therefore include 1077 acres of lynx habitat, that being the portion of the LAU currently suitable and subject to subsidence. The LAU includes private lands and adjacent federal lands. These values are based on the R2VEG GIS coverage for this area and may not reflect recent impacts to aspen stands due to SAD.

If no habitat is lost due to subsidence, which is the expected outcome, then the lease modifications and associated underground mining would have no effect on the habitat suitability at the surface and there would be no effect to lynx as a result of the modification.

However, underground mining requires surface facilities for safety, specifically MDWs.  There is a RFMP which accompanied the request for lease modification, which projects surface activities associated with the underground mining within the lease modification area, including the number of MDWs required in this area and the approximate mileage of temporary roads required to access and construct these MDWs, as well as information on the longevity and rehabilitation of surface disturbance.  This plan is described in the proposed action above and is being analyzed concurrently.

The plan does not have specific locations for the MDWs and associated roads which comprise the surface disturbance.  It does, however, indicate the expected acreage of disturbance required to operate the mine, approximately 75 total acres.  Without knowing exactly where the MDWs and roads will be placed, it is reasonable to assume that the proportion of loss of habitat associated with this activity is equal to the proportion of such habitat within the lease modification area (83.5%), or a total disturbance of 63 acres.  However, it is possible that the entirety of the surface disturbance will occur within suitable habitat, for a total direct loss of 75 acres of habitat.

The roads and well pads will result in complete loss of habitat within the footprint of same (pads of approximately 1 acre in size and road widths averaging 30') for the life of the project.  After the mining is complete, these areas will be re-contoured and revegetated with grasses and forbs for erosion control in the short term, and are expected to revegetate to types consistent with their pre-disturbance condition in the long term.  This project will therefore not remove habitat permanently from the landscape, but will remove it in the short- and mid-term, certainly within lifetimes of both lynx and their primary prey.

Lease stipulations will mitigate impacts due to creation of roads and pads within the area, winter access, and vegetative changes. The stipulations are shown in section III of the 2010 BA (Project File) and their application to specific Forest Plan objectives and guidelines for human uses project such as the proposed action are indicated in Appendix 1 of the April, 2010 BA For Federal Coal Lease Modifications COC-1362 and COC-67232 (Project File).

The following potential effects to lynx may include:

- Short-term direct effects of habitat loss / alteration

- Short-term direct effects from disturbance to denning or foraging

- Short-term direct effects of mortality from traffic or shooting

- Impacts from changes in winter access (competition and disturbance)

- Long-term direct effects as a result of changes in vegetation, which provides denning and foraging habitat

If the proposed action is implemented, 75 acres of suitable habitat could be directly lost through creation of roads and well pads within the LAU (0.3%) within the lease modifications.  Past and current activities have rendered 163 acres unsuitable within the LAU over the last fifteen years (0.6% of lynx habitat within the LAU).

BLM_0050541

If all of the lease modification and adjacent areas subside to the extent that surface habitat is damaged or destroyed, an additional ~1077 acres of habitat would be lost within the LAU, for a total of ~1221 acres (5% of lynx habitat within the LAU). Subsidence resulting in loss of surface habitat is highly unlikely based on similar subsidence on adjacent lands.  None of the other past, present, or reasonably foreseeable future activities within the LAU are anticipated to result in lost habitat or habitat effectiveness.

Disturbance to denning or foraging is possible if lynx are present in the area.  This is not anticipated to be a substantial impact as the lease area is at lower elevation than denning has occurred in Colorado, there is abundant lynx habitat outside of the affected area, and lease stipulations for this project follow guidelines as noted in Appendix A of the BA (Project File).

Traffic is not anticipated to be a substantial impact.  Roads used for this project will be low-speed routes and public use would be restricted.  Roads will also be decommissioned after they are no longer needed, as noted in the lease stipulations.  Winter access is not anticipated to be substantially increased over current levels as the area receives little recreational over-the-snow use and maintenance activities should be minimal.

### Exploration

These access roads (including those on parent leases) and drill hole pads are likely to be those used for mine development if there are mineable reserves, but this is not guaranteed. Exploration activity effects would be consistent with those activities described above for post-lease disturbance with 2.59 acres of spruce-fir (denning) and 18.57 acres of aspen (foraging; includes 0.32 acres of road on parent leases) habitats being removed.

## 3.10.1.5   Alternative 4 Environmental Effects

Under Alternative 4, effects to lynx and their habitat would be similar to those addressed in Alternative 3 if temporary roads were allowed. Compared with either Alternative 3, effects may be reduced; however, as only about 66 acres of aspen and spruce-fir habitat would become unsuitable and ~ 930 acres may subside within the LAU.

### Exploration

Exploration would be similar to that described under Alternative 3 except 1.41 acres of spruce-fir (denning) and 15.87 acres of aspen (foraging; includes 0.15 acres of road on private land and 0.32 acres of road on parent leases) habitats may be removed. Access roads include both those on private lands and on parent leases.

## 3.10.1.6   Cumulative Effects & Climate Change

### Cumulative Effects under NEPA

A new habitat model is proposed for the GMUG. A new habitat model was developed in 2010 to reflect current direction in the SRLA.  An interim model was used to determine acres of habitat impacted under this project, as the final model was not in place at the time of initial analysis. Under that model, alternative 3 would alter 75 acres of the 22,417 (2016 BA/BO assumes 163 acres of the LAU is currently unsuitable habitat) acres of lynx habitat within the LAU (0.6%) within the lease modification areas.  Additionally, about 17 acres of habitat on adjacent private lands and in the parent lease (0.08%) of COC-1362 would be lost in the short term. Added to the 163 acres (0.6%) of habitat impacted under previous and ongoing actions, this would result in 1% of the suitable habitat in the LAU being rendered unsuitable.

Although future subsidence is not expected to affect surface vegetation, a worst-case analysis would assume that all acres of habitat within the lease mod would be impacted by subsidence.  In this event, a total of 1077 acres of suitable habitat (proposed habitat model) (5%) within the LAU will be lost in the

short term but would be expected to regenerate.  Even if all these acres were lost due to subsidence, the 6,440 acres balance within the LAU that could be removed under SBEADMR USFWS consultation, which is the 30% conservation threshold for the species under the SRLA, would not be close to being exceeded. If the B Seam were developed, approximately 72.5 additional acres of primarily Gambel's Oak (not habitat) and some aspen (foraging habitat) may be disturbed somewhere within the parent leases in the LAU.

At this time, no acres of the lynx habitat within the lease modifications are typed as currently unsuitable. However, as of 2016, previous and ongoing minerals activities within this LAU have been determined to render unsuitable 163 acres (0.5%) of habitat (USDA, 2016). These changes (road prisms and MDW pads) are beneath the resolution of the R2VEG layer and do not show up on it.

The FACTS (Forest Service Activity Tracking System) database was also used to determine past federal actions in the area which may have impacted lynx habitat.  Again, MDW and road construction for mining activity does not show up in this system.  Within the past ten years, 2588 acres of other habitat alteration has occurred within the LAU, associated primarily with big game wildlife habitat improvement projects, with only 163 occurring in suitable habitat..  These acres reflect some re-treatment of areas due to multiple entries for a single project, as well, so that less than 2588 acres of the landscape have been actually treated.  Table 3-28 shows the individual actions which have occurred within the LAU in that time frame.  There has been no timber harvest in this LAU within the last ten years, and any prior activity is incorporated into baseline habitat values for the LAU.

**Table 3-27. Vegetation Management within the Mount Gunnison LAU since 2000**

| Type of Treatment | FACTS ID | Acres | Date |
|---|---|---|---|
| Deer Creek Shaft and E Seam MDW projects (minerals) | N/A | 54 (within lynx habitat)* | 2007-current |
| Sylvester Gulch and Box Canyon projects, Dry Fork coal lease project (minerals) | N/A | 71 (within lynx habitat)* | 2004-current |
| Lamborn Wildlife Habitat Improvement (Rollerchop) | 5807021001 | 116 | 2009 |
| BearPaw Rx Burn | 1102031002 | 983 | 2011 |
| Lone Cabin Mechanical (hydro-axe) | 1017331001 | 78 | 2007 |
| BearPaw Rx Burn | 1102031002 | 561 | 2004 |
| Wooten Mesa Roller Chop | N/A (not in FACTS) | 158 | 2003 |
| unnamed rollerchop | 1017311001 | 26 | 2003 |
| Sams Divide Rx Burn | 1102031001 | 628 | 2002 |
| **Total** | | **2550** | |

*These values have been included in 2016 Consultation and include cumulative (road +25%) for a total of 163 acres of suitable habitat impacted.

Other federal actions which have occurred in the past and are expected to occur in the future include additional wildlife habitat improvement projects (more Lamborn Wildlife habitat improvement projects in oak and similar habitats, which are not lynx habitat), permitted livestock (currently cattle) grazing and permitted outfitter/guided hunting.  Road and trail maintenance is expected to continue within the LAU. Travel management activities including closing existing roads and trails may occur in the near future (NEPA pending).  Non-federal actions occurring in the area within the last ten years include recreational hunting, mountain biking and ATV use on existing roads and trails, dispersed camping primarily associated with hunting (approximately 70 known sites), and nonspecific dispersed recreation.  Water development (reservoirs, ditches) occurs on both federal and private lands in the area, including three irrigation reservoirs totaling 68 surface acres.  On private lands, single family habitation, ranching including hay production, mining activities, and livestock grazing are the primary uses within the LAU.

BLM_0050543

**Cumulative Effects under ESA**

Cumulative effects for the Endangered Species Act include future non-federal actions which may impact this species.  Past actions are included in the existing conditions described in the BA (project file) and the beginning of Chapter 3.  Mining activities may occur on private lands adjacent to the lease modification, and may include MDWs and grazing in this area which may contribute to vegetation changes on private lands in the area.  However, those lands are already modified through long-term human use, and continued grazing is not likely to alter the suitability of lynx habitat in this area from current conditions. Water development in this area (reservoirs and ditches) already exists, and future actions will continue use of existing facilities.  Grazing and outfitting impacts are the same as above.  Within the past ten years, a total of 2550 acres of vegetation management has occurred in the LAU, with a total of 125 acres (163 acres based on 25% addition in 2016 consultation) of habitat rendered or planned to be rendered unsuitable.  Other actions are either of insignificant and discountable impacts to lynx or their habitat (road and trail maintenance) or occur on already disturbed sites (special use permits).  Recreational activities are not expected to be substantially altered by this project.

**Climate Change**

As the climate continues to warm, major changes may occur in ecosystem structure and function, species' ecological interactions, and species' geographic ranges, with predominantly negative consequences for biodiversity. Warmer temperatures and precipitation changes will likely affect the habitats and migratory patterns of many types of wildlife. The range and distribution of lynx may change. Spruce-fir and aspen habitats may be affected as described under Section 3.9.

With regard to fish in the Colorado River System, they may be affected by any number of climate factors and climate scenarios that impact water supply, water temperature, water quality from formations that water flows through if there is a concentration of those minerals/metals. Currently, while conditions are dry they are no longer in drought.

### 3.10.1.7  Determination

Implementation of the project **"may affect, but is not likely to adversely affect"** the Canada lynx.  The "may affect" is based primarily on the loss of suitable habitat in the project.  Other impacts such as disturbance during denning or increased mortality risk are insignificant and discountable due to the distance of the project from typical Colorado denning habitat, and the low probability of loss of lynx from traffic or incidental shooting as a result of this project.

When we initially consulted with USFWS, we included in the impacts the reasonably foreseeable mine plan, which includes (in broad terms if not exact location) the surface disturbance associated with the mining, with the intent of not having to consult again when and if mining occurred.  Had we not, there would have been no direct or indirect effects at the lease stage (and therefore no cumulative effects), and the consultation would merely have been postponed until there was a plan for surface activity.  Both USFWS and GMUG agreed the way we made the most sense. While, LAU boundary and acreage has changed from 49,704 to 37,995 acres between 2010 and 2016 the effects on lynx have not.  It is still the same disturbance consulted upon with USFWS in 2010 and the same habitat alteration as discussed in the BA. We have not had any disturbance related to this leasing or post-lease development and therefore the consulted upon acreage (75 acres) still has not been reached or a need found to reinitiate consultation. However, we do not expect to reach 75 acres even if the lease modifications are fully developed.

### 3.10.1.8  Consistency with Forest Plan and Other Regulations

The NFMA and the ESA require the Forest Service to manage wildlife habitat to maintain viable populations of native and desirable non-native wildlife species and conservation of listed threatened or

BLM_0050544

endangered species populations (36 CFR 219.19).  Additional guidance is found in FSM direction which states: *Identify and prescribe measures to prevent adverse modifications or destruction of critical habitat and other habitats essential for the conservation of endangered, threatened, and proposed species* (FSM 2670.31[6]). The ESA requires the Forest Service to manage for recovery of threatened, endangered, and proposed species and the ecosystems upon which they depend.  A Biological Assessment has been completed and assesses the impacts of the proposed action on threatened and endangered species. The Forest initiated consultation with the FWS in 2010 and concurrence with our determination (above) was received in June 2010.

## 3.11 Sensitive Species

For this project, federally threatened and endangered species were separated and are discussed in a separate Biological Assessment prepared in compliance with the Endangered Species Act, which can be found in the project record and summarized in the Threatened and Endangered Species section of this document.  Forest Service policy also requires that a review of programs and activities, through an effects analysis document (referred to in current Forest Service policy as a biological evaluation or BE) be conducted to determine their potential effect on threatened and endangered species, species proposed for listing, and Regional Forester-designated sensitive species (FSM 2670.3). A BE may be used to satisfy the ESA requirement to prepare a Biological Assessment. Preparation of a Biological Evaluation as part of the NEPA process ensures that TEPS species receive full consideration in the decision-making process. A Biological Evaluation was prepared for this project on May 21, 2010 (USDA 2010).  This evaluation included analysis of impacts of all species on the Regional Forester's Sensitive Species List as of the date of the analysis.  On June 10, 2011, the Regional Forester released an update to the List to reflect current information on species in the Region (USDA 2011.  A supplement was prepared in May of 2012 (USDA 2012) which updated the Biological Evaluation to reflect the species list as of May 7, 2012, as well as errata included in responses to comments on the assessment at that time.  The Regional Forester's Sensitive Species List was again updated effective August 29, 2015 (USDA 2015), and an April 26, 2017 update to the BE analysis was provide to match the current species list, as well as include changed conditions, information, and project which may contribute to cumulative impacts to species.

The Reasonably Foreseeable Mining Plans at the beginning of this chapter was considered in order to effectively analyze potential cumulative impacts, and potential post-lease activities on the land surface, the analysis also assumes a scenario of potential surface use.

Methodology for Analysis:  Portions of the area have been surveyed previously for this project, by Monarch and Associates, a biological consulting firm and by Forest Service personnel.  Aerial photographs, vegetation typing, and results of those surveys were used to determine preliminary species which may be impacted by the project, as well as species which may have needed further examination. Reviews were conducted to determine which species are known from the area or have suitable habitat present and could potentially occur. Primary sources included district wildlife sightings records, NRIS FAUNA corporate data, and information from species assessments prepared for Sensitive Species in Region 2 (USDA 2010b).  Surveys for some species will be conducted subsequent to this analysis but prior to implementation, and if actual results of those surveys differ substantially from predicted values, additional analysis may be required, or specific design criteria or mitigations may need to be implemented to protect species.

The analysis area used for direct, indirect, and cumulative effects is the 1719-acre lease modification area and a 49,704-acre surrounding landscape area coincident with the Mount Gunnison Lynx Analysis unit (as mapped in 2010 and depicted in BA maps), which incorporates the watersheds surrounding the project on Forest Service lands and includes land down to the Forest boundary that is not in the current LAU because it is lower elevation vegetation types.. This area is used to provide data consistency across disciplines.  Vegetation and activity information for areas outside of the Forest are of substantially lower quality than on Forest Service lands and may not be considered here due to the lack of data specificity.

BLM_0050545

Indirect effects of this project to the species analyzed herein will likely be restricted to the immediate lease modification area. However, but the action is anticipated to include some road construction off of the lease modification area, and is connected to previously analyzed actions within the original lease areas, which are included in the larger landscape area. In addition, some species are impacted by road densities, disturbance, or changes in vegetation over larger scales. The analysis includes changes in vegetation cover types, as this proposed action would alter existing vegetation within the proposed road and pad locations in both the short and long-term.

HABCAP (Habitat Capability) modeling was not used for this analysis. It was developed as a comparative tool to model differences in habitat capabilities between alternatives by calculating changes in habitat types and structural stages. A Habitat Capability Index (HCI) for each species is determined from the relative amounts of particular habitat types within the analysis area, based on the species' uses of that habitat for various functions and at various times of the year. Other factors, such as road density, are included for some species such as elk. It estimates capability at a single point in time, and does not simulate change over time. Long-term changes in habitat are addressed in the discussion within this document. However, HABCAP is useful only for larger scale vegetation management projects such as timber sales, and impacts of this project at watershed scales would show insignificant changes in the model. HABCAP may show effects of this project due to road construction, but these roads will not be constructed and used at the same time, will only be open for a short time frame, and their effects, as driving routes, would be restricted to that time frame when each route is in use. The model is unable to clearly show this type of activity and was not deemed useful for that purpose.

Two insect species, monarch butterfly (Danaus plexippus plexippus) and western bumblebee (Bombus occidentalis), are now on the list but were not at the date of the last analysis included in the project file and herein.

Per the 2016 Supplemental BE, several species were analyzed in depth for the project with the following updates:

- No substantial additional information on the American marten and pygmy shrew is known, and therefore the original analysis and determinations of these two species stands as is.

- Two external sources (ebird, 2016) and BBS (Sauer et al 2014) as well as district records, were reviewed for the northern goshawk, boreal owl, olive-sided flycatcher, flammulated owl, and purple martin. None of the current information offered substantive changes to what was known about these species in terms of locations, abundance, or population trends at local or regional scales, and therefore the original analysis and determinations for these species stands as is.

- Additional bat surveys were conducted on the district in 2015, albeit not in the vicinity of the project (district data). Hoary bats were captured at multiple locations during those surveys. However, this additional survey data does not offer substantive additional information not addressed in the original document, and therefore the original analysis and determinations for this species stands as is.

- The northern leopard frog has been located at numerous ponds and wetlands in and near the vicinity of the project. However, this species was known to occur in this area and expected in wetlands in the project. While new locations are now known, this does not offer substantial additional data, and therefore the original analysis and determinations for this species stands as is.

Assumptions: For this analysis, all lease stipulations for the parent leases (See Chapter 2 Proposed Action), with slight modifications to reflect current management direction, were considered as part of the proposed action, and all BMPs outlined in the Watershed Conservation Practices Handbook are assumed to be used as needed for the project.

BLM_0050546

## 3.11.1  General Sensitive Species Affected Environment

See Vegetation Section in this document for a description of the existing habitats and acreages affected.

There are several sensitive species that are or are potentially present in the project area. Information on distribution, dispersal capability, abundance, population trends, habitat trends, habitat vulnerability, and risks based on life history and demographics has been reviewed for USFS R2 Sensitive Species, and is available on Region 2's website (www.fs.fed.us/r2/projects/scp). This information has been incorporated where relevant, but extensive life histories of species are not described herein.  The list of species reviewed for this project was taken from the Region 2 Sensitive Species Matrix (USDA 2010).   This excluded R2 Sensitive Species which were not known or expected to occur on the GMUG.  A list of all possible sensitive species on the Forest is given in Appendix 1.  Numerous species which may occur on the GMUG, but are not known or expected to occur in the project area, due to absence of habitats or range limitations, were not carried forward for analysis, and will not be affected by the project.  None of the sensitive plant species on the GMUG are known or expected to occur in the project area and will not be affected by the project.  Fish species are addressed in a separate document.

As of the preparation of this DEIS, the American three-toed woodpecker is no longer considered a sensitive species.  While this species is still expected to occur in the project area and project-related impacts are still as noted in the initial assessment, there is no legal requirement to specifically address this species at this time, and the detailed analysis in the initial assessment will not be addressed here.

The Hoary bat has been added to the Sensitive Species List.

Little has changed within the lease modification area since the initial analysis.  The only project which may change wildlife use or distribution in this area was implementation of the Gunnison Travel decision from 2011-2015.  In 2014, approximately 225 meters of unclassified OHV trail in the lease modification area was closed to all motorized use for this project.  The remainder of the project area was not found to contain current motorized routes during field visits.  Substantial closure or restriction of use of administrative (including coal mining) routes was conducted within the cumulative effects area during implementation.

The only new future project which is planned occur within the cumulative impacts area is hazard tree removal under the Spruce Beetle/Sudden Aspen Decline Management Response project, which will occur near Beaver reservoir and will impact individual trees along the existing 714 road.

Other activities within the project and cumulative impacts areas continue to occur as described in the initial assessment.  Authorized construction of pads and access roads for coal mining has continued to the north of the project area, as well as reclamation of said pads and roads once the mining has moved past the pads. Most of this activity has been in mountain shrub/oak habitats with some in aspen or grass/forb or other shrub areas. Sensitive Species present are individually addressed in Sections 3.11 and 3.12.

## 3.11.2  All Sensitive Species Environmental Effects Alternatives 3 & 4 for Exploration

Exploration will involve ground disturbing activities, cutting trees and shrubs, and traffic which can cause a loss in suitable nesting habitat for birds, foraging habitat for all species, or direct mortality from vehicles (USFS, 2012a).

### 3.11.2.1  Determination

For all Forest Service Region 2 Sensitive Species present or with habitat in the exploration area, the determination of effects is that the exploration project may adversely affect individuals but is not likely to

196

result in a loss of viability in the planning area, nor cause a trend towards federal listing from the reasonably foreseeable actions.

## 3.11.3  All Sensitive Species Climate Change

Some ecosystems have already been affected by changes in climate. As the climate continues to warm, major changes may occur in ecosystem structure and function, species' ecological interactions, and species' geographic ranges, with predominantly negative consequences for biodiversity. Warmer temperatures and precipitation changes will likely affect the habitats and migratory patterns of many types of wildlife. The range and distribution of many species will change, and some species that cannot move or adapt may face extinction. In addition, climate changes such as increased floods and droughts are predicted to increase the risk of extinction for some plant and animal species, many of which are already at-risk due to other non-climate related factors (IPCC Climate Change and EPA Climate Change Effects, Ecosystems and Biodiversity).  Effects on spruce-fir and aspen habitats are also discussed in Section 3.9.

## 3.11.4  All Sensitive Species Consistency with Forest Plan and Other Regulations

The FSM directs the Regional Forester to identify sensitive species for each National Forest where species viability may be a concern. National forests are then required to monitor sensitive species populations and prevent declines that could require listing under ESA (FSM 2670.32 (4)). The direction requires the Forest Service to manage the habitat of the species listed in the Regional Sensitive Species List to prevent further declines in populations, which could lead to Federal listing under the ESA.  The alternatives discussed in this EIS would not result in a decline or reduction of viability of the populations of sensitive species identified to occur on the GMUG National Forests. A Biological Evaluation has been completed to assess the impacts of the alternatives on sensitive species.  The Biological Evaluation is located in the project file.

## 3.11.5  American marten

### 3.11.5.1   Affected Environment

The American marten is known to occur on the Forest and evidence of its presence has been seen in the project area (Monarch 2010).  Suitable habitat is present at higher elevations within the lease modification area and at similar elevations throughout the cumulative effects area. Martens show close association with mesic, dense coniferous forests with complex physical structure.   Maternal dens and winter resting sites are associated with large snags, large logs, large live spruce/fir trees and squirrel middens. Timber harvest, and reduction of snags and logs, has altered landscape patterns and reduced habitat quality (USDA 2005a).  A marten survey was conducted on the Grand Mesa during the winter of 1993-94 for presence/absence and habitat types in which marten were found.  Marten were documented in all suitable habitats surveyed (mature spruce-fir) with track plates, and habitat conditions averaged 70% canopy cover and tree age of 150 years old. See 2005 Management Indicator Species Assessment for more information on populations and trends (http://www.fs.fed.us/r2/gmug/policy/).

### 3.11.5.2  Alternative 1 (No Action) Environmental Effects

The direct and indirect impacts of the No Action alternative would not change current habitat or population conditions of American marten in the short term.  Long-term changes would continue to be dependent on existing conditions, current succession of vegetative types, and other actions within the project area, as indicated in the cumulative effects tables and discussions in this analysis.  The ongoing aspen decline may result in both short- and long-term loss of aspen at a landscape scale in this area.

BLM_0050548

### 3.11.5.3  Alternative 3 (Proposed Action) Environmental Effects

Under Alternative 3, the Forest Service would consent to and BLM would modify the leases with stipulations outlined in Section 2.2 including those related to subsidence and surface use. Actions with the potential for effects to this species include:

- Short-term effects of disturbance during construction

- Long-term changes to habitat

Marten tend to be shy but occasionally appear fearless of humans and may approach closely (Ruggiero et al. 1994). They are active at various times of the day and night and appear to be flexible in their activity patterns. Activities associated with this project may cause avoidance or may result in changes in activity patterns.

Studies of home range size of male martens shows a range 16 $km^2$ (Minnesota) to 0.8 $km^2$ in Montana (Ruggiero et al. 1994). Overall, marten home ranges are large by mammalian standards. Female home ranges are smaller and home range size also varies based on prey abundance. Assuming a mid-range home range size (8 $km^2$), that would be a home range size of approximately 3 square miles. Because this species appears to be generally tolerant of disturbance (they are commonly observed in ski areas and at cabin sites), and they would have abundant habitat outside of the disturbed area within their territory, disturbance is not an issue for this species.

Denning habitat includes natal dens and maternal dens. Young are born in March and April in natal dens, but may be moved to other dens by their mother. They leave dens at about 50 days (Ruggiero et al. 1994). Young born in late April would leave dens around mid-June. Suitable marten denning habitat is present in the project area and will likely be impacted by the project, with a complete loss of habitat suitability at road and pad locations in spruce-fir habitats, with a total impacted area in these habitats of approximately 7 acres.  Lease stipulations associated with Canada lynx require replanting of spruce-fir as part of rehabilitation, so in the long term, this habitat will be regenerated which also restore habitat for marten.  Much of this area is snowbound until late May or early June and most construction activities would occur outside of the denning period for this species, reducing the risk of incidental direct mortality to denning individuals or immobile young.

Marten make little use of early successional types as they lack overhead cover, high volumes of coarse woody debris, small-scale complex vegetation patterns and result in a conversion to a moist cool site to a warm, dry site (and changes in prey densities) (Ruggiero et al. 1994). Martens will generally avoid forest openings, but studies have found when crossing openings of 10 m (Spencer et al. 1983), to 40 m (Simon 1980) to 100 m (Koehler and Hornocker 1977) (in Ruggiero et al. 1994).  They are routinely seen on the district crossing roadways (D. Garrison pers. obs.).  Road openings created for this project will be approximately 10 meters wide, within the range of tolerance noted above.

Starting in 1997, as a result of Amendment 14 that outlaws traps and snares, there has been no legal recreational trapping for any furbearer species in Colorado. In 2001, the CPW looked at opening certain furbearer species to box and cage trapping. Several species may now be legally trapped, but this does not include marten. Effects of changes in access to trappers and resultant effects on vulnerability of marten to trapping will not be analyzed further.

### Exploration

These access roads (including those on adjacent parent leases) and drillhole pads are likely to be those used for mine development if there are mineable reserves. There will likely be a complete loss of habitat suitability for American marten denning habitat from roads and pad construction in spruce-fir habitats (2.59 acres, Table 3-26). As only a small portion of the habitat would be affected, direct and indirect effects are anticipated to be insignificant.

BLM_0050549

**Determination**

Implementation of Alternative 3 "may adversely impact individuals, but is not likely to result in a loss of viability in the planning area, nor cause a trend towards federal listing". This is based on known presence of marten within the project area, the anticipated loss of suitable habitat by the project, and the slight possibility of mortality or disturbance to marten denning or foraging as a result of the project. The negative effects from this project are of short duration and magnitude and do not result in a Forest-wide decrease in trends or deter from meeting the MIS objectives in the Forest Plan.

### 3.11.5.4 Alternative 4 Environmental Effects

Under Alternative 4, effects to American marten and their habitat would be similar to those addressed under Alternative 3 if temporary roads were allowed. Compared to either Alternative 3, effects may be slightly reduced; however, as about 6.5 acres of spruce-fir would be affected.

**Exploration**

Effects of exploration under Alternative 4 would be expected to be similar to Alternative 3 with approximately 1.41 acres (Table 3-24) of spruce-fir affected. Under this alternative access roads including those on adjacent private and parent leases were used in acreage calculations.

### 3.11.5.5 Cumulative Effects

The cumulative effects analysis area for this species is the 49,704-acre area surrounding the proposed treatments and activities. No other activities, with the exception of recreational hunting and livestock grazing, occur within suitable habitat in the analysis area. None of the ongoing or reasonably foreseeable actions reduce the quantity or quality of denning or foraging habitats for this species in this area. Disturbance from these activities will remain similar to current and past levels.

## 3.11.6 Pygmy shrew

### 3.11.6.1 Affected Environment

The subspecies *Sorex hoyi montanus* may occur on the GMUG National Forest. In the Rocky Mountain Region, they appear to be strictly boreal. In addition, moist boreal habitats such as bogs and marshes appear to be preferred (Beauvais and McCumber 2006). According to Beauvais and McCumber, the literature addressing habitat use by montane pygmy shrews is decidedly sparse, it does present a consistent theme of "wet conifer forest" as the primary occupied landscape. In the Southern Rocky Mountains, all known capture sites are in upper montane or subalpine landscapes dominated by conifer forest and dense stream networks that interact with various bogs, marshes, and other wetlands. This type of habitat occurs on the eastern edge of the project area and extends eastward from there through a system of slump ponds at the base of Mount Gunnison. The shrews' den may be a burrow or shelter under a log, or may be located in the roots of old stumps. Females generally produce one litter per year, of typically 3-7 young (Beauvais and McCumber 2006). They may be present in the project area, but no small mammal surveys were conducted for this project and none are planned.

### 3.11.6.2 Alternative 1 (No Action) Environmental Effects

The direct and indirect impacts of the No Action alternative would not change current habitat or population conditions of Pygmy shrew in the short term. Long-term changes would continue to be dependent on existing conditions, current succession of vegetative types, and other actions within the project area, as indicated in the cumulative effects tables and discussions in this analysis. The ongoing aspen decline may result in both short- and long-term loss of aspen at a landscape scale in this area.

BLM_0050550

### 3.11.6.3  Alternative 3 (Proposed Action) Environmental Effects

Under Alternative 3, the Forest Service would consent to land BLM would modify the leases with stipulations outlined in Section 2.2 including those related to subsidence and surface use.  Actions with the potential to affect this species or habitat include:

- Short-term potential for loss of individuals during construction
- Long-term changes to habitat

Spruce-fir habitat suitable for the montane subspecies of pygmy shrew is present within the project area, and would be converted to road and pad surfaces in the short term.  This habitat should regenerate after project completion and reforestation.

Heavy equipment could easily kill or injure individual shrews during construction, and small mammals such as shrews are susceptible to road kill.  Because only a very small proportion of the shrew's habitat may be affected by this project over the short-term, and the species' high reproductive rates, direct and indirect effects are anticipated to be low and insignificant.

### Exploration

Suitable habitat (2.59 acres of spruce-fir, see Table 3-26) for the pygmy shrew would be converted to access roads (including those on adjacent parent leases) and drill pads in the short term. These access roads and well pads are likely to be those used for mine development if there are mineable reserves, but this is not guaranteed. This habitat should regenerate after project completion and reforestation. Shrews could be killed or injured during construction and from traffic. Because of the species' high reproductive rates and small portion of the habitat affected, direct and indirect effects are anticipated to be low and insignificant.

### 3.11.6.4  Determination

Implementation of Alternative 3 "may adversely impact individuals, but is not likely to result in a loss of viability in the planning area, nor cause a trend towards federal listing".  This is because this species is at risk for direct mortality during construction, and habitat would be affected over the short-term, offset by the abundance of habitat in the area and the species' high reproductive ability to replace lost individuals.

### 3.11.6.5  Alternative 4 Environmental Effects

Under Alternative 4, effects to Pygmy shrew and their habitat would be similar to those addressed under Alternative 3 if temporary roads were allowed. Compared with Alternative 3, effects may be reduced; however, as about 6.5 acres of spruce-fir would be affected, compared to 7 acres anticipated under alternative 3.

### Exploration

Effects of exploration under Alternative 4 would be expected to be similar to Alternative 3; however approximately 1.41 acres of spruce-fir would be affected. Under this alternative access roads including those on adjacent private and parent leases were used in acreage calculations.

### 3.11.6.6  Cumulative Effects

The cumulative effects analysis area for this species is the 47,904-acre area surrounding the proposed treatments and activities. None of the ongoing or reasonably foreseeable actions substantially reduce the quantity or quality of denning or foraging habitats for this species in this area at the landscape scale,

BLM_0050551

and few of them have occurred in suitable habitats. Disturbance from these activities will remain similar to current and past levels.

## 3.11.7  Northern goshawk

### 3.11.7.1  Affected Environment

This species occurs on the GMUG.  Nesting occurs in mature forest types (spruce-fir, lodgepole pine, ponderosa pine and aspen). Foraging habitat may include younger or more open canopy forests. The goshawk may be vulnerable to nest abandonment due to disturbance within the area. Alternate nests are commonly used, but nest tree fidelity was stronger in uncut forests compared to treated forests (USDA 2005a).

Table 3-28. Potentially suitable goshawk habitat on the GMUG by vegetation cover type and habitat structural stage

| Cover Type | 1 | 2 | 3A | 3B | 3C | 4A | 4B | 4C/5 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Aspen | | 4743 | 55301 | 211399 | 41446 | 23567 | 227148 | 176278 | 739881 |
| Cottonwood Riparian | | | 248 | 100 | | 2530 | 1532 | 42 | 4452 |
| Gambel oak | | 291383 | 472 | 82 | | 416 | | | 292353 |
| Mountain shrub | | 165073 | | | | | | | 165073 |
| Sagebrush | | 101838 | | | | | | | 101838 |
| Wet meadow | 4573 | | | | | | | | 4573 |
| High elevation riparian (blue spruce) | | | 101 | 242 | 560 | 234 | 597 | 836 | 2570 |
| Douglas fir | | | 3396 | 8226 | 2416 | 8848 | 16192 | 6590 | 45668 |
| Lodgepole pine | | 758 | 7100 | 124674 | 54741 | 4658 | 49472 | 38887 | 280290 |
| Pinyon-juniper | | | 28542 | 37131 | 625 | 29956 | 39064 | 1554 | 136862 |
| Ponderosa pine | | 251 | 10530 | 13060 | 94 | 42180 | 44102 | 965 | 111182 |
| Spruce-fir | | 269 | 38910 | 99888 | 11933 | 72923 | 322729 | 201388 | 748040 |
| Total acres | 4573 | 564315 | 144600 | 494792 | 111815 | 185312 | 700836 | 426540 | 2632782 |

**1** – Open grassland; **2** - Shrub-seedling, **3A** - Sapling-Pole, Crown cover percent < 40; **3B** - Sapling-Pole, Crown cover percent ≥ 40 and < 70; **3C** - Sapling-Pole, Crown cover percent ≥ 70; **4A** - Mature and over mature, crown cover percent < 40; **4B** - Mature and over mature, crown cover percent ≥ 40 and < 70; **4C/5** - Mature and over mature, crown cover percent ≥ 70.

* Potentially suitable habitat derived from HABCAP modeling based on Hoover and Wills, 1984.

Based on actual known locations of nest sites, suspected breeding territories, and sightings, the northern goshawk appears to be well distributed throughout the GMUG in suitable habitat. Records of known goshawk nest activity on the GMUG show that numbers of breeding goshawks and nest success has remained relatively stable, although low over a 17-year period (USDA 2001). Breeding Bird Survey data show a slight increasing trend for this species in Colorado from 1966-201 (Sauer et al. 2011).

The primary threat to goshawk populations is alteration of its preferred habitat from timber management practices. Although the goshawk uses a wide range of forest communities during the breeding season, it prefers mature and old growth forest for nesting and hunting. Although there is some evidence goshawks are resilient to forest fragmentation and can re-establish when cleared areas are reforested, the

BLM_0050552

thresholds for population persistence have not been identified. Issues related to habitat alteration include forest fragmentation, creation of even-aged, monotypic stands, potential increase in area of younger age class, and loss of tree species diversity (Kennedy 2003).

There is one known territory in the proposed lease modifications and goshawks have been seen repeatedly in the upper Deep Creek drainage (J. Monarch, pers. comm. and D. Garrison, pers. obs.) and nests have been found in and near the COC-67232 lease modification.  However, additional monitoring will be needed to determine whether or not these nests are active prior to any proposed surface disturbance.  The area at the eastern edge of the proposed lease modification and the area immediately to the east of that are relatively flat and contain numerous openings and wetlands, and are similar to other occupied territories on the district.   Much of the remainder of the lease modification area is suitable habitat, but less likely to contain a goshawk nest than the area described above, due to steeper terrain and lack of surface water.  Surveys for goshawk are planned prior to initiation of surface activities.

The northern goshawk was addressed in the initial 2011 assessment, and was thought likely to occur in or near the project area.  Subsequently, several unoccupied nests have been located in or near the project area, and that information, as it has been acquired, has been added to the project record. Surveys will continue to occur prior to and during project activities, if they are authorized.  If goshawks are located in this area, the project will be implemented in accordance with the lease stipulations for this project, which are in compliance with standards and guidelines from the Forest Plan, specific to northern goshawk.

Surveys have not been conducted within the proposed area since 2012, but will occur prior to and during project activities (if they occur) in suitable habitats, and the nest sites located during initial surveys will be monitored.  Breeding Bird survey data shows an upward trend in Colorado for the goshawk both from 1966-2015 and from 2005-2015 (Sauer et al 2017), albeit with limited data due to the limitations of its distribution and population in the state. Monitored goshawk territories on the district continue to show occupancy and reproductive success in recent years.

## 3.11.7.2  Alternative 1 (No Action) Environmental Effects

The direct and indirect impacts of the No Action alternative would not change current habitat or population conditions of Northern goshawk in the short term.  Long-term changes would continue to be dependent on existing conditions, current succession of vegetative types, and other actions within the project area, as indicated in the cumulative effects tables and discussions in this analysis.  The ongoing aspen decline may result in both short- and long-term loss of aspen at a landscape scale in this area.

## 3.11.7.3  Alternative 3 (Proposed Action) Environmental Effects

Under Alternative 3, the Forest Service would consent to and BLM would modify the leases with stipulations outlined in Section 2.2 including those for breeding birds and raptors.  Actions with the potential for effects to this species include:

- Short-term effects of disturbance during construction
- Short-term potential for loss of young during construction
- Long-term changes to habitat

Human disturbances to goshawk nests have been a suspected cause of nest abandonment (Reynolds et al. 1992). Alternate nests are used commonly, but Crocker-Bedford found yearly nest tree fidelity remained at 67% in uncut forests, while treated units dropped to 15-20%, even with no-cut buffers around the nests (USDA 2005a).

BLM_0050553

Braun et al. (1996) reviewed existing goshawk management guidelines. They found no studies of human disturbance on breeding goshawks, but felt that the recommendation to minimize human activities in the nest area during the breeding season was a reasonable, conservative approach.

Goshawks are known to occur in the vicinity of the project, but an active nest location(s) has yet to be determined.

Additional raptor surveys specific to goshawk are planned for this project.  Lease stipulations provide protection to known nest sites, should one be located.  This design feature would help reduce the potential for loss of young during nesting as a result of nest abandonment due to disturbance.

Implementation of the project is expected to result in the loss of 61 acres of mature aspen habitats in various stages of decline, which are currently suitable for goshawk foraging and nesting, if currently unoccupied.  This is .01% of the total aspen habitat for the GMUG.  An additional loss of 7 acres of spruce-fir habitat is also anticipated.

### Exploration

No active Goshawk nests are known to occur in the vicinity of the proposed exploration activities. Lease stipulations provide protection to known goshawk nest sites, should one be located. This stipulation would help reduce the potential for loss of young during nesting as a result of nest abandonment due to disturbance. These access roads and well pads are likely to be those used for mine development if there are mineable reserves, but this is not guaranteed. Implementation of the project is expected to result in the loss of 18.57 acres (includes 0.32 acres on parent leases) (Table 3-26) of mature aspen habitats in various stages of decline, which are currently suitable for goshawk foraging and nesting. An additional loss of 2.59 acres of spruce-fir habitat is also anticipated.

## 3.11.7.4   Determination

Implementation of the Alternative 3 "may adversely impact individuals, but is not likely to result in a loss of viability in the planning area, nor cause a trend towards federal listing".  This is based on the loss of 68 acres of suitable nesting and foraging habitat, mitigated by lease stipulations for timing restrictions if goshawks are located in the project area.  The negative effects from this project are of short duration and magnitude and do not result in a Forest-wide decrease in trends or deter from meeting the MIS objectives in the Forest Plan.

## 3.11.7.5  Alternative 4 Environmental Effects

Under Alternative 4, effects to Northern goshawk and their habitat would be similar to those addressed in Alternative 3 if temporary roads were allowed. Compared to Alternative 3 effects may be reduced; however, as about 56 acres of aspen and 6.5 acre of spruce-fir would be affected.

### Exploration

Effects of exploration are expected to similar to Alternative 3, however at approximately 15.87 acres (includes 0.32 acres on parent leases and 0.15 acres on private) aspen and 1.41 acres of spruce-fir disturbance.

## 3.11.7.6  Cumulative Effects

The cumulative effects analysis area for this species is the 47,904-acre area surrounding the proposed treatments and activities. HABCAP modeling was not used to determine the impacts of this habitat alteration within the cumulative effects area, as the projected habitat losses are insignificant changes at this scale.  If the aspen does regenerate in these areas, long-term suitability of the treated stands would return, however, as the stands matured.

BLM_0050554

The GMUG did an analysis of habitat trends on the Forest; aspen have stayed the same in the 1983 to 2000 period (USDA Forest Service 2005c). A current trend for aspen has not been done at the forest level. However, much of the aspen is in decline in the project area, and 13% of the aspen state-wide has declined since 2005. On the Paonia District, flights in 2007 showed aspen decline on 20,733 acres of 297,938 surveyed (Region 2 Forest Health GIS data). Of the area flown, approximately 122,000 acres was in aspen type (R2Veg, October 2007), thus approximately 17% of the aspen on the flown portion of the district was in decline at that time. The cumulative effects area currently contains more than 17,000 acres of aspen and 8,000 acres of spruce-fir (Table 3-29).

## 3.11.8  Boreal owl

### 3.11.8.1  Affected Environment

This species is known to occur on the Forest. Boreal owls in this portion of the state are closely associated with dense coniferous forests, especially spruce-fir. This habitat occurs on the upper elevations of the lease modification area and in inclusions within aspen stands at lower elevations. There have been no owl surveys conducted on the project to date, and due to the inaccessible nature of the project area and snow conditions during optimal survey periods, surveys may not be physically possible to safely conduct prior to project implementation.

### 3.11.8.2  Alternative 1 (No Action) Environmental Effects

The direct and indirect impacts of the No Action alternative would not change current habitat or population conditions Boreal owl species in the short term. Long-term changes would continue to be dependent on existing conditions, current succession of vegetative types, and other actions within the project area, as indicated in the cumulative effects tables and discussions in this analysis. The ongoing aspen decline may result in both short- and long-term loss of aspen at a landscape scale in this area.

### 3.11.8.3  Alternative 3 (Proposed Action) Environmental Effects

Under Alternative 3, the Forest Service would consent to and BLM would modify the leases with stipulations outlined in Section 2.2 including those for breeding birds. Actions with the potential for effects to this species include:

- Short-term effects of disturbance during construction
- Short-term potential for loss of young during construction
- Long-term changes to habitat

This species is associated with spruce/fir habitats, similar to martens. As a result, approximately 7 acres of suitable habitat may be lost as a result of this project, and will not regenerate until replanted conifers mature. The low amount of habitat loss represents only a few individual territories. There is a risk that occupied nesting habitat may also be impacted, with resultant loss of young. However, the species may utilize other habitats for foraging, and may use the newly created openings of the pads and roads for this purpose. Creation of these openings could therefore improve a habitat component for this species.

### Exploration

These access roads and well pads are likely to be those used for mine development if there are mineable reserves, but this is not guaranteed. Approximately 2.59 acres of suitable habitat may be lost as a result of road and drill pad construction, which will not be replaced until replanted conifers mature. The habitat lost represents a few individual territories. These species may use the newly created openings of the pads and roads for foraging. Creation of these openings could improve a habitat component for this

BLM_0050555

species. Occupied nesting habitat may also be impacted, which could cause a loss of young. Lease stipulations, including pre-disturbance survey and avoidance, provide protection for boreal owl nest sites.

### 3.11.8.4  Determination

Implementation of Alternative 3 "may adversely impact individuals, but is not likely to result in a loss of viability in the planning area, nor cause a trend towards federal listing" for the boreal owl.  This is due to the possible loss of approximately 7 acres of suitable habitat, and potential of loss of young during project activities, offset by increased foraging opportunities in the created forest openings.

### 3.11.8.5   Alternative 4 Environmental Effects

Under Alternative 4, effects to Boreal owl and their habitat would be similar to those addressed under Alternative 3 if temporary roads were allowed. Compared to Alternative 3, effects may be reduced; however, as about 6.5 acres of spruce-fir would be affected.

*Exploration*

Effects of exploration under Alternative 4 would be expected to be similar to Alternative 3 with an estimated 1.41 acres of spruce-fir habitat affected.

### 3.11.8.6   Cumulative Effects

The cumulative effects analysis area for this species is the 47,904-acre area surrounding the proposed treatments and activities.  This area contains over 8,000 acres of spruce-fir habitats suitable for this species, and portions of the remaining area are also suitable for foraging.  None of the ongoing or reasonably foreseeable activities within this area, when combined with the proposed action, are likely to contribute to long-term cumulative impacts to this species.

## 3.11.9   Olive-sided flycatcher

### 3.11.9.1   Affected Environment

This species is known to occur on the Forest. They primarily breed in spruce/fir forest, but use the forest-opening ecotone and are a colonizer of post-disturbance habitats. Openings, conifers, snags and an abundant insect food source are the crucial elements (USDA 2005a). They occur less regularly and less abundantly in deciduous or mixed aspen/conifer forests (Kingery 1998). This species shows a slight downward trend in Colorado from 1966-2010 and from 2000 – 2010 (Sauer et al. 2011).  Olive-sided flycatchers are occasionally seen and/or heard on the district, in a variety of habitats, usually near water or large openings while foraging (D Garrison, pers. obs.).  This species has been observed near the project area during surveys for other coal-related projects in these watersheds (Monarch 2009).

Surveys have not been conducted for this species in the project area since 2012, but the species is presumed to occupy suitable habitats therein.  This species shows a slight downward trend in Colorado both from 1966-2015 and from 2005-2015 (Sauer et al 2017).

### 3.11.9.2   Alternative 1 Environmental Effects

The direct and indirect impacts of the No Action alternative would not change current habitat or population conditions of olive-sided flycatcher in the short term.  Long-term changes would continue to be dependent on existing conditions, current succession of vegetative types, and other actions within the project area, as indicated in the cumulative effects tables and discussions in this analysis.  The ongoing aspen decline may result in both short- and long-term loss of aspen at a landscape scale in this area.

BLM_0050556

### 3.11.9.3   Alternative 3 (Proposed Action) Environmental Effects

Under Alternative 3, the Forest Service would consent to and BLM would modify the leases with stipulations outlined in Section 2.2 including those for breeding birds. Actions with the potential for effects to this species include:

- Short-term effects of disturbance during construction

- Short-term potential for loss of young during construction

- Long-term changes to habitat

The nest-building through fledging period runs from about June 5 through August 2 for this species (Kingery 1998).

This species is associated with spruce/fir habitats, similar to martens. As a result, approximately 7 acres of suitable habitat may be lost as a result of this project, and will not regenerate until replanted conifers mature.  The low amount of habitat loss represents only a few individual territories.  There is a risk that occupied nesting habitat may also be impacted, with resultant loss of young.  However, the species may utilize other habitats for foraging, and may use the newly created openings of the pads and roads for this purpose. Creation of these openings could therefore improve foraging habitat for this species.

#### Exploration

Olive-sided flycatchers are associated with spruce-fir habitats. These access roads and drill hole pads are likely to be those used for mine development if there are mineable reserves, but this is not guaranteed. As a result, approximately 2.59 acres of suitable habitat may be lost as a result of road and drill pad construction, which will not be replaced until reestablished conifers mature. The habitat lost represents a few individual territories. These species may use the newly created openings of the pads and roads for foraging. Creation of these openings would improve foraging habitat this species. Occupied nesting habitat may also be impacted, which could cause a loss of young. Lease stipulations, including pre-disturbance survey and avoidance, provide protection for olive-sided flycatchers nest sites.

### 3.11.9.4   Determination

Implementation of Alternative 3 "may adversely impact individuals, but is not likely to result in a loss of viability in the planning area, nor cause a trend towards federal listing" for the olive-sided flycatcher.  This is due to the possible loss of approximately 7 acres of suitable habitat, and potential of loss of young during project activities, offset by increased foraging opportunities in the created forest openings.

### 3.11.9.5   Alternative 4 Environmental Effects

Under Alternative 4, effects to Olive-sided flycatcher and their habitat would be similar to those addressed under Alternative 3 if temporary roads were allowed. Compared to either Alternative 3, effects may be reduced; however, as about 6.5 acres of spruce-fir would be affected.

#### Exploration

Effects of exploration under Alternative 4 would be expected to be similar to Alternative 3 only with 1.41 acres of spruce-fir affected.

### 3.11.9.6   Cumulative Effects

The cumulative effects analysis area for this species is the 47,904-acre area surrounding the proposed treatments and activities.  This area contains over 8,000 acres of spruce-fir habitats suitable for this species, and the remaining area is also suitable for foraging.  None of the ongoing or reasonably

foreseeable activities within this area, when combined with the proposed action, are likely to contribute to long-term cumulative impacts to this species.

## 3.11.10  American three-toed woodpecker

### 3.11.10.1  Affected Environment

This species is known to occur on the Forest, and while uncommonly observed, is present and breeds and forages in spruce-fir forests at elevations of 8-11,000 feet on the district (D. Garrison, pers. obs.). This species has not been detected in surveys for other coal projects in these watersheds, but little bird survey work has been done at higher elevations in this area to date. Breeding bird survey information for this species is relatively scarce, and shows a slight downward trend in Colorado from 1966-2007. Recent large-scale beetle kills in other parts of the Rocky Mountains may influence overall numbers of this species in the coming years.

### 3.11.10.2  Alternative 1 Environmental Effects

The direct and indirect impacts of the No Action alternative would not change current habitat or population conditions of American three-toed woodpecker in the short term.  Long-term changes would continue to be dependent on existing conditions, current succession of vegetative types, and other actions within the project area, as indicated in the cumulative effects tables and discussions in this analysis.  The ongoing aspen decline may result in both short- and long-term loss of aspen at a landscape scale in this area.

### 3.11.10.3  Alternative 3 (Proposed Action) Environmental Effects

Actions with the potential for effects to this species include:

- Short-term effects of disturbance during construction
- Short-term potential for loss of young during construction
- Long-term changes to habitat

This species is associated with spruce/fir habitats, similar to martens. As a result, approximately 7 acres of suitable habitat may be lost as a result of this project, and will not regenerate until re-established conifers mature. The low amount of habitat loss represents only a few individual territories. There is a risk that occupied nesting habitat may also be impacted, with resultant loss of young. However, the species may utilize other habitats for foraging, and may use the newly created openings of the pads and roads for this purpose. Creation of these openings could therefore improve foraging habitat for this species.

#### Exploration

American three-toed woodpecker are associated with spruce-fir habitats. These access roads and drillhole pads are likely to be those used for mine development if there are mineable reserves, but this is not guaranteed. As a result, approximately 2.59 acres of suitable habitat may be lost as a result of road and drill pad construction, which will not be replaced until reestablished conifers mature. The habitat lost represents a few individual territories. These species may use the newly created openings of the pads and roads for foraging. Creation of these openings would improve foraging habitat for this species. Occupied nesting habitat may also be impacted, which could cause a loss of young. Lease stipulations, including pre-disturbance survey and avoidance, provide protection for olive-sided flycatchers nest sites.

### 3.11.10.4  Determination

Implementation of the proposed action "may adversely impact individuals, but is not likely to result in a loss of viability in the planning area, nor cause a trend towards federal listing" for the American three-

BLM_0050558

toed woodpecker. This is due to the possible loss of approximately 7 acres of suitable habitat, and potential of loss of young during project activities, offset by increased foraging opportunities in the created forest openings.

### 3.11.10.5 Alternative 4 Environmental Effects

Under Alternative 4, effects to American three-toed woodpecker and their habitat would be similar to those addressed under Alternative 3 if temporary roads were allowed. Compared to either Alternative 3, effects may be reduced; however, as about 6.5 acres of spruce-fir would be affected.

**Exploration**

Effects of exploration under Alternative 4 would be expected to be similar to Alternative 3 only with 1.41 acres of spruce-fir affected.

### 3.11.10.6 Cumulative Effects

The cumulative effects analysis area for this species is the 47,904-acre area surrounding the proposed treatments and activities. This area contains over 8,000 acres of spruce-fir habitats suitable for this species. None of the ongoing or reasonably foreseeable activities within this area, when combined with the proposed action, are likely to contribute to long-term cumulative impacts to this species.

## 3.11.11 Flammulated owl

### 3.11.11.1 Affected Environment

This species is known to occur on the Forest. Flammulated owls have a strong association with ponderosa pine, but also use aspen forests in the montane life zone. Locally, ponderosa pine is widely scattered and most known owl locations are in aspen. This species is migratory, but shows high site tenacity by adults. As an insectivore, they can occur at relatively high densities compared to other owls (Hayward and Verner 1994, USDA 2005). These owls depend on cavities for nesting, open forests for catching insects, and brush or dense foliage for roosting (Kingery 1998).

Flammulated owls are documented on other portions of the GMUG, utilizing next boxes (NRIS FAUNA database). No Breeding Bird Survey information is available for this species. There have been no owl surveys conducted on the project to date, and due to the inaccessible nature of the project area, surveys may not be physically possible to safely conduct prior to project implementation.

### 3.11.11.2 Alternative 1 Environmental Effects

The direct and indirect impacts of the No Action alternative would not change current habitat or population conditions of flammulated owls in the short term. Long-term changes would continue to be dependent on existing conditions, current succession of vegetative types, and other actions within the project area, as indicated in the cumulative effects tables and discussions in this analysis. The ongoing aspen decline may result in both short- and long-term loss of aspen at a landscape scale in this area.

### 3.11.11.3 Alternative 3 (Proposed Action) Environmental Effects

Under Alternative 3 the Forest Service would consent to and BLM would modify the leases with stipulations outlined in Section 2.2 including those for breeding birds. Actions with the potential for effects to this species include:

- Short-term effects of disturbance during construction

- Short-term potential for loss of young during construction

BLM_0050559

- Long-term changes to habitat

These owls are very tolerant of humans, nesting close to occupied areas and tolerating observation by flashlight at night. The effects of mechanical disturbance have not been assessed, but moderate disturbance may not have an adverse impact on the species (Hayward and Verner 1994).

The territory occupancy begins in late April or early May, with fledging in mid to late July (Hayward and Verner 1994). Project activities, including removal of suitable habitat, are likely to occur during the nesting period, and may result in loss of nests and young. Implementation of the proposed action would result in the loss of 61 acres of suitable nesting and foraging habitat for this species (mature aspen). Regeneration discussion and assumptions are the same as for goshawk noted above.  Avoidance of known sites, if possible, would reduce risks to this species in this area.

*Exploration*

Project activities, including removal of suitable flammulated owl habitat may result in loss of nests and young. Lease stipulations, including pre-disturbance survey and avoidance, provide protection for raptor nest sites. These access roads and drillhole pads are likely to be those used for mine development if there are mineable reserves, but this is not guaranteed. Implementation of the proposed action would result in the loss of 18.57 acres (includes 0.32 acres on parent leases) of mature aspen, which is suitable nesting and foraging habitat (Table 3-26). Regeneration discussion and assumptions are the same as for goshawk. Avoidance of known sites, if possible, would reduce risks to this species.

## 3.11.11.4  Determination

Implementation of the Alternative 3 "may adversely impact individuals, but is not likely to result in a loss of viability in the planning area, nor cause a trend towards federal listing" for the flammulated owl.  This is due to the loss of 61 acres of mature aspen habitat, and the potential for loss of nest sites and young during project activities.

## 3.11.11.5  Alternative 4 Environmental Effects

Under Alternative 4, effects to flammulated owls and their habitat would be similar to those addressed in Alternative 3 if temporary roads were allowed. Compared to Alternative 3, effects may be reduced; however, as about 30 acres of aspen would be affected.

### Exploration

Effects of exploration are expected to similar to Alternative 3, however at approximately 15.87 acres (includes 0.32 acres on parent leases and 0.15 acres on private) of disturbance primality in the aspen habitats.

## 3.11.11.6  Cumulative Effects

The cumulative effects analysis area for this species is the 47,904-acre area surrounding the proposed treatments and activities.  None of the ongoing or reasonably foreseeable activities within this area, when combined with the proposed action, are likely to contribute to long-term cumulative impacts to this species.

See the goshawk analysis above concerning trends in aspen in the analysis area and on the Forest.

BLM_0050560

## 3.11.12 Hoary bat

### 3.11.12.1 Affected Environment

This bat is known to occur on the Paonia Ranger District. In 2007-2009, mist-net monitoring of bats occurred throughout the district, at numerous locations. 51 hoary bats were captured at 8 separate sites, including two bats at a site in the Minnesota Creek drainage near the project area (unpublished data). In this area, hoary bats seem to be concentrated along stream courses containing larger cottonwood trees, which they are known to use as roosting locations (D. Garrison, pers. obs.). Survey data indicates the largest concentrations of these bats are on the larger stream courses throughout the district, such as Hubbard Creek, the Clear Fork, and West Muddy Creek. They forage along streams and at other water bodies such as stock ponds, where their insect prey is abundant (D. Garrison, pers. obs.).

### 3.11.12.2 Alternative 1 (No Action) Environmental Effects

The direct and indirect impacts of the No Action alternative would not change current habitat or population conditions of hoary bat in the short term. Long-term changes would continue to be dependent on existing conditions, current succession of vegetative types, and other actions within the project area, as indicated in the cumulative effects tables and discussions in this analysis. The ongoing aspen decline may result in both short- and long-term loss of aspen at a landscape scale in this area.

### 3.11.12.3 Alternative 3 (Proposed Action) Environmental Effects

Under Alternative 3, the Forest Service would consent to and BLM would modify the leases with stipulations outlined in Section 2.2. While the project does not include any removal of cottonwood trees, the primary roosting sites of the hoary bat in this area, there is a possibility that bats may be roosting in aspens or spruce trees which may be removed as a result of the surface disturbance associated with methane drainage well and associated road construction for the mine. Therefore, there is a possibility, however slight, of disturbance during roosting, as well as loss of individuals or roosting habitat as a result of project-related activities. Loss of such roosting habitat would impact this species in the long term, until such habitat grew back. The potential for loss or degradation of foraging habitat along streams and at ponds in the area is considered negligible.

#### Exploration

While the project does not include any removal of cottonwood trees, the primary roosting sites of the hoary bat, there is a possibility that bats may be roosting in aspen or spruce trees which may be removed as a result of the surface disturbance associated with drill pad and associated road construction. Therefore, there is a possibility of disturbance during roosting and loss of individuals or roosting habitat as a result of exploration activities. Loss of such roosting habitat would impact individuals in the long term, until such habitat grew back. The potential for loss or degradation of foraging habitat along streams and at ponds in the area is negligible.

### 3.11.12.4 Determination

Alternative 3 may adversely impact individuals, but not likely to result in a loss of viability in the Planning Area, nor cause a trend toward federal listing. This is based upon the discussion in the above paragraph.

### 3.11.12.5 Alternative 4 Environmental Effects

Under Alternative 4, effects to Hoary bats and their habitat would be similar to those addressed under Alternative 3 if temporary roads were allowed. Compared Alternative 3, effects may be reduced; however, as about 30 acres of aspen and 1 acre of spruce-fir would be affected.

BLM_0050561

**Exploration**

Exploration under Alternative 4 would be expected to be similar to Alternative 3 regarding secondary roosting site removal.

### 3.11.12.6  Cumulative Effects

Cumulatively, loss of a few individuals or small amounts of roosting habitat, when combined with other projects in the analysis area as described in the EIS, are unlikely to impact populations in the area. Much higher quality habitat and larger concentrations of individuals occur at lower elevations along stream corridors with a large cottonwood component, and such areas have not been and will not be substantially impacted by projects conducted in the planning area.

## 3.11.13  Northern leopard frog

### 3.11.13.1  Affected Environment

This species is widespread and is known to occur on the Forest. Population trends are expected to be downward throughout much of their range. The formerly abundant northern leopard frog has become scarce in many areas of Colorado due at least in part to changes in habitat. The species is also susceptible to fungal infections which have been known to impact amphibian populations. Typical habitats include wet meadows, and the banks and shallows of marshes, ponds, glacial kettle ponds, beaver ponds, lakes, reservoirs, streams and irrigation ditches (Hammerson 1999). Local habitats include stock ponds, reservoirs, slump ponds, seeps, and other riparian areas (D. Garrison, pers. obs.). During the wet season, leopard frogs disperse along aquatic and riparian corridors (USDA 2005a).

There are records of northern leopard frogs in Garfield, Mesa, Delta and Gunnison counties (Colorado Herpetological Society website). Leopard frogs are known to occur in the Minnesota Creek area (district records) and in other portions of the North Fork Valley. There are seventeen identified potential amphibian sites within the lease modification area, and more than 250 sites within the cumulative effects analysis area, in addition to permanent streams. Leopard frogs are known to occur at many of the sites within the cumulative effects area but surveys have not been conducted within the lease modification area itself. Surveys will be conducted in before surface disturbing activities are authorized, to determine frog presence/absence in the project area.

Surveys of wetlands across the district have continued since the initial analysis, and the northern leopard frog has continued to be located at ponds and streams within the cumulative effects analysis area. No surveys have been conducted in the lease modification area as of this date.

### 3.11.13.2  Alternative 1 (No Action) Environmental Effects

The direct and indirect impacts of the No Action alternative would not change current habitat or population conditions of Northern leopard frog in the short term. Long-term changes would continue to be dependent on existing conditions, current succession of vegetative types, and other actions within the project area, as indicated in the cumulative effects tables and discussions in this analysis. The ongoing aspen decline may result in both short- and long-term loss of aspen at a landscape scale in this area.

### 3.11.13.3  Alternative 3 (Proposed Action) Environmental Effects

Under Alternative 3, the Forest Service would consent to and BLM would modify the leases with stipulations outlined in Section 2.2. The following potential effects to northern leopard frogs include:

- Short-term direct effects from construction (loss of individual adults, egg masses or juveniles)

- Impacts to water quality during and after construction

BLM_0050562

The northern leopard frog is known to occur in this watershed. During spring and early summer, egg masses and juveniles potentially residing in area streams or ponds may be subject to mortality through impacts to wetlands such as siltation or fuel spills. However, lease stipulations implemented in these types of projects make this unlikely. Adults may be killed through the action of heavy equipment during road and pad construction, or from traffic along roads leading to and from the project area. There is also a possibility that movement of tadpoles or adult frogs may be curtailed by placement of culverts at stream crossings. Breeding habitat for this species will not be lost as a result of this project.

### Exploration

The minimal disturbance to wetlands, through avoidance and application of the Forest Service Watershed Conservation Practices Handbook, will prevent impacts from siltation and fuel spills to the northern leopard frog. By stipulation, surface use or disturbances will avoid riparian, wetland or floodplain areas unless there is no practical alternative. Culverts will be used for seven stream crossings. Adults may be killed by construction of roads and drill pads and traffic if they get on the road or drill pad location. There is also a possibility that movement of tadpoles or adult frogs may be curtailed by placement of culverts at stream crossings.

## 3.11.13.4 Determination

Implementation of the proposed action "may adversely impact individuals, but is not likely to result in a loss of viability in the planning area, nor cause a trend towards federal listing" for the northern leopard frog. This is based on the possibility of individual mortality by vehicles or heavy equipment during construction, a low likelihood of water quality impacts, the presence of suitable habitat near the project area, and the lack of aquatic habitat loss associated with the project.

## 3.11.13.5 Alternative 4 Environmental Effects

Under Alternative 4, effects to Northern leopard frogs and their habitat would be similar to those addressed under Alternative 3 if temporary roads were allowed. Compared Alternative 3, effects may be reduced; however, as about 35 acres would be used by vehicles and heavy equipment as compared to about 75 in Alternative 3.

### Exploration

Effects of exploration would be expected to be similar to Alternative 3 however at a reduced scale.

## 3.11.13.6 Cumulative Effects

The cumulative effects analysis area for this species is the 47,904-acre area surrounding the proposed treatments and activities. Activities in this area which may impact leopard frogs include grazing management, surface activities associated with mining, motorized travel, and water depletions. Grazing can result in loss of riparian vegetation (foraging habitat and cover) and trampling of egg masses. However, frog populations have been located on the forest in areas with livestock concentrations (D. Garrison pers. obs.) and many of the suitable habitat features on the landscape, especially in this watershed, were created for and are managed for livestock use.

Water depletion can reduce habitat availability at breeding sites (ponds and riparian areas). However, seasonal drying of wetlands and breeding ponds is a common occurrence for this species. Additionally, the project area receives substantial amounts of precipitation and has abundant surface water at higher elevations. Surface activities associated with mining can result in runoff effects as noted above, but these are unlikely and have not, to date, shown any noticeable impacts to this species in this area. Motorized travel of all types may result in mortality to individuals moving from wetlands into upland areas. These impacts, however, all occur in this watershed and have for several years, and frog populations appear to

BLM_0050563

be healthy.  This project is therefore unlikely to contribute significantly to cumulative impacts for this species.

## 3.11.14 Purple martin

### 3.11.14.1 Affected Environment

This species is known to occur on the Forest and is primarily associated with patches of mature to decadent aspen.  Nest site availability may be a key limiting factor to populations in R2 (USDA 2005a). The preferred habitat of purple martins in the Rocky Mountains is mature aspen forest with nearby meadows and open water. Martins nest in cavities in live aspen trees (Wiggins 2005).   This species shows a strong upward population trend in Colorado from 1966-2010 and from 2000-2010 (Sauer et al. 2011).  Numerous colonies of purple martins are known on the district and martins are known to nest at lower elevations near the project area.  Additional bird surveys will be conducted in this area prior to project implementation and any nest sites located near proposed surface disturbance activities would be avoided if possible.

Surveys for and monitoring of known nest sites for purple martin has continued since the initial analysis, with more than 30 additional sites located on the Paonia and Grand Valley ranger districts, mostly north of Paonia.  Aspen used by martins continues to die and fall down due to Sudden Aspen decline or other agents, and martins using stands with significant loss of trees appear to be moving to areas with remaining standing suitable nest trees.  It is anticipated that this will continue as aspen dies off across the district.

Breeding Bird Survey results continue to show an upward trend for purple martin in Colorado both from 1966-2015 and from 2005-2015 (Sauer et al 2017), albeit with limited data due to the limitations of its distribution and population in the state.

### 3.11.14.2 Alternative 1 (No Action) Environmental Effects

The direct and indirect impacts of the No Action alternative would not change current habitat or population conditions of purple martin in the short term.  Long-term changes would continue to be dependent on existing conditions, current succession of vegetative types, and other actions within the project area, as indicated in the cumulative effects tables and discussions in this analysis.  The ongoing aspen decline may result in both short- and long-term loss of aspen at a landscape scale in this area.

## 3.11.15 Alternative 3 (Proposed Action) Environmental Effects

Under Alternative 3, the Forest Service would consent to and BLM would modify the leases with stipulations outlined in Section 2.2 including those for breeding birds. Actions with the potential for effects to this species include:

- Short-term effects of disturbance during construction

- Short-term potential for loss of young during construction

- Long-term changes to habitat

The nest-building through fledging period runs from about June 6 through July 31 for this species (Kingery 1998).  This species uses aspen habitats, similar to flammulated owls.  Project activities, including removal of suitable habitat, are likely to occur during the nesting period, and may result in loss of nests and young.  Implementation of the proposed action would result in the loss of 61 acres of suitable nesting and foraging habitat for this species (mature aspen).  Regeneration discussion and assumptions are the same as for goshawk noted above.  Avoidance of known sites, if possible, would reduce risks to this species in this area.

BLM_0050564

**Exploration**

Purple martin use aspen habitats. These access roads and drillhole pads are likely to be those used for mine development if there are mineable reserves, but this is not guaranteed. Project activities, including removal of suitable habitat, are likely to occur during the nesting period, and may result in loss of nests and young. Implementation of the proposed action would result in the loss of 18.57 acres (includes 0.32 acres on parent leases) of suitable nesting and foraging habitat (mature aspen) (Table 3-26). Regeneration discussion and assumptions are the same as for goshawk. Avoidance of known sites, if possible, would reduce risks to this species

### 3.11.15.1  Determination

Implementation of the proposed action "may adversely impact individuals, but is not likely to result in a loss of viability in the planning area, nor cause a trend towards federal listing" for the purple martin.  This is based on the loss of 61 acres of suitable nesting habitat in the project area and the quantity of aspen habitat remaining in the cumulative effects area.

### 3.11.15.2  Alternative 4 Environmental Effects

Under Alternative 4, effects to Purple martin and their habitat would be similar to those addressed under Alternative 3 if temporary roads were allowed. Compared to Alternative 3, effects may be reduced; however, as about 30 acres of aspen would be affected.

**Exploration**

Effects of exploration under Alternative 4 are expected to be similar to those described for Alternative 3, but only affecting approximately 15.87 acres (includes 0.32 acres on parent leases and 0.15 acres on private) of aspen habitat.

### 3.11.15.3  Cumulative Effects

The cumulative effects analysis area for this species is the 47,904-acre area surrounding the proposed treatments and activities.  None of the ongoing or reasonably foreseeable activities within this area, when combined with the proposed action, are likely to contribute to long-term cumulative impacts to this species. See the goshawk analysis above concerning trends in aspen in the analysis area and on the Forest.

## 3.11.16  Monarch butterfly

### 3.11.16.1  Affected Environment

The monarch butterfly is a widespread species which requires milkweed (*Asclepias* spp.) for its life cycle (USDA 2015a).  Monarchs are known to occur in Delta County, but have only been observed by the author along the Gunnison River near the confluence of the North Fork Gunnison, and have not been observed in the project area.  Showy milkweed (*Asclepias speciosa*) has been observed in small numbers throughout the Paonia Ranger District in recent years, and other species of milkweed (such as *A. verticillata*) are also known to occur in the area, although at lower elevations and in drier areas than the project area.  No milkweed species have been observed at or near project sites.  Milkweed in this area seems to be more prevalent in disturbed sites such as along roadsides, and along major streams that have had bank disturbance.

### 3.11.16.2  Alternative 1 (No Action) Environmental Effects

The direct and indirect impacts of the No Action alternative would not change current habitat or population conditions of Monarch butterflies in the short term.  Long-term changes would continue to be dependent

BLM_0050565

on existing conditions, persistence of milkweed spp., and other actions within the project area, as indicated in the cumulative effects tables and discussions in this analysis.

### 3.11.16.3  Action Alternatives Environmental Effects

Potential effects to this species include:

- Direct or indirect mortality of milkweed plants through construction activities or along routes accessing the project areas.
- Direct mortality of insects, primarily through vehicle collisions.

While monarchs have not been observed in the project area, and milkweed species is not known to occur in the area, milkweed may occur and may be impacted by construction activities or by dust or dust abatement activities associated with the project.  If monarchs are present in the project area or along roadways used to access the project, they may be killed in vehicle collisions.

### 3.11.16.4  Determination

Implementation of the proposed action "may adversely impact individuals, but is not likely to result in a loss of viability in the planning area, nor cause a trend towards federal listing" for the monarch butterfly. This is based on possible mortality due to vehicle collisions and impacts to host plants through disturbance or vehicle use.

### 3.11.16.5  Cumulative Effects

The cumulative effects analysis area for this species is the 47,904 acres surrounding the propose lease modifications.  None of the ongoing or reasonably foreseeable activities within this area, when combined with the proposed action, are likely to contribute to substantial negative long-term cumulative impacts to this species.  Other activities within that area have similar minimal potential impacts to this species, primarily through potential impacts to milkweed.

## 3.11.17 Western bumblebee

### 3.11.17.1  Affected Environment

The western bumblebee is widespread in the western United States, is known to occur in western Colorado and on the Gunnison National Forest (USDA 2013), and may occur in the project area.  The species pollinates a wide variety of plant genera (summarized in Evans et al 2008), some of which are known or expected to occur in the project area.

### 3.11.17.2  Alternative 1 (No Action) Environmental Effects

The direct and indirect impacts of the No Action alternative would not change current habitat or population conditions of bumblebee short term.  Long-term changes would continue to be dependent on existing conditions, vegetative species present, and other actions within the project area.

### 3.11.17.3  Alternatives 3 & 4 Environmental Effects

Potential effects to this species include:

- Loss or alteration of available plant species used by the bee.
- Direct mortality of insects, primarily through vehicle collisions.

BLM_0050566

Direct alteration of vegetation during construction is likely to remove and/or alter species available to the bees for nectar collection. Conversion of pads and roads to a non-vegetated condition in the short term will reduce available forbs. Short-term disturbance to other areas which will be rehabilitated may change available vegetation. Mitigation activities to reduce noxious weeds may also impact plant species used by bees. However, the area of impact of this project is a small fraction of the available area used by this and other pollinator species within the general project area and is unlikely to lead to loss of colonies due to the small footprint. Additionally, reclamation of pads and roads after use is likely to result in increased opportunities in previously forested areas, as flowering plants are likely to be a higher percentage of ground cover in those sites after reclamation.

If bees are present in the project area or along roadways used to access the project, they may be killed in vehicle collisions.

### 3.11.17.4  Determination

Implementation of the proposed action "may adversely impact individuals, but is not likely to result in a loss of viability in the planning area, nor cause a trend towards federal listing" for the western bumblebee. This is based on possible mortality due to vehicle collisions and impacts to host plants through disturbance or vegetation removal.

### 3.11.17.5  Cumulative Effects

The cumulative effects analysis area for this species is the area referenced in the EIS. None of the ongoing or reasonably foreseeable activities within this area, when combined with the proposed action, are likely to contribute to substantial negative long-term cumulative impacts to this species. Other activities within that area have similar minimal potential impacts to this species, primarily through potential impacts to plant species used by the bees. The two greatest potential impacts to this species are through vegetation alteration from grazing and weed management, both of which have been analyzed for impacts to pollinators.

## 3.12 Sensitive Plants

### 3.12.1  Affected Environment

According to previous Paonia Ranger District Range Management Specialist, one Forest Service sensitive plant species, Colorado tansy-aster (*Machaeranthera coloradoensis*), is the sensitive plant species most likely to occur on or near the lease modifications area. Species that are not known or not likely to occur in the project area will not be affected by the proposed action; therefore, they will not be discussed further.

Colorado tansy-aster is a south-central Wyoming, and central, west-central and western Colorado endemic found in sparsely vegetated gravelly, exposed soils of sedimentary or volcanic origin (Beatty and others 2004). In Colorado, it is associated with dry grassland communities ranging from ponderosa pine (*Pinus ponderosa*) to alpine fellfields and meadows at elevations from 7,675 feet to 12,940 feet. The primary threats to this species are direct and indirect effects of motorized and non-motorized recreation, and trail and road construction and maintenance (Beatty and others 2004). Three occurrences were documented in Gunnison County in 1950, 1997, and 1999, though not near the project area (Beatty and others 2004, USDI BLM 2000). The general area has been broadly surveyed, and likely Colorado tansy-aster habitats have been searched for this species. No occurrences of this species have been documented in the project area and it is unlikely to occur in the project area (personal communication, D. Gray with John Monarch 08/02/2017).

BLM_0050567

## 3.12.2   Alternative 1 (No Action) Environmental Effects

The direct and indirect impacts of the "no action" alternative would not change current habitat or population conditions of any Forest Service sensitive plant species in the short term.  Long-term changes would continue to be dependent on existing conditions, current succession of vegetative types, and other actions within the project area, as indicated in the cumulative effects tables and discussions in this analysis. The ongoing aspen decline may result in both short- and long-term loss of aspen at a landscape scale in this area.

## 3.12.3   Alternative 3 (Proposed Action) Environmental Effects

Under Alternative 3, the Forest Service would consent to and BLM would modify the leases with stipulations outlined in Section 2.2.  Under the Proposed Action, there would be no direct effects to sensitive species.  Indirect effects from surface disturbance related to new road construction and MDW installation could affect sensitive plants if it happens to occur in the same location as a plant population. At time surface activities might be proposed, appropriate populations or habitats will be surveyed on a site-specific basis prior to ground disturbance.

Colorado tansy-aster has not been documented in the project area, and if encountered would not be impacted by the proposed action. If populations were encountered they would be avoided or have other mitigation implemented to avoid effects on plants or populations, where possible.

Rocky Mountain thistle may have habitat created from MDW and other associated surface disturbance by the creation of suitable habitat (Panjabi and Anderson 2004). If the species is present near an area of disturbance, it may be able to colonize newly disturbed areas. While this species may be adversely affected by off-road vehicle use or inadvertent targeting of the species as part of a noxious weed control program, these impacts are not likely to occur as a result any future proposed disturbance would require surveys in likely habitats before disturbance occurs and populations would be avoided or have other mitigation implemented to avoid effects on plants or populations, if possible. If surveys are required for future disturbances, any occurrence of Rocky Mountain thistle would be flagged and mapped to avoid inadvertent herbicide application during weed treatments and species identification information provided to the weed control agent to further decrease the likelihood of species misidentification.  For these reasons, there will likely be a beneficial impact to this species in the creation of possible disturbance areas suitable for propagation.

### Exploration

No effects are expected on Colorado Tansy Aster.  Rocky mountain thistle habitat may be created through disturbed areas.

## 3.12.4   Alternative 4 Environmental Effects

Under Alternative 4, effects to sensitive plants and their habitat would be similar to those addressed Alternative 3 if temporary roads were allowed. Compared to Alternative 3, effects may be at a reduced scale; however, as about 35 acres of vegetation would be affected compared to about 75 under Alternative 3.

### Exploration

Effects under Alternative 4 would be the same as Alternative 3 for exploration activities.

## 3.12.5   Cumulative Effects & Climate Change

There is not anticipated to be any negative cumulative impacts from leasing or subsequent development on these species within the lease nomination area.  Disturbances may increase potential habitat for Rocky

BLM_0050568

Mountain thistle Existing activities outside the analysis area may continue to effect habitat and individuals of these species.

**Climate Change**

Some ecosystems have already been affected by changes in climate. As the climate continues to warm, major changes may occur in ecosystem structure and function, species' ecological interactions, and species' geographic ranges, with predominantly negative consequences for biodiversity. Warmer temperatures and precipitation changes will likely affect the habitats and migratory patterns of many types of wildlife. The range and distribution of many species will change, and some species that cannot move or adapt may face extinction. In addition, climate changes such as increased floods and droughts are predicted to increase the risk of extinction for some plant and animal species, many of which are already at-risk due to other non-climate related factors (IPCC Climate Change and EPA Climate Change Effects, Ecosystems and Biodiversity).

## 3.13 Management Indicator Species

The 1982 Planning Rule 36 CFR 219.19(a)(6) related to Management Indicator Species (MIS) requires the Forest Service to produce a unique list of species to represent Forest communities or ecosystems. These species and the ecosystems in which they represent must be considered for each project to evaluate consistency with the Forest Plan. The 2005 Forest Plan Amendment modified this list.

A complete table of all of the GMUG Management Indicator (MIS) species is presented in Appendix 2 of the Biological Evaluation in the Project File.  The northern goshawk and American marten are also sensitive species and are discussed as such above. The Abert's squirrel is a ponderosa pine obligate, is not known or expected to occur in this area, and will not be discussed.  The Brewer's sparrow is closely associated with sage habitats, which are not present in the immediate lease modification vicinity, and will not be discussed.  As there are only intermittent streams in the analysis area there are no MIS fish with suitable habitat present and therefore will not be discussed.

Additional methodology is discussed in Section 3.11 Sensitive Species.

### 3.13.1   MIS (All Species) Cumulative Effects & Climate Change

Ongoing or reasonably foreseeable future activities within this area, when combined with the proposed action, are not likely to contribute to long-term cumulative impacts on American marten, Northern goshawk, elk, Merriam's wild turkey, or red-naped sapsucker.

**Climate Change**

Some ecosystems have already been affected by changes in climate. As the climate continues to warm, major changes may occur in ecosystem structure and function, species' ecological interactions, and species' geographic ranges, with predominantly negative consequences for biodiversity. Warmer temperatures and precipitation changes will likely affect the habitats and migratory patterns of many types of wildlife. The range and distribution of many species will change, and some species that cannot move or adapt may face extinction. In addition, climate changes such as increased floods and droughts are predicted to increase the risk of extinction for some plant and animal species, many of which are already at-risk due to other non-climate related factors (IPCC Climate Change and EPA Climate Change Effects, Ecosystems and Biodiversity).

### 3.13.2   MIS (All Species) Consistency with Forest Plan and Other Regulations

The Forest Service is required (36 CFR 219.19(a)(6)) to produce a unique list of species to represent forest communities or ecosystems as management indicator species.  Management Indicator Species

BLM_0050569

and Other Wildlife All alternatives are consistent with the Forest Plan, NFMA, ESA, RPA, Executive Order 13186, the Bald and Golden Eagle Protection Act, Forest Service Manual (FSM) and Handbook (FSH) direction. All alternatives are consistent with the recent Management Indicator Species Amendment, Forest Plan Amendment 2005-01. This amendment was approved in May 2005. The amendment revises language in Forest Direction and Standards and guidelines for Management Areas, and the Monitoring Plan (see pages A-1 through A-17 of Management Indicator Species Forest Plan Amendment EA, Appendix A). Management direction will be further assessed at the next phase of NEPA.

As there are only intermittent streams in the analysis area there are no management indicator fish with suitable habitat present and therefore will not be discussed.

Management indicator species that occur or have habitat in the analysis area include:

- American marten (discussed as a Sensitive Species above);
- Northern goshawk (discussed as a Sensitive Species above);
- Elk;
- Merriam's Wild Turkey; and
- Red-Naped Sapsucker.

## 3.13.3   Elk

### 3.13.3.1   Affected Environment

Elk are widespread and disperse readily across landscapes, with few habitat-related limitations. Populations are abundant (and stable or increasing) on the Forests in R2 and the GMUG. Value of habitats on Forests is increasing as habitat on adjacent private lands is lost to human development. Females are sensitive to disturbance during calving season and herds are sensitive to disturbance in the winter (USDA 2005b).

Elk use a combination of open meadows for foraging and woodlands for cover, calving and thermal regulation. The elk herds in the analysis area are migratory, using higher elevation forests and meadows during the summer. The analysis area lies in elk summer range, but not within a mapped calving area or winter range (Figure 3-2).   The proposed activities lie within the Colorado Parks and Wildlife's (CPW) Game Management Unit (GMU) 53, which is part of elk Data Analysis Unit (DAU) E-52. The elk population estimate for this DAU, based on 2008 post- hunting surveys, was 3890 elk (CPW 2010a), within the objective population.  CPW estimated that during the 2008 hunting season (the last for which data is currently available) for GMU 53 there were 2,379 total hunters, who harvested 478 elk, a 20% success rate. (CPW 2010).

The primary issues affecting elk distribution are lack of habitat security due to motorized and non-motorized travel and recreation activities (USDA 2005c).

The lease modification activities lie within the Colorado Division of Parks and Wildlife's (CDPW) Game Management Unit (GMU) 53, which is part of elk Data Analysis Unit (DAU) E-52. The elk population estimate for this DAU, based on 2014 post-hunting surveys, was 3960 elk (CDPW 2016a), well over the objective population of 22-2400.  CDPW reports that during the 2014 hunting season (the last for which data is currently available) for GMU 53 there were 2334 total hunters, who harvested 446 elk, a 19% success rate. (CDPW 2016).   Elk populations in the DAU have varied from 3400-4300 within the last several years according to aerial survey data from the state.  Only a small portion of the elk herd in GMU 53 could be expected to occur in the lease modification area.

BLM_0050570

In recent years, the GMUG has implemented the Gunnison Travel decision, which resulted in the closure of approximately 130 miles of mostly nonsystem user-created or previously decommissioned and user-reopened routes across the district. Additionally, MDW pads and access routes in the existing lease area continue to be obliterated and rehabilitated once they are no longer needed, and the amount of existing road mileage in the general area of the mine is therefore fluid. However, only approximately 0.4 miles of existing routes were located within the lease modification area and closed to public use during travel management implementation. These routes have not yet been physically obliterated, due to the possibility they might be utilized for access to MDW pads for this project and then obliterated once the project is complete. Existing designated forest system routes around the project area will remain open to motorized use, including OHVs, passenger vehicles, and commercial vehicles. In the general area, public motorized access to this area of the Forest has been reduced through travel implementation, while the administrative access for mineral and range uses continues. While the values for existing roads utilized in the initial analysis may therefore be slightly incorrect, the qualitative analysis remains valid and therefore the original analysis and determinations for this species stands as is.

Elk populations within Data Analysis Unit E-52, in which the project occurs, continue to be healthy. The 2015 population estimate (the latest year of published data) estimated a population of 3460, compared to a desired population of 22-2400 (CPW 2017). In 2016, Colorado Parks and Wildlife estimated that 3521 hunters harvested 698 elk, a success rate of 19.8%. (CPW 2017a). No substantial changes to elk habitat other than implementation of travel management have occurred in the project area or cumulative effects area since the Initial analysis. Elk populations have not changed substantially in that time frame, nor has management in this area changed substantially either.

### Exploration

The elk herds in the exploration area are migratory, using higher elevation forests and meadows during the summer. The exploration area lies in elk summer range, but not within a mapped calving area or winter range. The proposed activities lie within the Colorado Parks and Wildlife's Game Management Unit (GMU) 53, which is part of elk Data Analysis Unit (DAU) E-52. The elk population estimate for this DAU, based on 2008 post- hunting surveys, was 3,890 elk (CPW, 2010), within the objective population (USFS, 2012a).

## 3.13.3.2   Alternative 1 (No Action) Environmental Effects

The direct and indirect impacts of the No Action alternative would not change current habitat or population conditions of elk in the short term. Long-term changes would continue to be dependent on existing conditions, current succession of vegetative types, and other actions within the project area, as indicated in the cumulative effects tables and discussions in this analysis. The ongoing aspen decline may result in both short- and long-term loss of aspen at a landscape scale in this area.

### Exploration

Under the no action alternative, there would be no impacts from disturbance and therefore no impacts on management indicator species.

## 3.13.3.3   Alternative 3 (Proposed Action) Environmental Effects

Under Alternative 3, the Forest Service would consent to and BLM would modify the leases with stipulations outlined in Section 2.2. The following potential effects to elk include:

- Short-term direct effects during construction (visual or auditory disturbance or displacement of individuals from machinery, vehicles and humans)
- Long-term direct effects as a result of changes in forage and cover

BLM_0050571

- Long-term indirect effects as a result of changes in human use in the area

Declines in elk use of habitat adjacent to forest roads have been documented in many studies (Lyon 1979; Rowland et al. 2000). A study of elk in relation to logging disturbances found that there was a buffer zone of 500 to 1,000 meters (1640-3280 feet) separating areas of high elk use from areas of disturbance (Edge and Marcum 1985). Another study looked at reproductive success of elk following disturbance by humans during calving season (Phillips and Alldredge 2000). They found that elk subjected to human-induced disturbance through a 3-4 week period during calving season over two years showed lower calf survival. Generally, habitats provide more effective security the further they are from roads. Considering documented road avoidance by elk, the minimum distance between secure habitats and an open road is ½ mile (Hillis et al. 1991).

None of the proposed activities are within mapped elk production areas.  However, elk may calve at any location on and off the Forest. Therefore, if activities occur during calving season, elk may be displaced by project activities. Numerous studies have shown that elk will move back into an area once the disturbance is over and the displacement will be temporary.

The entire analysis area, and surrounding landscape, is considered as summer resident habitat.

Currently, little summer recreational use is known to occur in the area. Motorized use is limited to existing roads and trails, which are absent in the lease modification area.   Access roads would be closed to the public after construction is complete, and no increase in motorized use of the area after construction, other than minimal entries for monitoring, are anticipated. The analysis area contains no open motorized routes at this time.

Project activities may occur into the fall hunting seasons.   Disturbance to both local elk populations, and to hunters whose camps are no longer accessible or desirable due to project activities and/or traffic, is anticipated.  As a result, changes to elk hunting pressure in both the immediate analysis vicinity and other portions of GMU 53 are expected.  Due to the small scale of the disturbance and the size of the GMU, it is not anticipated that harvest will change measurably across the GMU.

None of the analysis area is considered to be elk winter range, due primarily to elevation.   Connected actions such as motorized travel on roads in the valley bottom may occur in winter range.

Because elk are very adaptable, and use a wide variety of habitats, the conversion of existing vegetation to a grass/forb, then young seral stages of disturbed habitats once roads and pads are reclaimed, is unlikely to have any measurable effects to elk at the population scale. Forage availability in this area is likely to increase once reclamation occurs, and elk may use roads for travel prior to this, especially as roads will not be open to public motorized travel.   Summer range is not a limiting factor for elk in the North Fork Gunnison area (K. Madariaga, pers. comm.), and thus alteration of summer habitat is unlikely to cause noticeable population changes.  Vulnerability to hunters could increase in the new road prisms and pads for several years, but abundant cover is currently found throughout the analysis area and is likely to be immediately available to elk during hunting seasons.  Elk habitat in this and surrounding areas is anticipated to be much more substantially impacted by the ongoing aspen decline than by this small-scale project.

## Exploration

None of the proposed activities are within mapped elk production areas. However, elk may calve at any location on and off the Forest. Therefore, if activities occur during calving season, elk may be displaced by exploration activities.

221

Access roads used would be closed to the public after construction is complete, and no increase in motorized use of the area after construction, other than minimal entries for monitoring, are anticipated. The exploration area contains no open motorized routes (USFS, 2010).

Because elk are very adaptable, and use a wide variety of habitats, the conversion of existing vegetation to a grass/forb, then young seral stages of disturbed habitats once roads and pads are reclaimed is unlikely to have any effect on elk populations. Forage availability in this area is likely to increase once reclamation occurs.

Vulnerability to hunters could increase in the new road prisms and pads for several years, but abundant cover is currently found throughout the analysis area and is likely to be immediately available to elk during hunting seasons.

**Summary and Conclusion**

The negative effects from this project are of short duration and magnitude and do not result in a Forest-wide decrease in trends or deter from meeting the MIS objectives in the Forest Plan. Determinations therefore are the same as the initial 2012 analysis.

### 3.13.3.4    Alternative 4 Environmental Effects

Under Alternative 4, effects to elk and their habitat would be similar to those addressed under Alternative 3; however, effects may be at a reduced scale; however, as about 35 acres would have motorized activity and affected vegetation compared to about 75 under Alternative 3.

**Exploration**

Under Alternative 4 effects from exploration on elk are expected to be similar to Alternative 3.

### 3.13.3.5    Cumulative Effects

The cumulative effects analysis area for this species is the 47,904-acre area surrounding the proposed treatments and activities.  HABCAP modeling was not used to determine the impacts of this habitat alteration within the cumulative effects area, as alterations at the scale anticipated would result in insignificant changes in this model.  Because elk are very adaptable, and use a wide variety of habitats, the conversion of this small area of mature aspen and spruce/fir to a young aspen, spruce, or mountain shrub cover type would not have any substantial effects. Actions taken in this project are unlikely to interact substantially with other recreational, grazing, or special use actions as described in the cumulative effects table.  In addition, elk populations in this and other areas on the forest are much more likely to be directly influenced through management of hunting seasons by the Division of Wildlife than from habitat changes at minor scales.

Travel management in the cumulative effects area is under analysis at this time and may result in long-term changes in open road or trail use within the analysis area, depending upon that decision.  It is anticipated that overall mileage of open road and motorized trails within the analysis area will decrease once travel management is implemented.  Motorized routes created for this project will not be open to the public and will be reclaimed within a short time frame.

## 3.13.4   Merriam's wild turkey

### 3.13.4.1    Affected Environment

Turkey are widespread and locally abundant across the Paonia district, especially in oak and other shrub habitats, but they occur in all areas below approximately 10,000 feet at times.  They are tolerant of human activities, and in winter are commonly found in yards and along roadways in close proximity to humans.

BLM_0050573

They nest in a variety of habitats on the district, although typically in areas with dense local cover. Brood rearing occurs frequently in areas such as openings, riparian areas, springs, burns, and aspen stands, all of which provide the invertebrates needed for food for the young birds. Populations of turkey are directly controlled by hunting seasons determined by the CPW. Other population pressures include predation from other species such as coyotes. Habitat alteration can have both harmful and beneficial impacts to turkeys, and treatments which provide a mosaic of habitat features, allowing for all life stages.

Breeding Bird Survey results continue to show a substantial upward trend for turkey in Colorado both from 1966-2015 and from 2005-2015 (Sauer et al 2017). Turkeys within the cumulative impact area continue to be plentiful and widespread in many habitat types.

### 3.13.4.2   Alternative 1 (No Action) Environmental Effects

The direct and indirect impacts of the No Action Alternative would not change current habitat or population conditions of turkey in the short term. Long-term changes would continue to be dependent on existing conditions, current succession of vegetative types, and other actions within the project area, as indicated in the cumulative effects tables and discussions in this analysis. The ongoing aspen decline may result in both short- and long-term loss of aspen at a landscape scale in this area.

### 3.13.4.3   Alternative 3 (Proposed Action) Environmental Effects

Under Alternative 3, the Forest Service would consent to and BLM would modify the leases with stipulations outlined in Section 2.2 including those for breeding birds. The following potential effects to turkey include:

- Short-term direct effects during construction (visual or auditory disturbance or displacement of individuals from machinery, vehicles and humans)
- Short-term direct mortality of eggs/nests during construction activities.
- Long-term direct effects as a result of changes in forage and cover
- Long-term indirect effects as a result of changes in human use in the area

Nesting typically begins in late April for turkeys, generally before all shrubs are leafed out. Nests usually occur within very dense local cover, and in forested stands are usually in areas with at least 60% canopy cover. If nests fail, turkeys will make multiple nesting attempts.

Individual nests could be directly lost or abandoned as a result of project activities, but turkeys may re-attempt nesting elsewhere if project actions are detrimental. Direct mortality is possible if turkeys are nesting during construction activities. Long-term effects in cover type and abundance are unlikely to cause substantial impacts to turkeys, as they utilize a wide variety of habitats in this area. Long-term changes in human use of the area are unlikely to result from this project, as described for elk above.

The project would affect 75 acres of potential summer turkey habitat, which is <.01% of the total summer turkey habitat on the GMUG NF.

### Exploration

Individual nests could be directly lost or abandoned as a result of project activities, but turkeys may re-attempt nesting elsewhere if project actions are detrimental. Direct mortality is possible if turkeys are nesting during construction activities. Long-term effects in cover type and abundance are unlikely to cause substantial impacts on turkeys, as they utilize a wide variety of habitats in this area. Long-term changes in human use of the area are unlikely to result from this project, as described for elk above.

BLM_0050574

The project would affect 22.7 acres (including 0.32 acres on parent leases and 0.15 acres on private land) of potential summer turkey habitat. Specifically, about 1.56 acres of oakbrush would be removed.

**Summary and Conclusion**

The negative effects from this project are of short duration and magnitude and do not result in a substantial Forest-wide decrease in trends (Table 3-30), or deter from meeting the MIS objectives in the Forest Plan. Therefore, determinations made in the initial 2012 analysis remain valid.

### 3.13.4.4   Alternative 4 Environmental Effects

Under Alternative 4, effects to Merriam's wild turkey and their habitat would be similar to those addressed under Alternative 3. Compared to Alternative 3, effects may be at a reduced scale; however, as about 35 acres of potential habitat compared to about 75 under Alternative or 3.

**Exploration**

Under Alternative 4 effects from exploration on turkey are expected to be similar to Alternative 3 except on 18.09 acres (includes 0.15 acres on private and 0.32 acres on parent leases)  of which 0.81 acres would occur in oakbrush.

### 3.13.4.5   Cumulative Effects

The cumulative effects analysis area for this species is the 47,904-acre area surrounding the proposed treatments and activities.  HABCAP modeling was not used to determine the impacts of this habitat alteration within the cumulative effects area, as alterations at the scale anticipated would result in insignificant changes in this model.  None of the ongoing or reasonably foreseeable future activities within this area, when combined with the proposed action, are likely to contribute to long-term cumulative impacts to this species.

**Table 3-29. Turkey habitat on the GMUG NF based on habitat parameters and quality**

| Habitat Parameter | Habitat (acres) | | Total acres |
| --- | --- | --- | --- |
| | Primary | Secondary | |
| Winter feeding / cover | 293,157 | 27,912 | 321,069 |
| Summer feeding / cover | 490,131 | 1,281,664 | 1,771,795 |
| Nesting | 9587 | 101,595 | 111,182 |
| Brood rearing | 718,345 | 45,879 | 764,224 |
| Roosting | 43,974 | 200,047 | 244,021 |

## 3.13.5   Red-naped sapsucker

### 3.13.5.1   Affected Environment

In Colorado, red-naped sapsuckers forage in aspen, willows and cottonwoods close to their nest sites, which are almost exclusively in mature aspen stands. Typical nest stands, dominated by large aspen, have a variety of diseases that create the heart rot needed for suitable cavity excavation (Kingery 1998). Nest stands have trees infected with shelf or heartwood fungus (for drilling nest cavities) and nearby willow stands (for drilling sap wells).

According to BBS, populations appear to be stable or increasing in the United States, with areas of local declines. From the period 1966 to 2006, the three sapsucker species (combined in the BBS analysis) have exhibited a positive trend of +3.4%. Within Colorado, populations have exhibited similar but higher upward trends (Sauer et al. 2008).  Red-naped sapsuckers have been documented during bird surveys

BLM_0050575

in this area (Monarch 2009) and are seen in aspen stands throughout the district in relatively low numbers (D. Garrison pers. obs.).

The Forest updated the species assessment for the red-naped sapsucker in 2014 (USDA 2014). This, along with current BBS and ebird data, was reviewed for this project update. None of the information suggests any substantial changes to circumstances for this species related to this project. While aspen habitat continues to decline in stands impacted by Sudden Aspen Decline in prior years, SAD has not spread across the landscape in the last few years and additional areas are not appearing to be infected, although lower elevation isolated stands are showing substantial die-off and are falling down as a result of SAD or other agents within the cumulative impact area. There was an outbreak of leaf blight in 2015 that affected aspen across the district, but this was not a permanent impact. Breeding Bird Survey results continue to show a slight upward trend for this species in Colorado both from 1966-2015 and from 2005-2015 (Sauer et al 2017).

## 3.13.5.2   Alternative 1 (No Action) Environmental Effects

The direct and indirect impacts of the No Action alternative would not change current habitat or population conditions of red-naped sapsucker in the short term. Long-term changes would continue to be dependent on existing conditions, current succession of vegetative types, and other actions within the project area, as indicated in the cumulative effects tables and discussions in this analysis. The ongoing aspen decline may result in both short- and long-term loss of aspen at a landscape scale in this area.

## 3.13.5.3   Alternative 3 (Proposed Action) Environmental Effects

Under Alternative 3, the Forest Service would consent to and BLM would modify the leases with stipulations outlined in Section 2.2 including those for breeding birds. Actions with the potential for effects to this species include:

- Short-term effects of disturbance during construction
- Short-term potential for loss of young during construction
- Long-term changes to habitat

The nest-building through fledging period runs from about May 20 through August 25 for this species (Kingery 1998). Project activities during this time may result in abandonment of nests or alteration of territorial boundaries in the analysis area. Individual nests with eggs or young could be lost during project activities if sapsuckers occur in the treatment areas. This would most likely be either from nest abandonment due to disturbance, or through direct mortality.

Habitat changes in this area would be limited to alteration of 61 acres of mature aspen stands, suitable for nesting and foraging.

### Exploration

Exploration activities during the nest building through fledgling period of May 20 through August 25 may result in abandonment of nests or alteration of territorial boundaries in the analysis area. Individual nests with eggs or young could be lost during from nest abandonment due to disturbance, or through direct mortality.

Habitat changes in this area would be limited to alteration of 18.57 acres (includes 0.32 acres on parent leases) of mature aspen stands, suitable for nesting and foraging.

BLM_0050576

**Summary and Conclusion**

The negative effects from Alternative 3 are of short duration and magnitude and do not result in a substantial Forest-wide decrease in trends, or deter from meeting the MIS objectives in the Forest Plan. Determinations, however, are the same as the initial 2012 analysis.

### 3.13.5.4   Alternative 4 Environmental Effects

Under Alternative 4, effects to Red-naped sapsucker and their habitat would be similar to those addressed under Alternative 3. Compared to Alternative 3, effects may be at a reduced scale; however, as about 30 acres of aspen would be affected.

**Exploration**

Under Alternative 4 exploration effects would be similar to Alternative 3 except an estimated 15.87 acres (includes 0.32 acres on parent lease and 0.15 acres on private) of aspen habitat would be impacted.

### 3.13.5.5   Cumulative Effects

The cumulative effects analysis area for this species is the 47,904-acre area surrounding the proposed treatments and activities.  HABCAP modeling was not used to determine the impacts of this habitat alteration within the cumulative effects area, as alterations at the scale anticipated would result in insignificant changes in this model.

None of the ongoing or reasonably foreseeable future activities within this area, when combined with the proposed action, are likely to contribute to long-term cumulative impacts to this species.

Forest-wide habitat for the red-naped sapsucker includes a total of 1,535,234 acres of potentially suitable habitat, so the amount of forest wide habitat affected would be negligible.   Regeneration discussion and assumptions are the same as for goshawk noted above, as are discussions of aspen availability within the cumulative effects analysis area.

## 3.14 Migratory Birds

### 3.14.1   Affected Environment

Migratory and other birds of conservation concern do occur in the exploration area. The U.S. Fish and Wildlife Service (USFWS) has compiled a list of migratory bird species, which appear to be declining in numbers or distribution or for which more information is needed (FWS 2002).  Table 3-31 lists the bird species of conservation concern (BOCC) in the Southern Rockies/Colorado Plateau region.

Potential nesting habitat for the BOCC is limited by the elevation, which places the area above many habitat types.  According to the literature (Andrews and Righter 1992, Kingery 1998) and local data on breeding, there is breeding habitat for the golden eagle, flammulated owl, Williamson's sapsucker, and Virginia's warbler in the analysis area.  Many others could be encountered as migrants or accidentals.

BLM_0050577

**Table 3-30. Bird Species of Conservation Concern (BOCC)**

| Common name | Scientific name | Common name | Scientific name |
|---|---|---|---|
| Northern harrier | *Circus cyaneus* | Short-eared owl | *Asio flammeus* |
| Swainson's hawk | *Buteo swainsonii* | Black swift | *Cypseloides niger* |
| Ferruginous hawk | *Buteo regalis* | Lewis' woodpecker | *Melanerpes lewis* |
| Golden eagle | *Aquila chrysaetos* | Williamson's sapsucker | *Sphyrapicus thyroideus* |
| Prairie falcon | *Falco mexicanus* | Gray vireo | *Vireo vicinior* |
| Peregrine falcon | *Falco peregrinus* | Pinyon jay | *Gymnorhinus cyanocephalus* |
| Gunnison sage-grouse | *Centrocercus minimus* | Bendire's thrasher | *Toxostoma bendirei* |
| Snowy plover | *Charadrius alexandrinus* | Crissal thrasher | *Toxostoma rufum* |
| Mountain plover | *Charadrius montanus* | Sprague's pipit | *Anthus spragueii* |
| Solitary sandpiper | *Tringa solitaria* | Virginia's Warbler | *Vermivora verginiae* |
| Marbled godwit | *Limosa fedoa* | Black-throated gray warbler | *Dendroica nigrescens* |
| Wilson's phalarope | *Phalaropus tricolor* | Grace's warbler | *Dendroica graciae* |
| Yellow-billed cuckoo | *Coccyzus americanus* | Sage sparrow | *Amphispiza belli* |
| Flammulated owl | *Otus flammeolus* | Chestnut-collared longspur | *Calcarius ornatus* |
| Burrowing owl | *Athene cunicularia* | | |

## 3.14.2   Alternative 1 (No Action) Environmental Effects

### Leasing

The direct and indirect impacts of the "no action" alternative would not change current habitat or population conditions of any migratory bird species in the short term.  Long-term changes would continue to be dependent on existing conditions, succession of vegetative types, and other actions within the analysis area.

### Exploration

Under the no action alternative, there would be no impacts from disturbance and therefore no impacts on migratory birds.

## 3.14.3   Alternative 3 (Proposed Action) Environmental Effects

### Leasing

Leasing in itself will have no impact on migratory birds.  Post lease development may impact species protected under the Migratory Bird Treaty Act.  Stipulations requiring breeding bird surveys and including timing restrictions where needed for specific species, may mitigate impacts to migratory birds.  However, some bird habitat will be altered in the short term as a result of post lease development on the lease modifications, and may result in a type conversion of 75 acres, and that is likely to impact individual migratory birds, especially passerines and other birds which utilize aspen, spruce-fir, and oak for nesting.

Examples of the types of impacts which may occur are described above for certain bird species. Compared to natural processes in the area, specifically the aspen decline, the RFMP is minor in scale, and these impacts are not anticipated to result in declines in populations of any species protected by the MBTA.  Disturbed areas may provide foraging opportunities for some species, and eventual revegetation of project sites, to whichever habitat type grows back, will result in suitable nesting and foraging habitat for some species.

BLM_0050578

**Exploration**

Exploration may impact species protected under the Migratory Bird Treaty Act. Stipulations requiring breeding bird surveys and including timing restrictions where needed for specific species, may mitigate impacts on migratory birds. However, some bird habitat will be altered in the short term and may result in a type conversion of 22.7 acres which includes 0.32 acres on parent leases). This is likely to impact individual migratory birds, especially passerines and other birds which utilize aspen (18.57 acres), spruce-fir (2.59 acres), and shrubs (1.52 acres) for nesting. These impacts are not anticipated to result in declines in populations of any species protected by the Migratory Bird Treaty Act. Disturbed areas may provide foraging opportunities for some species, and eventual revegetation of project sites, to whichever habitat type grows back, will result in suitable nesting and foraging habitat for some species.

The proposed exploration will occur in the late spring, summer, and early fall months and avoid riparian habitats. Operations will be located to not interfere with raptor nesting sites.

## 3.14.4   Alternative 4 Environmental Effects

**Leasing**

Under Alternative 4, effects to migratory birds and their habitat would be similar to those addressed under Alternative 3. Compared to Alternative 3, effects may be at a reduced scale; however, as about 35 acres of potential habitat would be affected.

**Exploration**

Effects of exploration would be expected to be the same as under Alternative 3 except on 18.09 acres (includes 0.32 acres on parent leases and 0.15 acres on private land)  primarily for those species that use aspen (15.87 acres) habitats.

## 3.14.5   Cumulative Effects & Climate Change

Natural processes and management activities in the vicinity of the analysis area will continue to impact migratory birds wherever removal or habitat conversions occur, cumulative impacts from the proposed action would be minor.

**Climate Change**

Some ecosystems have already been affected by changes in climate. As the climate continues to warm, major changes may occur in ecosystem structure and function, species' ecological interactions, and species' geographic ranges, with predominantly negative consequences for biodiversity. Warmer temperatures and precipitation changes will likely affect the habitats and migratory patterns of many types of birds. The range and distribution of many species will change, and some species that cannot move or adapt may face extinction. In addition, climate changes such as increased floods and droughts are predicted to increase the risk of extinction for some plant and animal species, many of which are already at-risk due to other non-climate related factors (IPCC Climate Change and EPA Climate Change Effects, Ecosystems and Biodiversity).  Effects on spruce-fir and aspen habitats are also discussed in Section 3.9.

## 3.14.6   Consistency with Forest Plan and Other Regulations

This action is consistent with the Migratory Bird Treaty Act.

BLM_0050579

## 3.15 Range Resources

### 3.15.1   Affected Environment

The Dry Fork C&H (cattle and horse) allotment overlies both proposed lease modification areas is managed using a rotational deferment strategy. Five permittees are authorized to utilize the area with 537 cow/calf pairs from 6/15 to 10/15 annually (2834 AUMs).  Grazing use alternates every year for each pasture, but generally 14-18 days in a pasture allows for growth or regrowth of vegetation.  There are currently 10 grazing units created by barbed-wire or temporary electric fences and topographic features.

Range improvements within the lease modifications area are described in Figure 3-27 and Table 3-32.

Table 3-31. Range Improvements

| Improvement Type | Name or Number | Location |
|---|---|---|
| Pond | 803P50  Water Dog Pond | T.14S  R.90W  NW ¼ Sec.11 |
| Pond | 803P51  Elk Wallows Pond | T.14S  R.90W  SE ¼ Sec.10 |
| Pond | 803P55  Yellow Bucket Pond | T.14S  R.90W  NW ¼ Sec.14 |
| Pond | 803P89  Sherwood Park Pond | T.14S  R.90W  SE ¼ Sec.15 |
| Pond | 803P91  Rail Fence Pond | T.14S  R.90W  NE ¼ Sec.11 |
| Pond | Unknown | T.14S  R.90W  NE ¼ Sec. 22 |

### 3.15.2   Alternative 1 Environmental Effects

Under the no-action alternative, existing livestock grazing would continue in the area without change. Range management practices would continue to be implemented on an annual basis. Any existing range improvements would be unaffected under this alternative. Existing range and other land uses would continue in the lease modification areas. There would be no risk for surface tension cracks to form in ponds or on stock trails in the lease modification area.

**Exploration**

Under the no action alternative, there would be no disturbance from exploration and, therefore, no impacts on range resources.

### 3.15.3   Environmental Effects Common to Action Alternatives

Site-specific locations of anticipated disturbance cannot be identified at the leasing stage due to the fact that a final mine plan has not been approved. As it is unknown where the MDWs and temporary roads would occur, it is reasonable to assume that the proportion of loss of vegetation associated with this activity would be equal to the proportion of existing vegetation types within the lease modification area(s).

BLM_0050580

**Table 3-32. Summary of range impacts from post-lease development**

| Range Impact | Summary of Impact |
|---|---|
| Forage loss | Until fully reclaimed, the construction of access roads and drill pads will result in a short and mid-term (3-6 years) loss of forage on about 72 acres (Alternative 3) 66 acres (Alternative 4). |
| Stock ponds | There are a number of stock ponds located in the proposed lease area (Table 3-32, Figure 3-27).  These ponds are critical for managing the grazing on the allotment. |
| | Subsidence and the loss of spring flows and water holding capacity to ponds and spring developments are additional potential impacts to stock ponds |
| Fences | Future development of the additional coal leases will likely cross the pasture division fence, 803F58, Deer Creek-Sherwood Pasture Division Fence. |
| Maintenance of cattle guards | Future development related traffic may cause additional filling in of cattle guards. |
| Grazing management | Potential future lease development has the potential to impact grazing management.  Traffic associated with drilling activities is the primary cause.  The District has experienced repeated instances of gates for livestock control being left open.  This often results in livestock entering pastures/allotments outside those authorized or permitted.  Livestock grazing outside areas and times planned and scheduled can result in grazing levels beyond desired, and could result in unsatisfactory rangeland conditions. |
| Roads causing cattle drift onto private land | One additional potential impact is the effect of additional roads increasing cattle drift onto adjacent private land and on the West Elk allotment.  Currently, the private land to the west of the Sherwood pasture, and Coal leases COC 001362 and COC 067232 are poorly fenced.  The private land fences are in disrepair.  Construction of temporary roads across this poorly fenced boundary would increase the likelihood of cattle entering private land. |
| Noxious weed infestations | Ground-disturbing activities usually create opportunities for infestations of noxious weeds.  There are known populations of Canada thistle, musk thistle, houndstongue and hoary cress (white top) near the project site.  The seeds from these weeds can be air-born, vehicle-born or transported by wildlife, people and livestock.  Any area where the existing vegetation is removed and bare soil is left exposed creates a potential site for noxious weed infestations. |
| Toxic Substances | Poisoning of livestock  by toxic substances such as accidental spills of gasoline or solvents from vehicles during drilling |
| Impacts on livestock distribution | Construction and exploration activities often have negative effects on livestock.  The sounds and commotion of the activities often frighten livestock within an area where they can see and/or hear the activities.  This results in livestock not using an area larger than the area of actual disturbance. |

## Subsidence

Subsidence associated with authorizing the lease modifications under Alternative 3 is expected to affect approximately 1,077 acres and under Alternative 4 is expected to affect a maximum of about 930 acres (both includes an estimated 357 acres of additional adjacent reserves on private and federal lands made accessible via lease modification).  Other than lowering the land surface, the long-term effects of subsidence on surface topography would be minimal, and even unnoticeable to most casual observers. Overall, the topography above subsided longwall mining workings would be similar to the pre-mining topography, albeit slightly lower in elevation. The area of impact would therefore include about 930-1077 acres (including ~335-353 acres on parent leases and private land) of various vegetation types.

However, the likelihood of this is minimal, and only small areas (approximately 1 acre) of subsidence in unstable areas are anticipated. If no vegetation is lost due to subsidence, which is the expected outcome, then the lease modification and associated underground mining would have no noticeable effect on the vegetation at the surface.

Subsidence of the land surface is not likely to damage fences. During subsidence, the land surface lowers gently, and without noticeable changes to the surface topography, therefore it is unlikely that fences would be damaged. Dispersed surface tension cracks may form across stock trails in the area. Cracks could pose a safety hazard to cattle if they formed and were present when cattle were on the allotment. The likelihood that cracks would form is considered low. Further, stipulations from the parent lease that would apply to the lease modification areas would require repair if any of the range improvements were damaged. No other lease stipulations are determined necessary. However, potential future development (i.e. surface uses) associated with the RFMP (Section 3.3) could affect range resources. Road and drill pad construction and use could: interrupt grazing rotations, damage fences, and reduce forage for livestock in the short and mid-term. Recommendations for future project-specific BMP's for range are in the project record. Table 3-33 summarizes those potential impacts:

With stipulations and future surface-use specific requirements, the selection of any of the alternatives is not likely to substantially affect the long-term grazing use on NFS or adjacent private lands. Surface disturbances on the coal lease tract and the exploration area would be minimal and temporary, with reclamation returning disturbed areas to a stabilized and productive condition. Evaluations of other reclamation work in the area indicate that revegetation can be successfully accomplished. Surface disturbances on the coal lease tract and the exploration area would be minimal and temporary, with reclamation returning disturbed areas to a stabilized and productive condition. Once revegetation has occurred, the areas of previous disturbance become grass and forb dominated in the short term that are preferred by livestock.

Depending on timing, new revegetation efforts can be negatively affected by livestock presence and use. Typically, in order to assure revegetation success, temporary electric fencing is placed around newly reclaimed areas during the first growing season. After this period, fencing is removed and livestock usage does not appear to impact revegetation efforts as long as the livestock is managed according to standards. In certain cases, however, fencing recently reclaimed areas can change livestock use patterns in surrounding areas- e.g. funneling them into areas not otherwise desirable. For this reason, fencing reclaimed areas would be evaluated on a case by case basis.

## 3.15.4   Alternative 3 (Proposed Action) Environmental Effects

Modifying the existing coal leases would not have any direct effect on grazing on the Dry Fork C&H allotment. For the purposes of cumulative effects analysis, under this alternative, about 72 acres of total disturbance could occur through construction of temporary roads and MDW pads. While any given temporary road and well pad are only expected to be on the landscape 2-3 years, it is expected, forage would be restored within 2-3 years after being disturbed but may take a couple more years before it is able to be grazed. Under Alternative 3 as methods for construction of temporary roads, MDWs and pads have been practiced and adapted locally for many years by MCC, it would be expected that minimal impacts to soil and watershed, reclamation time would occur and, therefore, negative effects to rangeland resources would also be minimized.

Post-leasing subsidence-induced ground movements have the potential to damage the stock ponds, fences or stocks trails if surface tension cracks form where these features are present. In the dry uplands in the area, stock ponds create important water sources for stock and wildlife. Loss of any water source would have negative impacts on the animal distribution and range health. If a crack were to form in an earthen stock pond, the pond may cease to hold water or cease functioning effectively. The probability

BLM_0050582

for cracks to form under stock ponds in the area is negligible. Therefore, the risk to damaging stock ponds is low. Lease stipulations will further restore ponds if damage occurs.

### Exploration

Direct and indirect effects of the proposed action include minimal vegetation disturbance that would ultimately be reclaimed and restore range resources. About 22.7 acres of total disturbance could occur through construction of temporary roads and drill pads. Road and drill pads are expected to be on the landscape for two years. During use and interim reclamation, there would be temporary loss of forage for livestock and wildlife. However, once reclamation reestablishes vegetation on disturbed areas, primarily because of the increase in grass and forb species, overall production of rangeland species would increase.

Exploration activities may increase traffic and seasonal use in the area. As reclamation activities take place, cattle grazing in these areas could slow the efforts in a given year, but would not lead to lack of reclamation success.

## 3.15.5   Alternative 4 Environmental Effects

Under Alternative 4 only consent to modify COC-1362 would be granted. Surface uses (MDW pad construction and access roads) could take place.

Since less coal than Alternatives 3 is mined under this alternative, the need for post-leasing surface is also reduced. For the purposes of the cumulative effects analysis in this alternative, it is assumed based on current mining practices, about 66 acres of surface disturbance would occur from mine operations over the life of the lease modifications (expected to be about 25 years from lease issuance to lease relinquishment and final bond release forage would be restored within 2-3 years after being disturbed, but may take a couple more years before it is grazed).

This alternative could be selected consistent with the provisions of the Colorado Roadless Rule. Effects would be similar to Alternative 3, albeit at a slightly smaller scale.

### Exploration

Under Alternative 4, exploration effects would be similar to Alternative 3 except approximately 18.09 acres (includes 0.32 acres on parent leases and 0.15 acres on private) of forage would be removed.

## 3.15.6   Cumulative Effects & Climate Change

Cumulative effects would include the potential for multiple disruptions of stock watering sources if ponds are damaged by subsidence; however, cumulative impacts due to subsidence are anticipated to be negligible in the area. Within the allotment, there could be cumulative impacts related to potential additional post-lease surface use on lease modifications and parent leases (up to 72 acres on lease modifications, an additional ~63 acres related to approval of COC-1362 lease modification on parent leases and 65.5 acres associated with B Seam on parent leases). These activities would adversely affect the range management plan for the area by increasing the traffic and seasonal use in the area. As reclamation activities take place, cattle grazing in these areas could slow the efforts in a given year, but would not lead to lack of reclamation success.

Mining and grazing would remain the dominant land uses in the immediate area of the coal lease modification. Continuation of vegetation treatments for wildlife purposes will also enhance rangeland forage production.

Cumulative effects from the proposed action are expected to be minor and short-term.

BLM_0050583

**Climate Change**

Climate change effects on rangeland resources are primarily tied to water supply and vegetation. If climate change results in drought conditions that change precipitation patterns and forage production, it will negatively impact range resources. Adaptation may include increased use of stock ponds and timing changes associated with available forage. Additional concerns for livestock include more favorable conditions for pathogens and a general increase in temperature that can affect animal health and loss of weight (Colorado Energy Office, 2014). See Sections 3.8 and 3.9 for more information.

## 3.15.7   Consistency with Forest Plan and Other Laws

All alternatives are consistent with Forest Plan regarding Range and other resources and Forest Service Manual 2200-Range Management.

## 3.16 Recreation

### 3.16.1   Affected Environment

The easiest recreation access to the proposed lease modifications area is via National Forest System Road (NFSR) 711 (AKA Minnesota Creek Road), a road managed for high-clearance vehicles. This road is occasionally used for recreation; although it is primarily used by Minnesota Ditch and Reservoir and the Dry Fork C&H allotment permittees. The recreational use in the proposed lease modifications area is very low due to the distance from roads managed for and suitable for most passenger cars, as well as the absence of either recreational facilities or National Forest System Trails (NFST).

Primary access routes for exploration that will be affected are the Sylvester Gulch Road, the Long Draw Saddle Road, and a portion of NFSR 711 in the same fashion used for existing and ongoing methane drainage activities south of NFSR 711. The Forest Service manages NFSR 711 as a low standard road, suitable for high clearance vehicles. Traffic use on NFSR 711 is low. A small amount of traffic uses the road for recreational purposes (mainly hunting), including ATVs, dirt bikes and occasional mountain bikes. Grazing permittees also use the road for access to a range allotment, and hunters use the road to access hunting areas. Snowmobiles rarely use the NFSR 711 as a travel route.

The two furthest entry points for exploration and development off the Minnesota Creek road (NFSR 711) will be the Deer Creek Road (administrative), and what is called the "Weir Road" which is also administrative access. Those points are less than 3 miles apart along the Minnesota Creek Road, and all will be accessed from Sylvester Gulch/Long Draw Saddle Administrative roads.

There are no developed recreational facilities operated by the Forest Service in the lease modification areas. There is limited dispersed recreational use on the lease modification areas due to the distance from existing public roads and grown-over user-created and historic non-system trails. Most dispersed recreational use occurs during hunting seasons.

Winter recreation such as snowmobiling is limited due to the oakbrush and aspen vegetation types making over snow travel difficult. There are a few snowmobiles that use the Minnesota Creek Road. It is not groomed and local area used for snowmobile play lies west of the lease modifications and exploration area. The project area is mostly unappealing due to dense vegetation, and areas to the north and east are steep canyons with narrow ridgetops which are also not typically favored by snowmobilers.

There are no National Forest System trails in the lease modification areas receiving official designation or maintenance. While many commenters mentioned the Sunset Trail, it has never been in our National Forest System, and is therefore not encouraged to be used by recreationists, nor can appropriated funds be expended to maintain it. The Sunset Trail appears on historical maps, does not get heavy use and is difficult to follow from end to end. About 1 mi of this trail, beginning at the end of NFSR 711.3.A can

BLM_0050584

typically be followed on the ground, and at times may be more visible than connected and nearby game and livestock trails. While the Sunset Trail, as well as other unnamed trails may be found on old maps, there have not been any NFST's in the lease modifications area.. In various places in the area and across the district, livestock permittees occasionally remove brush and remove fallen trees along non-system trails to assist in cattle dispersal and gathering. While foot and horse traffic is allowed most everywhere in the general area, use is not encouraged on non-system trails any more than general forest areas. Temporary roads and well pads for exploration would not intersect the Sunset Trail as shown on historic maps.

The area is within a larger area permitted to be used by an outfitter/guide, although they do not outfit/guide in/near the project area (i.e., no horse- packer safe trails and no camps). Off-trail travel is permitted by horses and hikers, and livestock permittees are permitted to clear brush and downed trees from stock trails to facilitate livestock distribution, as well as limited motorized use of administrative routes for range improvement maintenance.

The Recreational Opportunity Spectrum (ROS) setting for the lease modification areas is roaded natural.

BLM_0050585

*Supplemental Final Environmental Impact Statement* | Federal Coal Lease Modifications COC-1362 & COC-67232



**Figure 3-24. ROS Map of lease modification areas**

235

BLM_0050586

## 3.16.2   Alternative 1 (No Action) Environmental Effects

Under the No Action alternative, current recreation uses and activities would continue. There would be no impacts additional to the status quo on recreation uses (motorized and non-motorized recreation, or hunting) from this alternative. Existing uses would continue in the lease modification areas.

## 3.16.3   Alternative 3 (Proposed Action) Environmental Effects

There would be no direct impacts on recreation uses (motorized and non-motorized recreation, hunting) from either leasing the coal or from subsidence.

Subsidence could affect approximately 1,077 acres of Forest Service and adjacent land (~618 acres from mining COC-1362, ~103 acres from mining COC-67232, and ~357 acres from mining adjacent reserves in existing federal leases and adjacent private lands). Subsidence-induced ground movements would not affect recreation opportunities in the lease modification areas. General effects of ground lowering would not be noticeable by the casual observer. Surface tension cracks may form on stock and game trails that may be used by recreationists, but would be expected to close unaided. There would be no change to the ROS setting opportunities or the types of experiences provided.

Post-lease surface use of approximately 72 acres (66 acres on COC-1362, and 6 on COC-67232) could occur over the life of the lease modifications as a result of temporary access roads, methane drainage, and related activities. Under Alternative 3, approx. 24 acres (6.5 miles) of temporary access roads could be developed on the lease modifications. Approximately 48 acres of constructed MDW pads and facilities could be constructed on the lease modifications. The construction, operation and reclamation activities would occur over a few years time; however visual resources may be affected from a few vistas until lands are fully regenerated.

Recreational uses could be impacted if post-lease surface use occurs. Presence of drill rigs and heavy equipment on the existing NFSRs, and operating in the area could reduce a person's recreational experience. As these activities would likely occur during summer and into the fall months, they would be occurring in the time recreationists would most likely use the area. In terms of hunting, surface use could cause game to move out of the area, and reduce the hunting opportunity. Post-lease operations would be virtually the same that recreationists have encountered in adjacent areas to the north and east for over 20 years due to past exploration and methane drainage activities. Site specific locations of potential surface activities are unknown, Effects of post-leasing activities will be evaluated on their own merits if/when activities are specifically proposed.

Potential effects to recreation are essentially the same on either proposed lease modification, except for amounts of subsidence or post-lease surface use as described above.

**Exploration**

While we do not have data reflecting actual recreation use of the general area, regular visits by Forest Service employees indicate that most recreation use in the exploration area occurs during big game hunting seasons in the fall. Cross-country foot and horse travel is allowed in the area, but due to the dense oak brush, aspen and conifer vegetation types, much of the affected area is typically not favored by hunters—there is some snowmobiling that occurs in the general area, but the density of vegetation typically makes the lease modifications area less desirable than more open areas nearby. Likewise, the exploration activities are planned during the summer field season and would not affect winter uses.

The Forest Service has one permitted outfitter/guide (hunting) whose permit area includes the lease modification area; however, there will be no impacts to that Outfitter because their primary area of use is the Wilderness predominantly during fall big game hunting seasons. Their clients drive up Coal

BLM_0050587

Creek/Robinson Creek on roads open to the public to the wilderness trailhead and do not use roads that will be used by the road construction and drilling crews.

Construction traffic, construction and drilling operations could have the potential to affect the outfitter/guide permittee and other recreational users of the area, although the construction traffic for this project on roads open to the public would be limited to about 3 miles of NFSR 711 that could experience shared use (see dual use on Figure 3-25), from the Deer Creek administrative road up to the Weir administrative road, for exploration activities.  Noise and other construction operations could affect hunters as well as the game animals they pursue.

The short-term effects to recreation in the project area would be from vehicle/equipment traffic for construction and operation of temporary roads, well pads and drill holes. Local effects to recreation would be primarily from noise, dust and visual impacts of construction equipment, temporary roads, well pads, and drilling equipment. Following construction, effects would be mostly visual due to the presence of temporary roads and well pads. Visual and noise impacts would continue from the stepwise operation of methane venting equipment on 1-2 wells at a time. These effects are similar to those that have been ongoing nearby for over 20 years, although not within the lease modifications area. There would be no change to public motorized access, as all new temporary roads would be gated and closed to public motorized use.

While there are no recreation facilities or National Forest System trails in the project area, there are various non-system trails that receive unknown amounts of use by wildlife, livestock and forest visitors. The two referenced by commenters are the Sunset Trail, and 8152 which may be shown on historical maps including base topographic layers used in this analysis. While difficult to obtain perfection, we have tried to remove non-system trails from our base layers (which we have been unable to edit) and official Visitor Use Maps. We do not encourage use of them as they are not maintained and can become difficult to follow, often intersect with other non-system trails and can become confusing on the ground. Non-system trail 8152 is a line shown on some historic maps which indicates a previous location of a range pasture fence (see map, narrative in project file). In all likelihood, cattle traveling along the fence created a path that may be still evident in places. Though  exploration disturbance would be near (~200+ feet) to a portion of the non-system Sunset Trail, there would be no direct effect on it from exploration as there would not be ground disturbance of it.  There could be future direct and indirect effects to recreational experiences on this and other non-system trails and paths as described in the paragraph above.

The proximity of the proposed lease modifications to the West Elk Wilderness may diminish the primitive experience and opportunities for solitude for some users as one of the routes hikers use to summit Mt. Gunnison overlooks the lease modification area. However, provisions of the Colorado Wilderness Act of 1980, which expanded the West Elk Wilderness to include the portion nearest the lease modifications area do not allow for the prevention of activities outside wilderness based on adjacent wilderness, "Congress does not intend that designation of wilderness areas in the State of Colorado lead to the creation of protective perimeters or buffer zones around each wilderness area. The fact that nonwilderness activities or uses can be seen or heard from areas within the wilderness shall not, of itself, preclude such activities or uses up to the boundary of the wilderness area" (96-560, Sec. 110).

## 3.16.4   Alternative 4 Environmental Effects

There would be no direct impacts on recreation uses (motorized and non-motorized recreation, hunting) from either leasing the coal or from subsidence.

Subsidence could affect approximately 930 acres of Forest Service and adjacent land (~595 acres from mining COC-1362, <1 acre on COC-67232 and ~335 acres from mining adjacent reserves in existing federal leases and adjacent private lands).  Subsidence-induced ground movements would not affect recreation opportunities in the lease modification areas. Surface tension cracks may form on existing

BLM_0050588

trails, but would be expected to close unaided. There would be no change to the ROS setting opportunities.

Post-lease surface use of approximately 66 acres on COC-1362 could occur over the life of the lease modification as a result of temporary access roads, methane drainage, and related activities Under a CRR framework, 22 acres (6 miles) of access roads could be developed on the lease modification. Approximately 44 acres of constructed MDW pads and facilities 4 could be constructed on the lease modification.

Recreational uses could be impacted if post-lease surface use occurs. Presence of drill rigs and heavy equipment on the roads, and operating in the area could reduce a person's recreational experience. As these activities would likely occur during summer and into the fall months, they would be occurring in the time recreationists would most likely use the area. In terms of hunting, surface use could cause game to move out of the area, and reduce the hunting opportunity. Post-lease operations would be virtually the same that recreationists have encountered in adjacent areas to the north and east for over 15 years. Site specific locations of potential surface activities are unknown, Effects of post-leasing activities will be evaluated on their own merits if/when activities are specifically proposed.

### Exploration

Under Alternative 4, effects on recreation would be expected to be similar to Alternative 3.

## 3.16.5   Cumulative Effects & Climate Change

RFMP (Section 3.3) may temporarily increase routes available for hiker/horse recreational use. Post-lease development may improve access for hikers/equestrian uses due to temporary administrative road construction.  This would occur simultaneously with the restoration of existing temporary roads no longer needed elsewhere. In addition, there could be disruptions to the recreational experience over a longer period of time, if post-lease surface activities occur. Additional drilling and motorized use would continue during summer and fall for 2-6 more years. Cumulative effects to recreation use would include the potential for surface tension cracks to form on a user-created ATV trail proposed for decommissioning that passes both into the lease modification areas and areas previously approved for leasing and mining. It is anticipated that surface tension cracks, if they form, would be dispersed and not concentrated. The cumulative effect would be minimal.

If the lease modification(s) are granted, effects similar to those described in Alternative 3, and 4 could occur on the adjacent private land while mining 4.2 million tons of private coal reserves and on parent leases where additional 3.3 million tons federal coal reserves may be mineable.  Post-lease surface disturbances associated with mining those lands is estimated to be approximately 63 acres (42 acres of MDW pads, and 21 acres of MDW access).

### Climate Change

Specific global or local climate effects to recreation, as a result of the proposed action, cannot be determined. Certain outdoor recreation activities may increase with longer periods of warm weather. However, many other outdoor activities could be compromised such as shorter ski season because of decreased snowfall and earlier snowmelt, decreased opportunity for recreational fishing for cold-water species, and changes to wildlife habitat that may favor generalist species (Colorado Energy Office, 2014).Retreating glaciers, reduced biodiversity, and changing wildlife habitats are also likely impacts to recreation worldwide. (IPCC Climate Change and EPA Climate Change Effects, Public Lands, Recreational Opportunities, and Natural Resources).  For local effects see Table 3-17.

BLM_0050589

### 3.16.6   Consistency with Forest Plan and Other Laws

All alternatives are consistent with Forest Plan direction for recreational use and management under the ROS.

## 3.17 Transportation System

The project and cumulative effects area of influence is State Highway 133 between Paonia and Somerset, CO to the West Elk Mine; and County Road (CR) 710/ NFSR 710 (Minnesota Creek) east from the Town of Paonia and possibly NFSR 711 (Dry Fork Minnesota Creek) if post lease modification development was connected to existing leases.  Numerous roads exist on nearby private lands (Figure 3-25).  Aerial photography indicates that there may be remnants of motorized roads or trails in the lease modifications area. See Figure 3-25 for the system (public) roads in the vicinity of the lease modifications.

BLM_0050590



**Figure 3-25. Road system in vicinity of lease modifications**

BLM_0050591

The major transportation route in the Paonia and Somerset region is State Highway 133. This highway serves local vehicular and truck traffic for the communities in Delta and Gunnison Counties. The highway provides access to the coal handling facilities and existing spur rail line in the Somerset area, and to surface operations at the West Elk Mine and other mines in the North Fork Valley. State Highway 133 is an asphalt, all-weather, two lane highway which has been periodically upgraded over the past 20 years. In 1996, the average daily traffic on Highway 133 east of Paonia was 3,150 vehicle trips per day. Traffic counts in the Somerset area average 2,000 per day and decrease to only 1,050 per day between the Somerset area and the town of Marble. Based on a 1% per year population growth rate, it is estimated that the 2004 average daily traffic on Highway 133 east of Paonia was approximately 3,400 vehicle trips per day. Traffic counts in the Somerset area average 2,160.

The Minnesota Creek Road, AKA Delta County Road (CR) 025 is an all-weather county road with an asphalt surface for the first mile east of Paonia, then becomes a gravel surface. This road also provides access for local residents, stock hauling and recreationists accessing the National Forest. Winter maintenance (plowing) ends about 1 mile west of the Forest boundary, at the intersection with NFSR 710. From 2001 until completion of the Sylvester Gulch Road in 2006, CR 025/ Gunnison CR 710, which splits from Gunnison CR 710 becomes NFSR 711 provided access for MCC's surface facilities. Primary use occurred during summer and fall months (generally June through October), although winter use of CR 025/FSR 711 for mining-related drilling and support traffic occurred in 2000 and 2001. Delta County performed road upgrades in 2003 that included resurfacing, curve widening and turnout construction. Traffic count data collected by Delta County at "end of pavement" on CR 710 in August 2002 showed 83 passes (about 41 round trips). This count was taken during the active MCC drilling season in 2002. Delta County also reports the results from a 1999 engineering study that estimated traffic counts based on the number of residences served. The basic assumption was for 10 trips per day for every residence (5 round trips). Using this method, the traffic on the Minnesota Creek road ranged from about 150 round trips close to Paonia Town limits, 75 round trips past the last road intersection, and 10 round trips at the end of the road. At this time, traffic counts could double in the summer months due to drilling related traffic. Traffic can also increase during the general hunting seasons.

The GMUG manages NFSR 711 as a low standard road, suitable for high clearance vehicles. The road is native surface with spot gravelling. Currently, access for methane drainage activities occurs from private access from West Elk Mine via Sylvester Gulch Road and a small section (<3 miles) of FSR 711. Traffic use on NFSR 711 is low. A small amount of traffic uses the road for recreational purposes, including ATVs, dirt bikes and occasional mountain bikes. Grazing permittees also use the road for access to range allotments, and hunters use the road to access hunting areas. Within the parent lease area, NFSR 711 is native surface, and has had some recent upgrades up to the location where the road crosses Deep Creek. East of that crossing, NFSR 711 becomes more primitive, passable only by high clearance vehicles. The primary reason that FSR 711 is in better condition from the western Forest Boundary east to Deep Creek is due to MCC's past and ongoing upgrades and maintenance. Snowmobiles rarely use the NFSR 711 as a travel route.

## Exploration

Primary access routes for exploration that will be affected are the Sylvester Gulch Road and a portion of NFSR 711 in the same fashion used for methane drainage work. The Forest Service manages NFSR 711 as a low standard road, suitable for high clearance vehicles. Traffic use on NFSR 711 is low. As described for leasing, a small amount of traffic uses the road for recreational purposes, including ATVs, dirt bikes and occasional mountain bikes. Grazing permittees also use the road for access to range allotments, and hunters use the road to access hunting areas. Snowmobiles rarely use the NFSR 711 as a travel route.

BLM_0050592

## 3.17.1   Alternative 1 (No Action) Environmental Effects

Under the No Action Alternative, mining of the reserves at the West Elk Mine would continue at existing rates until the coal reserves are depleted and use of roads would continue.  No additional impacts on the transportation system would be expected. On-going maintenance and wear and tear effects related to methane drainage drilling would continue to occur on NFSR 711 until project completion. Other uses of the existing roads would continue to occur. Additional permitted temporary roads related to post-lease mining related to operations on the parent leases are yet to be constructed.

## 3.17.2   Alternative 3 (Proposed Action) Environmental Effects

The existing use of State Highway 133 as access to the mine operations and facilities would continue at close to the existing rate for an additional 1-2 years compared with Alternative 1.  No annual increase in transportation of employees to MCC's mine surface operations facilities, or coal handling and transport facilities would be required under this alternative. Mining operations and processing would be extended throughout the period required to mine available coal.

Subsidence-related surface tension cracks are not anticipated to form on roads that are in the lease modifications or used to access the lease modifications (NFSR 711/710). Trails effects are described in Section 3.16.

Little to no mining traffic is expected on Delta CR 025/Gunnison County road 710 and most of NFSR 711 as the primary mine traffic access is the gated Sylvester Gulch Road.

Section 3.3 notes that up to 48 MDWs (48 acres disturbance) may be needed over the life of the lease modifications, which in turn would require 6 miles of temporary access roads (24 acres disturbance) to be built. This surface disturbance would be temporary, as drill pads and temporary roads would be reclaimed by recontouring the land surface, obliterating the road prism, and revegetating the disturbed area.  These temporary access routes would not be open to the public.  Traffic levels on CR 025/Gunnison CCR 710 and NFSR 711 would likely not experience any change from current levels.

### Exploration

Minimal additional traffic will occur on a ~3 mile section of NFSR 711  during exploration activities as drill rigs, support vehicles, and crews enter and leave the area for the one to two years of activities. Approximately 4.86 miles of temporary road would be constructed if all exploration holes are drilled. Temporary roads constructed will not affect the overall public transportation system as access on them will be restricted (not open to the public) during exploration activities and they will be closed and reclaimed following use. Use of public roads by heavy equipment, drilling traffic, and mine operations may impact road condition, however because of the mine's permit and required maintenance the mine usually leaves the road in better condition than required.

No increased annual use for transportation of employees to MCC's mine surface operations facilities, or coal handling and transport facilities would be required. Mining operations and processing would be extended throughout the period required to mine available coal.

## 3.17.3   Alternative 4 Environmental Effects

Effects to the transportation system would be similar to those addressed in Alternative 3, although:

- Additional years of access needs would be reduced slightly (~1 month).

- Need for additional MDWs would be reduced from 48 to 44, resulting in a reduction in need for temporary roads from 6.5 miles to about 6.

BLM_0050593

**Exploration**

Effects to transportation system would be similar to Alternative 3 except an estimated 3.86 miles of temporary road would be constructed if eight exploration holes are drilled within the COC-1632 modification as described in Section 2.2.

## 3.17.4   Cumulative Effects & Climate Change

Cumulative effects in the form of wear and tear, traffic, and safety issues would continue on the existing transportation system from vegetation management activities for wildlife habitat improvements, range management, recreational users, private residences and coal mining.

MCC has several miles of constructed, as well as permitted and planned temporary roads just north of the proposed lease modifications. Approved MDWs and temporary access roads will be reclaimed after use. Access for drill rigs and supplies would continue to use the Sylvester Gulch Road and a portion (<3miles) of NFSR 711. This portion of NFSR 711 would continue to maintain higher traffic levels for the next several years. MCC would be responsible for any road damage and repairs needed. Roads and trails would continue to be managed under Forest Service travel management direction.

Subsidence-related surface tension cracks are anticipated to form on road and/or trails that are in the parent lease areas on near NFSR 711 and possibly on routes crossing private (Figure 3-2). Depending on location above the mine workings, cracks ranging from a few inches to a foot wide may form on a road or trail. It is anticipated that surface tension cracks, if they form, would be dispersed and not concentrated, therefore, they would not affect the overall quality or usability of the trail. Some cracks may naturally attenuate, and other may need to be repaired in order to maintain a safe travelway.

**Climate Change**

Some climate change effects on transportation system could be as it relates to air quality (dust) and water movement.  The road system in mountainous areas is particularly susceptible to flooding and other extreme events.  Climate change may result in more intense rain events that can make culverts, bridges, and roads more susceptible to failure (Furniss, 2016).  Potential impacts can often be mitigated at time of construction by minimizing the road network, locating roads in less suciptible areas, and appropriately designing bridges and culverts to accommodate increased flows.  See Sections 3.4 and 3.8 for descriptions of those effects.

## 3.17.5   Consistency with Forest Plan and Other Laws

This activity is consistent with the GMUG Forest Plan, the Gunnison National Forest Travel Management Plan (2010), and Forest Service Handbook (FSH) 7700.

## 3.18 Roadless

On July 3, 2012 the Colorado Roadless Rule (CRR) was promulgated to provide management direction for conserving and managing approximately 4.2 million acres of Colorado Roadless Areas (CRAs).  The Colorado Roadless Rule replaced the Roadless Area Conservation Rule (2001 Roadless Rule) in the State of Colorado and provided for state specific concerns, including not foreclosing opportunities for coal exploration and development in a 19,700 acre area designated as the North Fork Coal Mining Area.  In July 2013, as part of a legal complaint regarding a previous version of this EIS, High Country Conservation Advocates, WildEarth Guardians, and the Sierra Club challenged the North Fork Coal Mining Area exception of the Colorado Roadless Rule.  In June 2014, the District Court of Colorado found the environmental documents supporting the Colorado Roadless Rule violated the National Environmental Policy Act due to analysis deficiencies.  In September 2014, the District Court of Colorado vacated the North Fork Coal Mining Area exception of the Colorado Roadless Rule.  On December 19,

BLM_0050594

2016, the U.S. Department of Agriculture reinstated the North Fork Coal Mining Area exception based on an updated analyses addressing the court identified deficiencies. The North Fork Coal Mining Area exception became effective on April 18, 2017.

## 3.18.1   Roadless Inventory

The North Fork Coal Mining Area incorporates all or portions of three CRAs: Pilot Knob CRA (portion), Sunset CRA (all) and Flatirons CRA (portion). The portion of the North Fork Coal Mining Area affected by the proposed lease modifications includes the Sunset CRA. The Sunset CRAs was part of the larger West Elk inventoried roadless area (IRA) which was originally inventoried as part of the Roadless Area Review and Evaluation (RARE II) and again in the 2001 Roadless Rule inventory. Management activities since the West Elk IRA was first inventoried in 1979 impacted the roadless characteristics of the West Elk IRA and subsequently has been reduced into seven separate CRAs. The seven CRAs that overlap with the West Elk IRA include 1) Beckwiths CRA (18,400 acres); 2) Soap Creek CRA (8,100 acres); 3) Curecanti CRA (12,400 acres); 4) Mendicant CRA (19,100 acres); 5) Mt. Lamborn CRA (22,600 acres); 6) Sunset CRA (5,800 acres); and Flatirons CRA (11,500 acres). These seven CRAs total 97,800 acres. About 1700 of the 1720 acres of proposed lease modification areas lie within the Sunset CRA. Although specific locations are not known, the majority of foreseeable surface activities associated with the proposed action would take place in the Sunset CRA.

## 3.18.2   Regulatory Framework

### 3.18.2.1   Colorado Roadless Rule

Roadless areas within Colorado are currently managed under provisions of the Colorado Roadless Rule (36 CFR 294.4, Subpart D). This Rule is state-specific to provide management direction to approximately 4.2 million acres of CRAs on NFS lands in Colorado. Road construction, road reconstruction, tree-cutting, and the use of linear construction zones are largely prohibited in CRAs, with some exceptions. The CRR was developed in collaboration with the State of Colorado and addresses specific situations and concerns in roadless areas including: (1) reducing the risk of wildfire to at-risk communities and municipal water supply systems; (2) no foreclosing opportunities for exploration and development of coal resources in the North Fork Coal Mining Area; (3) restricting linear construction zones; (4) permitting access to current and future electrical power lines and telecommunication lines; and (5) accommodating existing permitted, or allocated ski areas.

The Colorado Rule accommodates the continued operation of coal mines within an area defined as the North Fork Coal Mining Area (NFCMA), which includes the Sunset CRA and portions of the Pilot Knob and Flatirons CRAs. This area is about 19,700 acres which allows for the construction of temporary roads for exploration and surface activities related to coal mining for existing and future coal leases. Tree-cutting incidental to the management activity not otherwise prohibited is also allowed under the Colorado Rule.

### 3.18.2.2   2001 Roadless Area Conservation Rule (2001 Roadless Rule)

The 2001 Roadless Rule is not in effect in Colorado. References to the 2001 Roadless Rule provide additional context and perspective to aid the authorized officers.

## 3.18.3   Affected Environment

### 3.18.3.1   Sunset Colorado Roadless Area

The Sunset CRA is approximately 5,800 acres and is located nine miles east of Paonia, CO in Gunnison County. It is managed by the Paonia Ranger District, GMUG National Forests. Approximately 1,701 of the 1,720 cumulative acres of the lease modifications are within the Sunset CRA.

BLM_0050595

The area lies north of, is contiguous to the West Elk Wilderness Area and is bounded by private land in-holdings to the west and roads to the north. It is separated from the Flatirons CRA by NFSR 711 (Dry Fork of Minnesota Creek Rd). This CRA is within the Northern-Central Highlands and Rocky Mountain Eco-Section (M33IH) with elevations ranging from 6,300' to 12,000'. Existing vegetation is dominated by aspen mixed with spruce/fir. Gambel oak occurs in the lower elevations.

This area provides summer range for elk, mule deer, black bear, and mountain lion. Lynx habitat has been mapped in this CRA. This CRA is adjacent to the West Elk Wilderness Area, a mandatory Class 1 airshed designated by Congress and listed in the Clean Air Act. The lands directly adjacent to the Wilderness boundary offer a high degree of naturalness. The Deep Creek Slide area exhibits a striking geologic feature; however, these alluvial cones are not considered a locally unique characteristic for the Sunset CRA because they are common throughout the West Elk Mountains, and Paonia Ranger District. Opportunities for remoteness and solitude are present near the wilderness boundary, but diminish as you travel northwest, away from the wilderness boundary and towards the active mining operations. The terrain is rugged. However, the proximity to motorized trails and roads may somewhat diminish opportunities of self-reliance and adventure for some. The area is used during hunting season.

The Sunset CRA is part of the North Fork coal mining area defined by the Colorado Roadless Rule. Existing methane drainage, including methane drainage wells (MDWs) and temporary roads exist and are occurring on some areas of existing leases in the Sunset CRA north of the proposed lease modification areas, as well as portions of the Flatirons CRA (Figure 3-27)). In addition to coal interests, the area is identified as having high potential for oil and gas.

### 3.18.3.2   West Elk Inventoried Roadless Area

The West Elk IRA was approximately 94,600 acres subdivided into seven separate CRAs. The reasons for this change included the construction of 51 miles of roads, past vegetation treatments, the error of including non-National Forest System lands, etc.

Coal exploration and underground mining activity have occurred in the West Elk IRA over the past 40 years. From 1979-2008, about 30 miles of road have been constructed in association with coal exploration and methane drainage activities within the Coal Creek Mesa portion of the West Elk IRA. Approximately 16 additional road miles were authorized for construction in 2008 and 4.8 miles authorized for upgrading (E Seam EIS).

About a third of these road miles (generally those constructed prior to 1995) were closed to full-sized vehicle traffic following completion of coal activities, although some remain and are used as ATV trails. The other half of those road miles are associated with previous methane drainage projects and have either been decommissioned by obliteration, been approved as life of mine roads, or will be fully decommissioned or partially to ATV trails per earlier decisions associated with the Panel 16-24 Methane Drainage Project DN/FONSI and Sylvester Gulch Road/Long Draw Saddle Extension Upgrade DN/FONSI (USDA FS 2002a and USDA FS 2006a).

As part of a coal exploration project in 1996, 4.9 miles of temporary road were approved and constructed. Of this total, 4.4 miles of road were subsequently reclaimed, barricaded, and posted as closed by administrative order. Approximately 0.5 miles of road to exploration drill-sites 96-22-1A and 96-22-1B were reconstructed. This road is located on land that has since been exchanged for other public lands and is now in private ownership. An additional 3.6 miles of road associated with past drilling sites was closed for a total of 8 miles of road closed in 1996. In 1998, 3.4 miles of temporary road and 18 exploration drill sites were proposed by MCC and approved by the USFS. None of these sites or roads has been constructed.

In the spring of 2001, MCC began a methane drainage program for operations in the B Seam to the north and east of the Deer Creek Shaft/E Seam project area. Through several analyses prepared

245

between 2001 and 2005, about 17 miles of road construction was approved in the Coal Creek Mesa portion of the West Elk IRA (Figures 3-26 and 3-27). The analyses forecasted that these road mileages would affect the IRA through about 2007 or 2008. By mid- 2006, all of this mileage had been constructed, and about 8.0 miles of these roads had been decommissioned by obliteration, and about one mile had been partially decommissioned to an ATV trail (that portion being in Deep Creek which was approved to remain as ATV access for MCC monitoring of a ground water well in 2004).

The DN/FONSI for the Sylvester Gulch Road Construction and Long Draw Saddle Extension Upgrade extended the term of use for about five of the 18 miles through the life of the mine (about 2030). The remainder of the mileage will be decommissioned by obliteration, or decommissioned to an ATV trail per the previous decisions. Prior to the previously described activities, a number of roads had been established and existed in the Coal Creek Mesa portion of the West Elk IRA when it was inventoried for its roadless character (RARE II 1979).

### 3.18.3.3    COC-1362

Coal lease modification COC-1362 is approximately 800 acres and is largely contained in the West Elk IRA and the Sunset CRA. The surface and topography can be characterized by steep and rugged terrain. Elevation ranges from below 8,000 feet to just over 9,000 feet with a northwest aspect. Vegetation types in COC-1362 are approximately 117 acres of Gambel oak shrub, 666 acres of aspen, and 18 acres of spruce-fir. Disturbed areas would be rehabilitated after use.  Some impacts, such as tree reestablishment would be of longer term than native grass and shrub reestablishment.

Recreational uses are limited because of the steep terrain and difficult access. However, this area does receive use from hunters in the fall and early winter. A portion of the Sunset Trail, a non-system trail that is mostly overgrown, except where cleared for livestock use, is located within COC-1362, however on-the-ground inspections do not indicate the Sunset Trail is culturally significant, and it receives very little use from recreation activities.

### 3.18.3.4    COC-67232

Coal lease modification COC-67232 is approximately 920 acres and generally lies to the east of COC-1362. The far western and northern portions are very steep and rugged. Elevation ranges from below just below 9,000 feet to just under 10,000 feet with a northwest aspect. The middle section flattens out and forms a bench. Some small ponds are present along the bench. Vegetation types include 40 acres of Gambel oak shrub, 728 acres of aspen, 139 acres of Spruce-fir with some grass and bare ground. Disturbed areas would be rehabilitated after use.  Some impacts, such as tree reestablishment would be of longer term than native grass and shrub reestablishment.

The West Elk Wilderness Area, while not contiguous to the lease modification areas, lies just to the south east where the terrain continues to rise toward Mt. Gunnison. In 2005, as part of the draft Forest Plan revision process that was never completed, roughly half of this proposed coal lease modification area was identified as 'capable' in the wilderness screening process.

The area identified as capable of wilderness extends to the south and well to the northeast of COC-67232, bordering the existing West Elk Wilderness Area. As part of the wilderness screening process, this area was not elevated to the next phase (available for wilderness, which was a precursor to the final phase- recommended for wilderness) due in part to the mineral potential of the area. It is unknown how this area was delineated from adjacent lands with intact roadless characteristics.   There are no physical characteristics distinguishing this portion of the Sunset CRA from the incapable area. Further, from a regulatory and management standpoint, there is also no difference.

Recreational uses into areas views of the lease modifications is limited. While the area to the south in the West Elk Wilderness area is of higher elevation and would afford a view of the area, due to very steep

BLM_0050597

terrain and absence of NFSTs, there are no system trails in this area and it is very seldom visited. There are areas to the north, across Minnesota Creek that also provide views of the lease modification areas, although there is only one known spot accessible to the public by motorized use from which it can be seen. Otherwise, public motorized access is restricted to ATVs only, and only when there are no activities related to mining occurring in the area. While the non-system Sunset Trail traverses the proposed lease modification areas, other than potentially transecting some foreseeable disturbance, views of the area are very restricted from the trail due to the presence of trees and oakbrush.

BLM_0050598



**Figure 3-26. West Elk IRA and Sunset CRA**

248

BLM_0050599

### 3.18.3.5   Roadless Characteristics

The nine roadless area characteristics listed below are identified in the Colorado Roadless Rule (36 CFR 294.41). These characteristics "…provide lasting protection for CRAs within the context of multiple-use management." These characteristics are described below in the context of the entire Sunset CRA and a portion of the West Elk IRA. Additional discussion on impacts to these characteristics is described for each alternative in the *Environmental Effects* section below.

- *High quality or undisturbed soil, water and air.* Soils in the area are similar to that in adjacent lands. Typical ongoing soil disturbances range from grazing livestock to natural unstable slopes and slumping. Within the lease modification area, previous disturbances have included range improvements such as dozer lines for fencing, stock pond creation, stock distribution trails, as well as coal exploration (circa 1960s and 70s) Most of these activities have occurred in the IRA, but some are also present in the CRA (Figure 3-27). Portions of the West Elk IRA have also been disturbed from mechanical vegetative treatments. Soils in the area are highly productive, and previous disturbances in the West Elk IRA due to mining re-vegetate quickly. Within the West Elk IRA/Sunset CRA there are water diversions and structures for irrigation as well as constructed stockponds. The area is currently in compliance with air quality standards.

- *Sources of public drinking water.* There are no sources of public drinking water in Sunset CRA. However, there is a municipal water supply (Town of Paonia) in other areas of the West Elk IRA.

- *Diversity or plant and animal communities.* Diversity of plants and animals within the West Elk IRA and Sunset CRA are similar to that found elsewhere in the mountain shrub, aspen, and spruce fir habitats in the North Fork Valley. There are no identified unique vegetative communities or critical habitat identified in this area.

- *Habitat for threatened, endangered, proposed, candidate and sensitive species and for those species dependent on large, undisturbed areas of land.* Biological Assessments for projects within the West Elk IRA and the Sunset CRA consistently find that there is only one federally listed terrestrial species that has the potential to be found in the area, the Canada lynx. Furthermore, it has been found that only a minor amount of potential lynx habitat has been disturbed. Certain mammal and raptor species (i.e. American martin and goshawks) have been known to utilize areas within in the West Elk IRA and Sunset CRA. CRCT habitat is found within the CRA in Hoodoo Creek; this would not be affected by the lease modifications.

- *Primitive, semi-primitive non-motorized and semi-primitive motorized classes of dispersed recreation.* Primitive, semi-primitive non-motorized, and semi-primitive motorized classes of dispersed recreation are permitted; however, recreation use in the project area is primarily dispersed non-motorized (generally hunters access the area via hiking or horseback on temporary mine roads) and winter motorized (snowmobiling). These activities happen within the former IRA as well as parts of the CRA. See Recreation Section. Motorized recreation has been limited to roads and trails. CRA has had recent travel management work within the lease modification area to restore user-created routes. CRA will continue to offer semi-primitive motorized dispersed recreation opportunities, it is not a destination for primitive or semi-primitive non-motorized recreation. Recreation uses are consistent with Roadless designation. There is limited dispersed recreational use within the area due to the distance from existing public roads and grown-over trails. There are no developed recreational facilities operated by the Forest Service in West Elk IRA or the Sunset CRA including trails. Most dispersed recreational use occurs during hunting seasons. There is also a limited amount of snowmobiling that occurs in the area due to the oakbrush and aspen vegetation types making travel difficult. The Recreational Opportunity Spectrum (ROS) setting for the West Elk IRA ranges from semi-primitive non-motorized to roaded natural and for the Sunset CRA it is roaded natural. There is one Forest non-motorized non-system trail in the lease modification area (Sunset Trail); although the majority of this route is

BLM_0050600

overgrown and there is no currently defined trail on the western half, except where cleared for livestock grazing. There are no recreation special use or outfitter guide permits in the area.

- *Reference landscapes.* No reference landscapes occur within the former West Elk IRA or the Sunset CRA.

- *Natural-appearing landscapes with high scenic quality.* Views from Long Draw Saddle ATV Trail (Trail #871) within the West Elk IRA, have disturbances in the foreground, middle ground, and background which are easily noticeable. These areas are readily accessible due to the presence of roads and are used for high- impact activities, such as OHV recreation. The lease modification areas have Scenic Integrity Objectives of "moderate" and "moderate/high". The Sunset CRA is not directly visible from a public highway or NFSRs which are secondary travelways and low use areas. Both the former IRA and CRA are visible from vistas within the nearby Wilderness.

- *Traditional cultural properties and sacred sites.* No traditional cultural properties or sacred sites have been located within the West Elk IRA and the Sunset CRA.

- *Other locally identified unique characteristics.* None have been identified.

BLM_0050601



**Figure 3-27. Existing and Approved developments in and near the Sunset CRA**

BLM_0050602

### 3.18.3.6   Existing Land & Resource Management in Roadless Areas

*Livestock improvements* - The Dry Fork C and H (Cattle and Horse) Allotment was established in 1905. A Range Management Plan from 1940 described the allotment as 31,360 acres in total with a net usable acreage of 24,700 acres. The Sunset CRA is steep and rugged with thick mountain shrub vegetation covering much of the landscape making management of the area difficult. Over the decades, many projects have been carried out on the allotment to facilitate stock movement and grazing distribution (for example, heavy equipment has been used to clear fence lines and stock trails, as well as to construct stockponds) and to enhance the forage production on the unit (mechanical, fire and herbicidal treatment).

*Coal and Oil/Gas Exploration* - Numerous temporary roads associated with coal and oil/gas exploration have been pushed into the Sunset CRA since the 1940s. Atlantic Richfield (ARCO) drilled at least 13 coal and oil/gas exploration wells in the Sunset CRA beginning in the 1960s. One of the roads constructed to develop the MG-17 well continues into Sunset CRA. See Figure 3-28 below.



**Figure 3-28. Portion of road in southwest corner of Section 14 constructed as part of the Sherwood Trails range project (D. Gray, 2011)**

## 3.18.4   Environmental Effects

The Affected Environment section above identified nine roadless characteristics as defined in the Colorado Roadless Rule. Four of these are present and will be further analyzed in the context of each alternative. These four are: 1) High quality or undisturbed soil, water, and air; 2) Habitat for threatened, endangered, proposed, candidate and sensitive species and for those species

BLM_0050603

dependent on large, undisturbed areas of land; 3) Primitive, semi-primitive non-motorized and semi-primitive motorized classes of dispersed recreation; and 4) Naturally appearing landscapes with high scenic quality. The other five characteristics either do not exist, or are not expected to change among alternatives.

### 3.18.4.1   Alternative 1

Under the No Action alternative, COC-1362 and COC-67232 lease modifications would not be approved, and no mining would occur in these specific areas. Impacts to roadless area characteristics from mining coal under these areas would not occur on these lands. The following table highlights the potential impacts to roadless area characteristics by lease modification under alternative 1.

Table 3-33. Alternative 1 impacts

| Roadless Characteristics | COC-1362 | COC-67232 |
|---|---|---|
| High Quality, or undisturbed soil, water, or air | No impacts | No impacts |
| Sources of public drinking water | No impacts | No impacts |
| Diversity of plant and animal communities | No impacts | No impacts |
| Species habitat | No impacts | No impacts |
| Primitive, semi-primitive, non-motorized, and semi-primitive motorized classes of dispersed recreation | No impacts | No impacts |
| Reference landscapes | No impacts | No impacts |
| Natural-appearing landscapes with high scenic quality | No impacts | No impacts |
| Traditional cultural properties and sacred sites | No impacts | No impacts |
| Other locally identified unique characteristics | No impacts | No impacts |

Alternative 1 would have no direct or indirect impacts to roadless area characteristics associated. Since there are no direct or indirect impacts associated with alternative 1, there are no cumulative impacts from alternative 1.

### 3.18.4.2   Alternative 3 (Proposed Action)

Under Alternative 3, the Forest Service would consent to BLM modifying COC-1362 and COC-67232 in accordance with the Colorado Roadless Rule. Most of the lease modifications are within the Sunset CRA and the NFCMA; none of the area is within upper tier designation.  Under the Colorado Roadless Rule, temporary roads are allowed to support coal-related activities in COC-1362 and COC-67232 (§294.43(c)(1)(ix)). The impacts to roadless area characteristics are discussed below (Table 3-35) and assume that MDWs are constructed with temporary roads.

BLM_0050604

**Table 3-34. Alternative 3 impacts**

| Roadless Area Characteristics Sunset CRA =5,800 acres | COC-1362 Sunset CRA - 786 acres in lease modification | COC-67232 Sunset CRA – 920 acres in lease modification |
|---|---|---|
| High quality, or undisturbed soil, water, or air | Surface lands above COC-1362 are steep and rugged, soil movement from temporary road construction will be mitigated through location, design, and continued road maintenance. The overall soil impact will be localized to a minimal area needed for access and will be restored after the project is completed. Air quality impacts occurring would include road dust and emissions from vehicles during the project. MDW pads will create methane release. Adverse impacts from increased sediment delivery to streams would be expected. | Surface lands above COC-67232 are generally higher in elevation than COC-1362. Soil movement from temporary road construction will be mitigated through location, design, and continued road maintenance. The overall soil impact will be localized to a minimal area needed for access and will be restored after the project is completed. Air quality impacts occurring would include road dust and emissions from vehicles during the project. MDW pads will create methane release. Adverse impacts from increased sediment delivery to streams would be expected. |
| Sources of public drinking water | No sources of public drinking water within lease modification area; therefore, no impact. | No sources of public drinking water within lease modification area; therefore, no impact. |
| Diversity of plant and animal communities | The acres of disturbance would be a small portion of the CRA, so no impact to overall diversity of plants or animals associated with leasing activities would be likely. | The acres of disturbance would be a small portion of the CRA, so no impact to overall diversity of plants or animals associated with leasing activities would be likely. |
| Species habitat | Lynx, raptor, and American martin habitat are in the area. Mitigation measures associated with temporary road construction and occupancy will minimize any impacts to habitat during the life of the project. Restoration requirements will reduce long term impacts to habitat. CRCT habitat exists within the CRA, but is outside the lease modifications and outside of the area of subsidence associated with the lease modifications; therefore, no impact. | Known goshawk nest locations, as well as Lynx, raptor, and American martin habitat are in the area. Mitigation measures associated with temporary road construction and occupancy will minimize any impacts to habitat during the life of the project. Restoration requirements will reduce long term impacts to habitat. CRCT habitat exists within the CRA, but is outside the lease modifications and outside of the area of subsidence associated with the lease modifications; therefore, no impact. |
| Primitive, semi-primitive, non-motorized, and semi- primitive motorized classes of dispersed recreation | Temporary road construction and noise from MDWs could diminish the recreation opportunities for some users. Steep, rugged terrain and dense vegetation makes access difficult in COC-1362, the temporary roads may increase foot access during the project (these roads would be closed to public motorized access). | Temporary road construction and noise from MDWs could diminish recreational experiences for some users. Proximity to wilderness area may diminish primitive, non- motorized experience for some users. Use of roads for non- motorized access may increase access to the area, but roads would be closed to public motorized access. |

BLM_0050605

| Roadless Area Characteristics Sunset CRA =5,800 acres | COC-1362 Sunset CRA - 786 acres in lease modification | COC-67232 Sunset CRA – 920 acres in lease modification |
|---|---|---|
| Reference landscapes | No reference landscapes in the area have been identified; therefore no impact. | No reference landscapes in the area have been identified; therefore no impact. |
| Natural-appearing landscapes with high scenic quality | Temporary road construction, MDW pads could diminish natural-appearing landscapes during the project life, depending on location and position of disturbance and view point. After project is completed and area is restored, roads and well sites would regain scenic qualities over time. This would be roughly 5-25 years depending on vegetation type. | Proximity to wilderness area and higher elevation may lead to additional diminished naturally- appearing landscapes depending on location and position of disturbance and view point. |
| Traditional cultural properties and sacred sites | No traditional cultural properties or sacred sites known at this location; therefore, no impact. | No traditional cultural properties or sacred sites known at this location; therefore, no impact. |
| Other locally identified unique characteristics | No locally identified features within the area; therefore, no impact. | Part of CRA was identified as "capable" in wilderness screening process. The area is contiguous to Wilderness and includes a unique geologic feature; however it is not within the lease modification area. |

*High quality or undisturbed soil, water, and air*

Although soils would be adversely impacted through compaction and increased erosion, impacts to soils would be limited to the road and well pad disturbance areas, which is estimated to be about 72 acres (see Soils Section). Water would be adversely impacted through sediment delivery, water discharge from the mine, and potentially subsidence. These impacts are anticipated to be short-term and have low potential to substantially impact water quality. Loss of surface water through subsidence is expected to be low potential due to local geology and past experience (see Hydrology Section). Air would be impacted from dust and vehicle emissions, which are anticipated to be short-term and localized to the roads and well pads. Long-term impacts to air quality are expected due to methane emissions. Impacts from methane emissions would not likely be noticeable to visitors of the Sunset CRA since methane is colorless and odorless. However, the impacts described in the Table 3-35 of this SFEIS could occur in the Sunset CRA but it is unknown whether they would occur and to what extent.

Only about 1% of the Sunset CRA would temporarily experience loss in soil productivity and this would not substantially degrade soil resources within the Sunset CRA. Impacts to water are expected to be minor or have a low potential to occur. Impacts to air are expected to be localized and minor other than impacts from methane. Methane emissions would occur at about the same rate that is currently occurring but would extend for a longer period of time; however methane emissions have been declining at the West Elk Mine since 2010. Although this cumulative impact

BLM_0050606

could be substantial at a global scale, it is unknown if and to how methane emissions impacts would manifest itself within the Sunset CRA. Other than the cumulative effects of greenhouse gas emissions, alternative 3 would not substantially degrade this roadless characteristic.

*Habitat for threatened, endangered, proposed, candidate and sensitive species and for those species dependent on large, undisturbed areas of land*

Generally, Canada lynx, American marten, pygmy shrew, Northern goshawk, Boreal owl, olive-sided flycatcher, American three-toed woodpecker, flammulated owl, hoary bat, Northern leopard frog, purple martin, monarch butterfly, and western bumblebee would experience short-term adverse impacts from construction activities; short-term adverse impacts from disturbance due to construction and use of roads/well pads; increased potential for mortality due to construction, increased traffic, or increased recreational use; and long-term changes to habitat (see Wildlife Section). All impacts to these species are expected to be minor and not expected to result in a loss of viability. Therefore, alternative 3 would result in a minor degraded condition for this roadless characteristic.

*Primitive, semi-primitive non-motorized and semi-primitive motorized classes of dispersed recreation*

Increased noise from road and well pad construction and use would degrade the semi-primitive recreational experience. Noise would generally be limited to areas adjacent to the roads and well pads, except during construction. MDW exhaust fans are relatively quiet (~60 dBA) thus impacts would be limited and would only affect areas immediately adjacent to a well pad. Encountering of roads could also degrade the semi-primitive recreational experience. Since road densities associated with underground mining are relatively high, it is anticipated the semi-primitive recreational experience would be degraded across the entire 1700 acre lease modification area (about 30% of the Sunset CRA) until roads are rehabilitated. Therefore, alternative 3 would result in a moderate impact to this roadless characteristic.

*Naturally appearing landscapes with high scenic quality*

Road and well pads would degrade the scenic quality of the area. However due to topography and vegetative screening the visual impacts would generally be limited to areas adjacent to the roads and well pads (see Visuals Section). Therefore, alternative 3 would result in a minor impact to this roadless characteristic.

## Exploration

*High quality or undisturbed soil, water, and air*

Soil will be disturbed. Erosion and subsequent impacts on water quality will be minimized through design and post activity reclamation. Air quality impacts may include road dust and emissions from equipment. Adverse impacts from increased sediment delivery to streams are not expected. If not needed for MDW wells, all impacts would be short-term, as the project would be completed in two years.

Air and water quality would not be expected to be degraded.

*Habitat for threatened, endangered, proposed, candidate and sensitive species and for those species dependent on large, undisturbed areas of land*

BLM_0050607

The acres of disturbance would be a small portion (22.7 acres) of the Sunset Colorado Roadless Area, so no impact to overall diversity of plants or animals are likely. Restoration requirements will minimize long term impacts to habitat.

*Primitive, semi-primitive non-motorized and semi-primitive motorized classes of dispersed recreation*

Temporary roads may increase foot access during the project (these roads would be closed to public motorized access). Roads will be reclaimed following use.

*Naturally appearing landscapes with high scenic quality*

Temporary roads and drilling pads could diminish natural appearing landscapes during the two–year project life, depending on location and position of disturbance and view point. The scenic integrity in the area is moderate to moderate/high.

### 3.18.4.3   Alternative 4

Under Alternative 4, the Forest Service would consent to and BLM modifying only COC-1362. Coal related activities, such as methane venting wells, and pads, would occur in lease COC-1362. Temporary roads constructed under provisions of the Colorado Roadless Rule would be decommissioned and rehabilitated after they were no longer needed as defined in the Colorado Rule (294.43(d)). The impacts to roadless area characteristics are discussed below (Table 3-36).

Table 3-35. Alternative 4 impacts

| Roadless Area Characteristics | COC-1362 – Colorado Roadless Rule<br>Sunset CRA (5,800 acres) 786 acres in lease modification |
|---|---|
| High quality, or undisturbed soil, water, or air | Surface lands above COC-1362 are steep and rugged, soil movement from temporary road construction will be mitigated through location and design, and continued road maintenance. The overall soil impact will be localized to a minimal area needed for access and will be restored after the project is completed. Air quality impacts occurring would include road dust and emissions from vehicles during the project. MDW pads will create methane release.Slightlydifferent impacts from increased sediment delivery to streams may occur The impacts to soil, water, and air will be less than in alternative 3 because fewer acres would be disturbed. |
| Sources of public drinking water | No sources of public drinking water within lease modification area; therefore, no impact. |
| Diversity of plant and animal communities | The acres of disturbance would be a small portion of the CRA, so no impact to overall diversity of plants or animals associated with leasing activities would be likely. |
| Species habitat | Lynx, raptor, and American martin habitat are in the area. Mitigation measures associated with temporary road construction and occupancy will minimize any impacts to habitat during the life of the project. Restoration requirements will minimize long term impacts to habitat. |

BLM_0050608

| Roadless Area Characteristics | COC-1362 – Colorado Roadless Rule<br>Sunset CRA (5,800 acres) 786 acres in lease modification |
|---|---|
| | Any impact that may occur will be less as compared to alternative 3 because the total number of acres disturbed is less in alternative 4.<br>CRCT habitat exists within the CRA, but is outside the lease modification and outside of the area of subsidence associated with the lease modification; therefore, no impact. |
| Primitive, semi-primitive, non-motorized, and semi-primitive motorized classes of dispersed recreation | Temporary road construction and noise from MDWs could diminish the recreation opportunities for some users. Steep, rugged terrain and dense vegetation makes access difficult in COC-1362, the temporary roads may increase foot access during the project (these roads will be closed to public motorized access). The impact to recreation under alternative 4 would be less than alternative 3 because fewer acres are included in the lease modification. |
| Reference landscapes | No reference landscapes in the area have been identified; therefore no impact. |
| Natural-appearing landscapes with high scenic quality | Temporary road construction, MDW pads could diminish natural- appearing landscapes during the project life, depending on location and position of disturbance and view point. After project is completed and area is restored, roads and well sites would regain scenic qualities over time. This is estimated to be 5-25 years depending on vegetation types. This alternative would have slightly less spatial impact to the scenic quality as slightly fewer acres would be disturbed than alternative 3. |
| Traditional cultural properties and sacred sites | No traditional cultural properties or sacred sites known at this location; therefore, no impact. |
| Other locally identified unique characteristics | No locally identified features within the area; therefore, no impact. |

Under Alternative 4, the roadless area characteristics within the Sunset CRA would generally be adversely impacted during the life of the project due to construction activities associated with the well pads and temporary roads to access them. This infrastructure would be removed and restored when no longer needed, returning most characteristics baseline conditions after the roads and well pads are rehabilitated. Vegetation restoration to generally natural appearance would occur from 5-25 years after disturbance. While vegetation would become established during the first growing season following the initiation of restoration, establishment and growth of trees in forested vegetation types would take longer. Because Alternative 4 involves fewer acres than Alternative 3, the overall impact for both the short term and long term would be less than Alternative 3. Under Alternative 4, impacts to roadless characteristics would be similar in intensity and duration to Alternative 3, respecting temporary road construction. This alternative would have less slightly less spatial impact than Alternative 3 as Alternative 4 has fewer acres of projected disturbance (66 vs. 72) included in the lease modification area.

BLM_0050609

## Exploration

Under Alternative 4 the effects of exploration on roadless characteristics is expected to be the same as under Alternative 3 except approximately 17.94 acres (does not include private land) would be disturbed.



**Figure 3-29. Typical MDW pad and access road at the West Elk Mine just after interim reclamation (2 images)**



**Figure 3-30. Typical operating MDW at the West Elk Mine with exhaust fan**

BLM_0050610



Figure 3-31. MDW pad at the West Elk Mine during final reclamation (re-contoured and spreading topsoil)



Figure 3-32. Typical MDW pads and road at the West Elk Mine approximately 3 to 4 years after final reclamation; oak brush is already moving back in (2 images)

BLM_0050611

## 3.18.5   Cumulative Effects & Climate Change

Management projects in the Sunset CRA and West Elk IRA have been happening over time. Road construction for mineral exploration and extraction has led to a fragmented landscape. Some of this activity can be traced back to the 1940s. Existing projects currently being implemented may compromise roadless area characteristics until approximately 2030. In 2005, when the GMUG updated its roadless inventory (as part of the Forest Plan revision process), the temporary nature of recent and ongoing surface activities associated with underground coal mining were not considered to be preventative from roadless area delineation. Therefore, areas within the West Elk IRA where previous and ongoing (non-temporary) activities were more apparent were removed from the Wilderness consideration at the roadless inventory stage. Those areas with roadless characteristics generally intact, except for current and ongoing temporary surface uses associated with underground coal mining, were included in the roadless phase of Wilderness consideration. This also resulted in the addition of areas with generally intact roadless character which were outside the boundaries of the West Elk IRA. As the 2005 analysis provided information for the CRR in this area, the end result was overlap of West Elk IRA and Sunset CRA (Figure 3-26).

Livestock grazing and associated improvements will also remain active in the area. Some of this work within roadless has involved using bulldozers and other heavy equipment to clear fence lines and create roads to stock ponds and spring developments.

Tables 3-2 and 3-3 display the reasonably foreseeable surface disturbances. This analysis projects 48 methane drainage wells, approximately 1 acre each, to be on the landscape for 2-3 years. It also projects about 6.5 miles of temporary roads to construct the wells and for exploration and other associated purposes. While foreseeable locations for disturbance are unknown, this would result in about 72 acres of disturbance within the estimated 1700 acres of lease modification areas within the Sunset CRA (Section 3.2). These temporary roads will be on the landscape for 2-6 years, depending on the required uses. There would also be some reasonably foreseeable subsidence from the underground activity. This could take place on approximately 1,077 acres within the CRA based on the lease modifications and additional subsidence due to activity on the parent leases. Subsidence could be at a depth of 8 feet. An additional ~28 acres of CRA may be affected by development facilitated on the parent leases.

When considering the past, present and reasonably foreseeable future actions along with the impacts of the alternatives, the cumulative effect on roadless areas is a continuation of small, minor actions eliminating or degrading roadless characteristics and cumulative acres of roadless areas. However, the Colorado Roadless Rule was specifically developed to address this issue and provides for areas designated as the North Fork Coal Mining Area to remain in the roadless inventory despite development. The proposed action is consistent with 2012 CRR inclusion into CRA's areas with past, ongoing, and currently permitted but not yet constructed coal mining-related roads and well pads and associated reclamation (see Figure 3-27). The intent of the North Fork Coal Mining Area is it would eventually revert back to true roadless characteristics after coal mining is completed and reclamation occurs.

### Climate Change

Climate change as it relates to roadless would affect roadless area characteristics such as water, vegetation, and species habitats. See Sections 3.4, 3.9, and various species sections for more information.

BLM_0050612

## 3.18.6   Consistency with Forest Plan and Other Laws

Alternatives 3 and 4 are consistent with the Colorado Roadless Rule, the applicable rule since July 3, 2012. Alternatives 3 and 4 conform to the overall guidance given in the LRMP, as amended (1991), which encourages environmentally sound energy and mineral development. In compliance with the GMUG Forest Plan, the Unsuitability Criteria for coal mining in 43 CFR 3461 was applied to the coal lease modification areas. None of the lands were found to be unsuitable based on the unsuitability criteria. No additional restrictions or need for stipulations were identified as a result of applying the criteria (Appendix B).

## 3.19 Heritage Resources

### 3.19.1   Affected Environment

A total of three previous cultural resource inventories have been conducted within the proposed lease modification area. These inventories were carried out at the intensive level and covered approximately 140 acres. None of these previous cultural resource inventories has identified any cultural resources within the lease modification area.

There is little potential for significant cultural resources to exist within the lease area and no cliffs with overhangs exist that could contain cultural resources that could be disturbed by subsidence resulting from subsurface mining. A cultural resources predictive model for the lease modification area shows that none of the proposed lease modification area is classified as high probability to contain significant cultural resources; 41% of the area is considered to have the lowest possible potential to contain significant cultural resources.

### 3.19.2   Alternative 1 (No Action) Environmental Effects

Under the No Action Alternative, there would be no effect to historic properties.

### 3.19.3   Action Alternatives Environmental Effects

Because there is no surface disturbance proposed at the leasing stage, this project has been assessed and found to have no potential to affect historic properties, as defined in regulations 36 CFR 800. Any post-lease activities described in the RFMP (Section 3.3) would not impact any cultural resources that might exist in the lease modification area based on the requirements of lease stipulations which relate to cultural resources.

#### Exploration

No cultural resources were discovered in the inventories conducted on the Sunset Trail Exploration Area in 2011 and two separate times in 2012. (ERO, 2012). (ERO, 2013). Therefore, no effect on historic properties is anticipated due to lease stipulations.

### 3.19.4   Cumulative Effects

Subsidence could occur due to future mining activities below the ground surface. Subsidence may impact buried, unidentified sites along the zone of subsidence. However, the potential for impacts to unidentified cultural resources as a result of subsidence is considered minimal.

No cultural resources have been found in the project area to date. No present or reasonably foreseeable actions are likely to affect historic properties as long as measures are taken to complete

BLM_0050613

site-specific surveys before ground disturbance occurs and mitigation is applied to protect any significant cultural resources. Following these measures, there will be no cumulative effects.

## 3.19.5   Consistency with Forest Plan and Other Regulations

The proposed action is consistent with the National Historic Preservation Act of 1966 (amended in 1976, 1980, and 1992) and all other heritage resource management laws and regulations that support, clarify, or expand on the National Historic Preservation Act. It also complies with Federal Regulations 36 CFR 800 (Protection of Historic Properties), 36 CFR 63(Determination of Eligibility to the National Register of Historic Places, 36 CFR 296(Protection of Archaeological Resources), and Forest Service Manual 2360 (FSM 2360) which provide the basis of specific heritage resource management practices. Several other laws address various aspects of heritage resource management, including NEPA, NFMA, Antiquities Act of 1906, Historic Sites Act of 1935, and the Archaeological Resource Protection Act of1979 as amended in 1988 The National Historic Preservation Act calls for tribal participation in the consultation process (Section 106). The proposed action is consistent with all of the laws listed herein governing cultural and historic resources. Alternatives are consistent with the Forest Plan, Standard Lease Notice for Lands under the Jurisdiction of the Department of Agriculture and all other laws governing archaeological resources.

## 3.20 Visuals

This section discusses the indirect and cumulative effects of leasing on visual resources.

The GMUG Forest Plan promotes protection, and if possible enhancement, of the visual quality of an area.  The Forest Service determined Visual Quality Objectives when the Forest Plan was developed in 1983. Since then, the Forest Service has changed to the Scenery Management System (Agricultural Handbook 701). Visual impacts to the lease modification areas will be analyzed based on whether a visual impact is able to be detected from the travelways within the lease modifications and whether or not the viewshed meets the assigned scenic integrity level.

## 3.20.1   Affected Environment

The project area and cumulative effects study area for visual resources includes the viewsheds potentially affected by the mining-related surface activities associated with the proposed action. This area is defined as the lease modification areas.

The lease modifications are located in Gunnison County, generally east of the town of Paonia and southeast of Somerset. Residents and tourists visit the area for scenic and recreation values. Visual Resouce Management for the lease modifications area has been developed to comply with the GMUG Forest Plan as revised, 1991, at III-12 through III-15.

The following is excerpted from Landscape Management Systems, The visual management System of the Forest Service, USDA, Warren R. Bacon (Project File)

### 3.20.1.1   Character Subtype

In some cases, the major character type will be too broad or great in diversity of character to provide a logical frame of reference to classify physical features. For such situations, each major character type may be further broken into subtype.

BLM_0050614

### 3.20.1.2   Characteristic Landscape

The characteristic landscape is the naturally established landscape being viewed. It visually represents the basic vegetative patterns, landforms, rock formations, and water forms which are in view. It usually makes up a small portion of a character sub-type depending on how much is viewed.

### 3.20.1.3   Variety Classes

Variety classes are obtained by classifying the landscape into different degrees of variety. This determines those landscapes which are most important and those which are of lesser value from the standpoint of scenic quality.

The classification is based on the premise that all landscapes have some value, but those with the most variety or diversity have the greatest potential for high scenic value. There are three variety classes which identify the scenic quality of the natural landscape:

- Class A - Distinctive. Areas with features more distinctive or unusual than those defined in the Class B benchmark. Class A features usually exhibit a great deal of variety in form, line, color, and texture. Landform, rock, water and vegetation stand out as being unusual and/or outstanding in visual quality compared to those found common in the character type.

- Class B - Common

- Class C - Minimal. These areas have very little variety, if any, in form, line, color, and texture. Water forms, because of their high attractive-ness to people, should not generally fall into this category.

### 3.20.1.4   Sensitivity Levels

Sensitivity Levels are a measure of people's concern for the scenic quality of the National Forests. Sensitivity levels are determined for land areas viewed by those travelling on developed (i.e., system) roads or trails, using campgrounds, or recreating at lakes.  It is acknowledged that all NFS can be viewed by aircraft/satellites.

Three sensitivity levels are employed, each identifying a different level of user concern for the visual environment:

- Level 1--Highest Sensitivity

- Level 2--Average Sensitivity

- Level 3--Lowest Sensitivity

The degree of visitor sensitivity to the visual environment is extremely difficult to quantify.

### 3.20.1.5   Distance Zones

Distance zones are divisions of a particular landscape being viewed. They are used to describe the part of a characteristic landscape that is being inventoried or evaluated. The three distance zones are: foreground, middleground, and background.

- Foreground--the limit of this zone is based upon distances at which details can be per-ceived. Normally, in foreground views, the individual boughs of trees form texture. It will usually be limited to areas within 1/4 to 1/2 mile of the observer, but must be deter-mined on a case-by-case basis as should any distance zoning.

BLM_0050615

- Middleground--this zone extends from foreground zone to 3 to 5 miles from the ob-server. Texture normally is characterized by the masses of trees in stands of uniform tree cover. Individual tree forms are usually only discernible in very open or sparse stands.

- Background--this zone extends from middleground to infinity. Texture in stands of uniform tree cover is generally very weak or non-existent. In very open or sparse timber stands, texture is seen as groups or patterns of trees.

BLM_0050616



**Figure 3-33. Image of 1983 Era VQO Mylar Overlay on 1979 Quad Map, (Quad map Edits/Additions dated 2001) with Lease Modifications Boundary Approximated in Gold Highlight**

BLM_0050617

The majority of the lease modifications area falls within the VQO 3B/M category (where 3 is lowest level of sensitivity, B is common and M is modification) and a small portion in the Mg2B/M (where Mg is middle ground, 2 is average sensitivity, B is common and M is modification).  See Figure 3-33 above.

In 1995, the above process was revised. The Scenery Management System, described in FS Agriculture Handbook 701, outlines the process for inventorying and analyzing aesthetic values on NFS lands (USDA FS, 1995). Scenic resources are defined as attributes, characteristics, and features of landscapes that provide varying responses from and varying degrees of benefits to humans.

The original VMS process was considered a visual "snap shot in time" and established acceptable levels of management activities. In comparison, the current SMS process creates a visual inventory of acceptable levels of management activities and focuses on future desired visual conditions. Typically, the transition from the VMS process to the SMS process occurs when a forest goes through their forest plan revision.  In 2007, a computer modeling assessment which attributed Scenic Integrity Objectives (SIO) based on proposed management areas was conducted for the then-proposed Forest Plan Revision and, in this area, applied a higher SIO based on the "Elk Mountain Management Area" (2007, Methodology SIO). Because the GMUG did not complete Forest Plan Revision in 2007, proposed new management areas from that process do not exist, and would be inappropriate to apply to this project. We have therefore reverted to the VQS, for which original map overlays have been found[23], but have also included the revised process crosswalk from the CRR FEIS in Table 3-37 below.

Scenic integrity is the state of naturalness or, conversely, the state of disturbance created by human activities or alteration (USDA FS, 1995). Integrity is stated in degrees of deviation from the existing landscape character in a National Forest. Scenic integrity is a continuum ranging over the following six scenic integrity levels:

---

[23] Visuals map in project file (FSLEASING-0116970) has an unknown origin; however, were able to find metadata relative to this map and were able to determine that this image represented the modeling assessment in 2007 and, therefore, does not represent the current Forest Plan.

BLM_0050618

**Table 3-36. Crosswalk of Visual Quality Objectives and Scenic Integrity Objectives**

| Visual Quality Objective (VQO) | Scenic Quality (SMS) |
|---|---|
| **Preservation:** this allows ecological changes only. Management activities, except for very low visual-impact recreation facilities, are prohibited. | **Very High (Unaltered):** refers to landscapes where the valued landscape character is intact with only minute, if any, deviations. The existing landscape character and sense of place is expressed at the highest level. |
| **Retention:** this visual quality objective provides for management activities which are not visually evident. | **High (Appears Unaltered):** refers to landscapes where the valued landscape character appears intact. Deviations may be present but must repeat the form, line, color, texture, and pattern common to the landscape character so completely and at such scale that they are not evident. |
| **Partial Retention:** management activities remain visually subordinate to the characteristic landscape when managed. | **Moderate (Slightly Altered):** refers to landscapes where the valued landscape character appears slightly altered. Noticeable deviations must remain visually subordinate to the landscape character being viewed. |
| **Modification:** management activities may visually dominate the original characteristic landscape. However, activities of vegetative and land form alteration must borrow from the naturally established form, line, color or texture and must remain visually subordinate to the proposed composition. | **Low (Moderately Altered):** refers to landscapes where the valued landscape character appears moderately altered. Deviations begin to dominate the valued landscape but they borrow valued attributes from the surrounding landscape such as size, shape, edge effect, and pattern of natural openings; vegetative type changes; or architectural styles outside the landscape being viewed. They should not only appear as valued character outside the landscape being viewed but compatible or complimentary to the character within. |
| **Maximum Modification:** management activities of vegetative and landform alterations may dominate the characteristics landscape. | **Very Low (Heavily Altered):** refers to landscapes where the valued landscape character appears heavily altered. Deviations may strongly dominate the valued landscape. They may not borrow from valued attributes such as size, shape, edge effect, and pattern of natural openings; vegetative type changes; or architectural styles within or outside the landscape being viewed. However, deviations must by shaped and blended with the natural terrain (landforms) so that elements such as unnatural edges, roads, landings, and structures do not dominate the composition. |
| **Unacceptable Modification:** overall extent of management activities is excessive or poorly related to scale of landform and vegetative patterns in the characteristic landscape. | **Unacceptably Low:** where human activities of vegetative and landform alterations are excessive and totally dominate the natural or natural-appearing landscape character. |

Both very high and high scenic integrity levels are for areas where primitive scenic resources are found. Typically, the foreground, middle-ground, and background distance zones have an undisturbed appearance. These areas are more remote and are used for low impact activities, such as hiking. Moderate scenic integrity level areas are for areas where relatively natural scenic resources are found. Typically, the distant middle ground and background distance zones have alterations to scenic resources that are visible but difficult to identify. Some effort is needed to access these areas. Both low and very low scenic integrity levels are for areas where scenic resources are altered by human activities and structures. Typically, the foreground, middle ground, and background distance zones have disturbances to scenic resources that are readily noticeable. These areas are readily accessible due to the presence of roads and are used for high-impact activities, such as OHV recreation. Scenic integrity level objectives identify how scenic resources are to be managed. The objectives vary depending on the location, quality, uniqueness, sensitivity, and desired use of the scenic resources.

BLM_0050619

Impacts on visual resources can be either positive or negative, depending on the type and degree of visual contrasts introduced to a landscape. Where modifications repeat the general elements of the natural landscape, the degree of visual contrast is lower, and the impacts are generally perceived less negatively. Where modification introduces pronounced changes, the degree of contrast is greater, and impacts are often perceived more negatively.

The lease modifications are mostly not directly visible from a public highway or NFSRs which are secondary travelways and low use areas. However, there may be a concern that some post lease activities could be visible from vistas within the nearby Wilderness, although there are no national Forest System Trails in the West Elk Wilderness from which the area can be viewed. Also, this portion of the West Elk Wilderness was added by the 1980 Colorado Wilderness Act. Section 110 of that act states "The fact that nonwilderness activities or uses can be seen or heard from areas within the wilderness shall not, of itself, preclude such activities or uses up to the boundary of the wilderness area." See also Section 3.18.

## 3.20.2   Alternative 1 (No Action) Environmental Effects

Under the No Action Alternative, the lease modifications would not be approved. Past and ongoing activities within the lease modification areas would continue such as livestock, wildlife and other trails which may create minor linear disturbances or habitat improvement projects ((BearPaw Rx Burn and Lamborn Wildlife habitat improvement projects in oak and similar habitats) that could alter color, line and form and texture.   No impacts to the visual environment from incidental post-lease surface disturbance are expected if the No Action Alternative is selected.

## 3.20.3   Alternative 3 (Proposed Action) Environmental Effects

Under Alternative 3, the Forest Service would consent to and BLM would modify the leases with stipulations including those related to visuals.   Under Alternative 3, temporary roads could be constructed to access MDW pads and other facilities.

Potential effects to visual resources are essentially the same on either proposed lease modification, except for amounts of subsidence or post-lease surface use as described below.

There would be no direct impacts on visual resources from this leasing action.  However, there may be indirect or cumulative impacts related to future development as described in the RFMP (Section 3.3). During this leasing stage, a stipulation (see Table 2-1 for stipulation language) would be applied to Scenic Integrity levels of "high" or "moderate" within the leases to protect scenic resources.  This stipulation would also apply to Parent Leases. Under Alternative 3, the Forest Service would consent to and BLM would modify the leases.  Mining activities could occur under the area. Visual impacts would be limited because underground access to the mine would most likely be via existing West Elk Mine. The actual leasing of the proposed lease modifications would impose no topographic change on the tracts. If the tracts are leased, subsequent underground longwall mining would cause approximately 1077 acres of subsidence (~618 acres from mining COC-1362, ~103 acres from mining COC-67232, and ~357 acres from mining adjacent reserves in existing federal leases and adjacent private lands).

The subsidence report does not indicate any major visual impacts to be expected from mining, subsidence or tension cracks related this alternative (Agapito 2005, see Section 3.5).  The report notes that crack widths of up to 6 inches and lengths up to 300 feet (WWE, 2010) have been observed in the West Elk Mine. The report also notes that subsidence has the potential to activate or increase landslide activity; this has only been documented once at the West Elk Mine, and it has been documented to be a direct result of underground mining in one instance elsewhere in the North

BLM_0050620

Fork Valley Mining District. There would be little to no visual impact on the area because the size of the cracks would not be visible from any travelway, limiting access to the viewshed. There is the slight increase in the possibility of a landslide; however, since landslides occur naturally within the project area and the landslide would be not be a dominant feature of the viewshed, the impact on visual quality would be minimal.

Post-lease surface disturbance that may be visible includes cross-country motorized access or temporary roads, MDWs, and associated vegetation removal.  Post-lease surface use of approximately 72 acres (66 acres on COC-1362, and 6 on COC-67232) could occur over the life of the lease modifications as a result of cross-country motorized access or temporary access roads, methane drainage, and related activities.  Under Alternative 3, approx. 24 acres (6.5 miles) of temporary access roads could be developed on the lease modifications. Approximately 48 acres of constructed MDW pads and facilities could be constructed on the lease modifications.  These features, however, would mostly not be visible from public travelways due to the distance from existing publicly accessible travelways, as well as topographic and vegetative screening.  Use of the lease stipulation for visual resources will further reduce visual impacts.  Concerns that these surface facilities may be visible from the Wilderness should also not be an anticipated impact because post-lease facilities would not be readily visible from any National Forest System trails in the West Elk Wilderness due to topography.

### Exploration

Surface disturbance may be visible, including temporary roads and drilling pads because of associated vegetation removal on approximately 22.7 acres. These disturbances may be in the same footprint as post-lease mining, but that may also be reclaimed more quickly if coal is not present. These features, however, would mostly not be visible from public travelways due to the distance from existing publicly accessible travelways, and topographic and vegetative screening. Use of the lease stipulation for visual resources will further reduce visual impacts.

## 3.20.4   Alternative 4 Environmental Effects

Under Alternative 4, the Forest Service would consent to and BLM would modify lease COC-1362 with stipulations including those related to visuals. Effects are expected to be similar to Alternative 3 except at a reduced scale.  If the tracts are leased, subsequent underground longwall mining would cause approximately 930 acres of subsidence (~595 acres from mining COC-1362, <1 acre on COC-67232 and ~335 acres from mining adjacent reserves in existing federal leases and adjacent private lands).  Approximately 22 acres (6 miles) of access roads could be developed on the lease modification. Approximately 44 acres of constructed MDW pads and facilities four of which could be constructed on the lease modification.

### Exploration

The effects of exploration under Alternative 4 would be the same as those described under Alternative 3, but would remove an estimated 1 acres of vegetation.

## 3.20.5   Cumulative Effects

RFMP activities and exploration could result in cumulative impacts on visual resources across lease modification area when combined with other vegetation and ground disturbing projects affecting form, line, color, texture, and pattern of the surrounding area. The heights, type, and color of potential development, together with their placement with respect to local topography, short duration of features on the surface and application of stipulation are factors that would contribute to minimizing the extent of visual intrusion on the landscape.

If the lease modifications are granted effects similar to those described in Alternative 3 could occur on the adjacent private land while mining 4.2 million tons of private coal reserves and on parent leases where additional 3.3 million tons federal coal reserves may be mineable. Post-lease surface disturbances associated with mining those lands is estimated to be approximately 63 acres (42 acres of MDW pads, and 21 acres of MDW access).

## 3.20.6   Consistency with Forest Plan and Other Regulations

The lease modifications with their lease stipulation are consistent with Forest Plan visual objectives and the Scenery Management System (FS Agricultural Handbook 701) for areas described as moderate SMS.

# 3.21 Socioeconomics

## 3.21.1   Affected Environment

### 3.21.1.1   Population and Environmental Justice

EO 12898 (Feb. 11, 1994), Federal Actions to Address Environmental Justice in Minority and Low-Income Populations states "each Federal agency shall make achieving environmental justice part of its mission by identifying and addressing, as appropriate, disproportionately high and adverse human health or environmental effects of its programs, policies, and activities on minority populations and low-income populations..."  Analysis requires the identification of minority populations and low-income populations that may be affected by any of the alternatives.

Minority populations as defined by Council on Environmental Quality (CEQ) guidance under the National Environmental Policy Act (CEQ 1997) include individuals in the following population groups: American Indian or Alaskan Native; Asian or Pacific Islander; Black, not of Hispanic origin; or Hispanic.  A minority population is identified where "(a) the minority population of the affected area exceeds 50 percent or (b) the minority population percentage of the affected area is meaningfully greater" (CEQ 1997).  Additionally, "[a] minority population also exists if there is more than one minority group present and the minority percentage, as calculated by aggregating all minority persons, meets one of the above-stated thresholds" (CEQ 1997).

Low-income populations are determined by the U.S. Census Bureau based upon poverty thresholds developed every year.  Poverty thresholds are set by the U.S. Census Bureau (calculation methodology may be obtained at https://www.census.gov/). CEQ guidance does not provide specific criteria for determining low-income populations as it does for minority populations, so for this project we will use the same criteria as is being used for minority populations (50 percent or greater of the population or "meaningfully greater"). We identify low-income population and minority population percentages that are "meaningfully greater" as at least ten percentage points higher than for the State of Colorado.

Minority populations are identified using the U.S. Census Population Estimates program which provides estimates for the resident population by age, sex, race, and Hispanic origin at the national, state and county scales. Total minority population refers to that part of the total population which is not classified as *Non-Hispanic White Only* by the U.S. Census Bureau.  By using this definition of minority population, the percentage is inclusive of Hispanics and multiple race categories and any other minority single race categories. This definition is most inclusive of populations that may be considered as a minority population under EO 12898.

BLM_0050622

Data for the identification of low-income populations is from the U.S. Census Bureau, Small Area Income and Poverty Estimates (SAIPE). The SAIPE program annually produces single year poverty estimates for states, counties, and school districts. The U.S. Census Bureau suggests using SAIPE data for poverty estimates for counties or school districts, especially for areas with populations of 65,000 or less (U.S. Census Bureau 2016a). Estimates from SAIPE and the Population Estimates program are used in federal funding allocations.

Table 3-38 presents population, minority, and poverty estimates for Delta, Gunnison, and Montrose Counties and the State of Colorado. In 2015, Delta County had a population of 29,979 residents, of which approximately 18.6 percent were minorities and 15.8 percent were living below the poverty level. In Gunnison County in 2015, there was a total population of 16,067 residents, of which 12.8 percent were minorities and 12.5 percent were considered to be in poverty. Montrose County had a population of 40,946 residents in 2015, of which approximately 24.0 percent were minorities and 17.7 percent were considered to be in poverty. When compared to the State of Colorado, none of the individual minority categories, total minority, nor poverty percentages for Delta, Gunnison, and Montrose Counties meet the criteria discussed above to be considered environmental justice populations. Although no populations meet the criteria to be identified as environmental justice populations, there are minority residents and low income residents in these counties; however, impacts from the lease modifications would be distributed across the entire population. Members of the public have had opportunities to provide comments as discussed in Section 1.8 Public Involvement.

**Table 3-37. Population, Minority, and Poverty Estimates, Delta and Gunnison Counties and the State of Colorado for 2015**

| Population Characteristics for 2015 | Delta County | Gunnison County | Montrose County | Colorado |
|---|---|---|---|---|
| Total Population[1] | 29,979 | 16,067 | 40,946 | 5,456,574 |
| Percent of Total Population | | | | |
| White alone | 94.9% | 94.2% | 94.1% | 87.5% |
| Black or African American alone | 0.8% | 0.5% | 0.8% | 4.5% |
| American Indian and Alaska Native alone | 1.4% | 2.6% | 1.9% | 1.6% |
| Asian alone | 0.9% | 0.9% | 0.9% | 3.2% |
| Native Hawaiian and Other  Pacific Islander alone | 0.1% | 0.0% | 0.3% | 0.2% |
| Two or More Races | 1.9% | 1.8% | 2.0% | 2.9% |
| Hispanic | 15.3% | 9.4% | 20.5% | 21.3% |
| Total Minority | 18.6% | 12.8% | 24.0% | 31.3% |
| Percent in Poverty, all ages[2] | 15.8% | 12.5% | 17.7% | 11.5% |

[1]U.S. Census Bureau, 2016b

[2]U.S. Census Bureau, 2016c

BLM_0050623



**Figure 3-34. Estimated and forecasted population totals for the study area, 2000–2040**

Long-term, steady growth of a population is generally an indication of a healthy, prosperous economy. Population growth can benefit the general population of a place, especially by providing economic opportunities. The population trends and forecasted growth of the socioeconomic study area produced by the Colorado Department of Local Affairs, Demography Office are shown in Figure 3-33

The study area grew between 2000 and 2010, and are forecasted to continue to grow over the next several decades. Delta and Montrose Counties are forecasted to show steady increase in population in future years. Gunnison County shows limited growth throughout the time period. Currently, much of the growth in the study area is from domestic migration (about 68% for the study area)—people from within the United States moving to the study area. This migration rate is much higher than the domestic rate of the State, about 51% of total state growth, indicating that the area is a place people are interested in relocating to.

### Protection of Children

Executive Order 13045, *Protection of Children from Environmental Health Risks and Safety Risks* (April 21, 1997), recognizes a growing body of scientific knowledge which demonstrates children may suffer disproportionately from environmental health risks and safety risks. These risks arise because (1) children's bodily systems are not fully developed, (2) children eat, drink, and breathe more in proportion to their body weight, (3) their size and weight may diminish protection from standard safety features, and (4) their behavior patterns may make them more susceptible to accidents. Based on these factors, the President directed each Federal agency to make it a high priority to identify and assess environmental health risks and safety risks that may disproportionately affect children. The President also directed each Federal agency to ensure that its policies, programs, activities, and standards address disproportionate risks to children that result from environmental health risks or safety risks.

Children are seldom present at the coal mining facilities. On such occasions, the coal mining companies have taken and will continue to take precautions for the safety of children by using a

BLM_0050624

number of means, including fencing, limitations on access to certain areas, and provision of adult supervision. No additional impact analysis is required.

### 3.21.1.2   The Socioeconomic Environment and Community

High paying employment and tax revenue for local governments associated with extractive resource development are some of the impacts most important to resource dependent communities. However, there exist additional aspects of natural resource dependent economies that are equally important to highlight. The following discussion highlight some potential future expectations for communities who remain dependent on the removal of coal and other resources.

The cyclical nature of natural resource extraction economies, particularly for coal, oil, and natural gas, make them susceptible to periods of economic uncertainty and volatility. These periods of economic growth and subsequent declines are not unprecedented and are widely studied in the literature. Often referred to as the natural resource curse, these economies tend to have weaker long run economic growth (Papyrakis and Gerlagh, 2006), weak annual growth in per capita income (James et al. 2011, Douglas and Walker, 2016), high poverty, underinvestment in education, bureaucratic power, moral exclusion (Freudenburg and Gramling. 1994; Papyrakis and Gerlagh, 2006), low spending on research and development expenditures, and economies lacking openness (Papyrakis, and Gerlagh, 2006). Some of these effects are specific to developing nations and may not be readily applicable to the U.S. Nonetheless, over the long term, employment instability are expected in these communities, which face the direct impacts associated with short and long term unemployment (Feyrer, et al., 2015). Consequently, local governments in extractive resource dependent communities may go through periods where large demands will be placed on government support systems, such as unemployment and social assistance, welfare support, etc.

Recommendations for rural communities that remain in resource extraction include investment in human capital and activities that are information intensive rather than resource extractive (Feyrer et al., 1994), economic diversification, capturing rents (Douglas and Walker, 2016), and maintaining revenue for future recessions (Jacobsen, 2015). Many extractive resource dependent communities have now diversified economies (Beyers and Nelson, 2000) and have become amenity and recreation/tourism destinations during the absence of active energy development (Foulke, Coupal, and Taylor).

Tourism and recreation employment tend to have lower wages, especially when compared with higher paying mining jobs. With the wealth of recreation opportunities available on the Gunnison National Forest, it is important to discuss the economic impacts related to these opportunities. In short, visitor spending, on goods and services, food, equipment, fuel, etc. (White et al, 2016) translates into jobs and income for the local community. Beyond visitor spending, additional economic effects from public lands recreation opportunities include, migration of new residents attracted to the aesthetics and amenities that are offered, relocation of businesses that don't require dependence on manufacturing inputs, health benefits, and spending on recreational backdrops not counted in official job and income estimates (e.g. a helicopter is hired to take tourists on aerial scenic views, but the flight originates well outside Forest boundaries) (White et al., 2016).

### 3.21.1.3   Federal Revenues (Coal Royalties)

Revenues associated with federal coal leases include bonus bids, rent, and royalties.  The minimum bid accepted is $100 an acre.  Rent for coal is $3.00 an acre and is collected annually until the lease is terminated or suspended, however rent generally comprises an insignificant amount of the overall revenue associated with federal coal leases (GAO 2013). Royalty rates for coal are managed by the

BLM_0050625

BLM, and the required minimum royalty rate for underground mines is 8% of the sale price. For all types of coal leases, BLM is authorized to reduce the royalty for the purpose of encouraging the recovery of Federal coal, and in the interest of conservation of Federal coal and other resources, whenever it is necessary to promote development, or when the lease cannot be successfully operated under its terms, but in no case can the royalty on a producing Federal lease be reduced to zero 43 C.F.R. §§3473.3-2(e), 3485(c)(1) (2013). The BLM may approve royalty rate reductions for new leases. As of April 2017, the royalty rate of 8% applies to current West Elk coal leases, however, the BLM is processing an application for a royalty rate reduction for existing West Elk leases.

Coal lease revenue including royalties collected by the Federal government are paid to the US Treasury where 40% is appropriated to the Reclamation Fund and 10% to the General Fund per the Mineral Leasing Act (30 U.S.C. Subsection 191).  The remaining half of the federal coal lease revenue, minus administrative costs or other costs incurred by the Federal government while carrying out this program results in 49% being disbursed to the State in which the lease is located. Of the federal coal revenue paid to Colorado, 50% goes to State public school funding, and 10% funds the Water Conservation Board. The remaining 40% is put into local impact programs with half going directly to the counties and town or local mining area districts and the other half is available through a grant program for local governments (DOLA 2015b). In addition, Section 402 of the Department of Interior's Abandoned Mine Reclamation Program requires coal operators to pay 13.5 cents per ton or 10% of the value of non-lignite coal produced (underground), whichever is less, and 50% of the reclamation fees collected are returned to the States where is was collected (30 U.S.C. 1232).

## 3.21.2   Economic Impact Analysis

An input-output model captures all monetary market transactions of production in a given time period. In its most basic form, an input–output model consists of a system of linear equations, each one of which describes the distribution of an industry's product throughout the economy (Miller and Blair 1985; Miller and Blair 2009). This analytical framework was developed by Professor Wassily Leontief in the late 1930s, in recognition of which he received the Nobel Prize in Economic Science in 1973. For this FEIS analysis, a commercially available software and data system (IMPLAN®) is used to construct the multi-regional Input-Output model for use in the economic impact analysis. IMPLAN® is a proprietary input-output modeling system. Originally developed by the U.S. Forest Service in the 1970s, IMPLAN® is widely used today by academic, government, non-profit, and private researchers and practitioners. In order to construct an updated Input-Output model for the local economy, the 2015 IMPLAN® dataset (the latest version available at the time of analysis) is used in this analysis.

Economic impacts, or distributional effects, include consequences to jobs and labor income within the economic study area. Economic impact analyses describe effects that agency activities may have on economic conditions, and it is the basis for evaluating economic contributions by the Forest Service in the impact area (USFS Manual Chapter 1970[24]).  Jobs and income estimates for the economic impact area were estimated using an IMPLAN® model of estimated coal outputs by alternative. It should be noted that jobs, income, or revenues contributed to State and local governments are measures of economic impacts[25] and not measures of economic benefits, as such, they cannot be used, or accounted for as parameters in any benefit-cost, or economic efficiency analysis (which is not conducted nor required for this FEIS). In fact, the Forest Service's manual directs that the agency must only identify information within the scope of the plan, project or program, and 'do not include economic impacts (jobs and income) in financial or economic efficiency

---

[24] FSM 1900 - Planning. Chapter 1970 – Economic and Social Evaluation, section 1972 (p. 11)
[25] FSM 1900 - Planning. Chapter 1970 – Economic and Social Evaluation, section 1972.2 (p. 12)

BLM_0050626

analysis[26]'. This SFEIS employed IMPLAN data and modeling system for the construction of an Input-Output model for the impact study area, in order to estimate the jobs and income contributions associated with coal mining activities.

An economic impact analysis was conducted for the Colorado Roadless Rule (CRR) reinstatement of the North Fork Coal Mining Area exception SFEIS. Although the geographic area of proposed coal production activities associated with these Lease Modifications is entirely contained within the broader economic study area already covered by the CRR SFEIS economic impact analysis, a customized and more targeted IMPLAN model is constructed here. The revised model and analytical approach using Multi-Regional Input-Output (MRIO) modeling technique allows this FEIS analysis to better reflect project level specificities as well as be responsive to public comments. Methodologies employed for this revised economic impact analysis are disclosed to the fullest extent in accordance with agency policy and copyright law[27].

### 3.21.2.1   Multi-Regional Input-Output (MRIO) Model and the Revised Impact Study Area

Both Multi-Regional Input-Output (MRIO) and Single-Region Input-Output models are valid economic impact methodologies. MRIO offers the advantage of providing a more robust and accurate picture of a local economy because most economies are not isolated to one or a few rural counties. MRIO technique allows the analysis to keep the identity of the core area (i.e. counties most connected to coal mining) while still being able to see how activity in the core area (where the Direct Effect takes place) touches other regions within a broader functional economy. This is an important advantage when concerns exist regarding the selection of a larger study area might inflate the impact results; while, at the same time, ensuring that the model is large enough to capture sufficient feedbacks within a functional economy. MRIO, in effect, extends the supply chain impacts into surrounding regions while still keeping the Multipliers for the core region intact and local. Thus the rounds of additional impacts are extended to include feedback between all the linked regions until all purchasing dollars are leaked from the Indirect and Induced Effects. (IMPLAN Group LLC 2015) For this project, direct effects are realized by the extraction and sale of coal. Indirect effects are realized by local companies that provide goods and services to coal mining operations. Induced effects result from local spending of employee income paid by the companies directly and indirectly affected by mining activities. Therefore, an appropriate MRIO model for this Lease Modification analysis includes two linked study area: (1) The primary economic study area, which is a smaller core area where direct impacts – including spending from commuters – would occurs, and (2) a secondary economic study area, which is a larger area of influence capturing other indirect and induced effects.

- The primary economic study area is represented by a customized, core model constructed using dataset for Delta and Montrose counties, augmented with West Elk Mine specific employment and production volume associated with Gunnison County (where West Elk Mine is located). Specifically, IMPLAN's sector 22 (coal mining) is modified using the output per worker ratio pertaining to West Elk Coal mine (as of March 2017, approximately 200 workers with an average production rate of 6.5 million tons/yr). The model's sector 22 is customizing

---

[26] FSM 1900 - Planning. Chapter 1970 – Economic and Social Evaluation, section 1971.1 (p. 9)

[27] Per Forest Service policy, agency documents and the preparation of project records must comply with copyright law and IMPLAN site license restrictions. IMPLAN's site license requires that both the data and software are copyrighted, and all of the un-summarized data, including multipliers, are not publishable in agency prepared documents and the planning record and cannot be released to the public by the Forest Service. However, final impact analysis results using IMPLAN models and dataset are publishable.

BLM_0050627

by augmenting the existing Delta + Montrose model with West Elk Mine's production capacity, without the need to include the entire county of Gunnison into the core model. The updated sector is rebalanced and the model reconstructed with multipliers, before the impact scenario is analyzed with sector 22. While West Elk Mine is located just across the Delta County line in Gunnison County, economic activities and employees associated with coal mining are not economically connected with Gunnison County. Montrose County's industries and its labor force are more connected with the economic activities associated with this project. Gunnison County is not included in the primary economic study area because opportunities for business and household spending in Gunnison County are located in the Gunnison-Crested Butte corridor, which is more distant and difficult to reach compared with down-valley counties. Crested Butte and Gunnison are approximately 2-hour drives from the mine, while Delta is well under an hour and Grand Junction—a major urban center—is 1.5 hours. Kebler Pass, the primary route between the mines and Crested Butte, is closed in the winter. In addition, rail lines from the mines do not pass through the Crested Butte-Gunnison corridor, but down the North Fork Valley. Thus, although the mine and some employees are physically located in Gunnison County, they are economically connected with communities in Delta, Montrose, and Mesa Counties.

- The secondary linked model is constructed with Mesa County data. Mesa County is the regional trade center for much of the West Slope of CO, and its industries and labor force are connected with Delta and Montrose Counties, however, it is not included in the core study area model because the metropolitan county – where Grand Junction is located – may obscure important local economic impacts of more rural counties. Instead, Mesa County is analyzed using MRIO technique, in order to represent the relevant regional markets for labor, products, and information necessary to capture other indirect and induced effects.

Within IMPLAN's MRIO Analysis environment, direct coal mining activity (sector 22) is analyzed for the core study area only (Delta and Montrose Counties), while the secondary linked model (Mesa County) captures additional indirect and induced effects. In the MRIO analysis employment, labor income, output, and value added multipliers are generated for each study area individually, and then the impact scenarios are run simultaneously so that the linkages between the two study areas are captured in the analysis. Analyzing a scenario in the MRIO environment allows the analysis to restrict the direct activity associated with coal mining to the most relevant study area (core Delta and Montrose County model with mine-specific productivity relationships) while still being able to estimate how these activities ripple throughout the broader functional economy, represented by Mesa County in this case. Both sets of impact results as well as the associated model inputs are presented in the next section.

BLM_0050628

## Modeling Assumptions

**Table 3-38. Coal production parameters used in economic impact model**

| | Alt 1 | Alt 3 | Alt 4 |
|---|---|---|---|
| Coal Reserves available to mine (million tons) | 53.5 | 71.1 | 70.3 |
| Estimated years of production | 8.2 | 10.9 | 10.8 |
| Annual average production rate (million tons/yr) | 6.524 | 6.522 | 6.509 |
| Total Industry Output, Annual (millions of 2016 $) | 285.53 | 294.37 | 293.76 |
| Average Nominal Coal Prices ($/short ton, in 2016 $) | 43.76 (EIA Outlook estimates for 2017 through 2024) | 45.13 (EIA Outlook estimates for 2017 through 2027 ) | 45.13 (EIA Outlook estimates for 2017 through 2027 ) |
| Change in Final Demand (FD), Annual (millions of 2016 $) | 284.537 | 293.347 | 292.732 |

IMPLAN multipliers are used to estimate the annual average employment, income, value added and output results due to a change in the value of industry output. But first, the change in Total Industry Output (or TIO, production volume * price of coal) must be adjusted downward to avoid double counting. This is because of a sector's total expenditures for the mineral sector includes both Final Demand and intermediate demand (purchases of intermediate consumers). It is the change in Final Demand (FD) that drives the predictive model of IMPLAN used in economic impact analyses. Therefore, the intermediate demand must be taken out. The change in Final Demand (FD) is calculated as follows:

BLM_0050629

*Change in FD=Total Industry Output (TIO)\*(1/(Type SAM multiplier))*

Where,

*TIO=Production volume \*Price*

And,

*Type SAM multiplier=Type I (direct and indirect) plus induced IMPLAN multipliers*

Coal price outlooks by alternatives are as calculated in the Federal Revenues (Coal Royalties) section below. Type SAM multiplier referred here is the sector specific (IMPLAN sector 22), own industry output multiplier, and not the sector's output multiplier for the entire model study area. The calculated FD factor (inverse of Type SAM Multiplier) is 0.997 in this model. In simpler terms, this method of adjustment avoid counting an industry's backward as well as forward linkages by removing its intermediate demand. The adjusted TIO value represent the change in final demand (last row from the above table), which when multiplied by the response coefficients imported from IMPLAN would results in the estimated economic impact (annual average employment, income, value added and output). Direct effects are realized by the extraction and sale of coal. Indirect effects are realized by local companies that provide goods and services to coal mining operations. Induced effects result from local spending of employee income paid by the companies directly and indirectly affected by mining activities. Discernable differences in economic impacts across alternatives are entirely resulted from project time horizons and associated coal prices. Those differences are discussed in the Environmental Effects section. Since the primary inputs for the MRIO model are Final Demands (Table 3-39) and the average production rate (million tons/yr) are approximately 6.5 million tons per year across all alternatives, the estimated direct, indirect, and induced employment effects do not differ in a meaningful way, or should not be interpreted as such. Therefore, economic impact results are presented below in effects common to all alternatives.

## 3.21.3   Environmental Effects

### 3.21.3.1   Effects Common to All Alternatives

**Socioeconomic and Community Effects**

As stated previously, there tends to be a cyclical nature to natural resource extraction economies, particularly for coal, oil, and natural gas, which makes them susceptible to periods of economic uncertainty and volatility. Generally economic cycles or impacts drive associated social and community effects.

Socioeconomic and community factors affected by energy development can include: population, social well-being, crime, education, employment, housing, income, infrastructure, local governance, quality of life, recreation and tourism, social services, and tax revenues. These factors do not apply to every community dependent on extractive resources, since the nature of the project and the characteristics of the community contribute to the type and extent of effects for any given development (Leistritz and others, 1982). In short, the context of every energy development project is different and must be considered when addressing effects. Based upon a review of pertinent literature[28] on socioeconomic and community effects associated with energy development there are

---

[28] Literature reviewed includes: Kiefer and Miller 1984; Foulke et al. 2002; Tharp 2008; Thompson 2008; Freudenburg 1986; Freudenburg and Wilson 2002; Isserman and Merrifield 1987; Redifer et al. 2007; Lantz

several consistent effects which were identified. The majority of these effects associated with boomtowns – or extractive resource dependent communities in general – were both positive and negative and very few tended to be entirely positive or negative.

- **Housing** became less available and affordable in boomtowns, but property values generally rose. Rapid population growth put a strain on housing, which typically could not accommodate all the newcomers. Many residents could not afford to purchase a house and the rental vacancy rate remain low. Property values tended to increase in the area, though individual properties with energy development tended to lose value.

- **Local governance** became more complex and formal. Due to the increased population and strain placed on infrastructure and services, local governments were required to do much more with fewer resources than they were required to in the past. Despite access to bigger budgets, new responsibilities and different ways of conducting government business seemed to put a strain on elected officials and employees.

- **Infrastructure** was often insufficient to serve the needs of a larger population. Roads, sewers, and water systems all experienced heavier use with the increased population. Even with increased budgets, it was not always possible for local governments to keep up with necessary maintenance and new projects.

- **Social services** were frequently overtaxed by the large population. Emergency and medical services experienced large increases in demand. Energy developments tended to be risky places to work and many transient workers did not carry insurance, so they used emergency rooms. Mental health services witnessed an increase in patients, both newcomers and long term residents. The unstable pattern of boom-bust in energy development can also contribute to changes in crime rates or the type of crimes being committed, often taxing local law enforcement agencies.

- **Education** benefitted from increased school district budgets, but was negatively impacted by increased transient student populations and the inability to retain teachers and staff. Most school districts that encompassed energy development found that their budgets increased greatly. This money was used to update facilities and increase salaries. However, many students were transient, as their parents moved from job to job, which made teaching difficult. Teachers and staff also had trouble affording the higher cost of living which often accompanied energy development, even with increased salaries, and many did not stay in the district for very long.

- **Amenity development** could conflict or synergize with energy development. Many rural communities diversified their economic base after the 1970s boom and relied on recreation and tourism, as well as second home construction, as important mainstays of their economy. Amenity development relied on the availability of a certain type of experience and landscape. Energy development changed this by bringing in large amounts of people to often small communities which impacted the environment. The presence of both amenity and energy development in the same community may also exacerbate growth-related problems.

- **Employment opportunities** increased initially, but not all people had equal access to the new jobs. Energy development brought many new jobs, particularly in the beginning phases, as well as created support jobs in other sectors. Many of the new jobs were filled by

et al. 1980; Wilkinson et al. 1984; Smith et al. 2001; Malamud 1984; Leistritz et al. 1982; BBC Research and Consulting 2006; Natural Resources Extraction Impact Working Group 2006; Weber 2012; Brown 2014; Peach and Starbuck 2010; Black et al. 2003; Black et al. 2005a,b; James and Aadland 2011; Partridge et al. 2013; Deaton and Niman 2012; Rudzitis 1999;

BLM_0050631

newcomers. This may have been because there were not enough long term residents with the appropriate skills needed for the available jobs.

- **Income** also increased, but not for all residents. In general, incomes for energy-related jobs were higher than those in other sectors. Income in other sectors may have also increased. People on fixed incomes, such as many elderly, did not appear to benefit from the increased income and some studies indicate a strong association between coal mining and poverty.

In recent years layoffs have occurred within the study area in the coal mining industry, as well as in oil/gas, and dairy production. The impact of the loss of direct jobs within any sector would be followed by changes to other sectors as the ripple effects of lost wages work their way through the economy. All data presented in this analysis represents a snapshot in time of the study area, recognizing that industries will continue to change with trends and markets and the larger economy. Hiring, layoffs, and restructuring in any industry occur, and will continue to occur in the study area economy.

Any new layoffs within a community can be difficult. Some areas work to diversify, with people finding or creating other opportunities in the same area. Layoffs from an industry can impact everything from real estate to the school system if people choose to leave the area. For example, the school district in Paonia is making adjustments to the coal industry layoffs as enrollment has dropped from 5,500 in 2009 to 4,800 in 2015 (Webb, 2015).

## Multi-Regional Input-Output (MRIO) Results

Multi-Regional Input-Output IMPLAN model results presented below (Table 3-40)( display the estimated average annual economic impacts (employment, income, value added, and output) for the core model area, which includes Delta and Montrose counties with a customized coal sector incorporating West Elk Mine's production data. Estimated average annual economic impacts for the linked economic study area (Mesa County) are displayed separately[29].

---

[29] Responsive to public comments, modeled results are not combined nor considered in whole in order to avoid the potential obscuring of economic impacts of smaller communities by including one or more Metropolitan County in the model.

BLM_0050632

**Table 3-39. Multi-Regional Input-Output Modeling Results (Estimated Average Annual Economic Impacts)**

| | Employment (full- and part-time jobs) | Labor Income (millions of 2016 $) | Total Value Added (millions of 2016 $) | Output (millions of 2016 $) |
|---|---|---|---|---|
| **Alternative 1 (No Action)** | | | | |
| *Core Model Area – Delta and Montrose Counties – customized with West Elk Mine Production* | | | | |
| Direct Effects | 218 | $36.38 | $156.25 | $284.54 |
| Indirect Effects | 231 | $16.05 | $22.38 | $41.90 |
| Induced Effects | 250 | $7.32 | $14.46 | $27.62 |
| **Total** | **699** | **$59.75** | **$193.09** | **$354.05** |
| *Linked Model Area – Mesa County* | | | | |
| Direct Effects | - | - | - | - |
| Indirect Effects | 105 | $7.96 | $13.31 | $24.16 |
| Induced Effects | 56 | $2.12 | $3.67 | $6.88 |
| **Total** | **161** | **$10.09** | **$16.99** | **$31.04** |
| **Alternative 3 (Proposed Action)** | | | | |
| *Core Model Area – Delta and Montrose Counties – customized with West Elk Mine Production* | | | | |
| Direct Effects | 225 | $37.51 | $161.09 | $293.35 |
| Indirect Effects | 238 | $16.55 | $23.07 | $43.19 |
| Induced Effects | 257 | $7.54 | $14.91 | $28.47 |
| **Total** | **721** | **$61.60** | **$199.07** | **$365.01** |
| *Linked Model Area – Mesa County* | | | | |
| Direct Effects | - | - | - | - |
| Indirect Effects | 109 | $8.21 | $13.73 | $24.91 |
| Induced Effects | 58 | $2.19 | $3.79 | $7.09 |
| **Total** | **166** | **$10.40** | **$17.51** | **$32.00** |
| **Alternative 4** | | | | |
| *Core Model Area – Delta and Montrose Counties – customized with West Elk Mine Production* | | | | |
| Direct Effects | 225 | $37.43 | $160.75 | $292.73 |
| Indirect Effects | 238 | $16.52 | $23.02 | $43.10 |
| Induced Effects | 257 | $7.53 | $14.87 | $28.41 |
| **Total** | **719** | **$61.47** | **$198.65** | **$364.25** |
| *Linked Model Area – Mesa County* | | | | |
| Direct Effects | - | - | - | - |
| Indirect Effects | 108 | $8.19 | $13.70 | $24.85 |
| Induced Effects | 58 | $2.19 | $3.78 | $7.08 |
| **Total** | **166** | **$10.38** | **$17.48** | **$31.93** |

For Delta and Montrose Counties, an assumed annual production rate of 6.5 million tons/yr is estimated to support approximately 650 jobs, $60 million in total labor income, and $190 million in GDP contribution (total value-added) for the area economy on an annual average basis.

BLM_0050633

The results revealed that more than two-thirds of all economic impacts (including employment effects) stemming from coal mining activities occurred as indirect and induced effects – outside of the coal mining sector. For Delta and Montrose Counties, an assumed annual production rate of 6.5 million tons/yr is estimated to directly support approximately 220 jobs, $37 million in total labor income and $160 million in GDP contribution for the area economy on an annual average basis. Both indirect and induced impacts are spread across multiple industries in the area. The top five sectors – ranked by total value-added – indirectly (including induced effects) affected by coal mining activities are the following:

- Support activities for oil and gas operations
- Rail transportation
- Wholesale trade
- Maintenance and repair construction of nonresidential structures
- Monetary authorities and depository credit intermediation

For Mesa County, an assumed annual production rate of 6.5 million tons/yr at West Elk mine is estimated to indirectly support approximately 160 jobs, $10 million in total labor income, and $17 million in GDP contribution for the county's economy on an annual average basis. As expected, direct impacts do not occur in a linked MRIO model, therefore, there is no direct impacts for the linked model area of Mesa County. Indirect and induced impacts are spread across multiple industries, the top five sectors (ranked by total value added) are the following:

- Support activities for oil and gas operations
- Rail transportation
- Wholesale trade
- Commercial and industrial machinery and equipment rental and leasing
- Petroleum refineries

In terms of employment and income, it is important to note that these may not be new jobs and income, but rather existing jobs and income in the area economy that are supported or sustained by the proposed action. Descriptions and comparisons of these impact results across alternatives, along with other socioeconomic effects are shown in the next section.

Note that the economic impacts are based on estimates of coal that may be leased and produced during a specified period. The average annual production (million tons/yr) rates are used as model parameters. Alternative 1 assumes operations for approximately 8.2 years, while Alternatives 3 and 4 are based on operations lasting 10.9 and 10.8 years, respectively. These estimated annual production rates relied on typical production average at West Elk Mine, actual implementation may vary due to future market conditions. For these reasons, all estimated outputs results presented above are sensitive to the duration and intensity of future coal production.

Similarly, since employment impacts are based on estimates of average annual production rates (million tons/yr), estimates of average annual part-time and full-time jobs and other results as shown above are heavily dependent upon production implementation. If the actual implementation period is shorter, more jobs (and other associated impacts) would be supported over a shorter period of time. Conversely, if the implementation period is expanded, fewer jobs would be supported annually but for a longer period of time.

BLM_0050634

Within the implementation period of a project, the numbers of jobs supported may or may not be filled by the same personnel nor distributed evenly over time, depending upon the nature of the project, turnovers, number and type of firms involved and other factors. Therefore, it would be misleading – or, not meaningful at best – to calculate a 'total employment over the life of the project' figure.  Due to these issues, readers are further cautioned against multiplying the average annual employment number(s) as presented above, with the project implementation timeframe (years) in an attempt to arrive at the 'total employment over the life of the project' figure.

It should also be noted that IMPLAN's method of reporting employment as annual averages means that one cannot discern the number of hours worked or the proportion that is full time vs. part time. This method of accounting means that one job lasting 12 months = two jobs lasting six months each = three jobs lasting four months each.  Each of those examples would appear as one job in IMPLAN and as reflected by the above results. It is therefore helpful to consider employment figures shown above as the 'cumulative' employment across different sectors in the local economy, associated with the proposed activities (in this case those direct, indirect and induced labor necessary to support coal production). In other words, 'one job' as reported in IMPLAN may be a collection of different jobs (e.g. 'one job' may be the summation of 1 full-time equipment operator working 3 months + 1 full-time driver working 3 months + 2 half time office support staffs working 6 months each).

**Federal Revenues (Coal Royalties)**

Potential federal coal lease royalty revenue has been estimated using total production (reserves available to mine), and the current 8% royalty rate. The estimated average price per short ton was calculated using minemouth prices for the Rocky Mountain Region, low-sulfur bituminous (LSB) coal as indicated in the 2017 Annual Energy Outlook Reference case projection scenario (EIA 2017). The West Elk leases are located within the Rocky Mountain Region and the coal is a low sulfur bituminous coal so prices for this region and type is appropriate to use.

The number of years that the mine would be in operation differs across alternatives so therefore, one average price per short ton was used for Alternative 1 whereas another price per short ton was used for Alternatives 3 and 4.  Average prices per short ton were calculated by averaging the yearly prices estimated for the number of years the mine would be operating under the different alternatives, starting with 2017.  The analysis for Alternative 1 used an average nominal price[30] of $43.76 per short ton for the timeframe of 2017 through 2024, based on operations in the analysis area lasting approximately 8.2 years. The analyses for Alternatives 3 and 4 used an average nominal price of $45.13 per short ton for the timeframe of 2017 through 2027, based on operations lasting 10.9 and 10.8 years, respectively.

## 3.21.4   Alternative 1 (No Action) Environmental Effects

**Socioeconomic and Community Impacts**

Under a production rate of 6.5 million tons per year, current operations within the analysis area would last approximately 8.2 years.  Royalty payments to the State of Colorado, as well as annual jobs and associated labor income as estimated in Table 3-40 would likely be sustained until the end of the project time horizon. At such time, when recoverable coal is exhausted and without additional discoveries and leases in place, declines within the coal mining industry would likely create job losses

---

[30] The real minemouth price for Rocky Mountain low-sulfur bituminous (LSB) coal (in 2016 dollars) is converted into nominal terms using the ratio of the nominal to real U.S. minemouth coal prices for each year, a national indicator of coal price inflation. Nominal prices are chosen due to reasons explained in Section 3.21.5.

BLM_0050635

to secondary businesses and additional social impacts to community structure. Although not all communities within the economic study area would be affected the same, some communities have diversified economies, attracted retiree populations, or are less dependent on coal mining. Those communities that are dependent on coal mining would be most directly affected.

### Federal Revenues (Coal Royalties)

Under Alternative 1, the cumulative royalty revenue collected by the Federal government would be approximately $186.6 million with $91.5 million being disbursed back to the State of Colorado. With the anticipated annual average production of 6.5 million tons, this would equate to annual royalty revenue collected by the Federal government of $22.8 million for the remaining 8.2 years of operation of which $11.2 million annually would be disbursed back to the State of Colorado during that time.

Under Alternative 1, MCC would not be able to evaluate the coal resource on their leases and would gain no confirmation of current estimates of coal reserve.

## 3.21.5   Action Alternatives Environmental Effects

### Socioeconomic and Community Impacts

Under either of the action alternatives, assuming a production rate of 6.5 million tons per year, operations within the analysis area would extend production at the West Elk Mine approximately 2.7 years (10.9 total years) under Alternative 3 and 2.6 years (10.8 total years) under Alternative 4. Due to E Seam mine panel layout, the actual coal production from the lease modification(s) and associated reserves would likely occur in the next 2-5 years, not after the all other accessible reserves (as identified in Alternative 1) have been expended. At such time, when recoverable coal is exhausted at the West Elk Mine and without additional leases in place, declines within the coal mining industry would likely create job losses to secondary businesses and additional social impacts to community structure. Although not all communities would be affected the same, as some communities have diversified economies, attracted retiree populations, or are less dependent on coal mining. Communities (i.e., Paonia, Somerset, Hotchkiss, etc.) and counties that are dependent on coal mining—either directly or indirectly—would be most directly affected.

### Federal Revenues (Coal Royalties)

Under Alternatives 3 and 4 annual average production of 6.5 million tons would extend the life of the mine to 10.9 years (Alternative 3) and 10.8 years (Alternative 4). Under Alternative 3 a total of $255.8 million in royalty revenue would be collected by the Federal government over 10.9 years, or $69.2 million more than what the Federal government would collect under the no-action alternative (Alternative 1). Of this $69.2 million in additional revenue, $33.9 million would be disbursed back to the State of Colorado. Approximately $253.4 million in royalty revenue would be collected by the Federal government over 10.8 years under Alternative 4, or $66.8 million more than what the government would collect under Alternative 1. Of this $66.8 million in additional revenue, $32.8 million would be disbursed back to the State of Colorado.

It should be noted that the above results are estimates based upon the assumptions provided. Changes in coal prices will influence the actual royalty revenue collected. An estimated nominal minemouth price was used for Rocky Mountain LSB coal because revenue collections both past and present are generally looked at in terms of actual dollar amounts.

Additionally, if royalty reduction rates for any of these leases are approved then the results above would likely overestimate the possible royalty revenue collected by the Federal government and

BLM_0050636

disbursed to the State of Colorado. Counties (Delta and Gunnison) that are dependent on coal mining would be most directly affected.

Exploration: Approval of on-lease exploration would not authorize coal mining or the employment activities associated with extraction of the coal resource. Exploration would provide temporary employment for a very limited number of exploration drillers, resource evaluators, and reclamation personnel over the course of one or two field seasons. Exploration would provide more certainty as to the presence of minable coal, refine economic estimates and assist the West Elk Mine in analyzing their business decisions. Confirmation of that estimate is desirable to bring forth the most efficient mine plan.

## 3.21.6  Cumulative Effects & Climate Change

On a cumulative basis, if the lease modifications were not approved, coal mining in the North Fork of the Gunnison River Valley would continue until existing reserves are depleted at production rates indicated in Table 3-41. At that point, the mining employment sector would be terminated. Mining the coal reserves in the lease modification would increase the life of mine by up to 2.7 years, assuming that the modification was approved and the coal was extracted utilizing the West Elk Mine operation and facilities interspersed with existing leases. The cumulative social and economic effects of past, present and reasonably foreseeable actions in the North Fork of the Gunnison River Valley relative to coal mining operations would be to extend the mining employment and labor sectors and associated impacts as well as tax and royalty payments, proportionately to the length of the remaining reserves.

**Table 3-40. Raw Coal Production - North Fork Valley - BLM-UFO**

| 1 Year Average based on: | Bowie No. 2 - idled in February 2016 | Elk Creek - closed in December 2013 | West Elk | Totals (North Fork) |
|---|---|---|---|---|
| 5 Year (2012 - 2016) | 2,189,007 | 678,880 | 5,644,567 | 8,512,454 |
| 1 Year (2016) | 32,886 | closed | 4,201,926 | 4,234,812 |

Note:  The Bowie No. 2 is idled and Elk Creek mines has been permanently closed.  The current total yearly production is expected to remain about the same up to about 6.5 million tons.  This would result in approximately 1 to 2 unit trains per day of 105 cars per unit entering and leaving the NF.  The West Elk mining operation controls coal reserves with a mix of Federal and fee coal; with the majority being Federal coal.  As mining progresses only Federal coal will be available in the reserve base.

### Climate Change

Specific global or local climate effects to socioeconomic issues, as a result of the proposed action, cannot be determined. However, climate change will likely impact global and local populations, as described in this section. Effects on poor and minority are different than the Environmental Justice definition and situations described above that are specific to the project effects and focus on U.S. populations. Climate change impacts can affect human health and well-being with rising daytime temperatures, increases in pollutants such as ground-level ozone, possible increases in vector-borne diseases, and increases in floods, wildfires, and other extreme events (Coloardo Energy Office, 2014).

### Health

A warming climate will have both positive and negative impacts. Local impacts are the most difficult to predict, making it a challenge to know exactly who or what will be harmed or assisted. Generally,

BLM_0050637

the risk of negative impacts from climate change increases the faster it warms. More rapid climate change makes adapting to change more difficult and impactful. This is especially true for vulnerable groups (such as the poor, the very young and older adults) and fragile ecosystems which may struggle to adapt to even small changes. It is believed that poor and minority groups may be disproportionately affected because they may not have the financial resources to deal with the changes brought about. The Intergovernmental Panel on Climate Change (IPCC) suggests that temperature increases above the range of 3.5 to 5.5°F (2 to 3°C) over the next 100 years would dramatically increase the negative impacts of climate change. So a major aim of climate action is to reduce the risk and likelihood of large, rapid warming (IPCC Climate Change 2007: Impacts, Adaptation and Vulnerability). Longer, more intense and frequent heat waves may cause more heat-related death, proliferation of disease vectors, and illness. There is virtual certainty of declining air quality in cities since greater heat can also worsen air pollution such as ozone or smog. Insect-borne illnesses are also likely to increase as many insect ranges expand. Climate change health effects are especially serious for the very young, very old, or for those with heart and respiratory problems. Conversely, warmer winter temperatures may reduce the negative health impacts from cold weather (IPCC Climate Change 2007: Impacts, Adaptation and Vulnerability and EPA Climate Change Effects, Health). For local effects see Table 3-16.

### Food Availability

The supply and price of food may change as farmers and the food industry adapt to new climate patterns. A small amount of warming coupled with increasing CO2 may increase production in certain crops, plants, and forests, although the impacts of vegetation depend also on the availability of water and nutrients. For warming of more than a few degrees, the effects are expected to become increasingly negative, especially for vegetation near the warm end of its suitable range (IPCC Climate Change and EPA Climate Change Effects, Agriculture and Food Supply). For local effects seeTable 3-16.

### Energy Consumption

Warmer temperatures may result in higher energy bills for air conditioning in summer, and lower bills for heating in winter.  Energy usage is also connected to water needs.  Energy is needed for irrigation, which will most likely increase due to climate change. Also, energy is generated by hydropower in some regions, which will also be impacted by changing precipitation patterns (IPCC Climate Change and EPA Climate Change Effects, Energy Production and Use). It is believed that poor and minority groups may be disproportionately affected because they may not have the financial resources to deal with the changes brought about. For local effects see Table 3-16.

## 3.21.7   Consistency with Forest Plan and Other Laws

The GMUG Amended Land and Resource Management Plan (Forest Plan), dated September 1991, and the BLM Uncompahgre Basin Resource Management Plan (RMP), dated July 1989, made provisions for coal leasing subject to the application of the coal unsuitability criteria established in 43 CFR 3461. Proposed leasing and exploration activities are consistent with EOs 12898 and 13045.

## 3.22 Short-term Uses and Long-term Productivity

NEPA requires consideration of "the relationship between short-term uses of man's environment and the maintenance and enhancement of long-term productivity" (40 CFR 1502.16). As declared by the Congress, this includes using all practicable means and measures, including financial and technical assistance, in a manner calculated to foster and promote the general welfare, to create and maintain conditions under which man and nature can exist in productive harmony, and fulfill the social,

BLM_0050638

economic, and other requirements of present and future generations of Americans (NEPA Section 101).

Unless otherwise specified, short-term is the life of the project. Long-term effects are defined as those that would occur after coal is mined. Short-term use of environment would not affect the long-term productivity of the proposed lease modification area. Approximately 4% of lease modifications may be disturbed by action alternatives assuming the area is mined under a RFMP (Section 3.3). After all disturbed areas have been reclaimed, the same resources that were present prior to the project would be available, and reclamation efforts would re-establish vegetation and would mitigate any long-term impacts to the environment, except for the underground coal that would be removed. The leasing of the proposed modifications would not preclude some ongoing uses of the area (e.g., livestock grazing, recreational use, etc.) and the subsequent long-term use of the area for any purpose for which it was suitable prior to the project.

## 3.23 Unavoidable Adverse Effects

Approval of the lease modifications may result in subsidence of the land area and possible surface cracks as the coal is mined.  Subsidence is addressed as it applies to any of the resource areas in Chapter 3.

## 3.24 Irreversible and Irretrievable Commitments of Resources

Irreversible commitments of resources are those that cannot be regained, such as the extinction of a species or the removal of mined ore. Irretrievable commitments are those that are lost for a period of time such as the temporary loss of timber productivity in forested areas that are kept clear for use as a road.

NEPA requires identification of irreversible and irretrievable commitments of resources. Irreversible resource commitments are those that cannot be reversed (loss of future options). Irretrievable resources commitments are those that are lost for a period of time. Irreversible or irretrievable commitments of resources where identified in these resource areas:

Topographic & Physiographic Environment, Geology, Soils, Watershed

- Once the coal is removed, it cannot be replaced, which is an irreversible commitment of the mineral resources.

- Removal of coal will cause subsidence, which is an irreversible modification of the topography. In addition, subsidence can cause an irreversible and irretrievable loss of aquatic, wetland, and riparian habitats if surface water is lost due to fracturing, although this is not expected to occur.

- Mining induced landslides or other mass movement, are difficult to fully reclaim and may result in permanent landscape features which is an irreversible modification. Stipulations on the coal lease, along with mitigation measures required by the Colorado DRMS mining permit will reduce, but not eliminate these adverse impacts.

- Post lease subsidence will cause an a very minor  irretrievable and irreversible loss of soil through related displacement.

- If coal is bypassed, because of operational constraints or not leased, economic recovery (including royalties) is not likely to occur on portions of parent leases, private (fee) leases and lease modifications this would be either irreversible or irretrievable depending on future scenarios.

BLM_0050639

- Future recoverability of oil and gas resources would be reduced. This is irretrievable; however, the area is not under oil and gas lease at this time.

Vegetation, Threatened & Endangered Species, Sensitive Species, Management Indicator Species,

- Any vegetation removed in the areas of the RFMP would result in an irretrievable commitment of resources. These areas would revegetate with grasses, forbs and shrubs within a few years. With respect to timber resources, depending on the pre-disturbance seral-stage, it could be several decades until reclaimed areas reach their pre-disturbance character, but again, the commitment is not irreversible. In terms of wildlife habitat, vegetation removal results in lost habitat productivity for species dependent on the seral-stage removed. This is a temporary loss until vegetation regrows back to the original seral stage.

- Increased sedimentation from road and well pad construction represents a temporary loss of productivity to aquatic habitats, which are irretrievable. It is not irreversible because spring flushing flows will generally restore aquatic habitat productivity to baseline levels.

Air Quality, Climate Change-The release of greenhouse gases under a future mining scenario would contribute to increased atmospheric concentrations of GHGs. Atmospheric cycling of greenhouse gases would make the gases themselves irretrievable, but certain climate impacts maybe either irreversible or irretrievable. Each of the alternatives would contribute incrementally to climate change, although we are unable to effectively compare effects of alternatives due to the small increments of GHG's relative to the scales at which climate change is observed, and measured.

## 3.25 Cumulative Effects

All cumulative effects are addressed specific to each resource area in Chapter 3.

## 3.26 Other Required Disclosures

NEPA at 40 CFR 1502.25(a) directs "to the fullest extent possible, agencies shall prepare draft environmental...statements concurrently with and integrated with ...other environmental review laws and executive orders."

- Consultation with State Historical Preservation Office was not required at this time due to surveys reporting no heritage resources.

- U.S. Fish and Wildlife Service was consulted in accordance with the ESA implementing regulations for projects with threatened or endangered species.

- DRMS is concurrently working with MCC on permitting requirements that tie to this analysis.

BLM_0050640

# Chapter 4. Consultation and Coordination

## 4.1 Preparers and Contributors

The Forest Service consulted the following individuals, Federal, State, and local agencies, tribes and non-Forest Service persons during the development of this EIS:

### 4.1.1    ID Team Members

Ryan Taylor, Former District Minerals Specialist (physical resource sections, coal program expertise)

Sally Crum/Liz Lane/Catie Freels, Retired/Former/Current Zone Archaeologists (cultural resources)

Dennis Garrison, District Wildlife Biologist (wildlife)

Clay Speas, Forest Review Biologist (wildlife)

Matt Dare, Forest Fisheries Biologist (fish)

Dave Bradford, Retired District Range Conservationist (range and plants)

Jesse Schroeder, Rangeland Management Specialist (plants)

Christie LaDue, Timber Forester (timber)

Debbie Miller/Jeff Sorkin, Former Regional Air Quality Program (air quality analysis)

Chad Meister, Air Quality Specialist, BLM State Office (air quality analysis)

Jessica Montag (socio-economic, BLM and FS Regional)

Martin Hensley, Economist, BLM State Office (socio-economic additions for local area and greater North Fork)

Kawa Ng, Regional Economist (socio-economics)

Christina Reed, Formerly Colorado State Office BLM/WO BLM

Charlie Beecham, Retired, Colorado State Office BLM

Doug Siple, Colorado State Office BLM

Rebecca Backlund, Colorado State Office BLM

Stacy Beck, Acting Chief, Brand of Solid Minerals, Colorado State Office BLM

Theresa Pfifer, Lands & Minerals Supervisor, Uncompahgre Field Office BLM (document review)

Bruce Krickbaum, Planning & Environmental Coordinator Uncompahgre Field Office BLM (document review)

Gina Jones, Planning & Environmental Coordinator Southwest District BLM (document review)

BLM_0050641

Dan Gray, District Natural Resource Specialist (roadless research and field review, field reviews with MCC, archaeology, GIS)

Niccole Mortenson, Forest NEPA Project Specialist (writer/editor, team lead)

Desty Dyer,  Mining Engineer, Uncompahgre Field Office BLM (Mining expertise and GER/MER)

Carl Johnston (Retired) /Foster Kirby/Nicole Caveny/ Grechan Pinkham, OSMRE Natural Resource Specialist (NEPA review for OSMRE)

Levi Broyles, District Ranger (Recommending Officer, Reviewer)

Barbara Sharrow/Greg Larson, Former/Current Field Office Manager (recommending officer, reviewer)

Jim Stark, DRMS (state permitting, inter-agency coordination)

## 4.1.2    Contributors (in no particular order)

Liane Mattson, MGM Solid Leaseable Minerals Program Manager (technical advisor)

Dale Harber, Region 4 Minerals Liaison (technical advisor, appeal review team on EA, RFMP)

Barry Burkhardt, Retired Assistant Director Minerals and Geology (technical advisor/high level coordinator)

Cameo Flood, TetraTech (BLM Exploration EA)

Teresa Pfifer, Lands and Minerals Staff Officer, BLM Uncompahgre Field Office (reviewer)

Angela Glenn/Megan Stouffer Chief, Branch of Planning and Assessment BLM State Office (coordination)

Gina Jones, NEPA, BLM Field Office (reviewer)

Albert Borkowski, District Special Uses Program Manager (recreation impacts)

Charlie Beecham, Former Chief- Branch of Solid Minerals, BLM State Office (technical advisor)

Matt McColm, Mining Engineer, BLM State Office (technical advisor)

Angela Zahniser/Scott Archer, Air Quality Specialists, BLM State Office (air review)

Ken Tu, Regional Environmental Coordinator (roadless consultations, roadless analysis, reviewer)

Chris Wherli, Regional Environmental Coordinator (roadless consultations)

Trey Schillie, Regional Policy Analyst (roadless consultations, roadless analysis, reviewer)

Julie Schaefers, Regional Sociologist (roadless analysis)

Matthew Judd, WO/NFS/EMC - NEPA Services Group (reviewer, NEPA contacts/databases)

John Rupe, Regional Planner (appeal processes during EA)

Tom McClure, Acting Regional Director Physical Resources (inter-agency coordination and review)

BLM_0050642

Glenn Casamassa, Forest Supervisor Arapaho and Roosevelt National Forests (appeal recommending officer reversing decision on EA)

Charles Richmond, former GMUG Forest Supervisor (issued decision on EA)

Sharon Friedman/Kathy Kurtz, Regional Director/Acting Director Strategic Planning (review, roadless consultation)

Brian Ferabee, Regional Forester (high-level agency coordination and coordination with West Elk Mine Officials)

Bob Postle, Manager Program Support Division, OSMRE (inter-agency coordination)

Lee Ann Loupe, GMUG External Affairs Officer (Congressional liaison, media contact, FOIA coordination)

Dana Allen, NEPA, EPA (inter-agency coordination, review)

Kate Fay, Senior Advisor Energy & Climate, EPA (inter-agency coordination)

Steve Odendahl, EPA (inter-agency coordination)

Suzanne Bohan, NEPA, EPA (inter-agency coordination)

Carl Daley, EPA (review)

Deborah Lebow Aal, Air Specialist, EPA

Christopher Razzaziau, EPA (inter-agency coordination)

Amy Platt, Environmental Scientist, EPA (review)

Leigh Espy, BLM State Office (inter-agency coordination, review)

Mike King, Colorado Department of Natural Resources (inter-agency coordination, roadless)

Sherry Hazelhurst, Acting Forest Supervisor

Lori Armstrong, SW District Manager BLM

Joe Carbone, Washington Office, Assistant Director Ecosystem Management Coordination NEPA (Notice of Intent)

Marge Gallegos, Regional FOIA/Public Affairs Officer (FOIA coordination on EA)

Helen Hankins/Ruth Welch, Former/Current State Director BLM (inter-agency coordination)

Faye Kruger, Former Associate Deputy Chief (WO/Secretary's Office coordination, roadless)

Tom Condos, Former Forest Engineering and Minerals Staff Officer

Loretta Pineda, DRMS (state permitting, inter-agency coordination)

Dan Hernandez, DRMS (state permitting, inter-agency coordination)

Jim Stark, DRMS (state permitting, inter-agency coordination)

BLM_0050643

Will Allison/Martha Rudolph, CDPHE (applicability of Tailoring Rule)

## 4.1.3    Federal, State, and Local Agencies Consulted

BLM- Uncompahgre Field Office and Colorado State Office

OSMRE

USFWS

Colorado Parks and Wildlife

Colorado Division of Reclamation, Mining and Safety (DRMS)

Colorado Department of Natural Resources

Colorado Department of Public Health and Environment (CDPHE)

US EPA, Region 8

Mine Safety and Health Administration

USFS Region 2

USFS Washington Office

## 4.1.4    Tribes

Federally recognized Native American tribes have a unique legal and political relationship with the government of the United States. Executive Order (EO) 13175 requires Federal agencies to coordinate and consult on a government-to-government basis with sovereign Native American tribal governments whose interests may be directly and substantially affected by activities on federally administered lands. Other laws, rules, regulations, policies, standards, and guidelines require consultation with Native American tribes in order to identify cultural values, religious beliefs, traditional practices, and legal rights that could be affected by BLM actions on public lands. These include the National Historic Preservation Act of 1966 (NHPA), the American Indian Religious Freedom Act of 1978 (AIRFA), the Native American Graves Protection and Repatriation Act of 1990 (NAGPRA), DOI Secretarial Order No. 3215 (DOI 2000), 512 Department Manual Chapter 2 (DOI 1995), BLM Manual H-8160-1, Native American Coordination and Consultation (BLM 1994), and EO 13007, Indian Sacred sites.

Consultation with Native American tribes is also part of the scoping process required by the NEPA, as well as a requirement of the FLPMA. Tribal consultation regarding this EA/EIS was conducted by the USFS, GMUG National Forests. The following Native American Tribes were consulted:

Ute Mountain Utes

Southern Utes

(Northern) Utes

## 4.1.5    Others

Mountain Coal Company

BLM_0050644

Arch Coal

Mount Gunnison Fuel Company

## 4.2 Distribution of the FEIS/SEIS

A weblink to the FEIS will distributed to same 24,000+ individuals listed in Section 1.4 who specifically requested a copy of the document and those who submitted substantive comments during scoping or commented on the DEIS; hardcopies or CDs were sent to required agencies and those who requested them. Mailing list has been updated since the NOI was distributed due to returned mail for invalid addresses or no forwarding information.  The document is posted to the Forest's webpage.

SDEIS link will be sent to respondents who submitted individual comments as well as being posted to the Forest's webpage

BLM_0050645

(Intentionally left blank)

BLM_0050646

# Index

43 CFR 3432, 2, 3, 6, 11, 550, 551, 702

43 CFR 3461, 2, 12, 13, 14, 262, 287, 536, 537, 550, 647, 745

access roads, 26, 48, 90, 174, 191, 221, 222

affected environment, 1, 75, 93, 130, 135, 143, 152, 168, 187, 196, 197, 199, 201, 204, 205, 207, 208, 210, 211, 213, 214, 215, 216, 219, 222, 224, 226, 229, 233, 244, 252, 262, 267, 271, 756

air quality, 16, 56, 66, 83, 93, 96, 97, 99, 100, 139, 140, 142, 289, 290, 291, 302, 597, 604, 606, 611, 613, 620, 622, 624, 861

American marten, 69, 195, 197, 198, 199, 218, 219

American three-toed woodpecker, 69, 196, 207, 208

best management practice, 67, 70, 164

big game, iv, 28, 71, 82, 181, 236, 865

boreal owl, 69, 195, 205, 544

breeding bird, iv, 29, 70, 202, 204, 206, 208, 213, 223, 225, 227, 228, 544

Canada lynx, iv, 17, 26, 62, 68, 184, 185, 186, 187, 189, 193, 198, 249, 308, 309, 540, 541, 542, 547, 750, 757, 760, 836, 837, 843, 844, 846, 849, 865, 901, 928

cattle guards, 70, 230

climate change, iv, 18, 55, 56, 63, 66, 93, 98, 104, 105, 111, 113, 122, 124, 125, 126, 151, 164, 165, 166, 167, 170, 174, 181, 182, 183, 191, 193, 197, 217, 218, 228, 232, 233, 238, 243, 261, 286, 287, 289, 302, 303, 304, 305, 306, 307, 613, 626, 627, 643, 682, 690, 693, 698, 718, 742, 750, 772, 773, 774, 778, 784, 795, 796, 797, 798, 799, 801, 802, 803, 807, 808, 810, 814, 815, 816, 817, 818, 819, 829, 831, 833, 857, 868, 869, 878, 879, 900, 902, 903, 906, 908, 918, 924, 926, 928, 929, 931, 932, 933, 934, 935, 937, 939

coal, 949

Colorado tansy aster, 69

cracks, 67, 71, 76, 83, 87, 132, 133, 134, 135, 140, 142, 146, 151, 153, 157, 161, 229, 231, 236, 237, 238, 242, 243, 288, 546

cultural resource inventory, 23

cultural resources, 17, 23, 72, 262, 290, 632, 698, 778, 779, 794

depletion, 28, 29, 68, 69, 115, 158, 159, 162, 163, 168, 212, 542, 849, 851, 853

Direct effects, 75, 634

Energy Policy Act of 2005, 2, 6, 9, 12, 550, 702, 819, 856, 949

Environmental Assessment, iii, iv, v, xxi, 1, 14, 304, 311, 664, 678, 880

federal coal lease, i, iii, 1, 2, 3, 6, 7, 21, 39, 75, 164, 274, 275, 536, 550, 551, 650, 660, 765, 864

Federal Coal Leasing Amendments Act of 1976, 2, 7, 9, 11, 537, 550, 551, 949

Federal Land Policy and Management Act of 1976, 7, 93, 538, 549, 550, 551

flammulated owl, 69, 195, 208, 209, 213, 226, 545

Forest Plan, 9, 12, 14, 18, 20, 25, 26, 27, 35, 61, 62, 63, 64, 69, 82, 130, 135, 143, 146, 151, 157, 160, 162, 168, 184, 187, 189, 193, 197, 199, 202, 203, 218, 219, 222, 224, 226, 228, 233, 239, 243, 246, 261, 262, 263, 271, 287, 537, 542, 555, 604, 606, 646, 647, 682, 712, 713, 721, 745, 760, 769, 829, 830, 832, 833, 835, 843, 874, 876, 878, 879, 884, 908, 911, 930

BLM_0050647

geologic hazard, 30, 64, 67, 136, 139, 141, 146, 664, 876

geology, 30, 61, 64, 67, 135, 139, 141, 143, 288, 291, 303, 629, 664, 692, 776, 784, 865, 897

Geophysical Exploration, 76

Grand Mesa, Uncompahgre and Gunnison National Forests, 1, iii, iv, v, xxi, 2, 3, 6, 7, 9, 12, 14, 21, 26, 34, 47, 61, 62, 63, 82, 83, 126, 130, 139, 143, 146, 158, 160, 162, 166, 168, 183, 184, 187, 189, 191, 196, 197, 199, 201, 203, 204, 208, 218, 219, 220, 223, 224, 241, 243, 244, 261, 262, 287, 292, 293, 309, 536, 537, 539, 540, 542, 547, 604, 606, 632, 646, 647, 682, 695, 708, 713, 721, 745, 750, 756, 760, 769, 772, 773, 784, 797, 802, 807, 818, 819, 825, 829, 833, 836, 837, 843, 847, 849, 853, 858, 874, 876, 878, 879, 880, 884, 899, 911, 942

grazing, 12, 20, 21, 70, 82, 181, 192, 193, 199, 212, 216, 222, 229, 230, 231, 232, 249, 250, 252, 288, 537, 703, 757, 874

greenhouse gases, 66, 93, 98, 302, 796

groundwater, 67, 127, 152, 155, 156, 157, 158, 159, 160, 161, 162, 163, 164, 165, 167

Gunnison County, 1, i, iii, 3, 21, 46, 93, 105, 242, 244, 272, 315, 316, 591, 597, 618, 619, 620, 622, 645, 756, 829, 880, 923

health, xxi, 13, 14, 33, 36, 37, 62, 85, 93, 94, 95, 96, 97, 98, 102, 111, 112, 126, 140, 141, 167, 204, 231, 271, 273, 286, 287, 293, 610, 615, 618, 619, 622, 652, 669, 680, 682, 698, 778, 784, 795, 802, 803, 816, 817, 821, 861, 869, 898, 906, 911, 913, 914, 921, 926, 927, 929, 930, 932, 935, 940, 941

hydrology, 30, 67, 86, 87, 152, 157, 161, 166, 167, 171, 546, 865

indirect effects, 75, 195, 217, 837

issues, iv, 1, 12, 15, 16, 18, 20, 53, 101, 109, 167, 219, 243, 652, 654, 678, 704, 778, 782, 784, 794, 797, 829, 833, 864, 865, 874, 884, 891, 894, 899, 932, 937

landslide, 87, 126, 130, 132, 133, 134, 135, 136, 137, 139, 140, 141, 142, 143, 146, 151, 156, 157, 158, 160, 161, 162, 175, 189, 288, 682, 757

livestock grazing, 12, 155, 230, 261

Management Indicator Species, 69, 197, 218, 289, 308, 311, 756, 757

MCC, iii, xxi, 2, 6, 7, 11, 12, 13, 20, 21, 41, 45, 46, 51, 53, 54, 55, 56, 57, 58, 61, 64, 76, 78, 80, 82, 83, 111, 132, 134, 135, 137, 139, 140, 141, 152, 153, 155, 231, 241, 242, 243, 245, 285, 289, 291, 311, 536, 552, 567, 591, 595, 613, 614, 632, 634, 638, 642, 643, 644, 651, 657, 658, 659, 667, 669, 678, 680, 686, 693, 695, 696, 698, 702, 704, 705, 707, 708, 709, 710, 712, 713, 716, 721, 756, 760, 768, 770, 774, 778, 779, 784, 785, 791, 798, 802, 824, 837, 847, 853, 884, 886, 891, 912

MDW, xxi, 4, 21, 39, 44, 52, 53, 54, 57, 58, 59, 60, 61, 62, 64, 66, 68, 76, 77, 78, 79, 80, 83, 85, 86, 90, 91, 98, 102, 107, 108, 111, 112, 132, 133, 134, 135, 142, 146, 149, 151, 157, 160, 161, 164, 171, 172, 174, 175, 178, 181, 185, 190, 192, 193, 217, 220, 231, 232, 236, 238, 242, 243, 245, 253, 254, 255, 256, 257, 258, 259, 260, 541, 593, 632, 634, 647, 664, 665, 667, 669, 677, 686, 693, 695, 698, 705, 710, 711, 713, 716, 718, 721, 743, 745, 749, 750, 757, 758, 770, 774, 778, 784, 816, 824, 826, 832, 836, 837, 838, 843, 844, 845, 846, 848, 849, 853, 854, 855, 856, 861, 867, 868, 876, 878, 884, 886, 899, 900, 901, 904, 924, 928, 942

Mesa Verde Formation, 46, 136

methane, iv, 3, 17, 18, 21, 35, 36, 37, 38, 39, 44, 46, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 76, 78, 80, 83, 85, 98, 102, 103, 104, 105, 107, 108, 139, 140, 141, 142, 146, 149, 151, 157, 161, 164, 210, 233, 236, 237, 238, 241, 242, 245, 254, 257, 261, 550, 552, 593, 595, 597, 612, 614, 615, 618, 619, 638, 642, 645, 652, 653, 654, 662, 664, 665, 667, 669, 677, 678, 680, 682, 686, 690, 692, 693, 695, 696, 698, 704, 705, 708, 712, 713, 717, 718, 721, 742, 750, 757, 758, 761, 768, 771, 772, 773, 774, 775, 776, 778, 782, 783, 784, 790, 797,

BLM_0050648

802, 803, 807, 808, 814, 816, 829, 831, 833, 835, 837, 849, 853, 861, 865, 867, 868, 869, 871, 874, 884, 889, 890, 891, 894, 896, 897, 900, 902, 903, 910, 922, 924, 925, 926, 931, 935, 936, 937, 940

methane drainage wells, 39, 53, 57, 76, 78, 80, 83, 85, 98, 102, 164, 245, 261, 550, 595, 597, 615, 618, 669, 686, 708, 712, 718, 721, 750, 758, 771, 774, 849, 853, 861, 884, 936

migratory bird species, 25, 226, 227, 544, 545

migratory birds, 70, 227, 228

Migratory Birds, 70, 226

Mineral Leasing Act of 1920, 2, 9, 11, 549, 550, 551, 949

Mountain Coal Company, iii, xxi, 2, 56, 58, 293, 303, 304, 312, 316, 597, 620, 651, 656, 667, 677, 693, 696, 820, 919

NEPA, i, xxi, 1, 2, 4, 7, 9, 18, 61, 62, 64, 83, 84, 99, 122, 168, 170, 191, 192, 194, 219, 263, 287, 288, 289, 291, 292, 293, 549, 550, 551, 552, 597, 603, 606, 611, 614, 630, 631, 632, 634, 638, 664, 665, 682, 686, 690, 693, 696, 698, 702, 703, 705, 707, 708, 709, 712, 721, 758, 760, 766, 767, 768, 772, 774, 776, 778, 779, 784, 791, 794, 796, 801, 803, 808, 814, 829, 835, 858, 860, 861, 865, 868, 869, 870, 874, 880, 891, 899, 933, 942

northern goshawk, 69, 195, 201, 202, 218

northern leopard frog, 69, 195, 211, 212

Notice of Opportunity to Comment, 14

NSO, xxi, 61, 62, 63, 64, 664, 705, 708, 712, 760, 876, 878

Office of Surface Mining Reclamation and Enforcement, 1, i, iii, xxi, 1, 10, 538, 546, 551

oil and gas, 52, 67, 83, 84, 102, 106, 113, 114, 116, 117, 118, 139, 140, 142, 245, 289, 622, 631, 664, 669, 698, 721, 774, 776, 778, 782, 784, 808, 833, 876, 880, 891, 906, 922, 924, 931, 937, 941

olive-sided flycatcher, 69, 195, 205, 206, 207, 544

OSMRE, iii, xxi, 1, 4, 7, 10, 11, 12, 51, 55, 61, 143, 146, 157, 162, 291, 292, 293, 549, 551, 552

overburden, 53, 86, 93, 132, 133, 134, 139, 140, 141, 142, 146, 153, 158, 159, 162, 163

Physiographic, 66, 130, 288, 544

post-lease, 68, 70, 71, 135, 142, 146, 149, 151, 157, 161, 162, 164, 236, 238

post-lease development, 70, 71, 238

proposed action, i, iii, iv, 1, 6, 7, 9, 13, 14, 15, 16, 18, 20, 21, 24, 39, 41, 47, 51, 61, 64, 84, 90, 91, 92, 94, 97, 111, 122, 130, 132, 139, 141, 146, 156, 174, 189, 190, 194, 195, 198, 200, 202, 204, 205, 206, 207, 208, 209, 210, 211, 212, 213, 214, 215, 216, 217, 218, 220, 223, 224, 225, 226, 227, 228, 231, 232, 236, 242, 253, 263, 269, 544, 545, 606, 614, 627, 630, 634, 643, 647, 682, 686, 690, 698, 705, 707, 709, 721, 750, 758, 767, 768, 774, 778, 782, 791, 803, 808, 834, 837, 851, 853, 861, 864, 868, 869, 874, 878, 880, 884, 889, 894, 896, 904, 907, 908, 918

proposed modifications, 21, 76, 82, 111, 112, 132, 134, 288, 643, 705, 718

purple martin, 69, 195, 213, 214, 544

pygmy shrew, 69, 195, 199, 200

Quaternary Deposits, 136

Range, 41, 49, 70, 82, 93, 97, 229, 230, 233, 252, 290, 310, 311, 693, 695, 696, 698, 703, 704, 705, 707, 708, 709, 710, 711, 712, 858, 871

raptor, iv, 27, 64, 202, 203, 209, 228, 249, 254, 257, 544

Reasonably Foreseeable Mine Plan, 21, 39, 84, 85, 90, 91

recreation, 2, 4, 6, 7, 17, 20, 21, 61, 71, 82, 126, 165, 167, 181, 192, 219, 233, 236, 237, 238, 246, 249, 250, 253, 254, 257, 258, 291,

BLM_0050649

537, 718, 719, 721, 742, 745, 768, 769, 797, 821, 829, 831, 847, 853, 856, 857, 858, 860, 887, 900, 901, 902, 903, 908, 910, 912, 913, 923, 924, 927, 928, 930

RFMP, xxi, 4, 21, 39, 47, 61, 62, 84, 85, 90, 91, 139, 146, 158, 190, 227, 231, 238, 262, 288, 289, 291, 541, 634, 646, 647, 713, 745, 784, 856, 858, 868, 878, 905

Riparian, 13, 31, 156, 160, 164, 167, 169, 201

roadless, i, iv, xxi, 3, 4, 16, 18, 20, 32, 39, 40, 47, 53, 58, 59, 61, 63, 66, 71, 82, 84, 90, 91, 232, 243, 244, 245, 249, 252, 253, 254, 257, 262, 553, 595, 627, 630, 652, 653, 654, 656, 657, 658, 661, 693, 705, 707, 709, 710, 711, 712, 713, 716, 717, 718, 719, 720, 721, 741, 742, 743, 760, 761, 765, 766, 768, 769, 772, 782, 784, 790, 791, 795, 797, 803, 807, 808, 814, 815, 817, 820, 829, 835, 836, 837, 843, 844, 854, 857, 858, 860, 861, 864, 867, 868, 869, 870, 874, 879, 880, 884, 886, 889, 891, 894, 896, 897, 899, 900, 901, 902, 903, 904, 906, 907, 910, 912, 919, 923, 924, 929, 930, 931, 932, 934, 935, 936, 939, 940, 942

roadless character, 16, 249, 253, 721

Rocky Mountain thistle, 69, 217, 218

Secretary of Agriculture, 4, 21, 32, 537, 551, 680, 745

Secretary of Interior, 2, 4, 7, 13, 21, 32, 647, 745

sedimentation, 67, 135, 142, 146, 147, 151, 155, 157, 159, 161, 164, 165, 742

sensitive species, 25, 69, 194, 196, 197, 218, 219, 289, 308, 309, 311, 545

socioeconomics, 17, 72, 271, 312

soils, 67, 143, 145, 147, 148, 150, 151, 249, 288, 303, 664, 876

stipulation, i, iii, iv, 2, 3, 4, 7, 9, 10, 12, 13, 14, 16, 21, 22, 28, 35, 39, 44, 45, 55, 57, 58, 59, 61, 62, 63, 64, 67, 70, 72, 75, 132, 133, 135, 139, 140, 141, 142, 146, 147, 156, 158, 159, 160, 162, 163, 169, 174, 175, 189, 190, 191,

195, 198, 200, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 212, 213, 217, 220, 223, 225, 231, 232, 262, 538, 544, 550, 551, 613, 646, 647, 654, 658, 664, 669, 678, 680, 686, 692, 702, 703, 705, 707, 708, 712, 745, 750, 758, 760, 769, 771, 772, 775, 779, 785, 791, 794, 802, 807, 818, 820, 829, 830, 831, 834, 835, 837, 853, 855, 869, 876, 878, 879, 889, 899, 911, 919, 925

subsidence, iv, 16, 17, 18, 31, 32, 39, 61, 66, 67, 68, 70, 71, 72, 75, 84, 86, 87, 93, 132, 133, 134, 135, 139, 140, 141, 142, 146, 149, 151, 152, 153, 156, 157, 158, 159, 160, 161, 162, 163, 164, 171, 174, 175, 178, 189, 190, 191, 198, 200, 230, 231, 232, 236, 237, 242, 243, 254, 258, 261, 262, 288, 303, 304, 312, 536, 546, 550, 634, 708, 742, 750, 757, 832, 836, 837, 843, 844, 845, 846, 849, 854, 900, 901, 904, 924, 928

Sudden Aspen Decline, 68, 171, 174, 186, 196, 225

Surface Mining Control and Reclamation Act of 1977, 2, 11, 143, 537, 538, 546, 549, 551, 647, 745

surface-disturbing activities, 23, 24

Threatened & Endangered species, 25

Threatened & Endangered Species, 68, 184, 289

topographic, 66, 130, 133, 134, 288

topography, 76, 130, 131, 303, 791

Uncompahgre Field Office, 1, i, 1, 3, 9, 14, 116, 290, 291, 293, 302, 316, 536, 618, 619, 833, 835, 880

Upper Cretaceous Mesa Verde Formation, 135, 136

Wasatch Formation, 136, 185, 541

Water, xxii, 28, 31, 45, 46, 67, 68, 105, 124, 144, 145, 152, 153, 154, 156, 158, 159, 160, 162, 167, 168, 169, 181, 192, 193, 212, 229, 275, 304, 312, 537, 542, 546, 547, 750, 802, 818, 849, 853, 854, 865, 880, 904, 941

BLM_0050650

wilderness, 62, 99, 101, 102, 106, 236, 237, 245, 246, 250, 255, 261, 537, 538, 604, 611, 646, 647, 655, 686, 698, 707, 708, 712, 713, 721, 745, 760, 761, 774, 855, 874, 884, 902, 906, 921, 942

wildlife, 13, 17, 28, 31, 45, 62, 82, 166, 181, 182, 189, 192, 193, 194, 196, 197, 218, 230, 231, 232, 238, 243, 290, 307, 308, 309, 316, 537, 545, 547, 661, 662, 698, 717, 719, 721, 742, 745, 749, 757, 758, 760, 768, 778, 782, 791, 797, 803, 817, 821, 826, 829, 836, 843, 845, 846, 847, 849, 854, 856, 857, 858, 860, 865, 874, 878, 880, 884, 889, 898, 900, 901, 904, 905, 907, 908, 910, 912, 923, 924, 925, 926, 927, 928, 930, 939, 940, 942

BLM_0050651

(Intentionally left blank)

BLM_0050652

# References Cited

## Chapter 1

USDA Forest Service, 1991. Amended Land and Resource Management Plan, Grand Mesa, Uncompahgre, and Gunnison National Forests.  Delta, CO

USDI BLM, 1989, Resource Management Plan, Bureau of Land Management Uncompahgre Field Office, 1989 as amended.

## Chapter 2

(Other references are given by web links in the document text)

BLM analysis, 2007

## Chapter 3

(Other references are given by web links in the document text)

USDI BLM, 2008

Nabors Drilling, 2012, Personal Communication with the Paonia Ranger District.

## Air Quality, Greenhouse Gases & Climate Change

CCSP SAP 3.3, 2008, Weather and Climate Extremes in a Changing Climate, **SYNTHESIS AND ASSESSMENT PRODUCT 3.3,** HTTP://WWW.CLIMATESCIENCE.GOV/LIBRARY/SAP/SAP3-3/DEFAULT.PHP

Corner, A., Lewandowsky, S., Phillips, M. and Roberts, O. (2015). The uncertainty handbook-A practical guide for climate change communicators. Bristol: University of Bristol.

Dietz, T. (2013).  Bringing values and deliberation to science communication. Proceedings of the National Academy of Sciences (PNAS) 110(3): 14081-14087.

Environmental Protection Agency (EPA). 2010. Guidelines for preparing economic analyses. Updated May 2014.

EPA December 2010, Coal Mine Methane Country Profiles

Etkin, D. and Ho, E. (2007). Climate change: Perceptions and discourses of risk.  Journal of Risk Research 10(5): 623-641.

Field, B.C. (2008). Natural resource economics: An introduction, second edition: Illinois, Waveland Press, Inc.

Interagency Working Group (IWG) on Social Cost of Carbon. (2010). Technical support document: Technical update of the social cost of carbon for Regulatory Impact Analysis under Executive Order 12866. Interagency Working Group on Social Cost of Carbon, with participation by Council of Economic Advisers, Council on Environmental Quality, Department of Agriculture, Department of Commerce, Department of Energy, Department of Transportation, Environmental Protection Agency, National Economic Council, Office of Energy and Climate Change, Office of Management and Budget, Office of Science and Technology Policy, and Department of Treasury.

BLM_0050653

IPCC AR4 WGI, 2007, **IPCC Fourth Assessment Report: Climate Change 2007,** Working Group I Report The Physical Science Basis, found at:http://www.ipcc.ch/publications_and_data/ar4/wg1/en/contents.html

Kotchen, M.J. (2011). Cost-benefit analysis. Chapter in: Encyclopedia of climate and weather, Second edition. Schneider, S.H., editor-in-chief. New York, Oxford University Press: pp 312-315.

National Research Council. (2009a). Informing decisions in a changing climate: Washington D.C.., The National Academies Press.

National Research Council. (2009b). Hidden costs of energy: Unpriced consequences of energy production and use: Washington D.C.., The National Academies Press.

National Research Council. (2010). Informing an effective response to climate change: Washington D.C.., The National Academies Press.

National Research Council. (2017). Valuing climate damages: Updating estimation of the social cost of carbon dioxide: Washington D.C.., The National Academies Press.

U.S. Office of Management and Budget (OMB). (2003). Circular A-4, released September 17, 2003.

Watson, P., Wilson, J., Thilmany, D., and Winter, S. (2007). Determining economic contributions and impacts: What is the difference and why do we care? The Journal of Regional Analysis and Policy 37(2):140–146.

http://www.globalmethane.org/documents/toolsres_coal_overviewfull.pdf

"The most recent data available  online (2005) suggests Colorado imports only 1-3% of its total electricity demand on an annual basis."

http://www.eia.gov/electricity/state/archive/062905.pdf

In rail discussion, following reference:

(see Control of Emissions of Air Pollution from Locomotives and Marine Compression-Ignition Engines Less Than 30 Liters per Cylinder, published May 6, 2008 and republished June 30, 2008)

http://www.epa.gov/oms/regs/nonroad/420f08004.pdf

Draft US Greenhouse Gas  Inventory Report (2012)

http://www.epa.gov/climatechange/Downloads/ghgemissions/US-GHG-Inventory-2012-Main-Text.pdf

## Topography, Geology, Watershed, Soils

Agapito and Associates, Inc. 2005. Dry Fork Federal Coal Lease by Application Subsidence Evaluation.

Cryer, D.H., Hughes, T.J. 1997. Soil Survey of Grand Mesa – West Elk Area, Colorado. Parts of Delta,

HydroGeo. 2003. West Elk Mine 2002 Annual Hydrology Report, HydroGeo, Inc. report for Mountain Coal Company, April.

BLM_0050654

HydroGeo. 2009. West Elk Mine 2009 Annual Hydrology Report, HydroGeo, Inc. report for Mountain Coal Company.

Koontz, W. 2003. West Elk Mine Geologist, Mountain Coal Company Personal Communication with Liane Mattson, USDA Forest Service, November 2003.

WWE. 2010, Subsidence and Geologic Field Observations, Wright Water Engineers, Report to Mountain Coal Company.

USDA Forest Service. 2003. Environmental Assessment: West Flatiron Federal Coal Lease-By-Application Tract, COC-67011. USDA Forest Service, Grand Mesa, Uncompahgre and Gunnison National Forest. Pp. 3-16.

USDA FS. 2004. Sylvester Gulch Road Construction/Box Canyon Coal Methane Drainage Wells/Box Canyon Shallow Seismic Reflection Survey Environmental Assessment. Grand Mesa, Uncompahgre, and Gunnison National Forests. January 2004.

## Vegetation

Abatzogloua, John T. and Williams, A. Park 2016. Impact of anthropogenic climate change on wildfire across western US forests. Department of Geography, University of Idaho, Moscow, ID 83844; and Lamont–Doherty Earth Observatory, Columbia University, Palisades, NY 10964. Edited by Monica G. Turner, University of Wisconsin–Madison, Madison, WI, and approved July 28, 2016 (received for review May 5, 2016)

Allen, C.D. 2007. Interactions across spatial scales among forest dieback, fire, and erosion in northern New Mexico. Ecosystems 10: 797-808.

Jennifer K. Balcha,et al. 2016. Human-started wildfires expand the fire niche across the United States. Earth Lab, University of Colorado, Boulder, CO 80309; Department of Geography, University of Colorado, Boulder, CO 80309; Department of Environmental Conservation, University of Massachusetts, Amherst, MA 01003; Organismic and Evolutionary Biology Program, University of Massachusetts, Amherst, MA 01003; and eDepartment of Geography, University of Idaho, Moscow, ID 83844

Edited by Gregory P. Asner, Carnegie Institution for Science, Stanford, CA, and approved January 6, 2017 (received for review October 20, 2016)

Barton, A. M. 2002. Intense wildfire in southeastern Arizona: transformation of a Madrean oak-pine forest to oak woodland. Forest Ecology and Management 165: 205-212.

Boisvenue, C. and S.W. Running. 2010. Simulations show decreasing carbon stocks and potential for carbon emissions in Rocky Mountain forests over the next century. Ecological Applications 20(5): 13-2-1319.

Breashears, D.D., and C.D. Allen. 2002. The importance of rapid, disturbance-induced losses in carbon management and sequestration. Global Ecology and Biogeography 11:1-5.

Conant, R.T., K. Paustian, F. García-Oliva, H.H. Janzen, V.J. Jaramillo, D.E. Johnson, S.N. Kulshreshtha. 2007. Chapter 10 Agricultural and Grazing Lands. In: CCSP, 2007. The First State of the Carbon Cycle Report (SOCCR): The North American Carbon Budget and Implications for the Global Carbon Cycle. A Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research [King, A.W., L. Dilling, G.P. Zimmerman, D.M. Fairman, R.A. Houghton,

BLM_0050655

G. Marland, A.Z. Rose, and T.J. Wilbanks (eds.)]. National Oceanic and Atmospheric Administration, National Climatic Data Center, Asheville, NC, USA, 242 pp. http://www.globalchange.gov/publications/reports/scientific-assessments/saps/sap2-2

Dale, V.H, L.A. Joyce, S. McNulty, R.P. Neilson, M.P. Ayres, M.D. Flannigan, P.J. Hanson, L.C. Irland, A.E. Lugo, C.J. Peterson, D. Simberloff, F.J. Swanson, B.J. Stocks, and B.M. Wotton. 2001. Climate change and forest disturbances. BioScience 51:723–734.

Denman, K.L., G. Brasseur, A. Chidthaisong, P. Ciais, P.M. Cox, R.E. Dickinson, D. Hauglustaine, C. Heinze, E. Holland, D. Jacob, U. Lohmann, S. Ramachandran, P.L. da Silva Dias, S.C. Wofsy and X. Zhang. 2007. Couplings Between Changes in the Climate System and Biogeochemistry. In: Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M.Tignor and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Depro, B.M., B.C. Murray, R.J. Alig, and A. Shanks. 2008. Public land, timber harvests, and climate mitigation: Quantifying carbon sequestration potential on U.S. public timberlands. Forest Ecology and Management 255 (2008) 1122–1134.

Finkral, A.J. and A.M. Evans. 2008. Effects of a thinning treatment on carbon stocks in a northern Arizona ponderosa pine forest. Forest Ecology and Management 255: 2743-2750.

Funk, J., S. Saunders, T. Sanford, T. Easley, and A. Markham. 2014. Rocky Mountain forests at risk: Confronting climate-driven impacts from insects, wildfires, heat, and drought. Report from the Union of Concerned Scientists and the Rocky Mountain Climate Organization. Cambridge, MA: Union of Concerned Scientists. pp. 38-40.

Galik, C.S. and R.B. Jackson. 2009. Risks to forest carbon offset projects in a changing climate. Forest Ecology and Management 257 (2009) 2209–2216.

Gan, J. and B.A. McCarl. 2007. Measuring transnational leakage of forest conservation, Ecological Economics 64 (2007), pp. 423–432.

Gordon E., Ojima D. 2014. Colorado Climate Change Vulnerability Study. Western Water Assessment, University of Colorado, and Colorado State Univeristy.

Harmon, Mark E. 2009. Testimony before the Subcommittee on National Parks, Forests, and Public Lands of the Committee of Natural Resources for an oversight hearing on "The Role of Federal Lands in Combating Climate Change", March 3, 2009. Includes attachments.

Heath, L.S., J.E. Smith, C.W. Woodall, D.L. Azuma, and K.L. Waddell. 2011. Carbon stocks on forestland of the United States, with emphasis on USDA Forest Service ownership. Ecosphere 2(1):art6 doi:10.1890/ES10-00126.

Hicke, Jeffery A., Craig D. Allen, Ankur R. Desai, Michael C. Dietze, Ronald J. Hall, Edward H (Ted) Hogg, Daniel M. Kashiam, David Moore, Kenneth F. Raffa, Rona N. Sturrock, and James Vogelmann. 2012. Effects of biotic disturbances on forest carbon cycling in the United States and Canada. Global Change Biology (2012) 18, 7-34, doi: 10.1111/j.1365-2496.2011.02543x

Houghton, R.A. 2003. Revised estimates of the annual net flux of carbon to the atmosphere from changes in land use and land management 1850-2000. Tellus B: 378-390.

BLM_0050656

Houghton, R.A.  2005.  Aboveground forest biomass and the global carbon balance.  Global Change Biology 11: 945-958.

IPCC.  2007.  Climate Change 2007: Synthesis Report. Contribution of Working Groups I, II and III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Core Writing Team, Pachauri, R.K and Reisinger, A. (eds.)]. IPCC, Geneva, Switzerland, 104 pp.

Joyce, L.A., G.M. Blate, J.S. Littell, S.G. McNulty, C.I. Millar, S.C. Moser, R.P. Neilson, K. O'Halloran, and D.L. Peterson.  2008.  National Forests. In: Preliminary review of adaptation options for climate-sensitive ecosystems and resources. A Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research [Julius, S.H., J.M. West (eds.), J.S. Baron, B. Griffith, L.A. Joyce, P. Kareiva, B.D. Keller, M.A. Palmer, C.H. Peterson, and J.M. Scott (Authors)]. U.S. Environmental Protection Agency, Washington, DC, USA, pp. 3-1 to 3-127.  Available online at: http://downloads.climatescience.gov/sap/sap4-4/sap4-4-final-report-Ch3-Forests.pdf

Kashian, D.M., W.H. Romme, D.B. Tinker, M.G. Turner, and M.G. Ryan.  2006.  Carbon storage on landscapes with stand-replacing fires.  BioScience 56: 598-606.

Kurz, W.A., C.C. Dymond, G. Stinson, G.J. Rampley, E.T. Neilson, A.L. Carroll, T. Ebata, and L. Safranyik.  2008a.  Mountain pine beetle and forest carbon feedback to climate change.  Nature 452: 987-990.

Kurz, W.A., G. Stinson, G.J. Rampley, C.C. Dymond, and E.T. Neilson.  2008b.  Risk of natural disturbances makes future contributions of Canada's forest to the global carbon cycle highly uncertain.  Proceedings of the National Academy of Sciences of the United States of America 105: 1551-1555.

Littell, J.S., D. McKenzie, D.L. Peterson, and A.L. Westerling.  2009.  Climate and wildfire area burned in western U.S. ecoprovinces, 1916-2003.  Ecological Applications 19: 1003-1021.

McKinley, D.C., M.G. Ryan, R.A. Birdsey, C.P. Giardina, M.E. Harmon, L.S. Heath, R.A. Houghton, R.B. Jackson, J.F. Morrison, B.C. Murray, D.E. Pataki, and K.E. Skog.  2011.  A synthesis of current knowledge on forests and carbon storage in the United States. In press. Ecological Applications.

Millar, Constance I., Nathan L. Stephenson, and Scott L. Stephens.  2007.  Climate Change and Forests of the Future:  Managing in the Face of Uncertainty.  Ecological Applications: Vol. 17, No. 8, pp. 2145-2151.

Mitchell , S.R., M.E. Harmon, and K.E.B. O'Connell.  2009.  Forest fuel reduction alters fire severity and long-term carbon storage in three Pacific Northwest ecosystems.  Ecological Applications 19: 643-655.

Murray, B.C.  2008.  Leakage from an avoided deforestation compensation policy: Concepts, empirical evidence, and corrective policy options. Nicholas Institute for Environmental Policy Solutions, Duke University, Durham, NC. 32p.

North, M., M. Hurteau, and J. Innes.  2009.  Fire suppression and fuels treatment effects on mixed-conifer carbon stocks and emissions. Ecological Applications, 19(6), 2009, pp. 1385–1396.

Pregitzer, K.S. and E.S. Euskirchen.  2004.  Carbon cycling and storage in world forests: biome patterns related to forest age.  Global Change Biology 10: 2052-2077.  Available online at: http://www3.interscience.wiley.com/cgi-bin/fulltext/118805398/PDFSTART

BLM_0050657

Reinhardt, E. and L. Holsinger. 2010. Effects of fuel treatments on carbon-disturbance relationships in forests of the northern Rocky Mountains. Forest Ecol. Manage. (2010), doi:10.1016/j.foreco.2010.01.015.

Running, S.W. 2006. Is global warming causing more, larger wildfires? Science 313: 927-928.

Ryan, M.G., D.M. Kashian, E.A.H. Smithwick, W.H. Romme, M.G. Turner, and D.B. Tinker. 2008a. Joint Fire Science Program Project Number: 03-1-1-06. Final Report on Carbon cycling at the landscape scale: the effect of changes in climate and fire frequency on age distribution, stand structure, and net ecosystem production. Unpublished report for BLM Agreement/Task Order Number: 1422RAH03-0041 available online at: http://www.firescience.gov/projects/03-1-1-06/project/03-1-1-06_03-1-1-06_final_report.pdf

Ryan, M.G., S.R. Archer, R. Birdsey, C. Dahm, L. Heath, J. Hicke, D. Hollinger, T. Huxman, G. Okin, R. Oren, J. Randerson, and W. Schlesinger. 2008b. Land Resources. In: The effects of climate change on agriculture, land resources, water resources, and biodiversity in the United States. A Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research. Washington, DC., USA. 362 pp. Available online at: http://www.sap43.ucar.edu/documents/SAP_4.3_6.18.pdf

Ryan M.G., M.E. Harmon, R.A. Birdsey, C.P. Giardina, L.S. Heath, R.A. Houghton, R.B. Jackson, D.C. McKinley, J.F. Morrison, B.C. Murray, D.E. Pataki, and K.E. Skog. 2010. A Synthesis of the Science on Forests and Carbon for U.S. Forests. Issues in Ecology, Report Number 13. 17 p.

Savage, M. and J.N. Mast. 2005. How resilient are southwestern ponderosa pine forests after crown fires? Can. J. For. Res. 35: 967–977.

Strom, B.A. and P.Z. Fulé. 2007. Pre-wildfire fuel treatments affect long-term ponderosa pine forest dynamics. International Journal of Wildland Fire 16: 128-138.

US EPA 2013. Chapter 7. Land Use, Land-Use Change, and Forestry, in Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990–2011. The entire report is available online at: http://www.epa.gov/climatechange/ghgemissions/usinventoryreport.html

Wear, D.N. and B.C. Murray. 2004. Federal timber restrictions, interregional spillovers, and the impact on US softwood markets. Journal of Environmental Economics and Management Volume 47, Issue 2, March 2004, Pages 307-330.

Westerling, A.L. and B.P. Bryant. 2008. Climate change and wildfire in California. Climatic Change: 87(Suppl. 1): S231-S249.

## Threatened and Endangered Species

CDPW (Colorado Division of Parks and Wildlife). 2016. 2014 Elk Harvest Summaries. http://cpw.state.co.us/Documents/Hunting/BigGame/Statistics/Elk/2014StatewideElkHarvest.pdf

CDPW 2016a. Elk 2014 Post-hunt Population Estimates. http://cpw.state.co.us/Documents/Hunting/BigGame/Statistics/Elk/2014ElkPopulationEstimate.pdf

CPW (Colorado Division of Wildlife). 2005. General Locations of Lynx (Lynx Canadensis) Reintroduced to Southwestern Colorado from February 4, 1999 through February 1, 2005. http://wildlife.state.co.us/NR/rdonlyres/F92E6FCD-BCB5-4711-8EE6-A9398EA77999/0/LynxLocations_Feb2005.pdf

BLM_0050658

CPW, 2005a, Lynx Update, August 15, 2005;
http://www.utahwolf.net/assests/Aug1505Lynxfullupdate.pdf

CPW. 2006. Lynx Update, November 8, 2006. http://wildlife.state.co.us/NR/rdonlyres/56F725F1-39DD-45E2-8F6F-5EE51AD03E2F/0/LynxUpdateNov92006.pdf

CPW, 2009, Lynx Update, May 25, 2009; http://wildlife.state.co.us/NR/rdonlyres/1E7C95D0-53F3-41EB-82DD-26134C0FF261/0/LynxUpdateMay252009.pdf

eBird. 2016. eBird: An online database of bird distribution and abundance [web application]. eBird, Cornell Lab of Ornithology, Ithaca, New York. Available: http://www.ebird.org (Accessed: January 19, 2016).

Evans, E, R.Thorpe, S. Jepson, and S.H. Black, 2008. Status Review of Three Formerly Common Species of Bumble Bee in the Subgenus Bombus

http://www.xerces.org/wp-content/uploads/2009/03/xerces_2008_bombus_status_review.pdf

Gunther, K.A., M.J. Biel and H.L. Robison, 1998. Factors Influencing the Frequency of Road-killed Wildlife in Yellowstone National Park. In Evink G.L., P.Garrett, D. Zeigler and J. Berry eds. 1998. Proceedings of the International Conference on Wildlife Ecology and Transportation. FL-ER-69-98. Florida Department of Transportation, Tallahasee, FL. Pgs 32-42.

Ruediger, B. et al. 2000. Canada Lynx Conservation Assesment and Strategy. 2nd Edition. USDA Forest Service, USDI Fish and Wildlife Service, USDI Bureau of Land Management, and USDI National Park Service. Forest Service Publication #R1-00-53, Missoula, MT. pgs 1-3, 1-10, 1-11, 1-13.

Ruggerio, L.F., K.B. Aubry, S.W.Buskirk and others. 2000. Ecology and Conservation of Lynx in the United States. University Press of Colorado, Boulder, CO. pgs 122, 183-191

Sauer, J. R., J. E. Hines, J. E. Fallon, K. L. Pardieck, D. J. Ziolkowski, Jr., and W. A. Link. 2014. The North American Breeding Bird Survey, Results and Analysis 1966 - 2013. Version 01.30.2015 USGS Patuxent Wildlife Research Center, Laurel, MD Accessed January 19, 2016.

USDA FS, 2005. Canada Lynx Conservation Agreement; US Forest Service and US Fish and Wildlife Service. USFS Agreement #00-MU-11015600-013.

USDA Forest Service 2008. Southern Rockies Lynx Management Direction Record of Decision. Denver, CO.

USDA Forest Service 2013. Region 2 Sensitive Species Evaluation Form, Western Bumblebee. http://www.fs.usda.gov/Internet/FSE_DOCUMENTS/stelprd3843049.pdf

USDA Forest Service, 2014. Update to the Management Indicator Species Assessment for the Red-naped                          Sapsucker.                          Delta,                          CO. http://www.fs.usda.gov/Internet/FSE_DOCUMENTS/stelprd3837155.pdf

USDA Forest Service 2015. Region 2 Regional Forester's Sensitive Species List. http://www.fs.fed.us/im/directives/field/r2/fsm/2600/R2_2670_2015_1.docx

USDA Forest Service 2015a. Region 2 Sensitive Species Evaluation Form, Monarch Butterfly. http://www.fs.usda.gov/Internet/FSE_DOCUMENTS/stelprd3843054.pdf

BLM_0050659

USDA Forest Service, 2016. Biological Assessment-Threatened, Endangered and Proposed Species Spruce Beetle Epidemic and Aspen Decline Management Response. January 12, 2016, updated June 2016. Available at: https://www.fs.usda.gov/project/?project=42387

USDI FWS, 2005, Recovery Outline; Contiguous United States Distinct Population Segment of the Canada Lynx, 9/14/05. US Fish and Wildlife Service, Helena, Montana. 21pp.

USDI FWS, 2005a, Fish and Wildlife Service Proposed Designation of Critical Habitat for the Contiguous United States Distinct Population Segment of the Canada Lynx; Proposed Rule. Federal Register, Vol. 70, No. 216, 68303.

USDI FWS, 2006, Fish and Wildlife Service Endangered and Threatened Wildlife and Plants; Designation of Critical Habitat for the Contiguous Unites States Distinct Population Segment of the Canada Lynx; Final Rule.  Federal Register, Vol. 71, No. 217, 66008-66061.

USDI FWS, 2007.  Letter of Concurrence for Deer Creek Shaft and E-Seam Methane Drainage Well Project.  ES/CO Fish and Wildlife Service :GMUG 65413-2007-I-0141.

USDI FWS,  2008.  Fish and Wildlife Service Endangered and Threatened Wildlife and Plants;  Revised Critical Habitat for the Contiguous United States Distinct Population Segment of the Canada Lynx (Lynx canadensis); Proposed Rule.  Federal Register, Vol. 73, No. 40, 10860-10896.

USDI FWS, 2008b.  Fish and Wildlife Service  Species list for the Grand Mesa, Uncompahgre, and Gunnison National Forests.  May 9.

USDI Fish and Wildlife Service.  2014.  Revised Designation of Critical Habitat for the Contiguous United States Distinct Population Segment of the Canada Lynx and Revised Distinct Population Segment Boundary.  Federal Register, Vol. 79, No. 177, 54782-54846. https://www.fws.gov/mountain-prairie/es/species/mammals/lynx/CHFinalRule2014/20140912_Lynx_CH_Final_Rule_Fed_Reg.pdf

USDI  FWS, 2016. Section 7 Consultation for the Spruce Beetle Epidemic and Aspen Decline BO ES/LK-6-CO-08-F -024-GJ0t 6, TAr LS 06824t00-201 6-F -0132/ Bundle 65413 -2009-8-0008. June 2, 2016. Available at: https://www.fs.usda.gov/project/?project=42387

## Sensitive Species/MIS

Beauvais, G.P. and J. McCumber. (2006, November 30). Pygmy Shrew (Sorex hoyi): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region. Available: http://www.fs.fed.us/r2/projects/scp/assessments/pygmyshrew.pdf  [16Feb 2007].

Braun, C.E., J.H. Enderson, M.R. Fuller, Y.B. Linhart and C.D. Marti. 1996.  Northern Goshawks and Forest Management in the Southwestern United States. Wildl. Soc. Tech. Rev. 96-2. pg 9.

CPW (Colorado Division of Wildlife).  2010.  2009 Elk Harvest Summaries. http://wildlife.state.co.us/NR/rdonlyres/A92D1424-3F8A-4649-B115-C13C132255BF/0/2009StatewideElkHarvest.pdf

CPW 2010a.  Elk 2008 Post-hunt Population Estimates. http://wildlife.state.co.us/NR/rdonlyres/5DF3370C-F24F-4875-9B5E-9FF5DA3889CF/0/2008posthuntElkpopulationestimates.pdf

Colorado Parks and Wildlife, 2017.  Elk 2015 Post Harvest Population and Sex Ratio Estimates. http://cpw.state.co.us/Documents/Hunting/BigGame/Statistics/Elk/2015ElkPopulationEstimates.pdf

BLM_0050660

Colorado Parks and Wildlife 2017a.  2016 Colorado Elk Harvest Estimates. http://cpw.state.co.us/Documents/Hunting/BigGame/Statistics/Elk/2016StatewideElkHarvest.pdf

Edge, W.D. and C.L. Marcum. 1985. Movements of elk in relation to logging disturbances. Journal of Wildlife Management 49(4): 926-930.

Evans, E, R.Thorpe, S. Jepson, and S.H. Black, 2008.  Status Review of Three Formerly Common Species of Bumble Bee in the Subgenus Bombus  http://www.xerces.org/wp-content/uploads/2009/03/xerces_2008_bombus_status_review.pdf

Fitzgerald, J.P., C.A. Meaney and D.M. Armstrong. 1994. Mammals of Colorado. University Press of Colorado. Niwot, CO. pgs. 81-82

Hammerson, G.A. 1999. Amphibians and Reptiles in Colorado, a Colorado Field Guide. Second Edition. University Press of Colorado, Niwot, CO. pgs 82-85, 90-98, 145-151, 375-386,

Hayward, G.D. and J. Verner, Technical Editors. 1994. Flammulated, Boreal, and Great Gray Owls in the United States: A Technical Conservation Assessment. GTR-RM-253. USDA Forest Service, Rocky Mountain Forest and Range Experiment Station. Pgs. 41, 119.

Hillis, J.M., M.J. Thompson, J.E. Canfield, L.J. Lyon, C.L. Marcum, P.M. Dolan and D.W. McCleerey. 1991. Defining Elk Security: the Hillis paradigm. Elk Vulnerability Symposium, Montana State University, Bozeman, MT. April 10-12, 1991. pgs 38-43.

Hoover, R.L. and D.L. Wills, eds. 1984. Managing Forested Lands for Wildlife. Colorado Division of Wildlife in cooperation with USDA Forest Service, Rocky Mountain Region, Denver, CO. 46-50, 58-60.

Kennedy, P.L. (2003, January 2). Northern Goshawk (*Accipiter gentiles atricapillus*): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region. Available: http://www.fs.fed.us/r2/projects/scp/assessments/northerngoshawk.pdf

Kingery, H.E. ed. 1998.Colorado Breeding Bird Atlas. Colorado Bird Atlas Partnership and Colorado Division of Wildlife. Denver, CO. Pgs 210-211, 228-229, 236-237.

Lyon, L.J. 1979. Habitat Effectiveness for Elk as Influenced by Roads and Cover. Journal of Forestry. October 1979.  p 658-660.

Mehl, Mel S. 1992. Old-Growth Descriptions for the Major Forest Cover Types in the Rocky Mountain Region.

Monarch, John, 2010.  Personal Communication.  Memo re: Lease Modification Area – March 15, 2010 survey data summary.  Available in project file.

Mueggler, W.F. 1985. Vegetation Associations *in* Aspen: Ecology and Management in the Western United States, DeByle and Winokur, eds. General Technical Report RM-GTR-119. Ogden, Utah: USDA Forest Service, Rocky Mountain Research Station. Pg. 45

Phillips, G.E. and A.W. Alldredge. 2000. Reproductive success of elk following disturbance by humans during calving season. Journal of Wildlife Management 64(2): 521-530.

Reynolds, R.T., R.T. Graham, M.H. Reiser, R.L. Bassett, P.L. Kennedy, D.A. Boyce, G. Goodwin, R. Smith, and E.L. Fisher. 1992. Management Recommendations for the Northern Goshawk in the Southwestern United States.

BLM_0050661

Rowland, M.M., M.J. Wisdom, B.K. Johnson and J.G. Kie. 2000. Elk distribution and modeling in relation to roads. Journal of Wildlife Management 64(3): 672-684.

Ruggiero, L.F., K.B. Aubry, S.W. Buskirk, L.J. Lyon and W.J. Zielinski. 1994. The Scientific Basis for Conserving American Marten, Fisher, Lynx and Wolverine in the Western United States. General Technical Report RM-254. Ft. Collins, CO. USDA Forest Service, Rocky Mountain Forest and Range Experiment Station. Pgs 8, 24-27, 114-115.

Sauer, J. R., J. E. Hines, and J. Fallon. 2008. *The North American Breeding Bird Survey, Results and Analysis 1966 - 2007. Version 5.15.2008.* USGS Patuxent Wildlife, *Laurel, MD*

USDA Forest Service, 2011.   FSM 2600 – Wildlife, Fish, and Sensitive Plant Habitat Management Chapter 2670 – Threatened, Endangered And Sensitive Plants And Animals; Supplement No.: 2600-2011-1.  June 10, 2011. http://fsweb.r2.fs.fed.us/rr/R2_TES_Site_2007/sensitive/2670.doc

USDA Forest Service 2010.  Rocky Mountain Region Threatened, Endangered, Proposed, and Sensitive Species. http://fsweb.r2.fs.fed.us/rr/R2_TES_Site_2007/sensitive/matrices/2010_r2_tes_by_unit.doc

USDA Forest Service, 2010a.  Region 2 Regional Forester's Sensitive Species List. http://www.fs.fed.us/r2/projects/scp/sensitivespecies/index.shtml

USDA Forest Service, 2010b.  Region 2 Species Conservation Assessments. http://www.fs.fed.us/r2/projects/scp/assessments/index.shtml

USDA Forest Service 2010c.  MCC Lease Mod Habitat Verification.  Internal document, available in project file.

USDA Forest Service. 2005a. Sensitive Species Evaluation Forms. www.fs.fed.us/r2/projects/scp.

USDA Forest Service 2005b.  Rocky Mountain Elk (Cervis elaphus nelsoni) Species Assessment Draft.  Grand Mesa, Uncompahgre, and Gunnison National Forests.  Delta, CO.

USDA Forest Service 2005c.  Environmental Assessment, Management Indicator Species, forest Plan Amendment to the LRMP for the Grand Mesa, Uncompahgre, and Gunnison National Forests.  March, 2005.  Delta, CO.

USDA Forest Service 2005d.  Merriam's Turkey (Meleagris gallapovo merriami) Species Assessment.  Grand Mesa, Uncompahgre, and Gunnison National Forests.  Delta, CO.

USDA Forest Service 2005e.  Red-naped Sapsucker (Sphyrapicus nucahlis) Species Assessment. Grand Mesa, Uncompahgre, and Gunnison National Forests.  Delta, CO.

USDA Forest Service 2005f.  Northern Goshawk (Accipiter gentilis) Species Assessment.  Grand Mesa, Uncompahgre, and Gunnison National Forests.  Delta, CO.

USDA Forest Service 2005g.  American Marten (Martes americana) Species Assessment.  Grand Mesa, Uncompahgre, and Gunnison National Forests.  Delta, CO.

USDA Forest Service, 2001a.  Management Indicator Species Assessment, Grand Mesa, Uncompahgre, and Gunnison National Forests.  Delta, CO.

BLM_0050662

USDA Forest Service. 1994. Habitat Capability Model, Rocky Mountain Region, Documentation and Users Guide. USDA Forest Service, Rocky Mountain Region, Renewable Resources, Lakewood, CO. p 4-6.

USDA Forest Service. 1991. Amended Land and Resource Management Plan, Grand Mesa, Uncompahgre, and Gunnison National Forests. Delta, CO.

USDI Fish and Wildlife Service, 2005. Revised 12-month finding for the Southern Rocky Mountain Distinct Population Segment of the Boreal Toad (*Bufo boreas boreas*). Washington, D.C. Federal Register. Volume 70, Number 188: pages 56680 – 56684.

Wiggins, D. (2005, March 31). Purple Martin (*Progne subis*): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region. Available: http://www.fs.fed.us/r2/projects/scp/assessments/purplemartin.pdf

## Visuals

(Other references are given by web links in the document text)

USDA FS, 1995, Landscape Aesthetics – A Handbook for Scenery Management. Agriculture Handbook Number 701.

WWE. 2010, Subsidence and Geologic Field Observations, Wright Water Engineers, Report to Mountain Coal Company.

## Socioeconomics

(Other references are given by web links in the document text)

---. 2005a. "The Economic Impact of the Coal Boom and Bust." *The Economic Journal* 155:449-476.

---. 2005b. "Tight Labor Markets and the Demand for Education: Evidence from the Coal Boom and Bust." *Industrial and Labor Relations Review* 59: 3-16.

BBC Research and Consulting, 2006, Garfield County land values and solutions study: Denver, Colo., BBC Research and Consulting, 56 p.

Bureau of Economic Analysis. 2004. 2004 Redefinition of the BEA Economic Areas. https://www.bea.gov/newsreleases/regional/rea/rea1104.htm

Bureau of Economic Analysis (BEA). 2017. Table 1.1.4. Price Indexes for Gross Domestic Product. Release date April 28, 2017.

Beyers, W.B., and Nelson, P.B., 2000, Contemporary forces in the nonmetropolitan west—New insights from rapidly growing communities: Journal of Rural Studies, v. 16, p. 459–474.

Black, D., T. McKinnish, and S. Sanders. 2003. "Does the availability of high-wage jobs for low-skilled men affect welfare expenditures? Evidence from shocks to the steel and coal industries." *Journal of Public Economics* 87:1921-1942.

BLM_0050663

Brown, Jason. 2014. "Production of Natural Gas From Shale in Local Economies: A Resource Blessing or Curse?" *Economic Review.* Available at: https://www.kansascityfed.org/research/energy

Council on Environmental Quality (CEQ). 1997. Environmental Justice: Guidance Under the National Environmental Policy Act. Washington D.C., 40 p.

Colorado Department of Local Affairs (DOLA). 2015a. Population Totals for Colorado Counties. Division of Local Governments, State Demography Office. Denver, CO. Retrieved August 13, 2015 from https://www.colorado.gov/pacific/dola/population-totals-colorado-counties

Colorado Department of Local Affairs (DOLA). 2015b. Division of Local Governments, Financial Assistance Programs, Energy and Mineral Impact Fund. Federal mineral lease distribution, 2015. Denver, CO. Retrieved August 18, 2015 from https://www.colorado.gov/pacific/dola/node/98951

Deaton, J.B., and E. Niman. 2012. "An empirical examination of the relationship between mining employment and poverty in the Appalachian region." *Applied Economics* 44:303-312.

Douglas, Stratford and Anne Walker. 2016. "Coal Mining and the Resource Curse in the Eastern United States". Journal of Regional Science. Volume 00, No. 0, pp. 1-23.

Energy Information Administration (EIA) 2017. Annual Energy Outlook 2017 with projections to 2030 (AEO 2017) Table: Coal Minemouth Prices by Region and Type. Released January 2017, revised February 2017. Available at https://www.eia.gov/outlooks/aeo/EIA 2017

EIA 2017. Annual Energy Outlook 2017 with projections to 2030 (AEO 2017) Table: Coal Minemouth Prices by Region and Type. Released January 2017, revised February 2017. Available at https://www.eia.gov/outlooks/aeo/

EIA 2017b. Electricity Net Generation: Electric Power Sector (Table 7.2b). U.S. Energy Information Administration / Monthly Energy Review March 2017. Available at: https://www.eia.gov/totalenergy/data/monthly/pdf/sec7_6.pdf .

EIA 2017c. Coal production increases during second half of 2016, but still below 2015 levels. Weekly Coal Report. March 29, 2017. Available at https://www.eia.gov/todayinenergy/detail.php?id=30552

EIA 2017d. U.S. energy-related CO2 emissions fell 1.7% in 2016. Today in Energy. April 10, 2017 Available at: https://www.eia.gov/todayinenergy/detail.php?id=30552

Feyrer, James, et al. 2015. "Geographic Dispersion of Economic Shocks: Evidence from the Fracking Revolution". NBER working paper 21624. Available from <https://www.nber.org>.

Foulke, T., Coupal, R., and Taylor, R., 2002, Economic trends in Wyoming's travel and tourism sector: Laramie, Wyo., Department of Agricultural and Applied Economics, University of Wyoming, 20 p.

Freudenburg, W.R., 1986. The density of acquaintanceship—An overlooked variable in community research: American Journal of Sociology, v. 92, no. 1, p. 27–63.

Freudenburg, W.R., and Wilson, L.J., 2002, Mining the data—Analyzing the economic implications of mining for nonmetropolitan regions: Sociological Inquiry, v. 72, no. 4, p. 549–575.

BLM_0050664

Freudenburg, William R. and Robert Gramling. 1994. "Natural resources and rural poverty: A closer look". Society and Natural Resources. Volume 7, pp. 5-22. Published online November 21, 2008, available <http://dx.doi.org/10.1080/08941929409380841>.

GAO 2013. Coal Leasing: BLM Could Enhance Appraisal Process, More Explicitly Consider Coal Exports, and Provide More Public Information. GAO-14-140. Published December 18, 2013. Publicly Released February 4, 2014. Available at http://www.gao.gov/products/GAO-14-140

IMPLAN Group LLC. 2015. IMPLAN Knowledge Base. http://support.implan.com/index.php?option=com_content&view=article&id=414&Itemid=1878 [Accessed August 2nd 2017]

Isserman, A.M., and Merrifield, J., 1987, Quasi-experimental control group methods for regional analysis—An application to an energy boomtown and growth pole theory: Economic Geography, v. 63, no. 1, p. 3–19.

Jacobsen, Grant D. 2015. "Who Wins in an Energy Boom? Evidence from Wage Rates and Housing". Working Paper. Available from: <ttp://pages.uoregon.edu/gdjaco/research.htm>.

James, A., and D. Aadland. 2011. "The curse of natural resources: An empirical investigation of

U.S. counties." *Resource and Energy Economics* 33:440-453.

Kiefer, D., and Miller, J., 1984, Public budgets and public capital in boom towns: Policy Sciences, v. 16, no. 4, p. 349–369.

Lantz, A., Sackett, K., and Halpern, J., 1980, Alcohol-related problems in rapidly growing communities *in* Davenport, III, J., and Davenport, J.A., eds., The boom town—Problems and promises in the energy vortex, pp. 71–83: Laramie, Wyo., University of Wyoming.

Leistritz, F.L., Murdock, S.H., and Leholm, A.G., 1982, Local economic changes associated with rapid growth *in* Weber, B.A., and Howell, R.E., eds., Coping with rapid growth in rural communities, pp. 25–61: Boulder, Colo., Westview Press, Inc.

Malamud, G.W., 1984, Boomtown communities: New York, Van Nostrand Reinhold Company, Inc., 255 p.

Miller, Ronald E. and Peter D. Blair. 1985. Input-Output Analysis: Foundations and Extensions, Englewood Cliffs, NJ: Prentice-Hall.

Miller, Ronald E. and Peter D. Blair. 2009. Input-Output Analysis: Foundations and Extensions, Cambridge University Press, New York.

Natural Resources Extraction Impact Working Group, 2006, 2006 Report: State of Utah, Governor's Office.

Papyrakis, Elissaios and Reyer Gerlagh. 2007. "Resource abundance and economic growth in the Unites States". European Economic Review. Volume 51, No. 4, pp. 1011-1039.

Partridge, M.D., M.R. Betz, and L. Lobao. 2013. "Natural Resource Curse and Poverty in

Appalachian America." *American Journal of Agricultural Economics.* 95:449-456.

BLM_0050665

Peach, J., and C.M. Starbuck. 2010. "Oil and Gas Production and Economic Growth in New Mexico." *Journal of Economic Issues* 95(2):511-525.

Rudzitis, G., 1999, Amenities increasingly draw people to the rural West: Rural Development Perspectives, v. 14, p. 9–13.

Smith, M.D., Krannich, R.S., and Hunter, L.M., 2001, Growth, decline, stability, and disruption—A longitudinal analysis of social well-being in four Western rural communities: Rural Sociology, v. 66, no. 3, p. 425–450.

Tharp, F., 2008, Boom! Boom!: High Country News, v. 40, no . 9, p. 12–17.

Thompson, J., 2008, Reluctant boomtown: High Country News, v. 40, no. 3, p. 6–11.

U.S. Census Bureau. 2016. LODES Data. Longitudinal-Employer Household Dynamics Program. http://lehd.ces.census.gov/data/lodes/

U.S. Census Bureau, 2016a. Which Data Source to Use. Last revised April 13, 2016. U.S. Census Bureau, Poverty, Guidance for Data Users. Accessed on January 13, 2017 from http://www.census.gov/topics/income-poverty/poverty/guidance/data-sources.html

U.S. Census Bureau, 2016b. Table PEPSR6H: Annual Estimates of the Resident Population by Sex, Race, and Hispanic Origin for the United States, States, and Counties: April 1, 2010 to July 1, 2015. Release date June 2016. U.S. Census Bureau, Population Division. Accessed June 23, 2016 from: http://factfinder.census.gov/faces/nav/jsf/pages/index.xhtml

U.S. Census Bureau, 2016c. 2015 Poverty and Median Household Income Estimates - Counties, States, and National. Release date December 2016. Accessed 12-29-2016 from http://www.census.gov/did/www/saipe/data/statecounty/data/2015.html

USDA 2016. Regional-Scale Climate Change Vulnerability Assessment for Infrastructure in the National Forests and Grasslands of the Rocky Mountain Region. Furniss and Howe. September, 2016. Available at https://ems-team.usda.gov/sites/fs-r02-sp/climate/SiteAssets/SitePages/Home/Region_2_InfrastructureVA_Low_Res%20(002).pdf

Webb, D. 2015. *More layoff hit bowie coal mine*. Grand  Junction Sentinel. September 29, 2015. (downloaded 9/30/2015) Available  http://www.gjsentinel.com/news/articles/more-layoffs-hit-bowie-coal-mine

Weber, J.G. 2012. "The effects of a natural gas boom on employment and income in Colorado,

Texas and Wyoming." *Energy Economics* 34:1580-1588.

Wilkinson, K.P., Reynolds, R.R., Jr., Thompson, J.G., and Ostresh, L.M., 1984, Violent crime in the Western energy-development region: Sociological Perspectives, v. 27, no. 2, p. 241–256.

White, Eric M. et al. 2016. "Federal Outdoor Recreation Trends: Effects on Economic Opportunities". U.S. Department of Agriculture, Forest Service. Pacific Northwest Research Station. General Technical Report 945.

## Exploration

Ark Land Company. 2013. Federal Coal Exploration Plan, Sunset Trail Area. Gunnison County, Colorado. March 21.

BLM_0050666

BLM. 1989. Resource Management Plan, Bureau of Land Management Uncompahgre Field Office.

BLM. 2012. Record of Decision DOI-BLM-CO-SO50-2012-0013 Final Environmental Impact Statement FEIS, Federal Coal Lease Modifications COC-1362 & COC-67232. December.

CPW. 2010. Colorado Devision of Wildlife.Elk 2008 Post-hunt Population Estimates. Available online at http://wildlife.state.co.us/NR/rdonlyres/5DF3370C-F24F-.

Cryer, D. H., & Hughes, T. J. 1997. Siol Survey of Grand Mesa - West Elk Area, Colorado, Parts of Delta.

EPA. 2008. National Emissions Inventory. Available online at http://www.epa.gov/ttnchie1/eiinformation.html.

EPA. 2012. The Green Book Nonattainment Areas for Criteria Pollutants. Available online at http://www.epa.gov/oaqps001/greenbk/.

ERO. 2012. Cultural resource inventory, Mountain Coal Company's Lease Modifications-Sunset Trail Project Areas, Cunnison County, Colorado.

ERO. 2013. Mountain Coal Company's Lease Modifications, Sunset Trail Project Area, Access Road Alignment Modifications, Gunnison County, Colorado.

Kingery, H. E. 1998. Colorado Breeding Bird Atlas. Colorado Bird Atlas Partnership and Colorado Division of.

Sauer, J. R., Hines, J. E., & Fallon, J. 2008. The North American Breeding Bird Survey, Results and analysis 1966-2007. Version 5.15.2008. USGS Patuxent Wildlife, Laurel, MD.

USFS. 1983. Record of Decision for the USDA Forest Service FinaLand and Resource Management Plan. Grand Mesa, Uncompaghre and Gunnison National Forests.

USFS. 1991. Final Supplemental Environmental Impact Statement. Grand Mesa, Uncompahgre, and Gunnison National Forests. Amended Land and Resource Management Plan. July 1.

USFS. 1995. Landscape Aesthetics – A Handbook for Scenery Management. Agriculture Handbook Number 701.

USFS. 2010. Record of Decision for Gunnison National Forest Travel Management. June 28.

USFS. 2012a. Final Environmental Impact Statement. Federal Coal Lease Modifications COC-1362 & COC-67232. Available online at http://www.fs.usda.gov/wps/portal/fsinternet/!ut/p/c5/04_SB8K8xLLM9MSSzPy8xBz9CP0os3gDfx MDT8MwRydLA1cj72BTUwMTAwgAykeaxRtBeY4WBv4eHmF-YT4GMHki.

USFS. 2012b. Record of Decision. Federal Coal Lease Modifications COC-1362 & COC-67232.Available online at http://a123.g.akamai.net/7/123/11558/abc123/forestservic.download.akamai.com/11558/www/nepa /68608_FSPLT2_263939.pdf.

USFS and BLM. 2000. Iron Point Exploration License, the Iron Point Coal Lease Tract and the Elk Creek Coal Lease Tract EIS and Record of Decision. March 30.

USFWS. 2008. Southern Rockies Lynx Amendment BO, number ES/LK-6-CO-08--024. August 20.

BLM_0050667

BLM_0050668

# Appendix A. West Elk Mine E Seam Gas Economic Evaluation Report

BLM_0050669

# WEST ELK MINE
# E-SEAM GAS ECONOMIC EVALUATION REPORT

## Mountain Coal Company LLC

## September 24, 2009

4814-7767-4756\9

BLM_0050670

## TABLE OF CONTENTS

Page

I. BACKGROUND ...................................................................................................1

    A. Coal Mine Methane Characteristics .............................................................1

    B. Use of Coal Mine Methane ...........................................................................2

    C. Coal Lease Addenda ......................................................................................3

    D. Mining Plan Approvals .................................................................................4

    E. BLM Letter ...................................................................................................5

II. PROCESS ..........................................................................................................7

    A. Identify Alternatives .....................................................................................7

    B. Independent Evaluation of Technical and Economic Feasibility
       Components ...................................................................................................8

    C. Mountain Coal Submission of R2P2 Report ...............................................9

III. ANALYSIS ........................................................................................................9

    A. Standards Used in this Report ......................................................................9
       1. Economic Feasibility Standard ............................................................9
       2. Safety Standard ..................................................................................10
       3. Operational Standard .........................................................................11
       4. Federal Royalty Standard ...................................................................11
       5. CMM Assumptions Applicable to All Options ...................................13

    B. CMM Use Options ......................................................................................13
       1. CMM Flaring ......................................................................................13
       2. Gas For Electric Power Generation ...................................................14
       3. Gas Sales to Pipeline ..........................................................................15

IV. CARBON CAPTURE AND CREDITS ...........................................................16

    A. Relevant Technical Reports ........................................................................16

    B. Mountain Coal Observations ......................................................................16

V. VAM OXIDATION ............................................................................................17

    A. Relevant Technical Reports ........................................................................17

    B. Mountain Coal Observations ......................................................................17

VI. GAS MONITORING ........................................................................................17

VII. PROCESS FOR ANNUAL REPORT UPDATES ...........................................18

VIII. SUMMARY ...................................................................................................19

EXHIBITS ..............................................................................................................20

i

4814-7767-4756\9

BLM_0050671

# WEST ELK MINE
# E-SEAM GAS ECONOMIC EVALUATION REPORT

## INTRODUCTION

On March 25, 2009, Lynn E. Rust, Deputy State Director, Energy, Lands and Minerals, Colorado State Office of the United States Bureau of Land Management ("BLM") requested that Mountain Coal Company, LLC ("Mountain Coal") prepare an economic evaluation report ("R2P2 Report") to supplement the existing Resource Recovery and Protection Plan ("R2P2"), submitted pursuant 43 C.F.R. § 3482.1 for Mountain Coal's West Elk Mine in Colorado, to address coal mine methane management options at the mine ("BLM Letter"). *See* **Exhibit A**. The BLM Letter requested submission of the R2P2 Report within six months. This R2P2 Report is submitted in response to the BLM Letter.

## I.
## BACKGROUND

### A.    Coal Mine Methane Characteristics

The association of methane and coal is described in the United States Supreme Court Case *Amoco Production Company v. Southern Ute Indian Tribe*, 526 U.S. 865 (1999), as follows:

> Coal is a heterogeneous, noncrystalline sedimentary rock composed primarily of carbonaceous materials. See, *e. g.*, Gorbaty & Larsen, Coal Structure and Reactivity, in 3 Encyclopedia of Physical Science and Technology 437 (R. Meyers ed., 2d ed. 1992). It is formed over millions of years from decaying plant material that settles on the bottom of swamps and is converted by microbiological processes into peat. Van Krevelen, Coal 90 (3d ed. 1993). Over time, the resulting peat beds are buried by sedimentary deposits. *Id.*, at 91. As the beds sink deeper and deeper into the earth's crust, the peat is transformed by chemical reactions which increase the carbon content of the fossilized plant material. *Id.* The process in which peat transforms into coal is referred to as coalification. *Id.*

> The coalification process generates methane and other gases. R. Rogers, Coalbed Methane: Principles and Practice 148 (1994). Because coal is porous, some of that gas is retained in the coal. [Gas] exists in the coal in three basic states: as free gas; as gas dissolved in the water in coal; and as gas "adsorped" on the solid surface of the coal, that is, held to the surface by weak forces called van der Waals forces. *Id.*, at 16—17, 117. These are the same three states or conditions in which gas is stored in other rock formations. Because of the large surface area of coal pores, however, a

1

4814-7767-4756\9

BLM_0050672