> much higher proportion of the gas is adsorbed on the surface of coal than is adsorbed in other rock. *Id.*, at 16—17. When pressure on the coalbed is decreased, the gas in the coal formation escapes. As a result, [gas] is released from coal as the coal is mined and brought to the surface.

*Southern Ute*, 526 U.S. at 872-73.

When gas is released by underground mining activities, it is considered "Coal Mine Methane" ("CMM"). CMM consists primarily of methane ($CH_4$), with a much lesser amount of ethane ($C_2H_6$), mixed with oxygen, nitrogen, and carbon dioxide. The gas occurs naturally in coal seams and in the sedimentary rock overlying coal seams. During the course of mining, coal mine methane is released as the coal is mined and as overlying rock strata fracture through subsidence. Coal mine methane is a significant safety hazard to miners. It is toxic and at air concentrations of between 5% and 15% by volume, methane is explosive.

**B.     Use of Coal Mine Methane**

The *Southern Ute* decision established two key principles related to the use of CMM in the context of federal coal resources such as those found at the West Elk Mine. First, the Court held that when the federal Coal Lands Acts of 1909 and 1910 were enacted, Congress was aware of and had established the need to vent CMM for coal mine safety where it was necessary and reasonable to do so. *Id.* at 879. Second, the Court concluded that Congress had not viewed CMM as a valuable fuel resource at the time, and had narrowly reserved federal coal rights. As a result the reservation of the coal did not encompass CMM gas. *Id.*

Although *Southern Ute* by its terms relates solely to the reservation of coal under lands sold to private parties, the BLM concluded from the decision that the appropriate manner in which to productively develop CMM was through a separate gas lease issued under the Mineral Leasing Act. *See Vessels Coal Gas, Inc.* 175 IBLA 8, at 2-3 (2009) (summarizing BLM policies on coalbed methane development). As early as 2001, Mountain Coal submitted expressions of interest for lands overlying the West Elk Mine for leasing for the purpose of exploring productive uses for CMM vented from the mine. The lease nominations were never acted upon, largely owing to the long running dispute regarding the scope and application of the "Roadless Rule" to United States Forest Service administered lands such as those overlying the West Elk Mine.

In 2007, the BLM attempted to lease CMM under the oil and gas provisions of the Mineral Leasing Act at the Aberdeen Coal Mine in Utah. *Vessels*, at 3-7. The resulting lease was challenged by Vessels Coal Gas. On June 30, 2008, the IBLA invalidated the leases, concluding that CMM is not a gas "deposit" within the meaning of the Mineral Leasing Act, and therefore not subject to leasing under a gas lease. *Vessels*, at 12-13. The *Vessels* decision expressly took no position on the potential for BLM to manage CMM under an alternative authority. The IBLA did direct that once the BLM determined

2

4814-7767-4756\9

BLM_0050673

an authority under which to manage CMM, "it will be incumbent on BLM to address such issues in advance and with its coal lessees under approved R2P2s." *Id.* at 14.

The BLM considered its options during the Summer and Fall of 2008. On October 28, 2008, at the 2008 U.S. Coalbed Methane Conference in Pittsburgh, Pennsylvania, the BLM explained its anticipated approach to CMM management in light of the *Vessels* decision. The BLM concluded that in general:

- BLM regulatory authority is limited to lands where the U.S. owns both the coal and the gas estates;

- BLM must consider any pre-existing and conflicting lease rights.

- Under the *Vessels* decision, BLM may only authorize the coal lessee to capture methane released as part of coal mining.

The BLM further determined that the appropriate approach to authorize CMM development was:

- Bilateral agreement between BLM and the coal lessee to amend the coal lease;

- To authorize capture of methane if:

    (1)   economically feasible, and

    (2)   does not jeopardize the safety and health of miners; and

- All applicable laws and regulations will apply.

**Exhibit B**, at 19, 21. In that same presentation, the BLM announced that its first application of the new policy would be at the West Elk Mine. *Id.* at 22.

## C.   Coal Lease Addenda

During late 2008, and early 2009, the BLM and Mountain Coal negotiated amendments to West Elk's coal leases related to mining the "E Seam" coal at West Elk, for which mining approvals had been granted on July 31, 2008. Amendments to three coal leases pertinent to the E Seam (C-1362, COC-56447, and COC-67232) ("Coal Leases") were executed on January 14, 2009. In each case the following authority was granted:

> Sec. 3. Notwithstanding the language in Section 2 of this lease and subject to the terms and conditions below, lessee is authorized to drill for, extract, remove, develop, produce and capture for use or sale any or all of the coal mine methane from the above described lands that it would otherwise be required to vent or discharge for safety purposes by applicable laws and regulations. For purposes of this lease, "coal

3

4814-7767-4756v9

BLM_0050674

mine methane" means any combustible gas located in, over, under, or adjacent to the coal resources subject to this lease, that will or may infiltrate underground mining operations.

Sec. 4. Notwithstanding any other provision of this lease, nothing herein shall, nor shall it be interpreted to, waive, alter or amend lessee's right to vent, discharge or otherwise dispose of coal mine methane as necessary for mine safety or to mine the coal deposits consistent with permitted underground mining operations and federal and state law and regulation. Lessee shall not be obligated or required to capture for use or sale coal mine methane that would otherwise be vented or discharged if the capture of coal mine methane, independent of activities related to mining coal, is not economically feasible or if the coal mine methane must be vented in order to abate the potential hazard to the health or safety of the coal mines or coal mining activities. In the event of a dispute between lessor and lessee as to the economic or other feasibility of capturing for use or sale the coal mine methane, lessor's remedy as a prevailing party shall be limited to recovery of compensatory royalties on coal mine methane not captured for use or sale by lessee. Lessee shall have the right to continue all mining activities under this lease, including venting coal mine methane, pending resolution of any dispute regarding the application of the terms of Sections 3 and 4.

**Exhibit C**.

A critical feature of the lease addenda is that each of these granted Mountain Coal the *authority* to capture or otherwise manage CMM, but did not *require* Mountain Coal to capture CMM. The requirement to evaluate the feasibility of capturing CMM was concurrently imposed in two mining plan approvals.

**D.     Mining Plan Approvals**

Two permit and mining plan approvals were required to mine the E Seam, identified as TR-111 and PR-14. TR-111 relates to the first panel of coal to be mined in the E Seam (E-1), and PR-14 relates to the remaining E Seam panels. (E-2 to E-12).[1] TR-111 related to federal coal leases C-1362 and COC-56447, and was approved on July 31, 2008. **Exhibit D**. PR-14 related to federal coal leases C-1362 and COC-67232, and was approved on January 15, 2009. **Exhibit E**.

---

[1]   Although the permitting documents were similar, the Colorado Division of Mines, Reclamation, and Safety concluded that permitting of the second set of panels was best processed as a "Permit Revision" ("PR"), rather than a "Technical Revision" ("TR").

4

4814-7767-475699

BLM_0050675

TR-111 contained the following special condition:

> If, under a bilateral agreement with Federal leasee, the Bureau of Land Management amends Federal leases C-1362 and COC-56477 to authorize the capture of coalbed gas that would otherwise be vented as required by the Mine Safety and Health Administration, the operator shall capture the vented coalbed gas if such capture is economically feasible and does not jeopardize the safety or health of the miners. The capture operations must comply with the terms of the amended leases and all applicable laws and regulations, including those administered by the U.S. Forest Service and the Colorado State program.

*See* **Exhibit D**. PR-14 incorporated slightly revised language:

> (8)   Once all permits and other necessary clearances are obtained, the operator shall capture the vented coalbed gas if such capture is economically feasible and does not jeopardize the safety or health of the miners. The capture operations must comply with the terms of the amended leases and all applicable laws and regulations, including those administered by the U.S. Forest Service and the Colorado State program.

*See* **Exhibit E**.

The combination of the leases and approvals thus created an authorization to manage CMM, and a requirement to manage CMM, subject to economic feasibility and safety standards, as well as whatever other constraints might result from other applicable laws and regulations.

The next, and final, directive from the BLM relevant to this R2P2 Report was the March 25, 2009 BLM Letter.

## E.    **BLM Letter**

The BLM Letter directed Mountain Coal to undertake several different analyses related to CMM and Ventilation Air Methane ("VAM") development for E Seam panels E-1 to E-12. Each of these is listed below, along with the Section of this R2P2 Report that most directly addresses the request (although it should be noted that data, assumptions, and conclusions from certain sections affect the analyses in multiple other sections):

- An analysis of the costs associated with collection of vented CMM from holes developed specifically for the purpose of venting of the CMM for safety purposes.

   *The requested analysis is provided in Section III of this R2P2 Report.*

- An analysis of the costs associated with collection/capture of VAM.

5

4814-7767-47569

BLM_0050676

*The requested analysis is provided in Section V of this R2P2 Report.*

- All costs associated with the collection of the CMM that is [sic] above and beyond what is associated with normal venting operations including but not limited to construction of gathering systems, roads, pipelines, etc.

  *These costs are presented in Section III of this R2P2 Report.*

- All costs associated with putting the CMM or VAM in a marketable condition including compressing and refining systems and transportation to the point of sale.

  *These costs are presented in Sections III and V of this R2P2 Report.*

- An analysis of the costs associated with collection and use of CMM or VAM.

  *These costs are presented in Sections III and V of this R2P2 Report.*

- All projected revenue from the sale of CMM or VAM.

  *These revenues are presented in Sections III and V of this R2P2 Report.*

- Any carbon credit offsets acquired as a result of the capture/sale of the CMM or VAM must be taken into account.

  *The availability and considerations related to carbon credits are discussed in Section IV of this R2P2 Report.*

- The economic evaluation will include a reasonable cost of capital and employ commonly used analytical tools used in project finance, such as a discounted cash flow analysis.

  *These and other applicable standards are discussed in Section IIIA of this R2P2 Report.*

The BLM Letter further directed Mountain Coal to propose the equipment and technology to be used in monitoring CMM and VAM production. The proposed equipment is described in Section VI of this R2P2 Report.

In addition to the analyses required by the BLM Letter, Section II of this R2P2 Report explains the process Mountain Coal employed for identifying viable CMM and VAM use options, the selection of outside contractors to assist in technical evaluations, and the identification and segregation of confidential business information.

6

4814-7767-4750.9

BLM_0050677

## II.
## PROCESS

### A.  Identify Alternatives

The first step in the R2P2 evaluation was to identify potential uses and technologies for managing the West Elk E Seam CMM. A reasonable starting point for this exercise was the alternatives identified in the Forest Service Environmental Impact Statement ("EIS") for the E Seam. The EIS identified two principal alternatives – (1) flaring, and (2) processing and sale to a natural gas pipeline. Each alternative was rejected, in part because Mountain Coal had no clear authority at the time to put the CMM to use, and because of the many economic, legal, and logistical difficulties associated with each. The January 15, 2009 lease amendments removed at least the legal obstacle, warranting a fresh look at each option.

For additional ideas, Mountain Coal consulted independent experts, did internal brainstorming, and reviewed materials published by EPA's Coal Mine Methane program. This process yielded several other potential options, including:

1) On-site electricity generation;

2) Electrical generation coupled with solar thermal supplementation;

3) Combustion for incremental mine heating;

4) On-site processing for fuels, such as liquefied natural gas ("LNG"); and

5) Use of CMM for chemical feedstocks, as referenced in EPA's "Methane to Markets" publications.

Of these, Mountain Coal decided to examine on-site electrical generation and electrical generation coupled with solar thermal supplementation for additional review. These had some conceptual attraction because electrical transmission lines with significant capacity already run to the Mine, potentially allowing Mountain Coal to leverage existing infrastructure. Mountain Coal also looked at several variations within the flaring, electrical generation, and gas sales options.

The remaining alternatives did not warrant detailed analysis. A review of mine heating needs resulted in a determination that there is little incremental need for mine heating beyond current practices. Mountain Coal also determined the fuel processing to LNG was unlikely to present a substantially different cost profile from sale to a natural gas pipeline. Fuel processing would require essentially all the processing steps and equipment as for natural gas, plus additional processing, and present difficult transportation challenges, in that LNG tankers would need to transport all fuel from the Mine site. Finally, there are limited ready users of LNG in the vicinity of the Mine. Consequently, Mountain Coal concluded that processing for sale to natural gas pipeline

7

4814-7767-4756\9

BLM_0050678

was a more productive alternative to analyze in detail. Finally, Mountain Coal concluded that use of CMM for chemical feedstocks is not economically viable, principally owing to West Elk's remote location. Methane is abundant and inexpensive in the chemical processing centers on the Gulf Coast and East Coast. Delivering West Elk CMM to existing chemical plants would merely replicate the pipeline and fuels options, and constructing chemical processing facilities at the Mine site would be overly capital and space intensive.

**B.    Independent Evaluation of Technical and Economic Feasibility Components**

Mountain Coal determined to have as much of the R2P2 analyses conducted by independent specialists as possible. Shortly after negotiating the lease amendments, Mountain Coal contacted a variety of natural gas collection, processing and power generation consultants. After receiving the R2P2 direction letter from the BLM in March 2009, Mountain Coal retained several outside firms and instructed them to prepare the technical reports and analyses attached to this report by the BLM's September 2009 deadline.

These analyses began with E Seam CMM composition and volume. Rough and conservative estimates of E Seam gas generation had been provided for the environmental review process, but a more precise and detailed analysis would be required for the R2P2 process. Mountain Coal had retained Schlumberger for a general forecast of E Seam CMM production in 2007, and provided these reports to Arista Midstream Services LLC ("Arista"), a natural gas collection and delivery firm for additional review. Additionally, actual E Seam MDW production data Mountain Coal had accumulated by the time the R2P2 report was due was provided to Arista as well.

Arista was also retained to prepare a conceptual design for a CMM collection and gathering system, bringing all CMM to a central location for flaring, combustion in power generators, and/or processing for delivery to a natural gas pipeline. Arista was further assigned the tasks of researching potential CMM flaring equipment, designing a gas processing facility, and examining pipeline delivery options. Each of these tasks fit within Arista's specialty of low pressure gas collection and delivery systems. The Arista analyses are found in **Exhibit F** to this Report.

Mountain Coal retained Burns & McDonnell Engineering Company, Inc. ("Burns & McDonnell"), to analyze options for using CMM to generate electricity. This included generator types, pollution control and permitting issues, a review of electricity energy and capacity pricing, and examination of the solar/thermal option. Burns & McDonnell was further assigned to incorporate the Arista data, economic feasibility information, and carbon valuation materials into models that would allow feasibility comparisons and sensitivity analyses of the various CMM use options. The Burns & McDonnell report is **Exhibit G** to this Report.

Mountain Coal hired Verdeo Group, Inc. ("Verdeo") to examine issues associated with VAM collection and management, and the current state and potential

8

4814-7767-4756v9

BLM_0050679

future course of carbon pricing, crediting, and markets.   Verdeo's analyses are presented in **Exhibits H** (VAM) and **Exhibit I** (carbon markets).

Finally, Mountain Coal internally calculated its own current cost of capital for use in the Burns & McDonnell report.  Mountain Coal's parent has recently participated in the debt markets, and therefore could reliably evaluate its cost of debt and equity financing using independent market data and generally recognized valuation models.  The Cost of Capital discussion is provided in Section IIIA to this R2P2 Report and the accompanying Confidential Report – Mountain Coal Company Cost of Capital Calculations for West Elk Mine E Seam Coal Mine Methane Economic Feasibility Analyses ("Confidential Cost of Capital Financial Analysis").

**C.** **Mountain Coal Submission of R2P2 Report**

Following receipt, Mountain Coal has collected all of the individual consultant reports in this R2P2 Report, and coordinated communications among the consultants to ensure that all were using common assumptions and sharing information as needed.

As discussed, Mountain Coal has prepared an analysis of its cost of capital, as requested by the BLM.  Although some of the information in the cost of capital study is public, Mountain Coal's analysis is not.  Consequently, Mountain Coal has segregated the cost of capital discussion into a separate and concurrently filed Confidential Cost of Capital Financial Analysis.  Mountain Coal does not object to public disclosure (in accordance with BLM's standard procedures for disclosure of R2P2 documents) of the *result* of the cost of capital analysis, i.e., the internal rate of return employed by this R2P2 Report, but does request that the underlying report be maintained as confidential.

The evaluation of alternatives that follows in the next section centers around the consultants' reports.  For each section, however, Mountain Coal identifies the key assumptions that were provided to the consultants, and provides its own observations regarding the consultants' reports.

## III.
## ANALYSIS

**A.** **Standards Used in this Report**

**1.** **Economic Feasibility Standard**

The E Seam coal lease addenda, mining plan approvals, and March 25, 2009 BLM Letter all condition capture or other use of CMM on economic feasibility. However, none of these documents explicitly define "economic feasibility."  The March 25, 2009 BLM Letter provides the most guidance, in requesting that Mountain Coal calculate a "reasonable cost of capital and employ commonly used analytical tools used in project finance, such as a discounted cash flow analysis."  The BLM Letter is consistent with Mountain Coal's view that, in the absence of any current regulations restricting venting of CMM, the R2P2 analysis should focus on the commercial viability

9

4814-7167-4756:9

BLM_0050680

of CMM use options. Consequently, a CMM approach is "economically feasible" within the meaning of the coal lease addenda, mining plan approvals, and BLM Letter, if a project generates sufficient revenues (or cost savings or other economic benefits) to justify Mountain Coal's investment of its own capital in the project. Importantly, however, Mountain Coal has not sought to earn a return comparable to what it would seek in a commercial venture. Rather, Mountain Coal has sought only to avoid sustaining an economic loss on any CMM use project. Put another way, Mountain Coal must achieve an "internal rate of return" on the project of sufficient to avoid losing money on the venture, which in this case is a return that at least equals Mountain Coal's cost of capital.

A cost of capital standard requires specification of two additional parameters – (1) the appropriate entity for whom the standard will be calculated, and (2) the appropriate mix of debt and equity. As to the former, Mountain Coal has elected to use the cost of capital of its ultimate corporate parent, Arch Coal, Inc. ("Arch"). This is the most favorable (i.e., will result in the *lowest* cost of capital) standard by which the project could be measured. Arch is a broadly diversified, multi-billion dollar corporation with substantial assets, a proven market track record, and established, long term revenue streams. As such, Arch enjoys ready access to the capital markets at reasonable terms. From a project perspective, Mountain Coal would have been equally or more justified in calculating a cost of capital for Mountain Coal itself, the West Elk Mine, or for the CMM project as a stand-alone enterprise. In each case, the analysis would have successively focused more closely on the CMM project, and a calculation based solely on the CMM project would arguably have been the most accurate benchmark for the merits of CMM development. By using Arch as the capital entity, Mountain Coal is effectively subsidizing a potential CMM project with Arch's overall portfolio. Nevertheless, because Mountain Coal has the flexibility to obtain capital through Arch, for this Report Mountain Coal elected to use Arch as the entity seeking financing.

Second, Mountain Coal must select the blend for debt and equity financing applicable to the CMM project. As discussed in the Confidential Cost of Capital Financial Analysis, there is no set rule regarding selection of debt or equity financing. The report describes how Mountain Coal selected the blend applied in the economic feasibility analysis.

The calculation of the resulting cost of capital and internal rate of return is also set forth in the concurrently submitted Confidential Cost of Capital Financial Analyses.

### 2.    Safety Standard

The coal lease addenda and mining plan approvals make clear that any CMM use is to be consistent with mine safety. For purposes of this analysis, Mountain Coal instructed all consultants that any proposed CMM controls or processing technology must be designed to:

- ensure effective evacuation of CMM from the mine;

10

4814-7767-4750\9

BLM_0050681

- eliminate any risk of CMM ignition propagating down MDWs or to the active gob;

- protect surface facilities and personnel from explosions, methane releases to breathing zones;

- protect surface resources such as trees from fire hazards, explosions, or deleterious exposure to methane concentrations.

In each case consultants were asked to specifically assess timing and process concerns related to MSHA permitting and standards.

### 3.    Operational Standard

In addition to economic feasibility and safety standards, Mountain Coal instructed its consultants to work with Mine personnel to ensure operational feasibility. Specifically, this means that any CMM control or processing equipment must be compatible with ongoing longwall mining and contingencies. For example, during the second quarter of 2009 the Mine encountered a parting of the coal seam. This resulted in a slowdown of coal production and a decline in CMM generation. While individually unexpected, these types of production upsets occur periodically in underground coal mining. Any CMM control method must therefore be sufficiently robust and flexible to adjust to slowdowns in CMM production. If, for instance, Mountain Coal could sell CMM-fueled electricity to the local utility, but only if Mountain Coal could guarantee a minimum continuous delivery, the generators would need to be significantly undersized relative to average CMM flows so as to ensure the required minimum power delivery.

Similarly, Mountain Coal directed consultants to consider CMM control compatibility with Mountain Coal's existing permits and leases. For example, Mountain Coal's permits and mining plan approvals identify specific locations and numbers of MDWs. Methane production could conceivably change with a different number or locations of wells, but neither of these activities is authorized by the present leases or mining plans, and therefore Mountain Coal excluded such practices from the scope of the R2P2 Report.

Finally, the lease addenda and mining plan approvals clearly state that all otherwise applicable environmental review and permitting requirements remain in effect. Mountain Coal therefore instructed consultants to consider and address MSHA approval, environmental review, surface restrictions, Clean Air Act permitting, and such other permitting constraints and timelines as might be applicable.

### 4.    Federal Royalty Standard

Federal gas that is captured under a Mountain Coal coal lease and either sold or converted to a commercial use such as for generation of electric power for sale is subject

11

4814-7267-4756\9

BLM_0050682

to a Federal royalty. CMM or extracted methane gas vented or discharged for safety purposes, used by Mountain Coal for the benefit of the mine or flared does not bear the Federal royalty.

The Coal Leases addenda provides that the royalty "shall be 12.5% of the value of any coal mine methane that is captured for use or sale." "Use or sale" does not include CMM that is vented or discharged for safety reasons. The Coal Leases are expressly made subject to Title 30 of the CFR relating to gas reporting and measurement under the addenda.

Regulations for valuation of Federal natural gas production are structured on a benchmark system. 30 CFR 206.152(c), 206.153(c). The value of natural gas for royalty purposes is first established in accordance with sales that occur under the terms of an arm's-length contract. 30 CFR 206.152(a)(1). An arm's-length contract is defined as a contract or agreement that has been arrived at in the market place between independent, non-affiliated persons with opposing economic interests. 30 CFR 206.151. If no arm's length contract exists, then the value of the gas sold will be determined based upon the first applicable of the following benchmarks:

- Gross proceeds received under a non-arm's length contract if it is comparable to that received under an arm's-length agreement. Price, duration, terms, quality and volumes are considered.

- Determination of value by consideration of all relevant information, including gross proceeds under an arm's-length contracts for like-quality gas in the same field or nearby area, spot sales, and other information.

- A net-back method for calculating market value under which costs of transportation, processing or manufacturing are deducted from the proceeds received for the gas at the first point at which reasonable values may be determined by an arm's length sale or by comparisons to other sales.

For purposes of this R2P2 Report, a Federal royalty of 12.5% has been used in the economic calculations for Option 3 involving sales of E Seam gas to a pipeline and Option 2 involving use of E Seam gas for electric power generation. As provided in the Coal Leases addenda, no royalty is owed on CMM flaring. Gross proceeds calculations are based on assumed sales under arms-length contracts. Gas sales prices and comparable arm's-length values for produced gas are derived from data generated by Arista and are discussed in Section IIIB based on Rocky Mountain gas region prices.[2]

---

[2]   The source used for Rocky Mountain gas prices is the publication *Gas Daily*. Actual pricing point used was CIG Rockies Section in *Gas Daily* for gas priced as delivered to the pipeline. Transportation, gas treatment and compression costs to render the gas to a marketable condition and to transport the gas from the mine to the pipeline were deducted.

12

4814-7767-4756\9

BLM_0050683

### 5.   CMM Assumptions Applicable to All Options

To ensure fair comparison between CMM control options across multiple consultant analyses, Mountain Coal provided several baseline assumptions. These included:

- The E Seam is the CMM source;

- Estimated CMM volumes for all reports would be derived from an analysis prepared by Arista, which concluded average production of 3 million cubic feet/day ("MMcf/d") of raw gas from the active panel, and 1 MMcf/d of gas from sealed panels, averaging 55% methane, as discussed in detail in the Arista report;

- The gas composition of the CMM would also be provided by Arista, based on actual emissions to date from the E Seam;

- Mountain Coal supplied the number and location of MDWs, as approved in Colorado Division of Mining Reclamation and Safety authorizations TR-111 and PR-14;

- All reports should assume that existing surface restrictions will continue;

- All reports should envision a potentially significant range of natural gas prices and prices for megawatt/hour of electricity generated; and

- The effect of potential carbon offsets would be separately calculated.

Each of these assumptions should be considered in evaluating the CMM control options that follow.

### B.   CMM Use Options

#### 1.   CMM Flaring

##### a.   Relevant Technical Reports

The following reports are most directly related to CMM flaring:

| Consultant | Scope | Report |
|---|---|---|
| Arista | CMM flaring technology; Design of gathering system | Exhibit F |

13

4814-7767-4756\9

BLM_0050684

| Burns & McDonnell | Effect of potential revenues from carbon offsets on feasibility | Exhibit G |
| Verdeo | Carbon Market Assessment | Exhibit I |

### b.   Mountain Coal Observations

Several aspects of flaring stand out in comparison to the other potential CMM control technologies. First, Arista opines that it may be feasible to design and implement a safe flaring system. However, the fact that MSHA has never permitted a flare at an active mine means that the time and field testing necessary to secure MSHA approval is unknown. Second, flaring is theoretically less expensive than either power generation or sales to a natural gas pipeline. To the extent that any revenue can be realized from the sale of carbon offsets, flaring thus has a lower economic feasibility hurdle than the other options. Third, because flaring produces no revenue other than from carbon offsets, its economic viability is entirely dependent upon carbon pricing. Fourth, present market prices for carbon offsets are too low to economically justify implementation of flaring. Fifth, it is possible to lower the economic feasibility hurdle by designing a gathering system and flare to be located up the mountain directly over the active mine workings, which would save several million dollars in gathering system costs. However, this gathering system design and flare location poses additional MSHA, Forest Service, and other permitting and operational challenges. It would also foreclose a combination of flaring and electrical generation or gas processing, posing difficult tradeoffs. Moreover, the cost savings for the alternative flare design are insufficient to make that option economically feasible at this time.

There is some reason to believe that carbon offset prices could increase significantly if and when federal cap-and-trade legislation is enacted, but the timing and essential details of that legislation are presently uncertain. For these reasons, Mountain Coal does not believe that flaring is presently economically feasible, but that development of carbon legislation and markets bears monitoring. Flaring appears to be the most likely of the CMM use options to become economically feasible.

### 2.   Gas For Electric Power Generation

### a.   Relevant Technical Reports

The following reports are most directly related to the power generation options:

| *Consultant* | *Scope* | *Report* |
|---|---|---|
| Arista | Design of gathering system | Exhibit F |

14

4814-7767-4750\9

BLM_0050685

| | | |
|---|---|---|
| Burns & McDonnell | Power Generation technologies; electricity pricing; sensitivity analysis | Exhibit G |

### b.   Mountain Coal Observations

Power generation initially appeared as an intriguing CMM option, principally because of already-existing transmission infrastructure and electric utility interest in environmentally friendly power supplies. However, it appears clear that generation is not presently economically feasible. This is due to several factors. First, daily swings in CMM production inhibit consistent, reliable electricity generation. This creates difficulty and extra cost in sizing generators, and reduces the capacity value of the power to the utility. Second, pollution controls and similar permitting constraints measurably increase generation costs. Third, even focusing solely on the energy value of the electricity, the lowest cost generation scenario would require an electricity price more than 150% greater ($114/MWh) than the price paid by the Mine for electricity ($71/MWh). Burns & McDonnell further states that the $71/MWh is at best an upper bound of the price the Mine could obtain for electricity generated on site. It will require either a significant increase in electricity prices or a substantial increase in the value of carbon offsets to make electrical generation economically feasible. Such a combination does not appear likely in the near term, but conceivable over a longer period.

Solar thermal supplementation of CMM-fueled electrical generation is plainly not economically or operationally feasible. Burns & McDonnell's analysis demonstrated that the site is simply not physically a good site for a meaningful solar array.

### 3.   Gas Sales to Pipeline

### a.   Relevant Technical Reports

The following reports are most directly related to gas processing and sales to a natural gas pipeline:

| Consultant | Scope | Report |
|---|---|---|
| Arista | Design of gathering system; Gas Processing designs; Pipeline interconnection routes and costs | Exhibit F |
| Burns & McDonnell | Natural gas prices; sensitivity analysis | Exhibit G |

15

4814-7767-4756

335

BLM_0050686

### b. Mountain Coal Observations

Gas sales to a natural gas pipeline is presently the least feasible of the three primary CMM use alternatives, and it does not appear that the pipeline option would be economically viable in the foreseeable future. There are two primary reasons for this conclusion. First, the gas processing equipment is capital intensive, putting gas sales at a significant cost disadvantage, particularly in relation to conventionally produced gas. Second, and most critically, the West Elk is too far removed from pipelines, with the nearest option being nearly 15 miles away. E Seam CMM volumes and production life cycle are far too low and short to justify the cost of laying a 15 mile pipeline interconnection. In addition, carbon crediting protocols may not provide carbon offsets for gas sales to a natural gas pipeline. Economics aside, the pipeline option is also the most operationally challenging, because of the extensive surface work and permitting that would be required to construct the pipeline interconnect.

## IV.
## CARBON CAPTURE AND CREDITS

### A. Relevant Technical Reports

| Consultant | Scope | Report |
|---|---|---|
| Verdeo | Carbon Market Assessment | Exhibit I |
| Burns & McDonnell | Carbon pricing sensitivity analysis | Exhibit G |

### B. Mountain Coal Observations

Carbon Markets are in a state of deep uncertainty regarding the prospects and details of federal cap-and-trade legislation. This has caused turmoil in carbon prices, and eliminates any prospect that use of West Elk CMM is currently economically feasible. As Verdeo reports, the Environmental Protection Agency forecasts that offset prices will rise substantially if a climate bill is passed. However, the Senate has not yet settled on a bill, and no one knows what a conference committee bill will provide or whether a law will be enacted. Equally importantly, the value of CMM offsets will depend greatly on the specific details of how the final legislation addresses CMM emissions, which is also unknown and subject to ongoing legislative negotiations. Consequently, Mountain Coal has little option but to wait until the fate of federal climate change is determined and carbon markets respond accordingly or a more robust, stable and transparent voluntary offset market is established. Mountain Coal proposes that carbon offset pricing will be one of the key "Study Trigger Values" that Mountain Coal will address in annual updates to this R2P2 Report.

16

4814-7767-4756v9

BLM_0050687

# V.
# VAM OXIDATION

## A.   Relevant Technical Reports

| Consultant | Scope | Report |
|------------|-------|--------|
| Verdeo | VAM Assessment | Exhibit H |

## B.   Mountain Coal Observations

The driving factor preventing use of VAM is the very high rate of dilution, which is necessitated by safety requirements. As discussed in the Verdeo report, West Elk VAM is estimated to contain only 0.15 to 0.31% methane by volume (and spot readings vary greatly). At the low end, these concentrations are too low to operate thermal oxidizing equipment, which requires consistent concentrations above 0.20% methane. At all ranges there is too little energy content to operate any equipment economically, which requires a minimum of 0.40% methane. Finally, even if these technical and economic obstacles could be overcome, over half the VAM released from the E-Seam ventilation shaft cannot be accessed, due to site constraints and the limitations of thermal oxidizing intake systems. A single VAM processing unit is in operation at an active mine in the United States, but Verdeo concluded that the technology used at that mine or offered by other vendors is not technically feasible at the West Elk Mine. Verdeo, which is a strong proponent of VAM use, considers the prospects of VAM use at West Elk to be "bleak." For safety reasons, the central function of a mine ventilation system is to flush CMM out of the active areas of the mine at very low concentrations, and the particular circumstances of West Elk Mine ventilation renders its VAM unfit for use.

# VI.
# GAS MONITORING

The BLM Letter requested information on the methods and equipment used to monitoring VAM emissions and CMM released from E Seam MDWs. Until any CMM use option becomes economically feasible, Mountain Coal will continue to use the equipment in current operation for reporting CMM emissions to MSHA. These are described in a memorandum attached as **Exhibit J**. If any of the disposal or processing alternatives are constructed, the equipment will contain additional metering devices that will provide continuous flow readings.

17

4814-7767-4750\9

BLM_0050688

# VII.
## PROCESS FOR ANNUAL REPORT UPDATES

The BLM Letter identifies a need for annual updating of the R2P2 report. Given that none of the CMM use options are presently economically feasible, Mountain Coal proposes a two step screening process for future annual updates. In Step One, Mountain Coal will examine August prices on three "Study Trigger Values" that drive economic feasibility. These are:

(a)     Natural gas prices, as forecasted by Gas Daily for the next 10 years;

(b)     Price per Megawatt/Hour for electricity paid by the Mine; and

(c)     Carbon Offset prices.

In each case, Mountain Coal proposes that the Study Trigger Value be the Internal Rate of Return Hurdle Value identified in the Burns & McDonnell Report. If current prices for any Study Trigger Value equal or exceed the relevant Burns & McDonnell Hurdle Value, then Mountain Coal would do a detailed updated evaluation of the relevant options. Thus, for example, the current Burns & McDonnell Hurdle Value for the power generation option is $114/MWh for the most economic power generation option – reciprocating engine. If the August 2010 price paid by the Mine for electricity is $114/MWh or greater, this will trigger Mountain Coal to re-examine the power generation option. Similarly, if carbon offset prices reach $19.25/ton (the Hurdle Value for the base system for flaring), Mountain Coal would re-examine Flaring. As long as the Study Trigger Values remain below the Hurdle Values, no further analysis would be required.

Step Two would be a brief survey of new developments in CMM control technology, as reported by EPA's Methane to Markets program. If new or substantially improved commercially demonstrated CMM control equipment emerges over the course of a year, Mountain Coal will prepare an R2P2 supplement addressing the potential applicability to the West Elk Mine.

18

4814-7767-4756\9

BLM_0050689

# VIII.
## SUMMARY

Since issuance of the January 14, 2009 coal lease amendments authorizing Mountain Coal to devise beneficial uses of E Seam coal mine methane, Mountain Coal has engaged in an intensive analysis of a wide range of options. It is disappointing that no technology presently exists that would allow an economically feasible use of the methane, particularly given the aggressive financing assumptions Mountain Coal applied. However, the coming year may see dramatic developments in climate change legislation, which could create a more favorable carbon market and regulatory environment, and may render one or more options more economically feasible. At present the most prudent course appears to be to revisit the key commodity and carbon market benchmarks in a year's time, and then reassess the feasibility of a project.

19

4814-7767-4756\9

BLM_0050690

## EXHIBITS

**Exhibit A** – BLM Letter

**Exhibit B** – BLM Presentation at 2008 U.S. Coalbed Methane Conference

**Exhibit C** – Coal Lease Addenda, Leases C-1362, COC-56447 and COC-67232

**Exhibit D** – TR 111 - Federal Coal Leases C-1362 and COC-56447

**Exhibit E** – PR-14 - Federal Coal Leases C-1362 and COC-67232

**Exhibit F** – Arista Report

**Exhibit G** – Burns & McDonnell Report

**Exhibit H** – Verdeo VAM Analysis

**Exhibit I** – Verdeo Carbon Market Analysis

**Exhibit J** – Gas Monitoring Methods

20

4814-7767-4756.9

BLM_0050691

# EXHIBIT A

## BLM LETTER

BLM_0050692

 United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Colorado State Office
2850 Youngfield Street
Lakewood, Colorado 80215-7093
www.blm.gov/co



In Reply Refer to:                                    AR 2 5 2009
3420 (CO-921)
C-1362, COC56447, COC67232


Gene E. DiClaudio
President
Mountain Coal Company
One Cityplace Drive, Ste. 300
St. Louis, MO 63141

Dear Mr. DiClaudio:

As a result of the January 16, 2009 addendum to the West Elk Leases and the language contained in the Technical Revision No. 111 and PR 14 approval documents, the Bureau of Land Management (BLM) is requiring that Mountain Coal Company supplement the existing Resource Recovery and Protection Plan (R2P2) to comply with the language contained in the addendum and the approval document.

The Revision No. 111 and PR 14 approval document directs Mountain Coal Company to collect all economical Coal Mine Methane (CMM) and Vent Air Methane (VAM) that would normally be vented for the safety of the miners and compliance with applicable MSHA regulations. The addendum to the Mountain Coal Company leases provided a mechanism that allows for the capture and use of the CMM and VAM. To ensure compliance with the addendum and the approval document Mountain Coal Company must supplement the existing R2P2 to include an annual evaluation of the economics associated with the capture and/or use of the CMM and VAM. The economic evaluation should contain at a minimum the following:

- An analysis of the costs associated with collection of vented CMM from holes developed specifically for the purpose of the venting of the CMM for safety purposes.
- An analysis of the costs associated with collection/capture of VAM
- All costs associated with the collection of the CMM that is above and beyond what is associated with normal venting operations including but not limited to construction of gathering systems, roads, pipelines, etc.
- All costs associated with putting the CMM or VAM in a marketable condition including compressing and refining systems and transportation to the point of sale.
- An analysis of the costs associated with collection and beneficial use of CMM or VAM.
- All projected revenue from the sale of the CMM or VAM.

BLM_0050693

- Any carbon credit offsets acquired as a result of the capture/sale of the CMM or VAM must be taken into account.
- The economic evaluation will include a reasonable cost of capital and employ commonly used analytical tools used in project finance, such as a discounted cash flow analysis.

CMM or VAM that is used on site for beneficial use will not be subject to a royalty. Beneficial use includes all uses of CMM or VAM onsite including fueling mine heaters and the generation of electricity that is used onsite at the West Elk Mine. Vented or flaired CMM or VAM that is not economic is not subject to a royalty.

All activities associated with the beneficial use or economic collection and sale of CMM or VAM must be approved in a supplement to the R2P2. The R2P2 must be supplemented to include the methods and equipment used to measure all CMM or VAM that is used for beneficial use or sold. The measurement of CMM or VAM sold should comply with the applicable measurement regulations found at 43 CFR 3162.7-3 and Oil and Gas Onshore Order No. 5.

Within six months of receipt of this letter Mountain Coal Company is required to provide to the appropriate Bureau of Land Management office an economic evaluation of the capture and use of the CMM and VAM and a proposal detailing the equipment and methodology to be used in monitoring the CMM or VAM production. The reported produced value for VAM should be the same value currently reported to the BLM as part Mountain Coal Company's methane venting submittal until such time that capture of VAM is considered economic at which time a detailed submittal outlining equipment and methodology will be required.

If there are any questions or concerns please feel free to contact Charlie Beecham, Branch Chief for Solid Minerals at (303) 239-3773.

Sincerely

Lynn E. Rust
Deputy State Director
Energy, Lands and Minerals

343

# EXHIBIT B

## BLM PRESENTATION

## 2008 U.S. COALBED METHANE CONFERENCE

344

BLM_0050695





Supplemental Final Environmental Impact Statement | Federal Coal Lease Modifications COC-1362 & COC-67232

346

*Supplemental Final Environmental Impact Statement* | Federal Coal Lease Modifications COC-1362 & COC-67232



Who is BLM?

Chapter 1

347

BLM_0050698



348

BLM_0050699



# BLM Managed Mineral Estate

700 Million acres

166 Million acres withdrawn

58 Million acres split estate

# Federal Coal Leasing
## FY2007

http://www.blm.gov/public_land_statistics/index.htm

| State | Leases | Acres |
|---|---|---|
| Alabama | 4 | 4,617 |
| Alaska | 2 | 5,148 |
| Colorado | 56 | 83,361 |
| Kentucky | 8 | 6,903 |
| Montana | 29 | 44,181 |
| New Mexico | 11 | 25,432 |
| North Dakota | 15 | 11,062 |
| Oklahoma | 9 | 16,664 |
| Utah | 75 | 92,075 |
| Washington | 2 | 521 |
| Wyoming | 87 | 175,980 |
| Total | 298 | 465,944 |

350

*Supplemental Final Environmental Impact Statement* | Federal Coal Lease Modifications COC-1362 & COC-67232



351

BLM_0050702

# Additional Considerations

- Split estate lands
- Multiple entities may own minerals within the mine area
  - "First in time, first in right"
  - Interests of other governmental agencies
  - Interests of other mineral lessees
  - Authority limited by the Mineral Leasing Act, as amended

352

BLM_0050703



353

Supplemental Final Environmental Impact Statement | Federal Coal Lease Modifications COC-1362 & COC-67232

# Amoco v Southern Ute

- (Citation) (June 7, 1999)
- On Coal Lands Act lands, the US reserved only the coal estate.
- Coal bed methane in these lands is owned privately.
- US has no authority to authorize or require coal bed methane capture by a Federal coal lessee on this type of land.
- This decision does not impact BLM's regulation of lands owned by the US in fee simple.

BLM_0050705



The Powder River Basin (PRB) Policy

Chapter 3

BLM_0050706

# Powder River Basin (PRB) Policy Summary

- Instruction Memorandum 2006-153
  http://www.blm.gov/wo/st/en/info/regulations/instruction_Memos_and_Bulletins/national_instruction/2006/im_2006-153_.html

- Oil & gas leasing generally predates coal leasing
- Surface mining potentially draining the methane resource
- Applies only in the PBR when the Federal gas estate overlies the Federal coal estate
- Royalty incentive to produce methane within a conflict administration zone ahead of mine development
- In exchange for reduced royalty, the gas lessee will agree to abandon methane development as mine development approaches a methane well

356



The San Juan Basin

Chapter 4

357

BLM_0050708

# San Juan Basin

- Similar to the PRB, older federal oil and gas leases predate federal coal leases
- Surface mining has exhausted recoverable reserves and mining is progressing underground
- Coal and oil & gas lessees negotiate
- Coal lessee concern about pre-production of methane ahead of mining
- Royalty reduction solution not implemented
- Recovery systems in place with marginal economics



The Vessels IBLA Decision

Chapter 5

359

BLM_0050710

# Vessels IBLA Decision

- Vessels Coal Gas, Inc. 175 IBLA 8
- Aberdeen Coal Mine – Mixed coal and gas ownership, coal production moving from non-federal oil & gas to federal oil & gas lands
- There are no existing Federal oil & gas leases above the mine
- Competitive Federal oil & gas lease proposed for methane collection and sale of methane over the federal coal lease
- Unsuccessful bidder (Vessels) appeals, the oil & gas lease was heavily stipulated for the protection of the health and safety of underground miners such that the oil & gas really wasn't an oil & gas lease any longer.

Supplemental Final Environmental Impact Statement | Federal Coal Lease Modifications COC-1362 & COC-67232

360

BLM_0050711

# Vessels IBLA Decision

- IBLA concludes that "gob gas", i.e., gas liberated during coal development, is not an oil and gas deposit subject to leasing under the Mineral Leasing Act.

- BLM is investigating other means for authorizing capture of methane liberated by coal mining.

*Supplemental Final Environmental Impact Statement | Federal Coal Lease Modifications COC-1362 & COC-67232*

BLM_0050712

*Supplemental Final Environmental Impact Statement* | Federal Coal Lease Modifications COC-1362 & COC-67232



BLM_0050713

## In general:

- BLM regulatory authority is limited to lands where the US owns both the coal and the gas estates
- BLM must consider any pre-existing and conflicting lease rights
- Under the Vessels decision, BLM may only authorize the coal lessee to capture methane released as part of coal mining

*Supplemental Final Environmental Impact Statement | Federal Coal Lease Modifications COC-1362 & COC-67232*

363

BLM_0050714

# Gas rights predate coal rights

- Policy will continue consistent with the current PRB co-development policy
- Royalty incentive to produce methane ahead of coal severance
- To receive the royalty incentive, the gas lessee must agree to abandon the methane production in advance of mining

BLM_0050715

# Coal rights predate gas rights

- ⦿ Bilateral agreement between BLM and the coal lessee to amend the coal lease
- ⦿ To authorize capture of methane that otherwise would be vented as required by MSHA
- ⦿ Coal operator shall capture methane if
  - › Economically feasible, &
  - › Does not jeopardize the safety and health of miners
- ⦿ All applicable laws and regulations will apply

365

*Supplemental Final Environmental Impact Statement | Federal Coal Lease Modifications COC-1362 & COC-67232*

BLM_0050716

# Coal rights predate gas rights (cont.)

⦿ West Elk Mine in Colorado will be the first case

⦿ BLM may rely on the Mineral Leasing Act to authorize coal lessees to capture methane vented as required by the Mine Safety & Health Administration (MSHA).

BLM_0050717

# EXHIBIT C

## COAL LEASE ADDENDA

## LEASES C-1362, COC-56447

## AND COC-67232

BLM_0050718

| United States Department of the Interior Bureau of Land Management Coal Lease Addendum | Serial Number C-1362 |
|---|---|

Coal Lease C-1362 is hereby amended by this addendum:

## PART I. LEASE RIGHTS GRANTED

* * * *

Sec. 3. Notwithstanding the language in Sec. 2 of this lease and subject to the terms and conditions below, lessee is authorized to drill for, extract, remove, develop, produce and capture for use or sale any or all of the coal mine methane from the above described lands that it would otherwise be required to vent or discharge for safety purposes by applicable laws and regulations. For purposes of this lease, "coal mine methane" means any combustible gas located in, over, under, or adjacent to the coal resources subject to this lease, that will or may infiltrate underground mining operations.

Sec. 4. Notwithstanding any other provision of this lease, nothing herein shall, nor shall it be interpreted to, waive, alter or amend lessee's right to vent, discharge or otherwise dispose of coal mine methane as necessary for mine safety or to mine the coal deposits consistent with permitted underground mining operations and federal and state law and regulation. Lessee shall not be obligated or required to capture for use or sale coal mine methane that would otherwise be vented or discharged if the capture of coal mine methane, independent of activities related to mining coal, is not economically feasible or if the coal mine methane must be vented in order to abate the potential hazard to the health or safety of the coal miners or coal mining activities. In the event of a dispute between lessor and lessee as to the economic or other feasibility of capturing for use or sale the coal mine methane, lessor's remedy as a prevailing party shall be limited to recovery of compensatory royalties on coal mine methane not captured for use or sale by lessee. Lessee shall have the right to continue all mining activities under this lease, including venting coal mine methane, pending resolution of any dispute regarding the application of the terms of Sections 3 and 4.

## PART II. TERMS AND CONDITIONS

Sec. 2

* * * *

(c) COAL MINE METHANE OPERATIONS AND ROYALTIES – Notwithstanding the language in Part II, Sec. 2 (a) of this lease, the royalty shall be 12.5 percent of the value of any coal mine methane that is captured for use or sale from this lease. For purposes of this lease, the term "capture for use or sale" shall not include and the royalty shall not apply to coal mine methane that is vented or discharged and not captured for the economic or safety reasons described in Part I, Sec. 4 of this lease. Lessee shall have no obligation to pay royalties on any coal mine methane that is used on or for the benefit of mineral extraction at the West Elk coal mine. When not inconsistent with any express

368

BLM_0050719

provision of this lease, this lease is subject to all rules and regulations related to Federal gas royalty collection in Title 30 of the Code of Federal Regulations now or hereinafter in effect and lessor's rules and regulations related to applicable reporting and gas measurement now or hereinafter in effect.

\* \* \* \*

SEVERABILITY - In the event any provision of this addendum is subject to a legal challenge or is held to be invalid, unenforceable or illegal in any respect, the validity, legality and enforceability of this lease will not in any way be affected or impaired thereby and lessee will retain, in accordance with the terms of this lease, the exclusive right and privilege to drill for, mine, extract, remove, or otherwise process and dispose of the coal deposits in, upon or under the lands described in this lease, including the right to vent or discharge coal mine methane for safety purposes as required by applicable laws and regulations.

This Coal Lease Addendum is effective as of the date all parties have executed the Addendum.

MOUNTAIN COAL COMPANY, LLC         THE UNITED STATES OF AMERICA

Name: _____         Name: _____
Title: _____         Title: _____
Date: _____         Date: _____

BLM_0050720

| United States Department of the Interior Bureau of Land Management | Serial Number |
| --- | --- |
| **Coal Lease Addendum** | COC-56447 |

Coal Lease COC-56447 is hereby amended by this addendum:

### PART I. LEASE RIGHTS GRANTED

* * * *

Sec. 3. Notwithstanding the language in Sec. 2 of this lease and subject to the terms and conditions below, lessee is authorized to drill for, extract, remove, develop, produce and capture for use or sale any or all of the coal mine methane from the above described lands that it would otherwise be required to vent or discharge for safety purposes by applicable laws and regulations. For purposes of this lease, "coal mine methane" means any combustible gas located in, over, under, or adjacent to the coal resources subject to this lease, that will or may infiltrate underground mining operations.

Sec.4. Notwithstanding any other provision of this lease, nothing herein shall, nor shall it be interpreted to, waive, alter or amend lessee's right to vent, discharge or otherwise dispose of coal mine methane as necessary for mine safety or to mine the coal deposits consistent with permitted underground mining operations and federal and state law and regulation. Lessee shall not be obligated or required to capture for use or sale coal mine methane that would otherwise be vented or discharged if the capture of coal mine methane, independent of activities related to mining coal, is not economically feasible or if the coal mine methane must be vented in order to abate the potential hazard to the health or safety of the coal miners or coal mining activities. In the event of a dispute between lessor and lessee as to the economic or other feasibility of capturing for use or sale the coal mine methane, lessor's remedy as a prevailing party shall be limited to recovery of compensatory royalties on coal mine methane not captured for use or sale by lessee. Lessee shall have the right to continue all mining activities under this lease, including venting coal mine methane, pending resolution of any dispute regarding the application of the terms of Sections 3 and 4.

### PART II. TERMS AND CONDITIONS

Sec. 2

* * * *

(c) COAL MINE METHANE OPERATIONS AND ROYALTIES – Notwithstanding the language in Part II, Sec. 2 (a) of this lease, the royalty shall be 12.5 percent of the value of any coal mine methane that is captured for use or sale from this lease. For purposes of this lease, the term "capture for use or sale" shall not include and the royalty shall not apply to coal mine methane that is vented or discharged and not captured for the economic or safety reasons described in Part I, Sec. 4 of this lease. Lessee shall have no obligation to pay royalties on any coal mine methane that is used on or for the benefit of

mineral extraction at the West Elk coal mine. When not inconsistent with any express provision of this lease, this lease is subject to all rules and regulations related to Federal gas royalty collection in Title 30 of the Code of Federal Regulations now or hereinafter in effect and lessor's rules and regulations related to applicable reporting and gas measurement now or hereinafter in effect.

\* \* \* \*

SEVERABILITY – In the event any provision of this addendum is subject to a legal challenge or is held to be invalid, unenforceable or illegal in any respect, the validity, legality and enforceability of this lease will not in any way be affected or impaired thereby and lessee will retain, in accordance with the terms of this lease, the exclusive right and privilege to drill for, mine, extract, remove, or otherwise process and dispose of the coal deposits in, upon or under the lands described in this lease, including the right to vent or discharge coal mine methane for safety purposes as required by applicable laws and regulations.

This Coal Lease Addendum is effective as of the date all parties have executed the Addendum.

MOUNTAIN COAL COMPANY, LLC                    THE UNITED STATES OF AMERICA

Name: _____               Name: _____
Title: _____              Title: _____
Date: _____               Date: _____

371

| United States Department of the Interior Bureau of Land Management **Coal Lease Addendum** | Serial Number COC-67232 |
|---|---|

Coal Lease COC-67232 is hereby amended by this addendum:

**PART I. LEASE RIGHTS GRANTED**

\* \* \* \*

Sec. 3. Notwithstanding the language in Sec. 2 of this lease and subject to the terms and conditions below, lessee is authorized to drill for, extract, remove, develop, produce and capture for use or sale any or all of the coal mine methane from the above described lands that it would otherwise be required to vent or discharge for safety purposes by applicable laws and regulations. For purposes of this lease, "coal mine methane" means any combustible gas located in, over, under, or adjacent to the coal resources subject to this lease, that will or may infiltrate underground mining operations.

Sec.4. Notwithstanding any other provision of this lease, nothing herein shall, nor shall it be interpreted to, waive, alter or amend lessee's right to vent, discharge or otherwise dispose of coal mine methane as necessary for mine safety or to mine the coal deposits consistent with permitted underground mining operations and federal and state law and regulation. Lessee shall not be obligated or required to capture for use or sale coal mine methane that would otherwise be vented or discharged if the capture of coal mine methane, independent of activities related to mining coal, is not economically feasible or if the coal mine methane must be vented in order to abate the potential hazard to the health or safety of the coal miners or coal mining activities. In the event of a dispute between lessor and lessee as to the economic or other feasibility of capturing for use or sale the coal mine methane, lessor's remedy as a prevailing party shall be limited to recovery of compensatory royalties on coal mine methane not captured for use or sale by lessee. Lessee shall have the right to continue all mining activities under this lease, including venting coal mine methane, pending resolution of any dispute regarding the application of the terms of Sections 3 and 4.

**PART II. TERMS AND CONDITIONS**

Sec. 2

\* \* \* \*

(c) COAL MINE METHANE OPERATIONS AND ROYALTIES - Notwithstanding the language in Part II, Sec. 2 (a) of this lease, the royalty shall be 12.5 percent of the value of any coal mine methane that is captured for use or sale from this lease. For purposes of this lease, the term "capture for use or sale" shall not include and the royalty shall not apply to coal mine methane that is vented or discharged and not captured for the economic or safety reasons described in Part I, Sec. 4 of this lease. Lessee shall have no obligation to pay royalties on any coal mine methane that is used on or for the benefit of

BLM_0050723

| United States Department of the Interior Bureau of Land Management | Serial Number |
|---|---|
| **Coal Lease Addendum** | COC-67232 |

Coal Lease COC-67232 is hereby amended by this addendum:

### PART I. LEASE RIGHTS GRANTED

* * * *

Sec. 3. Notwithstanding the language in Sec. 2 of this lease and subject to the terms and conditions below, lessee is authorized to drill for, extract, remove, develop, produce and capture for use or sale any or all of the coal mine methane from the above described lands that it would otherwise be required to vent or discharge for safety purposes by applicable laws and regulations. For purposes of this lease, "coal mine methane" means any combustible gas located in, over, under, or adjacent to the coal resources subject to this lease, that will or may infiltrate underground mining operations.

Sec. 4. Notwithstanding any other provision of this lease, nothing herein shall, nor shall it be interpreted to, waive, alter or amend lessee's right to vent, discharge or otherwise dispose of coal mine methane as necessary for mine safety or to mine the coal deposits consistent with permitted underground mining operations and federal and state law and regulation. Lessee shall not be obligated or required to capture for use or sale coal mine methane that would otherwise be vented or discharged if the capture of coal mine methane, independent of activities related to mining coal, is not economically feasible or if the coal mine methane must be vented in order to abate the potential hazard to the health or safety of the coal miners or coal mining activities. In the event of a dispute between lessor and lessee as to the economic or other feasibility of capturing for use or sale the coal mine methane, lessor's remedy as a prevailing party shall be limited to recovery of compensatory royalties on coal mine methane not captured for use or sale by lessee. Lessee shall have the right to continue all mining activities under this lease, including venting coal mine methane, pending resolution of any dispute regarding the application of the terms of Sections 3 and 4.

### PART II. TERMS AND CONDITIONS

Sec. 2

* * * *

(c) COAL MINE METHANE OPERATIONS AND ROYALTIES – Notwithstanding the language in Part II, Sec. 2 (a) of this lease, the royalty shall be 12.5 percent of the value of any coal mine methane that is captured for use or sale from this lease. For purposes of this lease, the term "capture for use or sale" shall not include and the royalty shall not apply to coal mine methane that is vented or discharged and not captured for the economic or safety reasons described in Part I, Sec. 4 of this lease. Lessee shall have no obligation to pay royalties on any coal mine methane that is used on or for the benefit of

BLM_0050724

mineral extraction at the West Elk coal mine. When not inconsistent with any express provision of this lease, this lease is subject to all rules and regulations related to Federal gas royalty collection in Title 30 of the Code of Federal Regulations now or hereinafter in effect and lessor's rules and regulations related to applicable reporting and gas measurement now or hereinafter in effect.

\* \* \* \*

SEVERABILITY - In the event any provision of this addendum is subject to a legal challenge or is held to be invalid, unenforceable or illegal in any respect, the validity, legality and enforceability of this lease will not in any way be affected or impaired thereby and lessee will retain, in accordance with the terms of this lease, the exclusive right and privilege to drill for, mine, extract, remove, or otherwise process and dispose of the coal deposits in, upon or under the lands described in this lease, including the right to vent or discharge coal mine methane for safety purposes as required by applicable laws and regulations.

This Coal Lease Addendum is effective as of the date all parties have executed the Addendum.

**MOUNTAIN COAL COMPANY, LLC**                     **THE UNITED STATES OF AMERICA**

Name: _____                     Name: _____
Title: _____                     Title: _____
Date: _____                     Date: _____

374

BLM_0050725

# EXHIBIT D

## TR 111, FEDERAL COAL LEASE C-1362
## AND COC-56447

BLM_0050726

Page 1 of 2

UNITED STATES
DEPARTMENT OF THE INTERIOR

This mining plan approval document is issued by the United States of America to:

Mountain Coal Company, L.L.C.
P.O. Box 591
Somerset, Colorado 81434

for a mining plan modification for Federal leases C-1362 and COC-56447 at the West Elk Mine. The approval is subject to the following conditions. Mountain Coal Company, L.L.C. is hereinafter referred to as the operator.

1.  Statutes and Regulations.--This mining plan approval is issued pursuant to Federal leases C-1362 and COC-56447; the Mineral Leasing Act of 1920, as amended (30 U.S.C. 181 et seq.); and in the case of acquired lands, the Mineral Leasing Act for Acquired Lands of 1947, as amended (30 U.S.C. 351 et seq.). This mining plan approval is subject to all applicable regulations of the Secretary of the Interior which are now or hereafter in force; and all such regulations are made a part hereof. The operator shall comply with the provisions of the Water Pollution Control Act (33 U.S.C. 1151 et seq.), the Clean Air Act (42 U.S.C. 7401 et seq.), and other applicable Federal laws.

2.  This document approves the mining plan modification for Federal leases C-1362 and COC-56447 at the West Elk Mine and authorizes coal development or mining operations on the Federal leases within the area of mining plan approval. This authorization is not valid beyond:

    Township 13 South, Range 90 West 6th P.M.
    Sections 26, 27, 28, 34 and 35 portions thereof.

    These lands encompass ten (10.0) acres and are found on the USGS 7.5 minute Quadrangle map of Somerset, Colorado as shown on the map appended hereto as Attachment A.

3.  The operator shall conduct coal development and mining operations only as described in the complete permit application package approved by the Colorado Division of Reclamation, Mining and Safety, except as otherwise directed in the conditions of this mining plan approval.

4.  The operator shall comply with the terms and conditions of the lease, this mining plan approval, and the requirements of Colorado State Permit No. C-1980-007 issued under the Colorado State program, approved pursuant to the Surface Mining Control and Reclamation Act of 1977 (30 U.S.C. 1201 et seq.).

BLM_0050727

Mining Plan Approval Document No. CO-0021                    Page 2 of 2

5.   This mining plan approval shall be binding on any person conducting coal development
     or mining operations under the approved mining plan and shall remain in effect until
     superseded, canceled, or withdrawn.

6.   If during mining operations unidentified prehistoric or historic resources are discovered,
     the operator shall ensure that the resources are not disturbed and shall notify the Colorado
     Division of Reclamation, Mining and Safety and the Office of Surface Mining
     Reclamation and Enforcement (OSM).  The operator shall take such actions as are
     required by the Colorado Division of Reclamation, Mining and Safety in coordination
     with OSM.

7.   The Secretary retains jurisdiction to modify or cancel this approval, as required, on the
     basis of further consultation with the U.S. Fish and Wildlife Service pursuant to section 7
     of the Endangered Species Act, as amended, 16 U.S.C. 1531 *et seq.*

8.   If, under a bilateral agreement with the Federal lessee, the Bureau of Land Management
     amends Federal leases C-1362 and COC-55477 to authorize the capture of coalbed gas
     that would otherwise be vented as required by the Mine Safety and Health
     Administration, the operator shall capture the vented coalbed gas if such capture is
     economically feasible and does not jeopardize the safety or health of the miners.  The
     capture operations must comply with the terms of the amended leases and all applicable
     laws and regulations, including those administered by the U.S. Forest Service and the
     Colorado State program.

Assistant Secretary
Land and Minerals Management

Attachment A

July 31, 2008
Date

377

BLM_0050728

# EXHIBIT E

## PR-14, FEDERAL COAL LEASE C-1362

## AND COC-67232

BLM_0050729

*Supplemental Final Environmental Impact Statement* | Federal Coal Lease Modifications COC-1362 & COC-67232

JAN-22-2009 THU 08:26 AM          FAX NO.                               P. 03
01/21/2009 03:51 PM                CBM-Division of    latory Support  7022190270

Page 1 of 2

UNITED STATES
DEPARTMENT OF THE INTERIOR

This mining plan approval document is issued by the United States of America to:

Mountain Coal Company, L.L.C.
P.O. Box 591
Somerset, Colorado 81434

for a mining plan modification for Federal leases C-1362 and COC-67232 at the West Elk Mine. The approval is subject to the following conditions. Mountain Coal Company, L.L.C. is hereinafter referred to as the operator.

1.  Statutes and Regulations.—This mining plan approval is issued pursuant to Federal leases C-1362 and COC-67232; the Mineral Leasing Act of 1920, as amended (30 U.S.C. 181 et seq.); and in the case of acquired lands, the Mineral Leasing Act for Acquired Lands of 1947, as amended (30 U.S.C. 351 et seq.). This mining plan approval is subject to all applicable regulations of the Secretary of the Interior which are now or hereafter in force; and all such regulations are made a part hereof. The operator shall comply with the provisions of the Water Pollution Control Act (33 U.S.C. 1151 et seq.), the Clean Air Act (42 U.S.C. 7401 et seq.), and other applicable Federal laws.

2.  This document approves the mining plan modification for Federal leases C-1362 and COC-67232 at the West Elk Mine and authorizes coal development or mining operations on the Federal leases within the area of mining plan approval. This authorization is not valid beyond:

    Township 13 South, Range 90 West 6th P.M.
        Sections: 29, 32, 33, 34, 35, portions thereof.

    Township 14 South, Range 90 West 6th P.M.
        Sections: 1, 2, 3, 4, 9, 10 and 11, portions thereof.

    These lands encompass 47.5 disturbed surface acres and are found on the USGS 7.5 minute Quadrangle map of Somerset, Colorado as shown on the map appended hereto as Attachment A.

3.  The operator shall conduct coal development and mining operations only as described in the complete permit application package approved by the Colorado Division of Reclamation, Mining and Safety, except as otherwise directed in the conditions of this mining plan approval.

BLM_0050730

*Supplemental Final Environmental Impact Statement* | Federal Coal Lease Modifications COC-1362 & COC-67232

JAN-22-2009 THU 09:26 AM                     FAX NO.                    P. 04
01/21/2009 03:51 PM                    OSM-Division of    History Support   2023196479

Mining Plan Approval Document No. CO-0021                          Page 2 of 2

4.  The operator shall comply with the terms and conditions of the lease, this mining plan approval, and the requirements of Colorado State Permit No. C-1980-007 issued under the Colorado State program, approved pursuant to the Surface Mining Control and Reclamation Act of 1977 (30 U.S.C. 1201 *et seq.*).

5.  This mining plan approval shall be binding on any person conducting coal development or mining operations under the approved mining plan and shall remain in effect until superseded, canceled, or withdrawn.

6.  If during mining operations unidentified prehistoric or historic resources are discovered, the operator shall ensure that the resources are not disturbed and shall notify the Colorado Division of Reclamation, Mining and Safety and the Office of Surface Mining Reclamation and Enforcement (OSM). The operator shall take such actions as are required by the Colorado Division of Reclamation, Mining and Safety in coordination with OSM.

7.  The Secretary retains jurisdiction to modify or cancel this approval, as required, on the basis of further consultation with the U.S. Fish and Wildlife Service pursuant to section 7 of the Endangered Species Act, as amended, 16 U.S.C. 1531 *et seq.*

8.  Once all necessary permits and other clearances are obtained, the operator shall capture all coalbed gas that would otherwise be vented as required by the Mine Safety and Health Administration if such capture is economically feasible and does not jeopardize the safety or health of the miners. The capture operations must comply with the terms of the amended leases and all applicable laws and regulations, including those administered by the U.S. Forest Service and the Colorado State program.

Assistant Secretary
Land and Minerals Management

1/15/2009
Date

Attachment A

380

# EXHIBIT F

## ARISTA REPORT

BLM_0050732

Prepared for Mountain Coal Company LLC

# West Elk Mine
# Somerset, Colorado
# E Seam Gathering Options
# September, 2009

BLM_0050733

## Qualifications

Arista Midstream Services, LLC, is an energy services company focused primarily in the Rocky Mountain Region. Arista was formed in October 2007 with a management team each having over 20 years experience in the midstream energy business, which includes sale and marketing of natural gas, natural gas liquids, and oil. In addition, they have built and operated facilities to move these products to end markets (pipelines, compression facilities, gas treatment facilities, and metering). The project manager on the West Elk Mine project was Tim Pimmel, Vice President of Operations and Engineering. Mr. Pimmel has 10 years of experience in the design, construction, and operation of low pressure gathering systems, primarily in the Powder River Basin in Wyoming.

More information on Arista can be found in **Appendix A** (page 20)

## Scope of Work

Arista Midstream Services, LLC, was retained by Mountain Coal Company LLC ("Mountain Coal"), to perform an engineering study related to Mountain Coal's West Elk Mine located outside of Somerset, Colorado. This study is a component in a larger set of analyses prompted by January 2009 amendments to coal leases at the West Elk Mine. This study focused on gathering Coal Mine Methane ("CMM") emitted from existing and future E Seam Methane Drainage Wells ("MDWs"). Arista's evaluation included the design of a gathering system, capital estimates, and annual O&M budgets related to the following three CMM disposal/usage options:

(1) Flaring the CMM;

(2) Using raw CMM to fuel generators to produce electricity; and

(3) Processing the raw CMM for distribution and sale to the nearest natural gas pipeline.

The study began on February 10, 2009 with a site visit at the West Elk mine followed up with a meeting in Mountain Coal's Grand Junction office to review the scope of the analysis. A second field trip to West Elk mine took place on May 28 to look at field layout once the snow melt made it possible to look at the pipeline routes. Three additional meetings were held in Grand Junction to update Mountain Coal's management on project progress, gather additional information, and identify initial findings based on research performed by Arista.

Several spreadsheets and reports were provided by Mountain Coal to assist in the study:
2009 E Seam CH4 Quantity Summary
Schlumberger report on E-Seam Gas-In-Place (dated 1/31/07)
Historical Emissions Data

2

BLM_0050734

# Design Criteria

## Gas Volumes

The first step in the project was to estimate gas volumes for the life of the mine, which is critical in the design of the gathering system, both for pipe sizes and compression sizing. Mining of the E seam began around the beginning of 2009, and 6 methane drainage wells produced gas intermittently in 2009. A summary of the data from the total volume is presented in the table below.

| E Seam Averages (MMSCFD) | | |
|---|---|---|
| | Total Gas Flow | Methane |
| **2009** | | |
| January | 2.69 | 1.57 |
| February | 3.04 | 1.62 |
| March | 2.91 | 1.57 |
| April | 1.91 | 1.10 |
| May | 1.59 | 0.72 |
| June | 0.83 | 0.27 |
| July | 0.83 | 0.54 |
| August | 1.08 | 0.76 |

**TOTAL DAILY VOLUME FROM E SEAM WELLS (all associated with Long Wall Mining)**

Arista determined that the long wall mining operation would produce roughly an average of 3.0MMCF/day of raw CMM through the MDWs associated with the mined panel. Based upon long term experience at West Elk, we expect that volume will be highest generally when the longwall is located at the beginning of a panel (East side) and generally decrease as the longwall moves west through the panel. Both historically and currently in the E Seam, there is significant day-to-day variation in MDW volumes, with total MDW flows during normal operations ranging from a low of 1.5 MMCF/day to peak flows approaching 5.0 MMCF/day. Arista considered the frequency and volume of peak flows in sizing all components of the gas gathering and management systems. In April, the coal production from the mine was drastically reduced and this caused a significant reduction in gas production. It is expected that eventually the mine will return to normal production, although there will be times in the future that production could be lowered again due to either geologic or economic reasons.

Arista also considered effects on the operation of the MDWs as the various panels are sealed. We reviewed the Schlumberger reserve study and also analyzed the performance of previously sealed panels to estimate the amount of gas that would be produced. After considering all data available, we determined the proper design capacity of the system to be 1.0 MMCF/day of raw gas coming from the sealed panels.

Adding the volume from the long wall mining operation and the sealed E panels, we arrive at total production of 4.0 MMCF/day of raw gas, with an instantaneous peak volume of around 6.0 MMCF/day.

BLM_0050735

## Basic Gas Analysis

The next step in the project was to analyze CMM quality. The West Elk Mine takes routine bag samples of the gas from each of the MDWs in service. This data is recorded in the methane discharge spreadsheets, along with the daily volumes. Arista reviewed the sampling process and data on gas quality and determined that West Elk was following industry standard practices in data collection, and that the data were valid. The gas quality used for design in this report derived from a weighted average of the 6 E Seam MDWs that have flowed in 2009. Arista concludes that the gathering and processing system should be designed to manage CMM with the following composition:

| West Elk Mine Gas Analysis | |
| --- | --- |
| | E Seam |
| Methane | 55% |
| Ethane | 1.1% |
| Nitrogen | 35% |
| Oxygen | 7.6% |
| Carbon Dioxide | 1.7% |

### TOTAL E SEAM GAS QUALITY

It is important to note that gas quality varies significantly from MDW to MDW, and even from an individual MDW over time. However, the quality of the combined CMM flows from all six MDWs has consistently remained very close to the chart listed above. While it is uncertain whether this quality will persist from panel to panel, Arista concludes that it is a reasonable baseline on which to design the gathering and processing system.

## Detailed Gas Analysis

To finalize and confirm the design, more detailed gas analysis was required, mostly to verify that certain components occasionally found in natural CMM flows were not present, or were below levels that would require additional treatment facilities. Arista directed West Elk personnel to take two gas samples from different MDWs and send them to Analytical Solution, Inc., for extended gas analysis. Because the quality from individual wells can vary so much, we chose two wells to represent extremes of methane content (60% and 35% methane) to analyze the full life cycle of the MDW's. The samples were taken on May 15, 2009 and the final report was released on June 14, 2009. Arista and the vendor of the proposed gas processing equipment reviewed the results.

The first area of focus was sulfur components in the CMM, primarily H2S. Natural gas must have less than 4 parts per million (PPM) H2S to be sold commercially. Both samples came back below 1 PPM, so even if all the oxygen and nitrogen in the CMM is removed, the total H2S would still be below 4 PPM and no additional treatment is required.

The second area of focus were the heavier hydrocarbon components in the CMM, primarily ethane, propane, butanes, pentanes, and hexanes. These are critical, because high levels can create hydrate problems in the compression and pipeline facilities. Moreover, these heavier hydrocarbons can

4

necessitate adjustments in the gas processing equipment to handle any potential natural gas liquids that would be produced. Both samples showed very small amounts of the higher level hydrocarbons, indicating no danger of hydrate formation.

The remaining components were checked to identify any other potential problem components for the gas processing facilities. These results were reviewed by the gas processing equipment vendor, and they concluded that the samples did not indicate any additional or unusual processing concerns.

The detailed gas analysis results can be found in **Appendix B** (page 23)

# Basic Gathering System Design

Maps of the proposed gathering system is located in **Appendix C** (page 30)

## Overall Philosophy

A gathering system is the only practical and cost effective method to manage E Seam CMM. Any attempt to place disposal or usage equipment (e.g., flares) at individual MDWs would be defeated by the high variability of individual MDW flows and high equipment costs (because of the large number of MDWs). Consequently, the first component of any approach to managing CMM is a gathering system conveying the CMM to a central location.

Generally there are two ways to lay out a gathering system, one with centralized compression and one with remote compression at various inputs to the system. Both have advantages and disadvantages. Arista analyzed both systems. The centralized system would require larger sized pipelines (modeled to be 16" or 20" diameter), which would negatively impact much more of the surface during construction. Another disadvantage to the centralized system is that the panel laterals are very low pressure, which makes it difficult to move condensed liquids in the line. This is made even tougher by the variable terrain which creates low spots for condensed liquids to gather and cold winter temperatures which may cause freezing. Based on the large pipe sizes and potential condensed liquid issues, Arista concluded that the optimum system was to install compression at the each of the wells and use pressure to minimize line sizes. The higher pressure also makes it easier to handle any condensed liquids in the system.

5

BLM_0050737



**Picture of existing exhauster**

The exhauster will discharge into a piping header that leads to the suction of the screw compressor. There will be a relief valve set to vent all gas from the mine if the screw compressor shuts down for any reason to ensure mine safety. This relief valve will be tied into alarm system and call out will be issued to respond to any compressor malfunction. Also located on the inlet piping header is a separator, which will be tied to a water tank with a gas fired heater. Any condensed liquids will be separated and stored in this tank.

The screw compressor will be designed to operate using the E seam gas (55% methane) as fuel gas. The compressor will have some flexibility to handle fuel gas quality varying from roughly 35% to 70% methane concentrations using its automated air/fuel ratio controller. A gas analyzer will monitor BTU fuel gas quality. If the methane concentration falls between 25% and 35% we will use commercial propane to supplement the fuel gas quality. At concentrations lower than 25% the exhausters would no longer be able to operate so the well would be taken out of service, as is done today. If the concentration is higher than 70% methane the air/fuel ratio would be manually adjusted on the unit by one of the operators. The unit specified for this system is small skid mounted screw compressor package (Cat 3408 driver, Frick NG250 screw). The compressor will be designed to move roughly 1500

7

BLM_0050738

mcf/day from 0 psig to 90 psig. The package will include a cooler to lower the gas temperature to below 100 degrees to protect the poly pipe of the lateral and trunk lines. There will be pressure and temperature shutdowns on the compressor to protect the system.

On the discharge header of the screw compressor, we will install a meter, BTU monitor, and a methanol injection pump (with storage tank). This equipment will all be tied into the remote monitoring system, which will allow operators to see current conditions and automatically issue alarms and call-outs as needed.

The fuel for the exhauster and compressor equipment will be taken straight from the header, measured through a meter, and lowered in pressure to roughly 40 psig by fuel regulators. The gas will be dehydrated by running it through a desiccant pipeline dryer manufactured by Van Gas Technologies. This technology minimized emissions and chemical storage on the site. The desiccant is consumed in the process, so there is no waste product. This small unit would need to be filled roughly once a quarter. The exhauster, the screw compressor, the tank heater, and each of these devices are protected with a regulator and relief valve to prevent overpressure.

As the volume of gas drops at each wellhead, it will become necessary to move the screw compressors in order to optimize their performance. The exhauster would continue to operate and would discharge into the existing gathering system, flowing to another wellhead where a screw compressor would be located. We anticipate that up to 4 exhausters could feed a single screw compressor as the system is built out, especially in the sealed panels not associated with longwall mining operation.

## Panel Lateral Gathering System

Arista initially proposed a top-of-ground gathering system built with 6" SDR 11 poly pipe laid between each of the MDWs using low impact construction method with narrow right-of-ways and limited tree clearing. This "straight line" lay out would minimize amount of pipe needed and would be relatively easy to install as a minimum number of roads would be impacted. After discussion with the mine operators, Arista decided that this was unreasonable, primarily because the mine has already negotiated corridors for the roads needed to drill and maintain the MDWs. It was unlikely that additional impact would be allowed, so Arista modified the layout of the panel lateral gathering lines to match the surface impact already approved for Mountain Coal's mine operations. In this case, it is assumed that we will lay roughly 50% of this pipe on the surface, primarily next to roads, and that 50% will be buried in the center of the road. The difference between laying in approved corridors verses "straight line" layout is an increase of 15% in length. Because more of the pipe will be buried in the second case, the actual increase in cost is closer to 40%.

SDR11 pipe is designed to have a maximum allowable operating pressure of 120 psig, which will be protected primarily with compressor shut downs set at 110 psig and a secondary relief valve set at 120 psig located on the pig launcher at the trunk line. Poly pipe is much cheaper to purchase and install than steel pipe, and as long as the system is protected from high temperature and pressure, it is very safe and reliable.

The layout of the gathering system includes 34.4 miles of panel laterals.

8



**Panel 1 E Seam MDW's – Shows typical terrain and vegetation**

9

BLM_0050740

## Trunk line

The trunk line will be a 10" SDR11 poly pipeline.  The total length of this pipeline will be 8.3 miles from the edge of Panel 8 at the far south end of the mine to the location near the electrical substation where the basic gathering system terminates.  Pig launching facilities will be included to allow for the operators to clean the liquids out of the line to keep high performance in the system.  The size of the line (10") was chosen to provide roughly 35 psig at the north end of the system near the substation.

## Control Equipment

Included in the capital estimates is a gas chromatograph, remote monitoring system, and alarm system.  This equipment will primarily be utilized by the operators to remotely monitor the system.

## Winter Operations Issues

During winter months, limited access will prevent relocation of the screw compressors and exhausters.  Currently the mine has a large enough fleet of exhausters to install one on each of the MDWs they anticipate mining past with the longwall during the winter.  This could include up to 10 MDWs in the winter if the mine is in full production.  Winter limitations on moving screw processors will require additional wellhead setups to provide adequate coverage.  This can be achieved with a combination of three extra screw compressors, along with some temporary 10" top-of-ground pipe located between several of the MDW's.  Operations staff would locate the 6 screw compressors (3 for normal longwall panel operation + 3 extra for winter operation) along the panel that is to be mined, roughly spaced one every other MDW.  The mine operators would then run temporary 10" pipe from each MDW that does not have a screw compressor to one of the adjacent wells that does.  Because the panel gathering lines are not laid out exactly along the individual panels and there may be a midwinter panel transition,, each winter a specific plan will need to be put together to anticipate the upcoming requirements.  This type of planning is currently done by the mine operators in the context of exhauster relocation, which is done each fall in anticipation of winter's arrival.  For the O&M budget, Arista assumed 6000' of 10" poly would be laid every year and a total of 12 compressor moves would be made each year.

## Capital Costs

The basic gathering system includes 8 wellhead setups, 33.9 miles of 6" SDR11 poly panel laterals, and 8.3 miles of 10" SDR11 poly trunk line, and various control equipment identified above.  Six of the screw compressors would be used on the current longwall panel, and the other two would be reserved for the sealed panels.

| | |
|---|---|
| MDW Wellheads | $ 5,991,000 |
| E system Gathering | $ 4,611,655 |
| Control System | $   405,000 |
| Engineering (10%) | $ 1,001,650 |
| Total Project Cost | $ 12,107,320 |

10

BLM_0050741

This estimate does not include costs associated with permitting these facilities, such as preparation of environmental review documents. These costs are very difficult to estimate without detailed conversations with the various stakeholders but previous projects that Arista has been involved with have had costs for these type of activities of $200,000 or more (up to $1,000,000 in some cases).

Detailed cost estimate for the Basic Gathering System from the MDWs to a substation can be found in **Appendix D** (page 34).

## Gathering System O&M Costs

The gathering system Operation and Maintenance ("O&M") will be performed by a staff of 8, including a working supervisor, Instrumentation tech, and 6 mechanic/operators. We assume that the system will be worked with day shifts, seven days a week. Also, for safety reasons, there will always be at least two employees present when working in the field. There will be a callout system for alarms, and employees would rotate call out responsibility. Minor work on compression, pumps, etc would be done by gathering employees, with major work such as compression overalls contracted out. It is assumed that 50,000 gallons of methanol will be used annually during the winter months to prevent freeze ups. It is assumed that this water/methanol mix will be disposed as waste water. The staff will have access to the wellheads during the winter, primarily by snowcats. Finally, the O&M expense budget assumes relocating 6000 feet of temporary poly pipe associated with winter operations and it assumes 12 screw compressor moves annually.

The annual O&M costs for the basic gathering system are estimated to be $ 2,118,000.

Breakout of O&M costs for basic gathering system is located in **Appendix E** (page 39)

# CMM Disposal and Usage Options

Arista views the options for CMM management as consisting of a series of subsystems. First, all options require the basic gathering system described in the previous section. Second, all options assume a flare of some type, either as the final disposition of all CMM, or as a safety mechanism for other applications during equipment shutdowns or malfunctions. Third, a power generation component can be added to the gathering system and flare, converting CMM to electricity and using the flare as a backup. Fourth, and alternatively, a gas processing system (again with flare backup) can be installed to process the CMM to pipeline quality, and then a pipeline can be run to one of two natural gas pipelines in the region.

11

BLM_0050742

## Option 1 – Flare E Seam Gas

Other than venting, flaring is the technically simplest means of disposing of the CMM. Flaring is common in the oil and gas industry, and there are many potentially applicable low impact designs. The principal challenge in adapting a flare for use at an active coal mine is ensuring miner safety and obtaining MSHA approval. Arista contacted a number of vendors regarding potential flare designs. None had installed a flare at an active coal mine, but all stated it should be technically feasible.

In discussions, vendors highlighted several features that could address the West Elk operating environment. These included:

(1)    An enclosed design to protect surroundings and personnel;
(2)    Stack height of 40-60 feet and at least 10 feet above any surrounding trees/structures;
(3)    Detonation arrestors;
(4)    High temperature shut down switch to ensure against flashback;
(5)    Lightening hardening and grounding;
(6)    Location to ensure appropriate distance from the nearest MDWs; and
(7)    Equipment to prevent gas ignition from propagating up-pipe.

These flares achieve between 95-98% reduction of methane and are very reliable. The enclosed flare system does not utilize external radiation (open flame) and is comparable to a boiler or process heater. The exhaust gases are vented to atmosphere and the site can be cleared enough to alleviate any concerns about ignition of nearby trees. The biggest concern is the prevention of potential flashback to the mine. The system is designed with multiple safety features to prevent this from happening, including detonation arrestors, high temperature shutdowns, and flash back resistant burners. Although these have not been installed in an active mine, they have operated for many years at refineries, gas plants, and other industrial locations with similar safety concerns.

Arista believes that once these and other measures are deemed adequate to provide an acceptable measure of safety sufficient to obtain eventual MSHA approval of a flare design, installation of a flare will be feasible. Arista cannot predict how long MSHA would take or what field-testing MSHA would require. In the larger context of the gathering system, the cost of the proposed flare itself is approximately $450,000, exclusive of MSHA-required field testing and analysis.

In the event that a flare is intended to be used solely as a backup to a power generation or pipeline sales scenario, and it appears that MSHA approval of a flare design may be protracted, a vent system could be employed as an alternative backup. In that case CMM would be vented rather than flared on the occasion of generation/processing equipment malfunction or shutdown, or excess CMM flow. A vent backup is suboptimal as compared to a flare for a variety of reasons, but could be used to avert a regulatory bottleneck.

Capital costs of a "Flare Only" option are essentially the same as the basic gathering system plus the $450,000 flare cost, for a total of $12.56MM. O&M would be same, at $2.12MM.

12

BLM_0050743

Detailed information on the flare can be found in **Appendix F** (page 41).

## Capital Costs

$12.56 MM

## O&M Costs

$2.12 MM

### *Alternate Flare Option*

The basic flaring design assumes a flare location near existing infrastructure, at a lower elevation and well-removed from the active areas of the E-Seam panels. This has two principal advantages. First, flare equipment at this location can be readily combined with power generation or gas processing equipment to provide CMM management flexibility. Second, the location is more readily accessible to operator crews and because of its distance from active mine workings, is believed to be more likely to meet MSHA requirements. However, if the mine were to commit exclusively to flaring CMM, and could secure MSHA, Forest Service, related permitting requirements, a flare could alternatively be located farther up the mountain, centralized over the E-Seam panels (note that the physical ability to locate the flare in this location does not address its economic feasibility, which is a separate issue). This would reduce the gathering system piping and allow centralized screw compression rather than having the screws located at the MDWs. If the flaring is done above the E-seam mining operations, then there is no need for the trunk line down to the substation location. Some of the panel laterals would need to be upsized from 6" to 10" to minimize pressure loss through the system. The key to this design is that the screw compressors in this option would be configured differently than all of the other options discussed in this report – the system would draw a deep vacuum at the suction of the screw compressor and discharge at much lower pressure by going directly to the flare. Because operation would be at a low vacuum, it is likely there will be higher oxygen content due to fugitive leaks on the compression and possibly on the pipeline system. Leaks on a vacuum system pull air into the system rather than gas escaping to the atmosphere. Consequently, under this approach only 4 screw compressors are needed, half as much as for the basic gathering system design, resulting in significant capital and O&M savings.

Alternate Flare Option Capital and O&M

Capital  $9.41MM
O&M    $1.50MM annual

A map of the proposed alternate flare system, along with capital and O&M estimates, can be found in **Appendix G**

# Option 2 – Power Generation

13

Power Generation using the CMM from the E seam was identified as a potential use, and Mountain Coal retained Burns & McDonnell to perform the detailed engineering and cost estimates associated with the actual equipment. Arista provided the design of gathering system to bring the gas to the power generation location, which is assumed to be adjacent to the existing substation equipment. Two types of generators are being considered, either reciprocating or turbine driven. This study assumes reciprocating, which allows us to utilize the basic gathering system design and costs. Turbine generation would require a small booster compressor to provide adequate pressure.

## Capital Cost

Total capital of the gathering system is estimated to be $12.56MM. This includes 8 well locations, the 6" SDR 11 panel laterals, the 10" SDR 11 trunk line to the Substation, and the flare. This estimate does not include any facilities associated with the power generation. Burns & McDonnell is performing a study on power generation for Mountain Coal and the report from this study will include the additional capital cost associated with this equipment.

## O&M cost

Total O&M to operate the gathering system (no power generation included) is roughly $2.12MM annually. This includes 8 employees with trucks, methanol and beads for descant dehydration, maintenance on 8 screw compressors and other associated wellhead equipment, and 20k/month to support a small office. Also included in the O&M expense budget is moving the 6000 feet of poly pipe associated with winter operation and 12 screw compressor moves annually. These same employees could be used to maintain the generators. Burns & McDonnell is performing a study on power generation for Mountain Coal and the report from this study will include the additional O&M cost associated with this equipment.

Cost estimates (capital and O&M) for the power generation option can be found in Burns & McDonnell's report.

# Option 3 - Processing and Sale of the E Seam Gas

The scope of this option includes a Gathering System, a Gas Processing Unit, and transmission to a natural gas pipeline. The Gas Processing Unit includes compressing the gas for preparation for processing, processing the gas to sales quality, compressing the sales gas, and transporting the sales gas to the nearest pipeline for commercial sales.

## Gas Processing Unit

Arista compared a variety of processing units for processing effectiveness and cost before selecting the proposed design. The evaluation started with a gas analysis provided by Mountain Coal. The Gas Analysis provides a list of components in the gas being produced by the mine.

14

| West Elk Mine Gas Analysis | |
| --- | --- |
| | E Seam |
| Methane | 55% |
| Ethane | 1.1% |
| Nitrogen | 35% |
| Oxygen | 7.6% |
| Carbon Dioxide | 1.7% |

There are a variety of processing units which can be applied to treat the unprocessed gas that will produce pipeline quality gas. While each pipeline company establishes the specific quality they will accept based on the design of their system, for the most part they are very similar. Typical limits include:

Water vapor less than 6 pounds per million cubic feet
Hydrogen Sulfide less than .25 grains per 100 cubic feet (4 parts per million or ppm)
Total sulfur less than 5 grains per 100 cubic feet (20 ppm)
Oxygen less than 10 ppm
Hydrocarbon dewpoint less than 15 degree Fahrenheit
Carbon Dioxide less than 2% by volume

The raw gas for the mine contains the following components that need to be removed or limited - Oxygen (O2), Carbon Dioxide (CO2), Water and Nitrogen (N2). Removal is necessary for the following reasons:

- Oxygen - can cause various problems including degradation of process chemicals (example - amine) and increase corrosion in the pipeline. To prevent this the pipeline specification for oxygen is normally set at 10 ppm or below.
- Carbon Dioxide and Nitrogen - are considered inert gases, which mean they do not burn and will reduce the BTU value of the sales gas. In addition, carbon dioxide in higher quantities and in the presence of water can create acids that are corrosive to pipelines.
- Water - can cause various problems including freezing and increased corrosion.

The proposed design begins with the removal of oxygen from the gas stream. Because of the high amount of oxygen in the West Elk gas stream, Arista concluded that a catalytic process is the only appropriate oxygen removal technology. There are other technologies to remove lower quantities of oxygen, but the West Elk stream's oxygen content is well above their capability. Oxygen removal must take place in the first unit of the processing sequence because carbon dioxide and water are by-products of the oxygen removal process. As a result, the percentage of carbon dioxide and water in the raw gas stream will increase when the oxygen is removed, and these products are themselves contaminants that must later be removed from the gas stream.

Two basic approaches were evaluated for removal of water, nitrogen, and carbon dioxide. Each approach would work and has its own advantages and disadvantages.

15

BLM_0050746

The first approach involves removing the carbon dioxide using an amine chemical absorption process, followed by a molecular sieve to remove the water, and finally through a cryogenic nitrogen removal system. In the chemical absorption process, carbon dioxide is recovered in an amine water solution and is removed from the gas stream. The molecular sieve is an adsorption process that removes water vapor from the gas to very low levels. This is necessary because the cryogenic nitrogen removal system cools the gas to very cold temperatures (-250 degrees Fahrenheit) which would cause any remaining water to freeze and disable the cryogenic system. The main advantage of this approach is that there is very little incidental loss of the methane in the gas stream. The primary disadvantage is that is significantly more expensive than the second approach that was evaluated.

The second approach involves removing the water vapors first, using a glycol scrubbing system. The glycol system is not as effective in water removal as the molecular sieve, but still allows pipeline gas quality specs to be made. Next, the nitrogen and carbon dioxide are removed with a pressure swing adsorption process (PSA). The adsorbent that would be used would remove both the carbon dioxide and nitrogen, but 10% of the methane in the gas stream would be lost to the waste stream that would be sent to the flare for combustion. This incidental loss of methane sales gas is the primary disadvantage of the second process approach. The primary advantage is that capital and operating cost are lower.

The selection of processing approach generally comes down to simple economics. If the total unprocessed stream is less than 2 mmcf/day the PSA option is always the more economic choice. Above 10 mmcf/day the Cryogenic plant is always more economic. Between 2 mmcf/day and 10 mmcf/day, where our design lies, an evaluation is done based on loss of methane (10%) for the PSA process versus the increased capital and operating cost associated with the cryogenic process. Our analysis showed the PSA system was significantly more cost effective. Because the waste stream, including the lost 10% methane is destroyed in the flare, there is no additional environmental impact from this process.

16

BLM_0050747



## Plant Discharge and Sales Gas Line

Arista researched the different options for delivery of gas to commercial markets. Two pipeline systems were considered - Bull Mountain and Rocky Mountain Natural Gas (RMNG). Both systems have capacity for additional gas, so the main decision points were the cost to connect and relative surface disturbance associated with the two connections.

RMNG has an 8" pipeline near Austin, Colorado, which would involve laying a 36 mile pipeline. There are closer lines, but they are all distribution lines and have insufficient capacity for the volume of gas requiring delivery. RMNG has a low Maximum Allowable Operating Pressure (550 psig), which means that less compression horsepower and associated capital will be required at the gas plant.

On the Bull Mountain system, the sales lateral would tie-in to a new lateral scheduled to be completed in September 2009 and which lies almost directly north of the West Elk Mine. The tie in location is about 15 miles away, which is significantly closer than RMNG. The operating pressure of the line is going to be around 900 psig, but the incremental cost for additional compression is much less than the capital associated with the extra pipe over to RMNG. If interconnected and supplying gas to Bull Mountain, Mountain Coal may even be able to get a slight price premium due to the low carbon dioxide of their gas compared to the other gas expected to flow on the system.

For these reasons, the Bull Mountain connection is clearly superior from a cost perspective. Because of the shorter connection distance, the Bull Mountain option would also involve less surface disturbance. While a full surface disturbance analysis would also require an examination of the type and sensitivity of impacted terrain, this was beyond the scope of Arista's assignment.

Maps showing the two potential sales laterals can be found in **Appendix C** (page 30).

17

BLM_0050748

## Sales Gas Quantity

Average input volume of 4.0 MMCF/day of raw CMM gas equates to 2.2 MMCF/day of Methane. The field compression and exhausters will burn roughly .35 MMCF/day in fuel. This means we have around 1.85 MMCF/day of Methane entering the plant. Normal losses and fuel use in the plant would use about .1MMCF/day so that we will have 1.75 MMCF/day available for sales.

We assumed that a majority of the plant equipment and discharge compression would be electric in this design.

## Capital Costs

The basic gathering system to the substation location, including the flare, is estimated to cost $12.56 MM. The plant, final high pressure compression, and associated equipment are estimated to cost $12.1 MM. The sales lateral to Bull Mountain is estimated to cost $10.5MM. Total capital cost for this project is estimated to be $35.4MM

Detailed cost estimate for the gas sales option can be found in **Appendix H** (page 57).

## O&M Costs

In addition to the O&M costs associated with the basic gathering system ($2.12MM annual) costs need to be added for the gas plant ($700,000 annual), compression ($150,000 annual), and the pipeline to Bull Mountain ($100,000 annual).

Total O&M is estimated to be roughly $3,100,000 annually.

Detailed O&M estimate for the sales gas option can be found in **Appendix I** (page 61).

18

BLM_0050749

# APPENDIX INDEX

| A | Arista Information and Qualifications | Page 20 |
| B | Extended Gas Analysis Report | Page 23 |
| C | System Maps | Page 30 |
| D | Cost Estimate for Basic Gathering System | Page 34 |
| E | O&M Cost for Basic Gathering System | Page 39 |
| F | Flare Cost Breakdown/Quote | Page 41 |
| G | Alternate Flare Option | Page 50 |
| H | Cost Estimate for Gas Sales | Page 57 |
| I | O&M Cost for Gas Sales | Page 61 |

19

BLM_0050750

# Appendix A

# Arista Information and Qualifications

BLM_0050751

# Arista Midstream Services, LLC

Led by a team of seasoned professionals, Arista provides oil and gas producers with a full complement of midstream services. Capabilities include the gathering, treating and handling of natural gas, crude oil, water and condensates, and carbon dioxide sequestration. We are grounded in three bedrock concepts: superior customer service, strong relationships, and the delivery of all-in solutions. We believe that good business is always built on good relationships: relationships with our customers, local communities, landowners, regulatory agencies, and our environment.

## Our Capabilities

Arista has expanded the traditional definition of midstream to provide customers with comprehensive, all-in solutions and opportunities for growth. Core capabilities include the gathering, treating and handling of natural gas, crude oil and condensates, flowback and produced water, and carbon dioxide sequestration. We are focused on building strong, open relationships with our customers and all of the constituents in the value chain.

## Natural Gas

Arista's origins are in natural gas gathering and processing. We are experts at gathering in the Rocky Mountains where large blocks of federal lands, environmentally sensitive areas, and split estates present unique challenges. We are also experts at gathering gas from actively developing resource plays, and unconventional gas and coalbed methane reservoirs which are expected to deliver an increasing share of domestic gas supplies. Additional services include the recovery, transport and sequestration of carbon dioxide to enhance oil recovery operations and reduce the emission of greenhouse gas. We understand how to build pipelines and plants and the importance of meeting development schedules. We work hard to address our customers' critical business concerns.

## Water

The effective management of produced and flowback water creates cost savings, sustainable operating solutions in the field, and vehicles for creating value. Water is a scarce resource in the Rocky Mountains. Arista's ability to recover and maximize the use of distilled water, hydrocarbons and methanol from produced water creates substantial cost savings in trucking and disposal without capital expense. Arista's all-in water management solutions also mitigate the environmental impact of operations and create a net gain in water for the arid areas in the West.

## Crude Oil and Condensates

Arista provides gathering, treating and handling services for crude oil and condensates. We build and operate gathering infrastructure and terminal facilities to aggregate and move condensate and crude oil to market. Broad and exceptional service is baseline at Arista. Our pipeline, trucking, terminal and storage capabilities give us the capacity to deliver an array of integrated, value-added services of the highest quality. We recognize that our customers count on us to supply reliable, cost effective solutions. They depend on it. The country's energy requirements depend on it. And we deliver.

Page 21

BLM_0050752

## Management

**Carter G. Mathies,** Chairman and Director. Mr. Mathies was previously the Chairman and Co-Founder of Slater River Resources, a privately held E&P company. Previously, Mr. Mathies was Vice President and Western Division Manager of Westport Resources Corporation prior to their merger with Kerr McGee, Vice President of the midstream group of Kinder Morgan, Inc. and President and CEO of Tipperary Corporation a publicly held exploration and production company. Mr. Mathies has a long history of advising Indian tribes in the Rocky Mountain Region on development of their natural resources. Mr. Mathies is a past President and current board member of the Independent Producers Association of Mountain States (IPAMS).

**Steven B. Huckaby**, the President of Arista, has a quarter century of experience in the midstream gas gathering and processing industry. Most recently, Mr. Huckaby served as Vice President of Business Development and General Manager of the Denver office of Momentum Energy Group, LLC. He has also served as Vice President of the midstream group of Kinder Morgan, Inc., Executive Vice President and Co-Founder of Bear Paw Energy, Inc. and Vice President and COO of Vessels Oil & Gas, Inc. Mr. Huckaby has held various business development, operations and engineering positions with Snyder Oil and Oxy/Cities Service Oil & Gas.

**Tim Pimmel**, Vice President of Engineering and Operations. Mr. Pimmel is responsible for all Arista asset construction and operations. Prior to joining Arista, Tim served as Vice President of Operations of the Gathering Unit at PRB Energy. In this position, he was responsible for all facets of the midstream business. Mr. Pimmel was with Bear Paw Energy, LLC from 2000 to 2005, last serving as Operations Director. Primary responsibilities were managing the operations of assets in Powder River and Williston Basins. From 1998 to 2000, Mr. Pimmel worked with Kinder Morgan in the Denver Office, primarily as a facility planning engineer. From 1990 to 1998, he worked for Natural Gas Pipeline Company of America as a Field Engineer on numerous construction projects.

BLM_0050753

## Appendix 2

## Extended Gas Analysis Report

BLM_0050754

## ANALYTICAL SOLUTION, INC.  (AnSol)

| 6/14/09 | **Analytical Report** | Sample log # :  J0519a.doc |
|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order #: | *WEMC-G-WE1SLJ* | Customer Project: | |
| Company : | *Mountain Coal Company* | Requester : | *Steve Woods* |
| | | | *Somerset Laboratory* |
| Address : | *5174 Hwy 133* | Phone: | *970-929-5022* |
| | *Somerset, CO 81434* | Fax: | |
| | | E-mail : | |
| | | | |
| Sample Description : | *Coal bed methane* | Received Date : | *5/19/09* |
| Number of Samples : | *2* | Total Report Page: | *6* |

*Note: This report is submitted to the requester through E-mail only.  Please let us know if your need this document security signed, or a hard copy report by mail or fax.*

**Report Summary:**

Results are tabulated in the following pages.

Submitted by:    Sherman S. Chao, Ph.D.

Tel: (630) 230-9378,  Fax: (630) 230-9376

**Disclaimer:**
*Neither AnSol nor any person acting on behalf of AnSol assumes any liability with respect to the use of, or for damages resulting from the use of, any information presented in this report.*

Analytical Solution, Inc., 7320 S. Madison, Unit 500, Willowbrook, Illinois 60527

Page 1 of 6

24

BLM_0050755

## ANALYTICAL SOLUTION, INC. (AnSol)

6/14/09                          **Analytical Report**          Sample log # : J0519a.doc

**GAS COMPONENT ANALYSIS**

| Sample ID: | Conc. Unit | J0519a01 | J0519a02 |
|---|---|---|---|
|  |  | Gas, V18-E1-38, 5/15/09, 0851 | Gas, V14-E1-42, 5/15/09, 0840 |
| Methane | % | 60.7 | 34.5 |
| Carbon dioxide | % | 1.50 | 2.30 |
| Nitrogen | % | 28.9 | 50.5 |
| Oxygen | % | 7.8 | 11.9 |
| Ethane | % | 0.91 | 0.62 |
| Propane | % | 0.177 | 0.106 |
| i-Butane | % | 0.023 | 0.027 |
| n-Butane | % | 0.028 | 0.023 |
| i-Pentane | % | 0.0129 | 0.0094 |
| n-Pentane | % | 0.0050 | 0.0038 |
| Hexane + | % | 0.0232 | 0.007 |
| GHV, dry (14.73 psi) * | Btu/scf | 639 | 366 |
| Relative density * |  | 0.739 | 0.856 |
| NMHC (Non-Methane Hydrocarbons) | % C | 1.376 | 0.893 |
|  | mg/M$^3$ | 0.697 | 0.453 |
| Total Sulfur | ppmv | 0.65 | 0.192 |
|  | mg/M$^3$ | 0.84 | 2.60 |
| Total organic silicon | ppmv | 0.22 | 0.19 |
|  | mg/M$^3$ | 0.26 | 0.23 |
| Total organic chlorine | ppmv | <0.10 | <0.10 |
|  | mg/M$^3$ | <0.15 | <0.15 |
| Total organic fluorine | ppmv | <0.1 | <0.1 |
|  | mg/M$^3$ | <0.08 | <0.08 |

\* **Calculation** based on 4 major components. 60°F-14.73 psi

**Note:** All major component concentrations were reported as a moisture, H$_2$S free basis and were
normalized to 100%. Oxygen and Argon cannot be separated; therefore, the oxygen result includes a
small amount of Argon. Some results may be reported with additional significance for reference.

Analytical Solution, Inc., 7320 S. Madison, Unit 500, Willowbrook, Illinois 60527

25

405

## ANALYTICAL SOLUTION, INC. (AnSol)

6/14/09                    **Analytical Report**          Sample log # :  J0519a.doc

### Compound Speciation - Siloxanes

| | J0519a01 | | J0519a02 | |
| --- | --- | --- | --- | --- |
| | Gas, V18-E1-38, 5/15/09, 0851 | | Gas, V14-E1-42, 5/15/09, 0840 | |
| **Organic Silicon (siloxanes)** | ppmv as Si | ppmv | ppmv as Si | ppmv |
| Tetramethyl silane | <0.1 | <0.1 | <0.1 | <0.1 |
| Trimethyl silanol | <0.1 | <0.1 | <0.1 | <0.1 |
| Hexamethyldisiloxane (L2) | <0.1 | <0.05 | <0.1 | <0.05 |
| Hexamethylcyclotrisiloxane (D3) | 0.06 | 0.019 | 0.03 | 0.010 |
| Octamethyltrisiloxane (L3) | <0.1 | <0.033 | <0.1 | <0.033 |
| Octamethylcyclotetrasiloxane (D4) | 0.07 | 0.018 | 0.07 | 0.017 |
| Decamethyltetrasiloxane (L4) | <0.1 | <0.025 | <0.1 | <0.025 |
| Decamethylcyclopentasiloxane (D5) | 0.04 | 0.008 | 0.05 | 0.010 |
| Dodecamethylpentasiloxane (L5) | <0.1 | <0.02 | <0.1 | <0.02 |
| Dodecamethylcyclohexasiloxane (D6) | <0.1 | <0.017 | <0.1 | <0.017 |
| Others  (as L2) | 0.05 | 0.025 | 0.04 | 0.02 |
| Total: | 0.22 | | 0.19 | |
| Total (Si, mg /M³): | 0.26 | | 0.23 | |

Note:  Some results may be reported with additional significance for reference.  The normal detection limit is 0.1 ppmv Si.

Special Note: It is known that some sample bag use light lubricant at sample valves.  The low level of siloxanes found in the sample may come from lubricant.

Analytical Solution, Inc., 7320 S. Madison, Unit 500, Willewbrook, Illinois 60527

Z6

BLM_0050757

## ANALYTICAL SOLUTION, INC.  (AnSol)

6/14/09                               **Analytical Report**          Sample log # :  J0519a.doc

### Compound Speciation – Sulfur Components

| Sulfur Compounds, ppmv as S | J0519a01 | J0519a02 |
|---|---|---|
| | Gas, V18-E1-38, 5/15/09, 0851 | Gas, V14-E1-42, 5/15/09, 0840 |
| Hydrogen sulfide | 0.16 | 0.23 |
| Carbonyl sulfide | 0.46 | 1.69 |
| Methyl mercaptan | <0.05 | <0.05 |
| Ethyl mercaptan | <0.05 | <0.05 |
| Dimethyl sulfide | <0.05 | <0.05 |
| Carbon disulfide * | <0.05 | <0.05 |
| i-Propyl mercaptan | <0.05 | <0.05 |
| t-Butyl mercaptan | <0.05 | <0.05 |
| n-Propyl mercaptan | <0.05 | <0.05 |
| Ethyl methyl sulfide | <0.05 | <0.05 |
| Thiophene | <0.05 | <0.05 |
| Diethyl sulfide | <0.05 | <0.05 |
| Dimethyl disulfide * | <0.05 | <0.05 |
| Ethyl methyl disulfide * | <0.05 | <0.05 |
| Diethyl disulfide * | <0.05 | <0.05 |
| Others (as S) | <0.05 | <0.05 |
| Total S: | 0.65 | 1.92 |

Note:  Some results were reported with additional significance for reference.  The normal detection limit of each sulfur compound is 0.1 ppmv.

* 1.0 ppmv as sulfur = 0.50 ppmv sulfur compound

Analytical Solution, Inc., 7320 S. Madison, Unit 500, Willowbrook, Illinois 60527

BLM_0050758

*Supplemental Final Environmental Impact Statement* | Federal Coal Lease Modifications COC-1362 & COC-67232

| June 14, 2009 | | Sample log No. : | J0519a01 |
|---|---|---|---|
| Sample ID: | Gas, V18-E1-38, 5/15/09, 0851 | | |
| Target VOC | ppmv | Target VOC | ppmv |
| Dichlorodifluoromethane | <0.10 | cis-1,3-Dichloropropene | <0.10 |
| Chloromethane | <0.10 | Methyl butyrate | <0.10 |
| 1,2-Dichloro-1,1,2,2-tetrafluoroethane | <0.10 | 4-methyl-2-pentanone (MIBK) | <0.10 |
| Vinyl chloride | <0.10 | Trans-1,3-Dichloropropene | <0.10 |
| Bromomethane | <0.10 | Methylcyclohexane | 26.3 |
| Chloroethane | <0.10 | 1,1,2-Trichloroethane | <0.10 |
| Ethanol | <0.10 | 2,3,4-Trimethyl pentane | 0.25 |
| i-Pentane | 129 | Toluene | 0.29 |
| Acetone | <0.10 | Chlorodibromomethane | <0.10 |
| Fluorotrichloromethane | <0.10 | 2-Methyl heptane | 3.7 |
| 2-propanol | <0.10 | 3-Methyl heptane | 2.51 |
| n-Pentane | 51 | Ethyl butyrate | <0.10 |
| Bromoethane | <0.10 | 1,2-Dibromoethane | <0.10 |
| 1,1-Dichloroethene | <0.10 | Propyl propanoate | <0.10 |
| Methyl acetate | <0.10 | Butyl acetate | <0.10 |
| Methylene chloride | <0.10 | n-Octane | 3.11 |
| 3-Chloropropene | <0.10 | Tetrachloroethene | <0.10 |
| 2,2-dimethylbutane | <0.10 | Chlorobenzene | <0.10 |
| 1,1,2-Trichloro,1,2,2-trifluroethane | <0.10 | Ethylbenzene | 0.10 |
| n-Propanol | <0.10 | m,p-Xylene | 0.20 |
| Trans-1,2-dichloroethene | <0.10 | Propyl butyrate | <0.10 |
| 1,1-Dichloroethane | <0.10 | Bromoform | <0.10 |
| Methyl tert-butyl ether | <0.10 | Styrene | <0.10 |
| 2-Methyl pentane | 34 | 1,1,2,2-Tetrachloroethane | <0.10 |
| Methy ethyl ketone (MEK) | <0.10 | o-Xylene | <0.10 |
| 3-Methyl pentane | 23.7 | n-Nonane | 0.94 |
| 2-Butanol | <0.10 | Alpha pinene | <0.10 |
| cis-1,2-dichoroethene | <0.10 | n-Propyl benzene | <0.10 |
| Ethyl acetate | <0.10 | 3-Ethyl toluene | <0.10 |
| n-Hexane | 26.6 | 4-Ethyl toluene | <0.10 |
| Chloroform | <0.10 | 1,3,5-Trimethylbenzene | <0.10 |
| Iso butyl alc. | <0.10 | Butyl butyrate | <0.10 |
| Tetrahydrofuran | <0.10 | 2-Ethyl toluene | <0.10 |
| 1,2-Dichloroethane | <0.10 | 1,2,4-Trimethylbenzene | <0.10 |
| 1,1,1-Trichloroethane | <0.10 | n-Decane | 0.18 |
| 1-Butanol | <0.10 | 1,3-Dichlorobenzene | <0.10 |
| Benzene | 0.68 | Benzyl chloride | <0.10 |
| Carbon tetrachloride | <0.10 | 1,2-Dichlorobenzene | <0.10 |
| Cyclohexane | 12.8 | Delta-carene/Alpha-terpinene | <0.10 |
| 2-Methyl hexane | 9.4 | Cymenes | <0.10 |
| 3-Methyl hexane | 11.6 | Limonene | <0.10 |
| 1,2-Dichloropropane | <0.10 | 1,4-Dichlorobenzene | <0.10 |
| Bromodichloromethane | <0.10 | Undecane | 0.61 |
| Trichloroethene | <0.10 | 1,2,4-Trichlorobenzene | <0.10 |
| 2,2,4-trimethylpentane/2,2-dimethylhexane | 5.6 | Dodecane | <0.10 |
| Ethyl propionate | <0.10 | Naphthalene | <0.10 |
| Propyl acetate | <0.10 | Hexachloro-1,3-butadiene | <0.10 |
| n-Heptane | 11.6 | Hexachloroethane | <0.10 |

Note: TO-17 test. The test results include all TO-14A, some TO-15 and most common compounds in BioGas.
Additional significance may be reported for reference only. Detection limit higher than the normal 0.1-0.2 ppmv is primarily due to the broad peak shape and closely eluted unknown compound with larger concentration.

Page 5 of 6

28

BLM_0050759

*Supplemental Final Environmental Impact Statement* | Federal Coal Lease Modifications COC-1362 & COC-67232

| June 14, 2009 | | Sample log No. : | J0519a02 |
|---|---|---|---|
| Sample ID: | Gas, V14-E1-42, 5/15/09, 0840 | | |
| Target VOC | ppmv | Target VOC | ppmv |
| Dichlorodifluoromethane | <0.10 | cis-1,3-Dichloropropene | <0.10 |
| Chloromethane | <0.10 | Methyl butyrate | <0.10 |
| 1,2-Dichloro-1,1,2,2-tetrafluoroethane | <0.10 | 4-methyl-2-pentanone (MIBK) | <0.10 |
| Vinyl chloride | <0.10 | Trans-1,3-Dichloropropene | <0.10 |
| Bromomethane | <0.10 | Methylcyclohexane | 9.5 |
| Chloroethane | <0.10 | 1,1-Trichloroethane | <0.10 |
| Ethanol | <0.10 | 2,3,4-Trimethyl pentane | 0.16 |
| i-Pentane | 94 | Toluene | 0.20 |
| Acetone | <0.10 | Chlorodibromomethane | <0.10 |
| Fluorotrichloromethane | <0.10 | 2-Methyl heptane | 1.84 |
| 2-propanol | <0.10 | 3-Methyl heptane | 1.16 |
| n-Pentane | 38 | Ethyl butyrate | <0.10 |
| Bromoethane | <0.10 | 1,2-Dibromoethane | <0.10 |
| 1,1-Dichloroethene | <0.10 | Propyl propanoate | <0.10 |
| Methyl acetate | <0.10 | Butyl acetate | <0.10 |
| Methylene chloride | <0.10 | n-Octane | 1.21 |
| 3-Chloropropene | <0.10 | Tetrachloroethene | <0.10 |
| 2,2-dimethylbutane | <0.10 | Chlorobenzene | <0.10 |
| 1,1,2-Trichloro,1,2,2-trifluroethane | <0.10 | Ethylbenzene | <0.10 |
| n-Propanol | <0.10 | m,p-Xylene | 0.11 |
| Trans-1,2-dichloroethene | <0.10 | Propyl butyrate | <0.10 |
| 1,1-Dichloroethane | <0.10 | Bromoform | <0.10 |
| Methyl tert-butyl ether | <0.10 | Styrene | <0.10 |
| 2-Methyl pentane | 20.0 | 1,1,2,2-Tetrachloroethane | <0.10 |
| Methy ethyl ketone (MEK) | <0.10 | o-Xylene | <0.10 |
| 3-Methyl pentane | 12.5 | n-Nonane | 0.33 |
| 2-Butanol | <0.10 | Alpha pinene | <0.10 |
| cis-1,2-dichoroethene | <0.10 | n-Propyl benzene | <0.10 |
| Ethyl acetate | <0.10 | 3-Ethyl toluene | <0.10 |
| n-Hexane | 13.2 | 4-Ethyl toluene | <0.10 |
| Chloroform | <0.10 | 1,3,5-Trimethylbenzene | <0.10 |
| Iso butyl alc. | <0.10 | Butyl butyrate | <0.10 |
| Tetrahydrofuran | <0.10 | 2-Ethyl toluene | <0.10 |
| 1,2-Dichloroethane | <0.10 | 1,2,4-Trimethylbenzene | <0.10 |
| 1,1,1-Trichloroethane | <0.10 | n-Decane | <0.10 |
| 1-Butanol | <0.10 | 1,3-Dichlorobenzene | <0.10 |
| Benzene | 0.49 | Benzyl chloride | <0.10 |
| Carbon tetrachloride | <0.10 | 1,2-Dichlorobenzene | <0.10 |
| Cyclohexane | 6.8 | Delta-carene/Alpha-terpinene | <0.10 |
| 2-Methyl hexane | 5.3 | Cymenes | <0.10 |
| 3-Methyl hexane | 6.2 | Limonene | <0.10 |
| 1,2-Dichloropropane | <0.10 | 1,4-Dichlorobenzene | <0.10 |
| Bromodichloromethane | <0.10 | Undecane | <0.10 |
| Trichloroethene | <0.10 | 1,2,4-Trichlorobenzene | <0.10 |
| 2,2,4-trimethylpentane/2,2-dimethylhexan | 2.57 | Dodecane | <0.10 |
| Ethyl propionate | <0.10 | Naphthalene | <0.10 |
| Propyl acetate | <0.10 | Hexachloro-1,3-butadiene | <0.10 |
| n-Heptane | 5.3 | Hexachloroethane | <0.10 |

Note: TO-17 test. The test results include all TO-14A, some TO-15 and most common compounds in BioGas.
Additional significance may be reported for reference only. Detection limit higher than the normal 0.1-0.2 ppmv is
primarily due to the broad peak shape and closely eluted unknown compound with larger concentration.

BLM_0050760

# Appendix C

## System Maps

BLM_0050761



411

BLM_0050762

Case No. 1:20-cv-02484-MSK   Document 42-3   filed 04/27/21   USDC Colorado   pg 91 of 187



BLM_0050763

# Appendix D

# Cost Estimate for Basic Gathering System

BLM_0050764

## West Elk Gas Gathering System
### E SEAM BASIC GATHERING

| | | |
|---|---|---|
| MDW wellheads | $ | 5,991,000 |
| E System Gathering | $ | 4,610,655 |
| Control System | $ | 405,000 |
| Engineering (10%) | $ | 1,100,665 |

| **TOTAL PROJECT COST** | **$** | **12,107,320** |
|---|---|---|

35

BLM_0050765

*Supplemental Final Environmental Impact Statement* | Federal Coal Lease Modifications COC-1362 & COC-67232

## West Elk Mine
## MDW Wellheads

| Description | Quantity | Units | Unit Cost | Total Cost | CATEGORY TOTAL |
|---|---|---|---|---|---|
| **Material** | | | | | |
| Exhauster | Already Owned, no additional capital | | | | |
| Relief Valve | | 1 lot | $ 15,000 | $ 15,000 | |
| Separator | | 1 lot | $ 25,000 | $ 25,000 | |
| Water Tank w/heater | | 1 lot | $ 20,000 | $ 20,000 | |
| Screw Compressor | | 1 lot | $ 380,000 | $ 380,000 | |
| Fuel Conditioning System | | 1 lot | $ 15,000 | $ 15,000 | |
| Meter Skid w/efm | | 1 lot | $ 30,000 | $ 30,000 | |
| Methanol Injection | | 1 lot | $ 5,000 | $ 5,000 | |
| BTU Monitoring | | 1 lot | $ 10,000 | $ 10,000 | |
| Sat. Communications | | 1 lot | $ 10,000 | $ 10,000 | |
| Misc valves, fittings, pipe | | 1 lot | $ 7,500 | $ 7,500 | |
| **Total Material** | | | | $ | 517,500 |
| **Installation** | | | | | |
| Exhauster | Already estimated in Arch budgets | | | | |
| Screw Compressor | | 1 lot | $ 75,000 | $ 75,000 | |
| Well Head Equipment | | 1 lot | $ 50,000 | $ 50,000 | |
| **Total Installation** | | | | $ | 125,000 |
| **Project Management** | | | | | |
| Engineering included in Roll Up | | | | | |
| Inspection | | 10 days | $ 1,000 | $ 10,000 | |
| Contingency | | 15 % | $ 642,500 | $ 96,375 | |
| **Total Project Management** | | | | $ | 106,375 |
| **TOTAL COST PER WELL** | | | | $ | 748,875 |
| **Number of wells** | 8 | | | 3 wells on longwall panel, 3 for winter operation on longwall, 2 wells on sealed panels | |
| **TOTAL PROJECT COST** | | | | $ | 5,991,000 |

36

BLM_0050766

## West Elk Mine
## "E" Seam Gathering

| Description | Quantity | Units | Unit Cost | | Total Cost | | CATEGORY TOTAL |
|---|---|---|---|---|---|---|---|
| **Material** | | | | | | | |
| 10" SDR 11 Poly | 46072 | ft | $ | 3.89 | $ | 179,220 | |
| 10" SDR 11 Poly - Winter Temp | 6000 | ft | $ | 3.89 | $ | 23,340 | |
| 6" SDR 11 Poly | 188218 | ft | $ | 1.48 | $ | 278,562 | |
| Valves | 1 | lot | $ | 100,000 | $ | 100,000 | |
| 12" pig traps | 3 | each | $ | 60,000 | $ | 180,000 | |
| **Total Material** | | | | | $ | | 761,122 |
| **Installation** | | | | | | | |
| 10" SDR 11 (per Petty quote) | 46072 | ft | $ | 23 | $ | 1,036,618 | |
| 10" Poly - temp top of ground | 6000 | | $ | 20 | $ | 120,000 | |
| 8" SDR 11 (per Petty quote) | 188218 | ft | $ | 10 | $ | 1,882,178 | |
| Pig Traps | 3 | each | $ | 35,000 | $ | 105,000 | |
| **Total Installation** | | | | | $ | | 3,143,795 |
| **Project Management** | | | | | | | |
| Engineering included in Roll Up | | | | | | | |
| Inspection | 120 | days | $ | 1,000 | $ | 120,000 | |
| Contingency | 15 | % | $ | 3,904,917 | $ | 585,738 | |
| **Total Project Management** | | | | | $ | | 705,738 |
| **TOTAL PROJECT COST** | | | | | $ | | 4,610,655 |

37

BLM_0050767

## West Elk Mine
## Control System

| Description | Quantity | Units | Unit Cost | | Total Cost | | CATEGORY TOTAL | |
|---|---|---|---|---|---|---|---|---|
| **Material** | | | | | | | | |
| Chromatograph | 1 | lot | $ | 75,000 | $ | 75,000 | | |
| Control Valves | 1 | lot | $ | 75,000 | $ | 75,000 | | |
| Alarm Callout System | 1 | lot | $ | 15,000 | $ | 15,000 | | |
| SCADA System | 1 | lot | $ | 50,000 | $ | 50,000 | | |
| Gen Dehy | 1 | lot | $ | 40,000 | $ | 40,000 | | |
| **Total Material** | | | | | | | $ | 255,000 |
| **Installation** | | | | | | | | |
| Chromatograph | 1 | lot | $ | 25,000 | $ | 25,000 | | |
| Control Valves/flare | 1 | lot | $ | 50,000 | $ | 50,000 | | |
| Gen Dehy | 1 | lot | $ | 25,000 | $ | 25,000 | | |
| SCADA/Alarm | 1 | lot | $ | 50,000 | $ | 50,000 | | |
| **Total Installation** | | | | | | | $ | 150,000 |
| **TOTAL PROJECT COST** | | | | | | | $ | 405,000 |

38

BLM_0050768

# Appendix E

# O&M Cost for Basic Gathering System

BLM_0050769

# West Elk Mine O&M
# Basic Gathering System
# E Seam

COST

| Labor | # emp. | base | w/30% load | | |
|---|---|---|---|---|---|
| Supervisor | 1 | 100000 | 130000 | | |
| I&E Tech | 1 | 80000 | 104000 | | |
| Mechanic/Operator | 6 | 70000 | 546000 | | |
| | | | | $ | 780,000.00 |
| | | | | | |
| **Trucks** | | 6 (1500/month) | | $ | 108,000.00 |
| | | | | | |
| **Methanol** | 50000 gallons | | | $ | 150,000.00 |
| | | | | | |
| **Compression** | # units | hp | $100/hp | | |
| working screws | 6 | 400 | 240000 | | |
| sealed screws | 2 | 400 | 80000 | | |
| | | | | $ | 320,000.00 |
| | | | | | |
| **Winter Operations** | | | | | |
| Move Screws | 12 | 25000 | 300000 | | |
| Move 10" temp poly | 6000 | 20 | 120000 | | |
| | | | | $ | 420,000.00 |
| | | | | | |
| **Measurement/Scada** | # meters | 10000/yr | | | |
| working screws | 6 | 60000 | | | |
| sealed screws | 2 | 20000 | | | |
| System | 2 | 20000 | | | |
| | | | | $ | 100,000.00 |
| | | | | | |
| **Office/Misc** | | 12 months @ 20k each | | $ | 240,000.00 |
| | | | | | |
| **TOTAL** | | | | **$** | **2,118,000.00** |

40

BLM_0050770

## Appendix F

## Flare Cost Breakdown/Quote

Page 41

420

BLM_0050771



## BUDGETARY PROPOSAL

### DEBBIE WALD, LLC
### LITTLETON, COLORADO

### PROJECT

### FULLY ENCLOSED, NATURAL DRAFT FLARE SYSTEM

### WESTERN SLOPE OF COLORADO

Prepared for:   Debbie Wald

Phone No.:   (720) 253-3993
Email:   Dwald1@msn.com

Sales Contact:   Jon A. Sachs
Regional Sales Manager – USA & Canada
T +1 (512) 836-9473
F +1 (512) 836-3025
jsachs@flareindustries.com

Local Contact:   Bruce Merritt - Thermex
T +1 (303) 690-6866
F +1 (303) 690-0749
thermex@worldnet.att.net

Date:   June 15th, 2009
Quote No.:   090388

42

BLM_0050772

## 1.0   COMMERCIAL SUMMARY

## 1.1   SCOPE OF WORK

| ITEM | QTY | DESCRIPTION | PRICE |
|------|-----|-------------|-------|
| 1 | 1 | **FEF-192-ND Natural Draft Enclosed Flare:** | |

- 40 foot height x 16 foot diameter Enclosed Combustion Chamber
  - (2) Lifting Lugs
  - (1) Thermocouple Port, Thermowell & Type K Thermocouple for Over fire Protection
  - (2) 4 inch Sample Ports at 90° Spacing
  - Sight Glass Ports to View Burner & Pilot
  - 3 inch Thermal Insulation (up to 8 foot elevation)
  - 2 inch Thermal Insulation (above 8 foot elevation)
  - Anchors for Thermal Insulation – 310 SS
  - Rain Guard to Protect Refractory – 304 SS
- Modular Panel Construction for Easy Installation/Erection
- FII Standard Paint System
- Material of Construction – Carbon Steel

| 2 | 1 Lot | **Waste gas burner assembly:** | |

- Vertical Fired Burner Assembly
- Burner Materials – 316 Stainless Steel
- Burner Manifold Material – Carbon Steel

| 3 | 4 | **Luminex Pilot Assembly:** | |

- Electronic Spark Ignition
- Ignition Monitoring via UV Scanner
- Material of Construction:
- Pilot Nozzle – 310 Stainless Steel
- Pilot Body – 316 Stainless Steel

| 4 | 1 Lot | **Louvered Combustion Air Control System :** | |

- Fully Adjustable Air Dampers
- Designed to Draft 100% of Air Required at All Times
- (4) Louvers Located at 90° Spacing
- (1) Louver to be Hinged for Manway Access
- Standard Enclosed Flare Paint System
  - Carboline CarboZinc 11 Primer
  - Top 3 inch - Sherwin Williams Flame Control #500 - Black
  - Remainder - Carboline 133 HB Gray Top Coat

| 5 | 1 | **FEF-192 Control System:** | |

- NEMA 4X Weatherproof Controls Enclosure
- Thermocouple Indicator and Over fire Alarm
- Pilot Monitoring and Pilot Failure Alarm & Shutdown
- Automatic Ignition & Re-Ignition of Pilot
- Flame Safeguard
- Pilot Status Indication

2

43

BLM_0050773

- Form C Dry Contacts for Customer Alarms
- Pilot Gas Valve Train:
  - Aluminum Body Pressure Regulator
  - Ball Valve and Strainer
  - Pressure Gauge

**6    3    Operation & Maintenance Manuals**
- Additional Manuals - $300.00 minimum each

<div align="center">

**Total for Items 1 – 6:**                  **$ 447,495.00**

**OPTIONS**

</div>

**7    1    Ladders & Platforms package:**                  **$ 47,360.00**
- (2) 90° Galvanized Working Platform
- Provides access to (2) sample ports
- Galvanized Caged Ladder Assembly

**8    1    8-inch Inlet shutoff valve:**                  **$ 6,870.00**
- Wafer Style Butterfly Valve w/ pneumatic Actuator
- Carbon Steel Body / Stainless Steel Internals

**9    1    8-inch Flame Arrestor:**                  **$ 4,195.00**
- Carbon Steel Body / Stainless Steel Internals

## 1.2    VALIDITY

The prices in this quotation are budgetary.

## 1.3    DELIVERY

Approval Drawings:          8 Weeks after Receiving of Order

Client Review:               As Required, But not to exceed 6 Weeks *

Fabricating the Project:     18 Weeks after Receiving the Approved Drawings
-------------------------------------------------------------------------------------
Time Required for Project:   26 Weeks ARO + Client Review

The quoted delivery is based upon our current production schedule / shop load.  An updated delivery schedule will be available at time of order.

* If Flare Industries does not receive approval for construction within 6 weeks of initial approval drawing submittal, the production schedule will be subject to change based upon shop load.

3

*44*

BLM_0050774

### 1.4   SHIPPING TERMS

☑ Ex-works, Austin, TX
☐ Ex-works, point of manufacture
☐ FCA, Houston, TX
☐ CIF.

### 1.5   PACKING AND SHIPPING PREPARATION

Export packing and crating when quoted as an option only includes technology items and does not include stacks, vessels, skids, ladders and platforms, or utility piping.

☑ Inland freight packing
☐ Export packing
☐ Storage & Preservation crating - 90 days maximum storage

### 1.6   TERMS OF PAYMENT

Progress payments as per the following*:

50%   Upon receipt of order and prior to submittal of approval drawings, net 30
40%   Upon procurement of major materials and prior to shipment, net 30
10%   Upon notification of readiness for shipment, net 30

*Payment terms are only valid as long as client is approved for credit by FII's financial institution. Three credit references and financial statements may be requested for this purpose.

### 1.7   INSTALLATION - COMMISSIONING

To aid in start-up and commissioning Flare Industries will provide a qualified technician as follows:

- Daily rate (8 hr/day):          $960 (Portal to Portal)
- Travel Time:                    As per Daily Rate
- Subsistence:                    $75 / day
- Accommodation:                  $175 / night
- Expenses (airfare, car rental): Cost + 10%

Note: Installations with less than 7-day advance notices are subject to premium rates.
Note: Air flights over 8 hours in duration will be charged as business class.

4

45

BLM_0050775

**2.0   TECHNICAL SUMMARY**

**2.1   DESIGN CONDITIONS**

**FEF-192**

| | |
|---|---|
| Maximum Inlet Flow Rate: | 6.5 MMSCFD |
| Smokeless Flow Rate: | 6.5 MMSCFD |
| Molecular Weight: | 18.71 |
| Flare Gas BTU Value: | 791 BTU / scf |
| Available Inlet Pressure: | 20 psig |
| Inlet Temperature: | 70°F |
| Operating Temperature: | Up to 1600°F |
| Destruction Efficiency | 95% to 98% |

**2.2   SITE CONDITIONS**

| | |
|---|---|
| Wind Speed for Radiation Calculations: | 20 m.p.h. |
| Wind Speed for Structural Calculations: | 90 m.p.h. |
| Seismic Zone: | 0 |
| Elevation: | ~ 5400 feet above sea level |

**2.3   CLARIFICATIONS**

**2.4   UTILITIES**

| | |
|---|---|
| Pilot Gas: | 65 SCFH of natural gas @ 15 - 250 psig (Per Pilot) |
| Electrical: | 1ϕ / 60Hz / 120 VAC controls |

**2.5   DOCUMENTATION**

Flare Industries will provide the following documentation along with the equipment on this project:

☒ Piping and instrumentation diagram (P&ID)
☒ Mechanical general arrangement
☐ Ladder Logic Diagrams
☐ Control Enclosures Drawings
☒ Operating & maintenance manuals (upon shipment)
☐ Manufacturing Record Books (MRB)

5

46

BLM_0050776

## 2.6   QUALITY / NON-DESTRUCTIVE TESTING

☒ Visual inspection
☒ Dimensional check
☒ Factory acceptance test (ignition system only)
☒ Dry film thickness
☐ Radiography extent:
☐ Dye penetrant examination extent:
☐ Ultrasonic testing extent:
☐ Magnetic particle examination extent:
☐ Hydro-testing extent:
☐ Pneumatic testing extent:
☐ Hardness/Impact Testing
☐ PMI

## 2.7   EXCLUSION LIST

Flare Industries' proposal is in accordance with project specifications, except for the following items, which are currently excluded from our scope of supply both legally and contractually, irrespective of any language to the contrary that might form a part of the specifications and / or eventual purchase order.  These items can be included in our scope of work upon client request, subject to price and delivery impact.

### TECHNICAL EXCLUSIONS

1.  Civil and foundation design for any equipment including dead men, anchor bolts or nuts, design of anchor bolt length or projection as this is part of civil engineering foundation design.
2.  This design is exclusive of all external loadings due to upstream piping. Wind, seismic and temperature loadings have been considered. Allowable nozzle loads other than those published by ANSi are not considered.
3.  Air Craft Warning Lights unless mentioned in scope of work section of proposal.
4.  Bolt Kits at battery limit flanged connections
5.  Supply to Customer of shop details, fabrication drawings or proprietary calculations
6.  Installation of equipment including supply of cranes and/or personnel. General installation instructions and assembly drawings will be provided, however, detailed erection instructions and drawings are excluded. These instructions are meant to provide guidance and general steps to complete the installation. These procedures are not intended to be a substitute for experienced installation personnel. Field assembly and erection of the flare is outside the scope of work to be provided by Flare Industries and is the sole responsibility of others. It is understood that the field contractor retained for this purpose is familiar with the assembly and erection of tall towers.
7.  Structural design for stacks greater than one hundred feet in height does not include provision or facility for single piece lift or single point lift. Stack riser erection should take place in a vertical, section-by-section fashion.
8.  No interconnecting piping, wire, or conduit is included between proposed equipment, unless otherwise indicated in the scope of work section of proposal.
9.  The ignition system / control panel and related valve trains are a Flare Industries' standard package. As such, they are designed and / or manufactured according to our standards and procedures, using our standard components. All valve train components have the following characteristics: ½ to ¾ inch diameter, threaded fittings, carbon steel construction. No other materials, diameters, flange ratings, piping specifications, or additional materials or instrumentation are included, nor do any client supplied specifications apply, unless specifically agreed to in writing by Flare Industries.
10. Refractory of any kind in flare tips, unless specifically indicated. Using refractory in flare tips is an antiquated practice that actually reduces working life by creating heat sinks, which can cause premature failure of such tips. Over time, refractory can also become brittle and fall down into molecular seals, knockout drums, and liquid seals and subsequently cause system failures.

6

**47**

11. All calculations, engineering, and sizing provided in our proposal are preliminary and may change during detailed engineering. We will not be held responsible for changes, which occur during project phase engineering.
12. Dispersion calculations, nozzle load calculations, finite element analysis or other stress analysis, apart from structural calculations of the stack.
13. Structural calculations will be submitted for information only, not being subject to the approval process.
14. Corrosion allowance for carbon steel is 1/16 inch on wetted parts and 0 for non-wetted parts. No other corrosion allowance is applicable to our design or scope of work.
15. Standard deflection criterion for guyed stacks is L/100 and for self supported stacks and derricks is L/133. No other deflection criteria are applicable.
16. If sour service is applicable, the chemical composition of the materials supplied for wetted parts will comply with NACE MR-01-75. Materials which exceed the requirements of NACE MR-01-75 are not considered.
17. Passivation or pickling of stainless steel materials or procedure, post weld heat treatment, procedures, or associated charts.
18. Any testing or procedures not marked as included in the quality / testing section of proposal.
19. Flare Industries' standard weld procedures apply to our equipment, unless otherwise stated in our proposal. Any request to alter or modify our current weld procedures based upon clients' internal specifications is currently excluded from our scope of supply. If new procedures are requested by the client, price and delivery impact will apply.
20. Hydro-testing or procedures of any piece of equipment other than stamped ASME pressure vessels, unless specifically indicated in the proposal.
21. Flare stacks are open to atmosphere; pressure vessel design codes and related design pressures do not apply.
22. Painting or coating for stainless steel, internal surfaces of equipment or galvanized equipment.
23. External insulation, insulation clips or heat tracing of any kind. Refractory or insulation is included for enclosed combustion devices.
24. Armored cable or cable tray of any kind. We are supplying our standard wire and conduit within our battery limits.

## COMMERCIAL EXCLUSIONS

1. Whereas regards statements in client specifications or purchase orders concerning specification order of precedence, please be advised that Flare Industries' proposal, including its integral exclusion list, precedes and precludes all other documents or agreements whether written or verbal.
2. Freight costs and logistics will be offered to our clients as an optional price or as part of the base price, but not at cost as the phrase "prepay and add" is sometimes interpreted.
3. Flare Industries strictly prohibits the use or sale of our equipment in countries sanctioned by the United States Government such as: Iran, Syria, Sudan, North Korea, and Cuba.
4. Third Party Inspection
5. All documentation will be supplied in Acrobat pdf format, not Word, Excel, AutoCAD, or any other format.
6. Please note that documentation and drawing delivery dates are as stated in our proposal, however, if a VDS applies to the project, all delivery dates must be agreed to in writing on a document by document basis.
7. Documentation Legalization Costs.
8. Our operating and maintenance manuals and quality dossiers will be provided in the English language. Translation of the O&M manuals is available at an additional cost; however, only text generated by FII will be translated. Drawings, cut sheets, data sheets and/or standard documents will be provided in English.
9. Presence at meetings (including, but not limited to, kick-off meetings, HAZOP meetings, drawing review and inspection / certification meetings) is included, unless explicitly mentioned in section 1.3.
10. Spare parts when quoted do not include cross sectional drawings, export packing or freight.
11. There are no bank guarantees, performance bonds, or warranty bonds included in our scope of supply or price. Cost for these requirements will be added on to our base price quoted as options. All bond and/or bank guarantee formats, if applicable, must be agreed to in writing by Flare Industries.
12. Storage of equipment after notification of readiness for shipment.

## 3.0   WARRANTY

If within 18 months after the date of notice of availability for shipment, or one year after start up, whichever occurs first, any Goods furnished by Seller prove to be defective in material or

7

48

BLM_0050778

workmanship, and Seller is so notified in writing, upon examination by Seller, Seller will, at Seller's discretion, either repair the Goods or supply identical or substantially similar replacement Goods, F.O.B. manufacturing facility. Any repaired or replacement Goods will be warranted against defects in material or workmanship for the unexpired portion of the warranty applicable to the particular Goods. Goods not manufactured by Seller are subject only to warranties of Seller's vendors and Seller hereby assigns to Buyer all rights in such vendors warranties, provided however. Seller shall furnish to the Buyer reasonable assistance in enforcing such rights. Seller will not be responsible for costs of making access for, or of export/import, shipment, removal or installation of any items needed to repair or replace any defective Goods. Inexpensive items requiring repairs or replacement and routine maintenance-related or consumable items shall be outside the scope of these limited warranties. With regard to warranty related remedial work, the Seller will not be responsible for materials or workmanship of others or shipment, labor and other related expenses for any work performed by others in the repair or replacement of defective Goods, without Seller's prior written consent. Seller's performance guarantees, if any, shall be deemed to be met by a satisfactory demonstration of the performance guarantees during a performance test, which shall be the responsibility of the Buyer, pursuant to mutually agreed upon test procedures. If the performance test is not completed within 45 days after notice of availability for shipment, the performance test shall be deemed to be satisfactorily performed for any and all purposes.

**4.0   TERMS AND CONDITIONS**

Unless otherwise agreed to in writing, this proposal is subject to Flare Industries' terms and conditions, (Annex I) of which a copy is available by request.

8

49

BLM_0050779

# Appendix G

# Alternate Flare Option

BLM_0050780



BLM_0050781

## West Elk Gas Gathering System
## Alternate Flare Capital

| | | |
|---|---|---|
| MDW wellheads | $ | 2,995,500 |
| E System Gathering | $ | 4,926,655 |
| Flare Installation | $ | 450,000 |
| Control System | $ | 180,000 |
| Engineering (10%) | $ | 855,216 |

## TOTAL PROJECT COST   $   9,407,371

52

BLM_0050782

**West Elk Mine**
**MDW Wellheads**

| Description | Quantity | Units | Unit Cost | Total Cost | CATEGORY TOTAL |
|---|---|---|---|---|---|
| **Material** | | | | | |
| Exhauster | Already Owned, no additional capital | | | | |
| Relief Valve | 1 lot | | $ 15,000 | $ 15,000 | |
| Separator | 1 lot | | $ 25,000 | $ 25,000 | |
| Water Tank w/heater | 1 lot | | $ 20,000 | $ 20,000 | |
| Screw Compressor | 1 lot | | $ 380,000 | $ 380,000 | |
| Fuel Conditioning System | 1 lot | | $ 15,000 | $ 15,000 | |
| Meter Skid w/efm | 1 lot | | $ 30,000 | $ 30,000 | |
| Methanol Injection | 1 lot | | $ 5,000 | $ 5,000 | |
| BTU Monitoring | 1 lot | | $ 10,000 | $ 10,000 | |
| Sat. Communications | 1 lot | | $ 10,000 | $ 10,000 | |
| Misc valves, fittings, pipe | 1 lot | | $ 7,500 | $ 7,500 | |
| **Total Material** | | | | $ | 517,500 |
| **Installation** | | | | | |
| Exhauster | Already estimated in Arch budgets | | | | |
| Screw Compressor | 1 lot | | $ 75,000 | $ 75,000 | |
| Well Head Equipment | 1 lot | | $ 50,000 | $ 50,000 | |
| **Total Installation** | | | | $ | 125,000 |
| **Project Management** | | | | | |
| Engineering included in Roll Up | | | | | |
| Inspection | 10 days | | $ 1,000 | $ 10,000 | |
| Contingency | 15 % | | $ 642,500 | $ 96,375 | |
| **Total Project Management** | | | | $ | 106,375 |
| **TOTAL COST PER WELL** | | | | $ | 748,875 |
| **Number of wells** | 4 | | | | |
| **TOTAL PROJECT COST** | | | | $ | 2,995,500 |

53

BLM_0050783

**West Elk Mine**
**"E" Seam Gathering**

| Description | Quantity | Units | Unit Cost | | Total Cost | | CATEGORY TOTAL |
|---|---|---|---|---|---|---|---|
| **Material** | | | | | | | |
| 10" SDR 11 Poly | 92795 | ft | $ | 3.89 | $ | 360,972 | |
| 6" SDR 11 Poly | 114707 | ft | $ | 1.48 | $ | 169,767 | |
| Valves | 1 | lot | $ | 100,000 | $ | 100,000 | |
| 12" pig traps | 3 | each | $ | 60,000 | $ | 180,000 | |
| Total Material | | | | | $ | | 810,739 |
| **Installation** | | | | | | | |
| 10" SDR 11 (per Petty quote) | 92795 | | $ | 23 | $ | 2,134,280 | |
| 6" SDR 11 (per Petty quote) | 114707 | ft | $ | 10 | $ | 1,147,073 | |
| Pig Traps | 3 | each | $ | 35,000 | $ | 105,000 | |
| Total Installation | | | | | $ | | 3,386,353 |
| **Project Management** | | | | | | | |
| Engineering included in Roll Up | | | | | | | |
| Inspection | 100 | days | $ | 1,000 | $ | 100,000 | |
| Contingency | 15 | % | $ | 4,197,091 | $ | 629,564 | |
| Total Project Management | | | | | $ | | 729,564 |
| **TOTAL PROJECT COST** | | | | | $ | | **4,926,655** |

*54*

BLM_0050784

## West Elk Mine
## Control System

| Description | Quantity | Units | Unit Cost | | Total Cost | | CATEGORY TOTAL |
|---|---|---|---|---|---|---|---|
| **Material** | | | | | | | |
| Gas Quality Equip. | 1 | lot | $ | 50,000 | $ | 50,000 | |
| Alarm Callout System | 1 | lot | $ | 15,000 | $ | 15,000 | |
| SCADA System | 1 | lot | $ | 50,000 | $ | 50,000 | |
| **Total Material** | | | | | | $ | 115,000 |
| **Installation** | | | | | | | |
| Gas Quality Equip. | 1 | lot | $ | 15,000 | $ | 15,000 | |
| SCADA/Alarm | 1 | lot | $ | 50,000 | $ | 50,000 | |
| **Total Installation** | | | | | | $ | 65,000 |
| **TOTAL PROJECT COST** | | | | | | **$** | **180,000** |

55

BLM_0050785

# West Elk Mine O&M
# Alternate Flare Option

COST

| Labor | # emp. | base | w/30% load | | |
|---|---|---|---|---|---|
| Supervisor | 1 | 100000 | 130000 | | |
| I&E Tech | 1 | 80000 | 104000 | | |
| Mechanic/Operator | 6 | 70000 | 546000 | | |
| | | | | $ | 780,000.00 |
| | | | | | |
| **Trucks** | | 6 (1500/month) | | $ | 108,000.00 |
| | | | | | |
| **Methanol** | | 50000 gallons | | $ | 150,000.00 |
| | | | | | |
| **Compression** | # units | hp | $100/hp | | |
| working screws | 4 | 400 | 160000 | | |
| sealed screws | | 400 | 0 | | |
| | | | | $ | 160,000.00 |
| | | | | | |
| **Winter Operations** | | | | | |
| Move Screws | 0 | 25000 | 0 | | |
| Move 10" temp poly | 0 | 20 | 0 | | |
| | | | | $ | - |
| | | | | | |
| **Measurement/Scada** | # meters | 10000/yr | | | |
| working screws | 4 | 40000 | | | |
| sealed screws | 0 | 0 | | | |
| System | 2 | 20000 | | | |
| | | | | $ | 60,000.00 |
| | | | | | |
| **Office/Misc** | | 12 months @ 20k each | | $ | 240,000.00 |
| | | | | | |
| **TOTAL** | | | | **$** | **1,498,000.00** |

56

BLM_0050786

# Appendix H

# Cost Estimate for Gas Sales

BLM_0050787

## West Elk Gas Gathering System
## E SEAM GAS SALES

| | | | |
|---|---|---|---|
| Basic Gathering System | $ | 12,107,320 | See Appendix D for breakout |
| Flare | $ | 450,000 | |
| Gas Plant | $ | 12,347,500 | |
| Bull Mountain Sales Lateral | $ | 10,488,584 | |

## TOTAL PROJECT COST        $   35,393,404

58

BLM_0050788

## West Elk Mine
## Gas Plant

| | | |
|---|---|---|
| Inlet Compression 30 to 600 psig (7 mmcf/day) | $ | 1,750,000 |
| Oxygen Removal (X-O2) | $ | 1,750,000 |
| Glycol Dehydration | $ | 125,000 |
| Nitrogen/CO2 Removal (PSA) | $ | 3,000,000 |
| Instalation | $ | 3,200,000 |
| Outlet Compression | $ | 1,000,000 |
| Electrical | $ | 400,000 |
| Engineering (10%) | $ | 1,122,500 |
| **Total** | **$** | **12,347,500** |

59

BLM_0050789

## West Elk Mine
## Bull Mountain Sales Lateral

| Description | Quantity | Units | Unit Cost | | Total Cost | | CATEGORY TOTAL | |
|---|---|---|---|---|---|---|---|---|
| **Material** | | | | | | | | |
| 10" steel pipe (Gr B std wt) | 78347 | ft | $ | 36.75 | $ | 2,879,252 | | |
| Valves | 1 | lot | $ | 100,000 | $ | 100,000 | | |
| 12" pig traps | 2 | each | $ | 60,000 | $ | 120,000 | | |
| Total Material | | | | | | | $ | 3,099,252 |
| **Installation** | | | | | | | | |
| Lay Price (per Petty Quote) | 78347 | ft | $ | 45.00 | $ | 3,525,615 | | |
| Bore Price | 4000 | ft | $ | 400 | $ | 1,600,000 | | |
| Pig Traps | 2 | each | $ | 35,000 | $ | 70,000 | | |
| Total Installation | | | | | | | $ | 5,195,615 |
| **Project Management** | | | | | | | | |
| Engineering | 10 | % | $ | 8,294,867 | $ | 829,487 | | |
| Inspection | 120 | days | $ | 1,000 | $ | 120,000 | | |
| Contingency | 15 | % | $ | 8,294,867 | $ | 1,244,230 | | |
| Total Project Management | | | | | | | $ | 2,193,717 |
| **TOTAL PROJECT COST** | | | | | | | $ | **10,488,584** |

*60*

439

BLM_0050790

# Appendix I

# O&M Cost for Gas Sales

440

# West Elk Mine O&M
# Gas Sales

COST

| Labor | # emp. | base | w/30% load | | |
|---|---|---|---|---|---|
| Supervisor | 1 | 100000 | 130000 | | |
| I&E Tech | 1 | 80000 | 104000 | | |
| Mechanic/Operator | 6 | 70000 | 546000 | | |
| | | | | $ | 780,000.00 |
| | | | | | |
| **Trucks** | | 6 (1500/month) | | $ | 108,000.00 |
| | | | | | |
| **Methanol** | 50000 gallons | | | $ | 150,000.00 |
| | | | | | |
| **Compression** | # units | hp | $100/hp | | |
| working screws | 6 | 400 | 240000 | | |
| sealed screws | 2 | 400 | 80000 | | |
| | | | | $ | 320,000.00 |
| | | | | | |
| **Winter Operations** | | | | | |
| Move Screws | 12 | 25000 | 300000 | | |
| Move 10" temp Poly | 6000 | 20 | 120000 | | |
| | | | | $ | 420,000.00 |
| | | | | | |
| **Measurement/Scada** | # meters | 10000/yr | | | |
| working screws | 6 | 60000 | | | |
| sealed screws | 2 | 20000 | | | |
| System | 2 | 20000 | | | |
| | | | | $ | 100,000.00 |
| | | | | | |
| **Gas Plant/Sales Line** | | annual cost | | | |
| Plant | | 700000 | | | |
| Sales Compression | | 150000 | | | |
| Sales Pipeline | | 100000 | | | |
| | | | | $ | 950,000.00 |
| | | | | | |
| **Office/Misc** | 12 months @ 20k each | | | $ | 240,000.00 |
| | | | | | |
| **TOTAL** | | | | **$** | **3,068,000.00** |

62

BLM_0050792

*Supplemental Final Environmental Impact Statement* | Federal Coal Lease Modifications COC-1362 & COC-67232

# EXHIBIT G

## BURNS & MCDONNELL REPORT

442

BLM_0050793

# WEST ELK COAL MINE METHANE DUE DILIGENCE EVALUATION

prepared for

## MOUNTAIN COAL COMPANY, LLC

prepared by

### Burns & McDonnell Engineering Company, Inc.
### Kansas City, Missouri

**Project 52725**

**September 2009**

BLM_0050794

*Supplemental Final Environmental Impact Statement* | Federal Coal Lease Modifications COC-1362 & COC-67232

## TABLE OF CONTENTS

EXECUTIVE SUMMARY ............................................................................... ES-1

    ES.1   Study Background ......................................................................................... ES-1

    ES.2   Gas Gathering System and Flare .................................................................. ES-1

    ES.3   Power Generation Options ............................................................................ ES-2

    ES.4   Project Economics ......................................................................................... ES-3

    ES.5   Carbon Offsets as a Revenue Stream .......................................................... ES-5

1.0   INTRODUCTION .................................................................................. 1-1

    1.1    Study Objectives and Methodology .............................................................. 1-1

    1.2    Other Sources of Information ........................................................................ 1-1

    1.3    Organization of Report .................................................................................. 1-2

2.0   GAS GATHERING SYSTEM ................................................................ 2-1

    2.1    CMM Well and Collection System ................................................................ 2-1

        2.1.1   Well and Collection System Cost Estimate .......................................... 2-2
        2.1.2   Well and Collection System Operating Costs ....................................... 2-2

    2.2    Flaring and Gas Processing Facilities .......................................................... 2-4

        2.2.1   Gas Flaring ............................................................................................ 2-4
            2.2.1.1   Alternate Flaring Location ..................................................... 2-4
        2.2.2   Gas Processing Facilities ...................................................................... 2-4
            2.2.2.1   Gas Processing Facility Cost Estimate ................................... 2-5
            2.2.2.2   Gas Processing Facility Operating Costs ............................... 2-6

3.0   POTENTIAL POWER GENERATION TECHNOLOGIES ................................. 3-1

    3.1    Gas Availability ............................................................................................ 3-1

    3.2    Power Generation with Combustion Turbine(s) .......................................... 3-2

        3.2.1   Combustion Turbine Block Flow Diagram ........................................... 3-2
        3.2.2   Combustion Turbine Site Layout .......................................................... 3-3
        3.2.3   Combustion Turbine Performance ......................................................... 3-6
        3.2.4   Combustion Turbine Capital and Operating Cost Estimats .................. 3-7

    3.3    Power Generation with Reciprocating Engine(s) ......................................... 3-8

        3.3.1   Reciprocating Engine Block Flow Diagram .......................................... 3-8


444

BLM_0050795

*Supplemental Final Environmental Impact Statement* | Federal Coal Lease Modifications COC-1362 & COC-67232

West Elk CMM Due Diligence Evaluation

Table of Contents

|      | 3.3.2 | Reciprocating Engine Site Layout | 3-9 |
|      | 3.3.3 | Reciprocating Engine Performance | 3-11 |
|      | 3.3.4 | Reciprocating Engine Capital and Operating Cost Estimates | 3-12 |
| **3.4** | | **Power Generation with Integrated Solar Technology** | **3-14** |

**4.0    AIR EMISSIONS AND KEY PERMITS** ........................................... **4-1**

| **4.1** | | **Air Emissions** | **4-1** |
|      | 4.1.1 | Construction Permit | 4-1 |
| **4.2** | | **Key Permits and Clearances** | **4-2** |
|      | 4.2.1 | Operating Permit | 4-2 |
|      | 4.2.2 | Water Supply and Discharge | 4-3 |
|      | 4.2.3 | NEPA | 4-4 |
|      | 4.2.4 | Local Restrictions | 4-4 |
|      | 4.2.5 | Site Clearances | 4-5 |

**5.0    PROJECT ECONOMIC SUMMARY** ........................................... **5-1**

| **5.1** | | **Model Inputs** | **5-1** |
| **5.2** | | **Model Results** | **5-2** |
|      | 5.2.1 | Alternate Flaring Location | 5-4 |
| **5.3** | | **Model Sensitivities** | **5-4** |
|      | 5.3.1 | Carbon Offsets as a Revenue Stream | 5-6 |

445

BLM_0050796

*Supplemental Final Environmental Impact Statement* | Federal Coal Lease Modifications COC-1362 & COC-67232

West Elk CMM Due Diligence Evaluation                                      Table of Contents

## LIST OF TABLES

Table ES-1: Generating Options Capital Cost Summary......................................................... ES-2

Table ES-2: Economic Model Summary Results ................................................................... ES-4

Table ES-3: Sensitivity Analysis ......................................................................................... ES-5

Table ES-4: Carbon Offset Sales Analysis ......................................................................... ES-6

Table 2-1: CMM Well and Collection System Cost Estimate ................................................ 2-2

Table 2-2: Well and Collection System O&M Cost ............................................................... 2-3

Table 2-3: Gas Processing Facility Cost Estimate ............................................................... 2-6

Table 2-4: Gas Processing Facility O&M Cost ..................................................................... 2-7

Table 3-1: E-Seam Methane Availability ............................................................................. 3-1

Table 3-2: CT Power Output and Fuel Requirement ............................................................ 3-6

Table 3-3: Combustion Turbine Capital Cost ....................................................................... 3-7

Table 3-4: Combustion Turbine Operational Costs .............................................................. 3-8

Table 3-5: Reciprocating Engine Power Output and Fuel Requirement................................. 3-11

Table 3-6: Reciprocating Engine Capital Cost ..................................................................... 3-13

Table 3-7: Reciprocating Engine Operational Costs ............................................................ 3-14

Table 4-1: Potential Emissions from Kawasaki, GPB 15, No SCR......................................... 4-1

Table 4-2: Potential Emissions from Kawasaki, GPB 15, With SCR....................................... 4-1

Table 4-3: Potential Emissions from GE Jenbacher, JMS 620 GS-N.L, No SCR ................... 4-2

Table 4-4: Potential Emissions from GE Jenbacher, JMS 620 GS-N.L, With SCR ................ 4-2

Table 4-5: Threshold Emission Levels for Triggering Construction Permit .............................. 4-2

Table 5-1: Capital Cost and O&M Summary ........................................................................ 5-2

Table 5-2: Economic Model Summary Results ..................................................................... 5-3

Mountain Coal Company                        TOC-3                    

BLM_0050797

West Elk CMM Due Diligence Evaluation                                    Table of Contents

## LIST OF FIGURES

Figure 2-1: Wellhead Schematic...........................................................................................................2-2

Figure 2-2: Gas Processing Schematic....................................................................................................2-5

Figure 3-1: Kawasaki GPB15 Combustion Turbine ............................................................................3-2

Figure 3-2: Combustion Turbine Block Flow Diagram........................................................................3-3

Figure 3-3: West Elk Mine Surface Facilities (Generating Facilities Location Shown)...........................3-4

Figure 3-4: Combustion Turbine Site Layout......................................................................................3-5

Figure 3-5: Temperature Effects on CT Power Output and Heat Rate ..............................................3-6

Figure 3-6: GE Jenbacher JMS 620 ...................................................................................................3-8

Figure 3-7: Reciprocating Engine Block Flow Diagram .....................................................................3-9

Figure 3-8: Reciprocating Engine Site Layout ..................................................................................3-10

Figure 3-9: Temperature Effects on Engine Power Output and Heat Rate ......................................3-11

Figure 3-10: Solar Intensity Map.......................................................................................................3-15

Figure 3-11: Suitable Concentrating Solar Site Locations..................................................................3-16

Figure 5-1: Energy Sales Value Sensitivity – CT ..............................................................................5-5

Figure 5-2: Energy Sales Value Sensitivity – Reciprocating Engine....................................................5-5

Figure 5-3: Gas Sales Price – Gas Processing Option .......................................................................5-6

Figure 5-4: $CO_2$ Offset Value Sensitivity – Flaring System ...............................................................5-7

Figure 5-5: $CO_2$ Offset Value Sensitivity – Alternate Flaring System .................................................5-7

Figure 5-6: $CO_2$ Offset Value Sensitivity – Combustion Turbine .......................................................5-8

Figure 5-7: $CO_2$ Offset Value Sensitivity – Reciprocating Engine......................................................5-8

Figure 5-8: $CO_2$ Offset Value Sensitivity – Gas Processing...............................................................5-9

* * * * *



BLM_0050798



**EXECUTIVE SUMMARY**

BLM_0050799

West Elk CMM Due Diligence Evaluation                                                    Executive Summary

## EXECUTIVE SUMMARY

This report section presents an executive summary of the West Elk CMM Due Diligence Evaluation
(Study). The Study was completed by Burns & McDonnell Engineering Company (B&McD) for
Mountain Coal Company, LLC (Mountain Coal). The objectives, methodology, and results of the Study
are described in the following sections.

### ES.1  STUDY BACKGROUND

B&McD was retained to review the results of previous studies regarding coal mine methane (CMM)
utilization at the West Elk Mine and also evaluate other beneficial uses, such as power generation, in
order to compare alternatives for the beneficial use of methane from the mine. The E Seam Longwall
District is the area currently being mined by Mountain Coal and is the focus of the analysis provided by
the Study.

### ES.2  GAS GATHERING SYSTEM AND FLARE

CMM liberated in the mine districts is collected by multiple wellheads located throughout previously
mined areas and areas that will be mined in the future. Arista Midstream Services (Arista) was retained to
complete a conceptual design for a well and collection system. The gathering system was designed for an
average of 4 million cubic feet per day (MMCFD) total gas, of which 55%, or 2.2 MMCFD, is methane.
The design also included a flare for combustion and destruction of methane.

Arista provided a cost estimate for the well and collection system for use in the Study. The system
collects and transports CMM to a location where it can be destroyed by a flare, processed to create
saleable natural gas, or used for power generation. The cost estimate included eight wellhead setups, 35.6
miles of 6-inch SDR11 poly panel laterals, 9.9 miles of 10-inch SDR11 poly trunkline, and various
control equipment. Arista's estimate for design and construction of this system was $12,107,000.
Installation of a flare to destroy methane would add another $450,000 to the well and collection system
cost. An alternate flaring location could potentially be utilized if power generation and gas processing are
not performed or retained as future options. With this scenario, if flaring is performed at a location closer
to the collection system, the capital and operating costs of the system can be reduced. The capital cost of
this alternate flaring location is $9,407,000, including the cost of the flare.

In addition to developing estimates for the well and collection system, Arista also provided an estimate
for the installation of a gas processing facility that produces natural gas from CMM. The natural gas

Mountain Coal Company                              ES-1                           

*Supplemental Final Environmental Impact Statement* | Federal Coal Lease Modifications COC-1362 & COC-67232

West Elk CMM Due Diligence Evaluation                                             Executive Summary

could then be sold and transported via pipeline to the Bull Mountain pipeline system. The gas processing facility would require the same CMM well and collection system to gather and deliver the mine gas. The Arista estimate for the processing facility was $22,836,000. The processing facility cost is in addition to the well and collection system cost.

## ES.3  POWER GENERATION OPTIONS

B&McD investigated the use of combustion turbines (CT) and reciprocating engines to generate electrical power with the CMM. Both options are capable of burning CMM with a methane content of 55%. B&McD reviewed a potential location for the power generating site adjacent to the existing Sylvester Gulch substation and determined that adequate space is available for construction of the facility.

The Kawasaki GPB15 was the model selected as a representative choice for CT technology. The CT is delivered on a skid with complete indoor enclosure and major components such as the lube oil system and control system included and preassembled. For reciprocating engine technology, the GE Jenbacher JMS 620 GS-N.L was selected. The engine is delivered on a skid with major components such as the pre-chamber compressor, the lube oil system and programmable logic control system included and preassembled. Capital cost estimates for each option are provided in Table ES-1. Based on the amount of CMM available, four CTs and four reciprocating engines are included in the cost estimates. The cost of the well and collection system would be in addition to the power plant costs presented below.

### Table ES-1: Generating Options Capital Cost Summary

|  |  | Kawasaki GPB15 (4,600 kW) | GE Jenbacher JMS 620 (10,550 kW) |
|---|---|---|---|
| Turbine/Engine ($) |  | 6,263,000 | 6,662,000 |
| Mechanical ($) |  | 38,000 | 230,000 |
| Electrical ($) |  | 1,482,000 | 1,737,000 |
| Structural ($) |  | 457,000 | 681,000 |
| Civil ($) |  | 403,000 | 403,000 |
| Emission Controls ($) |  | 2,493,000 | 3,044,000 |
| Subtotal ($) |  | $11,136,000 | $12,757,000 |
| Engineering and Management Cost | 10% | 1,114,000 | 1,276,000 |
| Overhead | 18% | 2,205,000 | 2,526,000 |
| Owner's Cost inc. Contingency | 20% | 2,891,000 | 3,312,000 |
| TOTAL Capital Cost (2009$) |  | $17,300,000 | $19,900,000 |
| Cost per kW ($/kW) |  | $3,760 | $1,890 |

Mountain Coal Company                        ES-2                        

BLM_0050801

West Elk CMM Due Diligence Evaluation                                    Executive Summary

## ES.4  PROJECT ECONOMICS

In order to compare the economics of the beneficial uses of CMM in power generation, flaring to destroy methane, and processing to yield natural gas, an economic pro forma model was developed. The model utilized various financial inputs and project-related costs and revenues to estimate an internal rate of return (IRR) and net present value (NPV) for each of the beneficial use alternatives.

The model utilized key inputs to estimate project expenses and revenues over a 10-year period from 2012 to 2021, resulting in a cash flow projection for each beneficial use option. Key expenses for the project included gas royalty payments (where applicable) to the Bureau of Land Management, principal and interest expenses for the debt required to finance the project, O&M expenses including staffing costs, income taxes, and various expenses such as insurance and property taxes. Revenue streams for the project were produced from the sale of energy for options that include generation, the sale of natural gas for the gas processing option, and the potential sale of $CO_2$ offsets that may be generated by the destruction or conversion of methane that takes place in all options.

Table ES-2 provides a summary of each option, including operational data, revenue requirements, expected revenues, and IRR/NPV results.

Mountain Coal Company                        ES-3                        

BLM_0050802

West Elk CMM Due Diligence Evaluation

Executive Summary

**Table ES-2: Economic Model Summary Results**

| | Option 1 Flaring System | | Option 2 Power Generation - CTs | | Option 3 Power Generation - Recips. | | Option 4 Gas Processing | |
|---|---|---|---|---|---|---|---|---|
| Net Project Output (kW) | NA | | 4,400 | | 10,560 | | NA | |
| Net Heat Rate, LHV (Btu/kWh) | NA | | 14,900 | | 8,320 | | NA | |
| Total Capital Cost (2009$) | Well/Collection - $12,107,000 Flaring System - $450,000 | | Well/Coll./Flare - $12,557,080 CTs - $17,300,000 | | Well/Coll./Flare - $12,557,000 Recip. Engines - $19,900,000 | | Well/Coll./Flare - $12,557,000 Gas Processing - $22,836,000 | |
| Estimated Annual Generation (MWh) | NA | | 32,762 | | 78,630 | | NA | |
| Annual CO₂ Equivalent Destroyed (tonnes) | 229,990 | | 229,990 | | 229,990 | | 229,990 | |
| Year | Expenses ($000) | Revenue ($000) | Expenses ($000) | Revenue ($000) | Expenses ($000) | Revenue ($000) | Expenses ($000) | Revenue ($000) |
| 2012 | 4,622 | NA | 8,925 | 2,492 | 9,917 | 5,981 | 10,292 | 3,764 |
| 2013 | 4,640 | NA | 8,893 | 2,567 | 9,888 | 6,161 | 10,255 | 3,831 |
| 2014 | 4,655 | NA | 8,852 | 2,644 | 9,849 | 6,346 | 10,207 | 3,897 |
| 2015 | 4,667 | NA | 8,804 | 2,723 | 9,802 | 6,536 | 10,150 | 3,988 |
| 2016 | 4,676 | NA | 8,736 | 2,805 | 9,734 | 6,732 | 10,071 | 4,012 |
| 2017 | 4,680 | NA | 8,670 | 2,889 | 9,670 | 6,934 | 9,994 | 4,170 |
| 2018 | 4,679 | NA | 8,581 | 2,976 | 9,579 | 7,142 | 9,891 | 4,248 |
| 2019 | 4,673 | NA | 8,482 | 3,065 | 9,480 | 7,356 | 9,776 | 4,376 |
| 2020 | 4,662 | NA | 8,365 | 3,157 | 9,362 | 7,577 | 9,641 | 4,507 |
| 2021 | 4,643 | NA | 8,231 | 3,252 | 9,223 | 7,804 | 9,484 | 4,642 |
| IRR (%) Less than Zero = NA | NA | | NA | | NA | | NA | |
| NPV ($000, 2009$) | ($26,170) | | ($35,010) | | ($19,892) | | ($35,852) | |



Mountain Coal Company

ES-4



West Elk CMM Due Diligence Evaluation                                    Executive Summary

Based on the model results, none of the projects are presently financially viable given the baseline revenue inputs. Revenues from the sale of electricity and natural gas are significantly less than the total expenses that result from construction and operation of each project. Of the options analyzed, reciprocating engines are the most economical. However, even if energy from the units can be sold for $71/MWh, the NPV of the reciprocating engines is negative $19.9 million.

In order to determine the effect of modifying key project inputs, the IRR was calculated over a range of values for energy sales and gas sales values. The conclusions drawn by the sensitivity analyses are provided in Table ES-3.

**Table ES-3: Sensitivity Analysis**

| Key Input | Baseline Value | Hurdle Value[1] |
|---|---|---|
| Energy Sales Value (2009$/MWh) | $71 | $114 - Recip. Engine $246 - CT |
| Gas Sales Value (2012$/MMBtu, % Increase Over Baseline) | $6.22 | $18.66 - Gas Processing Option 200% Increase Over Baseline (3x Baseline Value) |

[1]Input reaches 'Hurdle Value' when IRR equals 10.99%

The hurdle value presented for both key inputs, energy sales and gas sales values, is the point at which the project will achieve a 10.99% IRR. For example, the gas processing option will not result in a 10.99% IRR until the value of gas sold from the project is $18.66/MMBtu. Compared to a baseline input of $6.22/MMBtu in the economic model, a gas sales hurdle value of $18.66/MMBtu is significantly higher. Similarly, energy sales values of approximately $114/MWh and $246/MWh are necessary for the reciprocating engine and CT options, respectively, to achieve a 10.99% IRR.

## ES.5  CARBON OFFSETS AS A REVENUE STREAM

Each of the methane management options described in this report can potentially generate $CO_2$ offsets, as methane is combusted. Carbon markets are currently in a state of significant flux. Presently, carbon offsets are primarily bought and sold in voluntary marketplaces such as the Chicago Climate Exchange (CCX). However, draft legislation in Congress would create a federally mandated cap-and-trade system, which in theory may create a robust market in $CO_2$ offsets. Uncertainty regarding the contours of legislation has depressed CCX prices as potential traders and regulated parties delay trades.



Mountain Coal Company                        ES-5                        

BLM_0050804

West Elk CMM Due Diligence Evaluation                                        Executive Summary

In order to gauge the impact to IRR due to revenue from potential $CO_2$ offset sales, the model was run over a range of offset values, and the IRR was calculated for each case. Table ES-4 presents the results of the analysis.

### Table ES-4: Carbon Offset Sales Analysis

| Option | $CO_2$ Hurdle Value[1] |
|---|---|
| Flaring System | $19.25/tonne |
| Alternate Flaring System | $14.25/tonne |
| CTs | $26.50/tonne |
| Recip. Engines | $15.50/tonne |
| Gas Processing | $27.00/tonne |

[1] $CO_2$ reaches 'Hurdle Value' when IRR equals 10.99%

\* \* \* \* \*

Mountain Coal Company                     ES-6                     Burns & McDonnell SINCE 1898

BLM_0050805



**INTRODUCTION**

BLM_0050806

West Elk CMM Due Diligence Evaluation                                                    Introduction

## 1.0   INTRODUCTION

Arch Coal, Inc. (Arch), on behalf of Mountain Coal Company LLC (Mountain Coal), retained Burns & McDonnell (B&McD) to perform an evaluation of possible beneficial uses of coal mine methane (CMM) that is liberated from coal and surrounding materials during and subsequent to mining activities. The evaluation includes multiple beneficial uses of CMM, including:

- Power generation using either reciprocating engine or combustion turbine (CT) technology
- Flaring of CMM to destroy methane
- Processing the CMM to yield saleable natural gas

Each of the above options results in the destruction or conversion of methane into another form thereby reducing greenhouse gas effects from the emissions.

## 1.1   STUDY OBJECTIVES AND METHODOLOGY

For many years Mountain Coal has evaluated beneficial uses of CMM. Recent clarification in ownership rights has led Mountain Coal to revisit possible beneficial uses. Mountain Coal, or its consultants, has recently completed numerous studies regarding expected gas yields, collection systems, cleanup, and beneficial use at West Elk Mine (West Elk or Mine). Mountain Coal retained B&McD to review the results of these studies and also evaluate other beneficial uses, such as power generation, in order to compare alternatives for the beneficial use of methane from the Mine. The E Seam Longwall District is the area currently being mined by Mountain Coal and is the focus of the analysis provided by the Study.

## 1.2   OTHER SOURCES OF INFORMATION

In preparation of the Study, B&McD utilized information prepared by Arista Midstream Services (Arista) relating to CMM rates and volumes, conceptual CMM gathering system, flaring of excess CMM, and processing of CMM to produce pipeline quality natural gas. The following information was developed by Arista and utilized in the Study:

- 10-year E Seam CMM yield rate
- CMM gathering system conceptual design (capital cost, operating costs, and performance)
- Flaring system to combust excess methane not utilized for power generation
- CMM processing to yield pipeline quality natural gas for sale into the interstate pipeline system

Mountain Coal Company                              1-1                          Burns & McDonnell

BLM_0050807

West Elk CMM Due Diligence Evaluation | Introduction

The information from Arista was used in conjunction with B&McD's cost estimates for various power generating scenarios to develop an economic model for comparison of the various options.

## 1.3   ORGANIZATION OF REPORT

This report is organized into several separate sections. These individual sections are listed below along with a brief description of their contents.

- Section 1.0 – Introduction: Provides a brief introduction that describes the objectives, methodology, other sources of information, and organization of the report.
- Section 2.0 – Gas Gathering System: Provides a discussion of the conceptual CMM well and collection system developed by Arista. The section includes capital and operating costs for the collection system, flare, and gas processing plant.
- Section 3.0 – Potential Generation Technologies: Describes the power generation options considered and provides capital cost and performance estimates.
- Section 4.0 – Air Emissions and Key Permits: Discusses anticipated emissions from the generating units and key permits that will be required for the project including construction and operating air permits, water supply permits, environmental permits, and local requirements.
- Section 5.0 – Project Economic Summary: Provides a summary of projected economics for each beneficial use option.

* * * * *



BLM_0050808



**GAS GATHERING SYSTEM**

458

BLM_0050809

West Elk CMM Due Diligence Evaluation                                    Gas Gathering System

## 2.0   GAS GATHERING SYSTEM

Arista prepared preliminary estimates of a CMM well and collection system required at the site to gather, process, and deliver CMM for power generation, flaring, or gas processing. Arista's efforts included development of capital and operating costs necessary for the well and collection systems. Furthermore, Arista developed standalone flaring and gas sales options, with no power generation. The flaring arrangement is also used in a bypass scenario for generation options to burn excess CMM not utilized for power generation. The gas sales option consists of a processing plant that conditions the CMM to create a saleable, pipeline quality natural gas product that can be sold and transported offsite.

### 2.1   CMM WELL AND COLLECTION SYSTEM

CMM liberated in the mine districts is collected by multiple wellheads located throughout previously mined areas and areas that will be mined in the future. The gathering system is designed for an average of 4 million cubic feet per day (MMCFD) total gas, of which 55%, or 2.2 MMCFD, is methane. The system design utilizes the existing well exhausters, installs new screw compression located at the wellheads, installs individual laterals along the mine panels, and installs a trunkline buried in the main road to bring gas to the area of the existing Sylvester Gulch substation. The substation is the probable location of generating equipment as further discussed in Section 3.0. The power generation, stand-alone flaring, and gas processing options include a highly engineered flare to destroy excess methane during operation or during times when the equipment is offline.

The following schematic provides a general flow diagram for an individual wellhead.

Mountain Coal Company                          2-1                          Burns & McDonnell

BLM_0050810

West Elk CMM Due Diligence Evaluation                                        Gas Gathering System

**Figure 2-1: Wellhead Schematic**



### 2.1.1  Well and Collection System Cost Estimate

A cost estimate to construct the well and collection system was developed by Arista. The costs presented below include eight wellhead setups, 35.6 miles of 6-inch SDR11 poly panel laterals, 9.9 miles of 10-inch SDR11 poly trunkline, and various control equipment. The collection system will deliver CMM to the flare, power generating equipment, or gas processing plant.

**Table 2-1: CMM Well and Collection System Cost Estimate**

| System | Cost (2009$) |
|---|---|
| Methane Drainage Wellheads | $5,991,000 |
| E System Gathering | $4,611,000 |
| Control System | $405,000 |
| Engineering (10%) | $1,101,000 |
| **TOTAL Capital Cost** | $12,107,000 |

### 2.1.2  Well and Collection System Operating Costs

The operations and maintenance (O&M) of the well and collection system will be combined with the generating or gas processing equipment. The shared staff will operate and perform repair work on both systems. O&M will be performed by a staff of eight, including one supervisor, one instrumentation and electronics technician, and six operators that will also perform mechanic duties.

Burns & McDonnell

BLM_0050811

West Elk CMM Due Diligence Evaluation      Gas Gathering System

### Table 2-2: Well and Collection System O&M Cost

| Labor | Employees | Base | Cost (2009$) w/ 30% Load |
|---|---|---|---|
| Supervisor | 1 | 100,000 | $130,000 |
| I&E Tech | 1 | 80,000 | $104,000 |
| Mechanic/Operator | 6 | 70,000 | $546,000 |
| | | Subtotal | $780,000 |

| Trucks | 6 ($1,500/month) | | $108,000 |
|---|---|---|---|

| Methanol | 50,000 gallons | | $150,000 |
|---|---|---|---|

| Compression | # units | hp | $100/hp |
|---|---|---|---|
| Working screws | 6 | 400 | $240,000 |
| Sealed screws | 2 | 400 | $80,000 |
| | | Subtotal | $320,000 |

| Winter Operations | # units | Cost per Unit | |
|---|---|---|---|
| Move Screws | 12 | 25,000 | $ 300,000 |
| Move 10" temp poly | 6,000 | 20 | $ 120,000 |
| | | | $ 420,000 |

| Measurement/Scada | # meters | $10,000/yr | |
|---|---|---|---|
| Working screws | 6 | $60,000 | |
| Sealed screws | 2 | $20,000 | |
| System | 2 | $20,000 | |
| | | Subtotal | $100,000 |

| Office/Misc | 12 months @ 20k each | | $240,000 |
|---|---|---|---|

| | TOTAL O&M Cost | $2,118,000 |
|---|---|---|

Mountain Coal Company      2-3      Burns & McDonnell

BLM_0050812

West Elk CMM Due Diligence Evaluation                                    Gas Gathering System

## 2.2  FLARING AND GAS PROCESSING FACILITIES

### 2.2.1  Gas Flaring

After collection of CMM, one option for destruction of the methane is combustion within a fully enclosed, natural draft flare system. A flare system would include an enclosed combustion chamber, waste gas burner assembly, pilot assembly, combustion air control system, and flare system control. Based on vendor quotations, Arista estimated the cost of a flare system to be $450,000. This cost is in addition to the well and collection system costs described in the previous section.

#### 2.2.1.1  Alternate Flaring Location

The design of the well and collection system is based on delivery of the gas to a location near the Sylvester Gulch substation for use in power generation and gas processing. However, if gas is not used for generation or processing, and flaring can be performed in a location closer to the collection system, the capital and operating costs of the system can be reduced. The capital cost of this alternate flaring location is $9,407,000, including the cost of the flare. The annual operating cost is $1,498,000.

### 2.2.2  Gas Processing Facilities

In addition to developing estimates for the collection and flaring systems, Arista also provided an estimate for the installation of a gas processing facility that will produce natural gas from CMM. The gas processing facility includes compressing the gas in preparation for processing, processing the gas to sales quality, compressing the sales gas, and transporting the sales gas to the nearest interstate pipeline, which is the Bull Mountain pipeline that is currently in construction. Producing pipeline quality natural gas for sale via the pipeline is an alternative to power generation. The options are considered exclusive of one another due to the amount of methane that will be available from the E Seam. Further discussion of power generating options is provided in Section 3.0.

The following schematic provides a general flow diagram for the gas processing system.

Mountain Coal Company                          2-4                          

BLM_0050813

West Elk CMM Due Diligence Evaluation                              Gas Gathering System

**Figure 2-2: Gas Processing Schematic**



## 2.2.2.1 Gas Processing Facility Cost Estimate

A cost estimate was developed for the gas processing option. The processing system was designed to treat the gathered raw gas so that pipeline quality gas is generated. In addition to methane (CH$_4$), the gas from the mine contains oxygen (O$_2$), carbon dioxide (CO$_2$), water (H$_2$0), and nitrogen (N$_2$). The processing system was designed to remove these constituents and consists of the following major components:

- Inlet compression to increase the pressure of the mine gas
- Catalytic removal of O$_2$
- Glycol scrubber to remove water vapor
- Pressure Swing Adsorption (PSA) process to remove N$_2$ and CO$_2$
- Gas compressor to pressurize the natural gas for delivery to the interstate pipeline

The gas processing facility will require the same well and collection system to gather and deliver the mine gas as described in the previous section. Costs for the wells, collection system, and flare are in addition to the costs provided in the table below.

Mountain Coal Company                        2-5                        

BLM_0050814

West Elk CMM Due Diligence Evaluation                                          Gas Gathering System

### Table 2-3: Gas Processing Facility Cost Estimate

| System | | Cost (2009$) |
|---|---|---|
| Pipeline to Bull Mountain | | $10,489,000 |
| | | |
| Gas Processing Plant | | |
| Inlet Compression | | $1,750,000 |
| X-O2 | | $1,750,000 |
| Glycol Dehydration | | $125,000 |
| Nitrogen/CO$_2$ Removal | | $3,000,000 |
| Installation | | $3,200,000 |
| Outlet Compression | | $1,000,000 |
| Electrical | | $400,000 |
| Engineering (10%) | | $1,122,500 |
| | Subtotal | $12,347,500 |
| | | |
| | **TOTAL Capital Cost** | **$22,840,000** |

## 2.2.2.2  Gas Processing Facility Operating Costs

The O&M of the gas processing facility will be combined with the well and collection system. The shared staff will operate and perform repair work on both systems. The O&M costs presented below are for both systems.

Mountain Coal Company                                    2-6

BLM_0050815

West Elk CMM Due Diligence Evaluation                                    Gas Gathering System

### Table 2-4: Gas Processing Facility O&M Cost

| Labor | Employees | Base | Cost (2009$) w/ 30% Load |
|---|---|---|---|
| Supervisor | 1 | 100,000 | $130,000 |
| I&E Tech | 1 | 80,000 | $104,000 |
| Mechanic/Operator | 6 | 70,000 | $546,000 |
| | | Subtotal | $780,000 |

| Trucks | 6 ($1,500/month) | | $108,000 |
|---|---|---|---|

| Methanol | 50,000 gallons | | $150,000 |
|---|---|---|---|

| Compression | # units | hp | $100/hp |
|---|---|---|---|
| Working screws | 6 | 400 | $240,000 |
| Sealed screws | 2 | 400 | $80,000 |
| | | Subtotal | $320,000 |

| Winter Operations | # units | Cost per Unit | |
|---|---|---|---|
| Move Screws | 12 | 25,000 | $ 300,000 |
| Move 10" temp poly | 6,000 | 20 | $ 120,000 |
| | | | $ 420,000 |

| Measurement/Scada | # meters | $10,000/yr | |
|---|---|---|---|
| Working screws | 6 | $60,000 | |
| Sealed screws | 2 | $20,000 | |
| System | 2 | $20,000 | |
| | | Subtotal | $100,000 |

| Gas Plant/Sales Line | Annual Cost | | |
|---|---|---|---|
| Plant | | $700,000 | |
| Sales Compression | | $150,000 | |
| Sales Pipeline | | $100,000 | |
| | | Subtotal | $950,000 |

| Office/Misc | 12 months @ 20k each | | $240,000 |
|---|---|---|---|

| | | TOTAL O&M Cost | $3,068,000 |
|---|---|---|---|

Burns & McDonnell
SINCE 1898

BLM_0050816



**POTENTIAL GENERATION TECHNOLOGIES**

BLM_0050817

West Elk CMM Due Diligence Evaluation                                        Potential Generation Technologies

## 3.0  POTENTIAL POWER GENERATION TECHNOLOGIES

CMM can be utilized as a source of combustion in various types of power generating equipment, including CTs and reciprocating engines. The CTs and engines, in turn, spin an electrical generator that produces electricity that can be connected to the power grid. Power generated at the West Elk Mine would be connected to the grid at the existing Sylvester Gulch substation. The substation currently serves as the interconnection point for the mine to the Delta-Montrose Electric Association (DMEA) transmission system.

The following sections discuss potential CT and reciprocating engine options for a CMM application. Expected capital and operating costs for each technology are provided.

### 3.1  GAS AVAILABILITY

In order to size the generation equipment to utilize the available CMM, a 10-year yield rate for the E-Seam was estimated by Arista. The amount of total gas available for power generation on a continuous basis was estimated to be 4 MMCFD with a 55% $CH_4$ content. Actual mine yields can vary significantly. During higher yield periods, the excess methane will be destroyed by the flare. The well and collection system, including the flare, was developed with an average gas capacity of 4 MMCFD. The collection system utilizes a small amount of methane to operate compression and exhausting equipment necessary to gather and transport the mine gas. The table below summarizes the gas availability estimate.

**Table 3-1: E-Seam Methane Availability**

|  | Total Gas Rate (MMCFD) | Methane Rate (MMCFD) |
|---|---|---|
| **Average Gas Rate** | 4 MMCFD | 2.2 MMCFD |
| **Compression and Exhaust Usage** | - | 0.35 MMCFD |
| **Methane Available for Generation** | - | 1.85 MMCFD |

Mountain Coal Company                                  3-1                          Burns & McDonnell

BLM_0050818

West Elk CMM Due Diligence Evaluation           Potential Generation Technologies

## 3.2   POWER GENERATION WITH COMBUSTION TURBINE(S)

Based on the gas availability and composition, the Kawasaki GPB15 was the model selected as a representative choice for CT technology. The CT is delivered on a skid with complete indoor enclosure and major components such as the lube oil system and programmable logic control (PLC) system included and preassembled. Additionally, this model was quoted by the manufacturer with an extended pre-wired auxiliary electrical skid containing a 52G output breaker, variable frequency drive start, fire and gas detection system, motor control center, and turbine and generator control panels.

**Figure 3-1: Kawasaki GPB15 Combustion Turbine**



### 3.2.1  Combustion Turbine Block Flow Diagram

The Kawasaki GPB15 standard package configuration is indicated in grey on the flow diagram below. Additional equipment that is required to produce a functioning power generation system includes an outdoor enclosure, a gas compressor and optional selective catalytic reduction (SCR) equipment for control of nitrous oxide ($NO_x$) emissions. The optional items are shown in the teal-shaded boxes. This is a general representation only.

Mountain Coal Company          3-2          Burns & McDonnell

BLM_0050819

*Supplemental Final Environmental Impact Statement* | Federal Coal Lease Modifications COC-1362 & COC-67232

West Elk CMM Due Diligence Evaluation                                    Potential Generation Technologies

**Figure 3-2: Combustion Turbine Block Flow Diagram**



### 3.2.2  Combustion Turbine Site Layout

Figure 3-3 provides a general arrangement drawing of the surface facilities located at the West Elk Mine. The most probable location of future generating equipment would be near the existing Sylvester Gulch substation due to the constructability of land adjacent to the substation and the elimination of overhead transmission lines to connect the generator to the substation.

Figure 3-4 provides a site layout that is representative of four GPB15 turbines. With the amount of CMM available as described in Section 3.1, there is enough methane to supply fuel for four CTs.

BLM_0050820



Figure 3-3: West Elk Mine Surface Facilities (Generating Facilities Location Shown)

West Elk CMM Due Diligence Evaluation

Potential Generation Technologies

The approximate location of future generating equipment is indicated by the red box on the Surface Facilities general arrangement.

Mountain Coal Company

3-4

BLM_0050821



Figure 3-4: Combustion Turbine Site Layout

*Supplemental Final Environmental Impact Statement* | Federal Coal Lease Modifications COC-1362 & COC-67232

West Elk CMM Due Diligence Evaluation                    Potential Generation Technologies

### 3.2.3  Combustion Turbine Performance

The Kawasaki GPB15 is rated for 1.44 MW under standard ISO conditions (Sea level, 59°F). A site elevation of 7,000 ft combined with balance of plant and engine auxiliary loads reduces the output by 20% to 1.15 MW, or 4.60 MW for four units (at 59°F). In addition ambient air temperature and loads will alter the power output and the fuel requirements as shown below.

#### Table 3-2: CT Power Output and Fuel Requirement

| Varying Temperature @ 100% Load | Case 1 | Case 2 | Case 3 | Case 4 | Case 5 | Case 6 | |
|---|---|---|---|---|---|---|---|
| Ambient Temperature (deg F) | 32 | 40 | 50 | 60 | 70 | 80 | |
| Aux Load (kW) | 158 | 155 | 150 | 144 | 139 | 134 | |
| | | | | | | | |
| Net Output (kW) | 5,201 | 5,041 | 4,827 | 4,603 | 4,373 | 4,141 | |
| Net Plant Heat Rate, LHV (Btu/kWh) | 14,388 | 14,454 | 14,601 | 14,816 | 15,096 | 15,440 | |
| | | | | | | | |
| Varying Load @ 59°F | Case 1 | Case 2 | Case 3 | Case 4 | Case 5 | Case 6 | Case 7 |
| Load Ratio (%) | 100 | 90 | 80 | 70 | 60 | 50 | 40 |
| Aux Load (kW) | 215 | 197 | 179 | 162 | 144 | 126 | 108 |
| | | | | | | | |
| Net Output (kW) | 4,577 | 4,116 | 3,654 | 3,193 | 2,731 | 2,270 | 1,808 |
| Net Plant Heat Rate, LHV (Btu/kWh) | 14,672 | 15,024 | 15,525 | 16,240 | 17,279 | 18,836 | 21,308 |

#### Figure 3-5: Temperature Effects on CT Power Output and Heat Rate



The site elevation and increase in ambient air temperature above standard conditions have the most detrimental effect on the turbine's power output. For the purposes of the economic analysis discussed in

Mountain Coal Company                    3-6                    

BLM_0050823

West Elk CMM Due Diligence Evaluation                                    Potential Generation Technologies

Section 5.0, a net output of 1.1 MW and heat rate of 14,900 Btu/kWh were utilized for each of the four turbines.

### 3.2.4  Combustion Turbine Capital and Operating Cost Estimates

A capital cost estimate for a power generating facility utilizing CT technology was developed. The estimate is for the CT power block as well as auxiliary systems. The total power plant includes the combustion turbine, software package, electrical hardware, mechanical piping, site preparation and building, and SCR equipment along with various overhead costs such as equipment delivery, installation, engineering, and project management.

#### Table 3-3: Combustion Turbine Capital Cost

| Kawasaki GPB15 | | Four Turbines |
|---|---|---|
| **Turbine** | | |
| Turbine Package | | 6,000,000 |
| Remote Operation Software | | 9,000 |
| Start-up and Commissioning (6 weeks) | | 199,000 |
| Transport from Houston | | 20,000 |
| Installation by Crane | | 35,000 |
| **Mechanical** | | |
| Miscelaneous Piping | | 18,000 |
| Ductwork | | 20,000 |
| **Electrical** | | |
| MCCs and Underground Cable | | 1,482,000 |
| **Structural** | | |
| Turbine Foundation, slab on grade | | 221,000 |
| Enclosure | | 150,000 |
| Switchgear Bldg Foundation Expansion | | 86,000 |
| **Civil** | | |
| Site Prep | | 375,000 |
| Final Grading | | 28,000 |
| **Emission Controls** | | |
| SCR | | 600,000 |
| Piping | | 42,000 |
| Ammonia Storage Tank, 23,500 gal. | | 1,122,000 |
| Ammonia Tank Containment | | 32,000 |
| Fan, Heater and Vaporizer | | 560,000 |
| Electrical Hookup for Ammonia Skids | | 125,000 |
| Foundation for Skids | | 12,000 |
| **Subtotal ($)** | | **11,136,000** |
| | | |
| Engineering and Management Cost | 10% | 1,114,000 |
| Overhead | 18% | 2,205,000 |
| Owner's Cost inc. Contingency | 20% | 2,891,000 |
| **TOTAL Capital Cost (2009$)** | | **$17,300,000** |
| **Cost per kW ($/kW)** | | **$3,760** |

Burns &
McDonnell
SINCE 1898

BLM_0050824

West Elk CMM Due Diligence Evaluation                    Potential Generation Technologies

Table 3-4 presents operating costs for the CT plant. Operators are shared with the well and collection system as described in Section 2.1.2. Costs for the operators are reflected in the well and collection system operating cost estimate and not included in the table below.

**Table 3-4: Combustion Turbine Operational Costs**

|                                          | Four Turbines |
|------------------------------------------|---------------|
| Fixed O&M Including Lube Oil and Filters | 470,000.00    |
| Variable O&M - Ammonia                   | 88,000.00     |
| **TOTAL Annual O&M Cost (2009$)**        | **$558,000**  |

## 3.3   POWER GENERATION WITH RECIPROCATING ENGINE(S)

Based on gas availability and composition, the GE Jenbacher JMS 620 GS-N.L was selected as the representative model for reciprocating engine technology. The engine is delivered on a skid with major components such as the pre-chamber compressor, the lube oil system and PLC system included and preassembled. Unlike the Kawasaki CT, the engine does not have an indoor enclosure or a pre-wired electrical skid with breaker and Mountain Coal, however it does include a pre-chamber compressor which reduces the required gas inlet pressure to 1-2 pounds per square inch gauge (psig) versus the 200 psig required by the Kawasaki turbine. Similar to the CT cost estimate, a building enclosure has been included in the engine cost estimate for protection from inclement weather.

**Figure 3-6: GE Jenbacher JMS 620**



### 3.3.1  Reciprocating Engine Block Flow Diagram

The GE Jenbacher standard package configuration is indicated in grey on the flow diagram below. Additional equipment that is required to produce a functioning power generation system, including the

Mountain Coal Company                    3-8

BLM_0050825

*Supplemental Final Environmental Impact Statement* | Federal Coal Lease Modifications COC-1362 & COC-67232

West Elk CMM Due Diligence Evaluation                                    Potential Generation Technologies

optional SCR module, is indicated in teal.  As mentioned above, the JMS 620 does not require a separate compressor; however, it does require lube oil tanks due to greater oil usage.  This is a general representation only.

**Figure 3-7: Reciprocating Engine Block Flow Diagram**



### 3.3.2  Reciprocating Engine Site Layout

Figure 3-8 provides a site layout that is representative of four JMS 620 engines.  With the amount of CMM available as described in Section 3.1, there is sufficient methane available to support four engines.

Mountain Coal Company                          3-9

BLM_0050826

*Supplemental Final Environmental Impact Statement* | Federal Coal Lease Modifications COC-1362 & COC-67232



West Elk CMM Due Diligence Evaluation

Potential Generation Technologies

Figure 3-8: Reciprocating Engine Site Layout

Mountain Coal Company

3-10

BLM_0050827

West Elk CMM Due Diligence Evaluation                                   Potential Generation Technologies

### 3.3.3  Reciprocating Engine Performance

The GE Jenbacher JMS 620 is rated for 3 MW under standard ISO conditions (Sea level, 59°F).  A site
elevation of 7,000 ft combined with balance of plant and engine auxiliary loads reduces the output by
12% to 2.64 MW, or 10.5 MW for four units.  In addition, ambient air temperature and loads will alter the
power output and the fuel requirements as shown below.

#### Table 3-5: Reciprocating Engine Power Output and Fuel Requirement

| Varying Temperature @ 100% Load | Case 1 | Case 2 | Case 3 | Case 4 | Case 5 | Case 6 | Case 7 |
|---|---|---|---|---|---|---|---|
| Ambient Temperature (deg F) | 86 | 90 | 94 | 98 | 102 | 106 | 110 |
| Aux Load (kW) | 243 | 234 | 226 | 217 | 208 | 199 | 188 |
| Net Output (kW) | 10,557 | 10,182 | 9,806 | 9,431 | 9,056 | 8,633 | 8,168 |
| Net Plant Heat Rate, LHV (Btu/kWh) | 8,316 | 8,623 | 8,953 | 9,309 | 9,695 | 10,169 | 10,748 |

| Varying Load @ 86°F | Case 1 | Case 2 | Case 3 |
|---|---|---|---|
| Load Ratio (%) | 100 | 75 | 50 |
| Aux Load (kW) | 243 | 182 | 120 |
| Net Output (kW) | 10,557 | 7,890 | 5,204 |
| Net Plant Heat Rate, LHV (Btu/kWh) | 8,316 | 8,623 | 9,276 |

#### Figure 3-9: Temperature Effects on Engine Power Output and Heat Rate



BLM_0050828

West Elk CMM Due Diligence Evaluation                    Potential Generation Technologies

The increase in ambient air temperature above standard conditions has the most detrimental effect on the engine's power output. Derating due to altitude also impacts the engine, but it is not as pronounced as with the CT.

### 3.3.4   Reciprocating Engine Capital and Operating Cost Estimates

A capital cost estimate for a power generating facility utilizing reciprocating engine technology was developed. The estimate is for the engine power block as well as auxiliary systems. The total power plant includes the engine, software package, electrical hardware, mechanical piping, lube oil tanks, site preparation and building, and SCR equipment plus various overhead costs such as equipment delivery, installation, engineering, and project management.

Burns &
McDowell

BLM_0050829

West Elk CMM Due Diligence Evaluation                    Potential Generation Technologies

### Table 3-6: Reciprocating Engine Capital Cost

| GE Jenbacher JMS 620 | | Four Engines |
|---|---|---|
| **Engine** | | |
| Engine Package | | 6,520,000 |
| Remote Operation Software | | 9,000 |
| Start-up and Commissioning (10 days) | | 78,000 |
| Transport from Houston | | 20,000 |
| Installation by Crane | | 35,000 |
| **Mechanical** | | |
| Cooling Piping | | 89,000 |
| Gas Train Piping | | 18,000 |
| Lube Oil Piping | | 36,000 |
| Miscellaneous Piping | | 13,000 |
| Ductwork | | 39,000 |
| Lube Oil Tank, 1000 gal. | | 35,000 |
| **Electrical** | | |
| Wiring, Cable Tray, Small Transformers | | 255,000 |
| MCCs and Underground Cable | | 1,482,000 |
| **Structural** | | |
| Engine Foundation | | 306,000 |
| Enclosure | | 289,000 |
| Switchgear Bldg Foundation Expansion | | 86,000 |
| **Civil** | | |
| Site Prep | | 375,000 |
| Final Grading | | 28,000 |
| **Emission Controls** | | |
| SCR | | 1,600,000 |
| Ammonia Piping | | 42,000 |
| Ammonia Storage Tank 11,000 gal. | | 682,000 |
| Ammonia Tank Containment | | 23,000 |
| Fan, Heater and Vaporizer | | 560,000 |
| Electrical Hookup for Ammonia Skids | | 125,000 |
| Foundation for Skids | | 12,000 |
| **Subtotal ($)** | | **$12,757,000** |
| | | |
| Engineering and Management Cost | 10% | 1,276,000 |
| Overhead | 18% | 2,526,000 |
| Owner's Cost inc. Contingency | 20% | 3,312,000 |
| **TOTAL Capital Cost (2009$)** | | **$19,900,000** |
| **Cost per kW ($/kW)** | | **$1,890** |

Table 3-7 presents operating costs for the reciprocating engine plant. Operators are shared with the well and collection system as described in Section 2.1.2. Costs for the operators are reflected in the well and collection system operating cost estimate and not included in the table below.

Mountain Coal Company                    3-13                    

BLM_0050830

West Elk CMM Due Diligence Evaluation                                     Potential Generation Technologies

### Table 3-7: Reciprocating Engine Operational Costs

|  | Four Engines |
|---|---|
| Fixed O&M Including Lube Oil and Filters | 867,000 |
| Variable O&M - Ammonia | 41,000 |
| **TOTAL Annual O&M Cost (2009$)** | **$908,000** |

## 3.4 POWER GENERATION WITH INTEGRATED SOLAR TECHNOLOGY

In addition to the beneficial use options described previously in this report, power generation with integrated solar technology was initially reviewed but was removed from further consideration due to limitations at the mine that would preclude development of an integrated solar plant. Conceptually, an integrated solar plant would utilize energy from solar radiation during daylight hours to produce steam for power production. During nighttime hours or periods with low solar radiation, CMM would be fired in a boiler to generate steam. The systems would work in conjunction to generate power that could be sold to the electrical grid.

To be feasible and cost effective, parabolic trough power plants require relatively large tracts of nearly level open land with high solar radiation intensity. The National Renewable Energy Laboratory (NREL) performed an analysis of the southwestern United States, including Colorado, to identify optimal sites from solar intensity and suitable terrain perspectives. The following figure was developed by NREL to show the direct normal solar radiation intensity for the Southwest. The approximate location of the mine is depicted by the red box.

Burns & McDonell

BLM_0050831

*Supplemental Final Environmental Impact Statement* | Federal Coal Lease Modifications COC-1362 & COC-67232

---

West Elk CMM Due Diligence Evaluation                    Potential Generation Technologies

**Figure 3-10: Solar Intensity Map**



◻ Approximate location of West Elk Mine

In an integrated solar power generating facility, the solar collector field is comprised of many rows of mirrored parabolas, aligned on a north-south axis. The parabolic troughs require level land, with less than 1% slope desirable. NREL developed geographic information system-based maps that integrate the solar intensity information provided in the figure above with terrain data. The result is a map showing locations that would be suitable for solar troughs based on terrain with less than 3% slope. A 3% slope is more than what is desirable for solar troughs, but site grading can reduce slope. The figure below presents the results of this analysis for Colorado.

Mountain Coal Company                    3-15                    Burns & McDonnell

BLM_0050832

*Supplemental Final Environmental Impact Statement* | Federal Coal Lease Modifications COC-1362 & COC-67232

---

West Elk CMM Due Diligence Evaluation                                    Potential Generation Technologies

### Figure 3-11: Suitable Concentrating Solar Site Locations



☐ Approximate location of West Elk Mine

Based on review of the NREL siting analysis, the location of the Mine in a mountainous region with
marginal solar radiation intensity results in limited applicability of integrated solar at the site.

\* \* \* \* \*

Mountain Coal Company                          3-16                          

BLM_0050833



**AIR EMISSIONS AND KEY PERMITS**

BLM_0050834

West Elk CMM Due Diligence Evaluation                                                  Air Emissions and Key Permits

## 4.0   AIR EMISSIONS AND KEY PERMITS

In order to determine if the project has any fatal flaws with respect to emissions and permitting, an overview of key construction and operating permits/approvals was completed. The review focused on the following project aspects and permit requirements:

- Air emissions
- Water supply and discharge
- National Environmental Policy Act (NEPA)
- Local restrictions (noise, setback, etc.)
- Site clearances (threatened and endangered species, cultural, wetlands, etc.)

## 4.1   AIR EMISSIONS

### 4.1.1   Construction Permit

The estimated air emissions from four Kawasaki combustion turbines operating at average conditions and full load for 8,760 hours per year results in the following emissions:

**Table 4-1: Potential Emissions from Kawasaki, GPB 15, No SCR**

| Pollutant | PPM | T/yr |
|-----------|-------|-------|
| CO | 200.0 | 40.4 |
| NO$_x$ | 640.0 | 212.0 |

Note: Emissions of four units

**Table 4-2: Potential Emissions from Kawasaki, GPB 15, With SCR**

| Pollutant | PPM | T/yr |
|-----------|-------|-------|
| CO | 200.0 | 40.4 |
| NO$_x$ | 100.0 | 33.2 |

Note: Emissions of four units

The estimated air emissions from four GE Jenbacher reciprocating engines operating at full load for 8,760 hours per year results in the following emissions:

Burns &
McDonnell
SINCE 1898

484

BLM_0050835

West Elk CMM Due Diligence Evaluation                                     Air Emissions and Key Permits

### Table 4-3: Potential Emissions from GE Jenbacher, JMS 620 GS-N.L, No SCR

| Pollutant | g/bhp-hr | T/yr |
|-----------|----------|-------|
| CO | 10.0 | 363.6 |
| NO$_x$ | 4.4 | 160.0 |
| PM$_{10}$ | 0.12 | 4.36 |

Note: Emissions of four units

### Table 4-4: Potential Emissions from GE Jenbacher, JMS 620 GS-N.L, With SCR

| Pollutant | g/bhp-hr | T/yr |
|-----------|----------|-------|
| CO | 8.4 | 305.3 |
| NO$_x$ | 2.12 | 77.2 |
| PM$_{10}$ | 0.12 | 4.36 |

Note: Emissions of four units

Construction permits issued by the Colorado Department of Public Health and Environment (CDPHE) are required for a facility with uncontrolled actual emissions of any criteria pollutant equal to or greater than the amounts listed in the Table 4-5.

### Table 4-5: Threshold Emission Levels for Triggering Construction Permit

| Criteria Pollutant | Attainment Area: Uncontrolled Actual Emissions (tons/yr) |
|--------------------|----------------------------------|
| Volatile Organic Compounds | 5 |
| PM10 | 5 |
| Total Suspended Particulates | 10 |
| Carbon Monoxide | 10 |
| Sulfur Dioxide | 10 |
| Nitrogen Oxides | 10 |
| Lead | 200 lb/yr |
| Other Criteria Pollutants | 2 |

Based on the anticipated emission levels and continuous operations, a construction permit will be required for either generating option, even with the inclusion of SCR equipment for NO$_x$ and CO reduction. Application for a construction permit should be submitted approximately six months prior to the start of construction.

## 4.2   KEY PERMITS AND CLEARANCES

### 4.2.1  Operating Permit

If emissions, resulting from all sources at the mine, of any pollutant are greater than 100 tons annually, the facility is considered a "major source". Considering the generation-related sources alone, more than



BLM_0050836

West Elk CMM Due Diligence Evaluation                              Air Emissions and Key Permits

100 tons per year could be emitted from four Kawasaki combustion turbines without SCR, or four Jenbacher engines either with or without SCR. A major source requires an operating permit in addition to the construction permit.

Any source or group of sources operating under a common standard industrial classification code, that emits, or has the potential to emit, more than 100 tons of any regulated air pollutant per year will be required to have an operating permit. This permit is required to be in place within twelve months after receiving the construction permit, but is often processed by the Colorado Department of Public Health and Environment, Air Pollution Control Division, at the same time as the construction permit. Applicability is based on total facility emissions.

In addition, any source that emits, or has the potential to emit, more than ten tons per year of a hazardous air pollutant (HAP), or more than 25 tons per year of a combination of hazardous air pollutants, will be required to have an operating permit. There is no indication that the emissions resulting from either generator type would result in emissions of HAPs above these levels.

Although not a specific regulatory limit, acquisition of an operating permit (or a major source construction permit) typically includes review of the application by Federal Land Management agencies. The Forest Service has historically been concerned abut the potential for visibility impacts resulting from $PM_{2.5}$ emissions. If an operating permit is required, it is expected that the project will need to demonstrate that Best Available Control Technology is applied to control potential emissions of precursors to $PM_{2.5}$ (i.e., $NO_x$, $SO_2$, and volatile organic compounds).

In summary, an operating permit may be required if there are significant emissions already resulting from the rest of the mine operation, if four CTs without SCR are installed, or if four reciprocating engines with or without SCR are installed.

## 4.2.2  Water Supply and Discharge

There is no indication that significant amounts of water will be required for operation of either type of generating equipment. No significant water discharge is associated with operation of either system. Limited water needs could be supplied through existing mine operations and no permits would be required for water supply or discharge from the installed generating equipment.

Mountain Coal Company                              4-3                              Burns & McDonnell

BLM_0050837

West Elk CMM Due Diligence Evaluation | Air Emissions and Key Permits

### 4.2.3 NEPA

The environmental impact statement (EIS) for the mine expansion was approved in 2007 and included venting of methane. The plan for gas collection is different than the system that was included in the EIS and may require new action by the Forest Service to approve installation of the gas collection system and the associated installation of CTs or engines. The decision is based on the requirement for a major federal action. If an application needs to be made to the Forest Service, or another Federal agency, prior to construction of the well, gas collection, and combustion systems, then NEPA may apply.

### 4.2.4 Local Restrictions

Gunnison County has county land use regulations and has authority to review the planned activities. The county has exempted coal mine venting that is essential to the coal mine operation. Coal mine methane venting from a mine that is in compliance with these regulations and that is an integral and essential component of the coal mining operation shall not be subject to these regulations or any other County regulations otherwise applicable to oil and gas drilling and production and such methane can be used by the operator on-site.

Below is a summary of several aspects of the Land Use Regulations that would be potentially applicable.

- **Truck Noise:** Mine haul trucks associated with expansions of Coal Mining Operations shall comply with Section 5-505 F.6 of the Gunnison County Land Use Resolution.

- **Setbacks:** Surface area disturbed by the expansion shall fall within the following setbacks:

  **a. Federally, State, or Locally Dedicated Open Space or Conservation Areas:** No surface area disturbance caused by the expansion of the Coal Mining Operations shall occur in whole or in part closer than 1,000 feet from a permanently dedicated federal, state, or local open space or conservation area unless a smaller setback has been approved by the federal, state or local entity with jurisdiction over the open space or conservation area.

The County also has regulations applicable to the generation of electricity for sale:

- In addition to the general criteria set forth in Section 5-102 (1), the following additional criteria apply to permit applications for private power projects:

Burns & McDonnell

BLM_0050838

West Elk CMM Due Diligence Evaluation                                    Air Emissions and Key Permits

o  If the proposed project is intended to supply power to persons other than the applicant, the scope and nature of the proposed project must not duplicate services within the County;

o  If the purpose and need for the proposed project are to meet the needs of an increasing population within the county, area and community development and population trends must clearly demonstrate a need for such development.

In summary, a preconstruction meeting should be held with the Gunnison County Planning Department to discuss the project and specific requirements.

## 4.2.5 Site Clearances

The conditions established by the EIS for the methane venting project could affect this project. This includes the items discussed in the following sections.

### CULTURAL

The recent EIS for the venting of coal mine methane (CMM) includes the following provisions:

*122. Prior to the construction process, an intensive cultural resources survey would be completed by the Proponent, at their expense, on all areas proposed for surface disturbance if it has not already been inventoried per requirements of the Standard Notice for Lands Under Jurisdiction of the USDA attached to the leases.*

*123. During project implementation, in the event of an inadvertent discovery of any other cultural resources not covered under NAGPRA (above), work should cease and an archaeologist should be notified to investigate the resource. Any cultural resources located will be brought to the immediate attention of the Forest Service and will be left intact until directed to proceed. All data and materials recovered will remain under the jurisdiction of the U.S. Government.*

The requirement from the EIS could possibly apply to the area of disturbance associated with the installation of equipment intended to gather and combust the CMM. To be conservative, if the area identified for construction has not been previously disturbed, it should be surveyed for cultural resources in accordance with the EIS.

BLM_0050839

*Supplemental Final Environmental Impact Statement* | **Federal Coal Lease Modifications COC-1362 & COC-67232**

---

West Elk CMM Due Diligence Evaluation                                    Air Emissions and Key Permits

### T&E

Similarly, the recent EIS for the venting of CMM includes the following provisions related to Threatened and Endangered (T&E) species:

> *The impacts on lynx would result from noise and other activity related disturbances that result from road construction or well installation. While there would be short-term habitat loss, it would be relatively minor given the amount of available habitat within the LAU.*

The equipment used to combust the CMM and drive the generators will add noise to the area. This potential impact was not evaluated in the EIS. Consultation with the Colorado Division of Wildlife should be held regarding the potential for the proposed project to impact T&E species.

### WETLANDS

The proposed location near the existing Sylvester Gulch substation site has not been identified as a wetland and it is not anticipated that any wetlands would be impacted by the installation of generating equipment at this location.

### STORMWATER RUNOFF

Disturbance of greater than one acre requires a Stormwater Construction Permit, and as a result, a Stormwater Management Plan must be developed. The permit application should be submitted at least ten days prior to construction. Final site grading will need to consider stormwater runoff and stormwater retention due to the potential for oil contamination.

* * * * *

---

Mountain Coal Company                                    4-6                         

BLM_0050840



**PROJECT ECONOMIC SUMMARY**

BLM_0050841

West Elk CMM Due Diligence Evaluation                                           Project Economic Summary

## 5.0  PROJECT ECONOMIC SUMMARY

In order to compare the economics of the multiple beneficial uses of CMM in flaring to destroy methane, power generation, and processing to yield natural gas, an economic pro forma model was developed. The model utilized various financial inputs and project-related costs and revenues to estimate an internal rate of return (IRR) and net present value (NPV) for each of the beneficial use alternatives. The following sections describe the modeling inputs, results, and key sensitivities.

### 5.1  MODEL INPUTS

- Financing Inputs
    - Debt & Equity financing blend and costs supplied by Mountain Coal, see accompanying Confidential Report for a discussion of the methodology.
    - Weighted Average Cost of Capital (WACC)
        - 10.99%
        - IRR hurdle for project consideration is equal to WACC
    - Construction Financing Fees – 0.5%
    - Permanent Financing Fees – 2.875%
    - Debt Financing Term – 10 Years
    - Book Depreciation – 10 Years Straight Line
- Economic and Project Inputs
    - Commercial Operations Date (COD) – January of 2012
    - Escalation Rate – 3.0%
    - Property Tax Rate – 0.5%
    - Insurance Rate – 0.10%
    - Income Tax Rate – 25%
    - Bureau of Land Management (BLM) Royalty Payment – 12.5%
- Fuel Cost Inputs
    - Rockies gas forecast was provided by Arista. The forecast is used to calculate the BLM royalty payment.
- Capital Cost and O&M Inputs – See Sections 2.0 and 3.0 (summarized below)

Mountain Coal Company                                5-1                                

BLM_0050842

*Supplemental Final Environmental Impact Statement* │ Federal Coal Lease Modifications COC-1362 & COC-67232

West Elk CMM Due Diligence Evaluation　　　　　　　　　Project Economic Summary

### Table 5-1: Capital Cost and O&M Summary

| Beneficial Use Option | Capital Cost (2009$) | Fixed O&M (2009$) |
|---|---|---|
| Well and Collection System | $12,107,000 | $2,118,000 |
| Flare[1,2] | $450,000 | – |
| Generation[1,3] | | |
| Combustion Turbines | $17,300,000 | $558,000 |
| Reciprocating Engines | $19,900,000 | $908,000 |
| Gas Processing[3] | $22,836,000 | $3,068,000 |

[1] Staffing for generation and flaring options is included in the well and collection system fixed O&M
[2] Flaring option also requires installation of gathering system (either the base system or alternate configuration)
[3] Generation and gas processing options also require installation of gathering system and flare

- Revenue Inputs
  - Capacity Credit – $0.00 $/kW-mo (plant operation may be intermittent, so capacity cannot be guaranteed)
  - Energy Sales Value – $71/MWh base input. Energy value is varied in the sensitivity analysis to gauge its impact on IRR.

## 5.2  MODEL RESULTS

In order to determine IRR and NPV, the model utilized key inputs as described in the previous section to estimate project expenses and revenues over the 10-year period from 2012 to 2021, resulting in a cash flow projection for each beneficial use option. Key expenses for the project included gas royalty payments to the BLM, principal and interest expenses for the debt required to finance the project, O&M expenses including staffing costs, income taxes, and various expenses such as insurance and property taxes. Revenue streams for the project were produced from the sale of energy for options that include generation and the sale of natural gas for the gas processing option. The potential sale of $CO_2$ offsets generated by the destruction or conversion of methane in all options is discussed separately.

Table 5-2 provides a summary of each option, including operational data, revenue requirements, expected revenues based on the assumptions provided in Section 5.1, and IRR/NPV results.

Mountain Coal Company　　　　　5-2　　　　　Burns & McDonnell

BLM_0050843

West Elk CMM Due Diligence Evaluation

Project Economic Summary

*Supplemental Final Environmental Impact Statement | Federal Coal Lease Modifications COC-1362 & COC-67232*

493

## Table 5-2: Economic Model Summary Results

| | Option 1 Flaring System | | Option 2 Power Generation - CTs | | Option 3 Power Generation - Recips. | | Option 4 Gas Processing | |
|---|---|---|---|---|---|---|---|---|
| Net Project Output (kW) | NA | | 4,400 | | 10,560 | | NA | |
| Net Heat Rate, LHV (Btu/kWh) | NA | | 14,900 | | 8,320 | | NA | |
| Total Capital Cost (2009$) | Well/Collection - $12,107,000 Flaring System - $450,000 | | Well/Coll./Flare - $12,557,000 CTs - $17,300,000 | | Well/Coll./Flare - $12,557,000 Recip. Engines - $19,900,000 | | Well/Coll./Flare - $12,557,000 Gas Processing - $22,836,000 | |
| Estimated Annual Generation (MWh) | NA | | 32,762 | | 78,630 | | NA | |
| Annual CO2 Equivalent Destroyed (tonnes) | 229,990 | | 229,990 | | 229,990 | | 229,990 | |
| Year | Expenses ($000) | Revenue ($000) | Expenses ($000) | Revenue ($000) | Expenses ($000) | Revenue ($000) | Expenses ($000) | Revenue ($000) |
| 2012 | 4,622 | NA | 8,925 | 2,492 | 9,917 | 5,981 | 10,292 | 3,764 |
| 2013 | 4,640 | NA | 8,893 | 2,567 | 9,888 | 6,161 | 10,255 | 3,831 |
| 2014 | 4,655 | NA | 8,852 | 2,644 | 9,849 | 6,346 | 10,207 | 3,897 |
| 2015 | 4,667 | NA | 8,804 | 2,723 | 9,802 | 6,536 | 10,150 | 3,988 |
| 2016 | 4,676 | NA | 8,736 | 2,805 | 9,734 | 6,732 | 10,071 | 4,012 |
| 2017 | 4,680 | NA | 8,670 | 2,889 | 9,670 | 6,934 | 9,994 | 4,170 |
| 2018 | 4,679 | NA | 8,581 | 2,976 | 9,579 | 7,142 | 9,891 | 4,248 |
| 2019 | 4,673 | NA | 8,482 | 3,065 | 9,480 | 7,356 | 9,776 | 4,376 |
| 2020 | 4,662 | NA | 8,365 | 3,157 | 9,362 | 7,577 | 9,641 | 4,507 |
| 2021 | 4,643 | NA | 8,231 | 3,252 | 9,223 | 7,804 | 9,484 | 4,642 |
| IRR (%) Less than Zero = NA | NA | | NA | | NA | | NA | |
| NPV ($000), 2009$ | ($26,170) | | ($35,010) | | ($19,892) | | ($35,852) | |



West Elk CMM Due Diligence Evaluation                                      Conclusions

As evident from the IRR and NPV values, none of the projects are financially viable given the baseline revenue inputs. Revenues from the sale of electricity and natural gas are significantly less than the total expenses that result from construction and operation of each project. Of the options analyzed, reciprocating engines are the most economical. However, even if energy from the units can be sold for $71/MWh, the NPV of the reciprocating engines is negative $19.9 million.

### 5.2.1  Alternate Flaring Location

As described in Section 2.2.1.1, an alternate flaring location could potentially be utilized if power generation and gas processing are not performed or retained as future options. With this scenario, if flaring is performed at a location closer to the collection system, the capital and operating costs of the system can be reduced. The capital cost of this alternate flaring location is $9,407,000, including the cost of the flare. The annual operating cost is $1,498,000. However, even with reduced capital and operating costs, the NPV of this alternate option is negative $19.1 million. Although the NPV of the alternate location is improved over flaring at the substation, the project remains uneconomical.

### 5.3  MODEL SENSITIVITIES

A sensitivity analysis was completed in order to gauge the impact of varying key model inputs. The two key revenue-related inputs are Energy Sales Value for the power generation options and Gas Sales Price for the gas processing option. The base energy sales value was $71/MWh ($76/MWh in 2012$) and the base gas sales price was $6.22/MMBtu (2012$).

The $71/MWh rate was selected as an upper bound base energy sales value because that is what the West Elk Mine currently pays for electricity supplied to the mine. This is an optimistic price target. This rate includes both energy and capacity components. The energy portion of this rate, which is the comparable component to the electrical product that would be available from onsite generation (i.e. no capacity value), is $32.90/MWh. The Mine pays a significant capacity value premium in addition to the $32.90 energy value so as to be able to draw power on demand. Conversely, because of wide day-to-day fluctuations in methane production from the methane drainage wells, electricity generated at the mine would have a relatively low capacity value. So, as can be seen when comparing the base model input for energy value, $71/MWh is a significantly higher value relative to energy value rates currently paid by the mine. Review of publicly available Federal Energy Regulatory Commission transaction records indicate that more appropriate pricing may be in the mid-$40 range. However, because those records do not disclose complete production details, and a precise rate cannot be determined without detailed negotiations with power purchasers, $71/MWh has been used for purposes of the sensitivity analysis.

BLM_0050845

West Elk CMM Due Diligence Evaluation                                                    Conclusions

In order to gauge the IRR sensitivity to these factors, the model was run over a range of values, and the IRR was calculated for each case. Figures 5-1 through 5-3 present the sensitivity results. Note that only the power generation options are dependent upon energy sales value, and the gas processing option is dependent upon the gas sales price.

**Figure 5-1: Energy Sales Value Sensitivity – CT**



**Figure 5-2: Energy Sales Value Sensitivity – Reciprocating Engine**



Mountain Coal Company                              5-5

BLM_0050846

West Elk CMM Due Diligence Evaluation                                                         Conclusions

**Figure 5-3: Gas Sales Price – Gas Processing Option**



The energy sales sensitivity charts show that in order to meet an IRR hurdle of 10.99%, energy sales values of approximately $246/MWh and $114/MWh are necessary for the CT and reciprocating engine options, respectively. For the gas processing option, a 2012 gas sales value of $18.66/MMBtu, which is triple the baseline input of $6.22/MMBtu, is necessary to meet the IRR hurdle.

### 5.3.1  Carbon Offsets as a Revenue Stream

Each of the methane management options described in this report can potentially generate $CO_2$ offsets, as methane is combusted. Carbon markets are currently in a state of significant flux. Presently, carbon offsets are primarily bought and sold in voluntary marketplaces such as the Chicago Climate Exchange (CCX). However, draft legislation in Congress would create a federally mandated cap-and-trade system, which in theory may create a robust market in $CO_2$ offsets. Uncertainty regarding the contours of legislation has depressed CCX prices and affected other marketplaces as potential traders and regulated parties delay trades.

In order to gauge the impact to IRR due to revenue from potential $CO_2$ offset sales, the model was run over a range of offset values, and the IRR was calculated for each case. Figures 5-4 through 5-8 present the results of the analysis.

BLM_0050847

*Supplemental Final Environmental Impact Statement* | Federal Coal Lease Modifications COC-1362 & COC-67232

West Elk CMM Due Diligence Evaluation — Conclusions

**Figure 5-4: CO$_2$ Offset Value Sensitivity – Flaring System**



CO$_2$ Offset Value (2009$/tonne)

**Figure 5-5: CO$_2$ Offset Value Sensitivity – Alternate Flaring System**



CO$_2$ Offset Value (2009$/tonne)

BLM_0050848

*Supplemental Final Environmental Impact Statement* | Federal Coal Lease Modifications COC-1362 & COC-67232

West Elk CMM Due Diligence Evaluation                                    Conclusions

**Figure 5-6: $CO_2$ Offset Value Sensitivity – Combustion Turbine**



**Figure 5-7: $CO_2$ Offset Value Sensitivity – Reciprocating Engine**



BLM_0050849

West Elk CMM Due Diligence Evaluation　　　　　　　　　　　　　　　　Conclusions

#### Figure 5-8: $CO_2$ Offset Value Sensitivity – Gas Processing



The $CO_2$ offset sensitivity charts show that offset values will need to reach at least $15.50/tonne before the reciprocating engine option meets the IRR hurdle (all sensitivities assume $71/MWh for energy sales value). At $19.25/tonne, the flaring option reaches the hurdle IRR, and the alternate flaring option hurdle is $14.25/tonne. The CT and gas processing options require $CO_2$ offset values of $26.50/tonne and $27.00/tonne, respectively, to meet a 10.99% IRR.

\* \* \* \* \*

Mountain Coal Company　　　　　　　　　5-9　　　　　　

BLM_0050850

# EXHIBIT H

## VERDEO VAM ANALYSIS

BLM_0050851





# Ventilation Air Methane Oxidation Feasibility Study

Evaluation of Technical and Economic Project Viability at the West Elk Mine
September 2009

**Prepared for Mountain Coal Company LLC for the West Elk Mine**

Verdeo Group, Inc.
1600 K Street NW, Suite 700
Washington, DC 20006
Tel: 202-391-0160
Fax: 202-393-0606
www.verdeogroup.com

Page 1 of 12

501

BLM_0050852

## Table of Contents

I.      Executive Summary...................................................................3

II.     Oxidizer Technology................................................................3

III.    Power Generation from Thermal Oxidation..........................  5

IV.     Oxidizer Manufacturers...........................................................  5

V.      Regenerative Thermal Oxidizers: Safety, Operations, and Maintenance......  8

VI.     Thermal Oxidation at West Elk Mine.....................................  9

VII.    Financing and Ownership........................................................  10

Appendix A: RTO Manufacturer Comparison and RTO Financial Analysis ............  11

BLM_0050853

## I. Executive Summary

Verdeo Group, Inc. (Verdeo) was contracted by Mountain Coal Company, LLC ("Mountain Coal") to ascertain the economic and technical feasibility of a system that abates the ventilation air methane (VAM) that is emitted by the main ventilation system at Mountain Coal's West Elk Mine in Somerset, Colorado. Currently, the only technology capable of destroying the quantities and concentrations of methane present in coal mine central ventilation systems is thermal oxidation. Regenerative thermal oxidation is recognized as the most appropriate type of oxidation system for mine applications as demonstrated by installations in the U.S., U.K., China, and Australia, and is the primary technology considered for this feasibility study.

Verdeo visited the West Elk Mine on May 7, 2009 for a presentation and surface tour, which was hosted by the mine's senior management and engineers. The site visit enabled Verdeo to inspect potential installation locations and discuss with mine engineers a range of technical issues pertinent to the potential installation of an oxidation system. Mountain Coal provided data necessary to perform this analysis, including detailed information on the ongoing reconfiguration of the central ventilation system, topographical and surface information, and anticipated characteristics of ventilation air exhausted at Shaft #4 and Sylvester Gulch exhaust shaft. The historical and projected ventilation air exhaust data was provided by Mountain Coal to Verdeo. This analysis is based primarily on the ventilation exhaust characteristics that Mountain Coal anticipates following the completion of the ongoing ventilation system reconfiguration.

Thermal oxidation technology can abate methane concentrations over 0.2% without the use of supplemental fuel. Mountain Coal predicts that the VAM concentration at Shaft #4 will range between 0.15% and 0.31% upon completion of the ventilation system reconfiguration and transition to mining E Seam. Given the sensitivity of oxidizers to even short periods of low fuel concentration and the likelihood that VAM concentrations will be less than 0.2% under normal operating conditions, it is not technically feasible to develop a self-sustaining thermal oxidizer to destroy ventilation air methane at the West Elk Mine. The VAM concentration is too low to produce high-grade heat or electricity, thereby further diminishing the economic feasibility of a project.

Even if these technical obstacles could be overcome, it is not economically feasible for Mountain Coal to develop a ventilation air methane oxidation project at the West Elk Mine in the current and foreseeable market conditions. The only revenue generated by the oxidizer would be from the production of carbon offset credits that are sold into pre-compliance or voluntary carbon markets. This revenue would not sufficiently offset the high equipment and site preparation costs and high operating costs of an oxidizer system.

This VAM Feasibility Study presents an overview of oxidation technology, power generation with oxidizers, a comparison of oxidizer manufacturers, oxidizer operations, safety, and maintenance, and financing vehicles that would be possible if Mountain Coal developed an oxidizer project at the West Elk Mine.

## II. Oxidizer Technology

Thermal oxidation is the process of applying heat to break a substance down to fundamental elements such as carbon dioxide and water. Methane, for example, oxidizes in atmosphere at 1,000°F. Thermal oxidation has been used for air pollution control for several decades in numerous industries, including chemical processing, petroleum and natural gas, and environmental remediation. Numerous types of thermal oxidizers are commercially available, including regenerative thermal oxidizers, catalytic thermal oxidizers, and direct fired thermal oxidizers.

Regenerative thermal oxidizers (RTO) utilize ceramic media beds to retain heat given off during the oxidation of target pollutants. Incoming airflow containing pollutants is drawn through the media beds with blower fans, where it reaches the temperature necessary for oxidation. Utilizing heat retained in the media bed significantly reduces the amount of supplemental heat (i.e., fuel) required to achieve oxidation of pollutants. In some cases, the amount of heat released during oxidation and stored in the media bed is sufficient to fully oxidize the incoming airflow without supplemental heat. This can be achieved with methane concentrations as low as 0.2%. Due to the high cost of a continuous supply of supplemental heat, a self-sustaining RTO is the most practical design for VAM

BLM_0050854

applications. Note that "self-sustaining" refers to heat energy; RTOs still require electricity to drive blower fans, valves, and control equipment.

Catalytic thermal oxidizers use ceramic media impregnated with metallic compounds to catalyze the oxidation process of the target pollutant. The catalyst typically reduces the oxidation temperature of the pollutant, which allows the use of thinner ceramic beds. Thinner ceramic beds require smaller blower fans to move air through the system and can be maintained with lower electric loads. Catalytic oxidizers are most appropriate where the higher cost of catalytic media is recovered by savings from reduced electric loads.

Direct fired thermal oxidizers use a process that has not fundamentally changed since oxidizers were originally designed with steel boxes containing conventional burners that directly heat pollutants to oxidation temperatures. Original designs were very inefficient as they required large, continuous sources of supplemental heat. Modern direct fired thermal oxidizers often incorporate heat recovery, heat retention, or waste heat boiler systems. Many pollutants require supplemental heat to be fully oxidized in this type of oxidizer. Direct fired thermal oxidizers are commonly referred to as enclosed flares, incinerators, or afterburners, and would be appropriate for high methane concentrations found in mine drainage well gas.

Note that all thermal oxidizers require a heat source to initially heat the ceramic media bed to the desired oxidation temperature. This is achieved by heating the bed to the target oxidation temperature using natural gas, propane, diesel, or electricity.

Most modern types of oxidation systems (including RTO and catalytic) have two ceramic media beds and are referred to as "two-can" oxidizers. One bed is used to heat the incoming air to the point of oxidation, and the other bed is used to retain heat before the airflow is exhausted. When the inlet heating bed has cooled and the heat retention bed is sufficiently hot, the airflow is reversed. The heating bed (previously the heat retention bed) heats incoming air as it enters the oxidizer. The continued oxidation process subsequently heats the heat retention bed (previously the heating bed) until the flow reversal is eventually repeated (see diagram below).

### Regenerative Thermal Oxidation



In Phase 1, airflow passing left to right heats to oxidation temperature as it flows through Media Bed #1. Heat from oxidation is retained in Media Bed #2. The reversal of airflow initiates Phase 2 when Media Bed #2 has been sufficiently heated (and Media Bed #1 has been cooled by incoming airflow). This process is repeated to maintain continuous oxidation of the airflow.

Airflow is reversed with a set of large valves that control the direction of flow through the oxidizer. Different manufacturers utilize various types of valves to control the airflow, including poppet, butterfly, or rotary. While the airflow is reversing, the valves allow air containing the pollutant to escape without passing through a media bed. The escaping air, typically less than 5% of the total hourly flow, is the primary cause of reduced pollutant destruction, which is measured by Destruction Rate Efficiency (DRE). Some oxidizers incorporate a third ceramic media bed to eliminate this leakage and increase the DRE of the system. These beds are known as "three-can"

BLM_0050855

oxidizers. In most mine methane applications, the additional cost of the third media bed cannot be recovered by the value of the additional carbon offset credits that the three-can system generates.

Fans, which are the other (besides valves) major moving parts in RTOs, are required to draw air from the source (e.g., mine vent exhaust) into the oxidizer and through the ceramic media beds. Powering blower fans, which can be rated up to 500 kW, is often the largest operating expense of oxidizers. These fans actively pull airflow into the oxidizer; the oxidizer does not rely on pressure of the VAM airflow to intake air. Therefore, a properly designed VAM oxidizer system does not add resistance or increase power requirements of the mine's central ventilation fan. Airflow with lower concentrations of methane requires thicker media beds through which the airflow is blown. This necessitates larger oxidizer blower fans to overcome the greater pressure loss created by the thicker beds. The increased cost of the media bed along with greater operating costs of the larger fans typically limit economic feasibility to projects with methane concentrations greater than 0.4%.

Economies of scale for oxidizers peak at flow rates of about 100,000 cfm. Furthermore, it is difficult to achieve consistent airflow across media beds at rates above 100,000 cfm. Uneven flow results in cold spots that can significantly degrade the DRE. Therefore, where very large quantities of air are oxidized (e.g., mine ventilation systems), oxidation systems are designed with parallel units that each process 100,000 cfm or less. A typical physical space requirement for a 100,000 cfm system is a level surface approximately 70' x 50'.

## III. Power Generation from Thermal Oxidation

Numerous mines and oxidizer manufacturers have explored the potential to generate electricity from heat produced by thermal oxidizers. Despite the large volumes of high-temperature gas created by oxidizers, few oxidizers produce sufficient heat to generate electricity. One notable system that does generate electricity, however, is installed at the Illawarra Mine in Australia (owned by BHP Billiton). This system oxidizes VAM to generate 6MW of electricity.

As implied by the negative outlook for a VAM oxidation system at the West Elk Mine, the prospects for a VAM oxidation power generation system are essentially non-existent at this time. However, Verdeo has reviewed situations where VAM concentrations and electricity prices warranted the exploration of a VAM power generation system. We therefore provide a brief overview of generating power from oxidizers.

Most RTOs do not produce sufficient waste heat to generate electricity from exhaust gas flow. It is, however, simple and inexpensive to produce low-grade heat from RTO exhaust flows. Heat generation systems can be as basic as shell and tube heat exchangers that are located directly in the exhaust vent and cost only a few thousand dollars.

In certain situations it is possible to generate electricity with RTOs. Electricity generation systems collect heat with a series of shell and tube heat exchangers that are located in the oxidation chamber. Steam is superheated in the exchangers and passed through a multistage condensing turbine that drives a generator. The exhaust steam is condensed at the outlet of the turbine and processed through a deaerator and into the boiler section of the feedwater. Such generators in this type of application typically have efficiency ratings of 20-28%. The parasitic load of additional equipment necessary to generate electricity amounts to approximately 15% of the total energy generated (i.e., a 5MW power plant requires a ~6MW generator).

In ideal situations, power generation becomes feasible at or above capacities of 5MW. Such a system would generally cost between $10-15M. Systems operating in warm climates require water condensers or evaporative cooling towers that require upwards of 20,000 gallons per hour. Additionally, the electrical infrastructure for this type of system is considerably larger than that of traditional oxidizers.

BLM_0050856

## IV. Oxidizer Manufacturers

There are over thirty oxidizer manufacturers worldwide. Most are located in the U.S. and Europe; a few are located in Japan and Australia. At least three manufacturers have produced systems specifically for the coal mining industry (MEGTEC, Biothermica, and Shengdong). A comparative analysis of select oxidizer manufacturers is in Appendix A, and is also provided in the attached file, "RTO Manufacturer Comparison".

**MEGTEC Systems Inc.** (www.megtec.com) has targeted coal mines for many years under the "VOCSIDIZER" trademark. In 1994, MEGTEC was the first company to install a system on a coal mine (Thoresby Mine in the U.K., owned by UK Coal). Since then, the system has evolved into a robust and reliable design. MEGTEC has installed two VOCSIDIZER™ units on operating mines in Australia, and one unit that was installed as a pilot project on CONSOL Energy's Windsor Mine (a closed mine in West Liberty, WV). The VOCSIDIZER™ uses two ceramic media beds connected by a central combustion zone. The system places electrical heaters in the media bed to heat the system for start-up. The MEGTEC design is particularly well-suited for heat recovery purposes where high VAM concentrations are available. MEGTEC also offers two-can RTOs of more traditional design, which are better suited for simple VAM oxidation projects.



MEGTEC VOCSIDIZER system installed at CONSOL Energy's Windsor (closed) mine.

**Biothermica Technologies, Inc.** (www.biothermica.com) has also been working with coal mines for several years and successfully commissioned a system on an operating mine at the beginning of 2009 (at Jim Walter Resources' Mine No. 4 near Brookwood, AL). This technology uses a straightforward and well-tested two-can RTO design with certain innovative improvements such as a "hot side bypass" that safely and effectively accommodates surges in methane concentrations. Their basic design is highly reliable and well-suited for simple VAM oxidation. It is possible to generate low-grade heat with a standard Biothermica system, but the design does not readily accommodate modifications for electricity generation. Biothermica currently offers only a build-own-operate option for VAM applications. In this arrangement, Biothermica finances the majority (or all) of the system and recovers its costs primarily by retaining ownership of the carbon offset credits generated by the system. Biothermica typically compensates the mine with a negotiated share of the project economics in return for the mine's contributions to the project (e.g., rights to the VAM, operational support).

Page 6 of 12

BLM_0050857



Biothermica VAMOX™ system installed at Jim Walter Resource's Mine No.4.

Oxidizers made by most manufacturers do not require significant design modifications to process VAM. Through a Request for Information process, we assessed four additional budgetary proposals from various leading U.S. oxidizer manufacturers with little or no experience in the mining industry to evaluate for potential application at the West Elk Mine. Summaries of these systems are below.

**Met-Pro Systems** (www.met-prosystems.com), a unit of the publicly traded Met-Pro Corporation, has designed and built systems to manage volatile organic compounds for over 40 years. Its RTO system uses a two-can design that employs various methods of heat rejection to maintain optimum performance. For example, if methane concentration increases beyond the design range, an air damper allows fresh air into the RTO to cool the system. If methane concentrations reach very high levels, a "hot side bypass" damper opens to force hot gases directly from the combustion chamber to the exhaust stack. Met-Pro designs and fabricates their systems specifically for each application and offers one of the most competitive prices in the industry.

**Durr System, Inc.** (www.durr.com) is a $2B global company with a strong and growing presence in the U.S. Durr is currently looking at several opportunities in the mining industry and may deploy a unit on an operating mine within the next year. The Durr RTO system uses a unique rotary valve that reduces the amount of airflow that escapes during valve actuation and allows DREs of up to 99%. The system requires blower fans that are larger than those of most RTO systems of the equivalent capacity. Durr RTOs are pre-engineered with sizes up to 60,000 cfm, which reduces manufacturing and installation times and competitive pricing.

**Cycle-Therm, Inc.** (www.cycletherm.com) offers a basic two-can RTO at a moderate price. The system uses unique ceramic media that requires a relatively small blower fan. The Cycletherm unit may be susceptible to dust erosion due to the type of media used, which tends to be sensitive to high dust applications. Cycletherm units are manufactured in Pennsylvania.

**Anguil Environmental Systems, Inc**. (www.anguil.com) manufacturers multiple oxidizer systems for various industries and has over 1,600 systems operating worldwide. Their RTO offers a well-designed system that incorporates a "hot side bypass" similar to that of the Biothermica system. Their electrical fan power requirements

Page 7 of 12

BLM_0050858

are high due to the large ceramic media bed used in their systems. Despite the technically sound design, the high cost of the Anguil system makes it less appropriate for most VAM applications.

## V. Regenerative Thermal Oxidizers: Safety, Operations, and Maintenance

Coal mines ventilate methane that is released through coal production activities to the atmosphere using various drainage and ventilation systems. The continuous use of these ventilation systems is imperative for the safe operations of the mine. The predictable and stable characteristics of VAM exhausted by central ventilation systems are often suitable for the application of a thermal oxidizer that destroys the methane as it exits the ventilation shaft.

Oxidizers utilize mature technology and have been operated for several decades in the U.S. and Europe. In fact, the first oxidizer deployed on a coal mine ventilation system was commissioned over 15 years ago. Although the fundamental technology has not significantly changed, understanding and control of the oxidation process has notably improved over the past decade.

The installation of an oxidizer unit on any of the vent shafts at the West Elk Mine must be safe. As with gob well extraction pumps and ventilation intake heaters, oxidizers contain an ignition source and must not be subjected to flammable concentrations of methane (5% to 15%). The greatest safety risk would be posed by an exceptional gas outburst or catastrophic event that would produce methane concentrations in excess of 5% at the mine ventilation outlet. Based on discussions with the ventilation engineers and senior management at the West Elk Mine, it is unlikely that such an event would produce volumes and concentrations of methane in underground areas of the mine to generate more than 5% VAM concentration at the ventilation shaft outlet. However, some scenarios, such as a seal failure in a closed portion of the mine, could produce methane excursions that are difficult to model.

Given the catastrophic consequence of explosive hazards, oxidizer safety systems must be designed to prevent the possibility of a flammable gas-air mix from reaching an ignition source. This is achieved with redundant systems and conservative safety margins throughout the oxidizer system. An example of a safety system that was approved by MSHA is a fast-response methane analyzer installed on the Biothermica RTO operating at Jim Walter Resources' Mine No. 4 in Brookwood, Alabama. If the methane concentration in the airflow exiting the ventilation shaft reaches a certain threshold (2%), a damper is automatically released to immediately block airflow to the RTO. VAM airflow must travel through a length (approximately 100 feet, minimum length as required by MSHA) of duct between the ventilation exhaust shaft and RTO intake, thereby allowing sufficient time between the detection of a high methane concentration and the damper actuation that prevents VAM from entering the RTO. Additionally, the RTO intake is physically and electrically separated from the exhaust shaft, so that it is not possible for a sudden stoppage of airflow to the RTO (or RTO system failure) to have any impact on the ventilation system.

During the development of a VAM oxidation project, a comprehensive, site-specific risk assessment and Hazard Operational Analysis (HAZOP) would be performed to comprehensively demonstrate that the oxidizer system cannot affect the safety of the mine. The assessment would require a systematic examination of the detailed operations of the mine, the reaction time of methane sensors, and any control or mechanical interface with the mine. Long-term ventilation system plans should be considered in this assessment as oxidizers are designed to operate for over 20 years.

Oxidizers are typically highly-automated and have low operating and maintenance requirements. The staffing of an oxidation system is typically performed by one or two surface personnel that perform short daily inspections and complete routine maintenance procedures. For budgeting purposes, it is appropriate to assign 1/3 of a full time equivalent engineer to operate the system.

Scheduled maintenance is generally limited to lubrication of moving parts, replacing valve seals, bearings, and fan belts, and cleaning equipment, all of which can be performed by most mine surface crews. Long-term maintenance, including annual internal inspections and maintenance of ceramic media would be performed by the oxidizer supplier under a maintenance contract.

BLM_0050859