research in the FLM area. If the proposed action will likely cause or contribute to an adverse effect to AQRVs, the FLM may recommend permit conditions that ensure mitigation, including stricter emissions controls and effective emissions offsets. If no mitigation is possible, the FLM may recommend denial of the permit.

*Available Deposition Monitoring Data*

Atmospheric pollutants are deposited to ecosystems primarily through wet deposition and dry deposition. FLMs participate in national monitoring programs to monitor wet and dry deposition, including the National Atmospheric Deposition Program (NADP) and the Clean Air Status and Trends Network (CASTNet). A 1999 report, "The Role of Monitoring Networks in the Management of the Nation's Air Quality," (CENR, 1999) identified these two networks as

being critical for characterizing baseline air quality data in the U.S.

**Wet Deposition (Revised)**

Wet deposition includes rain, snow, fog, cloud water, and dew. In most FLM areas, rain and snow are the primary contributors to wet deposition. However, in some high elevation areas, fog, cloud water, and dew are significant contributors, as discussed below.

Because rain and snow are the primary constituents of wet deposition at most FLM areas, the FLM generally relies on data from NADP to evaluate wet deposition of pollutants. NADP samplers collect rain and snow and NADP has documented deposition for many years in a nationwide network that currently includes over 220 monitoring



**Figure 7. FLM Assessment of Potential Deposition Effects from New Emissions Sources (Revised)**
*Q/D test only applies to sources located greater that 50 km from a Class I area.

BLM_0051632

sites. The network collects data to evaluate spatial and temporal long-term trends in precipitation chemistry. The precipitation at each site is collected weekly and sent to a central analytical laboratory for analysis of hydrogen (acidity as pH), sulfate, nitrate, ammonium, chloride, and base cations, including calcium, magnesium, potassium, and sodium. Data and isopleth maps of pollutant concentrations and deposition are available on the NADP web site at:

- http://nadp.sws.uiuc.edu/

FLMs agree that it is preferable to obtain NADP data from the web site, rather than summarizing wet deposition data in this report. In this way, current data can be easily accessed by FLMs and the public.

Approximately 50 FLM areas have NADP samplers in or immediately adjacent to them. Because some of these areas are classified as wilderness, FLMs install sampling equipment in adjacent non-wilderness areas in order to preserve the wilderness character of the area. Ambient air in these adjacent areas is considered representative of air in the wilderness area.

A number of FLM areas do not have an NADP sampler in or adjacent to them. Where possible, the FLM has identified an NADP site whose data may be used to characterize deposition at the area. Deposition rates generally increase with elevation and deposition in high-elevation areas may be difficult to characterize with data from a lower-elevation NADP site. FLM consultation may be necessary to estimate deposition in these areas.

Areas that experience significant deposition from fog and cloud water or large amounts of snow may need to use alternate sampling methods and data in addition to NADP protocols and NADP data to characterize them. Wet deposition in these areas may need to be sampled with alternate methods, including cloud water samplers and snowpack sampling or estimated by modeling. At sites where such data or modeled estimates are available, they should be used to calculate total deposition. At mountain sites frequented by clouds and fog, deposition from clouds may equal or exceed that from precipitation. Cloud water is generally more acidic and contains higher concentrations of base cations than rain water; therefore, it can contribute significantly to total loadings of S and N (Hemmerlein and Perkins 1992). Various methods have been developed to measure deposition from cloud water. The Mountain Acid Deposition Program (MADPro) used automated cloud water collectors to sample at three high-elevation eastern sites (Anderson et al. 1999). Forests covered by fog for significant periods of time may be especially susceptible to injury from acid deposition. Acidic cloud water has predisposed red spruce in the high elevations of the northeast U.S. Appalachians to winter injury and cumulative impacts with other biotic and abiotic stresses have caused

mortality. The contribution of clouds and fog to deposition at high elevations may overshadow both deposition from precipitation and dry deposition (Hidy 1998). The EPA estimated that as a result of cloud cover, high elevation forests might experience four times the amount of total pollutant deposition as lower elevation forests without cloud cover (NAPAP 1991). High elevation lakes are also impacted by fog and clouds, as well as rain and snow. Measurements in high elevation areas that do not include all contributions to wet deposition will result in under-estimates.

Modeling has been used to estimate total wet deposition in some areas. For example, the Southern Appalachian Man and the Biosphere Cooperative (as part of the Southern Appalachian Assessment) has used NADP data, topographical data, and meteorological data to model wet deposition loading at locations in the southeastern U.S.

### Dry Deposition (Revised)

Dry deposition includes gases, aerosols and particles. The primary gases involved with N and S deposition are ammonia ($NH_3$), nitric oxide (NO), nitrogen dioxide ($NO_2$), nitric acid ($HNO_3$), and sulfur dioxide ($SO_2$), while the primary particles are nitrate ($NO_3^-$), ammonium ($NH_4^+$), and sulfate ($SO_4^{2-}$) ions (Hanson and Lindberg 1991). Ammonia, NO, $NO_2$ and $SO_2$ are taken up by plants through stomata, while $HNO_3$, due to its high deposition velocity, is deposited to plant surfaces in addition to being taken up by stomata. Nitrate, ammonium, and sulfate particles deposit to surfaces (Bytnerowicz and Fenn 1996).

Dry deposition is much more difficult to estimate than wet deposition. The estimation of dry deposition rates requires information on the ambient concentrations of pollutants, meteorological data, and information on land use, vegetation, and surface conditions, all of which are site-specific. Because of this site-specificity, it is difficult to spatially extrapolate dry deposition data as is often done for wet deposition data.

In general, FLMs rely on data from CASTNet for estimates of dry deposition in FLM areas (http://www.epa.gov/castnet). CASTNet was developed by EPA, as a result of the Clean Air Act Amendments of 1990, and currently includes over 70 sites. These include a combination of former National Dry Deposition Network sites, Park Research and Intensive Monitoring of Ecosystems Network sites (PRIMENet), and others. Dry deposition is measured at 26 NPS areas and 2 USFS areas. FLMs agree that it is preferable to obtain CASTNet data from the web site, rather than summarizing dry deposition data in this report. In this way, current data can be easily accessed by FLMs and the public.

Other methods for measuring dry deposition are available. For example, information on vertical changes in concentrations of major gases and particles of interest over plant canopies can be used for calculation of deposition of

BLM_0051633

these compounds to forests and other ecosystems (Hicks et al. 1987). Models, such as "Big-Leaf" (Baldocchi et al. 1987) allow estimating dry deposition to uniform canopies, such as agricultural crops or lowland forests. However, no models have been developed so far for reliable estimates of deposition of gases and particles to forests and other ecosystems in complex mountain terrain (Bytnerowicz et al. 1997). Therefore, no good large-scale estimates of dry deposition are available for western U.S. forests.

Another approach to evaluating dry deposition is net throughfall technique. By measuring concentrations of ions in throughfall (bulk precipitation) and after subtracting concentrations of the same ions in precipitation in an open area, fluxes of ions such as nitrate, ammonium, and sulfate can be calculated. A branch washing technique is similar to the net throughfall approach and is used when no wet precipitation is present. The pre-washed branches are exposed to ambient air for a certain time period and then carefully rinsed with water (Lindberg and Lovett 1985). Information about amounts of nitrate, ammonium and sulfate rinsed from branches of a known surface area, time of exposure, and leaf area index of a given forest stand allow the calculation of fluxes of the measured ions to trees. Adding stomatal uptake of gases (calculated from information on gas concentration and stomatal conductance), and estimates of deposition to other landscape forms (such as soils and rocks) allow for quite reliable estimates of dry deposition at a forest stand level (Bytnerowicz et al. 2000). Such estimates have been made for the subalpine zone of the eastern Sierra Nevada and mixed conifer forests on the western Sierra Nevada and the San Bernardino Mountains (Bytnerowicz and Fenn 1996; Bytnerowicz et al. 1999). Both the net throughfall and branch washing techniques, although providing relatively accurate estimates of deposition to certain ecosystems, cannot be applied to every type of vegetation. These techniques work well for conifers with relatively thick cuticles. For plants with thinner cuticle, extraction of ions from plant interior or transcuticular uptake of deposited ions may not allow for making good estimates of dry deposition to plant surfaces.

Recent developments, such as passive samplers that allow for relatively inexpensive determinations of nitric oxide, nitrogen dioxide, ammonia, nitric acid and sulfur dioxide concentrations, provide some promising opportunities for large-scale estimates of distribution of these pollutants. This, together with information on landscape-level vegetation coverage, leaf area index, and deposition velocity of the monitored pollutants, will allow calculating deposition of the measured gases to various landscape forms. Although this approach would not include deposition fluxes of particulate pollutants, a large portion of dry N and S deposition (gases) would be covered. Information on fluxes of the N and S particulate component (nitrate, ammonium, and

sulfate ion concentrations) can be estimated based on their concentrations from annular denuder/filter pack systems or other comparable techniques and literature values of deposition velocities of these ions.

For many FLM areas, detailed site-specific information and monitoring needed for dry deposition measurements are not available. Therefore, the FLM may choose to recommend a reasonable estimate of dry deposition. NAPAP's 1991 summary report concluded that dry deposition of sulfur is 30-60% of the total (wet plus dry) deposition at regionally representative sites; dry deposition of nitrogen is 30-70% of the total (wet plus dry) deposition at regionally representative sites (NAPAP 1991a). An analysis of one year (1991) of NADP, CASTNet, and IMPROVE (Interagency Monitoring of Protected Visual Environments) data from national parks and wildernesses found that wet deposition dominated total deposition in both the East and the West. Dry deposition of sulfur was 20-50% of the total; dry deposition of nitrogen was 30-60% of the total (Hidy 1998). These estimates, and similar ones, have led to the common assumption that dry deposition is approximately 50% of the total deposition. Therefore, for many FLM areas without on-site or nearby representative dry deposition sampling, the FLM may recommend that dry deposition is equal to wet deposition. The FLM recommends this as a "best available estimate," recognizing that in some areas it may result in under- or over-estimating total deposition. Total deposition, which is the sum of wet plus dry deposition, therefore equals twice the wet deposition.

In summary,

Total Deposition = Wet Deposition + Dry Deposition
Or,
Total Deposition = 2 x Wet Deposition (assuming Dry Deposition = Wet Deposition)

There are numerous monitoring stations in or near FLM areas for estimating wet and dry deposition values. For some areas the FLM assumes that dry deposition equals wet deposition, recognizing that this may result in under- or over-estimates of total deposition. Deposition monitoring data and information on the appropriate dry deposition data to use at sites where data are available are included on the respective Agencies web sites referenced previously.

FLMs will continue to participate in monitoring and research to further our understanding of dry deposition dynamics and improve our measurements of dry deposition.

### Other Deposition Measurement Methods

Pollutant deposition, particularly in areas where traditional wet and dry deposition sampling is impractical, can also be estimated by other methods. These methods include bulk samplers that collect both wet and dry deposition and snowpack measurements that estimate the total amount of

BLM_0051634

pollutants in the snow column at the time of maximum snow accumulation. Special methods have also been developed for collecting fog and cloud water (Anderson et al. 1999).

In addition, methods are being developed to estimate dry deposition rates from pollutant concentrations obtained by IMPROVE fine particle samplers. IMPROVE samplers are located at many FLM areas and expanded coverage is planned for 1999.

## Modeling Deposition Rates

Deposition from existing sources can be estimated from deposition monitoring data, but contributions to deposition from the proposed source and other sources permitted but not yet operating should be modeled.

Modeling should be done in accordance with recommendations developed by the Interagency Work Group on Air Quality Modeling (IWAQM) Phase 2:

- http://www.epa.gov/scram001/7thconf/calpuff/phase2.pdf

IWAQM provides the procedures that can be used to estimate S and N deposition from a proposed source and other sources permitted but not yet operating. The FLMs propose that these procedures be used to estimate S and N deposition. For S deposition, the wet and dry fluxes of sulfur dioxide and sulfate are calculated, normalized by the molecular weight of S, and expressed as total S. For N deposition, IWAQM recommends that the wet and dry fluxes of nitric acid ($HNO_3$) and nitrate ($NO_3^-$) and the dry flux of nitrogen oxides ($NO_x$) be calculated, normalized by the molecular weight of N, and expressed as total N. In addition, the FLMs agree that wet and dry fluxes of ammonium sulfate (($NH_4$)$_2SO_4$) and ammonium nitrate ($NH_4NO_3$) should be calculated, normalized by the molecular weight of N, and added to the estimate of total N. Therefore, total N deposition is the sum of N contributed by dry and wet fluxes of $HNO_3$, $NO_3^-$, ($NH_4$)$_2SO_4$, and $NH_4NO_3$ and the dry flux of $NO_x$.

The FLMs recognize that the ammonia ($NH_3$) in these compounds is derived from both man-made and natural sources. Free gaseous $NH_3$ has a high deposition velocity and tends to deposit quickly. However, if sulfates and nitrates (which are primarily man-made) are present in the atmosphere, free $NH_3$ quickly reacts to form ($NH_4$)$_2SO_4$ and $NH_4NO_3$. These compounds, because of their fine particle size and slower deposition velocity than free gaseous $NH_3$, can be transported long distances and deposited in a FLM area, adding to the total N deposition loading.

An appropriate estimate of ambient free gaseous $NH_3$ is needed for the modeling analysis. IWAQM refers to Langford et al. (1992), who suggest that typical (within a factor of 2) background values of $NH_3$ are: 10 parts per billion (ppb) for grasslands, 0.5 ppb for forest, and 1 ppb

for arid lands at 20°C. Langford et al. (1992) provide strong evidence that background levels of $NH_3$ show strong dependence with ambient temperature (variations of a factor of 3 or 4) and a strong dependence on the soil pH. However, given all the uncertainties in $NH_3$ data, IWAQM recommends use of the background levels provided above, unless better data are available for the specific modeling domain. IWAQM notes that in areas where there are high ambient levels of sulfate, values such as 10 ppb might overestimate the formation of particulate nitrate from a given source, for these polluted conditions. IWAQM further notes that areas in the vicinity of strong point sources of $NH_3$, such as feed lots or other agricultural areas, may experience locally high levels of background $NH_3$.

Questions regarding these recommendations should be resolved through consultation with the appropriate FLM and the appropriate State and/or EPA modeling representative. Applicants should provide a modeling protocol to the appropriate FLM prior to conducting modeling analyses.

## Estimation of Current and Future Deposition Rates (Revised)

In order to evaluate a proposed source's contribution to total (wet + dry) deposition in a FLM area, it is necessary to first estimate current pollutant deposition rates. The current rate is a result of deposition from all existing natural and anthropogenic sources. FLMs use two approaches to estimating the current rate of deposition. One approach estimates the current rate by averaging data from an appropriate monitoring site for the pollutant of interest, using all years with complete data records. The second, more conservative, approach assumes that the current rate is equivalent to the highest rate for the pollutant of interest in the data record.

The method for estimating future total deposition rates is:

- From the respective Agency web sites, identify available on-site or representative wet and dry deposition data for the FLM area. Wet deposition data can be obtained through NADP (http://nadp.sws.uiuc.edu/). For NPS sites without an NADP sampler, use estimates of total wet nitrogen and total wet sulfur from the Air Quality Estimates for 1999-2003 at http://www.nature.nps.gov/air/Maps/AirAtlas/index.cfm.

  Dry deposition data can be obtained through CASTNet at (http://www.epa.gov/castnet).

  Verify if dry deposition is assumed to equal wet deposition for the site. For high-elevation sites, consult with the FLM to determine if deposition from cloud water, fog, dew, or snowpack should be considered. For sites without on-site data, consult FLM for further guidance.

- After consulting with the FLM, estimate either:

BLM_0051635

- the average annual or seasonal wet and dry deposition rates for the appropriate pollutant using all years with complete data records; or

- the highest annual or seasonal wet and dry deposition rates for the appropriate pollutant using all years with complete data records.

• Calculate current total deposition (wet + dry = total).

• Estimate, using the appropriate dispersion model as described in the 'Modeling Deposition Rates' section above, the proposed source's contribution to future total deposition on an annual or seasonal basis.

• Estimate, using appropriate dispersion model as described in the 'Modeling Deposition Rates' section above, the contribution of any sources permitted but not yet operating to future total deposition and the affect of any enforceable emission reductions. This estimate may be available from the State permitting authority.

• The current pollutant deposition rate plus the proposed source's contribution to deposition plus the contribution from other sources permitted but not yet operating minus credit for enforceable emission reductions equals the future total deposition rate.

Current + Proposed + Permitted (not yet operating) – credit for enforceable reductions = Future Total Deposition

This future total deposition rate for a given pollutant can then be used to determine the potential for adverse effects to AQRVs. If appropriate, the change in deposition rate can be used to estimate changes in pH or ANC in an ecosystem. If the future total deposition rate is expected to cause an adverse effect to AQRVs and/or exceeds the critical load established for a FLM area, the FLM may recommend mitigation. If no critical load has been established for the FLM area, the FLM will use the best information available in determining whether to recommend mitigation.

## 3.5.7. Summary (Revised)

• Deposition of S and N has the potential to affect terrestrial, freshwater, and estuarine ecosystems on FLM lands.

• The FLM has identified, where possible, AQRVs sensitive to deposition of S and N on FLM lands and the critical loads associated with those AQRVs.

• A proponent of a source of new emissions with the potential to contribute to S or N deposition in an FLM area should consult with the FLM to determine what analyses are needed to assess AQRV effects. The FLM may request a deposition impact analysis, described in detail in this chapter and summarized below.

- Estimate the current deposition rate to the FLM area. A list of monitoring sites providing data to characterize deposition in FLM areas is included on the respective Agencies web sites.

- Estimate the future deposition rate by adding the existing rate, the new emissions' contribution to deposition, the contribution of sources permitted but not yet operating, and then subtracting the credit for enforceable emission reductions. Modeling of new, reduced, and permitted but not yet operating emissions' contribution to deposition should be conducted following current EPA modeling guidance.

- Compare the future deposition rate with the recommended screening criteria (e.g., critical load, concern threshold, or screening level value) for the affected FLM area. A list of documents summarizing these screening criteria, where available, can be found in Appendix G.

Information for USFS Class I areas is also available at:

http://www.fs.fed.us/air

Information for NPS and FWS Class I areas is available at:

http://www.nature.nps.gov/air/Permits/ARIS/

Information for FWS Class I areas is under development at:

http://www.fws.gov/refuges/whm/AirQuality/index.html

The appropriate FLM should be contacted for additional information.

## 3.5.8. Web sites for Deposition and Related Information (Revised)

Clean Air Status and Trends Network (CASTNet) dry deposition data:

- http://www.epa.gov/castnet

National Acid Precipitation Assessment Program 2005 Report:

- http://www.esrl.noaa.gov/csd/AQRS/reports/napapreport05.pdf

BLM_0051636

National Atmospheric Deposition Program (NADP) wet deposition data:

- http://nadp.sws.uiuc.edu/

National Park Service Airweb:

- http://www.nature.nps.gov/air/

Natural Resources Conservation Service, Snow Water Equivalent Information (SNOTEL):

- http://www.wcc.nrcs.usda.gov/snow

Southern Appalachian Mountain Initiative:

- http://www.tva.gov/sami

USDA Forest Service National Air Resource Management Web Site:

- http://www.fs.fed.us/air/

EPA Office of Air and Radiation:

- http://www.epa.gov/oar

EPA, Deposition to Estuaries:

- http://epa.gov/owow/airdeposition/

EPA, STOrage and RETrieval System for Water and Biological Monitoring Data (STORET):

- http://www.epa.gov/storet

U.S. Fish and Wildlife Service Air Quality Branch:

- http://www.fws.gov/refuges/whm/AirQuality/index.html

U.S. Geological Survey, National Water-Quality Assessment (NAWQA) Program:

- http://water.usgs.gov/nawqa

U.S. Geological Survey, Acid Rain Program:

- http://bqs.usgs.gov/acidrain

U.S. Geological Survey, Water Data Storage and Retrieval System (WATSTORE):

- http://water.usgs.gov/owq/data.html

BLM_0051637

# 4. Expansion of Discussion of Process for Adverse Impact Determination (New Chapter)

Based on feedback from permit applicants and State permitting authorities, the Agencies are providing a more detailed description of the adverse impact decision making process once a source analysis has raised concerns during a first-level and any subsequent analyses.

If the first-level analysis yields impacts above the defined threshold(s), the applicant may propose to address preliminary FLM concerns directly through proposed emission reductions for the project, or through implementation of other measures to mitigate emission impacts. Alternatively, the applicant may undertake a more refined analysis to potentially alleviate preliminary concerns. Of course, this refined analysis should occur in a time-frame that enables permitting authorities to adhere to their regulatory guidelines.

Additional emission reductions, mitigation proposals, or more refined analysis are not legal requirements. They are options that can be utilized to help alleviate preliminary FLM concerns about emission impacts on Class I areas. Permit applicants can request that FLMs conduct their evaluation based on information provided in the application.



**Seney National Wildlife Refuge, Michigan.**
Credit: Atlee Hart

## 4.1. Background

The FLAG visibility thresholds have been interpreted by some as a one-dimensional or bright line test that inevitably leads to an adverse impact determination. This, however, is not the intent; these screening-levels were envisioned as a "visibility analysis threshold" similar to the newer deposition analysis thresholds (DATs) discussed above for sulfur and nitrogen deposition.

The Agencies want to emphasize that the FLAG report provides criteria as to when the FLMs will definitively not object to, or declare an adverse impact for, a proposed new source. FLAG assures an applicant that, if they conduct their analyses correctly and demonstrate that change in extinction or deposition falls below the specified thresholds, the FLMs will not raise concerns regarding the project. However, the converse does not necessarily apply — a FLAG threshold exceedance does not mean the FLM will certainly find that a project will adversely affect air quality related values. If a threshold is exceeded, the FLMs will consider the factors discussed below and make a project-specific determination as to whether or not the impacts are adverse.

## 4.2. Regulatory Factors

According to the EPA definition of "adverse impact on visibility," the FLM must determine whether the proposed source's predicted impact "interferes with the management, protection, preservation, or enjoyment of the visitor's visual experience" taking into account the "geographic extent, intensity, duration, frequency and time of visibility impairments, and how these factors correlate with (1) times of visitor use of the Federal Class I area, and (2) the frequency and timing of natural conditions that reduce visibility." (40 C.F.R. §51.301).

Considering the regulatory factors is inherent in the first-level modeling exercise. The model describes the geographic area predicted to be impacted. The visibility extinction values describe the intensity of the impact. Similarly, the model provides some level of assessment regarding duration, frequency, and time of impact. A more refined modeling analysis should further inform consideration of these factors. Regarding how these factors correlate with visitor use, the responsibilities of the Agencies include protecting the resources for all visitors. Visitor data show that nearly all Class I areas have some level of visitation each month. Regarding correlation with the frequency and timing of natural conditions that reduce visibility, the first-level modeling analysis will not provide this information directly, but, by using the percentile approach and monthly relative

BLM_0051638

humidity values, the Agencies have attempted to provide a reasonable approach to addressing weather impacts.

Similarly, if the sulfur or nitrogen DAT is exceeded, or if high ozone levels are anticipated, the FLMs should determine if those impacts would adversely affect sensitive AQRVs. This adverse impact determination should be made on a project-specific basis and will be largely driven by management objectives for the area.

## 4.3.  Contextual Considerations

The Agencies recognize that the context within which new source permitting occurs is shifting. Many older major stationary sources will be installing pollution controls over the next 10 to 15 years (e.g., in response to the Regional Haze Rule). New motor vehicle emission and fuel standards will reduce tailpipe pollution from mobile sources gradually, but significantly, over a similar time frame. States are developing visibility protection plans that ensure "reasonable progress" toward natural conditions, pursuant to the EPA's Regional Haze Rule. These plans will be reviewed and revised every five to ten years, and thus provide a mechanism for revisiting sources as better technology becomes available or as otherwise needed to maintain progress toward visibility goals. The location and effect of pending pollution control programs on specific Class I areas remains somewhat uncertain; however, the Agencies recognize and appreciate that significant emission reductions are anticipated, especially in the eastern U.S.

As part of the discussions with permitting authorities or permit applicants when screening level thresholds are exceeded, the Agencies will consider contextual information, including, for example:

- Current pollutant concentrations and AQRV impacts in the Class I area
- Air quality trends in the Class I area
- Emission changes that have occurred or would occur (i.e., enforceable) by the time the new source begins operation
- Whether there are approved SIPs that account for new source growth and demonstrate attainment of national ambient air quality standards and "reasonable progress" toward visibility goals
- The expected useful life of the source
- The stringency of the emission limits (e.g., Best Available Control Technology)
- Other considerations such as options put forth by the applicant that would produce ancillary environmental benefits to AQRVs (e.g., reductions in toxic air contaminants, pollution prevention investments)
- Comments received from the public or other agencies during the comment period prior to issuing the permit.

## 4.4.  Preliminary Adverse Impact Concerns

After considering the regulatory factors and contextual considerations listed above, the Agencies, in consultation with the FLM, will evaluate, on a project-specific basis, whether the evidence supports a finding that the new source would possibly cause or contribute to an adverse impact on air quality related values. If so, the Agencies will notify the permit applicant and the permitting agency and provide the permit applicant the opportunity to consider mitigation strategies that will alleviate the potential adverse impact concerns. These strategies may include:

- Obtaining emission offsets for pollutants that cause or contribute to the potential adverse impacts on Class I area resources;
- Reducing emission rates through more stringent pollution control technology or operational or design changes; and
- Monitoring or special studies that increase understanding of how Class I area resources or visitors are affected by air pollution, which may serve as a basis for revisiting permit conditions in future years. (Note: monitoring and study alone does not constitute mitigation.)

Again, proposing any such mitigation strategy is voluntary. Nevertheless, if the FLMs deem a proposed mitigation strategy as adequate to protect AQRVs, and the mitigation strategy is made enforceable via the PSD permit or some other mechanism, the FLM will not make an adverse impact finding with respect to the issues addressed by the mitigation strategy.

## 4.5.  Adverse Impact Determination

If an applicant is unable or unwilling to implement an appropriate mitigation strategy to alleviate potential adverse impact concerns, the FLM will determine whether or not the potential impacts of the project as proposed should be formally deemed adverse to air quality related values in the affected Class I areas. If the FLM concludes that there are potential adverse impacts, he will inform the permitting authority of this decision.

Historically, the FLMs have made adverse impact findings for less that one percent of the permit applications that the Agencies review. In those rare cases, the FLMs will strive to provide the permitting authority with an ample technical and policy/management-related foundation, including a discussion of the analysis results and the regulatory and contextual factors discussed above. The FLMs' ability to provide this foundation will depend on the completeness and adequacy of information provided by the permit applicant. Where information is lacking, or uncertain, the FLMs will err on the side of protecting air quality related values.

BLM_0051639



**Denali National Park and Preserve, Alaska.**
Credit: National Park Service/Trey Simmons.

# 5. Future FLAG Work

## 5.1. Implementing FLAG Recommendations (Revised)

FLAG participants believe that the recommendations in this revised document should be implemented as soon as possible. Therefore, an attempt has been made to present thorough and clear information on the processes that will be used to protect and improve AQRVs in FLM areas.

Many of the issues and recommendations discussed herein are complex and require specialized knowledge. Consequently, State agencies and others who intend to use this information in NSR/PSD permitting, land planning and use, and other activities, may want or require further guidance and implementation assistance. The Agencies anticipate that much of this guidance and assistance will be provided locally through established formal and informal links between FLMs, States, EPA and others. For example, the Agencies intend to provide further information through their respective web sites, and through participating in related training sessions and/or workshops.

## 5.2. Phase I Updates (Revised)

This revised *FLAG Phase I Report* is intended to clearly state FLM positions regarding NSR/PSD as it currently exists. As the FLMs learn more about how to better assess the health and status of AQRVs, and as EPA produces new modeling tools, the FLAG report may be revised again. Any such revisions to the report will be announced on the Agencies' web sites.

## 5.3. Phase II Tasks (Revised)

FLAG Phase I focused on issues that could be resolved relatively quickly, without extensive research or the collection of new data. The FLMs envisioned a Phase II that would address the more complex issues and concerns, including those that may require additional data collection. Unfortunately, lack of available resources has prevented the Agencies from embarking on a formal FLAG Phase II process. Nevertheless, the Agencies continue to gather effects-based information as part of their ongoing resource protection responsibilities. The new information gathered since FLAG 2000 is reflected in this revision. As the Agencies generate additional data or information, they will make that available to interested parties via their respective web sites.

BLM_0051640

# Appendix A: Glossary

The list below contains definitions for some of the terms used in the *FLAG Phase I Report*. These terms are defined in the sense that they relate to the work of the Federal Land Managers (FLMs) in protecting air resources.

For terms whose definition is lengthy or complex, the associated *Code of Federal Regulations* (CFR) section or other reference is cited.

**Air Quality Related Value (AQRV).** A resource, as identified by the FLM for one or more Federal areas, that may be adversely affected by a change in air quality. The resource may include visibility or a specific scenic, cultural, physical, biological, ecological, or recreational resource identified by the FLM for a particular area.

**Adverse Impact on an AQRV.** An unacceptable effect, as identified by an FLM, that results from current, or would result from predicted, deterioration of air quality in a Federal Class I or Class II area. A determination of unacceptable effect shall be made on a case-by-case basis for each area taking into account existing air quality conditions. It should be based on a demonstration that the current or predicted deterioration of air quality will cause or contribute to a diminishment of the area's national significance, impairment of the structure and functioning of the area's ecosystem, or impairment of the quality of the visitor experience in the area.

**Adverse Impact on Visibility.** Visibility impairment which interferes with the management, protection, preservation, or enjoyment of a visitor's visual experience of a Federal Class I or Class II area. This determination must be made on a case-by-case basis taking into account the geographic extent, intensity, duration, frequency and time of visibility impairments, and how these factors correlate with (1) times of visitor use of the Class I area, and (2) the frequency and timing of natural conditions that reduce visibility. This term does not include effects on integral vistas. [40 CFR §51.301(a)]

**Absorption.** The process by which incident light is removed from the atmosphere and retained by a particle.

**Absorption Coefficient.** A number that is proportional to the "amount" of light removed from a sight path by absorption per unit distance.

**Acidification.** The decrease of acid neutralizing capacity in water or base saturation in soil caused by natural or anthropogenic processes.

**Aerosol.** A mixture of microscopic solid or liquid particles in a gaseous medium. Smoke, haze, and fog are aerosol examples.

**Airshed.** A geographic area that, because of topography, meteorology, and/or climate, is frequently affected by the same air mass.

**AOT40.** Sum of all hourly average concentrations after subtracting 40 ppb from each hourly value.

**BACT (Best Available Control Technology).** The control level (or control measures) required for sources subject to PSD. (See 40 CFR §52.21(b)(12), or 40 CFR §51.166(b)(12)).

**Class I Area.** As defined in the Clean Air Act, the following areas that were in existence as of August 7, 1977: national parks over 6,000 acres, national wilderness areas and national memorial parks over 5,000 acres, and international parks.

**Critical Load.** The quantitative estimate of an exposure to one or more pollutants below which significant harmful effects on specified sensitive elements of the environment do not occur according to present knowledge.

**Cumulative.** The impact on an AQRV resulting from the total pollutant loading from all sources including the contributing effects of known and reasonably foreseeable new and modified sources of air pollution. A single source may cause individually minor, but cumulatively significant, effects on AQRVs.

**Damage.** Any reduction in the intended use or value of a biological or physical resource. For example, economic production, ecological structure or function, aesthetic value, or biological or genetic diversity that may be altered by a pollutant.

**Deposition Analysis Threshold.** A screening threshold developed by NPS and FWS that defines the additional amount of nitrogen or sulfur deposition within an FLM area, below which estimated impacts from a proposed new or modified source are considered negligible.

**Emission Offset.** A Federally enforceable reduction in emissions from an existing source that mitigates the impacts of a proposed new or modified source on AQRVs, PSD increments, and/or NAAQS. Also, Federally enforceable reductions in actual emissions from existing sources in a nonattainment area such that the total allowable emissions from a new or modified source and existing sources will be sufficiently less than the total emissions from existing sources before the application for a permit to construct so as to represent reasonable further progress towards attainment of the NAAQS. (See 42 U.S.C. § 7503(a)(1)(A))

**Extinction.** The attenuation of light due to scattering and absorption as it passes through a medium.

**Fugitive Emissions.** Emissions which do not pass through a stack, chimney, vent, or other functionally equivalent opening.

BLM_0051641

**Federal Land Manager (FLM)**. The Secretary of the Department with authority over such lands. [40 CFR §51.166(b)(24)] The FLM for the Department of the Interior has been delegated to the Assistant Secretary for Fish and Wildlife and Parks; the FLM for the Department of Agriculture has been delegated to the Forest Service, and has been redelegated to the Regional Forester or individual Forest Supervisor.

**Flux.** Gaseous uptake into plant tissue.

**Green Line.** The total pollutant loading (contributions from existing and proposed sources) below which there is a very high degree of certainty that no AQRV will be adversely affected.

**Haze.** An atmospheric aerosol of sufficient concentration to be visible. The particles are so small that they cannot be seen individually, but are still effective attenuating light and reducing visual range.

**Hydrocarbons.** Compounds containing only hydrogen and carbon. Examples: methane, benzene, and decane.

**Hygroscopic.** Readily absorbing moisture, as from the atmosphere.

**Injury.** Any physical or biological response to pollutants, such as a change in metabolism, reduced photosynthesis, leaf necrosis, premature leaf drop, or chlorosis.

**LAER (Lowest Achievable Emissions Rate.** The control level required of a source subject to nonattainment review. (See 40 CFR §51.165(a)(1)(xiii))

**Limit of Acceptable Change**. The amount of change that could occur without significantly altering an AQRV or sensitive receptor.

**Micrometer.** A unit of length equal to one millionth of a meter; the unit of measure for particle size.

**Mie Theory.** A complex mathematical model that allows the computation of the amount of energy (light) scattered by spherical particles.

**N100.** Number of hourly average concentrations ≥100 ppb.

**Natural Conditions.** Conditions substantially unaltered by humans or human activities. As applied in the context of visibility, natural conditions include naturally occurring phenomena that reduce visibility as measured in terms of light extinction, visual range, contrast, or coloration.

**Natural Visibility Conditions.** Visibility conditions attributable to Rayleigh scattering and aerosol associated with natural processes.

**Nephelometer.** An instrument that measures the amount of light scattered.

**Nitrates.** Those gases and aerosols that have origins in the gas-to-aerosol conversion of nitrogen oxides, e.g., $NO_2$; of primary interest are nitric acid and ammonium nitrate. Ammonium nitrate is very hygroscopic so its contribution to visibility impairment is magnified in the presence of water vapor.

**Nitrogen Dioxide ($NO_2$).** A gas consisting of one nitrogen and two oxygen atoms  It absorbs blue light and therefore has a reddish-brown color associated with it.

**Nonattainment Area.** An area designated by the EPA Administrator pursuant to Section 107(d) of the Clean Air Act as having air quality which does not meet one or more National Ambient Air Quality Standard (NAAQS). For a list of nonattainment areas, see 40 CFR Part 81, Subpart C.

**Oxidant Stipple**. Small brown or black interveinal necrotic lesions on the adaxial surface of leaf tissue that can be attributed to exposure to ozone.

**Phytotoxic.** Poisonous to plants.

**Post-Construction Monitoring.** Monitoring required as a permit condition that the permitting authority considers necessary to determine the effect emissions from a stationary source may have, or are having, on the air quality or on the AQRVs of an area. Such monitoring includes both "ambient" monitoring and "AQRV" monitoring and may involve short-term and long-term measurements made at locations representative of the greatest expected impacts.

**PSD Increments.** The maximum increases in ambient pollution concentrations allowed over baselines concentrations. See 40 CFR §51.166 (c) for increments for specific pollutants.

**RACT (Reasonable Available Control Technology).** The lowest emissions limit that a particular source can meet by the application of control technology that is reasonably available considering technological and economic feasibility.

**Rayleigh Scattering.** The scattering of light by particles much smaller than the wavelength of the light, e.g., molecular scattering in the natural atmosphere.

**Reconstructed Extinction.** Extinction estimate that results from summing up the product of the mass of each measured particle species and the appropriate absorption or extinction coefficient.

**Red Line.** The total pollutant loading (contributions from existing and proposed sources) at which there is a very high degree of certainty that at least one AQRV will be adversely affected.

BLM_0051642

**Regional Haze Visibility Impairment.** Any humanly perceptible change in visibility (light extinction, visual range, contrast, coloration) from that which would have existed under natural conditions, caused predominantly by a combination of many sources from, and occurring over, a wide geographic area.

**Re-opener.** A permit condition that requires the permitting authority, at a specified time after permit issuance, to review and revise, if necessary, the permit based on new information such as the findings from post-construction monitoring, updated emissions inventories, updated modeling, research, or information on air pollution effects to terrestrial, aquatic, and visibility resources.

**Scattering.** An interaction of a light with an object (e.g., a fine particle) that causes the light to be redirected in its path.

**Scattering Coefficient.** Measure of the ability of particles to scatter light; measured in number proportional to the "amount" of light scattered per unit distance.

**Screening Level or Screening Level Value (SLV).** The concentration or dose of air pollution below which estimated impacts from a proposed new or modified source are considered insignificant. The SLV is dependent on existing air quality and on the condition of the AQRV of concern.

**Sensitive Receptor.** The AQRV, or part thereof, that is the most responsive to, or the most easily affected by the type of air pollution in question. For example, at Great Smoky Mountains National Park, spruce-fir forest is a sensitive receptor of the AQRV flora.

**Sensitive Receptor Indicator.** A measurable physical, chemical, biological, or social (e.g., odor) characteristic of a sensitive receptor. For example, for the sensitive receptor, Crater Lake, water clarity is a sensitive receptor indicator.

**Stationary Source.** A source of pollution that is well defined, such as the smokestack of a coal-fired power plant or smelter.

**Sulfates.** Those aerosols that have origins in the gas-to-aerosol conversion of sulfur dioxide; of primary interest are sulfuric acid and ammonium sulfate. Sulfuric acid and ammonium sulfate are very hygroscopic so their contribution to visibility impairment is magnified in the presence of water vapor.

**Sulfur Dioxide ($SO_2$).** A gas consisting of one sulfur and two oxygen atoms. Of interest because sulfur dioxide converts to an aerosol.

**SUM00.** The sum of all hourly average concentrations above 0 ppb.

**SUM06.** The sum of all hourly average concentrations at or above 60 ppb.

**Target Load.** The acceptable concentration or dose of an air pollutant that provides a reasonable margin of safety below the critical load. The target load should be achievable under existing conditions.

**Transmissometer.** An instrument that measures the amount of light extinction over a fixed, specified path length.

**Visibility Impairment.** Any humanly perceptible change in visibility (visual range, contrast, coloration) from that which would have existed under natural conditions. [40 CFR §51.301(x)]

**Visual Range.** The distance at which a large black object would just disappear from view.

**Volatile Organic Compound (VOC).** Any compound of carbon, except those excluded by EPA that participates in atmospheric photochemical reactions. (See 40 CFR §51.100(s))

**W126.** An ozone index that multiplies each specific concentration by a sigmoidal weighted function, then sums all values. $Wi = 1/[1 + Me^{-(A \times Ci)}]$, where M and A are constants 4403 and 126 $ppm^{-1}$, respectively, $w_i$ is the weighting factor for $c_i$, and $c_i$ is concentration in ppm.

BLM_0051643

# Appendix B: Legal Framework for Managing Air Quality and Air Quality Effects on Federal Lands

## Introduction

The regulation of air pollution sources has clearly been delegated to EPA, and as applicable, the States. However, Federal Land Managers (FLMs) have the responsibility to protect the particular values of the lands over which they have jurisdiction, to the extent they have been delegated the authority, from the adverse impacts of activities inside and outside these areas.

This Appendix sets out the basic legal authorities and responsibilities with which the FLMs comprising FLAG must comply, in addition to those authorities which they can utilize to protect AQRVs on public lands.

For the purposes of this Appendix only, the term "public lands" is defined to include units of the National Park, National Wildlife Refuge, and National Forest Systems.

## Agency Organic Acts

### Department of the Interior: National Park Service (NPS):

This Organic Act is very specific in that it mandates national park unit managers:

[T]o conserve the scenery and the natural and historic objects and wild life therein and to provide for the enjoyment of the same in such manner and by such means as will leave them unimpaired for the enjoyment of future generations.

16 U.S.C. §1(1997); and

[T]he authorization of activities shall be construed and the protection, management, and administration of these areas shall be conducted in light of the high public value and integrity of the National Park System and shall not be exercised in derogation of the values and purposes for which these various areas have been established, except as may have been or shall be directly and specifically provided for by Congress.

16 U.S.C. § 1a-1 (1997)

### Department of the Interior: Fish and Wildlife Service (FWS):

With respect to National Wildlife Refuge System lands (Refuge System lands under the jurisdiction of the United States Fish and Wildlife Service (FWS)), FWS managers are required to manage Refuge System lands so to:

[E]nsure that the biological integrity, diversity, and environmental health of the System are maintained for the benefit of present and future generations of Americans.

16 U.S.C. §668dd(a)(4)(B)(1997)

### Department of Agriculture: Forest Service (Forest Service)

National Forest System lands are defined as:

[A]ll National Forests reserved or withdrawn from the public domain of the United States, all national forests acquired through purchase, exchange, donation, or other means, all national grasslands and land utilization projects...and all lands waters, and other interests administered by the Forest Service.

16 U.S.C. §1609(a)(1997)

The Forest Service's Organic Administration Act of 1897 directs the Secretary of Agriculture to:

[M]ake provisions for the protection against destruction by fire and depredations upon the public forests and national forests...

16 U.S.C. Sec. §551(1997)

The National Forest units are managed consistent with Land and Resource Management Plans (LRMPs) under the provisions of the National Forest Management Act (NFMA). 16 §U.S.C. 1604 (1997). Any measures addressing AQRVs on National Forest System lands will be implemented through, and be consistent with, the provisions of an applicable LRMP or its revision (16 U.S.C. §1604(i)).

The Secretary of Agriculture is required by law to prepare a Renewable Resource Assessment by 1979, and every 10 years thereafter. By law this Assessment is required to address:

- A description of Forest Service programs in research, cooperative programs and management of the National Forest System, their relationships, and the relationships of these programs and responsibilities to public and private activities; and

- An analysis of the potential effects of global climate change on the condition of renewable resources on the Forests and rangelands of the United States; and

- An analysis of the rural and urban forestry opportunities to mitigate the buildup of atmospheric carbon dioxide and reduce the risk of global climate change.

16 U.S.C. §1601(a) (1997)

In addition, the Secretary of Agriculture is required to prepare and transmit to the President, a Renewable Resource Program (the Program) every 5 years. This Program must include program recommendations which recognize the fundamental need to protect, and where appropriate,

BLM_0051644

improve the quality of ... air resources. 16 U.S.C. §1602(5)(C).

The Forest Service's implementing regulations for NFMA are found at 36 C.F.R. §219 et seq. LRMPs are, in part, specifically based on:

[R]ecognition that the National Forests are ecosystems and their management for goods and services requires an awareness and consideration of the interrelationships among plants, animals, soil, water, air, and other environmental factors within such ecosystems.

36 C.F.R. §219.1(b)(3)

## The Wilderness Act. 16 U.S.C. §1131 (1997)

AQRVs in Wilderness areas may receive further protection by the language of the Wilderness Act itself which states:

Wilderness areas... shall be administered for the use of the American people in such a manner as will leave them unimpaired for future use and enjoyment as wilderness .... (16 U.S.C. Sec. §1131).

For Wilderness Areas in the National Forest System, the Act's implementing regulations are found at 36 C.F.R. §293. These Wilderness Areas shall be administered:

...[For] such other purposes for which it may have been established in such a manner as to preserve and protect [their] wilderness character. In carrying out such purposes, National Forest Wilderness resources shall be managed to promote, perpetuate, and, where necessary, restore the wilderness character of the land...

36 C.F.R. §293.2 (1997)

## The Clean Air Act, 42 U.S.C. §7401 et seq.

Because of a perceived need for national and regional air quality research to support State programs, Congress passed its first federal air quality initiative in 1955. (Air Pollution Control Act of 1955, Ch. 360, 69 Stat. 322). In response to increasing harm to public health and welfare and to inadequate controls and enforcement, Congress has slowly but steadily expanded and refined the law, now known as the Clean Air Act (CAA), to cover more types of pollutants and emitters; e.g., stationary and mobile sources of pollution. These efforts have culminated in the 1990 Amendments to the CAA, which represent the most comprehensive and detailed set of measures to date to both prevent and curtail air pollution.

The declaration of purpose, as revised in 1990 states in part:

The purposes of this subchapter are: to protect and enhance the quality of the Nation's air resources so as to promote the public health and welfare and the productive capacity of its population.

42 U.S.C. § 7401(b)(1); and

A primary goal of this Act is to encourage or otherwise promote reasonable Federal, State, and local government actions, consistent with the provisions of this Act, for pollution prevention.

42 U.S.C. §7401(c)

The CAA provides an additional legal framework for FLMs to preserve and protect AQRVs from pollution sources emanating both within and outside National Park, Forest, and Refuge boundaries.

## National Ambient Air Quality Standards (NAAQS) and State Implementation Plans (SIPs):

The CAA establishes a regulatory program with the goal of achieving and maintaining "national ambient air quality standards" (NAAQS) through state or, if necessary, federal implementation plans (SIPs or FIPs).[1]

The U.S. Environmental Protection Agency (EPA) is charged with promulgating:

- "primary" NAAQS for "criteria" pollutants "to protect the public health," allowing an adequate margin of safety;" and

- "secondary" NAAQS "to protect the public welfare from any known or anticipated adverse effects associated with the presence of such air pollutant in the ambient air."[2]

The above secondary standards may help protect public land AQRVs.[3] To date, EPA has promulgated NAAQS for six criteria pollutants: sulfur dioxide, particulate matter, nitrogen dioxide, carbon monoxide, ozone and lead. In 2006, EPA issued revised, and more stringent NAAQS for "fine particulate matter." In 2008 EPA revised the ozone standard, to address human health and welfare concerns. In 2010, EPA promulgated one-hour standards for nitrogen dioxide and sulfur dioxide. However, EPA openly acknowledged that these revised NAAQS were not fully adequate to protect the above "secondary" values, in particular those sensitive AQRVs on public lands. EPA proposed further revisions to the primary and secondary ozone standards in January 2010 and is currently developing a proposal for secondary $NO_x$ and $SO_x$ standards that are intended to address aquatic acidification due to acid deposition.

## Prevention of Significant Deterioration (PSD):

The CAA, as amended in 1977, includes the following major purposes regarding the "prevention of significant deterioration" (PSD) provisions:

[T]o protect public health and welfare from any actual or potential adverse effect . . . from air pollution . . .

BLM_0051645

notwithstanding attainment and maintenance of all national ambient air quality standards.

42 U.S.C. § 7470(1)

[T]o preserve, protect, and enhance the air quality in national parks, national wilderness areas, national monuments, national seashores, and other areas of special national or regional natural, recreational, scenic, or historic value.

42 U.S.C. §7470(2)

The PSD section provides some protection for park and wilderness AQRVs through establishment of ceilings on additional amounts of air pollution over baseline levels in clean air areas (increments). It requires EPA or the State to provide to the FLM notice of any proposed major emitting facility[1] whose emissions may affect a Class I area (42 U.S.C. §7475(d)(2)(A), and also by charging:

[T]he Federal Land Manager[1] and the Federal official charged with direct responsibility for management of such lands with "an affirmative responsibility to protect the air quality related values (including visibility) of any such lands within a class I area and to consider, in consultation with the Administrator, whether a proposed major emitting facility will have an adverse impact on such values.

42 U.S.C. §7475(d)(2)(B).

Class I areas include national parks larger than 6,000 acres and national wilderness areas and national memorial parks which exceed 5,000 acres, in existence on August 7, 1977. The 1990 Amendments provided that subsequent additions to the boundaries of such areas are also Class I areas. Currently, 48 areas in the National Park system, 21 Refuge System units, and 88 areas under the administration of the Forest Service are designated as Class I.

Under the PSD provisions and implementing regulations (40 C.F.R. §51.166(p)), for Class I areas, once baseline concentrations come under review by submission of a PSD preconstruction permit application for a major new or modified emissions source, only the smallest increment of certain pollutants — sulfur dioxide, nitrogen oxide and particulate matter — may be added to the air by the proposed new source, and other "increment consuming" sources.

Under the PSD provisions a FLM has several tools he/she may use to protect AQRVs.

A state may not issue a PSD permit to allow construction or modification of a major emitting facility when the applicable Federal Land Manager files a notice alleging that the facility may cause or contribute to a change in the Class I area's air quality and by identifying the potential adverse impact of such a change, unless:

The facility owner demonstrates that the facility's emissions of particulate matter, sulfur dioxide, and nitrogen oxides will not cause or contribute to concentrations which will exceed the maximum allowable increases for that Class I area.

42 U.S.C. §7475(d)(2)(C)(i)(paraphrased) and 42 U.S.C. §7476.

Even if no increment violation is predicted,

[T]he state may not issue a PSD permit, if the Federal Land Manager demonstrates to the satisfaction of the State that the emissions from such facility will have an adverse impact on the air quality-related values (including visibility) of Class I lands.

42 U.S.C. §7475(d)(2)(C)(ii)(paraphrased)

Neither the CAA nor the implementing regulations specify criteria for the FLM to "satisfy" state permitting agencies. Consequently, some states have taken a liberal view of their discretion to reject an FLM's adverse impact determination. However, EPA's Environmental Appeals Board (the Board) has ruled that state discretion in rejecting a FLM's finding of adverse impacts is not "unfettered" (see the Board's decisions regarding the permit appeals for the Old Dominion Electric Cooperative and Hadson Power projects in Virginia). Nevertheless, the appropriate role of the FLM in the PSD permit process was addressed in EPA's 1996 proposed New Source Review Reform regulations. The final regulations have not yet been promulgated.

## Visibility Protection. Subpart II, 42 U.S.C. §7491 et seq. (1997)

The Visibility portion of the CAA:

"... [D]eclares as a national goal the prevention of any future, and the remedying of any existing, impairment of visibility in mandatory class I Federal areas which impairment results from man made air pollution."

42 U.S.C. §7491(a)(1).

To help carry out this goal, the Secretaries of the Interior and Agriculture are charged with identifying Class I areas where visibility is an important value. EPA is charged with reporting to Congress on methods to implement the national goal and with promulgating regulations to ensure reasonable progress toward meeting the goal.

In 1980, EPA issued enforceable regulations for visibility impairment "reasonably attributable" to a specific source or small group of sources. In particular, major stationary sources emitting any pollutant which may "reasonably be anticipated to cause or contribute to any impairment of visibility" is required to install best available retrofit technology (BART). In addition, in April 1999 EPA promulgated final regulations addressing regional haze.

BLM_0051646

The regional haze rule protects air quality in Class I areas by requiring States to plan to achieve "natural" visibility conditions over a 60-year time frame.

The 1990 Amendments added a new section on visibility, which authorizes EPA in conjunction with NPS and other federal agencies, to conduct visibility research and to evaluate clean air corridors and emissions sources and source regions causing visibility impairment in Class I areas. In this regard, EPA was required to establish the Grand Canyon Visibility Transport Commission (GCVTC) by 1991 and consider the recommendations GCVTC would make (42 U.S.C. §7492(f). NPS, FS, FWS, and BLM played a vital role in the work of the GCVTC and committees in an effort to improve air quality in the Grand Canyon and other parks and wilderness areas in the "Golden Circle" on the Colorado Plateau.

As part of the visibility protection process, states are required to promulgate a plan to prevent any future, and remedy any existing impairment of visibility in Class I areas... 40 C.F.R. §51.300 (1997). EPA has defined "visibility impairment" as:

[A]ny humanly perceptible change in visibility (visual range, contrast, coloration) from that which would have existed under natural conditions.

40 C.F.R. §51.301(x)(1997).7

However, EPA has promulgated its visibility regulations to allow FLMs to use their existing authorities to address "visibility impairment" (rather than "significant impairment") so that "the affected Federal Land Manager may certify to the State, at any time, that there exists impairment of visibility in any mandatory Class I Federal area." 40 C.F.R. §51.302(c).

## Nonattainment Areas, 42 U.S.C. §7501 et seq.:

Areas that have failed to meet NAAQS for one or more criteria pollutants are designated as "nonattainment" areas. Under the 1990 Amendments, Congress provides for further classification of nonattainment areas based on severity of the nonattainment and availability and feasibility of appropriate pollution control measures and for a compliance schedule ranging from 1993 in marginal nonattainment areas to 2010 for Los Angeles.

The 1990 Amendments authorize EPA to issue control technique guidance documents (CTGs) covering a variety of topics, such as control of idling vehicles and voluntary removal of pre-1980 model year light duty vehicles (cash for clunker programs). (42 U.S.C. §7408.) EPA is authorized to issue CTGs, in lieu of regulations, to reduce "volatile organic compounds" (VOC) emissions from any consumer or commercial product. (42 U.S.C. §7511b.)

Proposed new or modified major stationary sources within nonattainment areas are required to meet emissions limits based on "lowest achievable emission rate" technology (LAER) and may be constructed only if their emissions are sufficiently offset by reductions in emissions from other sources. The 1990 Amendments also require analysis of alternative sites, sizes, production processes, and control techniques and a finding that the benefits of the source outweigh its environmental and social costs. (42 U.S.C. §7501-15.)

### General

CAA Subchapter III 42 U.S.C. §7601 et seq. contains definitions, requirements for reports to Congress, authorizations for appropriations, and procedures for EPA rule making and judicial review. Citizen suits are authorized: 1) against EPA for failure to perform a nondiscretionary duty under the CAA, or 2) against others for alleged violations of an emission limitation, standard, or order. (42 U.S.C. §7601 et seq.)

### Acid Deposition

The 1990 Amendments add Title IV, which contains requirements for electric utilities to reduce emissions associated with acid rain. To reduce the adverse effects of acid deposition, Title IV requires a reduction in annual emissions of sulfur dioxide of ten million tons from 1980 emission levels and a reduction of nitrogen oxides emissions of approximately two million tons from 1980 emission levels, in the 48 contiguous states and the District of Columbia. (42 U.S.C. §7651.) The Title creates a system of market-based emission allowances, which can be traded among sources. See (42 U.S.C. §7651a-o.)

### Operating Permits

The 1990 Amendments add Subchapter V, 42 U.S.C. §7661 et seq., which establishes a nation-wide permit program for existing stationary sources. Permit requirements will include emission limitations. EPA may veto state permits, which do not comply with provisions of the CAA. (42 U.S.C. §7661a-f.)

### Conformity, 42 U.S.C. §7506 (1997)

(Paraphrased) No federal agency may engage in, support in any way,... license or permit, or otherwise approve any activity which does not conform to an approved state (or federal) implementation plan. Conformity shall be an affirmative responsibility of the head of each agency. Conformity means:

- Conforming to the SIP's purpose of eliminating or reducing the number of NAAQS violations;

- That any such activities will not:

    - Cause or contribute to new violations in any area; or

BLM_0051647

- Increase the frequency or severity of any existing standard violation...

EPA, in its "criteria and procedures" for implementing "conformity" has decided that only those activities that "a federal agency can practicably control, and will maintain control over due to a continuing program responsibility" are subject to same. 40 C.F.R. §93.152.

Although required to comply with the conformity provisions (42 U.S.C. §7618(1997)), the FLM cannot use these provisions to protect AQRVs from adverse impacts from off site sources.

## Impact on Federal Land Managers

The CAA reinforces the FLMs' Organic Act and Wilderness Act roles as protectors of AQRVs on public lands.

The CAA also imposes on FLMs an obligation to comply with the Act's many provisions regarding the abatement of air pollution to the same extent as any private person (42 U.S.C. §7418).

Thus, under various authorities, FLMs are responsible for protecting AQRVs within their respective unit boundaries and taking appropriate action to do so, when reviewing emission sources both within units, and in proximity to unit boundaries.

FLMs, under the CAA, have an affirmative responsibility for protecting AQRVs (including visibility) in reviewing proposed PSD permits. However, because of the uncertainty involved in "satisfying" State permitting agencies in the PSD process, and the appropriate delegated role for FLMs in non-PSD situations, the existing framework may provide an inadequate means for FLMs to protect AQRVs from adverse impacts caused by sources outside unit boundaries.

## Endnotes

1) Clean Air Act, 42 U.S.C. §7401-7671q (as amended 1990).

2) *Clean Air Deskbook*, The Environmental Law Reporter, Environmental Law Institute, 1992.

3) *Managing National Park System Resources: A Handbook on Legal Duties, Opportunities, and Tools*, Chap. 4 "The Clean Air Act" by Molly Ross at pp. 51-65, The Conservation Foundation, 1990.

4) *Atmospheric Environment* Vol. 27B, No. 1, "The 20-Year History of the Evolution of Air Pollution Control Legislation in the U.S.A." by Richard H. Schulze at pp. 15-25., 1993

5) Wilderness Act of 1964, 16 U.S.C. §1131 et seq, P.L. 577, 78 stat 890 as amended.

6) *The Principal Laws Relating to Forest Service Activities*, USDA - Forest Service ISBN 0-16-041927-1, 1993

7) Organic Administration Act of 1897, 16 U.S.C. §473-475, §477-482, §551.

BLM_0051648

# Appendix C: General Policy for Managing Air Quality Related Values in Class I Areas

Most Federal Land Manager (FLM) enabling legislation and regulations developed to implement Federal Laws do not directly address air quality, or air pollution effects on Parks or Wildernesses. They do, however, provide broad direction on what should be protected in Parks and Wildernesses (the earth and its community of life) and to what degree (preserve natural conditions or conserve resources unimpaired). Accordingly, FLMs have developed the following policies related to air quality and Class I areas:

1. Class I areas are not merely a commodity for human use and consumption. Park and Wilderness ecosystems have intrinsic values other than user/public concerns.

2. A principal objective of FLM management is to offer a natural user experience, rather than strictly an enjoyable one. The amount of enjoyment is purely a personal matter for the individual user to decide.

3. All Class I components are equally important; none is of lesser value than another.

4. A Class I component is important even if users of the area are unaware of its existence.

5. All life forms are equally important. For example, microorganisms are as essential as elk, wild flowers, or grizzly bears.

6. The goal of Class I management is to protect not only resources with immediate aesthetic appeal (i.e., sparkling clean streams) but also unseen ecological processes (such as natural biodiversity and gene pools).

7. The most sensitive Class I components are to be emphasized more than those of "average" or "normal" sensitivity. Sensitivity is generally determined by inertia (resistance to change), elasticity (how far the component can be stretched from its natural condition without being permanently modified), and resiliency (the number of times it can revert to its natural condition after experiencing human-caused change).

8. Each Class I component is important in itself; as well as in terms of how it interacts with other components of the ecosystem. That is, the individual parts of the Class I ecosystem are as significant as the sum of the parts.

9. The physical components of the ecosystem (for instance, lake chemistry) are as essential as its biological constituents (i.e., salamanders). That is, the earth is as essential as the community of life.

10. Class I components are to be protected from "human-caused change" rather than from "damage." Terms such as "damage" and "harm" are prejudicial, whereas "human-caused change" is value-neutral. (For example, deposits of nitrogen in a lake from nitrogen oxide, a common air pollutant, might result in more plant growth and larger fish. This would, however, be an unnatural - and therefore unacceptable - change in the aquatic ecosystem).

11. The goal of Class I management is to protect natural conditions, rather than the conditions when first monitored. That is, if initial monitoring in a Class I area identifies human-caused changes, appropriate actions should be taken to remedy them, in order to move towards a more natural condition.

12. The designation of a Park or Wilderness as Class I or II does not dictate the management goals for it; these are identified in the enabling legislation. The designation only determines which options are available to meet the goals. Class I Parks or Wildernesses, for instance, can be protected through AQRV analysis, whereas the protection of Class II Parks and Wildernesses can be achieved using BACT requirements.

13. The FLMs will do their best to manage and protect resources at every area that they administer.

14. Although monitoring is critical to many air resource management decisions, it must not interfere needlessly with Park or Wilderness. Where possible, the most intrusive monitoring and instrumentation should be conducted adjacent to the Class I area - if such areas adequately represent the area of concern.

BLM_0051649

# Appendix D: Best Available Control Technology (BACT) Analysis

Given the need to minimize emissions and their resulting air quality impacts, the FLMs recommend that the applicant conduct the BACT analysis using EPA's top-down approach. In brief, a top-down process ranks all available control technologies in descending order of control effectiveness. All of the available control systems for the source, including the most stringent, must be considered. The applicant first examines the most effective, or top, alternative. That alternative is established as the BACT unless the applicant demonstrates, and the permitting authority agrees, that technical considerations, or energy, environmental, or economic impacts justify a conclusion that the most stringent technology is not achievable in that case. FLMs utilize EPA's BACT/RACT/LAER Clearinghouse, and other information, for assessing control technologies proposed by permit applicants.

If the most stringent technology is eliminated in this fashion, then the next most stringent alternative is considered, and so on. Permit applicants should refer to chapter B of the EPA Draft New Source Review Workshop Manual for a detailed discussion of the top-down policy (EPA 1990).

The FLM reviews the applicant's BACT analysis to determine if the best available pollution control technology is being proposed, thereby minimizing the proposed emission increases and their corresponding impact on the FLM area in question. The FLM does this by comparing the proposed controls to recent BACT determinations for similar facilities. If the FLM disagrees with the applicant's BACT analysis, technical comments are submitted to the permitting authority that has the ultimate responsibility to make the BACT determination and issue the permit.

The environmental impacts analysis of the BACT review is not to be confused with the air quality-related analysis. The environmental impacts analysis of the BACT review should concentrate on impacts other than ambient air quality impacts of the regulated pollutant in question, such as solid or hazardous waste generation, discharges of polluted water from a control device, or emissions of unregulated pollutants. Thus, the fact that a given control alternative would result in only a slight improvement in ambient concentrations of the pollutant in question when compared with a less stringent control alternative, should not be viewed as a basis for rejecting the more stringent control alternative.

Regarding the economic impact analysis, given the special protection Class I areas are afforded under the Clean Air Act, FLMs believe that the need to minimize potential impacts on a Class I area should be a major consideration in the BACT determination for a project proposed near such an area. Therefore, if a source proposes to locate near a Class I area, additional costs to minimize impacts on sensitive Class I resources may be warranted, even though such costs may be considered economically unjustified under other circumstances.

BLM_0051650

# Appendix E: Maps of Federal Class I Areas



**Figure 8. National Park Service Class I Areas**
Map produced by the National Park Service Air Resources Division March 2010.

BLM_0051651



**Figure 9. Fish and Wildlife Service Class I Areas**
Map produced by the National Park Service Air Resources Division March 2010.

BLM_0051652



**Figure 10. Forest Service Class I Wilderness Areas**
Map produced by the National Park Service Air Resources Division March 2010.

BLM_0051653

# Appendix F: FLAG 2000 Participants

The individuals listed in the attached table participated in the development of the *FLAG Phase I Report* (December 2000). The contact information was not updated as part of this FLAG 2010 revision. The abbreviations for the FLAG subgroup or committee on which participants served are shown below.

LC = Leadership Committee

CC = Coordinating Committee

P = Policy Subgroup

V = Visibility Subgroup

O = Ozone Subgroup

D = Deposition Subgroup

T = Terminology (Glossary) Subgroup

| FLAG 2000 Participants | | | | | |
|---|---|---|---|---|---|
| Name | Subgroup | Organization | Work Phone | Fax | Email Address |
| Acheson, Ann* | V | Forest Service | (406) 329-3493 | (406) 329-3132 | aacheson@fs.fed.us |
| Ahuja, Suraj | O,V,D | Forest Service | (530) 934-3316 | (530) 934-7384 | sahuja@fs.fed.us |
| Bachman, Bob* | CC,V,D,T | Forest Service | (503) 808-2918 | (503) 808-2973 | rbachman@fs.fed.us |
| Bayle, Bruce* | P | Forest Service | (404) 347-3872 | (404) 347-6197 | bbayle@fs.fed.us |
| Benoit, Clif* | V,P | Forest Service | -- | -- | -- |
| Blanchard, Karen* | | EPA | (919) 541-5503 | (919) 541-5509 | blanchard.karen@epamail.epa.gov |
| Blett, Tamara* | | Forest Service | -- | -- | -- |
| Boutcher, Steve | | Forest Service | (503) 326-5434 | (503) 808-2973 | sboutcher@fs.fed.us |
| Bray, David | T,V | EPA | (206) 553-4253 | (206) 553-0110 | bray.dave@epamail.epa.gov |
| Breitenfeld, Dale* | | Park Service | -- | -- | -- |
| Bunyak, John | P,T | Park Service | (303) 969-2818 | (303) 969-2822 | john_bunyak@nps.gov |
| Bytnerowicz, A. | O | Forest Service | (909) 680-1562 | (909) 680-1501 | andrzej@deltanet.com |
| Carriero, Joe* | CC,T | Fish and Wildlife | -- | -- | -- |
| Copeland, Scott | V | CIRA (CSU) | (970) 491-3315 | (970) 491-8598 | copeland@cira.colostate.edu |
| Fisher, Rich* | CC,V,P,O,T | Forest Service | (970) 498-1232 | (970) 498-1010 | rfisher@lamar.colostate.edu |
| Flores, Miguel* | P,O | Park Service | -- | -- | -- |
| Haddow, Dennis* | P,V,T | Forest Service | (303) 275-5759 | (303) 275-5759 | dhaddow@fs.fed.us |
| Hogsett, Bill | O | EPA | (541) 754-4632 | (541) 754-4739 | bill@heart.cor.epa.gov |
| Huber, Cindy | V | Forest Service | (540) 265-5156 | (540) 265-5145 | chuber@fs.fed.us |
| Irwin, John | V | EPA | (919) 541-5682 | (919) 541-0044 | irwin.john@epamail.epa.gov |
| Jackson, Bill | O | Forest Service | (704) 257-4815 | (704) 257-4263 | bjacksono2@fs.fed.us |
| Lamb, Donna* | LC | Forest Service | (202) 205-0800 | (202) 205-1096 | dlamb@fs.fed.us |
| Malm, Bill | V | Park Service | (970) 491-8292 | (970) 491-8598 | malm@cira.colostate.edu |
| Maniero, Tonnie* | CC,O | Park Service | (303) 969-2806 | (303) 969-2822 | tonnie_maniero@nps.gov |
| Morris, Kristi | | Park Service | (303) 987-6941 | (303) 969-2822 | kristi_morris@nps.gov |
| Morse, Dee | CC,V | Park Service | (303) 969-2817 | (303) 969-2822 | dee_morse@nps.gov |
| Musselman, Bob | O,D | Forest Service | (970) 498-1239 | (970) 498-1010 | bobm@lamar.colostate.edu |
| Notar, John | V | Park Service | (303) 969-2079 | (303) 969-2822 | john_notar@nps.gov |
| *No longer works for the agency or now works for a different office. | | | | | |

BLM_0051654

**FLAG 2000 Participants**

| Name | Subgroup | Organization | Work Phone | Fax | Email Address |
|------|----------|-------------|-----------|-----|---------------|
| Parker, Kim* | D,O | Forest Service | -- | -- | -- |
| Peterson, Dave | O | BRD | (206) 543-1587 | (206) 695-0790 | wild@u.washington.edu |
| Peterson, Janice | O,D | Forest Service | (425) 744-3425 | (425) 744-3255 | jpeterson@fs.fed.us |
| Pitchford, Mark | V | NOAA | (702) 895-0432 | (702) 895-0507 | MarcP@snsc.dri.edu |
| Pitt, Ken | P | USDA/OGC | (303) 275-5539 | (303) 275-5557 | kenneth.pitt@usda.gov |
| Porter, Ellen* | CC,D | Fish and Wildlife | (303) 969-2617 | (303) 969-2822 | ellen_porter@nps.gov |
| Potter, Debby* | P,D | Forest Service | (505) 842-3143 | (505) 842-3800 | dapotter@fs.fed.us |
| Procter, Trent | O | Forest Service | (559) 784-1500 | (559) 781-4744 | tprocter@fs.fed.us |
| Renfro, Jim | O | Park Service | (423) 436-1708 | (423) 436-5598 | jim_renfro@nps.gov |
| Riebau, Al | D | Forest Service | (202) 205-1524 | (202) 205-1054 | ariebau@fs.fed.us |
| Rocchio, Judy | O | Park Service | (415) 427-1431 | (415) 427-1487 | judy_rocchio@nps.gov |
| Rolofson, Bud* | V | Fish and Wildlife | (303) 969-2804 | (303) 969-2822 | bud_rolofson@nps.gov |
| Scruggs, Mark* | V | Park Service | (303) 969-2077 | (303) 969-2822 | mark_scruggs@nps.gov |
| Shaver, Chris | LC | Park Service | (303) 969-2074 | (303) 969-2822 | chris_shaver@nps.gov |
| Shepherd, Don | | Park Service | (303) 969-2075 | (303) 969-2822 | don_shepherd@nps.gov |
| Silva, Sandra | LC | Fish and Wildlife | (303) 969-2814 | (303) 969-2822 | sandra_silva@nps.gov |
| Stottlemyer, Bob | D | USGS/BRD | (970) 498-1017 | (970) 498-1010 | crhoades@lamar.colostate.edu |
| Thomas, Jerome | | Forest Service | (803) 561-4000 | (803) 561-4004 | jthomas@fs.fed.us |
| Tonnessen, Kathy* | D | Park Service | -- | -- | -- |
| Vimont, John | V | Park Service | (303) 969-2808 | (303) 969-2822 | john_vimont@nps.gov |

*No longer works for the agency or now works for a different office.

BLM_0051655

# Appendix G: Bibliography (Revised)

Some of the documents cited below were referenced in this *FLAG Phase I Report*. Others are listed to provide background information.

Aber, J.D., K.J. Nadelhoffer, P. Steudler and J.M. Melillo. 1989. Nitrogen saturation in northern forest ecosystems: excess nitrogen from fossil fuel combustion may stress the biosphere. *BioScience* 39:378-386.

Aber, J.D., Magill A, McNulty SG, Boone RD, Nadelhoffer KJ, Downs M, Hallett R. 1995. Forest biogeochemistry and primary production altered by nitrogen saturation. *Water, Air and Soil Pollution* 85: 1665–1670.

Adams, M.B., D.S. Nichols, C.A. Federer, K.F. Jensen and H. Parrott. 1991. *Screening Procedure to Evaluate Effects of Air Pollution on Eastern Region Wildernesses Cited as Class I Air Quality Areas.* General Technical Report NE-151. U.S. Department of Agriculture, Forest Service, Northeastern Forest Experiment Station. Radnor, Pennsylvania.

Adams, M.B., T.R. Angradi and J.N. Kochenderfer. 1997. Stream water and soil solution responses to 5 years of nitrogen and sulfur additions at the Fernow Experimental Forest, West Virginia. *Forest Ecology and Management* 95:79-91.

Ames, R.B., and Malm, W.C. 2001.Chemical Species' Contributions to the Upper Extremes of Aerosol Fine Mass. *Atmospheric Environment.* 35:5193-5201.

Anderson, J.B., R.E. Baumgardner, V.A. Mohnen and J.J. Bowser. 1999. Cloud chemistry in the eastern United States, as sampled from three high-elevation sites along the Appalachian Mountains. *Atmospheric Environment* 33:5105-5114.

Ashmore, M., Emberson, L., Karlsson, P. E., Pleijel, H. 2004. New directions: a new generation of ozone critical levels for the protection of vegetation in Europe (correspondence). *Atmospheric Environment.* 38: 2213-2214.

Ashmore, M.R. and A.W. Davison. 1996. *Towards a critical level of ozone for natural vegetation. In: Kaerenlampi, L. and L. Skaerby, eds. Critical Levels for Ozone in Europe: Testing and Finalizing the Concepts.* UN-ECE Workshop Report. University of Kuopio, Department of Ecology and Environmental Science. p. 58-71.

Au, S. 1974. *Vegetation and Ecological Processes on Shackleford Bank, North Carolina.* Scientific Monograph Series No. 6. U.S. Department of the Interior, National Park Service. Washington, D.C. 86 pp.

Baldocchi, D. D., B. B. Hicks and P. Camara. 1987. A canopy stomatal resistance model for gaseous deposition to vegetated surfaces. *Atmospheric Environment.* 21, 91-101.

Baron, J.S. and D.H. Campbell. 1997. Nitrogen fluxes in a high elevation Colorado Rocky Mountain basin. *Hydrological Processes* 11:783-799.

Binkley, D., C. Giardina, I. Dockersmith, D. Morse, M. Scruggs and K. Tonnessen. 1997. *Status of Air Quality and Related Values in Class I National Parks and Monuments of the Colorado Plateau.* U.S. Department of the Interior, National Park Service, Air Resources Division. Denver, Colorado.

Bormann, F. H. and G. E. Likens. 1967. Nutrient cycling. *Science* 155:424-429.

Brace, S., D.L. Peterson and D. Horner. 1998. *Diagnosing Ozone Injury in Vascular Plants of the Pacific Northwest. PNW-GTR-xxx (In Press).* U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station.

Bunyak, J. 1993. *Permit Application Guidance for New Pollution Sources.* Natural Resources Report NPS/NRAQD/NRR-93. U.S. Department of the Interior, National Park Service, Air Quality Division. Denver, Colorado.

Burns, Douglas A.; Blett, Tamara; Haeuber, Richard; Pardo, Linda H. 2008. Critical Loads as a Policy Tool for Protecting Ecosystems from the Effects of Air Pollutants. *Frontiers in Ecology and the Environment*: 6(3) 156-159.

Byron, E. R. and P. Eloranta. 1984. *Recent historical changes in the diatom community of Lake Tahoe, California-Nevada, U.S.A.* Verh. Internat. Verin. Limnol. 22:1372-1376.

Bytnerowicz, A., J. J. Carroll, B. K. Takemoto, P. R. Miller, M. E. Fenn, R. C. Musselman. 2000. *Distribution and transport of air pollutants to vulnerable California ecosystems. In: K. M. Scow, G. E. Fogg, M. L. Johnson. Integrated Assessment of Ecosystem Health.* Lewis Publishers, Boca Raton, 93-118.

Bytnerowicz, A., M. E. Fenn 1996. Nitrogen deposition in California forests: a review. *Environmental Pollution*, 92, 127-146.

BLM_0051656

Bytnerowicz, A., M. E. Fenn, P. R. Miller, M. J. Arbaugh. 1999. *Wet and dry pollutant deposition to the mixed conifer forest. In: P. R. Miller and J. R. McBride (eds.) Oxidant Air Pollution Impacts in the Montane Forests of Southern California.* Springer, New York, 235-269.

Bytnerowicz, A., S. Ferguson, F. Fujioka, R. Ottmar, M. Poth. 1997. *Simulation modeling: role and status. In: A. Bytnerowicz (tech. ed.) Atmospheric and Biospheric Interactions of Gases and Energy in the Pacific Region of the United States, Mexico and Brazil.* USDA FS, Pacific Southwest Research Station, General Technical Report, PSW-GTR-161, 27-30.

California Air Resources Board (CARB). 1993. *The Atmospheric Acidity Protection Program: Annual Report to the Governor and Legislature, 1992.* Sacramento, California.

Campbell, D.H., D.W. Clow, G.P. Ingersoll, M.A. Mast, N.E. Spahr and J.T. Turk. 1995. Processes controlling the chemistry of two snowmelt-dominated streams in the Rocky Mountains. *Water Resources Research* 31(11):2811-2821.

CENR. 1999. *The role of monitoring networks in the management of the Nation's air quality. Report of the National Science and Technology Council Committee on Environment and Natural Resources.* Washington, D.C.

Chappelka, A.H., L.J. Samuelson, J.M. Skelly, A.S. Lefohn and D. Nesdill. 1995. *Effects of Ozone on Vegetation in Southern Appalachians: an Annotated Bibliography.* Auburn University, School of Forestry. Auburn, Alabama.

Chow, J.C., Bachmann, J.D., Wierman, S.S.G., Mathai, C.V., Malm, W.C., White, W.H., Mueller, P.K., Kumar, N., Watson, J.G. 2002. Critical Review Discussion: Visibility: Science and Regulation. *Journal of the Air and Waste Management Association.* 52:973-999

Colorado State University. Cooperative Institute for Research in the Atmosphere. 1996. *IMPROVE, Interagency Monitoring of Protected Environments. Spatial and Seasonal Patterns and Long Term Variability of the Composition of the Haze in the United States: An Analysis of Data from the IMPROVE Network.*

Cosby, B.J., R.F. Wright and E. Gjessing. 1995. An acidification model (MAGIC) with organic acid evaluated using whole-catchment manipulations in Norway. *J. Hydrol.* 170:101-122.

Cosby, B.J., R.F. Wright, G.M. Hornberger and J.N. Galloway. 1985. Modeling the effects of acid deposition: assessment of a lumped parameter model of soil water and stream water chemistry. *Water Resources Research* 21:51-63.

Cosby, B.J., S.A. Norton and J.S. Kahl. 1996. Using a paired-watershed manipulation experiment to evaluate a catchment-scale biogeochemical model. *Science of the Total Environment* 183:49-66.

Davis, D.D. 1995. *Evaluation of Ambient Ozone Injury on the Foliage of Vegetation in the Edwin B. Forsythe National Wildlife Refuge, Brigantine, New Jersey.* Final Report.

Davis, D.D. 1998a. *Evaluation of Ambient Ozone Injury on the Foliage of Vegetation in the Cape Romain National Wildlife Refuge, South Carolina. 1997 Observations.*

Davis, D.D. 1998b. *Evaluation of Ozone Injury on Vegetation in the Okefenokee National Wildlife Refuge, Georgia. 1997 Observations.*

Dennis, R.L., R. Haeuber, T. Blett, J. Cosby, C. Driscoll, J. Sickles and J.M. Johnston. 2007. Sulfur and nitrogen deposition on terrestrial and freshwater ecosystems in the United States. *Air & Waste Management Association Environmental Manager.* pp 12-17.

Dise, N. and R.F. Wright. 1995. Nitrogen leaching from European forests in relation to nitrogen deposition. *Forest Ecology and Management* 71:153-161.

Dixon, L.K. and E.D. Estevez. 2000. *Reservoirs of nitrogen and phosphorus across a multiple source, nitrogen-enriched, estuarine gradient.* Draft report to the Air Quality Branch, U.S. Fish and Wildlife Service, Denver, Colorado.

Driscoll CT, Whitall D, Aber J, Boyer E, Castro M, Cronan C, Goodale CL, Groffman P, Hopkinson C, Lambert K, Lawrence G, Ollinger S. 2003. Nitrogen pollution in the northeastern United States: sources, effects, and management options. *BioScience* 53:357-374.

Eckert, R., R. Kohut, J. Laurence, P. King, T. Lee, B. Rock, D. Moss and A. Theisen. 1991. *Studies to Assess the Effects of Ozone on Native Vegetation of Acadia National Park.* Annual Report. University of New Hampshire. Durham, New Hampshire.

Ecological Society of America. 2000. *Acid deposition: the ecological response. Workshop Report. March 1-3, 1999.* Washington, D.C.

Eilers, J. M., C.L. Rose and T.J. Sullivan. 1994. *Status of Air Quality and Effects of Atmospheric Pollutants on Ecosystems in the Pacific Northwest Region of the National Park Service.* Technical Report NPS/NRAQD/NRTR-94/160. U.S. Department of the Interior, National Park Service, Air Quality Division. Denver, Colorado.

BLM_0051657

Environmental Protection Agency (EPA). 1990. *Draft New Source Review Workshop Manual; Prevention of Significant Deterioration and Nonattainment Area Permitting*. Office of Air Quality Planning and Standards. Research Triangle Park, North Carolina. 322 pp.

Environmental Protection Agency (EPA). 1992a. *Summary of Selected New Information on Effects of Ozone on Health and Vegetation: Supplement to 1986 Air Quality Criteria for Ozone and Other Photochemical Oxidants*. EPA/600/8-88/105F. Research Triangle Park, NC: US Environmental Protection Agency, Office of Health and Environmental Assessment.

Environmental Protection Agency (EPA). 1992b. *User's Manual for the Plume Visibility Model, PLUVUE II (Revised)*. EPA-454/B-92-008.

Environmental Protection Agency (EPA). 1992c. *Workbook for Visual Impact Screening and Analysis (Revised)*. EPA-450/R-92-023

Environmental Protection Agency (EPA). 1995. *Acid Deposition Standard Feasibility Study Report to Congress*. EPA 430-R-95-001a.

Environmental Protection Agency (EPA). 1996a. *Addendum to the User's Manual for the Plume Visibility Model, PLUVUE II (Revised)*. EPA-454/B-95-001.

Environmental Protection Agency (EPA). 1996b. *Air Quality Criteria for Ozone and Related Photochemical Oxidants*. Vol. 2. EPA/600/P-93/004bF. EPA, Office of Research and Development. Research Triangle Park, North Carolina.

Environmental Protection Agency (EPA). 1996c. *CALMET, CALPUFF, and CALPOST Modeling System*. PB 96-502-083INC.

Environmental Protection Agency (EPA). 1996d. *Proposed Rule, New Source Review Reform*, Federal Register/Vol. 61, No. 142/Tuesday, July 23, 1996.

Environmental Protection Agency (EPA). 1996e. *Review of National Ambient Air Quality Standards for Ozone Assessment of Scientific and Technical Information*. OAQPS Staff Paper. EPA-452/R-96-007. EPA, Office of Air Quality Planning and Standards. Research Triangle Park, North Carolina.

Environmental Protection Agency (EPA). 1997. *Mercury Study Report to Congress*. EPA-452/R-97-003. U.S. Environmental Protection Agency, Office of Air, Washington, DC.

Environmental Protection Agency (EPA). 1998a. *Interagency Work Group on Air Quality Modeling (IWAQM) Phase 2 Summary Report and Recommendations for Modeling Long-Range Transport and Impacts on Regional Visibility*. EPA-454/R-98-019.

Environmental Protection Agency (EPA). 1998b. *Interim Air Quality Policy on Wildland and Prescribed Fires*. Office of Air Quality Planning and Standards. Research Triangle Park, North Carolina. 39 pp.

Environmental Protection Agency (EPA). 2000a. *Deposition of Air Pollutants to the Great Waters: Third Report to Congress*. EPA-453/R-00-005. U.S. Environmental Protection Agency, Office of Air Quality Planning and Standards, Research Triangle Park, NC.

Environmental Protection Agency (EPA). 2000b. *National Air Quality and Emissions Trends Report*, 1998. EPA 454/R-00-003.

Environmental Protection Agency (EPA). 2005. 70 FR 59582, October 12, 2005, at p.59614.

Environmental Protection Agency (EPA). 2007a. I*ntegrated Science Assessment for Oxides of Nitrogen and Sulfur – Environmental Criteria*. EPA/600/R-07/145A.

Environmental Protection Agency (EPA). 2007b. *Review of the National Ambient Air Quality Standards for Ozone: Policy Assessment of Scientific and Technical Information*. EPA-452/R-07-007.

Environmental Protection Agency (EPA). 2009a. *Acid Rain and Related Programs: 2007 Progress Report*.

Environmental Protection Agency (EPA). 2009b. *The National Study of Chemical Residues in Lake Fish Tissue*. EPA-823-R-09-006. U.S. Environmental Protection Agency, Office of Water, Washington, DC

Environmental Protection Agency (EPA). 2010a. *Proposed Rule, Federal Implementation Plans to Reduce Interstate Transport of Fine Particulate Matter and Ozone*. http://www.cpa.gov/airtransport/actions.html#jul10. (accessed July 2010).

Environmental Protection Agency (EPA). 2010b. *Proposed Rule, National Ambient Air Quality Standards for Ozone*. Federal Register/Vol. 75, No. 11/Tuesday, January 19, 2010.

Fenn ME, Baron JS, Allen EB, Rueth HM, Nydick KR, Geiser L, Bowman WD, Sickman JO, Meixner T, Johnson DW, Neitlich P. 2003a. Ecological effects of nitrogen deposition in the western United States. *BioScience* 53: 404-420.

BLM_0051658

Fenn, M.E. 1991. Increased site fertility and litter decomposition rate in high-pollution sites in the San Bernardino Mountains. *For. Sci.* 37(4):1163-1181.

Fenn, M.E. and P.H. Dunn. 1989. Litter decomposition across an air-pollution gradient in the San Bernardino Mountains. *Soil Sci. Soc. Am. J.* 53(5):1560-1566.

Fenn, M.E., M.A. Poth and D.W. Johnson. 1996. Evidence for nitrogen saturation in the San Bernardino Mountains in southern California. *Forest Ecology and Management* 82:211-230.

Fox, D., G.J.C. Bernabo and B. Hood. 1987. *Guidelines for Measuring the Physical, Chemical, and Biological Condition of Wilderness Ecosystems.* General Technical Report RM-146. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station. Ft. Collins, Colorado.

Fox, D.G., A.M. Bartuska, J.G. Byrne, E. Cowling, R. Fisher, G.E. Likens, S.E. Lindberg, R.A. Linthurst, J. Messer and D.S. Nichols. 1989. *A Screening Procedure to Evaluate Air Pollution Effects on Class I Wilderness Areas.* General Technical Report RM-168. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station. Ft. Collins, Colorado.

Galloway, J.N., Aber, J.D., Erisman, J.W., Seitzinger, S.P., Howarth, R.W., Cowling, E.B., Cosby, B.J., 2003. The nitrogen cascade. *BioScience* 53, 341-356.

Garner, J.H.B., T. Pagano and E.B. Cowling. 1989. *An Evaluation of the Role of Ozone, Acid Deposition, and Other Airborne Pollutants in the Forests of Eastern North America.* General Technical Report SF-59. U.S. Department of Agriculture, Forest Service, Southeastern Forest Experiment Station. Asheville, North Carolina.

Grandy, A.S., R.L. Sinsabaugh, J.C. Neff, M. Stursova, D.R. Zak. 2008. Nitrogen deposition effects on soil organic matter chemistry are linked to variation in enzymes, ecosystems and size fractions. *Biogeochemistry* 91:37-49.

Guderian, R. 1977. *Air Pollution. Phytotoxicity of Acidic Gases and Its Significance in Air Pollution Control.* Springer-Verlag. New York.

Guderian, R., D.T. Tingey, and R. Rabe. 1985. *Effects of photochemical oxidants on plants. Part 2. In: Guderian, R., ed. Air Pollution by Photochemical Oxidants.* Springer-Verlag. New York. p. 129-296.

Haddow, D., R. Musselman, T. Blett and R. Fisher. 1998. *Guidelines for Evaluating Air Pollution Impacts on Wilderness within the Rocky Mountain Region: Report of a Workshop, 1990.* General Technical Report RMRS-GTR-4. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. Ft. Collins, Colorado.

Hand, J. L and Malm, W. C. 2007. Review of aerosol mass scattering efficiencies from ground-based measurements since 1990. *Journal of Geophysical Research*, 112, D16203, doi:10.1029/2007JD008484.

Hanson, P. J., S. E. Lindberg. 1991. Dry deposition of reactive nitrogen compounds: a review of leaf, canopy and non-foliar measurements. *Atmospheric Environment*, 25A, 1615-1634.

Heck, W.W. and E.B. Cowling. 1997. The need for a long-term cumulative secondary ozone standard - an ecological perspective. *Environmental Management.* January.

Heck, W.W., C.S. Furiness, C.K. Simms and E.B. Cowling, eds. 1997. *Report from Workshop on Research Needs to Assess the Effects of Ozone on Crop, Forest and Natural Ecosystems. May 18, 1997. Southern Oxidants Study.* North Carolina State University. Raleigh, North Carolina.

Hemmerlein, M.T. and T.D. Perkins. 1993. Techniques for pollution monitoring in remote sites: III. near real-time monitoring of cloud water conductivity and pH. *Water, Air, and Soil Pollution* 71(1/2).

Herlihy, A.T., P.R. Kaufmann, J.L. Stoddard, K.N. Eshleman and A.J. Bulger. 1996. *Effects of Acidic Deposition on Aquatic Resources in the Southern Appalachians with a Special Focus on Class I Wilderness Areas.* Submitted to the Southern Appalachian Mountains Initiative. 91 pp.

Hicks, B. B., D. D. Baldocchi, T. P. Meyers, R. P. Hosker, D. R. Matt. 1987. A preliminary multiple resistance routine for deriving dry deposition velocities from measured quantities. *Water, Air and Soil Pollution*, 36:311-330.

Hidy, G.M. 1998. *Dry deposition relevant to the National Parks and Wildernesses.* Report to the Cooperative Institute for Research in the Atmosphere. Fort Collins, Colorado.

Holm-Hansen, O., C.R. Goldman, R. Richards and P.M. Williams. 1976. Chemical and biological characteristics of a water column in Lake Tahoe. *Limnol. Oceanogr.* 21(4):548-562.

Jackson, L., L. Geiser, T. Blett, C. Gries and D. Haddow. 1996. *Biogeochemistry of Lichens and Mosses in and Near Mt. Zirkel Wilderness, Routt National Forest, Colorado: Influences of Coal-Fired Power Plant Emissions.* Open File Report 96-295. U.S. Department of the Interior, U.S. Geological Survey.

BLM_0051659

Jassby, A.D., C.R. Goldman and J.E. Reuter. 1995. Long-term change in Lake Tahoe (California-Nevada, U.S.A.) and its relation to atmospheric deposition of algal nutrients. *Arch. Hydrobiol.* 135(1):1-21.

Johnson, D.W. and G.S. Henderson. 1979. Sulfate adsorption and sulfur fractions in a highly weathered soil under a mixed deciduous forest. *Soil Sci.* 128(1):34-40.

Johnson, D.W., H. Van Miegroet, D. Cole and D. Richter. 1983. Contributions of acid deposition and natural processes to cation leaching from forest soils: a review. *J. Air Pollut. Control Assoc.* 33:1036-1041.

Junge, C.E. 1958. The distribution of ammonia and nitrate in rain water over the United States. *Trans. Amer. Geophys. Union* 39(2):241-248.

Kaerenlampi, L. and L. Skaerby, eds. 1996. *Critical Levels for Ozone in Europe: Testing and Finalizing the Concepts.* UN-ECE Workshop Report. University of Kuopio, Department of Ecology and Environmental Science.

Kendall, C., D.H. Campbell, D.A. Burns, J.B. Shanley, S.R. Silva and C.C.Y. Chang. 1995. *Tracing sources of nitrate in snowmelt runoff using the oxygen and nitrogen isotopic compositions of nitrate. In: Tonnessen, K.A. and M.W. Williams (eds), Biogeochemistry of Seasonally-Covered Catchments.* IAHS Publ. No. 228. p. 339-347.

Landers, D.H., S.L. Simonich, D.A. Jaffe, L.H. Geiser, D.H. Campbell, A.R. Schwindt, C.B. Schreck, M.L. Kent, W.D. Hafner, H.E. Taylor, K.J. Hageman, S. Usenko, L.K. Ackerman, J.E. Schrlau, N.L. Rose, T.F. Blett, and M.M. Erway. 2008. *The Fate, Transport, and Ecological Impacts of Airborne Contaminants in Western National Parks (USA).* EPA/600/R-07/138. U.S. Environmental Protection Agency, Office of Research and Development, NHEERL, Western Ecology Division, Corvallis, Oregon.

Langford, A.O., F.C. Fehsenfeld, J. Zachariassen and D.S. Schimel. 1992. Gaseous ammonia fluxes and background concentrations in terrestrial ecosystems of the United States. *Global Biogeochemical Cycles* 6(4):459-483.

Lefohn, A.S. 1998. *The Identification of Ozone Exposures that Result in Vegetation Visible Injury and Growth Loss for Specific Species Grown in the Southern Appalachian Mountain Region.* Southern Appalachian Mountains Initiative Report.

Lefohn, A.S. and V.C. Runeckles. 1987. Establishing a standard to protect vegetation - ozone exposure/dose considerations. *Atmospheric Environment* 21(3):561-568.

Lehmann, C., Bowersox, V., Larson, S., 2005. Spatial and temporal trends of precipitation chemistry in the United States, 1985-2002. *Environmental Pollution* 135, 347-361.

Leonard, R.L., L.A. Kaplan, J.F. Elder, R.N. Coats and C.R. Goldman. 1979. Nutrient transport in surface runoff from a subalpine watershed, Lake Tahoe Basin, California. *Ecol. Monogr.* 49(3):281-310.

Likens, G.E. and F.H. Bormann. 1977. *Biogeochemistry of a Forested Ecosystem.* Springer-Verlag. New York, New York. 159 pp.

Lindberg. S. E., G. M. Lovett. 1985. Filed measurements of particle dry deposition rates to foliage and inert surfaces in a forest canopy. *Environmental Science and Technology*, 19, 238-244.

Linsey J. DeBell, L.J., K. A. Gebhart, J. L. Hand, W. C. Malm, M. L. Pitchford, B. A. Schichtel, W. H. White. 2006. *Spatial and Seasonal Patterns and Temporal Variability of Haze and its Constituents in the United States.* Report IV. Cooperative Institute for Research in the Atmosphere. Colorado State University. ISSN 0737-5352-74.

Lynch, J., V. Bowersox and J. Grimm. 1996. *Trends in Precipitation Chemistry in the United States, 1983-94: An Analysis of the Effects in 1995 of Phase I of the Clean Air Act Amendments of 1990, Title IV.* Open-File Report 96-0346. U.S. Department of the Interior, U.S. Geological Survey.

Lynch, J., V. Bowersox and J. Grimm. 2000. Acid rain reduced in Eastern United States. *Environmental Science and Technology* 34:940-949.

Malm, W.C. and Hand, J.L. 2007. An examination of aerosol physical and optical properties of aerosols collected in the IMPROVE program. *Atmos. Environ.* 41, 3407-3427.

Malm, W.C., Day, D.E., Kreidenweis, S., Collett, J. Jr., Carrico, C.M., McMeeking, G., and Lee, T. 2005. Hygroscopic properties of an organic-laden aerosol. *Atmos. Environ.* 39(27), 4969-4982.

Malm, W.C., Pitchford, M.L., McDade, C., and Ashbaugh, L.L. 2007. Coarse particle speciation at selected locations in the rural continental United States. *Atmos. Environ.* 41, 2225-2239.

Massman, W.J., R.C. Musselman, and A.S. Lefohn. 2000. A conceptual ozone dose-response model to develop a standard to protect vegetation. *Atmospheric Environment* 34:745-759.

McLaughlin SB, Nosal M, Wullschleger SD, Sun G. 2007a. Interactive effects of ozone and climate on tree growth and water use in a southern Appalachian forest in the USA. *New Phytologist* 174: 109-124.

BLM_0051660

McLaughlin SB, Wullschleger SD, Sun G, Nosal M. 2007b. Interactive effects of ozone and climate on water use, soil moisture content and streamflow in a southern Appalachian forest in the USA. *New Phytologist* 174: 125-136.

Miller, P., R. Guthrey and S. Schilling. 1995. *Draft. Third Progress Report of FOREST. Comparisons of 1991-1995 Ozone Injury Index at Sierra Nevada and San Bernardino Mountains Sites*. 9 pp.

Miller, P., R. Guthrey, S. Schilling and J. Carroll. 1996. *Ozone injury responses of ponderosa and Jeffrey pine in the Sierra Nevada and San Bernardino Mountains in California. Paper presented at International Symposium: Air Pollution and Climate Change Effects on Forest Ecosystems, Feb 5-9, 1996.* U.S. Department of Agriculture, Forest Service, Pacific Southwest Research Station. Riverside, California.

Miller, P.R., K.W. Stolte, D.M. Duriscoe and J. Pronos. 1996. *Evaluating Ozone Air Pollution Effects on Pines in the Western United States*. General Technical Report PSW-GTR-155. U.S. Department of Agriculture, Forest Service, Pacific Southwest Research Station. Albany, California.

Mollitor, A.V. and D.J. Raynal. 1983. Atmospheric deposition and ionic input in Adirondack forests. *J. Air Pollut. Control Assoc.* 33:1032-1036.

Multi-stakeholder NOx/VOC Science Program. 1997. *Report of the Vegetation Objective Working Group: Canadian1996 NOx/VOC Science Assessment*. Atmospheric Environment Service, Environment Canada. Toronto, Ontario, Canada.

Musselman, R.C. and T.J. Minnick. 2000. Nocturnal stomatal conductance and ambient air quality standards for ozone. *Atmospheric Environment* 34:719-733.

National Acid Precipitation Assessment Program (NAPAP). 2005. *National Acid Precipitation Assessment Program Report to Congress, 2005*. U.S. National Acid Precipitation Assessment Program. Silver Spring, MD.

National Acid Precipitation Assessment Program. 1990. Acidic Deposition: *State of Science and Technology, Report 24, Visibility: Existing and Historical Conditions – Causes and Effects*.

National Acid Precipitation Assessment Program. 1991a. *Acid Deposition: State of Science and Technology, Summary Report of the U.S. NAPAP*. Washington, D.C.

National Acid Precipitation Assessment Program. 1991b. *1990 Integrated Assessment Report. U.S. National Acid Precipitation Assessment Program*. Washington, DC.

National Acid Precipitation Assessment Program. 1993. *1992 Report to Congress. National Acid Precipitation Assessment Program*. Washington, D.C.

National Acid Precipitation Assessment Program. 1998. *NAPAP Biennial Report to Congress: An Integrated Assessment*. U.S. National Acid Precipitation Assessment Program, Silver Spring, MD.

National Park Service. 1993. *Permit Application Guidance for New Pollution Sources*. Natural Resources Report NPS/Nraqd/NRR-93.

Neff, J.C., E.A. Holland, F.J. Dentener, W.H. McDowell, K.M. Russell. 2002. The origin, composition and rates of organic nitrogen deposition: A missing piece of the nitrogen cycle? *Biogeochemistry* 57/58: 99–136.

Neufeld, H.S. and J.R. Renfro. 1993a. *Sensitivity of Black Cherry Seedlings (Prunus serotina Ehrh.) to Ozone in Great Smoky Mountains National Park. The 1989 Seedling Set*. Natural Resources Report NPS/NRTR-93/112. U.S. Department of the Interior, National Park Service, Air Quality Division. Denver, Colorado. 26 pp.

Neufeld, H.S. and J.R. Renfro. 1993b. *Sensitivity of Sycamore Seedlings (Platanus occidentalis) to Ozone in Great Smoky Mountains National Park. Data from 1989*. Natural Resources Report NPS/NRTR-93/131. U.S. Department of the Interior, National Park Service, Air Quality Division. 39 pp.

Nilsson J, Grennfelt P (eds). 1988. *Critical loads for sulphur and nitrogen*. UNECE Nordic Council Workshop Report, Skokloster, Sweden, 19-24 March, 1988. Miljorapport 1988:15. Nordic Council of Ministers, Copenhagen, 418 pp.

Ottmar, R. 1996. *Linking recent historical and current forest vegetation patterns to smoke and crown fire in the Interior Columbia River Basin*. Paper presented at the 13th Conference of Fire and Forest Meteorology, October 27-31, 1996. Lorne, Australia.

Peterson, D.L., D.L. Schmoldt, J.M. Eilers, R.W. Fisher and R.D. Doty. 1993. *Guidelines for Evaluating Air Pollution Impacts on Class I Wilderness Areas in California*. General Technical Report PSW-GTR-136. U.S. Department of Agriculture, Forest Service, Pacific Southwest Research Station. Albany, California.

Peterson, D.L., T.J. Sullivan, J.M. Eilers, S. Brace, D. Horner and K. Savig. 1998. *Assessment of Air Quality and Air Pollutant Impacts in National Parks of the Rocky Mountains and Northern Great Plains*. U.S. Department of the Interior, National Park Service, Air Resources Division.

BLM_0051661

Peterson, J., D. Schmoldt, D. Peterson, J. Eilers, R. Fisher and R. Bachman. 1992. *Guidelines for Evaluating Air Pollution Impacts on Class I Wilderness Areas in the Pacific Northwest*. General Technical Report PNW-GTR-299. U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. Portland, Oregon.

Pitchford, M.L. and Malm, W.C. 1994. Development and Applications of a Standard Visual Index. *Atmospheric Environment* 28, 1049-1054.

Pitchford, M.L., Malm, W.C., Schichtel, B.A., Kumar, N., Lowenthal, D., and Hand, J.L. 2007. Revised algorithm for estimating light extinction from IMPROVE particle speciation data. *Journal of the Air and Waste Management Association*. 57, 1326-1336.

Porter E, Blett T, Potter DU, Huber C. 2005. Protecting resources on federal lands: implications of critical loads for atmospheric deposition of nitrogen and sulfur. *BioScience* 55:603-612.

Porter, E. 1996. *Air Quality and Air Quality Related Values in Chassahowitzka National Wildlife Refuge and Wilderness Area*. U.S. Fish and Wildlife Service, Air Quality Branch. Denver, Colorado.

Posch, M., J. Kamari, M. Forsius, A. Henriksen and A. Wilander. 1997. Exceedance of critical loads for lakes in Finland, Norway, and Sweden: reduction requirements for acidifying nitrogen and sulfur deposition. *Environmental Management* 21: 291-304.

Reuss, J.O., and D.W. Johnson. 1986. *Acid Deposition and the Acidification of Soils and Waters*. Ecol. Studies No. 59. Springer-Verlag. New York, New York. 119 pp.

Richter, D.D., D.W. Johnson and D.E. Todd. 1983. Atmospheric sulfur deposition, neutralization, and ion leaching in two deciduous forest ecosystems. *J. Environ. Qual.* 12:263-270.

Ryther, J.H. and W.M. Dunstan. 1971. Nitrogen, phosphorous, and eutrophication in the coastal marine environment. *Science* 171:1008-1013.

Schichtel, B. A., J. Molenar, W.C. Malm, M. Rodriguez, and J. Vimont. 2006. *Proposed FLAG Level II and III Visibility Assessment*.

Schichtel, B. A., W.C. Malm, and M.L. Pitchford. 2006. Critique of 'Precipitation in light extinction reconstruction.' *J. Air Waste Manage. Assoc.* 56, 539-546.

Schindler, D.W. 1987. Detecting ecosystem responses to anthropogenic stress. *Canadian Journal of Fisheries and Aquatic Sciences*. 44(Suppl. 1):6-25.

Schindler, D.W. 1998. A dim future for boreal waters and landscapes. *BioScience* 48(3):157-164.

Schindler, D.W., K.G. Beaty, E.J. Fee, D.R. Cruikshank, E.R. DeBruyn, D.L. Findlay, G.A. Linsey, J.A. Shearer, M.P. Stainton and M.A. Turner. 1990. Effects of climate warming on lakes of the central boreal forest. *Science* 250:967-970.

Schindler, D.W., K.H. Mills, D.F. Malley, D.L. Findlay, JA. Shearer, I.J. Davies, M.A. Turner, G.A. Linsey and D.R. Cruikshank. 1985. Long-term ecosystem stress: the effects of years of experimental acidification on a small lake. *Science* 228:1395-1401.

Schulze, E.-D. 1989. Air pollution and forest declines in a spruce (Picea abies) forest. *Science* 244:776-783.

Singh, H.B.; Ludwig, F.L.; Johnson, W.B. 1978. Tropospheric ozone: concentrations and variabilities in clean remote atmospheres. *Atmospheric Environment* 12:2185-2196.

Singh, H.B.; Viezee, W.; Johnson, W.B.; Ludwig, F.L. 1980. The impact of stratospheric ozone on tropospheric air quality. *Journal Air Pollution Control Association* 30:1009-1017.

Sinsabaugh, R.L., M.E. Gallo, C. Lauber, M.P. Waldrop, D.R. Zak. 2005. Extracellular enzyme activities and soil organic matter dynamics for northern hardwood forests receiving simulated nitrogen deposition. *Biogeochemistry* 75:201-215.

Skaerby, L. and P.E. Karlsson. 1996. *Critical levels for ozone to protect forest trees - best available knowledge from the nordic countries and the rest of Europe. In: Kaerenlampi, L. and L. Skaerby, eds. Critical Levels for Ozone in Europe: Testing and Finalizing the Concepts*. UN-ECE Workshop Report. University of Kuopio, Department of Ecology and Environmental Science. p. 72-85.

Stanford, J., A. Acheson, D. Brakke, S. Eversman, K. Savig and J. Eilers. 1997. *A Screening Procedure to Evaluate Air Pollution Effects in Region 1 Wilderness Areas, 1991*. General Technical Report RM-GTR-294. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station. Ft. Collins, Colorado.

Stoddard, J.L., C.T. Driscoll, J.S. Kahl and J.H. Kellogg. 1998. Can site-specific trends be extrapolated to a region? An acidification example for the northeast. *Ecological Applications* 8(2):288-299.

Suding, K., Collins, S., Gough, L., Clark, C., Cleland, E., Gross, K., Milchunas, D., Pennings, S. 2005. *Functional-and abundance-based mechanisms explain diversity loss due to N fertilization*. Proceeding of the National Academy of Sciences 102: 4387-4392.

BLM_0051662

Tilman, D., J. Knops, D. Wedin, P. Reich, M. Ritchie and E. Siemann. 1997. The influence of functional diversity and composition on ecosystem processes. *Science* 277:1300-1302.

U.S. Senate. 1997. Senate Report No. 95-127, 95th Congress, 1st Session.

USDA Forest Service. 2000. *Screening Methodology for Calculating ANC Change to High Elevation Lakes. Rocky Mountain Region.*

Vitousek, P.M., J.D. Aber, R.W. Howarth, G.E. Likens, P.A. Matson, D.W. Schindler, W.H. Schlesinger and D.G. Tilman. 1997. Human alteration of the global nitrogen cycle: sources and consequences. *Ecological Applications* 7(3):737-750.

Wedin, D.A. and D. Tilman. 1996. Influence of nitrogen loading and species composition on the carbon balance of grasslands. *Science* 274:1720-1723.

Weiss, S.B. 2006. *Impacts of Nitrogen Deposition on California Ecosystems and Biodiversity. California Energy Commission*, PIER Energy-Related Environmental Research. CEC-500-2005-165.

Williams, M.W., and K.A. Tonnessen. 2000. Critical loads for inorganic nitrogen deposition in the Colorado Front Range, USA. *Ecological Applications* 10(6):1648-1665.

Williams, M.W., J. Baron, N. Caine, R. Sommerfeld and R. Sanford. 1996. Nitrogen saturation in the Colorado Front Range. *Environmental Science and Technology* 30:640-646.

Wooldridge, G; Zeller, K.; Musselman, R. 1997. Ozone concentration characteristics at a high-elevation forest site. *Theoretical and Applied Climatology* 56:153-164.

Wright, R.F., J.G. Roelofs, M. Bredemeier, K. Blanck, A.W. Boxman, B.A. Emmett, P. Gundersen, H. Hultberg, O.J. Kjonaas, F. Moldan, A. Tietema, N. van Breemen, H.F. van Dijk. 1995. NITREX: responses of coniferous forest ecosystems to experimentally changed deposition of nitrogen. *Forest Ecology and Management* 71:163-169

BLM_0051663

The Department of the Interior protects and manages the nation's natural resources and cultural heritage; provides scientific and other information about those resources; and honors its special responsibilities to American Indians, Alaska Natives, and affiliated Island Communities.

NPS 999/105412, October 2010

BLM_0051664

**National Park Service**
**U.S. Department of the Interior**



Natural Resource Program Center

**U. S. Forest Service**
Air Quality Program
www.fs.fed.us/air

**National Park Service**
Nature Resource Program Center
Air Resources Division
www.nature.nps.gov/air

**U.S. Fish and Wildlife Service**
National Wildlife Refuge System
Air Quality Branch
www.fws.gov/refuges/airquality/

EXPERIENCE YOUR AMERICA™

BLM_0051665

# Fatal *Pasteurella haemolytica* pneumonia in bighorn sheep after direct contact with clinically normal domestic sheep

*William J. Foreyt, PhD*

## SUMMARY

Six Rocky Mountain bighorn sheep were raised in captivity from birth (n = 5) or taken from the wild as a lamb (n = 1). After the bighorn sheep were in captivity for over a year, 6 clinically normal domestic sheep were placed on the 2 ha of pasture on which the bighorn sheep were kept. Nasal swab specimens were obtained from all sheep at the time the domestic sheep were introduced. *Pasteurella haemolytica* was isolated from swab specimens obtained from 4 of 6 domestic sheep, but not from specimens obtained from the bighorn sheep. All 6 bighorn sheep died of acute hemorrhagic pneumonia after exposure to domestic sheep. Death in the bighorn sheep occurred on days 4, 27, 27, 29, 36, or 71 after initial exposure to domestic sheep. *Pasteurella haemolytica* was isolated from respiratory tract tissue specimens of all bighorn sheep at the time of death. None of the domestic sheep were clinically ill during the study. At the end of the study, 3 of 6 domestic sheep were euthanatized, and at necropsy, *P haemolytica* was isolated from 2 of them. The most common serotypes in bighorn and domestic sheep were *P haemolytica* T-3 and A-2. Other serotypes isolated included *P haemolytica* A-1, A-9, and A-11 in bighorn sheep and A-1 in domestic sheep.

On the basis of results of this study and of other reports, domestic sheep and bighorn sheep should not be managed in proximity to each other because of the potential fatal consequences in bighorn sheep.

---

The pneumonia complex is a major factor affecting bighorn sheep survival in North America.[1-5] A high infection rate with lungworms (*Protostrongylus stilesi*, *Pr rushi*), and susceptibility to pulmonary viral and bacterial infections increase the incidence of respiratory tract diseases and mortality from fatal bacterial pneumonia, principally *Pasteurella haemolytica*.[1-7] Domestic sheep often are carriers (without clinical signs) of *P haemolytica*,[8-11] and, thus, are potential sources of infection for bighorn sheep. Bighorn sheep are highly susceptible to bacterial pneumonia, and fatal epizootics of bacterial pneumonia have developed and have decimated several bighorn populations. A recent episode of bacterial pneumonia,[a] principally attributable to *P haemolytica*, killed approximately 85 of 110 bighorn sheep that had contact with domestic sheep in the Wenaha mountains in northeastern Oregon in the fall and winter of 1987 through 1988. Transfer of infective agents from domestic to bighorn sheep may have a devastating effect on the survival of the latter. Circumstantial evidence previously incriminated bacterial agents responsible for fatal pneumonia in bighorn sheep that had associated with clinically normal domestic sheep.[12] The objective of the study reported here was to evaluate the impact on respiratory tract disease susceptibility of captive Rocky Mountain bighorn sheep that had controlled contact with domestic sheep.

## Materials and Methods

*Sheep*—Five Rocky Mountain bighorn lambs (3 males and 2 females) were born and raised in facilities at Washington State University in the spring of 1986. One additional male bighorn lamb was captured in the wild in northeastern Washington and was brought to Washington State University in December of 1985. All 6 bighorn sheep were in captivity > 1 year before the study and were clinically normal. Of the 6 bighorn sheep, 4 were vaccinated SC 3 times, 4 weeks apart, with 2 ml of a vaccine[b] containing killed *Pasteurella* organisms.[b] The last vaccine was given 1 week before the domestic sheep were introduced.

Three adult female domestic sheep (2 to 6 years old) were obtained from an area in Wallowa County, Oregon where many bighorn sheep had died the previous winter. Three 5-month old female lambs were purchased at a local sale yard. All domestic sheep were clinically healthy. At 48 days after introduction into the pen containing the bighorn sheep, the 3 adult domestic sheep were euthanatized, and the remaining 3 domestic lambs were removed from the pen. All sheep that died or were euthanatized were submitted to the state diagnostic laboratory[a] for complete necropsy.

*Serotests*—Blood samples were obtained from bighorn sheep and domestic sheep on the day the domestic sheep were placed with the bighorn sheep, and sera were submitted to the state diagnostic laboratory for assay for antibodies to selected respi-

Received for publication Dec 10, 1987.

From the Department of Veterinary Microbiology and Pathology, Washington State University, Pullman, WA 99164-7040

Supported in part by Oregon Department of Fish and Game, Idaho Department of Fish and Game, Washington Department of Wildlife, and Oregon Hunters Association.

The author thanks Drs. Glynn Frank and Al Ward for serotyping the *Pasteurella haemolytica*.

[a] Case reports of the Washington Animal Disease Diagnostic Laboratory, Pullman, Wash.

[b] Ovipast, Hoechst UK Limited, Animal Health Division, Walton Manor, Walton, Milton Keynes Bucks MK77AJ, United Kingdom.

BLM_0051666

ratory tract viruses. A second blood sample was obtained at necropsy, and serum was evaluated for antibodies to viral respiratory tract pathogens again at that time.

*Bacteriologic and virologic evaluation*—Initially, nasal swab specimens were obtained from all bighorn and domestic sheep on June 23, 1987, the same day the 6 domestic sheep were introduced into the bighorn sheep pen. Bacterial and viral isolations were attempted from lungs and/or tonsils or bronchial lymph node specimens sent to the state diagnostic laboratory. Tissue specimens for bacteriologic culture were inoculated onto blood and MacConkey agar plates for primary isolation. Isolates of *P haemolytica* were biotyped according to sugar fermentation reactions,[13] and were serotyped by results of a rapid plate agglutination test.[10,14] Specimens for virus isolation were inoculated onto ovine fetal tracheal cells and bovine turbinate cells for 2 passages at 10-day intervals, and were examined daily for cytopathic effect. Additional specimens were tested for respiratory syncytial virus (RSV) by use of solid-phase enzyme immunoassay.[c]

*Parasitologic evaluation*—Fecal samples were collected from all sheep at the beginning of the study and at the time of necropsy and were evaluated for gastrointestinal parasites by use of sugar flotation (sp gr, 1.27) and for lungworm larvae by use of the Baermann technique.

## Results

Serum samples from 6 domestic sheep initially were positive for RSV (n = 2), parainfluenza-3 (PI-3) virus (n = 3), and bovine viral diarrhea (BVD) virus (n = 1). All 6 domestic sheep were seronegative for infectious bovine rhinotracheitis (IBR) virus, and viruses were not isolated. Nasal swab specimens obtained from domestic sheep at the time of introduction were positive for *P haemolytica* in 4 of the 6 (3 adults and 1 lamb). Other bacteria isolated included *Escherichia coli*, *Staphylococcus epidermidis*, *Bacillus* sp, *Moraxella* sp, and *Citrobacter frenali*. A few trichostrongyle eggs and *Eimeria* spp oocysts were observed in feces of all domestic sheep.

All bighorn sheep were seronegative for PI-3, IBR, and BVD viruses. Serum antibodies to RSV were detected in 5 of 6 bighorn sheep and resulted from previous vaccination

[c] Abbott RSV EIA, Abbott Laboratories, Diagnostics Division, South Pasadena, Calif.

and virus challenge exposure[15]; however, viruses were not isolated. Nasal swab specimens from the bighorn sheep initially were negative for *P haemolytica*. Bacteria isolated included *Bacillus* sp, *Enterobacter* sp, *S epidermidis*, nonhemolytic *Staphylococcus* sp, and nonhemolytic *Corynebacterium* sp. Feces contained low numbers of trichostrongyle eggs, but lungworm larvae (*Protostrongylus* sp) were not detected.

All 6 bighorn sheep died of acute hemorrhagic pneumonia on days 4, 27, 27, 29, 36, or 71 after exposure to domestic sheep. At necropsy, all bighorn sheep were in good physical condition, with adequate body fat. Macroscopic and histologic lesions were similar in all sheep. Typical macroscopic lesions included foci of hemorrhage in lungs, lymph nodes, and heart, and fibrinous adhesions between visceral and parietal pleura. Histologically, lungs had patchy areas of consolidation and severe acute inflammatory reaction. Interalveolar septa were thickened by accumulations of fibrin and small numbers of neutrophils, macrophages, and lymphocytes. Alveolar lumina contained numerous neutrophils, macrophages, and fibrinous matrix, and some macrophages contained intracellular bacteria. The alveolar epithelium had multiple foci of necrosis and desquamation of individual epithelial cells. Bronchiolar epithelium also contained foci of necrosis. Bronchioles and tertiary bronchi were occluded with large numbers of neutrophils and macrophages, along with some desquamated epithelial cells and necrotic debris. Interlobular septa were wide, owing to moderate amounts of edema, and deposits of fibrinous material containing degenerate neutrophils and macrophages were adherent to the epithelium of larger bronchi.

Lymph nodes and tonsils contained multiple small foci of necrosis and slight decrease of lymphocyte populations. Some macrophages within the nodes contained intracellular bacteria.

Large numbers of *P haemolytica* were isolated from all bighorn sheep (Table 1). Primary serotypes were *P haemolytica* A-2, A-9, and T-3.

The 3 adult domestic sheep had pulmonary abscesses, and some had abscessation of lymph nodes and skin. These abscesses were characteristic of *Corynebacterium pyogenes* infection, but bacteriologic culture was not performed. Culture of tonsils and lungs yielded *P haemolytica*,

TABLE 1—Isolation of *Pasteurella* spp from bighorn and domestic sheep

| Sheep No. | Day of death | Results of bacteriologic culture of nasal swab specimens | *Pasteurella* spp isolated at necropsy | | |
|---|---|---|---|---|---|
| | | | Lungs | Tonsils | Bronchial lymph node |
| **Bighorn** | | | | | |
| 1 (lamb)* | 71 | Negative | *P haemolytica*† | ND | ND |
| 2 (lamb)* | 4 | Negative | *P haemolytica* A-9 | ND | *P haemolytica* A-9 |
| 3 (lamb) | 27 | Negative | *P haemolytica* A-9 | *P haemolytica* A-9 | *P haemolytica* T-3 |
| 4 (lamb)* | 27 | Negative | *P haemolytica* A-2 | *P multocida* | ND |
| 5 (lamb) | 36 | Negative | *P haemolytica* T-3<br>A-11 | *P haemolytica* T-3<br>*P multocida* | ND<br>ND |
| 6 (yearling)* | 29 | Negative | *P haemolytica* A-2 | *P haemolytica* A-2 | ND |
| **Domestic** | | | | | |
| 1 (adult) | | *P haemolytica*‡ | *P haemolytica* A-2 | *P haemolytica* A-2 | ND |
| 2 (adult) | | *P haemolytica*‡ | *P haemolytica* T-3<br>A-1 | *P haemolytica* T-3 | ND |
| 3 (adult) | | *P haemolytica*‡ | *P haemolytica* T-3 | *P haemolytica* T-3 | ND |
| 4 (lamb) | | *P haemolytica*‡ | ND | ND | ND |
| 5 (lamb) | | Negative | ND | ND | ND |
| 6 (lamb) | | Negative | ND | ND | ND |

* Vaccinated with *P haemolytica* vaccine. † not typeable. ‡ not serotyped.
ND = not done

BLM_0051667

biotype T, serotype 3, in 2 of 3 adult domestic sheep; types A-1 and A-2 were found in 2 domestic sheep. Antibody titer to respiratory tract viruses remained unchanged in bighorn and domestic sheep.

## Discussion

Disease interaction between domestic and bighorn sheep is not well understood, but several salient observations were made during this study. Viruses and lungworms were not detected in bighorn sheep and were not considered to be exacerbating factors in the pneumonia that developed. *Protostrongylus* spp and PI-3 and RSV viruses often are isolated or incriminated in fatal epizootics in bighorn sheep,[5,6] but were not contributory to the pneumonia in these sheep.

Bighorn sheep died 4 to 71 days after initial exposure to domestic sheep, underscoring the unpredictability of disease after exposure. All bighorn sheep died within 24 hours after clinical signs of disease (incordination, weakness, dyspnea) were observed, reflecting the rapid fatal termination. The *P haemolytica* vaccine was ineffective, even though the main serotypes isolated from the dead bighorn sheep were contained in the vaccine (A-1, 2, 6, 7, 9; T-3, 4, 10). Vaccinated bighorn sheep died at similar times (days 4, 27, 29, 71) as did the unvaccinated bighorn sheep (days 27 and 36; Table 1). Therefore, it was not likely that vaccine hypersensitivty was an important factor in the death rate.

Domestic sheep commonly are infected subclinically with *P haemolytica* Pasteurellosis in domestic sheep often is unpredictable, and attempts to induce disease with *P haemolytica* alone or with *P haemolytica* in combination with other agents have been only variably successful.[16-21] Domestic sheep, however, are carriers of *Pasteurella* spp, and can transmit them to other animals. Results of this study indicate how bighorn sheep can develop acute pasteurellosis after contact with domestic sheep that were carriers (without clinical signs) of *P haemolytica*. Similar results have been reported from other studies conducted recently.[22,23] Bighorn sheep obviously are more susceptible to pneumonia attributable to strains of *P haemolytica* from domestic sheep, and rapidly develop acute fibrinous necrotic pneumonia associated with high mortality.

*Pasteurella haemolytica* and *P multocida* have been isolated from bighorn sheep dying of pneumonia, but with no known contact with domestic sheep,[6,7,24] and occasionally *P haemolytica* has been isolated (at this laboratory) from healthy bighorn sheep. However, on the basis of data from this laboratory, routine isolation of *P haemolytica* from healthy bighorn sheep is uncommon. Other factors that also need to be considered in pneumonia-related deaths in bighorn sheep are stress-related factors that often predispose ruminants to pneumonia. Some of these factors include human manipulation such as handling transport, other forms of human and animal harassment, intercurrent disease, and environmental factors such as inclement weather. In this study however, exacerbating factors were not identified. The bighorn sheep were fairly tame and did not react in obvious fear to domestic sheep or to people. Bighorn sheep were observed frequently feeding and comingling with the domestic sheep. Fighting or

aggression was not observed, and weather conditions were mild during the study.

From results of this study, it appears that bighorn sheep contact with domestic sheep may result in fatal pneumonia in bighorn sheep. The data indicate that *P haemolytica* may be the most important pathogen associated with the pneumonia; however, the role of stress and other pathogens such as *P multocida* and respiratory tract viruses also may be important under certain conditions. Effects of stress and potential pathogens on the impairment of pulmonary clearance and macrophage function is not known, but currently is being investigated. Fatal pneumonia resulting from infection with *P haemolytica* in a wild bighorn herd is devastating. Thus, to prevent such fatal episodes, bighorn and domestic sheep should be managed to avoid close proximity of these species.

## References

1. Buechner HK. The bighorn sheep in the United States; its past, present and future. *Wildl Monogr* 1960;4:1–174.

2. Forrester DJ. Bighorn sheep lungworm-pneumonia complex. In: Davis JW, Anderson RC, eds. *Parasitic diseases of wild mammals*. Ames, Iowa: Iowa State University Press, 1971:158–173.

3. Marsh H. Pneumonia in Rocky Mountain bighorn sheep. *J Mammal* 1938;19:214–219.

4. Potts KM. Hemorrhagic septicemia in the bighorn of Rocky Mountain National Park. *J Mammal* 1937;18:105–106.

5. Spraker TR, Hibler CP, Schoonveld GG, et al. Pathologic changes and microorganisms found in bighorn sheep during stress-related dieoff. *J Wildl Dis* 1984;20:319–327.

6. Parks JB, Post BG, Thorne ET. Isolation of parainfluenza virus from Rocky Mountain bighorn sheep. *J Am Vet Med Assoc* 1972;161:669–672.

7. Thorne ET, Kingston N, Jolley WR, et al. *Diseases of wildlife in Wyoming*. 2nd ed. Cheyenne, Wyo: Wyoming Fish and Game Department 1982:72–77;208–213.

8. Fraser J, Gilmour JJL, Laird S, et al. Prevalence of *Pasteurella haemolytica* serotypes isolated from ovine pasteurellosis in Britain. *Vet Rec* 1982;110:560–561.

9. Biberstein EL, Thompson DA. Epidemiological studies on *Pasteurella haemolytica* in sheep. *J Comp Pathol* 1966;76:83–94.

10. Frank GH. Serotypes of *Pasteurella haemolytica* in sheep in the midwestern United States. *Am J Vet Res* 1982;43:2035–2037.

11. Gilmour NJL, Thompson DA, Fraser J. The recovery of *Pasteurella haemolytica* from the tonsils of adult sheep. *Res Vet Sci* 1974;17:413–414.

12. Foreyt WJ, Jessup DA. Fatal pneumonia of bighorn sheep following association with domestic sheep. *J Wildl Dis* 1982;18:163–168.

13. Kilian M, Frederiksen W. Identification tables for the *Haemophilus-Pasteurella-Actinobacillus* group. In: Kilian M, Frederiksen W, Biberstein EL, eds. *Haemophilus, Pasteurella, and Actinobacillus*. San Francisco: Academic Press Inc, 1981;286–287.

14. Frank GH, Wessman GE. Rapid plate agglutination procedure for serotyping *Pasteurella haemolytica*. *J Clin Microbiol* 1978;7:142–145.

15. Foreyt WS, Evermann JF. Response of vaccinated and nonvaccinated bighorn sheep (*Ovis canadensis canadensis*) to experimental respiratory syncytial virus challenge. *J Wildl Dis* 1988;24:356–359.

16. Gilmour NJL. Pasteurellosis in sheep. *Vet Rec* 1978;102:100–102.

17. Gilmour NJL, Angus KW, Sharp JM. Experimental pulmonary infections of sheep caused by *Pasteurella haemolytica* biotype T. *Vet Rec* 1980;106:507–508.

BLM_0051668

18. Gilmour NJL, Sharp JM, Donachie W, et al. Serum antibody response of ewes and their lambs to *Pasteurella haemolytica*. *Vet Rec* 1980;107:505–507.

19. Sharp JM, Gilmour NJL, Thompson DA, et al. Experimental infection of specific-pathogen-free lambs with parainfluenza virus type 3 and *Pasteurella haemolytica*. *J Comp Pathol* 1978;88:237–242.

20. Biberstein EL, Shreeve BJ, Angus RW, et al. Experimental pneumonia of sheep: clinical, microbiological and pathological responses to infection with myxovirus parainfluenza 3 and *Pasteurella haemolytica*. *J Comp Pathol* 1971;81:339–351.

21. Smith GR. The characteristics of two types of *Pasteurella hae-molytica* associated with different pathological conditions in sheep. *J Pathol Bacteriol* 1961;81:431–440.

22. Onderka DK, Wishart WD. Experimental contact transmission of *Pasteurella haemolytica* from clinically normal domestic sheep causing pneumonia in Rocky Mountain bighorn sheep. *J Wildl Dis* 1988;24:663–667.

23. Onderka DK, Rawluk SA, Wishart WD. Susceptibility of Rocky Mountain bighorn sheep and domestic sheep to pneumonia induced by bighorn and domestic livestock strains of *Pasteurella haemolytica*. *Can J Vet Res* 1988;52:439–444.

24. Post G. Pasteurellosis of Rocky Mountain bighorn sheep (*Ovis canadensis*). *J Wildl Dis* 1962;23:1–14.

BLM_0051669

Bienn. Symp. North. Wild Sheep
and Goat Counc.7:92-101.

PNEUMONIA IN BIGHORN SHEEP:  EFFECTS OF Pasteurella haemolytica FROM
DOMESTIC SHEEP AND EFFECTS ON SURVIVAL AND LONG-TERM REPRODUCTION

WILLIAM J. FOREYT, Department of Veterinary Microbiology and Pathology,
Washington State University, Pullman, WA 99164

Abstract: Based on experiments and field observations, pneumonia
caused by Pasteurella haemolytica, primarily serotypes $A_2$, $T_3$,
$T_4$, $T_{10}$, can be devastating in bighorn sheep.  Under controlled
conditions, 2 Rocky Mountain bighorn sheep (Ovis canadensis
canadensis) exposed to 2 domestic sheep developed pneumonia and died.
Serotypes of P. haemolytica isolated from dead bighorns included $A_2$,
$T_{3,4,10}$, and $T_{10}$.  In a second experiment, P. haemolytica from
domestic sheep was accidentally introduced into a captive herd of O.
c. canadensis at Washington State University, and resulted in
respiratory disease in the 10 sheep, and death in 3 sheep.  P.
haemolytica was isolated from most of these sheep after exposure;
whereas, none had detectable P. haemolytica from nasal swabs before
the accidental induction. Although lambs were born to clinically
normal ewes that were shedding P. haemolytica in nasal secretions, all
lambs died each year for 2 consecutive years after the pneumonia
episode.  Lambs were healthy until 6-11 weeks of age when they
developed pneumonia and died.  Lambs were apparently protected for
several weeks after birth by passive immunity from colostrum.  When
this immunity waned, they were overwhelmed by P. haemolytica from
nasal secretions of their ewes.  Two adult bighorn ewes which had no
detectable P. haemolytica from nasal swabs were added to the herd, and
died from pneumonia within a year.  A noninfected control herd of O.
c. canadensis maintained in a different pen at the University had no
detectable P. haemolytica from nasal swabs, experienced no mortality,
and had 100% lamb survival.
     Based on these studies, it is likely that recruitment into bighorn
sheep herds that survive mortality due to pneumonia caused by P.
haemolytica will be very low for several years after the initial
pneumonia episode.  Healthy bighorn sheep introduced into herds that
are shedding pathogenic serotypes of P. haemolytica are also likely to
die.  Management recommendations include: 1) exclusion of domestic
sheep from contact with bighorn sheep, 2) prohibition of moving
healthy bighorns into populations of bighorns that have survived a
pneumonia episode or are shedding P. haemolytica in nasal secretions,
and 3) prohibition of moving survivors from pneumonia episodes, or
bighorns shedding P. haemolytica, into healthy populations.

BLM_0051670

93

Pneumonia is the major mortality factor affecting bighorn sheep in North America. The pneumonia complex is a multi-factorial disease (Fig. 1), often involving several infectious agents incuding lungworms (Protostrongylus); viruses, primarily parainfluenza-3 virus, respiratory syncytial virus and infectious bovine rhinotracheitis virus; and bacteria, primarily Pasteurella haemolytica, P. multocida (Spraker and Hibler 1982, Spraker et al. 1984). Stress can also be important in the pneumonia complex, and can result from adverse environmental conditions, competition with other animals, handling and transportation methods, confinement, interaction with humans, and other factors (Spraker et al., 1984). Depending on circumstances, 1 or more of these factors may predispose to, or cause clinical pneumonia. Certain strains of P. haemolytica apparently are the most important causes of pneumonia in bighorn sheep, and much research has focused on the epidemiology and prevention of pneumonia caused by P. haemolytica.



Fig. 1.  Causes of the pneumonia complex in bighorn sheep.

BLM_0051671

Bighorn sheep are highly susceptible to bacterial pneumonia. Epizootics of bacterial pneumonia have decimated several bighorn populations in North America (Onderka and Wishart 1984, Coggins 1988). The domestic sheep-bighorn sheep interaction has become a focus of research because domestic sheep carry strains of P. haemolytica that do not usually affect domestic sheep adversely, but when transferred to bighorn sheep are usually lethal to bighorns (Foreyt and Jessup, 1982; Onderka and Wishart, 1988; Onderka et al., 1988; Foreyt, 1989). The objective of this research was to 1) evaluate the domestic sheep-bighorn sheep association 2) evaluate the short-term and long-term survival of bighorn sheep exposed to bacteria from domestic sheep, and 3) evaluate lamb survival from bighorn sheep ewes that survived a pneumonia episode.

I thank R. Silflow, M. Winning, and J. Lagerquist for competent assistance. Funding was provided by the Idaho and Oregon Departments of Fish and Game, the Washington Department of Wildlife, and the Oregon Hunters Association.

METHODS

Domestic Sheep - Bighorn Sheep (Experiment 1)

Two bighorn sheep, 1-1/2 year-old rams, were maintained in a 7 x 10m room with concrete walls and floor. Food consisted of alfalfa hay and hay pellets, and mineralized salt and water were provided at all times. The bighorns were born in captivity at Washington State University (WSU) and were well adjusted to captivity and humans. After 3 months of acclimating the bighorns, 2 yearling wether domestic Suffolk sheep, about 6 months old, were introduced into the room. On the day of introduction, nasal swabs were collected from all sheep and evaluated for bacteria by standard laboratory methods. Additional nasal swabs were collected and evaluated on days 13 and 14 after introducing the domestic sheep. When animals died, complete necropsies, including pathology, virology, serology, parasitology, and bacteriology were done by the Washington Animal Disease Diagnostic Laboratory (WADDL), Pullman, Washington. Standard laboratory methods were used.

Ewe and Lamb Survival (Experiment 2)

In November, 1987, laboratory personnel used a 145cm polyethylene tube, 6mm in diameter, to collect cells from the lungs of several live domestic sheep (Silflow et al. 1989) which had P. haemolytica in nasal secretions as determined from nasal swabs. The serotype was not determined. Following this lavaging procedure, the tube was flushed with saline and the outside of the tube was wiped with 70% alcohol. The same tube was then used within an hour to lavage 3 captive bighorn sheep which were maintained in a 2ha (5 acre) pen containing 7 mature

and 3 immature bighorn ewes. Between 7-12 days following this procedure, all 10 bighorns developed respiratory disease consisting of coughing, increased respiratory rates, and nasal discharges. Sheep were lethargic and anorectic. Three sick sheep were captured and treated with gentamycin and oxytetracycline at 20 mg/kg of body weight, but it was decided that the stress of capture was too detrimental, and treatment was discontinued. In the 3 captured sheep, serum selenium levels were evaluated and considered marginal; therefore, selenium was increased in the mineralized salt from 20 to 90 parts per million. Sheep were observed daily. In December, 1987, an 8-year-old clinically healthy ram from Hall Mountain, Pend Oreille, County, Washington was introduced into the herd, and in January, 1989, 2 clinically healthy adult ewes from northwest Montana were introduced. Two additional bighorns, a ewe and lamb from the same herd in Montana, were introduced into a nonaffected control herd of bighorns (3 rams and 1 ewe) which were maintained on a 2.4ha (6 acre) pasture at WSU. Nasal swabs taken at the times of introduction did not indicate the presence of P. haemolytica in any introduced sheep or in the sheep in the unaffected control pen. Sheep were captured once or twice yearly to collect nasal swabs for bacteria isolations, blood serum for virus antibody analysis, feces for parasite analysis, and for hoof trimming and routine health care.

RESULTS

Domestic Sheep - Bighorn Sheep (Experiment 1)

The domestic sheep remained healthy throughout the experiment. At introduction, P. haemolytica $A_1$ was isolated from 1, and P. haemolytica $T_4$ was isolated from the other (Table 1). Both bighorn sheep developed respiratory disease including coughing and rapid respiration on day 13 of the experiment. On day 14, 1 bighorn (OR41) died, and the other (GR 39) was recumbent and moribund, and was euthanatized. Lesions at necropsy were similar in both bighorns and were consistent with an acute, fibrinohemorrhagic, severe, pleuropneumonia of bacterial orgin. Nonhemolytic and hemolytic serotypes of P. haemolytica were isolated from lungs, nasal swabs, thoracic fluid, lavage fluid, lymph nodes and tonsils (Table 1). Serotypes included $A_2$, $T_{3,4,10}$, and $T_{10}$. Viruses were not isolated from bighorns or domestic sheep and serology results were unremarkable. Lungworms were not present and other parasite numbers were negligible.

BLM_0051673

Table 1.  Summary of domestic sheep - bighorn sheep experiment.

|  | DOMESTIC SHEEP | BIGHORN SHEEP |
|---|---|---|
| Day 0 | Both Normal<br>#1 P. haemolytica $A_1$<br>#2 P. haemolytica $T_4$ | Both Normal<br>#1 Negative<br>#2 Negative |
| Day 13 | Both Normal | Respiratory Signs (Both)<br>#1 P. haemolytica ($A_2$, $T_{3,4,10}$) nasal<br>P. haemolytica ($A_2$, $T_{10}$) lavage<br>#2 P. haemolytica ($A_2$) nasal<br>P. haemolytica ($A_2$, $T_{3,4,10}$) lavage |
| Day 14 | Both Normal | Both Dead<br>#1 P. haemolytica ($A_2$, $T_{3,4,10}$) lung<br>P. haemolytica ($A_2$) thoracic fluid<br>also P. haemolytica tonsil, lymph node<br><br>#2 P. haemolytica ($A_2$, $T_{3,4,10}$) lung<br>P. haemolytica ($T_{3,4,10}$) lymph node<br>P. haemolytica ($A_2$) thoracic fluid also<br>P. haemolytica tonsil |

Ewe and Lamb Survival (Experiment 2)

In 1987 following onset of the pneumonia episode, 3 of 10 bighorn ewes, included 2 that had been treated with antibiotics died 6, 18, and 54 days, respectively, after the experimental accident. Lesions were similar and consistent with bronchopneumonia of bacterial origin. Pasteurella haemolytica $T_4$ was isolated from lung tissue of all 3, and Corynebacterium sp. was isolated from 1. Few lungworm larvae and parasite eggs were detected and other infectious agents

BLM_0051674

Case No. 1:29-cv-02484-MSK   Document 42-8   filed 04/27/21   USDC Colorado   pg 44 of 151

were not isolated.   The introduced ram developed respiratory disease
approximately 30 days after introduction, but recovered after several
months.   During fall 1989, the ram became progressively thinner and
lethargic, did not shed his summer pelage, and died in November.   At
necropsy,  lesions  were  consistent  with  chronic  pneumonia,  and  P.
haemolytica was isolated from lungs.   Other infectious agents were not
isolated.   The 2 adult ewes from Montana that were introduced into the
herd  in  January,  1989,  died  in  July  and  November,  respectively,
following 2-5 days of respiratory disease.   Similar necropsy findings
consistent  with  pneumonia  were  present,  and  P.  haemolytica  was
isolated  from  both  ewes,  including  serotypes  $A_2$,  $T_4$,  and  $T_{4,10}$.
Other infectious agents were not isolated.

   Isolates of P. haemolytica from the live adult bighorns are listed
in Table 2.   Based on analysis of nasal swabs, the P. haemolytica
infection  declined  steadily,  but  persisted  for  2  years  in  bighorn
sheep  in  Pen  1.   In contrast nasal swabs from bighorns in Pen 2 were
negative throughout this period (Table 2).

Table  2.   Prevalence  of  Pasteurella  haemolytica  (number  sheep
infected/number tested) isolated from nasal swabs from captive adult
bighorns following pneumonia episode in November, 1987.

| 1987 | 1988 | 1989 | | 1990 |
|---|---|---|---|---|
| Nov–Dec | Aug–Nov | May–July | Oct–Nov | Apr |
| Infected Pen | | | | |
| 9/12 | 7/15 | 7/28 | 3/16 | 0/5 |
| (75%) | (47%) | (25%) | (19%) | (0%) |
| Noninfected Pen | | | | |
| 0/5 | 0/12 | 0/7 | 0/12 | 0/5 |

   Before the pneumonia episode, 16 lambs were born in 1986 and 1987
(Table 3).   After the pneumonia episode in fall 1987, 11 lambs were
born in 1988 and 1989.   All these lambs died between 6-11 weeks after
birth.

BLM_0051675

Table 3. Summary of bighorn sheep mortality in a captive herd which was affected by pneumonia in the fall of 1987.

| 1986 | 1987 | 1988 | 1989 |
|---|---|---|---|
| 6/7* | 10/10 | 3/7 | 8/9 |
| | 3 ewes died "Pneumonia" | All lambs died "Pneumonia" | All lambs died "Pneumonia" |
| | Add adult ram December, 1987 Died November 1989 | | Add 2 adult ewes January 13, 1989. Both died – July, November, 1989 |

*First number indicates lambs, second number indicates ewes.

In 1989 the mean age of death was day 61 (Table 4). One late lamb in 1989 was born August 14, after the other 7 lambs had died. In almost all cases, lambs were clinically healthy until 1–2 days before death, developed respiratory disease characterized by open mouth breathing and rapid respirations, and died the next day. At necropsy lesions were similar in all lambs and were consistent with acute fibrinohemorrhagic pneumonia with fibrinous pleuritis. Usually the cranial and cardiac lung lobes were involved. Pasteurella haemolytica was isolated from all lambs. Serotypes from 4 of the lambs included $T_4$, from 3 lambs, $T_{3,4}$, from 1 lamb, and $T_{3,4,10}$ from 1 lamb.

Table 4. Summary of bighorn lamb deaths in captivity, 1989, and isolates of Pasteurella haemolytica from these lambs.

| Lamb No. | Age at death (days) | Isolation |
|---|---|---|
| 1 | 47 | P. haemolytica |
| 2 | 53 | P. haemolytica $T_{3,4,10}$ |
| 3 | 78 | P. haemolytica $T_4$ |
| 4 | 60 | P. haemolytica $T_4$ |
| 5 | 56 | P. haemolytica $T_4$, $T_{3,4}$ |
| 6 | 70 | P. haemolytica |
| 7 | 78 | P. haemolytica |
| 8 | 43 | P. haemolytica |
| | $\bar{x} = 61$ | |

BLM_0051676

Case No. 1:20-cv-02484-MSK   Document 42-8   filed 04/27/21   USDC Colorado   pg 46 of 151

## DISCUSSION

These studies support the importance of pneumonia in bighorn sheep and illustrate the short- and long-term effects of the disease. In experiment 1, the 2 bighorns exposed to domestic sheep developed respiratory diseases and died within 2 weeks of exposure to domestic sheep. Although the serotypes of P. haemolytica isolated from the domestic sheep and from the bighorns were different, it is likely that more serotypes were present in the domestic sheep than were isolated. Standard practice at Washington Animal Disease Diagnostic Laboratory is to isolate 1 or 2 morphologically similar bacterial colonies from each agar plate for characterization. If many serotypes are present, only 1 or 2 will be isolated. Tonsillar biopsies and tonsillar swabs from bighorn sheep yield a higher percentage of P. haemolytica isolates than do nasal swabs (Dunbar et al. 1990). Unfortunately, my data are from nasal swabs alone and represent active shedding of bacteria into the environment. Although stress may be important in predisposing bighorns to pneumonia, I feel that bacteria transfer from domestic sheep to bighorns with resultant pneumonia is an important management and biological concern. Previous experiments have demonstrated the adverse association between domestic sheep and bighorn sheep, indicating that serotypes $A_2$, $T_3$, $T_4$, and $T_{10}$, alone or in combination, are the most pathogenic known serotypes in bighorns (Onderka and Wishart 1988, Onderka et al. 1988, Foreyt 1989). Severe pneumonia in bighorns has also been reported to occur without the presence of domestic sheep (Onderka and Wishart 1984) and may be caused by similar serotypes of P. haemolytica.

In experiment 2, it is likely that P. haemolytica from domestic sheep initiated the pneumonia in the captive bighorn herd. Although the plastic tube used to lavage the domestic sheep was rinsed in saline and wiped with an alcohol swab, it is probable that some bacteria remained in the tube and infected the bighorns. All the bighorns developed chronic respiratory disease, and 3 died within 50 days. Under field conditions, a similar episode may have caused higher mortality because more energy would have been required for feeding and movement. Only 3 lambs were born to the 7 surviving ewes in 1988 due to their poor condition during the breeding season and early gestation. Seven ewes survived the pneumonia episode and became clinically normal, but many remained chronic shedders of P. haemolytica (Table 2) for over 2 years.

All lambs died of bronchopneumonia during 1988 and 1989 (Table 3). It is likely that lambs are protected against pneumonia resulting from P. haemolytica by colostral immunity. When the immunity wanes at 5-8 weeks after birth, P. haemolytica from their dams or other sheep overwhelm them, and cause the pneumonia and death observed in this experiment and probably in field outbreaks of pneumonia. Based on the reduced prevalence of ewes shedding P. haemolytica over time (Table 2), it is probable that lamb survival will increase in 1990.

BLM_0051677

100

The ram added to the affected herd of sheep in 1987, and the 2 ewes added in 1989 died of pneumonia between 7 months and 2 years later, indicating the long-term deleterious effects of P. haemolytica in adult, presumably noninfected bighorns.

Based on these and other studies (Onderka and Wishart 1984, Bailey 1986, Coggins 1988) it is probable that following a pneumonia episode in bighorn sheep, initial mortality will affect sheep of all ages, and subsequent mortality in future years will primarily affect lambs between 4-9 weeks old. Lamb survival may be correlated with prevalence of ewes that are shedding P. haemolytica in nasal secretions. Lamb mortality and mortality of healthy sheep introduced into affected populations are likely to be high for 2 or more years following a pneumonia outbreak. Breeding and lambing synchrony may be disrupted as indicated by late lambs and nonbreeding ewes. Based on these data, my recommendations for bighorn sheep management include: 1) exclusion of domestic sheep from contact with bighorn sheep by excluding domestic sheep from lands occupied by bighorns, and by preventing bighorn transplants into areas used by domestic sheep; 2) prohibition of moving healthy bighorns into populations of bighorns that have survived a pneumonia episode or are shedding P. haemolytica in nasal secretions; and 3) prohibition of moving survivors from pneumonia episodes, or bighorns shedding P. haemolytica in nasal secretions, into healthy populations. Considering the long-term recovery time of a population following a pneumonia die-off, a more drastic option is to kill all survivors, and then start a new population with healthy transplanted bighorns. However, a local gene pool would be lost. Until an effective vaccine is developed or a resistant strain of bighorn is discovered, preventive disease management is important to reduce the probability of pneumonia related mortality in bighorn sheep populations.

LITERATURE CITED

Bailey, J. A. 1986. The increase and dieoff of Waterton Canyon bighorn sheep. Biology, management and dismanagement. Bienn. Symp. North. Wild Sheep and Goat Counc. 5:335-340.

Coggins, V. L. 1988. The Lostine Rocky Mountain bighorn sheep die-off and domestic sheep. Bienn. Symp. North. Wild Sheep and Goat Counc. 6:57-64.

Dunbar, M. R., A. C. S. Ward and C. Power. 1990. Isolation of Pasteurella haemolytica from tonsillar biopsies of Rocky Mountain bighorn sheep. J. Wildl. Diseases 26:210-213.

Foreyt, W. J. and D. A. Jessup. 1982. Fatal pneumonia of bighorn sheep following association with domestic sheep. J. Wildl. Diseases 18:163-168.

_____. 1989. Fatal Pasteurella haemolytica pneumonia in bighorn sheep after direct contact with clinically normal domestic sheep. Am. J. Vet. Res. 50:341-344.

Onderka, D. K. and W. D. Wishart. 1984. A major die-off from pneumonia in southern Alberta. Bienn. Symp. North. Wild Sheep and Goat Counc. 4:356-363.

_____ and _____. 1988. Experimental contact transmission of *Pasteurella haemolytica* from clinically normal domestic sheep causing penumonia in Rocky Mountain bighorn sheep. J. Wildl. Diseases 24:663-667.

_____, S. A. Rawluk and W. D. Wishart. 1988. Susceptibility of Rocky Mountain bighorn sheep and domestic sheep to pneumonia induced by livestock strains of *Pasteurella haemolytica*. Can. J. Vet. Res. 52:439-444.

Silflow, R. M., W. J. Foreyt, S. M. Taylor, W. W. Laegreid, D. M., Liggitt and R. W. Leid. 1989. Comparison of pulmonary defense mechanisms in Rocky Mountain bighorn (*Ovis canadensis canadensis*) and domestic sheep. J. Wild. Diseases 25:514-520.

Spraker, T. R. and C. P. Hibler. 1982. An overview of the clinical signs, gross and histological lesions of the pneumonia complex of bighorn sheep. Bienn. Symp. North. Wild Sheep and Goat Counc. 3:163-172.

_____, G. G. Schoonveld and W. S. Adnet. 1984. Pathologic changes and microorganisms found during a stress-related die-off. J. Wildl. Diseases 20:319-327.



BLM_0051679

Case No. 1:20-cv-02484-MSK    Document 42-8    filed 04/27/21    USDC Colorado    pg 49 of 151

Journal of Wildlife Diseases Vol. 18, No. 2, April, 1982    163

# FATAL PNEUMONIA OF BIGHORN SHEEP FOLLOWING ASSOCIATION WITH DOMESTIC SHEEP

WILLIAM J. FOREYT, Department of Veterinary Microbiology and Pathology, Washington State University, Pullman, Washington 99164, USA.

D.A. JESSUP, California Department of Fish and Game, Wildlife Investigation Laboratory, 1701 Nimbus Road, Rancho Cordova, California 95819, USA.

*Abstract:* During 1979-1980 acute fibrinopurulent bronchopneumonia resulted in high mortality or total loss of herds of bighorn sheep *(Ovis canadensis)* in California and Washington. Contact with domestic sheep occurred shortly before the onset of disease in each case. Circumstantial evidence indicated that the apparently healthy domestic sheep transmitted pathogenic bacteria to the bighorns, resulting in mortality. *Pasteurella multocida* and *Corynebacterium pyogenes* were isolated from pulmonary tissue of dead bighorns. The presence of domestic sheep may have been an important stress which initiated or compounded the disease.

## INTRODUCTION

North American bighorn sheep numbered between 1.5 and 2.0 million at the beginning of the 19th century (Buechner, 1960). Today, their number is estimated at less than 40,000. The decline has been attributed to several factors: market hunting at the end of the 19th century, loss of suitable habitat through human development and competition with domestic livestock, and diseases (Marsh, 1938; Cowan, 1940; Buechner, 1960; Forrester, 1971; Hibler et al., 1972; Spraker and Hibler, 1977; Lange et al., 1980). Disease-related mortality is perhaps the most important factor producing dramatic population declines during the last few decades. Major diseases included the lungworm-pneumonia complex (Forrester, 1971; Hibler et al., 1972), psoroptic mange (Lange et al., 1980), and hemorrhagic septicemia (pasteurellosis) (Potts, 1937; Spraker, 1977).

Bacterial pneumonia may follow predisposing factors such as lungworms, viruses, nutritional, cold, or behavioral stress, or immune suppression (Rush, 1927; Mills, 1937; Potts, 1937; Marsh, 1938; Howe et al., 1966; Rosner, 1971; Hibler et al., 1972; Parks et al., 1972;

Taylor, 1973; Spraker, 1977; Spraker and Hibler, 1977; Pearson and England, 1979). Several genera of bacteria have been isolated from penumonic bighorn sheep, but *Pasteurella* spp. are the most common and pathogenic (Hibler et al., 1972; Taylor, 1973; Spraker and Hibler, 1977). *Pasteurella* spp. have been isolated from clinically normal bighorn sheep and domestic animals (Rosner, 1971; Spraker and Hibler, 1977).

The present report documents two separate outbreaks of fatal pneumonia in bighorn sheep which resulted shortly after their exposure to domestic sheep. Domestic sheep were unaffected.

## CASE HISTORIES

### Washington

In January, 1979, eight wild Rocky Mountain bighorn sheep *(Ovis canadensis canadensis)* (two yearling rams and six adult ewes) were transported from Wildhorse Island in Flathead Lake, Montana, to the Methow Game Range, Okanogan County, in central Washington. Sheep were confined in a 2.5 ha enclosure. A natural stream traversed the pen and native trees, shrubs, and grasses were

BLM_0051680

Journal of Wildlife Diseases Vol. 18, No. 2, April, 1982

present for feed and shelter. In winter, feed was supplemented with alfalfa hay and a pelleted alfalfa and grain mixture. Mineralized salt was available at all times. In March, 1979, the six ewes each had a single lamb. Excellent growth was noted in the lambs and adult sheep throughout the summer.

On 2 November 1979, 10 months after the bighorns were placed in the enclosure, 11 adult crossbred domestic ewes, 3-4 years of age, were introduced into the pen with the bighorns. The domestic sheep had been examined by veterinarians and determined to be healthy. All animals were fed at a common source, but the bighorns and domestic sheep were not seen to associate with each other. No behavioral problems were observed.

Twenty-six days later (28 November) seven bighorns were found dead. These included one ram, three ewes, and three lambs. The carcasses were in excellent nutritional condition. Death had occurred within 5 days of the last visit, but extensive autolysis was consistent with death several days previously. Due to the deteriorated condition of the carcasses, only histologic examination of selected organs was accomplished.

The domestic sheep were removed from the pen on 8 December 1979, and at that time, the seven bighorns appeared to be healthy. Six of the remaining seven bighorns were found dead on 29 January 1980. They also had been dead for several days, and postmortem examination was similar to that conducted on the first group. In both groups of dead bighorns, animals were found together in one part of the pen in their beds, and no external lesions were observed. Based on direct observation, each die-off had occurred within a few days before 28 November and 29 January.

## California

California bighorn sheep *(Ovis canadensis californiana)*, acquired from British Columbia in 1971, were confined to a 445 ha enclosure at the Lava Beds National Monument, Siskiyou County, California. Since introduction, the herd had grown slowly and steadily except for the deaths of approximately five adults in 1973 from presumptive bluetongue, and the loss of approximately six lambs in 1976 from other causes. Domestic sheep intermittently grazed adjacent National Forest Service land.

In February, 1980, an attempt was made to capture the 43 bighorns in the population for transplant. Of these, 16 were captured and six died at that time from capture myopathy. Few gastrointestinal nematodes and no lungworms were grossly detected at necropsy. No lungworm larvae were detected in feces (Baermann technique). Glutathione peroxidase tests indicated a low level (<15 ppm) of selenium in one of five animals, when compared to established values for domestic sheep. The remaining 37 individuals appeared to be in excellent physical condition and were left in the enclosure. In mid-June, domestic sheep were intensively grazed along the north and west boundaries of the enclosure, and nose-to-nose fenceline contact with bighorn sheep was noted. Changes in weather, range condition, movement of people etc. were not observed. Approximately eight bighorns died during the first 10 days of July. A presumptive diagnosis of pasteurellosis was made on 12 July, based on gross lesions, preliminary histopathologic interpretations and bacteriologic results.

On 12 July 1980, the water sources were emptied, cleaned and flushed. Oxytetracycline at 0.13 gm/L water was added to water on 16 July at which time five additional bighorn carcasses were found. Water sources were flushed and medicated every other day for 3 weeks, but water consumption was not monitored. All 43 bighorn sheep were presumed dead by August 15, 1980, since no live animals could be located.

BLM_0051681

Journal of Wildlife Diseases Vol. 18, No. 2, April, 1982                                                                                  165

## MATERIALS AND METHODS

Gross and histologic examination of 10 of the 13 dead bighorns from Washington was done at the Washington Animal Disease Diagnostic Laboratory, Pullman, Washington. Bacterial and viral cultures were not done because tissues were autolyzed. Fecal samples were examined for lungworm larvae with a Baermann apparatus.

In California, three dead bighorns found between 7 and 12 July 1980, were shipped to the Wildlife Investigations Lab (WIL), Sacramento, for necropsy and five other animals were examined in the field. Sections of hilar lymph node, liver, lung, kidney, spleen and trachea were collected in 10% buffered formalin, sectioned at $5\mu m$ and stained with hematoxylin and eosin (H&E). Fresh tissues and blood were kept on ice for as long as 24 h. Bacteriologic examinations were performed at the WIL or School of Veterinary Medicine, Davis, California. Pulmonary tissue from three bighorns, pleural fluid from one and bronchial lymph node from one were processed and inoculated onto blood agar and observed daily for bacterial colonies. Bacteria recovered were identified (Buchnan and Gibbons, 1975; Jang et al., 1978). Gross and histologic examinations for parasites were done, and feces were examined for lungworm larvae (Baermann technique).

Serum was collected from two of the fresh bighorn carcasses on 10 and 17 July 1980, for serologic evaluation. Serology was performed by the California Department of Agriculture Laboratory.

## RESULTS

### Washington

Weights of the five dead adult bighorns from the first group ranged from 41 to 80 kg (mean of 53). Lambs and bighorns from the second episode were not weighed. Parasites were not detected grossly. Body fat was considered adequate in all animals, and each was characterized by advanced autolytic changes which limited histopathologic interpretation. Multiple sections of lung parenchyma were examined from different areas of the lung from each of ten bighorns. Acute pneumonia was apparent in all animals from both episodes. Pleural margins were thickened by accumulations of fibrin, macrophages and neutrophils. There was generalized pulmonary congestion with marked alveolar accumulations of fibrin and edema. Focal areas of necrosis were present throughout the pulmonary parenchyma. Sections of spleen, liver, kidney and trachea were congested and autolyzed. Lungs from three of ten animals contained sections of adult nematodes. *Protostrongylus* sp. larvae were present in feces in low numbers (<25 larvae/gram of feces) from four of ten bighorns and not detected in the other six.

One bighorn ewe survived the pneumonia episodes, and produced a lamb in 1980. All domestic sheep survived for four months after removal from the enclosure; no signs of disease were apparent.

### California

All bighorns were in good to excellent physical condition with ample reserves of body fat. Lesions found in the eight bighorns examined were similar. Lungs were bilaterally reddened, wet and consolidated in an anteriorventral distribution. Fibrinous pleural adhesions and pulmonary abscesses with cavitations were noted. Purulent exudate could be expressed from sectioned bronchioles. Six sheep had extensive amounts of yellow friable material (fibrin) covering the pleura and had fibrinous adhesions between individual lobes of the lung and to the costal pleura. Bloody intratracheal froth was a consistent finding. No lungworms or nodules were observed grossly. A small amount of hemorrhage was noted in the left adrenal gland of one

BLM_0051682

animal. No other gross abnormalities were recorded.

Microscopic examination of five lungs revealed fairly consistent lesions despite varying degrees of post-mortem autolysis. Sections from dorsal areas of lung contained proteinaceous fluid and occasional mononuclear and polymorphonuclear (PMN) cells filling bronchiolar lumina. Sections of ventral lung contained scattered islands of bronchial necrosis and hemorrhage. An intense, predominately mononuclear inflammatory response surrounded these islands. Bronchi contained large amounts of cellular debris, fibrin, and PMNs. Bacteria were most evident in areas adjacent to the necrotic foci.

Bronchial and abdominal lymph nodes and spleen had active germinal centers. Subcapsular inflammatory cells and proteinaceous fluid were noted in bronchial lymph node sections. Adrenals were not examined microscopically. All other major organs examined were considered histologically normal.

*Pasteurella multocida* was isolated from lung, bronchial lymph node and serum from one bighorn. *Pasteurella* sp. isolated from lung and pleural fluid in a second bighorn could not be speciated due to its repeated negative indole reaction. *Corynebacterium pyogenes* was also isolated from lung of the three bighorns sampled. Serum antibodies were not detected against *Brucella, Anaplasma,* infectious bovine rhinotracheitis virus, parainfluenza-3 virus, contagious ecthyma virus, or bluetongue virus. One bighorn had a titer of 1:32 by indirect complement fixation against *Leptospira hardjo.*

## DISCUSSION

Bacterial bronchopneumonia and pleuritis in otherwise healthy individuals were the consistent findings in these two outbreaks. Adults from prime age classes as well as young were affected and the outcome generally was

fatal. *Pasteurella* sp. and *Corynebacterium pyogenes* were isolated from several individuals in one outbreak and suspected in the second one. Possibly a bacterial pathogen, was introduced into the bighorns by domestic sheep, and was responsible for the pneumonia which resulted in mortalities in the bighorns. The presence of domestic sheep no doubt also was a stress factor.

We base those conclusions on several factors. The bighorns in California and Washington were in good physical condition and had been in the enclosures for 10 months or more before any deaths occurred, suggesting that acclimatization to the new habitat was not a major problem. However, initial mortality in the bighorns in Washington occurred within 26 days after introduction of the domestic sheep, suggesting possible transmission of a pathogen from the domestics. The domestic sheep were determined to be healthy before introduction into the enclosure, and none became sick or died during or after their presence in the enclosure.

In both outbreaks, bighorns were well nourished when found dead, suggesting an acute disease process. Histopathologic examinations confirmed acute fibrinopurulent bronchopneumonia characteristic of pasteurellosis, and *Pasteurella* was isolated in the California episode. *Pasteurella* spp. have been isolated commonly from the upper respiratory tract of bighorn sheep, other mammals and birds. These bacteria can vary in pathogenicity, and serial passage can enhance virulence (Spraker, 1977). Stress however is a major predisposing factor to clinical pasteurellosis (Gillespie and Timoney, 1981). It is possible that a nonpathogenic strain of *Pasteurella* in domestic sheep was increased in pathogenicity when transmitted to the bighorns which may have been under additional stress due to the presence of the domestic sheep. Domestic sheep may also be more resis-

—

tant to colonization of the respiratory tract by *Pasteurella*, and thus, may harbor more pathogenic strains without being affected.

It is also possible that domestic sheep may harbor other bacteria, mycoplasma or viruses that predispose to pneumonic bacterial overgrowth. However, the exact relationship between *P. multocida* and *C. pyogenes* in these cases is unclear.

*Pasteurella* pneumonia in conjunction with lungworm infection has been reported previously as a population regulating disease most commonly affecting bighorn lambs (Forrester, 1971; Hibler et al., 1972; Spraker and Hibler, 1977). That relationship is apparently not the same situation described in this paper since morbidity and mortality occurred in all cohorts, and lungworms were detected only in a few individuals in Washington, and none were detected in California.

Severe fibrinous pneumonias affecting captive bighorn sheep of all ages have been associated with adrenal cortical hyperplasia and stress of captivity (Spraker, 1977). The outbreaks in bighorns from California and Washington occurred during captive and semi-captive conditions, however, animals appeared to be well adapted to captivity and isolated from noise and contacts with humans and most other animals. No extensive or consistent gross adrenal lesions were noted at necropsy in these bighorns.

In the California outbreak, husbandry practices had not changed significantly in nine years, but several possible predisposing stresses may have contributed to initial infection. Selenium deficiency, based on known values for domestic sheep, had been previously identified in one animal and a respiratory irritant in the form of a cloud from a chemical fire, was known to have transited the area 90 days prior to the first pneumonia-related fatalities. No microscopic evidence of chronic respiratory irritation or lungworms was noted in these bighorns.

In these two geographically separated outbreaks, inclement weather, temperature, terrain, husbandry practices, physical exertion, nutritional disorders, excessive lungworm infections or other major stress factors were not identified and probably were not present. However, the presence of domestic sheep in close proximity to these bighorns may have been an important stress which initiated or compounded the outbreaks. In both outbreaks there was an association of domestic sheep with captive, or semi-captive bighorn sheep dying of fibrinopurulent (bacterial) pneumonias. This association was related to a significant death loss of bighorns with no apparent effect on domestic sheep. We conclude that bighorn sheep and domestic sheep should not occupy the same ranges or be managed in close proximity to each other, because of the potential adverse effect on the bighorn sheep.

## Acknowledgements

The authors wish to thank Rolf Johnson, Washington Department of Game, Karen Jones, California Department of Fish and Game, and the Montana Department of Game for assistance in the work. This project was supported in part by Pittman — Robertson Project W52-R21, Wildlife Investigations Laboratory.

## LITERATURE CITED

BUCHNAN, R. and N. GIBBONS. 1975. *Bergey's Manual of Determinative Bacteriology.* Williams and Wilkins, Baltimore, Maryland, pp. 370-372.

BLM_0051684

BUECHNER, H. 1960. The bighorn sheep in the United States, it's past, present and future. Wildl. Monogr. No. 4. 174 pp.

COWAN, I. McT. 1940. Distribution and variation in the native sheep of North America. Am. Midl. Nat. 24: 505-580.

FORRESTER, D.J. 1971. Bighorn sheep lungworm-pneumonia complex. In: *Parasitic Diseases of Wild Mammals*. J.W. Davis and R.C. Anderson, eds. Iowa State Press, Ames, Iowa, pp. 158-173.

GILLESPIE, J. H. and J.F. TIMONEY. 1981. *Hagen and Bruner's Infectious Diseases of Domestic Animals*. Cornell Univ. Press, Ithaca, New York, p. 107.

HIBLER, C.P., R. LANGE and C. METZGER. 1972. Transplacental transmission of *Protostrongylus* spp. in bighorn sheep. J. Wildl. Dis. 9: 384.

HOWE, D., G. WOODS and G. MARQUIS. 1966. Infection of bighorn sheep *(Ovis canadensis)* with *Parainfluenza-3 myxovirus* and other respiratory viruses: Results of serologic tests and culture of nasal swabs and lung tissue. Bull. Wildl. Dis. Assoc. 2: 34-37.

JANG, S., E. BIBERSTEIN and D. HIRSCH. 1978. *A Diagnostic Manual of Veterinary Clinical Bacteriology and Mycology*. Univ. Calif., Davis, California. 171 pp.

LANGE, R.E., A.V. SANDOVAL and W.P. MELENEY. 1980. Psoroptic scabies in bighorn sheep *(Ovis canadensis mexicana)* in New Mexico. J. Wildl. Dis. 16: 77-82.

MARSH, H. 1938. Pneumonia in Rocky Mountain bighorn sheep. J. Mammal. 19: 214-219.

MILLS, H. 1937. A preliminary study of the bighorn of Yellowstone. J. Mammal. 18: 205-212.

PARKS, J.G. POST, T. THORNE and P. NASH. 1972. Parainfluenza-3 virus infection in Rocky Mountain bighorn sheep. J. Am. Vet. Med. Assoc. 161: 669-672.

PEARSON, N.J. and J.J. ENGLAND. 1979. Isolation of a chlamydial agent from Rocky Mountain bighorn sheep. J. Wildl. Dis. 15: 499-503.

POTTS, M. 1937. Hemorrhagic septicemia in the bighorn of the Rocky Mountain National Park. J. Mammal. 18: 105-106.

——. 1938. Observations on diseases of bighorn in the Rocky Mountain National Park. Trans. N. Am. Wildl. Conf. 3: 893-897.

ROSNER, S.F. 1971. Bovine parainfluenza Type 3 virus infection and pasteurellosis. J. Am. Vet. Med. Assoc. 159: 1375-1382.

RUSH, W. 1927. Notes on diseases in wild game. J. Mammal. 8: 163-164.

SPRAKER, T.R. 1977. Fibrinous pneumonia of bighorn sheep. Transactions of the Desert Bighorn Council, pp. 17-18.

—— and C.P. HIBLER. 1977. Summer lamb mortality of Rocky Mountain bighorn sheep. Trans. Desert Bighorn Council, pp. 11-12.

TAYLOR, R.E.L. 1973. Disease losses in Nevada bighorn. Trans. Desert Bighorn Council, pp. 47-51.

*Received for publication 1 March 1981*

2007 GSA Denver Annual Meeting (28–31 October 2007)

**Paper No. 144-24**

**Presentation Time:** 8:00 AM-12:00 PM

# TAPHONOMY OF THE MYGATT-MOORE QUARRY, A LARGE DINOSAUR BONEBED IN THE UPPER JURASSIC MORRISON FORMATION OF WESTERN COLORADO

FOSTER, John R., Museum of Western Colorado, P.O. Box 20000, Grand Junction, CO 81502, jfoster@westcomuseum.org, HUNT, ReBecca K., Department of Geology, Augustana College, 639 38th Street, Rock Island, IL 61201, and KING, Lorin, Dinosaur Depot Museum, 330 Royal Gorge Blvd. #A, Cañon City, CO 81212

The Late Jurassic age Mygatt-Moore Quarry is located in the middle Brushy Basin Member of the Morrison Formation. Located in western Colorado, this quarry has been worked since the early 1980s, producing a large sample of fossil vertebrate material consisting mostly of dinosaurs. For this study, 796 identifiable bones were counted from the Museum of Western Colorado's collections with the goal of characterizing the vertebrate fauna from this site for the first time. The bone sample consists of 50% sauropod bones and 30% theropod. A minimum number of 21 individual dinosaurs are represented. The most abundant taxon at the quarry is the theropod *Allosaurus* (29%), which is represented by 233 skeletal elements indicating a minimum of 6 individuals (5 adults, 1 juvenile); in addition, more than 190 mostly shed teeth of *Allosaurus* have been recovered from the site. The sauropod *Apatosaurus* is next most abundant (20%) with 160 elements representing 5 individuals (3 adults, 1 sub-adult, 1 juvenile). Approximately 19% of the sample consists of bones of the ankylosaur *Mymoorapelta*, mostly osteoderms and lateral spines (2 individuals). The three most abundant sauropods in the Morrison Formation (*Camarasaurus*, *Apatosaurus*, and *Diplodocus*) also are preserved at the Mygatt-Moore Quarry, but unlike within the formation as a whole, at the MMQ *Apatosaurus* accounts for 85% of the sauropod bones at the site; in the formation overall, *Camarasaurus* is the most abundant sauropod. Voorhies transportation group analysis of the sauropod bones suggests that the Mygatt-Moore sample is a mixed assemblage dominated by neither transportable nor lag groups (I nor III). Numerous bones were freshly broken before burial and several contain theropod tooth marks, while some bone fragments are highly rounded. Turtle and crocodilian material is extremely rare, and fish are unknown from the main bone layer. These data are consistent with the interpretation that the MMQ represents an ephemeral, overbank deposit with only intermittent hydraulic influence.

2007 GSA Denver Annual Meeting (28–31 October 2007)
General Information for this Meeting

Session No. 144--Booth# 107
Paleontology (Posters) II: Environments, Ecosystems, and Interactions
Colorado Convention Center: Exhibit Hall E/F
8:00 AM-12:00 PM, Tuesday, 30 October 2007

Geological Society of America *Abstracts with Programs*, Vol. 39, No. 6, p. 400

© Copyright 2007 The Geological Society of America (GSA), all rights reserved. Permission is hereby granted to the author(s) of this abstract to reproduce and distribute it freely, for noncommercial purposes. Permission is hereby granted to any individual scientist to download a single copy of this electronic file and reproduce up to 20 paper copies for noncommercial purposes advancing science and education, including classroom use, providing all reproductions include the complete content shown here, including the author information. All other forms of reproduction and/or transmittal are prohibited without written permission from GSA Copyright Permissions.

# 5. New Juvenile Sauropod Material from Western Colorado, and the Record of Juvenile Sauropods from the Upper Jurassic Morrison Formation

JOHN R. FOSTER

## Abstract

Juvenile *Apatosaurus* and *Camarasaurus* specimens have been found among abundant remains of adults of these taxa at the Mygatt-Moore Quarry in western Colorado. The juvenile material consists of a dorsal centrum and left scapula of *Apatosaurus* and a dentary fragment, dorsal vertebra, and pubis of *Camarasaurus*. In addition, there are three cervical centra and a dorsal centrum of unidentified sauropods from the quarry. The Kings View Quarry near Fruita yielded a partial, fragmentary specimen of a juvenile *Camarasaurus*. According to a census of collections, approximately one in six sauropod specimens from the Morrison Formation are juveniles. The relative abundance percentages for juveniles of each genus are similar to those of adults.

## Introduction

Juvenile, baby, and embryonic sauropod dinosaurs have been reported from a growing number of sites worldwide in recent years (e.g., Martin 1994; Chiappe et al. 2001), including the Upper

BLM_0051687

Jurassic Morrison Formation of North America. Peterson and Gilmore (1902) described a very young *Apatosaurus* (CM 566) from the Sheep Creek area in Wyoming. One of the most complete sauropods ever found (CM 11338) was described by Gilmore (1925) as a juvenile *Camarasaurus* specimen from the Dinosaur National Monument Quarry. Carpenter and McIntosh (1994) described numerous baby sauropod elements from quarries near Kenton, Oklahoma. Embryonic and juvenile material has been found at the Dry Mesa Quarry near Delta, Colorado, including elements of *Camarasaurus* and *Diplodocus* (Britt and Naylor 1994; Curtice and Wilhite 1996). A partial pes of a half-grown *Camarasaurus* (SDSM 25338) was collected at the Little Houston Quarry in northeastern Wyoming (Foster 1996a), and a humerus (SDSM 25413) and femur (SDSM 25334) of a juvenile *Apatosaurus* have been recovered from a site near Spearfish in western South Dakota (Foster 1996a, 1996b). Curry (1999) studied several juvenile elements of *Apatosaurus* from Cactus Park in western Colorado. Additional juvenile specimens have been recovered from sites in western Colorado, including the Mygatt-Moore Quarry, the Kings View Quarry, and a site in Sinbad Valley; these are described below.

The Mygatt-Moore Quarry is located in west-central Colorado approximately 3 km from the Utah border, in the middle of the Brushy Basin Member of the Morrison Formation. The quarry matrix is a slightly greenish-gray siltstone with abundant carbonized plant fragments (Tidwell et al. 1998). Dinosaur bones in the quarry occur in an approximately 1.5 m-thick layer and are most abundant along the base of the deposit. Many bones are eroded on the ends and a number of them exhibit breaks that occurred before burial. Among the several hundred bones collected from the quarry over the years, no two were closely articulated, and there are very few cases of association. There are also a number of bones with tooth-scratch marks of predators, and shed theropod teeth are common at the site. In addition to the sauropods *Apatosaurus, Camarasaurus,* and *Diplodocus*(?), other dinosaurs found at the quarry include *Allosaurus* and *Mymoorapelta.*

The Kings View Quarry is also in west-central Colorado, about 3 km south of the town of Fruita near the Colorado River. The quarry is about 400 m west of Riggs Quarry 15 at Dinosaur Hill (site of excavation of the *Apatosaurus,* which is now mounted at the Field Museum in Chicago). The quarry is in the middle of the Brushy Basin Member in a 1.5 m-thick fine-grained sandstone with numerous small clay clasts. The bone is concentrated in the lower part of the sandstone unit. The site, worked in 1993 and 2002, has yielded a juvenile *Camarasaurus,* along with a sub-adult *Stegosaurus* tibia, turtle shell, teeth of a theropod and a crocodilian, and one pterosaur wing bone.

The site in Sinbad Valley was collected by Al Look in the 1930s and is most likely somewhere on the western or northern sides of the valley in the Morrison Formation, just a few miles from the Utah border. Its exact location is unknown.

The review of [...]
based on data fro[...]
sus of dinosaur sp[...]
addition to coun[...]
which were defin[...]
age adult size in li[...]

*Institutional a*[...]
Earth Science Mu[...]
tory; MWC—Mu[...]
Museum of Natur[...]
Mines and Techn[...]

**Systematic Pale**[...]
Reptilia
Saurischia
Sauropodomorp[...]
Sauropoda
Camarasauridae[...]

Camarasaur[...]

*Referred Spec*[...]
dorsal vertebrae, [...]
Quarry; and MW[...]
Moore Quarry.

*Description.* [...]
coelous, and it is 1[...]
rocoels are deep, s[...]
trum; the pedicels [...]
the neurocentral s[...]
laminae, and proc[...]
life position. The c[...]
pophysis is preserv[...]
hyposphene are in[...]
of the postzygapo[...]
and right spinopos[...]
preserved neural a[...]
bra is very similar, [...]
an unfused and dis[...]
neural spine. Mor[...]
a more detailed de[...]

MWC 3630, [...]
coelous, 95 mm lo[...]
lar pleurocoels are [...]
and up into the lo[...]
meeting at the mid[...]
closed by the lowe[...]
near mid-centrum; [...]
unfused upper neu[...]

BLM_0051688

a. Peterson and
*urus* (CM 566)
e most complete
ped by Gilmore
m the Dinosaur
ntosh (1994) de-
arries near Ken-
as been found at
ding elements of
r 1994; Curtice
n *Camarasaurus*
ston Quarry in
numerus (SDSM
*patosaurus* have
n South Dakota
eral juvenile ele-
n Colorado. Ad-
om sites in west-
, the Kings View
ibed below.
central Colorado
ie middle of the
The quarry ma-
dant carbonized
nes in the quarry
are most abun-
re eroded on the
occurred before
from the quarry
d there are very
r of bones with
ropod teeth are
*patosaurus, Ca-*
s found at the

Colorado, about
rado River. The
inosaur Hill (site
inted at the Field
le of the Brushy
one with numer-
he lower part of
02, has yielded a
*tegosaurus* tibia,
nd one pterosaur

ook in the 1930s
iorthern sides of
miles from the

The review of juvenile sauropods of the Morrison Formation is based on data from a minimum number of individuals (MNI) census of dinosaur specimens in museum collections (Foster 1998). In addition to counting MNI, the census noted juvenile specimens, which were defined as those less than 50% the approximate average adult size in linear proportions.

*Institutional abbreviations.* BYU—Brigham Young University, Earth Science Museum; CM—Carnegie Museum of Natural History; MWC—Museum of Western Colorado; OMNH—Oklahoma Museum of Natural History; and SDSM—South Dakota School of Mines and Technology.

## Systematic Paleontology
Reptilia
Saurischia
Sauropodomorpha
Sauropoda
Camarasauridae

Camarasaurus grandis *(Fig. 5.1A–D)*

*Referred Specimens.* MWC 2538, two cervical vertebrae, three dorsal vertebrae, a cervical rib?, and a dorsal rib, from Kings View Quarry; and MWC 3630 and a dorsal centrum from Mygatt-Moore Quarry.

*Description.* MWC 2538 (Fig. 5.1A, B) is gently opisthocoelous, and it is 130 mm long and 130 mm in diameter. The pleurocoels are deep, subtriangular, and set relatively high on the centrum; the pedicels are set at the upper level of the neural canal, and the neurocentral suture is unfused, although the neural arch, spine, laminae, and processes as a unit are only slightly displaced from the life position. The diapophyses are missing, and only the right parapophysis is preserved; anterior and posterior zygapophyses and the hyposphene are intact. The neural spine is broken above the level of the postzygapophyses (at about the point of fusion of the left and right spinopostzygapophyseal laminae). The total height of the preserved neural arch and spine is 230 mm. A second dorsal vertebra is very similar, and the third consists of a partial centrum with an unfused and displaced neural arch, and a transversely expanded neural spine. More of this specimen is likely still in the quarry, and a more detailed description will be published later.

MWC 3630, the centrum (Fig. 5.1C, D), is gently opisthocoelous, 95 mm long and 85 mm in diameter; the rounded triangular pleurocoels are 25–30 mm deep in the upper half of the centrum and up into the lower-centrum half of the neural arch, both nearly meeting at the mid-line of centrum. The neural canal is nearly enclosed by the lower arch with pedicels almost co-joined at the top, near mid-centrum; the pedicels contain deep grooves indicative of unfused upper neural arches.

BLM_0051689



Fig. 5.1. A–B: MWC 2538, Camarasaurus grandis *dorsal vertebra in right lateral (A) and posterior (B) views, Kings View Quarry. C–D: MWC 3630, Camarasaurus grandis dorsal vertebra centrum in dorsal (C) and right lateral (D) views, Mygatt-Moore Quarry. (E) MWC 5051, Camarasaurus sp. left pubis in lateral view, Mygatt-Moore Quarry. (F) MWC 5009, Camarasaurus sp. right dentary fragment in lingual view, Mygatt-Moore Quarry. (G) MWC 1848, Apatosaurus sp. left scapula in lateral view, Mygatt-Moore Quarry. All scale bars: 10 cm.*

Camarasaur

*Referred spec*
ment of right den
Quarry.

*Description.* T
preserved along th
from the Mygatt-N
poorly preserved,
face for the ischiur
distal to the clear
fracture occurs on
being entirely inta

The right dent
mm deep (Fig. 5.1
unerupted) are 17
groove for the spl
rior part of the de

*Discussion.* Th
*marasaurus* becau
which is characte
length from the ar
end of the shaft is
*Brachiosaurus.* M
structure of *Cama*

## Diplodocidae

### Apatosaurus s

*Referred spec*
dorsal centrum; bo
humerus, from an

*Description.* M
mm long (Fig. 5.
shaft is only sligh
mm long, 40–45m
coels and a deep
long with a nearl
and a distinct delt
bone (Fig. 5.2A).
ference: length rat

*Discussion.* Th
cause the distal e
panded as in *Ca*
*Diplodocus* and
process set at near
like the more acu
lar in overall appe
Stovall Quarry 1 i
opisthocoelous ce

*Discussion.* MWC 2538 originally included another dorsal ver-
tebra that is now missing. Fortunately lab photographs of this spec-
imen indicate that it was a posterior dorsal, with a wide neural
spine and laterally flared prespinal lamina characteristic of *Cama-
rasaurus.* The height of the pedicels above the neural canal in the
dorsal described above suggests assignment to *C. grandis* (McIn-
tosh 1990). The poor preservation of the distal end of the tibia?
precludes any certainty in the identification of this element, but it
most likely is part of the juvenile *Camarasaurus* specimen. The pro-
portions of MWC 3630 suggest that the specimen belongs to a
young *Camarasaurus*, and the placement of the pedicels well above
the level of the neural canal are also suggestive of *C. grandis*.

144 • John R. Foster

BLM_0051690









nother dorsal ver-
aphs of this spec-
th a wide neural
teristic of *Cama-*
ural canal in the
*. grandis* (McIn-
end of the tibia?
is element, but it
ecimen. The pro-
nen belongs to a
dicels well above
*C. grandis.*

*Camarasaurus sp.* (Fig. 5.1E–F)

*Referred specimens.* MWC 5051, left pubis; MWC 5009, fragment of right dentary with three teeth; both from Mygatt-Moore Quarry.

*Description.* The pubis MWC 5051 is 290 mm long and is well preserved along the shaft (Fig. 5.1E). Like much of the material from the Mygatt-Moore Quarry, however, the ends of the bone are poorly preserved, including the proximal end of the articular surface for the ischium. There is a large fracture crossing the shaft just distal to the clearly preserved obturator notch. Interestingly, this fracture occurs only on the lateral side of the bone, the medial side being entirely intact.

The right dentary fragment MWC 5009 is 90 mm long and 65 mm deep (Fig. 5.1F). The three teeth (one partially erupted and two unerupted) are 17–18 mm wide, and are in alveoli above the deep groove for the splenial. The fragment seems to be from the posterior part of the dentary.

*Discussion.* The pubis (MWC 5051) most likely belongs to *Camarasaurus* because the proximal end lacks the ambiens process, which is characteristic of Morrison diplodocids. In addition, the length from the articular surface for the ischium down to the distal end of the shaft is longer than in diplodocids but not as deep as in *Brachiosaurus*. MWC 5009 closely matches the dentary and tooth structure of *Camarasaurus* (Madsen et al. 1995).

### Diplodocidae

Apatosaurus *sp.* (Figs. 5.1G; 5.2A)

*Referred specimens.* MWC 1848, left scapula; MWC 5072, dorsal centrum; both from Mygatt-Moore Quarry. MWC 645, left humerus, from an unknown quarry in western Colorado.

*Description.* MWC 1848 is a nearly complete left scapula 467 mm long (Fig. 5.1G); the distal end is slightly expanded and the shaft is only slightly bowed. MWC 5072 is a dorsal centrum 74 mm long, 40–45mm in diameter, with moderately shallow pleurocoels and a deep neural canal. MWC 645 is a humerus 600 mm long with a nearly symmetrical hourglass shape in anterior view and a distinct deltopectoral crest more than a third the length of the bone (Fig. 5.2A). The humerus is robust, with a minimum circumference: length ratio of 0.56.

*Discussion.* The scapula (MWC 1848) is clearly diplodocid because the distal end of the shaft is relatively narrow and not expanded as in *Camarasaurus* and *Brachiosaurus*. It differs from *Diplodocus* and *Barosaurus* in having the shaft of the dorsal process set at nearly a right angle to the main shaft of the bone, unlike the more acute angle seen in those genera. MWC 5072 is similar in overall appearance to a juvenile *Apatosaurus* centrum from Stovall Quarry 1 in Oklahoma (OMNH 1217). It lacks the slightly opisthocoelous centrum and more dorsally set pleurocoels of *Ca-*

BLM_0051691



Fig. 5.2. (A) MWC 645, *Apatosaurus sp.* left humerus in anterior view, unknown locality, western Colorado. B–D: MWC 1916, Sauropoda cervical vertebra in dorsal (B), right lateral (C), and left lateral (D) views, Mygatt-Moore Quarry. E–F: MWC 1917, Sauropoda cervical vertebra in dorsal (E) and ventral (F) views, Mygatt-Moore Quarry. G–H: MWC 3828, Sauropoda cervical vertebra in dorsal (G) and ventral (H) views, Mygatt-Moore Quarry. All scale bars: 10cm.

*marasaurus.* MWC 645 is more robust than *Brachiosaurus* and slender diplodocids such as *Diplodocus* and *Barosaurus,* and has a more symmetrical profile in anterior view than does *Camarasaurus.* It is therefore identified as *Apatosaurus.*

Diplodocus? *sp.* (Fig. 5.3)

*Referred specimen.* MWC 641, seventeen mid-caudal centra, representing approximately positions 18–34; from Sinbad Valley, Mesa (or possibly Montrose) County, Colorado.

*Description.* The centra are all elongate, with shallow ventral excavations on the more anterior elements. Centrum 18(?) shows a very shallow pleurocoel laterally. All centra are missing the neural arches and spines, and the chevron facets are not pronounced on the more anterior elements. Centra 21(?) and 22(?) are fused by a dark-red concretionary matrix, and this does not appear to involve

bone material. Ce[...]
18(?) to 140 mm i[...]

*Discussion.* D[...]
shallow and thus [...]
as *Diplodocus*? ba[...]
tends to have rela[...]
tions of *Diplodoc*[...]
(Curtice, pers. con[...]

*Family indeter*[...]

*Referred speci*[...]
MWC 3769, cervi[...]
Mygatt-Moore Qu[...]

*Description.* M[...]
eter, and strongly [...]
are asymmetrical, t[...]
the right with a d[...]
posterior one. Mos[...]
terior ball, is hollo[...]
The length of the n[...]
gose pedicels for t[...]
pophysis is preserv[...]

BLM_0051692







Fig. 5.3. MWC 641, Diplodocus? sp., twelve of seventeen caudal centra, Sinbad Valley, Colorado. A, B, and D–M in right lateral view. (A) caudal 18, (B) caudal 19, (C) caudal 19 in ventral view, (D) caudal 21, (E) caudal 22, (F) caudal 23, (G) caudal 24, (H) caudal 29, (I) caudal 30, (J) caudal 31, (K) caudal 32, (L) caudal 33, and (M) caudal 34. All scale bars: 10cm.

*achiosaurus* and
*aurus*, and has a
*Camarasaurus*.

d-caudal centra,
n Sinbad Valley,

 shallow ventral
m 18(?) shows a
issing the neural
 pronounced on
?) are fused by a
ppear to involve

bone material. Centra range in length from 212 mm in number 18(?) to 140 mm in number 34(?).

*Discussion.* Despite the ventral excavations of the centra being shallow and thus similar to *Barosaurus*, the specimen is identified as *Diplodocus*? based on the distinctly elongate centra. *Barosaurus* tends to have relatively shortened centra, and the ventral excavations of *Diplodocus* caudals can be quite variable in their depths (Curtice, pers. comm., 1997).

### Family indeterminate (Fig. 5.2B–H)

*Referred specimens.* MWC 1916, MWC 1917, MWC 3828, MWC 3769, cervical centra; MWC 3738, dorsal centrum; all from Mygatt-Moore Quarry.

*Description.* MWC 1916 is 104 mm long, 45–56 mm in diameter, and strongly opisthocoelous (Fig. 5.2B–D). The pleurocoels are asymmetrical, the left with dual openings into a single chamber, the right with a deep anterior chamber and a relatively shallow posterior one. Most of the volume of the centrum, including the anterior ball, is hollow due to the extensiveness of the pleurocoels. The length of the neural canal on both sides is bordered by the rugose pedicels for the unfused neural arches. Only the right parapophysis is preserved, and the ventral surface of the centrum is

New Juvenile Sauropod Material from Western Colorado • 147

BLM_0051693

concave anteriorly, although not nearly to the same degree as in adults. MWC 1917, MWC 3769, and MWC 3828 are all 65–70 mm long and 35–55 mm in diameter. Their relative lengths are shorter than MWC 1916, and all are strongly opisthocoelous. Pleurocoels in each are deep, but not as elaborate as in MWC 1916, and parapophyses are preserved only in MWC 1917 and MWC 3828 (Fig. 5.2E–H). MWC 3738 is 100 mm long and 65–90 mm diameter. It is moderately opisthocoelous and has pleurocoels that are simple but deep, nearly meeting along the centrum mid-line. The neural canal is wide (22 mm), as are the pedicels, which clearly preserve the rugose ridges characteristic of the unfused neurocentral sutures. The ventral surface of the centrum contains two simple, anteriorly placed foramina.

*Discussion.* Without preserved neural arches, neural spines, or ribs, cervical and anterior dorsal centra of sauropods can be extremely difficult to identify, so these juvenile specimens cannot be identified even as to family. There is considerable within-taxon variability in pleurocoel structure, and the relative lengths of the centra are similar in the Camarasauridae and some members of the Diplodocidae. MWC 1917, MWC 3828, and MWC 3769 are particularly small among the Mygatt-Moore sauropod material and could be considered babies. These Mygatt-Moore Quarry specimens are similar in morphology and size to some of the Stovall Quarry 1 material from Oklahoma (OMNH 1242 and 1249) identified as *Camarasaurus* by Carpenter and McIntosh (1994) and may belong to this genus.

## Discussion

In general, juvenile sauropods have been thought to be relatively rare in the Morrison Formation (Dodson 1990). Compared to their likely proportions in standing populations, their fossil record is probably unrepresentative. However, the number of juvenile specimens that have been collected over the years is significant. A lack of publication on most of these specimens has perhaps led to an underappreciation of the extent of the juvenile record. There are more than twenty localities in the Morrison Formation that now have yielded juvenile sauropod remains (defined here as elements <50% average adult size) in Colorado, Oklahoma, South Dakota, Utah, and Wyoming (Table 5.1).

Based on an extensive MNI count, approximately 17% of the sauropod specimens in the Morrison Formation are juveniles, but they account for 39% of the individuals at the quarries at which they are found (Table 5.2). Among the total juvenile sample, *Camarasaurus* accounts for 44%, *Diplodocus* for 29%, *Apatosaurus* for 26%, and *Barosaurus* for 1% (Fig. 5.4). These relative abundances reasonably reflect those for adult MNI counts and estimates of biomass distributions among the taxa (Foster 2001). When measured by the percentage of localities with juvenile material at which each genus occurs, the relative abundances are similar to

| Morris |
| --- |
| Quarry |
| Marsh-Felch |
| Cactus Park, BYU |
| Dry Mesa Quarry |
| Stovall Quarry 1 |
| Fuller's 351 |
| Dinosaur Nat'l M |
| Bone Cabin Quarr |
| Nail Quarry |
| Reed's Quarry 1 |
| Reed's Quarry 3 |
| Reed's Quarry 13 |
| Sheep Creek Quarry |
| Sheep Creek Quarry |
| Howe Quarry |
| Reed's Quarry R |

BLM_0051694

e same degree as in
3828 are all 65–70
pisthocoelous. Pleu-
: as in MWC 1916,
C 1917 and MWC
ong and 65–90 mm
has pleurocoels that
e centrum mid-line.
dicels, which clearly
e unfused neurocen-
n contains two sim-

es, neural spines, or
uropods can be ex-
specimens cannot be
erable within-taxon
lative lengths of the
ome members of the
MWC 3769 are par-
ropod material and
loore Quarry speci-
some of the Stovall
242 and 1249) iden-
cIntosh (1994) and

ught to be relatively
). Compared to their
heir fossil record is
er of juvenile speci-
significant. A lack of
erhaps led to an un-
cord. There are more
tion that now have
e as elements <50%
outh Dakota, Utah,

ximately 17% of the
on are juveniles, but
e quarries at which
juvenile sample, Ca-
r 29%, Apatosaurus
These relative abun-
counts and estimates
oster 2001). When
juvenile material at
ances are similar to

TABLE 5.1.

Morrison Formation Juvenile Sauropod Census Data, Summarized from Foster (1998)

| Quarry | County/State | Genus | Juveniles | Adults | Total |
|---|---|---|---|---|---|
| Marsh-Felch | Fremont, CO | *Camarasaurus* | 2 | 2 | 4 |
| | | *Apatosaurus* | 1 | 2 | 3 |
| | | *Diplodocus* | 1 | 2 | 3 |
| | | *Brachiosaurus* | 0 | 1 | 1 |
| | | *Haplocanthosaurus* | 0 | 2 | 2 |
| Cactus Park, BYU | Mesa, CO | *Apatosaurus* | 3 | 1 | 4 |
| | | *Camarasaurus* | 0 | 1 | 1 |
| Dry Mesa Quarry | Mesa, CO | *Diplodocus* | 2 | 3 | 5 |
| | | *Apatosaurus* | 0 | 2 | 2 |
| | | *Supersaurus* | 0 | 1 | 1 |
| | | *Camarasaurus* | 3 | 2 | 5 |
| | | *Brachiosaurus* | 0 | 2 | 2 |
| Stovall Quarry 1 | Cimarron, OK | *Apatosaurus* | 3 | 1 | 4 |
| | | *Camarasaurus* | 1 | 1 | 2 |
| Fuller's 351 | Lawrence, SD | *Apatosaurus* | 1 | 1 | 2 |
| | | *Camarasaurus* | 0 | 1 | 1 |
| Dinosaur Nat'l Mon. | Uintah, UT | *Diplodocus* | 14 | 15 | 29 |
| | | *Apatosaurus* | 5 | 11 | 16 |
| | | *Barosaurus* | 0 | 5 | 5 |
| | | *Camarasaurus* | 6 | 16 | 22 |
| | | *Haplocanthosaurus?* | 0 | 2 | 2 |
| Bone Cabin Quarry | Albany, WY | *Camarasaurus* | 2 | 7 | 9 |
| | | *Brachiosaurus* | 0 | 1 | 1 |
| | | *Apatosaurus* | 3 | 4 | 7 |
| | | *Diplodocus* | 0 | 6 | 6 |
| Nail Quarry | Albany, WY | *Apatosaurus* | 0 | 1 | 1 |
| | | *Diplodocus* | 1 | 0 | 1 |
| | | *Camarasaurus* | 1 | 1 | 2 |
| Reed's Quarry 1 | Albany, WY | *Camarasaurus* | 2 | 4 | 6 |
| | | *Diplodocus* | 0 | 1 | 1 |
| Reed's Quarry 3 | Albany, WY | *Camarasaurus* | 5 | 0 | 5 |
| Reed's Quarry 13 | Albany, WY | *Camarasaurus* | 1 | 3 | 4 |
| | | *Diplodocus* | 0 | 1 | 1 |
| | | *Brachiosaurus?* | 0 | 1 | 1 |
| Sheep Creek Quarry C | Albany, WY | *Camarasaurus* | 1 | 1 | 2 |
| | | *Apatosaurus* | 0 | 1 | 1 |
| Sheep Creek Quarry E | Albany, WY | *Apatosaurus* | 1 | 2 | 3 |
| | | *Camarasaurus* | 1 | 0 | 1 |
| Howe Quarry | Big Horn, WY | *Apatosaurus* | 0 | 2 | 2 |
| | | *Diplodocus/Barosaurus* | 0 | 5 | 5 |
| | | *Barosaurus* | 1 | 0 | 1 |
| | | *Camarasaurus* | 1 | 3 | 4 |
| Reed's Quarry R | Albany, WY | *Camarasaurus* | 2 | 2 | 4 |
| | | *Apatosaurus* | 1 | 1 | 2 |
| | | *Diplodocus* | 0 | 1 | 1 |

New Juvenile Sauropod Material from Western Colorado • 149

BLM_0051695

### TABLE 5.1. (continued)
Morrison Formation Juvenile Sauropod Census Data, Summarized from Foster (1998)

| Quarry | County/State | Genus | Juveniles | Adults | Total |
|---|---|---|---|---|---|
| Little Houston Quarry | Crook, WY | Camarasaurus | 1 | 5 | 6 |
| | | Apatosaurus | 0 | 1 | 1 |
| | | Diplodocus/Barosaurus | 0 | 1 | 1 |
| Sheridan College Quarry 1 | Johnson, WY | Apatosaurus | 0 | 1 | 1 |
| | | Diplodocus | 0 | 1 | 1 |
| | | Camarasaurus | 1 | 1 | 2 |
| Red Fork Powder River | Johnson, WY | Apatosaurus | 0 | 1 | 1 |
| | | Diplodocus | 0 | 1 | 1 |
| | | Haplocanthosaurus? | 0 | 1 | 1 |
| | | Camarasaurus | 1 | 3 | 4 |
| Poison Creek Quarry | Johnson, WY | Camarasaurus | 1 | 3 | 4 |
| | | Apatosaurus | 1 | 4 | 5 |
| | | Diplodocus | 3 | 2 | 5 |
| | | Haplocanthosaurus | 0 | 2 | 2 |
| Mygatt-Moore Quarry | Mesa, CO | Apatosaurus | 1 | >2 | 3+ |
| | | Camarasaurus | 1 | >1 | 2+ |
| Kings View Quarry | Mesa, CO | Camarasaurus | 1 | 0 | 1 |
| Sinbad Valley | Mesa(?), CO | Diplodocus? | 1 | 0 | 1 |
| Totals: | | | 77 | 152 | 229 |

### TABLE 5.2.
Occurrence Frequency for Morrison Formation Juvenile Sauropods

| Genus | Juvenile MNI (N = 77) | Number of Localities (22 sites) |
|---|---|---|
| Camarasaurus | 34 | 19 |
| Apatosaurus | 20 | 10 |
| Diplodocus | 22 | 6 |
| Barosaurus | 1 | 1 |

Total number of sauropods (MNI) in Morrison Formation, all quarries: 458

Total number of sauropods (MNI), quarries with juveniles: 229

Total number of juvenile sauropod specimens (MNI): 77

Percentage of juvenile sauropod specimens in Morrison Formation sample ($^{77}/_{458}$): 17%

Juvenile/Adult specimen ratio, quarries with juveniles, total sample ($^{77}/_{231}$): 0.34

Average individual juvenile/adult specimen ratio for 21 quarries with juveniles: 0.40



those based on st
(19 of 22) of the
45%, Diplodocu
abundances sugg
represented in the
tain quarries may
the sauropod faun

Most quarrie
drained floodplai

150 • John R. Foster

BLM_0051696

*ster (1998)*

| s | Adults | Total |
|---|---|---|
| | 5 | 6 |
| | 1 | 1 |
| | 1 | 1 |
| | 1 | 1 |
| | 1 | 2 |
| | 1 | 1 |
| | 1 | 1 |
| | 1 | 1 |
| | 3 | 4 |
| | 3 | 4 |
| | 4 | 5 |
| | 2 | 5 |
| | 2 | 2 |
| | >2 | 3+ |
| | >1 | 2+ |
| | 0 | 1 |
| | 0 | 1 |
| | 152 | 229 |

ivenile Sauropods

| | Number of Localities |
|---|---|
| | 22 sites) |
| | 19 |
| | 10 |
| | 6 |
| | 1 |

all quarries: 458
229

rmation sample (77/458):

sample (77/231): 0.34
ries with juveniles: 0.40



*Fig. 5.4. Composition of the Morrison Formation juvenile sauropod record, showing dominance of* Camarasaurus *followed by* Diplodocus *and* Apatosaurus, *a pattern similar to that demonstrated by the sample of adult specimens. N = 77.*



*Fig. 5.5. Frequency of occurrence of juvenile sauropod genera. Based on the number of sites at which the genus occurs divided by the total number of sites with juvenile material. N = 22.*

those based on straight MNI counts. *Camarasaurus* occurs at 86% (19 of 22) of the localities with juvenile material, *Apatosaurus* at 45%, *Diplodocus* at 27%, and *Barosaurus* at 5% (Fig. 5.5). These abundances suggest that, although juvenile sauropods are under-represented in the formation as a whole, their representation at certain quarries may accurately indicate the ecological associations of the sauropod faunas.

Most quarries in the Morrison Formation are in either poorly drained floodplain mudstones or in sandstone units (Dodson et al.

New Juvenile Sauropod Material from Western Colorado • 151

BLM_0051697

1980). Quarry lithologies for juvenile sauropod sites are about evenly split between these two types (at least seven sandstone quarries and seven mudstone quarries among the twenty-two known sites). Therefore, there does not appear to be any preferential bias for greater preservation of juveniles in any one lithology.

Juvenile sauropods were likely significantly more common in standing populations than is reflected in their overall fossil record, at least in part due to taphonomic bias against preservation of relatively smaller vertebrate elements. Limb elements of sauropods demonstrate only limited ontogenetic change in proportions (Curtice et al. 1997) (unlike theropods; Foster and Chure 1999), so it is unlikely that a significant number of juvenile elements have been overlooked due to misidentification; vertebral elements are only rarely misidentified as other adult taxa. Still, the sample of juvenile sauropod material from the Morrison Formation accounts for a respectable proportion of the overall record.

*Acknowledgments.* I thank Jack McIntosh and two semi-anonymous reviewers for comments that improved the manuscript. For access to collections used for this study I thank: Jeff Person and Rich Cifelli (OMNH); Kenneth Carpenter and Logan Ivy (Denver Museum of Nature & Science); Michael Brett-Surman (National Museum of Natural History); Ken Stadtman (Earth Science Museum, BYU); Dan Chure (Dinosaur National Monument); Charlotte Holton and Eugene Gaffney (American Museum of Natural History); Mary Ann Turner (Yale Peabody Museum); Dave Berman (Carnegie Museum); Bruce Erickson (Science Museum of Minnesota); and Mike Flynn (Sheridan College).

## References Cited

Britt, B. B., and B. G. Naylor. 1994. An embryonic *Camarasaurus* (Dinosauria, Sauropoda) from the Upper Jurassic Morrison Formation (Dry Mesa Quarry, Colorado). In K. Carpenter, K. F. Hirsch, and J. R. Horner, eds., *Dinosaur Eggs and Babies,* 257–264. New York: Cambridge University Press.

Carpenter, K., and J. McIntosh. 1994. Upper Jurassic sauropod babies from the Morrison Formation. In K. Carpenter, K. F. Hirsch, and J. R. Horner, eds., *Dinosaur Eggs and Babies,* 265–278. New York: Cambridge University Press.

Chiappe, L. M., L. Salgado, and R. A. Coria. 2001. Embryonic skulls of titanosaur sauropod dinosaurs. *Science* 293: 2444–2446.

Curry, K. A. 1999. Ontogenetic histology of *Apatosaurus* (Dinosauria: Sauropoda): New insights on growth rates and longevity. *Journal of Vertebrate Paleontology* 19: 654–665.

Curtice, B. D., and D. R. Wilhite. 1996. A re-evaluation of the Dry Mesa Dinosaur Quarry sauropod fauna with a description of juvenile sauropod elements. In A. C. Huffman, W. R. Lund, and L. H. Godwin, eds., *Geology and Resources of the Paradox Basin,* 325–338. Utah Geological Association Guidebook, no. 25. Salt Lake City: Utah Geological Association.

Curtice, B. D., J. R. Foster, and D. R. Wilhite. 1997. A statistical analysis of

sauropod li
17: 41A.

Dodson, P. 1990
and H. Osn
sity of Calif

Dodson, P., A. K
Taphonomy
Morrison Fo

Foster, J. R. 19
(Upper Jura
*tions to Geo*

———. 1996b.
(Upper Jura
*Continental*
letin no. 60.

———. 1998. A
stratigraphy
Mountain re
Colorado, Be

———. 2001.
Saurischia) o
Jurassic pale
*Bulletin* 8: 4

Foster, J. R., and
venile to adu
*brate Paleon*

Gilmore, C. W. 1
*rasaurus*, a sa
ment, Utah. *I*

Madsen, J. H., Jr.,
axis complex
(Reptilia:Sau
*tory* 31: 1–11

Martin, V. 1994.
Cretaceous) in

McIntosh, J. S. 19
tentative sugg
Currie, eds.,
53–69. New Y

Peterson, O. A., an
and species of

Tidwell, W. D., B. 
of the Mygat
west-central C

BLM_0051698

od sites are about
en sandstone quar-
twenty-two known
ny preferential bias
ithology.

more common in
verall fossil record,
reservation of rela-
ents of sauropods
proportions (Cur-
hure 1999), so it is
lements have been
elements are only
sample of juvenile
n accounts for a re-

sh and two semi-
ved the manuscript.
nk: Jeff Person and
Logan Ivy (Denver
-Surman (National
Earth Science Mu-
Monument); Char-
Museum of Natural
um); Dave Berman
Museum of Min-

: Camarasaurus (Di-
Morrison Formation
K. F. Hirsch, and J. R.
64. New York: Cam-

ssic sauropod babies
K. F. Hirsch, and J. R.
78. New York: Cam-

mbryonic skulls of ti-
–2446.

osaurus (Dinosauria:
longevity. Journal of

tion of the Dry Mesa
ion of juvenile sauro-
d L. H. Godwin, eds.,
325–338. Utah Geo-
e City: Utah Geologi-

statistical analysis of

sauropod limb element. *Journal of Vertebrate Paleontology* 3 supp., 17: 41A.

Dodson, P. 1990. Sauropod paleoecology. In D. B. Weishampel, P. Dodson, and H. Osmólska, eds., *The Dinosauria,* 402–407. Berkeley: University of California Press.

Dodson, P., A. K. Behrensmeyer, R. T. Bakker, and J. S. McIntosh. 1980. Taphonomy and paleoecology of the dinosaur beds of the Jurassic Morrison Formation. *Paleobiology* 6: 208–232.

Foster, J. R. 1996a. Sauropod dinosaurs of the Morrison Formation (Upper Jurassic), Black Hills, South Dakota and Wyoming. *Contributions to Geology, University of Wyoming* 31: 1–25.

————. 1996b. Fossil vertebrate localities in the Morrison Formation (Upper Jurassic) of western South Dakota. In M. Morales, ed., *The Continental Jurassic,* 255–264. Museum of Northern Arizona, Bulletin no. 60. Flagstaff: Museum of Northern Arizona.

————. 1998. Aspects of vertebrate paleoecology, taphonomy, and biostratigraphy of the Morrison Formation (Upper Jurassic), Rocky Mountain region, western United States. Ph.D. diss., University of Colorado, Boulder.

————. 2001. Relative abundances of the sauropoda (Dinosauria, Saurischia) of the Morrison Formation and implications for Late Jurassic paleoecology of North America. *Mesa Southwest Museum Bulletin* 8: 47–60.

Foster, J. R., and D. J. Chure. 1999. Hindlimb proportion allometry in juvenile to adult *Allosaurus* (Dinosauria, Theropoda). *Journal of Vertebrate Paleontology* 3 supp., 19: 45A.

Gilmore, C. W. 1925. A nearly complete articulated skeleton of *Camarasaurus,* a saurischian dinosaur from the Dinosaur National Monument, Utah. *Memoirs of the Carnegie Museum* 10: 347–384.

Madsen, J. H., Jr., J. S. McIntosh, and D. S. Berman. 1995. Skull and atlas-axis complex of the Upper Jurassic sauropod *Camarasaurus* Cope (Reptilia:Saurischia). *Bulletin of Carnegie Museum of Natural History* 31: 1–115.

Martin, V. 1994. Baby sauropods from the Sao Khua Formation (Lower Cretaceous) in northeastern Thailand. *Gaia* 10: 147–153.

McIntosh, J. S. 1990. Species determination in sauropod dinosaurs with tentative suggestions for their classification. In K. Carpenter and P. J. Currie, eds., *Dinosaur Systematics: Perspectives and Approaches,* 53–69. New York: Cambridge University Press.

Peterson, O. A., and C. W. Gilmore. 1902. *Elosaurus parvus:* a new genus and species of the Sauropoda. *Carnegie Museum Annals* 1: 490–499.

Tidwell, W. D., B. B. Britt, and S. R. Ash. 1998. Preliminary floral analysis of the Mygatt-Moore Quarry in the Jurassic Morrison Formation, west-central Colorado. *Modern Geology* 22: 341–378.

BLM_0051699

# Thunder-Lizards

## The Sauropodomorph Dinosaurs

Edited by Virginia Tidwell and Kenneth Carpenter

S

BLM_0051700

LIFE OF THE PAST
James O. Farlow, Editor

INDIANA UNIVERSITY PRESS
Bloomington and Indianapolis

Th

This book is a publication of
Indiana University Press
601 North Morton Street
Bloomington, IN 47404-3797 USA

http://iupress.indiana.edu

*Telephone orders*     800-842-6796
*Fax orders*              812-855-7931
*Orders by e-mail*    iuporder@indiana.edu

© 2005 by Indiana University Press

All rights reserved

No part of this book may be reproduced or utilized
in any form or by any means, electronic or
mechanical, including photocopying and recording,
or by any information storage and retrieval system,
without permission in writing from the publisher.
The Association of American University Presses'
Resolution on Permissions constitutes the only
exception to this prohibition.

The paper used in this publication meets the
minimum requirements of American National
Standard for Information Sciences—Permanence
of Paper for Printed Library Materials, ANSI
Z39.48-1984.

Manufactured in the United States of America

Library of Congress Cataloging-in-Publication Data

Thunder-lizards : the Sauropodomorph dinosaurs /
edited by Virginia Tidwell and Kenneth Carpenter.
    p. cm.—(Life of the past)
   Includes bibliographical references and index.
   ISBN 0-253-34542-1 (cloth : alk. paper)
   1. Saurischia.   2. Saurischia—Anatomy.
3. Saurischia—Aging.   4. Saurischia—Infancy.
5. Saurischia—Evolution.   6. Saurischia—
Morphology.   7. Animal mechanics.   I. Tidwell,
Virginia.   II. Carpenter, Kenneth.   III. Series.
   QE862.S3T48 2005
   567.913—dc22
                                                    2004028474

    1  2  3  4  5  10  09  08  07  06  05

1 • Postcr
   Dino

5 • New



United States
Department
of Agriculture

Forest Service

**Rocky Mountain
Forest and Range
Experimental Station**

Fort Collins,
Colorado 80526

**General Technical
Report RM-168**



# A Screening Procedure to Evaluate
# Air Pollution Effects on Class I
# Wilderness Areas

**Douglas G. Fox, Ann M. Bartuska,
James G. Byrne, Ellis Cowling,
Richard Fisher, Gene E. Likens,
Steven E. Lindberg, Rick A. Linthurst,
Jay Messer, and Dale S. Nichols**



Fox, Douglas G.; Bartuska, Ann M.; Byrne, James G.; and others. 1989. A screening procedure to evaluate air pollution effects on Class I wilderness areas. Gen. Tech. Rep. RM-168. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station. 36 p.

This screening procedure is intended to help wilderness managers conduct "adverse impact determinations" as part of Prevention of Significant Deterioration (PSD) applications for sources that emit air pollutants that might impact Class I wildernesses. The process provides an initial estimate of susceptibility to critical loadings for sulfur, nitrogen, and ozone. It also provides a basis for requesting necessary additional information where potential adverse impacts are identified.

**Keywords:** Prevention of Significant Deterioration, air pollution

## On the Cover

Foreground: The screening graph for determining effects of atmospheric deposition on aquatic ecosystems (fig. 1, page 6). Background: West Glacier Lake, part of the Glacier Lakes Ecosystem Experiments Site (GLEES), a high-elevation area that, while not a designated wilderness, is being used for research to quantify atmospheric effects on wilderness. GLEES is instrumented for meteorological, aerometric, deposition, snowmelt, and streamflow measurements as part of a holistic ecosystem monitoring program conducted by the air pollution research unit at the Rocky Mountain Station. GLEES is located on the Medicine Bow National Forest, approximately 15 km west of Centennial, Wyoming, in the Snowy Range Mountains.

BLM_0051704

**USDA Forest Service**
**General Technical Report RM-168**

**January, 1989**

# A Screening Procedure to Evaluate Air Pollution Effects on Class I Wilderness Areas

**Douglas G. Fox[1], Ann M. Bartuska,
James G. Byrne, Ellis Cowling,
Richard Fisher, Gene E. Likens,
Steven E. Lindberg, Rick A. Linthurst,
Jay Messer, and Dale S. Nichols**

[1] Rocky Mountain Forest and Range Experiment Station. The Station's headquarters is in Fort Collins, in cooperation with Colorado State University. Supervision was provided by Douglas G. Fox, Chief Meteorologist and Project Leader for The Research Work Unit, Effects of Atmospheric Deposition on Natural Ecosystems in the Western United States.

BLM_0051705

BLM_0051706

# Contents

INTRODUCTION ............................................................................................... 1
  Workshop Organization and Participants ...................................................... 1
  Federal Land Managers' Responsibilities Concerning Protection of
    Class I Area Wildernesses .......................................................................... 2
    Wilderness Act ............................................................................................ 2
    Clean Air Act ............................................................................................... 3
WORKSHOP RESULTS ................................................................................... 4
  The Green-Yellow-Red Screening Model .................................................... 4
  Terrestrial Green and Red Line Screening Numbers ................................... 5
  Aquatic Green and Red Line Screening Graph ............................................ 5
  Implementing the Screening Technique ....................................................... 7
    Information Needs ....................................................................................... 7
    Monitoring Considerations .......................................................................... 8
    Meteorology ................................................................................................ 8
    Ambient Air Concentration ......................................................................... 8
    Deposition .................................................................................................. 8
    General Considerations for Data Collection ............................................... 9
    Quality Assurance and Quality Control ...................................................... 9
SPECIFIC FACTORS AND CONSIDERATIONS IN DEVELOPING THE
  MODEL ......................................................................................................... 9
  Terrestrial Systems ...................................................................................... 9
    Rationale Used in Selecting Ozone Values ................................................ 10
    Rationale Used In Selecting Sulfur Values ................................................. 11
    Rationale Used In Selecting Nitrogen Values ............................................. 11
  Aquatic Systems .......................................................................................... 12
    Concept of Surface Water Sensitivity ........................................................ 12
    Acidification Response Levels .................................................................... 13
    S and N Loadings ....................................................................................... 14
    Illustration of Graph Use ............................................................................ 14
    Information Needs ....................................................................................... 14
    Cautions ..................................................................................................... 15
LITERATURE CITED ...................................................................................... 15
APPENDIX A. MAP OF FOREST SERVICE CLASS 1 AREAS ....................... 18
APPENDIX B. BACKGROUND OF SAMPLE CLASS I AREAS ...................... 20
  Alpine Lakes and Glacier Peak Wildernesses - Washington ...................... 20
  Hoover and Dome Land Wildernesses - California ..................................... 20
  San Gorgonio Wilderness - California ........................................................ 21
  Bob Marshall Wilderness - Montana ........................................................... 22
  Bridger Wilderness · Wyoming .................................................................... 22
  Superstition Wilderness - Arizona .............................................................. 23
  Joyce Kilmer - Slickrock Wilderness - North Carolina, Tennessee ............. 23
  Otter Creek - West Virginia and Great Gulf - New Hampshire
    Wildernesses ............................................................................................. 24
  Boundary Waters Canoe Area Wilderness - Minnesota ............................. 25
APPENDIX C. OTHER AQUATIC MEASUREMENT METHODS ..................... 27
  Loading/Response Relationships ................................................................ 27
  Graph Construction ..................................................................................... 27
    Detailed Information Needs ........................................................................ 30
    Conversion of Deposition Values ............................................................... 34
APPENDIX D. PARTICIPANTS AND THEIR AFFILIATIONS .......................... 35

BLM_0051707

## PREFACE

A group of scientists and land managers held a cooperative workshop to help the Forest Service develop a screening process for evaluating Prevention of Significant Deterioration (PSD) applications for sources that might impact Class I area wildernesses. The process described in this document provides an initial estimate of the susceptibility of different Class I areas to critical loadings for sulfur, nitrogen, and ozone. Results should help Forest Service land managers when conducting "adverse impact determinations" of PSD permit applications and provide a ready basis for requesting necessary additional information where potential adverse impacts are identified.

This document was prepared by the authors and participants at the Workshop on Air Pollution Effects on Wilderness, held May 2-5, 1988, at the Institute of Ecosystem Studies, Millbrook, New York.

## ACKNOWLEDGMENTS

Dr. Gene Likens and his co-workers at the Institute of Ecosystems Studies, New York Botanical Gardens, hosted the workshop at the Mary Flagler Cary Arboretum in Millbrook, NY. The participants at the May 1988 meeting in Millbrook developed the concept of this document, and the authors wrote the first draft. All the participants reviewed a second draft. A final step involved the review of 8 scientific peers who were not at the meeting, but by virtue of both their research and their positions with government, industry, and interested groups, were able to substantially improve the document. Finally, scientists at the Rocky Mountain Station conducting research on effects of atmospheric deposition on natural ecosystems, particularly Frank Vertucci, Robert Musselman, and Anna Schoettle added significantly to the final report by evaluating and incorporating reviewers' comments, correcting references, and providing the benefit of their substantial knowledge and experience to the final report.

## USER NOTES

When implementing the PSD review process, line officers and staff must understand the assumptions and-variables used to construct the screening model. The model will help in PSD review only if the assumptions and logic involved are fully understood. It is critical that the user recognize the development methodologies and limitations. For instance, participating scientists and managers agreed on similar numerical loadings for a pollutant in seemingly different Class I areas. This agreement resulted because similarly sensitive ecosystems occur in many different Class I areas, although not to the same extent. For example, alpine is the dominant ecosystem in Alpine Lakes Wilderness in northern Washington, but a minor portion of the San Gorgonio Wilderness in southern California. However, the loading values for these two wildernesses are the same because the alpine ecosystem was considered most sensitive, and the loadings were established to protect the most sensitive ecosystems.

It should also be recognized that the loadings suggested by this screening technique are likely to overestimate potential impacts. As such, they may be applicable for PSD permit review of effects on designated Class I air quality areas, but are not intended to suggest target loadings on ecosystems in general.

Users should recognize that this document represents the state of understanding in Spring 1988. Science is very productive in this field, and it is anticipated that this document will be upgraded periodically.

BLM_0051708

# A Screening Procedure to Evaluate Air Pollution Effects on Class I Wilderness Areas

Douglas G. Fox, Ann M. Bartuska,
James G. Byrne, Ellis Cowling,
Richard Fisher, Gene E. Likens,
Steven E. Lindberg, Rick A. Linthurst,
Jay Messer, and Dale S. Nichols

## INTRODUCTION

Forest Service land managers need information about the effects of air pollution on wilderness areas that have been formally designated as Class I by the Clean Air act (Public Law 95-95). Managers of Class I areas are responsible for the review of preconstruction applications termed "Prevention of Significant Deterioration" (PSD) permits. Forest Service managers must review PSD permits for major new emission sources (more than 100 tons of a pollutant per year) or the modification of an existing source that may cause possible effects on Class I areas.

This introductory section describes a workshop of Forest Service management leaders and prominent scientists studying the biological effects of air pollution and acid deposition. They worked together to identify how best to merge the current state of science with needs of Class I area managers. (Work group participants are also identified.) It then briefly describes Forest Service responsibilities under the Clean Air Act and the Wilderness Act.

The second section summarizes the major results of the workshop. Results are stated as proposed maximum acceptable pollutant loadings on specific ecosystems. These maximum loadings are intended for use by federal land managers screening PSD permits. The proposed screening process suggests one of three decisions: recommend permit approval (new pollutants will lead to loadings below Green Line), recommend permit denial (new pollutants will lead to loadings above Red line), and an intermediate zone (Yellow Zone), where more data are needed before deciding on a course of action.

The screening concept uses numerical values of sulfur and nitrogen deposition and ozone concentrations in nine different wildernesses considered representative of the diversity of wilderness ecosystems.

The third and fourth sections provide detailed explanations, justifications, and cautions regarding the screening approach as applicable to aquatic and terrestrial ecosystems in wilderness landscapes.

### Workshop Organization and Participants

A partnership between scientists and managers is needed to protect air-quality-related values in Class I area wildernesses. The form of such a partnership was developed and approved by some 70 distinguished scientists at the 1987 Cary Conference[2], which focused on long-term studies of ecosystems:

> "Ecological understanding is required to develop environmental policies and to manage resources for the benefit of humankind. Sustained ecological research is one of the essential approaches for developing this understanding, and for predicting the effects of human activities on ecological processes. Sustained research is especially important for understanding ecological processes that vary over long periods of time. However, to fulfill its promise, sustained ecological research requires a new commitment on the part of both management agencies and research institutions. This new commitment should include longer funding cycles, new sources of funding, and increased emphasis and support from academic and research institutions. Because they have common long-term goals, we propose a new partnership between scientists and resource managers. Elements of this partnership include:
>
> 1. Agreement by scientists to answer the questions asked by managers, while making clear the level of uncertainty that exists and what additional research needs to be done.

[2]*Statement adopted at the Cary Conference in Millbrook, New York, on May 13, 1987: revised July 4, 19B7 (Likens in press).*

BLM_0051709

2. Agreement by managers to give serious consideration to these answers and to support the continuing research toward better answers. Sustained ecological research supported by this new partnership can contribute significantly to the resolution of critical environmental problems."

Such partnerships are essential to use scientific information in an orderly and efficient manner for the management of complex natural resources.

Organizers of this workshop invited a group of prominent scientists, knowledgeable in the areas of effects of air pollution (sulfur and nitrogen deposition and ozone exposure) on ecosystems, to interact with a group of Forest Service managers who have air resource management responsibilities. The objectives of this workshop were to establish communication between these two groups of individuals, and to develop a screening process for evaluating PSD applications. This relationship was fostered by a 3-day workshop at the Institute of Ecosystem Studies of the New York Botanical Garden in Millbrook, New York.

The May 1988 workshop was to develop an air pollution screening process for managers of Class I areas. The participants decided that a screening process that considered only the impacts of the deposition of sulfur and nitrogen and ozone concentration on specific ecosystems would be appropriate. Other pollutants can adversely affect ecosystems, but the chosen pollutants are those most commonly of concern. Pollutant loadings are determined by using air dispersion models and estimates of deposition velocity to project the worst case deposition of S and N from proposed industrial emissions.

Four teams of scientists and managers (see table 1) were formed to determine independently the sulfur, nitrogen, and ozone values to be used in answering the following questions:

1. Below what magnitude of sulfur and nitrogen deposition and ozone concentration, resulting from proposed air pollution emissions, for each of the nine Class I area wildernesses, can a land manager have a high degree of confidence that no air-quality-related values (AQRV's) would be adversely affected?

2. Above what magnitude of sulfur and nitrogen deposition and ozone concentration for each of the nine Class I area wildernesses can a land manager have a high degree of confidence that at least one of the selected air-quality-related values would be adversely affected by the proposed air pollution emissions?

The Forest Service managers present at the Workshop picked tentative AQRV's (or reported those already developed in Forest Plans) for the selected wildernesses in their Regions. These AQRV's were then used by the teams and working groups in the development of their loading estimates. Also, each Class I area wilderness was described. Appropriate site data and first-hand knowledge were used to estimate numerical loadings and identify problems in applying these numbers to specific areas. Values were chosen to protect the current condition of the selected AQRV's in each Class I area.

Visibility is the only AQRV specifically mentioned in the Clean Air Act, and it has been determined to be an important AQRV in all class I areas except Bardwell Bay (FL) and Rainbow Lake (WI). However, this workshop did not address visibility. The scientists, known for their expertise in air pollution effects on biotic systems, were invited to this workshop to develop screening guidelines for only the terrestrial and aquatic components of the ecosystem. The absence of comments on visibility should not be construed as a judgment of its relative value compared to biotic systems. In fact, in some areas, visibility might be considered adversely affected by air pollution concentrations that were not considered adverse to the biotic systems. For more discussion of visibility, the Forest Service Air Resource Management Manual (USDA 1987) should be consulted.

### Federal Land Managers' Responsibilities Concerning Protection of Class I Area Wildernesses

#### Wilderness Act

The Wilderness Act of 1964 (Public Law 88-557) established the National Wilderness Preservation System "to secure for the American people an enduring resource of wilderness." The Act states:

"A wilderness... is an area where the earth and community of life are untrammeled by man, where man himself is a visitor who does not remain... Wilderness is...undeveloped Federal land retaining its primeval character and influence, without permanent improvements or human habitation, which is protected and managed so as to preserve its natural conditions and which generally appears to have been affected primarily by the forces of nature, with the imprint of man's work substantially unnoticeable..."

Wilderness is a distinct resource with inseparable parts. When possible, natural processes are allowed to operate within wilderness; for example, lightning-caused fires are allowed to burn under prescribed conditions. Wilderness is managed to make it as wild and natural as possible, including closing old roads, restoring damaged trails and campsites, and removing most structures. Managers use primitive tools to do the

BLM_0051710

Table 1.- Work group assignments for participants.[1]

**Team 1 Aquatic Ecosystems**
Gene E. Likens *(Chairperson)*
Peter Dillon *(Combined group chair)*
Thomas Frost.
Dale W. Johnson
Dale Nichols
Ed Brannon
Tom Thompson
Bill Carothers
Dave Unger
Jay Messer *(Note Taker)*


**Team 2 Aquatic Ecosystems**

Rick A. Linthurst *(Chairperson)*
Mike Pace
Richard Wright
Steve Mealey
Mike Edrington
Gray Reynolds
Anne Fege

Richard Fisher *(Note Taker)*


**Team 3 Terrestrial Ecosystems**

Ann M. Bartuska *(Chairperson)*
Jan Nilsson
John Reuss
Bill Mattson
Steve Lindberg *(Combinedgroup chair)*
David F. Karnosky
Chuck Wildes
John Butruille
Clif Benoit
Bob Loomis
Douglas G. Fox *(Note Taker)*


**Team 4 Terrestrial Ecosystems**

Ellis Cowling *(Chairperson)*
Gary M. Loved
Dave Peterson
J. R. N. Joffers
Peter B. Reich
Dave Radloff
Dick Stauber
Steve Harper

James G. Byrne *(Note Taker)*

[1]*Affiliations of participants are given in appendix D.*

job. As with other National Forest resource management efforts, public involvement is sought in planning for wilderness management and use.

Many management activities and uses are prohibited in wilderness: roads, motorized equipment and mechanical transport, landing of aircraft, most commercial enterprises, and permanent structures and installations. The Wilderness Act allows certain activities within wilderness, as long as the wilderness character is preserved. These uses include livestock grazing, hunting, fishing, exercising water rights, and existing mineral claims. Special exceptions are made in some wilderness legislation that permit mineral exploration and exploitation, access to private land, maintenance and use of airstrips, and, in Alaska, native use for subsistence.

The scientific value of wilderness is recognized in the 1964 Act. A decade or a century in the future, wildernesses will serve as baseline or "control" areas, since they are managed to preserve natural conditions and generally will have been affected primarily by the forces of nature. Permission to conduct scientific studies is granted only if the studies require a wilderness environment, and cannot be accomplished outside the wilderness. Motorized equipment or mechanical transport cannot be justified on the basis of cost or efficiency, and are allowed only if a comprehensive analysis shows there are no alternatives.


**Clean Air Act**

The Clean Air Act (CAA) Amendments of 1977 included a program for prevention of significant deterioration of air quality, generally referred to as the ..PSD'' program. This PSD program is to prevent areas currently having clean air from becoming too polluted. Certain wilderness areas and National Parks established before August 1977 were designated as Class I areas. A Class I designation allows only very small increments of new pollution above already existing air pollution levels within the area. Wildernesses established since August 7, 1977, are Class II areas. Class II areas have a larger increment, which is about 25 percent of the national ambient air quality standard. Class I areas in the National Forest System are identified in figure A-1 in the appendix to this report.

The CAA charges the federal land manager (FLM) of Class I areas with an affirmative responsibility to protect the air-quality-related values (AQRV's) of these areas from adverse air pollution impacts. AQRV's are those values within the Class I area that could be affected by air pollution such that the purpose for which the area was established (biological diversity, water

BLM_0051711

quality, fish) would be adversely affected. Within the Forest Service, the Regional Forester has been delegated this affirmative responsibility. Managers must minimize the conflicting human impacts of air pollution, much as they manage other uses to limit their impacts on the wilderness resource.

The PSD program is a preconstruction review and permitting process for major new or expanding sources of pollution. Any major facility seeking a new source permit for location or expansion in a clean air area must meet several requirements: Class I and/or 11 increments, the AQRV impact analysis, and the Best Available Control Technology (BACT) evaluation. In the PSD permitting process, the FLM determines whether a proposed source's emissions will have an adverse impact on Class I area AQRV's.

New source permit applicants submit  plans to the permitting authority, who examines the proposed location of the facility, its general design, projected air pollution emissions, and potential impacts. When a proposed source's emissions may have an impact on a Class I area, the permitting authority (EPA, or the State, if EPA has delegated PSD authority to that State) alerts the FLM. The FLM then determines the impact of the projected pollution level increases on the Class I area AQRV's and recommends approval, denial, or modification of the preconstruction permit. When the air regulatory authority certifies that a permit application is complete, the FLM might have as little as 30 days to review the permit application and respond to the regulatory authority. The FLM's determination of adverse impact must be completed within this period. This reply is included in the required public participation phase of the PSD program.

## WORKSHOP RESULTS

### The Green-Yellow-Red Screening Model

A conceptual framework was developed to implement the partnership between scientists and managers to help evaluate the potential impact of proposed new air pollution sources on Class I areas. This framework includes the idea of acceptable (Green Line), unacceptable (Red Line), and intermediate (Yellow Zone) levels of pollution. It is very important to keep in mind that this framework represents a screening tool. As such, it is intended to simplify the decision process by providing guidelines for general use rather than formulas for specific application. In all circumstances, the magnitude of these screening values, both Red and Green, are subject to change based on better site specific information. In the absence of such data, use of screening values should advance the evaluation of PSD permits.

Pollutant doses less than the Green Line value might be judged permissible by managers, and the application recommended for approval without additional data. Conversely, doses above the Red Line value are likely to cause at least one AQRV to be adversely affected. Thus they would result in a recommendation for denial unless additional site-specific data are provided to prove that the identified AQRV of the Class I area would not be adversely affected. Doses falling between the Green and Red Lines (the Yellow Zone) would be evaluated on the basis of additional information provided or gathered by the applicant or the USDA Forest Service.

It is prudent for the Class I manager to have AQRV's clearly identified, their current status monitored, and specific limits of impact defined. To avoid challenges, such information must be based upon or include multiyear data, and scientific peer review. Use of these screening techniques is also based on the availability of accurate deposition and concentration data at or near the Class I areas. These data also should be quality assured. Suggestions from long-term sustained ecological research will be useful in this context.

Specifically, the Green Line denotes a total loading (current deposition plus predicted additional deposition from the new source) of sulfur and nitrogen and the total dose of ozone that predicts, with a very high degree of certainty, that no AQRV will be adversely affected. The Red Line denotes a total loading of sulfur and nitrogen and the total dose of ozone that predicts, with a very high degree of certainty, that at least one AQRV will be adversely affected. Sustained ecological research, part of the partnership between managers and scientists, will refine and modify these decision points with new or better data.

Participants agreed that Green and Red Line numbers need to be ecosystem-specific. The selected numbers reflect the effects of pollutants on the AQRV's identified within the nine example Class I areas. Terrestrial and aquatic systems were considered separately because the understanding of combined impacts is not sufficiently developed to set numerical levels. Ozone was considered only to affect terrestrial

4

BLM_0051712

ecosystems. Aquatic impacts were estimated by the sensitivity of surface waters as measured by the combined concentrations of calcium, magnesium, potassium, and sodium (corrected for marine influences) expressed in microequivalents per liter (µeq/l). Green and Red Line values for aquatic impacts are presented graphically.

### Terrestrial Green and Red Line Screening Numbers

Participating scientists familiar (to varying degrees) with detailed data applicable to these Class I area wildernesses agreed to the values in table 2. The Green Line represents the total pollution loadings (current plus proposed new source contribution) pollution loadings *below* which a land manager can recommend a permit be issued for a new source unless data are available to indicate otherwise. The Red Line represents an estimate of the total pollutant loadings that each wilderness can tolerate. Total loadings *above* these values suggest the land manager recommend reduction of emissions from a new source unless data are available to indicate that no AQRV of the Class I area is likely to be adversely affected.

Pollutant loadings *between* these values require the gathering of enough valid data to determine whether or not a permit for a new source should be recommended. General ideas for dealing with loadings that fall between the values are described in the next section.

### Aquatic Green and Red Line Screening Graph

Green and Red Line screening values associated with effects on aquatic ecosystems are most appropriately displayed graphically. The sensitivity of aquatic ecosystems to S and N deposition is measured by their acid-neutralizing capacity (ANC). The ANC may already be reduced, however, in systems subjected to significant deposition loading. A good measure of sensitivity for fresh surface waters is the sum of the concentrations of base cations (calcium, magnesium, potassium and sodium ions) in the water. Since Class I areas contain a diversity of lakes and streams, the participants felt that Green and Red Line values should be presented as a function of the ion concentration. The manager will need loadings based on knowledge of the surface waters in the Class I area as well as the deposition environment.

The graph for aquatic systems shows Green and Red Line values with total deposition loading (in kg of S/ha-yr) on the vertical axis and concentration of (nonmarine) Ca+Mg+K+Na (in ,µeq/l) on the horizontal axis. The significance of these concentrations is based on the relative amount of water that is exported from the watershed. Green and Red Line values are presented in figure 1 for runoff estimated to be about 60-70% of the precipitation, and for 40-50% runoff. Green and Red Line values for additional runoff percentages are presented in appendix C in figures C-1 and C-2.

Table 2. -- Terrestrial Green and Red Line screening values.

| Wilderness area[1] | Nitrogen deposition[2] | | Sulfur deposition | | Ozone concentration[3] | |
|---|---|---|---|---|---|---|
| | Green Ln | Red Line | Green Ln | Red Line | Green Ln | Red Ln |
| | ------kg N/ha-y----- | | ----kg S/ha-y---- | | --------------ppb--------- | |
| Alpine Lakes, WA | 5-7 | 15 | 3-5 | 20 | 35/75 | 55/110 |
| Hoover, CA | 3-5 | 10 | 3-5 | 20 | 35/75 | 55/110 |
| San Gorgonio, CA | 5 | 15 | 3-5 | 20 | 35/75 | 55/110 |
| Bob Marshall MT | 3-5 | 10-15 | 5 | 20 | 35/75 | 55/110 |
| Bridger, WY | 3-5 | 10 | 5 | 20 | 35/75 | 55/110 |
| Joyce Kilmer, NC/Slick Rock, TN | 7-10 | 15 | 5-7 | 20 | 35/75 | 55/110 |
| Otter Creek, WV | 7 | 10-15 | 5 | 20 | 35/75 | 55/110 |
| Boundary Waters Canoe Area, MN | 3-5 | 10 | 5 | 20 | 35/75 | 55/110 |

[1]See appendix B for description of wildernesses.

[2]Nitrogen and sulfur deposition are total values including all forms, wet, dry, $NH_4$-N and $NO_x$-N, $SO_4$-S, $SO_2$-S, etc.

[3]Growing season average/second highest 1 hour average value in a year

BLM_0051713



Figure 1.--Green and Red Line values for effects of deposition on freshwater systems. Total deposition is total sulfur deposition except for selected locations as noted in the text where 25% of total Nitrogen deposition should be included.

BLM_0051714

Part of the water that falls on a watershed as precipitation is lost as water vapor through evaporation or through transpiration by plants. Depending on geologic conditions, some may seep deep below surface and be lost from the immediate watershed as ground water. The rest leaves as surface runoff. High mountain areas with cool temperatures, large amounts of rain and snow, steep slopes, and thin soils have high runoff percentages. Warm temperatures, deep soils, level topography, and vigorous plant growth all favor evapotranspiration and reduce runoff.

Participants considered that, with a few complex exceptions, effects of N deposition on aquatic resources are not likely to be significant because the N is taken up by the watershed terrestrial and aquatic blots and does not contribute to acidification. Exceptions are very sensitive lakes and watersheds, primarily at high-elevation sites in the western United States, with base cation concentrations below 50 µeq/l. Such systems can be acidified by addition of N (Grennfelt and Hultberg 1986). For such circumstances, we recommend adding 25% of the total N deposition to the S deposition for use in the aquatic graph. Thus, if the total deposition projected for a western Class I area containing low base saturation waters is 2 kg S/ha-yr and 4 kg N/ha-yr, the value of $2 + .25x4 = 3$ should be used in determining the Green and Red Line loadings on the Graph.

Below a total deposition of 3 kg S/ha-yr, there are no field data to develop the Green and Red lines. Particularly in Class I areas in the western United States, deposition levels are low and surface waters have low ionic concentrations (10-40 µeq/l). No evidence of chronic acidification has been reported. However, snow melt has the potential to seasonally acidify these surface waters. Another potential effect of episodic snowmelt loading in lakes in the west is eutrophication, a nutrient fertilization effect leading to increased organic productivity. This effect would also require additional study.Thus, these systems fall in the Yellow zone.

## Implementing the Screening Technique

### Information Needs

Listed below are six types of data helpful to managers for using the Green/Yellow/Red screening technique. These data can be obtained from published sources, or local scientists who may have access to additional sources of information. It is also prudent for managers to formulate recommendations for additional research or assessment efforts which should be undertaken by the permitted, Forest Service, state, or by other organizations before or as a condition to the permit.

Managers are encouraged to develop working relationships with local university, state, federal, and industrial research personnel to assist in identifying already existing sources of information or recommendations for further research. This workshop report should be useful in initiating such communication.

Data needed to responsibly evaluate a PSD permit include:

1. Deposition and air concentrations to estimate current loadings.--Current loading and exposure conditions at wilderness sites must be estimated to assess the impact of new deposition increments. Measurements should take into account expected higher fluxes at higher elevations. Some protocols for these measurements have been established (Fox et al. 1987).

*Ozone.* Determine maximum hourly average values and growing season average concentrations.

*Sulfur.* Determine total deposition by wet, dry, and cloudwater processes. For some forest systems it has been shown that measurements of throughfall plus stemflow fluxes provide a simple but accurate estimate of total deposition of the major S components.

*Nitrogen.* Determine total deposition from precipitation, cloudwater, and air chemistry measurements (including $HNO_3$ vapor and ammonium ion) and appropriate dry deposition models. Characterization of meteorologic and climatologic parameters should also be considered. These can be used to determine potential climatologic stresses and to evaluate dry deposition and cloudwater deposition.

2. Expected deposition and air concentrations due to proposed source.--Predicted loading and exposure at each site must be estimated to assess the change in current loading or air concentrations for comparison with Red and Green Line values. Estimates must account for elevational effects and for important nearby sources that contribute to background loading and concentration. The expected worst case ambient loading or concentration should be predicted. Modeling is generally conducted by the proponent and/or the regulatory agency. Managers should be aware that ozone is a secondary pollutant (generated in the atmosphere) and must be predicted with a model incorporating photo-chemical reactions. Sulfur modeling should include any increased loading due to all important sulfur species ($SO_2$, particle sulfate, cloudwater sulfate). Nitrogen modeling should consider all species of N available for plant uptake ($HNO_3$ vapor, nitrate and ammonium ions in rain and cloudwater, $NH_3$).

7

BLM_0051715

3. Inventory of biological resources associated with the identified AQRV,s of the Class I area.--A description of the vegetation communities (type, cover) is needed to assess the relative response of the ecosystem(s) to pollutants. Include in a general assessment the identification of unique communities (such as small bog in an otherwise forested system), and the percentage cover of major ecosystem types.

Periodic remeasurement of stand composition and integrity. Linkage to developing long-term monitoring programs (EPA, FS) will assist in an evaluation of change. A species list including relative frequencies of occurrence is needed. An estimate of the biomass increment for assessment of nitrogen demand and use (for instance Douglas-fir require more than alpine plants) must be made. Percent cover by major vegetation type is useful for this purpose.

A full inventory of aquatic resources, including water column and benthic sampling to determine phytoplankton, zooplankton, and macroinvertebrates as well as associated water chemistry is needed. A quantitative sampling procedure for macroinvertebrates and flowing waters should be followed. Fish abundance, condition, age class, and other aspects of community composition should be measured (Fox et al.1987).

4. Species response/biological effects data. -- Following the vegetation survey, the response of key species to pollution loading must be evaluated. The FLM should coordinate these needs with FS Research and other research activities in the area of air pollution, plant response, acid deposition, and aquatic resources. One outcome of this might be the development of bioindicators and key sensitive organisms in Class I areas.

5. Lake, stream, and soil survey/geological assessment.--Data needs for lake and stream water chemistry are identified above. Information is necessary to understand the relative ability of soil and bedrock to buffer pollutant inputs for all subsystems within the wilderness.

*Lake and stream water.* Care should be exercised to ensure that appropriate guidelines are followed (see Fox et al.1987).

*Soil survey.* Identify major soil series, followed by more detailed chemical characterizations of the important series. (See for example the description and protocols in the recent EPA Soil Survey; Fox et al.1987.)

*Geological assessment.* Parent material can be assigned to one of several weathering as described in the Swedish critical load document (Nilsson 1986). Ecosystem sensitivity to S inputs can then be related to the percentages of the various classes within the wilderness.

6. Snowpack chemistry and hydrologic characteristics of the area.--Snowpacks in high-elevation wilderness have large surface area to capture S and N compounds. Thus pollution may accumulate in the snowpack. Careful measurement of snowpack chemistry (Fox et al. 1987) can provide good deposition loading information. Snowmelt causes a significant pulse of water which initially can release concentrated chemicals to the ecosystem. Since pollutants are not soluble in ice, they reside on the surface of the ice. As the snowpack warms, these chemicals are removed by the initial meltwater. This may result in a chemical pulse more concentrated in the initial runoff than in the snowpack itself. Managers should assess the potential and the likely effects of this process of pollutant storage and delivery.

## Monitoring Considerations

A major consideration for all ecosystems is the current condition of the atmospheric environment. This requires measurement of meteorology and air quality in sites representative of the wilderness.

## Meteorology

Meteorological instrumentation can be operated with battery power using microprocessors to record and process the data. The details of these systems are available in Fox et al. (1987).

## Ambient Air Concentration

Air quality measurement is more problematical. Ozone measurement requires a major investment in an air-conditioned instrument shelter. The shelter and the ozone monitor require line power, frequent calibration, and standardization. Such instrumentation cannot be put in a wilderness. Rather, the site selected for monitoring ozone must be carefully selected to be representative in exposure, elevation, and ground cover (canopy, etc.) of the wilderness being monitored (Fox et al.1987).

Ambient air concentrations of $SO_2$, $NO_x$, and $NH_4$ can be measured using filter packs. These filter packs also collect aerosol $SO_4$ and $NO_3$ These instruments also require power, although they need not be sheltered. Again, siting must be representative of the ecosystems being monitored. These techniques are described in Fox et al. (1987).

## Deposition

A major concern in assessing impacts is the measurement of deposition. Dry deposition cannot easily be measured except with research quality instruments. However, it can be approximated by measurements of surrogates, for example snowpack in alpine areas. The snowpack can be monitored by

8

carefully digging a snowpit and collecting snow samples along its depth (Fox et al. 1987). In a forest, throughfall and streamflow together have proven a useful measure of dry deposition of some chemical elements.

Wet deposition should be measured using NADP-type collectors and protocols for consistency and comparison within the large national network. Other data required should be collected using the guidelines for wilderness measurements (Fox et al.1987).

Cloud and fog water interception in certain locations can add considerably to the total deposition. They should be considered in mountain locations where such events occur.

### General Considerations for Data Collection

The land manager should be aware of the degree of uncertainty in the numbers obtained, including those used to establish Red and Green Line values. The FLM should accept that some uncertainty is unavoidable and does not negate use in decision making. The following points are relevant.

1. The variance of certain measurements can be quite high, increasing the uncertainty in estimates, and decreasing confidence in prediction.

2. The level of resolution can increase uncertainty. Finer temporal resolution of data (such as hourly ozone averages) may be quite variable and difficult to interpret, but when averaged over a longer period of time (weekly), values are more stable and, hence, certain.

3. Temporal patterns in water and soil chemistry may or may not be greater than the magnitude of differences among soil types in the same watershed. The focus of the monitoring is on the most sensitive component of the ecosystem, rather than any average or representative condition.

4. Most wildernesses are comprised of several ecosystems (such as alpine at high elevation; Douglas-fir at lower elevation). The manager needs to evaluate the sensitivity and the importance of identified AQRV's in each ecosystem.

5. There may be mismatches between data sets. For example, air quality data may be provided for a region or large parcel of land (especially if derived from a model); however, the soil chemistry or vegetation type may be specific to a location. Also, microclimatic effects might alter an air-quality and/or deposition effect locally, reducing the representativeness of a measurement.

### Quality Assurance and Quality Control

The need for quality assurance and quality control is implicit in the need for data upon which decisions can be upheld in an appeal. The following items reflect this need:

1. Utilize standardized quality assurance/quality control guidelines where available; in particular, EPA procedures and the QA Methods Manuals of the Forest Response Program (Blair 1986).

2. Implement standard protocols across regions. For soils, coordination with the Soil Conservation Service is recommended.

3. For chemical analyses, evaluate laboratory capability and performance prior to selecting a laboratory. Evaluation is especially relevant for many state and university laboratories where procedures may be appropriate for agricultural but not forest soils, and for lake and stream water but not necessarily dilute surface waters and precipitation. Water chemistry is particularly expensive and demanding on laboratory resources. Laboratory procedures should be carefully evaluated and monitored both prior to receiving samples and during sample analysis.

## SPECIFIC FACTORS AND CONSIDERATIONS IN DEVELOPING THE MODEL

### Terrestrial Systems

Effects of direct air pollution on terrestrial resources have been the subject of considerable research over the past 50 years. Many plant species have been tested for direct phytotoxicity due to the so-called criteria pollutants ($O_3$, $SO_2$, $NO_x$) as well as other reactive hydrocarbons. Concentrations necessary to cause a noticeable impact are generally well above the current loadings in many Class I areas, although ozone routinely occurs at phytotoxic levels in California and the eastern United States. The major problems associated with ozone toxicity are: (1) plants respond almost immediately to low concentrations of ozone, but their response is not likely to be significant until concentrations are somewhat higher than the response level (Reich 1987), and (2) generally only economically important plants have been studied. Other species may or may not respond in the same manner.

In the 1980's there has been a growing awareness of so called forest declines: large-scale reductions in the health and vigor of trees. Declines are likely associated with a host of interacting stress factors; direct causes are hard to pin-point. Research has been focused recently on determining the role of acidic deposition in forest decline. This program is rapidly

BLM_0051717

accumulating quantitative and qualitative information about the effects of addition of S, N, and associated pollutants on forest health. Considerable research is addressing the mechanisms of how S and N affects forests, including soil influences, foliar leaching, carbon allocation, winter injury, reproduction and regeneration, and insect and pathogen influences. Finally, direct dose-response relationships are being determined.

Workshop scientists considered the current state of this rapidly moving field in developing the numerical values in the Green and Red Line tables. In addressing ozone impacts they needed to address the critical question of what constitutes an ecosystem-level impact, given that most experiments have dealt with single species. An exception may be studies in California by Miller and his coworkers (Miller 1973).

When considering the levels of S and N deposition, the scientists focused on soil effects because soils were presumed to be a very sensitive ecosystem component, and clearly soil effects are an ecosystem-level impact. Dealing with N in this context was difficult, however, because most Class I area ecosystems are likely to be N limited. In this case any increment of N is likely to cause some effect. Scientists had to estimate the significance of anticipated effects at an ecosystem level in order to develop numerical values.

**Rationale Used in Selecting Ozone Values**

It has been well established that exposure of plant leaves to air containing ozone results in a number of quantifiable effects, including visible injury, reduced photosynthetic capacity, increased respiratory rate, briefer leaf retention time, and reduced growth (Barnes 1972, Hayes and Skelly 1977, Pye 1988). The magnitude of these effects depends on several factors, including the concentration of the pollutant, the duration of exposure, and other environmental factors (USEPA 1986). Sensitivity to ozone varies among and within species because of inherent differences in uptake rates (Reich 1987) and also because of other unknown genetic factors (Karnosky and Steiner 1981). Despite differences at the leaf level, responses of a wide variety of species types can be effectively characterized by taking into consideration exposure dynamics and uptake characteristics (Reich 1987).

The immediate effect of elevated ozone levels in wilderness areas would be decreased leaf longevity, reduced net carbon gain of foliage, reduced growth of individual plants, and foliar injury. Other adverse effects could include alteration of plant allocation of carbon; greater susceptibility to insects, pathogens, water stress, winter injury, or other stress agents; possible changes in species composition of plant communities; and possible loss of genetic resources of sensitive genotypes within a species.

The Green Line values for ozone for all wilderness terrestrial plant ecosystems are set at 75 ppb (peak 1-hour average) or 35 ppb (growing season average).[3] We follow regulatory procedures established by the Environmental Protection Agency, which define a peak as the second-highest one hour average concentration in a year (EPA 1986). Estimates of average ozone concentrations in clean air range from 15 to 30 ppb. However, estimates of background ozone concentration are very difficult because measurements do not exist, and models show complex nonlinear interactions where ozone production depends on $NO_x$ concentration, nonmethane hydrocarbon (NMHC) concentration, and seasonality (Liu et al. 1987). $NO_x$ background concentrations range from less than 1 ppbv (remote locations in the western United States) to about 7 ppbv (remote locations in the eastern United States) and about twice that in Europe (Fehnsenfeld et al. 1988). Modeling estimates (Liu et al. 1987) would then project background ozone concentrations of approximately 20 ppb in the western United States and 70 ppb in the eastern United States. Of course, $NO_x$ and ozone concentrations in the vicinity of urban areas (such as Los Angeles, Phoenix, and Denver) are often higher than the eastern background.

The Green Line values were chosen to give reasonable certainty that no significant damage will occur to the ecosystem. Based on available information about plant response to ozone, we conclude that any increase in ozone levels above background (clean air) will have some adverse effect on individual leaves of at least some species. However, we believe that the integrity of the ecosystem can be maintained with the slight amount of stress on either sensitive individuals and/or sensitive species that might occur below Green Line levels.

The Red Line values for ozone are set at 110 ppb (peak 1-hour average) or 55 ppb (growing season average). Species from all plant types suffer reduced net photosynthesis and growth if exposed to 55 ppb for the daylight hours every day of the growing season. Although some of the data used in the development of this value are based on average concentration during daylight hours only (12 hours), the loading value seasonal averages use 24 hours per day. While it is an area of scientific controversy (Musselman et al. 1988) whether a 12-hour or a 24-hour based ozone season average is better correlated with effects, 12-hour data are not available from regulatory agencies. Thus, 24-hour data are recommended to calculate seasonal averages.

---

[3]*Growing season average may not be available in many locations, and determination of growing season win be specific to each species. Thus, it is likely that the peak values will be more useful than the growing season average values (USEPA 1986, Musselman et al. 1988).*

BLM_0051718

Ambient ozone levels in Class I areas should not exceed peak annual 1-hour average values of 110 ppb. Data from numerous ozone monitoring stations suggest that exceeding 110 ppb for the peak 1-hour period of the year would be accompanied by 15 to 50 (or more) hours of exposure to ozone levels greater than 80 ppb. Adverse effects are greater at higher ozone concentrations.

Ozone effects are cumulative for each individual plant, but the chemical is ephemeral and does not accumulate in the plant or ecosystem. Also, ozone does not enter the soil in sufficient quantities to be of any significance. Finally, we conclude that some individuals and species will be damaged in all wilderness ecosystems at ozone levels between the Red and Green Line values. In such Yellow Zones, predicted damage must be evaluated on a case by case basis. The PSD recommendation may depend on the relative value of the plant community as an AQRV within that particular wilderness area.

## Rationale Used In Selecting Sulfur Values

Two criteria or effects have been considered to set the Green and Red Line levels of deposition for sulfur: (1) removal of base cation from soils in association with the $SO_4^{2-}$ anion, a "capacity" effect, and (2) the "intensity" effects resulting from the changes in soil solution composition. This distinction becomes important in areas affected by marine air masses where natural $SO_4^{2-}$ levels may be well above our proposed Green Line values. An approximate correction can be made by subtracting the marine
component based on the $SO_4^{2-}/Cl^-$ ratio in seawater. Marine sulfate is generally not considered deleterious because it is normally accompanied by base cations, particularly Na and to some extent Mg, and thus does not contribute to acidification of the system. There may be episodic exceptions to this.

For our basic capacity comparisons, we have assumed a soil depth of 30 cm with a bulk density of 1.1 kg/liter. At a loading of 3 kg S/ha, it would require approximately 175 years to achieve a reduction of 1 meq of base cations per 100 g soil. This reduction would be at least partially offset by weathering of primary minerals. Somewhat higher deposition levels would be acceptable in areas where soils are deep or are well supplied with bases, and these considerations are reflected in the proposed values for some of the particular ecosystems.

Given these assumptions, the maximum allowable (Red Line) values of 20 kg/ha of S could achieve the reduction of 1 meq base cation within about 26 years. This base cation reduction would generally be unacceptable unless the system contains free $CaCO_3$. However, with the possible exception of the Superstition Wilderness. all of the specific ecosystems considered here contain considerable areas of non-calcareous soils.

For our evaluation of intensity effects, we have assumed 1 m precipitation in excess of evapotranspiration. The Green Line value of 3 kg/ha would increase solution concentrations by about 19 µeq/l, which is near the natural background for surface waters in areas that do not contain significant amounts of readily oxidizable sulfur-bearing minerals. Furthermore, this concentration would be unlikely to result in significant mobilization of soluble inorganic forms of aluminum. The corresponding increase for the maximum value of 20 kg/ha would increase solution concentrations by about 125 µeq/l. This concentration is in the range where Al mobilization might occur in acid soils, and with the possible exception of the Sonoran systems, would probably not be acceptable.

## Rationale Used In Selecting Nitrogen Values

The basic features of N cycling in forest ecosystems are fairly well understood, and can provide a broad conceptual outline for arriving at deposition loadings to wilderness areas. The following is a brief summary of some of the important features of N cycles relevant to loading considerations.

Nitrogen is the only major plant nutrient that does not accumulate to any significant extent in inorganic forms in the soil. Although ammonium is strongly adsorbed to soil cation exchange sites, ammonium almost never significantly accumulates because of biological uptake by plants, grazers, decomposers, and nitrifying bacteria. Thus, forest ecosystems can accumulate atmospherically deposited N only by biological mechanisms; specifically through incorporation into plants, plant feeders (herbivores), and decomposers such as soil microorganisms and invertebrates. Because N is the nutrient most commonly limiting growth of forests in North America, forested ecosystems usually show a net accumulation of atmospherically deposited N.

Any increase in N deposition as nitrate or ammonium ion to N-limited wilderness areas will most probably result in some increase in growth, and may actually improve the health of the ecosystem. Species adapted to low N conditions might be replaced as a result of fertilization. It is also possible that chronic N enrichment may eventually predispose plants to outbreaks of plant-feeding insects and fungal pathogens because of changes in the plants' carbon allocation to growth and defensive processes.

N deposited in excess of biological need almost invariably leads to nitrification, microbially mediated nitrate and nitrite formation in the soil, and increased leaching of nitrate and associated cations. The nitrate so produced may lead to surface- or groundwater

BLM_0051719

degradation unless it encounters anaerobic conditions. Under these conditions, it may be microbially reduced to $N_2O$ gas (denitrification), thus decreasing the potentially deleterious effects of excessive N deposition on water quality. These processes may still leave the potential increases in soil acidification to be considered.

The Green Line values (3-10 kg/ha-yr) for nitrogen, across all the ecosystems considered, were selected to give reasonable certainty that no significant change in the forest ecosystem will occur below this amount of nitrogen deposition.

The Red Line values (10-15 kg/ha-yr) for nitrogen, across all the ecosystems considered, were selected to give reasonable certainty that these amounts of nitrogen deposition will result in significant changes in the accumulation of nitrogen and in the species composition or other important features of the ecosystem.

While the fundamental elements of forest N cycles are reasonably well understood, quantitative data on N cycling in wilderness areas is quite scarce at best, and in many areas completely lacking. Therefore, the Red and Green Line loadings for N deposition in wilderness areas are judgments based on a very limited database. We strongly urge that relevant N cycling parameters be measured in those wilderness areas for which there is a potential concern about increased N deposition. It is also important to note that atmospheric deposition at the chosen target loadings may well have some effect upon wilderness areas in terms of stimulating growth; thus, there is no assertion that these levels will protect the wilderness areas from all effects. In our judgment, however, the Green Line levels are sufficiently low that perceptible deleterious effects upon plant health, changes in species composition, or degradation of water quality are unlikely.

## Aquatic Systems

Aquatic resources are important Air Quality Related Values in most Class I areas. Determining how best to prevent significant deterioration by atmospheric pollutants, however, is not as straightforward as establishing their importance.

This section provides general guidelines for all surface waters relative to the amount of sulfur and nitrogen that can be deposited on an annual basis.

Green Line values indicate levels *below* which it is highly *unlikely* that the most sensitive aquatic resources will be significantly affected, while Red Line values indicate levels *above* which it is highly *likely* that the most sensitive aquatic resources will be significantly affected.

The guidelines use the concentrations of base cations: calcium (Ca), magnesium (Mg), potassium (K), and sodium (Ma), as a measure of sensitivity. The sulfur and nitrogen loadings above which adverse change is likely and below which change is unlikely are based on the most sensitive waters.

### Concept of Surface Water Sensitivity

Lakes and streams differ in their inherent sensitivity to inputs of acidifying compounds from the atmosphere. A number of factors affect lake sensitivity; bedrock geology, soil and vegetation type, hydrologic characteristics, lake chemistry and biology, and precipitation volume are among the important factors. Maps of bedrock geology are often used to indicate areas with sensitive lakes and streams. Seepage lakes, lakes which have no visible outlet, are likely to be dominated by precipitation, while drainage lakes are likely to be influenced by watershed base cation supply. Seepage lakes, all other things being equal, will be more sensitive to acidification. The lake or stream chemistry itself provides a convenient measure of sensitivity. The lake water integrates many watershed factors that may be difficult to measure or estimate in the field.

Any of several water chemistry parameters may be used to estimate sensitivity. In pristine areas receiving little or no acid deposition, acid neutralizing capacity (ANC) provides a useful measure--the lower the ANC, the more sensitive is the water body. In areas receiving acid deposition, however, ANC may have decreased. Since ANC changes with acid deposition, it cannot be used directly to assess sensitivity. Acid neutralizing capacity can be defined as the sum of the base cations minus the sum of the strong acid anions ($SO_4^-$, $NO_3^-$, $Cl^-$) in a water sample if concentrations of organic acids and aluminum are insignificant. Because of the principle of electroneutrality, changes in base cations and/or acid anion concentrations must affect the ANC of the sample.

Calcium and magnesium concentrations have been used widely as a measure of inherent sensitivity. Henriksen's (1979) empirical nomograph for lake acidification uses Ca+Mg concentrations as a measure of sensitivity and $SO_4$ concentration (or alternatively pH of precipitation) as a measure of acid deposition to determine whether a given lake will be acidic (pH<4.7), transitional (4.7-5.3), or bicarbonate dominated (pH>5.3). This empirical approach developed on the basis of several hundred Norwegian lakes has been shown to be of general applicability to lakes in many regions of Europe and North America (Wright and Henriksen 1983, Henriksen and Brakke 1988, Wright 1988, Reuss et al. 1986).

While Ca and Mg are the major cations usually

12

associated with alkalinity, the weathering of minerals containing K and Na can also contribute significantly to ANC. Given the geological diversity of the Class I areas, we used the sum of the four major base cations (adjusted to subtract any marine influences) as the principal measure of inherent sensitivity.

The relationships between lake ANC, anions, base cations (Ca+Mg+K+Na), pH, and conductivity can be derived either empirically or from basic water chemistry theory. The figures used for our screening technique were constructed showing the relationships between non-marine base cations and total S or S+N deposition for sensitive lakes. Measured lake chemistry data from the 1984 Eastern Lake Survey (Linthurst et al. 1986) and the 1985 Western Lake Survey (Landers et al. 1987) were used. Total deposition for S and N were estimated for eastern lakes from analysis of wet deposition data done by Husar (1986) with 30 percent added to account for dry deposition. For the western lakes we averaged data from nearby high-elevation National Atmospheric Deposition Program (NADP) sites (NADP 1988) with data from high-elevation snow chemistry studies (Brown and Skau 1975, Melack et al. 1982, Laird et al. 1986, Loranger 1986, Loranger and Brakke 1988, Reddy and Classen 1985, Vertucci in press). No additional correction was made for dry deposition because not enough information is available to estimate the potential contribution (Young et al. 1988).

**Acidification Response Levels**

The effects of $O_3$, N, and S can be assessed directly for aquatic ecosystems. Ozone has no known direct effects on aquatic systems, and therefore does not warrant further consideration. For aquatic systems, pollutant loadings by N and S exert their influence on biotic communities primarily by changing pH conditions rather than by a direct influence due to the chemical species of N or S. Our focus, therefore, is on defining threshold levels for N and S loading based on their influence on pH. Again in very dilute, high-elevation N-Limited lakes, the addition of N can initiate eutrophication.

Changes in lake or stream pH due to atmospheric inputs of N and S can have a variety of direct and indirect effects on aquatic communities and ecosystem processes. Increased hydrogen ion concentrations can have a direct, toxic effect on organisms. Such direct effects on one or a group of organisms may exert, subsequently, an indirect influence on the occurrence of other organisms, primarily through food web interactions. Changing pH may also influence the solubility of nutrients or toxic compounds and elements (such as aluminum) which in turn may affect the occurrence of organisms either directly or indirectly. It is important to note that small-scale changes in chemical conditions are likely to affect physiological processes or a particular life stage of an organism prior to the disappearance of a taxon.

Information on the effects of a particular decrease in pH on a lake or stream can be derived from four types of sources (EPRI 1986): (1) laboratory bioassays, (2) synoptic surveys of the distribution of organisms across systems with a range of pH values (Eilers et al. 1984, Confer et al. 1983, Haines 1981), (3) manipulations of pH in mesocosms, and (4) whole-system experimental manipulations of pH (Schindler et al.1985, Brezonik et al.1986, Hall et al.1980, Hall and Likens 1981). Each of these sources can provide useful information on the effects of changing pH conditions. However, whole-system experiments provide the best detailed information on the response of aquatic systems to acid stress because they involve a direct, controlled manipulation of pH conditions, and they are conducted at a scale that encompasses a full range of population and ecosystem processes (Schindler 1988, Hall and Likens 1984). Specifically, results from these studies indicate effects that *could not* have been discovered with other approaches.

In general, considering information drawn from all of the sources listed above, it is possible to conclude that pH changes of less than 0.5 units are capable of producing considerable change in the biotic communities of either lakes or streams. In many cases, fish populations would be expected to respond to a 0.5 unit pH change. Shifts of 1 pH unit can lead to major changes in the occurrence of other organisms, particularly sensitive ones such as mollusks. Workshop participants suggested a 0.5 pH unit change as a Red Line projection and a 0.1-0.2 unit projected change for the Green Line, in sensitive systems with pH of order 6 or very low ANC.

Because many wilderness areas contain a diversity of lakes and streams, it is important to target a subset of lakes and streams as primary AQRV's. Generally, lakes and streams with low base cation concentrations (BCC) or acid neutralizing capacity (ANC) are most likely to be affected by the lowest level of pollutant input. The federal land manager should therefore target the lowest BCC and ANC systems within a wilderness area for evaluation. An inventory of the BCC and ANC of aquatic resources in an area would provide extremely valuable and cost-effective baseline information. Among the low BCC lakes and streams, those with pH values of around 6.0 may be the most likely to change with an increased S or N loading, and should be given the most detailed attention. Typical symptoms of acidification for lakes and streams include the development of extensive mats of filamentous green algae, increased water clarity, and/or changes in

13

the proportional occurrence of macroinvertebrate species (Schindler et al. 1985, Hall et al. 1985, 1987). It is also important to note, however, that a shift in the pH of a lake or stream with a current value of 7.0 is also likely to cause changes in the biota.

In some wilderness areas, lakes or streams may already have pH<6.0. In many cases these could be naturally acid rather than anthropogenically altered systems. Natural acidification is often the case where sphagnum bogs occur and runoff waters are yellow-brown stained. These waters can have high organic carbon concentrations, and therefore the natural contributions to acidity may be high. Although such naturally acid systems may contain assemblages of species that are adapted to low pH conditions, they may still be sensitive to the effects of increased N and S loading. These colored water systems require more detailed consideration.

Although the graphs presented are based on S deposition, N may, in some circumstances, also affect lake acidification. To account for the acidifying effect of N deposition, we again used an empirical approach. Generally, most N inputs are retained in the terrestrial ecosystem. The fraction that leaks out to surface water depends on a variety of site factors such as vegetation type, stage of ecosystem development, hydrology, and history of acid deposition. Large leaks of N often result from vegetation disturbance such as clearcutting, fire, and windthrow (Likens et al. 1970, Bormann and Likens 1979).

Henriksen and Brakke (1988) have shown from empirical data for surface waters in Norway that the percent of incoming N retained by the terrestrial system is generally 75-100%. Many of these lakes and streams are comparable chemically and biologically to mountainous areas in the United States. Some acidified areas have shown an increase in $NO_3^-$, while unacidified areas have very low concentrations of $NO_3^-$ in runoff (Henriksen and Brakke 1988).

While there will be unusual situations where N can be released from ecosystems, a general exception is extremely sensitive high mountain lake watersheds. For such high elevation systems (BCC<50 ,ueq/l), adding 25% N deposition to the S deposition is merely a guideline because the uptake will vary from site to site, and also over time at a given site. Our approach here is based on current situations measured at lakes and streams of varied sensitivity and receiving varied amounts of acid: deposition both as N and S.

## S and N Loadings

Current S and N loadings are necessary to locate the lake(s)/stream(s) on the nomograph (fig. 1). The S loading should be total S (wet $SO_4$ + dry particulate

$SO_4$ + $SO_2$ gas) and can probably be best estimated from the NADP wet deposition fields + measured $SO_2$ levels, combined with best estimates of deposition velocity. N loading ($NO_3^-$ + $NH_4^+$) can be calculated in an analogous manner for cases (BCC<50 μeq/l) where N is to be considered.

## Illustration of Graph Use

For example, assume that lake water quality has been identified as an AQRV, and that pH was chosen as a measurement to be monitored. Lake pH, identified as an indicator of the health of the aquatic ecosystem, needs to be maintained above 5.8. This is equivalent to maintaining an ANC over 10 μeq/l in water. Data have been collected that identify a particular lake whose base cation concentration is 80 μeq/l. The screening concept in the Aquatic Graph (fig. 1) is to be applied to this lake.

Since the lake in this example has a measured nonmarine base cation sum of 80 μeq/l, the results are 3 kg S/ha/yr and 5.5 kg S/ha/yr for Green and Red Line deposition loading, respectively, if runoff is between 40-50% of precipitation. If runoff is 60-70% of precipitation, the Green Line deposition is 6 kg S/ha/yr and Red Line is 11 kg S/ha/yr. That is, if the low runoff lake would receive a total of <3 kg S/ha including deposits from the new source, the pH of the lake would not likely drop below 5.8. The AQRV would not be adversely impacted, and the recommendation to the state regulatory agency would be for permit approval. If the low runoff lake would receive a total of >5.5 kg S/ha/yr including deposits from the new source, the pH of the lake would certainly drop below 5.8 and probably below 5.0. The AQRV would be adversely impacted, and the recommendation to the state regulatory agency would be for permit denial or permit modification, to reduce deposition from the new source to levels that would not adversely affect the lake.

Total deposition, including that from the proposed new source, between 3 and 5.5 kg S/ha-yr would have uncertain effects on the lake pH. The assessment would then require additional site-specific information indicating physical, chemical, and/or biological response to sulfur input.

## Information Needs

To use the Aquatic Graph (fig. 1), the following information is needed:

o   Distribution of cations, anions, ANC, and pH in wilderness lakes and streams, collected after spring runoff has receded.

BLM_0051722

o Estimates of annual runoff for watersheds containing low base cation (sensitive) systems.

o Estimates of background annual average (wet plus dry) sulfur and nitrogen deposition.

o Estimated total S and N deposition based on modeling of the proposed new source emissions.

**Cautions**

The aquatic Green/Red model developed at this workshop is based on an empirical relationship involving a large number of lakes and streams. These aquatic systems differ in watershed biogeochemistry and hydrology, and in their specific response to incremental additions of sulfur or nitrogen loading. The loadings themselves are based, in most cases, on estimated atmospheric values developed from models that use regional assumptions and "rules of thumb." Empirical models are best used as a screening technique to estimate the probability of a water body or group of water bodies responding to a given sulfur or nitrogen deposition rate in cases where minimal data are available. The terrestrial Green/Red Line model is equally approximate.

Empirical models are not able to predict exact results in any specific ecosystem. Because all of the assumptions in this report are conservative, a loading value below the Green Line has a low probability of causing negative effects on AQRV. However, there remain some sources of error that would cause an underestimate of the potential for wilderness acidification:

o Failure to include the most sensitive lakes or streams.

o Overestimation of average annual runoff.

o Underestimation of background S or N deposition.

o Underestimation of nitrogen assimilation and storage by watershed vegetation and litter.

o Episodic acidification due to acidic snowmelt or storm events (primarily in streams).

o Higher than normal initial concentrations of $SO_4$ in lakes from natural sources other than marine sources.

o Failure to correct lake cation values for marine influence or for other geological sources of Cl and associated anions.

The nitrogen loading data also do not consider possible effects of increased nitrogen on eutrophication (algal growth) and consequent low dissolved oxygen content in lakes.

If a loading appears above the Green Line, the graph indicates that the lake or stream may experience a pH below 5.8. The following factors lead to an overestimation of the effects of the predicted future loadings.

o Overestimation of background sulfur loadings due to:
   --a large component of alkaline sulfate dust.
   --overestimation of background dry deposition rates.

o Overestimation of background nitrogen loading due to:
   --overestimation of dry deposition rates.
   --underestimation of nitrogen assimilation by watershed vegetation.

o Delayed response to loadings because of:
   --high sulfate adsorption capacity of watershed soils.
   --higher than average background weathering rates.

If a loading falls above the Green Line criterion value, the manager should request data from a proponent as part of the PSD permit to determine if one or more of the above cases may apply. Determinations would involve deposition chemistry measurements (including dry deposition), watershed element budgets, analyses of watershed soils, and watershed simulation models. Such studies should be suggested or approved following consultation with scientists.

**LITERATURE CITED**

Barnes, R. L. 1972. Effects of chronic exposure to ozone on photosynthesis and respiration of pines. Environ. Pollut. 18: 45-50.

Blair, R. 1986. Forest response program QA methods manuals. Manual 1: Exposure systems and physiological measurements by L. S. Evans and P. Dougherty. Manual 2: Site classification and field measurements by S. M. Zedaker and N. S. Nicholas. Manual 3: Laboratory analytical techniques by W. P. Robarge and 1. Fernandez. Manual 4: Experimental design and data management by C. F. Baes, R. J. Olson, K. Ritters. EPA/600/x-86/1 93abcd, U.S. EPA/Corvallis, Oregon, Internal Report.

Bormann, F. H.; Likens, G. E. 1979. Pattern and process in a forested ecosystem. New York: Springer-Verlag. 253 p.

Brezonik, P. L.; Baker, L. A.; Eaton, J. R.; and others. 1986. Experimental acidification of Little Rock Lake, Wisconsin. In: Martin, H. C., ed. Acidic precipitation:

**15**

BLM_0051723

Proceedings of the international symposium on acidic precipitation, 1985 September 15-20; Muskoga, Ontario: 115-122.

Brown, J. C.; Skau, C. M. 1975. Chemical composition of snow in the East-Central Sierra Nevada. Center for Water Resources Research, Desert Research Inst., Reno, Nevada. Publ. AG-1.13 p.

Confer, J.; Kaaret, T.; Likens, G. 1983. Zooplankton diversity and biomass in recently acidified lakes. Can. J. Fish. Aquat. Sci. 40: 36-42.

Eilers, J. M.; Kanciruk, P.; McCord, R. A.; and others. 1987. Characteristics of lakes in the western United States. Volume II: Data compendium for selected physical and chemical variables. EPA-600/386/054b, U.S. Environmental Protection Agency, Washington, D.C. 425 p.

Eilers, J. M.; Lien, G. J.; Bag, R. G. 1984. Aquatic organisms in acidic environments: a literature review. Tech. Bulletin 150, Dep. Nat. Resour., P.O. Box 7921, Madison, WI 53707. 18 p.

EPRI. 1986. An evaluation and compilation of the reported effects of acidification on aquatic biota. EA-4825. Research Proj. 2346-1. EPRI, 3412 Hiliview Ave., Palo Alto, CA 94304.

Fehsenfeld, F. C.; Parrish, D. D.; Fahey, D. W. 1988. The measurement of $NO_x$ on the non-urban troposphere. In: Isaksen, J.S.A. (ed.). Tropospheric Ozone. D. Reidel: 185-215.

Fox, D. G.; Bernabo, J. C.; Hood, B. 1987. Guidelines for measuring the physical, chemical, and biological condition of wilderness ecosystems. USDA Forest Service, General Technical Report RM-146. Rocky Mountain Forest and Range Experiment Station. Fort Collins, CO. 48 p.

Grennfelt, P.; Hultberg, H. 1986. Effects of nitrogen deposition on the acidification of terrestrial and aquatic ecosystems. Water, Air, and Soil Pollut. 30: 945-963.

Haines, T. A. 1981. Acidic precipitation and its consequences for aquatic ecosystems: a review. Trans. Am. Fish. Soc.110(6): 669-707.

Hall, R. J.; Driscoll, C. T.; Likens, G. E. 1987. Importance of hydrogen ions and aluminium in regulation the structure and function of stream ecosystems: an experimental test. Freshwater Biol. 18: 17-43.

Hall, R. J.; Driscoll, C. T.; Likens, G. E.; Pratt, J. M. 1985. Physical, chemical, and biological consequences of episodic aluminum additions to a stream. Limnol. Oceanogr. 30(1): 212-220.

Hall, R. J.; Likens, G. E. 1981. Chemical flux in an acid-stressed stream. Nature 292: 329-331.

Hall, R. J.; Likens, G. E. 1984. Effect of discharge rate on biotic and abiotic chemical flux in an acidified stream. Can. J. Fish Aquat. Sci. 41: 1132-1138.

Hall, R. J.; Likens, G. E.; Fiance, S. B.; Hendry, G. R. 1980. Experimental acidification of a stream in the Hubbard Brook Experimental Forest. Ecology 61(4): 976-989.

Hayes, E. M.; Skelly, J. M. 1977. Transport of ozone from the northeastern United States into Virginia and its effect on eastern white pines. Plant Dis. Rep. 61: 778-782.

Hem, J. D. 1970. Study and interpretation of the chemical characteristics of natural water. Geological Survey Water-Supply Paper 1473, USDI, Geological Survey, Washington, D.C.11 p.

Henriksen, A. 1979. A simple approach for identifying and measuring acidification of freshwater. Nature 278: 542-545.

Henriksen, A. 1984. Changes in base cation concentrations due to freshwater acidification. Verb. Internat. Verein. Limnol. 22: 692-698.

Henriksen, A.; Brakke, D. F. 1988. Sulfate deposition to surface waters: estimating critical loads for Norway and the eastern United States. Environ. Sci. Technol. 22(1): 8-14.

Husar, R. B. 1986. Emissions of sulfur dioxide and nitrogen oxides and trends for eastern North America. In: Acid deposition: long-term trends. Washington, D.C.: National Academy Press: 48-92.

Kanciruk, P.; Eilers, J. M.; McCord, R. A.; and others. 1986. Characteristics of lakes in the eastern United States. Volume III: Data compendium of site characteristics and chemical variables. EPA/600/486/007c, U.S. Environmental Protection Agency, Washington, D.C. 374 p.

Karnosky, D. F.; Steiner, K. C. 1981. Provenance and family variation in response of Fraxinus americana and F. pennsylvanica to ozone and sulfur dioxide. Photopath 71: 804-807.

Laird, L. B.; Taylor, H. E.; Kennedy, V. C. 1986. Snow chemistry of the Cascade-Sierra Nevada Mountains. Environ. Sci. Technol. 20: 275-290.

Landers, D. H.; Eilers, J. M.; Brakke, D. F.; and others. 1987. Characteristics of lakes in the western United States. Volume I: Population descriptions and physico-chemical relationships. EPA-600/386/054a. U.S. Environmental Protection Agency, Washington, D.C.176 p.

Likens, G. E. (ed.). [In press]. Long-term studies in ecology. New York: Springer-Verlag. In Press.

Likens, G. E.; Bormann, F. H.; Johnson, N. M.; and others. 1970. Effects of forest cutting and herbicide treatment on nutrient budgets in the Hubbard Brook watershed ecosystem. Ecol. Monogr. 40(1): 23-47.

Linthurst, R. A., Landers, D. H.; Eilers, J. M.; and others.1986. Characteristics of lakes in the eastern United States. Volume I: Population descriptions and physico-chemical relationships. EPA 600/4-86

BLM_0051724

007A, U.S. Environmental Protection Agency, Washington, D.C. 136 p.

Liu, S. C.; Trainer, M.; Fehsenfeld, F. C.; and others. 1987. Ozone production in the rural troposphere and the implications for regional and global ozone distribution. J. Geophys. Res. 92(D4): 4191-4207.

Loranger, T. J. 1986. Temporal variability of water and snowpack chemistry in the North Cascade Mountains. M.S. Thesis, Western Washington University, Bellingham, WA. 140 p.

Loranger, T. J.; Brakke, D. F. 1988. The extent of snowpack influence on water chemistry in a North Cascades Lake. Water Resour. Res. 24(5): 723-726.

Melack, J.M.; Stoddard, J.L.; Ochs, C.A. 1985. Major ion chemistry and sensitivity to acid precipitation of Sierra Nevada lakes. Water Resour. Res. 21: 27-32.

Miller, P. R. 1973. Oxidant-induced community change in a mixed conifer forest. In: Advan. Chem. Ser. No. 122: 101-117.

Musselman, R.C.; McCool, P.M.; Younglove, T. 1988. Selecting ozone exposure statistics for determining crop yield loss from air pollutants. Environ. Pollu. 53: 63-78.

National Atmospheric Deposition Program. 1988. NADP/NTN annual data summary, precipitation chemistry in the United States 1987. NADP, Colorado State University, Ft. Collins, CO 80523. 340 p.

Pye, John. 1988. Impact of ozone on the growth and yield of trees: a review. J. Environ. Qual. 17(3): 347-360.

Reddy, M. M.; Classen, H. C. 1985. Estimates of average major ion concentrations in bulk precipitation at two high-altitude sites near the continental divide in southwestern Colorado. Atmos. Environ. 19(7): 1199-1203.

Reich, P.B. 1987. Quantifying plant response to ozone: a unifying theory. Tree Physiol. 3: 63-91.

Reuss, J. O.; Christopherson, N.; Seip, H. M. 1986. A critique of models for freshwater and soil acidification. Water, Air and Soil Pollut. 30: 909-930.

Riggan, P.J.; Lockwood, R.N.; Lopez, E.N. 1985. Deposition and processing of airborne nitrogen pollutants in Mediterranean-type ecosystems of Southern California. Environ. Sci. Technol. 19(9): 781 -789.

Schindler, D. W. 1986. The significance of in-lake production of alkalinity. Water, Air and Soil Pollut. 30: 931-944.

Schindler, D. W. 1988. Effects of acid rain on freshwater ecosystems. Science 239: 149-157.

Schindler, D.W.; Mills, K.H.; Malley, D.F.; and others. 1985. Long-term ecosystem stress: the effects of experimental acidification on a small lake. Science 228: 1395-1401.

Small, M. J.; Sutton, M. C.; Milke, M. W. 1988. Parametric distributions of regional lake chemistry: fitted and derived. Environ. Sci. Tech. 22: 196-204.

U.S. Department of Agriculture, Forest Service. 1987. Air Resource Management Handbook, FSH 2509.19. Washington, D.C.

U.S. Environmental Protection Agency. 1986a. Air quality criteria for ozone and other photochemical oxidants (Vole. I-V). Environmental Protection Agency, Research Triangle Park, NC. EPA-600/8-84-20aF. Vol.1 = 235 p.

U.S. Environmental Protection Agency. 1986b. Guideline on air quality models (revised). EPA450/2-78-027R. Office of Air Quality Planning and Standards, Research Triangle Park, NC 27711. 290p.

Vertucci, F. A. [In press]. Methods of detecting and quantifying lake acidification. In: Proceedings, international mountain watershed symposium, 1988 June 8-10, Lake Tahoe, NV.

Wright, R.F. 1988. Acidification of lakes in the eastern United States and southern Norway: a comparison. Environ. Sci. Technol. 22: 178-182.

Wright, R. F.; Henriksen, A. 1983. Acid precipitation: how many lakes in Norway will be restored by a 30% reduction in sulfur deposition? Nature 305: 422-424.

Young, J.R.; Ellis, E.L.; Hidy, G.M. 1988. Deposition of air-borne acidifiers in the water and environment. J. Environ. Qual. 17(1): 1-26.

BLM_0051725



APPENDIX A. MAP OF FOREST SERVICE CLASS 1 AREAS

18

- Dark areas are National Forest System lands.
- Additions to wilderness since 1977 are not part of Class I Areas.

Figure A-1.--USDA Forest Service wildernesses and acreages designated by Congress August 7, 1977 as Class I areas.

BLM_0051726

### WASHINGTON

| | | |
|---|---|---|
| 1 | Pasayten | 505,524 |
| 2 | Glacier Peak | 464,258 |
| 3 | Alpine Lakes | 303,508 |
| 4 | Goat Rocks | 82,680 |
| 5 | Mt. Adams | 32,356 |

### OREGON

| | | |
|---|---|---|
| 6 | Mt. Hood | 14,160 |
| 7 | Hells Canyon | See ID |
| 8 | Eagle Cap | 293,476 |
| 9 | Mt. Jefferson | 100,208 |
| 10 | Strawberry Mtn. | 33,003 |
| 11 | Mt. Washington | 46,116 |
| 12 | Three Sisters | 199,902 |
| 13 | Diamond Peak | 36,637 |
| 14 | Gearhart Mtn. | 18,709 |
| 15 | Kalmiopsis | 76,900 |
| 16 | Mountain Lakes | 23,071 |

### CALIFORNIA

| | | |
|---|---|---|
| 17 | Marble Mtn. | 213,743 |
| 18 | South Warner | 68,507 |
| 19 | Thousand Lakes | 15,695 |
| 20 | Caribou | 19,080 |
| 21 | Yolla-Bolly-Middle Eel | 109,091 |
| 22 | Desolation | 63,469 |
| 23 | Mokelumne | 50,400 |
| 24 | Emigrant | 104,311 |
| 25 | Hoover | 47,916 |
| 26 | Minarets (Now Ansel Adams) | 109,484 |
| 27 | Kaiser | 22,500 |
| 28 | John Muir | 484,673 |
| 29 | Ventana | 95,152 |
| 30 | Dome Land | 62,206 |
| 31 | San Rafael | 142,722 |
| 32 | Cucamonga | 9,022 |
| 33 | San Gabriel | 36,137 |
| 34 | San Gorgonio | 34,644 |
| 35 | San Jacinto | 20,564 |
| 36 | Agua Tibia | 15,934 |

### NEVADA

| | | |
|---|---|---|
| 37 | Jarbridge | 64,667 |

### IDAHO

| | | |
|---|---|---|
| 7 | Hells Canyon | 193,840 |
| 38 | Sawtooth | 216,383 |
| 39 | Selway-Bitterroot | 1,240,618 |

### MONTANA

| | | |
|---|---|---|
| 39 | Selway-Bitterroot | See ID |
| 40 | Anaconda-Pintler | 157,803 |
| 41 | Gates-ot-the Mtn. | 28,562 |
| 42 | Scapegoat | 239,295 |
| 43 | Mission Mountains | 73,877 |
| 44 | Bob Marshall | 950,000 |
| 45 | Cabinet Mountains | 94,272 |

### WYOMING

| | | |
|---|---|---|
| 46 | North Absaroka | 351,104 |
| 47 | Washakie | 686,584 |
| 48 | Teton | 557,311 |
| 49 | Fitzpatrick | 191,103 |
| 50 | Bridger | 392,160 |

### COLORADO

| | | |
|---|---|---|
| 51 | Rawah | 26,674 |
| 52 | Mt. Zirkel | 72,472 |
| 53 | Flat Tops | 235,230 |
| 54 | Eagles Nest | 133,910 |
| 55 | Maroon Bells-Snowmass | 71,060 |
| 56 | West Elk | 61,412 |
| 57 | LaGarita | 48,486 |
| 58 | Weminuche | 400,907 |

### ARIZONA

| | | |
|---|---|---|
| 59 | Sycamore Canyon | 47,757 |
| 60 | Pine Mtn. | 20,061 |
| 61 | Mazatzal | 205,137 |
| 62 | Mt. Baldy | 6,975 |
| 63 | Sierra Ancha | 20,850 |
| 64 | Superstition | 124,117 |
| 65 | Galiuro | 52,717 |
| 66 | Chiricahua | 18,000 |

### NEW MEXICO

| | | |
|---|---|---|
| 67 | Gila | 433,690 |
| 68 | White Mtn. | 31,171 |
| 69 | Pecos | 167,416 |
| 70 | San Pedro Parks | 41,132 |
| 71 | Wheeler Park | 6,027 |

### ARKANSAS

| | | |
|---|---|---|
| 72 | Caney Creek | 14,344 |
| 73 | Upper Buffalo | 9,912 |

### MISSOURI

| | | |
|---|---|---|
| 74 | Hercules-Glades | 12,315 |

### MINNESOTA

| | | |
|---|---|---|
| 75 | Boundary Waters Canoe Area | 747,840 |

### WISCONSIN

| | | |
|---|---|---|
| 76 | Rainbow Lake | 6,388 |

### NEW HAMPSHIRE

| | | |
|---|---|---|
| 77 | Great Gulf | 5,552 |
| 78 | Presidential Range-Dry River | 20,000 |

### VERMONT

| | | |
|---|---|---|
| 79 | Lye Brook | 12,430 |

### W. VIRGINIA

| | | |
|---|---|---|
| 80 | Dolly Sods | 10,215 |
| 81 | Otter Creek | 20,000 |

### VIRGINIA

| | | |
|---|---|---|
| 82 | James River Face | 8,703 |

### N. CAROLINA

| | | |
|---|---|---|
| 83 | Linville Gorge | 7,575 |
| 84 | Joyce Kilmer-Slickrock | 14,033 |
| 85 | Shining Rock | 13,350 |

### TENNESSEE

| | | |
|---|---|---|
| 84 | Joyce-Kilmer-Slickrock | See NC |

### GEORGIA

| | | |
|---|---|---|
| 86 | Cohutta | 33,776 |

### ALABAMA

| | | |
|---|---|---|
| 87 | Sipsey | 12,646 |

### FLORIDA

| | | |
|---|---|---|
| 88 | Bradwell Bay | 23,432 |

**19**

# APPENDIX B. BACKGROUND OF SAMPLE CLASS I AREAS

These descriptions were prepared jointly by scientists and managers at this workshop. The precision of these descriptions varies because the amount of information available to workshop participants was different. These Class I areas show the breadth of AQRV's considered and the diversity of approaches suggested by participants working together. Terrestrial values given each area may be the same because the different areas contain ecosystems with similar sensitivities, such as alpine areas. It is essential to consider the details of a specific Class I area being screened when applying information contained here.

Although visibility is an important AQRV in all these Class I areas, this workshop focused on the effects of air pollution on biotic systems and did not address physical impacts on visibility. In no way should the absence of visibility as an AQRV be construed as a judgment of its relative value compared to biological components.

## Alpine Lakes and Glacier Peak Wildernesses - Washington

### Brief Description

The Alpine Lakes and Glacier Peak Wildernesses are typical of the North Cascade mountains. The vegetation is fir, Douglas-fir, and hemlock, and precipitation is high. Soils are diverse in origin with modest fertility and moisture. This is a high mountain area with general elevation above 6,000 feet. Lakes and large perennial snow fields are common at the higher elevations. Streams peak during snowmelt runoff, but abundant year round stream flow persists.

### Air Quality Related Values

Water flowing from the Cascade crest has significant value. The hydrologic system includes snowfields, glaciers, high mountain streams, small cirque lakes, cascading waterfalls, and larger streams and rivers in lower systems. The water and aquatic biota systems contribute greatly to these wildernesses. Maintaining these systems and their natural water clarity depends upon little chemical degradation or change.

These wildernesses include a wide variety of diverse plant communities and species typical of the northern Cascade range. Maintaining natural diversity

is a critical component of general health and balance of the ecosystem. Any significant change in plant communities due to the effects of air pollution would not only change the quality of wilderness experience, but also ecosystem interrelationships which contribute to wilderness values.

Much of the wilderness experience in the Cascades is influenced by sights, sounds, feelings, experiences, and even the smells the visitor encounters. In areas close to metropolitan areas, one of the significant changes for the city resident is the smell of the great out-of-doors. Whether it is a whiff of pine forest, an aroma of rain forest, or briskness of the clean, crisp high mountain air rising up and over the Cascade range, natural smell is a value only truly appreciated when it's replaced with the odor of civilization.

## Hoover and Dome Land Wildernesses - California

### Brief Description

*Hoover:* This Wilderness lies along the eastern slope of the Sierra Nevada Range in Mono County, California. It is bounded on the west by Yosemite National Park, which lies on the western slope of this Range. The area is characterized by recently glaciated canyons, composed of granitic and metavolcanic rocks. The vegetation is scattered among the rocky flats and ledges of the Sierra granite batholith.

Most soils are derived from granitic rock, are weakly developed, and are low in productivity. They are typically shallow over granitic parent material on the sloping areas, and are deeper in the canyon bottoms. They are sandy textured and low base saturation. Water quality is good to excellent, with low sediment loads in the streams. The many lakes in the high country act as natural sinks in absorbing sediments from the canyon uplands.

Scattered stands of timber grow on approximately 11 percent of the wilderness. Timber types generally are mixed conifer, with Jeffery pine and white fir dominating the lower elevations and lodgepole pine and limber pine dominating the higher elevations. Subalpine meadows occur throughout the area; riparian areas exist along the stream courses, springs, and other water influence zones. The higher elevations are dominated by subalpine and alpine shrubs and herbaceous vegetation, while elevations below the forest zones are dominated by sagebrush, bitterbrush, and mountainmahogany.

BLM_0051728

Air quality within the wilderness is excellent. Among potential threats is the possibility for $NO_x$, $SO_x$, and ozone to drift up the Toulumne valley, flow over the crest, and influence the AQRV of the area and acidify precipitation.

*Dome Land:* The Dome Land. Wilderness is located on the southeastern slopes of the Sierra Nevada Range at the southern end of the Kern Plateau. Granite domes and unique geologic formations are the dominant features. Climatic conditions range from montane to semi-arid to desert with elevations from 3,000 to 9,700 feet above sea level. The South Fork of the Kern River flows through the wilderness.

Dome Land geography has been primarily influenced by the South Fork Kern River drainage. The wilderness is rimmed by high elevation peaks in a horseshoe configuration. Pollution may be transported up the Kern River drainage from the Bakersfield area of the San Joaquin Valley.

The Dome Land is covered mainly by mixed conifer forest. The higher elevations support primarily lodgepole and Jeffrey pine, red and white fir, and small amounts of oak and various shrubs. Small stands of limber and foxtail pine are also found at the higher elevations. A unique association of limber and foxtail pine at the southern most ends of their ranges has resulted in the establishment of a research natural area. The lower elevations support mainly pinyon, digger pine, oak, and shrubs.

Wildlife in the Dome Land is abundant. The wilderness provides summer range for the Monache and Kern River deer herds. A comprehensive species list is lacking, but other wildlife observed include quail, squirrels, chickaree, chipmunk, marten, marmot, black bear, mountain lion, and bobcat. In the 1970's California condors were sighted on several occasions.

There is light to moderate fishing within the wilderness. The heaviest fishing area is located on the South Fork of the Kern River. The rainbow trout found in the wilderness are introduced.

The Dome Land contains six major tributary streams of the South Fork of the Kern River. The general character of the wilderness is dry during the normal season of use, so these streams are very important to visitors, livestock, and wildlife. Below the wilderness, water from the South Fork is used for agriculture, recreation, electrical power, and domestic supplies. All of the Kern tributaries in the wilderness drop to a low level or become dry in late summer. Water becomes quite warm in creeks still flowing.

Soils within the Dome Land are derived form weathered granite. Most of the soil consists of coarse, sandy materials that have weathered from the barren, exposed rock that dominates the wilderness. These soils are very young, and lack the development characteristic of older soils. They are very infertile due to coarseness, shallowness, and lack of capacity to store water. The soils are also susceptible to erosion.

## Air Quality Related Values

Jeffery and ponderosa pines are prevalent above 5,000 feet. These sensitive tree species are subject to damage by ozone, and can be used as indicators of changes in plant communities. Needle retention and natural color are needed to maintain the aesthetics of these wildernesses. Limber, foxtail, and pinyon pine are also important vegetative species.

The buffering effect of meadows on water quality and quantity makes these areas very valuable for protecting the Class I areas' aquatic systems, especially the rainbow trout fisheries. Meadow condition and water quality should be maintained within current biological variability. Water quality needs to be maintained in the river and its tributaries.

The selected loadings for these wildernesses are lower than in some other wildernesses because of the presence of alpine ecosystems with limited ability to buffer additional S and N. The desire to maintain current ecosystem structure and function were primary considerations in the selection of threshold values.

The granitic domes characteristic in this wilderness should be protected.

## San Gorgonio Wilderness - California

### Brief Description

Geology of this wilderness is highly diverse and typical of southern California mountains. Climate is Mediterranean, and the soils are dry with base saturations about 50%. Water resources are scarce. Vegetation varies with elevation from chaparral through a pinyon-juniper and pine forest to alpine.

### Air Quality Related Values

Ponderosa pine and Jeffery pine are dominant species known to be susceptible to air pollutants, especially $O_3$. Symptoms of ozone injury (needle chlorosis and premature needle senescence) can be readily identified. The ponderosa pine forests in southern California often have high concentrations of pollutants present. West of the San Gorgonio Wilderness, ozone concentrations are high from May through September, with moderate concentrations at other times. Nitrogen deposition is very high, and although poorly quantified, may be an important component of the ecosystem (Riggan et al. 1985).

21

Water quality is important as it relates to pH, ANC, and productivity. The pH and ANC values are related to changes in acidity, which affect chemical processes and ultimately biological processes. Productivity is a general term that refers to the amount of carbon fixed on an annual basis; more N-rich systems are generally more productive. Productivity should be maintained.

Meadows are critical areas to maintain in subalpine and alpine ecosystems.

## Bob Marshall Wilderness - Montana

### Brief Description

The Bob Marshall Wilderness is nearly one million acres in size, located in northwest Montana in the Rocky Mountain Province. The bedrock is mostly precambrian meta-sedimentary argillites, quartzites, and limestones. Glaciation influenced the shape of the land and the composition of the soil. Soils are cool, moist, with base saturation of 25 to 50% with a volcanic ash surface ranging from 4 to 8 inches. The terrain has been influenced by glaciation, which formed high alpine basins and broad u-shaped valleys.

Precipitation ranges from 16 inches in the valley bottoms to more than 100 inches on the mountain peaks. Snow comprises over 80 percent of the precipitation at the higher elevations and 50 percent in the valley bottoms. Elevation within the area varies from 3,000 feet in the valleys to nearly 10,000 feet at the highest peaks.

Habitat types range from warm-dry ponderosa pine/ bunchgrass to cool-moist whitebark pine. Subalpine fir is the dominant habitat type. The country is known for a mixture of big, open meadows and dense forest. Uncontrolled natural fire played a large part in producing a mosaic of different even-aged communities.

About 250 wildlife species and 22 fish species are found in the wilderness and surrounding national forest lands. Native fish species include bull trout, west slope cutthroat trout, mountain whitefish, and several non-game species. Big game species include elk, mule deer, white-tailed deer, moose, Rocky Mountain goat, grizzly bear, black bear, and cougar. Endangered species include the gray wolf, bald eagle, and peregrine falcon. Threatened species include the grizzly bear.

Lakes and streams are common and dependent on snowmelt. The Middle Fork and South Fork of the Flathead River flow out of the Bob Marshall. These rivers are designated Wild and Scenic and are important for rafting, fishing, photography, and domestic and other consumptive needs. Water quality is considered excellent, although water quality has not been extensively sampled.

## Air Quality Related Values

Grizzly bear and west slope cutthroat trout are the key air quality related values in this wilderness. Effects of air pollutants on forage species and other critical grizzly habitat plant communities and on meadow vegetation that could change trout habitat must to be determined. This wilderness provides one of only two major grizzly bear population centers in the lower 48 states. The cutthroat is classified as a species of special concern in Montana because of declines in abundance and distribution. It is important to the wilderness visitor for both consumptive and non-consumptive uses.

Alpine and subalpine plant communities were thought to be the most sensitive to increases in N, because they are naturally stressed ecosystems and are likely to be naturally low N-consuming systems. The Bob Marshall Wilderness is in a very clean air region. Current deposition rates for N and S are probably 1 kg/ha yr or less for each of these elements. Therefore, increases of N and S could represent large percentage increases in the quantity of these elements. This implies that tolerable increase levels are likely to be in the low end of the Yellow Zone.

## Bridger Wilderness · Wyoming

### Brief Description

The Bridger Wilderness is located on the west side of the continental divide in the Wind River Mountain Range. The elevation ranges from about 8,000 to over 13,000 feet on Gannet Peak, with most of wilderness above 9,000 feet. Almost all of the area is precambrian crystalline granite except for a small section of sedimentary rock in the northwest part. The area was glaciated in the past, and still contains the largest glaciers in the continental United States. Lakes are very common (roughly 1,300) and have been stocked since 1907 with all major species of trout found in North America. Since a large portion of the wilderness is above timberline, the vegetation is primarily alpine and subalpine in character. Precipitation is primarily snow, and the annual snow pack is deep. The soils are cold, wet, and shallow with base saturation below 25%. Granite or quartz rock outcrops and talus slopes are common. Perennial streams are fed by snowmelt. Groundwater flow is minimal.

### Air Quality Related Values

This wilderness was originally designated as a Primitive Area in 1930  because of its unique alpine

22

BLM_0051730

ecosystem, with numerous cirque lakes. These lakes are the primary AQRV needing protection.

Because of the large amount of alpine vegetation, this area is potentially very sensitive to the effects of increased nitrogen deposition. The harsh climate, shallow soils, and presumed low nitrogen uptake rates of the alpine plants suggest significant changes in growth rates and species composition under conditions of even small atmospheric N deposition. The problem would be exacerbated because the exposed bedrock in the watersheds will focus large amounts of deposition into small areas of alpine meadow.

The effects of air pollution on alpine vegetation are not well known, and the interaction of pollutants with the other severe stresses acting on alpine vegetation make the problem especially complex. To improve the knowledge base, the response of species characteristic of this wilderness to ozone exposure and N and S loading should be determined. Such determinations should be performed in natural field settings which incorporate the rigor of the alpine environment. Plant communities of special concern are the primary successional plant communities near glacial margins. The chemistry and hydrology of the snowpack needs special attention because of its crucial role in maintaining the diverse plant communities.

## Superstition Wilderness - Arizona

### Brief Description

The Superstition Wilderness is located south of the Mazatzal Mountains about 65 miles east of Phoenix. Elevation is approximately 1,000 to 4,000 feet. The rugged, dissected landscape that rises spectacularly out of the desert has deep canyons with steep sonoran relief. Streams are ephemeral, and there are no lakes. Hydrographs are storm-dominated.

Climate is warm semi-arid and arid, with summer convection storms and occasional winter rain. Annual precipitation is 10 to 20 inches, but can vary as much as 40 percent annually. The growing season is about 280 days. Average annual temperature is 60 to 75°F.

Soils are deep, dry forest soils with base saturations above 50%. The geology includes highly diverse rock types and complex geological structures, including metamorphic, sedimentary, and intrusive and extrusive igneous rocks. The east half is proterozoic rocks that have been pervasively faulted. The west half is tertiary volcanic rocks of many different types.

Vegetation is typically open, with sonoran desert shrubs at lower elevations to interior chaparral and juniper woodland at higher elevations. Upland plants include grama grasses, creosote bush, yellow and blue palo verde, saguaro cactus, cholla cacti, ocotillo, catclaw, beargrass, agave, yucca, mesquite, mountainmahogany, hopbush, turbinella and Emory oaks, pinyon pine, and junipers.

### Air Quality Related Values

Water is scarce in the Superstitions and its availability and quality are critical to sustaining the diverse faunal populations, as well as providing water for recreationists.

Riparian species are important to the visual quality of this unique wilderness, as well as furnishing perhaps one of the most valuable wildlife habitats found in the Upper Sonoran Desert. The ability of the wilderness to support the diverse wildlife species found here would be greatly diminished without riparian areas. Riparian species include cottonwood, willow, sycamore, and numerous others.

Both the number and uniqueness of Upper Sonoran Desert plants give this wilderness its special character. To lose any of these species would be a serious loss to the wilderness. Vegetation in this type is thought to be quite resistant to environmental stress, except that vegetation growing in riparian areas may be more sensitive to $O_3$, $SO_2$, and other pollutant effects.

## Joyce Kilmer - Slickrock Wilderness - North Carolina, Tennessee

### Brief Description

Cove and upland hardwoods are the dominant forest types typical of this warm, humid climate that has abundant, uniform precipitation. Soils range from deep, moist, and well-developed to shallow, poorly developed, and with base saturation less than 25%. The low mountains underlain by sedimentary geology vary from 2,000 to 5,300 feet in elevation. Intermittent and perennial mountain streams are common.

### Air Quality Related Values

Flora, water quality, and trout fisheries all had important roles in the designation of the Joyce Kilmer-Slickrock Wilderness, and continue to be important characteristics of the wilderness, and the experiences valued by visitors.

The floral diversity is great, with more than 60 species of trees. Most of the flora is of tertiary origin, and a number of plant species are close relatives to species in eastern Asia. Wildflowers are abundant throughout the wilderness. The Joyce Kilmer Memorial

BLM_0051731

Forest portion of the wilderness has many trees over 300 years old, some more than 20 feet in circumference and 100 feet tall. This part of the wilderness is a remnant virgin forest preserved by the Forest Service since 1935. Approximately 30% of the Slickrock portion of the wilderness is also representative of a forest in its primeval condition.

The high-quality mountain streams found in the wilderness, free of sediment with clean bottoms, cool and clear, with deep pools and numerous riffles, are rare in this part of the country. These streams have been rated by the State of North Carolina as type "C Trout" and have met State standards for use as a public water supply. Slickrock Creek is a highly productive trout stream yielding about twice as much poundage per acre as neighboring streams. "Native" (reproducing naturally in the stream) brook trout are abundant in the upper reaches of Slickrock Creek. Brown and rainbow trout are prominent in the lower reaches. Little Santeelah Creek and its tributaries are habitat for brown, brook, and rainbow trout. The trout fisheries in these streams represent a major recreation opportunity in the wilderness.

The location of the Slickrock area in the southern Appalachians and the locations of some portions of the area at elevations above 4,800 feet suggest that parts of this system currently receive relatively high loadings of S and N, as well as high concentrations of $O_3$ (NADP 1988). Any added loading due to new sources will move pollutant levels into the Yellow Zone or above the Red Line where granting of PSD Permits is not automatic. At the high-elevation sites, minor loadings may move pollutant levels into values above the Red Line.

Slickrock's diverse forest systems of high and low elevations require that the target loading values (Green Line values) cover a somewhat higher range than other wilderness areas. Over 90% of the area is characterized by a capacity to utilize higher loadings of N because of deep, well-developed soils of moderate sulfate absorption capacity that can tolerate higher S loadings. The remaining 10% of the area is boreal forest, which receives higher loadings due to elevational effects, and has soils, tree species, and age classes of trees sensitive to low loadings of S and N. The effect of the loss of the relatively small area of high-elevation boreal forest on downslope ecosystems is currently unknown, but hydrologic and chemical disturbances might result.

### Otter Creek - West Virginia and Great Gulf - New Hampshire Wildernesses

#### Brief Description

*Otter Creek:* This 20,000 acre wilderness is located in northeast West Virginia in an area with a cool, humid climate and abundant, uniform precipitation averaging 50 to 55 inches annually. It is located in the unglaciated Allegheny Plateau; mountainous, with elevations ranging between 1,800 feet near the mouth of Otter Creek, to 3,900 feet on McGowan Mountain. Otter Creek, a perennial stream, bisects the wilderness and a number of perennial tributaries occur throughout the area.

Waters are generally acid and low in productivity. There is a small native brook trout population in the upper reaches of Otter Creek, made possible by a demonstration project being conducted by the West Virginia Department of Natural Resources in which ground limestone is continuously added to Otter Creek just outside the wilderness boundary. Trout may also occur in the lower reaches of Otter Creek, below its confluence with Turkey Run, where limestone bedrock borders the stream. Otter Creek drains from a 6-acre open acid fen, and some tributaries (Yellow Creek and Moore Run) drain from open sphagnum/sedge/spruce swamps.

Soils are moderately deep to deep, with base saturation less than 35% (Utisols), and 35 to 50% (Inceptosols). They are high in iron and aluminum. Forest vegetation is a mixture of northern hardwoods and Allegheny mixed hardwoods, including a component of yellow poplar, and with red spruce at the higher elevations. Rhododendron makes up understory vegetation over extensive areas. Ground and herbaceous vegetation is somewhat depauperate over most of the wilderness compared to other low-elevation mesic sites, with the exception of limited areas of limestone bedrock in which vegetation richness increases and spring wildflowers may be abundant. The area was logged between 1890 and 1915, and 200 acres of Norway spruce was later planted on the top of Green Mountain.

*Great Gulf.* This gulf and its tributary gulfs were hollowed out by the action of glaciers before the last ice age. One of the distinctive features of the eastern slopes of the Presidential Range, this glacial valley between Mount Washington and the Northern Peaks is from 1,100 to 1,600 feet deep. It extends easterly from Mount Washington some 3-1/2 miles as a narrow, steep-sided gulf before broadening gradually to more open terrain. It contains a number of remarkable cascades, and the views from the walls and from points on the floor are among the best in New England.

Many of the older trees have been damaged by hurricanes, but a few scattered stands of large virgin spruce remain. A small portion of the eastern part of the area, in the lower slope type, was cut over for large spruce late in the 19th century. Northern hardwoods are the typical forest at lower elevations. Alpine plants and lichens abound above beeline. Stunted spruce and

BLM_0051732

fir provide the transition between the alpine and forested areas.

A weather observatory on the 6,262-foot summit of Mount Washington, the highest point in the Northeast, just outside the southwest corner of the wilderness, has recorded the highest wind speed (231 mph) of any weather station world-wide. Wind speeds in excess of 100 mph are not uncommon. The weather is severe most of the year, and approximates conditions encountered at a much higher latitude. The summit of Mount Washington is in the clouds approximately 55 percent of the time. The effects and extent of acid cloud/fog water (pH generally less than 3.0) are currently being studied.

### Air Quality Related Values

*Otter Creek:* Three isolated freshwater wetlands occur, with some sphagnum vegetation most commonly associated with more northern wetland areas. A 59-acre stand of virgin red spruce and hemlock remains on Shavers Mountain. Spring ephemerals, especially on the more productive sites, provide some very desirable diversity and richness. A large number of tree, shrub, and herbaceous species within the area have known sensitivity to various air pollutants (black cherry, yellow poplar, red spruce, etc.). Change in the native plant communities and associated fauna resulting from air pollution would be undesirable.

Water quality is important for drinking water by wilderness users, and for the limited cold water fishery in Otter Creek. However, water quality in Otter Creek is being artificially improved for fishery purposes by the continuous addition of ground limestone, raising the pH and alkalinity of the stream. Therefore, water quality measurements in Otter Creek are not representative of natural conditions. Without such limestone treatment, Otter Creek water in its natural condition is acid (pH 5.0) and very low in productivity (alkalinity much less than 2 milligrams per liter, and conductivity 25 $\mu$S/cm) where it enters the wilderness. Water quality further deteriorates going downstream due to even poorer quality tributary inputs, until the neutralizing influence of limestone bedrock is encountered near the mouth of Otter Creek, where water quality improves somewhat for a fairly short reach of the stream (pH 5.8 to 6.0, alkalinity 3.1 mg/l and conductivity 31). Tributaries to Otter Creek have pH less than 4.0 and alkalinities less than 0.2 mg/l.

*Great Gulf* Water quality is important for trout fisheries, and for hikers to drink and enjoy its scenic quality. Alpine flowers are rare in the Northeast and they exist in a harsh environment probably susceptible to damage from changes in soil chemistry.

## Boundary Waters Canoe Area Wilderness - Minnesota

### Brief Description

This second largest wilderness area (798,458 acres) under Forest Service administration sits astride the border between Minnesota and Ontario, Canada. The elevation averages 1,150 feet above sea level.

The climate is continental polar, with long cold winters and cool summers that provide only 95 frost free days per year. Annual precipitation varies from 20 to 30 inches per year.

The bedrock underlying the Boundary Waters Canoe Wilderness is precambrian metamorphic and intrusive igneous rock, which has been glaciated only recently. The bedrock is overlaid with very thin, nutrient-poor spodosol soils of low cation exchange capacity, high in iron and aluminum, with moderately low acid neutralizing capacity, and are essentially neutral in pH.

This wilderness contains over 1,000 lakes larger than 10 acres. Three-fourths of these lakes are slightly to heavily stained a brown color from organic materials draining from the abundant peatlands in the wilderness. The pH of most of the lakes falls in the 6.6 to 8.3 range, with a mean of about 7.3. A few of the highly stained lakes have pH's as low as 5.6. Many of the lakes are sensitive, and could become acidified if acid deposition were to increase. About half have ANC's less than 130 $\mu$eq/l and base cation concentrations below 215 $\mu$eq/l About 5% of the lakes in this wilderness have ANC's less than 50 and base cation concentrations below 140 $\mu$eq/l.

Air quality at present is very good since the BWCA sits on the eastern fringe of the Canadian and United States Great Plains, which have so far sustained little industrial development. Also, the air quality standards of the State of Minnesota are substantially more stringent than the United States federal ambient air quality standards. As a result, in 1985 the Boundary Waters Canoe Wilderness sustained a measured wet deposition of only 1.4 to 2.3 kg of nitrate nitrogen, 0.2 to 0.3 kg of ammonium nitrogen, 2.3 to 3.5 kg of sulfate, and a hydrogen ion deposition of generally less than 0.1 kg per hectare per year. The annual average pH of precipitation was about 5.0. The average ozone concentration during the growing season is about 35 ppb.

### Air Quality Related Values

o   High-quality waters that support a highly diverse fishery.

BLM_0051733

o Coniferous and mixed coniferous forests that provide the critical habitat for one of the last remaining and viable eastern timber wolf populations in the continental United States.

o Bird populations, especially bald eagles and loons.

o Native American pictographs and buried sites.

The relatively lower than usual Green Line and Red Line values recommended for total sulfur and nitrogen deposition in this Wilderness are justified because of the substantial sensitivity of the shallow soils, the hard crystalline bedrock, and the low alkalinity of the surface waters.

Suggested factors to be considered in making a determination of Green Line (or better) conditions:

o Based on current knowledge of species sensitivity, modelled increases in pollutant loads will, with a high degree of certainty, result in no reduction in distribution of known pollutant sensitive tree or lesser vegetation species.

o With a high degree of certainty, modelled increases in pollutant loads will have negligible or no impact on acid neutralizing capacity of any BWCA lake.

Suggested factors to be considered in making a determination of Red Line (or worse) conditions:

o Based on current knowledge of species sensitivity, modelled increases in pollutant loads will result in either complete elimination or reduce distribution of at least one tree or lesser vegetation species.

o Modelled increases in sulfate or nitrate deposition will result in complete elimination of acid neutralizing capacity from one or more lakes.

**26**

BLM_0051734

# APPENDIX C. OTHER AQUATIC MEASUREMENT METHODS

## Loading/Response Relationships

The acidification of lakes has been considered to be analogous to the titration of a bicarbonate solution (acid neutralizing capacity, ANC) with acidic (sulfuric acid) atmospheric deposition (Henriksen 1979). When additions of acid consume ANC, pH decreases slowly at first, then more markedly as ANC is depleted (Small et al. 1988). Acidic deposition may also increase the weathering of base cations and not result in an equivalent consumption of ANC for each equivalent of acid deposited (Henriksen 1984). Lake ANC is produced from watershed weathering and exchange reactions. These reactions generate equivalent amounts of bicarbonate and base cations. Lake ANC can also be produced from in-lake processes, such as Ca exchange with sediments, and biologically mediated removal of nitrate and sulfate (Schindler 1986). The relative importance of in-lake versus watershed sources of alkalinity and the relationship between acid deposition and enhanced weathering of base cations is known for only a few ecosystems. These additional mechanisms, which act to reduce the effect of acidic deposition, cannot be included in a conservative estimate of the relationship between deposition amount and ecosystem impacts.

Our approach is analogous to the Henriksen empirical model where deposition amount, lake sensitivity (sum of base cations), and the results of lakes surveys are used to empirically derive, for lakes of a given sensitivity and deposition level, where the system will experience ANC decline and pH depression. We assume that in-lake alkalinity generation and enhanced weathering of base cations is negligible.

## Graph Construction

Figures C-1 and C-2 show, for various deposition levels, the concentrations of non-marine Ca+Mg+K+Na in lakes having ANC of 10 to 25 µeq/l and pH values of about 5.9 to 6.2, and in lakes with ANC between -20 and -5 and pH of about 4.8 to 5.2. Figure C-1 shows the Green Lines for these. The Green Lines indicate the deposition level below which lakes with various base cation concentrations should maintain ANC of at least 10 to 25 µeq/l and pH of at least 5.8 to 6.2. Figure C-2 shows Red Lines. If subjected to a particular deposition level, lakes with base cation concentrations

less than those indicated by the Red Lines can be expected to become acidic with ANC falling below zero and pH reaching 5.2 or less.

The graphs are based on the assumption that, while lake $HCO_3$ decreases and is replaced by $SO_4$ in response to increasing S deposition, base cation concentrations do not change. In fact, as deposition increases, mineral weathering of base cations from the watershed may increase somewhat (Henriksen 1984). As a result, lakes with a given base cation concentration may be able to withstand a somewhat greater increase in S deposition than indicated by the nomographs. In-lake alkalinity production may also reduce the impact of S deposition (Schindler 1986). Because these effects are uncertain in magnitude and probably do not occur in all lakes, we have taken the conservative approach of protecting the lakes and have assumed that these processes are not significant.

The amount of runoff relative to the amount of precipitation on a watershed affects how lake chemistry responds to acid loadings. As more precipitation is lost to evapotranspiration and less is yielded as runoff, acid deposition is, in effect, concentrated, and its impact on a lake is greater. Consequently, the graphs show several Red and Green Lines for various amounts of runoff, expressed as percentages of annual precipitation.

N deposition is included for very low ANC (<50 µeq/l waters in the western United States. The rationale for including N is based on observations that most N deposited on a watershed is retained in the watershed. At most, about 20% can be seen in surface waters. This is explained in the text. Deposition loading was determined as outlined in the surface water sensitivity section, page 12. Essentially, total deposition was determined by combining wet deposition data with dry deposition estimates. In the east, dry deposition was estimated to be 30% of wet deposition, while in the west dry deposition was assumed to be zero.

Within about 125 miles of the sea coast, precipitation contains significant amounts of sodium, magnesium, chloride, and sulfate and lesser amounts of other ions of marine origin. These ions increase the base cation concentration of lakes in these areas without adding $HCO_3$ or ANC. To correct for this effect, we assume that all chloride (Cl) in such lake water is from marine sources, and subtract from the base cation concentration an amount in proportion to the relative concentrations of Cl and base cation in seawater (Hem 1970).

BLM_0051735



Figure C-1.--Base cations/deposition relationship for Green Lines. Lakes to the right of the appropriate runoff lines are not considered to be acidic. (Data from Kanciruk et al. 1986 and Eilers et al. 1987.)

BLM_0051736



**Figure C-2.--Base cations/deposition relationship for Red Lines. Lakes to the left of the appropriate runoff lines are likely acidic. (Data from Kanciruk et al. 1986 and Eilers et al. 1987.)**

29

BLM_0051737

Inland lakes generally have low concentrations of Cl and Cl-associated base cations, but natural geologic sources and contamination by road salt may increase them. The base cation concentration of these lakes also must be corrected for this influence. This is done by assuming:

Non-marine Ca+Mg+K+Na = Total
Ca+Mg+K+Na - (Cl x 1.115)

Concentrations of all ions are expressed in $\mu eq/l$.

Lake $SO_4$ generally increases with increasing S deposition, but natural geologic sources also contribute variable amounts of $SO_4$ to lakes (Loranger and Brakke 1988, Eilers et al. 1987). Base cations associated with geologic $SO_4$ add significant variability to the ANC:base cation relationship. In figures C-1 and C-2, much of the scattering of data points for any given deposition level and runoff percentage can be attributed to geologic $SO_4$ and associated base cations.

This approach is similar to the so-called Hendriksen model, which has been shown to have limitations (Reuss et al. 1986, Vertucci in press). However, the Red Line values used here are based on an empirical fit to the data on acidified lakes. The Green Line values essentially represent a simple balance of increased sulfate (and nitrate) against ANC. This is an approximation that Wright (1988), among others, suggests can be improved by the introduction of a factor "f" representing the ratio of change in base cation concentration to net sulfate (that attributable to anthropogenic sources). The model here assumes f to be zero. A nonzero f would make the Green Lines steeper. Since this is intended as a worst case screening technique that errs on the side of conservatism, and actual f values are unknown, we felt it was appropriate to use an f factor of zero.

In cases where little cation data exist, conductivity was considered as an alternate measure of sensitivity. Since conductivity is easily and cheaply measured in the field, conductivity data may be more widely available for surface waters than are cation data. Easy and cheap don't necessarily equate with accurate, however, and field conductivity data must be closely screened to ensure reliability. Electrical conductivity (usually expressed as $\mu$Siemens/cm at 25 degrees C) is a measure of the total amount of ions dissolved in the water. Consequently, conductivity is related to the sum of the base cations and anions. Waters that are inherently sensitive to add deposition have little buffering or acid neutralizing capacity, low concentrations of base cations, and low conductivity.

Figures C-3 and C-4 are similar to C-1 and C-2, but show lake conductivity in place of base cation concentration as a measure of lake sensitivity. Because conductivity is an indicator of the total concentration of ions dissolved in the waters, it is used as a substitute for the base cation concentration. Since the contribution of $SO_4$ and $HCO_3$ to conductivity are about the same, we assume that the conductivity of a lake does not change with increasing S deposition. As with figures C-1 and C-2, we ignore the fact that base cations, and consequently conductivity, may increase somewhat at greater deposition levels, due to increased mineral weathering.

As with base cations, conductivity must be corrected for marine influences. This correction is even more critical for conductivity, because conductivity is influenced not only by the ocean-derived base cations, but also by the Cl and $SO_4$. In addition to the adjustments for marine contributions, conductivity must also be corrected for hydrogen ion (pH) influences. In acidic waters, hydrogen contributes heavily to conductivity, and this contribution must be subtracted. All the lake conductivity data in figures C-3 and C-4 are corrected for both pH and marine influences. This is done by assuming:

Non-marine conductivity = measured
conductivity - (Cl x 0.1422)

with Cl expressed in $\mu eq/l$ and conductivity in $\mu$Siemens.

Adjusted conductivity = measured
conductivity - (H x 0.34965)

where H is the hydrogen ion concentration in $\mu eq/l$ (H=10 raised to the -pH power, then that quantity multiplied by 1,000,000).

Differences in natural sources of $SO_4$ add much variation to the ANC:conductivity relationship. This effect is greater than that on ANC:base cations because both $SO_4$ and the associated base cations contribute to conductivity. For any particular deposition level and runoff percentage, the scatter among the data points and the overlap between groups of acidic and non-acidic lakes is greater in figures C-3 and C-4 than in C-1 and C-2. Therefore, base cations rather than conductivity should be used as a measure of lake sensitivity where cation data are available. Conductivity is useful as a rough tool to separate lakes into nonsensitive and possibly sensitive groups.

## Detailed Information Needs

Surface water chemistry data can be collected by means of special purpose surveys, by census, or by estimating values based on previous surveys in similar geographic terrains. As an example of the last approach, an approximate characterization of the surface water chemistry of seven of the nine wilderness ecosystem types is presented in table C-1.

BLM_0051738



Figure C-3.--Conductivity/deposition relationships for Green Lines. Lakes to the right of the appropriate runoff lines are not considered acidic. (Data from Kanciruk et al. 1986 and Eilers et al. 1987.)

BLM_0051739



Figure C-4.—Conductivity/deposition relationships for Red Lines. Lakes to the left of the appropriate runoff lines are likely acidic. (Data from Kanciruk et al. 1986 and Eilers et al. 1987.)

BLM_0051740

Table C-1.--Conductivity and neutralizing capacity, and pH statistics for geographic regions represented by seven wilderness ecosystem type.

| Wilderness area and NSWS region | Chemical factor | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Conductivity | | | ANC | | | pH | | |
| | Min. | Q1 | Med. | Min. | Q1 | Med. | Min. | Q1 | Med. |
| | µS/cm | | | µeq/l | | | | | |
| Alpine Lakes, Glacier Peak (PNW[1]) | >2 | 9/6 | 14/4 | >4 | 54/52 | 196/105 | >5.8 | 6.6 | 6.9 |
| Hoover, Dome Land (SNM[2]) | >2 | 5 | 8 | 7/13 | 34 | 60 | >5.8 | 6.6 | 7.0 |
| Bob Marshall (NR[3]) | >3 | 9 | 39 | 72 | 77 | 342 | 6.3 | 6.9 | 7.1 |
| Bridger (ALP[4]) | >7 | 12 | 15 | 39 | 74 | 109 | >5.8 | 6.9 | 7.1 |
| Joyce Kilmer, Slickrock (EHW[5]) | 10 | 14 | 21 | 16 | 87 | 120 | 6.4 | 6.8 | 7.0 |
| Otter Creek, Great Gulf (NH[8]) | 19 | 33/22 | 69/35 | -48 | 20/52 | 110/119 | 4.4 | 5.7/6.3 | 6.6/6.8 |
| Boundary Waters Canoe Water Area (C[7]) | 18 | 22 | 30 | 34 | 98 | 185 | 5.6 | 6.6 | 6.9 |

[1]WLS Pacific NW, Middle Washington and Wenatchee Mtns.
[2]WLS California, Sierra Nevada.
[3]WLS Northern Rockies, Lewis Range.
[4]WLS Central Rockies, Wind River.
[5]NSS Southern Blue Ridge.
[6]NSS M Appalachians, ELS C. New England
[7]ELS NE Minnesota.

WLS = EPA Western Lake Survey.
ELS = EPA Eastern Lake Survey.
NSS = National Stream Survey.

These data are based on the National Surface Water Survey (NSWS), which measured the chemistry of a large statistical sample of lakes and streams in regions of the United States. expected to have surface water with low acid neutralizing capacity. In several cases (such as the Bridger Wilderness), many lakes were sampled. In most cases, however, only a few lakes or streams were actually included. As an approximation, the chemical data in table C-1 were aggregated to include the geographic units nearest to exact wilderness that approximate the geology of the corresponding regions, based on the NSWS data. No data were collected in southern California nor in Arizona.

Half of the lakes or streams in each region are expected to fall below the median value for each region. Twenty percent of the systems are expected to fall below the first quintile (Q1) Minimum values represent the lowest value observed in the sample, and do not necessarily represent the lowest lake or stream in the region. Lake chemistry was measured following fall overturn. Stream chemistry was sampled in the spring between snowmelt and leaf-out, avoiding rain storms. Streams affected by acid mine drainage and polluted lakes were avoided.

These data are statistically valid randomly selected samples of water quality in all areas. To obtain a better estimate of the true chemistry distributions in a particular wilderness, a random sample of approximately 50 lakes can generally give acceptable confidence bounds if the area is not too heterogeneous. If 50 represents less than 5% of the totat population of lakes, or if the area is highly diverse, a larger sample size may be needed to reduce uncertainties in the estimates. Field sampling, while inexpensive, must follow protocols for wilderness areas (Fox et al. 1987).

Annual runoff can be calculated from estimated precipitation and evapotranspiration measurements on site, or measured at a gauged stream site in the region

BLM_0051741

of interest. In the absence of such data, published values of mean annual runoff from state and federal agencies in state water atlases and other publications can be used. Annual variations in runoff are not a significant concern in using figure 1, provided long term data are available.

Dry deposition of sulfate and nitrate are often estimated from obtaining wet deposition data from the nearest National Acid Deposition Program (NADP) site. As a rule of thumb, in rural areas removed from point sources of pollution, dry deposition of sulfur can be assumed to equal 30% of the wet deposition value. Dry nitrogen deposition may be somewhat greater than the wet value. These factors are subject to considerable local variations, including impaction of particles on dry surfaces, and adsorption of gaseous species ($SO_2$ and $HNO_3$) by moist surfaces, including lakes and the open stomata of vegetation. If air concentration data of S and N are available, dry deposition can be calculated using assumed values of deposition velocity taken from the Air Resource Handbook. Still more desirable are dry deposition estimates from a nearby NDDN (National Dry Deposition Network) site. These are currently being installed throughout the United States.

## Conversion of Deposition Values

Deposition loadings are presented in kg/ha-yr of S and N. Deposition measurements are often reported as deposition of $SO_4$ and $NO_3$ in $mg/m^2$/yr. Land managers may also be familiar with applications of S and N in lb/A/yr. The following conversion factors may be useful:

Multiply S deposition by 3.0 to determine $SO_4$ deposition

Multiply N deposition by 4.43 to determine $NO_3$ deposition

Multiply kg/ha by 0.89 to determine lb/A

Multiply kg/ha by 100 to determine $mg/m^2$

Multiply kg/ha by 0.1 to determine $g/m^2$

To convert from mg/l to µeq/l, multiply mg/l of Ca by 49.90, Mg by 83.26, K by 25.57, Na by 43.50, Cl by 28.21, and $SO_4$ by 20.82.

**34**

BLM_0051742

## APPENDIX D. PARTICIPANTS AND THEIR AFFILIATIONS

Ann M. Bartuska
Research Plant Physiologist
USDA-Forest Service
NC State University
1509 Varsity Drive
Raleigh, NC 27607

Clif R. Benoit
Regional Air Resource Specialist
USDA/FS R-4 RWM
324 25th Street
Ogden, UT 84401

Edgar B. Brannon
Forest Supervisor
Flathead National Forest
1935 3rd Ave. E.
Kalispell, MT 59901

John Butruille
Director, Recreation Management
USDA/Forest Service
P.O. Box 96090
Washington, DC 20090-6090

James G. Byrne
Air Resource Program Manager
USDA/Forest Service
Watershed and Air Management
Rm.1210, RPE
Washington, DC 20090-6090

William A. Carothers
Regional Air Resource Specialist
USDA/Forest Service, R-8, SW&A
1720 Peachtree Rd. N.W.
Atlanta, GA 30367

Ellis Cowling
Associate Dean
North Carolina State University
1509 Varsity Drive
Raleigh, NC 27606

Peter Dillon
Supervisor, Limnology Unit
Ontario Ministry of the Environment
P.O. Box 39
Dorset, Ontario
Canada POA 1 EO

Michael Edrington
Forest Supervisor
Williamette National Forest
P.O. Box 10607
Eugene, OR 97440

Anne Fege
Wilderness Program Manager
USDA/Forest Service
P.O. Box 96090
Washington, DC 20090-6090

Richard Fisher
Air Resource Management Specialist
USDA/Forest Service
Rocky Mountain Forest and Range Experiment Station
240 West Prospect
Fort Collins, CO 80526

Douglas G. Fox
Chief Meteorologist
Rocky Mountain Forest and Range Experiment Station
240 West Prospect
Fort Collins, CO 80526

Professor Thomas Frost
Center for Limnology
University of Wisconsin-Madison
608 N. Park Street
Madison, WI 53706

Stephen C. Harper
Forest Supervisor
Green Mountain and Finger Lakes National Forest
P.O. Box 519
Rutland, VT 05701

Professor J. R. N. Jeffers
Institute of Terrestrial Ecology
Ellerhow, Lindale
Grange-Over-Sands
Cumbria LA11 6JU
United Kingdom

Dale W. Johnson
Research Ecologist
Environmental Sciences Division
Oak Ridge National Lab
P.O. Box X
Oak Ridge, TN 37831

Professor David F. Karnosky
Michigan Technological University
School of Forestry and Wood Products
A11030
Houghton, MI 49931

Gene E. Likens, Director
Institute of Ecosystem Studies
The New York Botanical Gardens
Mary Flagler Cary Arboretum, Box AB
Millbrook, NY 12545

35

BLM_0051743

Steve Lindberg
Research Ecologist
Oak Ridge National Laboratory
Environmental Sciences Division
Oak Ridge, TN 37831

Rick A. Linthurst
Director, EPA Aquatics Effects Research
MD-39, EPA/EMSL (Annex)
Research Triangle Park, NC 27711

Robert C. Loomis
Ecologist, Forest Pest Management
USDA/Forest Service, FPM
P.O. Box 96090
Washington, DC 20090-6090

Gary M. Lovett
Research Ecologist
Institute of Ecosystem Studies
The New York Botanical Gardens, Box AB
Millbrook, NY 12545

William J. Mattson
Research Entomologist
USDA, Forest Service
Michigan State University
1407 S. Harrison Road
East Lansing, MI 48823

Steve Mealey, Assistant Chief
USDA, Forest Service
P.O. Box 96090
Washington, DC 20090-6090

Jay Messer, Ecologist
EPA Aquatic Effects Research
MD-39, EPA/EMSL (Annex)
Research Triangle Park, NC 27711

Dale Nichols
Research Forester
USDA, Forest Service
NC Station, Forestry Sciences Lab
1831 Highway 169 E.
Grand Rapids, MN 55744

Jan Nilsson, Director
Department of Research & Development
SNV (National Environmental Protection)
Box 1302
S-171 25 Solna
Sweden

Dave Peterson
Research Forester
USDA, Forest Service
Forest Fire Lab
4955 Canyon Crest Drive
Riverside, CA 92507

David L. Radloff
Assistant Director, Forest Fire and Atmospheric
 Sciences Research
USDA, Forest Service
P.O. Box 96090
Washington, DC 20090-6090

Professor Peter B. Reich
Department of Forestry
University of Wisconsin
121 Russell Lab, 1630 Linden Drive
Madison, WI 53706

Professor John Reuss
Department of Agronomy
Colorado State University
Fort Collins, CO 80521

Gray F. Reynolds
Director, Watershed and Air Management
USDA, Forest Service
P.O. Box 96090
Washington, DC 20090-6090

William T. Sommers
Director, Forest Fire and Atmospheric Sciences Research
USDA, Forest Service
P.O. Box 96090
Washington, DC 20090-6090

Richard L. Stauber
Forest Supervisor
San Bernardino National Forest
1824 S. Commercenter Circle
San Bernardino, CA 92408-3430

Tom L. Thompson
Forest Supervisor
Siuslaw National Forest
P.O. Box 1148
Corvallis, OR 97339

David G. Unger, Associate Deputy Chief
USDA, Forest Service, National Forest System
P.O. Box 96090
Washington, DC 20090-6090

Charles C. Wildes
Deputy Forest Supervisor
Tonto National Forest
P.O. Box 5348
Phoenix, AZ 85010

Richard Wright
Limnologist
NIVA, Norwegian Institute, Water Res.
P.O. Box 333, Blindern
Oslo 3, Norway

BLM_0051744

BLM_0051745



Rocky
Mountains



Southwest



Great
Plains

U.S. Department of Agriculture
Forest Service

## Rocky Mountain Forest and Range Experiment Station

The Rocky Mountain Station is one of eight regional experiment stations, plus the Forest Products Laboratory and the Washington Office Staff, that make up the Forest Service research organization.

### RESEARCH FOCUS

Research programs at the Rocky Mountain Station are coordinated with area universities and with other institutions. Many studies are conducted on a cooperative basis to accelerate solutions to problems involving range, water, wildlife and fish habitat, human and community development, timber, recreation, protection, and multiresource evaluation.

### RESEARCH LOCATIONS

Research Work Units of the Rocky Mountain Station are operated in cooperation with universities in the following cities:

Albuquerque, New Mexico
Flagstaff, Arizona
Fort Collins, Colorado*
Laramie, Wyoming
Lincoln, Nebraska
Rapid City, South Dakota
Tempe, Arizona

*Station Headquarters: 240 W. Prospect St., Fort Collins, CO 80526

FHW/01-CO-Rev.

# *2001 National Survey of Fishing, Hunting, and Wildlife-Associated Recreation*

# *Colorado*



Revised March 2003





**U.S. Department of the Interior**
**Gale A. Norton,**
Secretary

**FISH AND WILDLIFE SERVICE**
**Steve Williams,**
Director

**U.S. Department of Commerce**
**Donald L. Evans,**
Secretary
**Samuel W. Bodman,**
Deputy Secretary

**Economics and Statistics Administration**
**Kathleen B. Cooper,**
Under Secretary for Economic Affairs

**U.S. CENSUS BUREAU**
**Charles Louis Kincannon,**
Director

BLM_0051747



**Economics and Statistics Administration**

**Kathleen B. Cooper**
Under Secretary for Economic Affairs



**U.S. CENSUS BUREAU**

**Charles Louis Kincannon**
Director



**Department of Interior**
**Gale A. Norton,** Secretary



**FISH AND WILDLIFE SERVICE**
**Steve Williams,** Director



**Division of Federal Aid**
**Kris E. LaMontagne**, Chief

As the Nation's principal conservation agency, the Department of the Interior has responsibility for most of our nationally owned public lands and natural resources. This includes fostering the wisest use of our land and water resources, protecting our fish and wildlife, preserving the environmental and cultural values of our national parks and historical places, and providing for the enjoyment of life through outdoor recreation. The Department assesses our energy and mineral resources and works to assure their development in the best interests of all our people. The Department also has a major responsibility for American Indian reservation communities and for people who live in island territories under U.S. administration.

The mission of the Department's Fish and Wildlife Service is to conserve, protect, and enhance fish and wildlife and their habitats for the continuing benefit of the American people. The Service is responsible for national programs of vital importance to our natural resources, including administration of the Federal Aid in Sport Fish Restoration and the Federal Aid of Wildlife Restoration Programs. These two grant programs provide financial assistance to the States for projects to enhance and protect fish and wildlife resources and to assure their availability to the public for recreational purposes. Multistate grants from these programs pay for the National Survey of Fishing, Hunting, and Wildlife-Associated Recreation.

### Suggested Citation

U.S. Department of the Interior, Fish and Wildlife Service and U.S. Department of Commerce, U.S. Census Bureau. *2001 National Survey of Fishing, Hunting, and Wildlife-Associated Recreation.*

BLM_0051748

# *Contents*

List of Tables · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · iv

Foreword · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · v

Survey Background and Method · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · vi

## Highlights

Introduction · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 2

Summary · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 5

Wildlife-Associated Recreation · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 6

Sportspersons · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 7

Anglers · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 8

Hunters · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 10

Wildlife-Watching Activities · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 12

1991-2001 Survey Comparisons · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 14

## Tables

Guide to Statistical Tables · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 16

Fishing and Hunting Tables · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 17

Wildlife-Watching Tables · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 34

## Appendices

A.  Definitions · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · A-2

B.  National and Regional 1991, 1996, and 2001 Comparisons · · · · · · · · · · · · · · · · · · · · · B-2

C.  Participants 6 to 15 Years Old · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · C-2

D.  Sample Design and Statistical Accuracy · · · · · · · · · · · · · · · · · · · · · · · · · · · · · D-2

BLM_0051749

# *List of Tables*

## Fishing and Hunting: 2001

1. Fishing and Hunting in Colorado by Resident and Nonresident Sportspersons: 2001 . . . . . . . . . . . . . . . . . . . . . 17
2. Anglers and Hunters, Days of Participation, and Trips in Colorado by Type of Fishing and Hunting: 2001 . . . . . . . . . . . 17
3. Anglers and Hunters, Trips, and Days of Participation: 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
4. Colorado Resident Anglers and Hunters by Place Fished or Hunted: 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
5. Colorado Resident Anglers and Hunters, Days of Participation, and Trips in the United States by Type of Fishing and Hunting: 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
6. Freshwater Anglers, Trips, Days of Fishing, and Type of Water Fished: 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . 19
7. Freshwater Anglers and Days of Fishing in Colorado by Type of Fish: 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
8. Great Lakes Anglers, Trips, and Days of Fishing in Colorado: 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
9. Great Lakes Anglers and Days of Fishing in Colorado by Type of Fish: 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . 21
10. Saltwater Anglers, Trips, and Days of Fishing in Colorado: 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
11. Saltwater Anglers and Days of Fishing in Colorado by Type of Fish: 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
12. Hunters, Trips, and Days of Hunting in Colorado by Type of Hunting: 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . 23
13. Hunters and Days of Hunting in Colorado by Type of Game: 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
14. Hunters and Days of Hunting in Colorado by Type of Land: 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
15. Selected Characteristics of Colorado Resident Anglers and Hunters: 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
16. Summary of Expenditures in Colorado by U.S. Residents for Fishing and Hunting: 2001 . . . . . . . . . . . . . . . . . . . 26
17. Summary of Fishing Trip and Equipment Expenditures in Colorado by U.S. Residents by Type of Fishing: 2001 . . . . . . 27
18. Summary of Hunting Trip and Equipment Expenditures in Colorado by U.S. Residents by Type of Hunting 2001 . . . . . . 28
19. Expenditures in Colorado by U.S. Residents for Fishing: 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
20. Expenditures in Colorado by U.S. Residents for Hunting: 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
21. Trip and Equipment Expenditures in Colorado for Fishing and Hunting by Colorado Residents and Nonresidents: 2001 . . 31
22. Summary of Expenditures by Colorado Residents in the United States for Fishing and Hunting: 2001 . . . . . . . . . . . . 32
23. Summary of Expenditures by Colorado Residents in State and Out of State for Fishing and Hunting: 2001 . . . . . . . . . . 33

## Wildlife-Related Recreation: 2001

24. U.S. Residents Participating in Wildlife Watching in Colorado: 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
25. Participants, Trips, and Days of Participation in Nonresidential (Away From Home) Wildlife-Watching Activities in Colorado: 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
26. Nonresidential (Away From Home) Wildlife-Watching Participants Visiting Public Areas in Colorado and Type of Site Visited: 2001. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
27. Nonresidential (Away From Home) Wildlife-Watching Participants by Wildlife Observed, Photographed, or Fed in Colorado: 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
28. Participation in Residential (Around the Home) Wildlife-Watching Activities in Colorado: 2001 . . . . . . . . . . . . . . . . 36
29. Colorado Residents Participating in Wildlife Watching in the United States: 2001 . . . . . . . . . . . . . . . . . . . . . . . . 36
30. Wild Bird Observers and Days of Observation in Colorado: 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
31. Wild Bird Observers in Colorado Who Can Identify Wild Birds by Sight or Sound, and Who Keep Birding Life Lists: 2001 37
32. Selected Characteristics of Colorado Residents Participating in Wildlife Watching: 2001 . . . . . . . . . . . . . . . . . . . . 38
33. Expenditures in Colorado by U.S. Residents for Wildlife Watching: 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39
34. Trip and Equipment Expenditures in Colorado for Wildlife Watching by Residents and Nonresidents: 2001 . . . . . . . . . 40
35. Expenditures in the United States by Colorado Residents for Wildlife Watching: 2001 . . . . . . . . . . . . . . . . . . . . . 41
36. Summary of Expenditures by Colorado Residents in State and Out of State for Wildlife Watching: 2001 . . . . . . . . . . . 42
37. Participation of Colorado Resident Wildlife-Watching Participants in Fishing and Hunting: 2001 . . . . . . . . . . . . . . . 43
38. Participation of Colorado Resident Sportspersons in Wildlife-Watching Activities: 2001 . . . . . . . . . . . . . . . . . . . . 43
39. Participants in Wildlife-Associated Recreation by Participant's State of Residence: 2001 . . . . . . . . . . . . . . . . . . . . 44
40. Participants in Wildlife-Associated Recreation by State Where Activity Took Place: 2001 . . . . . . . . . . . . . . . . . . . . 45
41. Anglers and Hunters by State Where Fishing or Hunting Took Place: 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . . 46

BLM_0051750

# *Foreword*

Fish and wildlife resources are part of our American culture. Whether we are fishing, hunting, watching wildlife or feeding backyard birds, Americans derive many hours of enjoyment from wildlife-related recreation. Wildlife recreation is the cornerstone of our Nation's great conservation ethic.

The 2001 National Survey of Fishing, Hunting, and Wildlife-Associated Recreation is a partnership effort with the States and national conservation organizations, and has become one of the most important sources of information on fish and wildlife recreation in the United States. It is a useful tool that quantifies the economic impact of wildlife-based recreation. Federal, State, and private organizations use this detailed information to manage wildlife, market products, and look for trends. The 2001 Survey is the tenth in a series that began in 1955.

More than 82 million U.S. residents fished, hunted, and watched wildlife in 2001. They spent over $108 billion pursuing their recreational activities, contributing to millions of jobs in industries and businesses that support wildlife-related recreation. Furthermore, funds generated by licenses and taxes on hunting and fishing equipment pay for many of the conservation efforts in this country.

Wildlife recreationists are among the Nation's most ardent conservationists. They not only contribute financially to conservation efforts, but also spend time and effort to introduce children and other newcomers to the enjoyment of the outdoors and wildlife.

I appreciate the assistance of those who took time to participate in this valuable survey. We all can be grateful that America's great tradition of wildlife-related recreation remains strong.

*Steve Williams*

**Steve Williams**
Director, U.S. Fish and Wildlife Service
U.S. Department of the Interior

BLM_0051751

# Survey Background and Method

The National Survey of Fishing, Hunting, and Wildlife-Associated Recreation (Survey) has been conducted since 1955 and is one of the oldest and most comprehensive continuing recreation surveys. The purpose of the Survey is to gather information on the number of anglers, hunters, and wildlife-watching participants (formerly known as nonconsumptive wildlife-related participants) in the United States. Information also is collected on how often these recreationists participate and how much they spend on their activities.

Preparations for the 2001 Survey began in 1999 when the International Association of Fish and Wildlife Agencies (IAFWA) asked us, the Fish and Wildlife Service, to conduct the tenth national survey of wildlife-related recreation. Funding came from the Multistate Conservation Grant Programs, authorized by Sport Fish and Wildlife Restoration Acts, as amended.

We consulted with State and Federal agencies and nongovernmental organizations such as the Wildlife Management Institute and American Sportfishing Association to determine survey content. Other sportspersons' organizations and conservation groups, industry representatives, and researchers also provided valuable advice.

Four regional technical committees were set up under the auspices of the IAFWA to ensure that State fish and wildlife agencies had an opportunity to participate in all phases of survey planning and design. The committees were made up of agency representatives.

Data collection for the Survey was carried out in two phases by the U.S. Census Bureau. The first phase was the screen which began in April 2001. During the screening phase, the Census Bureau interviewed a sample of 80,000 households nationwide to determine who in the household had fished, hunted, or engaged in wildlife-watching activities in 2000, and who had engaged or planned to engage in those activities in 2001. In most cases, one adult household member provided information for all household members. The screen primarily covered 2000 activities while the next, more in-depth phase covered 2001 activities. For more information on the 2000 data, refer to Appendix C.

The second phase of the data collection consisted of three detailed interview waves. The first wave began in April 2001, the second in September 2001, and the last in January 2002. Interviews were conducted with samples of likely anglers, hunters, and wildlife watchers who were identified in the initial screening phase. These interviews were conducted primarily by telephone, with in-person interviews for those respondents who could not be reached by telephone. Respondents in the second survey phase were limited to those at least 16 years old. Each respondent provided information pertaining only to his or her activities and expenditures. Sample sizes were designed to provide statistically reliable results at the State level. Altogether, interviews were completed for 25,070 respondents from the sportspersons sample and 15,303 from the wildlife watchers sample. More detailed information on sampling procedures and response rates is found in Appendix D.

## Comparability With Previous Surveys

The 2001 Survey's questions and methodology were similar to those used in the 1996 and 1991 Surveys. Therefore, the estimates of all three surveys are comparable.

The methodology of the 2001, 1996, and 1991 Surveys did differ significantly from the 1985 and 1980 Surveys, so their estimates are not directly comparable to those earlier surveys. The changes in methodology included reducing the recall period over which respondents had to report their activities and expenditures. Previous Surveys used a 12-month recall period which resulted in greater reporting bias. Research found that the amount of activity and expenditures reported in 12-month recall surveys was overestimated in comparison with that reported using shorter recall periods. See the Summary Section and Appendix B.

BLM_0051752

*Highlights*



BLM_0051753

# *Introduction*

The National Survey of Fishing, Hunting, and Wildlife-Associated Recreation reports results from interviews with U.S. residents about their fishing, hunting, and other wildlife-related recreation. This report focuses on 2001 participation and expenditures of U.S. residents 16 years of age and older.

In addition to the 2001 numbers, we also provide 11-year trend data. The 2001 numbers reported can be compared with those in the 1991 and 1996 Survey reports because these three surveys used similar methodologies. However, the 2001 estimates should not be directly compared with the results from Surveys earlier than 1991 because of changes in methodology. These changes were made to improve accuracy in the information provided. Trend information from 1991 to 2001 is presented in Appendix B.

The report also provides information on participation in wildlife-related recreation in 2000, particularly of persons 6 to 15 years of age. The 2000 information is provided in Appendix C. Additional information about the scope and coverage of the Survey can be found in the Survey Background and Method section of this report. The remainder of this section defines important terms used in the Survey.

**Sportspersons**



Anglers                    Hunters

Fished   Fished   Hunted
only     and      only
         hunted

## Wildlife-Associated Recreation

Wildlife-associated recreation includes fishing, hunting, and wildlife-watching activities. These categories are not mutually exclusive because many individuals enjoyed fish and wildlife in several ways in 2001. Wildlife-associated recreation is reported in two major categories: (1) fishing and hunting and (2) wildlife watching (formerly nonconsumptive wildlife-related recreation). Wildlife watching includes observing, photographing, and feeding fish and wildlife.

## Fishing and Hunting

This Survey reports information about residents of the United States who fished or hunted in 2001, regardless of whether they were licensed. The fishing and hunting sections of this report are organized to report three groups: (1) sportspersons, (2) anglers, and (3) hunters.

## Sportspersons

Sportspersons are those who fished or hunted. Individuals who fished or hunted commercially in 2001 are reported as sportspersons only if they also fished or hunted for recreation. The sportspersons group is composed of the three subgroups in the diagram below: (1) those who fished and hunted, (2) those who only fished, and (3) those who only hunted. The total number of sportspersons is equal to the sum of people who only fished, only hunted, and both hunted and fished. It is not the sum of all anglers and all hunters, because those people who both fished and hunted are included in both the angler and hunter population and would be incorrectly counted twice.

## Anglers

Anglers are sportspersons who only fished plus those who fished and hunted. Anglers include not only licensed hook-and-line anglers, but also those who have no license and those who use special methods such as fishing with spears. Three types of fishing are reported: (1) freshwater, excluding the Great Lakes, (2) Great Lakes, and (3) saltwater. Since many anglers participated in more than one type of fishing, the total number of anglers is less than the sum of the three types of fishing.

## Hunters

Hunters are sportspersons who only hunted plus those who hunted and fished. Hunters include not only licensed hunters using common hunting practices, but also those who have no license and those who engaged in hunting with a bow and arrow, muzzleloader, other primitive firearms, or a pistol or handgun. Four types of hunting are reported: (1) big game, (2) small game, (3) migratory bird, and (4) other animals. Since many hunters participated in more than one type of hunting, the sum of hunters for big game, small game, migratory bird, and other animals exceeds the total number of hunters.

BLM_0051754

### Wildlife-Watching Activities (formerly Nonconsumptive Wildlife-Related Recreation)

Since 1980, the National Survey of Fishing, Hunting, and Wildlife-Associated Recreation has included information on wildlife-watching activities in addition to fishing and hunting. However, the 1991, 1996, and 2001 Surveys, unlike the 1980 and 1985 Surveys, collected data only for those activities where the primary purpose was wildlife watching (observing, photographing, or feeding wildlife). The Survey uses a strict definition of wildlife watching. Participants must either take a "special interest" in wildlife around their homes or take a trip for the "primary purpose" of wildlife watching. Secondary wildlife-watching activities such as incidentally observing wildlife while pleasure driving were included in the 1980 and 1985 Surveys but not in the succeeding ones.

Two types of wildlife-watching activity are reported: (1) nonresidential and (2) residential. Because some people participate in more than one type of wildlife-watching activity, the sum of participants in each type will be greater than the total number of wildlife watchers. The two types of wildlife-watching activities are defined below.

### Nonresidential (away from the home)

This group included persons who took trips or outings of at least 1 mile for the primary purpose of observing, feeding, or photographing fish and wildlife. Trips to fish, hunt, or scout and trips to zoos, circuses, aquariums, or museums were not considered wildlife-watching activities.

### Residential (around the home)

This group included those whose activities are within 1 mile of home and involve one or more of the following: (1) closely observing or trying to identify birds or other wildlife; (2) photographing wildlife; (3) feeding birds or other wildlife on a regular basis; (4) maintaining natural areas of at least one-quarter acre where benefit to wildlife is the primary concern; (5) maintaining plantings (shrubs, agricultural crops, etc.) where benefit to wildlife is the primary concern; or (6) visiting public parks within 1 mile of home for the primary purpose of observing, feeding, or photographing wildlife.

BLM_0051755

BLM_0051756

# 2001 Colorado Summary

**(Participants 16 years old and older)**

## Activities in the United States by Colorado Residents

### Fishing

| | |
|---|---|
| **Anglers** | **.626,000** |
| Days of fishing | .7,639,000 |
| Average days per angler | .12 |
| Total expenditures | .$772,537,000 |
| Trip-related | .$230,818,000 |
| Equipment and other | .$541,719,000 |
| Average per angler | .$1,234 |
| Average trip expenditure per day | .$30 |
| Trip and equipment expenditures by Coloradans out of state | .$265,707,000 |

### Hunting

| | |
|---|---|
| **Hunters** | **.168,000** |
| Days of hunting | .1,982,000 |
| Average days per hunter | .12 |
| Total expenditures | .$185,277,000 |
| Trip-related | .$56,110,000 |
| Equipment and other | .$129,167,000 |
| Average per hunter | .$1,102 |
| Average trip expenditure per day | .$28 |
| Trip and equipment expenditures by Coloradans out of state | .$20,475,000 |

### Wildlife Watching

| | |
|---|---|
| **Total wildlife-watching participants** | **.1,213,000** |
| Nonresidential | .531,000 |
| Residential | .1,127,000 |
| Total expenditures | .$388,848,000 |
| Trip-related | .$183,470,000 |
| Equipment and other | .$205,378,000 |
| Average per participant | .$321 |
| Trip and equipment expenditures by Coloradans out of state | .$113,305,000 |

## Activities in Colorado by U.S. Residents

### Fishing

| | |
|---|---|
| **Anglers** | **.915,000** |
| Days of fishing | .9,267,000 |
| Average days per angler | .10 |
| Total expenditures | .$645,891,000 |
| Trip-related | .$305,716,000 |
| Equipment and other | .$340,175,000 |
| Average per angler | .$698 |
| Average trip expenditure per day | .$33 |
| Trip and equipment expenditures by nonresidents in Colorado | .$157,656,000 |

### Hunting

| | |
|---|---|
| **Hunters** | **.281,000** |
| Days of hunting | .2,610,000 |
| Average days per hunter | .9 |
| Total expenditures | .$382,599,000 |
| Trip-related | .$185,738,000 |
| Equipment and other | .$196,861,000 |
| Average per hunter | .$1,281 |
| Average trip expenditure per day | .$71 |
| Trip and equipment expenditures by nonresidents in Colorado | .$151,519,000 |

### Wildlife Watching

| | |
|---|---|
| **Total wildlife-watching participants** | **.1,552,000** |
| Nonresidential | .838,000 |
| Residential | .1,127,000 |
| Total expenditures | .$624,402,000 |
| Trip-related | .$416,734,000 |
| Equipment and other | .$207,668,000 |
| Average per participant | .$402 |
| Trip and equipment expenditures by nonresidents in Colorado | .$344,457,000 |

BLM_0051757

# *Wildlife-Associated Recreation*

## Participation in Colorado

The 2001 Survey revealed that 2.1 million Colorado residents and nonresidents 16 years old and older fished, hunted, or wildlife watched in Colorado. Of the total number of participants, 915 thousand fished, 281 thousand hunted, and nearly 1.6 million participated in wildlife-watching activities, including observing, feeding, and photographing wildlife. The sum of anglers, hunters, and wildlife watchers exceeds the total number of participants in wildlife-related recreation because many individuals engaged in more than one wildlife activity.

## Participation by 6- to 15-year-old Colorado Residents

The focus of this report is on the activity of participants 16 years old and older since they are the primary source of wildlife-associated expenditures. However, the activity of 6 to 15 year olds can be calculated using the screening data covering the year 2000. It is assumed for estimation purposes that the relative activity levels of 6- to 15-year-old participants and participants 16 years old and older remained the same from 2000 to 2001. Based on this assumption, in addition to the 626,000 resident anglers 16 years old and older in Colorado, there were 178,000 resident anglers 6 to15 years old. Also, there were 168,000 16-year-old and older Coloradans and 20,000 6- to 15-year-old Coloradans who hunted. Finally, there were 1,213,000 Coloradans 16 years old and older and 252,000 Coloradans 6 to 15 years old who wildlife watched. Further information on 6 to 15 year olds is provided in Appendix C.

## Expenditures in Colorado

In 2001, state residents and nonresidents spent $2.0 billion on wildlife recreation in Colorado. Of that total, trip-related expenditures were $908 million and equipment purchases totaled $924 million. The remaining $168 million was spent on licenses, contributions, land ownership and leasing, and other items and services.



**Percent of Total Participation by Activity**
(Total: 2.1 million participants)

- Fishing 43%
- Hunting 13%
- Wildlife Watching 73%

| Participants in Wildlife-Associated Recreation in Colorado—2001 | |
| --- | --- |
| (U.S. residents 16 years old and older) | |
| **Total** | **2.1 million** |
| **Sportspersons** | |
| **Total** | **1.1 million** |
| Anglers | 915 thousand |
| Hunters | 281 thousand |
| **Wildlife Watchers** | |
| **Total** | **1.6 million** |
| Residential | 1.1 million |
| Nonresidential | 838 thousand |

Source: Tables 3, 24, 40.
Detail does not add to total because of multiple responses.



**Wildlife-Associated Recreation Expenditures in Colorado**
(Total: $2.0 billion)

- Other 8%
- Trip-related 45%
- Equipment 46%

BLM_0051758

# Sportspersons

In 2001, 1.1 million state resident and nonresident sportspersons 16 years old and older fished or hunted in Colorado. This group comprised 915 thousand anglers (85 percent of all sportspersons) and 281 thousand hunters (26 percent of all sportspersons). Among the 1.1 million sportspersons who fished or hunted in the state, 797 thousand (74%) fished but did not hunt in Colorado. Another 161 thousand (15%) hunted but did not fish there. The remaining 120 thousand (11%) fished and hunted in Colorado in 2001.

**Sportspersons' Participation in Colorado**

(State residents and nonresidents 16 years old and older)

| | |
|---|---|
| **Sportspersons (fished or hunted)** . . . . . . . . . . . . . . . . . . | **1.1 million** |
| **Anglers** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **915 thousand** |
| Fished only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 797 thousand |
| Fished and hunted . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 120 thousand |
| **Hunters** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **281 thousand** |
| Hunted only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 161 thousand |
| Hunted and fished . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 120 thousand |

Source: Table 1.

Detail does not add to total because of multiple responses.

BLM_0051759

# *Anglers*

### Participants and Days of Fishing

In 2001, 915 thousand state residents and nonresidents 16 years old and older fished in Colorado. Of this total, 560 thousand anglers (61%) were state residents and 357 thousand anglers (39%) were nonresidents. Anglers fished a total of 9.3 million days in Colorado—an average of 10 days per angler. State residents fished 6.5 million days, 70 percent of all fishing days within Colorado compared to nonresidents who fished 2.8 million days—30 percent of all fishing days in the state.

There were 626 thousand Coloradans 16 years old and older who fished in the United States in 2001. These anglers fished a total of 7.6 million days. Approximately 560 thousand resident anglers (89%) fished in Colorado. They spent 6.5 million days, 85 percent of their total fishing days, fishing in their resident state.

Some state residents fished in other states as well as in Colorado. In 2001, 197 thousand anglers fished in other states— 31 percent of the resident angler total.

They fished 1.2 million days as nonresidents, representing 15 percent of all days fished by Colorado residents. For further details about fishing in Colorado, see Table 3.

---

**Anglers in Colorado**

(State residents and nonresidents 16 years old and older)

| | |
|---|---:|
| **Anglers** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **915 thousand** |
| Resident . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 560 thousand |
| Nonresident . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 357 thousand |
| **Days of fishing** . . . . . . . . . . . . . . . . . . . . . . . . . . | **9.3 million** |
| Resident . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6.5 million |
| Nonresident . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2.8 million |

Source: Table 3.

---

**In-State/Out-of-State**

(State residents 16 years old and older)

| | |
|---|---:|
| **Colorado anglers** . . . . . . . . . . . . . . . . . . . . . . . . . . | **626 thousand** |
| In Colorado . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 560 thousand |
| In other states . . . . . . . . . . . . . . . . . . . . . . . . . . | 197 thousand |
| **Days of fishing** . . . . . . . . . . . . . . . . . . . . . . . . . . | **7.6 million** |
| In Colorado . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6.5 million |
| In other states . . . . . . . . . . . . . . . . . . . . . . . . . . | 1.2 million |

Source: Table 3.
Detail does not add to total because of multiple responses.

BLM_0051760

## Fishing Expenditures in Colorado

Anglers 16 years old and older spent $646 million on fishing expenses in Colorado in 2001. Trip-related expenditures including food and lodging, transportation, and other expenses totaled $306 million—47 percent of all their fishing expenditures. They spent $157 million on food and lodging and $103 million on transportation. Other trip expenses such as equipment rental, bait, and cooking fuel totaled $46 million. Each angler spent an average of $334 on trip-related costs during 2001.

Anglers spent $297 million on equipment in Colorado in 2001, 46 percent of all fishing expenditures. Fishing equipment (rods, reels, line, etc.) totaled $75 million—25 percent of the equipment total. Auxiliary equipment expenditures (tents, special fishing clothes, etc.) and special equipment expenditures (boats, pickups, etc.) amounted to $222 million, 75 percent of the equipment total. Special and auxiliary equipment are items that were purchased for fishing, but could be used in activities other than fishing.

The purchase of other items such as magazines, membership dues, licenses, permits, stamps, and land leasing and ownership amounted to $43 million—7 percent of all fishing expenditures. For more details about fishing expenditures in Colorado, see Tables 19, 21-23.

---

**Fishing Expenditures in Colorado**

(State residents and nonresidents 16 years old and older)

| | |
|---|---|
| **Total** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **$646 million** |
| Trip-related . . . . . . . . . . . . . . . . . . . . . . | $306 million |
| Equipment . . . . . . . . . . . . . . . . . . . . . . . . . | $297 million |
| Fishing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $75 million |
| Auxiliary and special . . . . . . . . . . . . . . | $222 million |
| Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $43 million |

Source: Table 19.

---

**Fishing Expenditures in Colorado**
(Total: $646 million)



Other
7%

Trip-related
47%

Equipment
46%

---

BLM_0051761

# *Hunters*

## Participants and Days of Hunting

In 2001, there were 281 thousand residents and nonresidents 16 years old and older who hunted in Colorado. Resident hunters numbered 159 thousand accounting for 57 percent of the hunters in Colorado. There were 121 thousand nonresidents who hunted in Colorado—43 percent of the State's hunters. Residents and nonresidents hunted 2.6 million days in 2001, an average of 9 days per hunter. Residents hunted on 1.7 million days in Colorado or 64 percent of all hunting days, while nonresidents spent 930 thousand days hunting in Colorado, 36 percent of all hunting days.

There were 168 thousand Colorado residents 16 years old and older who hunted in the United States in 2001. Of the total 2.0 million days of hunting by state residents, 1.7 million days (85 percent of the total) were spent pursuing game within Colorado.

Some state residents hunted in other states as well as in Colorado. Altogether, 27 thousand Colorado hunters, 16 percent of the total, hunted as nonresidents in other states. Their 303 thousand days of hunting in other states represented 15 percent of all days Colorado residents spent hunting in 2001. For more information on hunting activities by Colorado residents, see Table 3.

### Hunters in Colorado

(State residents and nonresidents 16 years old and older)

| | |
|---|---|
| **Hunters** | **281 thousand** |
| Resident | 159 thousand |
| Nonresident | 121 thousand |
| **Days of hunting** | **2.6 million** |
| Resident | 1.7 million |
| Nonresident | 930 thousand |

Source: Table 3.

### In-State/Out-of-State

(State residents 16 years old and older)

| | |
|---|---|
| **Colorado hunters** | **168 thousand** |
| In Colorado | 159 thousand |
| In other states | 27 thousand |
| **Days of hunting** | **2.0 million** |
| In Colorado | 1.7 million |
| In other states | 303 thousand |

Source: Table 3.
Detail does not add to total because of multiple responses.

BLM_0051762

## Hunting Expenditures in Colorado

Hunters 16 years old and older spent nearly $383 million in Colorado in 2001. Trip-related expenses such as food and lodging, transportation, and other trip costs totaled $186 million, 49 percent of their total expenditures. They spent $70 million on food and lodging and $57 million on transportation. Other expenses such as equipment rental totaled $59 million for the year. The average trip-related expenditure per hunter was $662.

Hunters spent $110 million on equipment—29 percent of all hunting expenditures. Hunting equipment (guns, ammunition, etc.) totaled $82 million and comprised 74 percent of all equipment costs. Hunters spent $28 million on auxiliary equipment (tents, special hunting clothes, etc.) and special equipment (boats, pickups, etc.), accounting for 26 percent of total equipment expenditures for hunting. Special and auxiliary equipment are items

that were purchased for hunting but could be used in activities other than hunting.

The purchase of other items such as magazines, membership dues, licenses, permits, and land leasing and ownership cost hunters $87 million—23 percent of all hunting expenditures. For more details on hunting expenditures in Colorado, see Tables 20-23.

---

### Hunting Expenditures in Colorado

(State residents and nonresidents 16 years old and older)

| | |
|---|---|
| **Total** | **$383 million** |
| Trip-related | $186 million |
| Equipment | $110 million |
|    Hunting | $82 million |
|    Auxiliary and special | $28 million |
| Other | $87 million |

Source: Table 20.

---

### Hunting Expenditures in Colorado
(Total: $383 million)



Other 23%
Trip-related 49%
Equipment 29%

BLM_0051763

# *Wildlife-Watching Activities*

### Participants and Days of Activity

In 2001, 1.6 million U.S. residents 16 years old and older fed, observed, or photographed wildlife in Colorado. Approximately 73 percent—1.1 million of the wildlife watchers—enjoyed their activities close to home and are called "residential" participants. Those persons who enjoyed wildlife at least 1 mile from home are called "nonresidential" participants. People participating in nonresidential activities in Colorado in 2001 numbered 838 thousand—54 percent of all wildlife watchers in Colorado. Of the 838 thousand, 477 thousand were state residents and 362 thousand were nonresidents.

In 2001, Coloradans 16 years old and older who enjoyed nonresidential wildlife watching within their state totaled 477 thousand. Of this group, 447 thousand participants observed wildlife, 295 thousand photographed wildlife, and 88 thousand fed wildlife. Since some individuals engaged in more than one of the three nonresidential activities during the year, the sum of wildlife observers, feeders, and photographers exceeds the total number of nonresidential participants.

Coloradans spent nearly 5.9 million days engaged in nonresidential wildlife-watching activities in their state. During 2001, they spent 4.1 million days observing wildlife, 2.2 million days photographing wildlife, and 730 thousand days feeding wildlife. The sum of days observing, feeding, and photographing wildlife exceeds the total days of wildlife-watching activity because individuals may have engaged in more than one activity on some days. For further details about nonresidential activities, see Table 25.

Colorado residents also took an active interest in wildlife around their homes. In 2001, 1.1 million state residents enjoyed observing, feeding, and photographing wildlife within 1 mile of their homes. Among this residential group, 904 thousand fed wildlife, 745 thousand observed wildlife, and 326 thousand photographed wildlife around their homes. Another 269 thousand residential participants visited public parks within a mile of home; 184 thousand participants maintained plantings for the benefit of wildlife; and 109 thousand participants maintained natural areas of one-quarter acre or more for wildlife. Adding the participants in these six activities results in a sum that exceeds the total number of residential participants because many people participated in more than one type of residential activity. For further details about Colorado residents participating in residential wildlife-watching activities, see Table 28.

---

#### Wildlife-Watching Participants in Colorado

(State residents and nonresidents 16 years old and older)

| | | |
|---|---|---|
| Total | 1.6 million | 100% |
| Residential | 1.1 million | 73% |
| Nonresidential | 838 thousand | 54% |

Source: Table 24.

Detail does not add to total because of multiple responses.

---

#### Nonresidential (away from home) Wildlife-Watching Participation in Colorado

(State residents and nonresidents 16 years old and older)

| | |
|---|---|
| Participants, total | 838 thousand |
| Observe wildlife | 805 thousand |
| Photograph wildlife | 542 thousand |
| Feed wildlife | 116 thousand |
| Days, total | 9.5 million |
| Observe wildlife | 6.3 million |
| Photograph wildlife | 3.2 million |
| Feed wildlife | 814 thousand |

Source: Table 25.

Detail does not add to total because of multiple responses.

---

#### Residential (around the home) Wildlife-Watching Participation in Colorado

(State residents 16 years old and older)

| | |
|---|---|
| Total | 1.1 million |
| Feed wildlife | 904 thousand |
| Observe wildlife | 745 thousand |
| Photograph wildlife | 326 thousand |
| Visit public areas | 269 thousand |
| Maintain plantings | 184 thousand |
| Maintain natural areas | 109 thousand |

Source: Table 28.

Detail does not add to total because of multiple responses.

*Colorado—U.S. Fish & Wildlife Service*

BLM_0051764

## Wild Bird Observers

Bird watching attracted many wildlife enthusiasts in Colorado. In 2001, 1.1 million people observed birds around the home and on trips. Approximately 59 percent (632 thousand), observed wild birds around the home while 61 percent (657 thousand) took trips away from home to watch birds.

People bird watching in Colorado varied in their ability to identify different bird species. Within Colorado, 788 thousand of these 1.1 million birders (73 percent) could identify 1 to 20 different types of birds; 141 thousand birders (13 percent) could identify 21 to 40 types of birds; and 94 thousand birders (9 percent) could identify 41 or more types of birds.

Approximately 45 thousand wild bird enthusiasts kept birding life lists in 2001. Participants keeping these lists—a tally of bird species seen by a birder during his or her lifetime—comprised 4 percent of all wild bird observers in Colorado. For further details about birding in Colorado, see Tables 30 and 31.

## Wildlife-Watching Expenditures in Colorado

Participants 16 years old and older spent $624 million on wildlife-watching activities in Colorado in 2001. Trip-related expenditures, including food and lodging ($279 million), transportation ($120 million), and other trip expenses such as equipment rental ($18 million) amounted to nearly $417 million. This summation comprised 67 percent of all wildlife-watching expenditures by participants. The average trip-related expenditure for nonresidential participants was $497 per person in 2001.

Wildlife-watching participants spent $173 million on equipment—28 percent of all their expenditures. Specifically, wildlife-watching equipment (binoculars, special clothing, etc.) totaled $136 million, 79 percent of the equipment total. Auxiliary equipment expenditures (tents, backpacking equipment, etc.) and special equipment expenditures (campers, trucks, etc.) amounted to $36 million—21 percent of all equipment costs. Special and auxiliary equipment are items that were purchased for wildlife-watching recreation but can be used in activities other than wildlife-watching activities.

Other items purchased by wildlife-watching participants such as magazines, membership dues, and contributions, land leasing and ownership, and plantings totaled $35 million—6 percent of all wildlife-watching expenditures. For more details about wildlife-watching expenditures in Colorado, see Table 33.

---

### Wild Bird Observers in Colorado

(State residents and nonresidents 16 years old and older)

| | | |
|---|---|---|
| Participants, total . . . . . . . . . . . . . . . . | **1.1 million** | 100% |
| Residential (around the home) . . . . . . . | 632 thousand | 59% |
| Nonresidential (away from home) . . . . | 657 thousand | 61% |
| Days, total . . . . . . . . . . . . . . . . . . . . . | **82.2 million** | 100% |
| Residential (around the home) . . . . . . . | 75.8 million | 92% |
| Nonresidential (away from home) . . . . | 6.4 million | 8% |

Source: Table 30.
Detail does not add to total because of multiple responses.

---

### Wildlife-Watching Expenditures in Colorado

(Total: $624 million)



- Equipment 28%
- Other 6%
- Trip-related 67%

---

### Wildlife-Watching Expenditures in Colorado

(State residents and nonresidents 16 years old and older)

| | |
|---|---|
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . | **$624 million** |
| Trip-related . . . . . . . . . . . . . . . . . . . . . | $417 million |
| Equipment . . . . . . . . . . . . . . . . . . . . . . . | $173 million |
| Wildlife-watching . . . . . . . . . . . . . . . . . . . | $136 million |
| Auxiliary and special . . . . . . . . . . . . . . . | $36 million |
| Other . . . . . . . . . . . . . . . . . . . . . . . . . . . | $35 million |

Source: Table 33.

---

BLM_0051765

# *1991-2001 Survey Comparisons*

Comparing the estimates from the 1991, 1996, and 2001 National Surveys provides a picture of wildlife-related recreation in the 1990s and early 2000s in Colorado. Only the most general recreation comparisons are presented here.

The best way to compare estimates from surveys is to compare the confidence intervals around the estimates—not to compare the estimates themselves. A 90-percent confidence interval around an estimate gives the range of estimates that 90 percent of all possible representative samples would supply. If the 90-percent confidence intervals of two survey's estimates overlap, it is not possible to say the two estimates are statistically different at the 10 percent level of significance.

The state resident estimates cover the participation and expenditure activity of Colorado residents anywhere in the United States. The in-state estimates cover the participation, day, and expenditure activity of U.S. residents in Colorado.

The expenditure estimates were made comparable by adjusting the estimates for inflation—all dollar estimates are in 2001 dollars. Also, expenditure items that were not common to each survey were not included in the comparisons. Therefore, expenditure estimates used in the comparisons may not match the estimates presented elsewhere in this report.

## Colorado 1991 and 2001 Comparison

| | 1991 | 2001 | Percent change |
|---|---:|---:|---:|
| **Fishing** (Numbers in thousands) | | | |
| Anglers in-state . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 778 | 915 | * |
| Days in-state . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6,284 | 9,267 | +47 |
| In-state trip-related expenditures . . . . . . . . . . . . . . . . . . . . . . . . . | $220,432 | $303,412 | * |
| State resident anglers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 567 | 626 | * |
| Total expenditures by state residents . . . . . . . . . . . . . . . . . . . . . . | $415,068 | $770,233 | +86 |
| **Hunting** (Numbers in thousands) | | | |
| Hunters in-state . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 348 | 281 | * |
| Days in-state . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,663 | 2,610 | * |
| In-state trip-related expenditures . . . . . . . . . . . . . . . . . . . . . . . . . | $203,397 | $183,451 | * |
| State resident hunters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 206 | 168 | * |
| Total expenditures by state residents . . . . . . . . . . . . . . . . . . . . . . | $200,849 | $182,990 | * |
| **Nonresidential Wildlife Watching** (Numbers in thousands) | | | |
| Participants in-state . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,164 | 838 | –28 |
| Days in-state . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9,037 | 9,510 | * |
| State resident participants . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 571 | 531 | * |
| **Residential Wildlife Watching** (Numbers in thousands) | | | |
| Total participants . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,092 | 1,127 | * |
| Observers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 789 | 745 | * |
| Feeders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 897 | 904 | * |
| **Wildlife-Watching Expenditures** (Numbers in thousands) | | | |
| Trip-related expenditures by state residents . . . . . . . . . . . . . . . . . . | $164,265 | $163,023 | * |
| Total expenditures by state residents . . . . . . . . . . . . . . . . . . . . . . | $483,400 | $347,548 | * |

*No significant difference at the 0.10 level of significance.

BLM_0051766

### Colorado 1996 and 2001 Comparison

| | 1996 | 2001 | Percent change |
|---|---|---|---|
| **Fishing** (Numbers in thousands) | | | |
| Anglers in-state | 830 | 917 | * |
| Days in-state | 8,232 | 9,269 | * |
| In-state trip-related expenditures | $303,747 | $303,412 | * |
| State resident anglers | 671 | 626 | * |
| Total expenditures by state residents | $725,154 | $770,233 | * |
| **Hunting** (Numbers in thousands) | | | |
| Hunters in-state | 454 | 281 | –38 |
| Days in-state | 4,287 | 2,610 | –39 |
| In-state trip-related expenditures | $250,420 | $183,451 | * |
| State resident hunters | 248 | 168 | –32 |
| Total expenditures by state residents | $536,620 | $182,990 | –66 |
| **Nonresidential Wildlife Watching** (Numbers in thousands) | | | |
| Participants in-state | 1,042 | 838 | * |
| Days in-state | 11,328 | 9,510 | * |
| State resident participants | 603 | 531 | * |
| **Residential Wildlife Watching** (Numbers in thousands) | | | |
| Total participants | 1,188 | 1,127 | * |
| Observers | 876 | 745 | * |
| Feeders | 912 | 904 | * |
| **Wildlife-Watching Expenditures** (Numbers in thousands) | | | |
| Trip-related expenditures by state residents | $339,805 | $163,023 | * |
| Total expenditures by state residents | $642,343 | $347,548 | * |

*No significant difference at the 0.10 level of significance.



**Number of Colorado Resident Hunters and Anglers: 1991-2001** (Thousands)
Anglers / Hunters

**Number of Colorado Resident Wildlife Watchers: 1991-2001** (Thousands)
Residential / Nonresidential

**Total Expenditures by Colorado Residents: 1991-2001** (Millions. In constant 2001 dollars)
Anglers / Hunters / Total wildlife watchers

BLM_0051767

# Guide to Statistical Tables

## Purpose and Coverage of Tables

The statistical tables of this report were designed to meet a wide range of needs for those interested in wildlife-related recreation. Special terms used in these tables are defined in Appendix A.

The tables are based on responses to the 2001 Survey which was designed to collect data about participation in wildlife-related recreation. To have taken part in the Survey, a respondent must have been a U.S. resident (a resident of one of the 50 states or the District of Columbia). No one residing outside the United States (including U.S. citizens) was eligible for interviewing. Therefore, reported state and national totals do not include participation by those who were not U.S. residents or who were residing outside the United States.

## Comparability With Previous Surveys

The numbers reported can be compared with those in the 1991 and 1996 Survey Reports. The methodology used in 2001 was similar to that used in 1996 and 1991. These results should not be directly compared to results from surveys earlier than 1991 since there were major changes in methodology. These changes were made to improve accuracy in the information provided.

## Coverage of an Individual Table

Since the Survey covers many activities in various places by participants of different ages, all table titles, headnotes, stubs, and footnotes are designed to identify and articulate each item being reported in the table. For example, the title of Table 2 shows that data about anglers and hunters, their days of participation, and their number of trips are being reported by type of activity. By contrast, the title of Table 7 indicates that it contains data on freshwater anglers and the days they fished for different species of fish.

## Percentages Reported in the Tables

Percentages are reported in the tables for the convenience of the user. When exclusive groups are being reported, the base of a percentage is apparent from its context (because the percents add to 100 percent (plus or minus a rounding error). For example, if a table reports the number of trips taken by big game hunters (57 percent), those taken by small game hunters (23 percent), those taken by migratory bird hunters (12 percent), and those taken by sportspersons hunting other animals (8 percent), then these percentages would total 100 percent because they are exclusive categories.

Percents should not add to 100 when nonexclusive groups are being reported. Using Table 2 as an example, note that adding the percentages associated with total number of big game hunters, total small game hunters, total migratory bird hunters, and total hunters of other animals will not necessarily yield 100 percent because respondents could hunt for more than one type of game.

When the base of the percentage is not apparent in context, it is identified in a footnote. For example, Table 12 reports 3 percentages with different bases: one for the number of hunters, one for the number of trips, and one for days of hunting. Footnotes are used to clarify the bases of the reported percentages.

## Footnotes to the Tables

Footnotes are used to clarify the information or items that are being reported in a table. Symbols in the body of a table indicate important footnotes. These symbols are used in the tables to refer to the same footnote each time they appear:

*   Estimate based on a small sample size.
...  Sample size too small to report data reliably.
W  Less than .5 dollars.
Z  Less than .5 percent.
X  Not applicable.
NA Not available.

Estimates based upon fewer than 10 responses are regarded as being based on a sample size that is too small for reliable reporting. An estimate based upon at least 10 but fewer than 30 responses is treated as an estimate based on a small sample size. Other footnotes appear, as necessary, to qualify or clarify the estimates reported in the tables. In addition, these two important footnotes appear frequently:

- Detail does not add to total because of multiple responses.

- Detail does not add to total because of multiple responses and nonresponse.

"Multiple responses" is a term used to reflect the fact that individuals or their characteristics fall into more than one category. Using Table 2 as an example, those who fished in saltwater and freshwater appear in both of these totals. Yet each angler is represented only once in the "Total, all fishing" row. Similarly, in Table 12 those who hunt for big game and small game are counted only once as a hunter in the "Total, all hunting" row. Therefore, totals may be smaller than the sum of subcategories when multiple responses exist.

"Nonresponse" exists because the survey questions were answered voluntarily and some respondents did not or could not answer all the questions. The effect of nonresponses is illustrated in Table 18 where the total for hunting expenditures may be greater than the sum for the different types of hunting expenditures. This occurs because some respondents did not specify the type of hunting as the primary purpose of the purchase. As a result, it is known that the expenditures were for hunting, but it is not known whether they were primarily for a particular type of hunting. In this case, totals are greater than the sum of subcategories when nonresponses have occurred.

BLM_0051768

**Table 1. Fishing and Hunting in Colorado by Resident and Nonresident Sportspersons: 2001**

(Population 16 years old and older. Numbers in thousands)

| Sportspersons | Total, state residents and nonresidents | | Residents | | Nonresidents | |
|---|---|---|---|---|---|---|
| | Number | Percent of sportspersons | Number | Percent of resident sportspersons | Number | Percent of nonresident sportspersons |
| **Total sportspersons (fished or hunted)** . . . . . . . . . . | **1,077** | **100** | **618** | **100** | **460** | **100** |
| **Total anglers** . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **915** | **85** | **560** | **91** | **357** | **78** |
| Fished only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 797 | 74 | 458 | 74 | 338 | 74 |
| Fished and hunted . . . . . . . . . . . . . . . . . . . . . . . | 120 | 11 | 102 | 16 | ... | ... |
| **Total hunters** . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **281** | **26** | **159** | **26** | **121** | **26** |
| Hunted only . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 161 | 15 | *58 | *9 | 103 | 22 |
| Hunted and fished . . . . . . . . . . . . . . . . . . . . . . . | 120 | 11 | 102 | 16 | ... | ... |

\* Estimate based on a small sample size.        ... Sample size too small to report data reliably.

Note: Detail does not add to total because of multiple responses.


**Table 2. Anglers and Hunters, Days of Participation, and Trips in Colorado by Type of Fishing and Hunting: 2001**

(Population 16 years old and older. Numbers in thousands)

| Type of fishing and hunting | Participants | | Days of participation | | Trips | |
|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent |
| **FISHING** | | | | | | |
| **Total, all fishing** . . . . . . . . . . . . . . . . . . . . . . . . . . | **915** | **100** | **9,267** | **100** | **5,871** | **100** |
| Total, all freshwater . . . . . . . . . . . . . . . . . . . . . . | 915 | 100 | 9,267 | 100 | 5,871 | 100 |
| Freshwater, except Great Lakes . . . . . . . . . . . . . | 915 | 100 | 9,267 | 100 | 5,871 | 100 |
| Great Lakes . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... | ... | ... | ... |
| Saltwater . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... | ... | ... | ... |
| **HUNTING** | | | | | | |
| **Total, all hunting** . . . . . . . . . . . . . . . . . . . . . . . . . | **281** | **100** | **2,610** | **100** | **1,577** | **100** |
| Big game . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 235 | 84 | 1,634 | 63 | 468 | 30 |
| Small game . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 74 | 26 | 483 | 19 | 395 | 25 |
| Migratory bird . . . . . . . . . . . . . . . . . . . . . . . . . . . | *55 | *19 | *539 | *21 | *558 | *35 |
| Other animals . . . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... | ... | ... | ... |

\* Estimate based on a small sample size.        ... Sample size too small to report data reliably.

Note: Detail does not add to total because of multiple responses and nonresponse.

BLM_0051769

Table 3. **Anglers and Hunters, Trips, and Days of Participation: 2001**

(Population 16 years old and older. Numbers in thousands)

| Anglers and hunters, trips, and days of participation | Activity in Colorado | | | | | | Activity by Colorado residents in United States | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total, state residents and nonresidents | | State residents | | Nonresidents | | Total, in state of residence and in other states | | In state of residence | | In other states | |
| | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| **FISHING** | | | | | | | | | | | | |
| Total anglers . . . . . . . . . . . . . . | 915 | 100 | 560 | 61 | 357 | 39 | 626 | 100 | 560 | 89 | 197 | 31 |
| Total trips . . . . . . . . . . . . . . . . | 5,871 | 100 | 5,368 | 91 | 502 | 9 | 5,866 | 100 | 5,368 | 92 | 497 | 8 |
| Total days of fishing . . . . . . . . | 9,267 | 100 | 6,478 | 70 | 2,791 | 30 | 7,639 | 100 | 6,478 | 85 | 1,161 | 15 |
| Average days of fishing . . . . . . | 10 | (X) | 12 | (X) | 8 | (X) | 12 | (X) | 12 | (X) | 6 | (X) |
| **HUNTING** | | | | | | | | | | | | |
| Total hunters . . . . . . . . . . . . . . | 281 | 100 | 159 | 57 | 121 | 43 | 168 | 100 | 159 | 95 | *27 | *16 |
| Total trips . . . . . . . . . . . . . . . . | 1,577 | 100 | 1,319 | 84 | 258 | 16 | 1,545 | 100 | 1,319 | 85 | *227 | *15 |
| Total days of hunting . . . . . . . . | 2,610 | 100 | 1,680 | 64 | 930 | 36 | 1,982 | 100 | 1,680 | 85 | *303 | *15 |
| Average days of hunting . . . . . | 9 | (X) | 11 | (X) | 8 | (X) | 12 | (X) | 11 | (X) | *11 | (X) |

(X) Not applicable.       * Estimate based on a small sample size.

Note: Detail does not add to total because of multiple responses.

Table 4. **Colorado Resident Anglers and Hunters by Place Fished or Hunted: 2001**

(State population 16 years old and older. Numbers in thousands)

| Place fished or hunted | Anglers | | Hunters | |
|---|---|---|---|---|
| | Number | Percent | Number | Percent |
| **Total, all places.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **626** | **100** | **168** | **100** |
| In-state only. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 429 | 69 | 141 | 84 |
| In-state and other states. . . . . . . . . . . . . . . . . . . . . . . . . . . | 131 | 21 | ... | ... |
| In other states only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | *66 | *11 | ... | ... |

* Estimate based on a small sample size.       ... Sample size too small to report data reliably.

Note: Detail may not add to total because of multiple responses and nonresponse.

BLM_0051770

**Table 5. Colorado Resident Anglers and Hunters, Days of Participation, and Trips in the United States by Type of Fishing and Hunting: 2001**

(State population 16 years old and older. Numbers in thousands)

| Type of fishing and hunting | Participants | | Days of participation | | Trips | |
|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent |
| **FISHING** | | | | | | |
| **Total, all fishing** . . . . . . . . . . . . . . . . . . . . . . . . . | **626** | **100** | **7,639** | **100** | **5,866** | **100** |
| Total, all freshwater . . . . . . . . . . . . . . . . . . . . . . | 621 | 99 | 7,553 | 99 | 5,841 | 100 |
| Freshwater, except Great Lakes . . . . . . . . . . . . . . | 617 | 98 | 7,536 | 99 | 5,822 | 99 |
| Great Lakes . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... | ... | ... | ... |
| Saltwater . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... | ... | ... | ... |
| **HUNTING** | | | | | | |
| **Total, all hunting** . . . . . . . . . . . . . . . . . . . . . . . | **168** | **100** | **1,982** | **100** | **1,545** | **100** |
| Big game . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 130 | 77 | 897 | 45 | 322 | 21 |
| Small game . . . . . . . . . . . . . . . . . . . . . . . . . . | 73 | 43 | 694 | 35 | 552 | 36 |
| Migratory bird . . . . . . . . . . . . . . . . . . . . . . . . . | *52 | *31 | *559 | *28 | *578 | *37 |
| Other animals . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... | ... | ... | ... |

\* Estimate based on a small sample size.   ... Sample size too small to report data reliably.

Note: Detail does not add to total because of multiple responses and nonresponse.

**Table 6. Freshwater Anglers, Trips, Days of Fishing, and Type of Water Fished: 2001**

(Population 16 years old and older. Numbers in thousands)

| Anglers, trips, and days of fishing | Activity in Colorado | | | | | |
|---|---|---|---|---|---|---|
| | Total, state residents and nonresidents | | State residents | | Nonresidents | |
| | Number | Percent | Number | Percent | Number | Percent |
| **Total anglers** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **915** | **100** | **560** | **61** | **355** | **39** |
| **Total trips** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5,871** | **100** | **5,368** | **91** | **502** | **9** |
| **Total days of fishing** . . . . . . . . . . . . . . . . . . . . . . . . . | **9,267** | **100** | **6,478** | **70** | **2,789** | **30** |
| Average days of fishing . . . . . . . . . . . . . . . . . . . . . . . . | 10 | (X) | 12 | (X) | 8 | (X) |
| **ANGLERS** | | | | | | |
| **Total, all types of water** . . . . . . . . . . . . . . . . . . . . . . | **915** | **100** | **560** | **61** | **355** | **39** |
| Ponds, lakes or reservoirs . . . . . . . . . . . . . . . . . . . . | 678 | 100 | 471 | 69 | 207 | 31 |
| Rivers or streams . . . . . . . . . . . . . . . . . . . . . . . . . | 492 | 100 | 295 | 60 | 197 | 40 |
| **DAYS** | | | | | | |
| **Total, all types of water** . . . . . . . . . . . . . . . . . . . . . . | **9,267** | **100** | **6,478** | **70** | **2,789** | **30** |
| Ponds, lakes or reservoirs . . . . . . . . . . . . . . . . . . . . | 6,237 | 100 | 4,422 | 71 | 1,815 | 29 |
| Rivers or streams . . . . . . . . . . . . . . . . . . . . . . . . . | 3,700 | 100 | 2,713 | 73 | 988 | 27 |

(X) Not applicable.

Note: Detail does not add to total because of multiple responses.

*U.S. Fish & Wildlife Service—Colorado*

BLM_0051771

**Table 7.** **Freshwater Anglers and Days of Fishing in Colorado by Type of Fish: 2001**

(Population 16 years old and older. Numbers in thousands)

| Anglers and days of fishing | Total, state residents and nonresidents | | State residents | | Nonresidents | |
|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent |
| **ANGLERS** | | | | | | |
| **Total, all types of fish** . . . . . . . . . . . . . . . . . . . . . . . . | **915** | **100** | **560** | **61** | **355** | **39** |
| Crappie. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | *42 | *100 | ... | ... | ... | ... |
| Panfish . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | *46 | *100 | *41 | *89 | ... | ... |
| White bass, striped bass, striped bass hybrids . . . . . . . . | *62 | *100 | *43 | *70 | ... | ... |
| Black bass . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | *71 | *100 | *53 | *75 | ... | ... |
| Catfish, bullheads. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | *68 | *100 | *65 | *96 | ... | ... |
| Walleye, sauger . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | *47 | *100 | *41 | *88 | ... | ... |
| Northern pike, pickerel, muskie, muskie hybrids. . . . . . . | *65 | *100 | *55 | *84 | ... | ... |
| Steelhead . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... | ... | ... | ... |
| Trout . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 806 | 100 | 511 | 63 | 295 | 37 |
| Salmon . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | *60 | *100 | ... | ... | ... | ... |
| Anything[1] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 113 | 100 | *63 | *55 | *50 | *45 |
| Other freshwater fish . . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... | ... | | |
| **DAYS** | | | | | | |
| **Total, all types of fish** . . . . . . . . . . . . . . . . . . . . . . . . | **9,267** | **100** | **6,478** | **70** | **2,789** | **30** |
| Crappie. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | *597 | *100 | ... | ... | ... | ... |
| Panfish . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | *241 | *100 | *218 | *91 | ... | ... |
| White bass, striped bass, striped bass hybrids . . . . . . . . | *427 | *100 | *342 | *80 | ... | ... |
| Black bass . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | *864 | *100 | *789 | *91 | ... | ... |
| Catfish, bullheads. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | *1,164 | *100 | *1,149 | *99 | ... | ... |
| Walleye, sauger . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | *278 | *100 | *244 | *88 | ... | ... |
| Northern pike, pickerel, muskie, muskie hybrids. . . . . . . | *555 | *100 | *510 | *92 | ... | ... |
| Steelhead . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... | ... | ... | ... |
| Trout . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7,637 | 100 | 5,236 | 69 | 2,401 | 31 |
| Salmon . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | *377 | *100 | ... | ... | ... | ... |
| Anything[1] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 631 | 100 | *459 | *73 | *172 | *27 |
| Other freshwater fish . . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... | ... | | |

\* Estimate based on a small sample size.       ... Sample size too small to report data reliably.

[1] Respondent fished for no specific species and identified "Anything" from a list of categories of fish.

Note: Detail does not add to total because of multiple responses.

BLM_0051772

Table 8.  **Great Lakes Anglers, Trips, and Days of Fishing in Colorado: 2001**

This table does not apply to this state.

Table 9.  **Great Lakes Anglers and Days of Fishing in Colorado by Type of Fish: 2001**

This table does not apply to this state.

BLM_0051773

Table 10. **Saltwater Anglers, Trips, and Days of Fishing in Colorado: 2001**

This table does not apply to this state.

Table 11. **Saltwater Anglers and Days of Fishing in Colorado by Type of Fish: 2001**

This table does not apply to this state.

BLM_0051774

Table 12. **Hunters, Trips, and Days of Hunting in Colorado by Type of Hunting: 2001**

(Population 16 years old and older. Numbers in thousands)

| Hunters, trips, and days of hunting | Activity in Colorado | | | | | |
|---|---|---|---|---|---|---|
| | Total, state residents and nonresidents | | State residents | | Nonresidents | |
| | Number | Percent | Number | Percent | Number | Percent |
| **HUNTERS** | | | | | | |
| **Total, all hunting** ............................ | **281** | **100** | **159** | **57** | **121** | **43** |
| Big game ............................... | 235 | 100 | 128 | 54 | 107 | 46 |
| Small game.................................. | 74 | 100 | *62 | *83 | ... | ... |
| Migratory bird ............................... | *55 | *100 | *50 | *92 | ... | ... |
| Other animals................................. | ... | ... | ... | ... | ... | ... |
| **TRIPS** | | | | | | |
| **Total, all hunting** ............................ | **1,577** | **100** | **1,319** | **84** | **258** | **16** |
| Big game ............................... | 468 | 100 | 311 | 66 | 157 | 34 |
| Small game.................................. | 395 | 100 | *384 | *97 | ... | ... |
| Migratory bird ............................... | *558 | *100 | *533 | *96 | ... | ... |
| Other animals................................. | ... | ... | ... | ... | ... | ... |
| **DAYS** | | | | | | |
| **Total, all hunting** ............................ | **2,610** | **100** | **1,680** | **64** | **930** | **36** |
| Big game ............................... | 1,634 | 100 | 835 | 51 | 798 | 49 |
| Small game.................................. | 483 | 100 | *450 | *93 | ... | ... |
| Migratory bird ............................... | *539 | *100 | *503 | *93 | ... | ... |
| Other animals................................. | ... | ... | ... | ... | ... | ... |

* Estimate based on a small sample size.     ... Sample size too small to report data reliably.

Note: Detail does not add to total because of multiple responses.

BLM_0051775

Table 13. **Hunters and Days of Hunting in Colorado by Type of Game: 2001**

(Population 16 years old and older. Numbers in thousands)

| Type of game | Hunters, state residents and nonresidents | | Days of hunting | |
|---|---|---|---|---|
| | Number | Percent | Number | Percent |
| **Total, all types of game** | **281** | **100** | **2,610** | **100** |
| **Big game, total** | **235** | **84** | **1,634** | **63** |
| Deer | 99 | 35 | 625 | 24 |
| Elk | 203 | 72 | 1,181 | 45 |
| Bear | ... | ... | ... | ... |
| Wild turkey | ... | ... | ... | ... |
| Other big game | ... | ... | ... | ... |
| **Small game, total** | **74** | **26** | **483** | **19** |
| Rabbit, hare | *23 | *8 | *243 | *9 |
| Quail | ... | ... | ... | ... |
| Grouse/prairie chicken | ... | ... | ... | ... |
| Squirrel | ... | ... | ... | ... |
| Pheasant | *42 | *15 | *200 | *8 |
| Other small game | ... | ... | ... | ... |
| **Migratory birds, total** | ***55** | ***19** | ***539** | ***21** |
| Geese | *41 | *15 | *392 | *15 |
| Duck | *33 | *12 | *309 | *12 |
| Dove | ... | ... | ... | ... |
| Other migratory bird | ... | ... | ... | ... |
| **Other animals, total** [1] | **...** | **...** | **...** | **...** |

\* Estimate based on a small sample size.   ... Sample size too small to report data reliably.

[1] Includes groundhog, raccoon, fox, coyote, crow, prairie dog, etc.

Note: Detail does not add to total because of multiple responses.

Table 14. **Hunters and Days of Hunting in Colorado by Type of Land: 2001**

(Population 16 years old and older. Numbers in thousands)

| Hunters and days of hunting | Total, state residents and nonresidents | | State residents | | Nonresidents | |
|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent |
| **HUNTERS** | | | | | | |
| **Total, all types of land** | **281** | **100** | **159** | **100** | **121** | **100** |
| **Public land, total** | **194** | **69** | **124** | **78** | **69** | **57** |
| Public land only | 120 | 43 | 83 | 52 | *38 | *31 |
| Public and private land | 73 | 26 | *42 | *26 | *31 | *26 |
| **Private land, total** | **160** | **57** | **77** | **48** | **84** | **69** |
| Private land only | 87 | 31 | *35 | *22 | *52 | *43 |
| Private and public land | 73 | 26 | *42 | *26 | *31 | *26 |
| **DAYS** | | | | | | |
| **Total, all types of land** | **2,610** | **100** | **1,680** | **100** | **930** | **100** |
| Public land [1] | 1,650 | 63 | 1,260 | 75 | 391 | 42 |
| Private land [2] | 1,259 | 48 | 683 | 41 | 576 | 62 |

\* Estimate based on a small sample size.

[1] Days of hunting on public land includes both days spent solely on public land and those spent on public and private land.
[2] Days of hunting on private land includes both days spent solely on private land and those spent on private and public land.

Note: Detail does not add to total because of multiple responses and nonresponse.

BLM_0051776

Table 15. **Selected Characteristics of Colorado Resident Anglers and Hunters: 2001**

(State population 16 years old and older. Numbers in thousands)

| Characteristic | Population | | Sportspersons (fished or hunted) | | | Anglers | | | Hunters | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent who participated | Percent of sportspersons | Number | Percent who participated | Percent of anglers | Number | Percent who participated | Percent of hunters |
| **Total persons.....................** | **3,215** | **100** | **679** | **21** | **100** | **626** | **19** | **100** | **168** | **5** | **100** |
| **Population Density of Residence** | | | | | | | | | | | |
| Urban ......................... | 2,727 | 85 | 531 | 19 | 78 | 493 | 18 | 79 | 135 | 5 | 81 |
| Rural ......................... | 489 | 15 | 149 | 30 | 22 | 133 | 27 | 21 | *33 | *7 | *19 |
| **Population Size of Residence** | | | | | | | | | | | |
| Metropolitan statistical area (MSA) . | 2,707 | 84 | 519 | 19 | 76 | 486 | 18 | 78 | 121 | 4 | 72 |
| 1,000,000 or more ............ | 2,059 | 64 | 344 | 17 | 51 | 337 | 16 | 54 | *65 | *3 | *39 |
| 250,000 to 999,999 ........... | 313 | 10 | 77 | 25 | 11 | *68 | *22 | *11 | *23 | *7 | *14 |
| 50,000 to 249,999 ........... | 335 | 10 | 98 | 29 | 14 | 81 | 24 | 13 | *33 | *10 | *20 |
| Outside MSA .................. | 509 | 16 | 160 | 31 | 24 | 140 | 28 | 22 | *47 | *9 | *28 |
| **Sex** | | | | | | | | | | | |
| Male ......................... | 1,600 | 50 | 518 | 32 | 76 | 467 | 29 | 75 | 162 | 10 | 96 |
| Female ....................... | 1,615 | 50 | 161 | 10 | 24 | 159 | 10 | 25 | ... | ... | ... |
| **Age** | | | | | | | | | | | |
| 16 to 17 years .............. | 121 | 4 | *35 | *29 | *5 | *33 | *27 | *5 | ... | ... | ... |
| 18 to 24 years .............. | 329 | 10 | *51 | *15 | *7 | *47 | *14 | *7 | ... | ... | ... |
| 25 to 34 years .............. | 694 | 22 | 150 | 22 | 22 | 140 | 20 | 22 | *28 | *4 | *17 |
| 35 to 44 years .............. | 692 | 22 | 187 | 27 | 28 | 178 | 26 | 28 | *42 | *6 | *25 |
| 45 to 54 years .............. | 624 | 19 | 130 | 21 | 19 | 110 | 18 | 18 | *52 | *8 | *31 |
| 55 to 64 years .............. | 360 | 11 | *68 | *19 | *10 | *68 | *19 | *11 | ... | ... | ... |
| 65 years and older ............. | 395 | 12 | *58 | *15 | *9 | *50 | *13 | *8 | ... | ... | ... |
| **Ethnicity** | | | | | | | | | | | |
| Hispanic ....................... | 413 | 13 | *64 | *15 | *9 | *60 | *14 | *10 | ... | ... | ... |
| Non-Hispanic .................... | 2,803 | 87 | 615 | 22 | 91 | 566 | 20 | 90 | 153 | 5 | 91 |
| **Race** | | | | | | | | | | | |
| White ......................... | 3,022 | 94 | 669 | 22 | 98 | 616 | 20 | 98 | 166 | 5 | 99 |
| Black.......................... | 70 | 2 | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| All others ..................... | 123 | 4 | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| **Annual Household Income** | | | | | | | | | | | |
| Under $10,000 ............... | 58 | 2 | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| $10,000 to $19,999 ........... | 131 | 4 | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| $20,000 to $29,999 ........... | 334 | 10 | *53 | *16 | *8 | *49 | *15 | *8 | ... | ... | ... |
| $30,000 to $39,999 ........... | 391 | 12 | 88 | 22 | 13 | 79 | 20 | 13 | *23 | *6 | *14 |
| $40,000 to $49,999 ........... | 304 | 9 | *73 | *24 | *11 | *66 | *22 | *11 | ... | ... | ... |
| $50,000 to $74,999 ........... | 711 | 22 | 191 | 27 | 28 | 186 | 26 | 30 | *45 | *6 | *27 |
| $75,000 to $99,999 ........... | 349 | 11 | 87 | 25 | 13 | 81 | 23 | 13 | ... | ... | ... |
| $100,000 or more............. | 372 | 12 | 85 | 23 | 12 | 80 | 22 | 13 | *26 | *7 | *16 |
| Not reported ................... | 565 | 18 | 81 | 14 | 12 | *63 | *11 | *10 | *26 | *5 | *16 |
| **Education** | | | | | | | | | | | |
| 11 years or less ................ | 389 | 12 | *64 | *16 | *9 | *56 | *14 | *9 | ... | ... | ... |
| 12 years ..................... | 941 | 29 | 213 | 23 | 31 | 200 | 21 | 32 | *36 | *4 | *22 |
| 1 to 3 years college ............ | 755 | 23 | 168 | 22 | 25 | 149 | 20 | 24 | *53 | *7 | *32 |
| 4 years college or more ......... | 1,130 | 35 | 234 | 21 | 34 | 221 | 20 | 35 | *59 | *5 | *35 |

\* Estimate based on a small sample size.      ... Sample size too small to report data reliably.

Note: Detail does not add to total because of multiple responses. Percent who participated shows the percent of each row's population who participated in the activity named by the column (the percent of those living in urban areas who fished, etc.). Remaining percent columns show the percent of each column's participants who are described by the row heading (the percent of anglers who lived in urban areas, etc.).

BLM_0051777

Table 16. **Summary of Expenditures in Colorado by U.S. Residents for Fishing and Hunting: 2001**

(Population 16 years old and older)

| Expenditure item | Amount (thousands of dollars) | Spenders (thousands) | Average per spender (dollars) | Average per sportsperson (dollars) |
|---|---:|---:|---:|---:|
| **FISHING AND HUNTING** | | | | |
| Total.......................................... | **1,376,560** | **1,119** | **1,230** | **1,257** |
| Food and lodging........................................ | 227,230 | 882 | 258 | 211 |
| Transportation ......................................... | 159,983 | 829 | 193 | 149 |
| Other trip costs[1] ...................................... | 104,241 | 647 | 161 | 97 |
| Equipment (fishing, hunting) ............................ | 158,794 | 572 | 278 | 143 |
| Auxiliary equipment[2].................................. | 64,514 | 255 | 253 | 57 |
| Special equipment[3] .................................... | 528,331 | 92 | 5,735 | 479 |
| Magazines and books .................................. | 8,220 | 196 | 42 | 6 |
| Membership dues and contributions...................... | 11,753 | 104 | 113 | 11 |
| Other[4]................................................ | 113,495 | 800 | 142 | 105 |
| **FISHING** | | | | |
| Total.......................................... | **645,891** | **892** | **724** | **698** |
| Food and lodging........................................ | 157,182 | 730 | 215 | 172 |
| Transportation ......................................... | 102,845 | 677 | 152 | 112 |
| Other trip costs[1] ...................................... | 45,689 | 559 | 82 | 50 |
| Fishing equipment ..................................... | 75,412 | 489 | 154 | 80 |
| Auxiliary equipment[2].................................. | 22,147 | 138 | 161 | 23 |
| Special equipment[3] .................................... | *199,673 | *65 | *3,061 | *215 |
| Magazines and books .................................. | 3,035 | 78 | 39 | 3 |
| Membership dues and contributions...................... | *1,647 | *45 | *37 | *2 |
| Other[4]................................................ | 38,261 | 667 | 57 | 41 |
| **HUNTING** | | | | |
| Total.......................................... | **382,599** | **321** | **1,192** | **1,281** |
| Food and lodging........................................ | 70,048 | 256 | 274 | 250 |
| Transportation ......................................... | 57,139 | 249 | 229 | 204 |
| Other trip costs[1] ...................................... | 58,552 | 132 | 442 | 209 |
| Hunting equipment ..................................... | 81,581 | 145 | 562 | 267 |
| Auxiliary equipment[2].................................. | 13,241 | 78 | 171 | 45 |
| Special equipment[3] .................................... | ... | ... | ... | ... |
| Magazines and books .................................. | *2,389 | *56 | *43 | *7 |
| Membership dues and contributions...................... | *5,909 | *37 | *162 | *20 |
| Other[4]................................................ | 79,021 | 229 | 345 | 228 |
| **UNSPECIFIED**[5] | | | | |
| Total.......................................... | **350,057** | **165** | **2,117** | **311** |
| Auxiliary equipment[2].................................. | 29,126 | 85 | 344 | 25 |
| Special equipment[3] .................................... | *313,937 | *22 | *14,168 | *280 |
| Magazines and books .................................. | *2,797 | *76 | *37 | *2 |
| Membership dues and contributions...................... | *4,197 | *27 | *153 | *4 |

* Estimate based on a small sample size.    ... Sample size too small to report data reliably.

[1] Includes boating costs, equipment rental, guide fees, access fees, heating and cooking fuel, and ice and bait (for fishing only).
[2] Includes tents, special clothing, etc.
[3] Includes boats, campers, 4x4 vehicles, cabins, etc.
[4] Includes land leasing and ownership, licenses, stamps, tags, and permits.
[5] Respondent could not specify whether expenditure was primarily for either fishing or hunting.

Note: Detail does not add to total because of multiple responses and nonresponse. See Tables 19-20 for a detailed listing of expenditure items.

Table 17. **Summary of Fishing Trip and Equipment Expenditures in Colorado by U.S. Residents, by Type of Fishing: 2001**

(Population 16 years old and older)

| Expenditure item | Amount (thousands of dollars) | Spenders (thousands) | Average per spender (dollars) | Average per angler (dollars) |
|---|---|---|---|---|
| **ALL FISHING** | | | | |
| Total..................... | **602,948** | **824** | **732** | **652** |
| Food and lodging............. | 157,182 | 730 | 215 | 172 |
| Transportation................ | 102,845 | 677 | 152 | 112 |
| Other trip costs.............. | 45,689 | 559 | 82 | 50 |
| Equipment ................. | 297,232 | 513 | 580 | 318 |
| **ALL FRESHWATER** | | | | |
| Total..................... | **422,947** | **823** | **514** | **459** |
| Food and lodging............. | 157,182 | 730 | 215 | 172 |
| Transportation................ | 102,845 | 677 | 152 | 112 |
| Other trip costs.............. | 45,689 | 559 | 82 | 50 |
| Equipment ................. | 117,232 | 486 | 241 | 125 |
| **FRESHWATER, EXCEPT GREAT LAKES** | | | | |
| Total..................... | **422,818** | **823** | **514** | **459** |
| Food and lodging............. | 157,182 | 730 | 215 | 172 |
| Transportation................ | 102,845 | 677 | 152 | 112 |
| Other trip costs.............. | 45,689 | 559 | 82 | 50 |
| Equipment ................. | 117,102 | 486 | 241 | 125 |
| **GREAT LAKES** | | | | |
| Total..................... | ... | ... | ... | ... |
| Food and lodging............. | ... | ... | ... | ... |
| Transportation................ | ... | ... | ... | ... |
| Other trip costs.............. | ... | ... | ... | ... |
| Equipment ................. | ... | ... | ... | ... |
| **SALTWATER** | | | | |
| Total..................... | ... | ... | ... | ... |
| Food and lodging............. | ... | ... | ... | ... |
| Transportation................ | ... | ... | ... | ... |
| Other trip costs.............. | ... | ... | ... | ... |
| Equipment ................. | ... | ... | ... | ... |

... Sample size too small to report data reliably.

Note: Detail does not add to total because of multiple responses and nonresponse. See Table 19 for detailed listing of expenditure items.

BLM_0051779

Table 18. **Summary of Hunting Trip and Equipment Expenditures in Colorado by U.S. Residents, by Type of Hunting: 2001**

(Population 16 years old and older)

| Expenditure item | Amount (thousands of dollars) | Spenders (thousands) | Average per spender (dollars) | Average per hunter (dollars) |
|---|---|---|---|---|
| **ALL HUNTING** | | | | |
| Total.......................... | **295,281** | **290** | **1,017** | **1,027** |
| Food and lodging................ | 70,048 | 256 | 274 | 250 |
| Transportation.................. | 57,139 | 249 | 229 | 204 |
| Other trip costs................ | 58,552 | 132 | 442 | 209 |
| Equipment ..................... | 109,543 | 157 | 697 | 365 |
| **BIG GAME** | | | | |
| Total.......................... | **210,056** | **250** | **842** | **831** |
| Food and lodging................ | 59,645 | 213 | 280 | 254 |
| Transportation.................. | 40,970 | 204 | 201 | 174 |
| Other trip costs................ | 51,556 | 114 | 451 | 219 |
| Equipment ..................... | 57,885 | 118 | 490 | 184 |
| **SMALL GAME** | | | | |
| Total.......................... | **25,419** | **74** | **343** | **596** |
| Food and lodging................ | *4,727 | *63 | *75 | *130 |
| Transportation.................. | 5,575 | 66 | 84 | 153 |
| Other trip costs................ | ... | ... | ... | ... |
| Equipment ..................... | *14,481 | *42 | *344 | *296 |
| **MIGRATORY BIRD** | | | | |
| Total.......................... | ***29,560** | ***63** | ***473** | ***1,024** |
| Food and lodging................ | *2,906 | *39 | *75 | *329 |
| Transportation.................. | *4,370 | *53 | *83 | *494 |
| Other trip costs................ | ... | ... | ... | ... |
| Equipment ..................... | *20,621 | *43 | *483 | *13 |
| **OTHER ANIMALS** | | | | |
| Total.......................... | ***17,409** | ***21** | ***812** | ***(W)** |
| Food and lodging................ | ... | ... | ... | ... |
| Transportation.................. | ... | ... | ... | ... |
| Other trip costs................ | ... | ... | ... | ... |
| Equipment ..................... | ... | ... | ... | ... |

* Estimate based on a small sample size.     ... Sample size too small to report data reliably.     (W) Less than 1 dollar.

Note: Detail does not add to total because of multiple responses and nonresponse. See Table 20 for detailed listing of expenditure items.

*Colorado—U.S. Fish & Wildlife Service*

BLM_0051780

Table 19. **Expenditures in Colorado by U.S. Residents for Fishing: 2001**

(Population 16 years old and older)

| Expenditure item | Expenditures | | Spenders | | |
|---|---|---|---|---|---|
| | Amount (thousands of dollars) | Average per angler (dollars) | Number (thousands) | Percent of anglers | Average per spender (dollars) |
| **Total, all items** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **645,891** | **698** | **892** | **97** | **724** |
| **TRIP-RELATED EXPENDITURES** | | | | | |
| **Total trip-related** . . . . . . . . . . . . . . . . . . . . . . . . . . | **305,716** | **334** | **765** | **84** | **399** |
| **Food and lodging, total** . . . . . . . . . . . . . . . . . . . . . . . . | **157,182** | **172** | **730** | **80** | **215** |
| Food . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 103,341 | 113 | 725 | 79 | 143 |
| Lodging . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 53,840 | 59 | 255 | 28 | 211 |
| Transportation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 102,845 | 112 | 677 | 74 | 152 |
| **Other trip costs, total** . . . . . . . . . . . . . . . . . . . . . . . . | **45,689** | **50** | **559** | **61** | **82** |
| Privilege and other fees[1] . . . . . . . . . . . . . . . . . . . . . | 19,432 | 21 | 224 | 24 | 87 |
| Boating costs[2] . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7,003 | 8 | 86 | 9 | 81 |
| Bait . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12,658 | 14 | 375 | 41 | 34 |
| Ice . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4,292 | 5 | 252 | 28 | 17 |
| Heating and cooking fuel . . . . . . . . . . . . . . . . . . . . . | 2,304 | 3 | 134 | 15 | 17 |
| **EQUIPMENT AND OTHER EXPENDITURES PRIMARILY FOR FISHING** | | | | | |
| **Fishing equipment, total** . . . . . . . . . . . . . . . . . . . . . . . | **75,412** | **80** | **489** | **53** | **154** |
| Reels, rods, and rod making components . . . . . . . . . . . . | 28,649 | 30 | 227 | 25 | 126 |
| Lines, hooks, sinkers, etc . . . . . . . . . . . . . . . . . . . . . | 14,124 | 15 | 395 | 43 | 36 |
| Artificial lures and flies . . . . . . . . . . . . . . . . . . . . . . | 20,213 | 22 | 382 | 42 | 53 |
| Creels, stringers, fish bags, landing nets, and gaff hooks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,936 | 2 | 76 | 8 | 26 |
| Minnow seines, traps, and bait containers . . . . . . . . . . . | ... | ... | ... | ... | ... |
| Other fishing equipment[3] . . . . . . . . . . . . . . . . . . . . . | 10,240 | 11 | 119 | 13 | 86 |
| Auxiliary equipment[4] . . . . . . . . . . . . . . . . . . . . . . . . . | 22,147 | 23 | 138 | 15 | 161 |
| Special equipment[5] . . . . . . . . . . . . . . . . . . . . . . . . . . | *199,673 | *215 | *65 | *7 | *3,061 |
| Other fishing costs[6] . . . . . . . . . . . . . . . . . . . . . . . . . | 42,943 | 46 | 691 | 75 | 62 |

* Estimate based on a small sample size.    ... Sample size too small to report data reliably.

[1] Includes boat or equipment rental and fees for guides, pack trip (party and charter boats, etc.), public land use, and private land use.
[2] Includes boat launching, mooring, storage, maintenance, insurance, pumpout fees and fuel.
[3] Includes electronic fishing devices (depth finders, fish finders, etc.), tackle boxes, ice fishing equipment, and other fishing equipment.
[4] Includes tents, special fishing clothing, etc.
[5] Includes boats, campers, 4x4 vehicles, cabins, etc.
[6] Includes magazines and books, membership dues and contributions, land leasing and ownership, licenses, stamps, tags, and permits.

Note: Detail does not add to total because of multiple responses and nonresponse. Percent of anglers may be greater than 100 because spenders who did not fish in this state are included.

BLM_0051781

Table 20. **Expenditures in Colorado by U.S. Residents for Hunting: 2001**

(Population 16 years old and older)

| Expenditure item | Expenditures | | Spenders | | |
|---|---|---|---|---|---|
| | Amount (thousands of dollars) | Average per hunter (dollars) | Number (thousands) | Percent of hunters | Average per spender (dollars) |
| **Total, all items** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **382,599** | **1,281** | **321** | **114** | **1,192** |
| **TRIP-RELATED EXPENDITURES** | | | | | |
| **Total trip-related** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **185,738** | **662** | **272** | **97** | **682** |
| **Food and lodging, total** . . . . . . . . . . . . . . . . . . . . . . . . | **70,048** | **250** | **256** | **91** | **274** |
| Food . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 44,170 | 157 | 256 | 91 | 173 |
| Lodging . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 25,878 | 92 | 75 | 27 | 346 |
| Transportation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 57,139 | 204 | 249 | 89 | 229 |
| **Other trip costs, total** . . . . . . . . . . . . . . . . . . . . . . . . . | **58,552** | **209** | **132** | **47** | **442** |
| Privilege and other fees[1] . . . . . . . . . . . . . . . . . . . . . . . | 56,265 | 201 | 74 | 27 | 757 |
| Boating costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... | ... | ... |
| Heating and cooking fuel . . . . . . . . . . . . . . . . . . . . . . . | 2,202 | 8 | 79 | 28 | 28 |
| **EQUIPMENT AND OTHER EXPENDITURES PRIMARILY FOR HUNTING** | | | | | |
| **Hunting equipment, total** . . . . . . . . . . . . . . . . . . . . . . | **81,581** | **267** | **145** | **52** | **562** |
| Guns and rifles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | *38,527 | *119 | *51 | *18 | *763 |
| Ammunition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8,397 | 28 | 120 | 43 | 70 |
| Other hunting equipment[2] . . . . . . . . . . . . . . . . . . . . . | 34,656 | 120 | 81 | 29 | 428 |
| Auxiliary equipment[3] . . . . . . . . . . . . . . . . . . . . . . . . . . | 13,241 | 45 | 78 | 28 | 171 |
| Special equipment[4] . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... | ... | ... |
| Other hunting costs[5] . . . . . . . . . . . . . . . . . . . . . . . . . . | 87,318 | 255 | 256 | 91 | 341 |

\* Estimate based on a small sample size.      ... Sample size too small to report data reliably.

[1] Includes guide fees, pack trip or package fees, public and private land use access fees, and rental of equipment such as boats and hunting or camping equipment.
[2] Includes bows, arrows, archery equipment, telescopic sights, decoys and game calls, handloading equipment and components, hunting dogs and associated costs, hunting knives, and other hunting equipment.
[3] Includes tents, special hunting clothing, etc.
[4] Includes boats, campers, 4x4 vehicles, cabins, etc.
[5] Includes magazines and books, membership dues and contributions, land leasing and ownership, licenses, stamps, and permits.

Note: Detail does not add to total because of multiple responses and nonresponse. Percent of hunters may be greater than 100 percent because spenders who did not hunt in this state are included.

BLM_0051782