Table 21. **Trip and Equipment Expenditures in Colorado for Fishing and Hunting by Colorado Residents and Nonresidents: 2001**

(Population 16 years old and older)

| Equipment item | Amount (thousands of dollars) | Spenders (thousands) | Average per spender (dollars) | Average per sportsperson (dollars) |
|---|---|---|---|---|
| **STATE RESIDENTS AND NONRESIDENTS** | | | | |
| **Trip and equipment expenditures for fishing and hunting, total . .** | **1,243,092** | **1,009** | **1,233** | **1,128** |
| **Trip and equipment expenditures for fishing, total . . . . . . . . . . . .** | **602,948** | **824** | **732** | **652** |
| Food and lodging. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 157,182 | 730 | 215 | 172 |
| Transportation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 102,845 | 677 | 152 | 112 |
| Boating costs[1] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7,003 | 86 | 81 | 8 |
| Other trip costs[2] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 38,686 | 550 | 70 | 42 |
| Equipment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 297,232 | 513 | 580 | 318 |
| **Trip and equipment expenditures for hunting, total. . . . . . . . . . . .** | **295,281** | **290** | **1,017** | **1,027** |
| Food and lodging. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 70,048 | 256 | 274 | 250 |
| Transportation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 57,139 | 249 | 229 | 204 |
| Boating costs[1] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... | ... |
| Other trip costs[2] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 58,467 | 132 | 442 | 208 |
| Equipment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 109,543 | 157 | 697 | 365 |
| **Unspecified equipment[3]. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .** | **344,863** | **111** | **3,097** | **305** |
| **STATE RESIDENTS** | | | | |
| **Trip and equipment expenditures for fishing and hunting, total . .** | **918,646** | **603** | **1,524** | **1,473** |
| **Trip and equipment expenditures for fishing, total . . . . . . . . . . . .** | **445,292** | **536** | **831** | **786** |
| Food and lodging. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 71,256 | 483 | 147 | 127 |
| Transportation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 52,013 | 474 | 110 | 93 |
| Boating costs[1] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | *6,519 | *66 | *98 | *12 |
| Other trip costs[2] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 24,512 | 367 | 67 | 44 |
| Equipment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 290,994 | 409 | 712 | 511 |
| **Trip and equipment expenditures for hunting, total. . . . . . . . . . . .** | **143,762** | **161** | **892** | **898** |
| Food and lodging. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 24,878 | 147 | 170 | 156 |
| Transportation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16,594 | 147 | 113 | 104 |
| Boating costs[1] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... | ... |
| Other trip costs[2] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | *2,967 | *58 | *51 | *19 |
| Equipment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 99,239 | 128 | 776 | 618 |
| **Unspecified equipment[3]. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .** | **329,592** | **93** | **3,557** | **529** |
| **NONRESIDENTS** | | | | |
| **Trip and equipment expenditures for fishing and hunting, total . .** | **324,447** | **406** | **800** | **662** |
| **Trip and equipment expenditures for fishing, total . . . . . . . . . . . .** | **157,656** | **288** | **548** | **441** |
| Food and lodging. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 85,926 | 247 | 348 | 242 |
| Transportation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 50,832 | 203 | 250 | 143 |
| Boating costs[1] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... | ... |
| Other trip costs[2] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14,174 | 183 | 77 | 40 |
| Equipment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6,239 | 104 | 60 | 15 |
| **Trip and equipment expenditures for hunting, total. . . . . . . . . . . .** | **151,519** | **129** | **1,174** | **1,196** |
| Food and lodging. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 45,170 | 109 | 414 | 372 |
| Transportation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 40,545 | 102 | 398 | 334 |
| Boating costs[1] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... | ... |
| Other trip costs[2] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 55,500 | 74 | 747 | 457 |
| Equipment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | *10,304 | *29 | *350 | *32 |
| **Unspecified equipment[3]. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .** | ***15,272** | ***19** | ***817** | ***3** |

\* Estimate based on a small sample size.    ... Sample size too small to report data reliably.

[1] Includes boat launching, mooring, storage, maintenance, insurance, pumpout fees, and fuel.
[2] Includes equipment rental, guide and access fees, ice and bait for fishing, and heating and cooking oil.
[3] Respondent could not specify whether item was for fishing or for hunting.

Note: Detail does not add to total because of multiple responses and nonresponse.

BLM_0051783

Table 22. **Summary of Expenditures by Colorado Residents in the United States for Fishing and Hunting: 2001**

(State population 16 years old and older)

| Expenditure item | Amount (thousands of dollars) | Spenders (thousands) | Average per spender (dollars) | Average per sportsperson (dollars) |
|---|---|---|---|---|
| **FISHING AND HUNTING** | | | | |
| **Total**............................................. | **1,292,497** | **657** | **1,967** | **1,903** |
| Food and lodging........................................... | 135,223 | 596 | 227 | 199 |
| Transportation ........................................... | 96,189 | 587 | 164 | 142 |
| Other trip costs[1] ......................................... | 55,515 | 463 | 120 | 82 |
| Equipment (fishing, hunting) ............................... | 158,570 | 475 | 334 | 233 |
| Auxiliary equipment[2]..................................... | 64,521 | 225 | 287 | 95 |
| Special equipment[3] ...................................... | 696,778 | 99 | 7,012 | 1,026 |
| Magazines and books ..................................... | 6,671 | 136 | 49 | 10 |
| Membership dues and contributions........................... | 11,540 | 99 | 116 | 17 |
| Other[4]................................................ | 67,490 | 536 | 126 | 99 |
| **FISHING** | | | | |
| **Total**............................................. | **772,537** | **594** | **1,300** | **1,234** |
| Food and lodging........................................... | 103,979 | 542 | 192 | 166 |
| Transportation ........................................... | 75,788 | 527 | 144 | 121 |
| Other trip costs[1] ......................................... | 51,051 | 440 | 116 | 82 |
| Fishing equipment ....................................... | 77,037 | 413 | 187 | 123 |
| Auxiliary equipment[2]..................................... | 22,522 | 128 | 176 | 36 |
| Special equipment[3] ...................................... | 380,624 | 74 | 5,165 | 608 |
| Magazines and books ..................................... | 2,911 | 75 | 39 | 5 |
| Membership dues and contributions........................... | *1,683 | *45 | *37 | *3 |
| Other[4]................................................ | 56,943 | 458 | 124 | 91 |
| **HUNTING** | | | | |
| **Total**............................................. | **185,277** | **168** | **1,102** | **1,102** |
| Food and lodging........................................... | 31,245 | 155 | 201 | 186 |
| Transportation ........................................... | 20,401 | 158 | 129 | 121 |
| Other trip costs[1] ......................................... | 4,464 | 69 | 64 | 27 |
| Hunting equipment ....................................... | 78,418 | 123 | 636 | 466 |
| Auxiliary equipment[2]..................................... | 15,396 | 71 | 217 | 92 |
| Special equipment[3] ...................................... | ... | ... | ... | ... |
| Magazines and books ..................................... | *1,831 | *32 | *57 | *11 |
| Membership dues and contributions........................... | *5,686 | *32 | *178 | *34 |
| Other[4]................................................ | 13,116 | 153 | 85 | 78 |
| **UNSPECIFIED[5]** | | | | |
| **Total**............................................. | **334,137** | **116** | **2,878** | **492** |
| Auxiliary equipment[2]..................................... | *26,604 | *71 | *376 | *39 |
| Special equipment[3] ...................................... | ... | ... | ... | ... |
| Magazines and books ..................................... | *1,929 | *43 | *45 | *3 |
| Membership dues and contributions........................... | *4,171 | *26 | *158 | *6 |

* Estimate based on a small sample size.          ... Sample size too small to report data reliably.

[1] Includes boating costs, equipment rental, guide fees, access fees, heating and cooking fuel, and ice and bait (for fishing only).
[2] Includes tents, special clothing, etc.
[3] Includes boats, campers, 4x4 vehicles, cabins, etc.
[4] Includes land leasing and ownership, licenses, stamps, tags, and permits.
[5] Respondent could not specify whether expenditure was primarily for either fishing or hunting.

Note: Detail does not add to total because of multiple responses and nonresponse. See Tables 19-20 for a detailed listing of expenditure items.

BLM_0051784

Table 23. **Summary of Expenditures by Colorado Residents in State and Out of State for Fishing and Hunting: 2001**

(State population 16 years old and older)

| Expenditure item | Amount (thousands of dollars) | Spenders (thousands) | Average per spender (dollars) | Average per sportsperson (dollars) |
|---|---|---|---|---|
| **IN COLORADO** | | | | |
| **Expenditures for fishing and hunting, total** . . . . . . . . . . . . . . . . . . . | **959,600** | **618** | **1,554** | **1,553** |
| Trip-related expenditures . . . . . . . . . . . . . . . . . . . . . . . . | 198,822 | 566 | 351 | 322 |
| Equipment (fishing and hunting) . . . . . . . . . . . . . . . . . . | 144,391 | 448 | 323 | 234 |
| Auxiliary equipment[1] . . . . . . . . . . . . . . . . . . . . . . . . . . | 60,270 | 218 | 277 | 98 |
| Special equipment[2] . . . . . . . . . . . . . . . . . . . . . . . . . . . | 515,163 | 89 | 5,774 | 834 |
| Other[3] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 40,954 | 525 | 78 | 66 |
| **Expenditures for fishing, total** . . . . . . . . . . . . . . . . . . . . . . . . | **464,155** | **551** | **843** | **829** |
| Trip-related expenditures . . . . . . . . . . . . . . . . . . . . . . . . | 154,299 | 503 | 307 | 275 |
| Fishing equipment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 70,249 | 389 | 181 | 125 |
| Auxiliary equipment[1] . . . . . . . . . . . . . . . . . . . . . . . . . . | 21,736 | 123 | 176 | 39 |
| Special equipment[2] . . . . . . . . . . . . . . . . . . . . . . . . . . . | *199,008 | *64 | *3,132 | *355 |
| Other[3] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18,863 | 443 | 43 | 34 |
| **Expenditures for hunting, total** . . . . . . . . . . . . . . . . . . . . . . . . | **161,450** | **164** | **986** | **1,014** |
| Trip-related expenditures . . . . . . . . . . . . . . . . . . . . . . . . | 44,523 | 155 | 288 | 280 |
| Hunting equipment . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 72,391 | 121 | 599 | 454 |
| Auxiliary equipment[1] . . . . . . . . . . . . . . . . . . . . . . . . . . | 12,126 | 71 | 171 | 76 |
| Special equipment[2] . . . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... | ... |
| Other[3] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17,688 | 147 | 121 | 111 |
| **Unspecified expenditures for fishing and hunting, total[4]** . . . . . . . . | **331,515** | **103** | **3,208** | **537** |
| Auxiliary equipment[1] . . . . . . . . . . . . . . . . . . . . . . . . . . | *24,836 | *58 | *426 | *40 |
| Special equipment[2] . . . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... | ... |
| Other[3] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | *5,564 | *47 | *118 | *9 |
| **OUT OF STATE** | | | | |
| **Expenditures for fishing and hunting, total** . . . . . . . . . . . . . . . . . . . | **332,489** | **233** | **1,427** | **1,596** |
| Trip-related expenditures . . . . . . . . . . . . . . . . . . . . . . . . | 88,106 | 183 | 481 | 423 |
| Equipment (fishing and hunting) . . . . . . . . . . . . . . . . . . | 13,771 | 90 | 154 | 66 |
| Auxiliary equipment[1] . . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... | ... |
| Special equipment[2] . . . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... | ... |
| Other[3] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 44,746 | 151 | 297 | 215 |
| **Expenditures for fishing, total** . . . . . . . . . . . . . . . . . . . . . . . . | **308,381** | **212** | **1,456** | **1,566** |
| Trip-related expenditures . . . . . . . . . . . . . . . . . . . . . . . . | 76,519 | 172 | 445 | 389 |
| Fishing equipment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6,787 | 78 | 87 | 34 |
| Auxiliary equipment[1] . . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... | ... |
| Special equipment[2] . . . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... | ... |
| Other[3] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 42,674 | 137 | 312 | 217 |
| **Expenditures for hunting, total** . . . . . . . . . . . . . . . . . . . . . . . . | ***23,419** | ***36** | ***645** | ***870** |
| Trip-related expenditures . . . . . . . . . . . . . . . . . . . . . . . . | *11,587 | *27 | *430 | *430 |
| Hunting equipment . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... | ... |
| Auxiliary equipment[1] . . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... | ... |
| Special equipment[2] . . . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... | ... |
| Other[3] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | *2,944 | *23 | *130 | *109 |
| **Unspecified expenditures for fishing and hunting, total[4]** . . . . . . . . | ... | ... | ... | ... |
| Auxiliary equipment[1] . . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... | ... |
| Special equipment[2] . . . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... | ... |
| Other[3] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... | ... |

\* Estimate based on a small sample size.    ... Sample size too small to report data reliably.

[1] Includes tents, special hunting or fishing clothing, etc.
[2] Includes boats, campers, 4x4 vehicles, cabins, etc.
[3] Includes magazines, books, membership dues, contributions, land leasing and ownership, stamps, tags, and licenses.
[4] Respondent could not specify whether expenditure was primarily for either fishing or hunting.

Note: Detail does not add to total because of multiple responses and nonresponse.

BLM_0051785

**Table 24. U.S. Residents Participating in Wildlife Watching in Colorado: 2001**

(Population 16 years old and older. Numbers in thousands)

| Participants | Number | Percent |
|---|---:|---:|
| **Total participants** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1,552** | **100** |
| Nonresidential (away from home) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 838 | 54 |
| Observe wildlife . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 805 | 52 |
| Photograph wildlife . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 542 | 35 |
| Feed wildlife . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | *116 | *7 |
| Residential (around the home) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,127 | 73 |
| Observe wildlife . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 745 | 48 |
| Photograph wildlife . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 326 | 21 |
| Feed wildlife . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 904 | 58 |
| Visit public parks[1] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 269 | 17 |
| Maintain plantings or natural areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 242 | 16 |

\* Estimate based on a small sample size.    [1] Includes visits only to parks or publicly owned areas within 1 mile of home.

Note: Detail does not add to total because of multiple responses.


**Table 25. Participants, Trips, and Days of Participation in Nonresidential (Away From Home) Wildlife-Watching Activities in Colorado: 2001**

(Population 16 years old and older. Numbers in thousands)

| Participants, trips, and days of participation | Activity in Colorado | | | | | |
|---|---|---|---|---|---|---|
| | Total, state residents and nonresidents | | State residents | | Nonresidents | |
| | Number | Percent | Number | Percent | Number | Percent |
| **PARTICIPANTS** | | | | | | |
| **Total participants** . . . . . . . . . . . . . . . . . . . . . . . . . . | **838** | **100** | **477** | **100** | **362** | **100** |
| Observe wildlife . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 805 | 96 | 447 | 94 | 357 | 99 |
| Photograph wildlife . . . . . . . . . . . . . . . . . . . . . . . . . | 542 | 65 | 295 | 62 | 247 | 68 |
| Feed wildlife . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | *116 | *14 | *88 | *18 | ... | ... |
| **TRIPS** | | | | | | |
| Total trips . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4,045 | 100 | 3,152 | 100 | 893 | 100 |
| Average days per trip . . . . . . . . . . . . . . . . . . . . . . . . | 2 | (X) | 2 | (X) | 4 | (X) |
| **DAYS** | | | | | | |
| **Total days** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9,510** | **100** | **5,874** | **100** | **3,636** | **100** |
| Observing wildlife . . . . . . . . . . . . . . . . . . . . . . . . . . | 6,252 | 66 | 4,115 | 70 | 2,138 | 59 |
| Photographing wildlife . . . . . . . . . . . . . . . . . . . . . . | 3,151 | 33 | 2,156 | 37 | 995 | 27 |
| Feeding wildlife . . . . . . . . . . . . . . . . . . . . . . . . . . . . | *814 | *9 | *730 | *12 | ... | ... |
| **Average days per participant** . . . . . . . . . . . . . . . . . | **11** | **(X)** | **12** | **(X)** | **10** | **(X)** |
| Observing wildlife . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | (X) | 9 | (X) | 6 | (X) |
| Photographing wildlife . . . . . . . . . . . . . . . . . . . . . . | 6 | (X) | 7 | (X) | 4 | (X) |
| Feeding wildlife . . . . . . . . . . . . . . . . . . . . . . . . . . . . | *7 | (X) | *8 | (X) | ... | (X) |

\* Estimate based on a small sample size.    ... Sample size too small to report data reliably.    (X) Not applicable.

Note: Detail does not add to total because of multiple responses and nonresponse.

BLM_0051786

Table 26.  **Nonresidential (Away From Home) Wildlife-Watching Participants Visiting Public Areas in Colorado and Type of Site Visited: 2001**

(Population 16 years old and older. Numbers in thousands)

| Participants and sites | Total, state residents and nonresidents | | State residents | | Nonresidents | |
|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent |
| **Total participants**............................ | **838** | **100** | **477** | **100** | **362** | **100** |
| Visited public areas ......................... | 760 | 91 | 423 | 89 | 337 | 93 |
| Did not visit public areas ................... | *79 | *9 | *54 | *11 | ... | ... |
| **Total, all sites** ............................. | **838** | **100** | **477** | **100** | **362** | **100** |
| Oceanside...................................... | ... | ... | ... | ... | ... | ... |
| Lakes and streamsides ....................... | 623 | 74 | 348 | 73 | 276 | 76 |
| Marsh, wetland, swamp....................... | 238 | 28 | *155 | *33 | *83 | *23 |
| Woodland ..................................... | 640 | 76 | 340 | 71 | 300 | 83 |
| Brush-covered areas........................... | 567 | 68 | 307 | 64 | 260 | 72 |
| Open field..................................... | 605 | 72 | 340 | 71 | 265 | 73 |
| Man-made area................................ | 235 | 28 | *137 | *29 | *98 | *27 |
| Other.......................................... | *74 | *9 | *48 | *10 | ... | ... |

* Estimate based on a small sample size.     ... Sample size too small to report data reliably.

Note: Detail does not add to total because of multiple responses.

Table 27.  **Nonresidential (Away From Home) Wildlife-Watching Participants by Wildlife Observed, Photographed, or Fed in Colorado: 2001**

(Population 16 years old and older. Numbers in thousands)

| Wildlife observed, photographed, or fed | Total, state residents and nonresidents | | State residents | | Nonresidents | |
|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent |
| **Total all wildlife** ............................ | **838** | **100** | **477** | **57** | **362** | **43** |
| **Total birds**.................................. | **669** | **100** | **385** | **58** | **284** | **42** |
| Songbirds...................................... | 444 | 100 | 235 | 53 | 209 | 47 |
| Birds of prey .................................. | 513 | 100 | 301 | 59 | 212 | 41 |
| Waterfowl..................................... | 402 | 100 | 279 | 69 | 124 | 31 |
| Shorebirds..................................... | 217 | 100 | *138 | *64 | *79 | *36 |
| Other birds .................................... | *130 | *100 | *56 | *43 | *74 | *57 |
| **Total land mammals** ......................... | **690** | **100** | **400** | **58** | **289** | **42** |
| Large land mammals .......................... | 623 | 100 | 348 | 56 | 275 | 44 |
| Small land mammals .......................... | 550 | 100 | 320 | 58 | 230 | 42 |
| Fish............................................ | 185 | 100 | *130 | *71 | *54 | *29 |
| Marine mammals .............................. | ... | ... | ... | ... | ... | ... |
| Other wildlife ................................. | 293 | 100 | 175 | 60 | 117 | 40 |

* Estimate based on a small sample size.     ... Sample size too small to report data reliably.

Note: Detail does not add to total because of multiple responses.

BLM_0051787

**Table 28.  Participation in Residential (Around the Home) Wildlife-Watching Activities in Colorado: 2001**

(State population 16 years old and older. Numbers in thousands)

| Residential activity | Participants Number | Participants Percent | Residential activity | Participants Number | Participants Percent |
|---|---|---|---|---|---|
| **Total residential participants..........** | **1,127** | **100** | 11 to 50 days .................... | 206 | 28 |
| Observe wildlife.................... | 745 | 66 | 51 to 200 days ................... | 210 | 28 |
| Visit public parks[1] ............... | 269 | 24 | 201 days or more ............... | 152 | 20 |
| Photograph wildlife............... | 326 | 29 | **Participants Visiting Public Parks[1]** | | |
| Feed wildlife...... | 904 | 80 | **Total, 1 day or more...............** | **269** | **100** |
| Maintain natural areas .............. | *109 | *10 | 1 to 5 days ..................... | *132 | *49 |
| Maintain plantings ................. | 184 | 16 | 6 to 10 days .................... | ... | ... |
| **Participants Observing Wildlife** | | | 11 days or more ................ | *100 | *37 |
| **Total, all wildlife..................** | **745** | **100** | **Participants Photographing Wildlife** | | |
| Birds............................. | 632 | 85 | **Total, 1 day or more...............** | **326** | **100** |
| Land mammals .................. | 665 | 89 | 1 to 3 days ..................... | *153 | *47 |
| Large mammals ............... | 288 | 39 | 4 to 10 days .................... | *110 | *34 |
| Small mammals ............... | 592 | 79 | 11 or more days ................ | *64 | *20 |
| Amphibians or reptiles........... | *114 | *15 | **Participants Feeding Wildlife** | | |
| Insects or spiders ............... | 298 | 40 | **Total, all wildlife..................** | **904** | **100** |
| Fish and other wildlife........... | *114 | *15 | Wild birds...................... | 837 | 93 |
| **Total, 1 day or more..............** | **745** | **100** | Other wildlife .................. | 340 | 38 |
| 1 to 10 days .................... | 177 | 24 | | | |

\* Estimate based on a small sample size.     ... Sample size too small to report data reliably.

[1] Includes visits only to parks or publicly owned areas within 1 mile of home.

Note: Detail does not add to total because of multiple responses and nonresponse.

**Table 29.  Colorado Residents Participating in Wildlife Watching in the United States: 2001**

(State population 16 years old and older. Numbers in thousands)

| Participants | Number | Percent of participants | Percent of population |
|---|---|---|---|
| **Total participants .................................................** | **1,213** | **100** | **38** |
| Nonresidential (away from home)...................................... | 531 | 44 | 17 |
| Residential (around home)............................................ | 1,127 | 93 | 35 |
| Observe wildlife.................................................. | 745 | 61 | 23 |
| Photograph wildlife............................................... | 326 | 27 | 10 |
| Feed wild birds or other wildlife.................................... | 904 | 74 | 28 |
| Maintain plantings or natural areas ................................. | 242 | 20 | 8 |
| Visit public parks ................................................. | 269 | 22 | 8 |

Note: Detail does not add to total because of multiple responses. The column showing percent of participants is based on total participants. The column showing percent of population is based on the state population 16 years old and older, including those who did not participate in wildlife watching.

*Colorado—U.S. Fish & Wildlife Service*

BLM_0051788

Table 30. **Wild Bird Observers and Days of Observation in Colorado: 2001**

(Population 16 years old and older. Numbers in thousands)

| Observers and days of observation | Total, state residents and nonresidents | | State residents | | Nonresidents | |
|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent |
| **OBSERVERS** | | | | | | |
| **Total bird observers**.......................... | **1,077** | **100** | **793** | **100** | **284** | **100** |
| Residential (around the home) observers ......... | 632 | 59 | 632 | 80 | ... | ... |
| Nonresidential (away from home) observers ...... | 657 | 61 | 373 | 47 | 284 | 100 |
| **DAYS** | | | | | | |
| **Total days observing birds** ................... | **82,233** | **100** | **80,642** | **100** | **1,591** | **100** |
| Residential (around the home) ................. | 75,798 | 92 | 75,798 | 94 | ... | ... |
| Nonresidential (away from home)............... | 6,435 | 8 | 4,844 | 6 | 1,591 | 100 |

... Sample size too small to report data reliably.

Note: Detail does not add to total because of multiple responses.

Table 31.  **Wild Bird Observers in Colorado Who Can Identify Wild Birds by Sight or Sound, and Who Keep Birding Life Lists: 2001**

(State population 16 years old and older. Numbers in thousands)

| Participants | Number | Percent |
|---|---|---|
| **Total bird observers**............................................. | **1,077** | **100** |
| Observers who can identify: | | |
| 1-20 bird species ......................................... | 788 | 73 |
| 21-40 bird species ......................................... | *141 | *13 |
| 41 or more species......................................... | *94 | *9 |
| Observers who keep birding life lists............................. | *45 | *4 |

* Estimate based on a small sample size.

Note: Detail does not add to total because of multiple responses and nonresponse.

BLM_0051789

Table 32. **Selected Characteristics of Colorado Residents Participating in Wildlife Watching: 2001**

(Population 16 years old and older. Numbers in thousands)

| Characteristic | Population | | Participants | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Total | | | Nonresidential (away from home) | | | Residential (around the home) | | |
| | Number | Percent | Number | Percent who participated | Percent | Number | Percent who participated | Percent | Number | Percent who participated | Percent |
| Total persons.................... | 3,215 | 100 | 1,213 | 38 | 100 | 531 | 17 | 100 | 1,127 | 35 | 100 |
| **Population Density of Residence** | | | | | | | | | | | |
| Urban......................... | 2,727 | 85 | 975 | 36 | 80 | 402 | 15 | 76 | 909 | 33 | 81 |
| Rural......................... | 489 | 15 | 238 | 49 | 20 | *129 | *26 | *24 | 218 | 45 | 19 |
| **Population Size of Residence** | | | | | | | | | | | |
| Metropolitan statistical area (MSA) . | 2,707 | 84 | 1,040 | 38 | 86 | 446 | 16 | 84 | 970 | 36 | 86 |
| 1,000,000 or more............ | 2,059 | 64 | 730 | 35 | 60 | 333 | 16 | 63 | 672 | 33 | 60 |
| 250,000 to 999,999............ | 313 | 10 | *137 | *44 | *11 | ... | ... | ... | *137 | *44 | *12 |
| 50,000 to 249,999............. | 335 | 10 | 173 | 52 | 14 | *94 | *28 | *18 | 161 | 48 | 14 |
| Outside MSA.................. | 509 | 16 | 173 | 34 | 14 | *85 | *17 | *16 | 157 | 31 | 14 |
| **Sex** | | | | | | | | | | | |
| Male......................... | 1,600 | 50 | 524 | 33 | 43 | 249 | 16 | 47 | 471 | 29 | 42 |
| Female....................... | 1,615 | 50 | 689 | 43 | 57 | 281 | 17 | 53 | 656 | 41 | 58 |
| **Age** | | | | | | | | | | | |
| 16 to 17 years ............... | 121 | 4 | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| 18 to 24 years ............... | 329 | 10 | *82 | *25 | *7 | ... | ... | ... | *74 | *22 | *7 |
| 25 to 34 years ............... | 694 | 22 | 227 | 33 | 19 | *111 | *16 | *21 | 189 | 27 | 17 |
| 35 to 44 years ............... | 692 | 22 | 318 | 46 | 26 | *153 | *22 | *29 | 314 | 45 | 28 |
| 45 to 54 years ............... | 624 | 19 | 256 | 41 | 21 | *82 | *13 | *16 | 247 | 40 | 22 |
| 55 to 64 years ............... | 360 | 11 | *137 | *38 | *11 | *77 | *21 | *15 | *113 | *31 | *10 |
| 65 years and older............. | 395 | 12 | 157 | 40 | 13 | *47 | *12 | *9 | 154 | 39 | 14 |
| **Ethnicity** | | | | | | | | | | | |
| Hispanic..................... | 413 | 13 | *51 | *12 | *4 | ... | ... | ... | ... | ... | ... |
| Non-Hispanic................. | 2,803 | 87 | 1,162 | 41 | 96 | 511 | 18 | 96 | 1,084 | 39 | 96 |
| **Race** | | | | | | | | | | | |
| White........................ | 3,022 | 94 | 1,181 | 39 | 97 | 523 | 17 | 98 | 1,095 | 36 | 97 |
| Black........................ | 70 | 2 | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| All others.................... | 123 | 4 | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| **Annual Household Income** | | | | | | | | | | | |
| Under $10,000................ | 58 | 2 | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| $10,000 to $19,999............ | 131 | 4 | *62 | *47 | *5 | ... | ... | ... | *58 | *44 | *5 |
| $20,000 to $29,999............ | 334 | 10 | *117 | *35 | *10 | ... | ... | ... | *106 | *32 | *9 |
| $30,000 to $39,999............ | 391 | 12 | *95 | *24 | *8 | ... | ... | ... | *85 | *22 | *8 |
| $40,000 to $49,999............ | 304 | 9 | *99 | *33 | *8 | ... | ... | ... | *96 | *31 | *8 |
| $50,000 to $74,999............ | 711 | 22 | 325 | 46 | 27 | 157 | 22 | 30 | 300 | 42 | 27 |
| $75,000 to $99,999............ | 349 | 11 | *127 | *36 | *10 | *69 | *20 | *13 | *127 | *36 | *11 |
| $100,000 or more.............. | 372 | 12 | 243 | 65 | 20 | *88 | *24 | *17 | 226 | 61 | 20 |
| Not reported.................. | 565 | 18 | *129 | *23 | *11 | *57 | *10 | *11 | *114 | *20 | *10 |
| **Education** | | | | | | | | | | | |
| 11 years or less .............. | 389 | 12 | *60 | *15 | *5 | ... | ... | ... | *60 | *15 | *5 |
| 12 years .................... | 941 | 29 | 356 | 38 | 29 | *109 | *12 | *21 | 344 | 37 | 31 |
| 1 to 3 years college........... | 755 | 23 | 259 | 34 | 21 | *140 | *19 | *26 | 231 | 31 | 20 |
| 4 years college or more......... | 1,130 | 35 | 538 | 48 | 44 | 252 | 22 | 48 | 492 | 44 | 44 |

* Estimate based on a small sample size.      ... Sample size too small to report data reliably.

Note: Detail does not add to total because of multiple responses and nonresponse. Percent who participated shows the percent of each row's population who participated in the activity named by the column (the percent of those living in urban areas who participated, etc.). Percent columns show the percent of each column's participants who are described by the row heading (the percent of those who participated who live in urban areas, etc.).

BLM_0051790

**Table 33. Expenditures in Colorado by U.S. Residents for Wildlife Watching: 2001**

(Population 16 years old and older)

| Expenditure item | Expenditures (thousands of dollars) | Average per participant (dollars) | Spenders | | |
| --- | --- | --- | --- | --- | --- |
| | | | Number (thousands) | Percent of wildlife-watching participants[1] | Average per spender (dollars) |
| **Total, all items** | **624,402** | **402** | **1,470** | **95** | **425** |
| **TRIP EXPENDITURES** | | | | | |
| **Total trip-related** | **416,734** | **497** | **787** | **94** | **529** |
| Food and lodging | 278,931 | 333 | 741 | 88 | 376 |
| Food | 148,834 | 178 | 737 | 88 | 202 |
| Lodging | 130,097 | 155 | 369 | 44 | 353 |
| Transportation | 120,020 | 143 | 746 | 89 | 161 |
| Other trip costs[2] | 17,784 | 21 | 306 | 37 | 58 |
| **EQUIPMENT AND OTHER EXPENDITURES** | | | | | |
| **Total** | **207,668** | **134** | **1,062** | **68** | **196** |
| **Wildlife-watching equipment, total** | **136,154** | **88** | **906** | **58** | **150** |
| Binoculars, spotting scopes | *6,076 | *4 | *114 | *7 | *53 |
| Film and developing | 23,224 | 15 | 396 | 26 | 59 |
| Cameras, special lenses, videocameras, and other photographic equipment | *36,102 | *23 | *139 | *9 | *260 |
| Day packs, carrying cases, and special clothing | *18,421 | *12 | *130 | *8 | *142 |
| Bird food | 36,050 | 23 | 571 | 37 | 63 |
| Food for other wildlife | *4,452 | *3 | *131 | *8 | *34 |
| Nest boxes, bird houses, bird feeders, and bird baths | 9,615 | 6 | 270 | 17 | 36 |
| Other equipment (including field guides) | *2,214 | *1 | *101 | *7 | *22 |
| Auxiliary equipment[3] | *19,969 | *13 | *145 | *9 | *138 |
| Special equipment[4] | ... | ... | ... | ... | ... |
| Magazines and books | 8,739 | 6 | 245 | 16 | 36 |
| Membership dues and contributions | 9,639 | 6 | 187 | 12 | 52 |
| Land leasing and ownership | ... | ... | ... | ... | ... |
| Plantings | 9,767 | 9 | 177 | 16 | 55 |

* Estimate based on a small sample size.   ... Sample size too small to report data reliably.

[1] Percent of wildlife-watching participants column for trip-related expenditures is based on nonresidential participants. For equipment and other expenditures, the percent of wildlife-watching participants column is based on total wildlife-watching participants.
[2] Includes equipment rental and fees for guides, pack trips, public land use and private land use, boat fuel, other boating costs, and heating and cooking fuel.
[3] Includes tents, tarps, frame packs and other backpacking equipment, other camping equipment, and other auxiliary equipment.
[4] Includes travel or tent trailers, off-the-road vehicles, pickups, campers or vans, motor homes, boats, and other special equipment.

Note: Detail does not add to total because of multiple responses and nonresponse.

BLM_0051791

Table 34. **Trip and Equipment Expenditures in Colorado for Wildlife Watching by Residents and Nonresidents: 2001**

(Population 16 years old and older)

| Expenditure item | Amount (thousands of dollars) | Spenders (thousands) | Average per spender (dollars) | Average per participant (dollars) |
|---|---|---|---|---|
| **STATE RESIDENTS AND NONRESIDENTS** | | | | |
| **Total**................................................ | **589,563** | **1,382** | **427** | **380** |
| Food and lodging................................... | 278,931 | 741 | 376 | 333 |
| Transportation ..................................... | 120,020 | 746 | 161 | 143 |
| Other trip costs[1]................................... | 17,784 | 306 | 58 | 21 |
| Equipment[2]......................................... | 172,829 | 951 | 182 | 111 |
| **STATE RESIDENTS** | | | | |
| **Total**................................................ | **245,106** | **964** | **254** | **206** |
| Food and lodging................................... | 54,885 | 407 | 135 | 115 |
| Transportation ..................................... | 32,635 | 441 | 74 | 68 |
| Other trip costs[1]................................... | 7,083 | 186 | 38 | 15 |
| Equipment[2]......................................... | 150,503 | 822 | 183 | 126 |
| **NONRESIDENTS** | | | | |
| **Total**................................................ | **344,457** | **418** | **824** | **953** |
| Food and lodging................................... | 224,046 | 335 | 670 | 620 |
| Transportation ..................................... | 87,385 | 305 | 286 | 242 |
| Other trip costs[1]................................... | *10,701 | *120 | *89 | *30 |
| Equipment[2]......................................... | *22,326 | *129 | *172 | *62 |

* Estimate based on a small sample size.

[1] Includes equipment rental and fees for guides, pack trips, public land use, private land use, boat fuel, other boating costs, and heating and cooking fuel.
[2] Includes wildlife watching, auxiliary and special equipment.

Note: Detail does not add to total because of multiple responses and nonresponse. See Table 33 for a detailed listing of expenditure items.

BLM_0051792

Table 35. **Expenditures in the United States by Colorado Residents for Wildlife Watching: 2001**

(Population 16 years old and older)

| Expenditure item | Expenditures (thousands of dollars) | Average per participant (dollars) | Spenders | | |
|---|---|---|---|---|---|
| | | | Number (thousands) | Percent of wildlife-watching participants[1] | Average per spender (dollars) |
| **Total, all items** | **388,848** | **321** | **1,033** | **85** | **377** |
| **TRIP EXPENDITURES** | | | | | |
| **Total trip-related** | **183,470** | **385** | **488** | **102** | **376** |
| Food and lodging | 71,757 | 150 | 454 | 95 | 158 |
| Food | 44,390 | 93 | 450 | 94 | 99 |
| Lodging | 27,367 | 57 | 161 | 34 | 170 |
| Transportation | 91,266 | 191 | 472 | 99 | 193 |
| Other trip costs[2] | 20,447 | 43 | 223 | 47 | 92 |
| **EQUIPMENT AND OTHER EXPENDITURES** | | | | | |
| **Total** | **205,378** | **169** | **896** | **74** | **229** |
| **Wildlife-watching equipment, total** | **122,537** | **101** | **797** | **66** | **154** |
| Binoculars, spotting scopes | *6,053 | *5 | *113 | *9 | *53 |
| Film and developing | 22,074 | 18 | 368 | 30 | 60 |
| Cameras, special lenses, videocameras, and other photographic equipment | *34,581 | *29 | *136 | *11 | *255 |
| Day packs, carrying cases, and special clothing | *9,052 | *7 | *85 | *7 | *107 |
| Bird food | 35,808 | 30 | 569 | 47 | 63 |
| Food for other wildlife | *4,392 | *4 | *129 | *11 | *34 |
| Nest boxes, bird houses, bird feeders, and bird baths | 8,807 | 7 | 237 | 19 | 37 |
| Other equipment | *1,771 | *1 | *92 | *8 | *19 |
| Auxiliary equipment[3] | *15,949 | *13 | *124 | *10 | *129 |
| Special equipment[4] | ... | ... | ... | ... | ... |
| Magazines and books | 5,141 | 4 | 171 | 14 | 30 |
| Membership dues and contributions | 8,681 | 7 | 175 | 14 | 50 |
| Land leasing and ownership | ... | ... | ... | ... | ... |
| Plantings | 9,767 | 9 | 177 | 16 | 55 |

* Estimate based on a small sample size.      ... Sample size too small to report data reliably.

[1] Percent of wildlife-watching participants column for trip-related expenditures is based on nonresidential participants. For equipment and other expenditures, the percent of wildlife-watching participants column is based on total wildlife-watching participants.
[2] Includes equipment rental and fees for guides, pack trips, public land use and private land use, boat fuel, other boating costs, and heating and cooking fuel.
[3] Includes tents, tarps, frame packs and other backpacking equipment, other camping equipment, and other auxiliary equipment.
[4] Includes travel or tent trailers, off-the-road vehicles, pickups, campers or vans, motor homes, boats, and other special equipment.

Note: Detail does not add to total because of multiple responses and nonresponse.

BLM_0051793

Table 36. **Summary of Expenditures by Colorado Residents in State and Out of State for Wildlife Watching: 2001**

(State population 16 years old and older)

| Expenditure item | Amount (thousands of dollars) | Spenders (thousands) | Average per spender (dollars) | Average per participant (dollars) |
|---|---|---|---|---|
| **IN COLORADO** | | | | |
| **Expenditures for wildlife watching, total** . . . . . . . . . . . . . . . . . . . . . | **275,011** | **1,014** | **271** | **227** |
| Trip-related expenditures. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 94,603 | 449 | 211 | 198 |
| Wildlife-watching equipment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 117,848 | 797 | 148 | 97 |
| Auxiliary equipment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | *15,949 | *124 | *129 | *13 |
| Special equipment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... | ... |
| Other. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20,137 | 297 | 68 | 17 |
| **OUT OF STATE** | | | | |
| **Expenditures for wildlife watching, total** . . . . . . . . . . . . . . . . . . . . . | ***113,685** | ***140** | ***809** | ***94** |
| Trip-related expenditures. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | *88,867 | *105 | *848 | *167 |
| Wildlife-watching equipment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... | ... |
| Auxiliary equipment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... | ... |
| Special equipment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... | ... |
| Other. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... | ... |

\* Estimate based on a small sample size.      ... Sample size too small to report data reliably.

Note: See Table 33 for detailed listing of expenditure items.

*Colorado—U.S. Fish & Wildlife Service*

BLM_0051794

Table 37.  **Participation of Colorado Resident Wildlife-Watching Participants in Fishing and Hunting: 2001**

(State population 16 years old and older. Numbers in thousands)

| Participants | Total, nonresidential and residential | | Wildlife-watching activity | | | |
|---|---|---|---|---|---|---|
| | | | Nonresidential (away from home) | | Residential (around the home) | |
| | Number | Percent | Number | Percent | Number | Percent |
| **Total participants**. . . . . . . . . . . . . . . . . . . . . . . . . | **1,213** | **100** | **531** | **100** | **1,127** | **100** |
| Wildlife-watching participants who: | | | | | | |
| Did not fish or hunt . . . . . . . . . . . . . . . . . . . . . . . . | 839 | 69 | 309 | 58 | 811 | 72 |
| Fished or hunted . . . . . . . . . . . . . . . . . . . . . . . . . | 374 | 31 | 222 | 42 | 316 | 28 |
| Fished . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 352 | 29 | 213 | 40 | 295 | 26 |
| Hunted . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 85 | 7 | *48 | *9 | 69 | 6 |

* Estimate based on a small sample size.

Note: Detail does not add to total because of multiple responses and nonresponse.


Table 38.  **Participation of Colorado Resident Sportspersons in Wildlife-Watching Activities: 2001**

(State population 16 years old and older. Numbers in thousands)

| Sportspersons | Sportspersons | | Anglers | | Hunters | |
|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent |
| **Total Sportspersons**. . . . . . . . . . . . . . . . . . . . . . . . . | **679** | **100** | **626** | **100** | **168** | **100** |
| Sportspersons who: | | | | | | |
| Did not engage in wildlife-watching activities . . . . . . | 305 | 45 | 274 | 44 | 83 | 50 |
| Engaged in wildlife-watching activities . . . . . . . . . . . . | 374 | 55 | 352 | 56 | 85 | 50 |
| Nonresidential (away from home) . . . . . . . . . . . | 222 | 33 | 213 | 34 | *48 | *28 |
| Residential (around the home) . . . . . . . . . . . . . . | 316 | 46 | 295 | 47 | 69 | 41 |

* Estimate based on a small sample size.

Note: Detail does not add to total because of multiple responses and nonresponse.

BLM_0051795

Table 39. **Participants in Wildlife-Associated Recreation by Participant's State of Residence: 2001**

(Population 16 years old and older. Numbers in thousands)

| Participant's state of residence | Population | Total participants | | Sportspersons | | Wildlife-watching participants | |
|---|---|---|---|---|---|---|---|
| | | Number | Percent of population | Number | Percent of population | Number | Percent of population |
| **United States, total.........** | **212,298** | **82,302** | **39** | **37,805** | **18** | **66,105** | **31** |
| Alabama...................... | 3,427 | 1,323 | 39 | 726 | 21 | 965 | 28 |
| Alaska....................... | 454 | 320 | 70 | 205 | 45 | 241 | 53 |
| Arizona...................... | 3,700 | 1,296 | 35 | 437 | 12 | 1,107 | 30 |
| Arkansas..................... | 1,999 | 1,034 | 52 | 617 | 31 | 774 | 39 |
| California.................... | 25,982 | 6,873 | 26 | 2,486 | 10 | 5,491 | 21 |
| Colorado..................... | 3,215 | 1,518 | 47 | 679 | 21 | 1,213 | 38 |
| Connecticut.................. | 2,536 | 999 | 39 | 332 | 13 | 885 | 35 |
| Delaware..................... | 599 | 220 | 37 | 94 | 16 | 170 | 28 |
| Florida ...................... | 12,171 | 3,857 | 32 | 2,158 | 18 | 2,856 | 23 |
| Georgia...................... | 6,096 | 1,932 | 32 | 1,136 | 19 | 1,326 | 22 |
| Hawaii ...................... | 916 | 195 | 21 | 114 | 12 | 126 | 14 |
| Idaho........................ | 972 | 507 | 52 | 306 | 31 | 388 | 40 |
| Illinois...................... | 9,244 | 3,154 | 34 | 1,507 | 16 | 2,498 | 27 |
| Indiana ...................... | 4,558 | 2,179 | 48 | 914 | 20 | 1,786 | 39 |
| Iowa ........................ | 2,201 | 1,206 | 55 | 580 | 26 | 977 | 44 |
| Kansas ...................... | 2,017 | 942 | 47 | 491 | 24 | 735 | 36 |
| Kentucky..................... | 3,121 | 1,547 | 50 | 703 | 23 | 1,264 | 40 |
| Louisiana .................... | 3,306 | 1,330 | 40 | 833 | 25 | 844 | 26 |
| Maine ....................... | 1,005 | 607 | 60 | 256 | 26 | 520 | 52 |
| Maryland .................... | 4,078 | 1,546 | 38 | 571 | 14 | 1,311 | 32 |
| Massachusetts................ | 4,837 | 1,726 | 36 | 521 | 11 | 1,493 | 31 |
| Michigan..................... | 7,587 | 2,950 | 39 | 1,325 | 17 | 2,424 | 32 |
| Minnesota.................... | 3,688 | 2,388 | 65 | 1,437 | 39 | 1,993 | 54 |
| Mississippi .................. | 2,111 | 851 | 40 | 533 | 25 | 579 | 27 |
| Missouri ..................... | 4,206 | 2,010 | 48 | 1,076 | 26 | 1,612 | 38 |
| Montana ..................... | 699 | 438 | 63 | 279 | 40 | 362 | 52 |
| Nebraska..................... | 1,266 | 623 | 49 | 308 | 24 | 498 | 39 |
| Nevada...................... | 1,454 | 439 | 30 | 194 | 13 | 334 | 23 |
| New Hampshire ............... | 954 | 506 | 53 | 175 | 18 | 450 | 47 |
| New Jersey................... | 6,300 | 1,993 | 32 | 669 | 11 | 1,694 | 27 |
| New Mexico.................. | 1,337 | 595 | 45 | 256 | 19 | 471 | 35 |
| New York.................... | 14,201 | 3,987 | 28 | 1,492 | 11 | 3,522 | 25 |
| North Carolina ............... | 5,918 | 2,330 | 39 | 982 | 17 | 1,884 | 32 |
| North Dakota ................ | 483 | 228 | 47 | 170 | 35 | 135 | 28 |
| Ohio ........................ | 8,645 | 3,407 | 39 | 1,513 | 17 | 2,768 | 32 |
| Oklahoma.................... | 2,587 | 1,308 | 51 | 730 | 28 | 1,042 | 40 |
| Oregon ...................... | 2,630 | 1,545 | 59 | 611 | 23 | 1,286 | 49 |
| Pennsylvania................. | 9,303 | 4,169 | 45 | 1,648 | 18 | 3,522 | 38 |
| Rhode Island ................ | 765 | 280 | 37 | 96 | 13 | 242 | 32 |
| South Carolina ............... | 3,080 | 1,375 | 45 | 674 | 22 | 1,079 | 35 |
| South Dakota ................ | 559 | 326 | 58 | 176 | 31 | 251 | 45 |
| Tennessee.................... | 4,317 | 2,109 | 49 | 903 | 21 | 1,706 | 40 |
| Texas........................ | 15,445 | 4,515 | 29 | 2,745 | 18 | 3,088 | 20 |
| Utah ........................ | 1,554 | 736 | 47 | 468 | 30 | 572 | 37 |
| Vermont ..................... | 479 | 319 | 67 | 125 | 26 | 287 | 60 |
| Virginia...................... | 5,471 | 2,535 | 46 | 970 | 18 | 2,168 | 40 |
| Washington................... | 4,516 | 2,537 | 56 | 932 | 21 | 2,234 | 49 |
| West Virginia ................ | 1,447 | 694 | 48 | 353 | 24 | 517 | 36 |
| Wisconsin.................... | 4,059 | 2,489 | 61 | 1,141 | 28 | 2,159 | 53 |
| Wyoming .................... | 377 | 223 | 59 | 138 | 37 | 172 | 46 |

Note: Detail does not add to total because of multiple responses. U.S. totals include responses from participants residing in the District of Columbia, as
described in the statistical accuracy appendix.

*Colorado—U.S. Fish & Wildlife Service*

BLM_0051796

Table 40. **Participants in Wildlife-Associated Recreation by State Where Activity Took Place: 2001**

(Population 16 years old and older. Numbers in thousands)

| State where activity took place | Total participants | | Sportspersons | | Wildlife-watching participants | |
|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent |
| **United States, total. . . . . . . . . .** | **82,302** | **100** | **37,805** | **46** | **66,105** | **80** |
| Alabama. . . . . . . . . . . . . . . . . . . . . | 1,557 | 100 | 1,021 | 66 | 1,016 | 65 |
| Alaska. . . . . . . . . . . . . . . . . . . . . . | 632 | 100 | 457 | 72 | 420 | 67 |
| Arizona. . . . . . . . . . . . . . . . . . . . . | 1,720 | 100 | 486 | 28 | 1,465 | 85 |
| Arkansas. . . . . . . . . . . . . . . . . . . . | 1,369 | 100 | 960 | 70 | 841 | 61 |
| California. . . . . . . . . . . . . . . . . . . . | 7,231 | 100 | 2,556 | 35 | 5,720 | 79 |
| Colorado. . . . . . . . . . . . . . . . . . . . | 2,138 | 100 | 1,077 | 50 | 1,552 | 73 |
| Connecticut. . . . . . . . . . . . . . . . . . | 1,151 | 100 | 356 | 31 | 967 | 84 |
| Delaware. . . . . . . . . . . . . . . . . . . . | 321 | 100 | 157 | 49 | 232 | 72 |
| Florida . . . . . . . . . . . . . . . . . . . . . | 4,860 | 100 | 3,158 | 65 | 3,240 | 67 |
| Georgia . . . . . . . . . . . . . . . . . . . . . | 2,198 | 100 | 1,236 | 56 | 1,494 | 68 |
| Hawaii . . . . . . . . . . . . . . . . . . . . . | 324 | 100 | 151 | 46 | 220 | 68 |
| Idaho. . . . . . . . . . . . . . . . . . . . . . . | 868 | 100 | 486 | 56 | 643 | 74 |
| Illinois. . . . . . . . . . . . . . . . . . . . . . | 3,390 | 100 | 1,366 | 40 | 2,627 | 77 |
| Indiana. . . . . . . . . . . . . . . . . . . . . | 2,427 | 100 | 965 | 40 | 1,866 | 77 |
| Iowa . . . . . . . . . . . . . . . . . . . . . . . | 1,334 | 100 | 645 | 48 | 1,022 | 77 |
| Kansas . . . . . . . . . . . . . . . . . . . . . | 1,091 | 100 | 563 | 52 | 807 | 74 |
| Kentucky . . . . . . . . . . . . . . . . . . . . | 1,834 | 100 | 901 | 49 | 1,362 | 74 |
| Louisiana . . . . . . . . . . . . . . . . . . . | 1,558 | 100 | 1,059 | 68 | 935 | 60 |
| Maine . . . . . . . . . . . . . . . . . . . . . . | 975 | 100 | 449 | 46 | 778 | 80 |
| Maryland . . . . . . . . . . . . . . . . . . . | 1,911 | 100 | 752 | 39 | 1,524 | 80 |
| Massachusetts. . . . . . . . . . . . . . . . | 1,988 | 100 | 632 | 32 | 1,686 | 85 |
| Michigan . . . . . . . . . . . . . . . . . . . . | 3,481 | 100 | 1,659 | 48 | 2,666 | 77 |
| Minnesota . . . . . . . . . . . . . . . . . . . | 2,915 | 100 | 1,733 | 59 | 2,155 | 74 |
| Mississippi . . . . . . . . . . . . . . . . . . | 1,017 | 100 | 720 | 71 | 631 | 62 |
| Missouri . . . . . . . . . . . . . . . . . . . . | 2,494 | 100 | 1,382 | 55 | 1,826 | 73 |
| Montana . . . . . . . . . . . . . . . . . . . . | 871 | 100 | 463 | 53 | 687 | 79 |
| Nebraska. . . . . . . . . . . . . . . . . . . . | 768 | 100 | 382 | 50 | 565 | 74 |
| Nevada. . . . . . . . . . . . . . . . . . . . . | 657 | 100 | 193 | 29 | 543 | 83 |
| New Hampshire . . . . . . . . . . . . . . . | 892 | 100 | 295 | 33 | 766 | 86 |
| New Jersey. . . . . . . . . . . . . . . . . . . | 2,345 | 100 | 855 | 36 | 1,895 | 81 |
| New Mexico. . . . . . . . . . . . . . . . . . | 884 | 100 | 379 | 43 | 671 | 76 |
| New York . . . . . . . . . . . . . . . . . . . . | 4,620 | 100 | 1,760 | 38 | 3,885 | 84 |
| North Carolina . . . . . . . . . . . . . . . . | 2,882 | 100 | 1,386 | 48 | 2,168 | 75 |
| North Dakota . . . . . . . . . . . . . . . . . | 322 | 100 | 259 | 81 | 190 | 59 |
| Ohio . . . . . . . . . . . . . . . . . . . . . . . | 3,658 | 100 | 1,540 | 42 | 2,897 | 79 |
| Oklahoma. . . . . . . . . . . . . . . . . . . . | 1,529 | 100 | 838 | 55 | 1,131 | 74 |
| Oregon . . . . . . . . . . . . . . . . . . . . . | 2,051 | 100 | 761 | 37 | 1,680 | 82 |
| Pennsylvania. . . . . . . . . . . . . . . . . . | 4,570 | 100 | 1,783 | 39 | 3,794 | 83 |
| Rhode Island . . . . . . . . . . . . . . . . | 399 | 100 | 181 | 45 | 298 | 75 |
| South Carolina . . . . . . . . . . . . . . . | 1,666 | 100 | 922 | 55 | 1,186 | 71 |
| South Dakota . . . . . . . . . . . . . . . . . | 518 | 100 | 349 | 67 | 358 | 69 |
| Tennessee . . . . . . . . . . . . . . . . . . . | 2,671 | 100 | 1,062 | 40 | 2,084 | 78 |
| Texas. . . . . . . . . . . . . . . . . . . . . . . | 4,949 | 100 | 2,857 | 58 | 3,240 | 65 |
| Utah . . . . . . . . . . . . . . . . . . . . . . . | 1,091 | 100 | 585 | 54 | 806 | 74 |
| Vermont . . . . . . . . . . . . . . . . . . . . | 569 | 100 | 211 | 37 | 496 | 87 |
| Virginia. . . . . . . . . . . . . . . . . . . . . | 3,001 | 100 | 1,137 | 38 | 2,460 | 82 |
| Washington. . . . . . . . . . . . . . . . . . . | 2,970 | 100 | 1,024 | 34 | 2,496 | 84 |
| West Virginia . . . . . . . . . . . . . . . . | 843 | 100 | 444 | 53 | 605 | 72 |
| Wisconsin . . . . . . . . . . . . . . . . . . . | 3,165 | 100 | 1,611 | 51 | 2,442 | 77 |
| Wyoming . . . . . . . . . . . . . . . . . . . . | 662 | 100 | 373 | 56 | 498 | 75 |

Note: Detail does not add to total because of multiple responses. U.S. totals include responses from participants residing in the District of Columbia, as described in the statistical accuracy appendix.

BLM_0051797

Table 41. **Anglers and Hunters by State Where Fishing or Hunting Took Place: 2001**

(Population 16 years old and older. Numbers in thousands)

| State where fishing or hunting took place | Anglers | | | | | | Hunters | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total anglers, residents and nonresidents | | Residents | | Nonresidents | | Total hunters, residents and nonresidents | | Residents | | Nonresidents | |
| | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| **United States, total.....** | **34,071** | **100** | **31,218** | **92** | **7,880** | **23** | **13,034** | **100** | **12,377** | **95** | **2,027** | **16** |
| Alabama................ | 851 | 100 | 610 | 72 | 241 | 28 | 423 | 100 | 307 | 73 | 116 | 27 |
| Alaska................. | 421 | 100 | 183 | 43 | 239 | 57 | 93 | 100 | 72 | 77 | *21 | *23 |
| Arizona................ | 419 | 100 | 351 | 84 | 68 | 16 | 148 | 100 | 119 | 81 | *28 | *19 |
| Arkansas............... | 782 | 100 | 539 | 69 | 243 | 31 | 431 | 100 | 303 | 70 | 128 | 30 |
| California.............. | 2,444 | 100 | 2,288 | 94 | 156 | 6 | 274 | 100 | 261 | 95 | *12 | *5 |
| Colorado............... | 915 | 100 | 560 | 61 | 357 | 39 | 281 | 100 | 159 | 57 | 121 | 43 |
| Connecticut............ | 346 | 100 | 271 | 78 | 75 | 22 | 45 | 100 | *35 | *77 | ... | ... |
| Delaware............... | 148 | 100 | 71 | 47 | *78 | *53 | 16 | 100 | 13 | 81 | ... | ... |
| Florida................ | 3,104 | 100 | 2,057 | 66 | 1,047 | 34 | 226 | 100 | 191 | 84 | *35 | *16 |
| Georgia................ | 1,086 | 100 | 947 | 87 | 139 | 13 | 417 | 100 | 355 | 85 | *62 | *15 |
| Hawaii ................ | 150 | 100 | 109 | 73 | *41 | *27 | 17 | 100 | 17 | 100 | ... | ... |
| Idaho.................. | 416 | 100 | 251 | 60 | 165 | 40 | 197 | 100 | 150 | 76 | 47 | 24 |
| Illinois................ | 1,237 | 100 | 1,157 | 94 | 80 | 6 | 310 | 100 | 246 | 79 | *64 | *21 |
| Indiana ................ | 874 | 100 | 784 | 90 | 90 | 10 | 290 | 100 | 269 | 93 | ... | ... |
| Iowa .................. | 542 | 100 | 471 | 87 | 70 | 13 | 243 | 100 | 195 | 80 | *48 | *20 |
| Kansas ................ | 404 | 100 | 357 | 88 | *47 | *12 | 291 | 100 | 189 | 65 | 103 | 35 |
| Kentucky............... | 780 | 100 | 590 | 76 | 190 | 24 | 323 | 100 | 269 | 83 | *54 | *17 |
| Louisiana.............. | 970 | 100 | 757 | 78 | 213 | 22 | 333 | 100 | 295 | 89 | *38 | *11 |
| Maine ................. | 376 | 100 | 212 | 56 | 165 | 44 | 164 | 100 | 123 | 75 | 41 | 25 |
| Maryland .............. | 701 | 100 | 457 | 65 | 243 | 35 | 145 | 100 | 115 | 80 | *30 | *20 |
| Massachusetts.......... | 615 | 100 | 425 | 69 | 191 | 31 | 66 | 100 | 64 | 97 | ... | ... |
| Michigan............... | 1,354 | 100 | 1,002 | 74 | 352 | 26 | 754 | 100 | 705 | 94 | *48 | *6 |
| Minnesota.............. | 1,624 | 100 | 1,293 | 80 | 331 | 20 | 597 | 100 | 568 | 95 | *29 | *5 |
| Mississippi............. | 586 | 100 | 450 | 77 | 136 | 23 | 357 | 100 | 245 | 69 | 111 | 31 |
| Missouri ............... | 1,215 | 100 | 942 | 78 | 272 | 22 | 489 | 100 | 405 | 83 | 84 | 17 |
| Montana ............... | 349 | 100 | 212 | 61 | 138 | 39 | 229 | 100 | 170 | 74 | 59 | 26 |
| Nebraska............... | 296 | 100 | 241 | 81 | 55 | 19 | 173 | 100 | 124 | 72 | *49 | *28 |
| Nevada................. | 172 | 100 | 119 | 69 | *53 | *31 | 47 | 100 | 42 | 90 | ... | ... |
| New Hampshire .......... | 267 | 100 | 147 | 55 | 119 | 45 | 78 | 100 | 52 | 67 | *26 | *33 |
| New Jersey............. | 806 | 100 | 531 | 66 | 275 | 34 | 135 | 100 | 108 | 80 | ... | ... |
| New Mexico............. | 314 | 100 | 197 | 63 | *116 | *37 | 130 | 100 | 105 | 80 | *26 | *20 |
| New York............... | 1,550 | 100 | 1,243 | 80 | 307 | 20 | 714 | 100 | 635 | 89 | 79 | 11 |
| North Carolina.......... | 1,287 | 100 | 831 | 65 | 456 | 35 | 295 | 100 | 272 | 92 | *23 | *8 |
| North Dakota ........... | 179 | 100 | 119 | 67 | *59 | *33 | 139 | 100 | 87 | 63 | *52 | *37 |
| Ohio .................. | 1,371 | 100 | 1,225 | 89 | 146 | 11 | 490 | 100 | 452 | 92 | *38 | *8 |
| Oklahoma.............. | 774 | 100 | 648 | 84 | 126 | 16 | 261 | 100 | 241 | 92 | *20 | *8 |
| Oregon ................ | 687 | 100 | 513 | 75 | 174 | 25 | 248 | 100 | 234 | 94 | *15 | *6 |
| Pennsylvania............ | 1,266 | 100 | 1,032 | 82 | 234 | 18 | 1,000 | 100 | 858 | 86 | 142 | 14 |
| Rhode Island ........... | 179 | 100 | 86 | 48 | 93 | 52 | *9 | *100 | *7 | *83 | ... | ... |
| South Carolina .......... | 812 | 100 | 571 | 70 | 241 | 30 | 265 | 100 | 221 | 83 | *44 | *17 |
| South Dakota ........... | 214 | 100 | 140 | 65 | 75 | 35 | 209 | 100 | 90 | 43 | 119 | 57 |
| Tennessee .............. | 903 | 100 | 709 | 79 | 194 | 21 | 359 | 100 | 288 | 80 | 71 | 20 |
| Texas.................. | 2,372 | 100 | 2,151 | 91 | 221 | 9 | 1,201 | 100 | 1,101 | 92 | 100 | 8 |
| Utah................... | 517 | 100 | 388 | 75 | 129 | 25 | 198 | 100 | 177 | 89 | *22 | *11 |
| Vermont ............... | 171 | 100 | 96 | 56 | 75 | 44 | 100 | 100 | 74 | 74 | *26 | *26 |
| Virginia................ | 1,010 | 100 | 761 | 75 | 248 | 25 | 355 | 100 | 279 | 79 | *75 | *21 |
| Washington ............ | 938 | 100 | 808 | 86 | 130 | 14 | 227 | 100 | 210 | 92 | ... | ... |
| West Virginia ........... | 318 | 100 | 250 | 79 | *67 | *21 | 284 | 100 | 229 | 81 | *55 | *19 |
| Wisconsin .............. | 1,412 | 100 | 941 | 67 | 471 | 33 | 660 | 100 | 588 | 89 | *72 | *11 |
| Wyoming ............... | 293 | 100 | 117 | 40 | 176 | 60 | 133 | 100 | 65 | 49 | 68 | 51 |

* Estimate based on a small sample size.   ... Sample size too small to report data reliably.

Note: Detail does not add to total because of multiple responses. U.S. totals include responses from participants residing in the District of Columbia, as described in the statistical accuracy appendix.

*Colorado—U.S. Fish & Wildlife Service*

BLM_0051798

# *Appendix A*



BLM_0051799

# Appendix A.
# Definitions

**Annual household income**—Total 2001 income of household members before taxes and other deductions.

**Auxiliary equipment**—Equipment owned primarily for wildlife-associated recreation. These include for the sportspersons section—camping bags, packs, duffel bags and tents, binoculars, field glasses, telescopes, special fishing and hunting clothing, foul weather gear, boots, waders, and processing and taxidermy costs; and for the wildlife-watching section—tents, tarps, frame packs, backpacking equipment and other camping equipment.

**Big game**—Antelope, bear, deer, elk, moose, wild turkey, and similar large animals which are hunted.

**Birding life list**—A tally of bird species seen during a birder's lifetime.

## Census Divisions

### East North Central
Illinois
Indiana
Michigan
Ohio
Wisconsin

### East South Central
Alabama
Kentucky
Mississippi
Tennessee

### Middle Atlantic
New Jersey
New York
Pennsylvania

### Mountain
Arizona
Colorado
Idaho
Montana
Nevada
New Mexico
Utah
Wyoming

### New England
Connecticut
Maine
Massachusetts
New Hampshire
Rhode Island
Vermont

### Pacific
Alaska
California
Hawaii
Oregon
Washington

### South Atlantic
Delaware
District of Columbia
Florida
Georgia
Maryland
North Carolina
South Carolina
Virginia
West Virginia

### West North Central
Kansas
Iowa
Minnesota
Missouri
Nebraska
North Dakota
South Dakota

### West South Central
Arkansas
Louisiana
Oklahoma
Texas

**Day**—Any part of a day spent in a given activity. For example, if someone hunted 2 hours 1 day and 3 hours another day, it would be recorded as 2 days of hunting. If someone hunted 2 hours in the morning and 3 hours in the evening of the same day, it would be considered 1 day of hunting.

**Education**—The highest completed grade of school or year of college.

**Expenditures**—Money spent in 2001 for wildlife-related recreation trips in the United States and wildlife-related recreational equipment purchased in the United States. Expenditures include both money spent by participants for themselves and the value of gifts they received.

**Federal land**—Public land owned by the federal government such as National Forests and National Wildlife Refuges.

**Fishing**—The sport of catching or attempting to catch fish with a hook, line, bow and arrow, or spear; it also includes catching or gathering shellfish (clams, crabs, etc.); and the noncommercial seining or netting of fish, unless the fish are for use as bait. For example, seining for smelt is fishing, but seining for bait minnows is not included as fishing.

**Fishing equipment**—Items owned primarily for fishing. These items are listed in Table 19.

**Freshwater**—Reservoirs, lakes, ponds, and the nontidal portions of rivers and streams.

**Great Lakes fishing**—Fishing in Lakes Superior, Michigan, Huron, St. Clair, Erie, and Ontario, their connecting waters such as the St. Marys River system, Detroit River, St. Clair River, and the Niagara River, and the St. Lawrence River south of the bridge at Cornwall, New York. Great Lakes fishing includes fishing in tributaries of the Great Lakes for smelt, steelhead, and salmon.

BLM_0051800

**Home**—The starting point of a wildlife-related recreational trip. It may be a permanent residence or a temporary or seasonal residence such as a cabin.

**Hunting**—The sport of shooting or attempting to shoot wildlife with firearms or archery equipment.

**Hunting equipment**—Items owned primarily for hunting. These items are listed in Table 20.

**Local land**—Public land owned by local government such as county parks or municipal watersheds.

**Maintain natural areas**—To set aside one-quarter acre or more of natural environment such as wood lots or open fields for the primary purpose of benefiting wildlife.

**Maintain plantings**—To introduce or encourage the growth of food and cover plants for the primary purpose of benefiting wildlife.

**Metropolitan statistical area (MSA)**—Except in the New England States, an MSA is a county or group of contiguous counties containing at least one city of 50,000 or more inhabitants or twin cities (i.e., cities with contiguous boundaries and constituting, for general social and economic purposes, a single community) with a combined population of at least 50,000. Also included in an MSA are contiguous counties that are socially and economically integrated with the central city. In the New England States, an MSA consists of towns and cities instead of counties. Each MSA must include at least one central city.

**Migratory birds**—Birds that regularly migrate from one region or climate to another. The survey focuses on migratory birds which may be hunted, including bandtailed pigeons, coots, ducks, doves, gallinules, geese, rails, and woodcocks.

**Multiple responses**—The term used to reflect the fact that individuals or their characteristics fall into more than one reporting category. An example of a big game hunter who hunted for deer and elk demonstrates the effect of multiple responses. In this case, adding the number of deer hunters (1) and elk hunters (1) would over state the number of big game hunters (1) because deer and elk hunters are not mutually exclusive

categories. In contrast, total participants is the sum of male and female participants, because male and female are mutually exclusive categories.

**Nonresidential activity (away from home)**—Trips or outings at least 1 mile from home for the primary purpose of observing, photographing, or feeding wildlife. Trips to zoos, circuses, aquariums, and museums are not included.

**Nonresidents**—Individuals who do not live in the state being reported. For example, a person living in Texas who watches whales in California is a nonresident participant in California.

**Nonresponse**—Nonresponse is a term used to reflect the fact that some survey respondents provide incomplete sets of information. For example, a survey respondent may have been unable to identify the primary type of hunting for which a gun was bought. Hunting expenditures will reflect the gun purchase, but it will not appear as spending for big game or any other type of hunting. Nonresponses result in reported totals that are greater than the sum of their parts.

**Observe**—To take special interest in or try to identify birds, fish, or other wildlife.

**Other animals**—Coyotes, crows, foxes, groundhogs, prairie dogs, raccoons, and similar animals that are often regarded as varmints or pests. Other animals may be classified as unprotected or nongame animals by the state in which they are hunted.

**Participants**—Individuals who engaged in fishing, hunting, or a wildlife-watching activity.

**Primary purpose**—The principal motivation for an activity, trip, or expenditure.

**Public areas**—Public lands owned by local, state, or federal governments.

**Public land**—Land that is owned by the local, state, or federal government.

**Private land**—Land that is owned by a private individual, group of individuals, or nongovernmental organization.

**Residential activity (around the home)**—Activity within 1 mile of home with a primary purpose: (1) closely observing or trying to identify birds or other wildlife, (2) photographing wildlife, (3) feeding birds or other wildlife, (4) maintaining natural areas of at least one-quarter acre primarily for the benefit of wildlife, (5) maintaining plantings (shrubs, agricultural crops, etc.) primarily for the benefit of wildlife, or (6) visiting public parks within 1 mile of home to observe, photograph, or feed wildlife.

**Residents**—Individuals who lived in the state being reported. For example, persons who live in California and watch whales in California are resident participants in California.

**Rural**—Respondent lived in a rural nonfarm, or rural farm area, as determined by Census.

**Saltwater**—Oceans, tidal bays and sounds, and the tidal portions of rivers and streams.

**Screening interviews**—The first survey contact with a household. Screening interviews with a household representative in each household to identify respondents who are eligible for indepth interviews. Screening interviews gather data about the individuals in the households, such as their age and sex. Screening interviews are discussed in the Survey Background and Method section of this report.

**Small game**—Grouse, partridge, pheasants, quail, rabbits, squirrels, and similar small animals and birds for which many states have small game seasons and bag limits.

**Special equipment**—Items of equipment that are owned primarily for wildlife-related recreation. These include for the sportsmen section bass boat and other types of motor boat; canoe and other types of nonmotor boat; boat motor, boat trailer/hitch, and other boat accessories; pickup, camper, van, travel or tent trailer, motor home, house trailer, RV, cabin; and trail bike, dune buggy, 4x4 vehicle, four-wheeler, and snowmobile. For the wildlife-watching section these include off-the-road vehicles such as snowmobiles, four-wheeler, 4x4 vehicle, trail bike, dune buggy, travel or tent trailer, motor home, pickup, camper, van,

BLM_0051801

house trailer, RV, boat and boat accessories, and cabin.

**Spenders**—Individuals who reported an expenditure value for fishing, hunting, or wildlife-watching activities or equipment.

**Sportspersons**—Individuals who engaged in fishing, hunting, or both.

**State land**—Public land owned by a state such as state parks or state wildlife management areas.

**Trip**—An outing involving fishing, hunting, or wildlife-watching activities. In the context of this survey, a trip may begin from an individual's principal residence or from another place, such as a vacation home or the home of a

relative. A trip may last an hour, a day, or many days.

**Type of fishing**—Three types of fishing are reported:  fishing in (1) freshwater except Great Lakes, (2) Great Lakes, and (3) saltwater.

**Type of hunting**—Four types of hunting are reported:  hunting for (1) big game, (2) small game, (3) migratory bird, and (4) other animals.

**Urban**—Respondent lived in an urban area, as determined by the U.S. Census Bureau.

**Wildlife**—Animals such as birds, fish, insects, mammals, amphibians, and reptiles that are living in natural or wild environments. Wildlife does not include

animals living in aquariums, zoos, and other artificial surroundings or domestic animals such as farm animals or pets.

**Wildlife-associated recreation**—Recreational fishing, hunting, or wildlife watching.

**Wildlife-watching activity**—An activity engaged in primarily for the purpose of feeding, photographing, or observing fish or other wildlife. In previous years, this was termed nonconsumptive activity. (See also residential and nonresidential activities.)

**Wildlife-watching equipment**—Items owned primarily for observing, photographing, or feeding wildlife. These items are listed in Table 33.

BLM_0051802

# *Appendix B*



# Appendix B.
# National and Regional
# 1991-2001 Comparisons

Appendix B provides national and regional trend information based on the 1991, 1996, and 2001 Surveys. Since all three surveys used similar methodologies, their published information is directly comparable.

## Fishing and Hunting

Comparing national hunting and fishing estimates for the 1991, 1996, and 2001 Surveys found participation declined over that 10-year time period. In 1991 and 1996, the number of people who hunted and fished remained essentially unchanged. In 2001, the overall number of people who hunted and fished declined from their 1991/1996 levels. In 1991, there were 35.6 million anglers and 14.1 million hunters. In 1996, there were 35.2 million anglers and 14.0 million hunters. In 2001, there were 34.1 million anglers—a 4 percent drop from its 1991 level, and 13.0 million hunters—a 7 percent drop from 1991.

The amount of time people spent fishing and hunting fluctuated between 1991 and 2001. The number of days spent fishing rose 22 percent between 1991 and 1996 and then fell 11 percent between 1996 and 2001. Days of hunting followed a similar pattern. Between 1991 and 1996, hunting days increased 9 percent but then fell 11 percent between 1996 and 2001.

The amount of money spent for fishing and hunting trips and equipment rose from 1991 to 1996 and fell from 1996 to 2001. Total fishing expenditures rose 37 percent from $31.2 billion in 1991 to $42.7 billion in 1996; and, then fell 17 percent to $35.6 billion in 2001. Likewise, hunting expenditures increased from $16.0 billion in 1991 to $23.3 billion in 1996—45 percent increase—and then fell 12 percent to $20.6 billion in 2001.

## Wildlife Watching

Comparing the results from the last three surveys finds different trends for various types of wildlife watching. The number of wildlife watchers decreased 17 percent from 1991 to 1996 and increased 5 percent from 1996 to 2001—with 76.1 million participants in 1991, 62.9 million in 1996, and 66.1 million in 2001. Residential wildlife watching, the preeminent type of wildlife watching, lead this trend with an 18 percent drop from 1991 to 1996 and a 4 percent increase from 1996 to 2001. Unlike residential wildlife watching, nonresidential wildlife watching dropped throughout the '90s and early '00s with a 21 percent drop from 1991 to 1996 and an 8 percent drop from 1996 to 2001. Days afield by participants tended upward, counter to the trend in participation, although the increase is not statistically significant. Total expenditures for wildlife watching increased 21 percent from 1991 to 1996 and 16 percent from 1996 to 2001, making an overall increase of 41 percent from 1991 to 2001.

## Differences in the 1991, 1996, and 2001 Surveys

The 1996 and 2001 Surveys underwent a number of changes in order to improve data collection, lower costs, and meet the data needs of its users. The most significant design differences in the three surveys are as follows:

1. The 1991 Survey data was collected by interviewers filling out paper questionnaires. The data entries were keyed in a separate operation after the interview. The 1996 and 2001 survey data were collected by the use of computer-assisted interviews. The questionnaires were programmed into computers, and interviewers keyed in the responses at the time of the interview.

2. The 1991 Survey screening phase was conducted in January and February of 1991, when the sample households were contacted and a household respondent was interviewed on behalf of the entire household. The 1991 screening interview consisted primarily of sociodemographic questions and wildlife-related recreation questions concerning activity in the year 1990 and intentions for the year 1991. The screening interviews for the 1996 and 2001 Surveys were conducted April through June of their survey years in conjunction with the first wave of the detailed interviews. The screening interviews consisted primarily of sociodemographic questions and wildlife-related recreation questions concerning activity in the previous year (1995 or 2000) and intentions for the survey year (1996 or 2001).

3. In the 1991 Survey, an attempt was made to contact every sample person in all three detailed interview waves. In 1996 and 2001, respondents who were interviewed in the first detailed interview wave were not contacted again until the third wave. Also, all interviews in the second wave were conducted by telephone. In-person interviews were only conducted in the first and third waves.

## Important instrument differences in the 1991, 1996, and 2001 Surveys

1. The 1991 Survey collected information on all wildlife-related recreation purchases made by participants without reference to where the purchase was made. The 1996 and 2001 Surveys asked in which state the purchase was made.

2. In 1991, respondents were asked what kind of fishing they did, i.e., Great Lakes, other freshwater, or saltwater, and then were asked in what states they fished. In 1996 and 2001, respondents were asked in which states they fished and then were asked the pertinent kind of fishing questions. This method had the advantage of not asking about,

BLM_0051804

for example, saltwater fishing when they only fished in a noncoastal state. In 1991, respondents were asked how many days they "actually" hunted or fished for a particular type of game or fish and then how many days they "chiefly" hunted or fished for the same type of game or fish rather than another type of game or fish. To get total days of hunting or fishing for a particular type of game or fish, the "actually" day response was used, while to get the sum of all days of hunting or fishing, the "chiefly" days were summed. In 1996 and 2001, respondents were asked their total days of hunting or fishing in the United States and each state, then how many days they hunted or fished for a particular type of game or fish.

Trip-related and equipment expenditure categories were not the same for all Surveys. "Guide fee" and "Pack trip or package fee" were two separate trip-related expenditure items in 1991, while they were combined into one category in the 1996 and 2001 Surveys. "Boating costs" was added to the 1996 and 2001 hunting and wildlife-watching trip-related expenditure sections. "Heating and cooking fuel" was added to all of the trip-related expenditure sections. "Spearfishing equipment" was moved from a separate category to the "Other" list. "Rods" and "Reels" were two separate categories in 1991 but were combined in 1996 and 2001. "Lines, hooks, sinkers, etc." was one category in 1991 but split into "Lines" and "Hooks, sinkers, etc." in 1996 and 2001. "Food used to feed other wildlife" was added to the wildlife-watching equipment section, "Boats" and "Cabins" were added to the wildlife-watching special equipment section, and "Land leasing and ownership" was added to the wildlife-watching expenditures section.

5.  Questions asking sportspersons if they participated as much as they wanted were added in 1996 and 2001. If the sportspersons said no, they were asked why not.

6.  The 1991 Survey included questions about participation in organized fishing competitions; anglers using bows and arrows, nets or seines, or spearfishing; hunters using pistols or handguns and target shooting in preparation for hunting. These questions were not asked in 1996 and 2001.

7.  The 1996 Survey included questions about catch and release fishing and persons with disabilities participating in wildlife-related recreation. These questions were not part of the 1991 Survey. The 2001 Survey included questions about persons with disabilities participating in wildlife-related recreation but not about catch and release fishing.

8.  The 1991 Survey included questions about average distance traveled to recreation sites. These questions were not included in the 1996 and 2001 Surveys.

9.  The 1996 Survey included questions about the last trip the respondent took. Included were questions about the type of trip, where the activity took place, and the distance and direction to the site visited. These questions were not asked in 2001.

10. The 1991 Survey collected data on hunting, fishing, and wildlife watching by U.S. residents in Canada. The 1996 and 2001 Surveys collected data on fishing and wildlife-watching by U.S. residents in Canada.

## Important instrument changes in the 2001 Survey

1.  The 1991 and 1996 single race category "Asian or Pacific Islander" was changed to two categories "Asian" and "Native Hawaiian or Other Pacific Islander." In 1991 and 1996, the respondent was required to pick only one category, while in 2001 the respondent could pick any combination of categories. The next question stipulated that the respondent could only be identified with one category and then asked what that category was.

2.  The 1991 and 1996 land leasing and ownership sections asked the respondent to combine the two types of land use into one and give total acreage and expenditures. In 2001, the two types of land use were explored separately.

3.  The 1991 and 1996 wildlife watching sections included questions on birdwatching for residential users only. The 2001 Survey added a question on birdwatching for nonresidential users. Also, questions on the use of birding life lists and how many species the respondent can identify were added in 2001.

4.  "Recreational vehicles" was added to the sportspersons and wildlife watchers special equipment section in 2001. "House trailer" was added to the sportspersons special equipment section.

5.  Total personal income was asked in the detailed phase of the 1996 Survey. This was changed to total household income in the 2001 Survey.

6.  A question was added to the trip-related expenditures section in the 2001 Survey to ascertain how much of the total was spent in the respondent's state of residence when the respondent participated in hunting, fishing, or wildlife watching out-of-state.

7.  Boating questions were added to the 2001 Surveys fishing section. The respondent was asked about the extent of boat usage for the three types of fishing.

8.  The 1996 Survey included questions about the months residential wildlife watchers fed birds. These questions were not repeated in the 2001 Survey.

9.  The contingent valuation sections of the three types of wildlife-related recreation were altered, using an open-ended question format instead of 1996's dichotomous choice format.

BLM_0051805

Table B-1.  **Comparison of Wildlife-Related Recreation in the United States: 1991 to 2001**

(U.S. population 16 years old and older. Numbers in thousands)

| Participants, days, and expenditures | 1991 (Number) | 2001 (Number) | 1991-2001 (Percent change) | 1996 (Number) | 2001 (Number) | 1996-2001 (Percent change) |
|---|---|---|---|---|---|---|
| **Hunting** | | | | | | |
| Hunters, total | 14,063 | 13,034 | −7 | 13,975 | 13,034 | −7 |
| Hunting days, total | 235,806 | 228,368 | −3* | 256,676 | 228,368 | −11 |
| Hunting expenditures, total (2001 dollars) [1] | $16,031,197 | $20,611,025 | 29 | $23,293,156 | $20,611,025 | −12* |
| **Fishing** | | | | | | |
| Anglers, total | 35,578 | 34,067 | −4 | 35,246 | 34,067 | −3 |
| Fishing days, total | 511,329 | 557,394 | 9 | 625,893 | 557,394 | −11 |
| Fishing expenditures, total (2001 dollars) [1] | $31,175,168 | $35,632,132 | 14 | $42,710,679 | $35,632,132 | −17 |
| **Wildlife Watching** | | | | | | |
| Total wildlife watching | 76,111 | 66,105 | −13 | 62,868 | 66,105 | 5 |
| Residential | 73,904 | 62,928 | −15 | 60,751 | 62,928 | 4 |
| Nonresidential | 29,999 | 21,823 | −27 | 23,652 | 21,823 | −8 |
| Days, nonresidential | 342,406 | 372,006 | 9* | 313,790 | 372,006 | 19 |
| Wildlife-watching expenditures, total (2001 dollars) [1] | $24,002,990 | $33,730,868 | 41 | $29,062,524 | $33,730,868 | 16 |

* Not different from zero at the 5 percent confidence level.

[1] All 2001 and 1996 expenditure categories are adjusted to make them comparable to 1991.

BLM_0051806

Table B-2.  **Anglers and Hunters by Census Division: 1991, 1996, and 2001**

(U.S. population 16 years old and older. Numbers in thousands)

| Sportspersons | 1991 | | 1996 | | 2001 | |
|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent |
| **UNITED STATES** | | | | | | |
| Total population . . . . . . . . . . . . . . . . . . | 189,964 | 100 | 201,472 | 100 | 212,298 | 100 |
| Sportspersons . . . . . . . . . . . . . . . . . . . | 39,979 | 21 | 39,694 | 20 | 37,805 | 18 |
| Anglers . . . . . . . . . . . . . . . . . . . . . | 35,578 | 19 | 35,246 | 17 | 34,067 | 16 |
| Hunters . . . . . . . . . . . . . . . . . . . . . | 14,063 | 7 | 13,975 | 7 | 13,034 | 6 |
| **New England** | | | | | | |
| Total population . . . . . . . . . . . . . . . . . . | 10,180 | 100 | 10,306 | 100 | 10,575 | 100 |
| Sportspersons . . . . . . . . . . . . . . . . . . . | 1,658 | 16 | 1,673 | 16 | 1,504 | 14 |
| Anglers . . . . . . . . . . . . . . . . . . . . . | 1,545 | 15 | 1,520 | 15 | 1,402 | 13 |
| Hunters . . . . . . . . . . . . . . . . . . . . . | 444 | 4 | 465 | 5 | 386 | 4 |
| **Middle Atlantic** | | | | | | |
| Total population . . . . . . . . . . . . . . . . . . | 29,216 | 100 | 29,371 | 100 | 29,806 | 100 |
| Sportspersons . . . . . . . . . . . . . . . . . . . | 4,508 | 15 | 4,192 | 14 | 3,810 | 13 |
| Anglers . . . . . . . . . . . . . . . . . . . . . | 3,871 | 13 | 3,627 | 12 | 3,250 | 11 |
| Hunters . . . . . . . . . . . . . . . . . . . . . | 1,746 | 6 | 1,453 | 5 | 1,633 | 5 |
| **East North Central** | | | | | | |
| Total population . . . . . . . . . . . . . . . . . . | 32,188 | 100 | 33,121 | 100 | 34,082 | 100 |
| Sportspersons . . . . . . . . . . . . . . . . . . . | 7,202 | 22 | 6,912 | 21 | 6,400 | 19 |
| Anglers . . . . . . . . . . . . . . . . . . . . . | 6,264 | 19 | 6,006 | 18 | 5,655 | 17 |
| Hunters . . . . . . . . . . . . . . . . . . . . . | 2,789 | 9 | 2,712 | 8 | 2,421 | 7 |
| **West North Central** | | | | | | |
| Total population . . . . . . . . . . . . . . . . . . | 13,504 | 100 | 13,875 | 100 | 14,430 | 100 |
| Sportspersons . . . . . . . . . . . . . . . . . . . | 4,143 | 31 | 3,977 | 29 | 4,239 | 29 |
| Anglers . . . . . . . . . . . . . . . . . . . . . | 3,647 | 27 | 3,416 | 25 | 3,836 | 27 |
| Hunters . . . . . . . . . . . . . . . . . . . . . | 1,709 | 13 | 1,917 | 14 | 1,710 | 12 |
| **South Atlantic** | | | | | | |
| Total population . . . . . . . . . . . . . . . . . . | 33,682 | 100 | 36,776 | 100 | 39,286 | 100 |
| Sportspersons . . . . . . . . . . . . . . . . . . . | 6,996 | 21 | 7,282 | 20 | 6,957 | 18 |
| Anglers . . . . . . . . . . . . . . . . . . . . . | 6,441 | 19 | 6,636 | 18 | 6,451 | 16 |
| Hunters . . . . . . . . . . . . . . . . . . . . . | 2,083 | 6 | 2,050 | 6 | 1,875 | 5 |
| **East South Central** | | | | | | |
| Total population . . . . . . . . . . . . . . . . . . | 11,667 | 100 | 12,459 | 100 | 12,976 | 100 |
| Sportspersons . . . . . . . . . . . . . . . . . . . | 2,984 | 26 | 2,907 | 23 | 2,865 | 22 |
| Anglers . . . . . . . . . . . . . . . . . . . . . | 2,635 | 23 | 2,514 | 20 | 2,543 | 20 |
| Hunters . . . . . . . . . . . . . . . . . . . . . | 1,279 | 11 | 1,301 | 10 | 1,164 | 9 |
| **West South Central** | | | | | | |
| Total population . . . . . . . . . . . . . . . . . . | 19,926 | 100 | 21,811 | 100 | 23,337 | 100 |
| Sportspersons . . . . . . . . . . . . . . . . . . . | 5,125 | 26 | 5,093 | 23 | 4,924 | 21 |
| Anglers . . . . . . . . . . . . . . . . . . . . . | 4,592 | 23 | 4,616 | 21 | 4,375 | 19 |
| Hunters . . . . . . . . . . . . . . . . . . . . . | 1,843 | 9 | 1,812 | 8 | 1,988 | 9 |
| **Mountain** | | | | | | |
| Total population . . . . . . . . . . . . . . . . . . | 10,092 | 100 | 11,966 | 100 | 13,308 | 100 |
| Sportspersons . . . . . . . . . . . . . . . . . . . | 2,488 | 25 | 2,761 | 23 | 2,757 | 21 |
| Anglers . . . . . . . . . . . . . . . . . . . . . | 2,079 | 21 | 2,411 | 20 | 2,443 | 18 |
| Hunters . . . . . . . . . . . . . . . . . . . . . | 1,069 | 11 | 1,061 | 9 | 1,020 | 8 |
| **Pacific** | | | | | | |
| Total population . . . . . . . . . . . . . . . . . . | 29,508 | 100 | 31,787 | 100 | 34,498 | 100 |
| Sportspersons . . . . . . . . . . . . . . . . . . . | 4,875 | 17 | 4,897 | 15 | 4,349 | 13 |
| Anglers . . . . . . . . . . . . . . . . . . . . . | 4,505 | 15 | 4,501 | 14 | 4,111 | 12 |
| Hunters . . . . . . . . . . . . . . . . . . . . . | 1,101 | 4 | 1,203 | 4 | 837 | 2 |

BLM_0051807

Table B-3. **Wildlife-Watching (Nonconsumptive) Participants by Census Division: 1991, 1996, and 2001**

(U.S. population 16 years old and older. Numbers in thousands)

| Wildlife watching | 1991 | | 1996 | | 2001 | |
|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent |
| **UNITED STATES** | | | | | | |
| Total population . . . . . . . . . . . . . . . . . . . | 189,964 | 100 | 201,472 | 100 | 212,298 | 100 |
| Wildlife-watching participants . . . . . . . | 76,111 | 40 | 62,868 | 31 | 66,105 | 31 |
| Nonresidential . . . . . . . . . . . . . . . . . | 29,999 | 16 | 23,652 | 12 | 21,823 | 10 |
| Residential . . . . . . . . . . . . . . . . . . . | 73,904 | 39 | 60,751 | 30 | 62,928 | 30 |
| **New England** | | | | | | |
| Total population . . . . . . . . . . . . . . . . . . . | 10,180 | 100 | 10,306 | 100 | 10,575 | 100 |
| Wildlife-watching participants . . . . . . . | 4,598 | 45 | 3,710 | 36 | 3,875 | 37 |
| Nonresidential . . . . . . . . . . . . . . . . . | 1,856 | 18 | 1,443 | 14 | 1,155 | 11 |
| Residential . . . . . . . . . . . . . . . . . . . | 4,544 | 45 | 3,586 | 35 | 3,765 | 36 |
| **Middle Atlantic** | | | | | | |
| Total population . . . . . . . . . . . . . . . . . . . | 29,216 | 100 | 29,371 | 100 | 29,806 | 100 |
| Wildlife-watching participants . . . . . . . | 10,556 | 36 | 8,185 | 28 | 8,740 | 29 |
| Nonresidential . . . . . . . . . . . . . . . . . | 4,166 | 14 | 2,960 | 10 | 2,849 | 10 |
| Residential . . . . . . . . . . . . . . . . . . . | 10,282 | 35 | 8,023 | 27 | 8,452 | 28 |
| **East North Central** | | | | | | |
| Total population . . . . . . . . . . . . . . . . . . . | 32,188 | 100 | 33,121 | 100 | 34,082 | 100 |
| Wildlife-watching participants . . . . . . . | 14,511 | 45 | 11,731 | 35 | 11,631 | 34 |
| Nonresidential . . . . . . . . . . . . . . . . . | 5,572 | 17 | 4,501 | 14 | 3,571 | 10 |
| Residential . . . . . . . . . . . . . . . . . . . | 14,175 | 44 | 11,297 | 34 | 11,196 | 33 |
| **West North Central** | | | | | | |
| Total population . . . . . . . . . . . . . . . . . . . | 13,504 | 100 | 13,875 | 100 | 14,430 | 100 |
| Wildlife-watching participants . . . . . . . | 6,924 | 51 | 5,089 | 37 | 6,206 | 43 |
| Nonresidential . . . . . . . . . . . . . . . . . | 2,654 | 20 | 1,927 | 14 | 2,059 | 14 |
| Residential . . . . . . . . . . . . . . . . . . . | 6,722 | 50 | 4,900 | 35 | 5,938 | 41 |
| **South Atlantic** | | | | | | |
| Total population . . . . . . . . . . . . . . . . . . . | 33,682 | 100 | 36,776 | 100 | 39,286 | 100 |
| Wildlife-watching participants . . . . . . . | 13,047 | 39 | 11,252 | 31 | 11,395 | 29 |
| Nonresidential . . . . . . . . . . . . . . . . . | 4,450 | 13 | 3,992 | 11 | 3,469 | 9 |
| Residential . . . . . . . . . . . . . . . . . . . | 12,813 | 38 | 10,964 | 30 | 10,911 | 28 |
| **East South Central** | | | | | | |
| Total population . . . . . . . . . . . . . . . . . . . | 11,667 | 100 | 12,459 | 100 | 12,976 | 100 |
| Wildlife-watching participants . . . . . . . | 4,864 | 42 | 3,904 | 31 | 4,514 | 35 |
| Nonresidential . . . . . . . . . . . . . . . . . | 1,592 | 14 | 1,118 | 9 | 1,086 | 8 |
| Residential . . . . . . . . . . . . . . . . . . . | 4,765 | 41 | 3,795 | 30 | 4,390 | 34 |
| **West South Central** | | | | | | |
| Total population . . . . . . . . . . . . . . . . . . . | 19,926 | 100 | 21,811 | 100 | 23,337 | 100 |
| Wildlife-watching participants . . . . . . . | 7,035 | 35 | 5,933 | 27 | 5,747 | 25 |
| Nonresidential . . . . . . . . . . . . . . . . . | 2,459 | 12 | 2,096 | 10 | 1,822 | 8 |
| Residential . . . . . . . . . . . . . . . . . . . | 6,817 | 34 | 5,773 | 26 | 5,490 | 24 |
| **Mountain** | | | | | | |
| Total population . . . . . . . . . . . . . . . . . . . | 10,092 | 100 | 11,966 | 100 | 13,308 | 100 |
| Wildlife-watching participants . . . . . . . | 4,437 | 44 | 4,099 | 34 | 4,619 | 35 |
| Nonresidential . . . . . . . . . . . . . . . . . | 2,215 | 22 | 1,967 | 16 | 2,019 | 15 |
| Residential . . . . . . . . . . . . . . . . . . . | 4,145 | 41 | 3,855 | 32 | 4,282 | 32 |
| **Pacific** | | | | | | |
| Total population . . . . . . . . . . . . . . . . . . . | 29,508 | 100 | 31,787 | 100 | 34,498 | 100 |
| Wildlife-watching participants . . . . . . . | 10,139 | 34 | 8,966 | 28 | 9,377 | 27 |
| Nonresidential . . . . . . . . . . . . . . . . . | 5,035 | 17 | 3,648 | 11 | 3,793 | 11 |
| Residential . . . . . . . . . . . . . . . . . . . | 9,641 | 33 | 8,558 | 27 | 8,504 | 25 |

BLM_0051808

*Appendix C*



BLM_0051809

# Appendix C.
# Participants 6 to 15 Years Old

The 2001 National Survey of Fishing, Hunting, and Wildlife-Associated Recreation was carried out in two phases. The first (or screening) phase began in April 2001. The main purpose of this phase was to collect information about persons 16 years old and older in order to develop a sample of potential sportsmen and wildlife-watching participants for the second (or detailed) phase. Information was also collected on the number of persons 6 to 15 years old who participated in wildlife-related recreation activities in 2000. These data are reported here in order to include the recreation activity of 6- to 15-year-olds in this report.

It is important to emphasize that the information reported here from the 2001 screening questionnaires relates to activity only up to and including 2000.

Also, these data were based on long-term recall (at least 12-month recall was required for most of these tables) and were reported, in most cases, by one household respondent speaking for all household members rather than the shorter term recall of the actual participant, as in the case of the 2001 detailed phase.

Tables C-1 to C-3 report data on participants 6 to 15 years old in 2000. Detailed expenditures and recreational activity data were not gathered for the 6- to 15-year-old participants.

Because of the difference in methodologies of the screening phase and the detailed phase of the 2001 Survey, the data are not comparable. Only participants 16 years old and older were eligible for the detailed phase. The

detailed phase was a series of three interviews conducted at 4-month intervals. The screening interviews were 1-year recall. The shorter recall period of the detailed phase had better data accuracy. It has been found in survey studies that in many cases longer recall periods result in over-estimating participation in and expenditures on wildlife-related recreation activities.

BLM_0051810

Table C-1.  **Colorado Residents 6 to 15 Years Old Participating in Fishing and Hunting: 2000**

(State population 6 to 15 years old. Numbers in thousands)

| Sportspersons | Sportspersons 6 to 15 years old | | |
|---|---|---|---|
| | Number | Percent of sports-persons | Percent of population |
| **Total sportspersons** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **234** | **100** | **38** |
| **Total anglers** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **234** | **100** | **38** |
| Fished only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 211 | 90 | 34 |
| Fished and hunted . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | *23 | *10 | *4 |
| **Total hunters** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ***23** | ***10** | ***4** |
| Hunted only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ... | ... | ... |
| Hunted and fished . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | *23 | *10 | *4 |

\* Estimate based on a small sample size.       ... Sample size too small to report data reliably.

Note:  Detail does not add to total because of multiple responses. Column showing percent of sportspersons is based on the "Total sportspersons" row. Column showing percent of population is based on the state population 6 to 15 years old, including those who did not fish or hunt. Data reported on this table are from screening interviews in which one adult household member responded for household members 6 to 15 years old. The screening interview required the respondent to recall 12 months worth of activity. Includes state residents who fished or hunted only in other countries.

BLM_0051811

Table C-2. **Selected Characteristics of Colorado Resident Anglers and Hunters 6 to 15 Years Old: 2000**

(State population 6 to 15 years old. Numbers in thousands)

| Characteristic | Population | | Sportspersons (fished or hunted) | | | Anglers | | | Hunters | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent who partici-pated | Percent of sports-persons | Number | Percent who partici-pated | Percent of anglers | Number | Percent who partici-pated | Percent of hunters |
| **Total persons . . . . . . . . . . . . . .** | **623** | **100** | **234** | **38** | **100** | **234** | **38** | **100** | ***23** | ***4** | ***100** |
| **Population Density of Residence** | | | | | | | | | | | |
| Urban . . . . . . . . . . . . . . . . . . . . | 507 | 81 | 182 | 36 | 78 | 182 | 36 | 78 | ... | ... | ... |
| Rural . . . . . . . . . . . . . . . . . . . | 116 | 19 | *52 | *45 | *22 | *52 | *45 | *22 | ... | ... | ... |
| **Population Size of Residence** | | | | | | | | | | | |
| Metropolitan statistical areas (MSA) . . . . . . . . . . . . . . . . . . | 507 | 81 | 167 | 33 | 71 | 167 | 33 | 71 | ... | ... | ... |
| 1,000,000 or more . . . . . . . . | 371 | 60 | 117 | 32 | 50 | 117 | 32 | 50 | ... | ... | ... |
| 250,000 to 999,999 . . . . . . . | 72 | 12 | *20 | *27 | *8 | *20 | *27 | *8 | ... | ... | ... |
| 50,000 to 249,999 . . . . . . . | 63 | 10 | *30 | *47 | *13 | *30 | *47 | *13 | ... | ... | ... |
| Outside MSA . . . . . . . . . . . . . | 116 | 19 | 68 | 58 | 29 | 68 | 58 | 29 | ... | ... | ... |
| **Sex** | | | | | | | | | | | |
| Male . . . . . . . . . . . . . . . . . . . . | 351 | 56 | 161 | 46 | 69 | 161 | 46 | 69 | ... | ... | ... |
| Female . . . . . . . . . . . . . . . . . | 273 | 44 | 73 | 27 | 31 | 73 | 27 | 31 | ... | ... | ... |
| **Age** | | | | | | | | | | | |
| 6 to 8 years . . . . . . . . . . . . . . . | 198 | 32 | *46 | *23 | *20 | *46 | *23 | *20 | ... | ... | ... |
| 9 to 11 years . . . . . . . . . . . . . . | 187 | 30 | 76 | 41 | 32 | 76 | 41 | 32 | ... | ... | ... |
| 12 to 15 years . . . . . . . . . . . . . | 238 | 38 | 112 | 47 | 48 | 112 | 47 | 48 | *23 | *10 | *100 |
| **Ethnicity** | | | | | | | | | | | |
| Hispanic . . . . . . . . . . . . . . . . . | 97 | 16 | *28 | *29 | *12 | *28 | *29 | *12 | ... | ... | ... |
| Non-Hispanic . . . . . . . . . . . . . . | 526 | 84 | 206 | 39 | 88 | 206 | 39 | 88 | *21 | *4 | *91 |
| **Race** | | | | | | | | | | | |
| White . . . . . . . . . . . . . . . . . . . | 570 | 92 | 230 | 40 | 98 | 230 | 40 | 98 | *23 | *4 | *100 |
| Black . . . . . . . . . . . . . . . . . . . | *31 | *5 | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| All others . . . . . . . . . . . . . . . . | *22 | *3 | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| **Annual Household Income** | | | | | | | | | | | |
| Less than $10,000 . . . . . . . . . . | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| $10,000 to $19,999 . . . . . . . . | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| $20,000 to $29,999 . . . . . . . . | 75 | 12 | *23 | *31 | *10 | *23 | *31 | *10 | ... | ... | ... |
| $30,000 to $39,999 . . . . . . . . | 83 | 13 | *35 | *42 | *15 | *35 | *42 | *15 | ... | ... | ... |
| $40,000 to $49,999 . . . . . . . . | 70 | 11 | *38 | *54 | *16 | *38 | *54 | *16 | ... | ... | ... |
| $50,000 to $74,999 . . . . . . . . | 132 | 21 | *58 | *44 | *25 | *58 | *44 | *25 | ... | ... | ... |
| $75,000 or more . . . . . . . . . | 170 | 27 | *59 | *35 | *25 | *59 | *35 | *25 | ... | ... | ... |
| Not reported. . . . . . . . . . . . . . . | 62 | 10 | ... | ... | ... | ... | ... | ... | ... | ... | ... |

* Estimate based on a small sample size.     ... Sample size too small to report data reliably.

Note: Percent who participated shows the percent of each row's population who participated in the activity named by the column (the percent of those liv-ing in urban areas who fished, etc.). Remaining percent columns show the percent of each column's participants who are described by the row head-ing (the percent of anglers who lived in urban areas, etc.). Data reported on this table are from screening interviews in which one adult household member responded for 6 to 15 years old. The screening interview required the respondent to recall 12 months worth of activity. Includes state resi-dents who fished or hunted only in other countries.

BLM_0051812

Table C-3.  **Colorado Residents 6 to 15 Years Old Participating in Wildlife Watching: 2000**

(State population 6 to 15 years old. Numbers in thousands)

| Participants | Number | Percent of participants | Percent of population |
|---|---|---|---|
| **Total participants**......................................... | **289** | **100** | **46** |
| Nonresidential ...................................... | 143 | 49 | 23 |
| Residential .......................................... | 236 | 81 | 38 |
| Observe wildlife................................. | 189 | 65 | 30 |
| Photograph wildlife ............................ | *31 | *11 | *5 |
| Feed wild birds or other wildlife .............. | 144 | 50 | 23 |
| Maintain plantings or natural areas............. | *26 | *9 | *4 |

* Estimate based on a small sample size.

Note:  Detail does not add to total because of multiple responses. The column showing percent of participants is based on total participants. The column showing percent of population is based on the state population 6 to 15 years old, including those who did not participate in wildlife watching. Data reported on this table are from screening interviews in which one adult household member responded for household members 6 to 15 years old. The screening interview required the respondent to recall 12 months worth of activity.

BLM_0051813

BLM_0051814

*Appendix D*



BLM_0051815

# Appendix D.
# Sample Design and Statistical Accuracy

This Appendix is presented in two parts. The first part is the U.S. Census Bureau Source and Accuracy Statement. This statement describes the sampling design for the 2001 Survey and highlights the steps taken to produce estimates from the completed questionnaires. The statement explains the use of standard errors and confidence intervals. It also provides comprehensive information about errors characteristic of surveys, and formulas and parameters to calculate an approximate standard error or confidence interval for each number published in this report. The second part reports approximate standard errors (S.E.s) for selected measures of participation and expenditures for wildlife-related recreation. Tables D-1 to D-3 show common estimates by state with their estimated standard errors. Tables D-4 to D-9 provide parameters for computing standard errors.

## Source and Accuracy Statement for the Colorado State Report of the 2001 National Survey of Fishing, Hunting, and Wildlife-Associated Recreation

### Source of Data

The estimates in this report are based on data collected in the *2001 National Survey of Fishing, Hunting, and Wildlife-Associated Recreation* (FHWAR).

The 2001 FHWAR Survey was designed to provide state-level estimates of the number of participants in recreational hunting and fishing, and in wildlife-watching activities (e.g., wildlife observation). Information was collected on the number of participants, where and how often they participated, the type of wildlife encountered, and the amounts of money spent on wildlife-related recreation.

The survey was conducted in two stages: an initial screening of households to identify likely sportspersons and wildlife-watching participants, and a series of follow-up interviews of selected persons to collect detailed data about their wildlife-related recreation during 2001.

The 2001 FHWAR state samples were selected from expired samples of the Current Population Survey (CPS).

### Sample Design

#### A. CPS - Current Population Survey

The expired CPS samples used for the 2001 FHWAR had been selected initially from 1990 decennial census files with coverage in all 50 states and the District of Columbia. The samples, while active, had been continually updated to reflect new construction. The sample addresses were located in 754 geographic areas consisting of a county or several contiguous counties.

#### B. The FHWAR Screening Sample

The screening sample consisted of households identified from the above sources. In Colorado, 1,403 household interviews were assigned to be interviewed. Of these, 5.7 percent were found to be vacant or otherwise not enumerated. Of the remaining households, about 29.5 percent could not be enumerated because the occupants were not found at home after repeated calls or were unavailable for some other reason.

Overall, **911** completed household interviews were obtained for a state response rate of **70.5** percent. The field representatives asked screening questions for all household members 6 years old and older. Interviewing for the screen was conducted during April, May, and June of 2001.

Data for the FHWAR sportspersons sample and wildlife-watchers sample were collected in three waves. The first wave started in April 2001, the second in September 2001, and the third in January 2002. In the sportspersons sample, all persons who hunted or fished in 2001 by the time of the screening interview were interviewed in the first wave. The remaining sportspersons sample were interviewed in the second wave. All sample persons (from both the first and second waves) were interviewed in the third wave.

The reference period was the preceding 4 months for waves 1 and 2. In wave 3, the reference period was either 4 or 8 months depending on when the sample person was first interviewed.

#### C. The Detailed Samples

Two independent detailed samples were chosen from the FHWAR screening sample. One consisted of sportspersons (people who hunt or fish) and the other of wildlife watchers (people who observe, photograph, or feed wildlife).

#### 1. Sportspersons

The Census Bureau selected the state detailed samples based on information reported during the screening phase. Every person 16 years old and older in the FHWAR screening sample was assigned to a sportspersons stratum based on time devoted to hunting/fishing in the past and time expected to be devoted to hunting/fishing in the future.

BLM_0051816

The four sportspersons categories were:

*Active* - a person who had already participated in hunting/fishing in 2001 at the time of the screener interview.

*Likely* - a person who had not participated in 2001 at the time of the screener but had participated in 2000 OR said they were likely to participate in 2001.

*Inactive* - a person who had not participated in 2000 or 2001 AND said they were somewhat unlikely to participate in 2001.

*Nonparticipant* - a person who had not participated in 2000 or 2001 AND said they were very unlikely to participate in 2001.

Persons were selected for the detailed phase based on these groupings.

Active sportspersons were given the detailed interview twice—at the same time of the screening interview (April-June 2001) and again in January/February 2002. Likely sportspersons and a subsample of the inactive sportspersons were also interviewed twice—first in September/October 2001, then in January/February 2002. If Census field representatives were not able to obtain the first interview, they attempted to interview the person in the final interviewing period with the reference period being the entire year. Persons in the nonparticipant group were not eligible for a detailed interview.

About **579** persons were designated for interviews in Colorado. Overall, **506** detailed sportspersons interviews were completed for a response rate of **87.4** percent.

### 2. Wildlife Watchers

The wildlife-watching state detailed sample also was selected based on information reported during the screening phase. Every person 16 years of age and older was assigned to a category based on time devoted to wildlife-watching activities in previous years, participation in 2001 by the time of the screening interview, and intentions to participate in activities during the remainder of 2001.

Each person was placed into one of the following five groups based on their past participation:

*Active* - a person who had already participated in 2001 at the time of the screening interview.

*Avid* - a person who had not yet participated in 2001 but in 2000 had taken trips to participate in wildlife-watching activities for 21 or more days or had spent $300 or more.

*Average* - a person who had not yet participated in 2001 but in 2000 had taken trips to wildlife-watch for less than 21 days and had spent less than $300 OR had not participated in wildlife-watching activities but said they were very likely to in the remainder of 2001.

*Infrequent* - a person who had not participated in 2000 or 2001 but said they were somewhat likely or somewhat unlikely to participate in the remainder of 2001.

*Nonparticipant* - a person who had not participated in 2000 or 2001 and said they were very unlikely to participate during the remainder of 2001.

Persons were selected for the detailed phase based on these groupings. Persons in the nonparticipant group were not eligible for a detailed interview. A subsample of each of the other groups was selected to receive a detailed interview with the chance of being selected diminishing as the likelihood of participation diminished.

Wildlife-watching participants were given the detailed interview twice. Some received their first detailed interview at the same time as the screening interview (April-June 2001). The rest received their first detailed interview in September/October 2001. All wildlife-watching participants received their second interview in January/February 2002. If Census field representatives were not able to obtain the first interview, they attempted to interview the person in the final interviewing period with the reference period being the entire year.

About **327** persons were designated for interviews in Colorado. Overall, **300** detailed wildlife-watching participant interviews were completed for a response rate of **91.7** percent.

### Estimation Procedure

Several stages of adjustments were used to derive the final 2001 FHWAR person weights. A brief description of the major components of the weights is given below.

All statistics for the population 6 to 15 years of age were derived from the screening interview. Statistics for the population 16 and over came from both the screening and detailed interviews. Estimates which came from the screening sample are presented in Appendix C.

### A.   Screening Sample

Every interviewed person in the screening sample received a weight that was the product of the following factors:

1. *Base Weight.* The base weight is the inverse of the household's probability of selection.

2. *Household Noninterview Adjustment.* The noninterview adjustment inflated the weight assigned to interviewed households to account for households eligible for interview but for which no interview was obtained.

3. *First-Stage Adjustment.* The 754 areas designated for our samples were selected from over 2,000 such areas of the United States.

BLM_0051817

Some sample areas represent only themselves and are referred to as self-representing. The remaining areas represent other areas similar in selected characteristics and are thus designated nonself-representing. The first-stage factor reduces the component of variation arising from sampling the nonself-representing areas.

4. *Second-Stage Adjustment.* This adjustment brings the estimates of the total population in each state into agreement with census-based estimates of the civilian noninstitutional and nonbarrack military populations for each state.

## B. Sportspersons Sample

Every interviewed person in the sportspersons detailed sample received a weight that was the product of the following factors:

1. *Screening Weight.* This is the individual's final weight from the screening sample.

2. *Sportspersons Stratum Adjustment.* This factor inflated the weights of persons selected for the detailed sample to account for the subsampling done within each sportsperson's stratum.

3. *Sportspersons Noninterview Adjustment.* This factor adjusts the weights of the interviewed sportspersons to account for sportspersons selected for the detailed sample for whom no interview was obtained. A person was considered a noninterview if he/she were not interviewed in the third wave of interviewing.

4. *Sportspersons Ratio Adjustment Factor.* This is a ratio adjustment of the detailed sample to the screening sample within sportspersons sampling stratum. This adjustment brings the population estimates of persons age 16 years old or older from the detailed sample into agreement with the same estimates from the screening sample, which was a much larger sample.

## C. Wildlife-Watchers Sample

Every interviewed person in the wildlife-watchers detailed sample received a weight that was the product of the following factors:

1. *Screening Weight.* This is the individual's final weight from the screening sample.

2. *Wildlife-Watchers Stratum Adjustment.* This factor inflated the weights of persons selected for the detailed sample to account for the subsampling done within each wildlife-watcher stratum.

3. *Wildlife-Watchers Noninterview Adjustment.* This factor adjusts the weights of the interviewed wildlife-watching participants to account for wildlife watchers selected for the detailed sample for which no interview was obtained. A person was considered a noninterview if he/she were not interviewed in the third wave of interviewing.

4. *Wildlife-Watchers Ratio Adjustment Factor.* This is a ratio adjustment of the detailed sample to the screening sample within wildlife-watchers sampling strata. This adjustment brings the population estimates of persons age 16 years old or older from the detailed sample into agreement with the same estimates from the screening sample, which was a much larger sample.

## Accuracy of the Estimates

Since the 2001 estimates came from a sample, they may differ from figures from a complete census using the same questionnaires, instructions, and enumerators. A sample survey estimate has two possible types of error—sampling and nonsampling. The accuracy of an estimate depends on both types of error, but the full extent of the nonsampling error is unknown. Consequently, one should be particularly careful when interpreting results based on a relatively small number of cases or on small differences between estimates. The standard errors for the 2001 FHWAR estimates primarily indicate the magnitude of sampling error. They also partially measure the effect of some

nonsampling errors in responses and enumeration, but do not measure systematic biases in the data. (Bias is the average over all possible samples of the differences between the sample estimate and the actual value.)

## Nonsampling Variability

Let us suppose that a comparable complete enumeration was conducted. That is, an interview is attempted for every person 16 years old and older in the United States. Chances are we will not correctly estimate every parameter under consideration (for example, the proportion of people who fished). In this instance, the difference is due solely to nonsampling errors. Nonsampling errors also occur in sample surveys and can be attributed to several sources including the following:

- The inability to obtain information about all cases in the sample.

- Definitional difficulties.

- Differences in the interpretation of questions.

- Respondents' inability or unwillingness to provide correct information.

- Respondents' inability to recall information.

- Errors made in data collection such as in recording or coding the data.

- Errors made in the processing of data.

- Errors made in estimating values for missing data.

- Failure to represent all units with the sample (undercoverage).

Overall CPS undercoverage is estimated to be about 8 percent. Generally, undercoverage is larger for males than for females and larger for Blacks and other races combined than for Whites. Ratio estimation to independent population controls, as described previously, partially corrects for the bias due to survey undercoverage. However, biases exist in the estimates to the extent that missed persons in missed households or missed persons in interviewed households have different

characteristics from those of interviewed persons in the same age group.

*Comparability of Data.* Data obtained from the 2001 FHWAR and other sources are not entirely comparable. This results from differences in field interviewer training and experience and in differing survey processes. This is an example of nonsampling variability not reflected in the standard errors. Use caution when comparing results from different sources (See Appendix B).

*Note When Using Small Estimates.* Because of the large standard errors involved, summary measures (such as medians and percentage distributions) would probably not reveal useful information when computed on a base smaller than 100,000. Take care in the interpretation of small differences. For instance, even a small amount of nonsampling error can cause a borderline difference to appear significant or not, thus distorting a seemingly valid hypothesis test.

BLM_0051819

## Sampling Variability

The particular sample used for the 2001 FHWAR Survey is one of a large number of all possible samples of the same size that could have been selected using the same sample design. Estimates derived from the different samples would differ from each other. This sample-to-sample variability is referred to as sampling variability and is generally measured by the standard error. The exact sampling error is unknown. However, guides to the potential size of the sampling error are provided by the standard error of the estimate.

Since the standard error of a survey estimate attempts to provide a measure of the variation among the estimates from the possible samples, it is a measure of the precision with which an estimate from a particular sample approximates the average result of all possible samples. Standard errors, as calculated by methods described next in "Standard Errors and Their Use," are primarily measures of sampling variability, although they may include some nonsampling error.

The sample estimate and its standard error enable one to construct a confidence interval, a range that would include the average result of all possible samples with a known probability. For example, if all possible samples were surveyed under essentially the same general conditions and using the same sample design, and if an estimate and its standard error were calculated from each sample, then approximately 90 percent of the intervals from 1.645 standard errors below the estimate to 1.645 standard errors above the estimate would include the average result of all possible samples.

A particular confidence interval may or may not contain the average estimate derived from all possible samples. However, one can say with specified confidence that the interval includes the average estimate calculated from all possible samples.

Standard errors may also be used to perform hypothesis testing—a procedure for distinguishing between population parameters using sample estimates. One common type of hypothesis is that the population parameters are different. An example would be comparing the proportion of anglers to the proportion of hunters.

Tests may be performed at various levels of significance where a significance level is the probability of concluding that the characteristics are different when, in fact, they are the same. To conclude that two characteristics are different at the 0.10 level of significance, the absolute value of the estimated difference between characteristics must be greater than or equal to 1.645 times the standard error of the difference.

This report uses 90-percent confidence intervals and 0.10 levels of significance to determine statistical validity. Consult standard statistical textbooks for alternative criteria.

*Standard Errors and Their Use.* A number of approximations are required to derive, at a moderate cost, standard errors applicable to all the estimates in this report. Instead of providing an individual standard error for each estimate, parameters are provided to calculate standard errors for each type of characteristic. These parameters are listed in tables D-4 to D-9. Methods for using the parameters to calculate standard errors of various estimates are given in the next sections.

*Standard Errors of Estimated Numbers.* The approximate standard error, $s_x$, of an estimated number shown in this report can be obtained using the following formulas. Formula (1) is used to calculate the standard errors of levels of sportspersons, anglers, and wildlife watchers.

$$s_x = \sqrt{ax^2 + bx} \tag{1}$$

Here, x is the size of the estimate and a and b are the parameters in the tables associated with the particular characteristic.

Formula (2) is used for standard errors of aggregates, i.e., trips, days, and expenditures.

$$s_s = \sqrt{ax^2 + bx + \frac{cx^2}{y}} \tag{2}$$

Here, x is again the size of the estimate; y is the base of the estimate; and a, b, and c are the parameters in the tables associated with the particular characteristic.

*Illustration of the Computation of the Standard Error of an Estimated Number*

Suppose that a table shows that 37,805,000 persons 16+ either fished or hunted in the United States in 2001.  Using formula (1) with the parameters a= -0.000020 and b= 4,289 from table D-5, the approximate standard error of the estimates number of 37,805,000 sportspersons 16+ is

$$s_x = \sqrt{(-0.000020)(37,805,000)^2 + (4,289)(37,805,000)} = 365,500$$

The 90-percent confidence interval for the estimated number of sportspersons 16+ is from 37,203,800 to 38,406,200, i.e., 37,805,000 ± 1.645 x 365,500.  Therefore, a conclusion that the average estimate derived from all possible samples lies within a range computed in this way would be correct for roughly 90 percent of all possible samples.

Suppose that another table shows that 13,034,300 hunters 16+ engaged in 228,367,800 days of participation in 2001 in the United States.  Using formula (2) with the parameters a = 0.000168, b = -11,904, and c = 12,496 from table D-7, the approximate standard error on 228,367,800 estimated days on an estimated base of 13,034,300 hunters is

$$s_x = \sqrt{0.000168 \times 228,367,800^2 + (-11,904) \times 228,367,800 + \frac{12,496 \times 228,367,800^2}{13,034,300}} = 7,486,100$$

The 90-percent confidence interval on the estimate of 228,367,800 days is from 216,053,200 to 240,682,400, i.e., 228,367,800 ± 1.645 x 7,486,100.  Again, a conclusion that the average estimate derived from all possible samples lies within a range computed in this way would be correct for roughly 90 percent of all possible samples.

*Standard Errors of Estimated Percentages.*  The reliability of an estimated percentage, computed using sample data for both numerator and denominator, depends on the size of the percentage and its base.  Estimated percentages are relatively more reliable than the corresponding estimates of the numerators of the percentages, particularly if the percentages are 50 percent or more.  When the numerator and the denominator of the percentage are in different categories, use the parameter in the tables indicated by the numerator.

The approximate standard error, $s_{x,p}$, can be obtained by use of the formula

$$s_{x,p} = \sqrt{\frac{bp(100-p)}{x}} \qquad\qquad (3)$$

Here, x is the total number of sportspersons, hunters, etc., which is the base of the percentage; p is the percentage ($0 \leq p \leq 100$); and b is the parameter in the tables associated with the characteristic in the numerator of the percentage.

*Illustration of the Computation of the Standard Error of an Estimated Percentage*

Suppose that a table shows that of the 13,034,300 hunters 16+ in the United States, 22.7 percent hunted migratory birds.  From table D-5, the appropriate b parameter is 3,793.  Using formula (3), the approximate standard error on the estimate of 22.7 percent is

$$s_{x,p} = \sqrt{\frac{3,793 \times 22.7 \times (100-22.7)}{13,034,300}} = 0.71$$

Consequently, the 90-percent confidence interval for the estimate percentage of migratory bird hunters 16+ is from 21.5 percent to 23.9 percent, i.e. 22.7 ± 1.645 x 0.71.

BLM_0051821

*Standard Error of a Difference.*  The standard error of the difference between two sample estimates is approximately equal to

$$s_{x-y} = \sqrt{s_x^2 + s_y^2}$$

(4)

where $s_x$ and $s_y$ are the standard errors of the estimates x and y.  The estimates can be numbers, percentages, ratios, etc.  This will represent the actual standard error quite accurately for the difference between estimates of the same characteristic in two different areas, or for the difference between separate and uncorrelated characteristics in the same area.  However, if there is a high positive (negative) correlation between the two characteristics, the formula will overestimate (underestimate) the true standard error.

*Illustration of the Computation of the Standard Error of a Difference*

Suppose that a table shows that of the 13,034,300 hunters in the United States, 9,985,100 were licensed hunters, and 1,689,300 were exempt from a hunting license.  The corresponding percentages are 76.6 percent and 13.0 percent, respectively.  The apparent difference between the percent of licensed hunters and hunters who are exempt from a license is 63.6 percent.  Using formula (3) and the appropriate b parameter from Table D-5, the approximate standard errors of 76.6 percent and 13.0 percent are 0.83 and 1.59, respectively.  Using formula (4), the approximate standard error of the estimated difference of 63.6 percent is

$$s_{x-y} = \sqrt{0.72^2 + 0.57^2} = 0.92$$

The 90-percent confidence interval on the difference between licensed hunters and those who were exempt from a hunting license is from 62.1 to 65.1 percent, i.e., $63.6 \pm 1.645 \times 0.92$.  Since the interval does not contain zero, we can conclude with 90 percent confidence that the percentage of licensed hunters is greater than the percentage of hunters who are exempt from a hunting license.

*Standard Errors of Estimated Averages.*  Certain mean values for sportspersons, anglers, etc., shown in the report were calculated as the ratio of two numbers.  For example, average days per angler is calculated as:

$$\frac{x}{y} = \frac{\text{total days}}{\text{total anglers}}$$

Standard errors for these averages may be approximated by the use of formula (5) below.

$$s_{x \div y} = \frac{x}{y} \sqrt{\left[\frac{s_x}{x}\right]^2 + \left[\frac{s_y}{y}\right]^2 - 2r\frac{s_x s_y}{xy}}$$

(5)

In formula (5), r represents the correlation coefficient between the numerator and the denominator of the estimate.  In the above formula, use 0.7 as an estimate of r.

*Illustration of the Computation of the Standard Error of an Estimated Average*

Suppose that a table shows that the average days per angler 16 years old or older for all fishing was 16.4 days.  Using formulas (1) and (2) above, we compute the standard error on total days, 557,393,900, and total anglers, 34,071,100, to be 8,726,000 and 350,600, respectively.  The approximate standard error on the estimated average of 16.4 days is

$$s_{x \div y} = \frac{557,393,900}{34,071,100} \sqrt{\left[\frac{8,726,000}{557,393,900}\right]^2 + \left[\frac{350,600}{34,071,100}\right]^2 - 2 \times 0.7 \times \frac{8,726,000 \times 350,600}{557,393,900 \times 34,071,100}} = 0.18$$

therefore, the 90-percent confidence interval on the estimated average of 16.4 days is from 16.1 to 16.7, i.e., $16.4 \pm 1.645 \times 0.18$.

BLM_0051822

**Table D-1. Approximate Standard Errors of Resident Anglers, Days of Fishing by State Residents, and Expenditures for Fishing by State Residents**

(Numbers in thousands)

| State | Participation | | Days | | Expenditures in dollars | |
|---|---|---|---|---|---|---|
| | Estimate | Standard error | Estimate | Standard error | Estimate | Standard error |
| Alabama | 634 | 28 | 10,841 | 452 | $600,364 | $83,099 |
| Alaska | 185 | 8 | 2,445 | 262 | $213,781 | $18,009 |
| Arizona | 394 | 23 | 4,327 | 510 | $326,068 | $59,815 |
| Arkansas | 546 | 31 | 11,776 | 1,296 | $386,164 | $50,245 |
| California | 2,389 | 124 | 27,878 | 3,138 | $2,162,620 | $362,896 |
| Colorado | 626 | 31 | 7,639 | 638 | $772,537 | $105,782 |
| Connecticut | 324 | 17 | 5,496 | 631 | $327,787 | $33,697 |
| Delaware | 89 | 5 | 1,341 | 213 | $92,474 | $20,799 |
| Florida | 2,109 | 91 | 43,439 | 4,318 | $3,426,795 | $420,930 |
| Georgia | 1,043 | 52 | 15,559 | 1,799 | $612,414 | $87,929 |
| Hawaii | 113 | 7 | 2,662 | 554 | $97,707 | $18,656 |
| Idaho | 261 | 15 | 3,097 | 330 | $230,006 | $25,225 |
| Illinois | 1,415 | 73 | 21,603 | 1,814 | $1,147,325 | $186,223 |
| Indiana | 833 | 41 | 15,537 | 1,865 | $469,379 | $80,663 |
| Iowa | 524 | 28 | 8,534 | 672 | $319,087 | $37,612 |
| Kansas | 431 | 21 | 6,426 | 907 | $331,195 | $46,971 |
| Kentucky | 630 | 36 | 12,135 | 1,041 | $551,378 | $64,270 |
| Louisiana | 763 | 44 | 12,130 | 1,412 | $648,285 | $61,451 |
| Maine | 216 | 13 | 3,449 | 397 | $158,533 | $25,580 |
| Maryland | 531 | 31 | 7,112 | 1,027 | $495,458 | $63,380 |
| Massachusetts | 500 | 23 | 8,387 | 789 | $460,207 | $71,626 |
| Michigan | 1,039 | 66 | 18,869 | 3,090 | $960,469 | $172,980 |
| Minnesota | 1,345 | 59 | 29,344 | 3,270 | $1,251,828 | $159,542 |
| Mississippi | 475 | 28 | 9,325 | 1,652 | $317,408 | $47,936 |
| Missouri | 982 | 46 | 12,396 | 859 | $757,928 | $93,775 |
| Montana | 221 | 11 | 3,656 | 468 | $202,751 | $25,563 |
| Nebraska | 265 | 13 | 3,378 | 281 | $179,878 | $27,770 |
| Nevada | 180 | 12 | 2,230 | 387 | $235,599 | $39,457 |
| New Hampshire | 164 | 8 | 2,974 | 305 | $186,436 | $29,039 |
| New Jersey | 639 | 30 | 10,973 | 1,632 | $712,797 | $90,138 |
| New Mexico | 215 | 13 | 2,407 | 358 | $196,661 | $30,674 |
| New York | 1,340 | 79 | 23,167 | 2,932 | $921,777 | $169,508 |
| North Carolina | 894 | 45 | 14,615 | 1,280 | $924,937 | $105,704 |
| North Dakota | 142 | 6 | 2,584 | 217 | $182,746 | $19,235 |
| Ohio | 1,390 | 65 | 22,014 | 1,944 | $905,650 | $97,445 |
| Oklahoma | 685 | 35 | 13,228 | 1,554 | $493,616 | $62,689 |
| Oregon | 551 | 27 | 8,720 | 1,081 | $590,738 | $64,749 |
| Pennsylvania | 1,270 | 80 | 21,417 | 2,271 | $762,242 | $69,554 |
| Rhode Island | 95 | 5 | 1,638 | 179 | $117,842 | $15,812 |
| South Carolina | 604 | 28 | 10,321 | 946 | $496,974 | $58,949 |
| South Dakota | 146 | 8 | 2,414 | 289 | $101,893 | $15,767 |
| Tennessee | 803 | 40 | 15,451 | 1,519 | $468,841 | $92,443 |
| Texas | 2,381 | 137 | 34,148 | 5,143 | $2,129,921 | $258,534 |
| Utah | 424 | 17 | 5,346 | 344 | $400,214 | $36,948 |
| Vermont | 104 | 7 | 1,969 | 212 | $72,326 | $10,954 |
| Virginia | 888 | 47 | 14,774 | 1,198 | $688,844 | $103,105 |
| Washington | 873 | 37 | 13,520 | 1,142 | $966,874 | $89,559 |
| West Virginia | 273 | 16 | 4,346 | 349 | $146,288 | $19,717 |
| Wisconsin | 981 | 56 | 19,360 | 2,175 | $844,539 | $115,997 |
| Wyoming | 121 | 6 | 1,901 | 220 | $135,280 | $20,747 |

Table D-2. **Approximate Standard Errors of Resident Hunters, Days of Hunting by State Residents, and Expenditures for Hunting by State Residents**

(Numbers in thousands)

| State | Participation | | Days | | Expenditures in dollars | |
|---|---|---|---|---|---|---|
| | Estimate | Standard error | Estimate | Standard error | Estimate | Standard error |
| Alabama | 316 | 22 | 7,262 | 1,047 | $652,845 | $132,117 |
| Alaska | 74 | 5 | 982 | 174 | $111,678 | $18,869 |
| Arizona | 124 | 13 | 1,649 | 345 | $225,651 | $74,606 |
| Arkansas | 306 | 28 | 7,075 | 1,140 | $387,489 | $69,954 |
| California | 278 | 43 | 3,695 | 1,076 | $368,701 | $136,459 |
| Colorado | 168 | 18 | 1,982 | 338 | $185,277 | $39,453 |
| Connecticut | 45 | 7 | 824 | 199 | $69,359 | $24,196 |
| Delaware | 16 | 2 | 279 | 85 | $18,424 | $6,513 |
| Florida | 270 | 39 | 5,865 | 1,370 | $545,627 | $130,063 |
| Georgia | 377 | 32 | 7,882 | 1,023 | $505,894 | $88,503 |
| Hawaii | 18 | 4 | 322 | 92 | $17,266 | $6,678 |
| Idaho | 151 | 12 | 1,784 | 252 | $168,088 | $32,796 |
| Illinois | 340 | 44 | 5,842 | 2,234 | $527,776 | $181,913 |
| Indiana | 284 | 28 | 5,016 | 939 | $279,670 | $70,406 |
| Iowa | 203 | 16 | 4,086 | 725 | $185,082 | $38,141 |
| Kansas | 202 | 17 | 3,424 | 443 | $223,192 | $41,908 |
| Kentucky | 271 | 23 | 4,538 | 482 | $384,751 | $59,977 |
| Louisiana | 316 | 28 | 7,325 | 1,565 | $528,155 | $98,836 |
| Maine | 123 | 10 | 2,169 | 366 | $119,144 | $23,982 |
| Maryland | 124 | 14 | 1,992 | 352 | $143,143 | $33,553 |
| Massachusetts | 79 | 10 | 1,727 | 406 | $113,461 | $24,955 |
| Michigan | 725 | 54 | 8,784 | 1,080 | $556,880 | $131,109 |
| Minnesota | 582 | 40 | 8,673 | 930 | $601,497 | $97,084 |
| Mississippi | 257 | 23 | 6,977 | 1,283 | $306,157 | $74,399 |
| Missouri | 413 | 37 | 6,715 | 1,184 | $490,761 | $115,416 |
| Montana | 171 | 11 | 2,112 | 240 | $161,239 | $25,032 |
| Nebraska | 128 | 10 | 1,963 | 203 | $135,092 | $28,074 |
| Nevada | 49 | 6 | 558 | 104 | $149,292 | $38,530 |
| New Hampshire | 53 | 5 | 1,300 | 169 | $55,775 | $11,739 |
| New Jersey | 125 | 15 | 3,000 | 641 | $156,786 | $48,877 |
| New Mexico | 114 | 13 | 1,594 | 371 | $171,811 | $39,225 |
| New York | 642 | 51 | 13,124 | 1,611 | $975,691 | $202,696 |
| North Carolina | 313 | 33 | 8,372 | 1,717 | $566,504 | $124,764 |
| North Dakota | 92 | 7 | 1,417 | 232 | $78,745 | $11,192 |
| Ohio | 481 | 39 | 11,077 | 2,011 | $645,875 | $157,380 |
| Oklahoma | 241 | 24 | 5,965 | 1,012 | $323,215 | $66,265 |
| Oregon | 236 | 18 | 2,917 | 481 | $432,528 | $104,547 |
| Pennsylvania | 867 | 68 | 14,091 | 1,656 | $901,173 | $144,957 |
| Rhode Island | 11 | 2 | 193 | 61 | $15,214 | $6,679 |
| South Carolina | 232 | 21 | 4,657 | 810 | $280,030 | $52,190 |
| South Dakota | 90 | 7 | 1,347 | 215 | $112,448 | $25,400 |
| Tennessee | 320 | 31 | 6,962 | 1,248 | $659,063 | $122,182 |
| Texas | 1,126 | 108 | 15,186 | 3,248 | $1,467,034 | $244,695 |
| Utah | 178 | 13 | 2,512 | 386 | $308,510 | $53,000 |
| Vermont | 75 | 6 | 1,460 | 195 | $53,805 | $8,476 |
| Virginia | 308 | 32 | 5,819 | 866 | $340,273 | $64,904 |
| Washington | 231 | 17 | 3,311 | 352 | $339,470 | $81,858 |
| West Virginia | 235 | 16 | 4,791 | 637 | $201,282 | $39,066 |
| Wisconsin | 591 | 41 | 9,305 | 1,151 | $634,413 | $119,195 |
| Wyoming | 65 | 6 | 870 | 100 | $62,958 | $13,319 |

BLM_0051824

Table D-3. **Approximate Standard Errors of Resident Nonresidential Participants, Days of Nonresidential Participation by State Residents, and Trip-Related Expenditures for Nonresidential Activities by State Residents**

(Numbers in thousands)

| State | Participation | | Days | | Expenditures in dollars | |
|---|---|---|---|---|---|---|
| | Estimate | Standard error | Estimate | Standard error | Estimate | Standard error |
| Alabama | 280 | 40 | 3,782 | 746 | $109,926 | $24,800 |
| Alaska | 118 | 12 | 1,766 | 316 | $49,035 | $11,646 |
| Arizona | 329 | 45 | 3,537 | 571 | $174,237 | $34,239 |
| Arkansas | 190 | 43 | 1,545 | 407 | $70,811 | $24,515 |
| California | 2,191 | 254 | 25,134 | 4,024 | $894,746 | $175,803 |
| Colorado | 531 | 61 | 6,555 | 1,258 | $183,470 | $45,064 |
| Connecticut | 248 | 34 | 6,770 | 1,596 | $82,766 | $16,616 |
| Delaware | 43 | 8 | 595 | 135 | $15,727 | $4,444 |
| Florida | 1,279 | 171 | 20,371 | 4,477 | $508,519 | $118,715 |
| Georgia | 302 | 67 | 5,175 | 1,581 | $174,269 | $55,270 |
| Hawaii | 50 | 9 | 1,099 | 282 | $32,319 | $10,688 |
| Idaho | 214 | 43 | 2,540 | 558 | $58,842 | $15,651 |
| Illinois | 683 | 81 | 9,208 | 2,307 | $254,698 | $57,633 |
| Indiana | 484 | 67 | 12,319 | 3,071 | $140,460 | $34,864 |
| Iowa | 354 | 41 | 6,960 | 1,751 | $77,012 | $19,264 |
| Kansas | 286 | 34 | 2,470 | 347 | $81,231 | $15,404 |
| Kentucky | 329 | 40 | 6,365 | 2,093 | $93,187 | $24,333 |
| Louisiana | 250 | 39 | 2,364 | 562 | $53,259 | $18,104 |
| Maine | 174 | 21 | 3,384 | 614 | $64,202 | $16,036 |
| Maryland | 413 | 53 | 5,959 | 1,226 | $188,565 | $47,258 |
| Massachusetts | 427 | 59 | 10,992 | 2,658 | $145,764 | $30,650 |
| Michigan | 747 | 122 | 13,192 | 2,762 | $332,609 | $90,218 |
| Minnesota | 562 | 82 | 13,406 | 4,473 | $124,187 | $25,145 |
| Mississippi | 103 | 22 | 3,466 | 1,449 | $32,803 | $13,539 |
| Missouri | 581 | 129 | 12,028 | 3,251 | $130,720 | $32,074 |
| Montana | 195 | 22 | 2,975 | 631 | $75,050 | $20,978 |
| Nebraska | 150 | 21 | 1,853 | 405 | $34,077 | $7,859 |
| Nevada | 128 | 20 | 1,108 | 199 | $50,162 | $13,058 |
| New Hampshire | 139 | 21 | 1,641 | 371 | $47,666 | $11,395 |
| New Jersey | 564 | 66 | 10,772 | 2,207 | $230,096 | $41,929 |
| New Mexico | 205 | 26 | 5,375 | 1,059 | $69,803 | $29,473 |
| New York | 1,112 | 138 | 21,423 | 4,045 | $471,293 | $128,063 |
| North Carolina | 367 | 62 | 5,458 | 1,857 | $121,730 | $30,272 |
| North Dakota | 48 | 8 | 450 | 97 | $6,946 | $2,453 |
| Ohio | 887 | 94 | 20,687 | 5,732 | $266,849 | $54,800 |
| Oklahoma | 340 | 55 | 3,834 | 1,079 | $42,413 | $9,434 |
| Oregon | 561 | 68 | 7,288 | 981 | $175,678 | $25,285 |
| Pennsylvania | 1,173 | 148 | 19,672 | 4,214 | $445,924 | $108,522 |
| Rhode Island | 58 | 8 | 974 | 230 | $9,876 | $2,638 |
| South Carolina | 282 | 56 | 4,458 | 1,374 | $79,258 | $21,827 |
| South Dakota | 77 | 14 | 1,762 | 518 | $14,195 | $3,862 |
| Tennessee | 375 | 57 | 3,601 | 663 | $114,678 | $29,348 |
| Texas | 1,043 | 240 | 11,956 | 2,858 | $689,729 | $188,701 |
| Utah | 323 | 35 | 3,651 | 1,162 | $93,928 | $24,813 |
| Vermont | 109 | 17 | 2,081 | 526 | $30,384 | $6,397 |
| Virginia | 581 | 84 | 9,599 | 2,345 | $225,247 | $59,484 |
| Washington | 874 | 90 | 12,238 | 1,311 | $433,951 | $77,714 |
| West Virginia | 166 | 22 | 2,494 | 599 | $62,283 | $16,816 |
| Wisconsin | 769 | 85 | 14,215 | 3,348 | $268,911 | $43,219 |
| Wyoming | 95 | 10 | 1,778 | 411 | $27,150 | $9,198 |

BLM_0051825

Table D-4. **Parameters a and b for Calculating Approximate Standard Errors of Sportspersons, Anglers, Hunters, and Wildlife-Watching Participants**

(These parameters are to be used only to calculate estimates of standard errors for characteristics developed from the screening sample)

| State | 6 years old and over | | 6-15 year olds only | |
|---|---|---|---|---|
| | a | b | a | b |
| **United States** | **−0.000017** | **4,191** | **−0.000103** | **4,052** |
| Alabama | −0.000380 | 1,493 | −0.002270 | 1,417 |
| Alaska | −0.000948 | 512 | −0.004485 | 489 |
| Arizona | −0.000399 | 1,559 | −0.001931 | 1,303 |
| Arkansas | −0.001069 | 2,456 | −0.006381 | 2,444 |
| California | −0.000221 | 6,329 | −0.001083 | 5,240 |
| Colorado | −0.000521 | 1,819 | −0.002707 | 1,551 |
| Connecticut | −0.000336 | 996 | −0.002227 | 1,007 |
| Delaware | −0.000428 | 283 | −0.002753 | 284 |
| Florida | −0.000427 | 5,619 | −0.002768 | 5,390 |
| Georgia | −0.000506 | 3,361 | −0.002856 | 3,156 |
| Hawaii | −0.000659 | 705 | −0.003146 | 538 |
| Idaho | −0.001285 | 1,393 | −0.006911 | 1,424 |
| Illinois | −0.000427 | 4,572 | −0.002310 | 4,043 |
| Indiana | −0.000578 | 3,064 | −0.003388 | 2,867 |
| Iowa | −0.000803 | 2,084 | −0.004015 | 1,702 |
| Kansas | −0.000659 | 1,528 | −0.004453 | 1,804 |
| Kentucky | −0.000493 | 1,760 | −0.002857 | 1,623 |
| Louisiana | −0.000874 | 3,461 | −0.004231 | 3,101 |
| Maine | −0.000903 | 1,035 | −0.005933 | 1,086 |
| Maryland | −0.000463 | 2,151 | −0.002684 | 1,973 |
| Massachusetts | −0.000193 | 1,065 | −0.001155 | 928 |
| Michigan | −0.000606 | 5,281 | −0.003588 | 5,206 |
| Minnesota | −0.001004 | 4,226 | −0.006232 | 4,574 |
| Mississippi | −0.000955 | 2,368 | −0.005090 | 2,275 |
| Missouri | −0.000681 | 3,305 | −0.004295 | 3,440 |
| Montana | −0.001327 | 1,085 | −0.008909 | 1,292 |
| Nebraska | −0.000479 | 714 | −0.002742 | 713 |
| Nevada | −0.000588 | 845 | −0.003740 | 838 |
| New Hampshire | −0.000455 | 482 | −0.002565 | 446 |
| New Jersey | −0.000220 | 1,591 | −0.001309 | 1,434 |
| New Mexico | −0.000887 | 1,389 | −0.004190 | 1,228 |
| New York | −0.000298 | 4,907 | −0.001768 | 4,458 |
| North Carolina | −0.000506 | 3,353 | −0.004040 | 4,161 |
| North Dakota | −0.000994 | 581 | −0.007996 | 816 |
| Ohio | −0.000402 | 4,091 | −0.002543 | 4,199 |
| Oklahoma | −0.000774 | 2,323 | −0.003822 | 2,007 |
| Oregon | −0.000429 | 1,261 | −0.002347 | 1,105 |
| Pennsylvania | −0.000563 | 6,176 | −0.004018 | 6,755 |
| Rhode Island | −0.000327 | 291 | −0.002062 | 276 |
| South Carolina | −0.000542 | 1,838 | −0.002857 | 1,566 |
| South Dakota | −0.000788 | 522 | −0.005465 | 667 |
| Tennessee | −0.000798 | 3,887 | −0.005230 | 3,954 |
| Texas | −0.000674 | 11,571 | −0.003386 | 10,479 |
| Utah | −0.000532 | 948 | −0.001723 | 667 |
| Vermont | −0.001116 | 605 | −0.008013 | 697 |
| Virginia | −0.000636 | 3,870 | −0.003336 | 3,090 |
| Washington | −0.000190 | 956 | −0.001070 | 889 |
| West Virginia | −0.000784 | 1,344 | −0.005315 | 1,323 |
| Wisconsin | −0.000986 | 4,628 | −0.005562 | 4,461 |
| Wyoming | −0.001599 | 718 | −0.007708 | 647 |

BLM_0051826

**Table D-5.  Parameters a and b for Calculating Approximate Standard Errors of Levels for the Detailed Sportspersons Sample**

| State | Sportspersons and anglers 16+ | | Hunters 16+ | |
|---|---|---|---|---|
| | a | b | a | b |
| **United States** | **−0.000020** | **4,289** | **−0.000018** | **3,793** |
| Alabama | −0.000459 | 1,570 | −0.000489 | 1,672 |
| Alaska | −0.001213 | 535 | −0.000986 | 435 |
| Arizona | −0.000405 | 1,492 | −0.000389 | 1,431 |
| Arkansas | −0.001229 | 2,452 | −0.001529 | 3,050 |
| California | −0.000275 | 7,111 | −0.000265 | 6,859 |
| Colorado | −0.000602 | 1,924 | −0.000649 | 2,075 |
| Connecticut | −0.000385 | 976 | −0.000429 | 1,086 |
| Delaware | −0.000483 | 288 | −0.000658 | 392 |
| Florida | −0.000395 | 4,789 | −0.000478 | 5,788 |
| Georgia | −0.000512 | 3,106 | −0.000472 | 2,858 |
| Hawaii | −0.000509 | 454 | −0.001043 | 930 |
| Idaho | −0.001216 | 1,176 | −0.001263 | 1,221 |
| Illinois | −0.000487 | 4,492 | −0.000648 | 5,979 |
| Indiana | −0.000549 | 2,501 | −0.000654 | 2,982 |
| Iowa | −0.000888 | 1,953 | −0.000659 | 1,450 |
| Kansas | −0.000642 | 1,292 | −0.000832 | 1,673 |
| Kentucky | −0.000835 | 2,592 | −0.000679 | 2,110 |
| Louisiana | −0.000991 | 3,270 | −0.000831 | 2,743 |
| Maine | −0.000954 | 959 | −0.000937 | 942 |
| Maryland | −0.000516 | 2,087 | −0.000397 | 1,605 |
| Massachusetts | −0.000252 | 1,221 | −0.000278 | 1,344 |
| Michigan | 0.000643 | 4,874 | 0.000592 | 4,491 |
| Minnesota | −0.001114 | 4,105 | −0.000889 | 3,278 |
| Mississippi | −0.001033 | 2,169 | −0.001124 | 2,360 |
| Missouri | −0.000678 | 2,843 | −0.000857 | 3,597 |
| Montana | −0.001195 | 832 | −0.001299 | 904 |
| Nebraska | −0.000676 | 851 | −0.000707 | 890 |
| Nevada | −0.000617 | 893 | −0.000576 | 833 |
| New Hampshire | −0.000501 | 478 | −0.000547 | 522 |
| New Jersey | −0.000252 | 1,588 | −0.000305 | 1,918 |
| New Mexico | −0.000711 | 944 | −0.001259 | 1,672 |
| New York | −0.000364 | 5,159 | −0.000301 | 4,277 |
| North Carolina | −0.000451 | 2,646 | −0.000616 | 3,618 |
| North Dakota | −0.000814 | 389 | −0.001295 | 619 |
| Ohio | −0.000421 | 3,638 | −0.000381 | 3,292 |
| Oklahoma | −0.000954 | 2,454 | −0.001042 | 2,679 |
| Oregon | −0.000652 | 1,715 | −0.000558 | 1,468 |
| Pennsylvania | −0.000635 | 5,902 | −0.000628 | 5,840 |
| Rhode Island | −0.000423 | 322 | −0.000510 | 389 |
| South Carolina | −0.000527 | 1,616 | −0.000696 | 2,133 |
| South Dakota | −0.001088 | 605 | −0.001013 | 563 |
| Tennessee | −0.000577 | 2,490 | −0.000749 | 3,232 |
| Texas | −0.000603 | 9,273 | −0.000733 | 11,259 |
| Utah | −0.000616 | 955 | −0.000714 | 1,106 |
| Vermont | −0.001086 | 520 | −0.001184 | 567 |
| Virginia | −0.000546 | 2,930 | −0.000658 | 3,529 |
| Washington | −0.000427 | 1,913 | −0.000305 | 1,368 |
| West Virginia | −0.000781 | 1,133 | −0.000891 | 1,288 |
| Wisconsin | −0.001026 | 4,165 | −0.000832 | 3,378 |
| Wyoming | −0.001209 | 452 | −0.001693 | 633 |

BLM_0051827

Table D-6. **Parameters a, b, and c for Calculating Approximate Standard Errors for Expenditures for the Detailed Sportspersons Sample**

| State | Sportspersons and anglers 16+ | | | Hunters 16+ | | |
|-------|-----|-----|-----|-----|-----|-----|
| | a | b | c | a | b | c |
| **United States** | **0.000209** | **−81,938** | **16,935** | **0.000849** | **−338,404** | **16,347** |
| Alabama | 0.009175 | −61,525 | 5,860 | 0.024164 | −1,049 | 5,155 |
| Alaska | −0.006112 | −16,312 | 2,378 | 0.021402 | 39,475 | 489 |
| Arizona | 0.026819 | −7,817 | 2,578 | 0.092593 | −90,851 | 2,072 |
| Arkansas | 0.004633 | −23,748 | 6,426 | 0.014405 | −62,820 | 5,523 |
| California | 0.021384 | −70,276 | 15,458 | 0.113785 | −136,283 | 6,339 |
| Colorado | 0.009864 | −19,578 | 5,293 | 0.022718 | −94,581 | 3,887 |
| Connecticut | 0.001877 | −16,928 | 2,684 | 0.079125 | −34,580 | 1,895 |
| Delaware | 0.040550 | −7,042 | 809 | 0.105687 | −2,637 | 311 |
| Florida | 0.007654 | 20,508 | 14,478 | 0.023874 | −155,743 | 8,973 |
| Georgia | 0.014008 | −36,268 | 6,059 | 0.008831 | −95,649 | 7,863 |
| Hawaii | 0.025846 | −5,658 | 1,067 | 0.097125 | −938 | 788 |
| Idaho | −0.002875 | −29,463 | 3,878 | 0.016379 | −64,453 | 3,289 |
| Illinois | 0.019572 | 10,051 | 8,854 | 0.085878 | −549,762 | 11,311 |
| Indiana | 0.022696 | −22,961 | 5,102 | 0.033251 | −103,911 | 8,051 |
| Iowa | 0.005064 | −20,998 | 4,528 | 0.016656 | −138,890 | 5,392 |
| Kansas | 0.015860 | 18,185 | 1,730 | 0.021785 | −50,528 | 2,671 |
| Kentucky | 0.004591 | −41,799 | 5,443 | 0.008079 | −58,497 | 4,208 |
| Louisiana | −0.00004 | −65,739 | 6,880 | 0.019445 | −21,541 | 4,669 |
| Maine | 0.017717 | −5,998 | 1,713 | 0.025284 | −13,157 | 1,841 |
| Maryland | 0.008904 | −8,843 | 3,522 | 0.032998 | −11,255 | 2,731 |
| Massachusetts | 0.016262 | −12,678 | 3,571 | 0.024064 | −1,953 | 1,922 |
| Michigan | 0.019792 | −127,849 | 11,921 | 0.040148 | −65,705 | 9,671 |
| Minnesota | 0.008800 | −47,947 | 9,688 | 0.014048 | −30,492 | 6,738 |
| Mississippi | 0.016340 | −3,615 | 2,838 | 0.048203 | −12,376 | 2,679 |
| Missouri | 0.010252 | −14,938 | 4,700 | 0.044792 | −43,432 | 4,274 |
| Montana | 0.006249 | 2,944 | 2,023 | 0.012939 | −22,671 | 1,865 |
| Nebraska | 0.017333 | −3,651 | 1,663 | 0.027267 | −39,668 | 2,043 |
| Nevada | 0.018933 | −14,263 | 1,569 | 0.031588 | −38,184 | 1,658 |
| New Hampshire | 0.018219 | −2,158 | 896 | 0.019369 | −16,561 | 1,337 |
| New Jersey | 0.008872 | −21,461 | 4,161 | 0.074090 | −47,814 | 2,925 |
| New Mexico | 0.009851 | −15,340 | 3,013 | 0.038148 | 4,904 | 1,576 |
| New York | 0.026625 | −55,537 | 8,963 | 0.021960 | −65,942 | 13,270 |
| North Carolina | 0.002898 | −52,854 | 8,564 | 0.027058 | −70,174 | 6,255 |
| North Dakota | 0.005072 | −1,310 | 842 | 0.013476 | 10,740 | 593 |
| Ohio | 0.006294 | −16,259 | 6,658 | 0.032819 | −343,279 | 12,406 |
| Oklahoma | 0.004660 | −37,618 | 7,562 | 0.020499 | −34,984 | 4,891 |
| Oregon | 0.003145 | −20,997 | 4,657 | 0.039506 | −209,288 | 4,495 |
| Pennsylvania | −0.001615 | −16,424 | 12,085 | 0.015010 | −45,176 | 9,408 |
| Rhode Island | 0.008233 | −3,065 | 823 | 0.163731 | 1,552 | 318 |
| South Carolina | 0.006577 | −24,715 | 4,435 | 0.014150 | −45,230 | 4,751 |
| South Dakota | 0.016156 | −6,396 | 1,099 | 0.041242 | 13,567 | 850 |
| Tennessee | 0.033971 | −12,176 | 3,739 | 0.025020 | 25,879 | 2,858 |
| Texas | 0.002571 | −181,509 | 27,582 | 0.012511 | 228,353 | 16,609 |
| Utah | 0.001106 | −2,243 | 3,125 | 0.011415 | −63,829 | 3,240 |
| Vermont | 0.011747 | −4,625 | 1,103 | 0.008540 | −5,531 | 1,212 |
| Virginia | 0.016382 | −12,594 | 5,152 | 0.014967 | −57,318 | 6,583 |
| Washington | 0.003760 | −21,018 | 4,033 | 0.047027 | −137,577 | 2,616 |
| West Virginia | 0.006720 | −9,550 | 2,878 | 0.031204 | −15,338 | 1,413 |
| Wisconsin | 0.012407 | −19,300 | 6,202 | 0.024061 | −96,808 | 6,607 |
| Wyoming | 0.012293 | −9,179 | 1,344 | 0.024311 | −20,666 | 1,350 |

BLM_0051828

Table D-7. **Parameters a, b, and c for Calculating Approximate Standard Errors for Days or Trips for the Detailed Sportspersons Sample**

| State | Sportspersons and anglers 16+ | | | Hunters 16+ | | |
|---|---|---|---|---|---|---|
| | a | b | c | a | b | c |
| **United States** | **−0.000359** | **−10,379** | **21,216** | **0.000168** | **−11,904** | **12,496** |
| Alabama | −0.014899 | −1,645 | 10,642 | 0.010257 | −3,745 | 3,494 |
| Alaska | 0.004232 | −2,284 | 1,514 | 0.017337 | −1,630 | 1,174 |
| Arizona | 0.009813 | −504 | 1,658 | 0.025859 | −2,427 | 2,408 |
| Arkansas | −0.000591 | −4,532 | 7,151 | 0.005331 | −5,600 | 6,560 |
| California | 0.005829 | −32,577 | 19,133 | 0.046419 | −14,455 | 11,763 |
| Colorado | −0.002514 | −4,440 | 6,304 | 0.005304 | −3,344 | 4,269 |
| Connecticut | 0.004894 | −1,905 | 2,797 | 0.032365 | −208 | 1,179 |
| Delaware | 0.019930 | −260 | 493 | 0.042659 | −901 | 837 |
| Florida | 0.004327 | −8,388 | 12,123 | 0.023712 | −8,026 | 8,704 |
| Georgia | 0.006853 | −15,975 | 7,865 | 0.000498 | −4,557 | 6,375 |
| Hawaii | 0.024692 | −3,126 | 2,236 | −0.011390 | −629 | 1,711 |
| Idaho | −0.003745 | −3,875 | 4,263 | 0.007761 | −1,392 | 1,956 |
| Illinois | −0.001740 | −10,299 | 13,115 | 0.116103 | −25,870 | 11,750 |
| Indiana | 0.005471 | −5,800 | 7,756 | 0.015379 | −6,119 | 5,928 |
| Iowa | −0.002638 | −1,789 | 4,745 | 0.013073 | −5,442 | 4,003 |
| Kansas | 0.016223 | −605 | 1,633 | −0.005996 | −2,318 | 4,722 |
| Kentucky | −0.001146 | −3,831 | 5,559 | −0.008903 | −1,883 | 5,581 |
| Louisiana | 0.005167 | −9,551 | 6,990 | 0.031739 | −9,447 | 4,809 |
| Maine | −0.001145 | −2,421 | 3,262 | 0.012469 | −2,544 | 2,121 |
| Maryland | 0.015009 | −1,757 | 3,235 | −0.000817 | −3,341 | 4,179 |
| Massachusetts | 0.001279 | −5,091 | 4,088 | 0.028210 | −2,953 | 2,268 |
| Michigan | 0.014345 | −13,184 | 13,688 | 0.005369 | −5,906 | 7,564 |
| Minnesota | 0.003565 | −17,781 | 12,718 | −0.002763 | −5,610 | 8,671 |
| Mississippi | 0.019493 | −15,942 | 6,461 | 0.014162 | −6,098 | 5,274 |
| Missouri | −0.002128 | −5,253 | 7,226 | 0.018480 | −8,909 | 5,746 |
| Montana | 0.000449 | −2,600 | 3,680 | 0.000401 | −1,984 | 2,302 |
| Nebraska | −0.001914 | −1,750 | 2,477 | −0.000535 | −295 | 1,450 |
| Nevada | 0.021810 | −2,046 | 1,649 | −0.001816 | −1,230 | 1,883 |
| New Hampshire | 0.002071 | −1,578 | 1,470 | 0.000312 | −511 | 902 |
| New Jersey | 0.011720 | −5,526 | 6,959 | 0.022081 | −3,488 | 3,096 |
| New Mexico | 0.001275 | −6,683 | 5,081 | 0.035962 | −4,491 | 2,409 |
| New York | 0.006773 | −19,672 | 13,519 | −0.006261 | −6,261 | 14,001 |
| North Carolina | −0.003764 | −7,850 | 10,700 | 0.005307 | −10,202 | 11,887 |
| North Dakota | −0.000254 | −1,046 | 1,099 | 0.013638 | −2,072 | 1,354 |
| Ohio | −0.002277 | −12,642 | 14,807 | 0.014951 | −10,264 | 9,111 |
| Oklahoma | 0.002908 | −8,589 | 7,908 | −0.012896 | −7,384 | 10,343 |
| Oregon | −0.004964 | −10,252 | 11,849 | 0.014008 | −4,387 | 3,466 |
| Pennsylvania | −0.000351 | −9,506 | 15,294 | 0.001946 | −7,227 | 10,734 |
| Rhode Island | 0.003515 | −532 | 829 | 0.036010 | −680 | 752 |
| South Carolina | 0.001822 | −4,530 | 4,244 | 0.016996 | −2,924 | 3,226 |
| South Dakota | 0.006727 | −857 | 1,163 | 0.014473 | −561 | 1,029 |
| Tennessee | −0.003393 | −8,542 | 10,929 | 0.014450 | −5,875 | 5,933 |
| Texas | 0.008771 | −62,115 | 37,457 | 0.026724 | −40,596 | 24,438 |
| Utah | −0.000945 | −159 | 2,170 | 0.009900 | −3,490 | 2,684 |
| Vermont | −0.003874 | −1,213 | 1,671 | 0.001720 | −943 | 1,254 |
| Virginia | −0.003305 | −6,179 | 9,142 | 0.003533 | −4,262 | 5,955 |
| Washington | 0.001423 | −4,085 | 5,250 | −0.000778 | −1,826 | 2,912 |
| West Virginia | −0.003294 | −831 | 2,712 | 0.003483 | −2,510 | 3,463 |
| Wisconsin | −0.000821 | −11,365 | 13,762 | 0.002687 | −8,025 | 7,969 |
| Wyoming | 0.001824 | −978 | 1,466 | 0.000207 | 3,198 | 606 |

BLM_0051829

Table D-8.  **Parameters a and b for Calculating Approximate Standard Errors of Levels of Wildlife-Watching Participants for the Detailed Wildlife-Watching Sample**

| State | Nonresidential users | | Wildlife-watching participants[1] | |
|---|---|---|---|---|
| | a | b | a | b |
| **United States** | **−0.000076** | **15,974** | **−0.000040** | **8,555** |
| Alabama | −0.001806 | 6,172 | −0.000996 | 3,406 |
| Alaska | −0.003984 | 1,757 | −0.003102 | 1,368 |
| Arizona | −0.001862 | 6,858 | −0.001138 | 4,191 |
| Arkansas | −0.005383 | 10,740 | −0.003708 | 7,397 |
| California | −0.001245 | 32,229 | −0.000675 | 17,485 |
| Colorado | −0.002666 | 8,521 | −0.001570 | 5,017 |
| Connecticut | −0.002028 | 5,136 | −0.001170 | 2,963 |
| Delaware | −0.003015 | 1,797 | −0.001488 | 887 |
| Florida | −0.002113 | 25,612 | −0.001029 | 12,478 |
| Georgia | −0.002607 | 15,802 | −0.001239 | 7,512 |
| Hawaii | −0.001747 | 1,558 | −0.001508 | 1,345 |
| Idaho | −0.011466 | 11,088 | −0.002755 | 2,664 |
| Illinois | −0.001118 | 10,311 | −0.001182 | 10,900 |
| Indiana | −0.002301 | 10,485 | −0.001294 | 5,899 |
| Iowa | −0.002614 | 5,750 | −0.002397 | 5,274 |
| Kansas | −0.002324 | 4,676 | −0.001200 | 2,414 |
| Kentucky | −0.001720 | 5,341 | −0.001519 | 4,717 |
| Louisiana | −0.002007 | 6,621 | −0.001352 | 4,459 |
| Maine | −0.003051 | 3,066 | −0.002046 | 2,056 |
| Maryland | −0.001879 | 7,604 | −0.001100 | 4,449 |
| Massachusetts | −0.001845 | 8,924 | −0.000791 | 3,824 |
| Michigan | −0.002911 | 22,083 | −0.001385 | 10,506 |
| Minnesota | −0.003859 | 14,226 | −0.002710 | 9,989 |
| Mississippi | −0.002421 | 5,085 | −0.002331 | 4,896 |
| Missouri | −0.007940 | 33,309 | −0.002372 | 9,949 |
| Montana | −0.005126 | 3,568 | −0.003963 | 2,758 |
| Nebraska | −0.002615 | 3,292 | −0.001558 | 1,961 |
| Nevada | −0.002376 | 3,438 | −0.001641 | 2,375 |
| New Hampshire | −0.003949 | 3,767 | −0.001860 | 1,774 |
| New Jersey | −0.001349 | 8,490 | −0.000839 | 5,282 |
| New Mexico | −0.003029 | 4,023 | −0.001796 | 2,385 |
| New York | −0.001303 | 18,488 | −0.000811 | 11,505 |
| North Carolina | −0.001908 | 11,203 | −0.001382 | 8,114 |
| North Dakota | −0.003144 | 1,503 | −0.002659 | 1,271 |
| Ohio | −0.001298 | 11,210 | −0.000884 | 7,638 |
| Oklahoma | −0.004011 | 10,317 | −0.002253 | 5,796 |
| Oregon | −0.003939 | 10,356 | −0.001506 | 3,958 |
| Pennsylvania | −0.002310 | 21,485 | −0.001198 | 11,142 |
| Rhode Island | −0.001581 | 1,205 | −0.001226 | 934 |
| South Carolina | −0.004009 | 12,288 | −0.001840 | 5,460 |
| South Dakota | −0.005473 | 3,043 | −0.002845 | 1,582 |
| Tennessee | −0.002163 | 9,330 | −0.001206 | 5,202 |
| Texas | −0.003860 | 59,315 | −0.001142 | 17,541 |
| Utah | −0.003023 | 4,685 | −0.002427 | 3,762 |
| Vermont | −0.007125 | 3,413 | −0.003296 | 1,579 |
| Virginia | −0.002550 | 13,684 | −0.001540 | 8,266 |
| Washington | −0.002590 | 11,601 | −0.000842 | 3,773 |
| West Virginia | −0.002233 | 3,226 | −0.001979 | 2,859 |
| Wisconsin | −0.002881 | 11,690 | −0.002288 | 9,283 |
| Wyoming | −0.004150 | 1,552 | −0.004075 | 1,524 |

[1] Use these parameters for total wildlife-watching participants and residential participants.

BLM_0051830

Table D-9.  **Parameters a, b, and c for Calculating Approximate Standard Errors for Expenditures and Days or Trips for Detailed Wildlife-Watching Sample**

| State | Expenditures | | | Days or trips | | |
|---|---|---|---|---|---|---|
| | a | b | c | a | b | c |
| **United States** | **−0.000286** | **−65,186** | **37,635** | **0.000052** | **543,738** | **10,948** |
| Alabama | 0.030708 | −4,434 | 4,714 | −0.022833 | −34,485 | 19,838 |
| Alaska | 0.041800 | −4,269 | 1,514 | −0.029715 | −14,349 | 8,241 |
| Arizona | 0.015564 | −88,920 | 7,092 | −0.006753 | 8,600 | 9,994 |
| Arkansas | 0.010470 | −232,312 | 19,942 | −0.016982 | −55,327 | 23,242 |
| California | 0.018066 | −66,438 | 36,961 | 0.012283 | 199,721 | 11,847 |
| Colorado | 0.038817 | −215,098 | 11,070 | −0.052385 | −41,128 | 50,721 |
| Connecticut | 0.009671 | −39,324 | 6,004 | −0.041089 | −115,012 | 28,194 |
| Delaware | 0.048255 | 793 | 1,135 | −0.017715 | −10,761 | 3,753 |
| Florida | 0.037237 | 246,936 | 15,955 | −0.011904 | 368,712 | 53,853 |
| Georgia | 0.049562 | −47,365 | 13,337 | −0.012828 | −66,122 | 35,936 |
| Hawaii | 0.073902 | −7,392 | 1,428 | −0.107474 | −50,423 | 10,960 |
| Idaho | 0.049578 | 3,816 | 4,179 | −0.012767 | 26,870 | 10,809 |
| Illinois | 0.023791 | −91,738 | 15,163 | 0.017880 | −26,735 | 32,660 |
| Indiana | 0.031176 | −6,949 | 11,644 | −0.031304 | −137,397 | 50,618 |
| Iowa | 0.027387 | −151,677 | 10,811 | −0.043626 | −36,375 | 39,705 |
| Kansas | 0.014086 | −26,411 | 5,617 | −0.020112 | −42,505 | 16,304 |
| Kentucky | 0.034724 | −14,328 | 9,748 | −0.100682 | −143,695 | 76,120 |
| Louisiana | 0.077714 | −11,409 | 5,935 | −0.079705 | −145,421 | 49,422 |
| Maine | 0.023033 | −44,469 | 5,406 | −0.017174 | −7,365 | 9,098 |
| Maryland | 0.043571 | −70,123 | 6,923 | −0.033325 | −216,192 | 46,228 |
| Massachusetts | 0.006810 | −178,680 | 12,400 | −0.031568 | −234,200 | 47,548 |
| Michigan | 0.040492 | −319,042 | 19,607 | −0.018833 | −31,270 | 48,594 |
| Minnesota | 0.014246 | −14,209 | 13,809 | −0.095678 | −560,553 | 139,828 |
| Mississippi | 0.124078 | 18,562 | 3,885 | −0.030843 | −100,539 | 24,176 |
| Missouri | 0.034639 | −25,636 | 11,799 | −0.010269 | 219,841 | 37,795 |
| Montana | 0.057903 | −22,171 | 3,776 | −0.012332 | 5,559 | 10,812 |
| Nebraska | 0.024994 | −4,237 | 3,539 | −0.038650 | −12,323 | 13,951 |
| Nevada | 0.034440 | 22,068 | 4,012 | −0.005101 | −34,384 | 8,741 |
| New Hampshire | 0.035666 | −13,208 | 2,568 | 0.022014 | −23,662 | 6,038 |
| New Jersey | 0.013039 | −52,984 | 9,831 | −0.011200 | 215,547 | 18,712 |
| New Mexico | 0.160478 | −37,219 | 3,245 | −0.041133 | −40,922 | 17,946 |
| New York | 0.055761 | −88,911 | 14,702 | −0.018354 | −352,468 | 78,358 |
| North Carolina | 0.016613 | −38,392 | 14,073 | −0.014391 | −150,974 | 57,926 |
| North Dakota | 0.083798 | −1,532 | 1,564 | 0.000482 | −16,359 | 3,936 |
| Ohio | 0.013567 | −190,802 | 23,398 | 0.054816 | −205,827 | 28,294 |
| Oklahoma | 0.016264 | −32,772 | 9,957 | 0.012938 | 93,047 | 14,288 |
| Oregon | 0.006779 | −12,633 | 7,354 | −0.034862 | −36,621 | 32,540 |
| Pennsylvania | 0.029900 | −197,526 | 29,144 | 0.024902 | 969,419 | −33,184 |
| Rhode Island | 0.030265 | −1,717 | 1,486 | −0.069322 | −95,835 | 12,964 |
| South Carolina | 0.053921 | 14,141 | 5,196 | −0.019706 | −230,401 | 46,919 |
| South Dakota | 0.057120 | 7,343 | 999 | −0.031149 | −123,874 | 14,456 |
| Tennessee | 0.037696 | −9,299 | 8,559 | 0.000581 | 38,507 | 8,480 |
| Texas | 0.038651 | −443,322 | 33,784 | 0.005378 | 354,179 | 23,102 |
| Utah | 0.056421 | 9,481 | 4,059 | 0.045711 | −66,098 | 23,779 |
| Vermont | 0.013746 | −43,820 | 3,010 | 0.010618 | −34,930 | 7,630 |
| Virginia | 0.036266 | −105,349 | 16,055 | −0.016136 | −231,865 | 58,093 |
| Washington | 0.018752 | −46,218 | 10,365 | −0.015432 | −108,529 | 31,269 |
| West Virginia | 0.051192 | −2,708 | 2,632 | −0.035244 | −80,788 | 20,819 |
| Wisconsin | −0.001127 | −25,290 | 18,720 | −0.064163 | −592,681 | 124,050 |
| Wyoming | 0.097425 | −2,122 | 1,550 | −0.093805 | −13,385 | 14,702 |

BLM_0051832



Temporal Variation in Fitness Components and Population Dynamics of Large Herbivores
Author(s): J.-M. Gaillard, M. Festa-Bianchet, N. G. Yoccoz, A. Loison and C. Toigo
Source: *Annual Review of Ecology and Systematics*, Vol. 31 (2000), pp. 367–393
Published by: Annual Reviews
Stable URL: http://www.jstor.org/stable/221737
Accessed: 18-03-2015 20:45 UTC

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at
http://www.jstor.org/page/info/about/policies/terms.jsp

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content
in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship.
For more information about JSTOR, please contact support@jstor.org.

*Annual Reviews* is collaborating with JSTOR to digitize, preserve and extend access to *Annual Review of Ecology and Systematics*.

http://www.jstor.org

BLM_0051833

Annu. Rev. Ecol. Syst. 2000. 31:367–93
Copyright © 2000 by Annual Reviews. All rights reserved

# Temporal Variation in Fitness Components and Population Dynamics of Large Herbivores

J.-M. Gaillard,[1] M. Festa-Bianchet,[2] N. G. Yoccoz,[3] A. Loison,[1] and C. Toïgo[4]

[1]Unité Mixte de Recherche No. 5558 "Biométrie et Biologie Evolutive," Université Claude Bernard Lyon 1, 69622 Villeurbanne Cedex, France; e-mail: gaillard@biomserv.univ-lyon1.fr; loison@biomserv.univ-lyon1.fr
[2]Département de Biologie, Université de Sherbrooke, Sherbrooke, Québec, Canada J1K 2R1; e-mail: mbianche@courrier.usherb.ca
[3]Department of Arctic Ecology, Norwegian Institute for Nature Research, Polar Environmental Centre, N-9296 Tromsø, Norway; e-mail: nigel.yoccoz@ninatos.ninaniku.no
[4]Office National de la Chasse, Division Recherche et Développement, 75017 Paris, France; e-mail: cnerafm@mail.sky.fr

**Key Words**   environmental variation, density dependence, ungulates, demography, critical life-history stage, long-term studies

■ **Abstract**   In large-herbivore populations, environmental variation and density dependence co-occur and have similar effects on various fitness components. Our review aims to quantify the temporal variability of fitness components and examine how that variability affects changes in population growth rates. Regardless of the source of variation, adult female survival shows little year-to-year variation [coefficient of variation (CV <10%)], fecundity of prime-aged females and yearling survival rates show moderate year-to-year variation (CV <20%), and juvenile survival and fecundity of young females show strong variation (CV >30%). Old females show senescence in both survival and reproduction. These patterns of variation are independent of differences in body mass, taxonomic group, and ecological conditions. Differences in levels of maternal care may fine-tune the temporal variation of early survival. The immature stage, despite a low relative impact on population growth rate compared with the adult stage, may be the critical component of population dynamics of large herbivores. Observed differences in temporal variation may be more important than estimated relative sensitivity or elasticity in determining the relative demographic impact of various fitness components.

0066-4162/00/1120-0367$14.00                                **367**

This content downloaded from 204.124.92.254 on Wed, 18 Mar 2015 20:45:44 UTC
All use subject to JSTOR Terms and Conditions

BLM_0051834

## INTRODUCTION: Widespread Large Herbivores in Variable Environments

Large terrestrial mammalian herbivores (with an adult mass of $\geq 10$ kg) are found in most ecosystems, from arctic tundra to tropical forest (134). They face not only very different climates, but also great variation in predation pressure, risk of disease, and human interference. Despite these potential sources of temporal variability in survival and recruitment, populations of large herbivores are often considered to be only weakly affected by temporal variation and are often described with deterministic age-structured models (46). In this review we first examine and quantify temporal variation in some fitness components for populations of large herbivores, including survival and reproduction at different stages of an individual's life cycle (Figure 1). Temporal variation in at least one fitness component has been measured for >30 species of large herbivores. We then assess the effects of taxonomic position, ecosystem, and body size on patterns of



**Figure 1**   Life cycle graph of a large herbivore female: *Circled numbers*: 1, newborn [most ungulates are birth-pulse species (155)]; 2, weaned young (around 6 months for most species); 3, yearling; 4, 2-year-old (often the minimum age of primiparity); 5, prime-aged; and 6, senescent (older than a threshold age). *Straight lines* indicate transitions from one age group to the next, and *curved lines* indicate reproduction (and therefore production of newborns). These fitness components describe the development of individuals through the life cycle: PRS, pre-weaning survival [summer survival of young in temperate species (e.g. 29)]; POS, postweaning survival [winter survival in temperate species (e.g. 29)]; YS, yearling survival (survival probability between 1 and 2 years); PAS, prime-age adult survival [yearly survival between 2 and 7 years in small- and medium-sized species like Soay sheep (22), roe deer (64), or bighorn sheep (87); between 2 and 12 years in red deer (SD Albon, personal communication)]; SS, senescent survival [yearly survival of females older than a threshold age (7 or 10 years)]; FP, fecundity of yearling females [product of average litter size and proportion of females pregnant; differs from 0 in only a few medium-sized species like white-tailed deer or mule deer (117)]; FY, fecundity of young females [2-year-olds in most cases; in large species, primiparity is at 3 or 4 years or even older (e.g. see 56)]; FA, fecundity of prime-aged females; FS, fecundity of senescent females.

This content downloaded from 204.124.92.254 on Wed, 18 Mar 2015 20:45:44 UTC
All use subject to JSTOR Terms and Conditions

BLM_0051835

temporal variation. Finally, we propose that there may be a trade-off between the potential importance of a fitness component for changing population growth rate and its observed temporal variation: Those fitness components with the greatest potential impact on population growth rate tend to have the least temporal variability.

Populations of large herbivores display four major types of temporal variation. First, in seasonal habitats, there is predictable environmental variation over each year. Second, year-to-year fluctuations in climate lead to unpredictable, sometimes marked environmental variation. Third, density-dependent responses occur when populations overshoot a threshold density (58). Fourth, changes in abundance or in behavior of predators, prevalence of diseases, or human activities may produce environmental variation. Consequently, temporal variation should play a prominent role in the population dynamics of large herbivores (67, 156), contrary to the simplistic approach that downplays environmental stochasticity for long-lived species. Considerable progress has been made during the last 10 years to better understand demography in stochastic environments (178, 179) and to account for environmental variation, which has been shown to strongly affect estimates of population growth (178) and fitness of various life history strategies (135). It has also been suggested that, for large populations, the extinction risk from demographic stochasticity may be less important than the risk from environmental stochasticity (97), although reliable empirical data are lacking for large herbivores. Therefore, the effects of temporal variation on population dynamics are likely to have strong fundamental and applied implications.

## OVERVIEW OF POPULATION DYNAMICS OF LARGE HERBIVORES

### Covariation of Body Size, Lifespan, and Iteroparity

Large herbivores are among the heaviest mammals, ranging from <10 to >1000 kg [we excluded species exceeding 800 kg, because their population dynamics may differ from those of smaller species (136) and there is very little information on temporal variation of their fitness components]. Thus, the strong allometric relationships commonly found for most life history traits (144) lead large herbivores to show low fecundity and high adult survivorship (190), with only one or two offspring produced once per year (81) over a potential female lifespan exceeding 15 years (108). Large herbivores have generation times of >4 years (125) and low adult turnover (125). They are strongly iteroparous (69): Females generally reproduce >5 times (12, 13, 20, 29), and a few individuals may reproduce 15 times during a lifetime (63). Only suids deviate from this general model by having large litters (43) and short generation times, at least in heavily hunted populations (71). But because they are omnivores, we exclude suids from our review.

This content downloaded from 204.124.92.254 on Wed, 18 Mar 2015 20:45:44 UTC
All use subject to JSTOR Terms and Conditions

BLM_0051836

## A Life Cycle Graph for Large Herbivores

Populations of large herbivores are strongly age- and sex-structured. In most species, a polygynous mating system leads to pronounced sexual size dimorphism (109), which correlates with marked sexual differences in life history traits (29). In particular, male survival is typically lower than female survival at all ages (29). Age has very strong effects on both reproduction and survival (Figure 1). Large herbivores fit Caughley's model of a dome-shaped age-dependent survival rate (23), with clearly identifiable juvenile (pre- and postweaning), prime-age (adults), and senescent (old adults) stages (64, 87). Here we refer to prime-aged females as those in age classes before the onset of survival senescence [often from 2 to 7–8 years (108)]. Juvenile survival can be subdivided into a preweaning component, during which mortality is mostly dependent on maternal care, and a postweaning component, when most mortality is care independent (66, 111). Yearling survival (from 1 to 2 years of age) is often lower and more variable than survival of prime-aged adults (29, 87) and therefore must be considered separately. Age-related variation in fecundity and litter size is also common, although it is often less pronounced than variation in survival (45). Primiparity is generally at 2 or 3 years, but in some small- or medium-sized species, females can breed during their first year (117). After first reproduction in most species, females attempt to reproduce every year, but in some populations females will not conceive for 1–2 years after weaning an offspring (92, 130, 176). In most ecosystems, births are highly synchronous (155), timed to maximize offspring survival by reducing predation risk (61) and synchronized with seasonal differences in vegetation quality or availability (52, 153).

## Demographic Patterns of Populations of Large Herbivores

Populations of large herbivores have low growth rates (16), but compared with other vertebrates, they have high maximum population growth rates relative to their body size. Thus, monotocous species (those with a fixed litter size of one) like horses, red deer, or muskox may reach finite rates of increase ($\lambda$) of 1.25 to 1.35 (113, 148, 198), whereas polytocous species (with variable litter size and generally between 1 and 3 offspring per litter) like white-tailed deer may have $\lambda > 1.5$ (181). High potential population growth allows large herbivores to rapidly exploit areas where they may be introduced (24).

Demographic analyses reveal that the elasticity of adult survival is at least threefold higher than that of juvenile survival or of fecundity rates (48, 83, 132, 187). Elasticity measures relative sensitivity, which can be defined as the effect on population growth rate of a proportional change in a given fitness component (39). Therefore, a proportional change in a fitness component with high elasticity will have a greater effect on population growth rate than the same change in a fitness component with low elasticity. Thus, the population growth rate of large

This content downloaded from 204.124.92.254 on Wed, 18 Mar 2015 20:45:44 UTC
All use subject to JSTOR Terms and Conditions

BLM_0051837

herbivores is much more sensitive to a given relative variation in adult survival than to the same relative variation in any other fitness component.

Temporal variation in abundance of large herbivores can have widely different sources, including density- and climate-dependent food limitation or control by humans, predation, and disease. Density-independent limitation (165) and density-dependent regulation (165) co-occur in most populations (115, 165), so that the impact on population growth of density-independent factors such as bad weather typically increases with population density (127, 146).

## HOW AND WHY FITNESS COMPONENTS OF POPULATIONS OF LARGE HERBIVORES VARY OVER TIME

### Heterogeneity of Data Type and Statistical Analyses: A Methodological Caveat

Ideally, our review should have included only studies based on long-term monitoring of individually recognizable animals, analyzed with methods that account for differences in recapture probability, because those studies minimize errors in estimates of fitness components and reduce the risk of sampling bias. Currently, however, only a handful of studies fit those criteria.

We included studies lasting ≥3 years and providing yearly estimates of at least one fitness component (see supplemental appendix at http://www.annurev. org). We thus faced considerable heterogeneity of data quality and statistical analyses. As a result, it was not always possible to transform the results of different studies into the fitness components defined in Figure 1. Standardized information on juvenile survival and fecundity rates was particularly difficult to extract from the literature. Several studies reported age ratios such as young:female or young:adult female. These ratios are of limited usefulness (116) because they combine juvenile survival and fecundity rate and ignore changes in female age structure. We thus analyzed age ratios separately. Studies also used widely different techniques to estimate fitness components, especially for survival. The quality of the data was highest for studies that monitored individually marked animals of known age and estimated survival by accounting for differences in detection probability of marked animals (49 of 141 studies). When juvenile and yearling survival rates were analyzed separately by sex, we used female survival. Studies based on comparing age ratios in successive years (59 of 141 studies) were of the lowest quality. Survival rates extracted from count ratios are affected by large sampling errors, partly because ratios can change after changes in either the numerator or the denominator. For example, a change in the juvenile:adult ratio could be due to changes in survival (or in sightability) of adults or of juveniles (116).

This content downloaded from 204.124.92.254 on Wed, 18 Mar 2015 20:45:44 UTC
All use subject to JSTOR Terms and Conditions

BLM_0051838

## Temporal Variation in Survival

***Preweaning Survival (Immature Stage 1)***    Most estimates of preweaning survival were based on individually marked newborns. Therefore, data quality was good [28 estimates were of high quality vs 9 of low quality (see supplemental appendix at http://www.annurev.org)]. Preweaning survival is generally low (mean of 0.638, $N = 46$) and varies markedly over time (CV of 0.265, $N = 39$) in most populations (Figure 2) in response to a great diversity of proximal factors. Most preweaning mortality occurs within 1 month of birth (2, 20, 76, 96, 129). It is likely that several studies overestimated preweaning survival, because unless all juveniles are caught and marked immediately after birth, some preweaning deaths, especially of neonates, will not be detected by researchers.

Survival to weaning is generally dependent on maternal care, especially when predation on neonates is not a major source of mortality. Thus, maternal attributes



**Figure 2**    Temporal variation in fitness components of large herbivores. Each box-plot shows, for the mean yearly estimates and their coefficients of variation in a given population for a given ecosystem type (Mountain-Arctic, Temperate, and Tropical), the interquartile (25%–75%) range (given by the *filled box*), 1.5 times this range (*brackets*), the median (*white bar*) and the "outliers" (*horizontal bars*). Note that the scale for CVs for mountain ungulates is different from the others. PRS, preweaning survival; POS, postweaning survival; YS, yearling survival; PAS, yearly survival of prime-age adults; SS, yearly survival of old adults; FY, fecundity of young females; FAD, fecundity of prime-age adults; FS, fecundity of old females; SJ, juvenile survival; Ratio, calf:cow ratio.

This content downloaded from 204.124.92.254 on Wed, 18 Mar 2015 20:45:44 UTC
All use subject to JSTOR Terms and Conditions

BLM_0051839

such as age (3, 55, 76, 90, 96), size (21, 96, 168), reproductive experience (95, 139, 149), dominance status (31, 106), previous reproductive status (31, 53), or the size of female kin groups (138) can have strong effects on preweaning survival. Generally, the reproductive success of large multiparous prime-aged females of high social rank is much less affected by environmental conditions than is that of small, primiparous, and young females of low social rank.

Weather during gestation can affect preweaning survival. In temperate species, high snowfall and long duration of snow cover during the previous winter often reduce preweaning survival, likely by affecting maternal nutrition during late gestation (2, 114). Likewise, the amounts of precipitation during parturition and lactation cause preweaning survival to vary over years, especially for polytocous species (19, 65, 91) and at high density for monotocous species (146). Weather generally affects early survival by changing the availability of high-quality forage (19); direct effects of adverse weather on survival are exceptional (126). The strong positive correlation between preweaning survival, maternal condition, and weather during gestation and lactation is likely due to the importance of birth weight for early survival, an effect that tends to become stronger with adverse weather or high population density (3, 7, 33, 50, 65, 76, 100, 157, 171, 177). High forage quality and quantity often increase preweaning survival of large herbivores (131, 152, 197), possibly by improving milk quality (197).

Malnutrition appears to be a major cause of early mortality during some years (151) and, in extreme cases, may lead females to abandon their offspring (99). Malnutrition can also predispose juveniles to other sources of mortality. In particular, the transfer of passive immunity to newborns may be compromised at high population density (157).

Density dependence in preweaning survival has been reported in many large herbivores (26, 33, 65, 114, 120, 166), but preweaning survival of red deer (31), reindeer (171), and bighorn sheep (146) did not decrease with increasing density. Preweaning survival may therefore be more sensitive to population density in polytocous species that have a high energy expenditure per breeding attempt than in monotocous species (65).

Where predators are present, predation is often the main source of early mortality (105), and preweaning survival is generally <50% (47) and can be as low as 1% (20). Predation risk, however, is not always independent of maternal care. Maternal experience can decrease fawn vulnerability to predators (20, 139). The timing of birth may also account for temporal variation in preweaning survival. Late birth dates often lower survival in temperate ungulates (31, 33, 52) by shortening the period for access to growing forage. In the presence of predators, caribou calves born during the birth peak may enjoy higher survival than those born earlier or later (2). Finally, parasites (107), disease (126), and high levels of inbreeding (102, 162) may reduce preweaning survival to 10% in some years. Because all of these factors may vary spatially within a population in a given year, spatial heterogeneities in preweaning survival are expected to occur and have been found in pronghorn (50) and caribou (195), but not in red deer (76).

This content downloaded from 204.124.92.254 on Wed, 18 Mar 2015 20:45:44 UTC
All use subject to JSTOR Terms and Conditions

BLM_0051840

***Postweaning Survival (Immature Stage 2)***   The data available to assess temporal variation in survival from weaning to 1 year include a narrower range of species than those available for preweaning survival. Similar to preweaning survival, data quality was good [20 estimates of high quality vs 7 of low quality (see supplemental appendix at http://www.annurev.org)]. Postweaning survival varied widely from year to year in most populations [mean of 0.697, $N = 30$; CV of 0.279, $N = 26$ (Figure 2)], but fewer factors were reported to affect postweaning survival than preweaning survival. Most reported causes of postweaning mortality, such as winter severity and density dependence, were care independent, and the proximate cause of mortality was usually starvation. Negative effects of severe winters have been reported for several temperate species (62, 78, 101, 166), but muskoxen seem to be highly resistant to deep snow and ice, at least in colonizing populations (86). Density dependence in postweaning survival was reported in several species (11, 31, 33, 85, 146, 166, 171) and appears to be more common in postweaning than in preweaning survival for monotocous species. Bartmann et al (11) provided the best experimental demonstration of density dependence in juvenile survival: By allowing density of mule deer to increase from 44 to 133 per km², they caused postweaning survival to decrease from 0.456 to 0.176. Predation (11) and late birth (166) can decrease postweaning survival in some years. Other factors, such as spring weather (161), birth weight (33), and maternal dominance status (31) may affect postweaning survival, but appear to be less important than for preweaning survival.

Because many studies did not distinguish pre- and postweaning survival, we examined overall variation in first-year survival. Data quality was reasonable [21 estimates of high quality vs 19 of low quality (see supplemental appendix at http://www.annurev.org)]. Juvenile survival displayed wide yearly variations in most populations [mean of 0.518, $N = 51$; CV of 0.346, $N = 43$ (Figure 2)]. Predation (41, 49, 73, 159, 180, 192), population density (89, 137, 160, 167, 174, 175, 189, 191), winter severity (9, 110, 146, 148, 159, 167, 192), weather affecting food supply during lactation (49, 137, 172, 189), genotype (143), and care-dependent factors such as birth weight (192), nursing time (160), or mother aggressiveness (159) affect juvenile survival. Therefore, juvenile survival is highly variable within and among populations of large herbivores (67).

***Yearling Survival (Immature Stage 3)***   Because most studies did not estimate yearling survival separately from adult survival, there is a limited amount of reliable information [10 estimates of high quality vs 3 of low quality (see supplemental appendix at http://www.annurev.org)] on temporal variation for this fitness component. Yearling survival showed the same patterns of variation as postweaning survival, but the mean was higher and the variability was lower [mean of 0.872, $N = 16$; CV of 0.124, $N = 14$ (Figure 2)]. Population density (31, 33, 87, 164), adverse weather (137, 148, 175, but see 86), predation (73), and disease (164, 175) accounted for most yearly variation in yearling survival in the absence of hunting.

This content downloaded from 204.124.92.254 on Wed, 18 Mar 2015 20:45:44 UTC
All use subject to JSTOR Terms and Conditions

BLM_0051841

***Adult Female Survival (Prime-Age Stage)***   Estimates of adult female survival are generally based on high-quality data involving long-term monitoring of recognizable individuals [28 estimates of high quality vs 19 of low quality (see supplemental appendix at http://www.annurev.org)]. The data reveal a striking and consistent pattern of high survivorship and very low yearly variation regardless of the sources of mortality [mean of $0.874$, $N = 57$; CV of $0.087$, $N = 48$ (Figure 2)].

We found very limited evidence of density dependence in adult survival of large herbivores [in buffalo (120), caused by undernutrition and affecting mainly old animals, and in island populations of Soay sheep (34) and red deer (30), although in both cases senescent animals were included in the estimate of female survival]. Stable adult survival despite wide changes in density has been reported in many species (35, 42, 68, 87, 191).

Adult survival also appears to be partly buffered against environmental sources of variation. Although winter severity (124, 128, 140, 161), adverse spring weather (161), severity of dry season (60), or severe overgrazing of the summer range (57) can decrease adult survival in some species, the survival of adult females was not correlated with any variable in roe deer (68) and was not affected by forage availability in bison (184), by severe drought in greater kudu (137), by food limitation in reindeer (167), by climate in red deer (110), moose (9), mule deer (94), and pronghorn (10), or by pneumonia in chamois (27). Disease may affect survival of adult ungulates, but there is limited evidence from long-term studies. For example, pneumonia epizootics had moderate and short-lived effects on survival of adult female bighorn sheep (87) and mouflon (36). Where large predators occur, they often account for much of the variation in adult survival, typically causing $>50\%$ of yearly mortality (73, 126, 164, 188, 194).

It appears that moderate or high levels of temporal variation in adult-female survival are mostly associated with rare events, such as epizootics of exotic diseases and high predation risk due to individual specialist predators or "predator-pit" situations, in which high levels of predation on a preferred but declining prey species can be sustained because of the availability of alternative prey species (73). In large herbivores, the stability of adult female survival relative to other fitness components may reflect a strategy of risk minimization involving a reduction of the maternal expenditure before any serious deterioration of female condition (5, 54, 82, 154).

***Old Adult Female Survival (Senescent Stage)***   In most species of large herbivores, the ages of live females can be estimated reliably only in animals $< 3$ years old. Consequently, temporal variation in survival of old females can be measured only by very long-term monitoring: Typically, $\geq 10$ years are required before known-age "old" females can be monitored. Very few studies have considered separately the survival of old and prime-age females, but available data were of very high quality [six estimates of high quality vs one of low quality (see supplemental appendix at http://www.annurev.org)]. Compared with prime-age

This content downloaded from 204.124.92.254 on Wed, 18 Mar 2015 20:45:44 UTC
All use subject to JSTOR Terms and Conditions

BLM_0051842

females, old females have lower survival and are more sensitive to environmental variation [mean of 0.811, $N = 9$; CV of 0.164, $N = 8$ (Figure 2)], possibly because of tooth wear (64, 169). Old females are more affected than prime-age females by die-offs in nyala (6), rainfall variation in greater kudu (137), and variation in food availability in reindeer (169). It has recently become evident that individual heterogeneity plays a large role in survival to old age; life expectancy is greater for larger than for smaller prime-aged females (15, 66). Failure to distinguish age classes and the widespread occurrence of survival senescence may also bias the interpretation of reported density dependence in adult survival, as unmanaged high-density populations typically include a high proportion of older females.

## Temporal Variation in Reproductive Traits

***Fecundity of Young Females***    Reproductive patterns of large mammals are easier to measure than are patterns of survivorship. Therefore, we found abundant data of high quality on temporal variation in fecundity of young females, defined as those of the youngest age at which $\geq 10\%$ of females were primiparous in a given population. Fecundity of young females is highly variable both within and among populations (8, 120, 163) and is more sensitive to adverse environmental conditions than adult fecundity in both temperate (25) and tropical (196) ungulates [mean of 0.519, $N = 32$; CV of 0.612, $N = 28$ (Figure 2)]. In populations of medium-sized species with abundant nutrition, however, the fecundity of young females can be as high and as stable from year to year as that of prime-age females (20, 63, 84). The main sources of variation in fecundity of young females are population density, weather, and food supply, especially in medium- to large-sized species. Density-dependent responses in age at primiparity have been reported in many large herbivores (25, 55, 59, 70, 85, 91, 120, 168). Female mass during the rut is often the proximate factor of variation in age at first breeding (77, 158, 170). A threshold mass must be reached before young females can reproduce (40, 51, 70, 85, 98), but in bighorn sheep, mass during the rut may play a limited role (88). Finally, adverse weather, such as drought (91) or severe winters (112), can lead to low fecundity of young females. Interpopulation variability in age of primiparity is often caused by differences in nutrition of young females, which can be independent of population density or weather. Thus, some populations in poor habitats may be characterized by late primiparity [e.g. 4–5 years instead of 2 for mountain goats (56)].

***Fecundity of Prime-Age Females***    Many studies provide measurements of temporal variation in fecundity of prime-age females. Unfortunately, however, most studies pool prime-age and old adult females, leading to underestimation of mean values and overestimation of the magnitude of variation. The importance of these biases should depend on the proportion of old females included in the sample, and most studies did not provide that information. As previously mentioned, for most species it is impossible to know the exact age of females first marked as adults.

This content downloaded from 204.124.92.254 on Wed, 18 Mar 2015 20:45:44 UTC
All use subject to JSTOR Terms and Conditions

BLM_0051843

Fertility of prime-aged females is generally high and varies little from year to year [mean of 0.818, $N = 59$; CV of 0.125, $N = 51$ (Figure 2)]. Density dependence in adult fecundity has been reported in several species, although density effects are generally less evident than for age of primiparity (28, 85, 91, 93, 163, 184). Other species, however, show either a weak (53) or no decline of adult fecundity despite very high population densities (59, 70, 141, 147, 168). Skogland (168) suggested that the fecundity of migratory populations should be less sensitive to environmental variation than that of sedentary populations. Migratory populations of wildebeest, caribou, and elk do show stable fecundity of prime-aged females, but constant adult fecundity has also been reported in sedentary populations of roe deer (70) and fallow deer (147), indicating that adult fecundity of most large herbivores is resilient to a wide variety of environmental conditions and may be a species-specific life history trait. Studies of moose (18), pronghorn (20), and gazelles (8) confirm the high resilience of adult fecundity in ungulates. The limited density-independent, year-to-year variation in adult fecundity usually originates from yearly variation in weather such as March temperature (90), winter and spring precipitation (184), winter severity causing high fetal mortality (10), rainfall (14, 91), or snow depth and summer temperature (37). Body mass may affect adult fecundity (21, 84, 193), and poor nutrition may depress it (1, 150, 163). Body mass and population density can have an interactive effect, so that females of a given mass are less likely to conceive at high than at low population density (5), suggesting a reproductive strategy that minimizes risks to the mother. In some species, individual females may not reproduce in some years, particularly after having weaned an offspring (32, 92, 154).

*Fecundity of Old Females*   Very few studies have investigated variation in fecundity of old females. Similar to what we found for survival, fecundity of old females is lower and more variable than that of prime-age females [mean of 0.783, $N = 7$; CV of 0.134, $N = 6$ (Figure 2)], suggesting reproductive senescence. However, reproductive senescence appears to be less precipitous and to have a later onset than survival senescence (72). Successful reproduction by all but the very oldest females has been reported in medium-sized species (15, 63, 133).

*Litter Size*   In polytocous species, year-to-year variation in litter size is moderate for primiparous females (mean of 1.267, $N = 12$; CV of 0.164, $N = 10$), low for multiparous females (mean of 1.569, $N = 27$; CV of 0.092, $N = 26$), and mostly associated with female nutrition. For captive white-tailed deer, litter size increased from 1.11 for does on a low nutritional plane to 1.96 for those on a high nutritional plane (185). Both winter severity (121) and population density (84, 186) shape yearly variation in litter size by affecting female body mass. In moose, the largest polytocous species, twinning rates are the most variable component of fecundity and may be a sensitive indicator of habitat quality (18). Conversely, in populations of medium-sized species with abundant food, litter size may be fixed and independent of female age (20, 63).

This content downloaded from 204.124.92.254 on Wed, 18 Mar 2015 20:45:44 UTC
All use subject to JSTOR Terms and Conditions

BLM_0051844

## DO TAXONOMY, PHYLOGENY, ECOSYSTEM, AND BODY SIZE AFFECT VARIATION IN POPULATION DYNAMICS OF LARGE HERBIVORES?

### Temporal Variation in Fitness Components and Taxonomy: Cervids vs Bovids

Large herbivores include two major families within the order Artiodactyla: cervids and bovids. The mean duration of studies included in our survey did not differ significantly between these groups (7.5 years for cervids and 8.6 years for bovids, $P = 0.38$). Although both yearling survival and litter size of primiparous females are greater for cervids than for bovids, mean estimates of fitness components are generally close (Table 1). In both families, survivorship of yearlings, adults, and old individuals is higher than that of juveniles, while fecundity and litter size of prime-aged females are higher than those of young females (Table 1). Bovids and cervids also display the same patterns of temporal variation in fitness components, with no significant difference between groups (Table 1).

### Allometric Component of Temporal Variation in Fitness Components

Allometric relationships are widespread among vertebrates (144), and we expected that body size would have a marked effect on population dynamics of large herbivores. Surprisingly, however, variation in adult mass explained little of the variation in either mean estimates ($r = 0.14$, $P = 0.53$ for prime-age survival; $r = 0.21$, $P = 0.31$ for juvenile survival; $r = -0.26$, $P = 0.24$ for fecundity of adult females; $r = -0.55$, $P = 0.05$ for fecundity of young females; Figures 3A and 3B) or temporal variation ($r = -0.04$, $P = 0.87$ for prime-age survival; $r = -0.31$, $P = 0.14$ for juvenile survival; $r = 0.40$, $P = 0.06$ for fecundity of adult females; $r = 0.48$, $P = 0.10$ for fecundity of young females; Figures 3C and 3D) of fitness components. We obtained similar results when we accounted for nonindependence of traits of related species due to phylogenetic inertia (75), using the independent contrasts method (79; Figure 3), by a taxonomy-based phylogeny (see 142 for further details). In particular, prime age ($r = -0.12$, $P = 0.60$) and juvenile survival ($r = 0.08$, $P = 0.70$), as well as their temporal variation ($r = 0.07$, $P = 0.74$ for prime-age survival; $r = -0.07$, $P = 0.74$ for juvenile survival) appeared to be independent of body mass (Figure 3A–C). On the other hand, there may be an allometric constraint on fecundity, especially for primiparous females, as longer development with increasing size prolongs the period before maturation. The progressive decrease in mean value ($r = -0.59$, $P = 0.04$; Figure 3B) and increase in variation ($r = 0.63$, $P = 0.02$; Figure 3D) of fecundity of young females as body mass increases support this allometric interpretation. A similar pattern occurs for prime-age fecundity ($r = 0.23$, $P = 0.30$; Figure 3D), suggesting that temporal variation in recruitment rates increases with adult body mass.

This content downloaded from 204.124.92.254 on Wed, 18 Mar 2015 20:45:44 UTC
All use subject to JSTOR Terms and Conditions

BLM_0051845

This content downloaded from 204.124.92.254 on Wed, 18 Mar 2015 20:45:44 UTC
All use subject to JSTOR Terms and Conditions

**TABLE 1**   Mean estimates (SE) and coefficients of variation (SE) of fitness components for cervids and bovids[a]

| Fitness Component | Mean Estimate for Bovids (SE) | Mean Estimate for Cervids (SE) | P-Value | Mean CV for Bovids (SE) | Mean CV for Cervids (SE) | P-Value |
|---|---|---|---|---|---|---|
| Preweaning survival | 0.749 (0.084) | 0.622 (0.031) | 0.110 | 0.274 (0.098) | 0.254 (0.030) | 0.797 |
| Postweaning survival | 0.676 (0.048) | 0.708 (0.032) | 0.640 | 0.296 (0.066) | 0.282 (0.048) | 0.881 |
| Yearling survival | **0.829 (0.021)** | **0.929 (0.022)** | **0.009** | 0.143 (0.027) | 0.095 (0.019) | 0.209 |
| Prime-aged female survival | *0.895 (0.013)* | *0.855 (0.015)* | *0.076* | 0.073 (0.008) | 0.094 (0.013) | 0.298 |
| Senescent-female survival | 0.825 (0.025) | 0.794 (0.039) | 0.498 | 0.178 (0.026) | 0.140 (0.054) | 0.504 |
| Fecundity of young females | 0.495 (0.077) | 0.539 (0.076) | 0.712 | 0.693 (0.186) | 0.578 (0.084) | 0.526 |
| Fecundity of adult females | 0.834 (0.048) | 0.851 (0.021) | 0.696 | 0.160 (0.043) | 0.101 (0.014) | 0.108 |
| Fecundity of old females | 0.944 (0.013) | 0.781 (0.092) | 0.307 | 0.065 (0.021) | 0.123 (0.073) | 0.584 |
| Litter size of primiparous females | **1.119 (0.041)** | **1.372 (0.085)** | **0.04** | 0.135 (0.044) | 0.183 (0.055) | 0.555 |
| Litter size of multiparous females | 1.624 (0.137) | 1.559 (0.057) | 0.633 | 0.098 (0.044) | 0.091 (0.012) | 0.834 |
| Calf:cow ratio | *0.411 (0.077)* | *0.596 (0.060)* | *0.069* | 0.400 (0.114) | 0.245 (0.027) | 0.109 |
| Juvenile survival | 0.547 (0.041) | 0.492 (0.039) | 0.338 | 0.304 (0.033) | 0.393 (0.052) | 0.283 |

[a]*P* values were obtained from one-way ANOVAs for each of the 12 fitness components surveyed in this review. Fitness components with significant between-group differences are shown in bold, and those with marginally significant between-group differences are in italics. CV, Coefficient of variation.

DYNAMICS OF UNGULATE POPULATIONS    379



**Figure 3**   Allometric relationships between adult body mass of ungulate females and (*A*) mean log-transformed estimates of prime-age and juvenile survival, (*B*) log-transformed coefficients of variation of prime-age and juvenile survival, (*C*) mean log-transformed estimates of fecundity for adult and young females, and (*D*) log-transformed coefficients of variation of fecundity for adult and young females. For species with data from more than one population, the points indicate the median for each fitness component.

This content downloaded from 204.124.92.254 on Wed, 18 Mar 2015 20:45:44 UTC
All use subject to JSTOR Terms and Conditions

BLM_0051847

## Temporal Variation in Fitness Components in Different Ecosystems: the Role of Seasonality and of Cover

Large herbivores in our survey have been studied in three major ecosystem types: mountains and the arctic, temperate lowlands, and tropical areas. Despite marked differences in climate and primary production, populations of large herbivores show roughly similar demographic profiles and the same patterns of temporal variation in fitness components in all ecosystems. In most populations, survival and fecundity of prime-age adults are high and constant over time, whereas juvenile survival and fecundity of young females are low and highly variable over time (Figure 2). In each ecosystem type, populations were studied in a wide range of ecological conditions, including considerable variation in food availability, population density, and predation pressure. However, there were no obvious between-ecosystem differences in temporal variation in fitness components. On the other hand, the amount of maternal energy allocated to reproduction seems to affect both magnitude and temporal variation of early survival. In temperate ecosystems, where most polytocous species occurred (81), they tended to show both lower (mean of 0.594, SE $= 0.038$, $N = 22$ after excluding moose and Soay sheep, whose twinning frequencies vary widely from year to year) and more variable (CV of 0.288, SE $= 0.040$, $N = 20$) preweaning survival than monotocous species (mean of 0.728, SE $= 0.038$, $N = 8$; and CV of 0.155, SE $= 0.025$, $N = 7$; $P = 0.10$ and 0.07 for mean and CV, respectively).

## IDENTIFYING THE CRITICAL COMPONENTS OF POPULATION DYNAMICS OF LARGE HERBIVORES

### Elasticity and Temporal Variability in Fitness Components: Is There a Trade-off?

The demography and population dynamics of large herbivores can be summarized as follows: Recruitment parameters (juvenile survival and some measures of fecundity) combine low elasticity with high temporal variability, whereas adult survival has the highest elasticity and the lowest temporal variability. It is important that these age-related differences in temporal variability occur regardless of whether the source of variation is stochastic (67) or density dependent (44); as we have previously reported (67), the fitness components that are more susceptible to stochastic effects are also more likely to show density dependence. These observations suggest that, in ungulates, there may be a trade-off between the potential importance of a fitness component for changing population growth rate (its elasticity) and the degree of observed temporal variation of that fitness component (its coefficient of variation). It has been suggested that a similar trade-off may also occur in other organisms (145). The resilience of adult survival to environmental variation may be an example of canalization (see 173) of a trait with a very strong influence on fitness.

This content downloaded from 204.124.92.254 on Wed, 18 Mar 2015 20:45:44 UTC
All use subject to JSTOR Terms and Conditions

BLM_0051848

The relative importance of a fitness component for changes in population growth rate depends on both its elasticity and its temporal variation; a trait such as adult survival with high elasticity but little variability may not have a greater importance in determining changes in population growth rate than a trait such as juvenile survival with low elasticity but high variability. If there was a trade-off between elasticity and temporal variation, then juvenile and adult survival could explain similar amounts of the observed variation in population growth rate. To assess this possibility, we considered three age classes of large herbivores: immature (before the minimum age of primiparity), prime age (from the age of primiparity to the onset of survival senescence), and old, and compared their contribution to temporal variation in population growth rates. We then developed a simple model based on recent developments of demography in stochastic environments (178, 179) and applied it to populations of large herbivores for which temporal variation of all fitness components had been measured.

## Temporal Variation Makes the Difference

From five populations, the immature stage accounted for more of the observed variation in growth rate [from 51% to 94% (Table 2)] than either the prime-age or the old stage. For bighorn sheep and roe deer, long-term data were available for two populations. Those studies suggest that the importance of the immature stage for population growth rate may increase with environmental harshness; the

**TABLE 2**   Proportion of the total variation in population growth rate accounted for by the main life history stages (immature, prime-age, and old) in five populations of large herbivores monitored for >16 years[a]

| Population | Species | Proportion (%) of Population Growth Rate (Accounted for) by Life Stage | | |
| | | Immature | Prime-age | Old |
| --- | --- | --- | --- | --- |
| Ram Mountain | Bighorn sheep | 69 | 13 | 18 |
| Sheep River | Bighorn sheep | 55 | 22 | 23 |
| Chizé | Roe deer | 94 | 5 | 1 |
| Trois Fontaines | Roe deer | 73 | 19 | 7 |
| Rum | Red deer | 51 | 44 | 4 |

[a]Temporal variation in the population growth rate can be expressed as the summation of the products of squared elasticities and squared coefficient of variation of fitness components (179). Total variation in population growth rate was thus calculated as $[e^2(PRS) \times CV^2(PRS)] + [e^2(POS) \times CV^2(POS)] + [e^2(YS) \times CV^2(YS)] + [e^2(PAS) \times CV^2(PAS)] + [e^2(SS) \times CV^2(SS)] + [e^2(FY) \times CV^2(FY)] + [e^2(FAD) \times CV^2(FAD)] + [e^2(FS) \times CV^2(FS)] + [e^2(LSP) \times CV^2(LSP)] + [e^2(LSM) \times CV^2(LSM)]$, where $e$ is the elasticity, $CV$ is the coefficient of variation, $PRS$ is the preweaning survival, $POS$ is the postweaning survival, $YS$ is the yearling survival, $PAS$ is the yearly survival of prime-aged females, $SS$ is the yearly survival of old adults, $FY$ is the fecundity of young females, $FAD$ is the fecundity of prime-aged females, $FS$ is the fecundity of old females, $LSP$ is the litter size of primiparous females, and $LSM$ is the litter size of multiparous females. The contribution of each life history stage was calculated as the proportion of total variation in growth rate of a given population that was explained by that stage. (Note: the numbers represent % that sum to 100% for a given population).

This content downloaded from 204.124.92.254 on Wed, 18 Mar 2015 20:45:44 UTC
All use subject to JSTOR Terms and Conditions

BLM_0051849

contribution of this stage was higher for populations at Ram Mountain (bighorn sheep) and at Chizé (roe deer), both of which showed strong density dependence, than in the more productive populations at Sheep River (bighorn sheep) and Trois Fontaines (roe deer). Although the relative effects of elasticity and temporal variation on ungulate population dynamics have not been previously assessed, most studies suggest an overwhelming importance of the juvenile stage in accounting for between-year variation in population growth rate (32, 35, 80, 106, 123, 183). Exceptions to this pattern may include hunted populations of moose (17), declining populations of caribou (38), and ungulates in Etosha National Park (74), where hunting and predation led to high adult mortality. Elsewhere, we found remarkably similar patterns of variation, despite including in our review populations with (55) and without predators (65) and populations that were introduced or reintroduced (29, 36), feral (34), and semidomestic (7). Because the low elasticity of fitness components during the immature stage is more than compensated for by large temporal variation, for most populations of large herbivores, the immature stage is the critical component of population growth. Therefore, we conclude that temporal variation makes the difference.

## PERSPECTIVES

Large herbivores have high economic value; they are often an important source of revenue through sport hunting and ecotourism but can also be agricultural pests or major traffic hazards (119). Consequently, the population dynamics of large herbivores have been the subject of considerable research, and fitness components have been measured in many populations and species. Although new technologies and recent progress in estimation procedures have improved the quality of available data, some problems persist.

### Cohort Effects Lead to Interdependence Among Life-History Stages

Contrary to the assumptions of current demographic models, successive life history stages are not independent. Factors affecting fitness components during a cohort's early development may have delayed effects on that cohort's performance later in life (103). Long-term "quality effects" (65) are likely to be pervasive in populations of large herbivores (4, 65, 122, 171, 182) and may lead to an underestimation of the importance of the immature stage in shaping population dynamics.

### Partitioning Biological Variability and Sampling Variability

In this review, we did not account for sampling errors that inevitably occur in the estimation of fitness components. The confusion of temporal and sampling variation may bias the assessment of temporal variation and decrease the reliability of comparisons between fitness components (104). To our knowledge, only a study

This content downloaded from 204.124.92.254 on Wed, 18 Mar 2015 20:45:44 UTC
All use subject to JSTOR Terms and Conditions

BLM_0051850

of mule deer reported temporal variation in fitness components after correcting for sampling variation (11). We recommend that future studies attempt to assess more accurately the role of temporal variation in ungulate population dynamics. The available data, however, suggest that the importance of sampling variability is likely greater for adult than for juvenile survival (67). Therefore, if sampling variation were accounted for, the difference in temporal variation between adult and juvenile survival that we reported here would be reinforced.

***Data Quality, Modeling, and Population Dynamics: Where Do We Go from Here?***   More than 20 years ago, Eberhardt (44) suggested that, in marine mammals, an increase of population density would affect fitness components in a predictable order: first juvenile survival, then fecundity of young females, then fecundity of adult females, and last, adult survival. Based on terrestrial large herbivores, our review supports Eberhardt's hypothesis and generalizes it to all sources of temporal variation. For herbivores larger than 50 kg, however, fecundity of young females rather than juvenile survival may be the fitness component most sensitive to environmental perturbations. The production of more realistic and useful population models will require the integration of long-term cohort effects and the partitioning of temporal and sampling variation. It is clear, however, that the greatest obstacle to better understanding the population dynamics of large herbivores is the scarcity of data from long-term field studies of marked individuals. The limited amount of information limits our ability to use a scientific approach for the conservation and management of these ecologically, economically, and socially important animals. A glance at the studies included in our review shows that studies of tropical large herbivores are particularly scarce, as are studies in ecosystems with intact populations of large carnivores. We also found virtually no useful information on kangaroos and wallabies. More than 10 years ago, McNaughton & Georgiadis (118) pointed out that there was a limited amount of data available on population dynamics for the >90 species of large African herbivores. From both a fundamental and an applied viewpoint, the major challenges to improving our knowledge of populations of large herbivores are associated with field ecology. Because studies of large mammals are often costly, require large study areas, and may affect stakeholders such as hunters, farmers, and recreationists, we suggest that increased cooperation between universities and government agencies is required to fully realize the potential of long-term monitoring of marked individuals.

ACKNOWLEDGMENTS

We are grateful to Steve Albon, Mark Boyce, John Byers, Patrick Duncan, Lee Eberhardt, John Fryxell, Stephen Hall, Mark Hewison, Rolf Ims, Jean-Dominique Lebreton, Jim Nichols, Norman Owen-Smith, Dominique Pontier, Bernt-Erik Sæther, and Nils Christian Stenseth for original ideas or comments on previous drafts or for providing us with unpublished data. Financial support was provided by the Programme International de Collaboration Scientifique No. 835 of the Centre

This content downloaded from 204.124.92.254 on Wed, 18 Mar 2015 20:45:44 UTC
All use subject to JSTOR Terms and Conditions

BLM_0051851

parei```

National de Recherche Scientifique (JMG, AL, and NGY) and by the Office National de la Chasse (JMG, AL, and CT). MFB acknowledges the support of the Natural Sciences and Engineering Research Council of Canada; the Alberta Recreation, Parks and Wildlife Fund; the fonds FCAR (Québec); the Foundation for North American Wild Sheep; and the Alberta Conservation Association.

**Visit the Annual Reviews home page at www.AnnualReviews.org**

## LITERATURE CITED

1. Adamczewski JZ, Flood PF, Gunn A. 1997. Seasonal patterns in body composition and reproduction of female muskoxen (*Ovibos moschatus*). *J. Zool.* 241:245–69
2. Adams LG, Singer FJ, Dale BW. 1995. Caribou calf mortality in Denali National Park, Alaska. *J. Wildl. Manage.* 59:584–94
3. Alados CL, Escos J. 1991. Phenotypic and genetic characteristics affecting lifetime reproductive success in female Cuvier's, dama and dorcas gazelles (*Gazella cuvieri, G. dama* and *G. dorcas*). *J. Zool.* 223:307–21
4. Albon SD, Clutton-Brock TH, Guinness FE. 1987. Early development and population dynamics in red deer. II. Density-independent effects of cohort variation. *J. Anim. Ecol.* 56:69–81
5. Albon SD, Mitchell B, Staines BW. 1983. Fertility and body weight in female red deer: a density-dependent relationship. *J. Anim. Ecol.* 52:969–80
6. Anderson JL. 1985. Condition and related mortality of nyala *Tragelaphus angasi* in Zululand, South Africa. *J. Zool.* 207:371–80
7. Asher GW, Adam JL. 1985. Reproduction of farmed red and fallow deer in northern New Zealand. *Bull. R. Soc. N.Z.* 22:217–24
8. Baharav D. 1983. Reproductive strategies in female Mountain and Dorcas gazelles (*Gazella gazella gazella* and *Gazella dorcas*). *J. Zool.* 200:445–53
9. Ballard WB, Miller SM, Whitman JS. 1986. Modeling a south-central Alaskan moose population. *Alces* 22:201–43
10. Barrett MW. 1982. Distribution, behav-ior, and mortality of pronghorns during a severe winter in Alberta. *J. Wildl. Manage.* 46:991–1002
11. Bartmann RM, White GC, Carpenter LH. 1992. Compensatory mortality in a Colorado mule deer population. *Wildl. Monogr.* 121:1–39
12. Berger J. 1986. *Wild Horses of the Great Basin. Social Competition and Population Size.* Chicago, IL: Univ. Chicago Press
13. Berger J, Cunningham C. 1994. *Bison: Mating and Conservation in Small Populations.* New York: Columbia Univ. Press
14. Berry HH. 1981. Population structure, mortality patterns and a predictive model for estimating future trends in wildebeest numbers in the Etosha National Park. *Madoqua* 12:255–66
15. Bérubé CH, Festa-Bianchet M, Jorgenson JT. 1999. Individual differences, longevity, and reproductive senescence in bighorn ewes. *Ecology* 80:2555–65
16. Blueweiss L, Fox H, Kudzma V, Nakashima D, Peters R, et al. 1978. Relationship between body size and some life history parameters. *Oecologia* 37:257–72
17. Boer AH. 1988. Moose, *Alces alces*, calf mortality in New Brunswick. *Can. Field Natl.* 102:74–75
18. Boer AH. 1992. Fecundity of North American moose (*Alces alces*): a review. *Alces Suppl.* 1:1–10
19. Boyce MS, Tate J. 1982. Pronghorn (*Antilocapra americana*) demography and hunting quotas in the Powder River Basin,

This content downloaded from 204.124.92.254 on Wed, 18 Mar 2015 20:45:44 UTC
All use subject to JSTOR Terms and Conditions

BLM_0051852

Wyoming. *Trans. Int. Congr. Game Biol.* 14:101–6

20. Byers JA. 1997. *American Pronghorn. Social Adaptations and the Ghosts of Predators Past.* Chicago, IL: Univ. Chicago Press

21. Cameron RD, Smith WT, Fancy SG, Gerhart KL, White RG. 1993. Calving success of female caribou in relation to body weight. *Can. J. Zool.* 71:480–86

22. Catchpole EA, Morgan BJT, Freeman SN, Albon SD, Coulson TN. 1998. *An Integrated Analysis of Soay Sheep Survival Data. Rep. UKC/IMS/98/32.* Canterbury: Univ. Kent

23. Caughley G. 1966. Mortality patterns in mammals. *Ecology* 47:906–18

24. Caughley G. 1970. Eruption of ungulate populations, with emphasis on Himalayan tahr in New Zealand. *Ecology* 51:53–72

25. Challies CN. 1985. Establishment, control, and commercial exploitation of wild deer in New Zealand. *Bull. R. Soc. N.Z.* 22:23–36

26. Choquenot D. 1991. Density-dependent growth, body condition, and demography in feral donkeys: testing the food hypothesis. *Ecology* 72:805–13

27. Clarke CMH, Henderson RJ. 1981. Natural regulation of a non-hunted chamois population. *N.Z. J. Ecol.* 4:126–27

28. Clutton-Brock TH, Albon SD, Guinness FE. 1987. Interactions between population density and maternal characteristics affecting fecundity and juvenile survival in red deer. *J. Anim. Ecol.* 56:857–71

29. Clutton-Brock TH, Guinness FE, Albon SD. 1982. *Red Deer: Behavior and Ecology of Two Sexes.* Chicago, IL: Univ. Chicago Press

30. Clutton-Brock TH, Lonergan ME. 1994. Culling regimes and sex ratio biases in Highland red deer. *J. Appl. Ecol.* 31:521–27

31. Clutton-Brock TH, Major M, Albon SD, Guinness FE. 1987. Early development and population dynamics in red deer. I.

Density-dependent effects on juvenile survival. *J. Anim. Ecol.* 56:53–64

32. Clutton-Brock TH, Major M, Guinness FE. 1985. Population regulation in male and female red deer. *J. Anim. Ecol.* 54:831–46

33. Clutton-Brock TH, Price OF, Albon SD, Jewell PA. 1991. Persistent instability and population regulation in Soay sheep. *J. Anim. Ecol.* 60:593–608

34. Clutton-Brock TH, Price OF, Albon SD, Jewell PA. 1992. Early development and population fluctuations in Soay sheep. *J. Anim. Ecol.* 61:381–96

35. Coughenour MB, Singer FJ. 1996. Elk population processes in Yellowstone National Park under the policy of natural regulation. *Ecol. Appl.* 6:573–93

36. Cransac N, Hewison AJM, Gaillard JM, Cugnasse JM, Maublanc ML. 1997. Patterns of mouflon (*Ovis gmelini*) survival under moderate environmental conditions: effects of sex, age and epizootics. *Can. J. Zool.* 75:1867–75

37. Crête M, Courtois R. 1997. Limiting factors might obscure population regulation of moose (Cervidae: *Alces alces*) in unproductive boreal forests. *J. Zool.* 242:765–81

38. Crête M, Couturier S, Hearn BJ, Chubbs TE. 1996. Relative contribution of decreased productivity and survival to recent changes in the demography trend of the Rivière George Caribou Herd. *Rangifer* 9:27–36

39. de Kroon H, Plaisier A, van Groenendael J, Caswell H. 1986. Elasticity: the relative contribution of demographic parameters to population growth rate. *Ecology* 67:1427–31

40. Duncan P. 1992. Horses and grasses: the nutritional ecology of equids and their impact on the Camargue. *Ecol. Stud.* New York: Springer. 87:272 pp.

41. du Plessis SS. 1972. Ecology of blesbok with special reference to productivity. *Wildl. Monogr.* 30:1–71

42. Dusek GL, Mackie RJ, Herriges JD, Compton BB. 1989. Population ecology of

This content downloaded from 204.124.92.254 on Wed, 18 Mar 2015 20:45:44 UTC
All use subject to JSTOR Terms and Conditions

BLM_0051853

white-tailed deer along the lower Yellowstone River. *Wildl. Monogr.* 104:1–68

43. Dzieciolowski RM, Clarke CMH, Frampton CM. 1992. Reproductive characteristics of feral pigs in New Zealand. *Acta Theriol.* 37:259–70

44. Eberhardt LL. 1977. Optimal policies for conservation of large mammals with special reference to marine ecosystems. *Environ. Conserv.* 4:205–12

45. Eberhardt LL. 1985. Assessing the dynamics of wild populations. *J. Wildl. Manage.* 49:997–1012

46. Eberhardt LL. 1991. Models of ungulate population dynamics. *Rangifer* 7:24–29

47. Epstein MB, Feldhamer GA, Joyner RL. 1983. Predation on white-tailed deer fawns by bobcats, foxes, and alligators: predator assessment. *Proc. Annu. Conf. Southeast. Assoc. Fish Wildl. Agencies, 37th*, pp. 161–72

48. Escos J, Alados CL, Emlen JM. 1994. Application of the stage-projection model with density-dependent fecundity to the population dynamics of Spanish ibex. *Can. J. Zool.* 72:731–37

49. Estes RD, Estes RK. 1979. The birth and survival of wildebeest calves. *Z. Tierpsychol.* 50:45–95

50. Fairbanks WS. 1993. Birthdate, birthweight, and survival in pronghorn fawns. *J. Mamm.* 74:129–35

51. Fandos P. 1989. Reproductive strategies in female Spanish ibex (*Capra pyrenaica*). *J. Zool.* 218:339–43

52. Festa-Bianchet M. 1988. Birthdate and survival in bighorn lambs (*Ovis canadensis*). *J. Zool.* 214:653–61

53. Festa-Bianchet M, Gaillard JM, Jorgenson JT. 1998. Mass and density-dependent reproductive success and reproductive costs in a capital breeder. *Am. Nat.* 152:367–79

54. Festa-Bianchet M, Jorgenson JT. 1998. Selfish mothers: reproductive expenditure and resource availability in bighorn ewes. *Behav. Ecol.* 9:144–50

55. Festa-Bianchet M, Jorgenson JT, Lucherini M, Wishart WD. 1995. Life-history consequences of variation in age of primiparity in bighorn ewes. *Ecology* 76:871–81

56. Festa-Bianchet M, Urquhart M, Smith KG. 1994. Mountain goat recruitment: kid production and survival to breeding age. *Can. J. Zool.* 72:22–27

57. Flueck WT, Smith-Flueck JM. 1996. Kann Energiemangel ein Massensterben unter Cerviden in Sommereinständen der nördlichen Gebirge verursachen? Eine exploratorische Analyse am Schwarzwedelhirsch (*Odocoileus hemionus columbianus*). *Z. Jagdwiss.* 42:85–96

58. Fowler CW. 1987. A review of density dependence in populations of large mammals. In *Current Mammalogy*, ed. HH Genoways, 1:401–41. New York: Plenum

59. Fowler CW, Barmore WJ. 1979. A population model of the northern Yellowstone elk herd. *Proc. Conf. Sci. Res. Natl. Parks, 1st*, ed. RM Linn, 1:427–34. Washington, DC: GPO

60. Fryxell JM. 1987. Food limitation and demography of a migratory antelope, the white-eared kob. *Oecologia* 72:83–91

61. Fryxell JM. 1987. Seasonal reproduction of white-eared kob in Boma National Park, Sudan. *Afr. J. Ecol.* 25:117–24

62. Fuller TK. 1991. Dynamics of a declining white-tailed deer population in north-central Minnesota. *Wildl. Monogr.* 110:1–37

63. Gaillard JM, Andersen R, Delorme D, Linnell JDC. 1998. Family effects on growth and survival of juvenile roe deer. *Ecology* 79:2878–89

64. Gaillard JM, Delorme D, Boutin JM, Laere GV, Boisaubert B, et al. 1993. Roe deer survival patterns: a comparative analysis of contrasting populations. *J. Anim. Ecol.* 62:778–91

65. Gaillard JM, Delorme D, Van Laere G, Duncan P, Lebreton JD. 1997. Early survival in roe deer: causes and consequences

This content downloaded from 204.124.92.254 on Wed, 18 Mar 2015 20:45:44 UTC
All use subject to JSTOR Terms and Conditions

BLM_0051854

of cohort variation in two contrasted populations. *Oecologia* 112:502–13

66. Gaillard JM, Festa-Bianchet M, Delorme D, Jorgenson JT. 2000. Bodymass and individual fitness in female ungulates: bigger is not always better! *Proc. R. Soc. London Ser. B* 267:471–77

67. Gaillard JM, Festa-Bianchet M, Yoccoz NG. 1998. Population dynamics of large herbivores: variable recruitment with constant adult survival. *Trends Ecol. Evol.* 13:58–63

68. Gaillard JM, Liberg O, Andersen R, Hewison AJM, Cederlund G. 1998. Population dynamics of roe deer. In *The European Roe Deer: The Biology of Success*, ed. R Andersen, P Duncan, JDC Linnell, pp. 309–35. Oslo: Scand. Univ. Press

69. Gaillard JM, Pontier D, Allainé D, Lebreton JD, Trouvilliez J et al. 1989. An analysis of demographic tactics in birds and mammals. *Oikos* 56:59–76

70. Gaillard JM, Sempéré AJ, Boutin JM, Van Laere G, Boisaubert B. 1992. Effects of age and body weight on the proportion of females breeding in a population of roe deer (*Capreolus capreolus*). *Can. J. Zool.* 70:1541–45

71. Gaillard JM, Vassant J, Klein F. 1987. Quelques caractéristiques de la dynamique des populations de sangliers (*Sus scrofa*) en milieu chassé. *Gibier Faune Sauvag.* 4:31–47

72. Garrott RA, Eagle TC, Plotka ED. 1991. Age-specific reproduction in feral horses. *Can. J. Zool.* 69:738–43

73. Gasaway WC, Boertje RD, Grangaard DV, Kelleyhouse DG, Stephenson RO, et al. 1992. The role of predation in limiting moose at low densities in Alaska and Yukon and implications for conservation. *Wildl. Monogr.* 120:1–59

74. Gasaway WC, Gasaway KT, Berry HH. 1996. Persistent low densities of plains ungulates in Etosha National Park, Namibia: testing the food-regulating hypothesis. *Can. J. Zool.* 74:1556–72

75. Gittleman JL, Luh HK. 1992. On comparing comparative methods. *Annu. Rev. Ecol. Syst.* 23:383–404

76. Guinness FE, Clutton-Brock TH, Albon SD. 1978. Factors affecting calf mortality in red deer. *J. Anim. Ecol.* 47:812–32

77. Hamilton WJ, Blaxter KL. 1980. Reproduction in farmed red deer. 1. Hind and stag fertility. *J. Agric. Sci.* 95:261–73

78. Hamlin KL, Mackie RJ. 1989. *Mule deer in the Missouri River Breaks, Montana. A Study of Population Dynamics in a Fluctuating Environment. Rep.* Helena: Mont. Dep. Fish, Wildl. Parks, Study No. BG-1.0

79. Harvey PH, Pagel MD. 1991. *The Comparative Method in Evolutionary Biology.* Oxford, UK: Oxford Univ. Press

80. Hatter IW, Janz DW. 1994. Apparent demographic changes in black-tailed deer associated with wolf control on northern Vancouver Island. *Can. J. Zool.* 72:878–84

81. Hayssen V, van Tienhoven A. 1993. *Asdell's Patterns of Mammalian Reproduction. A Compendium of Species-Specific Data.* Ithaca, NY: Comstock

82. Heard D, Barry S, Watts G, Child K. 1997. Fertility of female moose (*Alces alces*) in relation to age and body composition. *Alces* 33:165–76

83. Heppell SS, Caswell H, Crowder LB. 2000. Life histories and elasticity patterns: perturbation analysis for species with minimal demographic data. *Ecology* 81:654–65

84. Hewison AJM. 1996. Variation in the fecundity of roe deer in Britain: effects of age and body weight. *Acta Theriol.* 41:187–98

85. Houston DB, Stevens V. 1988. Resource limitation in mountain goats: a test by experimental cropping. *Can. J. Zool.* 66:228–38

86. Jingfors KT, Klein DR. 1982. Productivity in recently established muskox populations in Alaska. *J. Wildl. Manage.* 46:1092–96

87. Jorgenson JT, Festa-Bianchet M, Gaillard JM, Wishart WD. 1997. Effects of age, sex, disease and density on survival of bighorn sheep. *Ecology* 78:1019–32

This content downloaded from 204.124.92.254 on Wed, 18 Mar 2015 20:45:44 UTC
All use subject to JSTOR Terms and Conditions

BLM_0051855

88. Jorgenson JT, Festa-Bianchet M, Lucherini M, Wishart WD. 1993. Effects of body size, population density and maternal characteristics on age of first reproduction in bighorn ewes. *Can. J. Zool.* 71:2509–17

89. Kaji K, Koizumi T, Ohtaishi N. 1988. Effects of resource limitation on the physical and reproductive condition of sika deer on Nakanoshima Island, Hokkaido. *Acta Theriol.* 33:187–208

90. Keiper R, Houpt K. 1984. Reproduction in feral horses: an eight-year study. *Am. J. Vet. Res.* 45:991–95

91. Kie JG, White M. 1985. Population dynamics of white-tailed deer (*Odocoileus virginianus*) on the Welder Wildlife Refuge, Texas. *Southwest. Nat.* 30:105–18

92. Kirkpatrick JF, McCarthy JC, Gudermuth DF, Shideler SE, Lasley BL. 1996. An assessment of the reproductive biology of Yellowstone bison (*Bison bison*) subpopulations using noncapture methods. *Can. J. Zool.* 74:8–14

93. Kirkpatrick JF, Turner JW. 1991. Compensatory reproduction in feral horses. *J. Wildl. Manage.* 55:649–52

94. Klein DR, Olson ST. 1960. Natural mortality patterns of deer in southeast Alaska. *J. Wildl. Manage.* 24:80–88

95. Kojola I. 1993. Early maternal investment and growth in reindeer. *Can. J. Zool.* 71:753–58

96. Kunkel KE, Mech LD. 1994. Wolf and bear predation on white-tailed deer fawns in northeastern Minnesota. *Can. J. Zool.* 72:1557–65

97. Lande R. 1993. Risk of population extinction from demographic and environmental stochasticity and random catastrophes. *Am. Nat.* 142:911–27

98. Langbein J, Putman R. 1992. Reproductive success of female fallow deer in relation to age and condition. In *The Biology of Deer*, ed. RD Brown, pp. 293–99. New York: Springer-Verlag

99. Langenau EE, Lerg JM. 1976. The effects of winter nutritional stress on maternal and neonatal behavior in penned white-tailed deer. *Appl. Anim. Ethol.* 2:207–23

100. Le Bel S, Salas M, Chardonnet P, Bianchi M. 1997. Rusa deer (*Cervus timorensis russa*) farming in New Caledonia: impact of different feed levels on herd breeding rate and performance of new-born fawns. *Aust. Vet. J.* 75:199–203

101. Leader-Williams N. 1980. Population dynamics and mortality of reindeer introduced into south Georgia. *J. Wildl. Manage.* 44:640–57

102. Lent PC, Davis WJ. 1991. Variables influencing survival in four generations of captive-born muskoxen. *Rangifer* 13:137–42

103. Lindström J. 1999. Early development and fitness in birds and mammals. *Trends Ecol. Evol.* 14:343–48

104. Link WA, Nichols JD. 1994. On the importance of sampling variance to investigations of temporal variation in animal population size. *Oikos* 69:539–44

105. Linnell JDC, Aanes R, Andersen R. 1995. Who killed Bambi? The role of predation in the neonatal mortality of temperate ungulates. *Wildl. Biol.* 1:209–23

106. Lloyd PH, Rasa OAE. 1989. Status, reproductive success and fitness in Cape mountain zebra (*Equus zebra zebra*). *Behav. Ecol. Sociobiol.* 25:411–20

107. Logan T. 1973. Study of white-tailed deer fawn mortality on Cookson Hills Deer Refuge in Eastern Oklahoma. *Proc. Southeast. Assoc. Game Fish Comm.* 26:27–35

108. Loison A, Festa-Bianchet M, Gaillard JM, Jorgenson JT, Jullien JM. 1999. Age-specific survival in five populations of ungulates: evidence of senescence. *Ecology* 80:2539–54

109. Loison A, Gaillard JM, Pélabon C, Yoccoz NG. 1999. What factors shape sexual size dimorphism in ungulates? *Evol. Ecol. Res.* 1:611–33

110. Loison A, Langvatn R. 1998. Short and long-term effects of winter and spring

This content downloaded from 204.124.92.254 on Wed, 18 Mar 2015 20:45:44 UTC
All use subject to JSTOR Terms and Conditions

BLM_0051856

weather on growth and survival of red deer in Norway. *Oecologia* 116:489–500

111. Lycett JE, Henzi SP, Barrett L. 1998. Maternal investment in mountain baboons and the hypothesis of reduced care. *Behav. Ecol. Sociobiol.* 42:49–56

112. Markgren G. 1969. Reproduction of moose in Sweden. *Viltrevy* 6:129–299

113. McCorquodale SM, Eberhardt LL, Eberhardt LE. 1988. Dynamics of a colonizing elk population. *J. Wildl. Manage.* 52:309–13

114. McCullough DR. 1979. *The George Reserve Deer Herd. Population Ecology of a K-Selected Species.* Ann Arbor, MI: Univ. Mich. Press

115. McCullough DR. 1992. Concepts of large herbivore population dynamics. In *Wildlife 2001: Populations*, ed. DR McCullough, RH Barrett, pp. 967–84. London: Elsevier

116. McCullough DR. 1994. What do herd composition counts tell us? *Wildl. Soc. Bull.* 22:295–300

117. McCullough DR. 1997. Breeding by female fawns in black-tailed deer. *Wildl. Soc. Bull.* 25:296–97

118. McNaughton SJ, Georgiadis NJ. 1985. Ecology of African grazing and browsing mammals. *Annu. Rev. Ecol. Syst.* 17:39–65

119. McShea WJ, Underwood HB, Rappole JH. 1997. *The Science of Overabundance. Deer Ecology and Population Management.* Washington, DC: Smithsonian Inst. Press

120. Mduma SAR, Sinclair ARE, Hilborn R. 1999. Food regulates the Serengeti wildebeest: a 40-year record. *J. Anim. Ecol.* 68:1101–22

121. Mech LD, McRoberts RE, Peterson RO, Page RE. 1987. Relationship of deer and moose populations to previous winters' snow. *J. Anim. Ecol.* 56:615–27

122. Mech LD, Nelson ME, McRoberts RE. 1991. Effects of maternal and grandmaternal nutrition on deer mass and

vulnerability to wolf predation. *J. Mamm.* 72:146–51

123. Melton DA. 1987. Waterbuck (*Kobus ellipsiprmnus*) population dynamics: the testing of a hypothesis. *Afr. J. Ecol.* 25:133–45

124. Merrill EH, Boyce MS. 1991. Summer range and elk population dynamics in Yellowstone National Park. In *The Greater Yellowstone Ecosystem*, ed. RB Keiter, MS Boyce, pp. 263–73. New Haven, CT: Yale Univ. Press

125. Millar JS, Zammuto RM. 1983. Life histories of mammals: an analysis of life tables. *Ecology* 64:631–35

126. Miller FL, Broughton E, Gunn A. 1988. Mortality of migratory barren-ground caribou on the calving grounds of the Beverly herd, Northwest Territories, 1981–83. *Can. Wildl. Serv.* 66:1–26

127. Milner JM, Elston DA, Albon SD. 1999. Estimating the contributions of population density and climatic fluctuations to interannual variation in survival of Soay sheep. *J. Anim. Ecol.* 68:1235–47

128. Modafferi RD, Becker EF. 1997. Survival of radiocollared adult moose in lower Susitna River Valley, Southcentral Alaska. *J. Wildl. Manage.* 61:540–49

129. Monard AM, Duncan P, Fritz H, Feh C. 1997. Variations in the birth sex ratio and neonatal mortality in a natural herd of horses. *Behav. Ecol. Sociobiol.* 41:243–49

130. Mundinger JG. 1981. White-tailed deer reproductive biology in the Swan River Valley, Montana. *J. Wildl. Manage.* 45:132–39

131. Murphy DA, Coates JA. 1966. Effects of dietary protein on deer. *N. Am. Wildl. Conf.* 31:129–39

132. Nelson LJ, Peek JM. 1982. Effect of survival and fecundity on rate of increase of elk. *J. Wildl. Manage.* 46:535–40

133. Nichols L. 1978. Dall sheep reproduction. *J. Wildl. Manage.* 42:570–80

This content downloaded from 204.124.92.254 on Wed, 18 Mar 2015 20:45:44 UTC
All use subject to JSTOR Terms and Conditions

BLM_0051857

134. Nowak. RM. 1991. *Walker's Mammals of the World*, Vol. 2. Baltimore, MD: Johns Hopkins Univ. Press. 5th ed.

135. Orzack SH, Tuljapurkar SD. 1989. Population dynamics in variable environments. VII. The demography and evolution of iteroparity. *Am. Nat.* 133:901–23

136. Owen-Smith N. 1988. *Megaherbivores. The Influence of Very Large Body Size on Ecology.* Cambridge, UK: Cambridge Univ. Press

137. Owen-Smith N. 1990. Demography of a large herbivore, the greater kudu *Tragelaphus strepsiceros*, in relation to rainfall. *J. Anim. Ecol.* 59:893–913

138. Ozoga JJ, Verme LJ. 1984. Effect of family-bond deprivation on reproductive performance in female white-tailed deer. *J. Wildl. Manage.* 48:1326–34

139. Ozoga JJ, Verme LJ. 1986. Relation of maternal age to fawn-rearing success in white-tailed deer. *J. Wildl. Manage.* 50:480–86

140. Pac DF, Mackie RJ, Jorgensen HE. 1991. *Mule Deer Population Organization, Behavior and Dynamics in a Rocky Mountain Environment. Rep.* Mont. Dep. Fish, Wildl. Parks

141. Pascual MA, Hilborn R. 1995. Conservation of harvested populations in fluctuating environments: the case of the Serengeti wildebeest. *J. Appl. Ecol.* 32:468–80

142. Pélabon C, Gaillard JM, Loison A, Portier C. 1995. Is sex-biased maternal care limited by total maternal expenditure in polygynous ungulates? *Behav. Ecol. Sociobiol.* 37:311–19

143. Pemberton JM, Albon SD, Guinness FE, Clutton-Brock TH, Berry RJ. 1988. Genetic variation and juvenile survival in red deer. *Evolution* 42:921–34

144. Peters RH. 1983. *The Ecological Implications of Body Size.* Cambridge, UK: Cambridge Univ. Press

145. Pfister CA. 1998. Patterns of variance in stage-structured populations:

146. Portier C, Festa-Bianchet M, Gaillard JM, Yoccoz NG. 1998. Effects of density and weather on survival of bighorn sheep lambs (*Ovis canadensis*). *J. Zool.* 245:271–78

147. Putman RJ, Langbein J, Hewison AJM, Sharma SK. 1996. Relative roles of density-dependent and density-independent factors in population dynamics of British deer. *Mamm. Rev.* 26:81–101

148. Reynolds PE. 1998. Dynamics and range expansion of a reestablished muskox population. *J. Wildl. Manage.* 62:734–44

149. Robinette WL, Baer CH, Pillmore RE, Knittle CE. 1973. Effects of nutritional change on captive mule deer. *J. Wildl. Manage.* 37:312–26

150. Robinette WL, Gashwiler JS. 1950. Breeding season, productivity, and fawning period of the mule deer in Utah. *J. Wildl. Manage.* 14:457–69

151. Roffe TJ. 1993. Perinatal mortality in caribou from the Porcupine herd, Alaska. *J. Wildl. Dis.* 29:295–303

152. Rognmo A, Markussen KA, Jacobsen E, Grav HJ, Blix AS. 1983. Effects of improved nutrition on pregnant reindeer on milk quality, calf birth weight, growth, and mortality. *Rangifer* 3:10–18

153. Rosser AM. 1989. Environmental and reproductive seasonality of puku, *Kobus vardoni*, in Luangwa Valley, Zambia. *Afr. J. Ecol.* 27:77–88

154. Russell DE, Gerhart KL, White RG, van der Wetering D. 1998. Detection of early pregnancy in caribou: evidence for embryonic mortality. *J. Wildl. Manage.* 62:1066–75

155. Rutberg AT. 1987. Adaptive hypothesis of birth synchrony in ruminants: an interspecific test. *Am. Nat.* 130:692–710

156. Sæther BE. 1997. Environmental stochasticity and population dynamics of large

evolutionary predictions and ecological implications. *Proc. Natl. Acad. Sci. USA* 95:213–18

This content downloaded from 204.124.92.254 on Wed, 18 Mar 2015 20:45:44 UTC
All use subject to JSTOR Terms and Conditions

BLM_0051858

herbivores: a search for mechanisms. *Trends Ecol. Evol.* 12:143–49

157. Sams MG, Lochmiller RL, Qualls CW, Leslie DM, Payton ME. 1996. Physiological correlates of neonatal mortality in an overpopulated herd of white-tailed deer. *J. Mamm.* 77:179–90

158. Sand H. 1996. Life history patterns in female moose (*Alces alces*): the relationship between age, body size, fecundity and environmental conditions. *Oecologia* 106:212–20

159. Sarno RJ, Clark WR, Bank MS, Prexl WS, Behl MJ, et al. 1999. Juvenile guanaco survival: management and conservation implications. *J. Appl. Ecol.* 36:937–45

160. Sarno RJ, Franklin WL. 1999. Maternal expenditure in the polygynous and monomorphic guanaco: suckling behavior, reproductive effort, yearly variation, and influence on juvenile survival. *Behav. Ecol.* 10:41–47

161. Sauer JR, Boyce MS. 1983. Density dependence and survival of elk in northwestern Wyoming. *J. Wildl. Manage.* 47:31–37

162. Sausman KA. 1984. Survival of captive-born *Ovis canadensis* in North American zoos. *Zoo Biol.* 3:111–21

163. Schladweiler P, Stevens DR. 1973. Reproduction of Shiras moose in Montana. *J. Wildl. Manage.* 37:535–44

164. Sinclair ARE. 1974. The natural regulation of buffalo populations in East Africa. III. Population trends and mortality. *E. Afr. Wildl. J.* 12:185–200

165. Sinclair ARE. 1989. Population regulation in animals. In *Ecological Concepts*, ed. JM Cherrett, pp. 197–241. Oxford, UK: Blackwell Sci.

166. Singer FJ, Harting A, Symonds KK, Coughenour MB. 1997. Density-dependence, compensation, and environmental effects on elk calf mortality in Yellowstone National Park. *J. Wildl. Manage.* 61:12–25

167. Skogland T. 1985. The effects of density-dependent resource limitations on the demography of wild reindeer. *J. Anim. Ecol.* 54:359–74

168. Skogland T. 1986. Density-dependent food limitation and maximal production in wild reindeer herds. *J. Wildl. Manage.* 50:314–19

169. Skogland T. 1988. Tooth wear by food limitation and its life history consequences in wild reindeer. *Oikos* 51:238–42

170. Skogland T. 1989. Comparative social organization of wild reindeer in relation to food, mates and predator avoidance. *Adv. Ethol.* 29:1–71

171. Skogland T. 1990. Density dependence in a fluctuating wild reindeer herd: maternal vs. offspring effects. *Oecologia* 84:442–50

172. Smith RH, Lecount A. 1979. Some factors affecting survival of desert mule deer fawns. *J. Wildl. Manage.* 43:657–65

173. Stearns SC, Kawecki TJ. 1994. Fitness sensitivity and the canalization of life-history traits. *Evolution* 48:1438–50

174. Swenson JE. 1985. Compensatory reproduction in an introduced mountain goat population in the Absaroka Mountains, Montana. *J. Wildl. Manage.* 49:837–43

175. Talbot LM, Talbot MH. 1963. The wildebeest in western Masailand, East Africa. *Wildl. Monogr.* 12:1–88

176. Thing H, Klein DR, Jingfors K, Holt S. 1987. Ecology of muskoxen in Jameson Land, northeast Greenland. *Holarct. Ecol.* 10:95–103

177. Thorne ET, Dean RE, Hepworth WG. 1976. Nutrition during gestation in relation to successful reproduction in elk. *J. Wildl. Manage.* 40:330–35

178. Tuljapurkar SD. 1990. *Population Dynamics in Variable Environments.* New York: Springer-Verlag

179. Tuljapurkar S, Caswell H. 1996. *Structured-Population Models in Marine, Terrestrial, and Freshwater Systems.* New York: Chapman & Hall

This content downloaded from 204.124.92.254 on Wed, 18 Mar 2015 20:45:44 UTC
All use subject to JSTOR Terms and Conditions

BLM_0051859

180. Turner JW, Wolfe ML, Kirkpatrick JF. 1992. Seasonal mountain lion predation on a feral horse population. *Can. J. Zool.* 70:929–34

181. Van Ballenberghe V. 1983. Rate of increase of white-tailed deer on the George Reserve: a re-evaluation. *J. Wildl. Manage.* 47:1245–50

182. Van Ballenberghe V, Ballard WB. 1997. Population dynamics. In *Ecology and Management of the North American Moose*, ed. CC Schwartz, AW Franzmann, pp. 223–45. Washington, DC: Smithsonian Inst. Press

183. Van Sickle J. 1990. Dynamics of African ungulate populations with fluctuating, density-independent calf survival. *Theor. Popul. Biol.* 37:424–37

184. Van Vuren D, Bray MP. 1986. Population dynamics of bison in the Henry Mountains, Utah. *J. Mamm.* 67:503–11

185. Verme LJ. 1965. Reproduction studies on penned white-tailed deer. *J. Wildl. Manage.* 29:74–79

186. Verme LJ. 1991. Decline in doe fawn fertility in southern Michigan deer. *Can. J. Zool.* 69:25–28

187. Walsh NE, Griffith B, McCabe TR. 1995. Evaluating growth of the Porcupine Caribou Herd using a stochastic model. *J. Wildl. Manage.* 59:262–72

188. Wehausen JD. 1996. Effects of mountain lion predation on bighorn sheep in the Sierra Nevada and Granite Mountains of California. *Wildl. Soc. Bull.* 24:471–79

189. Wehausen JD, Bleich VC, Weaver RA. 1987. Mountain sheep in California: a historical perspective on 108 years of full protection. *Trans. West. Sect. Wildl. Soc.* 23:65–74

190. Western D. 1979. Size, life-history and ecology in mammals. *Afr. J. Ecol.* 17:185–204

191. White GC, Bartmann RM. 1998. Effect of density reduction on overwinter survival of free-ranging mule deer fawns. *J. Wildl. Manage.* 62:214–25

192. White GC, Garrott RA, Bartmann RM, Carpenter LH, Alldredge AW. 1987. Survival of mule deer in northwest Colorado. *J. Wildl. Manage.* 51:852–59

193. White RG, Rowell JE, Hauer WE. 1997. The role of nutrition, body condition and lactation on calving success in muskoxen. *J. Zool.* 243:13–20

194. Whitlaw HA, Ballard WB, Sabine DL, Young SJ, Jenkins RA, et al. 1998. Survival and cause-specific mortality rates of adult white-tailed deer in New Brunswick. *J. Wildl. Manage.* 62:1335–41

195. Whitten KR, Garner GW, Mauer FJ, Harris RB. 1992. Productivity and early calf survival in the Porcupine caribou herd. *J. Wildl. Manage.* 56:201–12

196. Williamson DT. 1991. Condition, growth and reproduction in female red lechwe (*Kobus leche leche* Gray 1850). *Afr. J. Ecol.* 29:105–17

197. Wilson DE, Hirst SM. 1977. Ecology and factors limiting Roan and Sable antelope populations in South Africa. *Wildl. Monogr.* 54:1–111

198. Wolfe ML. 1980. Feral horse demography: a preliminary report. *J. Range Manage.* 33:354–60

This content downloaded from 204.124.92.254 on Wed, 18 Mar 2015 20:45:44 UTC
All use subject to JSTOR Terms and Conditions

BLM_0051860



## Water Resources Research

**TECHNICAL REPORTS: DATA**

10.1002/2015WR017278

**Key Points:**
- A U.S. map of water volumes used to hydraulically fracture oil and gas wells, 2011–2014
- Hydraulic fracturing water volumes differ regionally across the U.S.
- Discussion of variation in water use and potential environmental implications

**Supporting Information:**
- Supporting Information S1

**Correspondence to:**
T. J. Gallegos,
tgallegos@usgs.gov

**Citation:**
Gallegos, T. J., B. A. Varela, S. S. Haines, and M. A. Engle (2015), Hydraulic fracturing water use variability in the United States and potential environmental implications, *Water Resour. Res.*, *51*, 5839–5845, doi:10.1002/2015WR017278.

Received 22 MAR 2015
Accepted 12 JUN 2015
Accepted article online 16 JUN 2015
Published online 24 JUL 2015

# Hydraulic fracturing water use variability in the United States and potential environmental implications

## Tanya J. Gallegos[1], Brian A. Varela[2], Seth S. Haines[2], and Mark A. Engle[1,3]

[1]U.S. Geological Survey, Eastern Energy Resources Science Center, Reston, Virginia, USA, [2]U.S. Geological Survey, Central Energy Resources Science Center, Denver, Colorado, USA, [3]Department of Geological Sciences, University of Texas at El Paso, El Paso, Texas, USA

**Abstract** Until now, up-to-date, comprehensive, spatial, national-scale data on hydraulic fracturing water volumes have been lacking. Water volumes used (injected) to hydraulically fracture over 263,859 oil and gas wells drilled between 2000 and 2014 were compiled and used to create the first U.S. map of hydraulic fracturing water use. Although median annual volumes of 15,275 m$^3$ and 19,425 m$^3$ of water per well was used to hydraulically fracture individual horizontal oil and gas wells, respectively, in 2014, about 42% of wells were actually either vertical or directional, which required less than 2600 m$^3$ water per well. The highest average hydraulic fracturing water usage (10,000—36,620 m$^3$ per well) in watersheds across the United States generally correlated with shale-gas areas (versus coalbed methane, tight oil, or tight gas) where the greatest proportion of hydraulically fractured wells were horizontally drilled, reflecting that the natural reservoir properties influence water use. This analysis also demonstrates that many oil and gas resources within a given basin are developed using a mix of horizontal, vertical, and some directional wells, explaining why large volume hydraulic fracturing water usage is not widespread. This spatial variability in hydraulic fracturing water use relates to the potential for environmental impacts such as water availability, water quality, wastewater disposal, and possible wastewater injection-induced earthquakes.

## 1. Introduction

During hydraulic fracturing, water containing chemical additives and a propping agent is injected into a low-permeability petroleum reservoir under high pressure, fracturing the formation. The propping agent holds open the fractures, allowing oil and (or) gas to flow to the well borehole, thus stimulating production. Hydraulic fracturing has improved domestic oil and gas yields from low-permeability tight-sand, shale, and coalbed reservoirs, thus lessening the dependence of the United States (U.S.) on foreign supplies of natural gas and oil [*U.S. Energy Information Administration*, 2015; *Vidic et al.*, 2013]. Hydraulic fracturing, however, is not without controversy; one primary concern, among several, is that it may adversely impact the environment [*Brittingham et al.*, 2014; *Gregory et al.*, 2011; *Kargbo et al.*, 2010; *Mauter et al.*, 2014; *Soeder and Kappel*, 2009; *Vidic et al.*, 2013]. An important key to understanding how hydraulic fracturing could potentially impact the environment is the volume of water used in this process. The volume of water injected affects the availability and consumptive use of freshwater resources, volumes of wastewater, the wastewater disposal and treatment procedures available, and the ultimate fate of this water.

Previous hydraulic fracturing water use estimates range from 1400 to 33,900 m$^3$ per shale-gas well [*Clark et al.*, 2013; *Goodwin et al.*, 2014; *Nicot and Scanlon*, 2012; *Scanlon et al.*, 2014] and 8177–9009 m$^3$ per well completed in tight-oil formations [*Horner et al.*, 2014; *Scanlon et al.*, 2014]. Analysis of historical data indicates the importance of well borehole orientation, drilling date, and target hydrocarbon on hydraulic fracturing water volumes [*Gallegos and Varela*, 2015a] and could account for the wide range of estimates. Individually, these previous studies provided only partial information needed to fully understand the complexity of hydraulic fracturing water use across different geologic basins. There is a need to better understand the spatial variability of water use in hydraulic fracturing in aggregate, that is, with consideration of all well types and all target oil and gas reservoirs. As such, the objective of this research is to compile comprehensive, up-to-date data on water volumes injected for hydraulic fracturing and provide a national-scale perspective of spatial trends in order to better articulate how water use is linked to the potential for environmental impacts across the United States.

© 2015. The Authors.

This is an open access article under the terms of the Creative Commons Attribution-NonCommercial-NoDerivs License, which permits use and distribution in any medium, provided the original work is properly cited, the use is non-commercial and no modifications or adaptations are made.

BLM_0051861

**AGU** **Water Resources Research**                                          10.1002/2015WR017278

## 2. Data and Methods

The original data sources, compilation steps, and analyses are detailed elsewhere [*Gallegos and Varela*, 2015a, 2015b]. In brief, the most recent data on hydraulic fracturing injection volumes were compiled from the "Well Treatment" and "Well" tables in the commercial and proprietary IHS database of U.S. Oil and Gas Production and Well Data [*IHS Energy*, 2014] on 29 December 2014, and include data from 01 January 2000 to 28 August 2014. Not all hydraulically fractured oil and gas wells in the United States are included here because not all well information may have been reported or acquired, many states still do not require reporting of hydraulic fracturing fluid volumes, not all wells are hydraulically fractured using water, and there may be a time lag in IHS database [*IHS Energy*, 2014] updates. Data were acquired from a variety of public and private sources and checked by IHS, Inc. [*IHS Energy*, 2014]. To our knowledge, there is no publically available source of hydraulically fractured well data that can be used for comparison to estimate the absolute number of missing wells. Hydraulic fracturing data from the IHS database were previously analyzed and trends were compared to, and were found to be consistent with, published references [*Gallegos and Varela*, 2015a]. As such, the hydraulic fracturing data sets derived from the IHS database, including water volumes used to fracture oil and gas wells, were deemed accurate for computing statistics and providing an indication of tendencies of hydraulic fracturing treatments and hydraulically fractured wells within geographically and geologically defined areas (such as watersheds) and over a defined period of years [*Gallegos and Varela*, 2015b], as presented here.

Treatment types in the IHS database of "frac" or "refrac" were identified as hydraulic fracturing stimulation treatments. Treatment fluid types of "water," "slick water," "acid," "fracturing," "fluid," "sand gel frac," "My-T-Frac," "sand acid frac," "gel," or "crosslink gel" were categorized as water-based fluids. The volumes of all water-based fluids were converted from original units of barrels, cubic feet, gallons, thousands of cubic feet, or quarts to cubic meters ($m^3$) for each hydraulic fracturing record. The water-based treatment fluid volumes were then summed for each unique oil and gas well with a borehole direction of "horizontal," "vertical," or "directional" in the IHS Well Table. The annual median water volume and the number of wells for each of the following well-type categories were computed and plotted as a function of the associated well-completion year: horizontal oil, horizontal gas, vertical oil, vertical gas, directional oil, and directional gas wells. Data within the 1st–99th percentile of all hydraulic fracturing water volumes for wells completed in the United States from January 2011 to August 2014 were extracted for each of the well-type categories. Each of these volumes was then spatially associated with a watershed defined by U.S. Geological Survey 8-digit hydrologic unit code (HUC) based on the well location. The averages of these water volumes used to hydraulically fracture wells within each watershed were mapped. Finally, the percentages of hydraulically fractured wells that were horizontally drilled within each watershed were used to construct a map of the concentration of horizontal wells completed across the United States from January 2011 to August 2014. Water volumes used to hydraulically fracture oil and gas wells reported and discussed here are injected volumes and do not necessarily represent consumptive use.

## 3. Discussion

### 3.1. Hydraulic Fracturing Water Use Across the United States

The first U.S. map of average water volumes injected per well for hydraulically fracturing oil and gas wells (Figure 1), derived from the most recent data in the IHS database of U.S. Oil and Gas Production and Well Data [*IHS Energy*, 2014], illustrates that hydraulic fracturing uses large amounts of water, though not as much as may have suspected in some areas. The water volumes used to hydraulically fracture wells averaged within a given watershed (i.e., U.S. Geological Survey 8-digit HUC) range from 10 to 36,620 $m^3$ per well. The highest average water use (greater than 10,000 $m^3$ per well) areas generally coincide with the following shale-gas formations [*U.S. Geological Survey National Assessment of Oil and Gas Resources Team and Biewick*, 2013] (not in any particular order): Eagle Ford and Haynesville-Bossier (Gulf Coast Basins), Barnett (Bend Arch-Ft. Worth Basin), Fayetteville (Arkoma Basin), Woodford (Anadarko and Arkoma Basins), Tuscaloosa (Gulf Coast Basins), and the Marcellus and Utica (Appalachian Basin). These average volumes reported here are consistent with other estimates ranging from about 6800 to 38,000 $m^3$ per well [*Clark et al.*, 2013; *Goodwin et al.*, 2014; *Gregory et al.*, 2011; *Horner et al.*, 2014; *Jiang et al.*, 2014; *Kargbo et al.*, 2010; *Nicot and Scanlon*, 2012; *Scanlon et al.*, 2014]. In 52 out of the 57 watersheds with the highest average hydraulic

BLM_0051862

**AGU** **Water Resources Research** 10.1002/2015WR017278



**Figure 1.** Average of the data within 1st−99th percentile of water volumes used (injected) per well to hydraulically fracture oil and gas wells (horizontal, directional, and vertical) drilled from January 2011 to August 2014 in watersheds (8 digit Hydrologic Unit Codes, HUCs) with at least two wells reporting water use (*n* = 81,816 wells). Shale-gas formations are numbered (not in any particular order): (1) Barnett (Bend Arch–Ft. Worth Basin), (2) Eagle Ford (Gulf Coast Basins), (3) Woodford (Anadarko and Arkoma Basins), (4) Fayetteville (Arkoma Basin), (5) Haynesville-Bossier (Gulf Coast Basins), (6) Tuscaloosa (Gulf Coast Basins), and (7) Marcellus and Utica (Appalachian Basin). Supporting information Table S1 contains data used to construct this figure.

fracturing water volumes above 15,000 m$^3$ per well, over 90% of wells were horizontally drilled, reflecting that shale-hosted continuous oil and gas resources are often developed using horizontal drilling practices, which use greater volumes of water per well. Generally, the higher water use per horizontal well reflects the longer lengths of the lateral sections of the wellbore [*Nicot and Scanlon*, 2012], which are designed to increase the contact area with the reservoir rock and stimulate greater oil or gas production.

Between 2000 and 2014, median national annual water volumes used to hydraulically fracture horizontal wells had increased from less than 670 m$^3$ to nearly 15,275 m$^3$ and 19,425 m$^3$ per oil and gas well, respectively, while median water use in vertical and directional wells (i.e., at an angle from the vertical) remained below 2600 m$^3$ per well (Figure 2a). Although there has been an increase in the number of horizontal wells since 2008, about 42% of new hydraulically fractured wells completed in 2014 were still either vertical or directional (Figure 2b). The ubiquity of the lower-water-use vertical and directional wells in part, explains why water use is variable across the United States. Areas of the United States with the largest hydraulic fracturing water use from 2011 to 2014 (Figure 1) usually, but not always, correlate with areas containing the greatest concentrations of hydraulically fractured horizontal wells (Figure 3) because the amount of water used for hydraulic fracturing is also directly or indirectly influenced by local or regional oil-reservoir and gas-reservoir characteristics. The reservoir extent, depth, and thickness of oil-bearing or gas-bearing strata influences the perforated interval of the well and amount of water needed to induce fractures while the porosity, permeability, temperature, pressure, and other intrinsic properties impact water saturation, fracture geometry, and hydraulic fracturing treatment fluid design [*Elbel and Britt*, 2000; *Holditch*, 2007]. For

BLM_0051863

**AGU** **Water Resources Research**                    10.1002/2015WR017278



**Completion year of hydraulically fractured well**

**Figure 2.** The (a) median national annual water volumes used (injected) per well to hydraulically fracture wells drilled from January 2000 to August 2014 delineated as a function of drill-hole direction (vertical, horizontal directional) and final status (oil or gas) ($n$ = 263,859) and (b) number of hydraulically fractured wells drilled from January 2000 to August 2014 as a function of drill hole direction and final status ($n$ = 371,607). Includes only well information gathered and reported by IHS, Inc. [*IHS Energy*, 2014] as of 28 August 2014. Note: 1 cubic meter ($m^3$) is equal to 264.17 gallons. Supporting information Tables S2 and S3 contains data used to construct this figure.

example, shale-gas reservoirs are often hydraulically fractured using slick water, a formulation containing a large proportion of water; tight-oil reservoirs often use gel-based hydraulic fracturing treatment fluids (lower proportion of water) because they are water-sensitive formations; low-pressure formations are often hydraulically fractured using a foam-based hydraulic fracturing fluid [*Elbel and Britt*, 2000; *Holditch*, 2007].

### 3.2. Potential for Environmental Impacts
Although water use data have not been reported for all hydraulically fractured wells, spatial patterns of average water volumes injected into 81,816 wells in Figure 1 can help us better understand the relative ranges of water used in hydraulic fracturing on a regional basis. Coupled with local climate, geologic and hydrologic settings, and management practices, the regional differences in the amount of water used for hydraulic fracturing could translate into differences in the amounts of wastewater produced and ultimately possible differences in the potential for environmental impacts including water availability, water quality, wastewater disposal, and possible wastewater injection-induced earthquakes.

#### 3.2.1. Water Availability
Large volumes of water extracted from ground or surface water sources for hydraulic fracturing affect public water resources and aquatic ecology [*Brittingham et al.*, 2014; *Gregory et al.*, 2011; *Kargbo et al.*, 2010; *Mauter et al.*, 2014; *Soeder and Kappel*, 2009; *Vidic et al.*, 2013], although increasingly, brackish and saline waters are injected [*Nicot et al.*, 2014]. Freshwater availability is affected by local water budgets, populations, agricultural practices, and climate. Water supply concerns can be acute in areas that are susceptible to drought

BLM_0051864

**AGU** **Water Resources Research**                                        10.1002/2015WR017278



**Figure 3.** Percent of hydraulically fractured wells that were horizontally drilled from January 2011 to August 2014 in watersheds of the United States ($n = 47,646$). These horizontal wells represent about 47% of the total number of hydraulically fractured wells drilled during this period. Supporting information Table S4 contains data used to construct this figure.

[*Vengosh et al.*, 2014], such as areas of Texas, California, and New Mexico. The extraction of freshwater for hydraulic fracturing can also alter the hydrologic regime of rivers and streams and impact biological species through the loss of habitat, especially if the water withdrawal rate is high at a single location within a water body during a low-flow season or drought [*Brittingham et al.*, 2014].

### 3.2.2. Water Quality

There has been considerable concern regarding contamination of drinking water resources by chemicals either added to the hydraulic fracturing fluid or originally present in the geologic formation waters [*Kargbo et al.*, 2010] due to spills/leaks, stray gas migration, disposal of inadequately treated wastewater, or migration of hydraulic fracturing fluids or deep formation waters by hydraulic fracturing itself [*Vengosh et al.*, 2014]. To date, no definitive scientific evidence of groundwater contamination due to direct upward migration of injected aqueous fluids from oil and gas reservoirs along fractures created by hydraulic fracturing into drinking water aquifers has been reported in the scientific literature, but studies are limited [*Gallegos et al.*, 2015; *Mauter et al.*, 2014; *Vidic et al.*, 2013]. Recent publications, however, have highlighted evidence of fugitive gas migration along wellbores, likely due to faulty well construction [*Darrah et al.*, 2014; *Vengosh et al.*, 2014], suggesting the possibility of aqueous fluid migration by similar pathways and questioning the impact of large volumes of water on well integrity [*Llewellyn et al.*, 2015; *Vengosh et al.*, 2014]. Detection of changes to groundwater quality in aquifers due to direct migration of fluids from the oil and gas formations, however, is related to several factors that differ among petroleum producing regions [*Mauter et al.*, 2014]. The travel time, travel distance, and the ultimate dilution and detection of oil-related and gas-related waters in aquifers depend on: (1) the depth of the oil and gas reservoir relative to the groundwater aquifer, (2) the geology of the subsurface strata (e.g., hydraulic conductivity, porosity, fractures, extent, depth, pressure, temperature),

BLM_0051865

**AGU** **Water Resources Research**                                                    10.1002/2015WR017278

and (3) the volume of injected water that does not flowback to the surface (an estimated 60–95% of water injected is "lost" into the formation [*Clark et al.*, 2013; *Gregory et al.*, 2011]) relative to both the capacity of the fractured formation and the volume of the "receiving" aquifer. Thus, in some areas, the oil-related and gas-related waters are not likely to reach drinking water aquifers whereas in other areas, constituents of concern simply may not have yet reached the aquifer or have been diluted to below detection limits.

### 3.2.3. Wastewater Disposal and Earthquakes
The amount of water used during hydraulic fracturing poses wastewater management challenges [*Gregory et al.*, 2011; *Kargbo et al.*, 2010; *Soeder and Kappel*, 2009] because an estimated 5–40% of the water injected during hydraulic fracturing flows back to the surface (termed "flowback") [*Clark et al.*, 2013; *Gregory et al.*, 2011]. In addition to differences in injected volumes, the volume and chemical compositions of oil and gas wastewaters (i.e., the flowback water along with the water coproduced during the oil and gas production, termed "produced water") vary somewhat from region to region [*Warner et al.*, 2013], depending on differences in hydrology, geology and well-completion practices. These oil and gas wastewaters are stored at the surface and then disposed of, or treated and possibly recycled or reused. Despite the emergence of small-scale mobile wastewater treatment units specially designed to treat oil and gas wastewaters on site, deep-well disposal is currently the cheaper and often most expedient method of dealing with wastewaters, except in areas where deep-disposal wells are lacking or water is scarce. For example, in portions of the Appalachian Basin, where deep-disposal wells are limited, operators recycle produced water for hydraulic fracturing of subsequent oil and gas wells, whereas deep-well injection is the disposal method of choice in Texas, where there are thousands of deep-disposal wells [*Gregory et al.*, 2011; *Vidic et al.*, 2013]. The disposal of the wastewater into deep wells following hydraulic fracturing, however, has triggered seismicity in some areas [*Zoback*, 2012]. Small earthquakes could occur when large volumes of fluid are injected over long periods of time, under high pressure, particularly in locations with active faults or faults in brittle rock formations [*National Research Council*, 2013; *Zoback*, 2012]. The likelihood of induced seismic events, therefore differs on a regional basis given variations in geology (e.g., existence of faults, pore pressures, capacity of the geologic formation, rock type), disposal and recycling practices, and in the amount of water used and wastewaters produced during hydraulic fracturing.

### 3.2.4. Recycling Challenges and Opportunities
Recycling and reuse of hydraulic fracturing wastewaters eliminates some of the challenges of water availability and disposal, however, both can be difficult to implement in some regions because the permitting processes and water law can be prohibitively complex. Each state has site-specific issues (i.e., drought and abundant land area versus plentiful water and scarce land area) that contribute to unique regulations and permitting structure sometimes consisting of multiple permitting bodies for regulating the use, treatment, disposal, recycling, and reuse of wastewaters, depending on location [*Mauter et al.*, 2014; *Romo and Janoe*, 2012]. Regional variations in regulatory structures also mean that decisions regarding hydraulic fracturing including wastewater management and disposal practices, recycling, and underground fluid injection may fall under different regulations and jurisdictions [*Horner et al.*, 2014; *Romo and Janoe*, 2012]. As such, even if recycling and reuse of hydraulic fracturing flowback and produced wastewaters is technically and economically feasible and supported by industry and the public, the ability of operators to do so can be influenced by state and local regulatory and legal aspects.

## 4. Summary

This national-scale perspective shows that the amount of water used (injected) per well to hydraulically fracture oil and gas wells varies across the United States. Dissimilarity in water use stems from distinctions in well borehole configuration, hydrocarbon type, target oil or gas reservoir characteristics, and the completion year of the well. On a regional basis, the average water volume used per oil and gas well for hydraulic fracturing therefore depends on the concentrations and distribution of well types accessing oil or gas reservoirs within a geologic basin. Differences in local geology, hydrology, proximity to freshwater sources, existence and location of water treatment facilities, chemical makeup of flowback and produced wastewaters, management practices, land availability for surface storage, and availability of deep-disposal wells [*Mauter et al.*, 2014] coupled with the disparity in volumes of water injected could translate into possible differences in the potential for environmental impacts. Regional variations in regulatory structures also mean that decisions regarding hydraulic fracturing including wastewater management and disposal practices, recycling,

BLM_0051866

# AGU **Water Resources Research**

10.1002/2015WR017278

and underground fluid injection may fall under different regulations and jurisdictions. Because hydraulic fracturing is not a one-size-fits-all operation, assumptions and generalizations regarding water use in hydraulic fracturing operations and the potential for environmental impacts should be made with caution.

**Acknowledgments**
Special thanks to Philip H. Nelson, Ronald R. Charpentier, and Margo Corum for their review and input. Funding for this research was provided by the U.S. Geological Survey Energy Resources Program. Data used to construct Figures 1–3 are available in supporting information (Tables S1–S4). Original data are proprietary and are not provided here but are available through IHS, Inc. [IHS Energy, 2014]. Any use of trade, firm, or product names is for descriptive purposes only and does not imply endorsement by the U.S. Government. Neither the United States Government nor any agency thereof, nor any of its employees, make any warranty, expressed or implied, or assume any legal liability or responsibility for the accuracy, completeness, or usefulness of any information, apparatus, product, or process disclosed in this report, or represent that its use would not infringe privately owned rights.

## References

Brittingham, M. C., K. O. Maloney, A. M. Farag, D. D. Harper, and Z. H. Bowen (2014), Ecological risks of shale oil and gas development to wildlife, aquatic resources and their habitats, Environ. Sci. Technol., 48(19), 11,034–11,047.

Clark, C. E., R. M. Horner, and C. B. Harto (2013), Life cycle water consumption for shale gas and conventional natural gas, Environ. Sci. Technol., 47(20), 11,829–11,836.

Darrah, T. H., A. Vengosh, R. B. Jackson, N. R. Warner, and R. J. Poreda (2014), Noble gases identify the mechanisms of fugitive gas contamination in drinking-water wells overlying the Marcellus and Barnett Shales, Proc. Natl. Acad. Sci. U. S. A., 111(39), 14,076–14,081.

Elbel, J., and L. Britt (2000), Fracture treatment design, in Reservoir Stimulation, edited by M. J. Economides and K. G. Nolte, John Wiley, West Sussex, England.

Gallegos, T. J., and B. A. Varela (2015a), Trends in hydraulic fracturing distributions and treatment fluids, additives, proppants, and water volumes applied to wells drilled in the United States from 1947 through 2010—Data analysis and comparison to the literature, U.S. Geol. Surv. Sci. Invest. Rep. 2014–5131, 15 pp., U.S. Geol. Surv., Reston, Va. [Available at http://dx.doi.org/10.3133/sir20145131.]

Gallegos, T. J., and B. A. Varela (2015b), Data regarding hydraulic fracturing distributions and treatment fluids, additives, proppants, and water volumes applied to wells drilled in the United States from 1947 through 2010, U.S. Geol. Surv. Data Ser. 868, 11 pp., U.S. Geol. Surv., Reston, Va. [Available at http://dx.doi.org/10.3133/ds868.]

Gallegos, T. J., C. R. Bern, J. E. Birdwell, S. S. Haines, and M. Engle (2015), The role of water in unconventional in situ energy resource extraction technologies, in Food, Energy, and Water: The Chemistry Connection, edited by S. Ahuja, pp. 183–215, Elsevier, Waltham, Mass.

Goodwin, S., K. Carlson, K. Knox, C. Douglas, and L. Rein (2014), Water intensity assessment of shale gas resources in the Wattenberg Field in Northeastern Colorado, Environ. Sci. Technol., 48(10), 5991–5995.

Gregory, K. B., R. D. Vidic, and D. A. Dzombak (2011), Water management challenges associated with the production of shale gas by hydraulic fracturing, Elements, 7(3), 181–186.

Holditch, S. A. (2007), Hydraulic fracturing, in Petroleum Engineering Handbook—Production Operations Engineering, vol. IV, edited by J. D. Clegg, chap. 8, pp. 323–366, Soc. of Pet. Eng, Richardson, Tex.

Horner, R. M., C. B. Harto, D. J. Murphy, C. E. Clark, and J. P. Shupyrt (2014), Water Use and Management in the Bakken Shale Oil Play, 30 pp., Dep. of Energy Off. of Fossil Energy, Argonne, Ill.

IHS Energy (2014), U.S. Petroleum Information/Dwights LLC Database, PIDM 2.5: Data Management System, Englewood, Colo.

Jiang, M., C. T. Hendrickson, and J. M. VanBriesen (2014), Life cycle water consumption and wastewater generation impacts of a Marcellus shale gas well, Environ. Sci. Technol., 48(3), 1911–1920.

Kargbo, D. M., R. G. Wilhelm, and D. J. Campbell (2010), Natural gas plays in the Marcellus Shale: Challenges and potential opportunities, Environ. Sci. Technol., 44(15), 5679–5684.

Llewellyn, G. T., F. Dorman, J. L. Westland, D. Yoxtheimer, P. Grieve, T. Sowers, E. Humston-Fulmer, and S. L. Brantley (2015), Evaluating a groundwater supply contamination incident attributed to Marcellus Shale gas development, Proc. Natl. Acad. Sci. U. S. A., 112(20), 6325–6330.

Mauter, M. S., et al. (2014), Regional variation in water-related impacts of shale gas development and implications for emerging international plays, Environ. Sci. Technol., 48(15), 8298–8306.

National Research Council (2013), Induced Seismicity Potential in Energy Technologies, 263 pp., Natl. Acad. Press, Washington, D. C.

Nicot, J. P., and B. R. Scanlon (2012), Water use for shale-gas production in Texas, U.S., Environ. Sci. Technol., 46(6), 3580–3586.

Nicot, J. P., B. R. Scanlon, R. C. Reedy, and R. A. Costley (2014), Source and fate of hydraulic fracturing water in the Barnett Shale: A historical perspective, Environ. Sci. Technol., 48(4), 2464–2471.

Romo, C. R., and J. S. Janoe (2012), Regulatory regimes for recycling produced and frac flowback water, Pap. 2012-A-453-AWMA, Air and Waste Manage. Assoc., 12 pp., Pittsburg, Pa. [Available at SSRN: http://ssrn.com/abstract=2124696 or http://dx.doi.org/10.2139/ssrn.2124696, accessed 5 May 2014.]

Scanlon, B. R., R. C. Reedy, and J. P. Nicot (2014), Comparison of water use for hydraulic fracturing for unconventional oil and gas versus conventional oil, Environ. Sci. Technol., 48(20), 12,386–12,393.

Soeder, D. J., and W. M. Kappel (2009), Water resources and natural gas production from the Marcellus Shale, Fact Sheet 2009–3032, 6 pp., U.S. Geol. Surv., Baltimore, Md.

U.S. Energy Information Administration (2015), Annual Energy Outlook 2015 with projections to 2040, DOE/EIA-0383(2015), U.S. Dep. of Energy, Washington, D. C. [Available at http://www.eia.gov/forecasts/aeo/pdf/0383(2015).pdf, accessed 27 May 2015.]

U.S. Geological Survey National Assessment of Oil and Gas Resources Team and L. R. H. Biewick (2013), Map of assessed shale gas in the United States, 2012, U.S. Geol. Surv. Digital Data Ser. 69-Z, 16 p., 11 pl., U.S. Dep. of the Inter., U.S. Geol. Surv., Reston, Va.

Vengosh, A., R. B. Jackson, N. Warner, T. H. Darrah, and A. Kondash (2014), A critical review of the risks to water resources from unconventional shale gas development and hydraulic fracturing in the United States, Science, 340(6134), 1235009.

Vidic, R. D., S. L. Brantley, J. M. Vandenbossche, D. Yoxtheimer, and J. D. Abad (2013), Impact of shale gas development on regional water quality, Science, 340(6134), 1235009.

Warner, N. R., C. A. Christie, R. B. Jackson, and A. Vengosh (2013), Impacts of shale gas wastewater disposal on water quality in Western Pennsylvania, Environ. Sci. Technol., 47(20), 11,849–11,857.

Zoback, M. D. (2012), Managing the seismic risk posed by wastewater disposal, Earth, 57(4), 38–43.

BLM_0051867

**University of Nebraska - Lincoln**
# DigitalCommons@University of Nebraska - Lincoln

Other Publications in Zoonotics and Wildlife Disease

Wildlife Disease and Zoonotics

8-20-2005

# Examining the Risk of Disease Transmission between Wild Dall's Sheep and Mountain Goats, and Introduced Domestic Sheep, Goats, and Llamas in the Northwest Territories

Elena Garde
*University of Saskatchewan, 52 Campus Drive, Saskatoon, SK*

Susan Kutz
*University of Saskatchewan, 52 Campus Drive, Saskatoon, SK*

Helen Schwantje
*Wildlife Veterinarian, Biodiversity Branch, Ministry of Environment, Victoria, BC*

Alasdair Veitch
*Wildlife Management, Environment and Natural Resources, Sahtu Region, Norman Wells, NT*

Emily Jenkins
*Wildlife Disease Specialist / Research Scientist, Canadian Wildlife Service, Saskatoon, SK*

*See next page for additional authors*

Follow this and additional works at: http://digitalcommons.unl.edu/zoonoticspub

 Part of the Veterinary Infectious Diseases Commons

Garde, Elena; Kutz, Susan; Schwantje, Helen; Veitch, Alasdair; Jenkins, Emily; and Elkin, Brett, "Examining the Risk of Disease Transmission between Wild Dall's Sheep and Mountain Goats, and Introduced Domestic Sheep, Goats, and Llamas in the Northwest Territories" (2005). *Other Publications in Zoonotics and Wildlife Disease.* Paper 29.
http://digitalcommons.unl.edu/zoonoticspub/29

This Article is brought to you for free and open access by the Wildlife Disease and Zoonotics at DigitalCommons@University of Nebraska - Lincoln. It has been accepted for inclusion in Other Publications in Zoonotics and Wildlife Disease by an authorized administrator of DigitalCommons@University of Nebraska - Lincoln.

BLM_0051868

**Authors**

Elena Garde, Susan Kutz, Helen Schwantje, Alasdair Veitch, Emily Jenkins, and Brett Elkin

This article is available at DigitalCommons@University of Nebraska - Lincoln: http://digitalcommons.unl.edu/zoonoticspub/29

BLM_0051869

# Examining the Risk of Disease Transmission between Wild Dall's Sheep and Mountain Goats,

## and

# Introduced Domestic Sheep, Goats, and Llamas in the Northwest Territories



**Prepared for:**

**The Northwest Territories Agricultural Policy Framework**

**and**

**Environment and Natural Resources
Government of the Northwest Territories, Canada**

**August 20, 2005**

BLM_0051870

# Examining the Risk of Disease Transmission between Wild Dall's Sheep and Mountain Goats, and Introduced Domestic Sheep, Goats, and Llamas in the Northwest Territories

Elena Garde[1,2], Susan Kutz[1,3], Helen Schwantje[4],
Alasdair Veitch[5], Emily Jenkins[1,6], Brett Elkin[7]

[1] Research Group for Arctic Parasitology and the Canadian Cooperative Wildlife Health Centre, Western College of Veterinary Medicine, University of Saskatchewan, 52 Campus Drive, Saskatoon, SK, S7N 5B4.

[2] Associate Wildlife Veterinarian, Biodiversity Branch, Ministry of Environment, PO Box 9338, Stn Prov Govt, 2975 Jutland Road, Victoria, BC, V8W 9M1, (250) 953-4285    elena.garde@gov.bc.ca

[3] Associate Professor, Faculty of Veterinary Medicine, University of Calgary, 3330 Hospital Dr. NW, Calgary AB, T2N 4N1  Ph: (306) 229-6110

[4] Wildlife Veterinarian, Biodiversity Branch, Ministry of Environment, PO Box 9338, Stn Prov Govt, 2975 Jutland Road, Victoria, BC, V8W 9M1, (250) 953-4285    helen.schwantje@gov.bc.ca

[5] Supervisor, Wildlife Management, Environment and Natural Resources, Sahtu Region, P.O. Box 130, Norman Wells, NT  X0E 0V0, Ph: (867) 587-2786; Fax: (867) 587-2359 alasdair_veitch@gov.nt.ca

[6] Wildlife Disease Specialist / Research Scientist, Canadian Wildlife Service, 115 Perimeter Rd. Saskatoon, SK S7N 0X4 (306) 975-5357, (306) 966-7246

[7] Disease & Contaminants Specialist, Environment and Natural Resources, 500 – 6102 50th Ave. Yellowknife, NT  X1A 3S8. Ph: (867) 873-7761; Fax: (867) 873-0293 brett_elkin@gov.nt.ca

## This project was funded by:

Northwest Territories Agricultural Policy Framework,
Environment and Natural Resources, Government of the Northwest Territories

and

Western Northwest Territories Biophysical Study
Climate Change Action Fund, Natural Resources Canada
Cumulative Impacts Monitoring Program, Department of Indian Affairs and Northern Development

Cover photo by Environment and Natural Resources, Sahtu Region, GNWT

i

TABLE OF CONTENTS

EXECUTIVE SUMMARY ................................................................................. 1

INTRODUCTION............................................................................................. 5

SECTION 1: OVERVIEW OF RISK ASSESSMENT FOR INTRODUCTION OF DOMESTIC SHEEP, GOATS OR LLAMAS INTO NORTHWEST TERRITORIES ....................................................................................................................... 7

Objective ........................................................................................................ 7

Background..................................................................................................... 8

Methods ........................................................................................................ 13

Disclaimers .................................................................................................. 15

SECTION 2: IDENTIFICATION OF PATHOGENS OF HIGHEST CONCERN .. 17
Description .................................................................................................. 17

Bacteria: ...................................................................................................... 17
*Mycobacterium avium paratuberculosis (Johne's disease)* .......................... 17
*Mycoplasma conjunctivae* and *M. ovipneumoniae* ...................................... 20
*Pasteurella* spp. and *Mannheimia haemolytica* .......................................... 24

Viruses:........................................................................................................ 32
Contagious Ecthyma .................................................................................. 32
Parainfluenza 3 ......................................................................................... 35

Parasites ...................................................................................................... 37
Helminths .................................................................................................. 37
*Muellerius capillaris* ................................................................................ 37
Ectoparasites.............................................................................................. 39
*Oestrus ovis* ............................................................................................ 39

SECTION 3. IDENTIFICATION OF PATHOGENS WITH UNKNOWN CONSEQUENCES........................................................................................ 41
Description .................................................................................................. 41

Bacteria ....................................................................................................... 41
*Chlamydophila* spp................................................................................... 41
*Corynebacterium pseudotuberculosis* ........................................................ 44
*Coxiella burnetti* (Q-fever)......................................................................... 45

ii

BLM_0051872

*Erysipelothrix rhusiopathiae* ....................................................................... 46
*Mycoplasma arginini* and *Mycoplasma mycoides* ....................................... 48

**Viruses** ...................................................................................................... **51**
Adenovirus ................................................................................................... 51
Border Disease Virus and Bovine Viral Diarrhea Virus ............................. 52
Corona Virus ................................................................................................ 54
Epizootic Hemorrhagic Disease and Bluetongue Viruses .......................... 55
Infectious Bovine Rhinotracheitis .............................................................. 57
Respiratory Syncytial Virus ........................................................................ 59

**Parasites** .................................................................................................... **61**
Helminths ..................................................................................................... 61
*Parelaphostrongylus odocoilei* .................................................................. 61
Gastrointestinal Trichostrongylids ............................................................. 62
   ➢   *Haemonchus* spp. ............................................................ 63
   ➢   *Marshallagia* sp. ............................................................ 65
   ➢   *Nematodirus* spp. ........................................................... 67
   ➢   *Teladorsagia* spp. .......................................................... 68
*Trichuris* spp. ............................................................................................. 70
Ectoparasites ................................................................................................ 72
*Linognathus pedalis* ................................................................................... 72
*Otobius megnini* (Spinose ear tick) .......................................................... 73
Protozoa ....................................................................................................... 74
*Eimeria* spp. ('Coccidiosis') ...................................................................... 74
*Neospora caninum* ..................................................................................... 76
*Sarcocystis* sp. ........................................................................................... 77

**Other Agents:** ............................................................................................ **79**
Scrapie ......................................................................................................... 79

**SECTION 4. IDENTIFICATION OF HEALTH HAZARDS OF LOWER CONCERN**
........................................................................................................................ **81**
Description ................................................................................................... 81

**Bacteria** ...................................................................................................... **81**
*Arcanobacterium pyogenes* ........................................................................ 81
*Fusobacterium necrophorum* ..................................................................... 82

**Viruses** ...................................................................................................... **82**
Malignant Catarrhal Fever .......................................................................... 82

**Parasites** .................................................................................................... **83**
Helminths ..................................................................................................... 83
*Dictyocaulus filaria* ................................................................................... 83
*Fascioloides magna* .................................................................................... 84
*Parelaphostrongylus tenuis* ....................................................................... 84

BLM_0051873

*Protostrongylus stilesi* ........................................................................................85
Trichostrongylids .................................................................................................85
    &#10148;  *Camelostrongylus mentulatus* ...............................................................86
    &#10148;  *Cooperia* spp. .......................................................................................86
    &#10148;  *Ostertagia* spp. ....................................................................................87
    &#10148;  *Trichostrongylus* spp. ..........................................................................87
Ectoparasites........................................................................................................87
*Psoroptes* sp. .......................................................................................................87
Protozoa................................................................................................................88
*Cryptosporidium* sp. ............................................................................................88
*Toxoplasma gondii* ..............................................................................................89

**SECTION 5. ORGANISMS POSING NO APPARENT RISK.............................. 91**
    Description .......................................................................................................91

**Bacteria** ...................................................................................................................... **91**

**Viruses** ......................................................................................................................... **92**

**Fungal**........................................................................................................................... **92**

**Parasitic**........................................................................................................................ **93**

**SECTION 6. ORGANISMS OF CONCERN IN THE NORTHWEST
TERRITORIES. ..................................................................................................... 95**
    Description .......................................................................................................95

**Anthrax** ........................................................................................................................ **95**

**Brucellosis** .................................................................................................................... **95**

**Tuberculosis**................................................................................................................. **96**

**DISCUSSION................................................................................................................ 97**

**APPENDIX 1. INFECTIOUS BACTERIAL AGENTS REPORTED IN DOMESTIC
SHEEP, GOATS, AND LLAMAS, AND WILD DALL'S SHEEP AND MOUNTAIN
GOATS. ................................................................................................................ 101**

**APPENDIX 2.  INFECTIOUS VIRAL AGENTS RECORDED IN DOMESTIC
SHEEP, GOATS, AND LLAMAS, AND WILD SHEEP AND MOUNTAIN
GOATS. ................................................................................................................ 104**

**APPENDIX 3: FUNGAL AGENTS RECORDED IN DOMESTIC SHEEP,
GOATS, AND LLAMAS, AND WILD DALL'S SHEEP AND MOUNTAIN
GOATS. ................................................................................................................ 105**

BLM_0051874

**APPENDIX 4: HELMINTHS RECORDED IN DOMESTIC SHEEP, GOATS, AND LLAMAS, AND WILD DALL'S SHEEP AND MOUNTAIN GOATS.** ................ **106**

**APPENDIX 5: PROTOZOAL AGENTS RECORDED IN DOMESTIC SHEEP, GOATS, AND LLAMAS, AND WILD DALL'S SHEEP AND MOUNTAIN GOATS.** ........................................................................................................ **109**

**APPENDIX 6: ECTOPARASITIC AGENTS RECORDED IN DOMESTIC SHEEP, GOATS, AND LLAMAS, AND WILD DALL'S SHEEP AND MOUNTAIN GOATS.** ........................................................................................................ **110**

**APPENDIX 7: OTHER AGENTS RECORDED IN DOMESTIC SHEEP, GOATS, AND LLAMAS, AND WILD DALL'S SHEEP AND MOUNTAIN GOATS.** ....... **111**

**APPENDIX 8: SELECTED DISEASE-CAUSING AGENTS IDENTIFIED IN WILD AND DOMESTIC SHEEP AND MOUNTAIN GOAT SUBMISSIONS TO THE CANADIAN COOPERATIVE WILDLIFE HEALTH CENTRE (1970- 2002)** ..... **112**

**APPENDIX 9. COMPARISON OF COCCIDIA OF WILD SHEEP, MOUNTAIN GOATS, CAMELIDS AND DOMESTIC SHEEP AND GOATS** ........................ **115**

**ACKNOWLEDGMENTS** .................................................................................. **117**

**PERSONAL COMMUNICATIONS** .................................................................. **117**

**REFERENCES** ............................................................................................... **118**

BLM_0051875

## List of Figures

**Figure 1. Map showing region of Northwest Territories covered by risk assessment.**
............................................................................................................................... 12

**Figure 2. Current classification of *Pasteurella/Mannheimia* spp.**................................ 26

BLM_0051876

# List of Tables

**Table 1. Transmission and health impact risk ratings** ................................................ 15
**Table 2. Bacterial pneumonia related die-off's in bighorn sheep in Canada** ............ 31

BLM_0051877

viii

BLM_0051878

# Executive Summary

The global movement of domestic and wild animals by people is a major cause of emerging infectious diseases. Exchange of pathogens among introduced and native species can result in disease, often with short or long term consequences, for either or both species. This can have tremendous impacts on wildlife conservation, and potentially on human health. Examples include the transmission of brucellosis and tuberculosis from introduced plains bison to native wood bison in Wood Buffalo National Park and the introduction of domestic sheep diseases to bighorn sheep in western Canada and the US: both of these events have had devastating economical, sociological, and ecological consequences.

In Canada's Northwest Territories (NWT) healthy populations of Dall's sheep, mountain woodland caribou, moose, and mountain goats are important for both subsistence and resident hunters in the Mackenzie and Richardson Mountains, and are the basis for a world-class non-resident outfitted hunting industry in the Mackenzies. Outfitted hunting in the Mackenzie Mountains by non-residents annually generates at least $1.8 million for businesses, individuals, and government in the NWT and directly employs over 100 people.

At the same time, as is evident from the *Strategic Planning Discussion Paper on Agricultural Development in the NWT* for the Territorial Farmers Association (TFA) (December 2004), there is growing interest in developing the agricultural industry, including raising domestic livestock. "The TFA believes that the agricultural potential of the north has yet to be tapped and that there is opportunity for significant growth in the industry over the next few decades... The TFA, with the support of northern governments, must demonstrate that small- to medium-scale market gardening, land or greenhouse based, and livestock operations can be done efficiently and cost-effectively in the north as family or community-operated commercial enterprises." (pp. 3 & 10)

However, expansion of the livestock industry has the potential to result in pathogen exchange among domestic and wild species with negative consequences for one or both species, and subsequent impacts on the economy. For example, introduction of a domestic sheep strain of the bacteria *Mannheimia haemolytica* (a cause of pneumonia) could devastate Dall's sheep populations in the NWT, which would in turn cripple the outfitted hunting industry. In addition, introduction of domestic goats and llamas that are, increasingly used as pack animals for back-country expeditions in much of North America (including Yukon and Alaska), could also negatively impact NWT wildlife populations. Therefore, agriculture, tourism, and subsistence/resident hunting may coexist only if participants in these activities are aware of all potential negative interactions and thereby act to eliminate or minimize them.

To develop a viable and sustainable agricultural industry in the NWT, while also conserving wildlife species and ecosystem health, it is critical that we understand:
  1) the risk of disease introduction with domestic livestock or exotic species
  2) the risk of disease transmission between wild and domestic/exotic animals
  3) how these risks can be mitigated with minimal impact on either sector.

1

BLM_0051879

This Risk Assessment is the first step towards achieving this understanding. The objectives were to:

1) identify the pathogens known to infect domestic sheep, domestic goats, and llamas as well as those known to infect Dall's sheep and mountain goats, and

2) examine the disease risks for Dall's sheep and mountain goats, as well as for domestic sheep, goats, and llamas, associated with the possible introduction of domestic sheep, goats, and llamas to the Mackenzie and Richardson Mountains.

We identified numerous pathogens in domestic sheep and goats that have had serious negative impacts on the health of bighorn sheep. Bighorn sheep (Rocky Mountain, California, and desert bighorn sheep) and thinhorn sheep (Dall's and Stone's sheep) are genetically related and may have similar disease susceptibilities. There is great concern that these pathogens would have significant and detrimental impacts on Dall's sheep and mountain goats in the NWT.

We found 9 infectious agents that are considered high risk and are likely to have negative consequences for Dall's sheep and possibly mountain goats: *Mycobacterium avium paratuberculosis, Mycoplasma conjunctivae* and *M. ovipneumoniae, Pasteurella sop. Mannheimia haemolytica,* Contagious ecthyma, Parainfluenza-3, *Muellerius capillaris,* and *Oestrus ovis.* We also identified 19 infectious agents that are of unknown risk for Dall's sheep, 10 that are of low risk, 128 that have no apparent risk at this time, and 3 that are important to the NWT but that have not been reported in Dall's sheep or mountain goats in the territory. Of the risk agents identified, 11 are of potential public health concern.

Some disease agents that occur in Dall's sheep and mountain goats may infect domestic sheep, goats, or llamas. However, as a result of current management and treatment practices of domestic livestock, we concluded that they would not be of major concern for the present or future agriculture industry in the NWT.

Our Risk Assessment indicates that contact between domestic sheep or goats and wild Dall's sheep or mountain goats would **likely** result in significant disease in the wild species with substantial negative and long term effects on population dynamics and sustainability. We strongly advise that **domestic goats <u>not</u> be used as pack animals, and that domestic sheep and goats not be pastured anywhere in the vicinity of Dall's sheep or mountain goat ranges within the NWT**. This recommendation is consistent with the practical experience and recommendations of bighorn sheep managers and biologists throughout Canada and the United States. Experience gained from events in the US and southern Canada clearly highlights the substantial economic and social costs associated with trying to remedy the effects of disease introduction to wild sheep populations from domestic sheep and goats. Conversely, contact between llamas and wild Dall's sheep or goats **may** result in disease in wild species, but there is insufficient data available to clearly assess the role of camelids as a source of disease at this time (for additional information see "Communicable Diseases Risks to Wildlife from Camelids in British Columbia).

This Risk Assessment provides a clear scientific basis for establishing pro-active guidelines and policies to prevent negative impacts on both wildlife and domestic species associated with the possible introduction of domestic sheep, goats and llamas to the NWT. It also highlights the critical importance for managers and agencies whose

BLM_0051880

mandates include animal health to develop similar, science-based assessments for other potential introductions or translocations of wild and domestic species in the NWT and elsewhere.

The integration of these recommendations into policy will provide a positive framework for the continued development of a healthy domestic livestock industry while promoting healthy wildlife populations in the NWT and sustainability of all forms of wildlife harvest and tourism.

BLM_0051881

4

BLM_0051882

# Introduction

This risk assessment has been carried out following the guidelines for Health Risk Analysis entitled "Wild Animal Translocations" prepared by the Canadian Cooperative Wildlife Health Centre (http://wildlife1.usask.ca). It includes 9 comprehensive appendices of bacterial, viral, parasitic and fungal organisms reported from domestic sheep, goats, llamas and wild sheep and mountain goats. The report is a breakdown of those appendices into discussions of organisms of major concern, organisms of unknown concern, organisms of minimal concern, and those that cause no apparent disease, are not transmissible between the species of interest, or do not occur in Canada. Where possible, organisms were assigned a risk designation according to the probability of transmission as well as the effects on susceptible species.

BLM_0051883

6

BLM_0051884

# Section 1: Overview of Risk Assessment for Introduction of Domestic Sheep, Goats or Llamas into Northwest Territories

Introductions of domestic livestock species or exotic species into the Northwest Territories (NWT) for commercial or hobby farming, or for use as pack animals, may result in exchange of pathogens between wild and domestic species. Such exchange could lead to the emergence of clinical or subclinical disease with potentially severe detrimental impacts on wildlife and/or domestic species. Although agricultural practices in the NWT are currently minimal, there is some small-scale farming in the southern part of the territory, as well as a growing movement through the Canadian northwest to use domestic goats and llamas as pack animals (Schwantje and Stephen 2003). There is currently no known legislation restricting the use of domestic animals in the Mackenzie or Richardson mountains in the NWT (A. Veitch unpubl. data.). There is an active resident and commercially outfitted sport hunting industry in the Mackenzie Mountains, and recent developments in the Richardson Mountains allows hunting of Dall's sheep by resident hunters from the Yukon Territory, which may increase the use of non-traditional hunting methods (D. Auriat pers. comm.). Additionally, there is unregulated access into Dall's sheep range via the western borders of the Mackenzie and Richardson Mountains from the Yukon Territory.

## Objective

The objective of this report is to proactively identify and qualitatively assesses the risk of known pathogens that may be exchanged between wild Dall's sheep (*Ovis dalli dalli*) or mountain goats (*Oreammus americanus*), and domestic sheep (*Ovis aries*), llamas (*Llama glama*), or goats (*Capra hircus*).  This will provide a practical foundation for developing management guidelines and policies regarding introduction and farming of domestic animals in the NWT.

The study area for this assessment is bordered on the west by the Yukon-NWT border, on the south by the NWT-BC border, to the east by the west bank of the Mackenzie River, and on the north by the Mackenzie Delta (Figure 1). The assessment addresses the risks associated with movement of domestic sheep, goats, and llamas to this area from western Canada.  This document is intended to provide the background information required by the Government of the NWT, wildlife co-management boards, Territorial Farmers Association, Renewable Resource Councils and similar community-based organizations, and interested stakeholder groups, to develop policies, guidelines, and mitigative measures with regards to the possible introduction of domestic sheep, domestic goats, and llamas and their relatives into the NWT.

BLM_0051885

# Background

The global, and often indiscriminant, movement of domestic and wild animals by people is a major cause of emerging infectious diseases.  Every animal is essentially a 'zoo', bringing its own array of potential pathogens in the form of bacteria, viruses, and parasites.  Exchange of pathogens among introduced and native species can result in disease, often with short or long term consequences, for either or both species.  This can have a tremendous impact on wildlife conservation, and potentially on human health.

We do not need to go far to find examples:

1) Movement of plains bison infected with brucellosis and tuberculosis from a farm in Wainright, Alberta to Wood Buffalo National Park in the 1920s resulted in introduction of these diseases to the native wood bison. In addition to affecting the health and dynamics of the wood bison population, this action has had significant and long term economic, political, and sociological consequences.

2) Widespread grazing of domestic sheep on or near bighorn sheep range in the USA and southwestern Canada has had devastating consequences for some bighorn sheep herds. There have been cases where up to 90% of the wild sheep (all ages) have died as a result of pneumonia contracted from the domestic sheep.  As a result, and as with the northern wood bison issue - considerable time, money, and energy are now being spent to try to remedy the situation.

Prior to the expansion of European settlement in North America, bighorn sheep were much more numerous than at present.  Estimates of bighorn sheep numbers for the mid-1800's as high as 2 million have been recorded (Queen *et al* 1994); however, Valdez and Krausman (1999) suggest it is very unlikely that the number of bighorn and thinhorn sheep combined ever exceeded 500,000 in North America.  Currently, there are an estimated 70,000 Rocky Mountain, California, and Desert bighorn sheep in North America, which is a considerable decline from the 19th century but is a significant improvement over estimates for the first half of the 20th century.  This decline has been primarily attributed to the incursion of domestic cattle and sheep onto bighorn sheep range with subsequent overgrazing and /or habitat loss and to the introduction of diseases transmitted by domestic sheep and goats (Valdez and Krausman 1999).  Other factors include mining, logging, urban expansion, use of off-road vehicles, unregulated outdoor recreation, oil and gas exploration, and the disruption of water resources (Valdez and Krausman 1999).

Domestic sheep and goats have been implicated in the transmission of primary pathogens causing epizootics in bighorn sheep.  There is a long history of large-scale (>50%), sudden (<12 months), all-age die-offs in bighorn sheep across Canada and the United States, many in association with domestic animal contact (Shackleton 1999). The proximate cause can usually be attributed to bacterial, viral, or parasitic diseases, particularly pneumonia of multifactorial etiology; however, there is often a preceding stress on the population, which is not always nutritional (Ryder et al. 1992 in Shackleton *et al* 1999.  Stressors include overcrowding on limited range, loss of escape cover, harassment by dogs, encroachment by humans, heavy snowfall, and other weather

8

BLM_0051886

stresses (Bunch *et al* 1999). The resistance of bighorn sheep to disease organisms, such as opportunistic *Pasteurella* spp. bacteria, is reduced as a result of these stressors. Catastrophes, such as epizootic die-offs, represent a significant threat to bighorn populations already diminished by habitat loss due to human disturbances (Shackleton *et al* 1999).

In contrast, thinhorn (Dall's and Stone's) sheep numbers and distribution across northern North America are likely very close to what they were prior to European settlement (Valdez and Krausman 1999). The habitat of Stone's sheep (*Ovis dalli stonei*) and Dall's sheep in northern North America is such that their ranges are generally not economically viable for farming opportunities for domestic cattle and sheep, or for many of the other human or domestic animal activities that have historically created conflict on bighorn ranges. To date, there is no evidence of the catastrophic disease-related die-offs that have occurred to bighorn sheep populations; however, there are a few reports of captive Dall's sheep succumbing to diseases from natural or experimental exposure to domestic animal pathogens (Black *et al* 1988, Foreyt *et al* 1996, Smith *et al* 1982). It is presumed that thinhorn sheep are at least as susceptible as bighorn sheep to important pathogens (Foreyt *et al* 1996) and that it is the relative isolation from human settlement and activities that have kept Dall's sheep free from the die-offs that plague their southern relatives.

In Canada's Northwest Territories, Dall's sheep occur across most of the western Mackenzie Mountains (140,000 km$^2$) and the more northern Richardson Mountains. There are an estimated 14,000 to 26,000 Dall's sheep in the Mackenzie Mountains (Veitch *et al* 1998) and approximately 1000 in the Richardsons. In addition to Dall's sheep, the major large mammal species that occur within the Mackenzie Mountains are mountain-ecotype woodland caribou (*Rangifer tarandus caribou*), moose (*Alces alces gigas*), mountain goat (*Oreamnos americanus*), grizzly bear (*Ursus arctos*), wolf (*Canis lupus*), and wolverine (*Gulo gulo*). Black bears (*U. americanus*) occur at very low density in the southern half of the range (Simmons 1968, Veitch and Simmons 2001). Veitch et al.. (2002) estimated 768-989 mountain goats within the Mackenzie Mountains, most of which are located in the south and western portions of the mountain range.

In 1997, in the only known occurrence, a lone bull muskox (*Ovibos moschatus*) was reported at the northern end of the Mackenzie Mountains (K. Hougen pers. comm.). Muskox numbers and range are expanding west of Great Bear Lake (Veitch 1997) and animals have been seen near the bank of the Mackenzie River in 2000-2004 (now Wildlife Management, Environment and Natural Resources unpublished files). Reports of mule deer (*Odocoileus hemionus*) have been received in the vicinity of Nahanni Butte at the south end of the range and there have been reports of mule and white-tailed deer (*Odocoileus virginianus*) within the borders of Nahanni National Park Reserve since the 1970's and 1980's. In recent years both mule deer and white-tailed deer have been moving northwards into the Yukon (Hoefs 2001) and white-tailed deer along the Mackenzie River Valley in the Northwest Territories (Veitch 2001). Within the last few years, elk (*Cervus elaphus*) have also been seen and harvested near the community of Nahanni Butte at the south end of the Mackenzie Mountains.

Access to Dall's sheep range in the NWT is limited. There are only two short (<20 km) active gravel roads in the Mackenzie Mountains of the NWT, both along the Yukon/NWT border. In 1943-44, the Canol Road was constructed as part of a project to

BLM_0051887

move oil from Norman Wells across the Mackenzie Mountains to Alaska. In 1945, at the end of the project, the road was left to deteriorate over virtually its entire 357 km length on the NWT side of the border (Fradkin 1977), such that the Canol Heritage Trail is considered one of the premier backcountry hikes in North America (Howe 1996). Plans have been developed to make the trail a territorial park (Downie 2003). On the Yukon side, the Canol Road has been maintained as a summer-use road. An all-season highway skirts the southeastern edge of the Mackenzies in the vicinity of the communities of Nahanni Butte and Fort Liard in the NWT, and another summer-use road crosses the Yukon-NWT border at the abandoned mining community of Tungsten west of Nahanni National Park Reserve (Figure 2) and continues for <20 km within the NWT.

No people live year-round within the Mackenzie Mountains; however, recently the mine at Tungsten site at MacMillan Pass near the Yukon border on the Canol Road, was re-opened and approximately 100 workers live at the mine site on a scheduled rotational basis. This mine together and the exploration at Prairie Creek north of Nahanni National Park Reserve are the principal industrial activities within the mountains. Many other mining claims have been staked and exploration is ongoing, especially following the recent discovery of diamonds in the eastern NWT. Five communities along the Mackenzie River, with a combined population of 1913 (Government of the Northwest Territories 1996), are located within 50 km of the Mackenzies in the NWT. In 1991, 63% of the residents of those communities identified themselves as aboriginal, primarily Dene and Metis (Government of the Northwest Territories 1996).

Recreational tourism is increasing in the mountains, consisting primarily of hunting, fishing, hiking, sightseeing (by airplane and helicopter), canoeing, kayaking, and skiing. Snowmobiles and all-terrain vehicles are used along the eastern and western fringes of the mountain range, gaining access via summer roads and rivers, and high-powered jet boats are used primarily by subsistence hunters to access the mountains through some of the larger rivers.

Unlike most other jurisdictions in North America, all Dall's sheep and mountain goat populations in the NWT are native, with no transplants to, from, or within the NWT (Veitch 1998). At this time, no domestic sheep or goats are farmed anywhere within 50 kilometers of the Mackenzie Mountains in the NWT (J. Colford pers. comm.). However, it is evident from the December 2004 Strategic Planning Discussion Paper on Agricultural Development in the NWT, that there is growing interest in developing the agricultural industry (Anonymous 2004). Currently, there are no proactive management guidelines or legislation preventing the introductions of these or any domestic species into or near wild sheep or goat habitat in the NWT.

The Mackenzie Mountains have been open for non-resident sport hunting since 1965 (Simmons 1968) and hunting for Dall's sheep is the key component of what has become a $7 million per year industry, of which approximately $1.8 million remains with individuals, businesses, and government in the NWT (Crapo 2000). There are 8 licenced outfitters in the Mackenzie Mountains and they employ over 100 people as guides, pilots, wranglers, cooks, and camp assistants each year (K. Hougen pers. comm.). Harvest of Dall's sheep is relatively light, with outfitted sport hunters taking an average of 195 rams per year for the period 1991-2002 (Larter and Allaire 2003, Veitch 1998). Resident and subsistence harvest is considerably less, with a total harvest estimated to be 25-45 sheep per year. Currently, hunters with outfitters, occasionally accompanied by dogs, access

10

BLM_0051888

sheep habitat on horseback, foot, or in light aircraft. No outfitter uses llamas as pack animals, nor do any other tourism-related businesses operate within the Mackenzie Mountains.

Although considered relatively pristine and isolated, the Mackenzie and Richardson Mountains are becoming exposed to an ever-expanding range of stressors, of which most are anthropogenic. (1) The NWT currently has the fastest-growing economy in Canada and is experiencing an almost unprecedented rate of growth, primarily in exploration and extraction of non-renewable resources, resulting in increased air traffic, construction of winter roads, and habitat disturbance. (2) There are ongoing and anticipated increases in tourism activities (including outfitted sport hunting), hydrological development, and agriculture. (3) Concurrently, the NWT is experiencing unprecedented rates of climate change. The mean annual temperatures in the Mackenzie and Richardson Mountains (located in the 'Mackenzie District' and North British Columbia/Yukon ecozones as defined by Environment Canada) have already increased by 1.8-2.0C over the last 50 years and this warming is expected to continue (http://www.cics.uvic.ca/scenarios/index.cgi; http://www.msc-smc.ec.gc.ca/ccrm/bulletin/national_e.cfm). Implications of this warming include changes in patterns of transmission of existing pathogens as well as range expansion of various wildlife species and concomitant introduction of new pathogens (Dobson *et al* 2003, Jenkins *et al* 2005e, Kutz *et al* 2005).

As these landscape-level environmental disturbances continue, ecological conditions for disease transmission in Dall's sheep, mountain goats, and other wildlife in the NWT will be substantially altered. Similarly, introduction of domestic livestock into new regions may have unknown consequences for domestic and wildlife species. It is, therefore, imperative to strive toward pro-active identification and understanding of disease risks to wildlife, domestic livestock, and people, and develop management and policy solutions to prevent the negative effects. In this Risk Assessment we specifically examine the potential disease interactions between domestic sheep, goats and llamas, and Dall's sheep and mountain goats.

BLM_0051889



Figure 1. Map showing region of Northwest Territories covered by risk assessment.

BLM_0051890

## Methods

Information for this risk assessment was compiled using the following resources:
- Web of Science
- Pub Med
- Google Scholar
- University of Saskatchewan Libraries
- Canadian Cooperative Wildlife Health Center database servicing western Canada
- British Columbia Animal Health Center files
- Prairie Diagnostic Services database servicing western Canada
- Focus group interviews with elders and experienced harvesters from the Sahtu, Gwich'in, and Inuvialuit regions, NWT, January-April, 2005

Overall risk for each disease agent was assessed by examining the transmission probability to, and the health impacts on, the recipient species (Table 1). For those pathogens that were typical and endemic in domestic sheep, goats or llamas, risks were assigned only for Dall's sheep and mountain goats. However, for those pathogens present in Dall's sheep or mountain goats that either were not found in the domestic species, or that could have an impact on domestic species, we defined transmission and health impact risks for domestic animals. We assumed the worse case scenario - that domestic sheep, goats, and/or llamas would overlap in space and/or time; i.e. they would use the same range and/or have direct contact. We relied on the literature for bighorn sheep and assumed that mountain goats and Dall's sheep would be similarly impacted:

1. **Transmission probability**: This reflects the likelihood that a pathogen would be transmitted between species if domestic sheep, goats or llamas used the same range as, or were in contact with Dall's sheep and mountain goats. In evaluating the probability of transmission we considered a number of factors, including:
   **a)** pathogen characteristics such as host-specificity, mode of transmission (direct contact, aerosol, fomite, vector etc.), persistence in the environment, prevalence and intensity of infection, patterns and length of shedding, age distribution, and Ro as a measure of the transmission potential.
   **b)** host characteristics that would influence the probability of contact among species, such as population densities, behaviour and patterns of habitat use, (for example, domestic sheep and wild sheep are closely related genetically and behaviourally and are much more likely to co-mingle than llamas and wild sheep, so the probability of pathogen exchange is much higher between wild and domestic sheep), management practices etc.

   We found in the literature that, although there is often circumstantial evidence of transmission among wild and domestic sheep or goats (particularly for bighorns), there is rarely irrefutable evidence since

BLM_0051891

most investigations occur following a disease event. Complicating this further has been the poor historical or sometimes ambiguous identification of the pathogens and often limited knowledge of their transmission dynamics. Rather than classifying transmission potential as unknown, in these cases we have assigned a transmission probability based on the best information available, often limited to that on bighorn sheep. A discussion of the literature that forms the basis of these assignments is provided in the text for each organism. Where there was clearly insufficient information available, a risk rating of 'unknown' was assigned.

2.  **Health impact**: Once an agent has been successfully transmitted to, and established in, a new animal it is important to assess the impact of this agent on the health of the individual and population. This is a function of recipient species' prior exposure and immunity, the pathogenicity of the agent, long term consequences for reproduction and body condition, and risk of mortality. In this assessment, we recognize that a pathogen causing subclinical and/or chronic disease may have comparable or even greater significance at the population level as a pathogen that causes acute mortality of a few individuals. Additionally, the logistically difficult and largely unacceptable practice of medicating wild animals may result in more significant or widespread disease in free-ranging wildlife than observed in the more intensively managed and easily treated domestic species.

    To assign a risk rating for health impacts we considered all the available literature for the host and pathogen species in question. However, as with the transmission risk ratings, in some cases there was insufficient information to assign a health impact risk rating and these were classified as 'unknown'.

Criteria used to determine the transmission and health impact risk-rating for the wild and domestic species of interest are described in Table 1. Note that to be assigned to a specific category not all conditions in the category had to be met. Additionally, there was occasionally some overlap among categories, and when there was uncertainty we assigned the higher risk rating.

14

BLM_0051892

**Table 1. Transmission and health impact risk ratings**

| Risk Rating | Transmission | Health Impact |
|---|---|---|
| Unknown[1] | Insufficient information available to evaluate the risk of transmission between wild and domestic species. | Insufficient information available to evaluate whether the disease agent causes any negative impacts to the species of concern. |
| Negligible | No evidence of experimental or natural transmission despite suitable conditions.  The pathogen may be rare in the introduced species, have high host specificity, low environmental persistence, or be shed for short periods of time. | No disease observed in known infected animals. |
| Low | Limited evidence of experimental or natural transmission. High host-specificity, short duration of shedding, low environmental persistence, may require direct contact | Few individuals are affected and there are minimal health effects. Pathogen is unlikely to cause direct mortalities, long term debilitating illness, or to have impacts at the population level |
| Moderate | Good evidence of experimental or natural interspecies transmission. Moderate levels of shedding and persistence in the environment. | Many animals affected. Mortalities or chronic and subclinical long term effects limiting population productivity are probable. |
| High | High evidence of natural transmission, pathogen has a broad host range, high environmental persistence or does not require direct contact. May be shed for extended periods of time at high levels. | Many to all animals affected. Mortalities or severe impact on fecundity and herd production. Probable long term consequences affecting productivity and persistence of individuals and populations |

[1]Note that this does not suggest that the agent is not a risk, but indicates that there is insufficient information to assign it to a category

## Disclaimers

This report is a summary of the current understanding, from published and unpublished works on the host species and the pathogens of concern. We encourage the reader to go to the primary literature for further information on specific disease agents.

**Pathogen identification:** There are many pathogens in wild sheep or goats that have been identified as the same species seen in domestic ruminants. With the advent of

BLM_0051893

molecular diagnostic techniques and more critical morphological examination, we are becoming increasingly aware of the unique biodiversity of the pathogen fauna in northern wildlife and are now realizing that many pathogens once thought to be the same species in both domestic and wild ruminants, are in fact different species (Kutz *et al.* 2004b). Accurate pathogen identification is critical for determining whether a pathogen is already established in a region and if it is transmissible among different species, and for epidemiological investigations. Throughout this assessment, we have indicated when species identification is uncertain.  In acknowledging these limitations, we encourage managers to act conservatively, and where there is uncertainty regarding identification of the pathogen, caution should be exercised when making management decisions.

**Dall's sheep:** The literature on potential disease agents of Dall's sheep and mountain goats is limited, however, there is a body of literature on diseases in bighorn sheep and health issues associated with contact with domestic sheep and goats in Canada and the United States. We have assumed that bighorn and Dall's sheep have similar disease susceptibilities (Bowyer *et al.* 2000, Valdez and Krausman 1999), and have relied heavily on the history of transmission and disease impacts observed in bighorn sheep to determine the risk ratings for possible disease agents in free-ranging Dall's sheep. However, there may be species specific differences in susceptibility to various pathogens, and transmission to and impacts on Dall's sheep and mountain goats may differ from that reported in bighorn sheep. Since most populations of bighorns have a long history of exposure to domestic species compared to Dall's sheep in the NWT, it would be logical to expect that the latter would be far more disease naïve and, therefore, more susceptible than bighorns to infectious diseases from domestics.

**Mountain goats:** There is an even greater paucity of information regarding the occurrence and impact of potential disease agents in mountain goats than in Dall's sheep. There is insufficient information available to complete an accurate risk assessment for this species at this time. For this reason, mountain goats have been eliminated from the majority of the risk assessment unless otherwise stated in specific sections. All available information on agents previously identified in mountain goats is provided in the appendices. Until further information is available regarding the disease status on mountain goats, managers are encouraged to act conservatively by treating every domestic animal agent as a potential pathogen unless specifically demonstrated otherwise.  Generally mountain goat and bighorn sheep have 1) similar numbers of helminth species, 2) many helminth species in common, and 3) are accidental hosts of a few others . We will assume that this susceptibility can be extrapolated to pathogens in a broader sense.

**Risk Categories:** In order to qualitatively assess the risks for each pathogen, categories of risk were defined in Table 1. We acknowledge that many of the risk assumptions are generalizations, and are necessary for the purposes of defining risk, but, because of often limited knowledge about the pathogen there remains some level of uncertainty.

BLM_0051894

# Section 2: Identification of Pathogens of Highest Concern

## Description

This section describes in detail the major pathogens of concern from Appendices 1-7. The criteria for designation to this category are as follows: 1) there is strong or confirmed evidence of transmission in either direction between domestic sheep, goats or llamas and Dall's sheep, bighorn sheep, or mountain goats, AND 2) there is strong evidence that the pathogen has resulted in significant disease in recipient populations (ie. wild sheep and goats, or domestic sheep, goats, or llamas), AND 3) it occurs in Canada.

## Bacteria:

### *Mycobacterium avium paratuberculosis (Johne's disease)*

> **Summary:**
> - ***Mycobacterium avium paratuberculosis* is an acid fast bacillus.**
> - **Causes gastrointestinal disease with severe wasting and death.**
> - **Domestic sheep, goats and llamas are affected.**
> - **Bighorn sheep and mountain goats affected.**
> - **In utero or fecal-oral transmission.**
> - **Very persistent in environment.**
> - **No report of clinical disease in Dall's sheep, but they can be infected.**
> - **Natural transmission from bighorn sheep to domestic sheep confirmed experimentally.**
> - **Natural transmission from domestic ruminants to wild sheep and goats strongly suspected.**
> - **Possible public health implications.**
> - **No treatment.**

**General overview:** *Mycobacterium avium paratuberculosis* are acid fast bacilli that stain pink to red in feces using the Ziehl-Neelsen method. *Mycobacterium a. paratuberculosis* has a wide host distribution and is ubiquitous throughout dairy farms in the United States and Canada and causes significant production losses (Chi *et al.* 2002, Matthews 1999). The organism multiplies in the gastrointestinal system, and eventually manifests as clinical Johne's disease (diarrhea, chronic wasting) on average between 2 and 6 years later (Wenger and Tait 2001). There are also cases of subclinical infections (Kimberling 1988), as well as asymptomatic carriers that shed the bacteria in their feces, but show no clinical signs (Matthews 1999).

BLM_0051895

The organism is extremely difficult to test for in the live animal. Strains of this bacteria are generally considered host-specific, although cross-species infection has been demonstrated among domestic and wild ruminants (Stehman 1990). There are two sheep strains and both are notoriously difficult to culture compared to cattle strains (Blood and Radostits 1989). Camelid strains are thought to originate from cattle due to their similarity in culture characteristics (Fowler 1998). Strains circulating in free-ranging wildlife are not well-defined. Fecal culture for *M. a. paratuberculosis* takes 8-12 weeks. Other tests, while quicker, are difficult to interpret due to false negative results (Matthews 1999, Williams *et al.* 1985), although recent advances using the polymerase chain reaction show promising results. Given the long incubation and difficulties in diagnoses (Bunch *et al.* 1999), it is understandable that control of this disease is difficult. There is no known treatment.

**Clinical signs in domestic sheep, goats and llamas:** Although most commonly associated with cattle, Johne's disease is found in adult sheep, goats, and llamas. The predominant signs in small ruminants are slow, progressive wasting, with eventual death (Kimberling 1988, Linklater and Smith 1993); diarrhea is less common than in infected cattle (Kimberling 1988, Williams *et al.* 1983b). In 2001, a serological survey of 175 llamas and alpacas was done in British Columbia. Antibodies to *M. a. paratuberculosis* were found in 10% of the tested animals (Schwantje and Stephen 2003). All animals tested were clinically healthy.

**Clinical signs in wild sheep and mountain goats:** Captive Dall's sheep have tested culture positive for *M. a. paratuberculosis,* but clinical signs have not been reported (P. Merchant pers. comm.). Signs in wild bighorn sheep and mountain goats were similar to those seen in domestic sheep and goats and included emaciation, dry rough hair coat, and diarrhea (Williams *et al.* 1983b). Infected mountain goats shed massive amounts of bacteria and there is some evidence that they may be more susceptible to *M. a. paratuberculosis* than bighorn sheep (Williams *et al.* 1978).

**Mode of Transmission:** Transmission of *M. a. paratuberculosis* usually occurs either *in utero* or in the first few months of the animal's life by ingestion of feed, water, dust or by suckling from an udder contaminated with feces (Kimberling 1988). The organism may also be transmitted mechanically by arthropods (Fischer *et al.* 2004). Horizontal transmission in older animals is uncommon and those older than 6 months are unlikely to contract the disease (Matthews 1999).

**Environmental survival:** This bacteria is persistent in the environment, surviving up to 270 days in water, 246 days in manure, and 385 days on grass and soil in a dry, fully shaded environment (Kimberling 1988, Matthews 1999, Whittington *et al.* 2004)

**History in wild sheep:** In the spring of 2003, Johne's was reported on the Yukon Wildlife Preserve in captive Dall's sheep, Stone's sheep, bighorn sheep and mountain goats. The presence of disease has since been confirmed by culture positives in two Dall's sheep, a bighorn sheep and a muskox. The origin of the disease is currently

BLM_0051896

unknown, but it is thought that it was introduced to the facility via colostrum and milk from domestic goats.

In the spring of 2005 three reindeer on a separate facility in the Yukon were found to be positive for *M. avium paratuberculosis* by PCR. (P. Merchant pers. comm.).

Johne's disease has been reported in many other wild ruminant species, both free-ranging and captive (Williams *et al.* 1985). The earliest reports of Johne's disease in bighorn sheep and mountain goats were between 1972 and 1978. Six free-ranging bighorn sheep and one free-ranging mountain goat were diagnosed with Johne's disease in Colorado and an additional 20 bighorn sheep and 4 mountain goats in the herds were observed with clinical signs consistent with Johne's disease. No source of infection was ever found, but the animals showed clinical signs and post-mortem lesions similar to those reported for domestic animals. (Williams *et al.* 1978, Williams *et al.* 1983b). Clinical disease associated with *M. a. paratuberculosis* has been reported in a few populations of Rocky Mountain bighorn sheep in Colorado and Wyoming (Williams 2001). Systematic sampling has not occurred across the range of bighorn sheep, therefore, the true prevalence of these bacteria is not known.

**Evidence of transmission among domestic and wild species:** There are no confirmed cases of natural transmission between domestic animals and free-ranging wild ruminants, however *M. a. paratuberculosis* from bighorn sheep has been shown experimentally to infect domestic sheep and other wild ruminant species (Bunch *et al.* 1999). Based on this, and the epidemiology of this disease in domestic animals, it is suspected that natural transmission can occur between wild and domestic sheep (Bunch *et al.* 1999). The role of wild sheep as potential reservoirs as well as in dissemination of *M. a. paratuberculosis* needs further investigation (Williams *et al.* 1983a).

In 1994, pack llamas were banned from Canyonland National Park in Utah because of the fears of environmental contamination with *M. a. paratuberculosis* leading to infection of wild desert bighorn sheep (*Ovis canadensis nelsoni*)(Fowler 1998). There was little direct evidence behind this action and widespread infection of the US llama population was not demonstrated. Although it is argued that animals with clinical signs of Johne's disease would be physically unable to withstand the job of packing, because of the long incubation period of this disease, animals may shed the bacteria in their feces for 15-18 months before exhibiting any clinical signs (Blood and Radostits 1989). However, transmission of *M. a. paratuberculosis* from domestic pack animals (goats and llamas) to wild sheep or goats is unlikely because survival of the bacteria in dry alpine habitats is thought to be poor, healthy animals rarely excrete large numbers of bacteria in the environment, and horizontal transmission of this pathogen is unlikely, thus exposure for wild sheep or goats would be low (Williams 2001).

**Public health risk:** *Mycobacterium a. paratuberculosis* may potentially pose a public health risk; a link between infection with this bacterium and Crohn's disease has been postulated (Matthews 1999, Wenger and Tait 2001).

**Additional comments:** Assessing the impact of *M. a. paratuberculosis* in free-ranging wild sheep and goats is difficult, and control of the disease would be extremely challenging (Bunch *et al.* 1999). In regions where the bacteria has been absent for long

BLM_0051897

periods of time, naïve domestic sheep are very susceptible to the disease, with high mortality following infection (Kimberling 1988). This is of great concern if naïve wild sheep populations were exposed to the bacteria.

**Overall Risk:**

| Species Interaction | Transmission | Health Impact |
|---|---|---|
| Sheep and goats to Dall's or mtn goats | moderate | moderate |
| Llamas to Dall's or mtn goats | low | moderate |
| Dall's or mtn goats to sheep or goats | unknown | moderate |
| Dall's or mtn goats to llamas | unknown | moderate |

## *Mycoplasma conjunctivae* and *M. ovipneumoniae*

**Summary:**
- *Mycoplasma* **spp. are small, fragile bacteria causing mild to severe conjunctivitis (***M. conjunctivae***) and respiratory disease (***M. ovipneumoniae***).**
- **Domestic sheep and goats can be affected, while llamas are seldom affected.**
- **Wild sheep can be affected.**
- **Direct, aerosol, or mechanical transmission.**
- **Environmental survival is very short- organism is extremely fragile.**
- *M. ovipneumoniae* **causes severe disease in captive Dall's sheep.**
- *M. ovipneumoniae* **may predispose animals to** *Pasteurella* **pneumonia.**
- **Both** *Mycoplasma* **species cause disease in bighorn sheep.**
- **Natural transmission from domestic sheep and goats to wild sheep and goats is strongly suspected.**
- **No public health risk.**

**General overview:** *Mycoplasma* spp. are a diverse group of bacteria. They are extremely small, lack a cell wall, and stain weakly gram-negative (Carter *et al.* 1995, Whithear 2001). They are commonly found in the respiratory tract of both healthy and diseased domestic ruminants (Al-Aubaidi *et al.* 1972, Goltz *et al.* 1986), but appear to be uncommon and insignificant in llamas (Fowler 1998). Susceptibility to the bacteria is highly variable, and impacts range from  subclinical to severe (Pugh 2002) depending on the species, the dosage, and host factors (Goltz *et al.* 1986). One of the features of

20

BLM_0051898

*Mycoplasma* infections is that they may predispose the respiratory tract to other invaders, with *Pasteurella/Mannheimia* spp. being a major concern (St George and Carmichael 1975).

   *Mycoplasma* spp. can only survive inside the host cells, making culture and identification very complicated (Blood and Radostits 1989, Stalheim 1983). For this reason, the species identity of *Mycoplasma* found in domestic and wild sheep has often not been determined, making it difficult to interpret the role of these bacteria in disease outbreaks (Whithear 2001). However, *M. conjunctivae* and *M. ovipneumoniae* are generally considered significant pathogens of bighorn sheep and wild goats and seem to cause more severe disease in these hosts than in their domestic counterparts(Whithear 2001). These are discussed below. The impacts of two other *Mycoplasma* species in wild sheep and goats, *M. arginini* and *M. mycoides,* are less well understood and these species are discussed under Section 3, pathogens with unknown consequences.

> ➤ *Mycoplasma conjunctivae*

**General overview:** *Mycoplasma conjunctivae* causes a highly contagious eye infection common in domestic sheep and goats, and bighorn sheep and mountain goats (Whithear 2001). It is not found in the conjunctival sac of clinically normal llamas (Gionfriddo *et al.* 1991).

**Clinical signs in domestic sheep, goats, and llamas:** Infection with *M. conjunctivae* is characterized by redness of the eyes, squinting, pain, ocular discharge and, in advanced stages, corneal opacity or even perforation leading to permanent blindness (Janovsky *et al.* 2002).

**Clinical signs in wild sheep and mountain goats:** Clinical signs in bighorn sheep and mountain goats are as for domestic animals although the outcome in affected bighorn herds is usually more severe, perhaps due to the impracticality of treating wild animals. Mortality can reach 30% in wild bighorn herds, probably due to accidents resulting from blindness (Janovsky *et al.* 2002). Ocular disease associated with *Mycoplasma* in Alpine chamois (*Rupicapra rupicapra rupicapra*) and ibex (*Capra ibex*) in Europe was more severe than that seen in domestic sheep and goats (Whithear 2001).

**Mode of transmission:** *Mycoplasma conjunctivae* is thought to spread via insect vectors or direct contact (Whithear 2001). *Psoroptes* sp. mites may serve as vectors for the bacteria (Pugh 2002).

**Environmental survival:** *Mycoplasma* spp. are very fragile due to the lack of a cell wall and they do not persist outside a suitable host (Carter *et al.* 1995).

**History in wild sheep:**
   In late 2003 and 2004, the Silver Bell bighorn herd in Arizona was reported with clinical signs of keratoconjunctivitis (KCS) caused by *M. conjunctivae*. The source was believed to be direct contact with 5,000 domestic goats released into bighorn habitat.

BLM_0051899