Bighorn sheep suffered from blindness, corneal rupture, and higher predation rates or accident-related mortality. Approximately 50% of the animals in the herd were caught and treated. The majority of animals recovered although the mortality rate was approximated at 25%. One captured domestic goat had clinical signs of KCS consistent with *Mycoplasma* sp. infection. Sixteen non-clinical domestic goats were caught and *Mycoplasma* sp. was cultured from conjunctival swabs, with a number of these later confirmed using PCR techniques as *M. conjunctivae* (Heffelfinger et al. 2004).

This disease was reported in domestic sheep and in Alpine chamois in the European Alps. Bacteriological and serological analysis on both species suggested that domestic sheep maintain *M. conjunctivae* and transmit it to chamois (Janovsky *et al.* 2002).

**Evidence of transmission among domestic and wild species:** In France and Switzerland, there is convincing evidence of experimental and natural transmission from domestic sheep and goats to wild sheep and goats (Janovsky *et al.* 2002, Whithear 2001). Preliminary laboratory results in the Silver Bell bighorn herd in Arizona indicate that goats may transmit the bacteria to bighorn sheep (J. Heffelfinger pers. comm.).

**Public health risk:** none

**Overall Risk:**

| Species Interaction | Transmission | Health Impact |
|---|---|---|
| Sheep to Dall's | Unknown | High |
| Goat to Dall's | Moderate | High |

➢ *Mycoplasma ovipneumoniae*

**General overview:** *Mycoplasma ovipneumoniae* has been isolated from the oral cavity of healthy and pneumonic domestic sheep and goats. Domestic sheep are the primary host, and although the bacteria has been cultured in goats the significance is unknown (Whithear 2001). It is strongly suspected that *M. ovipneumoniae* plays a role either as a primary pathogen, a predisposing agent, or as a secondary invader in pneumonia in small ruminants (Blood and Radostits 1989).

**Clinical signs in domestic sheep, goats and llamas:** Animals with *M. ovipneumoniae* present with coughing, sneezing, mucoid nasal discharge, and prominent lung sounds (Blood and Radostits 1989). In sheep, *M. ovipneumoniae* appears to cause mild lung lesions, but when in combination with *Pasteurella/Mannheimia* spp. a much more severe pneumonia ensues (Blood and Radostits 1989, Goltz *et al.* 1986). *Mycoplasma ovipneumoniae* may play a role in predisposing the respiratory tract to other invaders,

BLM_0051900

resembling the shipping fever complex (Black *et al.* 1988). *Mycoplasma ovipneumoniae* should be considered in cases of chronic pneumonia in domestic sheep (St George and Carmichael 1975).

**Clinical signs in wild sheep:** Clinical presentation is as for severe *Mycoplasma* pneumonia seen in domestic sheep (Black *et al.* 1988).

**Mode of transmission:** Transmission is via aerosol, direct contact, or fomites (Goltz *et al.* 1986).

**Environmental survival:** This bacteria is very fragile due to the lack of a cell wall and does not persist outside a suitable host (Carter *et al.* 1995).

**History in wild sheep:**   In 1986, *M. ovipneumoniae* was implicated in a severe pneumonia outbreak in a captive herd of Dall's sheep at the Toronto Zoo. Two Dall's ewes had been housed temporarily in a lambing barn next to domestic ewes. Although there was no direct contact between the wild and domestic sheep, they were tended by the same zookeeper. The two Dall's ewes were subsequently returned to the herd, and signs of coughing, open-mouthed breathing with severe respiratory distress and wasting developed in 7 out of a total of 10 animals. Despite aggressive treatments, clinical signs persisted for over a year. Three mortalities resulted, and *M. ovipneumoniae* was cultured from the lungs of all 3 sheep, as well as from the nasal cavities of surviving herdmates. *Mycoplasma ovipneumoniae* was also cultured from the in-contact domestic sheep, though no signs of respiratory disease ever developed in those animals. Antibody titres to bovine respiratory syncytial virus were also found in many of the Dall's sheep, but the significance is unknown (Black *et al.* 1988).

Between 1979-1987, all of 249 free-ranging and 3 captive Dall's sheep in Alaska tested for antibody to *M. ovipneumoniae* were seronegative (Zarnke and Rosendal 1989). It was suggested that significant morbidity and mortality could result in the event that this bacteria were introduced to naïve herds.

There was no evidence of *Mycoplasma* spp. using immunohistochemistry in the lungs of 5 wild Dall's sheep with bacterial pneumonia and septicemia from the Mackenzie Mountains (Jenkins 2005).

During a pneumonia epizootic in California bighorn sheep in the south Okanagan region of British Columbia in 1999, *Mycoplasma* spp. were detected (using PCR) from the lungs of 7 of 12 pneumonic sheep. *Pasteurella multocida, Arcanobacterium pyogenes, Escherichia coli,* and *Mannheimia haemolytica* were also isolated from lungs of some of the sheep. The contribution of the *Mycoplasma* spp. to the pneumonia was not determined. Domestic sheep had been on a portion of the bighorn range prior to this outbreak and contact was considered likely. Since the bighorn mortality was recognized long after the domestic sheep were removed, their role in the epizootic was undetermined H. Schwantje unpubl. data).

**Evidence of transmission among domestic and wild sheep:**   There is strong evidence that *M. ovipneumoniae* can be transmitted from domestic sheep to Dall's sheep by aerosol or fomites (i.e. the Toronto zoo-keeper) (Black *et al.* 1988).

23

BLM_0051901

**Public health risk:** none

**Overall Risk:**

| Species Interaction | Transmission | Health Impact |
|---|---|---|
| Sheep to Dall's | High | High |
| Goat to Dall's | Unknown | High |

## *Pasteurella* spp. and *Mannheimia haemolytica*

**Summary:**
- *Pasteurella* spp. and *Mannheimia haemolytica* belong to a very large and diverse group of related gram negative bacteria, and classification is continually changing.
- *Pasteurella multocida, P. trehalosi* and *Mannheimia haemolytica* can cause pneumonia in bighorn sheep, but there are benign strains commensal in the upper respiratory tract.
- Domestic sheep, goats and llamas have been reported with *Pasteurella* spp. and *Mannheimia* spp.
- Wild sheep and mountain goats have been reported with *Pasteurella* spp. and *Mannheimia* spp.
- Transmission is by direct contact and aerosolization.
- *Pasteurella/Mannheimia* do not persist in the environment.
- Acute to chronic die-offs occur in bighorns and can result in low to 100% mortality.
- *P. multocida* and *P. trehalosi* can be present in healthy bighorn sheep, are considered opportunistic pathogens in this species, and can result in pneumonia outbreaks.
- *P. multocida* and *M. haemolytica* can cause clinical disease in domestic sheep and goats, but they are rarely primary pathogens.

BLM_0051902

**Summary (continued):**
- Dall's sheep and mountain goats are affected sporadically by *Pasteurella* and *Mannheimia* spp. pneumonia, but large-scale die-offs have not been reported.
- *Mannheimia haemolytica* A2 is common in healthy domestic sheep. It is thought to be a primary pathogen in wild sheep, and is found in pneumonia die-offs.
- Experimental transmission from domestic sheep to bighorn and Dall's sheep has been demonstrated.
- Natural transmission from domestic sheep and goats to all wild sheep is strongly suspected.
- Information on transmission from llamas to wild sheep is poor.
- No public health risk.

**General overview:** *Pasteurella* spp. and *M. haemolytica* are gram negative rods or coccobacilli. This group of bacteria is considered to be one of the most important causes of all-age, large-scale pneumonia die-offs in bighorn sheep and may suppress lamb recruitment and population recovery for 1-5 years (Foreyt and Jessup 1982, Miller 2001). Because of the significant economic and ecological impacts of this disease in both domestic and wild ruminants, *Pasteurella/Mannheimia* spp. have been the subject of much research for many years (Kimberling 1988, Rudolph *et al.* 2003).

Some strains of *Pasteurella/Mannheimia* spp. can be found in the oropharynx of many healthy wild sheep and may act as opportunistic pathogens, causing disease when there are predisposing factors such as nutritional deficits, crowding, anthropogenic disturbance, or exposure to other disease agents, reducing the normal protective function of the immune system. On the other hand, there is increasing evidence that other strains of *Pasteurella/Mannheimia* spp. can act as primary pathogens, and exposure to these strains, even in the absence of stressors can result in pneumonia die-offs in bighorn sheep. Some of these highly pathogenic strains, such as *M. haemolytica* A2, have been found in normal healthy domestic sheep and goats, and have been implicated in large-scale bighorn sheep die-offs following contact with domestic sheep (Martin *et al.* 1996, Ward *et al.* 1997).

The *Pasteurella* genus is an incredibly large and diverse group of bacteria that is continually undergoing re-classification (Fig. 1). In 1999, *P. haemolytica* was subdivided into *M. haemolytica* and *P. trehalosi* based on biochemical properties (Angen *et al.* 1999, Jaworski *et al.* 1998, Ward *et al.* 1997). *Pasteurella multocida, P. trehalosi* (formerly *P. haemolytica* type T)*, and *Mannheimia haemolytica* are the three bacteria of these genera most commonly cultured from the lungs of domestic and wild sheep and goats.

BLM_0051903



**Figure 2. Current classification of *Pasteurella/Mannheimia* spp.**

➢ *Mannheimia haemolytica*

**General overview:** Strains of *M. haemolytica* (formerly *Pasteurella haemolytica*) are the organisms most frequently isolated from the lungs of pneumonic domestic sheep and goats, and bighorn sheep. Within this species, there are numerous serovars and biogroups, depending on the system of classification used. Although *M. haemolytica* is now a distinct genus and disease caused by this organism is still often referred to as 'pasteurellosis'. *Mannheimia haemolytica* A1 is infrequently isolated from the upper respiratory tract of healthy bighorn sheep, and is thought to act as an opportunistic invader in much the same way as *P. multocida* and *P. trehalosi*. *Mannheimia haemolytica* A2 has been found in upper respiratory tract of healthy domestic sheep, but has not been isolated from healthy wild sheep. It is thought that bighorn sheep are infected with *M. haemolytica* A2 through contact with domestic sheep or goats (Foreyt *et al.* 1996, Martin *et al.* 1996, Schommer and Woolever 2001). This bacteria has the potential to act as a primary pathogen in bighorn sheep, resulting in all age die-offs in herds throughout western North America. The picture is further complicated by the fact that strains currently circulating in many bighorn sheep populations may actually be of domestic animal origin.

**Clinical signs in domestic sheep, goats and llamas:** *Mannheimia haemolytica* is part of the shipping fever complex in domestic ruminants. It is rarely thought to be a primary pathogen, but is associated with stresses such as shipping, crowding, weaning, and dust, or other viral or bacterial pathogens (Kimberling 1988). Clinical signs are usually seen 1-

26

BLM_0051904

3 weeks following the initiating stressor and outbreaks may begin with sudden deaths due to septicemia. Affected animals present with high fever, severe depression, anorexia, rapid weight loss, nasal and ocular discharge, respiratory distress, coughing and weakness (Kimberling 1988). Often 50% of the flock is affected, with mortality averaging only 10%, presumably due to successful treatment  (Pugh 2002). Recommendations for prevention of this disease include vaccination and the reduction of stress such as mixing, transport and crowding.

In a study of pack goats in the western United States, *M. haemolytica* was cultured from the pharynx of 24/43 healthy animals. Based on biochemical properties, the type of *M. haemolytica* was determined to be of high to moderate disease potential for bighorn sheep (V. Coggins pers. comm.).

**Clinical signs in wild sheep:** *Mannheimia haemolytica* has been implicated as one of the major causes of mortality in bighorn sheep in North America (Foreyt *et al.* 1996, Martin *et al.* 1996, Ward *et al.* 1997). The clinical presentation in wild sheep is very much like that of domestic sheep and goats. Many normal healthy bighorn sheep carry multiple biotypes/strains of *M. haemolytica* in the nose, mouth and tonsils  (Jaworski *et al.* 1998, Onderka and Wishart 1988, Ward *et al.* 1997).  However, *M. haemolytica* A2, commonly isolated from the oral cavity of healthy domestic sheep, may be a primary pathogen in bighorn sheep. Contact with healthy domestic sheep carrying *M. haemolytica* A2 is thought to result in all-age die-offs in bighorn sheep. In the acute phase of the disease, there can be 75-100% mortality. Recovery from these die-offs often takes years. Chronically affected animals surviving the initial outbreak perform poorly and herds may experience poor lamb survival for up to 5 years.

> ➤ *Pasteurella multocida*

**General overview:** *Pasteurella multocida* is commonly cultured from the upper respiratory tract of healthy wild and domestic ruminants, however, the presence of these bacteria in the lungs is associated with chronic pneumonia.

**Clinical signs in domestic sheep, goats and llamas:** *Pasteurella multocida* is a potential cause of pneumonia in domestic sheep and goats, playing a role in the shipping fever complex.  Clinical signs are consistent with respiratory disease and include nasal discharge, exercise intolerance, coughing, depression and weight loss. Chronic manifestations of this bacterial infection are typical; outbreaks of acute disease occur, but are less common. *Pasteurella multocida* has been isolated in healthy llamas, but has never been cultured from a pneumonic animal (Fowler 1998).

**Clinical signs in wild sheep and mountain goats:** *Pasteurella multocida* has been cultured from the lungs of a single Dall's sheep lamb found dead in the Mackenzie Mountains. It was suspected that it was the proximate cause of a fatal, acute fibrinous pleuropneumonia (Jenkins 2005). Acute mortality is rare, pneumonias are usually subacute or chronic with abscessation and pleural adhesions. Animals show weight loss,

BLM_0051905

ill-thrift, nasal discharge, exercise intolerance, coughing and depression. *Pasteurella multocida* is often identified in combination with respiratory viruses such as IBR or PI3 or other bacteria such as *Arcanobacterium pyogenes*, and produces a syndrome similar to shipping fever seen in domestic ruminants (H. Schwantje unpubl. data.). *Pasteurella multocida* is considered to be an important pathogen in the bighorn pneumonia complex (Martin *et al*. 1996).

> ### *Pasteurella trehalosi*

**General overview:** *Pasteurella trehalosi* is commonly found in the upper respiratory tract of both healthy and pneumonic bighorn (Jaworski *et al*. 1998, Onderka and Wishart 1988, Ward *et al*. 1997) and Dall's sheep (Foreyt *et al*. 1996). It is less commonly found in domestic sheep or goats (Martin *et al*. 1996, Ward *et al*. 1990).

**Clinical signs in domestic sheep, goats and llamas:** *Pasteurella trehalosi* is found in domestic ruminants but disease is very uncommon in domestic sheep, goats or llamas in Canada. In a study of healthy pack goats in the western United States, 33/43 animals had *P. trehalosi* (V. Coggins pers. comm.).

**Clinical signs in wild sheep:** *Pasteurella trehalosi* has been cultured from the nasopharynx of healthy bighorn and Dall's sheep, as well as from the lungs of pneumonic sheep (Martin *et al*. 1996). It is thought that *P. trehalosi* is a secondary invader, rarely causing disease on its own (Schommer and Woolever 2001). Clinical signs are consistent with chronic respiratory disease, and similar to that of *P. multocida*.

**The following information pertains to *P. multocida*, *P. trehalosi* and *M. haemolytica* in general because there is considerable overlap in information regarding transmission and environmental survival etc, and in many cases regarding outbreaks in wild sheep, the exact species of *Pasteurella/Mannheimia* was never identified.**

**Mode of transmission:** Transmission is via direct nose to nose contact or aerosolized droplets. *Pasteurella multocida* bacteria remained viable after distances of up to 18 m down a wind tunnel, in temperatures that simulated both winter and summer conditions , suggesting that direct contact may not be necessary for transmission (Dixon *et al*. 2002).

**Environmental survival:** *Pasteurella* spp. survive less than 24 hours outside the host (Martin *et al*. 1996, Onderka and Wishart 1988).

**History in wild sheep:** *Pasteurella* sp./*M. haemolytica* have been reported as the number one cause for bighorn population declines throughout North America, both in early reports, as well as in more recent die-offs (Schwantje 1988a). Severe, acute pneumonia in bighorn sheep is usually caused by *M. haemolytica*, but *P. multocida* and *P. trehalosi*

BLM_0051906

have also been isolated during die-offs, suggesting that these species may be more pathogenic than formerly thought (Onderka *et al.* 1988, Pugh 2002, Weiser *et al.* 2003).

There are many reports throughout Canada (Table 1) and the United States as early as 1927, of contact between domestic sheep and bighorn sheep followed by all age die-offs in the bighorn population (Krausman 1996, Schwantje 1988a). This type of die-off usually results in 75-100% mortality (Schommer and Woolever 2001). For example, in the early 1980's, pasteurellosis decimated a desert bighorn herd in Utah, reducing the herd from 254 to 6 sheep (Bunch *et al.* 1999). Over 300 bighorns died of pasteurellosis in Hells Canyon, Idaho, possibly caused by contact with one goat (Cassirer *et al.* 1996, Coggins 2002). Not all die-offs are caused by contact with domestic sheep or goats, however, outbreaks following documented contact with domestic animals can be very severe, affecting all ages of sheep, and have extreme outcomes. In addition to the acute impacts, surviving animals frequently develop chronic pneumonia, have low reproductive rates or sick, undersized lambs, and recovery of the population can take years (Onderka *et al.* 1988, Onderka and Wishart 1984). Lambs born during or following pneumonia die-offs experience poor survival rates, and this trend may continue for up to 5 years (Martin *et al.* 1996).

Attempts at treatment and/or vaccinations of wild sheep have been unsuccessful. Vaccination of bighorn sheep with the bovine vaccine for pasteurellosis, resulted in disease in 100% of the animals (Onderka *et al.* 1988). Wild sheep are difficult if not impossible to medicate effectively in the wild. Capture attempts are stressful and dangerous. Moving sheep into captivity for effective parenteral treatment regimes may create enough stress to initiate or exacerbate the disease, while the close confinement increases the chances for contact resulting in a higher rate of transmission (Bunch *et al.* 1999). Vaccination and treatment are therefore currently considered non-viable options for controlling or preventing outbreaks in wild sheep (Callan *et al.* 1991, Ministry of Environment 2000).

It can be said that no single factor can be incriminated in all die-off's (Bunch *et al.* 1999). However, there is more than enough evidence demonstrating that contact with domestic sheep or goats frequently leads to death in bighorns, and this has prompted strict regulations and recommendations around domestic sheep and goat grazing for some bighorn ranges in the US (Schommer and Woolever 2001). In other jurisdictions it has been repeatedly recommended that all contact between domestic sheep/goats and wild sheep be avoided (Bunch *et al.* 1999, Foreyt *et al.* 1994, Ministry of Environment 2000, Onderka *et al.* 1988).

**<u>Susceptibility of Dall's sheep and mountain goats:</u>**  There are no reports of the large-scale die-offs in Canadian Dall's sheep such as those seen in bighorn sheep (Jenkins *et al.* 2000). Between 1999 and 2003, sporadic cases of fatal bacterial pneumonia, in three instances involving *Mannheimia/Pasteurella* spp. were described in free-ranging Dall's sheep in the Mackenzie Mountains, NWT. In pneumonic and healthy Dall's sheep from this populations, there was no evidence of the strains of *Mannheimia* or *Pasteurella* spp. common in domestic sheep and goats (Jenkins 2005). Dall's sheep are likely completely naïve to pathogenic strains of these bacteria circulating in domestic sheep, although they may harbor their own unique endemic strains. Susceptibility of Dall's sheep to *M. haemolytica* carried by domestic sheep is difficult to assess given the fortuitous

BLM_0051907

geographic separation of these two species at this time. *In vitro* studies demonstrate an equal or greater susceptibility to *M. haemolytica (*A2*)* than bighorns, suggesting that exposure to domestic sheep carrying the *M. haemolytica* A2 could be devastating to Dall's sheep (Foreyt *et al.* 1996).

To our knowledge, *Pasteurella/Mannheimia* related die-offs have not been reported in mountain goats. In part, this could be due to the biology of the animals. Mountain goats do not congregate in as high densities as wild sheep and do not seek out domestic sheep. Also, mountain goats are even more difficult to observe and monitor than wild sheep, so although there are reports of mountain goat herds disappearing from one year to the next, the cause is unknown.

### Evidence of transmission among domestic and wild sheep:

In studies looking at natural and experimental transmission of *Pasteurella/ Mannheimia* from domestic sheep and goats to wild sheep, exposure resulted in severely pneumonic bighorn sheep, with most of the experimentally-infected bighorn sheep dying within 48 hours. At no time during contact do domestic sheep show clinical signs of pneumonia (Foreyt 1988, Foreyt *et al.* 1994, Foreyt and Jessup 1982). Unfortunately, in natural settings, bighorn sheep and domestic sheep and goats will co-mingle if given the chance, particularly during the rut, increasing the chances for transmission of pathogenic strains of *Pasteurella/Mannheimia* (Onderka *et al.* 1988, Ward *et al.* 1997).

**Public health risk:** None

### Overall Risk:

| Species Interaction | Transmission | Health Impact |
|---|---|---|
| Sheep to Dall's | High | High |
| Goats to Dall's | High | High |
| Llamas to Dall's | Unknown | High |

BLM_0051908

**Table 2. Bacterial pneumonia related die-off's in bighorn sheep in Canada**

| Date | Location | Proposed Cause | Outcome |
|------|----------|----------------|---------|
| 1999-2000 | Okanagan Valley, BC | Bacterial pneumonia, mixed organisms, domestic contact | 75% dead |
| 1998 | Elk Valley, East Kootenay, BC | Bacterial pneumonia, P. multocida | Low mortality, no progression |
| 1988 | Captive herd, AB | Pneumonia after vaccine trial | All died |
| 1985-86 | Sheep River, AB | *M. haemolytica* type A | 60-65 BHS reported dead |
| 1981-83 | East Kootenay, BC | Multiple organisms, lungworm | approximately 65% reduction in multiple herds |
| 1978 | Sheep River Sanctuary, AB | Pasteurella/verminous pneumonia | 10% died |
| 1970's | University of BC captive herd | Pneumonia | All died |
| 1964-66 | East Kootenay, BC | Bacterial and verminous pneumonia, domestic contact | Significant mortality in multiple herds |
| 1920s | East Kootenay, BC | Bacterial and verminous pneumonia, domestic contact | Significant mortality in multiple herds |

31

## Viruses:

## Contagious Ecthyma

**Summary:**
- **Contagious ecthyma is caused by a very contagious *Parapox* virus**
- **Disease includes painful blisters and proliferative lesions on the lips and muzzle or coronary bands of lambs or udders of ewes.**
- **Seen in domestic sheep, goats, llamas and wild sheep and mountain goats.**
- **Wild and domestic sheep and goats may be natural reservoirs for this virus.**
- **Transmission is by direct contact and indirectly through contaminated objects.**
- **Virus is highly persistent in the environment in scab material.**
- **Confirmed in captive Dall's sheep.**
- **Transmission between wild and domestic ruminants is highly suspected.**
- **Can be transmitted to humans.**

**General overview:** Contagious ecthyma (CE) is a highly contagious *Parapox* virus of the family Poxviridae. It is also called sore mouth, orf, and pustular dermatitis (Merwin and Brundige 2000). It is endemic in domestic herds of sheep, goats, and llamas in western Canada (Fowler 1998, Wenger and Tait 2001). Sheep are considered the primary reservoir host for the disease (Fowler 1998) and the virus has been observed in domestic flocks for more than 200 years (Lance *et al.* 1981).

**Clinical signs in domestic sheep, goats and llamas:** The virus enters the host through skin abrasions. Signs of disease begin within 3-4 days with vesicular, blister-like lesions that quickly rupture, progressing to scabs (L'Heureux *et al.* 1996, Samuel *et al.* 1975). Contagious ecthyma is common in young domestic sheep, goats and llamas (Fowler 1998, Kimberling 1988). Lesions are usually restricted to the lips and muzzle. The condition can be very painful, interfering with prehension and mastication of food (Samuel *et al.* 1975), and resulting in depression and loss of body condition (Fowler 1998, Kimberling 1988). Clinical disease is usually seen in young animals, although in naïve herds, animals of all ages may be severely affected (Wenger and Tait 2001). There is no treatment, but sheep and goats usually recover spontaneously within 2-4 weeks, while camelids often show clinical signs for months (Fowler 1998). Secondary bacterial involvement can occur, and may result in complications including gastritis, pneumonia, lameness, corneal opacity and rupture (Kimberling 1988, Linklater and Smith 1993, Smith *et al.* 1982) and even mortality (Blood 1971, Samuel *et al.* 1975). There is a vaccine available for CE in domestic sheep and goats (Fowler 1998), and although immunity is incomplete, it may be useful in reducing the severity of disease during an outbreak (Kimberling 1988, Matthews 1999, Wenger and Tait 2001).

**Clinical signs in wild sheep and mountain goats:** Clinical signs in Dall's and bighorn lambs are similar to those in their domestic counter parts. Severe disease can occur in

BLM_0051910

lambs and naïve adult sheep, and can involve the eyes, ears, and coronary band of the hooves; lesions have been seen covering the entire body of young lambs (Fowler 1998, Merwin and Brundige 2000).  Infection may result in lower body weight in late summer lambs relative to uninfected counterparts. Although lambs may continue to have lower body weights into the following year, it appears that CE rarely leads to population declines and does not appear to play a primary role in population dynamics (Clark *et al.* 1993a, L'Heureux *et al.* 1996), but has been implicated as a precursor to lamb-pneumonia die-offs in some herds (Bunch *et al.* 1999).

Clinical signs in mountain goats are similar to bighorn sheep but can be much more severe. Outbreaks have occurred resulting in deafness, blindness, and death (Samuel *et al.* 1975, Zarnke 2000).

**Mode of Transmission:** Transmission occurs during close contact of affected animals. The virus can be spread among animals, farms and regions on inanimate objects such as pails, fences and feed, as well as people and insects (Kimberling 1988). There can be transmission of CE resulting from the communal use of salt blocks where the abrasive nature of the salt can increase transmission (Blood 1971, Lance *et al.* 1981, Samuel *et al.* 1975). Affected lambs can transmit the virus to ewes during nursing (LHeureux *et al.* 1996). There is also evidence of asymptomatic carrier goats and sheep playing a role in disease perpetuation within flocks(Wenger and Tait 2001).

**Environmental survival:** The virus can remain viable in shed scabs for years, resulting in long term environmental contamination (Fowler 1998, Greenwood 2003, Zarnke 1981).

**History in wild sheep:** Clinical signs of CE were reported in free-ranging Dall's sheep in Alaska as early as 1930, but the disease was not confirmed until 1976 in a captive herd near Fairbanks, Alaska. Two of the lambs were euthanized because of severe debilitating lesions (Zarnke 1981). There was evidence that the infection originated from an infected farm labourer or from sheep on a nearby farm (Dieterich *et al.* 1981). In a subsequent study there was a higher prevalence of CE exposure in wild Dall's sheep than in domestic sheep in Alaska, suggesting that wild sheep may be natural reservoirs for this disease and that the virus could be endemic in some herds (Zarnke 1981, Zarnke *et al.* 1983). Government biologists involved with studies on Dall's sheep in the Mackenzie Mountains since 1994 have only recorded a single case of a Dall's sheep showing signs of contagious ecthyma – a lamb that was observed in October 1997 (A. Veitch, unpubl. data.).

Contagious ecthyma has been reported in free-ranging mountain goats (Merwin and Brundige 2000, Samuel *et al.* 1975) and it is present in many herds of mountain goats throughout British Columbia and Alaska (Dieterich *et al.* 1981, Smith *et al.* 1982).

Contagious ecthyma was first reported in bighorn sheep in 1954 in Banff National Park (Lance *et al.* 1981). Outbreaks in bighorn sheep may be associated with herds suffering from crowding, poor nutritional condition, high interspecific competition, higher social and environmental stress, poor genetic heterozygosity, or concurrent disease, which are all thought to lower immunity and result in a higher susceptibility to disease (Kimberling 1988, L'Heureux *et al.* 1996, Merwin and Brundige 2000, Samuel *et*

BLM_0051911

*al.* 1975). Contagious ecthyma is intermittently recognized in the East Kootenay region bighorn sheep of BC. Characteristically, several young animals in one or two herds are affected with lesions, clearing within a month. There are several more reports of adult animals with more extensive oral lesions. These are invariably associated with high population density and coarse feeds. Contagious ecthyma is considered an endemic disease in this region (H. Schwantje unpubl. data).

Contagious ecthyma was reported from the Silver Bell bighorn herd in Arizona following release of 5,000 domestic goats into their range. The bighorns initially suffered from keratoconjunctivitis (caused by *M. conjunctivae)*, which was followed by a large-scale and severe CE outbreak. The overall impact was undetermined, however many lactating ewes were seen with no lambs and three stillborn lambs were reported. Additionally, three dead ewes had evidence of a recently terminated pregnancy at post-mortem examination. Some captured animals were vaccinated for ovine CE, but it appeared that the CE spread systematically through the herd (J. Heffelfinger pers. comm.).

**Evidence of transmission among domestic and wild species:** Transmission between wild and domestic sheep has been demonstrated (Blood 1971). It remains uncertain whether CE has always been endemic in wild sheep and goats, or if it was brought to North America with the introduction of domestic sheep (Bunch *et al.* 1999, Zarnke *et al.* 1983). Either way, transmission of CE appears to occur both ways and may pose a threat to both groups when wild sheep and goats contact domestic sheep, goats, and camelids, particularly in the young or naïve portions of the population (Samuel *et al.* 1975, Zarnke 1981).

**Public health risk:** CE is a zoonotic disease. It can be transmitted from direct contact with affected domestic and wild animals as well as from skinning and dressing affected carcasses (Smith *et al.* 1982).

**Overall Risk:**

| Species Interaction | Transmission | Health Impact |
|---|---|---|
| Sheep, goats & llamas to Dall's | High | High |
| Sheep, goats & llamas to mtn goats | High | High |
| Dall's to sheep, goats & llamas | High | Moderate* |
| Mtn goats to sheep, goats & llamas | High | Moderate* |
| *Supportive treatment likely results in more favourable health outcomes in domestic animals versus wild animals. | | |

BLM_0051912

## Parainfluenza 3

**Summary:**
- **Parainfluenza 3 (PI3) is caused by a *Paramyxovirus*.**
- **Signs of disease in cattle, sheep and goats include coughing, nasal discharge, and difficulty breathing.**
- **Infection may predispose the respiratory tract to secondary bacterial invaders like *Pasteurella/Mannheimia* spp.**
- **Clinical disease is seen in domestic sheep and goats.**
- **Antibodies to PI3 present in some llamas, but no clinical disease has been reported.**
- **Associated with die-offs in bighorn sheep in Canada and the US.**
- **Evidence of exposure in Dall's sheep.**
- **Transmission is by direct contact.**
- **Does not persist in the environment.**
- **Natural transmission between domestic and wild bighorn sheep is suspected.**
- **There are no public health effects.**

**General overview:** Parainfluenza 3 (PI3) is a respiratory virus of the genus *Paramyxovirus* that causes respiratory disease in domestic cattle, goats, and sheep, resulting in serious economic losses  (Baker 1990, Matthews 1999, Rodger 1989). Parainfluenza 3 rarely causes disease on its own, but predisposes the respiratory tract to secondary bacterial invaders, particularly *Mannheimia haemolytica*, and is part of the shipping fever complex (Kimberling 1988, Krausman 1996, Parks *et al.* 1972, Rodger 1989).

**Clinical signs in domestic sheep, goats and llamas:** Clinical signs include fever, loss of appetite, coughing, ocular and nasal discharge, increased respiratory rate and laboured breathing (Baker 1990, Zarnke 2000). The virus can also cause sudden death in domestic sheep (Rodger 1989). Although most infections are inapparent with greater than 70% of surveyed domestic sheep having antibody, PI3 is still the most common virus associated with bacterial pneumonias in this species (Kimberling 1988). Antibodies to PI3 have been documented in clinically health llamas in British Columbia (Schwantje and Stephen 2003) and in camelids worldwide, but the significance is unknown (Wernery and Kaaden 2002).

**Clinical signs in wild sheep:** Virus has been isolated from both healthy and pneumonic bighorn sheep (Clark *et al.* 1985) and has clearly been associated with fatalities in bighorn sheep (Parks *et al.* 1972). Clinical signs appear to be much like those seen in domestic animals infected with PI3 virus but the incidence of pure infections is unknown.

BLM_0051913

**Mode of transmission:** Transmission of PI3 occurs during close contact of susceptible and stressed animals. It is a highly infectious virus and is efficiently transmitted (Van Campen and Early 2001).

**Environmental survival:** PI3 is unstable in the environment.

**History in wild sheep:** Seroprevalence to PI3 is almost ubiquitous in wild ruminants, and for the most part, infections appear to be subclinical (Van Campen and Early 2001). Antibody to PI3 has been reported in both free-ranging and captive healthy Dall's sheep in Alaska though the prevalence is very low (Dieterich 1981, Foreyt *et al.* 1983, Zarnke 2000). There was no evidence of exposure to PI3 on immunohistochemistry of lungs of 7 pneumonic Dall's sheep, or on serology from 11 healthy Dall's sheep from the Mackenzie Mountains.

PI3 was reported to cause fatal pneumonia in 100% of 10 wild-caught Rocky Mountain bighorn sheep in Wyoming (Parks *et al.* 1972). Virus was also detected through the use of PCR techniques, in pneumonic California bighorn sheep during the South Okanagan die-off where it was presumed to be one of a number of organisms responsible for a die-off (H. Schwantje unpubl. data).

**Evidence of transmission among domestic and wild species:** none proven

**Public health risk:** none

**Overall Risk:**

| Species Interaction | Transmission | Health Impact |
| --- | --- | --- |
| Sheep to Dall's | Unknown | High |
| Dall's to sheep | Unknown | Moderate |
| Llamas to Dall's | Unknown | Unknown |

BLM_0051914

## Parasites

## Helminths

### *Muellerius capillaris*

**Summary:**
- ***Muellerius capillaris* is a lung nematode.**
- **Occasionally causes mild respiratory disease in domestic animals.**
- **Found in domestic sheep and goats and in bighorn sheep in South Dakota.**
- **Larvae develop in gastropod intermediate hosts, and consumed by grazing sheep**
- **Long-term environmental survival.**
- **Suspicion of associated pneumonia in infected bighorn sheep, but this is unconfirmed.**
- **Evidence of transmission from domestic goats to bighorn sheep.**
- **No public health concerns.**

**General overview:** *Muellerius capillaris* is the most common and perhaps least pathogenic lungworm known to infect domestic sheep and goats (Pugh 2002). Adults, larvae, and eggs inhabit nodules in the lung parenchyma. *Muellerius capillaris* is differentiated from the other lungworms of domestic sheep by the dorsal spine on the tail of the larvae, and the characteristic corkscrew tail of the adult male nematode. It has been reported in bighorn sheep (Pybus and Shave 1984).

**Clinical signs in domestic sheep, goats and llamas:** *Muellerius capillaris* occasionally causes a mild interstitial pneumonia in goats and lung granulomas in sheep, but in both cases clinical signs are seldom observed (Kimberling 1988, Pybus and Shave 1984). *Muellerius capillaris* has not been reported in llamas.

**Clinical signs in wild sheep:** The role of this parasite in clinical disease in wild sheep is unknown. Pybus and Shave (1984) reported that infected bighorn sheep had numerous adult lungworms while domestic sheep and goats are usually infected with only 1 or 2 adults, suggesting that there is the potential for more extensive tissue damage in affected bighorns compared to that seen in domestic sheep. It is thought that the presence of large numbers of larvae and adult worms in the lung tissue of wild sheep may predispose them to bacterial pneumonia (Demartini and Davies 1977).

**Mode of transmission and lifecycle:** Dorsal-spined first-stage larvae are shed in the feces, and develop into infective larvae inside the snail or slug intermediate host. The infected gastropod is then accidentally ingested by the susceptible ruminant, and larvae are released in the gastrointestinal system to migrate to the lungs, and develop into adults.

BLM_0051915

**Environmental survival:** The 1st stage larvae can survive for months under a variety of environmental conditions in fecal pellets, and the 3rd stage larvae can survive inside the intermediate host for the lifetime of the gastropod.

**History in wild sheep:** Until identified in bighorn sheep from South Dakota in 1974, *M. capillaris* was thought to be a lungworm only of domestic sheep and goats (Pybus and Shave 1984). In August of 1974, 20/20 captive bighorn sheep died following clinical respiratory disease. On necropsy, 17/20 animals had chronic verminous pneumonia associated with *M. capillaris* larvae and bacterial pneumonia was confirmed in all animals. It is thought that the tissue damage from numerous larvae may predispose animals to bacterial invasion (Demartini and Davies 1976). The source of the lungworms in this herd is unclear, although this raises the concern of transmission from domestic sheep and goats to wild sheep (Pybus and Shave 1984).

There are reports of larvae with a characteristic dorsal-spine on the tail resembling *Muellerius capillaris* found in fecal samples of bighorn sheep from Alberta and British Columbia (Pybus and Samuel 1984, Pybus and Shave 1984). Recent investigations suggest that dorsal-spined larvae (DSL) in bighorn sheep are most likely *M. capillaries*. DSL in Dall's sheep in Alaska and Canada have been identified as *Parelaphostrongylus odocoilei* and there is no evidence of *M. capillaris* in these wild populations (Jenkins 2005, Kutz *et al.* 2001). Molecular characterization of larvae is now possible to definitively identify DSL from fecal matter (Jenkins *et al.* 2005a).

**Evidence of transmission among domestic and wild species:** In a recent study, 7 bighorn sheep were housed on the same pasture as 4 domestic goats infected with *Muellerius* sp.. Within 6 months, 2 bighorn sheep had died with pasteurellosis and all 5 surviving bighorns were shedding *M. capillaris* larvae indicating transmission from domestic goats to bighorn sheep. The role of this lungworm in the pathogenesis of pasteurellosis or other bacterial pneumonia is not known (W. Foreyt pers. comm.). It is likely that sympatric range use of domestic sheep and wild sheep can result in transmission of this parasite.

**Public health risk:** none.

**Additional comments:** Dall's sheep in the Mackenzie Mountains are infected with the lungworm *Protostrongylus stilesi* and the muscle worm *Parelaphostrongylus odocoilei,* the latter causing considerable lung pathology which can be fatal in the end stages (Jenkins 2005; Kutz et al. 2001). Addition of a third lungworm which causes another type of lung pathology potentially could cause significant disease (Kutz *et al.* 2004a).

| Overall Risk: | | |
|---|---|---|
| **Species Interaction** | **Transmission** | **Health Impact** |
| Sheep to Dall's | high | Moderate |
| Goat to Dall's | high | Moderate |

BLM_0051916

## Ectoparasites

### *Oestrus ovis*

**Summary:**
- *Oestrus ovis* is a nasal bot-fly.
- Causes severe sinusitis and occasionally death.
- Occurs in domestic sheep, goats and llamas, and bighorn sheep.
- Not been reported in Dall's sheep.
- Transmission is direct, adult flies deposit larvae around the nose of the sheep.
- Development to adults is positively related to temperature, adult flies live for 2-3 wks.
- Not highly host-specific, highly likely that it could infect any wild sheep.
- Historic reports of human infection.

**General overview:** *Oestrus ovis,* or the sheep nasal bot, is a common ectoparasite in domestic sheep. It has a world-wide distribution, with geographic expansion following the domestic sheep and goat historic movements (Colwell 2001). It can infect llamas and wild sheep.

**Clinical signs in domestic sheep, goats and llamas:** Clinical signs of *Oestrus ovis* infections in domestic sheep and goats range from minimal to severe, and include foot stamping, head rubbing, rhinitis with nasal discharge, chronic sinusitis, weight loss, and occasionally death (Blood and Radostits 1989, Kimberling 1988, Pugh 2002). The presence of the adult flies is annoying, at times driving flocks into frenzied attempts to evade swarming flies. It is less common in goats than in sheep. In goats, larvae rarely migrate via the ethmoid bones to the brain. They also may enter the eye or nasolacrimal system causing conjunctivitis (Matthews 1999). *Oestrus ovis* also infects llamas but it is not known whether the larvae develop to the third instar in this species; clinical signs are similar to those observed in domestic sheep (Fowler 1998).

**Clinical signs in wild sheep:** Clinical signs in bighorn sheep are similar to those in domestic sheep, but can be more severe. In desert bighorn sheep signs include severe and chronic sinusitis, extensive bone necrosis, open lesions on the skin of the head affecting the eyes with occasional blindness or central nervous system signs, and death (Bunch 1978). It is postulated that the anatomy of horned sheep is such that the larvae invade the large frontal sinus, causing a deep infestation with chronic damage. This phenomenon has also been recorded in domestic horned sheep (Bunch 1978).

**Mode of transmission and lifecycle:** Nasal bot flies deposit larvae around the nostrils of the host. Larvae migrate to the frontal sinuses where they develop to the third-instar (this may take 1-9 months). Once this development is complete, they migrate back to the nostrils and are sneezed out. In the environment the larvae pupate into mature adults.

BLM_0051917

Newly emerged adults mate and development of infective larvae within the female takes 12-17 days at 16-20C. *Oestrus ovis* has low host specificity and can infect many species of both domestic and wild ruminants (Colwell 2001).

**Environmental survival:** Development from larvae to adult flies in the environment is a temperature dependent process. In temperate regions this process takes about 6 weeks (Capelle 1966). Adult flies live for 2-3 wks, depending on the ambient temperature (Colwell 2001).

**History in wild sheep:** There are numerous records of *O. ovis* in wild sheep, including in Idaho, Montana, Wyoming, and Utah (Becklund and Senger 1967, Capelle 1966, Colwell 2001). *Oestrus ovis* in free-ranging desert bighorn throughout Utah is thought to be responsible for high mortality rates averaging 41% in Zion National Park (Bunch 1978). The sheep nasal bot is found in other phylogenetically or ecologically related species, and it is reasonable to suspect that it can complete the normal lifecycle in all species of wild sheep (Capelle 1966). Recent interviews with experienced harvesters in the Sahtu Settlement region, NWT, indicated that nasal bots had not been observed in Dall's sheep over the last 25 years (S. Kutz unpubl. data). However there is one anecdotal report of nasal larvae seen in a hunter-killed, 12 year old Dall's ram in the Mackenzie Mountains in August of 2001 (E. Jenkins unpubl. data). The species of larvae is unknown, however, caribou in the region are infected with another nasal bot, *Cephenemyia* sp. and it is possible that this might have infected the Dall's sheep.

**Evidence of transmission among domestic and wild species:** *Oestrus ovis* occurs worldwide in almost every domestic sheep-rearing area, and is found in bighorn sheep in North America (Capelle 1966). Although domestic sheep are suspected to be the original source of this parasite for wild sheep, with the use of more effective parasite control programs in livestock management, wild sheep may now be a reservoir for reinfestation for domestic species (Colwell 2001).

**Public health risk:** There are historic reports of this parasite in humans associated with sheep tending or husbandry. Larvae are found in the nostrils and conjunctiva of the eye and ears but do not develop past the first larval state. Larvae may congregate in the nasal sinuses and cause severe pain for a period of a few days (Capelle 1966).

**Overall Risk:**

| Species Interaction | Transmission | Health Impact |
|---|---|---|
| Sheep to Dall's | High | High |
| Goats to Dall's | Unknown | High |
| Llamas to Dall's | Unknown | High |

BLM_0051918

# Section 3. Identification of Pathogens with Unknown Consequences

## Description

This section describes in detail the pathogens of unknown concern from Appendices 1-7. These pathogens are suspected to be transmissible among wild and domestic species of concern and **may have serious impacts,** however, insufficient data are available to assign them to the high concern category. The criteria for designation to this category are 1) the pathogen is known to cause significant clinical disease in domestic sheep, goats or llamas and transmission to, or effect on, wild sheep or goats are unknown, OR 2) the pathogen is known to cause significant clinical disease in wild sheep or goats and transmission to, or effect on, domestic sheep, goats or llamas are unknown . Because insufficient information is available to assign transmission risks and health impacts, there are no risk tables presented in this section.

## Bacteria

### *Chlamydophila* spp.

> **Summary:**
> - ***Chlamydophila* spp. are small gram negative bacteria.**
> - **Two species are of concern in ruminants: *C. pecorum* and *C. abortus.***
> - **Domestic sheep, goats and llamas can be affected with both species.**
> - ***C. abortus* causes abortion and weak neonates in domestic sheep and goats.**
> - ***C. pecorum* causes conjunctivitis, polyarthritis and pneumonia in domestic sheep and goats.**
> - ***Chlamydophila* sp. has been identified in bighorn sheep, but the species has not been determined.**
> - **There are no reports of *Chlamydophila* in Dall's sheep.**
> - **Transmission is by direct contact or aerosolization.**
> - **All *Chlamydophila* spp. are highly persistent in the environment.**
> - **Natural transmission from domestic sheep, goats and llamas to wild sheep is highly suspected.**
> - ***C. abortus* can cause disease in people.**

**General overview:** *Chlamydophila* spp. (formerly known as *Chlamydia)* are small, gram negative, pleomorphic bacteria that occur in two different forms inside and outside of the body. Inside the body, the bacteria reside in host cells, while outside the body, the bacteria take the form of an elementary body that is able to survive for months under ideal conditions (Flammer 2003). In ruminants there are two *Chlamydophila* species of

41

BLM_0051919

concern: *C. pecorum* and *C. abortus*.  Both are endemic in North America (Kimberling 1988).

> ## *Chlamydophila abortus*

**General overview:** *Chlamydophila abortus* (formerly a *Chlamydia psittaci* strain) occurs worldwide in ruminants, and colonizes the placenta of sheep, goats and llamas.

**Clinical signs in domestic sheep, goats and llamas:** *Chlamydophila abortus* is a major cause of contagious abortion and weak neonates in domestic sheep, goats, and llamas worldwide (Everett *et al.* 1999, Papp *et al.* 1993). Abortions are usually late term, and rarely occur more than once in the same animal.

**Clinical signs in wild sheep:** To our knowledge, outbreaks of abortion associated with *C. abortus* have not been reported in wild sheep. *Chlamydophila* spp. has been reported in bighorn sheep but was not identified to species. Clinical signs of keratoconjunctivitis in affected animals were more consistent with *Chlamydophila pecorum* than of those expected with *C. abortus* (Meagher *et al.* 1992).

**Mode of Transmission:** Aborted tissue is the major source of infection, but recent reports show that affected ewes and does continue to shed the organism during estrus following abortion (Flammer 2003, Wenger and Tait 2001).

**Environmental survival:** Bacteria can survive in elementary body form in the environment for months (Carter *et al.* 1995).

**History in wild sheep:** No abortion outbreaks have been reported.

**Evidence of transmission among domestic and wild species**: There is currently no evidence of transmission among domestic and wild species, however, the main clinical sign, abortion, is very difficult to detect in wild populations.

**Public health risk:** There are sporadic reports of abortion caused by *C. abortus* in women following repeated contact with domestic sheep (Everett *et al.* 1999).

> ## *Chlamydophila pecorum*

**General overview:** *Chlamydophila pecorum* (formerly *Chlamydia pecorum*) has been isolated from many mammals worldwide including, but not limited to sheep, goats and llamas (Everett *et al.* 1999). It may be found in combination with other organisms such as *Mycoplasma arginini, M. ovipneumoniae, Acholeplasma oculi, Branhamella ovis, Moraxella bovis, Chlamydophila abortus* (Hindson and Winter 2002, Linklater and Smith 1993) and infectious bovine rhinotracheitis virus (Matthews 1999).

BLM_0051920

**Clinical signs in domestic sheep, goats and llamas:** *Chlamydophila pecorum* has been associated with abortion, keratoconjunctivitis, encephalomyelitis, enteritis, pneumonia and polyarthritis. It is commonly associated with pink-eye or keratoconjunctivitis in domestic sheep and goats. Animals are predisposed to disease by exposure to dust, wind, bright sunlight, long grass or flies (Matthews 1999). Disease is usually seen in late summer or early fall (Kimberling 1988) and can be severe, leading to temporary or permanent blindness with secondary mortality from inability to find food, water and shelter (Drew *et al.* 1992, Hindson and Winter 2002, Matthews 1999, Pugh 2002). There is poor lasting immunity to this bacteria, meaning that animals can be infected multiple times (Hindson and Winter 2002). Affected animals can have multiple manifestations of the disease simultaneously, and have been reported with signs of concurrent polyarthritis, demonstrated by a stiff stilted gait, and upper respiratory disease (Flammer 2003, Kimberling 1988, Matthews 1999).

**Clinical signs in wild sheep:** *Chlamydophila* sp. has been associated with signs of pink-eye, as well as concurrent polyarthritis and possibly upper respiratory disease in bighorn sheep (Meagher *et al.* 1992)

**Mode of transmission:** Bacteria are generally transmitted during direct contact, exchange of tears and/or nasal secretions. Animals can also maintain the disease as asymptomatic carriers, re-infecting animals in the same herd repeatedly (Hindson and Winter 2002). Fly vectors and fomites may play a role in spread of the bacteria (Everett *et al.* 1999).

**Environmental survival:** Bacteria can survive in elementary body form in the environment for months (Carter *et al.* 1995).

**History in wild sheep:** In 1982 bighorn sheep in Yellowstone National Park, Wyoming were diagnosed with *Chlamydophila* spp. causing keratoconjunctivitis. Approximately 60% of the estimated 500 sheep died as a result of this epizootic due to complications associated with blindness such as injuries and predation (Meagher *et al.* 1992). The source of the infection was never determined. Clinical signs in all affected sheep were the same as those observed in domestic sheep and goats. Additionally, affected animals walked with a stiff stilted gait, which was attributed to the inability to negotiate terrain when blind (Meagher *et al.* 1992), but is also suggestive of joint pain. Polyarthritis and respiratory complications were later seen in those bighorn sheep diagnosed with chlamydiosis (Meagher *et al.* 1992). Mortality in affected animals was high, presumably due to lost ability to forage and find shelter, accidents, and a higher rate of predation. Severely affected animals were euthanized (Meagher *et al.*. 1992). *Chlamydophila* spp. have been identified in mixed infections of pneumonic bighorn sheep in BC (H. Schwantje unpubl. data).

*Chlamydophila* spp. has not been reported in free-ranging Dall's sheep or mountain goats in NWT.

**Evidence of transmission among domestic and wild species**: *Chlamydophila* spp. are transmissible between domestic sheep and goats (Matthews 1999). There are no

BLM_0051921

confirmed reports of transmission between domestic and wild sheep or goats. Given the broad host range and environmental persistence of this genus it is probable, but not certain, that *C. pecorum* can be transmitted between domestic and wild species. *Chlamydophila* sp. has been documented in bighorn outbreaks with no evidence of prior contact with domestic sheep (Meagher 1982), suggesting that bighorn sheep may carry this organism naturally. More study is necessary to confirm this assumption.

**Public health risk:** none

### *Corynebacterium pseudotuberculosis*

---

**Summary:**
- ***Corynebacterium pseudotuberculosis* is a gram positive bacteria.**
- **Causes abscessation of lymph nodes in domestic sheep and goats.**
- **Not reported in llamas or wild sheep.**
- **Very high prevalence of infection in domestic sheep in Canada.**
- **Transmission through contact with infective material and open wounds.**
- **Long-term environmental survival.**
- **No reports of infection in wild sheep in North America.**
- **No public health concerns.**

---

**General overview:** *Corynebacterium pseudotuberculosis* is a gram positive coccoid bacillus bacteria causing a condition called caseous lymphadenitis (CLA) in adult domestic sheep and goats. The bacteria infect the lymph nodes and occasionally the internal organs. Infection likely occurs following invasion of the bacteria into superficial skin or oral wounds (Kimberling 1988).

**Clinical signs in domestic sheep, goats and llamas:** *Corynebacterium pseudotuberculosis* causes abscessation of superficial lymph nodes with occasional involvement of lungs or abdominal organs, weight loss, carcass condemnation at slaughter, and death in some animals (Kimberling 1988). There is a high prevalence of this infection in domestic sheep and goats in Canada. It has been sporadically isolated from abscesses in alpacas, but there are no reports of infection in llamas (Fowler 1998).

**Clinical signs in wild sheep:** There are no reports of *C. pseudotuberculosis* in bighorn or Dall's sheep in the literature, perhaps because opportunities to sample and culture lesions caused by this organism are rare.

**Mode of transmission:** *Corynebacterium pseudotuberculosis* is discharged from draining abscesses and contaminates soil or feed. Entry into new hosts occurs through damaged skin, ingestion or through the respiratory tract (Huang *et al.* 1997).

BLM_0051922

**Environmental survival:** Bacteria are reported to survive in the environment for up to 5 months (Blood and Radostits 1989).

**History in wild sheep:** This disease has never been reported in bighorn sheep, though it has been reported in mouflon sheep, white-tailed deer, and mule deer (Huang *et al.* 1997). Since this disease may not be fatal, it is likely underreported in wild sheep (H. Schwantje unpubl. data).

**Evidence of transmission among domestic and wild sheep:** None, however, the fact that this bacteria is not very host specific and the long term survival in the environment presents some concern where domestic sheep or goat range overlaps with wild sheep and goats.

**Public health risk:** Human cases have been reported, but are very rare.

## *Coxiella burnetti* (Q-fever)

> **Summary:**
> - *Coxiella burnetti* is a rickettsial bacteria.
> - Causes abortion and general illness in domestic sheep and goats.
> - Antibodies found in Dall's sheep in Alaska, but the significance is unknown.
> - Transmission is by ingestion, inhalation, contact with infected fetal materials, nose-to-nose contact, sexual transmission, and ticks.
> - The bacteria survive for long periods of time in dry environments.
> - Transmission between wild and domestic species is unknown.
> - Can cause serious disease in people.

**General overview:** *Coxiella burnetti* is a rickettsial bacteria and is the cause of Q-fever, a disease resulting in abortion in domestic goats and sheep in North America (Pugh 2002). *Coxiella burnetti* can be transmitted to humans.

**Clinical signs in domestic sheep, goats and llamas:** Infection with *Coxiella burnetti* is usually subclinical, but can cause abortion accompanied by anorexia, fever, and depression in does and ewes. Occasionally the majority of the herd may be affected. It has not been reported in llamas.

**Clinical signs in wild sheep:** Unknown.

BLM_0051923

**Mode of transmission:** Transmission is via ingestion, inhalation, contact with infected abortus, nose-to-nose contact, sexual transmission, and ticks (Pugh 2002). Cattle can also carry these bacteria and are a source of infection for sheep and goats.

**Environmental survival:** Bacteria can survive for extended periods of time in a dry environment (Pugh 2002).

**History in wild sheep:** Antibodies to *C. burnetti* were found in 12/15 (80%) free-ranging Dall's sheep sampled from the central Alaska Range, Alaska between 1978 and 1981. High antibody titers (1:20 or greater) were found in five of these sheep (33%). These findings suggest that the *Coxiella* may be more widespread than previously thought. Further studies are required to determine the species of *Coxiella,* possible impact on reproductive success and overall significance of this finding in Dall's sheep (Zarnke 1983). There are no reports of *C. burnetti* in bighorn sheep or mountain goats.

**Evidence of transmission among domestic and wild sheep:** There are currently no reports of *C. burnetti* being transmitted between domestic and wild sheep. However, the long term survival, multiple modes of transmission, and evidence from domestic sheep and goats warrant consideration of this bacteria as a risk for Dall's sheep.

**Public health risk:** People can become infected with *C. burnetti* by contaminated aerosols from infected animals. The most serious clinical signs seen in people include inflammation of the liver and heart with influenza-like symptoms and abortion, premature birth, and low weight in newborn babies (Maurin and Raoult 1999).


## *Erysipelothrix rhusiopathiae*

**Summary:**
- *Erysipelothrix rhusiopathiae* **is a gram positive bacteria.**
- **Causes chronic arthritis in domestic sheep and goats.**
- **Not reported in wild sheep in North America.**
- **Transmitted through wound contamination, ingestion and vectors.**
- **Long term environmental survival.**
- **No evidence of transmission between wild and domestic species.**
- **Public health concern.**

**General overview:** The bacteria *E. rhusiopathiae* is a gram positive rod that causes chronic arthritis in sheep and goats in North America (Kimberling 1988, Matthews 1999). It is thought that bacteria are soil-borne (Kimberling 1988) or healthy animals carry the bacteria and become clinically affected during periods of stress, leading to transient periods of environmental contamination (Leighton 2001a). Clinical erysipelas is not as

BLM_0051924

common as it once was in North America owing to the practice of disinfecting umbilical cords in newborn domestic animals (Kimberling 1988).

**Clinical signs in domestic sheep, goats and llamas:** *Erysipelothrix rhusiopathiae* causes polyarthritis characterized by lameness, stiffness, fever, depression and weight loss and occasionally death in young lambs (Kimberling 1988). To our knowledge there are no reports of *E. rhusiopathiae* in llamas.

**Clinical signs in wild sheep:** Unknown

**Mode of transmission:** Animals become infected via bacterial entry through contamination of wounds or umbilical stumps, ingestion, or through vectors such as lice, ticks, mites and flies (Leighton 2001a).

**Environmental survival:** The bacteria can persist for long periods of time in soil, water, feces and decaying carcasses (Leighton 2001a).

**History in wild sheep:** *Erysipelas rhusiopathiae* is documented in many wild mammals but has never been reported in wild sheep in North America (Leighton 2001a).

**Evidence of transmission among domestic and wild species:** There is no evidence of transmission between domestic and wild sheep, however, because of the multiple modes of transmission, the wide host range, and the occurrence in domestic sheep and goats in Canada, transmission of this bacteria must be considered possible.

**Public health risk:** Contamination of wounds with *E. rhusiopathiae* causes skin infections. Very rarely, the infection can progress to fatal septicemia and endocarditis. Persons handling meat products are most at risk (Leighton 2001a).

BLM_0051925

## *Mycoplasma arginini* and *Mycoplasma mycoides*

**Summary:**
- ***Mycoplasma* spp. are small, fragile bacteria.**
- **Cause mild to severe respiratory disease.**
- **Domestic sheep and goats can be affected.**
- **Infection in llamas is considered insignificant.**
- ***M. arginini* has been isolated from bighorn sheep.**
- ***M. mycoides* has not been isolated from wild sheep or goats in North America.**
- **Direct, aerosol, or mechanical transmission.**
- **Environmental survival is very short - organism is extremely fragile.**
- ***M. arginini* reported in pneumonic wild sheep; significance unknown.**
- **Minor public health concerns with *M. arginini*.**

**General overview of *Mycoplasma* spp.:** *Mycoplasma* bacteria are a diverse group of bacteria. They are extremely small, lack a cell wall and stain weakly gram-negative (Carter *et al.* 1995, Whithear 2001). They are commonly found in the respiratory tract of both healthy and diseased domestic ruminants (Al-Aubaidi *et al.* 1972, Goltz *et al.* 1986), but appear to be uncommon and insignificant in llamas (Fowler 1998). Susceptibility to the bacteria is highly variable, and impacts range from  subclinical to severe (Pugh 2002) depending on the species, the exposure level, and host factors (Goltz *et al.* 1986). *Mycoplasma* infections may predispose the respiratory tract to other invaders, with *Pasteurella/Mannheimia* spp. being a major concern (St George and Carmichael 1975). The organism can only survive inside the host cells, making culture and identification very difficult (Blood and Radostits 1989, Stalheim 1983). The role of *Mycoplasma* spp. in pneumonia outbreaks in domestic and wild sheep is, therefore, difficult to assess (Whithear 2001). In domestic sheep and goats in North America there are two *Mycoplasma* species of high concern, *M. ovipneumoniae* and *M. conjunctivae* (see previous section), and two of unknown concern, *Mycoplasma arginini* and *M. mycoides*.

> ## *Mycoplasma arginini*

**General overview:** *Mycoplasma arginini* has little host specificity, and low pathogenicity (Whithear 2001). The principal hosts are cattle, sheep, goats, horses, and domestic carnivores (Whithear 2001). *Mycoplasma arginini* is found in the oral cavity and lungs of both healthy and pneumonic wild and domestic sheep, with significance in pneumonia questionable (Goltz *et al.* 1986).

**Clinical signs in domestic sheep and goats:** Disease is seldom reported in sheep or goats (Whithear 2001). *Mycoplasma arginini* has been isolated from the lungs of camels with chronic interstitial pneumonia (Elfaki *et al.* 2002) but is not considered a significant pathogen in llamas (Fowler 1998).

BLM_0051926

**Clinical signs in wild sheep:** This bacteria has been consistently cultured from the lungs of pneumonic Rocky Mountain bighorn sheep, usually in mixed infections; the significance as a primary disease agent remains unknown (Al-Aubaidi *et al.* 1972, Schwantje 1988a, Woolf *et al.* 1970, Woolf and Kradel 1973).

**Mode of transmission:** Transmission is primarily through direct contact, although short distance aerosolization may play a role.

**Environmental survival:** This bacteria is very fragile due to the lack of a cell wall and does not persist outside a suitable host (Carter *et al.* 1995).

**History in wild sheep:** *Mycoplasma arginini* was reported from lung lesions of five pneumonic bighorn sheep (Al-Aubaidi *et al.* 1972). There were similarities between the lesions seen in this animal and those of Dall's sheep with *M. ovipneumoniae*, and it has been suggested that the cause of pneumonia in the bighorn sheep may in fact have been *M. ovipneumoniae* which is notoriously difficult to culture (Black *et al.* 1988).

**Evidence of transmission among domestic sheep and wild sheep:** None

**Public health risk:** *Mycoplasma arginini* has been isolated from an immunocompromised abbatoir worker with fatal septicemia and pneumonia.

**Additional notes:** Much remains unknown about the significance of *M. arginini* in wild sheep and goats. However, because this bacteria has been isolated from pneumonic lungs of wild sheep it must be considered an important pathogen until proven otherwise.


> ➢ *Mycoplasma mycoides*

**General overview:** There are a number of different subspecies of *M. mycoides,* all associated primarily with respiratory disease, although it has been cultured from domestic sheep and goats with mastitis, polyarthritis, conjunctivitis, septicemia and pneumonia (Whithear 2001). It can cause severe disease, but has also been reported in goats with no clinical signs (Nakagawa *et al.* 1976, Ruhnke *et al.* 1983). The organism is widespread in the United States, and was first reported in domestic goats in Canada in 1983 (Ruhnke *et al.* 1983).

**Clinical signs in domestic sheep and goats:** Disease associated with *M. mycoides* is characterized by slow onset, often subclinical for a period of time, followed by signs typical of chronic respiratory disease such as difficult breathing, thick nasal discharge, exercise intolerance and weight loss. It is presumed that the bacteria inhibit the essential function of the tracheal cilia, causing decreased clearance of mucous and debris from the respiratory tract, as well as facilitating the entry of secondary invaders such as *Mannheimia haemolytica* (Brogden *et al.* 1998, Stalheim 1983). In an experimental infection of sheep and goats in Connecticut, with *M. mycoides* subsp. *mycoides* isolated

BLM_0051927

from an infected goat, all 9 goats and 3 sheep infected died of septicemia within 8 days of infection (Rosendal 1981). Camels may be susceptible to pneumonia caused by *M. mycoides*, but it is not associated with any clinical disease in llamas (Fowler 1998).

**Clinical signs in wild sheep and mountain goats:** To our knowledge, *M. mycoides* has not been reported in wild sheep or mountain goats in North America. It has been isolated from three wild goat kids (*Capra aegagrus cretica*) that died of septicemia and pneumonia at a Swiss zoo (Perrin *et al.* 1994).

**Mode of transmission:** The normal route of transmission is aerosol. This bacteria has also been found in the ears of ruminants as well as inside ear mites and it is suspected that ear mites may act as a mechanical vector (Whithear 2001). It is also thought to be transmitted to young goats via infected milk from does with acute mastitis (Blood and Radostits 1989)

**Environmental survival:** This bacteria is very fragile due to the lack of a cell wall and does not persist outside a suitable host (Carter *et al.* 1995).

**Evidence of transmission among domestic and wild species:** None

**Public health risk:** None

BLM_0051928

## Viruses

### Adenovirus

<u>Summary:</u>
- **Adenoviruses are a family of DNA viruses.**
- **Found in many wild and domestic ruminants of North America.**
- **May be associated with respiratory disease in both wild and domestic sheep.**
- **Ovine adenoviruses 1-6 found in domestic sheep.**
- **Antibodies in bighorn sheep in Wyoming and Colorado, significance unknown.**
- **Not found in Dall's sheep.**
- **Virus shed in urine, feces, conjunctival secretions.**
- **Virus stable in environment.**
- **Transmission between domestic and wild species is unknown.**
- **No public health concerns.**

<u>General overview:</u> There are many different types of adenoviruses found in wild and domestic ruminants in North America, but their significance is often unknown (Pugh 2002). Ovine adenoviruses 1-6 have been reported in domestic sheep (Woods 2001) with some appearing to be associated with respiratory disease, causing a more severe pneumonia in association with *M. haemolytica.*

<u>Clinical signs in domestic sheep, goats and llamas:</u> Clinical signs are typical of respiratory disease and include fever, anorexia, nasal discharge, difficulty breathing and sneezing (Pugh 2002).

<u>Clinical signs in wild sheep:</u> No known clinical signs have been observed, however, it has been suggested that adenoviruses may be involved in the pneumonia complex in bighorn sheep (Parks 1974, Woods 2001).

<u>Mode of transmission:</u> Adenoviruses are highly contagious. Virus is shed in urine, nasal and conjunctival secretions, and feces. Transmission is via direct contact or infected objects (Woods 2001).

<u>Environmental survival:</u> The virus is very stable in the environment (Woods 2001).

<u>History in wild sheep:</u> In a serological survey of 29 free-ranging Rocky Mountain bighorn sheep in Colorado and Wyoming, 62% had antibodies to adenovirus. Some of these animals had clinical respiratory disease (Parks 1974). The significance of positive titers and the source of virus are unknown.

<u>Evidence of transmission among domestic and wild species:</u> It is unknown whether the same adenovirus can infect domestic and wild sheep and goats, however, some

BLM_0051929

adenoviruses of domestic animals commonly infect similar wild species such as infectious canine hepatitis which infects both domestic dogs and wild foxes.

**Public health risk:** none

**Additional notes:**  It is worthwhile to note that adenoviruses can cause a hemorrhagic disease in wild deer that has striking similarities to Epizootic Hemorrhagic Disease (EHD) or Blue Tongue. Outbreaks of a deer adenovirus have been responsible for the deaths of thousands of mule deer (*Odocoileus hemionus*) in California. It is suspected that unconfirmed outbreaks of EHD in wild ruminants may in fact be due to adenoviruses (Woods 2001).


## Border Disease Virus and Bovine Viral Diarrhea Virus

---

**Summary:**
- **Border disease and bovine viral diarrhea viruses are closely related viruses of the Pestivirus genus.**
- **Cause abortion, birth deformities and weak offspring.**
- **Disease is seen in cattle, sheep, goats and llamas.**
- **Antibody and virus have been isolated from bighorn sheep.**
- **Antibody to bovine viral diarrhea has been reported from Dall's sheep in Alaska.**
- **Transmission is via direct contact with infected animals and materials.**
- **Not highly persistent in the environment.**
- **No public health concerns.**

---

**General overview:** Border disease (BD) and bovine viral diarrhea virus (BVDV) are very similar diseases of the *Pestivirus* genus seen in cattle, sheep, goats (Kimberling 1988) and llamas (Belknap *et al.* 2000). These viruses often cross react on serological testing. BVDV is more commonly associated with domestic cattle and BD with domestic sheep. Animals can become infected in utero and remain infected for life. These persistently infected carriers show no clinical signs, but shed large numbers of virus and can infect other herd members (Pugh 2002). These viruses cause significant herd effects worldwide in domestic sheep and cattle, but there is no evidence that they have significant impacts on wild ruminant populations (Van Campen *et al.* 2001).

**Clinical signs in domestic sheep, goats and llamas:** Signs of BD in sheep and goats include abortion, birth deformities, and weak lambs. A large proportion of the flock/herd is generally affected in the first year, but as flock immunity develops, losses decline in following years (Pugh 2002). In cattle, BVDV commonly presents as diarrhea, oral ulcerations, depression, anorexia, and occasionally a fatal form of the disease known as

BLM_0051930

mucosal disease (Belknap *et al.* 2000). This virus can also cause reproductive failure, diarrhea and weight loss. BVDV is uncommon in camelids but it has been isolated on necropsy.

**Clinical signs in wild sheep:** Non-cytopathic BVDV have been isolated from pneumonic bighorn sheep, and should be considered in the differentials for pneumonias of wild sheep (Van Campen *et al.* 2003).

**Mode of transmission:** Transmission is primarily through ingestion or inhalation of body fluids from infected animals (Matthews 1999). Transmission from cattle to sheep occurs when species co-mingle (Kimberling 1988). Vector-mediated transmission has also been reported (Van Campen *et al.* 2001).

**Environmental survival:** The virus is not highly persistent in the environment.

**History in wild sheep:** Antibodies to BVDV have been found in serosurveys of more than 40 wild ruminant species, including Dall's sheep in Alaska, mountain goats, and bighorn sheep (Van Campen *et al.* 2001, Dieterich 1981). The significance of positive titers to BVDV in wild populations is unknown and there is some question as to whether this represents species specific BVD-like virus, or if it is the same species as found in domestic cattle. BVDV was isolated from pneumonic bighorns for the first time in 2002 suggesting that it should be considered as a possible etiology in respiratory disease of wild sheep (Van Campen *et al.* 2003). There were low levels (1:12 to 1:108) of neutralizing antibody to BVD or a related pestivirus in 3 of 11 samples from healthy Dall's sheep from the Mackenzie Mountains, NWT, but it was not detected on immunohistochemistry of the lungs of 2 pneumonic Dall's sheep from this region (Jenkins 2005).

**Evidence of transmission among domestic sheep and wild sheep:** BVD has been experimentally transmitted to wild cervids, but there are no confirmed cases of natural transmission (Van Campen *et al.* 2001). It is recommended that wild ruminants and domestic livestock remain separate to prevent transmission of this virus (Van Campen *et al.* 2001).

**Public health risk:** None

BLM_0051931

## Corona Virus

**Summary:**
- **Coronavirus is an enveloped RNA virus.**
- **Causes disease of the respiratory and/or digestive tract.**
- **Reported in domestic sheep, goats, llamas and Stone's sheep.**
- **Transmission is through direct contact with secretions.**
- **The virus survives for long periods in the environment.**
- **Evidence of natural transmission from domestic calves to Stone's sheep.**
- **No known public health concerns.**

**General overview:** Corona viruses are large, enveloped RNA viruses causing subclinical infections of mucosal surfaces, particularly the respiratory and digestive systems (Evermann and Benfield 2001). They are common in most domestic mammals.

**Clinical signs in domestic sheep, goats and llamas:** Clinical signs seen in domestic animals include diarrhea, pneumonia, dehydration and sometimes death. Corona virus has been reported in sheep, goats and llamas (Cebra *et al.* 2003, Evermann and Benfield 2001), though it is more commonly identified as a problem in calves.

**Clinical signs in wild sheep:** Clinical signs in wild sheep appear to be similar to those seen in domestic animals. Hemmorrhagic diarrhea was observed in 3 captive Stone's sheep (E. Jenkins, unpubl. data).

**Mode of transmission:** Virus is shed in mucosal secretions, and transmitted through direct contact (Evermann and Benfield 2001).

**Environmental survival:** The virus is unstable in the environment.

**History in wild sheep:** Three captive Stone's sheep became clinically ill with depression and hemorrhagic diarrhea following natural transmission of bovine corona virus from infected calves housed nearby. Transmission was confirmed by virus isolation and fluorescent antibody test from feces, as well as demonstration of seroconversion. Supportive care led to the full recovery of the affected animals (Jenkins 2005, Keith West unpubl. obs.).

**Evidence of transmission among domestic and wild species:** To our knowledge there is only one confirmed case of coronaviral transmission causing disease from domestic calves to wild sheep.

**Public health risk:** none

BLM_0051932

## Epizootic Hemorrhagic Disease and Bluetongue Viruses

**Summary:**
- **Epizootic Hemorrhagic Disease (EHD) and Bluetongue (BT) are related, insect-transmitted, double-stranded RNA orbiviruses.**
- **Cause severe and often fatal hemorrhage.**
- **Bluetongue virus is more common in domestic ruminants.**
- **Epizootic Hemorrhagic Disease caused by one of several viral strains is more commonly seen in wild ruminants.**
- **A few Dall's sheep were seropositive to EHD and BT viruses in Alaska, but no clinical disease**
- **An intermediate host (*Culicoides* spp) is required for transmission.**
- **Virus is unstable in the environment.**
- **Both diseases are seen rarely under certain climatic conditions in southwestern Canada.**
- **Mortalities suspected to be caused by EHD in California bighorn sheep in the Okanagan Valley in British Columbia.**
- **Transmission between domestic sheep, goats or llamas to bighorn sheep is a concern, but has not been confirmed.**
- **No public health concerns.**

**General overview:** Epizootic hemorrhagic disease (EHD) and bluetongue (BT) viruses are closely related arthropod transmitted orbiviruses infecting wild and domestic ruminants (Jessup *et al.* 1984, Pasick *et al.* 2001). The two diseases caused by these viruses are collectively termed the hemorrhagic diseases (HD). The diseases are usually seen in warm, temperate climates, but outbreaks have occurred in southern Canada, and antibody to EHD has been found in wild ruminants as far north as Alaska. Bluetongue most commonly affects domestic ruminants in the southern US, causing severe disease in sheep but often presenting asymptomatically in cattle and goats. Epizootic Hemorrhagic Disease more commonly presents in wild ruminants, with white-tailed deer (*Odocoileus virginianus*) being most susceptible (Noon *et al.* 2002, Zarnke 2000). Transmission of both EHD and BT between domestic and wild ruminants does occur. Bluetongue is a reportable disease in Canada and the United States, and outbreaks of either BT or EHD affect international movement of animals (Pasick *et al.* 2001).

**Clinical signs in domestic sheep, goats and llamas:** The viruses can circulate in cattle and possibly other ruminants for years without ever causing disease (Pugh 2002). Domestic sheep suffer severe clinical disease from BT, while goats are usually asymptomatic, and disease has not been reported in llamas. Outbreaks in domestic sheep are usually seen in late summer to fall coinciding with vector availability (Lincoln 1987). Clinical disease includes hemorrhage and sloughing of the oral mucous membranes and of the hooves, followed by ulcers and erosions of the tongue and palate, edema of the head, blood in the urine and feces, increased respiratory rate with difficulty breathing

BLM_0051933

progressing to a pneumonia-like syndrome, and subsequent death (Mullens and Dada 1992, Zarnke 1983, Zarnke 2000). Fetal deformities and damaged fleece can also result (Kimberling 1988). In the southern US, HD's are endemic and rarely cause mortality. However, outbreaks in the northern US are sporadic and mortality can be high in these naïve populations (Howerth *et al.* 2001).

**Clinical signs in wild sheep:** Severe disease and mortality has occurred in bighorn sheep and captive mountain goats (Lincoln 1987). Post-mortem findings in bighorn sheep were consistent with signs seen in domestic animals (Pasick *et al.* 2001). Antibody to EHD has been found in Dall's and free-ranging mountain goats but clinical signs of the disease have not been reported and the significance of these findings remains unknown (Zarnke 1983, Zarnke 2000).

**Mode of transmission:** Hemorrhagic diseases are transmitted by biting flies of the genus *Culicoides.* The most common vector for transmission in North America is *Culicoides variipenni,* but other *Culicoides* spp. may serve as potential vectors (Howerth *et al.* 2001, Mullens and Dada 1992).

   *Culicoides* sp. are attracted to damp, muddy areas and fecal material. The virus is picked up by the fly during a blood meal, multiplies in the fly for 7-10 days after which time the virus is excreted in the saliva during feeding on subsequent hosts (Kimberling 1988). Alternate routes of transmission such as ticks, transplacentally, via semen (Kimberling 1988, Pugh 2002), and even oral transmission from infected animals, are suspected (Zarnke 2000). It has been suggested that wildlife outbreaks can originate from domestic sources (Schwantje 1988a). Outbreaks usually occur in late summer, corresponding with the presence of the appropriate insect vectors (Sellers and Maarouf 1991).

   Outbreaks of HD in Portugal, Cyprus and Florida were caused by virus infected *Culicoides* carried to naïve populations by wind. It is thought that a similar mode of transmission occurred from the US to southern Canada (Clavijo *et al.* 2000, Dulac *et al.* 1992, Sellers and Maarouf 1991), as well as by importation of infected cattle.

**Environmental survival:** The virus is unstable in the environment.

**History in wild sheep:** In Alaska between 1972 and 1992, antibodies to EHD were found in 11/501 (2%) Dall's sheep and 0/91 mountain goats. Antibodies to BT were found in and 2/506 (<1%) Dall's sheep and 2/88 (2%) mountain goats. There have been no reports of die-offs or animals with clinical signs related to HD's in Alaska (Zarnke 2000). Similarly, between 1978 and 1990, 18% of bighorns tested in California were positive for antibody to EHD  but there was no evidence of disease (Clark *et al.* 1993a). The significance of these serological findings in the absence of clinical disease and virus isolation and identification are unknown (Zarnke 1983).

   Canada is generally considered free of BT and EHD, however, there is a history of sporadic outbreaks of BT type 11 and EHD type 2 in wildlife restricted to the Okanagan Valley (Pasick *et al.* 2001), southern Alberta, and in southwestern Saskatchewan (Howerth *et al.* 2001). Outbreaks of EHD type 2 in Canada were first seen in 1962 in southeast Alberta in white-tailed and mule deer and pronghorn. In 1987, EHD

BLM_0051934

virus was isolated from a number of wildlife and domestic species in the Okanagan area of BC. This was the first report of clinical disease in bighorn sheep and seroconversion of a rocky mountain goat (Dulac *et al.* 1992). Again in the Okanagan in 1992 and 1999, acute mortalities in white-tailed deer and California bighorn sheep were reported, and sentinel cattle herds in the vicinity tested positive for EHD type 2 (Pasick *et al.* 2001). No definitive diagnosis was made due to carcass conditions. There is concern that disease caused by HD viruses could predispose wild sheep that survive HD to bacterial pneumonias (Mullens and Dada 1992, Pugh 2002, Schwantje 1988a). Additionally, higher susceptibility is seen in naïve animals, thus introduction to a new region could have severe consequences (Kimberling 1988, Pugh 2002).

**Evidence of transmission among domestic and wild species:**  It is thought that outbreaks in livestock and wildlife in Canada are caused by transportation of virus-infected vectors on air currents from the endemic south. Once the virus is established in an area, other modes of transmission may play a role (see Mode of Transmission) to maintain the virus and transmission among wild and domestic species is a possibility.

**Public health risk:** none

**Additional notes:** Based on our knowledge of the HD viruses they seem to be limited by climatic factors and possibly vector availability. The vector, *C. variipennis,* is not present in Alaska and other northern regions, but other species of the genus *Culicoides* are present in the north and may be suitable vectors for EHD and BT.  Introduction of infected domestic animals together with a changing climate may increase the risk of exposure and subsequent disease in the naïve population of Dall's sheep and mountain goats (Howerth *et al.* 2001). Additionally, there is strong evidence that a HD virus currently circulates in Dall's sheep and mountain goats in the north and may pose a risk to domestic sheep, goats, and llamas.

## Infectious Bovine Rhinotracheitis

**Summary:**
- **Infectious bovine rhinotracheitis (IBR) is caused by a herpes virus.**
- **Virus has the potential for latency and reactivation.**
- **Causes respiratory disease, with thick discharge from eyes and nose.**
- **Disease is most common in cattle, mild disease in domestic sheep and goats.**
- **One case of bronchopneumonia was possibly associated with IBR in a llama.**
- **Antibodies to IBR have been found in bighorn sheep but no in Dall's sheep**
- **Transmission is via direct contact.**
- **IBR virus is unstable in the environment.**
- **Natural transmission from domestic sheep, goats, and llamas to wild sheep is suspected but unconfirmed.**
- **No public health concerns.**

BLM_0051935

**General overview:** Infectious bovine rhinotracheitis virus (IBR), is a herpes virus, that causes disease primarily in cattle, but domestic sheep and goats can also be affected (Matthews 1999). A typical characteristic of herpes viruses is latency, meaning that the virus remains inactive in the host causing no clinical signs until the animal is stressed, at which time the virus reactivates and the animal begins to shed virus and show signs of the disease (Baker 1990, Clark *et al.* 1985). There is serological evidence that camelids in British Columbia have been exposed to the virus, but the implications of antibody presence are unknown (Schwantje and Stephen 2003).

**Clinical signs in domestic sheep, goats, and llamas:** In cattle, infection with IBR causes a respiratory disease characterized by runny to thick discharge from eyes and nose, coughing, and difficulty breathing caused by inflammation in the upper airways; occasional abortions and reduced fertility are also reported (Baker 1990, Clark *et al.* 1993b). Clinical signs range from mild to severe, tending to be most severe when the disease is complicated by secondary bacterial infections, primarily *Pasteurella/Mannheimia* sp. causing pneumonia. Disease prevalence is increased when susceptible animals are crowded or stressed but the mortality rate is usually low unless complicated by bacterial pneumonia (Baker 1990). Domestic sheep and goats infected with IBR tend to show milder respiratory signs than cattle. Clinical signs of bronchopneumonia were present in one llama testing positive for IBR virus but *Mannheimia haemolytica* was also isolated from this llama. Although the significance is unknown, there appears to be some association between IBR viral infection and clinical disease in llamas (Williams *et al.* 1991).

**Clinical signs in wild sheep:** Unknown.

**Mode of transmission:** Transmission is typically by direct contact with oral or nasal secretions, but insect vectors and sexual transmission play a minor role (Baker 1990).

**Environmental survival:** The virus is unstable in the environment.

**History in wild sheep:** IBR is of concern to wild sheep because of the apparent association with pasteurellosis in domestic cattle and sheep. Antibodies to IBR have been detected in bighorn sheep (Clark *et al.* 1993a, Schwantje 1988a), but not in Dall's sheep (n=530) or mountain goats (n=90) in Alaska tested between 1971 and 1999 (Zarnke 2000). There was no evidence of exposure to IBR in 11 healthy and 7 pneumonic Dall's sheep in the Mackenzie Mountains (E. Jenkins unpubl. data.). IBR has also been isolated in declining populations of bighorn sheep (Clark *et al.* 1985), however, there are no confirmed cases of respiratory or reproductive disease caused by this virus in wild sheep (Clark *et al.* 1993b, Clark *et al.* 1993a).

**Evidence of transmission among domestic and wild species:** Transmission from cattle or domestic sheep to wild sheep, though suspected, is unconfirmed (Clark *et al.* 1993b).

**Public health risk:** none

58

BLM_0051936

## Respiratory Syncytial Virus

**Summary:**
- **Respiratory syncytial virus (RSV) is a Paramyxovirus.**
- **Causes interstitial pneumonia with mild to severe respiratory disease, difficulty breathing and fever in domestic ruminants.**
- **The virus is reported in domestic sheep, goats, and llamas.**
- **RSV is thought to cause respiratory signs in bighorn sheep but is unconfirmed.**
- **Antibody to RSV has been detected in Dall's sheep.**
- **Antibody to RSV is widespread in bighorn sheep and mountain goats.**
- **Transmission is by direct contact.**
- **The virus is unstable in the environment.**
- **Natural transmission from domestic ruminants to wild sheep or goats is suspected.**
- **No public health concerns.**

**General overview:** Respiratory syncytial viruses (RSV) are paramyxoviruses that cause atypical interstitial pneumonia in ruminants. Ruminant RSV's are divided into two groups: ovine and bovine RSV's. The bovine RSV is an important and potentially severe pathogen in calves, but the significance in sheep and goats is still poorly understood (Kimberling 1988, Matthews 1999). Experimentally, the virus causes mild respiratory disease in domestic lambs, however the role of this virus in natural infection is unknown (Trigo *et al.* 1984a). It is thought that the RSVs play important roles as predisposing agents to bacterial pathogens (Dunbar *et al.* 1986, Pugh 2002).

**Clinical signs in domestic sheep, goats and llamas:** The role of RSV in sheep as a primary pathogen is not fully understood. Alone it causes mild signs characterized by ocular and nasal discharge, conjunctivitis, and lung inflammation. It is considered pathogenic for lambs and in association with *Pasteurella/Mannheimia* sp. can produce an acute and severe pneumonia in sheep (Kimberling 1988), goats, and in cattle is clearly part of the shipping fever complex (Al-Darraji *et al.* 1982, Trigo *et al.* 1984b, Trigo *et al.* 1984a). Viral diseases of the respiratory system are very rare in llamas, and disease caused by RSV is not reported (Fowler 1998).

**Clinical signs in wild sheep:** Disease caused by RSV's alone is unconfirmed, but when found in combination with other respiratory viruses or bacteria, is thought to contribute to respiratory disease outbreaks in bighorn sheep (Dunbar *et al.* 1985).

**Mode of transmission:** The virus is passed by direct contact and aerosol transmission.

**Environmental survival:** The virus is unstable in the environment

BLM_0051937

**History in wild sheep and goats:** Antibody to RSV was reported in 4/350 Dall's sheep sampled in Alaska between 1971 and 1999 (Zarnke 2000) and in 42% of free-ranging mountain goats sampled in Washington State. The importance of this virus in the role of respiratory disease in mountain goats and Dall's sheep is unknown (Dunbar *et al.* 1986). There was no evidence of exposure to RSV in 11 healthy and 7 pneumonic Dall's sheep in the Mackenzie Mountains (E. Jenkins unpubl. data.).

A respiratory syncytial virus has been detected in both sick and healthy free-ranging bighorn sheep, and is thought to play a role in the pneumonia complex, much like shipping fever in cattle (Schwantje 1988a). Seroprevalence studies indicate that RSV is widespread (187/447) in bighorn sheep in the western United States (Dunbar *et al.* 1985). In 1984, a bighorn herd in Colorado state was observed with clinical signs of respiratory disease. A clinically ill ewe and lamb pair was collected and necropsied, and a RSV was isolated together with *Mannheimia haemolytica* from the bighorn lamb (Spraker and Collins 1986). In an all-age pneumonia epizootic in the South Okanagan herd in southern British Columbia in 1999, a RSV was isolated from two necroposied animals (H. Schwantje unpubl. data).

**Evidence of transmission among domestic and wild species:** Both interspecies transmission and the role of domestic sheep in the epidemiology of RSV in bighorn sheep remain unknown at this time (Dunbar *et al.* 1985, Pugh 2002).

**Public health risk:** none

BLM_0051938

## Parasites

## Helminths

### *Parelaphostrongylus odocoilei*

**Summary:**
- *Parelaphostrongylus odocoilei* **is a muscle nematode.**
- **Causes pneumonia, myositis and neurological disease in Dall's sheep.**
- **Not reported in domestic animals.**
- **Not reported from llamas, but there have been no known opportunities for transmission.**
- **Causes disease in Dall's sheep and mountain goats.**
- **Widespread and abundant in Dall's sheep in the Mackenzie Mountains but not in the Richardson Mountains.**
- **Transmission is by consumption of larvae-infected gastropod intermediate hosts.**
- **Larvae survive for long periods of time in the environment.**
- **Unlikely to establish in domestic sheep or goats.**
- **No public health concerns.**

**General overview:**
*Parelaphostrongylus odocoilei* is a common muscle worm of Dall's sheep, mountain goats, and mule deer in some regions of western Canada (Jenkins *et al.* 2005a, Kutz *et al.* 2001, Lankester 2001). It can cause pneumonia, myositis and neurological disease in Dall's sheep (Jenkins *et al.* 2005b).

**Clinical signs in domestic sheep, goats and llamas:** No clinical signs were observed in experimental infections of 2 domestic sheep; few eggs were observed in lungs and few larvae were observed in feces (S. Kutz, unpubl. data). No clinical signs or first-stage larvae were observed in feces of experimentally infected domestic goats;animals were not examined on necropsy (Pybus and Samuel 1984)

**Clinical signs in wild sheep and mountain goats:** Respiratory disease associated with widespread hemorrhage with diffuse interstitial pneumonia associated with eggs and larvae of *P. odocoilei* caused the death of at least one wild 10 month old Dall's lamb and an experimentally infected Stone's sheep. Neurological signs were observed in experimentally infected Stone's and  Dall's/Stone's hybrid sheep (Jenkins 2005). Clinical signs are expected to be greatest in heavily infected lambs and yearlings, and in spring, when high numbers of eggs and larvae pass through the lungs.

**Mode of transmission:** Larvae are shed year-round but there are peaks in production in the spring and fall. Larvae deposited in the feces invade gastropod intermediate hosts and develop to the infective third stage. Sheep are most likely infected on their winter ranges by ingesting these gastropods or, less likely, by ingesting larvae that emerge from the

BLM_0051939

gastropods and may remain on the vegetation (Jenkins 2005). The prepatent period in Dall's sheep is approximately 70 days (Jenkins 2005) .

**Environmental survival:** As with most protostrongylids, first-stage larvae are quite resistant and may remain in the environment for extended periods (Shostak and Samuel 1984).

**History in wild sheep:** This parasite is widespread and common in Dall's sheep in the southern part of their range in Alaska, Yukon, and NWT. It is not found in the Richardson Mountains, or in the British, Brooks, and Baird ranges in the Yukon and Alaska (Jenkins *et al*. 2005a). Recent experimental work and field observations indicate that this is an important pathogen in Dall's sheep and is a cause of mortality and poor body condition (Jenkins 2005, Kutz *et al*. 2001). *Parelaphostrongylus odocoilei* has been identified in Stone's sheep in BC and mountain goats in BC and the NWT (Jenkins *et al*. 2005a, Jenkins and Schwantje 2004, Pybus *et al*. 1984).

**Evidence of transmission among domestic and wild species:** Domestic sheep, like domestic goats, appear to be unsuitable hosts for *P. odocoilei* (Pybus and Samuel 1984). Two domestic sheep were given 417 L3 of Dall's sheep origin. Two larvae were found in the feces of both sheep at 25 weeks post infection. Necropsy at 35 weeks post infection revealed mild peritonitis with eosinophilic tracts in abdominal muscles and a single egg in a lung section on histology (S. Kutz, unpubl. data). The susceptibility of llamas to this parasite is unknown.

**Public health risk:** none

**Additional comments:** Recent experimental research shows significant neurological and respiratory signs and pathology in thinhorn sheep. Because nothing is known about the susceptibility of llamas to this parasite, it should be considered a potentially significant pathogen in this host, especially in light of the susceptibility of llamas and other camelids to the related neurotropic nematode, *Parelaphostrongylus tenuis* (Foreyt *et al*. 1991).

## Gastrointestinal Trichostrongylids

**General overview:** Gastrointestinal trichostrongylids are a family of nematode parasites found in the abomasum or intestines of wild and domestic ruminants. Left untreated, gastrointestinal trichostrongyles are a major cause of production loss for domestic sheep and cattle. It is increasingly recognized that trichostrongyles have important subclinical effects in wild ruminants as well (Albon *et al*. 2002, Arneberg *et al*. 2002, Kutz *et al*. 2004b, Stien *et al*. 2002, Worley and Seesee 1992).

     The natural parasite fauna of wild sheep and goats and domestic sheep and goats differ, however, trichostrongyles tend to have a fairly broad host range (Hoberg *et al*. 2001). As a result, in the USA and parts of southern Canada, the fauna in wild sheep and

BLM_0051940

goats is a mixture of endemic and introduced species (Hoberg *et al.* 2001). The impacts of the exchange of trichostrongylid parasite species among wild and domestic sheep have not been extensively studied. However, at the very least, the net increase in parasite abundance may be expected to have potentially negative impacts on production and survival of the recipient species.

**Clinical signs in domestic sheep, goats and llamas:** Differences in pathogenicity exist among species of trichostrongylids. In general, clinical signs include anorexia, weight loss, poor hair coat, reduced fecundity, diarrhea, anemia, and protein loss.

**Clinical signs in wild sheep and mountain goats:** As for domestic species.

**Mode of transmission and lifecycle:** The general lifecycle of parasites in this family is a direct cycle. The eggs are shed in the feces, and the larvae develop to the infective stage within about 2 weeks at 20C. The infective larvae migrate to vegetation, and are ingested by the ruminant host. They then may develop to adult nematodes immediately or migrate into the mucosa of the abomasum (or small intestine) and enter arrested development for variable periods of time (Bowman 1995, Kimberling 1988, Urquhart *et al.* 1996).

**Environmental Survival:** Varies according to the species.

**Evidence of transmission among domestic and wild species:** Many gastrointestinal trichostrongylids are generalists and have a wide host range; it is thought that many species can be transmitted among domestic sheep, goats or llamas and Dall's sheep and mountain goats (Hoberg *et al.* 2001, Zaffaroni *et al.* 2000).

**NOTE: Below we discuss a number of the trichostrongylids that are considered to be significant pathogens in llamas or domestic or wild sheep or goats and that could be a concern if transmitted among species. Other trichostrongyles that are considered less of a risk are discussed in Section 4.**

> *Haemonchus* **spp.**

<table>
<tr><td>

<u>**Summary:**</u>
- ***Haemonchus* spp. are large abomasal nematodes.**
- **Causes severe blood loss, stunted growth and abomasal ulcerations.**
- **Important pathogens in domestic sheep, goats and llamas.**
- **Uncommon, but reported from bighorn sheep.**
- **Not reported in Dall's sheep.**
- **Transmission is by ingestion of infective larvae.**
- **Eggs and larvae do not persist for long in the environment.**
- **No public health concerns.**

</td></tr>
</table>

BLM_0051941

**General overview:** *Haemonchus contortus* is a large stomach (abomasal) nematode. It is
found in domestic sheep, goats, llamas, and cattle worldwide, and a wide variety of wild
cervids and bovids, including bighorn sheep having prior contact with domestic sheep
(Becklund and Senger 1967, Hoberg *et al.* 2001, Rickard and Bishop 1991b, Zaffaroni *et
al.* 2000). This parasite is considered a primary pathogen in wild ruminants, and is
particularly common in pronghorn and deer but has not yet been reported in arctic or
subarctic regions (Hoberg *et al.* 2001). Population trends of some wild ungulates such as
the white-tailed deer are correlated with the prevalence and intensity of this parasite
(Worley *et al.* 1988). It has not been reported in Dall's sheep (Kutz 2001, Neilsen and
Neiland 1974).

**Clinical signs in domestic sheep, goats and llamas:** *Haemonchus* sp. is a very
important pathogen of domestic sheep in temperate regions. Infection is associated with
severe blood loss, stunted growth, paleness and ulcerated stomach mucosa and can result
in death (Kaplan *et al.* 2004).

**Clinical signs in wild sheep:** Unknown.

**Mode of transmission and lifecycle:** Eggs deposited in the feces hatch and develop to
infective larvae in about 3 days under optimal conditions. Development to fourth stage
occurs within about 48 hours of ingestion by a susceptible ruminant. Larvae and adults
feed on blood in the abomasum. The prepatent period is approximately 18-21 days
(Levine 1980 in Hoberg *et al.* 2001).  In cooler regions *Haemonchus* overwinters as
inhibited larvae in the abomasal mucosa of the host (Waller *et al.* 2004).

**Environmental survival:** Eggs and larvae of *Haemonchus* do not persist for extended
periods in the environment and there is no evidence of overwinter transmission in
domestic sheep (Waller *et al.* 2004).

**History in wild sheep:** *Haemonchus* spp. has been reported in bighorn sheep in Canada
and the US, but is not known in the subarctic and arctic regions (Hoberg *et al.* 2001).
Although clinical signs associated with the presence of this parasite are not reported in
bighorn sheep, diagnosis is difficult and based on clinical signs occurring in other wild
ruminants, *Haemonchus* spp. must be considered a potential primary pathogen *(*Hoberg *et
al.* 2001*)*.

**Evidence of transmission among domestic and wild species:** *Haemonchus* spp. in
North American wild bovids and cervids are all of domestic sheep or cattle origin,
indicating that transmission from domestic to wild species, including bighorn sheep,
occurs (Hoberg *et al.* 2001).

**Public health risk:** none.

BLM_0051942

**Additional comments:** Historically *Haemonchus* has been considered a 'warm and wet weather' nematode. However, introduced to the cooler climate of Sweden, *Haemonchus* sp. has adopted a lifecycle that relies on overwinter survival in the inhibited form and subsequent periparturient rise in egg production in the spring for maintenance in the population (Waller *et al.* 2004). It is not known whether this life history strategy would enable it to establish and persist in domestic or wild sheep and goat populations in the NWT.

> ➤ ***Marshallagia* sp.**

---

**Summary:**
- ***Marshallagia* sp. is an abomasal nematode.**
- **Causes diarrhea, weight loss and anemia.**
- **Uncommon in domestic sheep in North America, but causes significant disease in domestic sheep and goats in Eurasia.**
- **The most common abomasal parasite in bighorn, Dall's and Stone's sheep.**
- **Evidence of negative impacts on body condition and pregnancy rates in Dall's sheep**
- **Transmission is by ingestion of infective larvae.**
- **Eggs are highly resistant in the environment.**
- **Natural transmission between wild and domestic species is unknown.**
- ***Marshallagia* sp. in Dall's sheep may represent a cryptic species**
- **No public health concerns.**

---

**General Overview:** *Marshallagia* spp. previously named *Ostertagia occidentalis*, are common trichostrongylid nematodes in many wild ruminants, including bighorn (Hoberg *et al.* 2001), Stone's (Jenkins and Schwantje 2004) and Dall's sheep (Kutz 2001, Neilson and Neiland 1974) in BC, Yukon, NWT and Alaska, and mountain goats in western North America (Jenkins *et al.* 2004a). *Marshallagia* spp. in North American wild ruminants have been referred to as *M. marshalli* or *occidentalis*, however, there is evidence indicating that those in mountain goats, Dall's, and bighorn sheep may be a distinct species (Hoberg *et al.* 2001). *Marshallagia* may affect host productivity and life expectancy at high infection intensities (Bye and Halvorsen 1983, Kutz 2001).

**Clinical signs in domestic sheep, goats and llamas:** *Marshallagia* is present, but uncommon in domestic sheep in Canada (Lichtenfels and Hoberg 1993). In Eurasia infection in domestic sheep and goats is much more common and causes clinical disease (Bye and Halvorsen 1983). Signs may include watery diarrhea, chronic weight loss and anemia (Kimberling 1988, Myer and Taylor 1989). *Marshallagia* sp. has been found in llamas in pockets of western US, but there were no associated reports of disease (Fowler 1998).

BLM_0051943

**Clinical signs in wild sheep:** Ulcerative lesions have been observed in the pyloric region of the abomasum in bighorn sheep and it has been suggested that these parasites 'can cause reduced vigor in bighorns' and reduced body condition and pregnancy rates in Dall's sheep (Kutz *et al.* 1999, Uhazy and Holmes 1971).

**Mode of transmission and lifecycle:** Eggs of *Marshallagia* are shed in the feces of Dall's sheep year-round although there is a higher abundance during winter months. Transmission is by ingestion of the infective third-stage larvae and the prepatent period for *Marshallagia* is approximately 4 weeks in Dall's/Stone's sheep hybrids (S. Kutz, B. Wagner, J. Heath unpubl. data).

**Environmental survival:** Eggs of this parasite are highly resistant in the environment. Evidence of year-round transmission in reindeer suggests that the infective larvae are probably quite stable in the environment as well (Halvorsen *et al.* 1999).

**History in wild sheep:** *Marshallagia* spp. is widespread and abundant in Dall's, Stone's and bighorn sheep in North America. In a cross-sectional study of 105 Dall's sheep collected from the Mackenzie Mountains in the winters of 1971 and 1972, Kutz (2001) observed that sheep with higher intensities of infection with *Marshallagia* spp. were in poorer body condition and less likely to be pregnant.

**Evidence of transmission among domestic and wild species:** *Marshallagia* spp. appear to have a wide host range. There have been no studies to determine transmission between wild and domestic sheep, however, experimental infections of domestic sheep with *Marshallagia* of muskox origin resulted in patent infections in the sheep at 6 weeks post infection (S. Kutz, B. Wagner unpubl. data). Additionally, it is thought that introductions of muskoxen to Spitsbergen resulted in infection of Svalbard reindeer with *Marshallagia* (Hoberg *et al.* 2001).

**Public health risk:** none.

**Additional comments:** *Marshallagia* spp. are known to cause clinical disease in domestic and wild sheep. It is possible that there are two different species circulating, one in wild sheep and goat herds and one in their domestic counterparts (Lichtenfels and Pilitt 1989). Consequences of the exchange of these 'wild' and 'domestic' species among wild and domestic hosts are unknown.

BLM_0051944

➢ *Nematodirus* spp.

---

**Summary:**
- *Nematodirus* spp. are pathogenic nematodes of the small intestine.
- Causes anorexia, diarrhea, dehydration.
- Reported in domestic sheep, goats and llamas.
- Causes severe disease in young domestic sheep.
- Not reported in wild sheep or goats in North America.
- Transmission is by ingestion of infective larvae.
- Eggs are highly persistent in the environment.
- No history of transmission from wild to domestic species.
- No public health concern.

---

**General overview**: *Nematodirus* spp. cause disease primarily in young domestic lambs, while adults are able to acquire some lasting immunity. In particular, *Nematodirus battus* is a serious pathogen in domestic sheep, cattle and llamas (Bishop and Rickard 1987, Hoberg *et al.* 2001). It is thought that the introduction of *N. battus* to Dall's sheep could have devastating consequences.

**Clinical signs in domestic sheep, goats and llamas:** *Nematodirus battus* causes explosive outbreaks of disease in domestic lambs. Clinical signs begin with anorexia, and progress to severe diarrhea and dehydration and death can result (Henderson 1990, Hoberg *et al.* 2001). It is also found in domestic goats. This parasite has been found in llamas, but clinical impacts are not known. Milder forms of disease may be associated with other *Nematodirus* spp.

**Clinical signs in wild sheep:** *Nematodirus battus* has not yet been reported from wild sheep or goats. Clinical signs associated with the other *Nematodirus* spp. have not been reported.

**Mode of transmission and lifecycle:** *Nematodirus* spp. have direct life cycles. Eggs are shed in the feces and larvae develop to the infective third stage and then hatch and are immediately infective.

**Environmental survival:** The eggs are very resistant to drying and freezing (Ash and Atkinson 1986). Some species seem to have some plasticity in their life cycle and can hatch from 2 months to 2 years after deposition on experimental plots in a temperate environment (Thomas 1991). *Nematodirus battus* may be limited in its northern distribution by climatic conditions.

**History in wild sheep and goats:** Several species of *Nematodirus* have been reported in wild sheep and goats in Alaska and the Mackenzie Mountains (see Appendix 4) (Hoberg *et al.* 2001, Jenkins and Schwantje 2004, Kutz 2001, Neilson and Neiland 1974).

BLM_0051945

**Evidence of transmission among domestic and wild species:** There is currently no evidence of transmission among domestic and wild species, however, domestic and wild sheep share a variety of other trichostrongyle nematodes and there is no reason to suspect that *Nemotodirus* spp. from domestic sheep and goats could not infect wild sheep. Susceptibility of wild goats is less certain.

**Public health risk:** None

> ➤ *Teladorsagia* **spp.**

**Summary:**
- *Teladorsagia* **spp. are abomasal nematodes.**
- **Cause diarrhea, dull coat and weight loss and occasionally death.**
- **Found in domestic sheep, goats and llamas.**
- **Uncommon in Dall's sheep and mountain goats.**
- **Transmission is fecal-oral.**
- **Eggs do not persist for long periods of time in the environment.**
- **Impacts on wild sheep are unknown.**
- **Evidence of natural transmission between wild and domestic species.**
- **No public health concerns.**

**General overview:** *Teladorsagia circumcincta* is considered one of the most significant pathogens in domestic sheep worldwide, but to date there are no reports of disease in wild species attributed to infection with this parasite (Hoberg *et al.* 2001). Range expansion of *T. circumcincta* in North American wildlife is coincident with historic introductions of domestic sheep (Hoberg *et al.* 1999). A related species, *T. boreoarcticus* is reported as native fauna of Dall's sheep, mountain goats, caribou, and muskoxen (Hoberg *et al.* 1999, Jenkins *et al.* 2004a, Kutz 2001)

**Clinical signs in domestic sheep, goats, and llamas:** There are two clinical syndromes caused by *T. circumcincta* in sheep and goats. Type I disease, caused by adult nematodes, usually occurs in mid to late summer. Clinical signs include profuse, watery, bright green diarrhea, dull coat, weight loss and poor-doing animals. Type II disease, seen in temperate regions, is a result of larval nematodes which enter a phase of arrested development in the abomasal mucosa during the winter. These larvae emerge synchronously in the spring and cause diarrhea, protein and blood loss, anorexia, dehydration and can lead to death in extreme cases (Urquhart *et al.* 1996). *Teladorsagia* spp. in llamas also undergo arrested development which can cause significant pathology (Rickard 1993)

BLM_0051946

**Clinical signs in Dall's sheep and mountain goats:** *Teladorsagia* is uncommon in Dall's sheep and mountain goats (Jenkins *et al.* 2004a, Kutz 2001, Neilson and Neiland 1974). There are no studies examining the impact of this parasite in these hosts.

**Mode of transmission and lifecycle:** *Teladorsagia* spp. have a direct life cycle as described above. Larval development to infective third-stage larvae for *T. circumcincta* takes 3-10 days at room temperature (Pandey *et al.* 1989, Salih and Grainger 1982). For *T. boreoarcticus,* development to L3 takes approximately 10-12 days at room temperature (J. Heath, B. Wagner, and S. Kutz, unpubl. data).

**Environmental survival:** Eggs of *T. boreoarcticus* do not survive extended freezing (Kutz and Heath, unpubl. data).

**History in wild sheep and goats:** *Teladorsagia boreoarcticus* is present, but uncommon in Dall's sheep in the Mackenzie Mountains and Alaska (Kutz 2001, Neilson and Neiland 1974). In the Richardson Mountains 'trichostrongyle' eggs, either of *T. boreoarcticus* or a related nematode common in caribou, *Ostertagia gruehneri,* are common and abundant in Dall's sheep in mid to late summer (J. Nagy, E. Jenkins, S. Kutz, unpubl. data). This range is heavily used by the Porcupine Caribou herd and these may be *O. gruehneri* spilling over from the caribou; the impacts on the sheep are not known. *Teladorsagia circumcincta* probably circulates in wild sheep populations in the US wherever there has been contact with domestic sheep or goats (Becklund and Senger 1967, Blood 1963, Hoar *et al.* 1996, Uhazy and Holmes 1971), yet the impact remains unknown (Becklund and Senger 1967, Blood 1963, Hoar *et al.* 1996, Uhazy and Holmes 1971).

    *Teladorsagia* spp. (possibly *T. boreoarcticus* or another cryptic species) is reported from mountain goats in Canada and the US (Hoberg *et al.* 2001, Jenkins *et al.* 2004a).

**Evidence of transmission among domestic and wild species:** *Teladorsagia* from domestic ruminants have been transmitted to bighorn sheep and probably mountain goats where these species have shared range (Becklund and Senger 1967, Blood 1963, Hoberg *et al.* 2001, Kistner *et al.* 1977). *Teladorsagia boreoarcticus* of muskox origin orally administered to two domestic sheep in early September underwent arrested development and subsequently developed to adult parasites the following March. Adult *T. boreoarcticus* were recovered on necropsy and severe abomasal pathology was observed (S. Kutz, B. Wagner unpubl. data).

**Public health risk:** none

**Additional comments:** With the possible exception of Dall's sheep in the Richardson Mountains, *T. boreoarcticus* tends to be uncommon in this species and probably does not pose much of a risk for transmission to domestic sheep, goats, and llamas. *Teladorsagia* spp. appears to be more common in mountain goats and may represent a source of infection for domestic species. In contrast, *T. circumcincta* in domestic sheep and goats is common and it is probable that this parasite could be introduced to wild sheep and goat range – the impacts of such an introduction are unknown.

BLM_0051947

*Trichuris* **spp.**

**Summary:**
- *Trichuris* **spp are whipworms of the caecum and colon.**
- *T. ovis* **is common in domestic sheep and goats and causes diarrhea, weight loss and anemia.**
- *Trichuris tenuis* **is common in llamas.**
- *Trichuris schumakovitschi* **is found in bighorn and Dall's sheep; effects unknown.**
- *Trichuris oreamni* **is found in mountain goats; effects unknown.**
- **Transmission is through ingestion of infective third-stage larvae.**
- **Eggs are extremely resistant in the environment.**
- **Transmission across species is unknown.**
- **No public health concerns.**

**General overview:** *Trichuris* spp. or whipworms, are present as adults in the caecum and colon of many ruminants including domestic sheep, goats, llamas, Dall's sheep and mountain goats. They can be pathogenic in domestic lambs and calves (Kimberling 1988, Knight 1974, Knight and Uhazy 1973, Matthews 1999, Rickard and Bishop 1991a). *Trichuris schumakovitschi* is present in wild sheep (Rickard and Bishop 1991a). *Trichuris* sp. now assumed to be *T. oreamnos* is reported from mountain goats in Canada and the United States (Boddicker *et al.* 1971, Brandborg 1955, Kerr 1966, Knight 1974) *Trichuris ovis* is most common in domestic sheep and goats (Kimberling 1988), while *T. tenuis* is found in llamas (Rickard and Bishop 1991a). Uncertainty regarding cross-species transmission warrant continued consideration of this parasite.

**Clinical signs in domestic sheep, goats and llamas:** In young sheep, goats and llamas, infection has been associated with poor weight gain, anemia and diarrhea, while clinical signs in adult animals are uncommon (Kimberling 1988).

**Clinical signs in wild sheep and mountain goats:** No clinical disease associated with this parasite has been reported in wild sheep. However, adult Dall's ewes collected from the Mackenzie Mountains had small white raised nodules in the mucosa of the caecum (S. Kutz, A. Veitch unpubl. data). Nielsen and Neiland (1974) reported similar observations in Dall's sheep in Alaska. In some animals the caecal mucosa, and in some cases the mucosa of the anterior colon, was dotted with small nodules. These round nodules were firm, ranged in size from two to seven millimeters in diameter and were elevated from one to three millimeters above the mucosa. It was suggested that these nodules were associated with an immune response to the developing *Trichuris* and found that there was an inverse relationship between nodule density and number of *Trichuris* individuals in four of five sheep.

BLM_0051948

**Mode of transmission and lifecycle:** Under favourable environmental conditions, the eggs reach infective stage in three weeks. Ingested larvae migrate through the mucosa of the caecum and anterior colon where they mature in 1-3 months (Monnig 1971).

**Environmental survival:** Eggs of *Trichuris* spp. are resistant to environmental extremes and persist for extended periods in the environment (Monnig 1971).

**History in wild sheep:** *Trichuris* spp. are common in bighorn, Stone's and Dall's sheep as well as in mountain goats (Jenkins and Schwantje 2004, Jenkins *et al.* 2002, Kutz 2001, Neilson and Neiland 1974, Samuel *et al.* 1977, Worley and Seesee 1992). The identification of *Trichuris* spp. from bighorn and Dall's sheep have been ambiguous and include *Trichuris* sp. *T. ovis,* and *T. discolor* (Becklund and Senger 1967, Boddicker and Hugghins 1969, Neilson and Neiland 1974, Uhazy and Holmes 1971). In 1973, specimens identified as *T. ovis* in a collection of bighorn sheep in Alberta, Canada (Uhazy and Holmes 1971) were re-described as *T. schumakovitschi* by Knight and Uhazy (1973), leaving some question as to the identity of *Trichuris* spp. in other bighorn sheep populations.  It is probable that the *Trichuris* sp. from the Nielsen and Neiland 1974 collection are also *T. schumakovitschi.*  The impact of *Trichuris* spp. on naïve lambs/kids, and the cost associated with mounting an immune response for adult animals are unknown for wild sheep and goats.

**Evidence of transmission among domestic and wild species:** *Trichuris schumakovitschi* has been reported from domestic sheep (Knight and Uhazy 1973). Prior to the redescription by Knight and Uhazy in 1973 *T. ovis* had been reported in bighorn sheep, however, it is now thought that these may have been *T. schumakovitschi.*

**Public health risk:** none.

**Additional comments:**  There is insufficient information to evaluate the potential impacts of cross-species transmission of *Trichuris* spp. among wild and domestic hosts. However, *Trichuris* spp. are important pathogens in young domestic animals and may be important in young and mature wild sheep and goats as well. The genus appears to be well adapted to survival under harsh conditions. It is, therefore, important to treat this nematode as a potentially important pathogen for both wild and domestic hosts.

BLM_0051949

## Ectoparasites

### *Linognathus pedalis*

Summary:
- ***Linognathus pedalis*** **is a sucking louse of domestic sheep.**
- **Clinical signs include feet-stamping, rubbing, self-mutilation and weight loss.**
- **Not reported in wild sheep.**
- **Reported in mountain goats, though clinical signs are unknown.**
- **Transmission is by close contact.**
- **Lice do not survive for long periods of time off the host.**
- **Usnally considered host-specific.**
- **No public health concerns.**

**General overview:** *Linognathus pedalis* is a sucking louse of domestic sheep. Lice are generally host-specific, but can infect other similar species. These lice reside on the legs and feet of the host, and infestations are most severe in winter and early spring (Kimberling 1988).

**Clinical signs in domestic sheep, goats and llamas:** Clinical signs may include stamping the feet, rubbing and self-mutilation, wool damage, reduced time spent feeding with subsequent weight loss, and occasionally anemia.

**Clinical signs in wild sheep:** *Linognathus pedalis* has not been reported in bighorn or Dall's sheep. This louse has been identified on mountain goats, though no associated clinical signs were reported (Durden 2001).

**Mode of transmission:** Transmission is via close contact with infested animals.

**Environmental survival:** The lifecycle is usually spent entirely on the host, with poor survival away from the host, although with *L. pedalis* the lice are able to crawl short distances across pasture to infest new hosts (Durden 2001).

**History in wild sheep:** No reports in wild sheep.

**Evidence of transmission among domestic and wild species:** Since lice are usually host-specific (Durden 2001) and this species of lice has not been reported in wild sheep, it is thought that the introduction of domestic species would not contribute to lice infestations in the wild sheep population, but this remains unknown.

**Public health risk:** None.

BLM_0051950

**Additional comments:** Louse infestation is considered normal in wild mammals. Severe infestations may cause clinical signs, but are rarely implicated in serious pathology (Durden 2001). However, as with any introduced pathogen, the effects of a novel agent on a naïve population are unknown.


### *Otobius megnini* (Spinose ear tick)

---

**Summary:**
- *Otobius megnini* is an ear tick
- **Causes painful bites resulting in rubbing, scratching and ulceration of the ear pinnae.**
- **Found on domestic sheep, goats and llamas.**
- **Reported in bighorn sheep and mountain goats.**
- **Not reported in Dall's sheep.**
- **Transmission is through close contact.**
- **The tick survives for long periods of time in arid to semi-arid climates.**
- **No obvious clinical signs reported in infected bighorn sheep.**
- **Will bite people.**

---

**General overview**: *Otobius megnini,* also called the spinose ear tick, is a soft-bodied tick that attaches deep in the ear canal of the host. This tick is native to North America. It infects domestic sheep, goats, mountain goats, bighorn sheep, white-tailed deer, mule deer, rabbits, and coyotes as well as numerous introduced species including domestic livestock and pets (Allan 2001, Demarchi *et al.* 2000a, Howard and Livingston 1986). *Otobius megnini* has not been reported in llamas.

**Clinical signs in domestic sheep, goats and llamas:** Painful bites and deep ear invasion result in head shaking, self-mutilation from rubbing and scratching, and ulceration of deep ear structures with accompanying deafness (Gregson 1973 in Allan 2001). In domestic animals, *Otobius* sp. can cause irritation and agitation, muscle spasms, hemorrhage and even death (Allan 2001).

**Clinical signs in wild sheep and mountain goats:** Similar to domestic species, but with less severity.

**Mode of transmission and lifecycle:** Larvae of *O. megnini* enter the ears of hosts, feed, and then molt to a first-stage nymph. This feeds and molts to a second stage nymph which then feeds and drops to the ground where it molts to an adult. Mating and oviposition occur on the ground with approximately 1500 eggs deposited (Hoogstral

BLM_0051951

1982 in Allan 2001). Close contact with infested animals or environmental contamination promotes transmission between animals.

**Environmental survival:** These ticks can resist long periods of starvation (up to 2 years) and tolerate lower humidities and higher temperatures than hard ticks (Allan 2001). The range of this *O. megnini* is generally limited to arid or semi-arid climates in southern and Pacific regions including BC.

**History in wild sheep:** *Otobius megnini* has not been reported in Dall's sheep in Alaska or Canada. It has been reported in bighorn sheep in British Columbia in low numbers, without obvious clinical signs (H. Schwantje unpubl. data).

**Evidence of transmission among domestic and wild species:** *Otobius megnini* has successfully colonized domestic sheep, goats, cattle, and other domestic species.

**Public health risk:** *Otobius megnini* bites people. This may be very painful, can result in intense local irritation, swelling and subcutaneous nodules that persist for several months. It may serve as a vector of diseases such as Q-fever (see *Coxiella burnetti*) and tick paralysis (Allan 2001).

**Additional notes:** Although clinical signs have not been reported in bighorn sheep, severe signs in domestic species, and the potential for severe disease in a naïve herd of domestic or wild species, warrant considering it an important parasite.


## Protozoa

### *Eimeria* spp. ('Coccidiosis')

**Summary:**
- *Eimeria* spp. are protozoan parasites of the gastrointestinal tract.
- Cause hemorrhagic diarrhea, weakness, dehydration and weight loss particularly in young animals.
- Found in wild and domestic ruminants worldwide, including domestic sheep, goats, llamas, wild sheep and mountain goats.
- Transmission is fecal-oral.
- Oocysts are very resistant in the environment.
- Clinical disease in wildlife is usually only seen in captive settings or where habitat loss promotes crowding
- Some overlap of *Eimeria* spp. in domestic and wild sheep and goats.
- No public health concerns.

**General overview:** *Eimeria* spp. are protozoan parasites of the gastrointestinal tract in wild and domestic ruminants worldwide. Most animals become infected in their first few

BLM_0051952

weeks of life, and disease is usually self-limiting, unless stressed or immunosuppressed (Matthews 1999).

**Clinical signs in domestic sheep, goats and llamas:** Clinical disease, known as coccidiosis, is caused by many different species of *Eimeria*. Clinical signs vary depending on species of *Eimeria*. Severely affected lambs and kids suffer from hemorrhagic diarrhea, weakness, listlessness, dehydration and weight loss, causing great economic losses (Kimberling 1988, Matthews 1999). *Eimeria* oocysts are commonly encountered from fecal flotation of camelids, however clinical illness is rare in these species in North America (Fowler 1998).

**Clinical signs in wild sheep:** Clinical disease in wild populations is rare and generally occurs only when animals are brought into captivity or when habitats are poor quality with overgrazing and crowding s (Duszynski and Upton 2001). When present, clinical signs in wild ruminants are similar to those in domestic animals (Kimberling 1988).

**Mode of transmission:** Oocysts sporulate in the environment. Transmission is by ingestion of these sporulated oocysts.

**Environmental survival:** Oocysts are very resistant to cold temperatures, and can overwinter on pasture (Matthews 1999).

**History in wild sheep:** *Eimeria* spp. are present in free-ranging Dall's, Stone's and bighorn sheep, particularly in the young lambs (Clark and Colwell 1974, Jenkins and Schwantje 2004, Kutz 2001, Uhazy *et al.* 1971) as well as in mountain goats (Jenkins *et al.* 2004a, Shah and Levine 1964).

**Evidence of transmission among domestic and wild species:** Although *Eimeria* are generally considered host specific (Fowler 1998), there are examples of these protozoa being shared between closely related species (Duszynski and Upton 2001). There appears to be an overlap of reported *Eimeria* spp. among domestic and wild sheep and goats, but the significance is unknown (Appendix 1). Studies on cross transmission are required to determine potential infectivity between Dall's sheep and mountain goats and domestic sheep and goats (Uhazy *et al.* 1971).

**Public health risk:** None

BLM_0051953

## *Neospora caninum*

**Summary:**
- *Neospora caninum* **is a protozoon parasite with a wide geographic distribution.**
- **Causes neurologic disease and abortion.**
- **Domestic sheep, goats and llamas can be affected.**
- **Infection in wild sheep is unknown.**
- **Transmission is transplacental and possibly through canine definitive hosts.**
- **Environmental survival is unknown.**
- **No reports in wild sheep or goats.**
- **Transmission from domestic sheep, goats or llamas to wild species is unknown.**
- **No known public health concerns.**

**General overview:** *Neospora caninum* is a recently identified protozoon parasite that is closely related to *Toxoplasma gondii*. Until 1988, this parasite had been misidentified as *Toxoplasma gondii* (Dubey and Odening 2001). It has been reported in Canada and the US in cattle, sheep, goats, llamas and alpacas, horses and one wild deer in California (Dubey 1999).

**Clinical signs in domestic sheep, goats and llamas:** Infection with *Neospora caninum* can cause neurologic signs and abortion in domestic sheep, goats and llamas (Dubey 1999).

**Clinical signs in wild sheep and mountain goats:** *Neospora caninum* has not been reported in wild sheep and mountain goats, however, this is a recently recognized parasite and testing for it in these species has been limited.

**Mode of transmission:** Ruminants serve as the intermediate host for this parasite and domestic dogs are the only known definitive host. Transplacental transmission can occur in ruminants; other modes have been described experimentally (Dubey and Odening 2001).

**Environmental survival:** Unknown (Dubey 1999).

**History in wild sheep and mountain goats:** No history in wild sheep and mountain goats. Neurologic disease has been reported in association with *N. caninum* in two deer: one free-ranging black-tailed deer (*Odocoileus hemionus columbianus*) in California and one zoo-reared deer in France (Dubey and Odening 2001).

**Evidence of transmission among domestic and wild species:** None.

**Public health risk**: None known.

BLM_0051954

### *Sarcocystis* sp.

**Summary:**
- *Sarcocystis* spp. are protozoon muscle parasites.
- Cause fever, stiffness, anorexia and weight loss.
- Domestic sheep, goats, llamas, wild sheep and mountain goats are all endemically infected with *Sarcocystis* spp.
- May cause clinical disease in infected wild and domestic animals, but often present with no obvious signs.
- Significance of infection in wild sheep and mountain goats is unknown.
- Oocysts are released in the feces of predators and ingested by grazing prey, where they migrate and encyst in muscle tissue.
- Very resistant in the environment.
- Evidence that domestic and wild sheep are susceptible to the same species of *Sarcocystis*.
- People may be infected through consumption of raw meat; clinical signs are rare.

**General overview:** *Sarcocystis* sp. are intracellular parasites with prey species intermediate hosts and predator species definitive hosts. Domestic sheep and goats (Matthews 1999), camelids (La Perle *et al*. 1999), Dall's sheep in Alaska and the Mackenzie Mountains (Neiland 1980; S. Kutz and E. Jenkins unpubl. data), bighorn sheep  and mountain goats (Dubey and Odening 2001) are endemically infected with *Sarcocystis* spp. Domestic sheep are commonly infected with *S. tenella,* domestic goats with *S. capracanis,* bighorn sheep with *S. ferovis* (Dubey 1983); the species in Dall's sheep (Neiland 1980) and mountain goats remain unknown (Dubey and Odening 2001, Foreyt 1989). There is suspicion of overlap between the *Sarcocystis* sp. infecting wild and domestic species, but this is currently unconfirmed.

**Clinical signs in domestic sheep, goats and llamas:** Domestic sheep, goats and llamas are infected with *Sarcocystis* spp. Only some species of *Sarcocystis* are pathogenic for the intermediate host (Dubey and Odening 2001). Domestic sheep showing signs of sarcocystosis develop fever, stiffness, anorexia, depression and weight loss, though mortality is low (Kimberling 1988).

**Clinical signs in wild sheep and mountain goats:** Little is known about the life cycle and clinical significance of *Sarcocystis* in wild sheep and mountain goats.

**Mode of transmission:** Infective sporocysts are released in the feces of the predator and accidentally ingested by the intermediate host or prey species, in which the parasite

BLM_0051955

migrates to skeletal muscle to complete its development (Dubey and Odening 2001, Kimberling 1988). Interestingly, species of *Sarcocystis* are generally more specific for the intermediate host than for the definitive host (Dubey and Odening 2001).

**Environmental survival:** Sporocysts survive in the environment for many months, and are resistant to freezing and disinfectants (Dubey and Odening 2001).

**History in wild sheep and mountain goats:** Neurologic disease in association with *Sarcocystis* sp. has been identified in raccoons, mink, skunk, seals and otters (Dubey and Odening 2001), but no clinical disease associated with the finding of *Sarcocystis* in wild sheep or mountain goats has been reported.

**Evidence of transmission among domestic and wild species:** There is evidence that both domestic sheep and wild sheep are susceptible to the same species of *Sarcocystis* (Dubey and Odening 2001).

**Public health risk:** *Sarcocystis* spp. usually infect closely related host species. People eating raw meat infected with a *Sarcocystis* spp. may become infected, but rarely is infection associated with clinical disease (Fayer 2004).

BLM_0051956

## Other Agents:

## Scrapie

**Summary:**
- **Scrapie is a transmissible spongiform encephalopathy caused by prion proteins.**
- **Causes a slowly progressive neurological disease characterized by incoordination, weight loss and intense itching.**
- **Seen in domestic sheep and goats.**
- **Not reported in wild sheep or mountain goats.**
- **Transmission is not fully understood.**
- **Prion proteins are highly resistant in the environment.**
- **No evidence for transmission from domestic sheep and goats to any wild species**
- **No known public health concerns.**

**General overview:** Scrapie is a serious disease in domestic sheep and occasionally goats. It is a transmissible spongiform encephalopathy (TSE) related to bovine spongiform encephalopathy and chronic wasting disease. TSE's are apparently caused by an infectious protein particle called a prion (Pugh 2002). This disease was first reported in Canada in 1938, and continues to be a reportable disease under the Health of Animals Act (Wenger and Tait 2001).

**Clinical signs in domestic sheep and goats:** The disease is slowly progressive, affecting the nervous system, causing changes in behaviour, incoordination, profound weight loss and intense itching causing affected animals to self-mutilate (Pugh 2002).

**Clinical signs in wild sheep:** There are no reports of scrapie in wild sheep.

**Mode of transmission:** The route of transmission is unclear, but it is thought to occur horizontally via contact with infective material as well as *in utero* (George 1990, Pugh 2002).

**Environmental survival:** Scrapie prion is extremely resistant to physical and chemical destruction and may persist in the environment for months to years (Smith and Sherman 1994).

**History in wild sheep:** Scrapie has never been reported in North American wild sheep or mountain goats. An undiagnosed disease resembling scrapie occurred in a mouflon *(Ovis musimon)* in the United Kingdom (Williams *et al.* 2001).

**Evidence of transmission among domestic and wild species:** None known.

BLM_0051957

**Public health risk:** None known although another TSE, bovine spongiform encephalopathy, does cause disease in people.

**Additional comments:** Although this disease has never been reported in North American wild sheep, it was suspected in the mouflon sheep (*O. musimon*), and because of its severity it should be treated as a potentially important disease for wild sheep and goats.

BLM_0051958

# Section 4. Identification of Health Hazards of Lower Concern

## Description

This section describes the pathogens of lower concern from Appendices 1-7. The criteria for designation to this category are as follows: 1) the agent may cause disease in any of the species of interest but is probably endemic in the population and introduction is unlikely to increase the prevalence or severity of the disease, or 2) the pathogen may cause significant disease but the probability of introduction or establishment is negligible because of limiting environmental conditions or it is rare in domestic sheep in Canada.

## Bacteria

### *Arcanobacterium pyogenes*

*Arcanobacterium pyogenes* is a gram-positive, pleomorphic rod found as part of the normal flora in the oral cavity of many species of ruminants. It can cause suppurative lesions or abscesses in ungulates (Wobeser 2001), and in wild sheep it has been isolated from lesions of lumpy jaw and from pneumonic lungs (Hoefs and Bunch 2001; E. Jenkins unpubl. data). To our knowledge there are no confirmed reports of *A. pyogenes* in mountain goats. Bacteria may be transmitted between wild and domestic sheep at mineral licks, but this point is controversial (Hoefs and Bunch 2001) and it is more commonly accepted that *A. pyogenes* is normal flora of the oral cavity in wild sheep.

In wild sheep, oral trauma from abnormal tooth wear, eating course feed or tooth eruption, allows bacteria to invade the mucosa and subsequently bony tissues leading to osteomyelitis and lumpy jaw (Hoefs and Bunch 2001). In contrast, in domestic sheep, goats and llamas *A. pyogenes* is often cultured from foot abscesses, and *Actinomyces* sp. is the organism more commonly cultured from lumpy jaw lesions (Fowler 1998, Hoefs and Bunch 2001, Kimberling 1988). Although lumpy jaw has been implicated in mortality of bighorn sheep in Banff National Park, there is no evidence that it affects bighorn sheep at a population level (Hoefs and Bunch 2001). In 1907, lumpy jaw was first described in Stone's sheep in the Stikine River valley in northern BC. In subsequent surveys, lumpy jaw was observed in Dall's sheep in Alaska in 1944, and again in the Yukon Territory between 1979 and 1985, where the overall prevalence was 37%, and in 1987 in the Northwest Territories where 28% were affected (Kutny and Stenhouse 1991). Compared to southern populations, the bighorn sheep in more northern regions and thinhorn sheep have a higher prevalence of lumpy jaw (Hoefs and Bunch 2001).

*Actinomyces pyogenes* was recovered from 7 pneumonic Dall's sheep in the Mackenzie Mountains. It appears to play a role as an opportunistic pathogen, and may have acted as a primary pathogen in two cases of acute fibrino-necrotizing pneumonia where adult rams died acutely in good body condition (E. Jenkins unpubl. data).

It is thought that this *A. pyogenes* is endemic in wild sheep, and the introduction of domestic sheep into Dall's sheep range would not affect the prevalence in wild sheep.

BLM_0051959

### *Fusobacterium necrophorum*

*Fusobacterium necrophorum,* an anaerobic, gram-negative rod, is found as part of the normal flora of most ruminant species (Kimberling 1988). Infections with this bacteria involve the mouth and feet, occasionally spreading to internal organs (Leighton 2001b).These bacteria have a synergistic effect with *A. pyogenes*, and mixed infections are common in ungulates (Wobeser 2001).

Foot infections with *F. necrophorum* cause weight loss, severe pain and lameness from abscesses. Oral infections cause salivation, reduced ability to masticate or swallow and weight loss. Occasional mortalities result from systemic involvement (Leighton 2001b).

Transmission has occurred when animals congregate at high densities in wet weather resulting in environmental contamination. Contributing factors include stress, crowding, high fecal contamination and contact with domestic ruminants. Outbreaks have also been observed when domestic sheep travel over crusted snow, damaging the interdigital skin.

Both sporadic and herd outbreaks have been documented in Canada and the US in mule deer (*Odocoileus hemionus*), white-tailed deer (*Odocoileus virginianus*) pronghorn (*Antilocapra americana*) and elk (*Cervus elaphus*), particularly where animals congregate around feed or watering areas and are in association with domestic ruminants. Although there are no specific reports of outbreaks in wild sheep, there is no known limit to the ruminant hosts in which it can be found both as normal flora and as a disease-causing agent (Kimberling 1988, Leighton 2001b). The introduction of domestic sheep, goats or llamas into Dall's sheep range is not thought to have an effect on the incidence of *F. necrophorum* disease because it is found in the normal oral cavity of most ruminants and disease is usually a result of environmental factors. It would be prudent, however, to sample wild Dall's sheep and mountain goats to determine if this bacteria is part of the native flora.

## Viruses

## Malignant Catarrhal Fever

Malignant Catarrhal Fever (MCF) is a fatal and multisystemic disease caused by ovine herpes virus-2 (OHV-2), that affects many domestic and wild ungulates worldwide (O'Toole *et al.* 2000). MCF was described in domestic cattle as early as the 1700's in Europe and the 1920's in North America (Berezowski 2000, Li *et al.* 1996, Woodbury 2002). The actual virus remains elusive, and to date has not been isolated in tissue culture. Evidence of the OHV-2 is, therefore, detected through a positive reaction of antibody to the wildebeest herpes virus (Heuschele and Reid 2001).

BLM_0051960

OHV-2 is non-pathogenic in 90-95% of domestic sheep in Canada (Wenger and Tait 2001) and healthy goats are commonly seropositive (Berezowski 2000). Llamas do not appear to be carriers of this virus (Li *et al.* 1996). Domestic sheep and goats could be potential carriers to other highly susceptible ruminants such as bison and cattle. In cattle and bison, malignant catarrhal fever is usually characterized by sudden onset with severe clinical signs and death (Schultheiss *et al.* 1998, Woodbury 2002). There is no satisfactory treatment for MCF (O'Toole *et al.* 2000). There are no reports of clinical disease caused by MCF virus in any captive or free-ranging wild sheep or mountain goats (Zarnke *et al.* 2002). In a study of free-ranging Dall's sheep in Alaska from 1997-2000, MCF-like viral antibody seroprevalence was 95% in the 222 animals sampled. Likewise, exposure to MCF has been identified in BC bighorn sheep (H. Schwantje unpubl. data). These animals had no known contact with domestic sheep or goats (Frolich *et al.* 1998, Zarnke *et al.* 2002). Seroprevalence in 54 mountain goats sampled in the US, from 1990-1995 was zero (Li *et al.* 1996). Wild sheep may carry their own or a very similar form of the sheep herpes virus that gives a false positive result when testing for OHV-2 from domestic sheep (Li *et al.* 1996), however this remains controversial. Based on the high antibody seroprevalence in Dall's sheep, it has been recommended to keep susceptible species such as cattle, separate from Dall's sheep (Zarnke *et al.* 2002).

## Parasites

## Helminths

### *Dictyocaulus filaria*

*Dictyocaulus filaria* is a common and pathogenic lung nematode of the Trichostrongylid family found in domestic sheep, goats, and llamas and causes verminous pneumonia in young animals (Kimberling 1988). Signs include coughing, increased respiratory rates, nasal and ocular discharge, weight loss and anorexia. Secondary bacterial infections may result. This parasite is more common in younger sheep; older sheep develop some immunity. *Dictyocaulus* spp. have not been reported from wild sheep or goats (Dau 1981, Kerr and Holmes 1966, Kutz *et al.* 2001, Kutz *et al.* 2002, Matthews 1999, Uhazy and Holmes 1971).

Larvae are shed in the feces and develop to infective third-stage larvae within 6-7 days under favourable conditions. When ingested by the ruminant host the larvae migrate to the lungs where they develop to adults in about 35 days and reside in the bronchi, or they may remain in an inhibited stage in the lung parenchyma and mature at a later date (usually spring) (Kimberling 1988). Larvae are shed in the feces for about 3 months. Third stage larvae are highly susceptible to desiccation but can withstand some freezing and can overwinter in temperate regions, particularly where they are covered with snow (Dunn 1969). In general the larvae of *Dictyocaulus* spp. are not as freeze tolerant as the protostrongylids.

BLM_0051961

Susceptibility of wild sheep and goats to *D. filaria* is unknown, however, given disease associated with this parasite in young domestic sheep and goats precautions should be taken to prevent translocation of this nematode to wild sheep range.

## Fascioloides magna

*Fascioloides magna*, or the giant liver fluke, was reported in cattle in Alberta in 1998 (http://www1.agric.gov.ab.ca). It is present in many wild and domestic ruminants primarily in North America, and is now common in the west along the northern Pacific coast and the Rocky Mountain trench (Pybus 2001). Infection occurs naturally in cattle and cervids and is typically subclinical. In contrast, domestic sheep, goats and wild sheep are aberrant hosts and signs include lethargy, weight loss, depression, anorexia and distended abdomen (Pybus 2001). Severe and usually permanent damage of the liver results in mortality within 6 months. Natural infections in bighorn sheep are rare, however experimental infections resulted in 100% mortality within 197 days post-infection (Foreyt 1996). One wild bighorn died acutely of blood loss when a fluke ruptured a major pulmonary blood vessel (T. Shury pers. comm.). Llamas are dead-end hosts: the flukes reach the liver, but rarely mature, and disease is not as severe as in domestic sheep (Foreyt 1996).

Eggs are shed in the feces, hatch in water and penetrate snail intermediate hosts to multiply then emerge and encyst on aquatic vegetation to be consumed by the host (Pybus 2001).

Although domestic sheep, goats and wild sheep are very susceptible to *F. magna* infection, rarely do they become patent and, therefore, they are presumed unimportant in the spread of this parasite (Kimberling 1988, Pybus 2001).

## Parelaphostrongylus tenuis

*Parelaphostrongylus tenuis*, a protostrongylid nematode, is the meningeal worm of white-tailed deer (WTD)(*Odocoileus virginianus*). It's distribution in Canada is limited to east of the Saskatchewan-Manitoba border (Lankester 2001). Transmission requires a gastropod intermediate host for development of the first-stage larvae shed in feces to the third stage larva that is infective to the definitive host. Suitable gastropod species for development are present in the NWT (S. Kutz, E. Jenkins unpubl. data). Infection of abnormal hosts, including bighorn sheep, and domestic sheep, goats, and llamas, results in severe debilitating neurological signs (Kimberling 1988, Lankester 2001). However, these hosts rarely become patent, and it is unlikely that they would introduce *P. tenuis* to Dall's sheep or mountain goats in the NWT.

BLM_0051962

### *Protostrongylus stilesi*

This protostrongylid lungworm is a common and widespread parasite in bighorn sheep (Uhazy and Holmes 1973), Stone's and Dall's sheep; prevalence in Dall's sheep in the NWT approaches 100% (Kutz *et al.* 2001, Kutz 2001, Veitch *et al.* 1998). Most wild sheep populations show no clinical signs. Under conditions of environmental stress, concurrent disease, poor nutrition or crowding, the lung damage caused by *P. stilesi* may predispose to pneumonia (Forrester 1971, Uhazy and Holmes 1973).

*Protostrongylus stilesi* larvae are shed in the host feces. They require an intermediate slug or snail host to develop into third stage infective larvae. When the infective intermediate host is accidentally ingested by the sheep host, the larvae emerge from the digested snail and migrate to the lungs where they develop into adults.

To our knowledge, *Protostrongylus stilesi* has not been reported in domestic sheep or goats. Nevertheless because parasites of the same genus can infect domestic sheep and goats, these parasites certainly warrant consideration in these species.

## Trichostrongylids

**Note: the Trichostrongylid family is comprised of a number of nematode parasites with varying pathogenicity. There are some trichostrongylids for which little is known but that are of potential concern and they were presented in the Section 3. The following trichostrongylids are thought to be of lower concern. To be complete, the general overview, clinical signs, lifecycle and transmission are presented in both sections.**

Gastrointestinal trichostrongylids are a family of nematode parasites found in the abomasum or intestines of wild and domestic ruminants. Left untreated, gastrointestinal trichostrongyles are a major cause of production loss for domestic sheep and cattle. It is increasingly recognized that trichostrongyles have important subclinical effects in wild ruminants as well (Albon *et al.* 2002, Arneberg *et al.* 2002, Kutz *et al.* 2004b, Stien *et al.* 2002, Worley and Seesee 1992).

The natural parasite fauna of wild sheep and goats and domestic sheep and goats differ, however, trichostrongyles tend to have a fairly broad host range (Hoberg *et al.* 2001). As a result, in the USA and parts of southern Canada, the fauna in wild sheep and goats is a mixture of endemic and introduced species (Hoberg *et al.* 2001). The impacts of the exchange of trichostrongylid parasite species among wild and domestic sheep have not been extensively studied. However, at the very least, the net increase in parasite abundance may be expected to have potentially negative impacts on production and survival of the recipient species.

BLM_0051963

**Clinical signs in domestic sheep, goats and llamas:**  Differences in pathogenicity exist among species of trichostrongylids. In general, clinical signs include anorexia, weight loss, poor hair coat, reduced fecundity, diarrhea, anemia, and protein loss.

**Clinical signs in wild sheep and mountain goats:** As for domestic species.

**Transmission and lifecycle:** The general lifecycle of parasites in this family is a direct cycle. The eggs are shed in the feces, and the larvae develop to the infective stage within about 2 weeks at 20C. The infective larvae migrate to vegetation, and are ingested by the ruminant host. They then may develop to adult nematodes immediately or migrate into the mucosa of the abomasum (or small intestine) and enter arrested development for variable periods of time (Bowman 1995, Kimberling 1988, Urquhart *et al.* 1996).

**Environmental Survival:** Varies according to the species.

**Evidence of transmission among domestic and wild species:**  Many gastrointestinal trichostrongylids are generalists and have a wide host range; it is thought that many species can be transmitted among domestic sheep, goats or llamas and Dall's sheep and mountain goats (Hoberg *et al.* 2001, Zaffaroni *et al.* 2000).

**The following members of this family, listed alphabetically, are considered minor risks and will be discussed in brief: *Camelostrongylus mentulatus*, *Cooperia* spp. *Ostertagia* spp.  and *Trichostrongylus* spp.**

➤ ***Camelostrongylus mentulatus*** is a pathogenic nematode of llamas. It causes gastritis, chronic emaciation, and death (Rickard and Bishop 1991a).  Introduced to the United States, this parasite is circulating in free-ranging herds of African bovids and llamas but has not been reported from Canada (Hoberg *et al.* 2001). It has been shown experimentally that it can infect domestic sheep and goats (Thornton et al. 1973 in Hoberg *et al.* 2001) and it is possible that wild sheep and goats could also be susceptible.

➤ ***Cooperia* spp.** There are six known species of *Cooperia* in North America. These nematodes are primarily parasites of domestic cattle and sheep, but are found in various wild bovids and cervids (Hoberg *et al.* 2001). They reside as adults in the small intestine. When present in high numbers in domestic kids and lambs these parasites result in hemorrhage, anemia, diarrhea and malnutrition (Kimberling 1988). Llamas are also infected with *Cooperia,* though a different species (Hoberg *et al.* 2001). *Cooperia* spp. are rarely found in bighorn sheep and occur in large numbers only when conditions are favourable for reinfection from another species (Neilson and Neiland 1974, Worley and Seesee 1992). Their significance is unknown. This genus is considered to occur only in warm climates (Neilson and Neiland 1974) and is therefore unlikely to establish at northern latitudes.

BLM_0051964

➢ ***Ostertagia* spp.** are abomasal nematodes that is occasionally found in domestic sheep and goats (Lichtenfels *et al.* 1988). *Ostertagia* spp. has been reported in llamas, and in one report 3/3 affected animals died (Windsor 1997). *Ostertagia ostertagi* was reported in Alaskan Dall's sheep that shared range with bison (Neilsen and Neiland 1974) and has been reported from mountain goats in Alberta and South Dakota and bighorn sheep in the US as well as British Columbia (Hoberg *et al.* 2001). *Ostertagia gruehneri* is reported, though uncommonly, in Dall's sheep in the Mackenzie Mountains. It has been shown to reduce fecundity of Svalbard reindeer (Albon *et al.* 2002). The susceptibility of domestic sheep to *O. gruehneri* is unknown. Given the low prevalence of *O. gruehneri* in wild sheep and of *O. ostertagi* in domestic sheep, goats, and llamas, interspecies transmission of either parasite is unlikely.

➢ ***Trichostrongylus* spp.** are small nematodes of the abomasum or small intestine. They are found in domestic sheep, goats and llamas, wild bighorn sheep, horses, and rarely in mountain goats (Hoberg *et al.* 2001). They have not been recorded from Dall's sheep (Kutz 2001, Neilson and Neiland 1974). Clinical disease is similar to that seen for other trichostrongyles. Infection of wild ruminants is thought to be from domestic species (Hoberg *et al.* 2001). Free-living stages of this genus are not adapted to surviving cold, arid conditions, which may explain its rarity at subarctic to arctic latitudes (Kates in Neilson and Neiland 1974).

## Ectoparasites

### *Psoroptes* sp.

*Psoroptes* are small non-burrowing mites that live on the body and in the ears of susceptible hosts. These cause severe disease in domestic sheep (Kimberling 1988), goats (Matthews 1999)and llamas (Foreyt *et al.* 1992) and wild sheep and goats. *Psoroptes* is reportable in Canada and has not been reported in this country for at least 10 years (L. Polley pers. comm.). *Psoroptes ovis* occurs more commonly in sheep and lives primarily on the body, while *Psoroptes cuniculi* occurs more frequently in goats and resides in the ears (Pugh 2002). *Psoroptes* sp. occurs very rarely in llamas, but the species is presently unknown (Fowler 1998).

Clinical signs seen in domestic animals are most common in late fall or winter, and include intense itching, self-trauma, head-shaking and crusty scabs either on the body or in the ears (Pugh 2002). Infection spreads rapidly through herds and flocks. Treatment of domestic animals is possible, although mites can survive 7-9 days on the host following treatment (Foreyt 1985). There are also periods of latency during which time clinical disease is inapparent, posing a possible risk to other animals in contact (Boyce *et al.* 1991)

BLM_0051965

*Psoroptes ovis* has a 2 week lifecycle consisting of 5 different stages of development occurring entirely on the host. During the fall, the mite multiplies rapidly, causing severe damage to the host. In the spring and summer, the mites are inactive, but remain on the host. The mite can survive off the host for up to 3 weeks.

*Psoroptes* sp. is widespread in bighorn sheep in parts of the US (Bunch *et al*. 1999, Norrix *et al*. 1995) but is not reported in Canada. It is thought that this parasite was introduced into bighorn sheep populations in the 1800's by domestic sheep, however the taxonomy is confusing, so the original source, as well as the exact species of *Psoroptes* in wild sheep, remains unknown (Boyce *et al*. 1991, Bunch *et al*. 1999). An alternative hypothesis is that *Psoroptes* mites were introduced with wild sheep migrating to North America across the Bering land bridge during the Pleistocene, but no evidence of exposure to this mite has been found in Dall's sheep, which is incompatible with this theory (Boyce and Zarnke 1996).

Infection in wild sheep presents as either lesions on the body, in the ears or both. Often infection is restricted to the ears (Bunch *et al*. 1999). In severe cases ears can be completely occluded with crusty exudates; this is thought to cause hearing loss resulting in impaired awareness, identification and localization of predators (Lange *et al*. 1980, Norrix *et al*. 1995). Lesions covering a large percentage of the body in some animals have been reported, particularly in naïve herds, resulting in significant hair loss and emaciation, and devastating mortality and extirpation of some bighorn herds (Bunch *et al*. 1999, Foreyt 1997, Lange *et al*. 1980, Schwantje 1988a). Greater than 90% of the bighorn herd in the San Andres National Wildlife Refuge was lost due to *Psoroptes* infection from 1979 to 1989 (Bunch *et al*. 1999, Lange *et al*. 1980, Mazet *et al*. 1992).

Transmission from infected bighorn to Stone's sheep in captivity has been documented (Foreyt 1997). There are no reports of infection of free-ranging thinhorn sheep (Bunch *et al*. 1999). Experimental attempts to transmit *Psoroptes* mites from infected bighorn sheep in New Mexico to domestic sheep and cattle failed (Wright *et al*. 1981). Until more is known about the source and cross-species transmission, mite infections in domestic and wild sheep and goats should be considered as a serious potential threat for two-way transmission (Bunch *et al*. 1999, Mazet *et al*. 1992). However, because psoroptic mange is not present in Canada at this time, this parasite is of low concern for animals in this country.

## Protozoa

### *Cryptosporidium* sp.

*Cryptosporidium* is an intestinal protozoon found in most mammals world wide, including domestic sheep and goats and llamas. *Cryptosporidium parvum* is the species most frequently reported in domestic and wild mammals (Duszynski and Upton 2001). Adults may carry and shed the oocysts in low numbers showing no clinical signs (Duszynski and Upton 2001), consequently new additions to any flock or herd are a potential source of environmental contamination (Matthews 1999).

BLM_0051966

Most animals become infected in the first 3 weeks of life. Many do not show signs, and the infection is usually self-limiting (Kimberling 1988). However, it can cause mild to severe diarrhea, dehydration, weakness, anorexia, weight loss and depression, and occasionally death, particularly from mixed viral or bacterial infections (Pugh 2002). Clinical signs usually last for a few days (Blood and Radostits 1989), followed by immunity in the exposed animal. There is no treatment for this disease (Blood and Radostits 1989). This protozoon is zoonotic, and can cause severe disease in human beings, particularly those who are immunocompromised. The oocysts are shed in the feces, and are immediately infective to subsequent hosts via the fecal-oral route (Blood and Radostits 1989).

Outbreaks of disease have been reported in many captive wild ungulates in crowded settings. Outbreaks are most common in the spring when there is increased precipitation and high numbers of young susceptible animals (i.e. lambing) (Duszynski and Upton 2001). There is evidence that this organism is widespread in wildlife populations worldwide (Duszynski and Upton 2001) and that contact with domestic animals infected with *C. parvum* would not change the occurrence of disease in either wild or domestic species. However, *Cryptosporidium* has not yet been reported in free-ranging bighorn or Dall's sheep or mountain goats.

## Toxoplasma gondii

*Toxoplasma gondii* is a protozoon tissue parasite. Sheep, goats and possibly llamas and many other vertebrates (Fowler 1998) are intermediate host and felids are the only known definitive hosts. Abortion, stillbirth and neonatal deaths are the most common form of disease in the intermediate host, and should be considered in flocks of sheep, goats and possibly llamas with high rates of reproductive failure (Fowler 1998). Domestic sheep can be affected with encephalitis, ocular disease, or reproductive forms. If ewes carry lambs to term, they are usually stillborn or weak, often dying shortly after birth. Ewes with encephalitis are found circling with incoordination and muscle rigidity. With the ocular form, animals have impaired vision with abnormal papillary reflexes (Kimberling 1988).

The parasite is excreted in wild or domestic feline feces, consumed by grazing ruminants, and becomes encysted in muscle tissue. Ingestion of contaminated materials by the definitive host completes the lifecycle (Kimberling 1988). *Toxoplasma gondii* oocysts are very resistant and can survive for over a year in soil or on pasture (Matthews 1999).

Antibodies to *T. gondii* were detected in bighorn sheep in the western United States, and Dall's sheep in Alaska (Dubey and Foreyt 2000, Zarnke *et al.* 2000). Encephalitis caused by *T. gondii* was reported in one free-ranging Rocky Mountain bighorn juvenile in Washington, U.S. (Baszler *et al.* 2000). Although the significance of this protozoa in causing abortions and other clinical signs is unknown in wild sheep and goats, it should be considered in populations with low fecundity and recruitment (Dubey and Foreyt 2000). Because this protozoon parasite appears to be endemic in both wild and domestic ruminant populations as well as in wild and domestic cats, it is unlikely that

BLM_0051967

contact between Dall's sheep or mountain goats and domestic sheep, goats or llamas would affect the prevalence of *T. gondii* in any of these species.

BLM_0051968

# Section 5. Organisms Posing No Apparent Risk.

## Description

According to our current understanding, the following list of organisms from appendices 1-7 appear to pose no additional risk to either domestic sheep, goats or llamas and wild sheep and goats when in potential contact. Note, however, that as our understanding of the biology, effects and geographic distribution of these organisms increases, that some may be found to be of greater concern. Criteria for this category include: 1) the organism is not present in the species of interest in Canada, OR 2) the organism causes no known disease in any of the above species OR 3) there are no records or suspicions of any transmission between the above species. For these reasons, the following organisms will not be discussed further.

## Bacteria

*Acholeplasma oculi*
*Actinobacillus lignieresii*
*Actinomyces lamae*
*Actinomyces bovis*
*Actinomyces* sp.
*Anaplasma ovis*
*Anaplasma* sp.
*Bacillus piliformis*
*Bacillus sp.*
*Bacteroides fragilis*
*Bordetella* sp.
*Branhamella ovis*
*Burkholderia pseudomallei*
*Campylobacter fetus*
*Campylobacter jejuni*
*Clostridium botulinum*
*Clostridium chauvoei*
*Clostridium haemolyticum*
*Corynebacterium renale*
*Dermatophilus congolensis*
*Enterococcus* sp.
*Escherichia coli*
*Francisella tularensis*
*Histophilus* sp.
*Hemophilus ovis*
*Hemophilus somnus*
*Klebsiella pneumoniae*
*Leptospira* spp.
*Listeria monocytogenes*
*Moraxella bovis*
*Moraxella lacunata*

BLM_0051969

*Moraxella lacunata*
*Moraxella liquefaciens*
*Mycobacterium avium*
*Mycobacterium tuberculosis*
*Mycoplasma agalactia*
*Mycoplasma bovis*
*Mycoplasma capricolum*
*Neisseria* sp.
*Nocardiosis* sp.
*Rhodococcus equi*
*Salmonella* sp.
*Salmonella typhimurium*
*Staphylococcus* sp.
*Streptococcus* sp.
*Streptococcus zooepidemicus*
*Ureaplasma*
*Yersinia enterocolitica*
*Yersinia pseudotuberculosis*

## Viruses

Akabane virus disease
Bovine adenovirus
Bovine herpes virus 1
Bovine parvovirus
Camel pox
Caprine arthritis encephalitis virus
Caprine herpes virus
Cache Valley virus
Corona virus
Equine herpes virus type 1
Influenza A virus
Influenza B virus
Louping ill encephalomyelitis
Ovine herpes virus 1
Ovine lentivirus (ovine progressive pneumonia)
Papilloma virus
Rabies virus
Rift Valley fever
Vesicular stomatitis

## Fungal

*Absidia corynebifor*
*Aspergillus* sp.
*Microsporum canis*
*Trichophyton canis*

92

BLM_0051970

*Trichophyton gypseum*
*Trichophyton mentagrophytes*
*Trichophyton verrucosum*


## Parasitic

**Helminths:**
*Bunostomum* sp.
*Capillaria* sp.
*Coenurus cerebralis (Taenia multiceps)*
*Dicrocoelium dendriticum*
*Dictyocaulus viviparous*
*Echinococcus granulosus* (hydatid cysts)
*Elaeophorosis schneideri*
*Fasciola hepatica*
*Graphinema aucheniae*
*Moniezia benedini*
*Moniezia expansa*
*Moniezia* sp.
*Muellerius minutissimus*
*Oesophagostamum* sp.
*Oesophagostamum venulosum*
*Onchocerca* sp.
*Pelodera strongyloides*
*Protostrongylus rufescens*
*Protostrongylus rushi*
*Strongyloides papillosus*
*Strongyloides* sp.
*Taenia hydatigena*
*Thelazia californiensis*
*Thelazia rhodesii*
*Thelazia* sp.
*Thysaniezia giardi*
*Thysanosoma actinoides*


**Protozoa:**
*Eperythrozoon* sp.
*Giardia* sp.
*Pneumocystis carinii*
*Trichomonas* sp.
*Trypanosoma* sp.


**Ectoparasites:**
*Cephenemyia* sp.

BLM_0051971

*Chorioptes caprae*
*Chorioptes bovis*
*Chorioptes ovis*
*Chorioptes* sp.
*Damalinia breviceps*
*Damalinia caprae*
*Damalinia oreamnidis*
*Demodex caprae*
*Demodex ovis*
*Linognathus ovillus*
*Linognathus stenopis*
*Microthoracius cameli*
*Microthoracius mazzai*
*Microthoracius praelongiceps*
*Psoroptes cuniculi*
*Sarcoptes scabei*
*Vermipsylla* sp.

94

# Section 6. Organisms of Concern in the Northwest Territories.

## Description

The organisms in this category pose no risk in our species of interest, but are of concern in Northwest Territories and thus are presented for the sake of completeness. Criteria for diseases in this category are: 1) present and of concern in Northwest Territories in indigenous species AND 2) no evidence of these diseases in domestic sheep, goats or llamas in western Canada and wild sheep or goats.

## Anthrax

Anthrax is a federally reportable disease infecting wild and domestic animals caused by a gram-positive bacillus, *Bacillus anthracis*. This bacteria is found throughout the world, and is of particular concern in bison (*Bison bison*) in Northwest Territories. The bacteria reside in the soil, and infect the host while grazing or during activities that disturb the soil, causing aerosolization of bacterial spores, resulting in severe and usually fatal septicemias. Infection is attributed to geographic location (environments where soil is contaminated with *B. anthracis* spores) rather than by direct transmission between species (Gates *et al*. 2001). Although domestic sheep, goats and llamas and Dall's sheep and mountain goats are all susceptible to anthrax, it is only sporadically reported in domestic sheep and goats in Canada.

## Brucellosis

Brucellosis is caused by gram-negative cocci, coccobacilli or short rods resulting in reproductive disease in susceptible species. Infected animals suffer from abortion, birth of non-viable young, infections of the reproductive tract and infertility. In Canada, *B. abortus* is reportable, and is currently found only in wood bison in the NWT and northern Alberta. This disease is important for its economic impacts on the national livestock industry, as well as for its zoonotic potential (Dubay *et al*. 2003, McCorquodale and DiGiacomo 1985). There have been no cases of brucellosis infection (*B. ovis*) in domestic sheep in Canada in the past 10 years. Out of 73 Dall's sheep caught near Tok, Alaska, three animals had positive titers to *Brucella* sp.(Foreyt *et al*. 1983). *Brucella suis* is common in northern caribou herds and there is substantial overlap between Dall's sheep and caribou range, posing some potential for transmission to Dall's sheep (Tessaro and Forbes 1986, Brett Elkin unpubl. data). Brucellosis has never been confirmed in wild sheep in Canada (Dubay *et al*. 2003) and it is suggested that wild ungulates are of little importance as a disease reservoir for domestic animals (McCorquodale and DiGiacomo 1985).

95

BLM_0051973

## Tuberculosis

Tuberculosis is a federally reportable disease caused by the gram-positive bacteria: *Mycobacterium bovis* characterized by granulomatous lesions of the lymph nodes and the lungs, causing weakness, debilitation and death. Tuberculosis is present in wood bison in Wood Buffalo National Park in Northwest Territories, and elk and white-tailed deer in Riding Mountain National Park in Manitoba (Joly and Messier 2004, Lees *et al.* 2003). It is transmitted through inhalation or ingestion of infective particles(Clifton-Hadley *et al.* 2001). The disease has been eradicated in the rest of Canada and is not considered a risk associated with the species of interest.

BLM_0051974

# Discussion

> **General:**

The objective of this report was to identify known pathogens for domestic sheep, goats and llamas, and wild sheep and goats, for the purposes of assessing the potential health risks to these species associated with the introduction of domestic species into the western NWT. Perhaps the most profound finding of this risk assessment is the identification of numerous infectious agents for which we know very little concerning the identity, geographic distribution, transmission dynamics, and impacts in Dall's sheep and mountain goats. According to the Canadian Cooperative Wildlife Health Centre guidelines for preparing risk assessments(http://wildlife1.usask.ca/ccwhc2003/), the great number of unknowns should have precluded the continuation of the assessment. However, given the importance of infectious diseases, particularly introduced pathogens, in severe population die-offs in bighorn sheep, combined with the growing interest in developing the domestic livestock industry in the NWT (Anonymous 2004), we felt it prudent and timely to develop this pro-active assessment using the available information for Dall's sheep and mountain goats but also relying heavily on the bighorn sheep literature.

> **History of bighorn sheep in North America:**

Prior to European settlement in North America, bighorn sheep were much more widespread and numerous than today (Dubay *et al.* 2003). Numbers of bighorn sheep in the mid-1800's were estimated at 1.5 to 2 million (Queen *et al.* 1994). Since the turn of the century, bighorn sheep numbers in North America have dropped substantially (Festa Bianchet 1988, Jones and Worley 2004, Schommer and Woolever 2001). The most important disease affecting bighorn sheep survival in Canada is pneumonic pasteurellosis (Foreyt 1994) but in many cases just as in domestic animals, stress is a factor predisposing sheep to other diseases. Probable stressors for bighorn sheep are parasitism, poor nutrition, inclement weather, multiple parasite burdens, overcrowding, predation (Jones and Worley 2004), and human disturbances such as road construction, habitat degradation, harassment by people or dogs, loss of escape cover, noise and high dust levels (Festa Bianchet 1988, Jenkins *et al.* 2000). Bighorn sheep numbers in the United States are now estimated at less than 1% of what they were prior to human settlement (Martin *et al.* 1996).

Disease susceptibility of bighorn sheep appears to be very different from that of domestic sheep. Bighorns did not co-evolve with the same set of pathogens as domestic sheep (Dubay *et al.* 2003). Domestic animals, reared in high density flocks and herds, have been selected for disease resistance and are subjected to regular treatment with anthelmintics and vaccines (Jessup 1985). Additionally, results of in vitro studies comparing immune function of wild versus domestic sheep found profound differences, demonstrating a reduced capacity of bighorn immune cells to kill bacteria (Dubay *et al.* 2003). Dall's sheep are also thought to have a reduced ability to respond immunologically to bacteria and viruses commonly seen in domestic sheep (Foreyt *et al.* 1996). Bighorn sheep have exhibited lower tolerance to habitat destruction, competition and other stressors than other North American wild ungulates (Martin *et al.* 1996,

BLM_0051975

Schommer and Woolever 2001). We have assumed that Dall's sheep may exhibit similar disease susceptibility and expression to bighorn sheep.

There are numerous cases demonstrating the susceptibility of naïve populations of wild sheep to respiratory pathogens of domestic animals. Dall's sheep in the Mackenzie Mountains, appear to be naïve to respiratory pathogens commonly implicated in pneumonia in both domestic and bighorn sheep (Jenkins 2005). In naïve populations, disease would be more severe than that of an adapted population (Zarnke and Rosendal 1989).

Many bighorn sheep die after direct contact with domestic sheep, while domestic sheep appear to be refractory to most wild sheep pathogens (Martin *et al.* 1996, Schommer and Woolever 2001). Unfortunately, wild and domestic sheep and goats demonstrate similar social behaviours, and will commingle when on shared range (Dubay *et al.* 2003). Bighorn rams have even been known to breed domestic ewes during rut (Aune *et al.* 1998, Spraker and Adrian 1990).

> **Bighorn sheep management:**
In attempts to keep bighorn and domestic sheep separated, managers in some regions have instituted buffer zones. Suggested buffers of 15 or 25 km have been thought to be adequate, however when the biology of a ram in rut is taken into consideration, these distances may not suffice. In 1984, Festa-Bianchet reported 100 km movements of radio-collared rams during rut (Onderka and Wishart 1984).

Domestic sheep are also known to travel long distances. In one case, a stray ewe traveled a minimum of 48 km from private land to bighorn range. This journey took the ewe through very rugged terrain, heavy timber, and at least one river crossing (Coggins 2002). In 1998, the Bureau of Land Management in Idaho recommended buffer zones of 13.5 km between domestic sheep and bighorn sheep, unless natural barriers prevented contact. However, bighorns in that same area have been documented traveling up to 80 km through towns, and crossing major rivers (Coggins 2002). Currently, in BC a 16 km or natural barrier buffer is recommended, but not legislated (Demarchi *et al.* 2000b).

In 1995, the United States District Court in Oregon examined the issue of incompatibility between domestic and bighorn sheep, and Magistrate Judge Donald C. Ashmanskas found that scientific research supported the conclusion that an incompatibility exists, and the only way to avoid the associated die-offs is to keep the two species separate (Schommer and Woolever 2001). Although there is more evidence implicating domestic sheep in association with bighorn die-offs, domestic goats should be considered just as dangerous to bighorn sheep (Coggins 2002), and should be managed away from wild sheep range. Based on the vast experience of wildlife managers, veterinarians and researchers specializing in the domestic sheep and bighorn sheep compatibility issue, contact between domestic sheep and wild sheep is not recommended (Adams and Zehnder 2002, Coggins 2002, Demarchi *et al.* 2000a, Demarchi *et al.* 2000b, FestaBianchet 1988, Foreyt *et al.* 1996, Jessup 1985, Krausman 1996, Martin *et al.* 1996).

> **Dall's sheep and mountain goats in the north:**
Thinhorn sheep and mountain goats in the NWT reside in remote and rugged landscapes, largely uninhabited and unaltered by human activities. They are valuable

BLM_0051976

components of the ecosystem as well as important for the local tourist economy. In the future, disturbance of these species will increase as a result of a greater human footprint associated with resource exploration and extraction, road construction, and tourism in these remote regions (Blood 2000, Case 1989, Ferguson *et al.* 1985). Concurrently, rapid and unprecedented climate change is having physical and biological effects on the ecosystem which may impact the health of wildlife in these regions (Kutz et al. 2004, Kutz et al. 2005, Jenkins et al. 2005c).

Mountain goats are the least studied ungulate in NWT, research being limited by the difficulty in access and the high costs involved in surveying this remote region (Veitch *et al.* 2002). Very little is known about the health status of free-ranging mountain goats in the NWT (and elsewhere), and with reports of groups of mountain goats in the Yukon Territory recently disappearing, either due to mortality or dispersal (Veitch *et al.* 2002), managers should be conservative about assumptions regarding disease susceptibility in this species.

In contrast to bighorn sheep, no large-scale disease-related die-offs have been reported in Dall's sheep. Numerous skulls were collected from a suspected "population crash" in Mount McKinley National Park in Alaska in 1944, but the cause remains unknown (Simmons *et al.* 1984). These Dall's sheep are exposed to stressors similar to those experienced by bighorns, such as predation, human harvest, high parasite loads, and long and severe winters (Heimer *et al.* 1992). A key distinction between healthy wild sheep populations and those experiencing population-level mortality events appears to be contact with people and domestic animals (Schwantje 1986, Schwantje 1988b). The absence of large-scale disease-related die-offs in Dall's sheep is presumably attributed primarily to: (1) the limited anthropogenic stressors compared to those experienced by bighorn herds in the more populated south, and (2) the absence of contact with domestic sheep and goats and therefore no introduction of their associated pathogens (Foreyt *et al.* 1996, Jenkins *et al.* 2000).

It is difficult at this time to envision domestic sheep in the Northwest Territories; however, near Palmer, Alaska, domestic sheep were translocated into Dall's sheep winter ranges without knowledge of, or permission from, state wildlife authorities (Heimer *et al.* 1992). Fortunately, no ill effects were reported for Dall's sheep, but this emphasizes the need for pro-active management and local restrictions prohibiting domestic sheep in wild sheep range.

Sheep, goat and llama farming in the NWT is currently minimal. However there is a move to expand domestic livestock production in the NWT. Farming boosts local economies, is an important part of our heritage and provides large tracts of land as habitat for many wildlife species (Schommer and Woolever 2001). As well, climate warming and habitat alterations mean that agriculture may someday be a more feasible industry in the north.

Simultaneously, wildlife managers are striving to maintain the ecological balance of the Mackenzie and Richardson Mountains, and to prevent the problems associated with human development and translocation of wild and domestic animals. However, changes in the distribution of wildlife, possibly in response to climate change or habitat alterations, may also lead to northward shifts in the pathogens normally associated with central and southern North America. Within the last few years, there have been reports of mule deer and white-tailed deer in the Mackenzie River Valley (Veitch *et al.* 2002) and

BLM_0051977

the Yukon Territory (Hoefs 2001), presumably bringing new parasitic, bacterial and viral fauna that may pose threats to native species.

> **Management recommendations:**

It is unfortunate that studies on such valued resources are often initiated following a die-off or decline. In North America, billions of dollars have been spent on retroactive management of the wild sheep/domestic sheep and goat issue (H. Schwantje, I. Adams, V. Coggins pers. comm.). In 2000 and 2001, BC biologists visited 19 sheep farms in the East Kootenays. Despite the fact that these farms are in the region of high profile bighorn sheep die-offs, few were well informed and all expressed both great concern and a desire to come to a solution that prevented further disease outbreaks in bighorn sheep (Adams and Zehnder 2002). This is encouraging information for northern managers, because the intent is not to thwart all farming efforts in NWT, but rather to have both resources thrive compatibly.

Given the value of northern ungulates, and our knowledge of wild sheep and domestic sheep issues, it is prudent to **proactively** manage the risks to Dall's sheep and mountain goats in the NWT. We recommend the development and implementation of strong proactive policy in and effort to decrease the risks of preventable disease outbreaks in Dall's sheep and mountain goats.

> **Conclusion:**

Our results indicate that there are potentially a number of important pathogens of domestic sheep, goats, and llamas that pose a real and significant disease risk for Dall's sheep and mountain goats. Conversely, we found few pathogens of concern for domestic sheep, goats, and llamas.

This risk assessment suggests that although there are many variables and unknowns regarding disease susceptibility and risk in Dall's sheep, there are substantial risks associated with the introduction of domestic sheep, goats and llamas near Dall's sheep range in the NWT. Unfortunately there is less known about mountain goats, and based on the literature, we were unable to state clear risks associated with contact between this species and domestic sheep, goats and llamas. However, given the naïve state of both Dall's sheep and mountain goats, we suspect that any contact between these species and domestic sheep, goats and llamas could result in disease with serious outcomes for populations of these valuable game animals.

There are countless changes occurring at the ecosystem level on a global scale. In the north, although it remains relatively unspoiled, there are irreversible changes occurring such as climate change, encroachment of invasive species, loss of biodiversity and ongoing renewable and non-renewable resource development. Although we cannot prevent some of these changes, we can, through policy and forward thinking, develop pro-active guidelines, policies, and mitigative measures to prevent negative impacts of agriculture on both wildlife and domestic/exotic species. Such action will promote healthy wildlife populations in the NWT and subsequent sustainability of subsistence harvest and tourism (including sport hunting). It will also provide a positive framework for the growth of a healthy domestic livestock industry while reducing potential conflicts with wildlife.

BLM_0051978

# Appendix 1. INFECTIOUS BACTERIAL AGENTS REPORTED IN DOMESTIC SHEEP, GOATS, AND LLAMAS, AND WILD DALL'S SHEEP AND MOUNTAIN GOATS.

Below is a compilation from all sources in the Reference List of this document and includes reports of natural and experimental infections where the organism was detected as well reports where antibody to the organism was detected in both captive and free-ranging animals.

(S: domestic sheep, G: domestic goats, L: llamas, D: Dall's, BH: bighorns, SS: Stone's sheep, MG: mountain goats, X: present, U: unknown)

| Bacterial agents: | S | G | L | D | BH | SS | MG |
|---|---|---|---|---|---|---|---|
| *Acholeplasma oculi* | X | X | | | | | |
| *Actinobacillus capsulates* | | | X | | | | |
| *Actinobacillus lignieresii* | X | | | | | | |
| *Actinomyces lamae* | | | X | | | | |
| *Actinomyces bovis* | X | X | | | | | |
| *Actinomyces* sp. | X | X | X | X | X | X | X |
| *Anaplasma ovis* | X | X | | | | | |
| *Anaplasma* sp. | X | X | X | | X | | |
| *Arcanobacterium  pyogenes* | X | X | X | X | X | X | |
| *Bacillus anthracis* | X | X | X | | | | |
| *Bacillus* sp | X | X | X | | X | | |
| *Bacteroides fragilis* | | | X | | | | |
| *Bordetella* sp. | | | | | X | | |
| *Branhamella ovis* | X | X | | | | | |
| *Brucella abortus* | X | X | X | | X | | |
| *Brucella melitensis* | X | X | X | | | | |
| *Brucella ovis* | X | X | | | X | | |
| *Brucella* spp. | | X | | X | | | |
| *Burkholderia pseudomallei* | | | X | | | | |
| *Campylobacter fetus* | X | X | | | | | |
| *Campylobacter jejuni* | X | X | | | | | |
| *Chlamydophila abortus* | X | X | | | | | |
| *Chlamydophila pecorum* | X | X | | | | | |
| *Chlamydophila psittaci* | X | X | | | X | | |
| *Clostridium botulinum* | X | X | X | | | | |
| *Clostridium chauvoei* | X | X | X | | | | |
| *Clostridium haemolyticum* | X | X | | | | | |
| *Clostridium novyi* | X | X | X | | | | |
| *Clostridium perfringens* | X | X | X | | X | | |
| *Clostridium sordelli* | | | X | | X | | |
| *Clostridium septicum* | X | X | X | | | | |

BLM_0051979

| Bacterial agents: | S | G | L | D | BH | SS | MG |
|---|---|---|---|---|---|---|---|
| *Clostridium tetani* | X | X | X | | | | |
| *Corynebacterium pseudotuberculosis* | X | X | X | | | | |
| *Corynebacterium renale* | X | X | | | | | |
| *Coxiella burnetii* | X | X | | X | | | |
| *Dermatophilus congolensis* | X | X | X | | | | |
| *Dichelobacter nodosus* | X | X | | | | | |
| *Enterococcus* sp. | | | X | | | | |
| *Eperythrozoon ovis* | X | X | | | | | |
| *Erysipelothrix rhusiopathiae* | X | X | | | | | |
| *Escherichia coli* | X | X | X | X | X | | |
| *Francisella tularensis* | X | | | | | | |
| *Fusobacterium necrophorum* | X | X | X | X | X | X | |
| *Histophilus* | X | | | | | | |
| *Hemophilus ovis* | X | | | | X | | |
| *Hemophilus somnus* | X | X | | | | | |
| *Hemophilus* sp. | | | X | | | | |
| *Klebsiella pneumoniae* | X | X | X | | X | | |
| *Leptospira icterohemmorhagica* | | | X | | | | |
| *Leptospira interrogans* subsp *Bratislava* | X | | | | | | |
| *Leptospira interrogans* subsp *grippotyphosa* | X | X | X | | X | | |
| *Leptospira interrogans* subsp *hardjo* | X | X | | | X | | |
| *Leptospira interrogans* subsp *icterohaemorrhagica* | X | X | X | | | | |
| *Leptospira interrogans* subsp *pomona* | X | X | | | X | | |
| *Listeria innocua* | | | X | | | | |
| *Listeria monocytogenes* | X | X | X | | | | |
| *Mannheimia haemolytica* | X | X | X | X | X | X | X |
| *Moraxella bovis* | X | X | | | | | |
| *Moraxella lacunata* | | | X | | | | |
| *Moraxella liquefaciens* | | | X | | | | |
| *Mycobacterium bovis* | X | X | X | | | | |
| *Mycobacterium avium paratuberculosis* | X | X | X | X | X | | X |
| *Mycobacterium tuberculosis* | | | X | | | | |
| *Mycoplasma agalactiae* | X | X | | | | | |
| *Mycoplasma arginini* | X | X | | | X | | |
| *Mycoplasma bovis* | X | X | | | | | |
| *Mycoplasma capricolum* | | X | | | | | |
| *Mycoplasma conjunctivae* | X | X | | | | | |
| *Mycoplasma mycoides* | X | X | X | | | | |
| *Mycoplasma ovipneumoniae* | X | X | | X | | | |
| *Mycoplasma* sp. | X | X | X | X | X | | |

BLM_0051980

| Bacterial agents: | S | G | L | D | BH | SS | MG |
|---|---|---|---|---|---|---|---|
| *Neisseria* sp. | | | | | X | | |
| *Nocardiosis* sp. | | | X | | | | |
| *Pasteurella multocida* | X | X | X | X | X | | |
| *Pasteurella trehalosi* | X | X | | X | X | X | |
| *Rhodococcus equi* | X | | X | | X | | |
| *Salmonella abortus ovis* | | X | | | | | |
| *Salmonella cholerasuis* | | | X | | | | |
| *Salmonella dublin* | | X | | | | | |
| *Salmonella* sp. | | | X | | | | |
| *Salmonella typhimurium* | X | X | | | | | |
| *Staphylococcus* sp. | X | X | X | | X | | |
| *Streptococcus* sp. | X | X | X | | X | | |
| *Streptococcus zooepidemicus* | | | X | | X | | |
| *Ureaplasma* | X | X | | | | | |
| *Yersinia enterocolitica* | | X | | | | | |
| *Yersinia pseudotuberculosis* | | X | X | | | | |

103

BLM_0051981

# Appendix 2.  INFECTIOUS VIRAL AGENTS RECORDED IN DOMESTIC SHEEP, GOATS, AND LLAMAS, AND WILD SHEEP AND MOUNTAIN GOATS.

Below is a compilation from all sources in the Reference List of this document and includes reports of natural and experimental infections where the virus was detected as well reports where antibody to the virus was detected in both captive and free-ranging animals.

(S: domestic sheep, G: domestic goats, L: llamas, D: Dall's, BH: bighorns, SS: Stone's sheep, MG: mountain goats, X: present, U: unknown)

| Viral agents: | S | G | L | D | BH | SS | MG |
|---|---|---|---|---|---|---|---|
| Adenovirus | X | X | X | | | | |
| Akabane virus disease | X | X | | | | | |
| Bluetongue | X | X | X | | X | | |
| Border disease virus | X | X | X | | | | |
| Bovine adenovirus | | | X | | | | |
| Bovine coronavirus | | | X | | | X | |
| Bovine enterovirus | | | X | | | | |
| Bovine herpes virus 1 | | X | X | | | | |
| Bovine viral diarrhea virus | | | X | X | X | | X |
| Camel pox | | | X | | | | |
| Caprine arthritis-encephalitis virus | | X | | | | | |
| Caprine herpes virus | X | X | | | | | |
| Cache Valley virus | X | | | | | | |
| Contagious ecthyma | X | X | X | X | X | | X |
| Coronavirus | X | X | X | | | | |
| Epizootic hemorrhagic disease | X | X | | X | X | X | X |
| Equine herpes virus type 1 | | | X | | | | |
| Infectious bovine rhinotracheitis | X | X | X | | X | | |
| Influenza A virus | | | X | | | | |
| Influenza B virus | | | X | | | | |
| Louping ill encephalomyelitis | | X | | | | | |
| Malignant catarrhal fever | X | X | | X | | X | |
| Ovine herpes virus 1 | X | | | | | | |
| Ovine lentivirus (ovine progressive pneumonia virus) | X | X | | | | | |
| Papilloma virus | X | X | | | | | |
| Parainfluenze Type 3 | X | X | X | X | X | | |
| Rabies virus | X | X | X | X | X | | |
| Respiratory syncytial virus | X | X | X | X | X | | |
| Rift valley fever | | | X | | | | |
| Rotavirus | X | X | X | | | | |
| Vesicular stomatitis | | X | X | | | | |

BLM_0051982

## Appendix 3: FUNGAL AGENTS RECORDED IN DOMESTIC SHEEP, GOATS, AND LLAMAS, AND WILD DALL'S SHEEP AND MOUNTAIN GOATS.

Below is a compilation from all sources in the Reference List of this document and includes reports of natural and experimental infections where the fungus was detected in both captive and free-ranging animals.

(S: domestic sheep, G: domestic goats, L: llamas, D: Dall's, BH: bighorns, SS: Stone's sheep, MG: mountain goats, X: present, U: unknown)

| Fungal agents: | S | G | L | D | BH | SS | MG |
|---|---|---|---|---|---|---|---|
| *Absidia corynebifora* | | | X | | | | |
| *Aspergillus* sp. | | | X | | | | |
| *Blastocysistis* sp. | | | X | | | | |
| *Microsporum canis* | X | X | | | | | |
| *Trichophyton canis* | X | | | | | | |
| *Trichophyton gypseum* | X | | | | | | |
| *Trichophyton mentagrophytes* | X | X | X | | | | |
| *Trichophyton verrucosum* | X | X | X | | | | |

105

BLM_0051983

## Appendix 4: HELMINTHS RECORDED IN DOMESTIC SHEEP, GOATS, AND LLAMAS, AND WILD DALL'S SHEEP AND MOUNTAIN GOATS.

Below is a compilation from all sources in the Reference List of this document and includes reports of natural and experimental infections, where the adult parasites, cysts, eggs, oocysts, or larvae were detected in both captive and free-ranging animals.

(S: domestic sheep, G: domestic goats, L: llamas, D: Dall's, BH: bighorns, SS: Stone's sheep, MG: mountain goats, X: present, U: unknown)

| Helminths: | S | G | L | D | BH | SS | MG |
|---|---|---|---|---|---|---|---|
| *Bunostomum* sp. | X | X | X | | | | |
| *Camelostrongylus mentulatus* | | | X | | | | |
| *Capillaria* sp. | | | X | | X | | |
| *Chabertia ovina* | X | X | X | | X | | |
| *Coenurus cerebralis (Taenia multiceps)* | | X | | | | | |
| *Cooperia oncophera* | | | | | X | | |
| *Cooperia* spp. | X | X | X | | X | | |
| *Cooperia surnabada* | | | | | X | | |
| *Dicrocoelium dendriticum* | | | X | | | | X |
| *Dictyocaulus filaria* | X | X | X | | | | |
| *Dictyocaulus viviparous* | | | X | | X | | |
| *Echinococcus granulosus* (hydatid cysts) | | X | X | | | | X |
| *Elaeophorosis schneideri* | X | X | | | | | |
| *Fasciola gigantica* | | | X | | | | |
| *Fasciola hepatica* | X | X | X | | | | X |
| *Fasciola magna* | X | X | X | | X | | |
| *Graphinema aucheniae* | | | X | | | | |
| *Haemonchus contortus* | X | X | X | | X | | |
| *Haemonchus placei* | | | | | X | | |
| *Haemonchus* sp. | | | X | | X | | |
| *Marshallagia marshalli* | | | | X | X | | X |
| *Marshallagia* sp. | X | X | | X | X | X | X |
| *Moniezia benedeni* | | | | | X | | X |
| *Moniezia expansa* | | | | | X | | X |
| *Moniezia* sp. | X | X | X | X | X | X | X |
| *Muellerius capillaris* | X | X | X | | X | | |
| *Muellerius minutissimus* | | | | | | | X |
| *Nematodirella antilocaprae* | | | | | | | X |
| *Nematodirus abnormalis* | | | | | X | | |
| *Nematodirus archari* | | | | X | X | | |
| *Nematodirus battus* | X | X | X | | | | |

BLM_0051984

| Helminths: | S | G | L | D | BH | SS | MG |
|---|---|---|---|---|---|---|---|
| *Nematodirus becklundi* | | | | | | | X |
| *Nematodirus davtiani* | | | | X | X | | X |
| *Nematodirus filicollis* | | | | X | X | | X |
| *Nematodirus helvetianus* | | | | | X | | X |
| *Nematodirus lamae* | | | X | | | | |
| *Nematodirus lanceolatus* | | | | | X | | |
| *Nematodirus maculosus* | | | | X | X | | X |
| *Nematodirus odocoilei* | | | | | X | | |
| *Nematodirus oiratianus* | | | | X | X | | X |
| *Nematodirus* sp. | | | | X | X | X | X |
| *Nematodirus spathiger* | | | | X | X | | |
| *Oesophagostomum* spp. | X | X | X | | X | | X |
| *Oesophagostomum venulosum* | | | | | X | | X |
| *Onchocerca* sp. | X | X | | | | | |
| *Ostertagia gruehneri* | | | | X | | | |
| *Ostertagia lyrata* | | | | | X | | |
| *Ostertagia ostertagi* | X | X | X | X | X | | X |
| *Ostertagia* sp. | X | X | X | | X | | X |
| *Parelaphostrongylus odocoilei* | | | | X | | X | X |
| *Parelaphostrongylus tenuis* | X | X | X | | X | | |
| *Pelodera strongyloides* | X | X | | | | | |
| *Protostrongylus rufescens* | X | X | | | | | |
| *Protostrongylus frosti* | | | | | X | | |
| *Protostrongylus rushi* | | | | X | X | | X |
| *Protostrongylus* spp. | | | | X | | X | X |
| *Protostrongylus stilesi* | | | | X | X | | X |
| *Pseudostertagia bullosa* | | | | | X | | |
| *Setaria cervi* | | | | | X | | |
| *Skrjabinema oreamni* | | | | | | | X |
| *Skrjabinema ovis* | | | | X | X | | X |
| *Skrjabinema* sp. | | | | | X | X | |
| *Strongyloides papillosus* | X | X | | | | | |
| *Strongyloides* sp. | | | X | | | | X |
| *Taenia hydatigena* | X | X | | X | X | | X |
| *Taenia krabbei* | | | | | X | | |
| *Teladorsagia boreoarcticus* | | | | X | X | | X |
| *Teladorsagia circumcincta* | X | X | X | X | X | | X |
| *Teladorsagia davtiani* | | | | | | | X |
| *Teladorsagia trifucata* | X | X | | | | | X |
| *Teladorsagia* sp. | | | X | | | | |
| *Thelazia californiensis* | | | X | | | | |
| *Thelazia rhodesii* | X | X | | | | | |
| *Thelazia* sp. | | | X | | | | |
| *Thysaniezia giardi* | | | X | | | | X |

107

BLM_0051985

| Helminths: | S | G | L | D | BH | SS | MG |
|---|---|---|---|---|---|---|---|
| *Thysanosoma actinioides* | | | | | X | | X |
| *Trichostrongylus axei* | | | X | | X | | X |
| *Trichostrongylus colubriformis* | | | | | X | | X |
| *Trichostrongylus rugatus* | | | | | X | | |
| *Trichostrongylus* spp | X | X | X | | X | X | X |
| *Trichuris oreamnos* | | | | | | | X |
| *Trichuris ovis* | X | X | | | X | | X |
| *Trichuris schumakovitschi* | | | | X | X | | X |
| *Trichuris* sp. | | | X | X | X | X | X |
| *Trichuris tenuis* | | | X | | | | |
| *Wyominia tetoni* | | | | X | X | | |

108

BLM_0051986

## Appendix 5: PROTOZOAL AGENTS RECORDED IN DOMESTIC SHEEP, GOATS, AND LLAMAS, AND WILD DALL'S SHEEP AND MOUNTAIN GOATS.

Below is a compilation from all sources in the Reference List of this document and includes reports of natural and experimental infections, where the oocysts were detected in both captive and free-ranging animals.

(S: domestic sheep, G: domestic goats, L: llamas, D: Dall's, BH: bighorns, SS: Stone's sheep, MG: mountain goats, X: present, U: unknown)

| Protozoal agents: | S | G | L | D | BH | SS | MG |
|---|---|---|---|---|---|---|---|
| *Cryptosporidium parvum* | X | X | X | | | | |
| *Eimeria* spp. (see App. 9 for detail) | X | X | X | X | X | X | X |
| *Eperythrozoon ovis* | X | X | U | | | | |
| *Eperythrozoon*-like | | | X | | | | |
| *Giardia* | X | X | X | | | | |
| *Neospora caninum* | X | X | | | | | |
| *Pneumocystis carinii* | | X | | | | | |
| *Sarcocystis ferovis* | | | | | X | | |
| *Sarcocystis* sp. | X | X | X | X | X | | |
| *Sarcocystis tenella* | | | | | X | | |
| *Toxoplasma gondii* | X | X | X | X | X | | |
| *Trichomonas* sp. | | | X | | | | |
| *Trypanosoma* sp. | | | X | X | | | |

109

BLM_0051987

## Appendix 6: ECTOPARASITIC AGENTS RECORDED IN DOMESTIC SHEEP, GOATS, AND LLAMAS, AND WILD DALL'S SHEEP AND MOUNTAIN GOATS.

Below is a compilation from all sources in the Reference List of this document and includes reports of natural and experimental infections where the parasites were detected in both captive and free-ranging animals.

(S: domestic sheep, G: domestic goats, L: llamas, D: Dall's, BH: bighorns, SS: Stone's sheep, MG: mountain goats, X: present, U: unknown)

| Ectoparasites: | S | G | L | D | BH | SS | MG |
|---|---|---|---|---|---|---|---|
| *Bovicola jellisoni* | | | | | X | | |
| *Bovicola ovis* | | | | | X | | |
| *Cephenemyia* sp. | | | X | | | | |
| *Chorioptes caprae* | | X | | | | | |
| *Chorioptes bovis* | | | X | | | | |
| *Chorioptes ovis* | X | | | | | | |
| *Chorioptes* sp. | | | X | | | | |
| *Damalinia breviceps* | | | X | | | | |
| *Damalinia caprae* | | X | | | | | |
| *Damalinia oreamnidis* | | | | | | | X |
| *Damalinia ovis* | X | | | | | | |
| *Demodex caprae* | | X | | | | | |
| *Demodex ovis* | X | | | | | | |
| *Dermacentor albictus* | | | | | X | X | X |
| *Dermacentor andersoni* | X | X | | | X | | X |
| *Dermacentor hunteri* | | | | | X | | |
| *Dermacentor variabilis* | X | X | | | | | |
| *Lignonathus ovillus* | X | | | | | | |
| *Lignonathus pedalis* | X | | | | | | X |
| *Lignonathus stenopis* | | X | | | | | |
| *Melophagus ovinus* | X | | | | | | |
| *Microthoracius cameli* | | | X | | | | |
| *Microthoracius mazzai* | | | X | | | | |
| *Microthoracius praelongiceps* | | | X | | | | |
| *Oestrus ovis* | X | X | X | | X | | |
| *Otobius megnini* | | | X | | X | | X |
| *Psoroptes cuniculi* | | X | | | | | |
| *Psoroptes equi* var *cervinus* | | | | | X | | |
| *Psoroptes ovis* | X | | X | | | | |
| *Psoroptes* sp. | | | X | | X | X | |
| *Pthiraptera* spp. | | | X | | | | |
| *Sarcoptes scabei* | X | X | X | | | | |
| *Vermipsylla* sp. | | | X | | | | |

110

BLM_0051988

## Appendix 7: OTHER AGENTS RECORDED IN DOMESTIC SHEEP, GOATS, AND LLAMAS, AND WILD DALL'S SHEEP AND MOUNTAIN GOATS.

Below is a compilation from all sources in the Reference List of this document and includes reports where the agent was detected in both captive and free-ranging animals.

(S: domestic sheep, G: domestic goats, L: llamas, D: Dall's, BH: bighorns, SS: Stone's sheep, MG: mountain goats, X: present, U: unknown)

| Agent: | S | G | L | D | BH | SS | MG |
|---|---|---|---|---|---|---|---|
| Scrapie | X | X | | | | | |

111

BLM_0051989

**Appendix 8: SELECTED DISEASE-CAUSING AGENTS IDENTIFIED IN WILD AND DOMESTIC SHEEP AND MOUNTAIN GOAT SUBMISSIONS TO THE CANADIAN COOPERATIVE WILDLIFE HEALTH CENTRE (1970- 2002).**

| Category | Diagnosis | Agent | Species | Geographic location |
|---|---|---|---|---|
| Bacterial | Oral necrobacillosis | *Fusobacterium necrophorum* | Bighorn | Saskatoon, SK |
| | Pneumonia | *Arcanobacterium pyogenes* | Rocky mountain goat | Calgary, AB |
| | | *Arcanobacterium pyogenes* | Bighorn | Calgary, AB |
| | | *Arcanobacterium pyogenes* | Bighorn | Cranbrook, BC |
| | | *Mannheimia haemolytica* | Bighorn | Cranbrook, BC |
| | | *Mannheimia haemolytica* | Bighorn | Cranbrook, BC |
| | | *Pasteurella multocida* | Bighorn | Cranbrook, BC |
| | Enteritis | *Escherichia coli* | Moufflon | Saskatoon, SK |
| | Septicemia | *Klebsiella pneumoniae* | Rocky mountain bighorn | Saskatoon, SK |
| | Splenic absessation | *Listeria monocytogenes* | Dall's | Inuvik, NWT |
| | Valvular endocarditis | *Bacillus sp.* | Barbados sheep | Saskatoon, SK |
| Parasitic | Coccidiosis | *Eimeria sp.* | Bighorn | Vancouver, BC |
| | | *Eimeria sp.* | Bighorn | Victoria, BC |
| | | *Eimeria sp.* | Bighorn | Saskatoon, SK |
| | Parasitic myositis | *Cysticercus (Taenia krabbei* or *hydatigena)* | Bighorn | Edmonton, AB |
| | Sarcocystosis | *Sarcocystis* | Bighorn | Cranbrook, BC |
| | Strongylosis | *Strongyle sp.* | California bighorn | Vancouver, BC |

BLM_0051990

**(Appendix 8 continued)**

| Category | Diagnosis | Agent | Species | Geographic location |
|---|---|---|---|---|
| | Tapeworm | Probable *Wyominia tetoni* | Bighorn | Cranbrook, BC |
| | Tick infection | *Dermacentor albipictus* | Bighorn | Cranbrook, BC |
| | Verminous pneumonia | *Protostrongylus sp.* | Bighorn | Cranbrook, BC |
| | | *Protostrongylus sp.* | Dall's | Whitehorse, YT |
| Viral | Contagious ecthyma | Probable pox virus | Dall's | Whitehorse, YT |
| | | Pox virus | Dall's | Whitehorse, YT |

113

BLM_0051991

## Appendix 9. COMPARISON OF COCCIDIA OF WILD SHEEP, MOUNTAIN GOATS, CAMELIDS AND DOMESTIC SHEEP AND GOATS

| Species affected | *Eimeria sp.* |
|---|---|
| Dall's sheep | *E. ahsata\** |
| | *E. crandallis\** |
| | *E. dalli* |
| | *E. ninakohlyakimovae\** |
| | *E. parva\** |
| | *E. spathiger* |
| Bighorn sheep | *E. ahsata\** |
| | *E. arloingi\** |
| | *E. crandallis\** |
| | *E. faurei\** |
| | *E. granulosa\** |
| | *E. intricate* |
| | *E. ninakohlyakimovae\** |
| | *E. ovinoidalis\** |
| | *E. parva\** |
| | *E. spathiger* |
| Mountain goats | *E. ahsata\** |
| | *E. crandallis\** |
| | *E. faurei\** |
| | *E. granulosa\** |
| | *E. intricate* |
| | *E. ninakohlyakimovae\** |
| | *E. ovina* or *E. arloingi\** |
| | *E. parva\** |
| Camelids | *E. alpacae* |
| | *E. lamae* |
| | *E. macusaniensis* |
| | *E. punoiensis* |
| | *E. peruviana* |
| Domestic sheep | *E. ahsata\** |
| | *E. crandallis\** |
| | *E. faurei\** |
| | *E. gonzalezi* |
| | *E. granulose\** |
| | *E. intricate\** |
| | *E. ovina* |
| | *E. ovinoidalis\** |
| | *E. pallida* |
| | *E. parva\** |

BLM_0051992

| Species affected | *Eimeria sp.* |
|---|---|
|  | *E. punctata* |
|  | *E. weybridgensis* |
| Domestic goat | *E. arloingi*\* |
|  | *E. caprina* |
|  | *E. christenseni* |
|  | *E. hirci* |
|  | *E. ninakohlyakimovae*\* |

**\*suspected overlap of *Eimeria* sp. between domestics and wild sheep**

BLM_0051993

# Acknowledgments

Numerous people and organizations generously contributed their time, expertise, and data to assist with the development of this report. In particular we would like to thank: Ian Adams, Aasma Amin, James Auld, Denise Auriat, Jacqui Brown, Manuel Chirino-Trejo, Vic Coggins, John Colford, Tom Ethier, William Foreyt, Ben Gonzales, Gene Hachey, Jess Heath, Jim Heffelfinger, Kelly Hougen, Doug Jury, Philip Merchant, Dave Miller, John Nagy, Aleksija Neimanis, Lyall Petrie, Lydden Polley, Richard Popko, Todd Shury, Daryl Stepaniuk, Pat Thompson, Brent Wagner, Alan Ward, Murray Woodbury, Canadian Cooperative Wildlife Health Center, Prairie Diagnostic Services.

# Personal Communications

- Denise Auriat: Wildlife Biologist, Gwich'in Renewable Resource Board, Inuvik, NT
- Jim Heffelfinger: Regional Game Specialist, Arizona Game and Fish Department, Tucson, AZ
- John Colford: Fish/Agriculture Coordinator, Department Resources Wildlife and Economic Development, NT
- Kelly Hougen: Arctic Red River Outfitters and President: Association of McKenzie Mountain Outfitters, NT
- Lydden Polley: Professor and Graduate Chair, Western College of Veterinary Medicine, Saskatoon, SK
- Philip Merchant: Wildlife Technician, Wildlife Management Department, Government of Yukon, YT
- Todd Shury: Parks Canada Wildlife Veterinarian, Western College of Veterinary Medicine, SK
- Vic Coggins: Wildlife Biologist, Oregon Department of Fish and Wildlife, OR
- William Foreyt: Dept of Microbiology and Pathology, Washington State University, WA

BLM_0051994

# References

Adams I, Zehnder D (2002), Bighorn and domestic sheep in the East Kootenay: minimizing the risks. 1-17. Report: Cranbrook, BC, Corvus Communications.

Al-Aubaidi JM, Taylor WD, Bubash GR, Dardiri AH (1972), Identification and characterization of *Mycoplasma arginini* from bighorn sheep (*Ovis canadensis*) and goats. *American Journal of Veterinary Research* 33: 87-90.

Al-Darraji AM, Cutlip RC, Lehmkuhl HD, Graham DL (1982), Experimental infections of lambs with bovine respiratory syncytial virus and *Pasteurella haemolytica*: pathologic studies. *American Journal of Veterinary Research* 42: 224-229.

Albon SD, Stien A, Irvine RJ, Langvatn R, Ropstad E, Halvorsen O (2002), The role of parasites in the dynamics of a reindeer population. *Proceedings of the Royal Society of London Series B-Biological Sciences* 269: 1625-1632.

Allan SA (2001), Ticks. In *Parasitic Diseases of Wild Mammals*, ed. Samuel WM, Pybus MJ, and Kocan AA, Iowa State University Press, Iowa p 72-106.

Angen O, Mutters R, Caugant DA, et al. (1999), Taxonomic relationships of the [*Pasteurella*] *haemolytica* complex as evaluated by DNA-DNA hybridizations and 16S rRNA sequencing with proposal of *Mannheimia haemolytica* gen. nov. comb. nov. *Mannheimia granulomatis* comb. nov. *Mannheimia glucosida* sp. nov. *Mannheimia ruminalis* sp. nov. and *Mannheimia varigena* sp. nov. *International Journal of Systematic Bacteriology* 49: 67-86.

Anonymous (2004), Agricultural Development in the Northwest Territories: Strategic Planning Discussion Paper. Report prepared for the Territorial Farmers Association by Crosscurrent Associates Ltd. Hay River, NWT. 1-28.

Arneberg P, Folstad I, Karter AJ (2002), Gastrointestinal nematodes depress food intake in naturally infected reindeer. *Parasitology* 112: 213-219.

Ash C, Atkinson HJ (1986), *Nematodirus battus*: development of cold hardiness in dormant eggs, *Experimental Parasitology* 62: 24-28.

Aune KE, Anderson N, Worley DE, Stackhouse L, Henderson J, Daniel J (1998), A comparison of population and health histories between seven Montana bighorn populations. *Biennial Symposium of the Northern Wild Sheep and Goat Council* 11: 1-24.

Baker JC (1990), Diseases of the Respiratory System. In *Large Animal Internal Medicine*, ed. Sweeney CR and Smith JA, The C.V. Mosby Company, St. Louis, Missouri p 489-618.

BLM_0051995

Baszler TV, Dubey JP, Lohr CV, Foreyt WJ (2000), Toxoplasmic encephalitis in a free-ranging Rocky Mountain bighorn sheep from Washington. *Journal of Wildlife Diseases* 36: 752-754.

Becklund WW, Senger CM (1967), Parasites of *Ovis canadensis canadensis* in Montana, with a checklist of the internal and external parasites of the Rocky Mountain bighorn sheep in North America. *The Journal of Parasitology* 53(1), 157-165.

Belknap EB, Collins JK, Larsen RS, Conrad KP (2000), Bovine viral diarrhea virus in New World camelids. *Journal of Veterinary Diagnostic Investigation* 12: 568-570.

Berezowski J (2000), Malignant catarrhal fever outbreak in bison associated with exposure to sheep at a Saskatoon bison sale on Nov. 7, 2000. Report: Western College of Veterinary Medicine, Dept. of Large Animal Clinical Sciences.

Bishop JK, Rickard LG (1987), Fecal survey of llamas (*Lama glama)* in Oregon: incidental recovery of *Nematodirus battus*. *Journal of the American Veterinary Medical Association* 191: 1579-1581.

Black SR, Barker IK, Mehren KG, Crawshaw GJ, Rosendal S, Ruhnke L, Thorsen J, Carman PS (1988), An epizootic of *Mycoplasma ovipneumoniae* infection in captive Dall's sheep (*Ovis dalli dalli).* *Journal of Wildlife Diseases* 24: 627-635.

Blood DA (1963), Parasites from California bighorn sheep in southern British Columbia. *Candian Journal of Zoology* 41, 913-918.

Blood DA (1971), Contagious ecthyma in Rocky Mountain bighorn sheep. *Journal of Wildlife Management* 35: 270-274.

Blood DA (2000), Thinhorn Sheep in British Columbia. Victoria, BC, Habitat Conservation Trust Fund with Province of BC.

Blood DC, Radostits OM (1989), *Veterinary Medicine: A Textbook of the Diseases of Cattle, Sheep, Pigs, Goats & Horses*, Bailliere Tindall, Toronto, Ontario p 1-1502.

Boddicker ML, Hugghins EJ (1969), Helminths of big game mammals in South Dakota. *The Journal of Parasitology* 55[5], 1067-1074.

Boddicker ML, Hugghins EJ, Richardson AH (1971), Parasites and pesticide residues of mountain goats in South Dakota. *Journal of Wildlife Management* 35[1], 94-103.

Bowman DD (1995), Helminths.  In *Georgis' Parasitology for Veterinarians*.  W.B. Saunders Company, Philadelphia, Pennsylvania p 113-246.

Bowyer RT, Leslie DM Jr, Rachlow JL (2000), Dall's and Stone's Sheep. In *Big Game of North America*, ed. Bauer EA and Bauer P, Voyageur Press, p 491-516.

119

BLM_0051996

Boyce WM, Jessup DA, Clark RK (1991), Serodiagnostic antibody-responses to *Psoroptes* sp. infestations in bighorn sheep. *Journal of Wildlife Diseases* 27: 10-15.

Boyce WM, Zarnke RL (1996), Antibody responses to *Psoroptes* sp mites in Dall's sheep (*Ovis dalli*). *Journal of Wildlife Diseases* 32: 711-713.

Brandborg SM (1955), Life history and mangement of the mountain goat in Idaho, Idaho, Department of Fish and Game. 110-115.

Brogden KA, Lehmkuhl HD, Cutlip RC (1998), *Pasteurella haemolytica* complicated respiratory infections in sheep and goats. *Veterinary Research* 29: 233-254.

Bunch TD (1978), Chronic sinusitis and osteonecrosis in desert bighorn sheep (*Ovis canadensis nelsoni*). *Biennial Symposium of the Northern Wild Sheep and Goat Council* April: 261-272.

Bunch TD, Boyce W, Hibler CP, Lance WR, Spraker TR, Williams ES (1999), Diseases of North American Wild Sheep. In *Mountain Sheep of North America*, ed. Valdez R and Krausman PR, The University of Arizona Press, Tucson, Arizona.

Bye K, Halvorsen O (1983), Abomasal nematodes of the Svalbard reindeer (*Rangifer tarandus platyrhynchus* Vrolik). *Journal of Wildlife Diseases* 19: 101-105.

Callan RJ, Bunch TD, Workman GW, Mock RE (1991), Development of pneumonia in desert bighorn sheep after exposure to a flock of exotic wild and domestic sheep. *Journal of the American Veterinary Medical Association* 198: 1052-1056.

Capelle KJ (1966), The occurrence of *Oestrus ovis l.* (Diptera:Oestridae) in the bighorn sheep from Wyoming and Montana. *The Journal of Parasitology* 52: 618-621.

Carter GR, Chengappa MM, Roberts AW (1995), *Essentials of Veterinary Microbiology*, Williams & Wilkins, Media, Pennsylvania p 1-394.

Case R (1989), Distribution and abundance of Dall's sheep in the southern Mackenzie Mountains, NWT, Northwest Territories Renewable Resources Report 81, Yellowknife, NWT, 1-39.

Cassirer EF, Oldenburg LE, Coggins V, Fowler P, Rudolph KM, Hunter DL, Foreyt W (1996), Overview and preliminary analysis of a bighorn sheep dieoff, Hells Canyon 1995-96. *Biennial Symposium of the Northern Wild Sheep and Goat Council* 10: 78-86.

Cebra CK, Mattson DE, Baker RJ, Sonn RJ, Dearing PL (2003), Potential pathogens in feces from unweaned llamas and alpacas with diarrhea. *Journal of the American Veterinary Medical Association* 223: 1806-1808.

Chi J, VanLeeuwen JA, Weersink A, Keefe GP (2002), Direct production losses and treatment costs from bovine viral diarrhoea virus, bovine leukosis virus, *Mycobacterium*

BLM_0051997

*avium* subspecies *paratuberculosis,* and *Neospora caninum. Preventive Veterinary Medicine* 55: 137-153.

Clark GW, Colwell DA (1974), *Eimeria dalli* sp.n. (Protozoa: Eimeriidae) from Dall's Sheep *Ovis dalli. The Journal of Parasitology* 21[2], 197-199.

Clark RK, Boyce WM, Jessup DA, Elliott LF (1993a), Survey of pathogen exposure among population clusters of bighorn sheep (*Ovis canadensis*) in California. *Journal of Zoo and Wildlife Medicine* 24: 48-53.

Clark RK, Jessup DA, Kock MD, Weaver RA (1985), Survey of desert bighorn sheep in California for exposure to selected infectious-diseases. *Journal of the American Veterinary Medical Association* 187: 1175-1179.

Clark RK, Whetstone CA, Castro AE, Jorgensen MM, Jensen JF, Jessup DA (1993b), Restriction endonuclease analysis of herpesviruses isolated from 2 peninsular bighorn sheep (*Ovis canadensis cremnobates*). *Journal of Wildlife Diseases* 29: 50-56.

Clavijo A, Munroe F, En-Min Z, Booth TF, Roblesky K (2000), Incursion of bluetongue virus into the Okanagan Valley, British Columbia. *Canadian Veterinary Journal* 41: 312-314.

Clifton-Hadley RS, Sauter-Louis CM, Lugton IW, Jackson R, Durr PA, Wilesmith JW (2001), Mycobacterial Diseases. In *Infectious Diseases of Wild Mammals*, ed. Williams ES and Barker IK, Iowa State University Press, Iowa p 340-371.

Coggins VL (2002), Rocky Mountain bighorn sheep/domestic sheep and domestic goat interactions: a management perspective. *Biennial Symposium of the Northern Wild Sheep and Goat Council* 13: 165-174.

Colwell DD (2001), Bot flies and warble flies. In *Parasitic Diseases of Wild Mammals*, ed. Samuel WM, Pybus MJ, and Kocan AA, Iowa State University Press, Iowa p 46-71.

Crapo D (2000), Benefits of outfitted hunting in the NWT Mackenzie Mountains. Report prepared for The Association of Makenzie Mountain Outfitters, the Town of Norman Wells and the Government of the Northwest Territories. EXCELeration Corp. Calgary, AB. 1-45.

Dau J (1981), *Protostrongylus, Muellerius* and *Dictyocaulus.* in *Alaskan Wildlife Diseases*, ed. Dieterich RA, University of Alaska, Fairbanks, Alaska p 141-146.

Demarchi RA, Hartwig CL, Demarchi DA (2000a), Status of the California bighorn sheep in British Columbia. Wildlife Bulletin No. B-98, 1-53. Victoria, BC, Ministry of Environment, Lands and Parks; Wildlife Branch.

Demarchi RA, Hartwig CL, Demarchi DA (2000b), Status of the Rocky Mountain bighorn sheep in British Columbia. Wildlife Bulletin No. B-99, 1-56. Victoria, BC, Ministry of Environment, Lands and Parks; Wildlife Branch.

BLM_0051998

Demartini JC, Davies RB (1976), *Muellerius capillaris* associated pneumonia in captive bighorn sheep. *Biennial Symposium of the Northern Wild Sheep and Goat Council* 117-124.

Demartini JC, Davies RB (1977), An epizootic of pneumonia in captive bighorn sheep infected with *Muellerius* sp. *Journal of Wildlife Diseases* 13: 117-124.

Dieterich RA (1981), Mammals: Viral diseases: Respiratory Viruses. In *Alaskan Wildlife Diseases*, ed. Zarnke RL, Morton J, Barrett R&DJ, Franzmann AW, and Dieterich RA, Institute of Arctic Biology, University of Alaska, Fairbanks p 28-29.

Dieterich RA, Spencer GR, Burger D, Gallina AM, Vanderschalie J (1981), Contagious ecthyma in Alaskan muskoxen and Dall's sheep. *Journal of the American Veterinary Medical Association* 179: 1140-1143.

Dixon DM, Rudolph KM, Kinsel ML, Cowan LM, Ward ACS (2002), Viability of airborne *Pasteurella* spp. *Biennial Symposium of the Northern Wild Sheep and Goat Council* 13: 6-13.

Dobson A, Kutz S, Pascual M, Winfree R (2003), Pathogens and parasites in a changing climate. In *Climate Change and Biodiversity: Synergistic Impacts*. ed. Hannah L and Lovejoy T, Yale University Press, New Haven p 33-38.

Downie BK (2003). The Canol Heritage Trail and Dodo Canyon Territorial Park. 4th Edition, prepared for the Canol Territorial Park Management Committee, Norman Wells and Tulita, NT; amended by the Dodo Territorial Park Committee. Draft Management Plan, 1-34.

Drew ML, Jessup DA, Burr AA, Franti CE (1992), Serologic survey for brucellosis in feral swine, wild ruminants, and black bear of California, 1977 to 1989. *Journal of Wildlife Diseases* 28: 355-363.

Dubay S, Schwantje H, de Vos J, McKinney T (2003), Bighorn sheep (*Ovis canadensis*) diseases: a brief literature review and risk assessment for translocation. Unpublished , 1-20.

Dubey JP (1983), *Sarcocystis ferovis* sp-N from the bighorn sheep (*Ovis canadensis*) and coyote (*Canis latrans*). *Proceedings of the Helminthological Society of Washington* 50: 153-158.

Dubey JP (1999), Recent advances in *Neospora* and neosporosis. *Veterinary Parasitology* 84: 349-367.

Dubey JP, Foreyt WJ (2000), Seroprevalence of *Toxoplasma gondii* in Rocky Mountain bighorn sheep (*Ovis canadensis*). *Journal of Parasitology* 86: 622-623.

BLM_0051999

Dubey JP, Odening K (2001), Protozoons: Toxoplasmosis and related infections.  In *Parasitic Diseases of Wild Mammals*, ed. Samuel WM, Pybus MJ, and Kocan AA, Iowa State University Press, Iowa p 478-519.

Dulac GC, Sterritt WG, Dubuc C, Afshar A, Myers DJ, Taylor EA, Jamieson BR, Martin MW (1992), Incursions of orbiviruses in Canada and their serologic monitoring in the native animal population between 1962 and 1991. In *The 2nd International Symposium on Bluetongue, African Horse Sickness, and Related Orbiviruses*. 120-127.

Dunbar MR, Foreyt WJ, Evermann JF (1986), Serologic evidence of respiratory syncytial virus-infection in free-ranging mountain goats (*Oreamnos americanus*).  *Journal of Wildlife Diseases* 22: 415-416.

Dunbar MR, Jessup DA, Evermann JF, Foreyt WJ (1985), Seroprevalence of respiratory syncytial virus in free-ranging bighorn sheep.  *Journal of the American Veterinary Medical Association* 187: 1173-1174.

Dunn AM (1969), *Veterinary Helminthology*, William Heinemann Medical Books Ltd. Glasgow p 1-302.

Durden LA (2001), Ectoparasites.  In *Parasitic Diseases of Wild Mammals*, ed. Samuel WM, Pybus MJ, and Kocan AA, Iowa State University Press, Iowa p 3-17.

Duszynski DW, Upton SJ (2001), *Cyclospora, Eimeria, Isospora,* and *Cryptosporidium* spp.  In *Parasitic Diseases of Wild Mammals*, ed. Samuel WM, Pybus MJ, and Kocan AA, Iowa State University Press, Ames, Iowa p 397-459.

Elfaki MG, Abbas B, Mahmoud OM, Kleven SH (2002), Isolation and characterization of *Mycoplasma arginini* from camels *(Camelus dromedarius)* with pneumonia. *Comparative Immunology Microbiology and Infectious Diseases* 25: 49-57.

Everett KDE, Bush RM, Anderson AA (1999), Emended description of the order *Chlamydiales,* proposal of *Parachlamydiaceae* fam. nov. and *Simkaniaceae* fam. nov. each containing one monotypic genus, revised taxonomy of the family *Chlamydiaceae,* including a new genus and five new species, and standards for the identification of organisms. *International Journal of Systematic Bacteriology* 49: 415-440.

Evermann JF, Benfield DA (2001), Coronaviral Infections. In *Infectious Diseases of Wild Mammals*, ed. Williams ES and Barker IK, Iowa State University Press, Ames, Iowa p 245-253.

Fayer R (2004), *Sarcocystis* spp. in human infections. *Clinical Microbiology Reviews* 17: 894-902.

Ferguson RS, Davidge KD, Douglas RS (1985), Distribution and abundance of Dall's sheep near Jackfish River, Northwest Territories, in June 1984. 53, 1-20. Yellowknife, NWT, Northwest Territories Renewable Resources.

BLM_0052000

Festa-Bianchet M (1988), A pneumonia epizootic in bighorn sheep, with comments on preventive management. *Biennial Symposium of the Northern Wild Sheep and Goat Council* 6: 66-76.

Fischer OA, Matlova L, Dvorska L, Svastova P, Weston RT, Bartos M, Pavlik I (2004), Beetles as possible vectors of infections caused by *Mycobacterium avium* species. *Veterinary Microbiology* 102: 247-255.

Flammer K (2003), Chlamydiosis.  In *Zoo and Wild Animal Medicine*, ed. Fowler ME and Miller RE, Saunders, St. Louis, Missouri p 718-723.

Foreyt W (1985), *Psoroptes ovis* (Acarina: Psoroptidae) in a Rocky Mountain bighorn sheep (*Ovis canadensis canadensis*) in Idaho. *Journal of Wildlife Diseases* 21: 456-457.

Foreyt W (1988), Fatal *Pasteurella haemolytica* pneumonia in bighorn sheep following direct contact with normal domestic sheep- an experimental study. *Biennial Symposium of the Northern Wild Sheep and Goat Council* 6: 65.

Foreyt W (1994), Effects of controlled contact exposure between healthy bighorn sheep and llamas, domestic goats, mountain goats, cattle, domestic sheep, or mouflon sheep. *Biennial Symposium of the Northern Wild Sheep and Goat Council* 9: 7-14.

Foreyt W (1996), Susceptibility of bighorn sheep (*Ovis canadensis*) to experimentally-induced *Fascioloides magna* infections. *Journal of Wildlife Diseases* 32: 556-559.

Foreyt W (1997), Contact transmission of psoroptic mange from bighorn to Stone's sheep. *Journal of Wildlife Diseases* 33: 664-665.

Foreyt W, Jessup D (1982), Fatal pneumonia of bighorn sheep following association with domestic sheep. *Journal of Wildlife Diseases* 18: 163-168.

Foreyt W, Rickard LG, Boyce W (1992), *Psoroptes* sp. in two llamas (*Lama glama*) in Washington. *Journal of Parasitology* 78: 153-155.

Foreyt W, Silflow RM, Lagerquist JE (1996), Susceptibility of Dall's sheep (*Ovis dalli dalli*) to pneumonia caused by *Pasteurella haemolytica. Journal of Wildlife Diseases* 32[4], 586-593.

Foreyt W, Smith TC, Evermann JF, Heimer WE (1983), Hematologic, serum chemistry and serologic values of Dall's sheep (*Ovis dalli dalli*) in Alaska. *Journal of Wildlife Diseases* 19[2], 136-139.

Foreyt W, Snipes KP, Kasten RW (1994), Fatal pneumonia following inoculation of healthy bighorn sheep with *Pasteurella haemolytica* from healthy domestic sheep. *Journal of Wildlife Diseases* 30: 137-145.

BLM_0052001

Foreyt WJ (1989), *Sarcocystis* sp. in mountain goats (*Oreamnos americanus*) in Washington - prevalence and search for the definitive host. *Journal of Wildlife Diseases* 25: 619-622.

Foreyt WJ, Rickard LG, Dowling S, Parish S, Pipas M (1991), Experimental infections of two llamas with the meningeal worm (*Parelaphostrongylus tenuis*). *Journal of Zoo and Wildlife Medicine* 22: 339-344.

Forrester DJ (1971), Bighorn sheep lungworm-pneumonia complex. In *Parasitic Diseases of Wild Mammals*, ed. Davis JW, Iowa State University Press, Iowa p 158-173.

Fowler ME (1998), *Medicine and Surgery of South American Camelids*, Iowa State University Press, Ames, Iowa p 1-549.

Fradkin PL (1977), The first and forgotten pipeline. *Audubon* 79: 58-79.

Frolich K, Li H, Muller-Doblies U (1998), Serosurvey for antibodies to malignant catarrhal fever-associated viruses in free-living and captive cervids in Germany. *Journal of Wildlife Diseases* 34: 777-782.

Gates CC, Elkin B, Dragon D (2001), Anthrax. In *Infectious Diseases of Wild Mammals*, ed. Williams ES and Barker IK, Iowa State University Press, Iowa p 396-412.

George LW (1990), Diseases of the nervous system. In *Large Animal Internal Medicine*, ed. Smith BP, C.V. Mosby Company, St. Louis, Missouri p 901-1044.

Gionfriddo JR, Rosenbusch R, Kinyon JM, Betts DM, Smith TM (1991), Bacterial and mycoplasmal flora of the healthy camelid conjunctival sac. *American Journal of Veterinary Research* 52: 1061-1064.

Goltz JP, Rosendal S, McCraw BM, Ruhnke HL (1986), Experimental studies on the pathogenicity of *Mycoplasma ovipneumoniae* and *Mycoplasma arginini* for the respiratory tract of goats. *Canadian Journal of Veterinary Research* 50: 59-67.

Government of the Northwest Territories (1996), Northwest Territories by the numbers. Yellowknife, NT, Bureau of Statistics 1-27.

Greenwood A (2003), Pox disease in all taxa. In *Zoo and Wild Animal Medicine*, ed. Fowler ME and Miller RE, Saunders, St. Louis, Missouri p 737-740.

Halvorsen O, Stien A, Irvine J, Langvatn R, Albon S (1999), Evidence for continued transmission of parasitic nematodes in reindeer during the Arctic winter. *International Journal for Parasitology* 29: 567-579.

Heffelfinger, J, Lemons, Anderson, and Jansen. (2004), Bighorn sheep disease epizootic in the Silver Bell Mountains, southern Arizona. Federal Aid in Wildlife Restoration Report W-78-R-54, Arizona Game and Fish Department, Phoenix, Arizona, 25pp.

BLM_0052002

Heimer WE, Zarnke RL, Mauer FJ (1992), Pharyngeal microflora of Dall's and domestic sheep in Alaska: management implications? *Biennial Symposium of the Northern Wild Sheep and Goat Council* 8, 193-201.

Henderson DC (1990), *The Veterinary Book for Sheep Farmers*, Farming Press Books, Ipswich, United Kingdom p 1-689.

Heuschele WP, Reid HW (2001), Malignant Catarrhal Fever, in *Infectious Diseases of Wild Mammals*, ed. Williams ES and Barker IK, Iowa State University Press, Ames p 157-164.

Hindson JC, Winter AC (2002), *Manual of Sheep Diseases*, Blackwell Science Ltd. Oxford, UK p 1-289.

Hoar KL, Worley DE, Aune KE (1996), Parasite loads and their relationship to herd health in the highlands bighorn sheep herd in the southwestern Montana. *Biennial Symposium of the Northern Wild Sheep and Goat Council* 10, 57-65.

Hoberg EP, Kocan AA, Rickard LG (2001), Gastrointestinal strongyles in wild ruminants. In *Parasitic Diseases of Wild Mammals*, ed. Samuel WM, Pybus MJ, and Kocan AA, Iowa State University Press, Ames, Iowa p 193-227.

Hoberg EP, Monsen KJ, Kutz S, Blouin MS (1999), Structure, biodiversity, and historical biogeography of nematode faunas in Holarctic ruminants: Morphological and molecular diagnoses for *Teladorsagia boreoarcticus* N-sp (Nematoda : Ostertagiinae), a dimorphic cryptic species in muskoxen (*Ovibos moschatus*). *Journal of Parasitology* 85: 910-934.

Hoefs M (2001), Mule, *Odocoileus hemionus*, and white-tailed, *O. virginianus*, deer in the Yukon. *Canadian Field-Naturalist* 11: 296-300.

Hoefs M, Bunch TD (2001), Lumpy jaw in wild sheep and its evolutionary implications. *Journal of Wildlife Diseases* 37: 39-48.

Howard JL, Livingston CW (1986), Parasitic skin diseases of sheep. In *Current Veterinary Therapy: Food Animal Practice-2*. ed. Howard JL, W.B. Saunders Co, Philadelphia; USA p 937-939.

Howe S (1996), This is no picnic. *Backpacker* 64-70 and 106.

Howerth EW, Stallknecht DE, Kirkland PD (2001), Bluetongue, epizootic hemorrhagic disease, and other orbivirus-related diseases. In *Infectious Diseases of Wild Mammals*, ed. Williams ES and Barker IK, Iowa State University Press, Ames, Iowa p 77-97.

Huang H, Lautenschlager RA, Schwantje H (1997), Domestic sheep feeding in Ontario and British Columbia forest plantations: an overview of disease transmission potential. Nepean, Ontario, Microbiology Section, Animal Diseases Research Institute, Agriculture and Agri-Food Canada 1-56.

BLM_0052003

Janovsky M, Frey J, Nicolet J, Belloy L, Giacometti M (2002), *Mycoplasma conjunctivae* is maintained in domestic sheep but not in alpine chamois in the Swiss Alps. May 8-12, 2002. Heidelberg, Germany. European Association of Zoo and Wildlife Veterinarians 4th scientific meeting joint with European Wildlife Disease Association.

Jaworski MD, Hunter DL, Ward ACS (1998), Biovariants of isolates of *Pasteurella* from domestic and wild ruminants. *Journal of Veterinary Diagnostic Investigation* 10: 49-55.

Jenkins E, Kutz SJ, Veitch AM, Elkin B, Chirino-Trejo M, Polley L (2000), Pneumonia as a cause of mortality in two Dall's sheep in the Mackenzie mountains, Northwest Territories, Canada. *Biennial Symposium of the Northern Wild Sheep and Goat Council* 12: 40-53.

Jenkins E, Schwantje H (2004). Parasitology survey of Stone's sheep (*Ovis dalli stonei*) from the Muskwa-Kechika management area, 2000-2002. Report: Saskatoon, Research Group for Arctic Parasitology p1-22.

Jenkins E, Veitch AM, Elkin B, Kutz SJ, Chirino-Trejo M, Polley L (2002), Investigating and interpreting population health in Dall's sheep in the Mackenzie Mountains, Northwest Territories, Canada. *Biennial Symposium of the Northern Wild Sheep and Goat Council* 13: 4.

Jenkins EJ (2005), Ecological investigation of a new host-parasite relationship: *Parelaphostrongylus odocoilei* in thinhorn sheep (*Ovis dalli*). Thesis: University of Saskatchewan, Saskatoon, Saskatchewan, Canada.

Jenkins EJ, Appleyard GD, Hoberg EP, Rosenthal BM, Kutz SJ, Veitch AM, Schwantje HM, Elkin BT, Polley L (2005a), Geographic distribution of the muscle-dwelling nematode *Parelaphostrongylus odocoilei* in North America, using molecular identification of first-stage larvae. *Journal of Parasitology* 91: 574-584.

Jenkins EJ, Hoberg EP, Polley L (2005b), Develepment and pathogenesis of *Parelaphostrongylus odocoilei* (Nematoda: Protostrongylidae) in experimentally infected thinhorn sheep (*Ovis dalli*). *Journal of Wildlife Diseases* In press.

Jenkins EJ, Hoberg EP, Veitch AM, Schwantje HM, Wood M, Toweill D, Kutz SJ, Polley L (2004a), Parasite fauna of mountain goats (*Oreamnos americanus*) in the Northwest Territories, British Columbia, and Idaho. *Biennial Symposium of the Northern Wild Sheep and Goat Council* In press.

Jenkins EJ, Veitch AM, Kutz SJ, Hoberg EP, Polley L (2005c), Epidemiology of protostrongylid nematodes in northern ecosystems: *Parelaphostrongylus odocoilei* and *Protostrongylus stilesi* in Dall's sheep (*Ovis dalli dalli*), *Parasitology* In review.

Jessup DA (1985), Diseases of domestic livestock which threaten bighorn sheep populations. *Desert Bighorn Council Transactions* 1985: 29-33.

127

BLM_0052004

Jessup DA, Osburn BI, Heuschele WP (1984), Bluetongue in California's wild ruminants: distribution and pathology. United States Animal Health Association 88th Annual Meeting, Fort Worth, Texas 616-630.

Joly DO, Messier F (2004), Factors affecting apparent prevalence of tuberculosis and brucellosis in wood bison. *Journal of Animal Ecology* 73: 623-631.

Jones LC, Worley DE (2004). Evaluation of lungworm, nutrition, and predation as factors limiting recovery of the Stillwater bighorn sheep herd, Montana. *Biennial Symposium of the Northern Wild Sheep and Goat Council* 9, 25-34.

Kaplan RM, Burke JM, Terrill TH, Miller JE, Getz WR, Mobini S, Valencia E, Williams MJ, Williamson LH, Larsen M, Vatta AF (2004), Validation of the FAMACHA(c) eye color chart for detecting clinical anemia in sheep and goats on farms in the southern United States. *Veterinary Parasitology* 123: 105-120.

Kerr GR, Holmes JC (1966), Parasites of mountain goats in west central Alberta. *Journal of Wildlife Management* 30: 786-790.

Kimberling CV (1988), *Jensen and Swift's Diseases of Sheep*, Lea & Febiger, Philadelphia, PA p 1-394.

Kistner TP, Matlock SM, Wyse D, Mason GE (1977), Helminth parasites of bighorn sheep in Oregon. *Journal of Wildlife Diseases* 13, 125-130.

Knight RA (1974), *Trichuris oreamnos* sp-N from mountain goat, *Oreamnos americanus* (Blainville), in British-Columbia, Canada, and a key to trichurids in North-American ruminants. *Journal of Parasitology* 60: 275-279.

Knight RA, Uhazy LS (1973), Redescription of *Trichuris*-(= Trichocephalus)-Schumakovitschi (Savinkova, 1967) from Canadian Rocky Mountain bighorn sheep (*Ovis canadensis canadensis*). *Journal of Parasitology* 59: 136-140.

Krausman PR (1996), Problems facing bighorn sheep in and near domestic sheep allotments. Oregon State University Extension Service. Special Report: Proceedings of a Symposium on Sustaining Rangeland Ecosystems p 59-64.

Kutny L, Stenhouse G (1991), Age determination and lumpy jaw evaluation of Dall's sheep harvested by non-residents in the Mackenzie Mountains, 1987. Inuvik, NWT, Department of Renewable Resources, Government of the Northwest Territories 35: 1-12.

Kutz SJ (2001), Report on the Simmons collection: an archived collection of parasites from Dall's sheep in the Mackenzie Mountains, Northwest Territories, 1971-1972. Report, 1-19.

BLM_0052005

Kutz SJ, Garde E, Veitch AM, Nagy J, Ghandi F, Polley L (2004a), Muskox lungworm *(Umingmakstrongylus pallikuukensis)* does not establish in experimentally exposed thinhorn sheep *(Ovis dalli)*. *Journal of Wildlife Diseases* 40: 197-204.

Kutz SJ, Hoberg EP, Nagy J, Polley L, Elkin B (2004b), "Emerging" parasitic infections in arctic ungulates. *Integrative and Comparative Biology* 44: 109-118.

Kutz SJ, Hoberg EP, Polley L, Jenkins EJ (2005), Climate change is altering the dynamics of arctic host-parasite systems. *Proceedings of the Royal Society* in press.

Kutz SJ, Veitch AM, Hoberg EP, Elkin BT, Jenkins EJ, Polley L (2001), New host and geographic records for two protostrongylids in Dall's sheep. *Journal of Wildlife Diseases* 37: 761-774.

Kutz SJ, Veitch AM, Hoberg EP, Polley L, Elkin B, Popko R, MacDonald B (1999), Parasitological survey of Dall's sheep from the northern Mackenzie Mountains, Northwest Territories, Canada. DRAFT, Western College of Veterinary Medicine. Saskatoon, SK 1-30 plus figures.

Kutz SJ, Veitch AM, Simmons N, Hoberg EP, Elkin B, Jenkins E, Polley L (2002), Parasites in Dall's sheep: what we can learn from historical and contemporary collections (or putting together the pieces!). *Biennial Symposium of the Northern Wild Sheep and Goat Council* 13: 2.

La Perle KM, Silveria F, Anderson DE, Blomme EA (1999), Dalmeny disease in an alpaca (*Lama pacos*): sarcocystosis, eosinophilic myositis and abortion. *Journal of Comparative Pathology* 121: 287-293.

Lance W, Adrian W, Widhalm B (1981), An epizootic of contagious ecthyma in Rocky Mountain bighorn sheep in Colorado. *Journal of Wildlife Diseases* 17: 601-603.

Lange RE, Sandoval AV, Meleney WP (1980), Psoroptic scabies in bighorn sheep (*Ovis canadensis mexicana*) in New Mexico. *Journal of Wildlife Diseases* 16: 77-82.

Lankester MW (2001), Extrapulmonary lungworms of cervids. In *Parasitic Diseases of Wild Mammals*, ed. Samuel WM, Pybus MJ, and Kocan AA, Iowa State University Press, Iowa p 228-278.

Larter NC, Allaire DG (2003), Mackenzie Mountain non-resident and non-resident alien hunter harvest summary 2002. Fort Simpson, NT. Department of Resources, Wildlife and Economic Development Manuscript 152: 1-46.

Lees VW, Copeland S, Rousseau P (2003), Bovine tuberculosis in elk *(Cervus elaphus manitobensis)* near Riding Mountain National Park, Manitoba, from 1992 to 2002. *Canadian Veterinary Journal* 44: 830-831.

BLM_0052006

Leighton FA (2001a), Miscellaneous bacterial infections: *Erysipelothrix* infection.  In *Infectious Diseases of Wild Mammals*, ed. Williams ES and Barker IK, Iowa State University Press, Iowa p 491-493.

Leighton FA (2001b), Miscellaneous bacterial infections: *Fusobacterium necrophorum* infection.  In *Infectious Diseases of Wild Mammals*, ed. Williams ES and Barker IK, Iowa State University Press, Iowa p 493-495.

L'Heureux N, Festa-Bianchet M, Jorgenson JT (1996), Effects of visible signs of contagious ecthyma on mass and survival of bighorn lambs.  *Journal of Wildlife Diseases* 32: 286-292.

Li H, Shen DT, Jessup DA, Knowles DP, Gorham JR, Thorne T, OToole D, Crawford TB (1996), Prevalence of antibody to malignant catarrhal fever virus in wild and domestic ruminants by competitive-inhibition ELISA.  *Journal of Wildlife Diseases* 32: 437-443.

Lichtenfels JR, Hoberg EP (1993), The systematics of nematodes that cause ostertagiasis in domestic and wild ruminants in North America: an update and a key to species. *Veterinary Parasitology* 46: 33-53.

Lichtenfels JR, Pilitt PA (1989), Cuticular Ridge-Patterns of *Marshallagia marshalli* and *Ostertagia occidentalis* (Nematoda, Trichostrongyloidea) Parasites in Ruminants of North-America. *Proceedings of the Helminthological Society of Washington* 56: 173-182.

Lichtenfels JR, Pilitt PA, Lancaster MBSO (1988), Systematics of the nematodes that cause ostertagiasis in cattle, sheep and goats in North America.  *Veterinary-Parasitology* 27: 3-12.

Lincoln RC (1987). Summary/interpretation companion to video record: Epizootic hemorrhagic disease (EHD) in the Okanagan region of British Columbia fall, 1987. Penticton, BC, BC Ministry of Environment and Parks Report.

Linklater KA, Smith MC (1993), *Color Atlas of Diseases and Disorders of the Sheep and Goat*, Wolfe Publishing, Aylesbury, England p 1-256.

Martin KD, Schommer T, Coggins V (1996), Literature review regarding the compatibility between bighorn and domestic sheep. *Biennial Symposium of the Northern Wild Sheep and Goat Council* 10: 72-77.

Matthews J (1999), *Diseases of the Goat*, Blackwell Science Ltd, Oxford p 1-364.

Maurin M, Raoult D (1999), Q fever. *Clinical Microbiology Reviews* 12: 518-553.

Mazet JAK, Boyce WM, Mellies J, Gardner IA, Clark RK, Jessup DA (1992), Exposure to *Psoroptes* sp. mites is common among bighorn sheep (*Ovis canadensis*) populations in California. *Journal of Wildlife Diseases* 28: 542-547.

BLM_0052007

McCorquodale SM, DiGiacomo RF (1985), The role of wild North American ungulates in the epidemiology of bovine brucellosis: a review. *Journal of Wildlife Diseases* 21: 351-357.

Meagher M (1982), An outbreak of pinkeye in bighorn sheep, Yellowstone National Park: a preliminary report. *Biennial Symposium of the Northern Wild Sheep and Goat Council* 3: 198-201.

Meagher M, Quinn WJ, Stackhouse L (1992), Chlamydial-caused infectious keratoconjunctivitis in bighorn sheep of Yellowstone National Park. *Journal of Wildlife Diseases* 28: 171-176.

Merwin DS, Brundige GC (2000), An unusual contagious ecthyma outbreak in Rocky Mountain bighorn sheep. *Biennial Symposium of the Northern Wild Sheep and Goat Council* 12: 75-82.

Miller MW (2001), Pasteurellosis.  In *Infectious Diseases of Wild Mammals*, ed. Williams ES and Barker IK, Iowa State University Press/Ames, Iowa p 330-337.

Ministry of Environment Lands and Parks (2000), Workshop for the recovery of bighorn sheep in the South Okanagan. Ministry of Environment, Lands and Parks Report 1-34.

Monnig HO (1971), *Helminths, Arthropods and Protozoa of Domesticated Animals*, The Williams & Wilkins Company, Baltimore p 1-824.

Mullens BA, Dada CE (1992), Spatial and seasonal distribution of potential vectors of hemorrhagic disease viruses to peninsular bighorn sheep in the Santa Rosa Mountains of southern California. *Journal of Wildlife Diseases* 28: 192-205.

Myer GH, Taylor RF (1989), Review Article: Ostertagiasis in cattle. *Journal of Veterinary Diagnostic Investigation* 1: 195-200.

Nakagawa M, Taylor WD, Yedloutschnig RJ (1976), Pathology of goats and sheep experimentally infected with *Mycoplasma mycoides* var. *capri*.  *National Institute of Animal Health Q (Tokyo)* 16: 65-77.

Neiland KA (1980). Survey for *Sarcosystis* spp. in wildlife. Alaska Department of Fish and Game, Juneau, Alaska. Final Report W-21-1 and W-21-2, Job 18.3R, 1-6.

Neilson C, Neiland KA (1974). Sheep Disease Report. Report XIV, 1-104.

Noon TH, Wesche SL, Cagle D, Mead DG, Bicknell EJ, Bradley GA, Riplog-Peterson S, Edsall D, Reggiardo C (2002), Hemorrhagic disease in bighorn sheep in Arizona. *Journal of Wildlife Diseases* 38: 172-176.

Norrix LW, DeYoung DW, Krausman PR, Etchberger RC, Glattke J (1995), Conductive hearing loss in bighorn sheep. *Journal of Wildlife Diseases* 31: 223-227.

BLM_0052008

O'Toole D, Li H, Crawford TB (2000), Malignant catarrhal fever in bison. University of Wyoming, Washington State University and United States Department of Agriculture. Unpublished 1-4.

Onderka DK, Rawluk SA, Wishart WD (1988), Susceptibility of Rocky Mountain bighorn sheep and domestic sheep to pneumonia induced by bighorn and domestic livestock strains of *Pasteurella haemolytica*. *Canadian Journal of Veterinary Research* 52: 439-444.

Onderka DK, Wishart WD (1984), A major bighorn die-off from pneumonia in southern Alberta. *Biennial Symposium of the Northern Wild Sheep and Goat Council* 4: 356-363.

Onderka DK, Wishart WD (1988), Experimental contact transmission of *Pasteurella haemolytica* from clinically normal domestic sheep causing pneumonia in rocky mountain bighorn sheep. *Journal of Wildlife Diseases* 24: 663-667.

Pandey VS, Chaer A, Dakkak A (1989), Effects of temperature on development of the free-living stages of *Ostertagia circumcincta*. *Veterinary-Parasitology* 32: 193-197.

Papp JR, Shewan PE, Gartley CJ (1993), *Chlamydia psittaci* infection and associated infertility in sheep. *Canadian Journal of Veterinary Research* 57: 185-189.

Parks JB (1974), A serological survey for selected viral infections of Rocky Mountain bighorn sheep. *Journal of Wildlife Diseases* 10: 107-110.

Parks JB, Post G, Thorne T, Nash P (1972), Parainfluenza-3 virus infection in Rocky Mountain bighorn sheep. *Journal of the American Veterinary Medical Association* 161: 669-672.

Pasick J, Handel K, Zhou E, Clavijo A, Coates J, Robinson Y, Lincoln B (2001), Incursion of epizootic hemorrhagic disease into the Okanagan Valley, British Columbia in 1999. *Canadian Veterinary Journal* 42: 207-209.

Perrin J, Muller M, Zangger N, Nicolet N (1994), Infection with *Mycoplasma mycoides* ssp. *mycoides* LC (large colony type) in bezoar goat kids (*Capra aegagrus cretica*) in the Bern (Switzerland) Zoo. *Schweiz Arch Tierheilkd* 136: 270-274.

Pugh DG (2002), *Sheep and Goat Medicine*, W.B. Saunders Company, Philadelphia, Pennsylvania p 1-468.

Pybus MJ (2001), Endoparasites: Liver Flukes. In *Parasitic Diseases of Wild Mammals*, ed. Samuel WM, Pybus MJ, and Kocan AA, Iowa State University Press, Iowa p 121-149.

Pybus MJ, Foreyt WJ, Samuel WM (1984), Natural infections of *Parelaphostrongylus odocoilei* (Nematoda: Protostrongylidae) in several hosts and locations. *Proceedings of the Helminthological Society of Washington* 51: 338-340.

BLM_0052009

Pybus MJ, Samuel WM (1984a), Attempts to find a laboratory host for *Parelaphostrongylus andersoni* and *Parelaphostrongylus odocoilei* (Nematoda: Protostrongylidae). *Canadian Journal of Zoology* 62: 1181-1184.

Pybus MJ, Shave H (1984), *Muellerius capillaris* (Mueller, 1889) (Nematoda:Protostrongylidae): an unusual finding in Rocky Mountain bighorn sheep (*Ovis canadensis canadensis* Shaw) in South Dakota. *Journal of Wildlife Diseases* 20: 284-288.

Queen C, Ward ACS, Hunter DL (1994), Bacteria isolated from nasal and tonsillar samples of clinically healthy Rocky Mountain bighorn and domestic sheep. *Journal of Wildlife Diseases* 30: 1-7.

Rickard LG, Bishop JK (1991a), Redescription of *Trichuris tenuis* Chandler, 1930, from llamas (*Lama glama*) in Oregon with a key to the species of *Trichuris* present in North American ruminants. *The Journal of Parasitology* 77: 70-75.

Rickard LG (1993), Parasitic gastritis in a llama (*Lama glama*) associated with inhibited larval *Teladorsagia* spp. (Nematoda, Trichostrongyloidea). *Veterinary Parasitology* 45: 331-335.

Rickard LG, Bishop JK (1991b), Helminth parasites of llamas (*Lama glama*) in the Pacific Northwest. *Journal of the Helminthological Society of Washington* 58: 110-115.

Rodger JL (1989), Parainfluenza 3 vaccination of sheep. *The Veterinary Record* 125: 453-456.

Rosendal S (1981), Experimental infection of goats, sheep and calves with the large colony type of *Mycoplasma mycoides* subsp. *mycoides*. *Veterinary Pathology* 18: 71-81.

Rudolph KM, Hunter DL, Foreyt WJ, Cassirer EF, Rimler RB, Ward ACS (2003), Sharing of *Pasteurella* spp. between free-ranging bighorn sheep and feral goats. *Journal of Wildlife Diseases* 39: 897-903.

Ruhnke HL, Rosendal S, Goltz JP, Blackwell TE (1983), Isolation of *Mycoplasma mycoides* subspecies *mycoides* from polyarthritis and mastitis of goats in Canada. *Canadian Journal of Veterinary Research* 24: 54-56.

Salih NE, Grainger JNR (1982), The effect of constant and changing temperatures on the development of the eggs and larvae of *Ostertagia circumcincta*. *Journal of Thermal Biology* 7: 35-38.

Samuel WM, Chalmers GA, Stelfox JG, Loewen A, Thomsen JJ (1975), Contagious ecthyma in bighorn sheep and mountain goat in western Canada. *Journal of Wildlife Diseases* 11: 26-31.

Samuel WM, Hall WK, Stelfox JG, Wishart WD (1977), Parasites of mountain goat, *Oreamnos americanus* (Blainville), of west central Alberta with a comparison of the

BLM_0052010

helminths of mountain goat and rocky mountain bighorn sheep, *Ovis c. canadensis* shaw. *Proceedings of the First International Mountain Goat Symposium* , 212-225.

Schommer T, Woolever M (2001), A process for finding management solutions to the incompatibility between domestic and bighorn sheep. Washington, DC, United States Department of Agriculture p 1-20.

Schultheiss PC, Collins JK, Austgen LE, Demartini JC (1998), Malignant catarrhal fever in bison, acute and chronic cases. *Journal of Veterinary Diagnostic Investigation* 10: 255-262.

Schwantje H (1986), A comparative study of bighorn sheep herds in southeastern British Columbia. *Biennial Symposium of the Northern Wild Sheep and Goat Council* 231-252.

Schwantje H (1988a), Causes of bighorn sheep mortality and dieoffs: literature review. Wildlife Branch, Ministry of Environment, Victoria, BC. Wildlife Working Report No. WR-35, 1-49.

Schwantje H (1988b), Evaluation of health status of Rocky Mountain sheep in southeastern British Columbia. Wildlife Branch, Ministry of Environment,Victoria, BC. Wildlife Bulletin No. B-58, 1-55.

Schwantje H, Stephen C (2003), Communicable disease risks to wildlife from Camelids in British Columbia. Report prepared by Centre for Coastal Health, Nanaimo, BC. 1-53.

Sellers RF, Maarouf AR (1991), Possible introduction of epizootic hemorrhagic disease of deer virus (serotype 2) and bluetongue virus (serotype 11) into British Columbia in 1987 and 1988 by infected *Culicoides* carried on the wind. *Canadian Journal of Veterinary Research* 55: 367-370.

Shackleton D (1999), *Hoofed Mammals of British Columbia*, Royal British Columbia Museum and UBC Press, Vancouver, British Columbia, Canada p -268.

Shackleton DM, Shank CC, Wikeem BM (1999), Natural history of Rocky Mountain and Californian bighorn sheep. In *Mountain Sheep of North America*, ed. Valdez R and Krausman PR, Universtiy of Arizona Press, Tucson, AZ p 78-138.

Shah HL, Levine ND (1964), *Eimeria oreamni* sp N ( Protozoa - Eimeriidae ) from Rocky Mountain goat *Oreamnos americanus*. *Journal of Parasitology* 50: 634-635.

Shostak AW, Samuel WM (1984), Moisture and temperature effects on survival and infectivity of first-stage larvae of *Parelaphostrongylus odocoilei* and *P. tenuis* (Nematoda: Metastrongyloidea). *Journal of Parasitology* 70: 261-269.

Simmons NM (1968), Big Game in the Mackenzie Mountains, Northwest Territories. *Transactions of 32nd Federal-Provincial Wildlife Conference*, Whitehorse, YT 35-40.

BLM_0052011

Simmons NM, Bayer MB, Sinkey LO (1984), Demography of Dall's sheep in the MacKenzie mountains, Northwest Territories. *Journal of Wildlife Management* 48: 156-162.

Smith MC, Sherman DM (1994), *Goat Medicine*, Lea and Febiger, Malvern, Pennsylvania p 1-620.

Smith TC, Heimer WE, Foreyt W (1982), Contagious ecthyma in an adult Dall's sheep (*Ovis dalli*) in Alaska. *Journal of Wildlife Diseases* 18: 111-112.

Spraker TR, Adrian WJ (1990), Problems with "multiple land use" dealing with bighorn sheep and domestic livestock. *Biennial Symposium of the Northern Wild Sheep and Goat Council* 7: 67-75.

Spraker TR, Collins JK (1986), Isolation and serologic evidence of a respiratory syncytial virus in bighorn sheep from Colorado. *Journal of Wildlife Diseases* 22: 416-418.

St George TD, Carmichael LE (1975), Isolation of *Mycoplasma ovipneumoniae* from sheep with chronic pneumonia. *Veterinary Record* 97: 205-206.

Stalheim OHV (1983), Mycoplasmal respiratory diseases of ruminants: A review and update. *Journal of the American Veterinary Medical Association* 182: 403-406.

Stehman SM (1990), Diseases of the Alimentary System: Johne's disease (paratuberculosis). In *Large Animal Internal Medicine*, ed. Smith BP, C.V. Mosby Company, St. Louis, Missouri p 619-836.

Stien A, Irvine RJ, Ropstad E, Halvorsen O, Langvatn R, Albon SD (2002), The impact of gastrointestinal nematodes on wild reindeer: experimental and cross-sectional studies. *Journal of Animal Ecology* 71: 937-945.

Tessaro SV, Forbes LB (1986), *Brucella suis* biotype 4: a case of granulomatous nephritis in a barren ground caribou (*Rangifer tarandus groenlandicus* L.) with a review of the distribution of rangiferine brucellosis in Canada. *Journal of Wildlife Diseases* 22: 479-483.

Thomas DR (1991), The epidemiology of *Nematodirus battus*- is it changing? *Parasitology* 102: 147-155.

Trigo FJ, Breeze RG, Evermann JF, Gallina AM (1984a), Pathogenesis of experimental bovine respiratory syncytial virus infection in sheep. *American Journal of Veterinary Research* 45: 1663-1670.

Trigo FJ, Breeze RG, Liggitt HD, Evermann JF, Trigo E (1984b), Interaction of bovine respiratory syncytial virus on *Pasteurella haemolytica* in the ovine lung. *American Journal of Veterinary Research* 45: 1671-1678.

BLM_0052012

Uhazy LS, Holmes JC (1971), Helminths of the Rocky Mountain bighorn sheep in Western Canada. *Canadian Journal of Zoology* 49, 507-512.

Uhazy LS, Holmes JC (1973), Lungworms in the Rocky Mountain bighorn sheep of western Canada. *Canadian Journal of Zoology* 51: 817-824.

Uhazy LS, Mahrt JL, Holmes JC (1971), Coccidia of Rocky Mountain bighorn sheep in Western Canada. *Canadian Journal of Zoology* 49, 1461-1464.

Urquhart M, Armour J, Duncan JL, Dunn AM, Jennings FW (1996), Veterinary Helminthology. In *Veterinary Parasitology*, Blackwell Science Ltd.  Oxford p 3-140.

Valdez R, Krausman PR (1999), Description, distribution, and abundance of mountain sheep in North America.  In *Mountain Sheep of North America*, University Arizona Press, Tucson, Arizona p 2-22.

Van Campen H, Early G (2001), Orthomyxovirus and paramyxovirus infections.  In *Infectious Diseases of Wild Mammals*, ed. Williams ES and Barker IK, Iowa State University Press, Iowa p 271-279.

Van Campen H, Frolich K, Hofman M (2001), Pestivirus infections. In *Infectious Diseases of Wild Mammals*, ed. Williams ES and Barker IK, Iowa State University Press, Iowa p 232-244.

Van Campen H, Holt T, Ridpath J, Masden D, Spicer L, Spraker TR, Norrdin R (2003), Isolation of bovine viral diarrhea virus from free-ranging bighorn sheep.  *American Association of Veterinary Laboratory Diagnosticians* p. 152.

Veitch AM (1997), An aerial survey for muskoxen in the northern Sahtu Settlement Area, March 1997. Norman Wells, NT.  Department of Resources, Wildlife and Economic Development Report 103, 1-42.

Veitch AM (1998), History of transplanting mountain goats and mountain sheep-Northwest Territories.  *Biennial Symposium of the Northern Wild Sheep and Goat Council* 10: 188-189.

Veitch AM (2001), An unusual record of a white-tailed deer, *Odocoileus virginianus,* in the Northwest Territories.  *Canadian Field-Naturalist* 115: 172-175.

Veitch AM, Kutz SJ, Elkin B (1998), Dall's sheep disease and parasite studies in the Northwest Territories,Canada. Department of Resources, Wildlife, and Economic Development, Norman Wells, NT 1-14.

Veitch AM, Simmons E (2001), Mackenzie Mountain non-resident and non-resident alien hunter harvest summary-2000. Norman Wells, NT, Department of Resources, Wildlife and Economic Development Manuscript 137: 1-35.

BLM_0052013

Veitch AM, Simmons E, Promislow M, Tate D, Swallow M, Popko R (2002), The status of mountain goats in Canada's Northwest Territories. *Biennial Symposium of the Northern Wild Sheep and Goat Council* 13: 49-62.

Waller PJ, Rudby-Martin L, Ljungstrom BL, Rydzik A (2004), The epidemiology of abomasal nematodes of sheep in Sweden, with particular reference to over-winter survival strategies. *Veterinary Parasitology* 122: 207-220.

Ward ACS, Dunbar MR, Hunter DL, Hillman RH, Bulgin MS, Delong WJ, Silva ER (1990), Pasteurellaceae from bighorn and domestic sheep. *Biennial Symposium of the Northern Wild Sheep and Goat Council* 7: 109-117.

Ward ACS, Hunter DL, Jaworski MD, Benolkin PJ, Dobel MP, Jeffress JB, Tanner GA (1997), *Pasteurella* spp. in sympatric bighorn and domestic sheep. *Journal of Wildlife Diseases* 33: 544-557.

Weiser GC, Delong WJ, Paz JL, Shafii B, Price WJ, Ward ACS (2003), Characterization of *Pasteurella multocida* associated with pneumonia in bighorn sheep. *Journal of Wildlife Diseases* 39: 536-544.

Wenger I, Tait L (2001), The Western Canadian Flock Health Program. Stolz, T. Unpublished.

Wernery U, Kaaden O (2002), Nonpathogenic viral infections. In *Infectious Diseases in Camelids*, ed. Wernery U, Blackwell Science, Inc. Berlin p 209-236.

Whithear K (2001), Diseases due to mycoplasmas. In *Infectious Diseases of Wild Mammals*, ed. Williams ES and Barker IK, Iowa State University Press, Iowa p 413-422.

Whittington RJ, Marshall DJ, Nicholls PJ, Marsh IB, Reddacliff LA (2004), Survival and dormancy of *Mycobacterium avium* subsp. *paratuberculosis* in the environment. *Applied Environmental Microbiology* 70: 2989-3004.

Williams ES (2001), Paratuberculosis and other mycobacterial diseases. In *Infectious Diseases of Wild Mammals*, ed. Williams ES and Barker IK, Iowa State University Press, Ames, Iowa p 361-371.

Williams ES, Demartini JC, Snyder P (1985), Lymphocyte blastogenesis, complement fixation, and fecal culture as diaagnostic tests for paratuberculosis in North American wild ruminants and domestic sheep. *American Journal of Veterinary Research* 46: 2317-2321.

Williams ES, Kirkwood JK, Miller MW (2001), Transmissible spongiform encephalopathies. In *Infectious Diseases of Wild Mammals*, ed. Williams ES and Barker IK, Iowa State University Press, Ames, Iowa p 292-302.

Williams ES, Schoonveld GG, Spraker TR, Hibler CP (1978), Paratuberculosis (Johne's disease) in bighorn sheep (*Ovis canadensis*) and Rocky Mountain goats (*Oreamnos*

137

BLM_0052014

*americanus)* in Colorado. *Biennial Symposium of the Northern Wild Sheep and Goat Council* 248-260.

Williams ES, Snyder SP, Martin KL (1983a), Experimental infection of some North American wild ruminants and domestic sheep with *Mycobacterium paratuberculosis*: clinical and bacteriological findings. *Journal of Wildlife Diseases* 19: 185-191.

Williams ES, Snyder SP, Martin KL (1983b), Pathology of spontaneous and experimental infection of North American wild ruminants with *Mycobacterium paratuberculosis*. *Veterinary Pathology* 20: 274-291.

Williams JR, Evermann JF, Beede RF, Scott ES, Bilbeck PM, Whetstone CA, Stone DM (1991), Association of bovine herpesvirus type 1 in a llama with bronchopneumonia. *Journal of Veterinary Diagnostic Investigation* 3: 258-260.

Windsor RS (1997), Type II ostertagiasis in llamas. *Veterinary Record* 141: 608.

Wobeser G (2001), Miscellaneous bacterial infections. In *Infectious Diseases in Wild Mammals*, ed. Williams ES and Barker IK, Iowa State University Press, Ames, Iowa p 487-513.

Woodbury M (2002), Malignant catarrhal fever in bison. *Large Animal Veterinary Rounds* 2.

Woods LW (2001), Viral and prion diseases: adenoviral diseases. In *Infectious Diseases of Wild Mammals*, ed. Williams ES and Barker IK, Iowa State University Press, Iowa p 202-212.

Woolf A, Kradel DC (1973), Mortality in captive bighorn sheep - clinical, hematological, and pathological observations. *Journal of Wildlife Diseases* 9: 12-17.

Woolf A, Kradel DC, Bubash GR (1970), *Mycoplasma* isolates from pneumonia in captive Rocky Mountain bighorn sheep. *Journal of Wildlife Diseases* 6: 169-170.

Worley DE, Seesee FM (1992), Gastrointestinal parasites of bighorn sheep in western Montana and their relationship to herd health. *Biennial Symposium of the Northern Wild Sheep and Goat Council* 8, 202-212.

Worley DE, Yde CE, Brown GW, McCarthy JJ (1988), Lungworm surveillance in bighorn sheep: possible applications for population density estimates and range use assessment. *Biennial Symposium of the Northern Wild Sheep and Goat Council* 6: 77-83.

Wright FC, Guillot FS, Meleney WP (1981), Transmission of psoroptic mites from bighorn sheep (*Ovis* canadensis mexicana) to domestic sheep, cattle and rabbits, *Journal of Wildlife Diseases* 17: 381-386.

BLM_0052015

Zaffaroni E, Manfredi MT, Citterio C, Sala M, Piccolo G, Lanfranchi P (2000), Host specificity of abomasal nematodes in free ranging alpine ruminants. *Veterinary Parasitology* 90: 221-230.

Zarnke RL (1981), Contagious Ecthyma. In *Alaskan Wildlife Diseases*, ed. Dieterich RA, University of Alaska, Fairbanks, Alaska p 13-16.

Zarnke RL (1983), Serologic survey for selected microbial pathogens in Alaskan wildlife. *Journal of Wildlife Diseases* 19: 324-329.

Zarnke RL (2000), Alaska Wildlife Serologic Survey, 1975-2000. Alaska Department of Fish and Game, Juneau, Alaska. Federal Aid in Wildlife Restoration, Research Final Report: Grants W-24-5 and W-27-1 through W-27-4. Study 18, 71: 1-28.

Zarnke RL, Dieterich RA, Neiland KA, Ranglack G (1983), Serologic and experimental investigations of contagious ecthyma in Alaska. *Journal of Wildlife Diseases* 19[3], 170-174.

Zarnke RL, Dubey JP, Kwok OCH, Ver Hoef JM (2000), Serologic survey for *Toxoplasma gondii* in selected wildlife species from Alaska. *Journal of Wildlife Diseases* 36: 219-224.

Zarnke RL, Li H, Crawford TB (2002), Serum antibody prevalence of malignant catarrhal fever viruses in seven wildlife species from Alaska. *Journal of Wildlife Diseases* 38: 500-504.

Zarnke RL, Rosendal S (1989), Serologic survey for *Mycoplasma ovipneumoniae* in free-ranging Dall's sheep (*Ovis dalli*) in Alaska. *Journal of Wildlife Diseases* 25: 612-613.

BLM_0052016

Direct Effects

Home    The Fireline    Fire    Fire Effects    Protection    Fire Policy    Arch & Fire Management    Suppression    Prescribed Fire

Fire Use    Post Fire/BAER    In the News    Fire Research    Site Map    Blog    Who is available

Fire Effects
Direct Effects
Indirect Effects
Suppression Effects

Updated January 3, 2009

Direct fire effects are those caused by the fire itself.  These are caused when archaeological materials have direct contact with flames, heat and/or smoke during the combustion process.

The magnitude of the heat pulse depends on fuel loading, fuel moisture content, fuel distribution, rate of combustion, soil moisture content, and other factors. The movement of heat into the cultural material is not only dependent upon the peak temperature reached, but even more so upon the length of time that the heat source is present. Because fuels are not evenly distributed around a site, a mosaic of heating occurs. The highest soil temperatures are associated with areas of greatest fuel consumption and the areas that have the longest duration of burning.

The amount an artifact is affected is based on the artifact type, fire intensity, distance of the artifact from the flame, time span of the heating and cooling, and differences in type and amount of barriers between the flame and the artifact.  Because the pattern of heating varies significantly around a site, with differences in both the amount and duration of soil heating, a range of fire effects on artifacts can occur on one burned area. Effects vary from complete combustion of artifact or feature to minor molecular or structural changes.

Artifacts surrounded or in contact with fuels such as wood and duff are most susceptible to direct contact with flames and heat. These artifacts are effected by convection, radiation, and conduction heat transfer.

Artifacts and features above the ground surface, i.e. structures, arboglyphs, rock art, etc., are susceptible to preheating, convection heat transfer, and smoke impacts.

Subsurface artifacts are effected by conduction heat transfer and conduction varies by soil texture, soil moisture content.

Factors effecting heat transfer.
1) Fuels
    • size - 1 hr -1000 hr
    • carrier fuels - ground vs. crown fire
    • fuel continuity

2) Duration
    • fuel loads - size, amount, depth
    • fuel distribution
    • weather

3) Soil
    • conductive properties
    • compactness of soil
    • moisture content of soil



**In summary understanding how to fire effects artifacts and features depends on being able to address four questions:**

BLM_0052017

Direct Effects

1) How hot was the fire?
2) How long was it hot?
3) Where were the cultural resources in relationship to the heat?
4) Can those cultural resources, or the values associated with them, be adversely affected by the heat or the duration of heating, or by other components of the fire environment, like smoke?





## Effects to dating techniques

**Carbon 14 ($^{14}$C):**  Contamination of archeological charcoal by the introduction of modern charcoal is a major concern at burned-over sites, particularly in instances where burning of subsurface vegetation (e.g., tree roots, stumps) has occurred.  Post-depositional processes such as rodent activity, root action, and soil mixing or rodents may contaminate subsurface deposits with modern surface charcoal.  Although at least one study suggests that modern material may be distinguished from archeological charcoal by texture and friability, this is apparently not always possible.  If contamination has taken place, the validity of $^{14}$C assays is compromised.  Post-fire assessments should note whether such contamination is likely in order to warn future excavators.

The fire effects that remove carbon from ceramic samples (see above) also render burned sherds unusable for $^{14}$C dating.

**Thermoluminescence:**  This technique is dependent on the heating (e.g., firing) of archeological materials such as ceramics, burned adobe, and firehearth slabs during their period of use by the manufacturers.  Exposure of such materials to fire--which essentially results in "refiring" them--can compromise the accuracy of this dating method.

**Archeomagnetism:**  This technique measures the electron orientation in archeological features that have been subject to heating in the past, the presumption being that the final heating occurred when the feature was used in prehistoric times.  Burned-over surface features can be expected to yield unreliable dates if the fire has reached heats of at least 525°C; burned surface soils in "hot spots" have yielded archeomagnetic samples.  Although subsurface features are not as likely to be affected, they may also be compromised if heat penetration and intensity is sufficient.  Evidence of severely burned soils (such as reddish strips where big logs have burned up) would be a possible indicator that archeomagnetic dating has been compromised for the site (and see #45 and #46, below).

**Dendrochronology:**  The destruction of woody materials during a fire event obviously removes an important data reservoir from consideration.  Any surface sites that are subjected to moderate-to-severe burning can be expected to lose wood remains (and indeed, may have lost them in a fire event long ago).

## References -
## General Effects

Bare Bones Guide to Fire Effects on Cultural Resources For Cultural Resource Specialists
This document briefly synthesizes some of the technical information available on the effects of fire on cultural resources. This synthesis should assist cultural resource specialists with their contributions to fire management planning, compliance for prescribed fire projects, and participation in wildland fire use or wildfire events. By Kate Winthrop, of BLM, 2004

Cultural Resources - Powerpoint lecture on Cultural Resources From Scott Stephens' Wildland Fire Science Class University of California Berkeley

BLM_0052018

Direct Effects

Fire Effects Guide - Cultural Resource Section of Fire Effects Monitoring Guide by National Wildfire Coordinating Group

Fire Effects on Cultural Resources A Bibliographic Survey of Specific and Related Literature - Bibliiography Compiled for the BLM Preservation Board by Kirk Halford, Bishop Field Office Archaeologist, 2001

BIBLIOGRAPHIES ON FIRE HAZARD MITIGATION - Bibliographic Sources Regarding the Effects of Fire on Cultural Properties.

Forest Encyclopedia Network Effects of Fire on Cultural Resources - General overview of fire effects to Cultural Resources

The Impacts of Wildland and Prescribed Fire on Archaeological Resources. Brent Buenger, 2003,  Ph.D. Dissertation University of Kansas, Department of Anthropology. Through use of field-based experiments, laboratory experiments and field-based sampling of burned archaeological sites Buenger examines the potential for prescribed and wildland fire to adversely affect the interpretive integrity and preservation of archaeological materials.
See photographs of his experiments

A Burning Question: The Effects of Fire And Fire Management on Cultural Resources by Richard D. Shultz

An Examination of Fire Effects on Prehistoric Period Cultural Resources in Nevada
Prepared by Vickie Clay, Michael P. Drews, Eric Ingbar, and Charles Zeier, March 2004, The research design for this project creates a systematic framework for the observation of fire effects on those elements typically considered when determining the eligibility of prehistoric archaeological sites under National Register Criterion D. More specifically, the study focuses on the effects of fire on eligibility-related elements at the general category of prehistoric archaeological site commonly referred to as "lithic scatters and features." Such sites comprise over 75 percent of known cultural resources in Nevada, and in most other western states as well. The study does not address elements associated with other National Register criteria (A, B, and C). This is because so few prehistoric sites in the West have been evaluated based, in part or in whole, on these criteria. Also, historic period archaeological sites are not considered in detail.

**Archaeology Under Fire: the Impacts of Forest Fire on Archaeological Inquiry,** Knapp, Ashleigh, 2006, 64th PLAINS ANTHROPOLOGICAL CONFERENCE, Topeka, Kansas

# Articles on specific fires
Effects of the Wild Land Fire on the Resources
Very general and short article on cultural resource protection during fire in Mesa Verde in 1996.

The La Mesa Fire: Impact on Cultural Resources at Bandelier National Monument by Diane Traylor, Lyndi Hubbell, Nancy Wood, Barbara Fiedler published in Cultural Resources Management, A National Park Service Technical Bulletin, Volume 6: No. 4, pages 5-7 December 1983, CRM Bulletin

**ARCHAEOLOGICAL SITES and FIRE-INDUCED CHANGES,** by Clay Johnson, Ashley National Forest
A verbal version of this manuscript was presented at the Sixth Biennial Rocky Mountain Anthropological Conference, Estes Park, Colorado, September 18-20, 2003. Subsequently, an edited version of the conference papers was electronically published on CD: In: *Ancient and Historic Lifeways in North America's Rocky Mountains: Proceedings of the Rocky Mountain Anthropological Conference, Estes Park, Colorado.* Edited by Robert H. Brunswig and William B. Butler, 2004.

**Save Our Heritage Organization page on historic structures impacted by the 2007 So Cal Fires**

# See more information by following these links:
# Bone  Ceramics  Chert  Obsidian  Historic artifacts  Archival Materials

# Fire Cracked Rock
Fire Cracked Rock Bibliography

House, J. H., and Smith, J. W., 1975. Experiments in the Replication of Fire-cracked Rock. In: Schiffer, M. B., and House, J. H., (Eds.), The Cache River Archeological Project: An Experiment in Contract Archeology, pp. 75-80. McDowell-Loudan, E. E., 1983. Fire-cracked rock: preliminary experiments to determine its nature and significance in archaeological contexts. Chesopiaean 21, 20-29.

McParland, P., 1977. Experiments in the Firing and Breaking of Rocks. Calgary Archaeologist 5.

# Historic structures
**Sandstone (Architectural)**
Fire will damage architectural stone. Above about 300 C (572 F) sandstone will begin to oxidize and at higher temperatures (pervasive at 700 C, 1292 F) it will spall and fracture. These effects can significantly alter features constructed of this material and may constitute a significant effect to sites with these features (Buenger 2003).

**Adobe**
Adobe bricks and mortar and rammed earth walls are created from non-flammable sand, silt, and clay. These materials may be mixed with straw, however, and construction of adobe structures will often include wooden poles and posts, which may burn. Walls may be smoothed with adobe plaster. When intact, an adobe structure will resist fire. Plaster that is made with gypsum will spall when exposed to sufficient heat, which may expose more flammable parts of a

BLM_0052019

structure. If the straw used in the adobe burns, the structure may also be weakened (Haecker n.d.).

**Cement-mortared Fieldstone, Firebrick, Cinder Block, Cement Aggregate**
These materials are generally resistant to fire. Low-fired, non-commercial, locally made brick may weaken and crumble in a hot fire. Hot fires will also calcinate lime-based mortar, causing it to crumble and the wall to eventually collapse. Masonry and cinder block may spall, resulting in damage to the surface of the structure (Haecker n.d.)

Haecker, C. M., 2001, **Effects of Fire on Historic Structures and Historic Artifacts**. Cultural Resource Protection and Fire Management Planning, Tucson, Arizona.

Johnson, A., 1991. Post-fire Identification of Nineteenth Century Wooden Structures. Archaeology in Montana 32, 33-48.

**FIRE LOSS TO HISTORIC BUILDINGS**

# Lithics

See individual pages on Chert and Obsidian

**Basalt**
Fire can produce changes in basalt including spalling, potlidding, crazing, and fracturing; these effects possibly result from rapid cooling. There is little experimental data for fire effects on basalt. One study indicates that spalling or flaking may occur at temperatures around 350 – 400 C (662 - 752 F) (Deal n.d.).

**Groundstone**
Rock types vary in their response to fire. Sandstone reportedly cracks or fractures at a lower temperature than basalt. Granites and quartzites withstand higher temperatures. Severe wildfire may cause portable groundstone to crack or fracture. Thermal shock—such as rapid heating or cooling--can cause fracturing and exfoliating of groundstone artifacts, including bedrock mortars. Burning or smoldering fuels on groundstone artifacts or features (e.g. a fallen tree on a bedrock mortar) may contribute to increased damage during a fire. As is true for other tool types, longer exposures to heat and/or hotter fires

increases the potential for artifact damage (Deal n.d., Buenger 2003).
Ahler, S. A., 1983. Heat Treatment of Knife River Flint. Lithic Technology 12, 1-8.

Bleed, P., and Meier, M., 1980. An Objective Test of Effects of Heat Treatment of Flakeable Stone. American Antiquity 45, 502-507.

Gregg, M. L., and Grybush, R. J., 1976. Thermally Altered Siliceous Stones from Prehistoric Contexts: Intentional vs. Unintentional Alteration. American Antiquity 41, 189-192.

Griffiths, D. R., Bergman, C. A., Clayton, C. J., Ohnuma, K., Robins, G. V., and Seely, N. J., 1987. Experimental Investigation of the Heat Treatment of Flint, The Human Uses of Flint and Chert: Proceedings of the Fourth International flint Symposium, held at Brighton Polytechnic, 10-15 April 1983. Cambridge University Press, Cambridge, pp. 43-52.

Hester, J. J., 1973. Ethnographic Evidence for the Thermal Alteration of Siliceous Stone. Tebiwa 15, 63-65.

Patterson, L., 1995. Intentional Heat Treatment: A Reply to Rondeau. Lithic Technology Journal 20, 136-137.

Purdy, B. A., 1974. Investigations concerning the thermal alteration of silica minerals: an archaeological approach. Tebiwa 17, 37-66.

Purdy, B. A., and Brooks, H. K., 1971. Thermal alteration of silica minerals: An archaeological approach. Science 173, 322-325.

Rick, J. W., 1978. Heat-altered cherts of the lower Illinois Valley, an experimental study in prehistoric technology. Northwestern University Archaeology Program, Evanston, Illinois.

Robins, G. V., Steely, N. J., McNeil, D. A. C., and Symons, M. R. C., 1978. Identification of ancient heat treatment in flint artifacts by ESR spectroscopy. Nature 276, 703-704.

Rondeau, M. F., 1995. Thermal damage does not equal heat treatment. Lithic Technology Journal 20, 135-137.

Rowney, M., and White, J. P., 1997. Detecting heat treatment of silcrete: experiments with methods. Journal of Archaeological Science 24, 649-657.

Schindler, D. L., Hatch, J. W., Hay, C. A., and Bradt, R. C., 1972. Aboriginal thermal alteration of a central Pennsylvania jasper: analytical and behavioral implications. American Antiquity 47, 526-544.
Rebutal

Weymouth, J. W., and Manderville, M., 1975. An X-ray diffraction study of heat treated chert and its archaeological implications. Archaeometry 17, 61 - 67.

Whyte, T. R., Advantages and disadvantages of burned lithic artifacts in the study of archaeological sites. the 40th Annual Southeastern Archaeological Conference, 1983.

Whyte, T. R., 1984. Lithic artifact burning and archaeological deposit formation on three early archaic sites in east Tennessee, University of Tennessee, Department of Anthropology, Knoxville.

BLM_0052020

## Pollen

Cummings, L. S., 1991. Pollen and Macrofloral Analysis at Nine Sites in Grand Teton National Park, Wyoming: 1988 Field Season. In: Connor, M. A., Cannon, K. P., Matz, S. E., Carlevato, D. C., and Winchell, C. A., (Eds.), Jackson Lake Archeological Project: The 1987 and 1988 Field Work. Midwest Archeological Center, Lincoln, Nebraska, pp. 430-453.

Fish, S.. 1989. Long Mesa Fire: Fire Effects on Pollen: An Evaluation.

Ford, R. I., 1990. Appendix B. Ethnobotanical Consequences of the La Mesa Fire, Bandelier National Monument. In: Traylor, D., Hubbel, L., Wood, N., and Fiedler, B., (Eds.), The 1977 La Mesa Fire Study: An Investigation of Fire and Fire Suppression Impact on Cultural Resources in Bandelier National Monument. National Park Service, Division of Anthropology, Branch of Cultural Resources Management, Santa Fe, pp. 147-152.

Ford, R. I., 1990. Ethnobotanical Consequences of the La Mesa Fire, Bandelier National Monument.

Scott, L. J., 1978. Pollen analysis of three sites in the La Mesa study area, Report prepared for Southwest Region, National Park Service, Santa Fe New Mexico In fulfillment of Purchase Order No. PX7029-7-0089. National Park Service, Division of Anthropology, Branch of Cultural Resources Management, Santa Fe, pp. 153-164.

Scott, L. J., 1990. Appendix C. Pollen analysis of three sites in the La Mesa study area. In: Traylor, D., Hubbel, L., Wood, N., and Fiedler, B., (Eds.), The 1977 La Mesa Fire Study: An investigation of fire and fire suppression impact on cultural resources in Bandelier National Monument. National Park Service, Division of Anthropology, Branch of Cultural Resources Management, Santa Fe, pp. 153-164.

## Rock Art

Fire has a high potential for damage to rock art. Though there are no specific temperature guidelines for rock art, fire effects include soot smudging and discoloration from smoke, which obscure the rock art images; degradation of the rock surface from spalling, exfoliation, and increased weathering; changes in organic paints due to heat; and damage to rock varnish which may destroy its potential to date the art (Tratebas 2004, Kelly and McCarthy 2001).

Fire retardants, slurry, foam, and water should never be dumped/ sprayed on rock art during a fire.

Rock Art and Fire - Some basics on Rock Art and Fire

Blackwelder, E., 1927. Fire as an Agent in Rock Weathering. Journal of Geology 35, 134-140.

Cavaioli, M., 1991. Fire Reveals New Pictographs at the Kuel Site: The Effects of Wildfire on Pictograph Sites. Rock Art Papers # 27 8, 81-83.

Cole, S. J., 1997. Documentation of Battleship Rock Petroglyph Site, MV2469, After the 1996 Soda Canyon Wild Fire. Report prepared for Mesa Verde National Park,, Colorado.

Dandridge, D. E., 1999. Rock Art, Vegetation and Fire. La Pintura Spring 1999, 4-5.

Dean, J. C., 1999. Condition assessment of three rock art sites: Alibates Flint Quarries National Monument, Texas. Dean & Associates Conservation Services, Portland, Oregon.

Jones, A. T., and Ryan, K. C., ca. 2001. Wildland Fire in Ecosystems: Effects of Fire on Cultural Resources and Archeology. USDA Forest Service, Rocky Mountain Research Station, Fort Collins, Colorado.

Kelly, R., and McCarthy, D. F., 2001. Effects of Fire on Rock Art. American Indian Rock Art 27, 169-176.

Kolber, J., 1998. Burned petroglyphs in Deadman Wash. La Pintura 24, 1-2.

Nealson, E., 1995. Fire as a Geomorphic Agent in Rock Weathering: The Effect of Rock Size on Weathering Efficiency under Simulated Forest Fire Conditions, (Master's thesis), University of Iowa.

Noxon, J. S., and Marcus. D. A., 1983. Wildfire-induced cliff face exfoliation and potential effects on cultural resources in the Needles District of Canyonlands National Park, Utah. Southwestern Lore 49, 1-8.

Scott, D. D., 1979. Don't burn that wickiup! A value at risk. Some considerations of cultural resources in fire management. Bureau of Land Management, Montrose, Colorado, pp. 1-11.

Tratebas, A., Cerveny, N., and Dorn, R., 2004. The Effects of Fire on Rock Art: Microscopic Evidence Reveals the Importance of Weathering Rinds. Physical Geography 25, 313-333.

## Soil

Beadle, N. C. W., 1940. Soil Temperature during forest fires and its effects on the survival of vegetation. Journal of Ecology 28, 180-192.

Boyer, D., and Dell, J. D., 1980. Fire Effects on Pacific Northwest Forest Soils. Forest Service USDA Pacific Northwest Region, Watershed Management and Aviation and Fire Management.

Campbell, G. S., Jungbauer, J. D., Bidlake, W. R., and Hungerford, R. D., 1994. Predicting the Effect of Temperature on Soil Thermal Conductivity. Soil Science 158, 307-313.

BLM_0052021

Campbell, G. S., Jungbauer, J. D., Bristow, K. L., and Hungerford, R. D., 1995. Soil Temperature and Water Content Beneath a Surface Fire. Soil Science 159, 363-375.

Connor, M. A., and Cannon, K. P., 1991. Forest Fires as a Site Formation Process in the Rocky Mountains of Northwestern Wyoming. Archaeology in Montana 32, 1-14.

Connor, M. A., Cannon, K. P., and Carlevato, D. C., 1989. The Mountains Burnt: Forest Fires and Site Formation Processes. North American Archaeologist 10, 293-310.

DeBano, L. F., 2000. The role of fire and soil heating on water repellency in Wildland environments: a review. Journal of hydrology 231/232, 195.

DeBano, L. F., Rice, R. M., and Conrad, C. E., 1979. Soil Heating on Chaparral Fires: Effects on Soil Properties, Plant Nutrients, Erosion, and Runoff. USDA Forest Service, Pacific Southwest Forest Range Experiment Station, Berkeley, California.

Duriscoe, D., N.d. Effects of Fire on Physical Properties of Chaparral Soils., Unpublished Manuscript, U.S. Forest Service.

Evans, K. G., Saynor, M. J., and Willgoose, G. R., 1998. Changes in Hydrology, Sediment Loss and Microtopography of a Vegetated Mine Waste Rock Dump Impacted by Fire. Land Degradation and Development 10, 507-522.

Gifford, G., 1981. Impact of Burning Pinyon-Juniper Debris on Select Soil Properties. Journal of Range Management 34.

Hinshelwood, A., 1996. Boreal Forest Fire Ecology and Archaeological Site Formation: An Example from Northern Ontario. Ontario Archaeology 62, 63-92.

Hoyer, S. J., 1982. The Effects of Prescribed Fire on Soil Properties.

Lintz, C., 1989. Experimental thermal discoloration and heat conductivity studies of caliche from eastern new Mexico. Geoarchaeology conducted with mud-dauber nests by Finn Glassing.

J.C. Neff, J.W. Harden, and G. Gleixner, Fire effects on soil organic matter content, composition, and nutrients in boreal interior Alaska.

Nidal, H. A.-H., and Reeder, R. C., 2000. Soil Thermal Conductivity: Effects of Density, Moisture, Salt Concentration, and Organic Matter. Science Society American Journal 64.

Shoemaker, K. W., 1975. Selected bibliography of studies in soil ecology with emphasis on the influence of fire on soil. Grand Canyon National Park.

Wagle, R. F., and J. H. Kitchen, J., 1972. Influence of Fire on Soil Nutrients in a Ponderosa Pine Type. Ecology 53, 118-125.

Wells, C. G., Campbell, R. E., DeBano, L. F., Lewis, C. E., Fredriksen, E. C., Froelich, R. C., and Dunn, P. H., 1979. Effects of fire on soil: A state-of-knowledge review, national fire effects workshop, Denver, General Technical Report No. WO-7. USDA Forest Service, Washington, D.C.



Remember conditions are not static so Not making a decision is a decision.
BE SAFE No archaeological site is worth a life.
This page is still under construction so please check back for additional information.
Website last updated October 26, 2011

Donate
VISA

Indirect Effects

Home    The Fireline    Fire    Fire Effects    Protection    Fire Policy    Arch & Fire Management    Suppression    Prescribed Fire    Fire Use    Post Fire/BAER    In the News    Fire Research    Site Map    Blog    Who is available

Fire Effects
   Direct Effects
   Indirect Effects
   Suppression Effects

Updated October 26, 2011



Fire has effects on the biotic and abiotic components of an ecosystem. The biotic component consists of the both faunal and floral. The abiotic component, particularly soil, through both direct contact of flames with the soil and fires effects on the plant community using the soil (Hart et al. 2005).

Indirect fire effects include intentional and inadvertent looting, increased erosion of soils that can remove or bury archaeological resources, increased tree mortality resulting in impacts from tree fall or uprooting, increased rodent and insect populations that can alter subsurface soil structure, increased microbial activity, which can feed on organic matter within archaeological soils, and the addition of "new" carbon, which can be move through the soil column of archaeological sites through a variety of agents.

## *Increased Surface Runoff and Erosion*

Following fires one moderate- to high-intensity that reduce vegetation and litter cover from 75% to 10% can resulting in increased surface runoff, up to 70 percent higher than normal, and erosion, up to 300 percent higher than normal.

A water-repellent, or hydrophobic, layer sometimes forms on, or just below, the ground surface following a fire, exacerbating the impact of even moderate rainfall (DeBano, Rice, and Conrad 1979:13-14; Wells et al. 1979:18-19).

Sheet erosion can relocate cultural materials (e.g., Rick 1976; Schiffer 1987). Localized heavy downpours were capable of produced a puddling effect, concentrating flaked-stone debitage into pools that might later be mistaken for activity areas (Wettstaed 1993; Wettstaed and LaPoint 1990). In more extreme situations, the collection of water in geologic formations can result in landslides, which can relocate or bury cultural resources.



Here are some different types of erosion:
**Sedimentation**: Sediments can cover a site, fill a site, or abrade the site. Covering or filling a site can eventually cause runoff to over fall the down slope edge and scour a cavity at the base. Abrasives can detach soil particles and empty a site feature. When sediments are suspended in runoff, it increases the destructive energy of the flow, adds abrasives in the flow, and increases runoff velocity.

**Activated gully** down-cutting process, due to fire effects on watershed, may include burned-out logs in channel, soil piping due to burned-out stump(s), lateral channel migration due to boulder deposit. Artifact migration may be due to increase in stream flow or increased energy of stream flow, threat to site features.



**Rilling** is a small gully system that delivers considerable sediments to site features on hill slopes and ridges that might other wise be safe.

**Raindrop erosion**: Raindrops can "melt" tree root wads, erode stump cavities, and detach soils in root canals causing abrasives to scour out the root. The overhead tree canopy is often burned by fire. Prior to the fire, the canopy may have intercepted the rainfall and reduce the velocity and size of raindrops.

**Overland Runoff**: The saturated soils are more easily eroded, and rain-on-snow events can produce massive runoff. Describe flow path to site features: (azimuth that flow approaches from; slope gradient and slope length, effective soil cover in %, fire effects on flow path and flow path watershed) Features, eroding soil away may include artifact migration off site to a channel.

BLM_0052023

Indirect Effects





**Channel Bank Scour**. Steep, moist stream bank on outside curve of channel could slip, or be under scoured by floods, causing loss of features located on lip.  Increased channel flow and boulder transportation by flooding can under scour the bank causing it to fall in and take site features with it. Soil water can also build up in the soils because trees are killed by fire, and therefore no longer using soil water to sustain life.  Soil slumps can result, and are often indicated by adjacent slip scarps.  Sites located in the slip, or near can be destroyed.

**Channel Debris.**  The feature may be damaged or threatened by flood scour when a large tree falls across the channel downstream, causing an accumulation of rock and rubble on the log.  The mound of rock and rubble migrates upstream with each subsequent flood and for as long as the tree trunk forms a dam across the channel.  The stream can divert to one side or the other, and often diverts to both sides of the debris cone.   Stream can be diverted into the feature or across the site.

**Hillslope Scour**.  Features may be damaged by excess runoff due to fire-consumed litter on the hillslope. Rills produce sediments that are entrained in overland runoff, causing increased scouring energy, greater velocities, and sediment delivery to the site.   Rills and small gullies may form as the rills mature over time.  Release of hillslope sediments by consumption of organic matter that was the pre-fire stabilizer.  Sediment could then flow overland and threaten the site.



**Tree Root Erosion**: Increase erosion due to stumpholes and burn log channel.  The integrity of the site can also be compromised by tree root canals created by burned-out roots.  As water fills stump cavity, the root canals can cause soil piping.

**Pedestalling**: Pedestals usually form where erosion has cut away all the soil from a surface except where it is protected by artifacts, rocks, plants, roots and the canopy of the tree.  It is normal that there be some channeling of water between pedestals unless the downcutting is very pronounced, such areas should not be characterized as gulling.

## *Increased Tree Mortality*

Trees killed or severely weakened by fire are susceptible to collapse. If archaeological resources are located near or among a stand of weakened trees any collapse could cause severe damage by the upheaval of root systems, or crushing by the trunk or main branches. Subsurface features and artifacts can also be damaged by branches being driven into the soil as the tree impacts the surface. Finally, fallen trees comprise heavy fuels that will burn at extreme temperatures during a future fire event.



## *Increased Burrowing Rodent and Insect Populations*

Burrowing animals, particularly those that reside and feed mostly underground (e.g., gophers, earthworms), can cause considerable horizontal and vertical movement (usually within the first 2 meters of the soil column) of soils and cultural artifacts. The creation of burrows, nests, tunnels and runs can result in obscuring soil stratigraphy or other subtle features, separating and combining unassociated items, moving older artifactual materials to younger stratigraphic proveniences or younger artifactual materials to older proveniences, as well as physically alter artifacts and ecofacts through abrasion or breakage.

## *Carbon Contamination*

BLM_0052024



The possible incorporation of recent charcoal fragments (through the action of fire itself [e.g., burned tree roots] and/or subsurface disturbances [e.g., rodent burrowing]) resulting from prescribed or natural fire into archaeological contexts, and the opportunity to submit small charcoal fragments, rather than more robust samples, gives rise to the potential for underestimating the age of the stratigraphic level being tests.

## Looting



Fires in forested environments in my experience rarely enhance visibility of lithic scatters, whereas historic dumps and architecture have been noticeably exposed.  Resource exposure tends to be greatest in areas of lighter fuels where overall consumption is greater.  In some cases (e.g., chaparral fields) improved access and mobility in an area may contribute greatly to potential resource impacts as a result of vandalism.

## References

n, C. D. 2002. Runoff, Erosion, and Restoration Studies in Pinon Juniper Woodlands of the Southeastern Jemez Mountains U.S. Geological Survey, Los Alamos, NM.

Erosion control - Article about erosion control at Mesa Verde in 2001

Smith, Shannon Chauncey, 2001, Soil Erosion and Transport of Archaeological Sites and Artifacts on a Small Watershed in Northern New Mexico, Department of Anthropology, Master of Arts, Colorado State University, Fort Collins, Colorado

Shultz, R. D. 2004. A Burning Question: The Effects of Fire and Fire Management on Cultural Resources. Master's Thesis, Sonoma State University

Effects of Wildfire at Bandelier full paper.pdf

Indian fire mulching Brochure.pdf
Causes of post-fire runoff and erosion: the roles of soil water repellency, surface cover, and soil sealing by Isaac J. Larsen, Lee H. MacDonald, Ethan Brown, Daniella Rough, Matthew J. Welsh, Joseph H. Pietraszek, Zamir Libohova, Keelin Schaffrath



Constructed with much sweat by Linn Gassaway.
Remember conditions are not static so Not making a decision is a decision.
BE SAFE No archaeological site is worth a life.
This page is still under construction so please check back for additional information.
Website last updated October 26, 2011



BLM_0052025

Suppression

Home    The Fireline    Fire    Fire Effects    Protection    Fire Policy    Arch & Fire Management    **Suppression**    Prescribed Fire

Fire Use    Post Fire/BAER    In the News    Fire Research    Site Map    Blog    Who is available

Fire Effects
Direct Effects
Indirect Effects
Suppression Effects





Updated January 1, 2010

Suppression effects are not limited to wild fires but also can occur during prescribed fires. These effects are those caused by humans physically manipulation of fuels, vegetation, soils, water, fire retardants, artifacts and features during the attempt to limit the spread of a fire. These effects are not always in the immediate vicinity of fire but can occur miles away through the construction of camps, fireline, etc.

Impacts resulting from operational effects are generally the displacement, breakage and/or destruction and looting of cultural resources.

**Fire Lines** are breaks in fuel continuity, of which there are several varieties. Generally these boundaries are comprised of a combination of natural (e.g., rock outcrop, river) and human-made (e.g., road, handline, wet line, catline). Usually fire lines are constructed by removing live vegetation, and dead-and-down fuels to mineral soil, and felling of hazard trees.

**Staging** involves the distribution of people and equipment before, during and after the fire event. This can include parking vehicles and storage of equipment, such as hoses and drip torches. Staging can occur both close to developed areas such as roads, parking lots, and pullouts or in remote areas. In more remote locations, established trails often function as access and travel corridors to and within a fire. Spike camps might be placed at established backcountry camps, or new ones created at optimal places. Ground disturbances might include increased foot traffic, and the excavation of latrines and pits for gray water disposal. A heli-spot or drop spot is often located nearby, and these will be constructed (by clearing vegetation) if necessary.

**Helispots** - location where helicopter lands

**Longline drop sites** - location where equipment is dropped via a longline hanging from the belly of a helicopter

**Temporary Repeaters** - placement of electronic equipment, radio repeater, batteries, antenna, rebar stakes



## Photos of Suppression Actions

### Using fire to fight fire

**Backfire** - Also defined as a fire set along the inner edge of a control line to consume fuel in the path of a wildland fire and/or change the direction of force of fire's convection column. It is an indirect firefighting method which eliminates fuel in advance of the fire and slows fire's progress or changes direction of fire. Decision made by operations chief and approved by the incident commander.

**Burnout** - Setting fire inside a control line to consume fuel between the edge of the fire and the control line. Burnout is a direct firefighting technique that strengthens/secures line. It reduces required holding forces and reduces mop up/cold trailing. Decision made by crew boss and is an on-going part of line construction. It cleans up fingers and scabby burn areas.

**Counter fire** - fire set between the main fire and the backfire to hasten the spread of the backfire.

**Fire Retardants -** Fire retardants work by removing at least one leg of the fire triangle: fuel, oxygen or heat. Fire line construction focuses on removal of fuel, while retardants focus on removal of oxygen and/or heat. The most common retardants are water, dirt, foam, gels and

BLM_0052026

Suppression

slurries.

Water and dirt are commonly used by hand crews and individual fire fighters causing damage through movement of artifacts or water saturation.

Foams, gels and slurries are chemical agents mixed with water and are usually used injunction while mechanical applicators, i.e. fire engines, helicopters and aircraft. Foams are used to reduce surface tension, penetrate into fuels, thus extending the increasing the area each gallon of water can protect. Gels and slurries increase water viscosity (i.e., thickening agents), decreasing run off and increasing evaporative time. Foams, gels and slurries can damage cultural resource through both the delivery via high velocity drops which can topple standing walls, or displace artifact scatters and chemical reaction and/or adhesion between the agent and artifacts or structure.
For more information see the **BLM report** on the effects of retardant on historic resources



Application of fire retardant and other chemical products has the potential to affect cultural resources, although use of fire retardants on historic structures may protect them from destruction during a fire. Cultural resource specialists may need to consider the effects of fire itself versus the effects of retardant use or the possibility of other protection options during a fire.  See these references for further information: Saleen 2004, Corbeil 2002, and the USDA Wildland Fire Chemical Systems website.

There are various types of products:
• Long-term retardants, which contain salts (fertilizers) with additives that may color covered items red or which may turn metals bluish;
• Foam fire suppressants, which are detergents and surfactants (wetting agents);
• Water enhancers which increase the effectiveness of water.
  • There are various potential effects from use of retardants, foams, and water:
• Rapid cooling: dumps of any of these materials on hot surfaces may cause effects to archaeological materials (e.g. artifact fracture) from rapid temperature change;
•Materials dumped onto fragile archaeological features may break/ displace them;
•Long-term retardants contain salts which can be desiccants, which damage old, fragile wood and may cause spalling in sandstone; chemicals may cause corrosion in metals; iron oxide additives may leave a permanent red stain and corrosion inhibitors in the retardant may turn surfaces, especially metals, blue or black;
•Foams may hasten rusting on metal surfaces by removing protective coatings and may cause wood to flake due to swelling and contracting;
•Water enhancers are desiccants and may damage wood surfaces, strip surfaces of finishes, and damage sandstone; they are also difficult to remove from wood surfaces, especially for old or fragile wood.
•Retardant should be washed off important structures as soon as possible. Pre-soaking, then hand-brushing with water and a mild detergent may work for sandstone or painted wood. Metals and glass may be wiped with water and a mild detergent. Power washing, sand-blasting, and acid based washes may damage historic materials.
•There are various potential effects from use of retardants, foams, and water:
•Rapid cooling: dumps of any of these materials on hot surfaces may cause effects to archaeological materials (e.g. artifact fracture) from rapid temperature change;
•Materials dumped onto fragile archaeological features may break/ displace them;
•Long-term retardants contain salts which can be desiccants, which damage old, fragile wood and may cause spalling in sandstone; chemicals may cause corrosion in metals; iron oxide additives may leave a permanent red stain and corrosion inhibitors in the retardant may turn surfaces, especially metals, blue or black;
•Foams may hasten rusting on metal surfaces by removing protective coatings and may cause wood to flake due to swelling and contracting;
•Water enhancers are desiccants and may damage wood surfaces, strip surfaces of finishes, and damage sandstone; they are also difficult to remove from wood surfaces, especially for old or fragile wood.
•Retardant should be washed off important structures as soon as possible. Pre-soaking, then hand-brushing with water and a mild detergent may work for sandstone or painted wood. Metals and glass may be wiped with water and a mild detergent. Power washing, sand-blasting, and acid based washes may damage historic materials.

Oppelt and Oliverius (1993) have demonstrated that the application of fire retardant foam during burning will induce thermal shock among Mesa Verde Pottery sherds.

Links to information on wildland fire chemicals: http://www.fs.fed.us/rm/fire/

Wildland Fire Chemical Products: (Brief descriptions of chemicals used): http://www.fs.fed.us/rm/fire/documents/defin.pdf

Wildland Fire Chemical Products Effects on Structures: http://www.fs.fed.us/rm/fire/retardants/current/gen/pdf/effstructure.pdf

**Forest Service Environmental Assessment of Fire Retardant and Decision Notice** **Environmental Assessment (Includes Errata)** **Decision Notice / Finding of No Significant Impact** **Public Comments** **Biological Opinions: NOAA's National Marine Fisheries Service (NMFS) (2.92 MB)**(July 25, 2008) **U.S. Fish and Wildlife Service (46.41 MB)**   **Forest Service and BLM Reporting Forms**

Aerial Application of Fire Retardant

From the Coconino National Forest **What is Fire Retardant?** Informative article on effects and treatment of left-over slurry after the fire.

**Mop-Up** - is a concerted effort to extinguish all burning materials which can potentially ignite unburned fuels outside control lines.  This is done through intensive hand labor, ground patrol, and/or aerial reconnaissance and is usually limited burned areas within a distance of the control firelines. This can involve extensive ground disturbance through the use of hand tools, hazard-tree felling, and hose lays. In forested areas, smoldering tree roots and stumps are often excavated and broken up.

The damage to cultural resources resulting from mop-up activities can vary greatly, but is usually in

BLM_0052027



direct proportion to the visibility of the resource (i.e. ability of fire fighters to recognize that there is a sensitive resource). Mop-up activities generally can effect archaeological site through soil movement, mixing of strata, displacement of artifacts and/or artifact breakage.

## *Additional Information*

Katz, S., and Katz, P., 1998. Archeological Survey and Resource Damage Assessment Resulting from the Construction of Fire Suppression Lines at the Site of the Palo Duro Fire, Potter and Moore Counties, Texas. Lake Meredith National Recreation Area and Alibates Flint Quarries National Monument, Fritch, Texas.

Oppelt, N. I., and Oliverius, T. J., 1993. The effects of fire retardant foam on prehistoric potsherds. Southwestern Lore 59, 26-30.

Swan, L., 1987. Working paper, Fires suppression and cultural resources. USDA Forest Service, California Region, pp. 1-6.



Constructed with much sweat by Linn Gassaway.
Remember conditions are not static so Not making a decision is a decision.
BE SAFE No archaeological site is worth a life.
This page is still under construction so please check back for additional information.
Website last updated October 26, 2011



BLM_0052028



Biology of
New World *Microtus*

ROBERT H. TAMARIN,
Editor

BLM_0052029



HARVARD UNIVERSITY

Library of the
Museum of
Comparative Zoology



BLM_0052031



BLM_0052032

# BIOLOGY OF
# NEW WORLD *MICROTUS*

BLM_0052033

## SPECIAL PUBLICATIONS

This series, published by the American Society of Mammalogists, has been established for papers of monographic scope concerned with some aspect of the biology of mammals.

Correspondence concerning manuscripts to be submitted for publication in the series should be addressed to the Editor for Special Publications, Hugh H. Genoways (address below).

Copies of Special Publications of the Society may be ordered from the Secretary-Treasurer, Gordon L. Kirkland, Jr., Vertebrate Museum, Shippensburg University, Shippensburg, Pennsylvania 17257.

Price of this issue $55.00

---

## COMMITTEE ON SPECIAL PUBLICATIONS

Hugh H. Genoways, *Editor*
Carnegie Museum of Natural History
5800 Baum Blvd.
Pittsburgh, Pennsylvania 15206

Timothy E. Lawlor, *Managing Editor*
Department of Biological Sciences
Humboldt State University
Arcata, California 95521

ii

BLM_0052034

# BIOLOGY OF
# NEW WORLD *MICROTUS*

EDITED BY

ROBERT H. TAMARIN

Department of Biology
Boston University
Boston, Masschusetts 02215

SPECIAL PUBLICATION NO. 8
THE AMERICAN SOCIETY OF MAMMALOGISTS
PUBLISHED 12 SEPTEMBER 1985

iii

BLM_0052035



MCZ
LIBRARY

NOV 20 1985

HARVARD
UNIVERSITY

Library of Congress Catalog Card No. 82-73762

© 1985

ISBN No. 0-943612-07-1

iv

# CONTRIBUTORS

SYDNEY ANDERSON
Curator, Department of Mammalogy
American Museum of Natural
History
Central Park West and 79th Street
New York, New York 10024

GEORGE O. BATZLI
Department of Zoology
University of Illinois
Urbana, Illinois 61801

ELMER C. BIRNEY
Bell Museum of Natural History
University of Minnesota
Minneapolis, Minnesota 55455

ROSS E. BYERS
Winchester Fruit Research
Laboratory
Virginia Polytechnic Institute and State
University
Winchester, Virginia 22601

MICHAEL D. CARLETON
Division of Mammals
National Museum of Natural History
Smithsonian Institution
Washington, D.C. 20560

ROBERT A. DIETERICH
Institute of Arctic Biology
University of Alaska
Fairbanks, Alaska 99701

MICHAEL S. GAINES
Department of Systematics and
Ecology
University of Kansas
Lawrence, Kansas 66045

LOWELL L. GETZ
Department of Ecology, Ethology, and
Evolution
University of Illinois
Urbana, Illinois 61801

ROBERT S. HOFFMANN
Museum of Natural History
University of Kansas
Lawrence, Kansas 66045

BARRY L. KELLER
Department of Biological Sciences
Idaho State University
Pocatello, Idaho 83201

JAMES W. KOEPPL
Museum of Natural History
University of Kansas
Lawrence, Kansas 66045

CHARLES J. KREBS
Institute of Animal Resource Ecology
University of British Columbia
Vancouver, British Columbia,
V6T 1W5 Canada

WILLIAM Z. LIDICKER, JR.
Museum of Vertebrate Zoology
University of California
Berkeley, California 94720

DALE M. MADISON
Biology Department
State University of New York
Binghamton, New York 13901

FRANK F. MALLORY
Biology Department
Laurentian University
Sudbury, Ontario,
P3E 2C6 Canada

JOSEPH H. NADEAU
The Jackson Laboratory
Bar Harbor, Maine 04609

OLIVER P. PEARSON
Museum of Vertebrate Zoology
University of California
Berkeley, California 94720

v

BLM_0052037

CARLETON J. PHILLIPS
Department of Biology
Hofstra University
Hempstead, New York 11550

ROBERT K. ROSE
Department of Biological Sciences
Old Dominion University
Norfolk, Virginia 23508

ROBERT W. SEABLOOM
Department of Biology
University of North Dakota
Grand Forks, North Dakota 58201

MARY J. TAITT
Institute of Animal Resource Ecology
University of British Columbia
Vancouver, British Columbia,
V6T 1W5 Canada

ROBERT M. TIMM
Field Museum of Natural History
Roosevelt Road at Lake Shore Drive
Chicago, Illinois 60605

JERRY O. WOLFF
Department of Biology
University of Virginia
Charlottesville, Virginia 22901

BRUCE A. WUNDER
Department of Zoology and
Entomology
Colorado State University
Fort Collins, Colorado 80523

RICHARD J. ZAKRZEWSKI
Sternberg Memorial Museum
Fort Hays Kansas State College
Hays, Kansas 67601

BLM_0052038

# PREFACE AND ACKNOWLEDGMENTS

In 1979, Hugh H. Genoways, Chairman of the Editorial Committee of the American Society of Mammalogists, asked me if I would be interested in editing a special publication of the society to be titled, "Biology of New World *Microtus*." Knowing that there was an interest in such a volume, and that such a volume could be a valuable resource, I was happy to do it. The successful "Biology of *Peromyscus*," published in 1968 by the society, gave us a model from which to work. The expected date of publication was set at late 1984.

There then followed a meeting with the Editorial Committee of the Society to establish content and authorship. It was decided that the book should be restricted to New World *Microtus* to keep the size of the volume to a manageable length. Because we have many chapters, there is some repetition and fragmentation, but each subject is self-contained and readily available to anyone using the book as a reference source. As did John King, editor of the *Peromyscus* volume, I limited my editorial responsibilities to overseeing the writing and revising the chapters. I hope that each chapter is an up-to-date synthesis of the material in that field, a guideline for future research, and a useful reference. Some chapters, such as Phillips' chapter on microanatomy, contain much new information.

The authors of this book did not take a firm stand on the question of *Microtus* systematics. Anderson, in his chapter on taxonomy and systematics, chose to outline the problems and issues in vole taxonomy rather than making premature "definitive" statements. Hence, a few authors, such as Zakrzewski, consider *Pitymys* as a valid generic name while most consider it to be a synonym of *Microtus*. I think that there is still much to be done in the area of vole systematics, but Anderson points us in the right direction.

Chapters were subjected to anonymous peer review. Although I would like to thank individually the many reviewers who put so much effort into improving the quality of this volume, I obviously cannot and still maintain their anonymity. I thus hope that a gen-

BLM_0052039

eral acknowledgment will convey my gratitude. I greatly appreciate their efforts. I would also like to thank Hugh H. Genoways and Timothy E. Lawlor for the many hours of editorial work that they put in after the manuscript for this book left my desk. Lastly, thanks to my family, Ginger, David, and Bonnie, for putting up with an inordinately long 1983.

R. H. T.
16 February, 1984

BLM_0052040

# CONTENTS

THE FOSSIL RECORD        *Richard J. Zakrzewski* .................................... 1
    Abstract ............................................................................................ 1
    Introduction ...................................................................................... 1
    Systematics and the Fossil Record .................................................. 5
    Concluding Remarks ........................................................................ 29
    Acknowledgments ............................................................................ 29
    Selected Bibliography ...................................................................... 30
    Appendix A. Fossil Faunas Containing *Pitymys* and *Microtus* ........ 37
    Appendix B. Localities Containing *Pitymys pinetorum, P. ochrogaster,*
       and *Microtus pennsylvanicus* ...................................................... 48

TAXONOMY AND SYSTEMATICS        *Sydney Anderson* .................... 52
    Abstract ............................................................................................ 52
    Introduction ...................................................................................... 53
    History of Systematics at the Generic Level .................................. 55
    History of Systematics at the Species Level .................................. 68
    Discussion of Systematic Viewpoints ............................................ 74
    Literature Cited ................................................................................ 81

ZOOGEOGRAPHY        *Robert S. Hoffmann* and *James W. Koeppl* ........ 84
    Abstract ............................................................................................ 84
    Introduction ...................................................................................... 84
    Ecological Zoogeography .................................................................. 85
    Historical Zoogeography .................................................................. 105
    Acknowledgments ............................................................................ 113
    Literature Cited ................................................................................ 113

MACROANATOMY        *Michael D. Carleton* .................................... 116
    Abstract ............................................................................................ 116
    Introduction ...................................................................................... 117
    Integument ........................................................................................ 118
    Skeleton and External Form ............................................................ 121
    Musculature ...................................................................................... 136
    Circulatory System .......................................................................... 138
    Digestive System .............................................................................. 140
    Reproductive System ........................................................................ 155
    Discussion ........................................................................................ 159
    Literature Cited ................................................................................ 169

MICROANATOMY        *Carleton J. Phillips* .................................... 176
    Abstract ............................................................................................ 176
    Introduction ...................................................................................... 177
    Methods ............................................................................................ 177
    Brain ................................................................................................ 179
    Anterior Pituitary Gland .................................................................. 179
    Eyes .................................................................................................. 180
    Tarsal (Meibomian) Glands ............................................................ 193
    Integumentary Glands ...................................................................... 194
    Dentition .......................................................................................... 196

BLM_0052041

Salivary Glands ............................................................... 202
Digestive Tract .............................................................. 217
Adrenal Glands .............................................................. 241
Reproductive Tracts ........................................................ 243
Acknowledgments ........................................................... 247
Literature Cited ............................................................. 247

ONTOGENY    *Joseph H. Nadeau* ................................... 254
Abstract ...................................................................... 254
Introduction ................................................................. 254
The Prenatal Period ......................................................... 255
Parturition ................................................................... 262
The Postnatal Period ........................................................ 270
Synthesis ..................................................................... 277
Summary ..................................................................... 280
Acknowledgment ............................................................ 280
Literature Cited ............................................................. 280

HABITATS    *Lowell L. Getz* ...................................... 286
Abstract ...................................................................... 286
Introduction ................................................................. 287
Habitat Factors .............................................................. 288
Responses to Habitat Features .............................................. 291
Competitive Exclusion and Habitat Utilization ............................ 299
Habitat Utilization on Islands .............................................. 300
Habitat Configuration and Stability ........................................ 301
Effects of Human Activities on *Microtus* Habitats ...................... 302
Agricultural Habitats ....................................................... 304
Literature Cited ............................................................. 305

COMMUNITY ECOLOGY    *Robert K. Rose* and *Elmer C. Birney* ... 310
Abstract ...................................................................... 310
Introduction ................................................................. 310
Communities of Small Mammals with *Microtus* ......................... 312
The Influence of *Microtus* on Communities .............................. 325
The Role of *Microtus* in Small Mammal Communities ................... 329
Conclusions and Perspectives ............................................... 333
Acknowledgments ........................................................... 334
Literature Cited ............................................................. 335

BEHAVIOR    *Jerry O. Wolff* ...................................... 340
Abstract ...................................................................... 340
Introduction ................................................................. 341
Non-social Behavior ........................................................ 341
Social Behavior .............................................................. 344
Literature Cited ............................................................. 366

ACTIVITY RHYTHMS AND SPACING    *Dale M. Madison* ....... 373
Abstract ...................................................................... 373
Introduction ................................................................. 374
Activity Rhythms ........................................................... 374
Spacing ...................................................................... 389
Generalities and Predictions for Future Testing ........................... 411
Acknowledgments ........................................................... 413
Literature Cited ............................................................. 413

BLM_0052042

DISPERSAL     *William Z. Lidicker, Jr.* .................................... 420
    Abstract .................................................................................. 420
    Introduction ........................................................................... 421
    Review of Techniques ............................................................ 422
    A Classification of Dispersal ............................................... 425
    Characterization of Dispersers ............................................ 427
    Demographic Causes and Consequences ............................ 436
    Evolutionary Issues ............................................................... 442
    Summary and Conclusions .................................................... 445
    Literature Cited ..................................................................... 448

PARASITES     *Robert M. Timm* ......................................... 455
    Abstract .................................................................................. 455
    Introduction ........................................................................... 456
    Mites ....................................................................................... 457
    Ticks ....................................................................................... 472
    Lice ......................................................................................... 478
    Beetles .................................................................................... 481
    Flies ........................................................................................ 482
    Fleas ....................................................................................... 484
    Directions for Future Research ............................................ 503
    Acknowledgments .................................................................. 504
    Literature Cited ..................................................................... 504
    Appendix A. Endoparasites ................................................. 528

PREDATION     *Oliver P. Pearson* ....................................... 535
    Abstract .................................................................................. 535
    Introduction ........................................................................... 536
    Predation by Birds ................................................................. 537
    Predation by Mammals ......................................................... 550
    Predation by Fish, Amphibians, and Reptiles ................... 558
    Discussion .............................................................................. 559
    Conclusions ............................................................................ 562
    Literature Cited ..................................................................... 563

POPULATION DYNAMICS AND CYCLES     *Mary J. Taitt* and
    *Charles J. Krebs* .................................................................. 567
    Abstract .................................................................................. 567
    Introduction ........................................................................... 568
    Methods of Study ................................................................... 569
    Observed Population Patterns .............................................. 572
    Hypotheses to Explain Population Patterns ....................... 588
    Tests of Hypotheses .............................................................. 593
    Mathematical Models ............................................................ 609
    Discussion .............................................................................. 610
    Literature Cited ..................................................................... 612

MANAGEMENT AND CONTROL     *Ross E. Byers* .............. 621
    Abstract .................................................................................. 621
    Introduction ........................................................................... 621
    History of Vole Control in Orchards .................................. 623
    Environmental Hazards and Chemical Residues ............... 639
    Concluding Remarks ............................................................. 641
    Literature Cited ..................................................................... 642

BLM_0052043

LABORATORY MANAGEMENT AND PATHOLOGY      *Frank*
  *F. Mallory* and *Robert A. Dieterich* ............................................  647
  Abstract ............................................................................................  647
  Introduction ....................................................................................  647
  Laboratory Management ................................................................  652
  Pathology ........................................................................................  657
  Summary ..........................................................................................  676
  Acknowledgments ..........................................................................  676
  Literature Cited ............................................................................  677

ENDOCRINOLOGY      *Robert W. Seabloom* ............................  685
  Abstract ............................................................................................  685
  Introduction ....................................................................................  686
  Timing of Reproductive Function ............................................  686
  Estrus and Ovulation ..................................................................  693
  Formation and Duration of Corpus Luteum ............................  697
  Gestation ..........................................................................................  698
  Post-partum Events ......................................................................  700
  Testicular Activity ........................................................................  702
  Thyroid ............................................................................................  703
  Adrenal Cortex ..............................................................................  704
  Summary and Conclusions ..........................................................  716
  Literature Cited ............................................................................  718

REPRODUCTIVE PATTERNS      *Barry L. Keller* ....................  725
  Abstract ............................................................................................  725
  Introduction ....................................................................................  726
  Length of Breeding Season ........................................................  728
  Breeding Intensity ........................................................................  740
  Litter Size ......................................................................................  751
  Discussion ......................................................................................  766
  Acknowledgments ..........................................................................  768
  Literature Cited ............................................................................  768

NUTRITION      *George O. Batzli* ..............................................  779
  Abstract ............................................................................................  779
  Introduction ....................................................................................  779
  The Diets of Microtines ..............................................................  781
  Intake, Forage Quality, and Individual Performance ............  790
  Forage Quality and Population Characteristics ......................  803
  Conclusions ....................................................................................  806
  Literature Cited ............................................................................  806

ENERGETICS AND THERMOREGULATION      *Bruce A.*
  *Wunder* ..........................................................................................  812
  Abstract ............................................................................................  812
  Introduction ....................................................................................  813
  Methods ............................................................................................  815
  Energy Acquisition ........................................................................  817
  Energy Allocation ..........................................................................  821
  Energy-Flow Models: Individuals and Populations ................  837
  Future Studies ................................................................................  838
  Literature Cited ............................................................................  839

xii

BLM_0052044

GENERICS   *Michael S. Gaines* ..................................................... 845
   Abstract ....................................................................... 845
   Introduction ................................................................. 845
   Pelage Coloration ...................................................... 846
   Cytogenetics ............................................................... 849
   Allozymic Variation ................................................... 853
   Quantitative Genetics ................................................ 864
   Relationship between Genetics and Population Regulation ...... 870
   Conclusions ................................................................. 875
   Acknowledgments ...................................................... 878
   Literature Cited ......................................................... 878

INDEX .............................................................................. 884

BLM_0052045



BLM_0052046

# THE FOSSIL RECORD

## Richard J. Zakrzewski

### Abstract

R EMAINS of fossils assignable to *Microtus* are known from 241 sites in 39 states and provinces in North America. These sites range in age from early Pleistocene (Irvingtonian-Aftonian?) to Holocene.

Two groups, based in part on the morphology of the m1, can be distinguished: 1) a *Pitymys* group, wherein the m1 consists of three closed triangles; and 2) a *Microtus* group, wherein the m1 consists of four or more closed triangles.

*Pitymys* is considered a valid genus. It is represented in the fossil record by at least eight extinct species, and two extant species have a fossil record. *Microtus* is represented by two extinct species, and 10 extant species have a fossil record.

Both genera probably originated in Asia and migrated across the Bering Land Bridge into North America. The first migration appears to have taken place about 1.8 m.y.b.p. and is represented by primitive species of both genera. Advanced species represent additional migrations and/or autochthonous development.

Both genera had a wider distribution in the past. Ranges of various species have retracted, in some cases substantially, since mid-Holocene time, probably as a result of climatic change.

### Introduction

This chapter deals with the fossil record of *Microtus* in North America, fossil record being defined as all Pleistocene and any Holocene sites wherein any of the recorded taxa are locally extinct. Using this definition, I list 241 sites from 39 states and provinces in North America (Fig. 1 and Appendix A). Additional Holocene records that do not meet this definition can be found in Semken

Dedicated to the late John E. Guilday.

1

BLM_0052047

(in press). The distribution of these sites suggests a sampling bias, reflecting both potential deposits and individual interests.

Although the primary function of this chapter is to update the fossil record, I also make some comments regarding systematics. The sole basis for the comments is the morphology of the teeth. The terminology of the teeth follows, or is modified from, van der Meulen (1973) and is shown in Fig. 2.

I have used a standard format in discussing each taxon. This format includes the sites where the taxon is found, the age of the sites, characters used to distinguish the taxon, problems in applying these criteria, general comments regarding interrelationships, distribution, etc. For fossil taxa I have included the type locality and the location, number, and nature of the type specimen.

A number in parentheses follows each site when it is listed under a taxon in the text. This number can be used to find the site on the distribution maps (Figs. 1, 5, 6, 8), in the appendices, and to refer to the pertinent references in the selected bibliography or to personal communications listed in the acknowledgments.

Although Boellstorff (1978) showed that it is no longer reasonable to refer to events in the early Pleistocene by the classical glacial-interglacial terminology, I continue to do so herein (Fig. 3). My major rationale is to avoid confusion. Most non-geologists are familiar with the terminology and most published records use these terms for a time reference.

In compiling these records I relied on published information (most of the citations are primary sources; a few, however, are secondary) and the cooperative spirit of a number of colleagues. I examined small samples of all the extant taxa and some of the extinct ones. I view the results as a "state-of-the-art" statement and as a starting point for subsequent work.

Abbreviations used in text are as follows:

Institutions
AMNH—American Museum of Natural History, New York
CM    —Carnegie Museum of Natural History, Pittsburgh
FGS   —Florida Geological Survey, Gainesville
KU    —University of Kansas, Museum of Natural History, Lawrence
UA    —University of Alaska, Fairbanks
UF    —University of Florida, Gainesville

BLM_0052048



FIG. 1.  Approximate location of sites from which fossil *Microtus* and *Pitymys* have been reported. Sites 231 to 241 (Appendix A) are not plotted.

BLM_0052049

4   *Zakrzewski*



Fig. 2.   Terminology employed for teeth. Abbreviations are: AC, anterior cap; ACC, anteroconid complex; BRA, buccal reentrant angle; b, shortest distance between BRA3 and LRA4; c, shortest distance between BRA3 and LRA3; LRA, lingual reentrant angle; PL, posterior loop; T, triangle.

Teeth (see Fig. 2)

ACC   —anteroconid complex
AC    —anterior cap
b     —shortest distance between BRA3 and LRA4
c     —shortest distance between BRA3 and LRA3
BRA   —buccal reentrant angle
LRA   —lingual reentrant angle
PL    —posterior loop
T     —triangle

Ages

B.P.—before present, m.y.b.p.—million years before present, H—Holocene; W—Wisconsin; S—Sangamon; I—Illinoian; Y—Yarmouth; K—Kansan; A—Aftonian; L—Late

Superscripts with Taxa

⁺—taxon extinct locally
°—taxon extinct
nd—*nomen dubium*

BLM_0052050

FIG. 3.   Time chart showing relationships of different units and selected sites discussed in text. LMA, land mammal age; PM, paleomagnetic stage.

## Systematics and the Fossil Record

*Microtus* is the most advanced of the genera of voles in North America. The molars are evergrowing, contain cement in the reentrant angles, the enamel of the occlusal surface is often differentiated into thick and thin segments, and well-developed dentine tracts are present on the sides of a number of loops or triangles.

Two groups can be distinguished. One consists of taxa that have three closed alternating triangles on the m1, herein considered the *Pitymys* group; the other, taxa that have four or more closed alternating triangles on the m1, herein considered the *Microtus* group. Presently, most workers consider *Pitymys* a subgenus of *Microtus*; however, there is some merit for considering *Pitymys* a distinct genus, a view that I favor and follow herein.

Pitymys *Group*

The *Pitymys* group can be distinguished from the *Microtus* group by its m1, which consists of a PL, three closed alternating triangles,

BLM_0052051

6   *Zakrzewski*

and an ACC that varies in its complexity (Fig. 4). Triangles anterior to the first three are generally confluent and appear to be added in sets of two, rather than individually. The upper molars tend to be less complex, retaining the primitive pattern. The enamel on the occlusal surface is inconsistent in its differentiation into thin and thick segments. Some specimens exhibit differentiation; others do not.

I would include in this group and place in synonymy under *Pitymys* McMurtrie, 1831, the following taxa: *Neodon* Hodgson, 1849; *Pedomys* Baird, 1857; *Phaiomys* Blyth, 1863; and *Allophaiomys* Kormos, 1933. This approach is not novel. One of the more recent variations is that of Martin (1974).

It is nearly impossible to distinguish *Pitymys pinetorum* (Le Conte) from "*Pedomys*" *ochrogaster* (Wagner) on the basis of dental morphology (" " around generic names signify incorrect usage). Although an opinion can be reached if large samples are available (see *Pitymys ochrogaster* section below), the criteria cannot be used to distinguish taxa above the species level.

"*Allophaiomys*" is not distinguishable at the generic level from "*Phaiomys*" (Martin, 1975). Differences that have been found are of the sort that distinguish species, not genera.

"*Allophaiomys*" was probably ancestral to *Pitymys* (van der Meulen, 1973). Although the early members of this lineage are generally distinguishable from the later, it is sometimes difficult to assign individuals from intermediate populations (Hibbard et al., 1978). This lineage is shown by the pattern of the m1, which consists of two major "end" morphotypes with intermediates (Fig. 4A–C, F). These facts suggest that the taxa should be placed in one genus.

Some specimens of "*Neodon*" have two sets of confluent triangles (Fig. 4D). However, others have the typical *Pitymys* pattern (Fig. 4E) and, therefore, should be retained in that genus. This approach is consistent with the approach used in the consideration of other genera, including *Microtus,* that vary in the number of triangles.

Based on the fossil record, *Pitymys* had a wider distribution than it does now. Hinton (1926) suggested that *Pitymys*' present distribution and habits are a result of competition with *Microtus.* An alternative model was suggested by Hibbard (1944), who felt that *Pitymys* may have been forced southward by advancing ice and resorted to burrowing for thermoregulation. Where *Microtus* and *Pitymys* occur together they are not in competition.

BLM_0052052



FIG. 4.   Selected morphotypes of m1 in *Pitymys*. A, *P.* sp.; B, *P. llanensis*; C, *P. ochrogaster*; D, *P. meadensis*; E, *P. quasiater*; F, *P. pinetorum*. See text for additional explanation.

*Pitymys* is thought to have descended from *Mimomys* (van der Meulen, 1974), probably in Asia. The first appearance in the New World is near the beginning of the Pleistocene at Wellsch Valley (13) in Saskatchewan (Figs. 1, 3). Later taxa may have resulted from speciation in North America or subsequent migration over the Bering Land Bridge.

BLM_0052053

8    *Zakrzewski*

Pitymys *sp.*—Remains of this taxon are known from Kansas, Aries (133), Nash (134), Kentuck (147), Wathena (148), Courtland Canal (151); Nebraska, Sappa (154); Saskatchewan, Wellsch Valley (13); South Dakota, Java (160); and Texas, Fyllan Cave (104) (Fig. 5). These sites are considered to be Irvingtonian (Aftonian-Kansan) in age.

The specimens from these sites are at the most primitive grade of evolution. The majority of m1s can be assigned to morphotype 1a (Fig. 4A). I have listed all the records here primarily for convenience. Future work may show that any or all are distinct. Specimens from few of the sites have been critically studied and sample sizes are generally small.

Einsohn (1971) assigned specimens from Kentuck, Wathena, and Sappa to *Microtus llanensis* Hibbard on the basis of size and occlusal pattern. (Hibbard [1952, Fig. 10] figured a m1 with morphotype 1a and assigned it to *M. llanensis*.) Martin (1975) referred the specimens from Kentuck and Java to "*Allophaiomys*" *pliocaenicus* Kormos. Van der Meulen (1978) suggested that the specimens from these three local faunas represent a species different from "*A.*" *pliocaenicus* because the degree of confluency between triangles 4 and 5 and the AC is intermediate in development between "*A.*" *pliocaenicus* and "*A.*" *deucalion* Kretzoi. Van der Meulen (1978) also pointed out that, although all m1s assignable to morphotype 1 exhibit enamel differentiation, the American specimens exhibit greater differentiation of enamel than does "*A.*" *deucalion*. It is perhaps for this reason that Churcher and Stalker (in press) are placing the finds from the Wellsch Valley, Java, and Kentuck in a new species.

I am not convinced that enamel differentiation is a valid character for defining taxa in this group. I have looked at specimens from Fyllan Cave, which I (Zakrzewski, 1975) originally assigned to *Microtus llanensis*, and Wathena, but have examined in detail only some from Kentuck. I was unable to distinguish any enamel differentiation in the Kentuck specimens. Enamel differentiation is a variable character in this group. To learn whether the variability is ontogenetic, individual, or species specific will require more study. However, the Wellsch Valley specimens may represent a valid species because the type series appears to be larger than other specimens; the possibility of a size cline should also be considered.

In addition, while I was examining the Kentuck sample, I observed a number of m1s of morphotype 1b (Fig. 4B). This mor-

BLM_0052054

photype is common within samples of more advanced, but extinct, species of *Pitymys*. It can also be found within samples of extant taxa, in which the common morphotype is 1c (Fig. 4C, F). Van der Meulen (1978) admitted that dividing the taxa at the generic level was arbitrary. Because of the chrono-morphocline exhibited, it seems more reasonable to place all morphotype 1 specimens in one genus.

The Wellsch Valley site may have yielded the earliest known specimens of *Pitymys* in North America. Deposits at this site have been dated at 1.75 m.y.b.p. on the basis of paleomagnetic studies. Only the Nash site could be as old or older. The Nash occurs in the upper part of the Crooked Creek formation (fm.) in sediments that were channeled into the part of the Crooked Creek that contains the Borchers Ash dated at 1.96 m.y.b.p. (Fig. 3) (Zakrzewski, 1981). These deposits are overlain by the Kingsdown fm., which contains an ash that has been dated at 1.2 m.y.b.p. (Boellstorff, 1976). Underlying this ash is the Aries site (Honey, pers. comm.). The Coleridge Ash, which is underlain by the Sappa, also has been dated at 1.2 m.y.b.p. The other sites are considered to be approximately equivalent to the Sappa.

If the age of the Wellsch is correct, then *Pitymys* was in North America earlier than previously suspected. This occurrence also supports the hypothesis that *Pitymys* and *Microtus* have a long independent history because *M. paroperarius,* a more advanced taxon, is also recorded from this site.

Pitymys guildayi *(van der Meulen, 1978).*—This species is known only from Maryland, Cumberland Cave (222) (Fig. 5) of Irvingtonian (Kansan) age [see Pennsylvania (235) in Appendix A for additional record]. The type (CM 20333) is a right dentary with m1–m2.

*Pitymys guildayi* is approximately intermediate between *Pitymys* sp. from Kentuck and Wathena and *P. llanensis* with respect to the length of the ACC, the width of the AC, and the width of c (van der Meulen, 1978).

Although he conceded that "*Allophaiomys,*" "*Phaiomys,*" and "*Pedomys*" could not be distinguished on the basis of tooth morphology, van der Meulen (1978) placed *P. guildayi* in "*Pedomys*" because the enamel on the teeth is differentiated and because "*Pedomys*" and "*Phaiomys*" have undergone independent development on their respective continents and, therefore, should be considered separate genera.

I have examined the type of *P. guildayi,* and although I agree

BLM_0052055



FIG. 5.   Approximate location of sites in Canada and contiguous United States from which extinct species of *Pitymys* have been reported. See Appendix A and species accounts for details. Site 235 (Appendix A) is not plotted.

BLM_0052056

with van der Meulen that the teeth exhibit enamel differentiation, I do not feel that this character can be used to distinguish "*Pedomys*" from any other taxon. Likewise, although the two lineages may have undergone some independent development, their morphology suggests descendancy from a morphotype 1a ancestor; to consistently follow independent development as the sole basis for generic rank would quickly result in a number of morphologically indistinguishable genera.

Pitymys cumberlandensis *van der Meulen, 1978.*—Remains of this species have been reported from Arkansas, Conard Fissure (173); and Maryland, Cumberland Cave (222) (Fig. 5). Both of these sites are considered to be Irvingtonian (Kansan) in age.

The type (CM 20338, right dentary with m1–m3) is from Cumberland Cave. Van der Meulen (1978) characterized *P. cumberlandensis* as showing little enamel differentiation on the teeth, having a m1 with BRA4 and LRA5 that are shallow and rarely contain cement, and unreduced third molars.

Van der Meulen (1978) considered *P. cumberlandensis* to be ancestral to *P. pinetorum, P. parvulus,* and *P. nemoralis,* and judged that these four taxa constitute the genus *Pitymys,* based in part on undifferentiated enamel. He felt that *P. cumberlandensis* was too primitive to have been derived from "*Allophaiomys.*" Although these relationships may be correct, I don't think that undifferentiated enamel can be used as one of the diagnostic characters.

Pitymys involutus *(Cope, 1871).*—Specimens of this taxon have been reported from Pennsylvania, Port Kennedy Cave (228); and Maryland, Cumberland Cave (222) (Fig. 5). Both of these sites are considered to be Irvingtonian (Kansan-Yarmouth) in age.

Cope (1871) described *P. involutus* from Port Kennedy. Subsequently, Gazin (Gidley and Gazin, 1938) referred material from Cumberland Cave to the taxon. The species was considered distinct on the basis of the development of the reentrants on the ACC and its small size.

Since 1938 the teeth from the type specimen (AMNH 8699a, dentary with m1–m3) have been lost (Hibbard, 1955a). The specimen that Hibbard (1955a, Fig. 2d) suggested might be *P. involutus* appears to be *Microtus paroperarius.* Van der Meulen (1978) stated that he was able to find all three taxa that he recognized from the Cumberland Cave among the small sample available to Gazin. Because van der Meulen was unable to determine which of the three

BLM_0052057

12   *Zakrzewski*

would be synonymous with *P. involutus,* he suggested that the taxon be considered a *nomen dubium.*

Pitymys dideltus *(Cope, 1871)* .—Remains of this taxon are only known from Pennsylvania, Port Kennedy Cave (228) (Fig. 5). The specimens that served as types for *P. dideltus* (AMNH 8694) and its junior synonym *P. "sigmodus"* (AMNH 8696) have disintegrated or are missing (Hibbard, 1955*a*). If the specimens that Hibbard (1955*a*) considered to pertain to *P. dideltus* were assigned correctly the taxon would be valid. The diagnostic criteria would be that the total length of the toothrow falls within the range of *P. pinetorum,* but the length of the m1 exceeds that in either *P. pinetorum* or *P. ochrogaster.* Hibbard (1955*a*) listed an m1 (AMNH 8695) as having an occlusal length of 3.8 mm. Only *P. aratai* has the m1 as large, but the total length of the toothrow exceeds that of *P. pinetorum* (Martin, 1974).

Van der Meulen (1978) considered *P. dideltus* a *nomen dubium,* because the type has been destroyed and the site from which it was collected is no longer accessible.

Pitymys aratai *Martin, 1974.*—This taxon is known only from Florida, Coleman IIA (178) of Rancholabrean (Illinoian?) age (Fig. 5). The species (type UF 11685, right dentary with m1–m3) can be distinguished easily because of the *Pitymys* pattern on the m1 and its large size. The m1 is 3.8 mm long, which is at the upper end of the range of *Microtus xanthognathus* (Leach) and *M. richardsoni* (DeKay) (Martin, 1974: Table 3.8). *Pitymys dideltus* also has a m1 that measures 3.8 mm (Hibbard, 1955*a*), but as mentioned *P. dideltus* is best considered as a *nomen dubium.* Repenning (1983) synonymized *P. aratai* with *P. mcnowni* Hibbard.

Pitymys hibbardi *Holman, 1959.*—Remains of this taxon are known from Florida, Bradenton (175) and Williston (189) (Fig. 5). Both sites are considered to be Rancholabrean (Sangamon) in age. The type (FGS V-5929, left dentary with m1–m3) of *P. hibbardi* was described by Holman (1959) from Williston. It was differentiated primarily on the basis of its large size, which is at the upper limit of the range of extant taxa. *Pitymys hibbardi* has a reduced capsular process on the dentary and is smaller than *P. aratai.* Martin (1974) thought that *P. hibbardi* might have evolved from *P. aratai.*

Pitymys llanensis *(Hibbard, 1944)* .—Remains of this species have been found in Arkansas, Conard Fissure (173); Kansas, Cudahy (132), Kanopolis (143), Unnamed (144), Kentuck? (147); and Tex-

BLM_0052058

as, Vera (115) (Fig. 5). These sites are all considered to be Irvingtonian (Kansan-Yarmouth) in age.

Hibbard (1944) described *P. llanensis* (type KU 6626, left dentary with m1–m2) from the Cudahy and placed it in *"Pedomys."* Semken (1966) and van der Meulen (1978) followed this assignment.

*Pitymys llanensis* can be distinguished from other taxa on the basis of its m1. The ACC is longer and wider than in *P. guildayi*. The tooth is generally shorter than those of *P. pinetorum* and *P. ochrogaster*, and narrower than that of the latter. The b in *P. llanensis* is wider than that of *P. pinetorum*.

The majority of m1s belonging to *P. llanensis* are assignable to morphotype 1b (Fig. 4B). Morphotype 1b is intermediate between 1a (typical of *P.* sp.; Fig. 4A) and 1c (typical of *P. ochrogaster* [Fig. 4C] and *P. pinetorum* [Fig. 4F]). Van der Meulen (1978) stated that these morphotypes occur in different percentages within different fossil populations and used them biostratigraphically. In examining the sample from Kentuck, I was unable to determine whether two taxa or a highly variable population of one taxon were present. This overlapping of morphotypes is one reason that I place all taxa with three closed triangles into *Pitymys*.

The specimens from the Unnamed site may pertain to *Microtus*.

*Pitymys mcnowni Hibbard, 1937.*—This species is known from California, Centerville Beach? (27); and Kansas, Unnamed (149). Paleomagnetic dating places the California site in the Irvingtonian, whereas the Kansas site is probably Rancholabrean.

The type (KU 3851, right dentary with m1–m2) is from Kansas. Hibbard (1937) considered the taxon distinct on the basis of the large size of its m1 (3.3 × 1.3 mm) and the character of the salient angles, which he described as being broader and with rounder apices than in other taxa.

The measurements, especially the length, are at the upper end of the range for *P. ochrogaster* and *P. pinetorum*. Only one *Pitymys* specimen that I have measured (Hibbard et al., 1978, text-fig. 6) was greater than 3.3 mm. Seven specimens were 1.3 mm or wider. I have not examined the type, but suggest that it may represent a large *P. ochrogaster* or *P. pinetorum*.

On the basis of size and dental pattern, Repenning (1983) suggested that *P. mcnowni* is synonymous with *P. aratai* and ancestral to, if not conspecific with, *P. nemoralis* (V. Bailey).

*Pitymys ochrogaster (Wagner, 1842).*—Specimens of the prairie

BLM_0052059

14    *Zakrzewski:*

vole have been reported from 30 to 63 sites in 14 states (Appendix B). These sites range in age from Rancholabrean (Illinoian) to Holocene.

It is very difficult to distinguish *P. ochrogaster* from *P. pinetorum* on the basis of teeth unless large sample sizes are available. I suspect that some of the taxonomic assignments of the fossils are based on the geographic location of the site within the range of the particular taxon rather than on an analysis of the sample. Some workers have accepted the possibility that either one or both taxa might be in their fauna. This latter approach accounts for the range in the number of sites mentioned above and in the *P. pinetorum* section that follows.

Criteria that have been used by paleontologists to separate the taxa include relative thickness of enamel (van der Meulen, 1978), shape of m3 (Hager, 1974), and width of b (Hibbard et al., 1978). The latter character seems to be the most reliable, but even in it there is some overlap between the taxa. Smartt (1977) was able to identify *P. ochrogaster* in New Mexican sites by means of discriminant analysis.

Van der Meulen (1978) stated that "*Pedomys*" can be distinguished from *Pitymys* by the fact that the former has differentiated enamel on the occlusal surface, whereas the latter has enamel of equal thickness. This difference was one of the reasons he named the species *P. guildayi* and *P. cumberlandensis,* respectively, and placed the former in "*Pedomys*" as a subgenus of *Microtus. Microtus* is characterized in part by differentiated enamel. Although I agree with this characterization of *Microtus* and have verified the differences in enamel between *P. guildayi* and *P. cumberlandensis,* specimens of *P. ochrogaster* and *P. pinetorum* that I have examined exhibit both conditions. As mentioned above, whether the variation in enamel thickness is a function of the individual's age, geographic location, or some other factor(s) is unknown.

Pitymys pinetorum *(Le Conte, 1830)*.—Fossil remains of the pine vole are known from 38 to 76 sites in 16 states (Appendix B). All of the sites are Wisconsin to Holocene in age and the majority are within the present range of the species.

*Pitymys pinetorum* has an m1 that is generally longer than that of *P. llanensis,* generally narrower than that of *P. ochrogaster,* and a b that is narrower than in either (Hibbard et al., 1978).

*Pitymys pinetorum* appears later in the fossil record than *P. och-*

BLM_0052060

*rogaster.* I suspect this is a function of sampling; most sites at which it occurs are east of the Mississippi and few of these are older than Wisconsin.

Both van der Meulen (1978) and Repenning (1983) considered *P. pinetorum nemoralis* to be a full species on the basis of size and morphological characteristics. If they are correct, the fossil records of *P. pinetorum* will need to be reexamined in terms of this change.

Pitymys meadensis *Hibbard, 1944.*—Specimens of this taxon have been reported from California, North Livermore Ave. (32), Olive Dell Ranch (43); Colorado, Hansen Bluff (70); Kansas, Cudahy (132), Tobin (140), Wilson Valley (142) (Fig. 5); and Mexico, El Tajo de Tequixquiac (84). With the exception of the site in Mexico, considered to be Rancholabrean (Wisconsin), the localities are of Irvingtonian (Kansan) age.

*Pitymys meadensis* (type KU 6563, left dentary with m1–m2) was described by Hibbard (1944) from the Cudahy. The species is characterized by the fact that triangles 4 and 5 on the m1 are generally confluent and closed off from the AC. In addition, LRA5 and BRA4 are often deeper than in other species so that a sixth and seventh triangle develop, which are confluent and open into AC (Fig. 4D). This development of the ACC is found in some European taxa and in some specimens of the Mexican species *P. quasiater* (Coues) (Repenning, 1983).

Van der Meulen (1978) placed both *P. meadensis* and *P. quasiater* in *Microtus* because they exhibit differentiated enamel on their occlusal surface. The morphology of the m1 in *P. meadensis* (Fig. 4D) and *P. quasiater* (Fig. 4E) and its closeness to some specimens of *P. pinetorum* (Fig. 4F) suggests the taxa should be retained in *Pitymys.*

*Pitymys quasiater* is a relict population confined to the southeastern highlands of Mexico, whereas *P. meadensis* was apparently widespread in the past (Fig. 5). Perhaps *P. meadensis* was ancestral to *P. quasiater,* or the two are conspecific. Additional work will be necessary to determine the exact relationship between these two taxa.

Microtus *Group*

This group can be distinguished from the *Pitymys* group by its m1, which consists of a posterior loop, four or more closed alter-

BLM_0052061

16    *Zakrzewski*

nating triangles, and an AC that varies in its complexity. Triangles on the m1 appear to be added in alternate fashion. The upper molars tend to be more complex as well, with a number of species developing additional triangles. The enamel on the occlusal surface tends to be consistently differentiated into thin and thick segments.

Within the group it is more difficult to assign isolated specimens to individual taxa because of similarities in dentition and the wide range of variation expressed in some species. Two subgroups can be established on the morphology of the m1: a basically four-triangled group (*M. deceitensis, M. paroperarius, M. "speothen"* and *M. oeconomus*) (Fig. 7A); and a five or more triangled group (the remaining taxa) (Fig. 7B).

Other criteria that can be used are size (*M. richardsoni* and *M. xanthognathus* are significantly larger), occlusal pattern of M2 (*M. pennsylvanicus* has an extra triangle), M3 (*M. chrotorrhinus* has additional triangles), and shape of the incisive foramina. The latter character exhibits a great deal of variation owing to age of the individual. Other characters show a great range of variation as well and the best approach for correctly assigning specimens may be to use some appropriate multivariate analysis as was demonstrated by Smartt (1977).

*Microtus* and *Pitymys* are thought to have separately entered North America from Asia. The first appearance of *Microtus* in the New World is near the beginning of the Pleistocene and is represented by *M. deceitensis* and/or *M. paroperarius.* Advanced species appear to represent subsequent immigrations (van der Meulen, 1978). The genus had a much wider range in the past than it does now. A number of species exhibit a significant retraction of range.

Microtus deceitensis *Guthrie and Matthews, 1971.*—This taxon is known only from its type locality at Cape Deceit (1) Alaska of Irvingtonian (pre or early Kansan) age. Remains of this taxon (type, UA 866, right dentary with m1–m3) are considered to represent the most primitive species in North America assigned to the genus. The absolute age of the deposit is not known and the fauna does not correlate well with any other fauna from North America; therefore, it cannot be determined with certainty whether *M. deceitensis* also represents the earliest record of *Microtus* in the New World. *M. deceitensis* is similar to the extinct *M. paroperarius* Hibbard and the extant *M. oeconomus* Pallas in the possession of a principally four-triangled m1. It differs from the latter two taxa in possessing

BLM_0052062

a more complex m3, in that the second lingual loop tends to be bisected by the LRA2, and a simpler M3, consisting of only two alternating triangles as found in *Pitymys* (Guthrie and Matthews, 1971).

Van der Meulen (1978) felt that *M. deceitensis* represents an extinct side branch of *Microtus* evolution, but also offered the alternative that it may have given rise to *M. xanthognathus*. Repenning (pers. comm.) thinks that *M. deceitensis* represents an Asian relict unrelated to any North American taxon. He places *M. deceitensis* into *Lasiopodomys*, which he raises to generic status on the basis of its *Pitymys*-like M3.

Microtus paroperarius *Hibbard, 1944.*—Remains of *M. paroperarius* are known from Arkansas, Conard Fissure (173); Colorado, Hansen Bluff (70); Iowa, Little Sioux (161); Kansas, Cudahy (132), Holzinger (137), Tobin (140), Wilson Valley (142), Unnamed? (144), Hall Ash Pit (150); Maryland, Cumberland Cave (222); Nebraska, Unnamed (156) and Mullen (157 or 158); Saskatchewan, Wellsch Valley (13); and Texas, Vera (115) [see Pennsylvania (235) in Appendix A for additional record]. The ages of these sites (Fig. 6) range from Irvingtonian (Aftonian?) to Rancholabrean (early Illinoian?).

The type of *M. paroperarius* (KU 6587, partial right dentary with m1–m2) was described by Hibbard (1944) from the Cudahy. It is characterized by its m1, which generally consists of four closed alternating triangles and a fifth triangle that opens broadly into AC (Fig. 7A). A small percentage of specimens may have m1s with five closed triangles. Similar m1s are found in *M. speothen* (Cope) and *M. oeconomus.*

Hibbard (1955a) stated that m1s of *M. paroperarius* are smaller than those of *M. speothen* from the Port Kennedy Cave (228). However, the few measurements available for *M. speothen* are just over, or within the range of those obtained for *M. paroperarius.*

Paulson (1961) pointed out that 50% of the m1s of *M. paroperarius* contain cement in LRA4, whereas the LRA4 of *M. oeconomus* lacks cement. Van der Meulen (1978) stated that the two taxa cannot be distinguished on the basis of tooth morphology. Perhaps additional study would show that the taxa are conspecific. If so, a range retraction even greater than that seen in *M. xanthognathus* is indicated.

The Wellsch Valley occurrence is the earliest record of the taxon

BLM_0052063

18   *Zakrzewski*

(Figs. 3, 6). These specimens were reported as *M. deceitensis* by Kurtén and Anderson (1980). The Mullen occurrence may be the latest. Kurtén and Anderson (1980) reported the specimens from Mullen I, which is Kansan in age, but Martin (1972) reported that they came from Mullen II, which is Illinoian in age, and assigned them to *M. pennsylvanicus* (see Martin, 1972, Fig. 2C) because there were no other indicators of Kansan age. Martin (1972) stated that *M. paroperarius* is ancestral to *M. pennsylvanicus* although he presented no evidence, unless it is the fact that some *M. paroperarius* exhibit five closed triangles. The remaining sites are generally considered to be Kansan in age.

Van der Meulen (1978) suggested that *M. paroperarius* migrated to the New World, along with other taxa, just prior to 0.7 m.y.b.p. However, if the date of 1.75 m.y.b.p for the Wellsch Valley is correct, the migration was much earlier.

Microtus speothen *(Cope, 1871)*.—The remains of this extinct species were known only from the Port Kennedy Cave (228) of Yarmouth age from Pennsylvania. Originally described by Cope as *Arvicola speothen*, he (Cope, 1899) subsequently synonymized the species *A. tetradelta* under *A. speothen* and placed the latter in *Microtus*.

Hibbard (1955a) felt that *M. speothen* belonged in the *M. oeconomus* group. He also stated that *M. speothen* was larger than *M. paroperarius*. However, Cope (1899) listed the length of m1 as 3.0 mm, which would fall in the range of *M. paroperarius* m1s (2.6–3.4) reported by Paulson (1961).

Unfortunately, the type of *M. speothen* (AMNH 8689, left dentary with m1–m3) has been destroyed and the site is no longer accessible; therefore, van der Meulen's (1978) suggestion that all of Cope's taxa from Port Kennedy should be considered *nomen dubia* is a reasonable one.

Microtus oeconomus *Pallas, 1778*.—Fossil remains of the tundra vole are known only from the Yukon Territories, Old Crow River Loc. 11 (10) and 12 (8), as well as Bluefish Cave I (11). These sites are Sangamon?, Illinoian, and late Wisconsin, respectively. Similar to the extinct *M. paroperarius* in dental morphology, the two taxa may be conspecific (van der Meulen, 1978). The fossil records of *M. oeconomus* are being studied by Brenda F. Beebe (Jopling et al., 1981) and are the first reports of this taxon as a fossil.

BLM_0052064



Fig. 6.   Approximate location of sites in Canada and contiguous United States from which extinct species of *Microtus* have been reported. See Appendix A and species accounts for details. Site 235 (Appendix A) is not plotted.

BLM_0052065

20    *Zakrzewski*

Microtus miurus *Osgood, 1901.*—Specimens of the Alaska vole have been reported from Alaska, Sullivan Pit (2), Fairbanks II (3), Fairbanks I (4); and Yukon Territories, Old Crow River Loc. 11 (10), 12 (8 and 9), 14N (7), Bluefish Cave I (11) [see Iowa (238) in Appendix A for additional record]. The sites range in age from Illinoian to Holocene, and with the exception of the Sullivan Pit (Repenning, pers. comm.), the species is not found near any of them today.

*Microtus miurus* is distinguished by its narrow cranium with a sharp median crest. The former character is used to place *M. miurus* in its own subgenus *Stenocranius.* Kurtén and Anderson (1980) stated that *M. miurus* has a M1 with five triangles and a m1 with a simple trefoil or AC. These two characters could be used to distinguish it from *M. pennsylvanicus.* I found no *M. miurus* with five-triangled M1s and could not distinguish its m1 from that of *M. pennsylvanicus.*

The earliest record of *M. miurus* is from Fairbanks I. Brenda F. Beebe is studying the remains from Bluefish Cave I.

Microtus richardsoni *(DeKay, 1842).*—Fossil remains of Richardson's vole are known from Alberta, Eagle Cave (18); and Montana, Warm Springs (19). All of these sites are late Wisconsin in age and within the present range of the species. Remains of *M. richardsoni* are relatively easy to recognize. The species is among the largest in the genus, being about the same size as *M. xanthognathus.* It can be distinguished from that and other taxa by the fact that the incisive foramina decrease in size with age, so that in some individuals they are nearly closed. In addition, the M1 and on occasion the M2 possess an additional small triangle (Fig. 7E), although it generally is not closed off from the previous alternating triangle as is the triangle on the M2 of *M. pennsylvanicus* (Fig. 7F).

Microtus californicus *(Peale, 1848).*—Remains of the California vole are known from California, Samwel Cave (28), Potter Creek Cave (29), cf. Irvington (31), Carpinteria (33), McKittrick (34), Rancho La Brea (35), San Pedro (36), La Mirada (37), Emery Borrow Pit (38), Zuma Creek (39), Costeau Pit (40), Newport Bay Mesa 1067 (41), cf. Vallecito Creek (42), Kokoweef (44); and Nevada, Tule Springs $E_1$ (45), Glendale? (47). These sites range in age from Irvingtonian (Kansan) to Rancholabrean (Wisconsin).

In assigning specimens to *M. californicus,* some workers (Miller, 1971) have relied on the shape of the incisive foramina, which are

BLM_0052066

wide and unconstricted, and the fact that the teeth of the species seem to be slightly larger than those of other taxa that occur near California. Many M2s of the California vole have the LRA2 directed posteriorly so that it appears a fourth triangle would become isolated if the LRA2 lengthened (Fig. 7D–E).

The oldest remains (if correctly identified) are from the Vallecito Creek and Irvington. In fact one of the specimens from Vallecito could be the oldest record for a *Microtus*. I (Zakrzewski, 1972) questionably assigned an edentulous dentary to *M. californicus* on the basis of the presence of a deep masseteric fossa and alveoli that showed that the teeth were evergrowing. The specimen is from Loc. 6683, which is not in the type section, and is associated with remains of *Synaptomys* (*Metaxomys*) *anzaensis*. *Metaxomys* is associated with faunas of Blancan age, whereas the extant subgenera with one exception (Dixon l.f., Kansas) are associated with faunas of Irvingtonian and younger age. At that time I suggested two alternative explanations. The specimen represents a genus other than *Microtus* or the *Synaptomys* represent a relict population. Although the former alternative cannot be dismissed, data acquired while preparing this manuscript suggest that the latter interpretation may be closer to the truth.

The other sites are Wisconsin in age. The two sites in Nevada are outside the present range of the taxon and the Glendale record may be *M. montanus* (Kurtén and Anderson, 1980).

Microtus mexicanus *(Saussure, 1861)*.—Fossil remains of the Mexican vole have been reported from Mexico, San Josecito (85); New Mexico, Brown Sand Wedge (72), Dry Cave (73), Burnet Cave (74), Muskox Cave (75), Anthony Cave (77), Conkling Cavern (78), Howells Ridge Cave (82); and Texas, Upper (91) and Lower (92) Sloth Cave, Pratt Cave (93). All of the records ascribed to this taxon are late Wisconsin to Holocene in age. Likewise, all the finds are either in or not substantially distant from the present range.

Smartt (1977) identified the majority of New Mexican records using discriminant analysis. Kurtén and Anderson (1980) stated that the incisive foramina are short, broad, and truncated posteriorly. This character was highly variable in specimens that I examined. In some M1s and M2s the LRA2 is deep and directed posteriorly, so that it appears an additional triangle might form (Fig. 7D). In addition, I observed an M2 of *M. mexicanus* that had a *M. pennsylvanicus* pattern.

BLM_0052067

22   *Zakrzewski*

Microtus longicaudus *(Merriam, 1888)*.—Specimens of the long-tailed vole have been reported from Alberta, January Cave? (17), Eagle Cave? (18); Colorado, Chimney Rock Animal Trap? (65), Unnamed (69); Idaho, Moonshiner Cave (21), American Falls? (24); New Mexico, Dry Cave (73), Burnet Cave (74); and Wyoming, Agate Basin (62), Little Box Elder Cave (63). They range in age from Sangamon? to Holocene. The oldest and only pre-Wisconsin record of *M. longicaudus* could be from American Falls (the specimen may actually represent *M. pennsylvanicus*). The Alberta and Colorado records may represent *M. montanus*.

There is nothing diagnostic about the teeth of *M. longicaudus*. Some workers feel that this species can be distinguished by its incisive foramina, the borders of which are parallel or taper gradually. However, this feature is not unique to this taxon. Smartt (1977) has used discriminant analysis to identify the long-tailed vole in New Mexican sites.

I have observed an M2 of *M. longicaudus* with a fourth triangle similar to that of *M. pennsylvanicus* and an m1 with a prism fold or "mimomyskante," a feature typical of primitive voles of Blancan age.

Microtus montanus *(Peale, 1848)*.—Remains of the mountain vole are known from Alberta, Eagle Cave? (18), January Cave? (17); Arizona, Salina (52); Colorado, Chimney Rock Animal Trap? (65); Idaho, Jaguar Cave (20), Moonshiner Cave (21), Downey Dump (23), American Falls (24), Rainbow Beach (25); Kansas, cf. Jones (126), Trapshoot (138); Nevada, Glendale? (47); New Mexico, Anthony Cave (77), Shelter Cave (79), Howells Ridge Cave (82); Oregon, Fossil Lake (26); Texas, Navar Ranch #13 (89); Utah, Snowville (55), Silver Creek (56); and Wyoming, Little Canyon Creek Cave (58), Prospects Shelter (59), Natural Trap Cave (60), Little Box Elder Cave (63), Bell Cave (64). These sites range in age from Irvingtonian (Kansan) to Holocene.

The earliest records of *M. montanus* are from Downey Dump and Snowville (Repenning, pers. comm.). The remaining sites range in age from Sangamon to Holocene. The reports from Kansas, Texas, New Mexico, Nevada (if not *M. californicus*), and Alberta (if not *M. longicaudus*) are outside the present range of the taxon.

Smartt (1977) identified specimens of *M. montanus* from New Mexico by using discriminant analysis to differentiate between species that might be present. Davis (1975) recognized the presence

BLM_0052068

of an additional *Microtus* from the Jones site because a number of M2s could not be assigned to *M. pennsylvanicus* even though all of the m1s from the site appeared to be *pennsylvanicus*-like. Davis called his unidentifiable taxon, *Microtus* species *Alpha*. Stewart (1978) suggested that Davis' species *Alpha* might be *M. montanus* on the basis of faunal similarities between the Jones and Trapshoot sites.

Kurtén and Anderson (1980) implied that the posterior constriction of the incisive foramina and an M2 with four closed triangles are diagnostic for this taxon. The posterior constriction is in part a function of the age of the individual, older individuals showing more constriction than younger ones.

I know of no New World *Microtus* for which four closed triangles on the M2 is as typical as it is for *M. pennsylvanicus*. Other species may have a small percentage of individuals that exhibit four closed triangles on M2; however, most non-*pennsylvanicus Microtus* M2s are similar to that shown in Fig. 7C.

Microtus chrotorrhinus *(Miller, 1894)*.—Specimens of the yellow-nosed vole have been reported from Pennsylvania, New Paris #4 (224), Hollidaysburg Fissure (225), Bootlegger Sink (227); Québec, Caverne de St. Elzéar (230); Tennessee, Carrier Quarry Cave (199), Baker Bluff (200); Virginia, Back Creek #2 (218), Clark's Cave (219), Natural Chimneys (221); and West Virginia, Eagle Rock Cave (211), Hoffman School Cave (212), Mandy Walters Cave (213), Upper Trout Cave (214). These sites are late Wisconsin to Holocene in age.

*Microtus chrotorrhinus* is commonly found with *M. xanthognathus* and *M. pennsylvanicus* in cave faunas of the Appalachians. *Microtus chrotorrhinus* is smaller than *M. xanthognathus* and differs from *M. pennsylvanicus* in having a distinctive M3, with two additional triangles. The first and second alternating triangles are generally confluent; however, Guilday (1982) has shown that this pattern is also fairly common in some populations of *M. pennsylvanicus*.

*Microtus chrotorrhinus* occurs today in the eastern subarctic and as a relict form at high elevations in the central Appalachians. The fossil records with one exception are in or very near to its present range. Graham (1976) listed *M. chrotorrhinus* as a member of the Welsh Cave fauna (205) but this is incorrect.

Guilday et al. (1964) have demonstrated a cline within extant populations. Individuals become larger toward the south. The fossil

BLM_0052069

24    *Zakrzewski*



FIG. 7.   Selected morphotypes of m1 and M2 in *Microtus*. A, m1 typical of *M. paroperarius* group; B, m1 typical of non-*paroperarius* group of *Microtus*; C, M2 typical of most non-*pennsylvanicus* species of *Microtus*; D, M2 seen in some *M. mexicanus* and *M. californicus* showing incipient development of additional triangle; E, M2 of *M. richardsoni* showing further development of additional triangle; F, M2 typical of *M. pennsylvanicus* showing additional triangle.

specimens from New Paris #4 are equivalent in size to those from extant populations of Labrador and Québec.

Guilday et al. (1977) suggested that *M. chrotorrhinus* was able to survive in the east (in contrast to *M. xanthognathus*) by moving to higher elevations when the climate changed in post-glacial time. It was able to extend its range into northeastern Canada after the ice melted.

Microtus xanthognathus *(Leach, 1815)*.—Fossil remains of the

BLM_0052070

yellow-cheeked vole have been reported from Alaska, Fairbanks II (3), Chicken (5); Arkansas, Peccary Cave (172); Illinois, Meyer Cave (206); Iowa, Waubonsie (164); Kentucky, Welsh Cave (205); Missouri, Bat Cave (170); Pennsylvania, New Paris #4 (224), Bootlegger Sink (227); Québec, Caverne de St. Elzéar (230); Tennessee, Baker Bluff (200), Cheek Bend Cave (203); Virginia, Loop Creek Quarry Cave (215), Gillespie Cliff Cave (216), Back Creek #2 (218), Clark's Cave (219), Natural Chimneys (221); West Virginia, Eagle Rock Cave (211); Wyoming, Prospects Shelter (58); and Yukon Territories, Old Crow River Loc. 44 (6), 12 (8–9), 11 (10), Bluefish Cave I (11) [see Iowa (238, 239) and Wisconsin (241) in Appendix A for additional records]. These sites are all within the Rancholabrean stage ranging in age from late Illinoian [Old Crow River Loc. 12 (8)] to Holocene (Caverne de St. Elzéar).

*Microtus xanthognathus* can be distinguished from other species of *Microtus,* except for *M. richardsoni,* by its large size. In addition, Hallberg et al. (1974) stated that the BRA3 on the M3 of *M. xanthognathus* lacks cementum, whereas the same reentrant in *M. pennsylvanicus* contains cementum. I have observed cementum in the BRA3 of M3s in adult *M. richardsoni* as well as a narrowing of the incisive foramina with age. These two characters may be useful in separating *M. richardsoni* from *M. xanthognathus.* However, the lack of cementum in the BRA3 should be used with care as Guilday (1982) stated that 10.3% ($n = 113$) of the *M. xanthognathus* from Appalachian caves have cementum, whereas 5.2% ($n = 1,235$) of the *M. pennsylvanicus* lack cementum.

Although still extant across much of northwestern Canada and east-central Alaska, the records of the yellow-cheeked vole from conterminous United States and the Gaspe Peninsula (Fig. 8) are well outside the present range of the species. Guilday et al. (1977) suggested that *M. xanthognathus* dwelled on the taiga. As the climate changed toward the end of the Pleistocene, populations moved northwest following the shifting environment. Populations could not be maintained in the east because of changes in the vegetation. Movement into northeastern Canada was blocked by ice. Biotic evidence from the Ozark region suggested to Hallberg et al. (1974) that *M. xanthognathus* lived in more of a parkland than taiga situation.

Microtus pennsylvanicus *(Ord, 1815).*—Specimens of the mead-



FIG. 8.  Approximate location of sites from which *M. xanthognathus* has been reported that are outside of its present range. Sites 238, 239, and 241 (Appendix A) are not plotted.

BLM_0052072

ow vole have been reported from 91 sites in 24 states and four provinces (Appendix B) that range in age from Irvingtonian (Yarmouth) to Holocene. *M. pennsylvanicus* is the most widely distributed species of *Microtus*. Its distribution was even more extensive in the past as *M. pennsylvanicus* has been reported from more than two dozen sites in seven states south of its present range. The earliest record for the meadow vole is from Kansas, Kanopolis (143).

*Microtus pennsylvanicus* is closely related to the European field vole, *M. agrestis*. Both taxa have an M2 that exhibits four alternating triangles. This character is considered to be diagnostic for the species and suggested to some workers an additional invasion of microtine stock subsequent to early Kansan time.

The diagnostic fourth alternating triangle of M2 in *M. pennsylvanicus* is much smaller than the other three, in most cases being a small nubbin (Fig. 7F). Although I have never observed an M2 of a meadow vole that lacked the fourth triangle, I have observed a fourth triangle in one specimen each of *M. mexicanus* and *M. longicaudus*. The only difference between the specimens is that in *M. pennsylvanicus* the fourth triangle appears to be closed off from the third, whereas in *M. mexicanus* and *M. longicaudus* a very thin strip of dentine connects the two triangles. *M. mexicanus* and especially *M. californicus* have M2s in which LRA2 is directed posteriorly so that the third triangle appears to be developing a bud and one can visualize how a fourth triangle might develop (Fig. 7D–E).

Guilday (1982) has shown that enough variation exists within the M3s of *Microtus* species common to Appalachian cave faunas that assignment to specific taxa on the basis of a few isolated teeth is unwarranted.

The number of alternating triangles on the m1 in *M. pennsylvanicus* varies from five to seven. Semken (1966) demonstrated an increase in the number of alternating triangles through time for fossil sites in Kansas. Subsequent work by Davis (1975) and McMullen (1978) confirmed this chronocline. Davis (1975) showed that in extant populations, meadow voles with the largest teeth and greatest number of triangles occur on the grasslands of the High Plains where the grass is coarser.

Davis (1975) attempted to relate the present distribution of *M. pennsylvanicus* to the distribution and relative abundance of C-3 and C-4 grasses. Although his results were ambiguous, additional study seems warranted.

BLM_0052073

Microtus *sp.*—Specimens of *Microtus* not assigned to species are known from Alberta, Medicine Hat M (14) and K (15); Arizona, Choate Ranch (48), Murray Springs (49), Murray Springs Arroyo (50), Papago Springs (51), Vulture Cave[+] (53); California, Hawver Cave (30); Colorado, Dutton (66), Selby (67); Idaho, Wasden (22); Iowa, Little Sioux[+/o] (161); Kansas, Tobin[+/o] (140); Nebraska, Unnamed[+] (155); Nevada, Tule Springs $B_2$[+] (46); New Mexico, Dark Canyon Cave[+] (76), Palomas Creek Cave[+] (81), Baldy Peak Cave[+] (83); Saskatchewan, Ridell[+] (12); Texas, Tank Trap Wash #1[+] (87), Huecos Tanks #1[+] (88), Dust Cave[+] (90); and Utah, Crystal Ball Cave (54). These sites range in age from Irvingtonian (Kansan) to Holocene. Most of these specimens probably belong to some extant taxon living in or near the area of the site as all but the Little Sioux and Tobin records are Wisconsin and Holocene in age. Some of these specimens are unassignable because of the fragmentary nature of the material. A few of these records were taken from faunal lists where no description or size of sample was noted.

The oldest records are from the Little Sioux and Tobin. The former was reported by Gerald R. Paulson in an unpublished faunal list for the site. Unfortunately, I could not find the specimens in the collections at the University of Michigan. The latter record is represented by an isolated m1 with five closed alternating triangles and a simple anterior cap (Zakrzewski and Kolb, 1982). It could represent the earliest record of an extant taxon as it is very similar to the teeth assigned to *M. pennsylvanicus* from the Kanopolis (143) site (Hibbard et al. 1978). But as discussed above, isolated teeth of *Microtus*, especially m1s, are generally unassignable to a species.

Unless they prove to be of *M. mexicanus*, the records from Texas and New Mexico would substantiate a more extensive range for one or more other species. Other significant extensions at the species level are represented by the non-*pennsylvanicus Microtus* reported by SkwaraWoolf (1980) from the Ridell and the one from the Unnamed site in Nebraska.

Another record of interest is that from Tule Springs $B_2$ (46). Mawby (1967) stated that the m1 from this site differed in detail with those m1s he examined from site $E_1$ and those in the mammal collection at the University of California, Berkeley. To learn whether the specimen represents a new taxon or an aberrant individual of some extant taxon requires additional study.

BLM_0052074

## Concluding Remarks

To gain a better understanding of the interrelationships and early history of *Microtus* the following suggestions are offered.

1) Additional sites in all areas need to be found, but especially in those areas for which there are no records.
2) Because of the amount of variation within the taxa, studies on large samples of extant and extinct (when possible) taxa by appropriate multivariate techniques are necessary.
3) When undertaking a systematic study of an extant species, mammalogists should include data that might prove useful regarding isolated teeth as well as other aspects of the anatomy.
4) When dealing with fossils, specimens should not be assigned to an extant taxon solely on the basis of present distribution.

## Acknowledgments

I thank the following individuals for allowing me to examine specimens under their care: Jerry R. Choate, Museum of the High Plains, Fort Hays State University; Philip D. Gingerich, Museum of Paleontology, University of Michigan; Robert S. Hoffmann, Museum of Natural History, University of Kansas; Philip Meyers, Museum of Zoology, University of Michigan; and Holmes A. Semken, Department of Geology, University of Iowa (145).

I thank the following individuals for sharing their knowledge of unpublished records (sites in parentheses; see 145 above) or checking the accuracy of the records after compilation: Elaine Anderson (14–15, 38–39, 44, 69, 112, 169), Denver, Colorado; Brenda F. Beebe (11); James A. Burns (17–18), and Rufus S. Churcher, all of the University of Toronto; Walter W. Dalquest, Midwestern University; Ralph E. Eshelman (134, 150–151), Calvert Cliffs Museum, Solomons, Maryland; Shirley Fonda (225), State College, Pennsylvania; Russell W. Graham, Illinois State Museum; the late John E. Guilday (201, 203, 214–216, 235), Carnegie Museum of Natural History; Arthur H. Harris (71, 75–76, 81, 83, 86, 90, 92), University of Texas at El Paso; James Honey (133), Lakewood, Colorado; Ernest L. Lundelius (94, 98, 105–106, 108, 114), University of Texas; Wade Miller (54), Brigham Young University;

BLM_0052075

30   *Zakrzewski*

Gerald R. Paulson (161), Ann Arbor, Michigan; Charles A. Re-
penning (23, 52, 55), U.S. Geological Survey, Menlo Park, Cali-
fornia; H. A. Semken (164); J. D. Stewart (138, 236), University
of Kansas; Danny D. Walker, University of Wyoming; and S. Da-
vid Webb (174–197), University of Florida. In addition I have listed
four unpublished records (135, 136, 144, 155) based on specimens
in the Sternberg Memorial Museum. I thank Sydney Anderson,
American Museum of Natural History, the late J. E. Guilday, and
C. A. Repenning for their constructive comments on an earlier draft
of the manuscript. Gwenne Cash drafted the figures and typed the
manuscript.

## *Selected Bibliography**

ANDERSON, E. 1974. A survey of the late Pleistocene and Holocene mammal fauna
of Wyoming. Pp. 78–87, *in* Applied geology and archaeology: the Holocene
history of Wyoming (M. Wilson, ed.). Wyoming Geol. Surv. Rept. Invest.,
10:79–87. (21, 63)

BOELLSTORFF, J. 1976. The succession of late Cenozoic volcanic ashes in the Great
Plains: a progress report. Kansas Geol. Surv. Guidebook, 1:37–71.

———. 1978. North American Pleistocene stages reconsidered in light of probable
Pliocene-Pleistocene continental glaciation. Science, 202:305–307.

BURNS, J. A. 1982. Water vole, *Microtus richardsoni* (Mammalia, Rodentia), from
the late Pleistocene of Alberta. Canadian J. Earth Sci., 19:628–631. (18)

CHURCHER, C. S., AND A. MAC S. STALKER. In press. Geology and paleontology of
the Wellsch Valley site, Saskatchewan. Geol. Surv. Canada. (13)

COPE, E. D. 1871. Preliminary report on the vertebrata discovered in the Port
Kennedy bone cave. Proc. Amer. Phil. Soc., 12:73–102. (228)

———. 1899. Vertebrate remains from the Port Kennedy bone deposit. Acad. Nat.
Sci. Philadelphia, 11:193–267. (228)

DALQUEST, W. W. 1961. A record of the giant bison (*Bison latifrons*) from Cooke
County, Texas. Texas J. Sci., 13:41–44. (231)

———. 1962. The Good Creek formation, Pleistocene of Texas and its fauna. J.
Paleontol., 36:568–582. (116–118)

———. 1964. A new Pleistocene local fauna from Motley County, Texas. Trans.
Kansas Acad. Sci., 67:499–505. (120)

———. 1965. New Pleistocene formation and local fauna from Hardeman County,
Texas. J. Paleontol., 39:63–79. (119)

DALQUEST, W. W., E. ROTH, AND F. JUDD. 1969. The mammal fauna of Schulze
Cave, Edwards County, Texas. Bull. Florida State Mus., 13:205–276.
(100)

DAVIS, L. C. 1975. Late Pleistocene geology and paleoecology of the Spring Valley
Basin, Meade County, Kansas. Unpubl. Ph.D. dissert., Univ. Iowa, Iowa
City, 170 pp. (126)

* Numbers in parentheses following citations refer to fossil faunas identified in
text and appendices.

DAVIS, L. C., R. E. ESHELMAN, AND J. C. PRIOR. 1973. A primary mammoth site with associated fauna in Pottawattamie County, Iowa. Proc. Iowa Acad. Sci., 79:62–65. (163)

DICE, L. R. 1925. Rodents and lagomorphs of the Rancho La Brea deposits. Carnegie Inst. Washington Publ., 349:119–130. (35)

EINSOHN, S. 1971. The stratigraphy and fauna of a Pleistocene outcrop in Doniphan County, northeastern Kansas. Unpubl. M.S. thesis, Univ. Kansas, Lawrence, 83 pp. (147–148, 154)

ELFTMAN, H. O. 1931. Pleistocene mammals of Fossil Lake, Oregon. Amer. Mus. Novitates, 481:1–21. (26)

FOLEY, R. L. 1984. Late Pleistocene Woodfordian vertebrates from the Driftless Area southwestern Wisconsin, the Moscow local fauna. Illinois State Mus. Rept. Invest., 39:1–50. (241)

FURLONG, E. L. 1906. The exploration of Samwel Cave. Amer. J. Sci., Ser. 4, 22: 235–247. (28)

GIDLEY, J. G., AND C. E. GAZIN. 1938. The Pleistocene vertebrate fauna from Cumberland Cave, Maryland. Bull. U.S. Natl. Mus., 171:1–99.

GRAHAM, R. W. 1976. Late Wisconsin mammalian faunas and environmental gradients of the eastern United States. Paleobiology, 2:343–350. (172, 205)

——. 1981. Preliminary reports on late Pleistocene vertebrates from the Selby and Dutton archeological/paleontological sites, Yuma County, Colorado. Univ. Wyoming Contrib. Geol., 20:33–56. (66–67)

GUILDAY, J. E. 1962a. Notes on Pleistocene vertebrates from Wythe County, Virginia. Ann. Carnegie Mus., 36:77–86. (217)

——. 1962b. The Pleistocene local fauna of Natural Chimneys, Augusta County, Virginia. Ann. Carnegie Mus., 36:87–122. (221)

——. 1969a. A possible caribou-Paleo-Indian association from Dutchess Quarry Cave, Orange County, New York. New York State Archeol. Assoc. Bull., 45:24–29. (229)

——. 1969b. Small mammal remains from the Wasden Site (Owl Cave), Bonneville County, Idaho. Tebiwa, 12:47–57. (22)

——. 1977. Sabertooth cat, *Smilodon floridanus* (Leidy), and associated fauna from a Tennessee cave (40 Dv 40), the First American Bank site. J. Tenn. Acad. Sci., 52:84–94. (204)

——. 1982. Dental variation in *Microtus xanthognathus, M. chrotorrhinus,* and *M. pennsylvanicus* (Rodentia: Mammalia). Ann. Carnegie Mus., 51:211–230. (220)

GUILDAY, J. E., AND E. K. ADAM. 1967. Small mammal remains from Jaguar Cave, Lemhi County, Idaho. Tebiwa, 10:26–36. (20)

GUILDAY, J. E., AND H. W. HAMILTON. 1973. The late Pleistocene small mammals of Eagle Cave, Pendleton County, West Virginia. Ann. Carnegie Mus., 44:45–58. (211)

——. 1978. Ecological significance of displaced boreal mammals in West Virginia caves. J. Mamm., 59:176–181. (212–213)

GUILDAY, J. E., H. W. HAMILTON, AND A. D. McCRADY. 1966. The bone breccia of Bootlegger Sink, York County, Pa. Ann. Carnegie Mus., 38:145–163. (227)

——. 1969. The Pleistocene vertebrate fauna of Robinson Cave, Overton County, Tennessee. Paleovertebrata, 2:25–75. (202)

——. 1971. The Welsh Cave peccaries (*Platygonus*) and associated fauna, Kentucky Pleistocene. Ann. Carnegie Mus., 43:249–320. (205)

GUILDAY, J. E., H. W. HAMILTON, AND P. W. PARMALEE. 1975. Caribou (*Rangifer tarandus* L.) from the Pleistocene of Tennessee. J. Tenn. Acad. Sci., 59: 109–112. (237)

BLM_0052077

32   *Zakrzewski*

GUILDAY, J. E., P. S. MARTIN, AND A. D. MCCRADY.  1964.  New Paris No. 4: a Pleistocene cave deposit in Bedford County, Pennsylvania. Natl. Speleol. Soc. Bull., 26:121–194. (224)

GUILDAY, J. E., P. W. PARMALEE, AND H. W. HAMILTON.  1977.  The Clark's Cave bone deposit and the late Pleistocene paleoecology of the central Appalachian Mountains of Virginia. Bull. Carnegie Mus. Nat. Hist., 2:1–87. (162, 218, 219)

GUILDAY, J. E., H. W. HAMILTON, E. ANDERSON, AND P. W. PARMALEE.  1978.  The Baker Bluff Cave deposit, Tennessee, and the late Pleistocene faunal gradient. Bull. Carnegie Mus. Nat. Hist., 11:1–67. (199–200)

GUTHRIE, R. D., AND J. V. MATTHEWS.  1971.  The Cape Deceit fauna—early Pleistocene mammalian assemblage from the Alaskan Arctic. Quaternary Res., 1:474–519. (1)

HAGER, M. W.  1972.  A late Wisconsin-Recent vertebrate fauna from the Chimney Rock Animal Trap, Larimer County, Colorado. Univ. Wyoming Contrib. Geol., 11:63–71. (65)

————.  1974.  Late Pliocene and Pleistocene history of the Donnelly Ranch vertebrate site, southeastern Colorado. Univ. Wyoming Contrib. Geol. Spec. Paper, 2:1–62. (68)

HALL, S. A.  1982.  Late Holocene paleoecology of the southern plains. Quaternary Res., 17:391–407. (232–234)

HALLBERG, G. R., H. A. SEMKEN, AND L. C. DAVIS.  1974.  Quaternary records of *Microtus xanthognathus* (Leach), the yellow-cheeked vole, from northwestern Arkansas and southwestern Iowa. J. Mamm., 55:640–645. (5, 164)

HARINGTON, C. R.  1978.  Quaternary vertebrate faunas of Canada and Alaska and their suggested chronological sequence. Syllogeus, 15:1–105. (6)

HARRIS, A. H.  1970.  The Dry Cave mammalian fauna and late Pluvial conditions in southeastern New Mexico. Texas J. Sci., 22:3–28. (73)

HAWKSLEY, O., J. F. REYNOLDS, AND R. L. FOLEY.  1973.  Pleistocene vertebrate fauna of Bat Cave, Pulaski County, Missouri. Bull. Natl. Speleol. Soc., 35:61–67. (170)

HAY, O. P.  1920.  Descriptions of some Pleistocene vertebrates found in the United States. Proc. U.S. Natl. Mus., 58:83–146. (223)

HIBBARD, C. W.  1937.  A new *Pitymys* from the Pleistocene of Kansas. J. Mamm., 18:235. (149)

————.  1943.  The Rezabek fauna, a new Pleistocene fauna from Lincoln County, Kansas. Univ. Kansas Sci. Bull., 29:235–245. (141)

————.  1944.  Stratigraphy and vertebrate paleontology of Pleistocene deposits of southwestern Kansas. Bull. Geol. Soc. Amer., 55:707–754. (132)

————.  1952.  Vertebrate fossils from late Cenozoic deposits of central Kansas. Univ. Kansas Paleontol. Contrib., Vertebrata, 2:1–14.

————.  1955a.  Notes on the microtine rodents from the Port Kennedy Cave deposit. Proc. Acad. Nat. Sci. Philadelphia, 107:87–97.

————.  1955b.  The Jinglebob interglacial (Sangamon?) fauna from Kansas and its climatic significance. Univ. Michigan Mus. Paleontol. Contrib., 12: 179–228. (127)

————.  1956.  *Microtus pennsylvanicus* (Ord) from the Hay Springs local fauna of Nebraska. J. Paleontol., 30:1263–1266. (159)

————.  1963.  A late Illinoian fauna from Kansas and its climatic significance. Papers Michigan Acad. Sci., Arts Letters, 48:187–221. (129)

HIBBARD, C. W., AND W. W. DALQUEST.  1966.  Fossils from the Seymour formation of Knox and Baylor counties, Texas, and their bearing on the late Kansan climate of that region. Univ. Michigan Mus. Paleontol. Contrib., 21:1–66. (115)

BLM_0052078

HIBBARD, C. W., AND D. W. TAYLOR. 1960. Two late Pleistocene faunas from southwestern Kansas. Univ. Michigan Mus. Paleontol. Contrib., 16:1–223. (122, 128, 130)

HIBBARD, C. W., J. C. FRYE, AND A. B. LEONARD. 1944. Reconnaissance of Pleistocene deposits in north-central Kansas. Kansas Geol. Surv. Bull., 52:1–28. (152)

HIBBARD, C. W., ET AL. 1978. Mammals from the Kanopolis local fauna, Pleistocene (Yarmouth) of Ellsworth County, Kansas. Univ. Michigan Mus. Paleontol. Contrib., 25:11–44. (104, 143, 147, 148, 154)

HINTON, C. A. 1926. Monograph of voles and lemmings (Microtinae) living and extinct. British Mus. Nat. Hist., London, 488 pp.

HOLMAN, J. A. 1959. Birds and mammals from the Pleistocene of Williston, Florida. Bull. Florida State Mus., 5:1–25. (189)

———. 1979. New fossil vertebrate remains from Michigan. Michigan Academ., 11:391–397. (209)

HOOD, C. H., AND O. HAWKSLEY. 1975. A Pleistocene fauna from Zoo Cave Taney County, Missouri. J. Missouri Speleol. Surv., 15:1–42. (171)

HOPKINS, M. L., R. BONNICHSEN, AND D. FORTSCH. 1969. The stratigraphic position and faunal associates of *Bison (Gigantobison) latifrons* in southeastern Idaho, a progress report. Tebiwa, 12:1–8. (24)

IRVING, W. N., AND C. R. HARINGTON. 1973. Upper Pleistocene radiocarbon-dated artefacts from the northern Yukon. Science, 179:335–340. (7)

JAKWAY, G. E. 1958. Pleistocene Lagomorpha and Rodentia from the San Josecito Cave, Nuevo Leon, Mexico. Trans. Kansas Acad. Sci., 61:313–327. (85)

JOPLING, A. V., W. N. IRVING, AND B. F. BEEBE. 1981. Stratigraphic, sedimentological and faunal evidence for the occurrence of pre-Sangamonian artefacts in northern Yukon. Arctic, 34:3–33. (8–10)

KURTÉN, B., AND E. ANDERSON. 1980. Pleistocene mammals of North America. Columbia Univ. Press, New York, 440 pp. (3–4, 47, 210, 214)

LASALLE, P., AND J. E. GUILDAY. 1980. Caverne de Saint-Elzéar-de-Bonaventure. Rapport preliminaire sur les fouilles de 1977 et 1978. Ministere Ener. Res., Québec, 31 pp. (230)

LINDSAY, E. H., AND N. T. TESSMAN. 1974. Cenozoic vertebrate localities and faunas in Arizona. J. Arizona Acad. Sci., 9(1):3–24. (48–51)

LOGAN, L. E., AND C. C. BLACK. 1979. The Quaternary vertebrate fauna of Upper Sloth Cave, Guadalupe Mountains National Park, Texas. Natl. Park Ser. Proc. Trans., 4:141–158. (91)

LUNDELIUS, E. L. 1967. Late-Pleistocene and Holocene faunal history of central Texas. Pp. 287–319, *in* Pleistocene extinctions, the search for a cause (P. S. Martin and H. E. Wright, eds.). Yale Univ. Press, New Haven, Connecticut, 453 pp. (95–96, 98, 101–103, 107–108)

———. 1979. Post-Pleistocene mammals from Pratt Cave and their environmental significance. Natl. Park Serv. Proc. Trans., 4:239–258. (93)

MARTIN, L. D. 1972. The microtine rodents of the Mullen assemblage from the Pleistocene of north central Nebraska. Bull. Univ. Nebraska State Mus., 9:173–182. (157–158)

MARTIN, R. A. 1974. Fossil mammals from the Coleman IIA fauna, Sumter County. Pp. 35–99, *in* Pleistocene mammals of Florida (S. D. Webb, ed.). Univ. Florida Press, Gainesville, 270 pp. (178)

———. 1975. *Allophaiomys* Kormos from the Pleistocene of North America. C. W. Hibbard Mem. Vol. 3. Univ. Michigan Papers Paleontol., 12:97–100. (160)

MARTIN, R. A., AND S. D. WEBB. 1974. Late Pleistocene mammals from the Devil's Den fauna, Levy County. Pp. 114–145, *in* Pleistocene mammals

BLM_0052079

34    *Zakrzewski*

of Florida (S. D. Webb, ed.). Univ. Florida Press, Gainesville, 270 pp. (186)

MAWBY, J. E. 1967. Fossil vertebrates of the Tule Springs Site, Nevada. Nevada State Mus. Anthropol. Papers, 13:107–128. (45–46)

McDONALD, H. G., AND E. ANDERSON. 1975. A late Pleistocene vertebrate fauna from southeastern Idaho. Tebiwa, 18:19–37. (25)

McMULLEN, T. L. 1978. Mammals of the Duck Creek local fauna, late Pleistocene of Kansas. J. Mamm., 59:374–386. (139)

MEADE, J. I., AND A. M. PHILLIPS, III. 1981. The late Pleistocene and Holocene fauna and flora of Vulture Cave, Grand Canyon, Arizona. Southwestern Nat., 26:257–288. (53)

MILLER, W. E. 1971. Pleistocene vertebrates of the Los Angeles Basin and vicinity (exclusive of Rancho La Brea). Bull. Los Angeles Co. Mus. Nat. Hist. Sci., 10:1–124. (36–37, 40–41)

————. 1976. Late Pleistocene vertebrates of the Silver Creek local fauna from north central Utah. Great Basin Nat., 36:387–424. (56)

OLSON, E. C. 1940. A late Pleistocene fauna from Herculaneum, Missouri. J. Geol., 48:32–57. (168)

PARMALEE, P. W. 1967. A Recent cave bone deposit in southwestern Illinois. Natl. Speleol. Soc. Bull., 29:119–147. (206)

PARMALEE, P. W., AND W. E. KLIPPEL. 1981. A late Pleistocene population of the pocket gopher, *Geomys* cf. *bursarius,* in the Nashville Basin, Tennessee. J. Mamm., 62:831–835. (203)

PARMALEE, P. W., AND R. D. OESCH. 1972. Pleistocene and Recent faunas from the Brynjulfson Caves, Missouri. Illinois State Mus. Rept. Invest., 25:1–52. (165–166)

PARMALEE, P. W., P. J. MUNSON, AND J. E. GUILDAY. 1978. The Pleistocene mammalian fauna of Harrodsburg Crevice, Monroe County, Indiana. Natl. Speleol. Soc. Bull., 40:64–75. (207)

PARMALEE, P. W., R. D. OESCH, AND J. E. GUILDAY. 1969. Pleistocene and Recent vertebrate faunas from Crankshaft Cave, Missouri. Illinois State Mus. Rept. Invest., 14:1–37. (167)

PATTON, T. H. 1963. Fossil vertebrates from Miller's Cave Llano County, Texas. Texas Mem. Mus. Bull., 7:1–41. (106)

PAULSON, G. R. 1961. The mammals of the Cudahy fauna. Papers Michigan Acad. Sci., Arts Letters, 46:127–153. (132, 156)

PETERSON, O. A. 1926. The fossils of Frankstown Cave, Blair County, Pennsylvania. Ann. Carnegie Mus., 16:249–314. (226)

RASMUSSEN, D. L. 1974. New Quaternary mammal localities in the upper Clark Fork River Valley, western Montana. Northwest Geol., 3:62–70. (19)

RAY, C. E. 1967. Pleistocene mammals from Ladds, Bartow County, Georgia. Bull. Georgia Acad. Sci., 25:120–150. (198)

REPENNING, C. A. 1983. *Pitymys meadensis* Hibbard from the Valley of Mexico and the classification of North American species of *Pitymys* (Rodentia: Cricetidae). J. Vert. Paleontol., 2:471–482. (27, 32, 43, 70, 84)

REPENNING, C. A., D. M. HOPKINS, AND M. RUBIN. 1964. Tundra rodents in a late Pleistocene fauna from the Tofty Placer District, central Alaska. Arctic, 17:177–197. (2)

RHODES, R. S., II. 1984. Paleoecology and regional paleoclimatic implications of the Farmdalian Craigmile and Woodfordian Waubonsie mammalian local faunas southwestern Iowa. Illinois State Mus. Rept. Invest., 49:1–51. (164, 240)

ROSENBERG, R. S. 1983. The paleoecology of the late Wisconsinan Eagle Point

local fauna, Clinton County, Iowa. Unpubl. M.S. thesis, Univ. Iowa, Iowa City, 70 pp. (239)

ROTH, E. L. 1972. Late Pleistocene mammals from Klein Cave, Kerr County, Texas. Texas J. Sci., 74:75–84. (99)

SAUNDERS, J. J. 1977. Late Pleistocene vertebrates of the western Ozark Highland, Missouri. Illinois State Mus. Rept. Invest., 33:1–118. (169)

SAVAGE, D. E. 1951. Late Cenozoic vertebrates of the San Francisco Bay region. Univ. California Publ. Bull. Dept. Geol. Sci., 28:215–314. (31)

SCHULTZ, C. B., AND E. B. HOWARD. 1935. The fauna of Burnet Cave, Guadalupe Mountains, New Mexico. Proc. Acad. Nat. Sci. Philadelphia, 87:273–298. (74)

SCHULTZ, C. B., AND L. D. MARTIN. 1970. Quaternary mammalian sequence in the central Great Plains. Pp. 341–353, *in* Pleistocene and Recent environments of the central Great Plains (W. Dort and J. K. Jones, Jr., eds.). Univ. Kansas Dept. Geol. Spec. Publ., Univ. Kansas Press, Lawrence, 3:1–433. (153)

SCHULTZ, G. E. 1969. Geology and paleontology of a late Pleistocene basin in southwest Kansas. U.S. Geol. Surv. Spec. Paper, 105:1–85. (125, 128, 130, 131)

SCHULTZ, J. R. 1938. A late Quaternary mammal fauna from the tar seeps of McKittrick, California. Carnegie Inst. Washington Publ. 487:111–215. (34)

SEMKEN, H. A. 1961. Fossil vertebrates from Longhorn Cavern Burnet County, Texas. Texas J. Sci., 13:290–310. (105)

———. 1966. Stratigraphy and paleontology of the McPherson *Equus* beds (Sandahl local fauna), McPherson County, Kansas. Univ. Michigan Mus. Paleontol. Contrib., 20:121–178. (146–147)

———. 1967. Mammalian remains from Rattlesnake Cave, Kinney County, Texas. Texas Mem. Mus., Pearce-Sellards Ser., 7:1–11. (94)

———. In press. Late Pleistocene/Holocene environmental changes on the northern plains of the United States: mammalian record. *In* Late Pleistocene/Holocene environmental changes in the High Plains: the vertebrate record (R. W. Graham and H. A. Semken, eds.). Illinois State Mus. Rept. Invest.

SINCLAIR, W. J. 1904. The exploration of Potter Creek Cave. Univ. California Publ. Dept. Amer. Archeol. Ethnol., 2:1–27. (29)

SKINNER, M. F. 1942. The fauna of Papago Springs Cave, Arizona, and a study of *Stockoceros*; with three new antilocaprines from Nebraska and Arizona. Bull. Amer. Mus. Nat. Hist., 80:143–220. (51)

SKWARAWOOLF, T. 1980. Mammals of the Riddell local fauna (Floral formation, Pleistocene, late Rancholabrean) Saskatoon, Canada. Saskatchewan Mus. Nat. Hist. Contrib., 2:1–129. (12)

SLAUGHTER, B. H. 1964. Geological survey and appraisal of the paleontological resources of the Cooper Reservoir Basin, Delta and Hopkins counties, Texas. Fondren Sci. Ser., 6:1–11. (109)

———. 1966a. The Moore Pit local fauna, Pleistocene of Texas. J. Paleontol., 40:78–91. (111)

———. 1966b. The vertebrates of the Domebo local fauna Pleistocene of Oklahoma. Contrib. Mus. Great Plains, 1:31–55. (121)

———. 1975. Ecological interpretation of the Brown Sand Wedge local fauna. Pp. 179–192, *in* Late Pleistocene environments of the southern High Plains (F. Wendorf and J. J. Hester, eds.). Fort Burgwin Res. Center Publ., 9:1–290. (72)

SLAUGHTER, B. H., AND B. R. HOOVER. 1963. Sulphur River formation and the

Pleistocene mammals of the Ben Franklin local fauna. Southern Methodist Univ. J. Grad. Res. Center, 31:132–148. (110)

SLAUGHTER, B. H., AND W. L. McCLURE. 1965. The Sims Bayou local fauna: Pleistocene of Houston, Texas. Texas J. Sci., 17:404–417. (97)

SLAUGHTER, B. H., AND R. RITCHIE. 1963. Pleistocene mammals of the Clear Creek local fauna, Denton County, Texas. Southern Methodist Univ. J. Grad. Res. Center, 31:117–131. (113)

SMARTT, R. A. 1977. The ecology of late Pleistocene and Recent *Microtus* from south-central and southwestern New Mexico. Southwestern Nat., 22:1–19. (77–80, 82)

STARRETT, A. 1956. Pleistocene mammals of the Berends fauna of Oklahoma. J. Paleontol., 30:1187–1192. (124)

STEPHANS, J. J. 1960. Stratigraphy and paleontology of a late Pleistocene Basin, Harper County, Oklahoma. Bull. Geol. Soc. Amer., 71:1675–1702. (123)

STEWART, J. D. 1978. Mammals of the Trapshoot local fauna, late Pleistocene of Rooks County, Kansas. (Abs.) Proc. Nebraska Acad. Sci., 88th Ann. Meet., pp. 45–46. (126, 138)

STOCK, C. 1918. The Pleistocene fauna of Haver Cave. Univ. California Publ., Bull. Dept. Geol. Sci., 10:461–515. (30)

STORER, J. E. 1976. Mammals of the Hand Hills formation, southern Alberta. Pp. 186–209, *in* Athlon: essays on paleontology in honour of Loris Shano Russell (C. S. Churcher, ed.). Royal Ontario Mus., Life Sci., Misc. Publ., 286 pp. (16)

VAN DEVENDER, T. R., AND D. H. RISKIND. 1979. Late Pleistocene and early Holocene plant remains from Huecos Tanks State Historical Park: the development of a refugium. Southwestern Nat., 24:127–140. (87–89)

VAN DER MEULEN, A. J. 1973. Middle Pleistocene smaller mammals from the Monte Peglia, (Orvieto, Italy) with special reference to the phylogeny of *Microtus* (Arvicolidae, Rodentia). Quaternaria, 17:1–144.

———. 1974. On *Microtus (Allophaiomys) deucalion* (Kretzoi, 1969), (Arvicolidae, Rodentia), from the upper Villanyian (lower Pleistocene) of Villany-5, S. Hungary. Proc. Koninkl. Nederl. Akad. Wetensch., Series B, 77:259–266.

———. 1978. *Microtus* and *Pitymys* (Arvicolidae) from Cumberland Cave, Maryland, with a comparison of some Old and New World species. Ann. Carnegie Mus., 47:101–145. (147, 148, 173, 222, 228)

WALKER, D.N. 1982. Early Holocene vertebrate fauna. Pp. 274–394, *in* The Agate Basin site: a record of the Paleoindian occupation of the northwestern High Plains (G. C. Frison and D. J. Stanford, eds.). Academic Press, New York, 403 pp.

———. In press. Late Pleistocene/Holocene environmental changes in the northwestern plains of the United States: the vertebrate record. *In* Late Pleistocene/Holocene environmental changes in the High Plains: the vertebrate record (R. W. Graham and H. A. Semken, eds.). Illinois State Mus. (57–60)

WEBB, S. D. 1974. Chronology of Florida Pleistocene mammals. Pp. 5–31, *in* Pleistocene mammals of Florida (S. D. Webb, ed.). Univ. Florida Press, Gainesville, 270 pp. (174–180, 184, 186–189, 191–193, 196–197)

WILSON, R. L. 1967. The Pleistocene vertebrates of Michigan. Papers Michigan Acad. Sci., Arts Letters, 52:197–234. (208)

WILSON, R. W. 1933. Pleistocene mammalian fauna from the Carpinteria asphalt. Carnegie Inst. Washington Publ., 440:59–76. (33)

WOODMAN, N. 1982. A subarctic fauna from the late Wisconsinan Elkader site, Clayton County, Iowa. Unpubl. M.S. thesis, Univ. Iowa, Iowa City, 56 pp. (238)

BLM_0052082

ZAKRZEWSKI, R. J. 1972. Fossil microtines from late Cenozoic deposits in the Anza-Borrego Desert, California, with the description of a new subgenus of *Synaptomys*. Los Angeles Co. Mus. Nat. Hist. Contrib. Sci., 221:1–12. (42)

———. 1975. The late Pleistocene arvicoline rodent *Atopomys*. Ann. Carnegie Mus., 45:255–261. (104)

———. 1981. Kangaroo rats from the Borchers local fauna, Blancan, Meade County, Kansas. Trans. Kansas Acad. Sci., 84:78–88.

ZAKRZEWSKI, R. J., AND K. K. KOLB. 1982. Late Kansan faunas from central Kansas. Trans. Kansas Acad. Sci., 85:200–215. (137, 140, 142)

ZEIMANS, G., AND D. N. WALKER. 1974. Bell Cave, Wyoming: preliminary archeological and paleontological investigations. Pp. 88–90, *in* Applied geology and archeology: the Holocene history of Wyoming (M. Wilson, ed.). Wyoming Geol. Surv. Rept. Invest., 10:1–127. (64)

# Appendix A. Fossil Faunas Containing Pitymys *and* Microtus*

### Alaska

Sullivan Pit (2), Tofty Placer District, H/W
  *M. miurus, M. xanthognathus?* [+]
Fairbanks II (3), Yukon-Tanana Upland, W, 11,735 ± 130 to 40,000 B.P.
  *M. miurus* [+], *M. xanthognathus*
Chicken (5), Yukon-Tanana Upland, W
  *M. xanthognathus*
Fairbanks I (4), Yukon-Tanana Upland, I
  *M. miurus*
Cape Deceit (1), Derring Region, K/Λ
  *M. deceitensis* [°]

### Alberta

Eagle Cave (18), High Rock Range, W, 22,700 ± 1,000 B.P.
  *M. richardsoni, M. longicaudus* or *montanus* [+]
January Cave (17), Front Range, W, 23,100 ± 860 B.P.
  *M. longicaudus* or *montanus* [+]
Medicine Hat M (14), Medicine Hat District, W, 25,000 ± 800 to 38,000+ B.P.
  *M.* sp.
Medicine Hat K (15), Medicine Hat District, S
  *M.* sp.
Hand Hills (16), Hand Hills, W/I
  *M. pennsylvanicus*

* Dates ending in B.P. are radio-carbon dates; dates ending in m.y.b.p. are fission-track dates; dates with no postscript are based on paleomagnetic inferences. Abbreviations and symbols: nd, *nomen dubium*; °, taxon extinct; +, taxon extinct locally; #, records from Webb (pers. comm.) and supercede those in Webb (1974).

38   *Zakrzewski*

### Arizona

Vulture Cave (53), Coconino Co., W, ≤13,170± B.P.
  *M.* sp.[+]
Papago Springs (51), Santa Cruz Co., W
  *M.* sp.
Choate Ranch (48), Cochise Co., W
  *M.* sp.
Murray Springs (49), Cochise Co., W
  *M.* sp.
Murray Springs Arroyo (50), Cochise Co., W
  *M.* sp.
Salina (52), Navajo Co., W
  *M. montanus*

### Arkansas

Peccary Cave (172), Newton Co., W, 16,700 ± 250 B.P.
  *P. pinetorum, P. ochrogaster*[+], *M. pennsylvanicus*[+], *M. xanthognathus*[+]
Conard Fissure (173), Newton Co., K
  *P. llanensis*[°], *P. cumberlandensis*[°], *M. paroperarius*[°]

### California

La Mirada (37), Los Angeles Co., W, 10,690 ± 360 B.P.
  *M. californicus*
Rancho La Brea (35), Los Angeles Co., W, 12,650 ± 160 to 40,000+ B.P.
  *M. californicus*
McKittrick (34), Kern Co., W, 38,000 ± 2,500 B.P.
  *M. californicus*
Samwel Cave (28), Shasta Co., W
  *M. californicus*
Potter Creek Cave (29), Shasta Co., W
  *M. californicus*
Hawver Cave (30), Eldorado Co., W
  *M.* sp.
Carpinteria (33), Santa Barbara Co., W
  *M. californicus*
San Pedro (36), Los Angeles Co., W
  *M. californicus*
Emery Borrow Pit (38), Los Angeles Co., W
  *M. californicus*
Zuma Creek (39), Los Angeles Co., W
  *M. californicus*
Costeau Pit (40), Orange Co., W
  *M. californicus*
Newport Bay Mesa 1067 (41), Orange Co., W
  *M. californicus*
Kokoweef (44), San Bernadino Co., W
  *M. californicus*
North Livermore Ave. (32), Alameda Co., Y, 500,000
  *P. meadensis*[°]

BLM_0052084

Irvington (31), Alameda Co., Y/K
  *M.* cf. *M. californicus*
Vallecito Creek (42), San Diego Co., Y/K
  *M.* cf. *M. californicus*
Centerville Beach (27), Humboldt Co., K/A, >730,000 to <900,000
  *P. mcnowni?*°
Olive Dell Ranch (43), San Bernardino Co.
  *P. meadensis*°

## Colorado

Chimney Rock Animal Trap (65), Larimer Co., W, 11,908 ± 180 B.P.
  *M. longicaudus* or *M. montanus*
Dutton (66), Yuma Co., W
  *P. ochrogaster, M. pennsylvanicus, M.* sp.
Selby (67), Yuma Co., W
  *M.* sp.
Unnamed (69), Alamosa Co., W
  *M. longicaudus*
Mesa De Maya (68), Las Animas Co., S
  *P. ochrogaster*
Hansen Bluff (70), Alamosa Co., K, ≥0.7 m.y.b.p.
  *P. meadensis*°, *M. paroperarius*°

## Florida#

Warm Mineral Springs (174), Sarasota Co., W
  *P. pinetorum*
Devil's Den III (186), Levy Co., W
  *P. pinetorum, M. pennsylvanicus*
Waccasassa IIB (187), Levy Co., W
  *P. pinetorum, M. pennsylvanicus*
Ichetucknee River (197), Columbia Co., W
  *P. pinetorum*
Vero 2 (176) and 3 (177), Indian River Co., W
  *P. pinetorum*
Kendrick IA (179), Marion Co., W
  *P. pinetorum*
Arrendondo I (190), Alachua Co., W
  *P. pinetorum, M. pennsylvanicus*
Arrendondo IB (191), Alachua Co., W
  *M. pennsylvanicus*
Arrendondo II (192), IIA (193), B (194), and C (195), Alachua Co., W
  *P. pinetorum*
Haile XIB (196), Alachua Co., S
  *P. pinetorum*
Reddick IA (180), B (181), C (182), D (183), and IIC (184), Marion Co., S
  *P. pinetorum*
Mefford I (185), Marion Co., S
  *P. pinetorum*
Withlacoochee VIIA (188), Levy Co., S
  *M. pennsylvanicus*

BLM_0052085

40     *Zakrzewski*

Bradenton (175), Manatee Co., S
  *P. hibbardi°*
Williston (189), Levy Co., S
  *P. hibbardi°*
Coleman IIA (178), Sumter Co., I
  *P. aratai°*

## Georgia

Ladds (198), Bartow Co., W
  *P. pinetorum*

## Idaho

Jaguar Cave (20), Lemhi Co., H/W, 10,370 ± 350 to 11,580 ± 250 B.P.
  *M. montanus*
Rainbow Beach (25), Power Co., W, 21,500 ± 700 to 31,300 ± 2,300 B.P.
  *M. montanus*
Wasden (22), Bonneville Co., W
  *M. sp.*
Moonshiner Cave (21), Bingham Co., W
  *M. longicaudus, M. montanus*
American Falls (24), Power Co., S
  *M. montanus, M. longicaudus* or *M. pennsylvanicus*
Downey Dump (23), Bannock Co., K
  *M. montanus*

## Illinois

Meyer Cave (206), Monroe Co., H
  *P. pinetorum, M. pennsylvanicus[+], M. xanthognathus[+]*

## Indiana

Harrodsburg Crevice (207), Monroe Co., S
  *P. ochrogaster*

## Iowa

Brayton (162), Audubon Co., W, 12,420 ± 180 B.P.
  *P. pinetorum, M. pennsylvanicus*
Oakland (163), Pottawattamie Co., W
  *M. pennsylvanicus*
Waubonsie (164), Mills Co., W, 14,430 ± 1,030 to 14,830 ± 1,120 B.P.
  *P. pinetorum, P. ochrogaster, M. pennsylvanicus, M. xanthognathus[+]*
Elkader (238), Clayton Co., W, 20,530 ± 130 B.P.
  *M. pennsylvanicus, M. xanthognathus[+], M. cf. M. miurus[+]*
Eagle Point (239), Clinton Co., W
  *M. pennsylvanicus, M. xanthognathus[+]*
Craigmile (240), Mills Co., W, 23,200 ± 535 B.P.
  *P. pinetorum, P. ochrogaster, M. pennsylvanicus*

BLM_0052086

Little Sioux (161), Harrison Co., K, 0.74 m.y.b.p.
  *M. paroperarius°*, *M.* sp.[+/°]

### Kansas

Robert (125), Meade Co., W, 11,100 ± 390 B.P.
  *P. ochrogaster*, *M. pennsylvanicus*[+]
Jones (126), Meade Co., W, 26,700 ± 1,500 to 29,000 ± 1,300 B.P.
  *P. ochrogaster*, *M. pennsylvanicus*[+], *M.* cf. *M. montanus*[+]
Hill City (236), Graham Co., W
  *M.* sp.
Keiger Creek (135), Clark Co., W
  *M. pennsylvanicus*[+]
Trapshoot (138), Rooks Co., W
  *P. ochrogaster*, *M. pennsylvanicus*[+], *M. montanus*[+]
Jinglebob (127), Meade Co., W
  *P. ochrogaster*, *M. pennsylvanicus*[+]
Unnamed (152), Smith Co., W/S
  *M. pennsylvanicus*
Cragin Quarry (128), Meade Co., S
  *P. ochrogaster*, *M. pennsylvanicus*[+]
Mt. Scott (129), Meade Co., I
  *P. ochrogaster*, *M. pennsylvanicus*[+]
Butler Spring (130), Meade Co., I
  *P. ochrogaster*, *M. pennsylvanicus*[+]
Adams (131), Meade Co., I
  *M. pennsylvanicus*[+]
Unnamed (136), Trego Co., I
  *M. pennsylvanicus*[+]
Duck Creek (139), Ellis Co., I
  *P. ochrogaster*, *M. pennsylvanicus*[+]
Williams (145), Rice Co., I
  *P. ochrogaster*, *M. pennsylvanicus*[+]
Sandahl (146), McPherson Co., I
  *P. ochrogaster*, *M. pennsylvanicus*[+]
Unnamed (149), Brown Co., ?
  *P. mcnowni*°
Rezabek (141), Lincoln Co., I
  *P. ochrogaster*, *M. pennsylvanicus*[+]
Kanopolis (143), Ellsworth Co., Y
  *P. llanensis*°, *M. pennsylvanicus*[+]
Cudahy (132), Meade Co., K, ≥0.6 m.y.b.p.
  *P. llanensis*°, *P. meadensis*°, *M. paroperarius*°
Hall Ash Pit (150), Jewell Co., K, ≥0.74 m.y.b.p.
  *M. paroperarius*°
Holzinger (137), Trego Co., K
  *M. paroperarius*°
Tobin (140), Russell Co., K
  *P. meadensis*°, *M. paroperarius*°, *M.* sp.[+/°]
Wilson Valley (142), Lincoln Co., K
  *P. meadensis*°, *M. paroperarius*°
Unnamed (144), Ellsworth Co., K
  *P. llanensis*?° or *M. paroperarius*?°

BLM_0052087

42    *Zakrzewski*

Aries (133), Meade Co., K, ≥1.2 m.y.b.p.
  *P.* sp.°
Kentuck (147), McPherson Co., K
  *P.* sp.°, *P. llanensis*°
Wathena (148), Doniphan Co., K
  *P.* sp.°
Courtland Canal (151), Jewell Co., K
  *P.* sp.°
Nash (134), Meade Co., A, >1.2, <1.9 m.y.b.p.
  *P.* sp.°

### Kentucky

Welsh Cave (205), Woodford Co., W
  *P. pinetorum* and/or *P. ochrogaster, M. pennsylvanicus, M. xanthognathus*⁺

### Maryland

Cavetown (223), Washington Co., W
  *M. pennsylvanicus*
Cumberland Cave (222), Allegany Co., L.K.
  *P. guilday*°, *P. cumberlandensis*°, *P. involutus*°ᵈ, *M. paroperarius*°

### Mexico

Unnamed (86), Chihuahua, W
  *M. pennsylvanicus*⁺
San Josecito (85), Nuevo Leon, W
  *M. mexicanus*
El Tajo de Tequixquiac (84), Mexico, W
  *P. meadensis*°

### Michigan

Sleeping Bear Dune (208), Leelanau Co., H, 730 ± 250 B.P.
  *P. pinetorum, P. ochrogaster*⁺, *M. pennsylvanicus*
Adams (209), Livingston Co., W
  *M. pennsylvanicus*

### Missouri

Brynjulfson Cave #2 (165), Boone Co., H, 1,400 ± 200 to 2,260 ± 230 B.P.
  *P. pinetorum* and/or *P. ochrogaster, M. pennsylvanicus*⁺
Brynjulfson Cave #1 (166), Boone Co., H/W, 9,440 ± 760 to 34,000 ± 2,100 B.P.
  *P. pinetorum* and/or *P. ochrogaster, M. pennsylvanicus*⁺
Crankshaft Cave (167), Jefferson Co., H/W
  *P. pinetorum* and/or *P. ochrogaster, M. pennsylvanicus*⁺
Boney Spring (169), Benton Co., W, 13,700 ± 600 to 16,580 ± 220 B.P.
  *P. pinetorum* and/or *P. ochrogaster, M. pennsylvanicus*⁺
Herculaneum (168), Jefferson Co., W
  *P. ochrogaster*
Zoo Cave (171), Taney Co., W
  *P. pinetorum* and/or *P. ochrogaster, M. pennsylvanicus*⁺

Bat Cave (170), Pulaski Co., W
  *P. pinetorum?* and/or *P. ochrogaster, M. pennsylvanicus*[+], *M. xanthognathus*[+]

### Montana

Warm Springs #1 (19), Silver Bow Co., H/W
  *M. pennsylvanicus, M. richardsoni*

### Nebraska

Unnamed (155), Buffalo Co., W/S
  *M.* sp.[+]
Angus (153), Nuckolls Co., I
  *P. ochrogaster, M. pennsylvanicus*
Hay Springs (159), Sheridan Co., I
  *M. pennsylvanicus*[+]
Mullen II (158), Cherry Co., I
  *P. pinetorum*[+] and/or *P. ochrogaster, M. pennsylvanicus*
Mullen I (157), Cherry Co., K
  *M. paroperarius*[°]
Unnamed (156), Valley Co., K
  *M. paroperarius*[°]
Sappa (154), Harlan Co., K, $\geq 1.2$ m.y.b.p.
  *P.* sp.[°]

### Nevada

Tule Springs E₁ (45), Clark Co., W
  *M. californicus*[+]
Tule Springs B₂ (46), Clark Co., W
  *M.* sp.
Glendale (47), Clark Co., W
  *M. californicus*[+] or *M. montanus*[+]

### New Mexico

The Khulo (80), Doña Ana Co., H
  *M. pennsylvanicus*[+]
Howells Ridge Cave (82), Grant Co., H/W
  *P. ochrogaster*[+], *M. pennsylvanicus*[+], *M. mexicanus*[+], *M. montanus*[+]
Anthony Cave (77), Doña Ana Co., H/W
  *M. pennsylvanicus*[+], *M. mexicanus*[+], *M. montanus*[+]
Conkling Cavern (78), Doña Ana Co., H/W
  *M. mexicanus*[+]
Shelter Cave (79), Doña Ana Co., H/W
  *M. montanus*[+]
Burnet Cave (74), Eddy Co., H/W
  *M. mexicanus*[+], *M. longicaudus*[+]
Brown Sand Wedge (72), Roosevelt Co., W, $11{,}170 \pm 360$ B.P.
  *P. ochrogaster*[+], *M. pennsylvanicus*[+], *M. mexicanus*[+]
Dry Cave (73), Eddy Co., W, $10{,}730 \pm 150$ to $33{,}590 \pm 1{,}150$ B.P.
  *P. ochrogaster, M. mexicanus, M. longicaudus*[+]
Muskox Cave (75), Eddy Co., W
  *P. ochrogaster*[+], *M. pennsylvanicus*[+], *M. mexicanus*[+]

BLM_0052089

44   *Zakrzewski*

Dark Canyon Cave (76), Eddy Co., W
  *M.* sp.[+]
Isleta Cave #1 (71), Bernalillo Co., W
  *M. pennsylvanicus*[+]
Palomas Creek Cave (81), Sierra Co., W
  *M.* sp.[+]
Baldy Peak Cave (83), Luna Co., W
  *M.* sp.[+]

### New York

Dutchess Quarry Cave (229), Orange Co., W, 12,530 ± 370 B.P.
  *P. pinetorum, M. pennsylvanicus*

### Ohio

Carter (210), Darke Co., W, 10,230 ± 150 B.P.
  *M. pennsylvanicus*

### Oklahoma

Domebo (121), Caddo Co., W, 11,200 ± 500 B.P.
  *P. pinetorum, P. ochrogaster*
Bar M #1 (122), Harper Co., W, 21,360 ± 1,250 B.P.
  *M. pennsylvanicus*[+]
Doby Springs (123), Harper Co., I
  *M. pennsylvanicus*[+]
Berends (124), Beaver Co., I
  *P. ochrogaster, M. pennsylvanicus*[+]

### Oregon

Fossil Lake (26), Lake Co., W
  *M. montanus*

### Pennsylvania

New Paris #4 (224), Bedford Co., H/W, 9,540 to 11,300 ± B.P.
  *P. pinetorum, M. pennsylvanicus, M. chrotorrhinus*[+], *M. xanthognathus*[+]
Hollidaysburg Fissure (225), Blair Co., H/W, 10,000 to 12,000 B.P.
  *P. pinetorum, M. pennsylvanicus, M. chrotorrhinus*[+]
Bootlegger Sink (227), York Co., W, 11,550 ± 100 B.P.
  *P. pinetorum, M. pennsylvanicus, M. chrotorrhinus*[+], *M. xanthognathus*[+]
Frankstown Cave (226), Blair Co., W
  *M. pennsylvanicus*
Port Kennedy Cave (228), Montgomery Co., Y
  *P. involutus*[o/ind], *P. dideltus*[o/ind], *M. speothen*[o/ind]
Hanover Quarry Fissure (235), Adams Co., A
  *P. guildayi*[o], *P. cumberlandensis*[o], *M. paroperarius*[o]

### Québec

Caverne de St. Elzéar (230), Bonaventure Co., H, 5,110 ± 150 B.P.
  *M. pennsylvanicus, M. chrotorrhinus, M. xanthognathus*[+]

BLM_0052090

### Saskatchewan

Riddell (12), Saskatoon District, W
   *M. pennsylvanicus, M.* sp.
Wellsch Valley (13), Swift Current–S. Saskatchewan Upland, A, $1.75 \cdot 10^6$
   *P.* sp.[*], *M. paroperarius*[*]

### South Dakota

Java (160), Walworth Co., K
   *P.* sp.[*]

### Tennessee

First American Bank Site (204), Davidson Co., H/W, 9,410 to 10,034± B.P.
   *P. pinetorum* and/or *P. ochrogaster*
Baker Bluff (200), Sullivan Co., W, 10,560 ± 220 to 19,100 ± 850 B.P.
   *P. pinetorum* and/or *P. ochrogaster*[+], *M. pennsylvanicus, M. chrotorrhinus*[+], *M. xan-*
   *thognathus*[+]
Guy Wilson (201), Sullivan Co., W, 19,700 ± 600 B.P.
   *M. pennsylvanicus*
Carrier Quarry Cave (199), Sullivan Co., W
   *P. pinetorum* and/or *P. ochrogaster, M. pennsylvanicus, M. chrotorrhinus*[+]
Robinson Cave (202), Overton Co., W
   *P. pinetorum, M. pennsylvanicus*
Cheek Bend Cave (203), Maury Co., W
   *P. ochrogaster, M. pennsylvanicus, M. xanthognathus*[+]
Beartown Cave (237), Sullivan Co., W
   *M.* cf. *M. pennsylvanicus*

### Texas

Kyle Site (108), Hill Co., H, 389 ± 130 to 1,389 ± 150 B.P.
   *P. pinetorum*[+] and/or *P. ochrogaster*[+]
Blue Spring Shelter (232), Randall Co., H, 840 to 1,135 B.P.
   *P. pinetorum*[+] and/or *P. ochrogaster*[+]
Barton Springs Road (103), Travis Co., H, 1,015 ± 105 to 3,450 ± 150 B.P.
   *P. pinetorum*[+] and/or *P. ochrogaster*[+]
Deadman Shelter (233), Swisher Co., H, 1,240 to 1,485 B.P.
   *P. pinetorum*[+] and/or *P. ochrogaster*[+]
Canyon Country Club Cave (234), Randall Co., H, 1,270–1,650 B.P.
   *P. pinetorum*[+] and/or *P. ochrogaster*[+]
Miller's Cave (106), Llano Co., H/LW, 3,008 ± 310 to 7,290± B.P.
   *P. pinetorum*[+] and/or *P. ochrogaster*[+]
Klein Cave (99), Kerr Co., H, 7,683 ± 643 B.P.
   *P. pinetorum, M. pennsylvanicus*[+]
Felton Cave (101), Sutton Co., H, 7,700 ± 130 B.P.
   *P. pinetorum*[+] and/or *P. ochrogaster*[+]
Schulze Cave (100), Edwards Co., H/LW, 9,310 ± 310 to 9,680 ± 700 B.P.
   *P. pinetorum*[+] and/or *P. ochrogaster*[+]
Ben Franklin (110), Delta Co., H/LW, 9,550 ± 375 to 11,135 ± 450 B.P.
   *P. pinetorum*[+] and/or *P. ochrogaster*[+], *M. pennsylvanicus*[+]
Lubbock Lake (114), Lubbock Co., H/LW, 9,883 ± 350 to 12,650 ± 350 B.P.
   *P. pinetorum*[+] and/or *P. ochrogaster*[+]

46   *Zakrzewski*

Levi Shelter (102), Travis Co., H/LW, ≥10,000 B.P.
  *P. pinetorum*[+] and/or *P. ochrogaster*[+]
Cooper Reservoir (109), Delta and Hopkins cos., H/W
  *P. pinetorum*[+] and/or *P. ochrogaster*[+]
Huecos Tanks #1 (88), El Paso Co., H/W
  *M.* sp.[+]
Navar Ranch #13 (89), El Paso Co., H/W
  *M. montanus*[+]
Longhorn (105), Burnet Co., H/W
  *P. pinetorum*[+] and/or *P. ochrogaster*[+]
Cave Without A Name (98), Kendall Co., W, 10,900 ± 190 B.P.
  *P. pinetorum*?[+] and/or *P. ochrogaster*[+], *M. pennsylvanicus*[+]
Howard Ranch (119) = Grosebeck Creek, Hardeman Co., W, 16,775 ± 565 B.P.
  *P. pinetorum* and/or *P. ochrogaster*[+], *M. pennsylvanicus*[+]
Clear Creek (113), Denton Co., W, 28,840 ± 4,740 B.P.
  *P. pinetorum* and/or *P. ochrogaster*[+]
Tank Trap Wash #1 (87), El Paso Co., W, >33,000 B.P.
  *M.* sp.[+]
Dust Cave (90), Culberson Co., W
  *M.* sp.[+]
Rattlesnake Cave (94), Kinney Co., W
  *P. pinetorum*[+] and/or *P. ochrogaster*[+]
Montell Cave (95), Uvalde Co., W
  *P. pinetorum*[+] and/or *P. ochrogaster*[+]
Zesch Cave (107), Mason Co., W
  *P. pinetorum*[+] and/or *P. ochrogaster*[+]
Upper Sloth Cave (91), Culberson Co., W
  *M. mexicanus*
Lower Sloth Cave (92), Culberson Co., W
  *M. mexicanus*
Pratt Cave (93), Culberson Co., W
  *M. mexicanus*[+]
Quitaque (120), Motley Co., W
  *P. pinetorum*[+] and/or *P. ochrogaster*[−], *M. pennsylvanicus*[+]
Friesenhahn (96), Bexar Co., W
  *P. pinetorum*[+] and/or *P. ochrogaster*[+]
Moore Pit (111). Dallas and Denton cos., W
  *P. pinetorum*[+] and/or *P. ochrogaster*[+]
Coppell (112), Dallas and Denton cos., W
  *P. pinetorum*[+] and/or *P. ochrogaster*[+]
Sims Bayou (97), Harris Co., W
  *P. ochrogaster*
Easely Ranch (116), Foard Co., S
  *P. pinetorum*[+] and/or *P. ochrogaster*[−], *M. pennsylvanicus*[−]
Monument (117), Foard Co., S
  *P. pinetorum*[−] and/or *P. ochrogaster*[−], *M. pennsylvanicus*[−]
Smith Ranch (118), Foard Co., S
  *P. pinetorum*[−] and/or *P. ochrogaster*[−]
South Fish Creek (231), Cooke Co., S
  *P. pinetorum*[−] and/or *P. ochrogaster*[−]
Vera (115), Knox Co., K
  *P. llanensis*[o], *M. paroperarius*[o]
Fyllan Cave (104), Travis Co., K
  *P.* sp.[o]

BLM_0052092

### Utah

Crystal Ball Cave (54), Millard Co., W
  *M.* sp.
Silver Creek (56), Summit Co., W/S, >40,000 B.P.
  *M. montanus*
Snowville (55), Box Elder Co., K
  *M. montanus*

### Virginia

Strait Canyon (220), Highland Co., W, 29,870 ± 1,800–1,400 B.P.
  *M. pennsylvanicus*
Loop Creek Quarry Cave (215), Russell Co., W
  *M. xanthognathus⁺*
Gillespie Cliff Cave (216), Tazwell Co., W
  *M. xanthognathus⁺*
Early's Pits (217), Wythe Co., W
  *M. pennsylvanicus*
Back Creek #2 (218), Bath Co., W
  *M. pennsylvanicus, M. chrotorrhinus⁺, M. xanthognathus⁺*
Clark's Cave (219), Bath Co., W
  *P. pinetorum, M. pennsylvanicus, M. chrotorrhinus⁺, M. xanthognathus⁺*
Natural Chimneys (221), Augusta Co., W
  *P. pinetorum, M. pennsylvanicus, M. chrotorrhinus⁺, M. xanthognathus⁺*

### West Virginia

Eagle Rock Cave (211), Pendleton Co., W
  *P. pinetorum, M. pennsylvanicus, M. chrotorrhinus, M. xanthognathus⁺*
Hoffman School Cave (212), Pendleton Co., W
  *P. pinetorum, M. pennsylvanicus, M. chrotorrhinus*
Mandy Walters Cave (213), Pendleton Co., W
  *P. pinetorum, M. pennsylvanicus, M. chrotorrhinus*
Upper Trout Cave (214), Pendleton Co., W
  *P. pinetorum, M. pennsylvanicus, M. chrotorrhinus*

### Wisconsin

Moscow Fissure (241), Iowa Co., 17,050 ± 1,500 B.P.
  *P.* cf. *P. ochrogaster, M. pennsylvanicus, M. xanthognathus⁺*

### Wyoming

Bush Shelter (57), Washakie Co., H, 9,000 B.P.
  *M. pennsylvanicus⁺*
Little Canyon Creek Cave (58), Washakie Co., H/W, 10,170 B.P.
  *M. pennsylvanicus⁺, M. montanus*
Agate Basin (62), Niobrara Co., H/W, 10,430 to 11,450 B.P.
  *M. pennsylvanicus⁺, M. longicaudus⁺*
Bell Cave (64), Albany Co., H/W, 12,240 B.P.
  *P. ochrogaster, M. pennsylvanicus⁺, M. montanus*
Prospects Shelter (59), Bighorn Co., H/W, 10,000 to 27,000 B.P.
  *P. ochrogaster, M. pennsylvanicus⁺, M. montanus, M. xanthognathus⁺*

BLM_0052093

48   *Zakrzewski*

Natural Trap Cave (60), Bighorn Co., H/W, 12,000 to 20,000 B.P.
  *P. ochrogaster, M. pennsylvanicus*[+]*, M. montanus*
Sheaman Site (61), Niobrara Co., W
  *M. pennsylvanicus*[+]
Little Box Elder Cave (63), Converse Co., W
  *P. ochrogaster, M. pennsylvanicus*[+]*, M. montanus, M. longicaudus*

#### Yukon Territories

Bluefish Cave I (11), Bluefish-Porcupine Upland, H/W, 12,900 ± 100 B.P.
  *M. miurus*[+]*, M. oeconomus, M. xanthognathus*
Old Crow River Loc. 12 (9), Old Crow Basin, W
  *M. miurus*[+]*, M. pennsylvanicus, M. xanthognathus*
Old Crow River Loc. 44 (6), Old Crow Basin, S?, >54,000 B.P.
  *M. xanthognathus*
Old Crow River Loc. 11 (10), Old Crow Basin, S?
  *M. miurus*[+]*, M. oeconomus,* cf. *M. xanthognathus*
Old Crow River Loc. 12 (8), Old Crow Basin, I
  *M. miurus*[+]*, M. oeconomus, M. xanthognathus*
Old Crow River Loc. 14N (7), Old Crow Basin, ?age
  *M. miurus*[+]

# *Appendix B. Localities Containing* Pitymys pinetorum, P. ochrogaster, *and* Microtus pennsylvanicus

*P. pinetorum*

Arkansas
  Peccary Cave (172)
Florida
  Warm Mineral Springs (174)
  Vero 2 (176)
  Vero 3 (177)
  Kendrick IA (179)
  Reddick IA (180)
  Reddick IB (181)
  Reddick IC (182)
  Reddick ID (183)
  Reddick IIC (184)
  Mefford I (185)
  Devil's Den (186)
  Waccasassa IIB (187)
  Arrendondo I (190)
  Arrendondo II (192)
  Arrendondo IIA (193)
  Arrendondo IIB (194)
  Arrendondo IIC (195)

  Haile XIB (196)
  Ichetucknee River (197)
Georgia
  Ladds (198)
Illinois
  Meyer Cave (206)
Iowa
  Brayton (162)
  Waubonsie?[+] (164)
Kentucky
  Welsh Cave? (205)
Michigan
  Sleeping Bear Dune (208)
Missouri
  Brynjulfson Cave #2? (165)
  Brynjulfson Cave #1? (166)
  Crankshaft Cave? (167)
  Boney Spring? (169)
  Bat Cave? (170)
  Zoo Cave? (171)

BLM_0052094

*Fossil Record*    49

Nebraska
  Mullen II?⁺ (158)
New York
  Dutchess Quarry Cave (229)
Oklahoma
  Domebo (121)
Pennsylvania
  New Paris #4 (224)
  Hollidaysburg Fissure (225)
  Bootlegger Sink (227)
Tennessee
  Carrier Quarry Cave? (199)
  Baker Bluff? (200)
  Robinson Cave (202)
  First American Bank Site? (204)
Texas
  Rattlesnake Cave?⁺ (94)
  Montell Cave?⁺ (95)
  Friesenhahn? (96)
  Cave Without A Name?⁺ (98)
  Klein Cave (99)
  Schulze Cave?⁺ (100)
  Felton Cave?⁺ (101)
  Levi Shelter?⁺ (102)
  Barton Springs Road?⁺ (103)
  Longhorn?⁺ (105)

  Miller's Cave?⁺ (106)
  Zesch Cave?⁺ (107)
  Kyle Site?⁺ (108)
  Cooper Reservoir?⁺ (109)
  Ben Franklin? (110)
  Moore Pit? (111)
  Coppell?⁺ (112)
  Clear Creek? (113)
  Lubbock Lake?⁺ (114)
  Easely Ranch?⁺ (116)
  Monument?⁺ (117)
  Smith Ranch?⁺ (118)
  Howard Ranch? (119)
  Quitaque?⁺ (120)
  South Fish Creek?⁺ (231)
  Blue Spring Shelter?⁺ (232)
  Deadman Shelter?⁺ (233)
  Canyon Country Club Cave?⁺ (234)
Virginia
  Clark's Cave (219)
  Natural Chimneys (221)
West Virginia
  Eagle Rock Cave (211)
  Hoffman School Cave (212)
  Mandy Walters Cave (213)
  Upper Trout Cave (214)

*P. ochrogaster*

Arkansas
  Peccary Cave⁺ (172)
Colorado
  Dutton (66)
  Mesa de Maya (68)
Indiana
  Harrodsburg Crevice (207)
Iowa
  Waubonsie? (164)
Kansas
  Robert (125)
  Jones (126)
  Jinglebob (127)
  Cragin Quarry (128)
  Mt. Scott (129)
  Butler Spring (130)
  Trapshoot (138)
  Duck Creek (139)
  Rezabek (141)
  Williams (145)
  Sandahl (146)
Kentucky
  Welsh Cave? (205)

Michigan
  Sleeping Bear Dune (208)
Missouri
  Brynjulfson Cave #2? (165)
  Brynjulfson Cave #1? (166)
  Crankshaft Cave? (167)
  Herculaneum (168)
  Boney Spring? (169)
  Bat Cave? (170)
  Zoo Cave? (171)
Nebraska
  Angus (153)
  Mullen II? (158)
New Mexico
  Brown Sand Wedge⁺ (72)
  Dry Cave (73)
  Muskox Cave⁺ (76)
  Howells Ridge Cave⁺ (82)
Oklahoma
  Domebo (121)
  Berends (124)
Tennessee
  Carrier Quarry Cave? (199)

BLM_0052095

50   *Zakrzewski*

Baker Bluff? (200)
Cheek Bend Cave (203)
First American Bank Site? (204)
Texas
  Rattlesnake Cave?[+] (94)
  Montell Cave?[+] (95)
  Sims Bayou (97)
  Cave Without A Name?[+] (98)
  Schulze Cave?[+] (100)
  Felton Cave?[+] (101)
  Levi Shelter?[+] (102)
  Barton Springs Road?[+] (103)
  Longhorn?[+] (105)
  Miller's Cave?[+] (106)
  Zesch Cave?[+] (107)
  Kyle Site?[+] (108)
  Cooper Reservoir?[+] (109)
  Ben Franklin?[+] (110)
  Moore Pit?[+] (111)

Coppell?[+] (112)
Clear Creek?[+] (113)
Lubbock Lake?[+] (114)
Easely Ranch?[+] (116)
Monument?[+] (117)
Smith Ranch?[+] (118)
Howard Ranch?[+] (119)
Quitaque?[+] (120)
South Fish Creek?[+] (231)
Blue Spring Shelter?[+] (232)
Deadman Shelter?[+] (233)
Canyon Country Club Cave?[+] (234)
Wisconsin
  Moscow Fissure (241)
Wyoming
  Prospects Shelter (59)
  Natural Trap Cave (60)
  Little Box Elder (63)
  Bell Cave (64)

*M. pennsylvanicus*

Alberta
  Hand Hills (16)
Arkansas
  Peccary Cave[+] (172)
Colorado
  Dutton (65)
Florida
  Devil's Den (186)
  Waccasassa IIB (187)
  Withlacoochee VIIA (188)
  Arrendondo I (190)
  Arrendondo IIB (194)
Idaho
  American Falls? (24)
Illinois
  Meyer Cave[+] (206)
Iowa
  Brayton (162)
  Oakland (163)
  Waubonsie (164)
  Elkader (238)
  Eagle Point (239)
Kansas
  Robert[+] (125)
  Jones[+] (126)
  Jinglebob[+] (127)
  Cragin Quarry[+] (128)
  Mt. Scott[+] (129)
  Butler Spring[+] (130)
  Adams[+] (131)
  Keiger Creek[+] (135)
  Unnamed[+] (136)

Trapshoot[+] (138)
Duck Creek[+] (139)
Rezabek[+] (141)
Kanopolis[+] (143)
Williams[+] (145)
Sandahl[+] (146)
Unnamed[+] (152)
Kentucky
  Welsh Cave (205)
Maryland
  Cavetown (223)
Mexico
  Unnamed[+] (86)
Michigan
  Sleeping Bear Dune (208)
  Adams (209)
Missouri
  Brynjulfson Cave #2[+] (165)
  Brynjulfson Cave #1[+] (166)
  Crankshaft Cave[+] (167)
  Boney Spring[+] (169)
  Bat Cave[+] (170)
  Zoo Cave[+] (171)
Montana
  Warm Springs #1 (19)
Nebraska
  Angus (153)
  Mullen II (158)
  Hay Springs[+] (159)
New Mexico
  Isleta Cave[+] (71)
  Brown Sand Wedge[+] (72)

BLM_0052096

*Fossil Record*   51

Muskox Cave+ (75)
Anthony Cave+ (77)
The Khulo+ (80)
Howells Ridge Cave+ (82)
New York
Dutchess Quarry Cave (229)
Ohio
Carter (210)
Oklahoma
Bar M #1+ (122)
Doby Springs+ (123)
Berends+ (124)
Pennsylvania
New Paris #4 (224)
Hollidaysburg Fissure (225)
Frankstown Cave (226)
Bootlegger Sink (227)
Québec
Caverne de St. Elzéar (230)
Saskatchewan
Riddell (12)
Tennessee
Carrier Quarry Cave (199)
Baker Bluff (200)
Guy Wilson (201)
Robinson Cave (202)
Cheek Bend Cave (203)
First American Bank Site (204)
Beartown (237)
Texas
Cave Without A Name+ (98)
Klein Cave+ (99)

Ben Franklin+ (110)
Easely Ranch+ (116)
Monument+ (117)
Howard Ranch+ (119)
Quitaque+ (120)
Virginia
Early's Pits (217)
Back Creek #2 (218)
Clark's Cave (219)
Strait Canyon (220)
Natural Chimneys (221)
West Virginia
Eagle Rock Cave (211)
Hoffman School Cave (212)
Mandy Walters Cave (213)
Upper Trout Cave (214)
Wisconsin
Moscow Fissure (241)
Wyoming
Bush Shelter+ (57)
Little Canyon Creek+ (58)
Prospects Shelter+ (59)
Natural Trap Cave+ (60)
Sheaman Site+ (61)
Agate Basin+ (62)
Little Box Elder Cave+ (63)
Bell Cave+ (64)
Yukon Territories
Old Crow River Loc. 12 (9)

Symbol:   +, taxon extinct locally.

# TAXONOMY AND SYSTEMATICS

## SYDNEY ANDERSON

### Abstract

THE Holarctic arvicoline or microtine rodents have long been recognized as a distinct group at the level of family or subfamily, and are here regarded as a subfamily of the Muridae. The genus with the most species is *Microtus.*

The methods and results of major taxonomic works (Miller in 1896, Bailey in 1900, and Hinton in 1926) are compared. The taxonomy of North American *Microtus* has passed through several historic phases relating to the availability of specimens, increases in knowledge, and changing taxonomic viewpoints. Prior to 1860 scattered explorations resulted in relatively small series of specimens and 34 supposed species were named. From 1860 to 1890 not much happened. The decade ending in 1900 was more productive than any other decade before or since. Most full species now recognized were known by the end of that decade, large series were collected, a polytypic concept of species developed, and the number of monotypic species began to decline. From 1900 to 1920 the new trends continued but at a slower pace. From 1920 to 1950 was a period of further consolidation, the number of recognized species decreased rapidly as monotypic species became subspecies, and the number of subspecies increased rapidly as geographic variation became better known. The period of alpha taxonomy, which focused on the question of what are the species, matured from 1950 to 1980, so that the number of recognized species has approached an equilibrium.

However, if the task of taxonomy is considered to be the elucidation of relationships at all levels, the taxonomic work needed for an adequate understanding of the Arvicolinae lies mostly in the future.

Many natural groups are clustered in ways that give "hollow curve" frequency distributions. For example, within the genus *Microtus,* the subgenus *Microtus* includes about half of the 25 or so North American species and the other half are scattered among six

BLM_0052098

other subgenera. The results of the "artichoke method" are evident in *Microtus* taxonomy as in that of most other groups. No attempt has ever been made to apply numerical taxonomy or contemporary cladistic methods to the study of *Microtus*. What we have is an eclectic mixture of methods and results. I argue that this is not necessarily bad, but that since there is little agreement on systematic methods, it is important that authors explain their assumptions and procedures as well as presenting data and taxonomic results.

## Introduction

In this chapter the taxonomic context of arvicoline or microtine rodents is presented and the close connection of Old World and New World arvicoline faunas is noted, then the history of the classification of these rodents at the generic level is summarized, and the classification of New World *Microtus* at the species level is reviewed. Finally, some systematic methods are discussed with the objective of clarifying what has been done and suggesting needs for future work.

The genus *Microtus* consists of several dozen species of "microtine" or "arvicoline" rodents belonging to the family Arvicolidae or subfamily Arvicolinae (within Muridae or Cricetidae). The context of the group within the Class Mammalia (as outlined by Simpson, 1945) is:

Class Mammalia Linnaeus, 1758
Subclass Theria Parker and Haswell, 1897
Infraclass Eutheria Gill, 1872
Order Rodentia Bowdich, 1821

The rodents are the most successful order of living mammals as measured by numbers of species and individuals. Rodents are generally recognized as a monophyletic group based on peculiarities of teeth and skulls related to gnawing. Convergent similarities occur in other orders, such as the Primates and Marsupialia. Because of other characters, however, there is little doubt that the aye-aye is a primate or that a wombat is a marsupial. The Rodentia originated very early in mammalian evolution and there is no clear evidence for the precise relationship of Rodentia among other orders of Mammalia. This is one of the major unresolved problems in mammalian taxonomy.

BLM_0052099