54   *Anderson*

Suborder Myomorpha Brandt, 1855
Superfamily Muroidea Miller and Gidley, 1918

Carleton (1980) reviewed the history of major classifications of muroid rodents at the familial level. The arvicolines or microtines have been treated at various times as both a family and a subfamily. Chaline et al. (1977) recognized the family Arvicolidae. Carleton and Musser (1984) recognized the subfamily Arvicolinae within the family Muridae. The level as such (subfamily vs. family) is not so important as are the hypotheses of relationships. More explicit diagrams of relationship and more explicit statements of characters and rationale for each branching point and lineage are needed.

Family Muridae Gray, 1821
Subfamily Arvicolinae Gray, 1821

The lemmings and voles, the major groups in Arvicolinae, were thought by Hinton (1926) to have been derived separately from the Murinae. Repenning (1968) analyzed the earliest arvicolines (Pliocene forms not known to Hinton) and likewise noted a possibility of polyphyly, as derivatives of Cricetidae. Martin (1979) analyzed fossil North American arvicolines and implied polyphyly by stressing independent developments of various arvicoline dental specializations in different lines and by a drawing showing 16 unconnected lineages, thus avoiding the question of relationships. Martin argued that, because of the rapidity of changes and similar changes in different lines, arvicolines are useful in biostratigraphy in spite of uncertainty about details of phylogenetic connections.

The systematic relationships of both living and fossil North American arvicolines in general and the genus *Microtus* in particular involve Old World groups as well as North American groups. The following living groups in North America presumably have their nearest relatives in Eurasia rather than in North America, and perhaps other groups within North American *Microtus* also do:

*Dicrostonyx torquatus, Lemmus sibiricus,* and *Clethrionomys rutilis* inhabit both continents.

*Lagurus curtatus* is related to *Lagurus lagurus* and *L. luteus* of the Old World.

*Microtus miurus* and the insular form *M. abbreviatus* are related to *M. gregalis* of the Old World. All are placed in the subgenus *Stenocranius.*

If the subgenus *Pitymys* is monophyletic, then the New World species

BLM_0052100

are related to the Old World species of *Pitymys* more closely than to other New World *Microtus*.

*Microtus richardsoni* has been placed in the subgenus *Arvicola* which allies it with Old World species of that subgenus.

*Microtus pennsylvanicus* and its close insular relatives in North America have been allied with *Microtus agrestis* of the Old World on the basis of a posterior loop on m2.

*Microtus chrotorrhinus* has a giant chromosome that suggests a possible relationship with *Microtus agrestis* (Kirkland and Jannett, 1982).

*Microtus longicaudus* and its insular near relative *Microtus coronarius* have some similarities with the Old World subgenus *Chionomys*.

Some of these affinities are generally agreed upon, some are very tentative hypotheses, and some are controversial. For example, the teeth of *Microtus richardsoni* are more complex than those of the Old World species of *Arvicola* and this leads some paleontologists, whose attention is focused on dental traits, to reject the hypothesis of monophyly and consider resemblences in other features as convergences. There is considerable uncertainty about the affinities of species of *Pitymys, Neodon,* and *Pedomys,* with each other and with other species of *Microtus*. This is good, because it indicates that people are reexamining and refining the classification. Much remains to be done.

## *History of Systematics at the Generic Level*

The pivotal study in the systematics of arvicoline rodents at the generic level is Miller's (1896) revision. It is pivotal in the sense that no comparably comprehensive study had been done earlier or has been done since. In general, prior studies were more limited in scope, geographically, taxonomically, or in characters considered. Miller considered all arvicolines, both Old World and New World, and reviewed and attempted to synthesize all relevant characters.

The content of the genus *Microtus* as recognized by Miller (1896) was greater than that of most later authors. There has been a tendency to elevate Miller's subgenera to genera. The "essential characters" of the genus *Microtus* (Miller, 1896:44) were considered to be as follows.

1) "Upper incisors without grooves." Such grooves normally oc-

56    *Anderson*

cur in *Synaptomys* and *Promethiomys* and may appear as infrequent variants in individuals of other genera including *Microtus*.

2) "Lower incisors with roots [partly] on outer side of molar roots." Posteriorly, the incisor root passed from the lingual side to the labial side of the molar roots between the second and third molars. This is the general condition among voles. In the lemmings *Synaptomys, Myopus, Lemmus,* and *Dicrostonyx,* the root of the incisor lies medial to the roots of all three lower molars.

3) "Molars rootless." Among the lemmings, this condition of persistent growth occurs in all four genera. Among the living New World voles, it occurs only in *Microtus* (as treated by Miller, including *Lagurus* and *Neofiber*), not in *Phenacomys* (including *Arborimus*), *Clethrionomys* (then called *Evotomys*), or *Ondatra* (then called *Fiber*). Persistent growth is the final stage in the development of hypsodonty, which is found in varying degrees in all Arvicolinae.

4) "Enamel pattern characterized by approximate equality of reentrant angles." This differs from the condition of the lower molars in *Phenacomys* which have much deeper inner reentrant angles than outer reentrant angles. Inequality of depth of angles occurs also in the upper molars of *Synaptomys, Myopus,* and *Lemmus,* which have deeper outer reentrant angles than inner ones, and to a lesser degree also in their lower molars, which have deeper inner angles.

5) "First lower molar usually with five closed or nearly closed triangles." Within *Microtus* the fourth and fifth triangles of m1 are confluent rather than closed in subgenera *Pitymys, Pedomys,* and *Neodon.* This differs from the conditions in lemmings, among which *Synaptomys, Myopus,* and *Lemmus* have three closed triangles and two transverse loops, or four transverse loops and no closed triangles, and *Dicrostonyx* has seven closed triangles and two transverse loops.

6) "Upper third molar with one, two, or three closed triangles." *Phenacomys* has two or three, *Clethrionomys* has three, *Dicrostonyx* has three or four and two transverse loops, and *Synaptomys, Myopus,* and *Lemmus* have four transverse loops and no closed triangles.

7) "Tail nearly always longer than hind foot, terete." The tail is shorter than the hindfoot in *Lemmus, Myopus,* and *Dicrostonyx* (and in Asiatic *Lagurus* among Miller's *Microtus*). The tail is somewhat flattened laterally in *Ondatra.*

8) "Feet, fur, eyes, and ears very variable." All of the other

BLM_0052102

genera (about 18) of arvicolines combined contain fewer species (about 60) than *Microtus* (about 68; Honacki et al., 1982) and exhibit less variation within any one genus in these features. The hindfeet of *Ondatra* are modified for aquatic locomotion and the feet of the arctic lemmings, *Lemmus* and *Dicrostonyx,* have peculiarities not seen in *Microtus.*

9) "Thumb never with a well-developed ligulate nail." A nail of this sort is present in *Lemmus.*

Names of genera and subgenera that have been used for living North American species of *Microtus* at one time or another, and that are synonyms by virtue of the fact that their type species belong to *Microtus,* in Miller's (1896) broadest sense, are as follows.

*Microtus* Schrank, 1798, type species *Microtus terrestris* of Schrank, a synonym of *Mus arvalis* Pallas, now *Microtus arvalis,* of the Old World, and not *Mus terrestris* of Linnaeus. Miller (1896) initiated the wide use of the name *Microtus.* Prior to 1896 *Arvicola* was used. *Microtus* is the central genus and subgenus in the complex, and the group with the most species.

*Arvicola* Lacépède, 1799, type species *Mus amphibius* Linnaeus, a synonym of *Microtus terrestris* (Linnaeus). The American species *Microtus richardsoni* has been referred to *Arvicola* in the narrower subgeneric sense by some authors, although this referral is not universally accepted. *Arvicola* includes two Old World species.

*Mynomes* Rafinesque, 1817, type species *Mynomes pratensis* Rafinesque, a synonym of *Mus pennsylvanicus* Ord, now *Microtus pennsylvanicus.*

*Psammomys* LeConte, 1830, type species *Psammomys pinetorum* LeConte, now *Microtus pinetorum,* not *Psammomys* Cretzschmar, 1828, which is a gerbil.

*Pitymys* McMurtrie, 1831, type species *Psammomys pinetorum* LeConte.

*Ammomys* Bonaparte, 1831, type species *Psammomys pinetorum* LeConte, hence an objective synonym of *Pitymys* McMurtrie.

*Lagurus* Gloger, 1841, type species *Mus lagurus* Pallas, now treated as *Lagurus lagurus;* the genus includes the American species *Lagurus curtatus.*

BLM_0052103

58    *Anderson*

*Pedomys* Baird, 1857, type species *Arvicola austerus* LeConte, now a subspecies of *Microtus ochrogaster.*

*Chilotus* Baird, 1857, type species *Arvicola oregoni* Bachman, now *Microtus oregoni.*

*Neofiber* True, 1884, type species *Neofiber alleni* True, now separated from *Microtus.*

*Aulacomys* Rhoads, 1894, type species *Aulacomys arvicoloides* Rhoads, now a subspecies of *Microtus richardsoni.*

*Tetramerodon* Rhoads, 1894, type species *Arvicola tetramerus* Rhoads, now a subspecies of *Microtus townsendii.*

*Orthriomys* Merriam, 1898, type species *Microtus umbrosus* Merriam, proposed as subgenus, later used as genus.

*Herpetomys* Merriam, 1898, type species *Microtus guatemalensis* Merriam, proposed as subgenus, later used as genus.

*Stenocranius* Kastschenko, 1901, type species *Arvicola slowzowi* Poliakoff, a synonym of *Mus gregalis* Pallas, now *Microtus gregalis*; valid as a subgenus including *Microtus miurus* and *M. abbreviatus* of the New World.

*Chionomys* Miller, 1908, type species *Arvicola nivalis* Marins, now *Microtus nivalis*, Old World; *Microtus longicaudus* was referred to this subgenus by Anderson (1960) but this has been generally ignored.

*Lemmiscus* Thomas, 1912, type species *Arvicola curtata* Cope, now *Lagurus curtatus.*

*Sumeriomys* Argyropulo, 1933, type species *Mus socialis* Pallas, now *Microtus socialis*; cited here because of its involvement with *Suranomys*; the name *Sumeriomys* has not been specifically applied to any New World *Microtus.*

*Suranomys* Chaline, 1972, p. 142, type species *Microtus malei* Hinton, a Pleistocene species. *Microtus ratticeps, M. nivalis, M. gud,* and *M. roberti* were also assigned to the subgenus. Later, *M. operarius, M. oeconomus, M. socialis,* and *M. oregoni* were also assigned (Chaline, 1974). The type species of *Chilotus, Chionomys,* and *Sumeriomys* were all assigned to *Suranomys* and all are older names than *Suranomys.* The oldest is *Chilotus.*

*Arvalomys* Chaline, 1974, type species by original designation (Chaline, 1974:450) *Microtus arvalis. Arvalomys* included Old and New World species generally referred to the subgenus *Microtus* and has the same type species as *Microtus. Arva-*

BLM_0052104

*lomys* is therefore an objective junior synonym of *Microtus* as a subgenus.

References above that are not included in the Literature Cited section may be found in Hall (1981) or Miller (1896).

In 1912, Miller treated *Pitymys* and *Arvicola* as genera separate from *Microtus* in his book on the mammals of western Europe. He characterized *Microtus* as "restricted to the species with normal skull, palate, and enamel folding, 8 mammae, 6 plantar tubercles, and no special modifications of external form" (p. 659). In the "essential characters" of the subgenus *Microtus* in 1896, Miller also had given the following: third lower molar (m3) without closed triangles; first lower molar (m1) with five closed triangles and nine salient angles; third upper molars (M3) with three closed triangles and seven or eight salient angles; sole moderately hairy (contrasting with naked in *Neofiber*, nearly naked in *Arvicola*, thickly haired between heel and tubercles in *Pedomys*, hairy in *Eothenomys*, *Alticola*, and *Hyperacrius*, and very hairy in *Lagurus* and *Phaiomys*); and claws of hindfeet longest (those of forefeet longest in *Pitymys*, very long and about equal on all four feet in *Phaiomys*).

In 1926, Hinton published the first volume of a planned two volume monograph on the Microtinae (=Arvicolinae as used here). The second volume, which would have included *Microtus*, was never published, but the first volume is of interest here for several reasons. Repenning (1968) evaluated it as "the most significant single contribution to the development of an understanding of the evolution of these rodents." In it the Old World species of *Arvicola* were treated as a distinct genus. *Microtus richardsoni* of the New World was excluded from *Arvicola*. All of the subgenera recognized by Miller in 1896 were raised to genera. The Old World genus *Ellobius* was assigned to the Microtinae. The resemblence of the Malagasy genus *Brachytarsomys* to microtines was described. Hinton recognized 31 genera and subgenera (including fossil forms) in the subfamily.

The concept of arvicoline rodents as a distinct subfamily originated much earlier (Coues, *in* Coues and Allen, 1877; Gray, 1821). Hinton (1926:2) related the distinctive features of the microtines to diet and burrowing habit. Included as "general characters" (p. 5) were the following: 1) robust or thickset build; 2) head broad and flattened; 3) muzzle bluntly rounded; 4) eyes small; 5) ears small;

BLM_0052105

60     *Anderson*

6) skin of trunk largely enclosing moderately long and powerful
limbs (this contributes to character 1); 7) pentadactyl, but
thumb reduced in size; 8) tail never very long, reaching two-thirds of the
length of head and body; 9) fur tending to be soft and dense; 10)
skull of firm construction (in some cases massive); 11) sagittal su-
tures between paired frontal, premaxillary, maxillary, and palatine
bones generally fusing early (before or just after birth); 12) rostrum
short; 13) eyes forward of vertical plane touching the front edges
of the anterior molars; 14) zygomatic arches strongly built and more
or less widely bowed laterally, zygomatic plate stout and obliquely
oriented to long axis of skull; 15) palatine processes of maxillary
and palatine bones enormously thickened, in correlation with hyp-
sodonty of molars and powerful development of the jaw muscula-
ture; 16) auditory bullae well developed; 17) mandible stout, in
correlation with the hypsodonty and muscular development noted
under 15; 18) cheekteeth hypsodont; and 19) worn surfaces of
cheekteeth displaying a pattern of triangles and transverse loops,
produced by the truncation by wear of the ends of tall prismatic
columns.

The above list is abstracted from detailed discussions of these and
many related features. Diagnostic characters are here mingled with
characters that are not peculiar to the subfamily (in the current
terminology, synapomorphies are mingled with plesiomorphies).
Hinton was quite aware of the difference between the concepts of
apomorphy and plesiomorphy (but not the newer words, of course)
and his discussion of evolution provides many interesting ideas about
evolutionary changes in the group. On page 26 he summarized the
most prominent characters that "sharply define" the subfamily as:
the firm construction of the skull, shortened rostrum, forwardly
placed orbits, peculiarly formed zygomatic plates, presence of post-
orbital squamosal crests or processes, the thickened palatal process
of the maxillaries and palatines, and the hypsodont prismatic cheek-
teeth.

Although Hinton (1926) did not draw an explicit diagram of
phylogenetic relationships of microtine rodents he did discuss them
in sufficient detail that such a diagram can be drawn, and I have
done so (Fig. 1). The broader scope of the entire subfamily repre-
sented by the diagram is helpful in considering the content of the
genus *Microtus* alone, because the content is not generally agreed
upon and because the same principles and characters apply at var-
ious taxonomic levels.

BLM_0052106

*Taxonomy and Systematics* 61



Fig. 1. Cladograms indicating hypothesized branching sequences (the reader should not infer any other meaning from the diagrams) in the evolution of Arvicolinae according to Hinton (1926; based on all characters), Hooper and Musser (1964; based on anatomy of the glans penis), and Chaline (1980; based on teeth). The lines that are labelled are for reference to selected specific characters given in text. Clades that coincide in content between the three diagrams are few and are labelled. Current authors would generally switch the positions of clades 2A and 6A and thus consider the arvicolines to be monophyletic rather than polyphyletic. Extinct lines shown are indicated by E; not all extinct lines are shown. The clade(s) labelled M belong to *Microtus* in the broad sense.

Hinton agreed with his mentor, Forsyth Major, in favoring the "multituberculate theory" of eutherian origins. The theory is that all orders of eutherian mammals descended from the multituberculates of the extinct order Allotheria and that the major trend in evolutionary change in molariform teeth was from longitudinally

62    *Anderson*

complex teeth to simpler teeth. This view was controversial in 1926 and no one advocates it in exactly this form today. Simplification may have occurred in some phylogenetic lineages, of course. Hinton (1926:34) reported in a footnote that "As long ago as 1914 Winge and I were comparing our views on this subject, and he told me that I had got everything upside down. No doubt others will be of the same opinion today!" Much of Hinton's discussion of evolutionary trends is quite acceptable, but in regard to the trend of molar evolution Winge (1941) may have been correct.

The evolutionary changes that Hinton postulated in each lineage of Fig. 1 (or the synapomorphies that are the basis for the hypothesis of monophyly for the lineage, in current cladistic terminology) are outlined here (in the form of a key for convenience, although it is not a key and cannot be used to identify specimens). The phylogeny is mostly dichotomous but there are multichotomies in lines 9A and 20A. Each alternative coincides with the initial lineage of a clade in the diagram. A clade is defined as any one line and all of its descendent lines. The numbers of living species noted in different groups are from Corbet and Hill (1980), Hall (1981), or Honacki et al. (1982), rather than from Hinton.

1.   Skull lightly built; rostrum moderately long; temporal ridges widely separated; palate thin and flat; medial sutures of skull persistent; eyes and ears large; tail moderately long; lower incisor inferior or lingual to molars, short, not extending back of m3; cheekteeth low-crowned, rooted, multitubercular, and longitudinally complex; jaw motion transverse or oblique; incisors narrow and orthodont or opisthodont; enamel of incisors pigmented; enamel of cheekteeth even in thickness (there is no dichotomy here, these are postulated characters of primitive ancestral murine rodent) ........ 2

2(1).   A. Skull more heavily built; rostrum shortened; palate thickened and concave; medial sutures tending to fuse in skull; eyes and ears reduced; tail shortened; molar teeth becoming prismatic and occlusal surface flat, reentrant folds lacking cement, becoming hypsodont and then persistent in growth (never rooted in old age); roots of molar capsules extend on labial side of incisor root of lower jaw .................... Lemmings, 3

BLM_0052108

Case No. 1:20-cv-02484-MSK   Document 42-11   filed 04/27/21   USDC Colorado   pg 10 of 104

B. Molar teeth remaining as in 1 above (no synapomorphic characters; this is what remains after the lemmings are removed) ............................................................ 6

3(2).   A. Fur thickened and seasonally variable; limbs and tail shortened; ears reduced to mere fold; feet broadened, soles furred, pads reduced; claws enlarged, claws of manal digits 3 and 4 undergoing seasonal change in form; ulna powerfully built; incisors becoming proodont; skull becoming even heavier ............................ .............................................. Genus *Dicrostonyx,* ten species

B. Molars simplified longitudinally, cement added in reentrant folds, strengthening teeth; incisors and other teeth broadened; salient angles of lower molars reduced on outer side and those of upper molars reduced on inner side ................................................................ 4

4(3).   A. Incisors becoming grooved (regarded as a "memorial" of primitive cuspidate incisor); palate like that of *Microtus* ............ Genus *Synaptomys,* two New World species

B. Build becoming heavier (as in 3A); palate like that of *Clethrionomys* ............................................................ 5

5(4).   A. Bullae globular ........................................................ ....................... Genus *Myopus* (or subgenus of *Lemmus*), one Old World species; recently placed in the genus *Lemmus*

B. Size larger; skull much heavier; squamosals tending to converge anteriorly; eyes smaller; feet larger and broader; thumb nail large and flat; palmar and plantar surfaces hairy; bulla not greatly inflated, spongy within ........................................ Genus *Lemmus,* three species

6(2).   A. Molars simplified longitudinally ............ Murine rodents

B. Molars becoming prismatic and flat on occlusal surface, molars becoming hypsodont, eight mammae present (presumably the characteristics of the subfamily appear here as well as in 2A, such as heavy skull, short rostrum, smaller eyes and ears, shorter tail, thicker palates, and fusion of medial cranial sutures) ............ Voles, 7

7(6).   A. Posterior palate shelf-like ........................................ 8

B. Posterior palate with sloping median septum and lateral pits, at first septum broad and ill-defined, pits small and shallow, lateral bridges incompletely developed ........................................................................ 12

BLM_0052109

64    *Anderson*

8(7).    A. Molars becoming persistent in growth _____ 9
        B. Molars rooted in adults (symplesiomorphy only) ___
        _____ Genus *Clethrionomys,* seven species

9(8).    A. Reentrant angles wide, teeth appear "drawn out,"
        with little cement _____
        _____ Genus *Alticola,* seven Old World species, 10
        B. Mammae reduced to four _____
        _____ Genus *Eothenomys,* 12 Old World species
        C. Temporal ridges tending to fuse in interorbital area,
        complex "primitive" M3 with five or six salient angles
        on each side, median spine on posterior of palate _____
        _____ Genus *Anteliomys*; now put in *Eothenomys*

10(9).    A. (No synapomorphy postulated) _____ 11
        B. Fossorial specialization; m3 reduced in size and
        simplified in structure _____
        Subgenus *Hyperacrius*; recently treated as separate genus

11(10).    A. Skull much flattened _____
        _____ Subgenus *Platycranius,* one species
        B. (No synapomorphy postulated) _____
        _____ Subgenus *Alticola,* three species

12(7).    A. Progressive hypsodonty in time; temporal ridges not
        meeting palate as in *Arvicola* _____
        _____ Extinct genus *Mimomys,* 13
        B. Tail long, fur soft _____
        _____ Genus *Dolomys,* one Old World species;
        now called *Dinaromys*

13(12).    A. (This dichotomy was only vaguely defined by Hin-
        ton, as separate discussions of a *Mimomys* to *Arvicola*
        line and another line from *Phenacomys*-like to *Microtus*
        and other genera). Eyes and ears moderately large; feet
        normal; tail moderately long; rostrum moderately long;
        interorbital region broad; temporal ridges separate
        (these are all primitive traits listed under initial lineage
        1) _____ 14
        B. Molars growing persistently; palate further devel-
        oped to *Microtus*-form; temporal ridges meeting; bullae
        developing some internal bony trabeculae; stapedial ar-
        tery enclosed in bone (all of these traits are present also
        in one or more of the branches of 13A) _____ 24



BLM_0052110

14(13). A. Bullae small and globular, without internal trabec-
ulae; stapedial artery naked as it nears stapes; m3 not
displaced by shaft of lower incisor which passes below
it _____ 15
B. Molars becoming persistent in growth _____
_____ Genus *Microtus* in a broad sense, 18

15(14). A. Lower molars with long inner salient angles; groove
between alveoli of cheekteeth and ascending ramus not
"pocketed" _____
__ New World Genus *Phenacomys* in its broadest sense, 16
B. Palate simple; stapedial artery in bony tube; inter-
orbital area narrow; aquatic modifications of feet and
fur; size large _____ 17

16(15). A. (No synapomorphies) _____
_____ Genus *Phenacomys*, one New World species
B. Arboreal; tail long _____
_____ Genus *Arborimus*, two New World species

17(15). A. Size larger ___ Genus *Ondatra*, one New World species
B. Molars becoming persistent in growth _____
_____ Genus *Neofiber*, one New World species

18(14). A. Median interorbital crest; m3 has closed triangles;
m1 with variable number of triangles, three to five;
inguinal mammae lost _____ "Mexican line," 19
B. m3 without closed triangles _____ 20

19(18). A. Bullae smaller _____
_____ Subgenus *Orthriomys, Microtus umbrosus* only
B. Bullae larger (derived feature) _____
_____ Subgenus *Herpetomys, Microtus guatemalensis* only

20(18). A. m1 with only three closed triangles, triangles 4 and
5 are confluent _____ *Pitymys* generic group, 21
B. m1 with five closed triangles _____
_____ *Microtus-Lagurus* line, 22

21(20). A. Fossorial specialization; eyes small; ears small; tail
short; large hands; moderately hairy soles; pelage short
and dense; four or six mammae; skull rather smooth;
braincase more or less depressed _____ Genus *Pitymys*
B. Temporal ridges fused in interorbital region in
adults; eight mammae; fur full and soft; ears evident
above fur; bullae moderately large; mastoid not inflated
_____ Genus *Neodon*, one Old World species

BLM_0052111

66   *Anderson*

C. Temporal ridges fused; six mammae; fur long and coarse; ears concealed in fur; bullae small; mastoid inflated _____ Genus *Pedomys*, one New World species

D. Face long; bullae small \_\_\_ Extinct genus *Tyrrhenicola*

22(20). A. Bullae enlarged, cancellous; reentrant angles lack cement; soles hairy _____Genus *Lagurus*, 23

B. (No synapomorphies; this is what is left after the distinctive *Lagurus* is removed) _____
_____ Genus *Microtus* (in a restricted sense)

23(22). A. Lemming-like externally, with short tail; m3 with four closed triangles and two outer salient angles (synapomorphies) _____
_____ Subgenus *Lagurus*, two Old World species; three species have been recognized recently and two of these have been placed in a separate genus, *Eolagurus*

B. Less lemming-like, tail not so short; m3 with 3 closed triangles and two outer salient angles _____
_____ Subgenus *Lemmiscus*, one New World species

24(13). A. Size medium to large; skull massive, strongly ridged when adult; squamosals approach each other anteriorly; bullae small, few trabeculae within; aquatic modifications; palms and soles naked _____
_____ Subgenus *Arvicola,* two Old World species

B. Size small to medium; skull less massive; squamosals well separated; bullae large, dense spongy bone within; fossorial modifications; fur long and soft; palms and soles densely haired, pads concealed _____
\_\_\_\_ Genus *Phaiomys*, one species; placed with *Pitymys* by Corbet and Hill (1980)

Hinton's phylogeny has some questionable features, beyond the need to add newer knowledge and to reevaluate many of the characters used. It postulates a polyphyletic derivation of the Arvicolinae from murine rodents, "much later divergence from the primitive Murine stock by Microti than by Lemmi" (Hinton, 1926:40). This conclusion results from the weight accorded the multituberculate theory and results in the necessity of postulating multiple origins of various characters, including most of the diverse features that characterize the Arvicolinae. This raises the question as to which, if any, taxa should be polyphyletic. The development of persistently

BLM_0052112

growing molar teeth is postulated to have occurred at least five different times (in lineages 2A, 8A, 13B, and 14B). This raises the usual questions about relative importance ("weighting") of different characters and about the role of parsimony in classification. Some of the taxa recognized are not defined by synapomorphies, but are what is left after small monophyletic groups are removed from larger monophyletic groups. For example, the genus *Microtus* (as represented by 22B) is merely what is left after *Lagurus* (22A) is removed from 20B; the genus *Clethrionomys* (8B) is what is left after 8A is removed from 7A; and the subgenus *Alticola* (11B) is what is left after 10B and 11A are removed from 9A. These are examples of results achieved by what I will describe as the "artichoke method."

In 1941, Ellerman published volume 2 in his monumental compilation on the families and genera of living rodents. In regard to names that have been used for North American *Microtus,* he largely followed Hinton in treating the following as separate genera: *Neofiber, Lagurus, Orthriomys, Herpetomys, Pitymys, Arvicola* (excluding *Microtus richardsoni*), *Pedomys,* and *Microtus.* Ellerman used the following as subgenera within the genus *Microtus*: *Microtus, Aulacomys* (for *M. richardsoni*), *Stenocranius,* and *Chilotus. Chionomys* was disregarded in his classification as being poorly defined.

In 1953, Hall and Cockrum published a synopsis of North American microtine rodents. They recognized *Neofiber, Lagurus,* and *Microtus* as separate genera and recognized within *Microtus* the subgenera *Microtus, Herpetomys, Orthriomys, Aulacomys, Chilotus, Stenocranius, Pitymys,* and *Pedomys.* Subsequent American authors have tended to follow this grouping.

Because of uncertainty as to the limits of the genus, the planners of this volume arbitrarily agreed to use the content of the genus *Microtus* in North America as treated by Hall and Cockrum (1953) and after them Hall and Kelson (1959) in order that the coverage of the different chapters would be comparable.

Hall subsequently (1981) dropped the use of the subgeneric names *Herpetomys, Orthriomys,* and *Chilotus,* and changed *Aulacomys* back to synonymy in *Arvicola.*

Hooper and Musser (1964) published a phylogenetic diagram for arvicolines based on the anatomy of the glans penis alone (mostly following Hooper and Hart, 1962). The diagram was drawn rather subjectively in order to summarize general clusters and different

BLM_0052113

degrees of phenetic distinctness as well as branching sequences. The characters that were the bases for each detail of the diagram were not explicitly listed. For purposes of comparison and discussion I extracted the very tentative cladistic relationships implied by the branching sequence alone (ignoring lengths of side branches and distances between branching points) and compared this cladogram with that drawn from Hinton's work. Other than the terminal twigs (mostly genera and subgenera), only one postulated clade coincided (7A from Hinton was represented by a common clade for *Eothenomys* and *Clethrionomys,* the only twigs examined among the six twigs of 7A).

Kretzoi (1969) outlined a phylogeny for arvicolines but did not include any diagram of branching relationships.

In an essay outlining the evolutionary branching of arvicolines based on dental morphology (mostly not described in the essay), Chaline (1980) presented a pattern combining anagenesis (in which a fossil taxon changes into another taxon without branching) and cladogenesis (in which one line branches into two or more, in one case about 10 and in another about 15). I drew a branching diagram to represent Chaline's phylogeny based on this and earlier papers (Chaline, 1974, 1975*a*, 1975*b*) and compared it with the diagrams drawn from Hinton (1926) and Hooper and Musser (1964). Other than the terminal twigs themselves, only four clades coincided (see Fig. 1).

Since there presumably was only one actual phylogeny and since we have more than one hypothetical phylogeny and little agreement among them, it is clear that more work is needed here.

## History of Systematics at the Species Level

The pivotal study at the level of species in the systematics of North American *Microtus* was Bailey's (1900) revision. Bailey used the same generic content and subgenera that Miller (1896) used and set the stage for a reduction in the number of recognized species by defining ten species groups within the subgenus *Microtus* and by recognizing a number of subspecies. Bailey's own words (1900: 9) clearly summarized the nature of his contribution to the advancement of systematic knowledge of the genus: "It is not many years since certain prominent writers treated as mere varieties, or subspecies, animals that belong to widely different subgenera, while

BLM_0052114

TABLE 1

THE DEVELOPMENT OF TAXONOMY FOR NORTH AMERICAN *Microtus* AS DEMON-
STRATED BY A SERIES OF COMPREHENSIVE SUMMARIES OF NUMBERS OF TAXA*

| | Number | | | |
|---|---|---|---|---|
| Taxon | Bailey (1900) | Miller (1923) | Hall and Cockrum (1953) | Hall (1981) |
| Species | 48 | 52 | 25 | 22 |
| Monotypic species | 37 | 37 | 10 | 8 |
| Subspecies | 29 | 57 | 122 | 131 |

* *Lagurus* and *Neofiber* are excluded.

others described and named with full specific rank every different
condition of pelage in a single species. In some cases the original
type was not preserved, or no type was designated by the describer,
or still worse, the type locality was not given, so that subsequent
writers renamed these same species or confounded them with others.
The resulting confusion can now be cleared up by means of series
of specimens collected within the past ten years at most of the
known type localities, and in the general region of those not defi-
nitely known. The series of specimens available, and the number of
localities represented, make it possible to define almost every
North American species from typical specimens, and in most cases
to give the various changes of pelage due to season and age.''

For the benefit of the readers who may not be familiar with
examples of the earlier taxonomic treatments to which Bailey was
referring, "certain prominent writers" who "treated as mere vari-
eties, or subspecies, animals that belong to widely different subgen-
era" probably referred to Coues and Allen (1877). Other writers
who "described and named with full specific rank every condition
of pelage in a single species" can be found listed in the synonymy
(Hall, 1981) of *Microtus pennsylvanicus pennsylvanicus* where the
names themselves, such as *hirsutus, alborufescens,* and *fulva,* suggest
that trivial features of the pelage were involved.

The developing taxonomy for North American *Microtus* may be
examined by comparing a series of comprehensive summaries: Bai-
ley in 1900, Miller in 1923, Hall and Cockrum in 1953, and Hall
in 1981 (Table 1).

The number of names that had been proposed as species names

BLM_0052115

70   *Anderson*

prior to 1900 was 74, of which 26 were reduced to subspecific status or synonymized by Bailey (1900). Prior to Bailey's (1900) revision, and mostly in the three years before 1900, 11 names had been proposed as subspecies of previously recognized species (not counting the nominate subspecies created thereby) and one species had been reduced to subspecies. Other names had lapsed into complete synonymy, not being recognized as subspecies.

Between 1900 and 1953 the following changes occurred. In Bailey's (1900) *pennsylvanicus*-group of seven species, revisionary changes reduced the number of recognized species to three. In 1908, Bangs named a new species in this group, *M. provectus*. New subspecies were named in 1901, 1920, 1940, 1948, and in 1951. (The taxonomic names, authors, and bibliographic references are readily available in Hall, 1981, and other sources and need not be given here. The dates are given to provide a general view of the chronology.) Bailey's *montanus*-group of five species was reduced to a single species, and new subspecies were named in 1914, 1935, 1938, 1941, and 1952. Bailey's *californicus*-group of three species was reduced to one species in 1918 and new subspecies were named in 1922, 1926, 1928, 1931, 1935, and 1937. In Bailey's (1900) *operarius*-group of seven species, reductions in recognized species were made in 1942 by Zimmermann who regarded it as conspecific with *Microtus oeconomus* of the Old World. New subspecies were described in 1909, 1932, and 1952. The two species in Bailey's *townsendii*-group were treated as subspecies in 1936. New subspecies were recognized in 1936, 1940, and 1943. In Bailey's *longicaudus*-group of five species, a reduction in recognized species was made in 1938. Several new subspecies were named between 1922 and 1938. In 1911 a new insular species in this group, *M. coronarius*, was named. In Bailey's *mexicanus*-group of three species, a reduction in recognized species was made in 1932 and new subspecies were named in 1902, 1934, 1938, and 1948. Bailey's *xanthognathus*-group has never included anything except *Microtus xanthognathus*. His *chrotorrhinus*-group was essentially redundant with his species *Microtus chrotorrhinus,* which included two subspecies. A third subspecies was named in 1932. In regard to Bailey's subgenus *Pitymys,* we note that in 1898 he named *Microtus pinetorum nemoralis,* but in his revision of 1900, perhaps as a lapsus, he used the name *Microtus nemoralis.* In 1916, Howell named *Pitymys parvulus.* New subspecies of *Pitymys* were named in 1941 and 1952. In 1912, Thomas

BLM_0052116

removed *Lagurus* from the genus *Microtus,* and this treatment has
been followed by other authors since. The three species of Bailey's
subgenus *Chilotus* were treated as subspecies of *Microtus oregoni* in
1920. New subspecies were named in 1908 and 1920. Three of the
four species in Bailey's subgenus *Pedomys* were treated as subspe-
cies of *Microtus ochrogaster* in 1907. New subspecies of *M. ochro-
gaster* were named in 1942 and 1943.

In 1920, Howell and Harper both used *Neofiber* as a genus
separate from *Microtus* as Chapman had done in 1889. Merriam
(1891) had reduced *Neofiber* to a subgenus of *Microtus*. Miller
(1896) and Bailey (1900) treated *Neofiber* as a subgenus of *Microtus*
and provided diagnostic characters and comparisons. Subsequent
authors who used *Neofiber* as a genus (including Harper, 1920;
Howell, 1920; and Schwartz, 1953) did not state why it should be
treated as a genus instead of a subgenus. As noted above, Ellerman
(1941) and Hinton (1926) raised most of Miller's subgenera of
*Microtus* to separate genera, including *Neofiber*. Martin (1979) did
not connect the base of the phylogenetic line leading to *Neofiber*
with either *Microtus* or *Ondatra.*

In 1901, Osgood named *Microtus miurus* and in 1907 he named
a subspecies thereof. New species of similar *Microtus* from the same
region (Alaska and vicinity) were named in 1931, 1945, and 1947.
In 1952, Hall and Cockrum reduced these all to subspecies of *M.
miurus.*

In the years from 1953 to 1981 the following taxonomic changes
were made. The species *Microtus provectus* was reduced to a sub-
species of *M. pennsylvanicus* in 1954. New subspecies of *M. penn-
sylvanicus* were named in 1956, 1967, and 1968. Youngman (1967)
considered *breweri* and *nesophilus* to be subspecies of *M. pennsyl-
vanicus*. The species *Microtus canicaudus* was separated from *M.
montanus* in 1970. New subspecies of *M. montanus* were named in
1954. In *Microtus californicus* a new subspecies was named in 1961.
In 1966, Goodwin named a new species, *Microtus oaxacensis.*

In *Microtus townsendii*, a new subspecies was named in 1955.
The species *Microtus oeconomus* was revised in 1961 by Paradiso
and Manville. Hall (1981) pointed out that *oeconomus* may not be
the correct name for the North American populations now referred
to *Microtus oeconomus*. The correct name may be *ratticeps* or *kam-
tschaticus,* but until the question can be resolved it may be desireable
to continue with *oeconomus.* In 1960 a new subspecies of *Microtus*

BLM_0052117

*longicaudus* was named. *Microtus ludovicianus* was reduced to sub-specific status in *M. ochrogaster* in 1972 and in 1977 a new sub-species of *M. ochrogaster* was named. *Microtus fulviventer* was re-duced to subspecific status in *M. mexicanus* in 1964 and in 1955 a new subspecies of *M. mexicanus* was named. *Microtus parvulus* was made a subspecies of *M. pinetorum* in 1952. A new subspecies of *Microtus richardsoni* was named in 1959. *Microtus miurus* was re-garded as conspecific with *Microtus gregalis* of the Old World by some authors but was again treated as a separate species in 1970 by Fedyk. *Microtus nemoralis* was regarded by Repenning (1983) as a species separate from *M. pinetorum* and more closely related to *M. quasiater, M. meadensis* (fossil), and Old World *Pitymys,* which was regarded as a genus separate from *Microtus.*

The taxonomic history described above and represented in Fig. 2 exhibits several rather different phases, as follows.

1) 1815 to 1860. Initial scattered exploration in which about half of the full species now recognized were discovered—34 supposed species were named; a rather typological view was common; and adequate series of specimens to enable workers to escape the typo-logical (small sample) perspective were not available.

2) 1860 to 1890. Not much happened—few new names were proposed; and few specimens were obtained.

3) 1890 to 1900. The most productive decade in the taxonomic history of North American *Microtus*—most of the remaining full species now recognized were discovered; the mass produced break-back mouse trap was available; the U.S. Government was persuad-ed by C. Hart Merriam to launch the great explorations of the Biological Survey; large series of specimens were obtained; variation within and between populations became obvious; a polytypic con-cept of the species supplanted the typological concept; subspecies names were used more often; the winnowing process began, the number of monotypic species began to decline, and the number of recognized species increased noticeably more slowly than the num-ber of names being proposed for species.

4) 1900 to 1920. The new forces initiated just before 1900 con-tinued their development but at a slower rate—revisionary work continued on a species by species basis; the numbers of proposed species increased more slowly than before, and the numbers of rec-ognized species increased slowly and then ceased to increase; the number of monotypic species did not change; and the number of

BLM_0052118



Fig. 2.   Taxonomic history of North American *Microtus* (excluding *Lagurus* and *Neofiber*, as most authors have done in recent decades). A, cumulative number of recognized subspecies and monotypic species; B, cumulative number of names of species proposed; C, number of species recognized as valid at different times; D, number of monotypic species recognized at different times; E, cumulative number of species proposed among those recognized as valid in 1980.

recognized subspecies continued to increase rapidly as continued field work filled in details of geographic variation within species.

5) 1920 to 1950. Further consolidation—the number of recognized species decreased rapidly as monotypic species became subspecies of polytypic ones following the discovery of intergradation; few new species were proposed and these were quickly synonymized; and the numbers of recognized subspecies continued to increase rapidly.

74    *Anderson*

6) 1950 to 1980. Maturation of the period of alpha taxonomy—fewer distinctive subspecies were discovered and a reaction against continued subspecific splitting occurred; only one new species was proposed; and the decline in numbers of recognized species continued gradually and now approaches an equilibrium.

## *Discussion of Systematic Viewpoints*

In this section I examine the systematic approaches that Miller, Hinton, and others have used in classifying Arvicolinae, outline some needs for future taxonomic research, and discuss the effect upon taxonomy of a major pattern of macroevolution.

Miller (1896:24) rationalized his synthesis of genera in the following terms: "In the present paper the classification used is based on an assemblage of characters. The more important of these, or the ones least adapted to the special needs of the different animals, and hence least likely to vary, are: Form of skull, structure of bony palate, pattern of enamel folding, number of mammae, number of plantar tubercles, and presence or absence of musk glands on the sides. Characters of less importance, because more readily modified to fit a species to the special requirements of its environment, and hence more unstable, are: Quality of fur, hairiness of soles, length of tail, form of front feet, size of eyes, and form of external ear. It is only through careful consideration of all these that a satisfactory arrangement of the species can be obtained."

This is certainly better than no explanation, which is what many authors have provided when creating and changing rodent taxonomy. Nevertheless, Miller's statement does not provide any explicit guidelines on how "careful consideration" will lead to "a satisfactory arrangement." The systematic theory was still murky.

In contrast, Hinton's (1926) point of view seems almost contemporary in theory. He wrote (1926:5) that "if the more or less substantial mask of specialization be stripped off from each species one finds the primitive core of each animal underneath; if the primitive characters so found be used as the bases of comparison there is no difficulty either in arranging species, genera, and families in natural order, or in conceiving what the essential characters of the ancestor common to any given group must have been. That is what I have attempted to do in this chapter. The stripping process is, however, by no means easy, and it reveals many a disconcerting gap in our

BLM_0052120

knowledge." I take it that "the essential characters of the ancestor common to any given group" means about the same as "synapomorphies" in much of the current cladistic literature (see Nelson and Platnick, 1981, for a comprehensive summary).

Hinton, however, did not complete his work on the genus *Microtus* and he did not apply the theory in order to postulate relationships other than the contents of groups recognized by names in his formal classification.

Bailey (1900) dealt with problems of alpha taxonomy. What are the species? How do they vary geographically? What are their polytypic morphological limits? Exactly where do they occur geographically and ecologically? The theory here relates to the nature of biological species, whether they exist and, if so, how they may be recognized? These questions have attracted most of the taxonomic attention in the genus *Microtus* since 1900.

Less attention has been given to examining relationships above the species level in *Microtus* or among arvicoline rodents generally, either in theory or practice.

One method commonly used in arvicoline taxonomy (and in most other groups for that matter) I call the "artichoke method." The analogy is to the fact that the outer leaves of an artichoke are more conspicuous than the inner ones and when one takes an artichoke apart one usually begins with the most conspicuous part, then takes the next most conspicuous leaf, etc. Some taxonomists follow the same pattern. For example, if the keys to Murinae or Microtinae in Ellerman (1941) are examined, it seems that the most peculiar and thus conspicuous form is pulled off first, then the next most conspicuous, etc. Since the species that are unusually conspicuous morphologically tend to be rare in nature and since the most common specimens tend to be of some less conspicuous species, the keys are inefficient and frustrating to use for most identifications. There is no agreement as to how many successively less conspicuous species one should remove from the core of the genus and call subgenera. As the degree of distinctness becomes less and less, the decision as to which of the remaining species is most distinct becomes more and more difficult to make. Eventually, even the most ardent splitter usually gives up before the final split is made and complete redundancy of species and subgenus is reached.

The artichoke method is generally phenetic in that the most conspicuously different item or small subset of items in the cluster is

BLM_0052121

76   *Anderson*

singled out for separation. The taxonomist is usually not hypothe-
sizing a cladistic relationship, although in some cases this is done.

The existing classification of most groups of mammals, and of
the genus *Microtus* in particular, has resulted from an eclectic in-
teraction of several different procedures: 1) an initial recognition
and naming of distinctive (and presumably often monophyletic)
groups at various levels (for example, the subclass Eutheria, the
order Rodentia, the subfamily Arvicolinae, the genus *Microtus*); 2)
the singling out and naming of species (or small groups of species
that are unusually distinctive in a phenetic sense, without any nec-
essary hypothesis of cladistic relationship (the artichoke method; for
example, the subgenera *Chilotus, Pedomys, Aulacomys, Orthriomys*);
3) the naming of "left-over groups" for consistency rather than
because of any clearcut hypothesis of monophyly (for example, after
the presumably distinctive and mostly monotypic subgenera in the
genus *Microtus* are named, what is left, which is most of the species
in the genus, is called the subgenus *Microtus*). The tradition of
"consistency" is practiced at all of the non-obligatory levels of the
classification. One is not obligated to use subgenera, but if any
subgenus is recognized in a genus all of the species must be put in
some subgenus. The "left-over" subgenus may have no distinctive
features in common except the shared derived features of the genus.
In this case, the subgeneric arrangement does not necessarily imply
anything about geneological or cladistic relationships among the
species within the genus. It indicates only that a few are phoneti-
cally more peculiar than the others. The left over groups may be
paraphyletic and in one sense are permitted by our ignorance rather
than sustained by our knowledge. They are not exactly comparable
to what have been called "wastebasket" groups, which may be ad-
mittedly polyphyletic or paraphyletic, but like the "wastebasket"
groups they are not conceived to be strictly monophyletic (holophy-
letic).

There is still much interesting work to be done in refining the
analyses of geographic variation within species whether or not one
chooses to use subspecies names. Slightly differentiated but none-
theless distinct sibling species probably remain to be detected by a
combination of old and new methods of study. Relationships be-
tween populations in the Old World and the New World need
careful examination at the species level.

The major unfinished taxonomic tasks, however, are above the

BLM_0052122

species level in the hierarchy of classification. In my opinion, the role of taxonomy should be to describe and interpret relationships at all levels from local populations or demes on up. The traditional levels such as genus, subgenus, species, and subspecies are somewhat arbitrary and their existence may lead to unwarranted emphases, such as the idea that something with a name is more important than something without a name. This leads either to the disregard of important things or to a stultifying and unstable proliferation of names. If there are 20–25 species of *Microtus* in North America and if that number is not likely to change much, our task has not ended. What needs to be done now is to study the relationships at all levels among these species, a task that has barely begun.

Many published reports of newly studied biological features are sufficiently comparative to have taxonomic implications. The authors have generally avoided the sort of uncritical enthusiasm for single characters that led to some of the classifications proposed for arvicolines prior to Miller's (1896) major revision. There has been no major taxonomic synthesis of these fascinating newer developments. The needed syntheses may be conducted either among all arvicolines or within smaller groups such as *Microtus,* and should integrate a number of different features. It is not possible to do it all at once. Any reasonably comprehensive and careful synthesis can serve as the hypothesis of relationships for further testing with other characters. It will be better if authors do not feel compelled to express all of the hypothesized relationships in a formal classification. I suspect that knowledge of the fate of earlier single-character classification combined with the deplorable idea that only formal named taxa are important in taxonomy (which is equivalent to the current view of some cladists that all hypothesized relationships *should* be expressed in formal classification) may actually inhibit progress in arvicoline taxonomy.

The following is merely a sample of papers on diverse features recently studied in rodents that might eventually be used in these taxonomic syntheses: myology (Repenning, 1968); male reproductive anatomy, including bacula, soft parts, and accessory glands (Anderson, 1960; Arata, 1964; Hooper and Hart, 1962); meibomian glands in eyelids (Hrabĕ, 1978; Quay, 1954a); skin glands (Jannett, 1975; Quay, 1968); diastemal palate (Quay, 1954b); behavior (Gray and Dewsbury, 1975; Jannett and Jannett, 1974); chromosomes, including gross karyology and finer structure seen in

BLM_0052123

78   *Anderson*

G- and C-banding studies (Matthey, 1957); cranial foramina (Wahlert, 1978); basicranial circulation (Bugge, 1974); stomach anatomy (Carleton, 1981); blood chemistry, including enzymes and hemoglobin (Nadler et al., 1978); and DNA sequencing.

Characters used in older classifications need reexamination also. Potentially useful systematic information may come from any comparative biological study.

Since 1950, considerable thought and verbiage have been devoted to taxonomic methods and objectives. The ideas of numerical taxonomy burst upon the scene in the 1950s, emanating chiefly from the University of Kansas, where I was at the time. The ideas of cladistic taxonomy burst upon the scene in the 1970s, emanating chiefly from the American Museum of Natural History, where I was at the time. My presence was a coincidence, and I was, and still am, somewhat skeptical about some of the assumptions, methods, and goals of each school. Both schools have contributed importantly to systematics. In any event, no one has yet published applications of the precepts and methods of either numerical phenetics or present day cladistics to the classification of *Microtus.*

My taxonomic viewpoint is basically phylogenetic or cladistic, but it differs in some ways from other cladistic viewpoints, such as those summarized by Cracraft (1981) in a recent discussion of bird classification. His references or the book by Nelson and Platnick (1981) will lead the interested reader to the chief summaries of the cladistic school, so I will not document these sources. A recent study by Marshall (1980) of caenolestid marsupials illustrates a useful application of the method, in my opinion.

Assuming that a convincing case for the monophyletic status of the genus *Microtus* can be made, it will be quite valuable to attempt to develop a complete phylogenetic hypothesis of the relationships of the species. Eventually this will need to include all species, both New and Old World. This is a challenging task, but cannot be done here. I attempted earlier in this chapter to abstract from Hinton's extended discussions the phylogenetic gist and I found that some lines were defined by shared primitive (symplesiomorphic) characters only.

A group now defined by shared primitive features may have unnoted synapomorphies. If these are discovered, the group may then be regarded as monophyletic. The point here is that primitive and derived states have different meanings in taxonomy. Other things

BLM_0052124

being equal (which they rarely are in reality), it might be better to have monophyletic taxa than paraphyletic or polyphyletic taxa, and it might be better to postulate a more parsimonious phylogeny than one with parallelisms and character reversals. Nevertheless, uncertainties do exist about character states and directions of evolutionary change, and paraphyletic taxa will continue to be recognized. I see no way to avoid these problems. What is important is to have a reasonably clear understanding of our concepts. If our present concept of the genus *Microtus* seems to be paraphyletic, we should acknowledge this. We can continue to use the concept, at least until we have something better.

In regard to parsimony, I am neither a numerical cladist nor numerical pheneticist. I do not think that since it is difficult to decide which, if any, characters are more important it is better to regard all characters as equally important. The most parsimonious phylogeny for a given set of characters may not be the most acceptable one. One very peculiar feature may outweigh three simple features.

A nested hierarchy of taxa in biological classification preceded any explicit notion of evolution and was not, therefore, conceptually dependent upon evolution. The evolutionary idea of a branching tree is, however, not only consistent with a nested hierarchy, but seems to provide the best general explanation for the occurrence of the hierarchy of characters and taxa. The degree to which it is possible to hypothesize or to know what the actual phylogenetic tree may have been and the degree to which this understanding should be or can be expressed in classification are moot points. In the classification of mammals (and of arvicoline rodents in particular), it is my impression that authors with fairly definite ideas about the existence of monophyletic groups have tended to name these groups in their classifications, but not all named groups are accompanied by explicit hypotheses of monophyly.

Let us now briefly consider the nearly universal "hollow curve" frequency distribution found in nature, including the nested sets of our biological classifications, and how this relates to the artichoke method in taxonomy.

The prevalence of hollow-curve frequency distributions in taxonomic data sets was documented in some detail by me earlier (Anderson, 1974). In general, if within some larger group the numbers of subgroups (at any given level of the hierarchy) containing dif-

80   *Anderson*

ferent numbers of items are plotted as a frequency diagram, a deeply concave or "hollow" curve will result. For example, if the numbers of genera of living mammals containing different numbers of species are plotted, half of the genera contain one species, and most of the species are included in a small percentage of the genera. The pattern exists in nature; it is not an artifact of the method of clustering for the same pattern is seen in the results of phenetic study, cladistic study, or eclectic study. The pattern is apparent in North American *Microtus* where about half the species belong to the subgenus *Microtus* and the other six subgenera share the other half. Given the pattern it is possible to predict how many successive branching points are likely to be present in a maximally resolved cladogram for a group of any size (Anderson, 1975). Given 61 species of *Microtus* (New and Old World, and including *Pitymys*; Corbet and Hill, 1980), about 11 categories would be needed between species and genus if all branchings in the phylogeny were to be expressed in a formal classification.

To summarize where I think the taxonomy of *Microtus* should go from here, I note the following. To ask whether *Pitymys* should be considered a distinct genus or a subgenus of *Microtus* is not an especially interesting question, to me. Some interesting questions are: 1) Do the species of *Pitymys* share distinctive peculiarities? 2) If so, is this because they have descended from a common ancestor that had those peculiarities? 3) Or (as an alternative) are the species of *Pitymys* the ends of a number of separate lineages of *Microtus* that have become more fossorial than most *Microtus?* These may or may not be easy questions to answer, but they should be examined and answered to whatever degree possible. The focus of the investigation should be on the characters and on relationships rather than on names or arbitrary categories. After a reasonably well-established hypothesis of relationships exists, nomenclature and classification should be addressed. Sometimes, I think, we taxonomists get the cart before the horse.

There will be differences of opinion about what is interesting or important, about phenetic versus cladistic criteria for "relationships," about the value of stability, and about other matters in this entire procedure. I don't think a general consensus now exists in systematic mammalogy in regard to these details. I would not insist that everyone agree with me. What I would try to encourage, however, as an author, reviewer, and editor, is that assumptions, view-

BLM_0052126

Case No. 1:20-cv-02484-MSK   Document 42-11   filed 04/27/21   USDC Colorado   pg 28 of 104

points, objectives, and methods be indicated clearly. When this is done, a person with a different point of view can at least evaluate the author's accomplishment in terms of the author's goals and also relate the study to different viewpoints.

## *Literature Cited*

ANDERSON, S.  1960.  The baculum in microtine rodents. Univ. Kansas Publ. Mus. Nat. Hist., 12:181–216.

———.  1974.  Patterns of faunal evolution. Quart. Rev. Biol., 49:311–332.

———.  1975.  On the number of categories in biological classifications. Amer. Mus. Novitates, 2584:1–9.

ARATA, A.  1964.  The anatomy and taxonomic significance of the male accessory reproductive glands of muroid rodents. Bull. Florida State Mus., Biol. Sci., 9:1–42.

BAILEY, V.  1900.  Revision of American voles of the genus *Microtus*. N. Amer. Fauna, 17:1–88.

BUGGE, J.  1974.  The cephalic arterial system in insectivores, primates, rodents and lagomorphs, with special reference to the systematic classification. Acta Anat., Suppl., 62:1–160.

CARLETON, M. D.  1980.  Phylogenetic relationships in neotomine-peromyscine rodents (Muroidea) and a reappraisal of the dichotomy within New World Cricetinae. Misc. Publ. Mus. Zool., Univ. Michigan, 157:1–146.

———.  1981.  A survey of gross stomach morphology in Microtinae (Rodentia: Muroidea). Z. Saugetierk., 46:93–108.

CARLETON, M. D., AND G. G. MUSSER.  1984.  Muroid rodents. *In* Orders and families of recent mammals of the world (S. Anderson and J. K. Jones, Jr. eds.). Wiley, New York, 686 pp.

CHALINE, J.  1972.  Les rongeurs du Pléistocène moyen at supérieur de France. Cah. Paléontol., Cent. Natl. Rech. Sci., 410 pp. + 17 plates.

———.  1974.  Esquisse de l'evolution morphologique, biométrique, et chromosomique du genre *Microtus* (Arvicolidae, Rodentia) dans le Pléistocene de l'hemisphere Nord. Bull. Soc. Geol. France, 16:440–450.

———.  1975a.  Evolution et rapports phylétiques des Campagnols (Arvicolidae, Rodentia) apparentés à *Dolomys* et *Pliomys* dans l'hémisphère Nord. Compt. Rend. hebd. Seanc. Acad. Sci., Paris, Ser. D, 281:33–36.

———.  1975b.  Taxonomie des Campagnols (Arvicolidae, Rodentia) de la sous-famille des Dolomyinae no. dans l'hémisphère Nord. Compt. Rend. hebd. Seanc. Acad. Sci., Paris, Ser. D, 281:115–118.

———.  1980.  Essai de filiation des campagnols et des lemmings (Arvicolidae, Rodentia) en zone Holarctique d'apres la morphologie dentaire. Palaeo-vertebrata, Montpellier, Mem Jubil. R. Lavocat, pp. 375–382.

CHALINE, J., P. MEIN, AND F. PETTER.  1977.  Les grandes lignes d'une classification évolutive des Muroidea. Mammalia, 41:245–252.

CORBET, C. B., AND J. E. HILL.  1980.  A world list of mammalian species. Cornell Univ. Press, Ithaca, New York, 226 pp.

COUES, E., AND J. A. ALLEN.  1877.  Monographs of North American Rodentia. *In* Report of the United States geological survey of the territories (F. V. Hayden, ed.), 11:1–1091.

BLM_0052127

82    *Anderson*

CRACRAFT, J.  1981.  Toward a phylogenetic classification of the Recent birds of the world (Class Aves). Auk, 98:681–714.

ELLERMAN, J. R.  1941.  The families and genera of living rodents. Volume II. Family Muridae. British Museum, London, 690 pp.

GRAY, G. D., AND D. A. DEWSBURY.  1975.  A quantitative description of the copulatory behavior of meadow voles (*Microtus pennsylvanicus*). Anim. Behav., 23:261–267.

GRAY, J. E.  1821.  On the natural arrangement of vertebrose animals. London Med. Reposit., 15(1):296–310.

HALL, E. R.  1981.  The mammals of North America. John Wiley, New York, 2:601–1181 + *90*.

HALL, E. R., AND E. L. COCKRUM.  1953.  A synopsis of the North American microtine rodents. Univ. Kansas Publ. Mus. Nat. Hist., 5:373–498.

HALL, E. R., AND K. R. KELSON.  1959.  The mammals of North America. Ronald Press, New York, 2:547–1083 + *79*.

HARPER, F.  1920.  The Florida water-rat (*Neofiber alleni*) in Okefinokee Swamp, Georgia. J. Mamm., 1:65–66, plate 3.

HINTON, M. A. C.  1926.  Monograph of the voles and lemmings (Microtinae) living and extinct. British Museum, London 488 pp. + 15 plates.

HONACKI, J. H., K. E. KINMAN, AND J. W. KEOPPL (EDS.).  1982.  Mammal species of the world. Allen Press and Association of Systematics Collections, Lawrence, Kansas, 694 pp.

HOOPER, E. T., AND B. S. HART.  1962.  A synopsis of Recent North American microtine rodents. Misc. Publ. Mus. Zool., Univ. Michigan, 151:1–68.

HOOPER, E. T., AND G. G. MUSSER.  1964.  The glans penis in Neotropical cricetines (Family Muridae) with comments on the classification of muroid rodents. Misc. Publ. Mus. Zool., Univ. Michigan, 123:1–57.

HOWELL, A. H.  1920.  Description of a new race of the Florida water-rat (*Neofiber alleni*). J. Mamm., 1:79–80.

HRABĚ, V.  1978.  Tarsal glands of voles of the genus Pitymys (Microtidae, Mammalia) from southern Austria. Folia Zool., 27:123–128.

JANNETT, F. J., JR.  1975.  'Hip glands' of *Microtus pennsylvanicus* and *M. longicaudus* (Rodentia: Muridae), voles without hip glands. Syst. Zool., 24:171–175.

JANNETT, F. J., JR., AND J. Z. JANNETT.  1974.  Drum-marking by *Arvicola richardsoni* and its taxonomic significance. Amer. Midland Nat., 92:230–234.

KIRKLAND, G. L., AND F. J. JANNETT, JR.  1982.  *Microtus chrotorrhinus*. Mamm. Species, 180:1–5.

KRETZOI, M.  1969.  Skize einer Arvicoliden-Phylogenie Stand 1969. Vertebrata hungarica, 11/1–2:155–193.

MARSHALL, L. G.  1980.  Systematics of the South American marsupial family Caenolestidae. Fieldiana (Geol.), 5:1–145.

MARTIN, L. D.  1979.  The biostratigraphy of arvicoline rodents in North America. Trans. Nebraska Acad. Sci., 7:91–100.

MATTHEY, R.  1957.  Cytologie comparée, systématique at phylogénie des Microtinae (*Rodentia-Muridae*). Rev. Suisse, Zool., 64:39–71.

MERRIAM, C. H.  1891.  Results of a biological reconnaissance of south-central Idaho. 2. Annotated list of mammals, with descriptions on new species. N. Amer. Fauna, 5:31–87.

MILLER, G. S., JR.  1896.  Genera and subgenera of voles and lemmings. N. Amer. Fauna, 12:1–78.

———.  1912.  Catalogue of the mammals of western Europe. British Mus., London, 1019 pp.

———. 1923. List of North American Recent mammals. Bull. U.S. Natl. Mus., 128:1–673.

NADLER, C. F., ET AL. 1978. Biochemical relationships of the Holarctic vole genera (*Clethrionomys, Microtus*, and *Arvicola* (Rodentia: Arvicolinae)). Canadian J. Zool., 56:1564–1575.

NELSON, G., AND N. PLATNICK. 1981. Systematics and biogeography, cladistics and vicariance. Columbia Univ. Press, New York, 567 pp.

QUAY, W. B. 1954a. The meibomian glands of voles and lemmings (Microtinae). Misc. Publ. Mus. Zool., Univ. Michigan, 82:1–23.

———. 1954b. The anatomy of the diastemal palate in microtine rodents. Misc. Publ. Mus. Zool., Univ. Michigan, 86:1–49.

———. 1968. The specialized posterolateral sebaceous glandular regions in microtine rodents. J. Mamm., 49:427–445.

REPENNING, C. A. 1968. Mandibular musculature and the origin of the subfamily Arvicolinae (Rodentia). Acta Zool. Cracoviensis, 13(3):1–72.

———. 1983. *Pitymys meadensis* Hibbard from the Valley of Mexico and the classification of North American species of *Pitymys* (Rodentia: Cricetidae). J. Vert. Paleontol., 2:1–482.

SCHWARTZ, A. 1953. A systematic study of the water rat (*Neofiber alleni*). Occas. Papers Mus. Zool., Univ. Michigan, 547:1–27.

SIMPSON, G. G. 1945. The principles of classification and a classification of mammals. Bull. Amer. Mus. Nat. Hist., 85:1–350.

WAHLERT, J. H. 1978. Cranial foramina and relationships of the Eomyoidea (Rodentia, Geomorpha). Skull and upper teeth of Kansasimys. Amer. Mus. Novitates, 2645:1–16.

WINGE, H. 1941. The interrelationships of the mammalian genera. Vol. II. Rodentia, Carnivora, Primates. C. A. Reitzels Forlag, Copenhagen, 376 pp.

YOUNGMAN, P. M. 1967. Insular populations of the meadow vole, *Microtus pennsylvanicus*, from northeastern North America, with descriptions of two new subspecies. J. Mamm., 48:579–588.

BLM_0052129

# ZOOGEOGRAPHY

## Robert S. Hoffmann and
## James W. Koeppl

## *Abstract*

THE genus *Microtus* is less species-rich in the New World than the Old, perhaps reflecting the origin and longer residence of the genus in the Palearctic. While *Microtus* are usually thought of as grassland species, most species are mainly associated with successional meadow facies of forest and woodland biomes. The 19 species and four insular allospecies occupying the New World may be classified ecologically; three are primarily tundra inhabitants; nine are primarily taiga species, equally divided among boreal, montane, and Pacific coastal sections; two are southwestern chaparral or woodland species; one is primarily Great Plains grassland; one eastern deciduous forest; and four are relict species with small ranges scattered through cloud forest communities in the Mexican mountains. Patterns of Pleistocene occurrence of New World *Microtus* are correlated with these ecological patterns. The oldest lineages are apparently represented by the Mexican cloud-forest relicts; chaparral, grassland, and eastern deciduous forest lineages are somewhat more recent; and taiga- and tundra-inhabiting voles represent the most recent, late-Pleistocene lineages to appear in the New World. Certain allospecies pairs probably diverged only in the Wisconsinan–Holocene period, a few thousand years ago.

## *Introduction*

Twenty-three species of *Microtus* currently are recognized from the New World (Anderson, this volume). The extratropical portion of the New World is termed the Nearctic, a biogeographic region first defined by Sclater (1858) and Wallace (1876). The genus *Microtus* is found throughout much of the Nearctic, and in the New World virtually is restricted therein; various species of these voles

84

are important components of most Nearctic mammal faunas. The Nearctic often is combined with its Old World counterpart, the Palearctic, to form the Holarctic, a circumboreal biogeographic region.

The number of species of *Microtus* in the Palearctic is greater than in the Nearctic. If one includes the species of *Pitymys* and *Proedromys,* as in the broad generic concept employed in this volume, there are 48 species of Old World voles (Honacki et al., 1982). The difference is increased if the four species confined to small islands in the New World are eliminated; most or all are sometimes considered subspecies of closely related mainland species. The three insular species of the Palearctic (*M. kikuchii, M. montebelli,* and *M. sachalinensis*) occupy extensive ranges on large islands—Taiwan, Japan (Kyushu, Honshu, Sado; perhaps Shikotan), and Sakhalin, respectively—and thus differ from New World insular taxa.

The difference in species richness—48 versus 19—may be accounted for in part by the larger area of the Palearctic, approximately 14 million square miles as compared to six and a half million for the Nearctic. Nevertheless, whereas the Palearctic is about double the area of the Nearctic, it possesses about two and a half times as many species of *Microtus.* Of this total of 67 species, only one, *M. oeconomus,* occurs on both sides of the Bering Strait and thus displays a Holarctic, or amphiberingian, distribution. Relationships between other Palearctic and Nearctic species at higher taxonomic levels are, in many cases, not well understood.

Biogeography and its subfield, zoogeography, can be divided into two areas of inquiry. Ecological biogeography is concerned with present interrelationships of species or higher taxa as members of associations of organisms. Historical biogeography examines the question of past origins and relationships of species or higher taxa as members of biotas (Wiley, 1981). These two approaches are not mutually exclusive, but it is convenient to review them separately.

## Ecological Zoogeography

### Biomes and Biogeographic Provinces

Attempts to classify associations of organisms (communities, life zones, biomes, and smaller associations) have a long history (Allee et al., 1951; Shelford, 1963; Udvardy, 1969). Voles of the genus

86    *Hoffmann and Koeppl*

TABLE 1
BIOMES AND BIOGEOGRAPHIC PROVINCES OF THE NEARCTIC IN WHICH
*Microtus* OCCUR

| Biome | Biogeographic province[1] | Mammal province[2] |
|---|---|---|
| Tundra | | |
|   Low Arctic | Alaskan Tundra | Alaskan |
| | | Western Eskimoan |
| | Aleutian | Aleutian |
| | Canadian Tundra | Eastern Eskimoan |
| | | Ungavan |
| Alpine | — | — |
| Taiga | | |
|   Boreal | Yukon Taiga | Yukonian |
| | Canadian Taiga | Western Hudsonian-Canadian |
| | | Eastern Hudsonian-Canadian |
|   Coastal | Sitkan | Vancouverian |
| | Oregonian | Oregonian (part) |
| | | Humboldtian (part) |
|   Montane[3] | Rocky Mountains | Montanian |
| | | Coloradan |
| | | Uintian |
| | Sierra-Cascade | Oregonian (part) |
| | | Humboldtian (part) |
| | | Sierran |
| Montane Pine-Oak | Madrean-Cordilleran (part) | Navahonian |
| | | Yaquinian |
| | | San Matean |
| Temperate Grassland | Grasslands | Saskatchewanian |
| | | Kansan |
| | | Texan |
| Temperate Deciduous Forest | | |
|   Northern-Upland | | Alleghenian |
| | | Illinoian |
| | | Carolinian (part) |
|   Southern-Lowland | Austroriparian | Carolinian (part) |
| | | Louisianan (part) |
| Broad Sclerophyll | Californian | Diablan |
| | | Californian |
| | | San Bernardian |
| Cold Desert | Great Basin | Columbian |
| | | Artemesian |

BLM_0052132

*Zoogeography*    87

TABLE 1
CONTINUED

| Biome | Biogeographic province[1] | Mammal province[2] |
|-------|---------------------------|--------------------|
| Tropical Forest | | |
| Cloudforest | Madrean-Cordilleran (part) | — |

[1] From Udvardy (1975).
[2] From Hagmeier (1966).
[3] Montane taiga in the Appalachian Mountains is included with Udvardy's Eastern Forest Province and Hagmeier's Alleghanian Province.

*Microtus* occupy particular habitats (Getz, this volume), but these habitats occur within biomes (a concept based on climax vegetation) or biotic provinces (a concept based on both systematic resemblance of the biota and ecogeographic similarity). *Microtus* can thus be considered to occupy not only habitats, but also biomes or biotic provinces.

Biomes have been classified differently by different authors, but there is general agreement on the major biomes of North America. These include (generally from north to south and from west to east) the following: 1) arctic tundra, including polar desert, high arctic tundra, and low arctic tundra; 2) alpine; 3) coniferous forest, or taiga, including boreal taiga, Pacific coastal taiga, and montane taiga; 4) temperate grassland, or steppe, including the northern and southern Great Plains; 5) temperate deciduous forest, including a northern-upland region and southern-lowland region; 6) broad sclerophyll, or chaparral-oak woodland; 7) cold desert; 8) hot desert; 9) pinyon-juniper-oak woodland; 10) montane pine-oak forest; 11) subtropical-tropical deciduous forest; 12) tropical rainforest, including cloud forest (modified from Shelford, 1963). Different permutations of these elements have been suggested by other authors (see Kendeigh, 1961; and Odum, 1971). Biomes are related to biotic provinces in a general way: although biomes may be geographically discontinuous, biotic provinces are continuous, and usually are contained within, a given biome. Table 1 lists those biomes (see above), biogeographic provinces (Udvardy, 1975), and "mammal provinces" (Hagmeier, 1966) in which *Microtus* occurs in the New World, as a guide to terminology employed in this section. All maps are polyconic oblique conic conformal projections.

BLM_0052133

FIG. 1.   Distribution of *Microtus oeconomus* in North America (modified from Hall, 1981). Subspecies are: 1, *M. o. amakensis*; 2, *M. o. elymocetes*; 3, *M. o. innuitus*; 4, *M. o. macfarlani*; 5, *M. o. operarius*; 6, *M. o. popofensis*; 7, *M. o. punukensis*; 8, *M. o. sitkensis*; 9, *M. o. unalascensis*; 10, *M. o. yakutatensis*.

Voles of the genus *Microtus* range northward into the tundra biome or Western Eskimoan province in Alaska and Canada, and southward into montane pine-oak, subtropical deciduous, and cloud-forest formations (Madrean-Cordilleran province) in the montane highlands of central Guatemala, and inhabit all but the most xeric of the biomes enumerated above. In the following section we discuss their distribution by major biomes.

*Tundra.*—The northernmost records are of the tundra vole, *M. oeconomus,* which is known to occur (Bee and Hall, 1956) on the northern slope of the Brooks Range in Alaska to 71°N latitude about 50 mi S of Pt. Barrow (Fig. 1). As its North American common name implies, this species regularly inhabits the tundra biome in mesic meadow habitats (Getz, this volume) of the low arctic (in the Palearctic, however, *M. oeconomus* has a much broader distribution both geographically and ecologically). No *Microtus* inhabits the more severe high arctic or polar desert associations that are occupied by the lemmings (*Lemmus* and *Dicrostonyx*). The only other species of *Microtus* to occur regularly in arctic tundra habitats

BLM_0052134



FIG. 2.    Distribution of *Microtus miurus* (mainland) and its insular allospecies *M. abbreviatus* (modified from Hall, 1981). Subspecies are: 1, *M. m. andersoni*; 2, *M. m. cantator*; 3, *M. m. miurus*; 4, *M. m. muriei*; 5, *M. m. oreas*; 6, *M. a. abbreviatus*; 7, *M. a. fisheri*.

(Fig. 2) are the singing vole, *M. miurus* (and its insular allospecies, the St. Matthew Island vole, *M. abbreviatus*), and the meadow vole, *M. pennsylvanicus* (Fig. 3). *Microtus miurus* and *M. abbreviatus* are classified in the subgenus *Stenocranius* together with the Palearctic narrow-skulled vole (*M. gregalis*). *Stenocranius* has an amphiberingian distribution, like *M. oeconomus*, and both taxa are thought to have occupied the Bering land bridge during the latest (Wisconsinan) glacial period until the land bridge was flooded by rising sea level about 7,500 years ago (Hoffmann, 1976). The populations of voles found on islands in the Bering Strait (*M. abbreviatus* on St. Matthew and Hall islands; *M. oeconomus* on St. Lawrence, Unalaska, Kodiak, and adjacent small islands) thus represent refugial survivors of the late Pleistocene land-bridge populations (Hoffmann, 1981). The singing vole is found in more xeric tundra habitats than the tundra vole (Getz, this volume), and often is associated with dwarf and riparian willow stands (Bee and Hall, 1956). *Microtus pennsylvanicus* is found only sporadically in arctic tundra. Available distributional records suggest that it may range north-

BLM_0052135

90    *Hoffmann and Koeppl*



FIG. 3.    Distribution of *Microtus pennsylvanicus* and its insular allospecies *M. breweri* (27) and *M. nesophilus* (28; extinct) (modified from Hall, 1981). Subspecies of *M. pennsylvanicus* are: 1, *M. p. acadicus*; 2, *M. p. admiraltiae*; 3, *M. p. alcorni*; 4, *M. p. aphorodemus*; 5, *M. p. chihuahensis*; 6, *M. p. copelandi*; 7, *M. p. drummondii*; 8, *M. p. enixus*; 9, *M. p. finitus*; 10, *M. p. fontigenus*; 11, *M. p. funebris*; 12, *M. p. insperatus*; 13, *M. p. kincaidi*; 14, *M. p. labradorius*; 15, *M. p. magdalenensis*; 16, *M. p. microcephalus*; 17, *M. p. modestus*; 18, *M. p. nigrans*; 19, *M. p. pennsylvanicus*; 20, *M. p. provectus*; 21, *M. p. pullatus*; 22, *M. p. rubidus*; 23, *M. p. shattucki*; 24, *M. p. tananaensis*; 25, *M. p. terraenovae*; 26, *M. p. uligocola*; 27, *M. [p.] breweri*; 28, *M. [p.] nesophilus*; 29, *M. p. dukecampbelli*.

ward into the tundra more regularly in the Canadian Arctic east of the range of *M. oeconomus* (Fig. 3), suggesting the possibility of competitive interaction between the species. Youngman (1975) reported both species "utilizing the same runways" in the Yukon.

*Taiga.*—South of the arctic tundra in North America extends a broad transcontinental belt of northern coniferous forest, or boreal taiga. The western and southwestern margin of the boreal taiga

BLM_0052136

merges into the structurally rather similar Pacific coastal taiga and
Cascade-Sierra-Rocky Mountain montane taiga, whereas in the east
there is a transition through the mixed coniferous-deciduous forest
of the Great Lakes-New England region to the montane taiga and
mixed forests of the Appalachians. The vole with the widest distri-
bution in the taiga biome of North America is *M. pennsylvanicus*
(Fig. 3). Its vernacular name—meadow vole—suggests a contra-
diction; meadow voles, though widely distributed in taiga, occur
mainly in grassy meadow habitats within the coniferous forest (Getz,
this volume). Along the northwestern margin of their range, they
are syntopic in taiga meadows with *M. oeconomus* (see above).
Meadow voles extend southward in the Appalachian (Alleghenian
province) and Rocky Mountains (Montanian, Coloradan prov-
inces), and also into the eastern deciduous forest and in the grass-
lands of the northern Great Plains. In the Pacific coastal taiga
association, however, there occurs the similar and probably related
*M. townsendii* (Fig. 4). Townsend's vole, like the meadow vole,
inhabits meadows within the coastal taiga (Getz, this volume) from
Vancouver Island to northern California (Oregonian, Humboldtian
provinces), and is completely allopatric with *M. pennsylvanicus*
(Cowan and Guiguet, 1956; Dalquest, 1948).

The putative parental lineage to the gray-tailed vole is the mon-
tane vole (*M. montanus*), which is found in montane taiga through-
out the Cascade-Sierra and Rocky Mountain ranges and the dis-
tribution of which also includes the intervening riparian meadows,
arid grasslands and shrub steppe and semi-deserts (Getz, this vol-

Two other voles are restricted to the Pacific coastal taiga biome.
The creeping vole, *M. oregoni* (Fig. 5), is a species of strongly
fossorial habits that inhabits forest as well as meadow habitats
(Getz, this volume). It is sufficiently distinctive to be placed in its
own monotypic subgenus (*Chilotus*), and probably represents a rel-
ict distribution of a relatively old lineage (see below). In contrast,
the gray-tailed vole, *M. canicaudus,* probably is a recently derived,
peripheral isolate of the widely distributed montane vole, *M. mon-
tanus* (Fig. 6); it is restricted to grassy meadows and prairies (Getz,
this volume) in and around the Willamette Valley in northwestern
Oregon and perhaps adjacent Washington. This Pacific coastal area
thus is one center of species richness for the genus; other vole gen-
era—*Arborimus* and *Clethrionomys*—also have species restricted to
this region.

92    *Hoffmann and Koeppl*



FIG. 4.    Distribution of *Microtus townsendii* (from Hall, 1981). Subspecies are: 1, *M. t. cowani*; 2, *M. t. cummingi*; 3, *M. t. laingi*; 4, *M. t. pugeti*; 5, *M. t. tetramerus*; 6, *M. t. townsendii*.

ume) of the Columbia Plateau, Snake River Plains, and northern Great Basin (Fig. 6). Another species whose range primarily is within the montane taiga biome and cold desert biomes is the long-tailed vole, *M. longicaudus* (Fig. 7). This vole occupies not only the area in which the montane vole is found, but also extends westward to the Pacific coastal taiga in Oregon and northern California and

BLM_0052138



FIG. 5.   Distribution of *Microtus oregoni* (from Hall, 1981). Subspecies are: 1, *M. o. adocetus*; 2, *M. o. bairdi*; 3, *M. o. oregoni*; 4, *M. o. serpens*.

BLM_0052139

94    *Hoffmann and Koeppl*



BLM_0052140

northward into the coastal and boreal taiga as far as northeastern
Alaska.

*Microtus montanus* and *M. longicaudus* thus occupy habitats in
taiga biomes south and west of the range of *M. pennsylvanicus*, but
all three species are geographically sympatric in a considerable por-
tion of the central and southern Rocky Mountains. Here, then, is
another center of species richness for the genus.

The species discussed so far are medium-sized voles that have
rather general habitat requirements. Another group contains three
species that apparently are more specialized in their habitat re-
quirements, and two of the three are large in body size. The taiga
vole, *M. xanthognathus,* is known from scattered localities in the
boreal taiga zone from the west coast of Hudson Bay northwestward
to central Alaska, and south to central Alberta (Fig. 8) (Western
Hudsonian and Canadian, Yukonian provinces). From central Al-
berta southward in the Rocky Mountains to central Utah (Mon-
tanian, Coloradan provinces), and in the Cascade Mountains (Or-
egonian province), the almost equally large water vole, *M.
richardsoni,* occurs in the alpine and in subalpine taiga stands (Fig.
9). Finally, in the eastern boreal taiga from northeastern Minnesota
to Labrador and southward in the Appalachian Mountains to North
Carolina (Alleghenian province), the smaller rock vole, *M. chrotor-
rhinus,* has been found sparingly (Fig. 10). All three of these species
seem to be specialists, found only where a particular combination
of habitat conditions are met (Getz, this volume), but their com-
bined ranges encompass most of the taiga biome. In all, then, nine
species of *Microtus* have ranges that are primarily associated with
the taiga biome in North America.

South of the taiga biome and its montane extensions, a smaller
number of species of *Microtus* is to be found, each occupying sharply
defined habitats. Moreover, the systematic relationships of these

---

←

FIG. 6.   Distribution of *Microtus montanus* and *M. canicaudus* (16) (modified from
Hall, 1981). Subspecies of *M. montanus* are: 1, *M. m. amosus;* 2, *M. m. arizonensis;*
3, *M. m. canescens;* 4, *M. m. codiensis;* 5, *M. m. dutcheri;* 6, *M. m. fucosus;* 7, *M. m.
fusus;* 8, *M. m. micropus;* 9, *M. m. montanus;* 10, *M. m. nanus;* 11, *M. m. nevadensis;*
12, *M. m. pratincola;* 13, *M. m. rivularis;* 14, *M. m. undosus;* 15, *M. m. zygomaticus.*

BLM_0052141



96    *Hoffmann and Koeppl*



BLM_0052142

*Zoogeography*   97



Fig. 8.   Distribution of *Microtus xanthognathus* (from Hall, 1981).

species are controversial, and many of them have at one time or another been affiliated with the genus *Pitymys*.

*Shrubland and woodland.*—Southwestern North America is occupied by two allopatric species. The California vole, *M. californicus*, occurs in the broad sclerophyll (chaparral) oak woodlands and grassland of the Pacific coast from central Oregon (where it is geographically sympatric with several other species of *Microtus*) southward to northern Baja California (Fig. 11) (Humboldtian,

---

←

Fig. 7.   Distribution of *Microtus longicaudus* and its insular allospecies *M. coronarius* (15) (modified from Hall, 1981). Subspecies of *M. longicaudus* are: 1, *M. l. abditus*; 2, *M. l. alticola*; 3, *M. l. angusticeps*; 4, *M. l. baileyi*; 5, *M. l. bernardinus*; 6, *M. l. halli*; 7, *M. l. incanus*; 8, *M. l. latus*; 9, *M. l. leucophaeus*; 10, *M. l. littoralis*; 11, *M. l. longicaudus*; 12, *M. l. macrurus*; 13, *M. l. sierrae*; 14, *M. l. vellerosus*.

BLM_0052143

98   *Hoffmann and Koeppl*



Fig. 9.   Distribution of *Microtus richardsoni* (modified from Hall, 1981). Subspecies are: 1, *M. r. arvicoloides*; 2, *M. r. macropus*; 3, *M. r. myllodontus*; 4, *M. r. richardsoni*.

BLM_0052144



FIG. 10.   Distribution of *Microtus chrotorrhinus* (modified from Hall, 1981). Subspecies are: 1, *M. c. carolinensis*; 2, *M. c. chrotorrhinus*; 3, *M. c. ravus*.

Diablian, Californian, San Bernardinian provinces). The Mexican vole, *M. mexicanus*, occurs from the southern Rocky Mountains southward in the Sierra Madre of Mexico to central Oaxaca (Madrean-Cordilleran province) (Fig. 12). Both species usually inhabit grassy habitats within or adjacent to, oak and pine woodlands, respectively (Getz, this volume). The Mexican vole occupies one of the most xeric habitats among Nearctic *Microtus*, although it also may live in cool, moist sites (Getz, this volume).

*Grassland.*—Farther east, the prairie vole, *M. ochrogaster*, is con-

BLM_0052145

100    *Hoffmann and Koeppl*



BLM_0052146

tinuously distributed in both mesic and xeric grasslands of the eastern half of the northern and central Great Plains, from the southern Prairie Provinces of Canada south to Oklahoma, and eastward through the "Prairie Peninsula" to western West Virginia (Fig. 13) (Saskatchewanian, Kansan, Illinoian provinces). An isolated relict population (*M. o. ludovicianus*) once inhabitated the Gulf Coast prairies of eastern Texas and western Louisiana, but it may now be extinct.

*Temperate deciduous forest.*—The temperate deciduous forest biome provides habitat for the woodland vole, *M. pinetorum* (Fig. 14). This is a highly fossorial species that inhabits both meadow and forest habitats; *M. pinetorum* and *M. ochrogaster* are broadly sympatric in the broad ecotone between deciduous forest and grassland biomes. The two species tend to segregate by habitat (Getz, this volume), but may use the same runways. A widely disjunct relict, the Jalapan woodland vole, *M. quasiater,* is known only from a small area in the Sierra Madre Occidental of central Mexico (Fig. 15). It may represent a peripheral isolate of *M. pinetorum,* or a relict of an earlier arvicolid invasion of the New World. Its principal habitat is meadow and grassland within the "oak forest association of tropical vegetation" (Hall and Dalquest, 1963). Thus, it may more properly belong to the next biome.

*Cloud forest.*—The remaining three species also are poorly known. The Oaxacan vole, *M. oaxacensis,* is known only from evergreen "cloud forest" habitat in the vicinity of Vista Hermosa, in the Sierra Madre Occidental of Oaxaca (Fig. 16). The Zempoaltepec vole, *M. umbrosus,* is known only from the vicinity of Zempoaltepec and Totontepec, also in the mountains of central Oaxaca (Fig. 16). Finally, the Guatemalan vole, *M. guatemalensis,* has been found on several isolated mountain ranges from central Chiapas to central Guatemala (Fig. 16); both *M. umbrosus* and *M. guatemalensis* are

←

Fig. 11.   Distribution of *Microtus californicus* (modified from Hall, 1981). Subspecies are: 1, *M. c. aequivocatus*; 2, *M. c. aestuarinus*; 3, *M. c. californicus*; 4, *M. c. constrictus*; 5, *M. c. eximius*; 6, *M. c. grinnelli*; 7, *M. c. halophilus*; 8, *M. c. huperuthrus*; 9, *M. c. kernensis*; 10, *M. c. mariposae*; 11, *M. c. mohavensis*; 12, *M. c. paludicola*; 13, *M. c. sanctidiegi*; 14, *M. c. sanpabloensis*; 15, *M. c. scirpensis*; 16, *M. c. stephensi*; 17, *M. c. vallicola.*

BLM_0052147

102     *Hoffmann and Koeppl*



Fig. 12.   Distribution of *Microtus mexicanus* (modified from Hall, 1981). Sub-species are: 1, *M. m. fulviventer*; 2, *M. m. fundatus*; 3, *M. m. guadalupensis*; 4, *M. m. hualpaiensis*; 5, *M. m. madrensis*; 6, *M. m. mexicanus*; 7, *M. m. mogollonensis*; 8, *M. m. navaho*; 9, *M. m. neveriae*; 10, *M. m. phaeus*; 11, *M. m. salvus*; 12, *M. m. subsimus*.

found in montane pine-oak and evergreen cloud-forest biomes. None of the three shows any obvious close relationship to more northerly species of *Microtus,* and all probably are best regarded as relicts of early arvicolid invasions of the New World (see below).

BLM_0052148



FIG. 13.   Distribution of *Microtus ochrogaster* (modified from Hall, 1981). Sub-species are: 1, *M. o. haydenii*; 2, *M. o. ludovicianus*; 3, *M. o. minor*; 4, *M. o. ochrogaster*; 5, *M. o. ohionensis*; 6, *M. o. similis*; 7, *M. o. taylori*.

*Summary of Ecological Zoogeography*

It is clear from the foregoing that the largest number of species of *Microtus* in the New World (nine) are found in ecological for-mations associated with coniferous forest (taiga) biomes. Of these, three species occur primarily within boreal taiga (*M. chrotorrhinus, M. pennsylvanicus, M. xanthognathus*), three species within Pacific coastal taiga (*M. canicaudus, M. oregoni,* and *M. townsendii*), and

BLM_0052149

104    *Hoffmann and Koeppl*



FIG. 14.    Distribution of *Microtus pinetorum* (from Hall, 1981). Subspecies are: 1, *M. p. auricularis*; 2, *M. p. carbonarius*; 3, *M. p. nemoralis*; 4, *M. p. parvulus*; 5, *M. p. pinetorum*; 6, *M. p. scalopsoides*; 7, *M. p. schmidti*.

three species within Rocky Mountain montane taiga (*M. longicaudus, M. montanus,* and *M. richardsoni*). The southwestern pine-oak forest inhabitant, *M. mexicanus*, also might be included either here or with the three relict species (*M. guatemalensis, M. oaxacensis,* and *M. umbrosus*) that inhabit montane cloud forest, which includes a pine-oak forest aspect; these constitute the next largest ecological group. Tundra-dwelling voles comprise two species (*M. miurus* and *M. oeconomus*), both Beringian in distribution (see below), and recent entrants into the New World. In contrast, the two deciduous forest species (*M. pinetorum* and *M. quasiater*) probably are much more ancient. Finally, the broad-leaf sclerophyll woodland-shrubland of the Pacific Coast ("chaparral") and its associated grassland harbors one species (*M. californicus*), as does the temperate grassland of the Great Plains (*M. ochrogaster*).

Thus, whereas most species of *Microtus* inhabit meadows and

BLM_0052150

Case No. 1:20-cv-02484-MSK   Document 42-11   filed 04/27/21   USDC Colorado   pg 52 of 104



FIG. 15.   Distribution of *Microtus quasiater* (from Hall, 1981).

similar grassy habitats (Getz, this volume), in a broader sense most are forest and woodland species in terms of the biomes they inhabit. From their predominance in taiga biomes it also is possible to infer that *Microtus* long has been associated with northern forest and woodland environments. It is this historical dimension that we shall examine next.

## Historical Zoogeography

### Early Pleistocene

"Modern" voles, including *Microtus* in the broad sense of this volume, first appeared in the New World in the early Pleistocene (Irvingtonian—Martin, 1979; Repenning, 1980; Zakrzewski, this volume), about 1.8–2.0 m.y.b.p. These first modern voles with root-less molars are placed in *Allophaiomys* (=*Pitymys*; see Zakrzewski, this volume), an extinct Holarctic genus thought by some to be ancestral either to modern *Pitymys* (van der Meulen, 1978; Za-krzewski, this volume) or to all later rootless cheektoothed voles (Chaline, 1974). According to Repenning (1980), these modern voles dispersed into the Nearctic from the Palearctic across the Bering

BLM_0052151

106    *Hoffmann and Koeppl*



Fɪɢ. 16.    Distributions of *M. oaxacensis* (1), *M. umbrosus* (2), and *Microtus guatemalensis* (3) (modified from Hall, 1981).

land bridge. However, Martin (1979) was more cautious, and suggested that the earliest records in North America might predate those in Eurasia. In any event, the lineages of this early radiation probably include the subgenera *Phaiomys* (now restricted to the Old World) and early *Neodon* (Martin, 1974; Repenning, 1980). Survivors of this early radiation in the New World may include *M. umbrosus* (Martin, 1974) and perhaps *M. guatemalensis* (Repenning, 1980), both of which exhibit relict distributions in the montane cloud forests of Mexico and Guatemala (Fig. 16).

*Middle Pleistocene*

A later dispersal event, about 1.2 m.y.b.p., brought "even-more-modern-looking forms" (Repenning, 1980), including later *Neodon,* and the subgenus *Pitymys* (L. W. Martin [1979] and R. Martin [1974] placed the first appearance of *Pitymys* later, around 0.6

BLM_0052152

Case No. 1:20-cv-02484-MSK   Document 42-11   filed 04/27/21   USDC Colorado   pg 54 of 104

m.y.b.p.). Survivors of these lineages may include *M. quasiater* (Repenning, 1980) and *M. oaxacensis* (Martin, 1974, who also included *M. guatemalensis* here). Again, these are species with relict montane distributions at the southern extreme of the range of the genus (Fig. 16). The *Pitymys* lineage in North America subsequently differentiated into at least two others, leading to *M. (Pitymys) pinetorum*, the temperate deciduous forest species (Fig. 14), and *M. (Pedomys) ochrogaster,* the temperate grassland species (Fig. 13) (see Martin, 1974; van der Meulen, 1978; and Kurtén and Anderson, 1980).

The earliest appearance of *Microtus* (sensu stricto) in the New World is controversial. Until recently, this was thought to be in the Middle Irvingtonian (*M. paroperarius*; Martin, 1979; van der Meulen, 1978), but Repenning (1980) claimed that not only *M. paroperarius* but also *M. californicus* first appeared around 1.8 m.y.b.p., at the beginning of the Pleistocene (see Zakrzewski, this volume). Another controversial, possibly early, date is for *Microtus deceitensis,* first described from Alaska (Guthrie and Matthews, 1972) and later from Saskatchewan (Harington, 1978), but referred to *M. paroperarius* by Zakrzewski (this volume). These faunas also are considered early Pleistocene by some (Kurtén and Anderson, 1980) or even late Pliocene (Repenning, 1980). That it is a *Microtus* with a primitive dental pattern is agreed, but whether it is a "side branch" (Kurtén and Anderson, 1980), or an early evolutionary stage "possibly leading to *M. xanthognathus*" (van der Meulen, 1978), is not (see Zakrzewski, this volume).

In either event, species of *Microtus* (sensu stricto) are common, either as immigrants or autochthons, in the late Pleistocene. Repenning (1980) spoke of a "dispersal wave about 0.47 m.y.b.p., [when] *Microtus pennsylvanicus* floods North America east of the Rocky Mountains . . . ." Subsequently, all other living species are found as fossils, except *M. canicaudus, M. oregoni, M. townsendii,* and insular forms (Zakrzewski, this volume).

If *M. californicus* did indeed appear in North America at the beginning of the Pleistocene, its restricted, possibly relict, distribution (Fig. 11) and its unusual habitat (broad-leafed sclerophyll vegetation) are understandable. However, its phylogenetic relationships to other *Microtus,* New or Old World, remain obscure. The same is true of another Pacific coast endemic, *M. oregoni* (Fig. 5). It has been placed in the subgenus *Chilotus,* which usually is re-

BLM_0052153

garded as monotypic, though Ognev (1950) proposed a close relationship between *M. oregoni* and the Old World *M. socialis.* Given its restricted range, ecological specialization, and isolated position among New World *Microtus*, it probably represents an early immigration or evolutionary divergence.

Another species possibly related to an otherwise Old World subgenus is *M. longicaudus* which, with its insular allospecies, *M.* [*l.*] *coronarius* (Fig. 7), has been allocated to *Chionomys* (Anderson, 1960). The subgenus *Chionomys* also includes *M. nivalis, M. gud,* and *M. roberti* of the western Palearctic, eastward to the Kopet Dag Mountains, and Lawrence (1982) implied that the eastern Palearctic *M. millicens* and *M. musseri* also might be related to this group. These latter two probably are relict species now restricted to the mountains of western China (Lawrence, 1982), but their ranges might be evidence of a biogeographic track (Wiley, 1981) if they and *M. longicaudus* do belong to *Chionomys.* Such a relationship would imply a fairly early dispersal of the ancestor of *M. longicaudus* across Beringia into the New World, but an alternative hypothesis is that *M. longicaudus* is convergent with *Chionomys* and evolved more recently from a New World lineage.

The history of the New World water vole, *M. richardsoni,* is plagued by similar uncertainty. Hooper and Hart (1962), Jannett and Jannett (1974), and others allocated this species to the genus (or subgenus; see Hall, 1981) *Arvicola.* However, it is difficult to account for *M. richardsoni* as a late Pleistocene immigrant from the Old World *Arvicola* lineage, and it may be an evolutionary lineage paralleling *Arvicola* but from an early Blancan *Mimomys*-like New World lineage (Hoffmann, 1980). A third alternative is that *richardsoni* represents a "long independent history [and] separate derivation from *Allophaiomys* . . ." (Martin, *in* Honacki et al., 1982). Finally, it has been suggested (Repenning, in litt.) that *M. richardsoni* is a late Pleistocene peripheral isolate of the *M. xanthognathus* lineage. Of these different possibilities, the last one now seems to us to be most likely. If so, and if *M. xanthognathus* is derived from *M. deceitensis,* then the three species of taiga-inhabiting voles (*M. chrotorrhinus, M. richardsoni,* and *M. xanthognathus*) that are now allopatric (Figs. 8–10) may represent a lineage that has been evolving in North America since at least mid-Pleistocene, and perhaps earlier.

*Late Pleistocene*

The most widespread species of New World *Microtus* is *M. pennsylvanicus* (Fig. 3); its history goes back to late mid-Pleistocene, about 500,000 years ago. It may be a descendant of *M. paroperarius* (Guthrie, 1965; Martin, 1972), an earlier immigrant and one of the first *Microtus* (sensu stricto) in North America (see above). This lineage in turn may have given rise to other lineages adapted to taiga meadows, such as *M. montanus-M. canicaudus* in the Rocky Mountains-Sierra-Cascade (Fig. 6), *M. mexicanus* in the southern Rocky Mountains-Sierra Madre (Fig. 12), and *M. townsendii* in the Pacific coastal taiga (Fig. 4). The superspecies *Microtus* [*pennsylvanicus*] has a distribution characterized by several insular allospecies, *M.* [*p.*] *breweri* on Muskeget, and *M.* [*p.*] *nesophilus* on Gull Island (extinct); *M.* [*p.*] *provectus* on Block Island sometimes has been given species rank, and several insular subspecies have been named. In addition, a series of geographically isolated populations occur along the margin of the species' range, south to Florida (Fig. 3) (Woods et al., 1982) and Chihuahua (Bradley and Cockrum, 1968). According to Repenning (1980), *M. pennsylvanicus,* although apparently abundant and widely distributed in the late Pleistocene, was found only east of the Rocky Mountains (see also Martin, 1968). Presently, an isolated relict population (*M. p. kincaidi*) is found at Moses Lake in central Washington (Fig. 3).

Farther west and south, taiga meadows are inhabited by the allopatric *M. townsendii* (Fig. 4). Rand (1954) was the first to suggest that Pleistocene isolation in taiga refugia south of the continental ice might have led to divergence of an ancestral *M. pennsylvanicus,* thus giving rise to *M. townsendii* by peripheral isolation. The karyotype of living *M. pennsylvanicus* is $2n = 46$ (FN = 50), whereas that of *M. townsendii* is entirely uniarmed with $2n = 50$ (FN = 48). The two karyotypes are derivable from one another by a combination of fusion/fission and inversion mechanisms (Gaines, this volume).

*Microtus mexicanus,* which inhabits montane coniferous forest meadows to the south of the range of *M. pennsylvanicus,* has a distribution that suggests it also might have diverged from the ancestral lineage through Pleistocene isolation (Fig. 12). The Mexican vole has a karyotype of $2n = 44$ (FN = 54), and thus has six biarmed

BLM_0052155

autosomal pairs as compared with three in *M. pennsylvanicus* (Gaines, this volume). It has diverged considerably from *M. pennsylvanicus* and *M. townsendii* in its habitat relationships, being adapted to more xeric conditions than the other two (Getz, this volume), and this suggests an earlier divergence.

Of the small taiga meadow-dwelling voles, the one exhibiting the greatest amount of range overlap with *M. pennsylvanicus* is *M. montanus* (Fig. 6). The two species are geographically sympatric in the central and southern Rocky Mountains, but are segregated ecologically. The meadow vole, where it co-occurs with the montane vole, usually is restricted to mesic grassland, whereas the latter is found in more xeric situations (Getz, this volume). Where *M. montanus* lives in the absence of *M. pennsylvanicus*, it regularly inhabits mesic habitats as well (intermountain basins, Cascade-Sierra ranges). This habitat segregation probably is due to a combination of habitat selection and competitive interaction (Koplin and Hoffmann, 1968; Murie, 1969, 1971). Its present distribution is completely allopatric to that of *M. townsendii*; only where it takes the mesic habitat does it slightly and marginally overlap with *M. mexicanus* (Findley, 1969).

The montane vole also possesses one of the most derived karyotypes found among New World *Microtus,* with 2n = 24 (FN = 44), and a completely biarmed complement (Gaines, this volume). This, plus the extent of sympatry, suggests that *M. montanus* has had a long and independent history. Whether it represents an early off-shoot of the *M. paroperarius-M. pennsylvanicus* lineage, or perhaps instead is derived from another New World lineage, is not presently resolvable.

*Microtus canicaudus* has been regarded as a subspecies of *M. montanus,* but differs karyotically, electrophoretically, and morphologically (Hsu and Johnson, 1970). Its allopatric distribution (Fig. 6) and the fact that it shares a highly derived (though slightly different) karyotype with *M. montanus* indicates that it is a recently diverged allospecies that probably evolved as a result of peripheral isolation in the late Pleistocene.

The two lineages of New World *Microtus* (Figs. 1, 2) yet to be discussed are tundra specialists, *M. oeconomus* and *M. miurus* (together with its insular allospecies, *M. abbreviatus*). Both are restricted to the northwestern corner of North America, and are not known to occur in suitable lowland tundra or alpine habitats to the

east or south of their present ranges, even though no obvious physiographic barriers restrict their distribution. In the Old World, *M. oeconomus* has a much wider range, both geographically and ecologically. It occurs throughout Siberia, southward into Mongolia and China, and westward through eastern Europe to the Baltic, Scandinavia, and Hungary, with an isolated relict population in the Netherlands (Honacki et al., 1982; Saint Girons, 1973). Within this range it occupies not only tundra, but also wet meadow and marsh habitats throughout the taiga, mixed forest, and forest-steppe zones.

The Palearctic sister species of continental *M. miurus* is the narrow-skulled vole, *M. gregalis,* and until recently the two often were considered conspecific (Rausch, 1964; Rausch and Rausch, 1968). Fedyk (1970) demonstrated chromosomal and morphological differences, and discussed the evolutionary history of the group. In the Old World, *M. gregalis* has a large range, being found throughout Siberia, south to Mongolia, China, and Tadzhikistan, and west to the Ural Mountains and the White Sea. Within this area it is found in upland tundra and rocky, montane habitats, but also occupies forest meadows, forest steppe, various grassland-steppe habitats, and even semi-arid steppe (Ognev, 1950).

Thus, the New World representatives of these Holarctic taxa are much more limited in habitat than Old World representatives, and restricted geographically to within or near the limits of the ice-free refugium of East Beringia. New World populations of *M. oeconomus* have differentiated little from eastern Siberian populations (Nadler et al., 1976, 1978), and their occurrence on St. Lawrence Island (a surviving part of the Bering land-bridge) suggests that the species is a recent immigrant to the New World, probably within Wisconsin time (about 70,000 years ago; but see Zakrzewski, this volume). The New World narrow-skulled voles exhibit greater differentiation, and this might indicate a somewhat earlier divergence, perhaps during late Illinoian time (about 170,000 years ago). Narrow-skulled voles are reported from pre-Wisconsinan glacial deposits in Beringian Alaska (Kurtén and Anderson, 1980; Zakrzewski, this volume).

*Summary of Historical Zoogeography*

A clear relationship between evolutionary history, ecological association, and systematic position is indicated by the foregoing anal-

BLM_0052157

yses. The earliest appearance of *Microtus* in the New World was in the early Pleistocene; these were primitive voles represented by surviving lineages of species with relict distributions in montane cloud forests at the southern edge of the Nearctic. They either are referred to monotypic subgenera (*Orthriomys, Herpetomys*) within *Microtus,* or are members of the subgenera (or genera) *Pitymys* or *Neodon* (Martin, 1974).

The appearance in the middle Pleistocene of more modern lineages also may be related to other montane relict species surviving in central and southern Mexico (*M. oaxacensis* and *M. quasiater*) that also have been placed in *Pitymys* or *Neodon.* However, these pitymyine lineages also gave rise to the temperate deciduous forest vole, *M.* (*Pitymys*) *pinetorum,* and to the grassland vole, *M.* (*Pedomys*) *ochrogaster. Microtus californicus,* a broad sclerophyll relict, also may have appeared at this time.

The late Pleistocene saw repeated appearance (immigrations) of *Microtus* lineages. The first of these, about half a million years ago, was associated with Kansan glaciation. Paleogeographic evidence suggests that, at that time, taiga covered at least part of the Bering landbridge (Hoffmann, 1976), whereas more temperate vegetation may have been present earlier. The lineage leading to the taiga-dwelling specialists—*M. xanthognathus, M. chrotorrhinus,* and *M. richardsoni*—probably appeared then, as did the lineage leading to the less specialized *M. pennsylvanicus.* Other vole species found in taiga biomes also might have appeared about this time, such as *M.* (*Chilotus*) *oregoni* and *M.* (*Chionomys*) *longicaudus.*

Later in the late Pleistocene, climatic conditions on the Bering landbridge became more severe (Hoffmann, 1976), and only cold tundra and steppe-tundra species probably were able to survive Beringian conditions. There is evidence that, in the Illinoian glacial period, the lineage leading to *M.* (*Stenocranius*) *miurus* reached East Beringia but no farther. Finally, in the Wisconsinan glacial period *M. oeconomus* also crossed Beringia.

These last two or three major glacial periods were also characterized by displacement and fragmentation of taiga biomes south of the glacial ice (Hoffmann, 1976, 1981). This resulted in isolation and subsequent speciation in one or more of the *Microtus* lineages already present in North America, and to the evolution of *M. montanus* and *M. mexicanus* in the Rocky Mountains-Sierra-Cascade-Great Basin and the Madrean-Cordilleran provinces, respectively,

BLM_0052158

probably in the Illinoian. It also resulted in isolation and speciation of *M. townsendii* and *M. canicaudus* in the Oregonian Province, probably in the Wisconsinan. Also during (or at the end of) the Wisconsinan, the several insular allospecies probably evolved: *M. abbreviatus* from *M. miurus, M. coronarius* from *M. longicaudus,* and *M. breweri* and *M. nesophilus* from *M. pennsylvanicus.*

The above scenario is a testable evolutionary hypothesis in that it predicts the time and place of occurrence of the various lineages as fossils; it also makes certain predictions concerning phylogenetic relationships.

## Acknowledgments

Research upon which this review was based in part was supported by National Science Foundation grants DEB 80-04148 and 80-07246 as part of a joint research project co-sponsored by the Academies of Sciences of the U.S. and U.S.S.R., and the bilateral Environmental Protection Agreement (Project 0.2.05-7104). Assistance in field and laboratory was provided by R. R. Patterson, R. L. Rausch, T. Pearson, J.-P. Airoldi, P. B. Robertson, C. F., N. W., C., R., and C. F. Nadler, Jr.; S. A., J. F., D. R., and B. E. Hoffmann, H. Levenson, L. R. Heaney, A. E. Kozlovskii, V. N. Orlov, V. E. Sokolov, M. N. Meier, A. Gill, M. Johnson, M. Gaines, and L. Deutsch. We also acknowledge the cooperation of the several state and provincial game departments in granting us permission to collect.

## Literature Cited

ALLEE, W. C., A. E. EMERSON, O. PARK, T. PARK, AND K. P. SCHMIDT. 1951. Principles of animal ecology. W. B. Saunders, Philadelphia, 337 pp.

ANDERSON, S. 1960. The baculum in microtine rodents. Univ. Kansas Publ. Mus. Nat. Hist., 12:181–216.

BEE, J. W., AND E. R. HALL. 1956. Mammals of northern Alaska. Misc. Publ. Mus. Nat. Hist., Univ. Kansas, 8:1–309.

BRADLEY, W. G., AND E. L. COCKRUM. 1968. A new subspecies of the meadow vole *(Microtus pennsylvanicus)* from northwestern Chihuahua, Mexico. Amer. Mus. Novitates, 2325:1–7.

CHALINE, J. 1974. Esquisse de l'évolution morphologique biométrique et chromosomique du genre *Microtus (Arvicolidae, Rodentia)* dans le Pléistocène de l'hémisphère nord. Bull. Soc. Géol. France, 16:440–450.

COWAN, I. McT., AND C. J. GUIGUET. 1956. The mammals of British Columbia. Handb. British Columbia Prov. Mus., 11:1–413.

BLM_0052159

DALQUEST, W. W.  1948.  The mammals of Washington. Univ. Kansas Publ., Mus. Nat. Hist., 2:1–444.

FEDYK, S.  1970.  Chromosomes of *Microtus* (*Stenocranius*) *gregalis major* (Ognev, 1923) and phylogenetic connections between sub-arctic representatives of the genus *Microtus* Schrank, 1798. Acta Theriol., 15:143–152.

FINDLEY, J. S.  1969.  Biogeography of southwestern boreal and desert mammals. Pp. 113–128, *in* Contributions in mammalogy (J. K. Jones, Jr., ed.). Misc. Publ. Mus. Nat. Hist., Univ. Kansas, 51:1–428.

GUTHRIE, R. D.  1965.  Variability in characters undergoing rapid evolution, an analysis of *Microtus* molars. Evolution, 19:214–233.

GUTHRIE, R. D., AND J. V. MATTHEWS, JR.  1972.  The Cape Deceit fauna—early Pleistocene mammalian assemblage from the Alaskan arctic. Quaternary Res., 1(for 1971):474–510.

HAGMEIER, E. M.  1966.  A numerical analysis of the distribution patterns of North American mammals. II. Re-evaluation of the provinces. Syst. Zool., 15: 279–299.

HALL, E. R.  1981.  The mammals of North America. Second ed. John Wiley, New York, 2:601–1181 + *90* pp.

HALL, E. R., AND W. W. DALQUEST.  1963.  The mammals of Veracruz. Univ. Kansas Publ., Mus. Nat. Hist., 14:165–362.

HARINGTON, C. R.  1978.  Quaternary vertebrate faunas of Canada and Alaska and their suggested chronological sequence. Natl. Mus. Canada, Syllogeus, 15: 1–105.

HOFFMANN, R. S.  1976.  [An ecological and zoogeographical analysis of animal migration across the Bering land-bridge during the Quaternary period.] Pp. 354–367, *in* Beringia in Cenozoic (V. L. Kontrimavichus, ed.). Acad. Sci., Vladivostok, 594 pp. (In Russian, with English summary).

————.  1980.  Of mice and men: Beringian dispersal and the ice-free corridor. Canadian J. Anthrol., 1:51–52.

————.  1981.  Different voles for different holes: environmental restrictions on refugial survival of mammals. Pp. 25–45, *in* Evolution today (G. G. E. Scudder and J. L. Reveal, eds.), Proc. Second Internatl. Congr. Evol. Biol., Vancouver, B.C., 486 pp.

HONACKI, J. H., K. E. KINMAN, AND J. W. KOEPPL.  1982.  Mammal species of the world. Allen Press and Assoc. Syst. Coll., Lawrence, Kansas, 694 pp.

HOOPER, E. T., AND B. S. HART.  1962.  A synopsis of Recent North American microtine rodents. Occas. Pap. Mus. Zool., Univ. Michigan, 120:1–68.

HSU, T. C., AND M. L. JOHNSON.  1970.  Cytological distinction between *Microtus montanus* and *Microtus canicaudus*. J. Mamm., 51:824–826.

JANNETT, F. J., JR., AND J. Z. JANNETT.  1974.  Drum-marking by *Arvicola richardsoni* and its taxonomic significance. Amer. Midland Nat., 92:230–234.

KENDEIGH, S. C.  1961.  Animal ecology. Prentice-Hall, Englewood Cliffs, New Jersey, 468 pp.

KOPLIN, J. R., AND R. S. HOFFMANN.  1968.  Habitat overlap and competitive exclusion in voles (*Microtus*). Amer. Midland Nat., 80:494–507.

KURTÉN, B., AND E. ANDERSON.  1980.  Pleistocene mammals of North America. Columbia Univ. Press, New York, 442 pp.

LAWRENCE, M. A.  1982.  Western Chinese arvicolines (Rodentia) collected by the Sage Expedition. Amer. Mus. Novitates, 2745:1–19.

MARTIN, L. D.  1972.  The microtine rodents of the Mullen assemblage from the Pleistocene of north central Nebraska. Bull. Univ. Nebraska State Mus., 9:173–182.

MARTIN, L. W.  1979.  The biostratigraphy of arvicoline rodents in North America. Trans. Nebraska Acad. Sci., 7:91–100.

BLM_0052160

MARTIN, R. A. 1968. Late Pleistocene distribution of *Microtus pennsylvanicus*. J. Mamm., 49:265–271.

———. 1974. Fossil mammals from the Coleman IIA fauna, Sumter County. Pp. 35–99, *in* Pleistocene mammals of Florida (S. D. Webb, ed.). Univ. Presses Florida, Gainesville, 270 pp.

MURIE, J. O. 1969. An experimental study of substrate selection by two species of voles (*Microtus*). Amer. Midland Nat., 82:622–625.

———. 1971. Behavioral relationships between two sympatric voles (*Microtus*): relevance to habitat segregation. J. Mamm., 52:181–186.

NADLER, C. F., V. R. RAUSCH, E. A. LYAPUNOVA, R. S. HOFFMANN, AND N. N. VORONTSOV. 1976. Chromosomal banding patterns of the Holarctic rodents, *Clethrionomys rutilus* and *Microtus oeconomus*. Z. Saugetierk., 41: 137–146.

NADLER, C. F., ET AL. 1978. Biochemical relationships of the Holarctic vole genera (*Clethrionomys, Microtus,* and *Arvicola* (Rodentia: Arvicolinae)). Canadian J. Zool., 56:1564–1575.

ODUM, E. P. 1971. Fundamentals of ecology. Third ed. W. B. Saunders Co., Philadelphia, 574 pp.

OGNEV, S. I. 1950. Zveri SSSR i prilezhashchikh stran. vol. 7, Glires. Acad. Sci. Moscow-Leningrad. 706 pp. + 15 maps (Engl. Transl. Off. Tech. Serv., 1963).

RAND, A. L. 1954. The ice age and mammal speciation in North America. Arctic, 7:31–35.

RAUSCH, R. L. 1964. The specific status of the narrow-skulled vole (subgenus *Stenocranius* Kashchenko) in North America. Z. Saugetierk., 29:343–358.

RAUSCH, R. L., AND V. R. RAUSCH. 1968. On the biology and systematic position of *Microtus abbreviatus* Miller, a vole endemic to the St. Matthew Islands, Bering Sea. Z. Saugetierk., 33:65–99.

REPENNING, C. A. 1980. Faunal exchanges between Siberia and North America. Canadian J. Anthropol., 1:37–44.

SAINT GIRONS, M.-C. 1973. Les mammifères de France et du Benelux. Doin, Paris, 481 pp.

SCLATER, P. L. 1858. On the general geographical distribution of the members of the class Aves. J. Proc. Linn. Soc. (Zool.), 2(for 1857):130–145.

SHELFORD, V. E. 1963. The ecology of North America. Univ. Illinois Press, Urbana, 610 pp.

UDVARDY, M. D. F. 1969. Dynamic zoogeography with special reference to land animals. Van Nostrand Reinhold Co., New York, 445 pp.

———. 1975. World biogeographic provinces. Map, *in* A classification of the biogeographic provinces of the world. Internatl. Union Conserv. Nature and Nat. Resour. (IUCN), Occas. Paper, 18.

VAN DER MEULEN, A. J. 1978. *Microtus* and *Pitymys* (Arvicolidae) from Cumberland Cave, Maryland, with a comparison of some New and Old World species. Ann. Carnegie Mus., 47:101–145.

WALLACE, A. R. 1876. The geographical distribution of animals. Harper and Bros., New York, 1:1–503; 2:1–607.

WILEY, E. O. 1981. Phylogenetics. J. Wiley and Sons, New York, 439 pp.

WOODS, C. A., W. POST, AND C. W. KILPATRICK. 1982. *Microtus pennsylvanicus* (Rodentia: Muridae) in Florida: a Pleistocene relict in a coastal salt marsh. Bull. Florida State Mus., 28:25–52.

YOUNGMAN, P. M. 1975. Mammals of the Yukon Territory. Natl. Mus. Nat. Sci. (Canada), Publ. Zool., 10:1–192.

BLM_0052161

# MACROANATOMY

## Michael D. Carleton

### Abstract

OUR basic knowledge of the morphology of *Microtus* has accumulated incidentally in the pursuit of greater taxonomic understanding of the genus, its morphological limits, and its position within the web of kinship to other Arvicolidae. Although systematists have focussed by far their greatest attention on variation in the dentition and cranial skeleton of *Microtus,* a rich amount of information is available for less traditional character complexes, such as the musculature, alimentary canal, and reproductive tract. In this chapter, that morphological information is reviewed under the headings of six organ systems—Integument, Skeleton and External Form, Musculature, Circulatory System, Digestive System, and Reproductive System—and presented within both a functional context and a phylogenetic framework. Many aspects of *Microtus* anatomy, particularly the cranial skeleton, associated masticatory musculature, and dentition, have been linked directly or indirectly to selection for exploitation of a herbivorous trophic niche, and species of *Microtus* are generally viewed as among the more derived of Arvicolidae with respect to character state development of such features. Curiously though, the genus *Microtus* as currently recognized seemingly lacks any uniquely derived traits that serve to unambiguously distinguish it from other Arvicolidae. Of the approximately 71 characters that have been distilled from various morphological and taxonomic investigations of Arvicolidae, the character states exhibited by specimens of *Microtus* are either primitive for Muroidea (22) or Arvicolidae (27), or variously shared with other arvicolid genera (22). Instead, the identification of *Microtus* historically has been defined polythetically. These observations lend support to the viewpoint that *Microtus* is at best a paraphyletic taxon.

116

## Introduction

Perhaps no other group of rodents within Muroidea, an assemblage numbering some 250 genera and over 1,000 species, possesses so distinctive a form as the Arvicolidae. Whether one considers species so disparate as the muskrat and bog lemming, the quality of "microtineness" is nonetheless penetrative: robust animals with short legs and tails, blunt muzzles, diminutive pinnae, and small eyes. The prismatic, hypsodont cheekteeth are definitive. Despite the priority of the family-group name Arvicolidae, voles of the genus *Microtus*, by their speciosity and ecological abundance, qualify as the morphotypical representatives of the family. This chapter explores the macroanatomy of that genus.

Mere description of form, the repetition of morphological terms and facts, is an unenlightening, not to mention boring, exercise. Morphology finds its heuristic expression in the taxonomic and functional insights that it provides to systematic biology, and it is this dualistic quality that keeps the study of morphology fresh and dynamic. As this chapter demonstrates, much of our knowledge of the gross anatomy of *Microtus* was incidentally generated in the pursuit of greater taxonomic comprehension of the group. Function, as a separate consideration, more often seemed to emerge as an afterthought from such taxonomically motivated discovery of morphological variety. Accordingly, in reviewing the morphological literature on *Microtus*, I seek to present information within both a phylogenetic framework and a functional context. Several hierarchical levels of relationship are pertinent to our morphological conception of the taxon *Microtus*. Of particular interest here are the anatomical variation exhibited by species constituting the genus, the diagnostic properties of *Microtus* with respect to other genera of Arvicolidae, and the distinctive attributes shared by *Microtus* and other Arvicolidae as members within the broader sphere of the vast and diverse Superfamily Muroidea.

The cranial and dental illustrations that grace these pages were rendered by Janine Higgins, whose careful work and attention to detail I much appreciate. The figures are based on specimens housed in the National Museum of Natural History. Jean Smith patiently typed the various drafts of the manuscript. I dedicate this chapter to David J. Klingener, former major professor, who first introduced

BLM_0052163

118     *Carleton*

me to the delights of rodent anatomy through a manuscript for a chapter he had written on *Peromyscus* anatomy. The invitation to author this chapter on *Microtus* was consequently received and accepted with pleasure and a sense of somehow coming full circle.

## Integument

Species of *Microtus* are a rather sombre-colored lot. The pelage of most matches some shade of brown, varying from light, sometimes grayish, to very dark, almost blackish. Bright splashes of color are primarily limited to the yellow or rust-colored noses observed in *M. chrotorrhinus* and *M. xanthognathus*. The fur texture is likewise unremarkable, being moderately thick, long, and lax in the majority of species. The longer guard hairs and dense, wooly underfur of the water vole (*M. richardsoni*) and the short, finely-dense, "molelike" pelt of species of the subgenus *Pitymys,* constitute the prinicipal textural variants within the genus. Unlike pelage texture and color, more systematic attention has been focussed upon other cutaneous features, namely skin glands, the Meibomian glands of the eyelids, and the plantar footpads.

*Skin Glands*

Differences in pelage texture, color, density, and length usually indicate the location of hypertrophied sebaceous glands, which exude an odiferous, lipidic substance. The glands undergo rapid differentiation coincident with puberty, are typically better developed in males but may be equally pronounced in both sexes, are highly sensitive to androgen levels, and function in dispersing scents that mediate many crucial aspects of arvicolid behavior (for example, individual recognition, territory, social dominance, reproductive condition, and breeding status).

Early students of arvicolid systematics, such as Bailey (1900) and Miller (1896), accorded taxonomic significance to the presence–absence and location of the skin glands and incorporated this variation into their identification keys, a variation still used in taxonomic keys (Hall, 1981). Howell (1924) detailed the size, age, and sexual variation of the hip glands in a population of *Microtus montanus.*

Quay (1968) provided the first exhaustive collation of sebaceous

BLM_0052164

patches in Arvicolidae. He identified four zones on the posterolateral region of a vole's trunk where the glands occur: caudal, rump, hip, and flank. Caudal glands exist only in *Dicrostonyx* and rump glands in *Lemmus* and *Myopus* (Claussen, 1975; Quay, 1968). Other arvicolid genera have either flank (most) or hip glands or lack posterolateral glandular development altogether (*Ondatra, Ellobius,* and *Prometheomys*). *Microtus* encompasses species in each of the last three categories, but the glandular occurrence does not accord with current subgeneric alignments. Quay documented hip glands in *Pitymys* and some *Microtus*; flank glands in *Aulacomys, Stenocranius,* some *Microtus,* and possibly *Herpetomys* and *Pedomys*; but discovered no posterolateral glands in *Chilotus, Orthriomys,* and certain *Microtus.* Quay reported that, at high latitudes, all adult male and female *M. oeconomus* possessed well developed hip glands; yet, at more southern localities, the percentage of voles with highly developed glands decreased, especially among females. Quay suggested that this cline may generally apply to North American *Microtus* at the specific and populational levels. Jannett (1975), however, cautioned that, in view of the responsiveness of cutaneous glands to hormonal titres, variation in their development within species could relate to populational differences in the timing and extent of reproductive activity.

The question of the polarity of evolution of glandular zones in Arvicolidae is an interesting one. Quay (1968) reasoned that the breadth of representation of skin glands among arvicolids argues for their early acquisition, probably as flank patches, during their evolution. While the presence of some sebaceous zone in the ancestral arvicolid seems probable, the decreasing histological complexity of the posterior glands and the occurrence of caudal and rump glands only in lemmings, forms otherwise thought to be primitive, suggest that a transformation series from caudal to rump to hip to flank is a plausible alternative. The diverse anatomical locations of the glandular zones presuppose different postures and motions assumed when animals dispense their scents (see, for instance, Jannett and Jannett, 1974; Quay, 1968; Wolff and Johnson, 1979) and may reflect the radiation of arvicolids into dissimilar structural habitats (for example, open tundra, boreal forest floor, grass runways, subterranean tunnels, and river banks). The absence of skin glands in some *Microtus* is considered a derived trait (Jannett, 1975; Quay, 1968). Jannett (1975) stimulated an atypical differentiation of hip

glands in *M. longicaudus* and *M. pennsylvanicus,* species which normally lack such glands, by administering large dosages of exogenous testosterone. He interpreted these results as additional proof that the progenitors of these two voles possessed skin glands and that the cutaneous target zones had lost their sensitivity to physiologically normal androgen levels. His study also underscores the possible evolutionary plasticity of these glandular features and the potential for reversals and convergences. Recently, Boonstra and Youson (1982) and Tamarin (1981) have found hip glands in field populations of *M. pennsylvanicus.*

## Meibomian Glands

The eyelids of arvicolids, like those of other mammals, contain modified sebaceous glands, called Meibomian or tarsal glands. Several authors have revealed differences among arvicolids involving the number, size, and position of these glands, differences which do not correlate with season of capture, sex, or age of the animals (Dearden, 1959; Hrabě, 1977, 1978; Quay, 1954a). Quay's (1954a) study is the broadest taxonomically and encompasses most subgenera of North American *Microtus*. In the primitive condition, the glands are smaller, more evenly spaced, and numerous; species of *Dicrostonyx, Lemmus, Synaptomys, Clethrionomys, Lagurus,* and *Phenacomys* fall into this category (Dearden, 1959; Quay, 1954a). Fewer Meibomian glands with large, uneven gaps between them characterize the progressive condition, as observed in *Arvicola, Ondatra,* and species of *Microtus*. The reduction in glandular number seems to be compensated by an increased size of those that remain, especially the posterior ones which extend beyond the eyelid margin (=extrapalpebral glands). *Microtus* species are surprisingly uniform and generally average between three and six tarsal glands; *M. (Stenocranius) miurus* is the most divergent, having a mean of nine glands. The functional or ecological correlates of this reductional trend remain obscure.

## Plantar Footpads

The number, size, and position of plantar pads or tubercles have been used in taxonomic keys of Arvicolidae (Bailey, 1900; Dukelski, 1927; Hinton, 1926; Miller, 1896). Most genera have either five or six metatarsal pads, but the densely furry soles of *Dicrostonyx*

BLM_0052166

apparently lack pad definition. The maximum number of six pads, probably the plesiomorphic state, consists of four interdigitals, situated near the phalangeal bases, and the thenar and hypothenar, set closer to the heel. Although most genera exhibit a constant number of plantar pads, *Microtus* contains species with either five or six. Miller (1896) and Bailey (1900) employed this variable at the subgeneric level in *Microtus,* identifying *Aulacomys, Chilotus, Herpetomys, Orthriomys, Pedomys,* and *Pitymys* as having five pads, and *Microtus* and *Stenocranius* as having six. The stability of this character within *Microtus* should be more thoroughly documented. Howell (1924), for instance, reported substantial variation in a single population of *M. montanus,* whereas Dukelski (1927) concluded that plantar pad morphology was appropriately conservative for application at lower taxonomic levels. In addition to their obvious functional connotation with respect to locomotion and type of substrate, the plantar pads are sites where sweat glands are localized (Griffiths and Kendall, 1980).

## Skeleton and External Form

### Cranial and External Morphometrics

Mensural data on the skull and external form of *Microtus* is diffusely spread through the literature. The compilation in Table 1 is intended only to introduce the more comprehensive studies that contain tabulations of cranial and external variables; many more sources of measurements exist, particularly in faunistic accounts. Earlier studies often provided measurements of individual specimens but lacked sample statistics. Although many dimensions have been used historically, only some dozen have been consistently recorded (Table 1). Perhaps the preeminence of these variables followed the precedent set by their employment in early studies (for example, Howell, 1924; Kellogg, 1918). More likely, their popularity stems from their repeatability and the ease of positioning the caliper's jaws about the anatomical landmarks which characterize the arvicolid skull (Figs. 1, 2).

Morphological heterogeneity between and within population samples generally has been partitioned into geographic and nongeographic sources of variation, the latter subdivided into variation associated with age, secondary sexual dimorphism, seasonal influ-

BLM_0052167

122    *Carleton*

TABLE 1

CRANIAL DIMENSIONS AND SOURCES OF MENSURAL DATA FOR
NEW WORLD *Microtus*

| Dimension | Literature source and species* |
|---|---|
| **Lengths** | |
| Alveolobasilar | 2, 6 |
| Angular process | 2 |
| Basilar | 1, 5, 12 |
| Bony palate | 1, 5, 12 |
| Condyloalveolar | 3 |
| Condylobasal | 1, 4, 8, 9, 10, 11, 12 |
| Condylobasilar | 1, 2, 3, 6 |
| Condyloincisive | 3, 7, 13 |
| Condylopalatal | 2 |
| Condylozygomatic | 2, 3, 14 |
| Dentary | 1, 12 |
| Diastema | 3, 7, 8, 14 |
| Incisive foramen | 2, 3, 5, 7, 10, 14 |
| Maxillary toothrow (alveolar) | 1, 2, 3, 4, 5, 6, 8, 9, 10, 11, 12 |
| Nasal | 1, 2, 4, 5, 7, 8, 9, 10, 12, 14 |
| Occipitonasal | 1, 4, 8, 12 |
| Palatilar | 4, 6, 8, 14 |
| Rostral | 7, 13, 14 |
| Total toothrow (I1–M3) | 13 |
| **Widths** | |
| Alveolar (across toothrows) | 2, 3 |
| Braincase | 7, 8 |
| Interorbital | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| Interparietal | 1 |
| Lambdoidal | 2, 3, 6, 8, 9, 10, 11, 14 |
| Mastoid | 1, 4, 5, 8, 12, 13 |
| Postpalatal | 5 |
| Prelambdoidal | 6, 8, 11, 13, 14 |
| Rostral | 4, 8, 14 |
| Zygomatic | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| **Miscellaneous** | |
| Cranial capacity | 2, 3 |
| Depth of braincase | 6, 14 |
| Height of skull | 1, 2, 3, 7, 9, 12, 14 |
| Palatofrontal height | 8 |

*   1. Kellogg (1918): *M. californicus.*
    2. Howell (1924): *M. montanus.*

BLM_0052168

ences, and a vague category usually labelled "individual." There are other ways to categorize and view biological variation (see, for example, Mayr, 1969; Yablokov, 1974), but the above divisions illustrate the approach commonly adopted by systematists who have interpreted continuous variation of the skull and external form of *Microtus*. For an appreciation of the evolving treatment of population variation in taxonomic studies of *Microtus,* the reader should consult Anderson (1959), Howell (1924), Snyder (1954), and Choate and Williams (1978). Howell's (1924) exhaustive exposition of variation in a population of *M. montanus yosemite* warrants special mention and, although antiquated in some regards, could serve in any mammalogy course as a didactic introduction to sources of variation in a mammalian species population.

Cranial changes during growth are frequently striking in muroid rodents and especially so in arvicolids. The authors above have qualitatively described the suite of ontogenetic changes in *Microtus*: the skull loses its rounded, fragile conformation and becomes heavier and "squared"; bony processes and ridges, especially the postorbital process and lambdoidal ridge, become strongly expressed and cranial sutures disappear; as the skull enlarges, the proportional relationship of the facial and cranial regions shifts from relatively short rostrum and wide braincase to an elongate, narrower configuration; the weak, narrow zygoma expand and bow laterally; the dorsal curvature of the skull progressively flattens. To reduce age-related biases, investigators have grouped skulls into growth-age cohorts. Because the molars of *Microtus* continuously erupt, stages of tooth wear, used as age indices in other muroid studies,

---

3. Goin (1943): *M. pennsylvanicus.*
4. Hall (1946): *M. longicaudus, M. montanus.*
5. Durrant (1952): *M. longicaudus, M. mexicanus, M. montanus, M. richardsoni.*
6. Anderson (1954, 1956, 1959): *M. montanus, M. pennsylvanicus.*
7. Snyder (1954): *M. pennsylvanicus.*
8. Bee and Hall (1956): *M. miurus, M. oeconomus.*
9. Jones (1964): *M. ochrogaster, M. pinetorum, M. pennsylvanicus.*
10. **Rausch (1964); Rausch and Rausch (1968):** *M. abbreviatus, M. miurus.*
11. Armstrong (1972): *M. longicaudus, M. mexicanus, M. montanus, M. ochrogaster, M. pennsylvanicus.*
12. Kirkland (1977): *M. chrotorrhinus.*
13. Choate and Williams (1978): *M. ochrogaster.*
14. Wilhelm (1982): *M. mexicanus.*

BLM_0052169

124    *Carleton*



Fig. 1.    Lateral view of cranium of male *Microtus* (*Stenocranius*) *miurus*, Alaska. The key that follows defines abbreviations that appear in this figure and in Figs. 2–4.

| Foramina and Fossae | Bones and Processes |
|---|---|
| alc—alisphenoid canal | als—alisphenoid |
| eam—external auditory meatus | alst—strut of alisphenoid |
| fm—foramen magnum | bo—basioccipital |
| fo—foramen ovale | bs—basisphenoid |
| foa—foramen ovale accessorius | fr—frontal |
| hg—hypoglossal | ip—interparietal |
| icf—internal carotid fissure | ju—jugal |
| inc—incisive | lbr—lateral bridge |
| ioc—infraorbital canal | lr—lambdoidal ridge |
| ipm—interpremaxillary | mb—mastoid bulla |
| jg—jugular | mr—median ridge |
| ml—middle lacerate | mx—maxilla |
| mpf—mesopterygoid fossa | na—nasal |
| ms—masticatory | os—orbitosphenoid |
| nlc—nasolacrimal canal | pa—parietal |
| op—optic | pl—palatine |
| pg—postglenoid | pmx—premaxilla |
| plpp—posterolateral palatal pits | pop—postorbital process |
| ppf—parapterygoid fossa | ps—presphenoid |
| ppl—posterior palatine | pt—pterygoid |
| smx—sphenomaxillary | sq—squamosal |
| sph—sphenoidal fissure | tp—tympanic bulla |
| spv—sphenopalatine vacuities | tr—temporal ridge |
| ss—subsquamosal | ts—transverse shelf |
| st—stapedial | zya—zygomatic arch |
| stm—stylomastoid | zyp—zygomatic plate |

BLM_0052170

*Macroanatomy* 125



Fig. 2.    Ventral view of cranium of male *Microtus* (*Stenocranius*) *miurus,* Alaska. For abbreviations, see Fig. 1.

cannot be assigned. As a result, systematists have relied upon cranial dimensions (Howell, 1924), ratios compounded therefrom (Anderson, 1959), or suture closure and ridge development (Choate and Williams, 1978; Klimkiewicz, 1970; Snyder, 1954) in their recognition of age classes. Snyder (1954) and Anderson (1959) constructed ratio diagrams of several cranial variables to portray the amount of age-related change and to identify which variables most quickly attain "adult" dimensions. Cranial breadth, prelambdoidal breadth, height of skull, and interorbital width undergo relatively little modification with age, while rostral, condylobasilar, and alveolobasilar length and zygomatic breadth change dramatically. Gebczynska

BLM_0052171

126    *Carleton*

(1964) monitored growth in cranial dimensions using laboratory-raised *M. agrestis* and verified the same pattern of allometric changes.

Engels (1979) nicely elucidated these allometric properties in the skull of *M. arvalis* by tracing the growth of individual bones. Using discriminant function and canonical variate analyses, he demonstrated that the growth rates of the toothrows and bones of the braincase, orbits, and bullae abate by the postnatal day 22; consequently, their dimensions are comparatively age-invariant following weaning. In contrast, facial bones (nasals, premaxillae, and maxillae) and those of the basicranial axis continue growth over a longer period, contributing a significant age factor to their variability in populations. An axis of decreasing duration of growth exists from anterior to posterior for the dermal roofing bones. The interaction of these developmental tendencies imparts the proportional readjustments that contrast the skulls of juvenile and adult voles as described above.

Secondary sexual differences in size are not conspicuous in *Microtus,* but where such disparity exists, males are the larger sex. Slight size dimorphism has been recorded in *M. chrotorrhinus* (Kirkland, 1977), *M. longicaudus* (Findley and Jones, 1962), *M. mexicanus* (Findley and Jones, 1962), *M. miurus* (Bee and Hall, 1956), *M. montanus* (Anderson, 1959; Howell, 1924), *M. oeconomus* (Bee and Hall, 1956), and *M. pennsylvanicus* (Goin, 1943; Snyder, 1954). Although males consistently average larger than females, the hiatus is usually insignificant statistically, leading investigators to combine measurements of the sexes for analytic purposes (Anderson, 1959; Choate and Williams, 1978; Findley and Jones, 1962; but see Snyder, 1954, for an exception). In addition to averaging larger, authors have commented that males exhibit greater extremes of development, an observation supported by the higher coefficients of variation derived for most cranial variables of the male gender in *M. montanus* and *M. pennsylvanicus* (Anderson, 1959; Goin, 1943; Howell, 1924). In view of the size differences observed in other species, it is interesting that Choate and Williams (1978) discovered no significant sexual dimorphism in *M. ochrogaster,* nor did either sex average consistently larger among their samples. The degree or presence of sexual dimorphism in size should be verified for other species of *Microtus,* and the association of species' mating systems with the extent of dimorphism should be explored.

The contribution of seasonal effects to non-geographic hetero-

BLM_0052172

geneity of population samples has been addressed infrequently but may account for appreciable inter- and intralocality variation, especially among species having northern distributions. Bee and Hall (1956) substantiated remarkable seasonal differences in cranial size and shape for populations of *M. oeconomus* and *M. miurus* inhabiting the arctic slope of Alaska. *Microtus miurus* born in spring and summer possess the narrow braincase and elongate skull characteristic of the subgenus *Stenocranius,* whereas individuals born in late fall and winter resemble the nominate subgenus in cranial conformation. Bee and Hall (1956) attributed these dissimilarities to the rapid growth of spring- and summer-reared animals, fostered by the richer diet and less stressful climate, and cautioned that understanding variation in these northern *Microtus* requires equal assessment of seasonal and geographic effects. Conceivably, the importance of seasonal influences diminishes in more southern and presumably more equable environments, a relationship that could be evaluated by comparing locality samples of a species such as *M. pennsylvanicus,* which has a broad latitudinal distribution.

The residual population variation not explained by age, sexual dimorphism, or season of capture is characterized as "individual," and the sample statistic Coefficient of Variation is often used to convey the amount of this variation. Coefficients of variation for cranial dimensions are usually less than 10.0 and frequently fall between 2.5 and 6.0, but those for external measurements are typically greater (Choate and Williams, 1978; Goin, 1943; Howell, 1924; Snyder, 1954; Wilhelm, 1982). These values fit the broad pattern of variability of linear skeletal measurements distilled from studies of numerous kinds of mammals (Yablokov, 1974). The investigations of Goin (1943) and Snyder (1954) employed the same locality sample of *M. pennsylvanicus* but disclosed quite different magnitudes of individual variation. Snyder noted that this discrepancy probably arose from his use of more restricted age classes and the consequent elimination of some age-related size increases. Rather than an explanatory source of population heterogeneity, variation termed "individual" is more often an all-other category tailored to the convenience and purpose of a specific study and cannot be assumed to reflect the underlying genetic variability intrinsic to the population. Still other factors, either procedural or biological, may be contributive.

The number of subspecies recognized for most species of *Microtus*

BLM_0052173

128 *Carleton*

bears testimony to the occurrence of geographic variation (see Hoff-mann and Koeppl, this volume). In his study of Californian *M. montanus*, Kellogg (1922*a*) observed that his samples are recogniz-able colonies whose center of differentiation corresponds to separate marshy areas. Fortunately, he concluded that formal identification of each variant would only create a nomenclatural morass. Snyder (1954) performed analyses of variance on samples of *M. pennsyl-vanicus pennsylvanicus* and demonstrated significant locality effects for most external and cranial measurements within a restricted geographic area of northwestern Pennsylvania. Furthermore, sam-ples of several subspecies of *M. pennsylvanicus* from northeastern North America collectively exhibited the range of variation docu-mented for just the localized samples of *M. p. pennsylvanicus*, a result which led Snyder to question the purpose of so many sub-species. Findley and Jones (1962) examined patterns of variation among disjunct populations of *M. longicaudus, M. mexicanus,* and *M. montanus* from montane regions of the southwestern U.S. and observed a positive correlation between the amount of geographic variation within a species and the degree of geographical or ecolog-ical restriction of its constitutive populations. Snell and Cunnison (1983) assessed patterns of interpopulational cranial variation of *M. pennsylvanicus* from throughout its range and found that phe-netic distances among populations did not correspond to geographic distances. They concluded that geographic proximity is not a good estimate of isolation of populations, but that other factors (for ex-ample, topographical complexity, intervening unfavorable habitats, and sensitivity to local selection pressures) probably account for the disruption of genetic continuity and maintenance of morphological differences among geographically close populations of *M. pennsyl-vanicus.*

These four cases, drawn from different times and exemplifying different methods and perspectives, are cited not to revive debate on the subspecies concept but to emphasize the demic nature of geographic variation that characterizes populations of *Microtus* and that is expressed in the subtle but demonstrable differences in size and shape between those populations.

As is true for the subspecific category as applied to other mam-mals, the recognition of geographic races of *Microtus* species rests primarily on differences in size, proportion, and pelage color. Few taxonomic studies, however, have attempted to quantify broad geo-

BLM_0052174

graphic trends and objectively delimit subspecific boundaries. Anderson (1959) qualitatively scored coat color in *M. pennsylvanicus* using an exemplar method, mapped the distribution of mean color values, and discerned geographical groupings that aided his delineation of subspecies. Reflectance analyses of pelage color in *M. ochrogaster* from the central Great Plains, however, disclosed no meaningful trends or patterns of racial differentiation (Choate and Williams, 1978). In *M. montanus,* Anderson (1959) detected a geographic trend toward larger-bodied voles from the southern part of its range, a reversal of Bergmann's generalization on ecophysiological affects on body size. Choate and Williams (1978) noted a similar body-cline in *M. ochrogaster.* Snell and Cunnison (1983) more thoroughly explored the relationship of climate and cranial variation in *M. pennsylvanicus,* using several multivariate techniques to assess the effects of 15 climatic variables. They too noted an inverse correlation of size and temperature, extreme low temperature and mean annual number of days with frost being two of the most significant climatic factors explaining cranial variation.

The studies of Choate and Williams (1978), Snell and Cunnison (1983), and Wilhelm (1982) constitute the first extensive use of multivariate methods in collating geographic variation of morphometric variables used to describe *Microtus* populations.

## Qualitative Cranial Features

Besides size and shape, other aspects of cranial morphology have commanded attention in systematic studies of *Microtus,* among them the condition of the posterior palatal area, the occurrence of cranial foramina, and the septal development of the bullar chambers. Although the variation observed in these traits is described as discontinuous, especially as dogmatically used in binary keys, extensive examination has revealed intermediate stages at some hierarchical level of comparison. Some of this heterogeneity fits Berry and Searle's (1963) picture of epigenetic polymorphism, in which variation is realized during ontogeny, perhaps as a result of developmental thresholds for character expression that result in discrete adult phenotypes. Such epigenetic traits may be constant in some species, or even in certain populations of a species, but they exhibit polymorphic variation in others. Hilborn (1974) surveyed the occurrence of some cranial foramina in *M. californicus* and concluded that the

BLM_0052175

130    *Carleton*



Fig. 3. Ventral view of two common palatal arrangements observed in Arvicolidae: left, simple condition as exemplified by *Clethrionomys gapperi,* Virginia; right, complicated configuration as exhibited by *Microtus pennsylvanicus,* Wisconsin. For abbreviations, see Fig. 1.

prevalence of such traits could be used to measure genetical differences between local populations.

In their pioneering studies of arvicolids, Hinton (1926) and Miller (1896) attached particular taxonomic import to the bony architecture of the posterior palatal region. Bailey (1900:10) gave palatal development as a trenchant generic character in his diagnosis of *Microtus*: "Palate with median ridge, distinct lateral pits, complete lateral bridges (not terminating in posterior shelf in any American species)." His description characterizes the more prevalent of the two basic anatomical plans recognized in Arvicolidae (Fig. 3). In the other, the palate terminates as a transverse shelf, with or without a median spine, and the palatal pits extend anteriorly and above the palatal shelf. This arrangement is seen in *Clethrionomys, Eothenomys,* and, to a lesser degree, in *Lemmus.* Although the palatal types seem clearly defined, assignment of genera, species, and sometimes individuals to one condition or the other is sometimes equivocal. Thus, Hooper and Hart (1962) stated that all degrees of intermediacy are found within Arvicolidae, and Rausch (1964) illustrated gradations between the extreme palatal configurations once thought to distinguish Old World *M. gregalis* from New World *M. miurus.* Hinton (1926:16) drew attention to the thick processes of

the maxillary and palatine bones and emphasized this feature as an integral characteristic of arvicolids. The degree of thickness varies within Arvicolidae, however, and this variation seemingly relates to posterior palatal development. As recognized by Hinton, the thickness of the palatal extensions of the maxillaries and palatines correlates with the hypertrophied alveolar cavities of the high-crowned molars. And like the incremental development of hypsodonty observed between genera of arvicolids, it is not surprising that a corresponding gradation in palatal structure exists also.

The incisive foramina in *Microtus* are either broad and oval-shaped at both ends or constricted posteriorly. Anderson (1959) recognized seven states of foraminal shape bridging these extremes and tabulated their frequency of occurrence in 11 species representing five subgenera of *Microtus.* Most species' histograms spanned several character states but always displayed a clear-cut modality. Quay (1954*b*) demonstrated that the posterior constriction is confined to the maxillary portion of the incisive foramina and may become expressed strongly in older animals. In *M.* (*Aulacomys*) *richardsoni,* the posterior closure is so complete that the absolute length of the incisive foramina decreases with age; a slight increase in length represents the normal growth pattern in other *Microtus.* Quay did not speculate on the functional significance of this phenomenon.

The patency of foramina that pierce the base of the alisphenoid bone varies among arvicolids (terminology follows Wahlert, 1974). In the hypothesized primitive state, a strut of the alisphenoid demarcates a medial masticatory foramen, which transmits the masticatory and buccinator branches of the trigeminal nerve (V3), and a posterolateral foramen ovale accessorius, which conducts other branches of V3. This condition obtains in *Ellobius, Eothenomys,* and the lemmings *Lemmus, Myopus,* and *Synaptomys.* In the remaining genera, including most species of *Microtus,* the base of the alisphenoid has a single, spacious opening (Fig. 4), presumably derived by loss of the alisphenoid strut. Berry and Searle (1963) scored the double-foramina condition in 83% of the *Lemmus lemmus* examined, but in only 1% of one population of *Microtus agrestis* and none of another. In conformance with Berry and Searle's results, I discovered that a single opening prevails in most *Microtus* (32 of 35 species examined). Nevertheless, two Old World species, *M. majori* and *M. montebelli,* generally possess discrete masticatory and

BLM_0052177

132   *Carleton*



Fig. 4.   Ventrolateral view of orbital and alisphenoid region of *Microtus oecono-mus*, Alaska (top), and *M. oregoni*, Oregon (bottom), illustrating occurrence of fo-ramina. For abbreviations, see Fig. 1.

BLM_0052178

ovale foramina, and one trans-Beringean species, *M. oeconomus* (Fig. 4), commonly exhibits both, but I did not assay frequencies in detail.

Some uncertainty has attended the identity of another cranial foramen, a small one situated between the maxillary and alisphenoid bones and ventral to the sphenoidal fissure. This foramen transmits a branch of the internal maxillary artery, its continuation in the lower orbit evidenced by a faint groove across the maxillary bone. Within Arvicolidae, the foramen occurs in *Myopus, Synaptomys, Lagurus* (*Lemmiscus*), *Arvicola,* and most species of *Microtus.* Among North American *Microtus,* it is uniformly lacking in *M. oeconomus* (Fig. 4) and variable in *M. pinetorum* and *M. quasiater.* The variable extent of contiguity between the alisphenoid and maxillary bones that encircle this foramen suggests a plausible transformation series associated with the degree of hypsodonty and complementary height of the molar alveolar capsules (Fig. 4). Both Guthrie (1963) and Hinton (1926) observed that the space enclosed by the maxillary-alisphenoid junction is homologous with the ventrolateral portion of the sphenoidal fissure in those arvicolids which lack this accessory foramen. The dorsal extension of the alveolar capsules that accompanied the evolution of extreme hypsodonty resulted in contact of the maxillary palisades with the alisphenoid, thereby sequestering the ventrolateral part of the sphenoidal fissure as a new foramen. Howell (1924) termed the opening the foramen rotundum, but Hill (1935) noted the incorrectness of Howell's designation and instead called it the alisphenoid foramen. Because the latter name invites confusion with the alisphenoid canal, because the opening is not strictly homologous with the anterior end of the alisphenoid canal of other rodents, and because the foramen apparently evolved as a neomorphic trait only in certain arvicolids, I suggest the positional term sphenomaxillary foramen.

The auditory bullae of arvicolids are globose structures (Fig. 2), appearing moderately inflated compared to most cricetines but not matching the outsized proportions seen in many gerbillines. Hooper (1968) examined serial cranial sections of *Lemmus, Synaptomys, Clethrionomys, Neofiber,* and three species of *Microtus,* and discerned three types of middle ear systems, termed the open, intermediate, and closed. In examples of the first (for example, *Clethrionomys*), a large accessory tympanum is present, and the walls of the mastoid and tympanic bullae lack osseous internal septa and spicules, thus presenting an open bullar chamber. In forms exhib-

BLM_0052179

134   *Carleton*

iting the closed system (for example, *Lemmus*), an accessory tympanum is absent, and the interior walls of the mastoid and tympanic capsules bear thick masses of spongy bone that greatly restrict the free space of the chambers. *Microtus* possesses the intermediate type, in which the accessory tympanum consists of a minute arc between the dorsal lamina of the tympanic bone, and the bullar walls have moderate amounts of cancellous partitions and struts. Even within the "intermediate" category, species of *Microtus* vary appreciably in the density and completeness of these bony projections: sparse in the subgenus *Orthriomys*; moderate in *Aulacomys, Herpetomys, Pedomys,* and some *Microtus*; and high in *Chilotus, Pitymys, Stenocranius,* and many *Microtus.*

The bony meshwork of the bullae reduces the unobstructed space behind the tympanic membrane. Simkin (1965) postulated that the cancellous bone functions as an acoustic filter, dampening out biologically unimportant frequencies from the animal's environment. His suggestion seems compatible partially with Fleischer's (1978) idea that the cancellous network acts to suppress undesirable resonances in a middle ear with a reduced cavity volume. Simkin (1965) associated the spongy bullae with mammals living in close habitats, such as the bogs, grassy tunnels, and subnivean galleries occupied by arvicolids; however, Hooper (1968) concluded that the ecological correlates of arvicolids with dissimilar middle ear anatomies were ambiguous. The presence of an accessory tympanum augments the receptor surface of the tympanic membrane and probably enhances the middle ear transformer ratio. Comparative studies of auditory sensitivity using *Clethrionomys, Microtus,* and *Lemmus,* may offer some insight to these variations.

Two configurations of the malleus, denoted as the parallel and perpendicular types, have been documented in Muroidea (Cockerell et al., 1914; Fleischer, 1978). The two anatomical plans derive their names from the parallel or perpendicular orientation of the blade of the manubrium to the rotational axis of the malleus-incus complex. The parallel type characterizes New World cricetines and murines, whereas the perpendicular morphology occurs in gerbillines and arvicolids. Cockerell et al. (1914) considered the parallel malleus as primitive, but Fleischer (1978) derived both kinds from a state called the "ancestral type," which resembles the parallel morphology except for the lack of an orbicular apophysis. The conformational rearrangements that define the perpendicular mal-

BLM_0052180

leus, such as found in *Microtus,* lessen the tortional stiffness of the malleus-incus complex, suggesting a middle ear complex better attuned to low frequency sounds (Fleischer, 1978).

*Postcranial Skeleton*

Compared to the cranium the postcranial skeleton of arvicolid rodents has attracted less attention in systematic and functional studies. Carleton (1980) found that *M. pennsylvanicus* possess 13 thoracic and 6 lumbar vertebrae, a count typical of other arvicolids and Old and New World cricetines, and suggested that this ratio represents the primitive condition in Muroidea. The numbers of thoracics (and associated ribs) and lumbars in other muroids range from 12 to 15 and 6 to 7, respectively. The reason for this diversity in vertebral and rib number has not been explored. Another feature of the axial skeleton shared by all arvicolids is the lack of a pronounced vertebral spine on the neural arch of the second thoracic vertebra (Carleton, 1980). An hypertrophied spine arises from the second thoracic vertebra in other muroids and serves as the origin of the nuchal ligament and part of the splenius muscle, which inserts along the lambdoidal ridge of the skull. The loss of this spine in *Microtus* and other arvicolids intimates changes in posture and mobility of the head.

Investigators have demonstrated the utility of the pelvis for identifying, sexing, and aging *Microtus* recovered from owl pellets (Brown and Twigg, 1969; Dunmire, 1955; Guilday, 1951; Hecht, 1971). Brown and Twigg (1969) and Dunmire (1955) were able to discriminate adult male and female *Microtus* using dimensions and ratios of the innominate bones, which undergo slight modifications at sexual maturity in males but change dramatically in females as a result of resorption and remodelling at the pubic symphysis. Mensural overlap and consequent uncertainty of gender were restricted to prepubertal individuals. The pelvic changes that signal pregnancy and parturition allowed Brown and Twigg (1969) to define non-parous, uniparous, and multiparous female cohorts. Brown and Twigg also identified several pelvic features that distinguish British Muridae from Arvicolidae.

Carleton (1980) noted that *Microtus pennsylvanicus* lack an entepicondylar foramen on the humerus. All arvicolids examined (14 genera, including 22 species of *Microtus*) support this observation,

BLM_0052181

suggesting that foramen loss is characteristic of the family. Its occurrence in other Muroidea is sporadic: present in gerbillines, most Old World cricetines, most North American cricetines, and many murines; absent in arvicolids, South American cricetines, and many murines. Anatomists have debated whether the foramen protects the filiform structures (median nerve and sometimes the brachial artery) that traverse it, or whether its occurrence reflects muscular-skeletal changes affecting the distal humerus. Landry (1958) rejected both notions and argued that the foramen acts as a retinaculum, which restrains the median nerve from sagging across the elbow joint, especially in mammals with a deep, loose axilla. Although his explanation may account for the foramen's variation in some mammals, it inadequately accommodates the Muroidea, species of which generally have a loose investiture of skin about the axilla but nonetheless vary in foramen occurrence.

Stains (1959) examined the calcanea of *M. pennsylvanicus, M. ochrogaster,* and *M. pinetorum,* and remarked on the distal placement of the trochlear process, a shelf-like buttress for the peroneus longus tendon, in arvicolids as compared to other muroids. The distal shift of the trochlear shelf intimates adjustments in the lever action of the peroneus longus, an important flexor of the foot.

## Musculature

Studies of arvicolid musculature have emphasized the branchiomeric complex because of interest in masticatory accommodations associated with a herbivorous trophic niche. Howell (1924) provided brief descriptions of the jaw muscles in *Microtus montanus* and concluded that adult cranial morphology mirrors the mechanical forces exerted during ontogenetic development of muscular attachments, which in turn are related to the animal's food and feeding mode. Repenning (1968) presented a more detailed picture of the masticatory musculature of *M. longicaudus.* In particular, he noted that the insertion of the masseter medialis, pars anterior, onto the ascending mandibular ramus imparted a conspicuous depression, which he designated the "arvicoline groove." Repenning stressed the importance of this character as a marker to discriminate early microtines from dentally progressive cricetines in the fossil record. The bulk of our knowledge of myological variation in the Arvicolidae issues from the work of Kesner (1977, 1980).

BLM_0052182

In his functional analysis of jaw muscles, Kesner (1980) identified correlates of the propalinal mastication (motion of the mandible primarily in an anterior-posterior direction) so highly evolved in arvicolids. In contrast to a generalized cricetine pattern, he concluded that the anterior vector component of the superficial masseter, masseter lateralis profundus, and internal pterygoid and the vertical component of the medial temporalis are strongly pronounced. These differences in muscle action, achieved through changes in fiber orientation and muscle bulk, shifts in origins and insertions, and remodeling of the cranium and dentary, synergistically operate to enhance the longitudinal grinding of the dental batteries in arvicolids. Kesner highlighted the role played by the central tendon of the medial temporalis in propounding his "propalinal swing" hypothesis of arvicolid feeding mechanics. The central tendon attaches to the postorbital process, a bony crest on the squamosal of arvicolids; muscle fibers originating from this tendon insert into the temporal fossa of the dentary. He postulated that the postorbital-crest tendon of the temporalis functions as a suspensory sling for the mandible, uniformly transmitting vertical compressive forces throughout the arc of mandibular excursion, while other muscles (superficial masseter, masseter lateralis profundus, and internal pterygoid) supply the major protrusive action of the lower jaw. Species of *Microtus*, as well as *Ondatra* and *Neofiber,* have a long, well-developed postorbital-crest tendon compared to the shorter condition observed in *Phenacomys* and *Lagurus.*

The attachment of the hyoid apparatus to the cranium occurs by two basic kinds of suspensory arrangements among Muroidea, although some intermediate conditions have been described (Kesner, 1977; Klingener, 1968; Rinker, 1954; Sprague, 1941). In the plesiomorphic state, a stylohyal cartilage forms a ligamentous connection to the wall of the stylomastoid foramen, a discrete jugulohyoideus muscle inserts upon the end of the stylohyal, and the stylohyoideus originates broadly from the same cartilage. This configuration typifies *Clethrionomys, Phenacomys, Lemmus, Synaptomys,* and *Dicrostonyx* within Arvicolidae (Kesner, 1977). In the derived state, the stylohyal is absent or greatly reduced, as is the jugulohyoideus, and the stylohyoideus muscle originates from the paroccipital process and a fascial sheet that now supports the hyoid complex. This morphology is exemplified by *Ondatra, Lagurus,* and *Microtus.* The functional consequences of these evolutionary trans-

BLM_0052183

138    *Carleton*

formations are unknown; one can only surmise that they relate to powers of vocalization or perhaps to mastication and deglutition.

In his study of generic affinities, Kesner (1977) sampled myological diversity of the jaw, hyoid, and pectoral limb regions. He determined character state polarities for 47 muscles in *Microtus* (three North American species) and nine other arvicolid genera and performed several multivariate analyses. Compared to representative cricetines, arvicolids possess synapomorphies in the presence of a medial insertion of the masseter lateralis profundus, development of the postorbital-crest tendon of the temporalis, a robust internal pterygoid, reduction of the tendinous arcade of the digastric, and the insertion of the pectoralis minor onto the coracoid process. Of the species of *Microtus* examined (*pennsylvanicus, pinetorum,* and *richardsoni*), *M. richardsoni* is the most differentiated and Kesner supported its transfer to *Arvicola*. He further recommended that the complexity of relationships suggested by muscular variation is best conveyed by a multitribal classification of Arvicolidae.

## Circulatory System

Our comparative anatomical knowledge of the circulatory system in Muroidea is mostly limited to the cephalic arterial blood supply, probably a reflection of the desire to establish homologies and functions of the cranial foramina often employed as taxonomic characters in studies of Rodentia. Variations in carotid circulatory patterns, particularly the branching of the stapedial artery, critically bear on the occurrence of some cranial foramina as detailed in the studies of Bugge (1970) and Guthrie (1963).

A complete carotid circulation is thought to represent the ancestral muroid condition. The stapedial artery separates from the internal carotid near the tympanic bulla, which it enters via the stapedial foramen. Inside the bulla, the stapedial bifurcates: the opthalmic branch crosses the inner surface of the squamosal bone, its pathway marked by a faint groove, and enters the orbit through the sphenofrontal foramen; the internal maxillary branch emerges from the bulla at the petrotympanic fissure, reenters the skull through the alisphenoid canal, and passes into the orbit through the sphenoidal fissure. This circulatory arrangement characterizes Old World cricetines, many New World cricetines, and some nesomyines. For a thorough depiction of the intricate carotid circulation,

BLM_0052184

the reader should consult Bugge (1970), Guthrie (1963), and Klingener (1968).

Reductions of the stapedial artery occur in the Arvicolidae, Gerbillinae, Murinae, and some New World Cricetinae. Guthrie (1963) portrayed the carotid circulation of *Microtus pennsylvanicus,* and Bugge (1970) dissected *M. agrestis* plus examples of *Lemmus, Clethrionomys,* and *Arvicola.* In all, the proximal portion of the opthalmic artery is absent and so too are the sphenofrontal foramen and squamosal groove. Instead, the distal part of the opthalmic originates from the internal maxillary and exits the cranium through the lower part of the sphenoidal fissure. The stapedial artery and foramen remain large since the internal maxillary constitutes the continuation of the stapedial outside of the tympanic bulla. Examination of skulls of other arvicolids suggests that this pattern is found in all except *Synaptomys, Myopus,* and *Lemmus.* These lack a stapedial foramen and may therefore have an arterial configuration resembling that reported in *Sigmodon* (Bugge, 1970), in which both the opthalmic and internal maxillary anastomose with the internal carotid but still emerge via the sphenoidal fissure. In this condition, the importance of the stapedial artery to the orbital circulation is greatly diminished.

No other mammalian order exhibits variation in carotid circulation like that encountered in the Rodentia (Bugge, 1970), but the reason for this diversity is poorly understood. Guthrie (1963) implicated the freer movement of the mandible in the glenoid fossa and the consequent stress this masticatory innovation applied to the primitive carotid arrangement. His explanation focussed on variation in the origin of the internal maxillary artery across all Rodentia and seems inapplicable to the patterns observed in Muroidea. However, his account of the probable mechanism whereby this diversity was realized phylogenetically is pertinent. In rodents, the embryonic carotid vessels consist of remnants of the primitive aortic arch circulation. Interspecific variation in the adult circulatory pattern partly results from the persistence of certain embryonic connections and the atrophy of others (Bugge, 1970; Guthrie, 1969). Thus, the existence of alternative pathways permits some developmental plasticity in the configuration of the blood circuit. In this light, it is instructive to remember that selection for propalinal mastication and bullar hypertrophy, as exemplified by *Microtus,* has produced major restructuring of the cranium, particularly involving those

BLM_0052185

140    *Carleton*

skull regions where bifurcation of the carotid arteries occurs. The enlarged pulp cavities of the hypsodont teeth, the excavation of the parapterygoid fossae for the internal pterygoid muscles, and the expansion of the tympanic bullae have profoundly affected the morphology of the alisphenoid and otic regions, which contain the critical foramina for several primary carotid branches. Perhaps the search for a functional explanation for the variability in carotid circulation among Muroidea will lie in the specific skeletal and muscular adaptations peculiar to each group and the circulatory accommodations such evolutionary changes have imposed.

A large venous plexus continuous with veins of the nasal chamber occupies the maxillary (posterior) portion of the incisive foramina. Quay (1954*b*) termed this network the nasopalatine venous plexus and noted that its branches penetrate the incisive papillae, which elevate the openings of the nasopalatine ducts. The nasopalatine complex is drained by the posterior palatine veins, which course along furrows on the bony palate and conjoin the internal maxillary via the posterior palatine foramina. Modification of the nasopalatine venous plexus is suggested for those *Microtus* (for example, *richardsoni* and *montanus*) with posteriorly constricted incisive foramina.

## Digestive System

### Dentition

Whether viewed from a paleontological or neontological perspective, the meristic quality of cheektooth variations has continually appealed to students of arvicolid evolution and early established this character suite as the *sine qua non* of their systematics. Hinton (1926:22) succinctly catalogued the dental features that investigators have relied upon, to one degree or another, over the past century:

The difference in the number, form, and relative size of the triangles and salient angles, the degree to which the dentinal spaces are open to or closed off from each other, the greater or less complexity of the anterior loop in $M_1$ and of the posterior loop in $M^3$, the distribution and nature of the enamel sheet in different parts of the periphery, the presence or absence of cement, and above all the circumstance whether the cheek-teeth are

BLM_0052186

of persistent or of limited growth *i.e.,* rooted or rootless;—all these, when used with discretion, afford excellent characters for the distinction of genera and species.

With regard to each of these characters, *Microtus* is among the more progressive genera in the family.

The molar teeth of Arvicolidae stand as the foremost example of hypsodont development within the Muroidea. Their hypsodonty involves a vertical elongation of the entire crown (denoted coronal hypsodonty) in contrast to a pronounced extension of the individual cusps, or tubercular hypsodonty. The transformation from a rooted, high-crowned tooth to an "evergrowing" one, in which the pulp cavity of the root retains its generative function throughout an individual's lifetime marked a major threshold in the evolution of the arvicolid molar. The few arvicolids that now possess rooted molars, generally viewed as an indicator of primitiveness, include *Clethrionomys, Dinaromys, Ellobius, Ondatra, Phenacomys,* and *Prometheomys;* some of these develop closed roots only as old adults. The remaining taxa, including all species of *Microtus,* have continuously growing, "rootless" cheekteeth. Early fossil arvicolids lacked cement in the reentrant folds, a condition which persists in several extant genera (for example, in *Dicrostonyx* and *Lagurus*); however, prominent cement buttresses line the reentrant angles of *Microtus* molars. For discussion of the complex histological rearrangements that necessarily accompanied selection for persistently-growing, hypsodont molars, see Phillips (this volume).

The occlusal surfaces of the molars consist of dentine basins enclosed by enamel triangles, the number, shape, and completeness of which have been stressed in studies of arvicolid relationships. Generally a tooth has an anterior loop (also called the "trefoil"), a series of alternating salient angles and reentrant folds, and a posterior loop (Fig. 5). If the enamel border of a salient angle extends across the tooth to contact its opposite member, the wholly enclosed enamel prism is termed a closed triangle; if the dentine of contiguous salient angles remains confluent, those prisms are designated open triangles. The metameric nature of arvicolid cheekteeth has discouraged attempts to homologize cusps following the Cope-Osbornian tribercular system. Instead, an alphanumeric system has been employed to designate the molar components and to facilitate comparisons (Hinton, 1926; Klimkiewicz, 1970; Koenigswald, 1980; Martin, 1973; Oppenheimer, 1965). Most meristic conventions have

BLM_0052187

142    *Carleton*



FIG. 5.  Occlusal view of the upper right (left) and lower left (right) molar toothrows of *Microtus pennsylvanicus* (from Virginia) illustrating one possible alpha-numeric labelling scheme. Abbreviations are: AL, anterior loop; PL, posterior loop; TLs, transverse loops; a–g, reentrant folds; 1–5, salient angles of closed triangles; 6–7, salient angles of open triangles.

followed Hinton's (1926) scheme for labelling the triangles, salient angles, and reentrant angles from anterior to posterior in the upper molars and from posterior to anterior in the lowers, after first indicating the anterior and posterior loops (Fig. 5).

BLM_0052188

Variation in the upper third and lower first and second molars broadly defines two occlusal patterns among North American *Microtus*. One pattern, as exemplified by the subgenera *Herpetomys, Orthriomys, Pedomys,* and *Pitymys* consists of two closed and one open triangle in M3, only three closed triangles in m1, and two closed and two open triangles in m2 (Table 2). The subgenera *Aulacomys, Microtus,* and *Stenocranius,* on the other hand, are characterized by at least three closed triangles in M3, usually five entire triangles in m1, and four closed triangles in m2 (Table 2). In each pairwise comparison, the presumably homologous elements are identifiable for each tooth (Fig. 6). These two patterns represent the primary foci of dental variation in the genus and were used traditionally to delineate the subgenera (Bailey, 1900; Miller, 1896). Still other molar configurations have been recognized as taxonomically important, especially the presence of two closed triangles in the m3 of *Orthriomys* and *Herpetomys,* the development of a posteromedial loop in the M2 of some *Microtus,* and the greater complexity of the M3 of *M. chrotorrhinus* (Table 2, Fig. 6). The presence of poorly developed triangles has been cited frequently for the separate generic status of *Pitymys,* a taxonomic opinion more often espoused by paleontologists and European workers (for example, Corbet 1978; Zakrzewski, this volume) than by North American mammalogists (for example, Anderson, this volume; Hall, 1981). However, the gradational character of dental variation in the group complicates such a diagnostic yardstick for generic limits, for it at once brings to issue the status and relationship of other subgenera (for example, *Chilotus, Herpetomys,* and *Pedomys*) and even species of typical *Microtus* (for example, *M. oeconomus*), whose dentition exhibits comparable degrees of divergence.

In view of the taxonomic weight traditionally accorded arvicolid dental morphology, it appears somewhat incongruous that every author who has scrutinized their dentition has remarked upon the tremendous individual variation, sometimes seen bilaterally on an individual, and the fine structural gradations within and between populations. Nonetheless, species and populations display a sharp modality in occlusal configuration, and the conspicuous variation typically involves only particular areas of two molars. Hinton's (1926) claim that the dental pattern of an individual's cheekteeth became altered with age and wear was disproved by Oppenheimer (1965), who found no appreciable difference in the pattern of a

TABLE 2
PRINCIPAL DENTAL VARIATION IN NEW WORLD *Microtus*

| Subgenus and species | M2 | | | M3 | | | | m1 | | | | m2 | | m3 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3cT | 3cT + 1oT | 4cT | 2cT | 2c + 1oT | 3cT | 3c + 2oT | 3cT | 4cT | 5cT | 6cT | 2c + 2oT | 4cT | 3TL | 2TL + 2oT | 2TL + 2cT |
| *Aulacomys* | | | | | | | | | | | | | | | | |
| *richardsoni* | X | | | | X | (X) | | | | X | (X) | | X | X | | |
| *Chilotus* | | | | | | | | | | | | | | | | |
| *oregoni* | X | | | | X | | | | | X | | X | | X | | |
| *Herpetomys* | | | | | | | | | | | | | | | | |
| *guatemalensis* | X | | | | | X | | X | | | | | X | | | X |
| *Microtus* | | | | | | | | | | | | | | | | |
| *breweri* | | | X | | | X | | | | X | | | X | X | | |
| *californicus* | | X | (X) | | | X | | | | X | | | X | X | (X) | |
| *canicaudus* | X | | | | | X | | | | X | | | X | X | | |
| *chrotorrhinus* | X | | | | | | X | | | X | | X | (X) | X | | |
| *longicaudus* | X | | | | | X | | | | X | (X) | | X | X | | |
| *mexicanus* | X | | | | | X | | | | X | | | X | X | | |
| *montanus* | | X | (X) | | | X | | | | X | (X) | | X | X | | |
| *nesophilus* | | X | | | X | | | | | X | | | X | X | | |
| *oaxacensis* | X | | | | | | X | | | X | | | X | X | | |
| *oeconomus* | X | | | | | X | | | X | (X) | | | X | X | | |
| *pennsylvanicus* | | (X) | X | | | X | | | | X | (X) | | X | X | | |
| *townsendii* | X | | | | | X | | | | X | | | X | X | | |
| *xanthognathus* | X | | | | | X | | | | X | | | X | X | | |

BLM_0052190

TABLE 2
CONTINUED

| Subgenus and species | M2 | | | M3 | | | | m1 | | | | m2 | | m3 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3cT | 3cT + 1oT | 4cT | 2cT | 2c + 1oT | 3cT | 3c + 2oT | 3cT | 4cT | 5cT | 6cT | 2c + 2oT | 4cT | 3TL | 2TL + 2oT | 2TL + 2cT |
| *Orthriomys* | | | | | | | | | | | | | | | | |
| *umbrosus* | X | | | | X | | | X | | | | X | (X) | | | X |
| *Pedomys* | | | | | | | | | | | | | | | | |
| *ochrogaster* | X | | | X | | | | X | | | | X | | | X | (X) |
| *Pitymys* | | | | | | | | | | | | | | | | |
| *pinetorum* | X | | | X | | | | X | | | | X | | X | | |
| *quasiater* | X | | | (X) | X | | | X | | | | X | | X | | |
| *Stenocranius* | | | | | | | | | | | | | | | | |
| *abbreviatus* | X | | | | X | | | | | X | | X | | X | | |
| *miuris* | X | | | | X | | | | | (X) | X | (X) | X | X | | |

Abbreviations: c, closed; o, open; T, triangles; PL, posterior loop; TL, transverse loop; X, prevalent character state of species; (X), common variant of species.

BLM_0052191

146    *Carleton*



Fig. 6.   Occlusal view of principal molar variants in species of *Microtus* (see also Table 2). $M^2$ (=M2): a, *M. (Pedomys) ochrogaster*; b, *M. (Microtus) pennsylvanicus*. $M^3$ (=M3): a, *M. (Pedomys) ochrogaster*; b, *M. (Microtus) pennsylvanicus*; c, *M. (Microtus) chrotorrhinus*. $M_1$ (=m1): a, *M. (Orthriomys) umbrosus*; b, *M. (Microtus) oeconomus*; c, *M. (Microtus) pennsylvanicus*; d, *M. (Stenocranius) miurus*. $M_2$ (=m2): a, *M. (Pedomys) ochrogaster*; b, *M. (Microtus) pennsylvanicus*. $M_3$ (=m3): a, *M. (Microtus) pennsylvanicus*; b, *M. (Orthriomys) umbrosus*.

BLM_0052192

single tooth abraded to simulate various stages of wear. In his sem-
inal classification of voles and lemmings, Miller (1896) estimated
that 75 percent of the individuals of a given species conform to a
"normal" pattern. Figures and frequency tabulations of molar vari-
ation are available for *M. chrotorrhinus* (Guilday, 1982; Martin,
1973), *M. longicaudus* (Kellogg, 1922b), *M. montanus* (Howell, 1924;
Kellogg, 1922a), *M. pennsylvanicus* (Goin, 1943; Guilday, 1982;
Guthrie, 1965; Klimkiewicz, 1970; Miller, 1896; Oppenheimer,
1965), and *M. xanthognathus* (Guilday, 1982) among New World
*Microtus*.

The notion of a polarity of variation has emerged from these
studies, as witnessed by the greater variability repeatedly affirmed
for the lower first and upper third molars. Thus, an axis of increas-
ing variation exists from front to back in the upper toothrow and
from back to front in the lower one; in addition, the same direction
of variation obtains for the anterior and posterior moieties of the
individual molars composing the toothrows. The magnitude of these
polarities was exhaustively verified by Guthrie (1965), who mea-
sured 42 dimensions of the molars in *M. pennsylvanicus*. He re-
corded higher variation coefficients for the posterior halves of the
upper molars and anterior halves of the lowers, and found those of
the posterior part of M3 and front part of m1 to be extraordinarily
high. Guthrie concluded that the extreme variation is confined to
those molar segments experiencing the most phylogenetic change
and hypothesized that such variation is exposed as a result of di-
rectional selection breaking up previously balanced, polygenic link-
age systems. Hinton (1926) opined that the greater variability of
m1 and M3 correlated with their terminal position in the toothrows,
but his explanation failed to account for the stability of M1 and
m3 at the opposite ends. Guthrie (1965) modified Hinton's surmise
by observing that it is the inherently labile primordia of m1 and
M3 which remain unobstructed, whereas the homologous sections
of the other molars abut the stable loop of the contiguous teeth.
Niethammer (1980) shifted the causal explanation to a functional
basis, noting that the surfaces of m1 and M3 do not continuously
occlude during a chewing orbit; as a result of less masticatory in-
volvement in use of these teeth, their terminal portions are, in some
sense, functionally unencumbered and more sensitive to selection
for increased complexity and length.

Several studies have documented clinal variation in molar pat-

BLM_0052193

148    *Carleton*

tern. In the Eurasian vole *M. arvalis,* Stein (1958) showed that
northern populations have a greater frequency of simpler upper
third molars (fewer salient angles) compared to southern popula-
tions, where a relatively complex pattern dominates. He related the
geographic trend to habitat quality, the northern populations oc-
cupying more forested areas and the southern ones mostly inhab-
iting grassland biomes. Jorga (1974) observed greater molar vari-
ation in populations of *M. oeconomus* from the southern periphery
of its range, where one might presume the habitat to be suboptimal.
Semken (1966) discovered that the incidence of *M. pennsylvanicus*
with six closed triangles is less in samples from the northeastern
United States than in those from the Great Plains. The apparent
association of dental complexity, and perhaps variability, with eco-
logical setting needs to be rigorously evaluated, a seemingly trac-
table study given the abundance of *M. pennsylvanicus* deposited in
North American collections.

   In light of the undisputed origin of arvicolids from some brachy-
odont cricetid stock, there exists an unexpected amount of disagree-
ment over the direction of evolution of arvicolid molars. Hinton's
(1926) commitment to a multituberculate origin of the Rodentia
persuaded him to view simplification (that is, the loss of enamel
loops and triangles) as the major trend of dental modification in
Arvicolidae. His conclusions apparently influenced others in their
interpretations of patterns of variation at lower taxonomic levels.
For example, Goin (1943) considered the M3 of *M. pennsylvanicus*
as undergoing reduction and that of *M. chrotorrhinus* as resembling
the primitive state. Klimkiewicz (1970), Oppenheimer (1965), and
Zimmermann (1956) similarly affirmed that the variation in their
species' samples validated the reductional trend in size and com-
plexity of arvicolid cheekteeth. The alternative hypothesis of molar
evolution, that is, augmentation of enamel loops and triangles, rests
on more substantial evidence (Guthrie, 1965, 1971; Koenigswald,
1980; Phillips and Oxberry, 1972). For example, Pleistocene forms
of *Microtus* exhibit weaker triangulation, suggesting phyletic in-
crease in enamel complexity leading to Recent species (Guthrie,
1965; Semken, 1966). Moreover, straightforward outgroup com-
parisons and examination of early Pliocene fossils confute the idea
of dental simplification as the derivative morphology. That arvicolid
molar diversification historically followed a trend of multiplication
of enamel folds and angles does not eliminate the possibility of

BLM_0052194

reversal to a simpler state in some lineages. However, identification of such evolutionary reversals will require more definitive corroboration than has been marshalled to date.

The syndrome of dental innovations that appeared in arvicolids is believed to enhance propalinal grinding and thereby to allow greater utilization of the harsh, siliceous grasses that compose the bulk of their diet (Guthrie, 1965, 1971; Hinton, 1926; Koenigswald, 1980; Phillips and Oxberry, 1972; Vorontsov, 1979). The longitudinal orientation of wear scratches on the enamel (Guthrie, 1971) and the erosional profile etched into the dentine basins (Greaves, 1973) substantiate the dominant propalinal motion of the mandible. Although authors have referred to the grinding surface of arvicolid toothrows as a plane, close inspection reveals that their longitudinal occlusal outlines trace gentle curves that are convex in the uppers and concave in the lowers. Kesner (1980) demonstrated that the degree of toothrow curvature varies—pronounced in *Microtus,* for example, and flatter in *Phenacomys*—and correlates with the length of the postorbital-crest tendon of the temporalis muscle. The latter relationship supports his propalinal hypothesis, indicating that the excursion of the mandible during propalinal chewing describes an arc whose limits and curvature are constrained by the postorbital-crest tendon.

Guthrie (1971) viewed the origin and elaboration of the arvicolid cheektooth as meeting two general requirements for comminution of abrasive foods: prolonged resistance to crown wear and increased complexity of the grinding surface. The maintenance of an effective grinding surface was advanced by the attainment of continually growing molars, as demonstrated by Koenigswald and Golenishev (1979), who measured eruption rates using fluorescent tetracycline as a growth marker. In *M. fortis* and *M. mandarinus,* the M1 and M2 erupt 0.5–0.7 mm per week, and the whole vertically elongate crown can regenerate in eight to twelve weeks. As remarked by Guthrie (1971), resistance to dental abrasion is incidentally achieved through increased complexity of the occlusal plane. Nevertheless, the enhanced coronal complexity also relates to masticatory efficiency because it augments the number of enamel cutting blades. Guthrie enumerated the derived features that constitute the "greater complexity" of dentally advanced arvicolids such as *Microtus:* increase in degree of penetration and decrease in width of reentrant angles; increase in acuteness of the salient angles; addition of angles;

BLM_0052195

150     *Carleton*

more pronounced alternation of salient angles; and redistribution of enamel thickness. These modifications, in concert with a propalinal mode of chewing, create a system of opposing, interdigitating shearing blades, neatly designed for slicing and cutting coarse food items. Koenigswald (1980) considered the conformation of arvicolid molars from the aspect of biomechanical stresses imparted during propalinal mastication and observed the predictable orientation of enamel structures perpendicular to the direction of jaw motion. In species with apomorphic dentitions, the leading edge of an enamel triangle is thicker and convex, whereas the trailing edge is thinner and concave. He further noted that the deepening of reentrant angles until they abut the opposite enamel border appreciably lengthens the shearing edges without broadening the molar rows. In *M. chrotorrhinus,* Martin (1973) found that third molars with more convoluted posterior loops are absolutely longer than those with simpler configurations and may indicate that the phylogenetic formation of more triangles materially increased the length of the dental batteries as well as their complexity. Guthrie (1971) discussed the influence of competition, habitat, and other selective pressures controlling the extent of dental complexity and variation.

The enamel face of the incisors of *Microtus* lacks longitudinal grooves as found in some other arvicolid genera (for example, in *Synaptomys*). The absence of incisive sulci has been considered so diagnostic of the genus that individual exceptions have been deemed noteworthy (Fish and Whitaker, 1971; Jones, 1978). In most species, the upper incisors are orthodont or opisthodont; only *M. (Aulacomys) richardsoni* has noticeably proodont incisors (Bailey, 1900). The earlier recognition of the lemming and vole divisions within Arvicolidae was based partly on the length and course of the lower incisors (Hinton, 1926; Miller, 1896). In the Lemmi, the lower incisors terminate before or at the level of the m3 and lie to the lingual side of the molar row; in the Microti, the incisors extend dorsally into the condylar process and pass between the bases of the m2 and m3 to cross from the lingual to the labial side of the mandible.

*Oral Cavity*

Quay (1954*b*) studied the diastemal palate in Arvicolidae (including 12 species of New World *Microtus*) and documented vari-

ation in the development of furred infoldings of the upper lip (inflexi pelliti labii superioris) in relation to the occurrence of the anterior longitudinal ridge and other palatal rugae and to the position of the nasopalatine openings. The inflexed lobes of the upper and lower lips presumably function to obstruct extraneous material from the masticatory area of the mouth when the animal is gnawing. The inflexi of *Microtus* are moderately extensive, abutting at the diastemal midline but not fusing as in *Ellobius*, the most fossorially adapted arvicolid. Arvicolids with small medial folds of the upper lip (for example, *Dicrostonyx, Clethrionomys*) have a keel-like ridge of palatal epithelium, the anterior longitudinal ridge, which protrudes between the widely separated inflexi. In conjunction with their extensive labial inflexi, *Microtus* lack an anterior longitudinal ridge. Quay (1954b) discerned a posterior displacement of the nasopalatine ducts relative to the length of the diastemal palate. Most species of *Microtus* are intermediate in the position of the nasopalatine apertures, but *M. (Aulacomys) richardsoni* is extreme in its posterior location of these openings. The nasopalatine canals pass dorsally through the premaxillary portion of the incisive foramina and into the floor of the nasal chambers, where they are anatomically closely associated with the vomeronasal, or Jacobson's, organ (Meredith, 1980; Wohrmann-Repenning, 1980). The probable function of Jacobson's organ as an extra-oral gustatory site and the dominating importance of chemical communication in mediating much of rodent behavior (Eisenberg and Kleiman, 1972) make the variable position of the nasopalatine ducts an attractive morphological and behavioral system for investigation.

Vorontsov (1962, 1979) surveyed the kinds and distribution of sensory papillae on the tongue, and in particular, circumvallate papillae. Gerbillines, sigmodontines, cricetines, murines, and all arvicolids possess a single circumvallate papilla, centrally located behind the elliptical prominence of the tongue. Nesomyines and cricetomyines are the only muroids known to have three circumvallate papillae, a condition thought to be primitive because it is shared with Sciuromorpha and some Hystricomorpha. Golley (1960) stated that the tongue of *M. pennsylvanicus* lacks foliate papillae.

Spacious internal cheek pouches, like those found in Old World hamsters (Cricetinae) and African pouched rats (Cricetomyinae), are lacking in *Microtus* and other arvicolids.

BLM_0052197

152    *Carleton*

*Midgut*

The ancestral gastric morphology in muroids has been interpreted as a simple, single-chambered sac having approximately equal distributions of glandular and cornified mucosal linings (Carleton, 1973; Vorontsov, 1962, 1979). Such a hemiglandular gastric plan occurs in numerous species and all major groups of Muroidea, even characterizing entire subfamilies (for example, Gerbillinae), but is known only in the lemmings (*Lemmus, Myopus,* and *Synaptomys*) within Arvicolidae.

Compared to the unilocular-hemiglandular condition, the stomach of *Microtus* displays many derived features. As Toepfer (1891) and Tullberg (1899) noted for Old World *M. arvalis* and *M. agrestis,* the glandular area in *Microtus* consists of a small circular patch restricted to the greater curvature opposite the esophageal orifice (discoglandular type following Carleton, 1973). Carleton (1981) substantiated the uniformity of *Microtus* (including 18 North American species representing all subgenera except *Orthriomys*) with respect to the discoglandular pattern of their gastric mucosae and the persistence of a thin strip of glandular tissue at the pylorus. A bordering fold of cornified epithelium (=Grenzfalten of Toepfer, 1891; pediculated squamous flap of Dearden, 1969) surrounds the discoglandular zone. The left rim of this bordering fold is fimbriated, a condition peculiar to *Microtus* and some other arvicolid genera (Carleton, 1981; Vorontsov, 1979). Externally, the stomach of specimens of *Microtus* is bilocular. This appearance results both from the elaboration of the incisura angularis, a muscular fold on the lesser curvature, and the expansion craniad of the left half of the stomach. The latter forms a thin-walled, highly distensible fornix (=esophageal sac; forestomach; fornix ventricularis of Vorontsov, 1979), capable of accommodating large amounts of food. The anatomical modifications associated with the bilocular-discoglandular stomach seen in *Microtus* reflect changes in the composition of the digestive glands and the architecture of the smooth musculature, which in turn imply profound differences in gastric digestion and motility (see, for example, Dearden, 1966, 1969; Golley, 1960; Luthje, 1976).

Two functional themes have been reiterated to explain the trend of keratinization and glandular reduction observed in muroid stomachs. Bensley (1902) and Tullberg (1899) emphasized the mechan-

BLM_0052198

ical effect wrought by abrasive foodstuffs, such as the chitinous exoskeleton of insects or the siliceous fibers of grasses. Toepfer (1891) and Vorontsov (1962, 1979), on the other hand, interpreted the modifications as adaptations for symbiotic digestion of cellulose-rich foods. The latter hypothesis, with its obvious analogy to ruminant digestive processes, seems more intuitively logical, especially in light of the herbivory demonstrated for many arvicolids, particularly *Microtus*. Nevertheless, much basic data on gastric histology, motility, physiology, and microbial symbionts must be gathered before one of these hypotheses, or yet other plausible interpretations (see Carleton 1973, 1981), can be accepted.

All arvicolids examined have a discrete saccular gall bladder, but it is sporadically absent in other muroid assemblages (Carleton, 1980; Vorontsov, 1979). Why some rodents lack a gall bladder is unclear. Vorontsov (1979) speculated that a gall bladder should be expected in forms that feed opportunistically and infrequently on foods high in protein and fat to ensure that a large supply of bile is in reserve and can be mobilized quickly, whereas in species that feed more frequently and regularly, bile secretion occurs more or less continuously, obviating the need for large volumes of concentrated bile and an organ for storage. The largely herbivorous regimen and polyphasic activity patterns of *Microtus* seem to refute this hypothesis. The liver in species of *Microtus* is divided into seven lobes, which Vorontsov (1979) interpreted as derived from the eight-lobed state characteristic of some other arvicolids and muroids.

### Hindgut

Species of *Microtus,* and arvicolids in general, possess a short small intestine in relation to the length of the large intestine and caecum. Mean relative lengths of the small intestine, large intestine, and caecum (expressed as a percentage of total intestinal length) are 45, 37, and 18, respectively, for eight Old World species of *Microtus* (Vorontsov, 1962, 1979). In contrast, muroid species whose diet predominantly consists of insects or seeds exhibit a comparatively long small intestine and short large intestine and caecum, generally in the range of 62, 28, and 10 percent of total length (Vorontsov, 1962).

As cautioned by Barry (1977), these simple proportions do not reflect accurately the available surface area for nutrient absorption

BLM_0052199

154    *Carleton*

in the hindgut. In terms of mucosal surface area, the small intestine, with its villous projections and submucosal folds, is still the primary section for nutrient assimilation among the small mammals examined, including *Microtus ochrogaster* and *M. pennsylvanicus*. Thus, in *M. ochrogaster,* the small intestine, large intestine, and caecum constitute 44, 35, and 21 percent, respectively, of total intestinal length, but the three compose 73, 14, and 13 percent of the total absorptive surface of the hindgut. Although the ratios do not accurately convey their potential importance for absorption within a species, differences between species, whether in relative lengths or surface areas, are in the direction predicted by their food habits. The mucosal surface area of the caecum in *Microtus,* for instance, substantially exceeds that observed in *Peromyscus*; in fact, the difference in caecal capacity suggested by relative surface areas (about 3.9 times) is more impressive than that (about 2.5 times) calculated from relative lengths (Barry, 1977: Table 1). The greater length and capacity of the caecum in *Microtus* and other arvicolids assume functional significance in view of the large amount of herbaceous matter they consume and the documented role of the caecum as the hindgut site for cellulose fermentation (Moir, 1968).

Aside from relative intestinal lengths, other structural modifications undoubtedly affect absorptive surface area. Barry (1976) observed that the small intestinal villi of *M. pennsylvanicus* and *M. ochrogaster* are characteristically short, broad, and less dense than those of *Peromyscus* and *Mus*. He also derived a positive correlation between mucosal surface area of the small intestine and the percent animal material in the diet, a finding consistent with the activity of the duodenum in absorbing amino acids and the low-protein fare of *Microtus*. The proximal section of the large intestine is coiled upon itself to form a tapered series of loops, which number 10 to 12 coils in *Lemmus* and *Ondatra* but only three to five in species of *Microtus*; most muroid species either lack colic loops or have only one or two (Vorontsov, 1979). Compared to other Arvicolidae, the caeca found in *Microtus* are moderately sacculated, but they easily surpass in complexity the shorter, smooth-walled caeca observed in most cricetines, murines, and gerbillines. Long villi occur in the caecum of *Phenacomys* and *Dicrostonyx* but have not been discovered in the one species of *Microtus* examined (*californicus*) nor in *Clethrionomys, Lagurus, Ondatra, Lemmus,* and *Synaptomys* (Voge and Bern, 1949, 1955). Coprophagy has been documented for *M. penn-*

BLM_0052200

*sylvanicus* (Ouellette and Heisinger, 1980). The prevalence of this nutritional strategy within the genus and the possible correspondence to morphological specializations of the hindgut, such as colic loops or caecal sacculae, should be explored.

## Reproductive System

### Male

The architecture of the baculum and glans penis has received considerable attention from systematists in their assessments of relationships within Arvicolidae. Hamilton (1946) examined four North American species of *Microtus*, but subsequent investigators have increased that number to seventeen, representing all North American subgenera except *Orthriomys* (Anderson, 1960; Burt, 1960; Dearden, 1958; Hooper and Hart, 1962; Martin, 1979). This representation, together with those Old World genera and species examined (Askenova and Tarasov, 1974; Didier, 1954; Ognev, 1950), establishes the Arvicolidae as the most thoroughly surveyed group of muroids in regard to phallic morphology.

The baculum in *Microtus* generally consists of four parts, a proximal bony shaft tipped distally with three cartilaginous digits or processes. Arata et al. (1965) characterized the junction between the shaft and distal processes as a synovial joint. Species of *Microtus* differ in the occurrence and development of the lateral bacular processes: they are conspicuous in the subgenera *Chilotus* and *Herpetomys* and most species of the nominate subgenus; diminutive in the subgenera *Aulacomys, Pedomys, Pitymys,* and *Stenocranius*; and absent in *M. (Microtus) californicus* and *M. mexicanus* (Anderson, 1960; Hamilton, 1946). Anderson (1960) constructed a key to North American arvicolids based on bacular traits, but cautioned that species of *Microtus* were especially difficult to accommodate because of the variable pronouncement of the lateral bacular digits.

Arata et al. (1965) traced the ontogenetic development of the baculum of *Microtus montanus* from week-old neonates to adults. They found that the proximal shaft is true bone, a perichondral ossification formed from dense aggregations of mesenchyme cells in the manner described for the rat (Ruth, 1934). However, the reputed "ossifications" of the distal bacular digits mentioned by previous authors are in fact calcifications of hyaline or fibrocartilage,

BLM_0052201

156    *Carleton*

a process appearing first in the medial bacular digit and later in the lateral ones. Marked expansion of the proximal shaft and calcification of the distal elements proceeded rapidly after day 35, approximately coincident with the threshold of reproductive maturity in *M. montanus*. The ontogeny of bacular morphology in *M. montanus* basically conforms to that observed in other arvicolids with trident bacula (Artimo, 1969; Tarasov, 1974). These studies reveal the large variation in bacular conformation associated with age and physiological state of the animal and emphasize the need for cautious taxonomic interpretation of differences between samples consisting of few specimens and incomparable age profiles.

As demonstrated by Hooper and Hart (1962), the interspecific variability of the soft parts of the glans penis surpasses that seen in the bacular infrastructure. Species of *Microtus* have a short, broad glans with a moderately deep terminal crater, the ventral rim of which is usually papillose. The ornate appearance of the glans is enhanced further by other soft tissue structures that project from the floor of the crater into its interior: the dorsal papilla; the urethral process; and the medial and lateral bacular mounds. Hooper and Hart (1962) sorted the species of *Microtus* into two groups based upon the structure of the dorsal papilla, the length of the lateral bacular mounds, and lobulation of the urethral process, and recommended that *M. (Aulacomys) richardsoni* be allocated to *Arvicola*. At a higher taxonomic level, they arranged *Microtus* with *Lagurus* and *Arvicola* in a tribal assemblage. The data from both bacular and penile morphology favors a multitribal classification of the arvicolids, a major departure from the traditional dual tribal system (Lemmi and Microti) adopted by Hinton (1926) and Miller (1896).

The trident baculum, glans penis with a crater and assorted crater embellishments, and intricate phallic vascular supply found in *Microtus* and other arvicolids characterize a fundamental morphological plan termed the "complex" type by Hooper (1960). Attributes of the contradistinctive "simple" phallic scheme, which occurs in relatively few muroid genera, include a baculum consisting of a single element, the absence of a terminal crater and crater processes, and an uncomplicated vascular system (Hooper and Musser, 1964). Possession of a complex phallus broadly allies arvicolids with such muroid groups as Old World cricetines, South American cricetines, gerbillines, and murines (Hooper and Hart, 1962; Hooper and Musser, 1964). Anderson (1960) and Hooper

BLM_0052202

and Hart (1962) considered the well-developed bacula and relatively ornate glandes penes of *Clethrionomys* and *Phenacomys*, voles with rooted molars, to represent the primitive condition of the phallus in Arvicolidae, and viewed absence of lateral bacular digits and a comparatively simple glans penis as derived morphologies. Their hypotheses agree with the conventional interpretation of the complex to simple transformation of the phallus, as advocated for the Muroidea as a whole (Hershkovitz, 1966; Hooper and Musser, 1964).

The male accessory reproductive glands of muroid rodents constitute a richly variable organ-system, typically consisting of five sets of glands: preputial, bulbourethral, ampullary, vesicular, and prostate. Three pairs of prostates are conventionally recognized and designated by their position with respect to the urethra: anterior, dorsal, and ventral; the last pair usually is subdivided into lateral ventral and medial ventral lobes. A complete array of accessory reproductive glands is believed to represent the plesiomorphic arrangement in Muroidea (Arata, 1964; Carleton, 1980; Voss and Linzey, 1981).

Such an array typifies the accessory reproductive glands in species of *Microtus* examined to date. Hamilton (1941) described and figured the tract of *M. pennsylvanicus*, and Arata (1964) included *M. ochrogaster* and *M. pinetorum*. In addition, the 12 Old World *Microtus* reported conform to the hypothesized primitive complement (Askenova, 1973; Indyk, 1968), although Askenova (1973) did detect slight but consistent differences in size and form of the preputials and lateral ventral prostates among nine species studied. Except for the larger size of their preputial glands, the accessory reproductive glands found in arvicolids are indistinguishable from those characteristic of many New World cricetines, murines, and some gerbillines (Arata, 1964; Voss and Linzey, 1981). The homogeneity in accessory gland morphology exists primarily among forms with a complex penis and presents a stark contrast to the elaborate modification or loss of particular accessory glands documented for forms with a simple phallus (Arata, 1964; Linzey and Layne, 1969).

*Female*

The number and distribution of mammary glands have been applied taxonomically at the subgeneric level in *Microtus* and con-

BLM_0052203