sidered suitably diagnostic to employ in keys (Bailey, 1900; Miller, 1896). Indeed, species of *Microtus* collectively exhibit the gamut of variation recorded in the entire family. The common number of mammae, eight (two pectoral pairs and two inguinal pairs), occurs in the subgenera *Aulacomys, Chilotus, Stenocranius,* and most *Microtus,* as well as the majority of other arvicolid genera. Niethammer (1972) interpreted this as the primitive number and pattern in Arvicolidae and viewed reductions in mammary count as derivations. Two distributional patterns have been described for *Microtus* with six nipples: one pectoral pair and two inguinal pairs in *Pedomys,* and two pectoral pairs but just one inguinal pair in *Herpetomys.* Three arrangements are known for *Microtus* having only four mammae: two inguinal pairs in *Pitymys,* one pectoral pair and one inguinal pair in *M. (Microtus) mexicanus,* and two pectoral pairs in *Orthriomys.* Voles that have fewer than eight nipples but that retain the pectoral pairs constitute an interesting exception among muroid rodents to the conventional trend, which involves loss of the anterior pairs and retention of the inguinal ones (Arvy, 1974). This condition raises questions about the position of the female when nursing and the tenacity of nipple-clinging by the young. Niethammer (1972) demonstrated a positive correlation between number of mammae and average litter size for species of Arvicolidae and commented that species with fewer nipples occupy the southern periphery of the global arvicolid distribution, a generalization which holds for North American *Microtus.*

Aside from variation in the mammary gland formula, the female reproductive system has received scant attention in systematic investigations. Ziegler (1961) documented the presence of a baubellum (os clitoridis) in some individuals of *M. longicaudus* and *M. californicus* and suggested that it was not as uniform in appearance and occurrence as the baculum. Arata et al. (1965) failed to discover a baubellum in 21 *M. montanus* but demonstrated the presence of three cartilaginous lobes of the clitoris, presumably homologous to the distal processes of the complex penis. Hamilton (1941) illustrated the female urogenital tract of adult *M. pennsylvanicus,* noting the duplex uterine structure characteristic of most Rodentia. The need for detailed comparative studies of the female reproductive tract complementary to those performed on the male tract is readily apparent.

The need to augment our understanding of function associated with variations in both male and female reproductive morphologies

BLM_0052204

Case No. 1:20-cv-02484-MSK   Document 42-12   filed 04/27/21   USDC Colorado   pg 2 of 104

is similarly indicated. The role of preputial gland secretions in advertising reproductive status and modulating agonistic and territorial behavior is well established (Brown and Williams, 1972), but the purposes of the other male accessory reproductive glands are less easily interpretable. The probable interaction of accessory glands in the formation of copulatory plugs, which have been reported for species of *Microtus*, and the hypothesis of copulatory plugs as a mechanism of chastity enforcement offer exciting research opportunities linking morphology and breeding systems in muroid rodents (see Hartung and Dewsbury, 1978; Voss, 1979). In discussing the adaptive significance of the baculum of the hamster, Callery (1951:206) allowed that ". . . detailed studies of copulation may show that this structure is of significance in reproduction." While this prediction may seem vacuous, it nonetheless conveys our very elementary appreciation of function in regard to phallic morphology, especially those variations which define the simple versus complex penes of muroid rodents. Hershkovitz (1966) advanced a lock and key hypothesis to explain muroid phallic diversity, and Long and Frank (1968) related the structure of the baculum to facilitation of vaginal penetration and stimulation. Dewsbury and colleagues (see review by Dewsbury, 1975) have revealed a correspondence of penile shape and certain aspects of copulatory patterns, but their correlation pertains only to muroids with a simple phallus. Except in a most general sense, these hypotheses offer little insight toward understanding the functional importance of details of muroid penile morphology (for example, the dorsal papilla, urethral flaps, bacular mounds) to copulatory behavior and female reproductive anatomy. Blandau (1945), on the other hand, meticulously verified that the bacular mounds of the glans penis of the lab rat are reciprocally oriented to engage similar lappets guarding the vaginal cervix and described how their contact during copulation stimulated cervical relaxation and exposure of the uterine orifices just prior to ejaculation. Investigations of this kind, together with further elucidation of female neuroendocrine mechanisms associated with ovulation and pregnancy initiation, will provide greater illumination of muroid reproductive adaptations.

## *Discussion*

The morphological attributes surveyed in the preceding sections compose the known phenotypic landscape of the genus *Microtus*

BLM_0052205

160    *Carleton*

and may be viewed from the standpoint of their antiquity. Hennig (1966) spoke of the "Age of Origin" of a group of organisms, and, in an analogous sense, I am looking at the relative age of origin of the various anatomical features exhibited by living species of *Microtus*. To review the morphology of *Microtus* from this perspective involves both an assessment of the characters' evolutionary polarity and some estimate of their initial appearance in phylogeny. My rationale for determining the ancestral or derived nature of the various traits (see Table 3) may be found in the previous discussions or the literature sources cited. Only certain characters are of interest here. The observation that all *Microtus* possess hair, are viviparous, and have evergrowing incisors attests to past evolutionary events (cast in our taxonomic hierarchy as the Class Mammalia, Subclass Theria, and Order Rodentia, respectively) so distantly removed as to be inappropriate to a discussion of this volume's subject. Within Rodentia, four hierarchical levels, presumably corresponding to major adaptive radiations, seem pertinent to an understanding of the heritage of characters seen in extant *Microtus*. These levels are the Muroidea, the Arvicolidae, a tribal-level clade including *Microtus,* and the cladogenesis of species assigned to the genus *Microtus* itself.

The Superfamily Muroidea embraces some 250 genera and 1,100 Recent species, or about one-quarter of all living mammals. Their speciosity, virtually world-wide distribution, and immense ecological diversity qualify them as the most successful radiation of contemporary rodents. Although many of the Recent muroid groups may not have differentiated until the late Oligocene or Miocene, muroids certainly appeared by early Oligocene times, over 40 m.y.b.p. The late Eocene form *Simimys* may be the earliest known muroid; however, this enigmatic genus has been variously shuffled between Muroidea and Dipodoidea (see Emry, 1981, for an overview). The voles and lemmings, Family Arvicolidae, constitute one of the more recently evolved assemblages of the 13–15 that are conventionally recognized within Muroidea (see Carleton, 1980, for a review of muroid classifications). The earliest indisputable arvicolids, *Microtoscoptes* and *Paramicrotoscoptes,* date from the latest Miocene (early Hemphillian) of North America, about 6–8 m.y.b.p. (Martin, 1975; Repenning, 1980). Despite the comparative recency of their appearance, arvicolids have radiated explosively into some 17 genera representing approximately 125 species, much of this diversification occurring from the late Pliocene or early Pleistocene

BLM_0052206

onwards. Sometime during this period, the ancestor of *Microtus* and related genera emerged. Formal tribes have been erected for the genera of Arvicolidae, but I have refrained from specifying one that embraces *Microtus* because disagreement exists over the content of such a tribe. Nevertheless, the differentiation of a tribal-level group including *Microtus* and some unspecified number of other genera probably transpired in the upper Pliocene, about 2.5–4.0 m.y.b.p. The genus *Microtus,* which contains over half of the 125 living species of arvicolids, arose comparatively recently. The transition from its putative antecedent *Allophaiomys* is recognized as very early Pleistocene, 1.6 to 1.8 m.y.b.p. (Chaline, 1966, 1977; Repenning, 1980).

Consideration of the antiquity of the characters of *Microtus* from these four taxonomic ages of origin imposes the stratification presented in Table 3. Several points of clarification are warranted regarding interpretation of the table. I was obviously constrained in assigning a character to one of the four taxonomic levels which I initially deemed pertinent to include. Consequently, the placement of a trait under a particular column connotes its appearance at least at that given taxonomic level; the trait's origin may have been earlier. For instance, the smooth-faced upper incisors observed in *Microtus* may antedate Muroidea and probably characterized the ancestral myomorph or even the primordial rodent. In instances where several character states are found among species of *Microtus,* I listed only the plesiomorphic condition and indicated the existence of more apomorphic states by an arrow. The extent of these derived morphologies is addressed in the preceding anatomical review. I do not mean to imply that a character is necessarily uniquely derived for the taxonomic level at which it is listed, only that it must have originated at that level at least once in the genealogical pathway leading to extant *Microtus.* Numerous examples of suspected parallelism may be cited among the characters surveyed.

The literature covering various aspects of arvicolid anatomy encompasses six major organ systems and some 71 characters. Of these 71, most states (49) exhibited by *Microtus* are interpreted as ancestral either at the level of the Muroidea or Arvicolidae (Table 3), and therefore are inappropriate for assessing the near generic relatives of *Microtus* or the basis of its generic recognition. A superficial appraisal of the 22 traits listed under the tribal-level clade (Table 3) suggests that many of them cladistically affiliate *Microtus*

BLM_0052207

TABLE 3

HIERARCHICAL LEVELS OF HERITAGE OF CHARACTERS EXHIBITED BY *Microtus*

| Organ systems and characters | Character state origin at the taxonomic level of: | | | |
|---|---|---|---|---|
| | Muroidea | Arvicolidae | Tribal-level clade | Micro-tus |
| Integument | | | | |
| Skin glands | | Flank → | [Hip →] | |
| Meibomian glands | | | <10 glands | |
| Plantar footpads | Six → | | | |
| Pollex | Lacks broad nail | | | |
| Skeleton | | | | |
| Tail | | <head + body | | |
| Nasals and rostrum | | Short | | |
| Zygomatic notch | Absent | | | |
| Zygomatic plate | | Oriented obliquely | | |
| Postorbital process | | Present | | |
| Interorbit | Lacks shelf | | | |
| Mesopterygoid fossae | | Extends between M's | | |
| Parapterygoid fossa | | Compressed, cavernous | | |
| Bony palate | | | Ridge + bridge | |
| Palatal pits | | Present | | |
| Incisive foramen | | Oval ends → | | |
| Masticatory foramen | Present → | | | |
| Foramen ovale accessorius | Present → | | | |
| Sphenofrontal foramen | | Absent | | |
| Sphenomaxillary foramen | Absent → | | | |
| Stapedial foramen | Present | | | |

BLM_0052208

TABLE 3
CONTINUED

| Organ systems and characters | Character state origin at the taxonomic level of: | | | |
| --- | --- | --- | --- | --- |
| | Muroidea | Arvicolidae | Tribal-level clade | *Micro-tus* |
| Auditory bullae | | | Osseus septa | |
| Bullar inflation | | Moderate | | |
| Accessory tympanum | | | Minute | |
| Malleus | | Perpendicular | | |
| Angular process | | Pointed laterad | | |
| Mandibular temporal fossa | | | Excavated | |
| Arvicoline groove | | Present | | |
| Thoracolumbar ratio | 13:6 | [13:6] | | |
| Neural spine of 2nd thoracic | | Absent | | |
| Entepicondylar foramen | | Absent | | |
| Trochlear process of calcaneum | | Placed distally | | |
| Musculature | | | | |
| Postorbital crest tendon | | | Long, robust | |
| Masseter lateralis profundus | | Medial insertion | | |
| Internal pterygoid | | Large | | |
| Digastric tendinous arcade | | Reduced | | |
| Pectoralis minor insertion | | Corocoid process | | |
| Jugulohyoideus | | | Absent | |
| Stylohyoideus origin | | | Paroccipital | |
| Circulatory system | | | | |
| Opthalmic artery origin | | Internal maxillary | | |

*Macroanatomy*

163

TABLE 3
CONTINUED

| Organ systems and characters | Character state origin at the taxonomic level of: | | | |
|---|---|---|---|---|
| | Muroidea | Arvicolidae | Tribal-level clade | Micro-tus |
| Digestive system | | | | |
| Molar crown | | Hypsodont, prismatic | | |
| Molar roots | | | Absent, evergrowing | |
| Cement | | | Present | |
| Depth of reentrant angles | Equal | | | |
| Second upper molar | | | 3 closed Δs → | |
| Third upper molar | | | 2 closed Δs → | |
| First lower molar | | | 3 closed, 2 open Δs → | |
| Second lower molar | | | 2 closed, 2 open Δs → | |
| Third lower molar | | | 3 transverse loops → | |
| Upper incisor grooves | Absent | | | |
| Lower incisor path | | | Long labiad | |
| Inflexii labii superioris | | | Abut, not fused | |
| Anterior longitudinal ridge | | | Absent | |
| Circumvallate papillae | | One present | | |
| Cheek pouches | Undeveloped | | | |
| Stomach form | | | Bilocular | |
| Glandular region | | | Discoglandular | |
| Bordering fold | | | Fimbriated | |
| Liver | | | Seven-lobed | |
| Gall bladder | Present | | | |
| Caecum | | Long, sacculate | | |

BLM_0052210

TABLE 3
CONTINUED

| Organ systems and characters | Muroidea | Arvicolidae | Tribal-level clade | Micro-tus |
|---|---|---|---|---|
| | | Character state origin at the taxonomic level of: | | |
| Colic loops | | 3–5 coils | | |
| Caecal villi | Absent | | | |
| Reproductive system | | | | |
| Baculum | Trident | [Medial digit →] | | |
| Crater rim | | Papillose | [Papillose] | |
| Glans penis | Complex type | [Complex type] | | |
| Preputial glands | Present | | | |
| Bulbourethral glands | Present | | | |
| Ampullary glands | Present | | | |
| Vesicular glands | Present | | | |
| Prostate glands | 3 pairs | | | |
| Mammary glands | 4 pairs → | | | |
| | 22 | 27 | 22 | 0 |

[ = alternative interpretation of character state polarity; → = even more derived conditions found in some species of *Microtus*.

BLM_0052211

166   *Carleton*

with *Arvicola* and *Lagurus* (*Lemmiscus*), a notion which received support in some studies (for example, Hinton, 1926; Hooper and Hart, 1962) but not others (Dearden, 1959; Koenigswald, 1980). At this stage of our understanding, however, the morphological similarity of *Microtus* to other genera cannot be reliably segregated into that due to parallelism and that consequent to descent from a common ancestor. A surprising paradox emerges from this exercise: given the currently accepted contents of *Microtus*, the genus itself seemingly lacks any uniquely derived character states that unambiguously diagnose it from other genera of Arvicolidae (Table 3). This finding indirectly acknowledges that the derived features observed in *Microtus* may have been independently acquired in multiple lineages of arvicolids or may indeed represent synapomorphies uniting *Microtus* in a tribal group. Whatever the case, the existence of synapomorphic features that circumscribe *Microtus* to the exclusion of other arvicolids is not eminently apparent.

What attributes, then, lend identity to *Microtus*? Miller's (1896) synopsis of the arvicolids (then viewed as the subfamily Microtinae) stressed (p. 24) a "... classification ... based on an assemblage of characters." In this attitude, his systematic approach was decidedly more enlightened than that of his predecessors, such as Blasius and Lataste, who erected their systems of classification largely around single morphological features (Miller [1896] reviewed the early history of *Microtus* taxonomy). Miller (1896:44) enumerated nine "essential characters" for *Microtus* (see also Anderson, this volume):

1) upper incisors without grooves;
2) lower incisors with roots on the outer side of molar series;
3) molars rootless;
4) enamel pattern characterized by approximate equality of reentrant angles;
5) m1 usually with five closed or nearly closed triangles;
6) M3 with one, two, or three closed triangles;
7) tail nearly always longer than hindfoot, terete;
8) feet, fur, eyes, and ears very variable;
9) thumb never with a well-developed ligulate nail.

Characters 1, 4, 7, and 9 are symplesiomorphies and attest to nothing more than the common heritage of species of *Microtus* as muroids. In effect, these attributes separated species of *Microtus* from some anatomically distinctive forms which Miller retained as gen-

BLM_0052212

era, namely *Dicrostonyx, Lemmus, Synaptomys,* and *Ondatra.* Characters 2, 3, 5, and 6 stand as apomorphies relative to their condition in the ancestral arvicolid, yet they are shared by several genera. Moreover, the variable definition of numbers 5 and 6 renders them difficult to apply in specific cases. And condition 8 cannot really be considered a diagnostic character, but rather Miller's (1896) acknowledgement of the immense variation of these features within the genus as he perceived it. In his revision of North American *Microtus,* Bailey (1900) repeated most of Miller's generic characters, namely 1–4, 7, and 9. Bailey, however, deleted characters 5, 6, and 8 from his generic definition and added one other: palate with median ridge, lateral pits, and complete lateral bridges. The topography of the palatal region in *Microtus* is considered derived, but like the apomorphic states which compose parts of Miller's diagnosis, it characterizes several genera of arvicolids.

The recognition of *Microtus,* therefore, has traditionally rested upon a mixture of ancestral and derived features, the latter derived only relative to the ancestor or early representatives of Arvicolidae but not strictly synapomorphic for *Microtus.* The taxon's cohesiveness issues not from the joint possession of uniquely derived features but from the unique combination of traits exhibited by most of its members, a property which qualifies it as a polythetic entity (sensu Sneath and Sokal, 1973). This observation provides some credence to the viewpoint that *Microtus* is at best a paraphyletic taxon (sensu Ashlock, 1972); that is, not all descendants of the most recent common ancestor of the genus *Microtus* are contained within it. Whether the genus is polyphyletic also remains a possibility. One may argue that evaluation of the status of *Microtus* based upon the antiquated (presumably) studies of Bailey (1900) and Miller (1896) presents a specious perspective; after all, the generic limits of *Microtus* have changed substantially since the year 1900. This is true. Of the 14 subgenera allocated to *Microtus* by Miller (1896) and Bailey (1900), six are currently established as genera (*Alticola, Arvicola, Eothenomys, Hyperacrius, Lagurus,* and *Neofiber*) and one is considered synonymous with another genus (*Anteliomys* of *Eothenomys*). Yet despite the restriction in generic scope, the characters used today (see, for example, Hall, 1981; Ognev, 1950) are remarkably the same basic ones set forth by Miller and Bailey, a realization which further strengthens the interpretation of *Microtus* as (at best) a paraphyletic group.

BLM_0052213

168    *Carleton*

What this observation portends for future phylogenetic studies of *Microtus* is unclear. Further analyses may result in division of the taxon, identifying smaller and, ideally, monophyletically delineated groups. In fact, investigators subsequent to Miller and Bailey followed this course and raised most of their subgenera to genera. Thus, Hinton (1926) and Ellerman (1941) treated *Chilotus, Herpetomys, Orthriomys, Pedomys,* and *Pitymys* as genera distinct from *Microtus,* together with the six now recognized as valid, and even Miller later accorded generic status to several forms which he originally had arranged as subgenera in 1896 (Miller, 1912, 1924; Miller and Kellogg, 1955). Alternatively, pursuance of the criterion of monophyly may recommend the subordination of certain genera to their former rank as subgenera of *Microtus,* a course which holds a certain attraction. The distant phyletic affinity perceived today for some former subgenera of Miller's (1896) *Microtus* (that is, *Alticola, Eothenomys, Hyperacrius,* and *Neofiber*) seems to ratify maintenance of their generic separateness, but the isolation of *Arvicola* and *Lagurus* deserves reappraisal in this light. Possibly, the unequivocal establishment of a monophyletic concept for *Microtus* will prove to be an elusive goal. The genus may remain a polythetically defined assemblage whose cladistic stature relative to other genera of Arvicolidae is always suspected of being paraphyletic. Such a pragmatic taxonomic stance may be inescapable in view of the rife parallelism that has apparently attended the radiation of arvicolids and the difficulty of distilling synapomorphic traits in a complex of persistent sister species. These evolutionary circumstances apply particularly to *Microtus,* a genus in which parallelism seemingly represents an historical fact of the group's cladogenesis (Chaline, 1966, 1974), and one whose period of differentiation occurred as recently as the early Pleistocene (Chaline, 1977; Repenning, 1980).

Any of the systematic courses outlined above will hinge on careful and rigorous analysis of the characters which form the essence of our phylogenetic inference and classificatory reference system. Such analysis must include the continued exploration of other anatomical systems and discovery of new characters, potentially valuable for testing current estimates of relationship. And there exists a need to extend character surveys of non-traditional anatomical systems that have received cursory attention to date. For example, the muscular and reproductive systems of too few species of *Microtus* have been

BLM_0052214

examined, disallowing definitive assessments of a character's ubiquity within the genus and its value as a synapomorphy. Throughout the chapter, I have referred somewhat casually and dogmatically to "characters" as if their basis and recognition are intrinsically self-evident. The documentation of correlation among and unsuspected variation of several hallowed "characters" used in arvicolid systematics reveals the weakness of any such assertion. Perhaps the number of triangles is less important than some term that simultaneously conveys the shape of those triangles and the orientation of their cutting surfaces. The former difference is countable and easily expressed; the latter lacks familiarity and a formulated language of comparison. Therefore, in addition to searching out other taxonomically useful features and augmenting previous anatomical studies, the primacy of character analysis to the construction of phylogenies and classifications obligates us to continually refine our character definitions.

## Literature Cited

ANDERSON, S.  1954.  Subspeciation in the meadow mouse, *Microtus montanus*, in Wyoming and Colorado. Univ. Kansas Publ., Mus. Nat. Hist., 7:489–506.

———.  1956.  Subspeciation in the meadow mouse, *Microtus pennsylvanicus*, in Wyoming, Colorado, and adjacent areas. Univ. Kansas Publ., Mus. Nat. Hist., 9:85–104.

———.  1959.  Distribution, variation, and relationships of the montane vole, *Microtus montanus*. Univ. Kansas Publ., Mus. Nat. Hist., 9:415–511.

———.  1960.  The baculum in microtine rodents. Univ. Kansas Publ., Mus. Nat. Hist., 12:181–216.

ARATA, A.  1964.  The anatomy and taxonomic significance of the male accessory reproductive glands of muroid rodents. Bull. Florida State Mus., Biol. Sci., 9:1–42.

ARATA, A., N. C. NEGUS, AND M. S. DOWNS.  1965.  Histology, development, and individual variation of complex muroid bacula. Tulane Studies Zool., 12:51–64.

ARMSTRONG, D. M.  1972.  Distribution of mammals in Colorado. Monogr. Mus. Nat. Hist., Univ. Kansas, 3:1–415.

ARTIMO, A.  1969.  The baculum of the wood lemming, *Myopus schisticolor* (Lilljeb.), in relation to sexual status, size and age. Ann. Zool. Fennici, 6:335–344.

ARVY, L.  1974.  Contribution a la connaissance de l'appareil mammaire chez les rongeurs. Mammalia, 38:108–138.

ASHLOCK, P. D.  1972.  Monophyly again. Syst. Zool., 21:430–438.

ASKENOVA, T. G.  1973.  The structure of accessory male glands in some species of the genus *Microtus* (Rodentia, Cricetidae). Zool. Zhur., 52:1843–1848.

BLM_0052215

170   *Carleton*

ASKENOVA, T. G., AND S. A. TARASOV. 1974. Structural patterns of os penis in some species of the genus *Microtus* (Rodentia, Cricetidae). Zool. Zhur., 53:609–615.

BAILEY, V. 1900. Revision of American voles of the genus *Microtus*. N. Amer. Fauna, 17:1–88.

BARRY, R. E. 1976. Mucosal surface areas and villous morphology of the small intestine of small mammals: functional interpretations. J. Mamm., 57: 273–290.

———. 1977. Length and absorptive surface area apportionment of segments of the hindgut for eight species of mammals. J. Mamm., 58:419–420.

BEE, J. W., AND E. R. HALL. 1956. Mammals of northern Alaska on the arctic slope. Misc. Publ. Mus. Nat. Hist., Univ. Kansas, 8:1–309.

BENSLEY, R. R. 1902. The cardiac glands of mammals. Amer. J. Anat., 2:105–156.

BERRY, R. J., AND A. G. SEARLE. 1963. Epigenetic polymorphism of the rodent skeleton. Proc. Zool. Soc. London, 140:577–615.

BLANDAU, R. J. 1945. On the factors involved in sperm transport through the cervix uteri of the albino rat. Amer. J. Anat., 77:253–272.

BOONSTRA, R., AND J. YOUSON. 1982. Hip glands in field populations of *Microtus pennsylvanicus*. Canadian J. Zool., 60:2955–2958.

BROWN, J. C., AND G. I. TWIGG. 1969. Studies on the pelvis in British Muridae and Cricetidae (Rodentia). J. Zool., 158:81–132.

BROWN, J. C., AND J. D. WILLIAMS. 1972. The rodent preputial gland. Mamm. Rev., 2:105–147.

BUGGE, J. 1970. The contribution of the stapedial artery to the cephalic arterial supply in muroid rodents. Acta Anat., 76:313–336.

BURT, W. H. 1960. Bacula of North American mammals. Misc. Publ. Mus. Zool., Univ. Michigan, 113:1–76.

CALLERY, R. 1951. Development of the os genitale in the golden hamster, *Mesocricetus (Cricetus) auratus*. J. Mamm., 32:204–207.

CARLETON, M. D. 1973. A survey of gross stomach morphology in New World Cricetinae (Rodentia, Muroidea), with comments on functional interpretations. Misc. Publ. Mus. Zool., Univ. Michigan, 146:1–43.

———. 1980. Phylogenetic relationships in neotomine-peromyscine rodents (Muroidea) and a reappraisal of the dichotomy within New World Cricetinae. Misc. Publ. Mus. Zool., Univ. Michigan, 157:1–146.

———. 1981. A survey of gross stomach morphology in Microtinae (Rodentia, Muroidea). Z. Saugetierk., 46:93–108.

CHALINE, J. 1966. Un example d'evolution chez les Arvicolides (Rodentia): les lignees *Allophaiomys-Pitymys* et *Microtus*. Comptes Rendus, Ser. D, 263: 1202–1204.

———. 1974. Palingenese et phylogenese chez les campagnols (Arvicolidae, Rodentia). Comptes Rendus, Ser. D, 278:437–440.

———. 1977. Rodents, evolution, and prehistory. Endeavour, 1:44–51.

CHOATE, J. R., AND S. L. WILLIAMS. 1978. Biogeographic interpretation of variation within and among populations of the prairie vole, *Microtus ochrogaster*. Occas. Papers Mus., Texas Tech Univ., 49:1–25.

CLAUSSEN, C. P. 1975. Der caudale Ruckenflesch des Waldlemmings, *Myopus schisticolor* L. Z. Saugetierk., 40:368–371.

COCKERELL, T. D., L. I. MILLER, AND M. PRINTZ. 1914. The auditory ossicles of American rodents. Bull. Amer. Mus. Nat. Hist., 33:347–380.

CORBET, G. B. 1978. The mammals of the Palaearctic Region: a taxonomic review. British Mus. (Nat. Hist.) and Cornell Univ. Press, London and Ithaca, New York, 314 pp.

BLM_0052216

DEARDEN, L. C.  1958.  The baculum in *Lagurus* and related microtines. J. Mamm., 39:541–553.

———.  1959.  Meibomian glands in *Lagurus*. J. Mamm., 40:20–25.

———.  1966.  Histology of the gastroesophageal junction in certain microtine rodents. J. Mamm., 47:223–229.

———.  1969.  Stomach and pyloric sphincter histology in certain microtine rodents. J. Mamm., 50:60–68.

DEWSBURY, D. A.  1975.  Diversity and adaptation in rodent copulatory behavior. Science, 190:947–954.

DIDIER, R.  1954.  Etude systematique de l'os penien des Mammiferes (suite), Rongeurs: Murides. Mammalia, 18:237–256.

DUKELSKI, N. M.  1927.  External characters in the structure of the feet and their value for classification of voles. J. Mamm., 8:133–140.

DUNMIRE, W. W.  1955.  Sex dimorphism in the pelvis of rodents. J. Mamm., 36:356–361.

DURRANT, S. D.  1952.  Mammals of Utah. Taxonomy and distribution. Univ. Kansas Publ., Mus. Nat. Hist., 6:1–549.

EISENBERG, J. F., AND D. G. KLEIMAN.  1972.  Olfactory communication in mammals. Ann. Rev. Ecol. Syst., 3:1–32.

ELLERMAN, J. R.  1941.  The families and genera of living rodents. Vol. II. British Mus. (Nat. Hist.), London, 689 pp.

EMRY, R. J.  1981.  New material of the Oligocene muroid rodent *Nonomys*, and its bearing on muroid origins. Amer. Mus. Novitates, 2712:1–14.

ENGELS, H.  1979.  Das postnatale Schadelwachstum bei der Hausmaus *Mus musculus* Linne, 1758, und bei zwei verscheiden groben Unterarten der Feldmaus *Microtus arvalis* Pallas, 1779. Gegenbaurs Morph. Jahrb., Leipzig, 125:550–571.

FINDLEY, J. S., AND C. J. JONES.  1962.  Distribution and variation of voles of the genus *Microtus* in New Mexico and adjacent areas. J. Mamm., 43:154–166.

FISH, P. G., AND J. O. WHITAKER.  1971.  *Microtus pinetorum* with grooved incisors. J. Mamm., 52:827.

FLEISCHER, G.  1978.  Evolutionary principles of the mammalian middle ear. Adv. Anat. Embryol. Cell Biol., 55:1–70.

GEBCZYNSKA, Z.  1964.  Morphological changes occurring in laboratory *Microtus agrestis* with age. Acta Theriol., 9:67–76.

GOIN, O. B.  1943.  A study of individual variation in *Microtus pennsylvanicus pennsylvanicus*. J. Mamm., 24:212–223.

GOLLEY, F. B.  1960.  Anatomy of the digestive tract of *Microtus*. J. Mamm., 41:89–99.

GREAVES, W. S.  1973.  The inference of jaw motion from toothwear facets. J. Paleontol., 47:1000–1001.

GRIFFITHS, J., AND M. D. KENDALL.  1980.  Structure of the plantar sweat glands of the bank vole *Clethrionomys glareolus*. J. Zool., 191:1–10.

GUILDAY, J. E.  1951.  Sexual dimorphism in the pelvic girdle of *Microtus pennsylvanicus*. J. Mamm., 32:216–217.

———.  1982.  Dental variation in *Microtus xanthognathus, M. chrotorrhinus,* and *M. pennsylvanicus* (Rodentia: Mammalia). Ann. Carnegie Mus., 51:211–230.

GUTHRIE, D. A.  1963.  The carotid circulation in the Rodentia. Bull. Mus. Comp. Zool., 128:455–481.

———.  1969.  The carotid circulation in *Aplodontia*. J. Mamm., 50:1–7.

GUTHRIE, R. D.  1965.  Variability in characters undergoing rapid evolution, an analysis of *Microtus* molars. Evolution, 19:214–233.

BLM_0052217

172   *Carleton*

————. 1971. Factors regulating the evolution of microtine tooth complexity. Z. Saugetierk., 36:37–54.

HALL, E. R. 1946. Mammals of Nevada. Univ. California Press, Berkeley, 710 pp.

————. 1981. The mammals of North America. John Wiley and Sons, New York, 2:601–1181 + 90.

HAMILTON, W. J. 1941. Reproduction of the field mouse *Microtus pennsylvanicus* (Ord.). Mem. Cornell Univ. Agric. Exp. Sta., 237:1–23.

————. 1946. A study of the baculum in some North American Microtinae. J. Mamm., 27:378–387.

HARTUNG, T. G., AND D. A. DEWSBURY. 1978. A comparative analysis of copulatory plugs in muroid rodents and their relationship to copulatory behavior. J. Mamm., 59:717–723.

HECHT, P. 1971. Vergleichende anatomische und biometrische Untersuchungen an Os coxae, Scapula, Femur und Humerus bei Waldmaus (*Apodemus sylvaticus*), Gelbhalsmaus (*Apodemus flavicollis*), Feldmaus (*Microtus arvalis*) und Rotelmaus (*Clethrionomys glareolus*). Saugetierk. Mitt., 19:132–157.

HENNIG, W. 1966. Phylogenetic systematics. Univ. Illinois Press, Urbana, 263 pp.

HERSHKOVITZ, P. 1966. South American swamp and fossorial rats of the Scapteromyine Group (Cricetinae, Muridae) with comments on the glans penis in murid taxonomy. Z. Saugetierk., 31:81–149.

HILBORN, R. 1974. Inheritance of skeletal polymorphism in *Microtus californicus*. Heredity, 33:87–121.

HILL, J. E. 1935. The cranial foramina in rodents. J. Mamm., 16:121–129.

HINTON, M. A. C. 1926. Monograph of the voles and lemmings (Microtinae) living and extinct. Vol. I. British Mus. Nat. Hist., London, 488 pp.

HOOPER, E. T. 1960. The glans penis in *Neotoma* (Rodentia) and allied genera. Occas. Papers Mus. Zool., Univ. Michigan, 618:1–21.

————. 1968. Anatomy of middle ear walls and cavities of microtine rodents. Occas. Papers Mus. Zool., Univ. Michigan, 657:1–28.

HOOPER, E. T., AND B. S. HART. 1962. A synopsis of Recent North American microtine rodents. Misc. Publ. Mus. Zool., Univ. Michigan, 120:1–68.

HOOPER, E. T., AND G. G. MUSSER. 1964. The glans penis in Neotropical cricetines (Family Muridae) with comments on classification of muroid rodents. Misc. Publ. Mus. Zool., Univ. Michigan, 123:1–57.

HOWELL, A. B. 1924. Individual and age variation in *Microtus montanus yosemite*. J. Agric. Res., 28:977–1015.

HRABĚ, V. 1977. Tarsal glands in *Microtus agrestis* (Microtidae, Mammalia) from the territory of Austria. Folia Zool., 26:229–235.

————. 1978. Tarsal glands of voles of the genus *Pitymys* (Microtidae, Mammalia) from southern Austria. Folia Zool., 27:123–128.

INDYK, F. 1968. The structure of the prostatic part of the urethra and of its glands in some Microtinae. Acta Theriol., 13:261–276.

JANNETT, F. J. 1975. "Hip glands" of *Microtus pennsylvanicus* and *M. longicaudus* (Rodentia: Muridae), voles "without" hip glands. Syst. Zool., 24:171–175.

JANNETT, F. J., AND J. Z. JANNETT. 1974. Drum marking by *Arvicola richardsoni* and its taxonomic significance. Amer. Midland Nat., 92:230–234.

JONES, G. S. 1978. *Microtus longicaudus* with grooved incisors. Murrelet, 59:104–105.

JONES, J. K. 1964. Distribution and taxonomy of mammals of Nebraska. Univ. Kansas Publ., Mus. Nat. Hist., 16:1–356.

JORGA, W. 1974. On the variability of the molar enamel pattern of the northern vole, *Microtus oeconomus* (Pallas, 1776). Z. Saugetierk., 39:220–229.

BLM_0052218

KELLOGG, R. 1918. A revision of the *Microtus californicus* group of meadow mice. Univ. California Publ. Zool., 21:1–42.

———. 1922a. A study of the Californian forms of the *Microtus montanus* group of meadow mice. Univ. California Publ. Zool., 21:245–274.

———. 1922b. A synopsis of the *Microtus mordax* group of meadow mice in California. Univ. California Publ. Zool., 21:275–302.

KESNER, M. H. 1977. Myology of the cranial and pectoral appendicular regions of rodents of the subfamily Microtinae. Unpubl. Ph.D. dissert., Univ. Massachusetts, Amherst, 197 pp.

———. 1980. Functional morphology of the masticatory musculature of the rodent subfamily Microtinae. J. Morphol., 165:205–222.

KIRKLAND, G. L. 1977. The rock vole, *Microtus chrotorrhinus* (Miller) (Mammalia: Rodentia), in West Virginia. Ann. Carnegie Mus., 46:45–53.

KLIMKIEWICZ, M. K. 1970. The taxonomic status of the nominal species *Microtus pennsylvanicus* and *Microtus agrestis* (Rodentia: Cricetidae). Mammalia, 34:640–665.

KLINGENER, D. J. 1968. Anatomy. Pp. 127–147, *in* Biology of *Peromyscus* (Rodentia) (J. A. King, ed.). Spec. Publ., Amer. Soc. Mamm., 2:1–593.

KOENIGSWALD, W. VON. 1980. Schmelzstruktur und Morphologie in den Molaren der Arvicolidae (Rodentia). Abh. Senckenb. Naturforsch. Ges., 539:1–129.

KOENIGSWALD, W. VON, AND F. N. GOLENISHEV. 1979. A method for determining growth rates in continuously growing molars. J. Mamm., 60:397–400.

LANDRY, S. O. 1958. The function of the entepicondylar foramen in mammals. Amer. Midland Nat., 60:100–112.

LINZEY, A. V., AND J. N. LAYNE. 1969. Comparative morphology of the male reproductive tract in the rodent genus *Peromyscus* (Muridae). Amer. Mus. Novitates, 2355:1–47.

LONG, C. A., AND T. FRANK. 1968. Morphometric variation and function in the baculum, with comments on the correlation of parts. J. Mamm., 49: 32–43.

LUTHJE, B. 1976. Comparative investigations on the stomach of central European Murinae (Murray 1866) and Microtinae (Miller 1896) (Rodentia) in respect to functional anatomy and histochemistry. Zool. Jb. Anat., 96:451–512.

MARTIN, L. D. 1975. Microtine rodents from the Ogallala Pliocene of Nebraska and the early evolution of the Microtinae in North America. Papers Paleontol., Univ. Michigan Mus. Paleontol., 12:101–110.

MARTIN, R. L. 1973. The dentition of *Microtus chrotorrhinus* (Miller) and related forms. Univ. Connecticut Occas. Papers, Biol. Sci., 2:183–201.

———. 1979. Morphology, development and adaptive values of the baculum of *Microtus chrotorrhinus* (Miller, 1894) and related forms. Saugetierk. Mitt., 27:307–311.

MEREDITH, M. 1980. The vomeronasal organ and accessory olfactory system in the hamster. Pp. 303–326, *in* Chemical signals, vertebrates and aquatic invertebrates (D. Müller-Schwarze and R. M. Silverstein, eds.). Plenum Press, New York, 445 pp.

MILLER, G. S. 1896. The genera and subgenera of voles and lemmings. N. Amer. Fauna, 12:1–84.

———. 1912. Catalogue of the mammals of western Europe in the collection of the British Museum. British Mus., London, 1,019 pp.

———. 1924. List of North American Recent mammals. Bull. U.S. Natl. Mus., 128:1–673.

BLM_0052219

174     *Carleton*

MILLER, G. S., AND R. KELLOGG. 1955. List of North American Recent mammals. Bull. U.S. Natl. Mus., 205:1–954 pp.

MOIR, R. J. 1968. Ruminant digestion and evolution. Handbook of physiology, alimentary canal, 5 (chap. 126):2673–2694.

NIETHAMMER, J. 1972. Die Zahl der Mammae bei *Pitymys* und bei den Microtinen. Bonner Zool. Bietr., 23:49–60.

———. 1980. Eine Hypothese zur Evolution microtoider Molaren bei Nagetieren. Z. Saugetierk., 45:234–238.

OGNEV, S. I. 1950. Mammals of the U.S.S.R. and adjacent countries. Rodentia. Israel Program for Scientific Translations, Jerusalem (1964), 3:1–626.

OPPENHEIMER, J. R. 1965. Molar cusp pattern variations and their interrelationships in the meadow vole, *Microtus p. pennsylvanicus* (Ord). Amer. Midland Nat., 74:39–49.

OUELLETTE, D. E., AND J. F. HEISINGER. 1980. Reingestion of feces by *Microtus pennsylvanicus.* J. Mamm., 61:366–368.

PHILLIPS, C. J., AND B. OXBERRY. 1972. Comparative histology of molar dentitions of *Microtus* and *Clethrionomys,* with comments on dental evolution in microtine rodents. J. Mamm., 53:1–20.

QUAY, W. B. 1954a. The Meibomian glands of voles and lemmings (Microtinae). Misc. Publ. Mus. Zool., Univ. Michigan, 82:1–17.

———. 1954b. The anatomy of the diastemal palate in microtine rodents. Misc. Publ. Mus. Zool., Univ. Michigan, 86:1–41.

———. 1968. The specialized posterolateral sebaceous glandular regions in microtine rodents. J. Mamm., 49:427–445.

RAUSCH, R. L. 1964. The specific status of the narrow-skulled vole (subgenus *Stenocranius* Kashchenko) in North America. Z. Saugetierk., 29:343–358.

RAUSCH, R. L., AND V. R. RAUSCH. 1968. On the biology and systematic position of *Microtus abbreviatus* Miller, a vole endemic to the St. Matthew Islands, Bering Sea. Z. Saugetierk., 33:65–99.

REPENNING, C. A. 1968. Mandibular musculature and the origin of the subfamily Arvicolinae (Rodentia). Acta Zool. Cracoviensa, 13:1–72.

———. 1980. Faunal exchanges between Siberia and North America. Canada J. Anthropol., 1:37–44.

RINKER, G. C. 1954. The comparative myology of the mammalian genera *Sigmodon, Oryzomys, Neotoma,* and *Peromyscus* (Cricetinae), with remarks on their intergeneric relationships. Misc. Publ. Mus. Zool., Univ. Michigan, 83:1–124.

RUTH, E. B. 1934. The os priapi: a study in bone development. Anat. Rec., 60:231–249.

SEMKEN, H. A. 1966. Stratigraphy and paleontology of the McPherson *Equus* beds (Sandahl local fauna), McPherson County, Kansas. Contrib. Mus. Paleontol., Univ. Michigan, 6:121–178.

SIMKIN, G. N. 1965. Types of ear cavities of mammals in relation to distinctive features of their mode of life. Zool. Zhur., 44:1538–1545.

SNEATH, P. H. A., AND R. R. SOKAL. 1973. Numerical taxonomy. The principles and practice of numerical classification. W. H. Freeman and Co., San Francisco, 573 pp.

SNELL, R. R., AND K. M. CUNNISON. 1983. Relation of geographic variation in the skull of *Microtus pennsylvanicus* to climate. Canadian J. Zool., 61:1232–1241.

SNYDER, D. P. 1954. Skull variation in the meadow vole (*Microtus p. pennsylvanicus*) in Pennsylvania. Ann. Carnegie Mus., 13:201–234.

BLM_0052220

SPRAGUE, J. M.  1941.  A study of the hyoid apparatus of the Cricetinae. J. Mamm., 22:296–310.

STAINS, H. J.  1959.  Use of the calcaneum in studies of taxonomy and food habits. J. Mamm., 40:392–401.

STEIN, G. H. W.  1958.  Uber den Selektionswert der simplex-Zahnform beider Feldmaus *Microtus arvalis* (Pallas). Zool. J. Syst., 86:27–34.

TAMARIN, R. H.  1981.  Hip glands in wild-caught *Microtus pennsylvanicus*. J. Mamm., 62:421.

TARASOV, S. A.  1974.  Postnatal development of os penis in some voles (Rodentia, Cricetidae). Zool. Zhur., 53:1109–1111.

TOEPFER, K.  1891.  Die morphologie des magens der Rodentia. Morphol. Jb. Leipzig, 17:380–407.

TULLBERG, T.  1899.  Ueber das system der Nagethiere, eine phylogenetische studie. Nova Acta R. Soc. Scient. Upsaliensis, Ser. 3, 18:1–514.

VOGE, M., AND H. A. BERN.  1949.  Cecal villi in the red tree mouse *Phenacomys longicaudus*. Anat. Rec., 104:477–482.

———.  1955.  Cecal villi in *Dicrostonyx torquatus* (Rodentia: Microtinae). Anat. Rec., 123:124–131.

VORONTSOV, N. N.  1962.  The ways of food specialization and evolution of the alimentary system in Muroidea. Pp. 360–377, *in* Symposium Theriologicum (J. Kratochvbil and J. Pelikban, eds.). Publ. House Czechoslovak Acad. Sci., Praha, 383 pp.

———.  1979.  Evolution of the alimentary system in myomorph rodents. Amerind Publ. Co., New Delhi, 346 pp.

VOSS, R. S.  1979.  Male accessory glands and the evolution of copulatory plugs in rodents. Occas. Papers Mus. Zool., Univ. Michigan, 689:1–27.

VOSS, R. S., AND A. V. LINZEY.  1981.  Comparative gross morphology of male accessory glands among Neotropical Muridae (Mammalia: Rodentia) with comments on systematic implications. Misc. Publ. Mus. Zool., Univ. Michigan, 159:1–41.

WAHLERT, J. H.  1974.  The cranial foramina of protrogomorphous rodents; an anatomical and phylogenetic study. Bull. Mus. Comp. Zool., 146:363–410.

WILHELM, D. D.  1982.  Zoogeographic and evolutionary relationships of selected populations of *Microtus mexicanus*. Occas. Papers Mus., Texas Tech Univ., 75:1–30.

WOHRMANN-REPENNING, A.  1980.  The relationship between Jacobson's organ and the oral cavity in a rodent. Zool. Anz. Jena, 204:391–399.

WOLFF, J., AND M. JOHNSON.  1979.  Scent marking in Taiga voles, *Microtus xanthognathus*. J. Mamm., 60:400–404.

YABLOKOV, A. V.  1974.  Variability of mammals. Amerind Publ. Co., New Delhi, 350 pp.

ZIEGLER, A. C.  1961.  Occurrence of os clitoridis in *Microtus*. J. Mamm., 42:101–103.

ZIMMERMANN, K.  1956.  Zur evolution der Molar-Strukur der Erdmaus, *Microtus agrestis* (L.). Zool. Jb. Syst., 84:269–274.

BLM_0052221

# MICROANATOMY

## Carleton J. Phillips

### Abstract

A small selection of tissues from species of New World *Microtus* have been investigated in detail at the light microscopic level; at the ultrastructural level *Microtus* is virtually unknown. Most previous histological studies have been in conjunction with analyses of the evolutionary process, systematics, populations, and ontogeny. In particular, light microscopic data are available in the literature for such features as the dentition, integumentary glands, tarsal glands, adrenal glands, ovaries and testes, and digestive tracts. Microanatomical studies of the dentition have revealed likely steps or phases and preadaptive characteristics involved in the evolution of evergrowing molars. The histology, histochemistry, and actual presence or absence of both tarsal and integumentary glands have been used successfully in systematic investigations. The adrenal glands of *Microtus* have been shown to undergo histological changes in correlation with population density and reproductive status. Ovarian microanatomy has allowed for estimation of prenatal mortality; histology of both ovaries and testes has been used previously to demonstrate the effects of variables such as light intensity, photoperiod, and crowding on sexual maturation. Previously unavailable ultrastructural descriptions of the retinal pigment epithelium and photoreceptor cells, the parotid and submandibular salivary glands, and the esophagus, stomach, and small intestine are provided in this chapter. The eye in *Microtus* has approximately 10% cone and 90% rod photoreceptors; ultrastructurally the retina resembles that found in fossorial pocket gophers, *Geomys*. The parotid salivary gland is serous and has secretory intercalated ducts, whereas the submandibular has mucous acini, secretory intercalated ducts, and granular intralobular ducts. The ultrastructure of the esophagus, gastric mucosa, and small intestine generally resembles that of laboratory rodents. Although *Microtus* is not known to have a symbiotic microbial relationship, rod-type bacteria nevertheless are found attached to the keratinized, non-glandular surface of the forestomach.

## Introduction

With three major exceptions, organ systems in species of New World *Microtus* have not been described in detail at either the light microscopic or transmission electron microscopic levels. The exceptions—dentition, stomachs, and certain skin glands—previously have been described and discussed in considerable histological (light microscopic) detail with reference to systematics, evolution, and ecology. The light microscopic histology of several other organs—especially adrenal glands and ovaries and testes—has been used fairly frequently, particularly in the course of ecological and populational studies. Somewhat surprisingly, however, these tissues never have been described qualitatively or quantitatively to the point where intergeneric or interspecific histological comparisons can be made with precision.

The absence of complete, descriptive, microanatomical data for *Microtus*, and other microtines as well, is not particularly surprising in view of the fact that microanatomical compendia are available only for laboratory mice (*Mus*), rats (*Rattus*), and golden hamsters (*Mesocricetus*). The amount of previously published descriptive microanatomical data for *Microtus* necessitated that this chapter be somewhat limited in scope. Consequently, not all organ systems are represented here and, among those that are, some are described and illustrated at the ultrastructural level for the first time.

The main goals of this chapter are: 1) to help establish a data base that will allow for comparisons between *Microtus* and other genera of rodents; 2) to stimulate further study by illustrating the sparseness of current knowledge; 3) to summarize the existing microanatomical data and sources of information; and 4) to present structural information useful to those engaged in other areas of research in which knowledge of microanatomy, particularly at the ultrastructural level, could be valuable to analysis and interpretation of data.

## Methods

Both light and electron microscopic techniques were used to obtain microanatomical data that are presented for the first time in this chapter. New data are based on five specimens of *Microtus pennsylvanicus* (two males, three females) collected in Franklin and

BLM_0052223

178    *Phillips*

Aroostook Counties, Maine. Voucher specimens from these localities are deposited in the collection at the Carnegie Museum of Natural History.

The standard light micrographs of molar dentition were taken with an Olympus Vanox photomicroscope with Nomarski interference-contrast optics (IOC). The jaws were fixed in 10% non-buffered formalin and decalcified in Decal (Scientific Products); a calcium precipitant test (Lillie, 1965) was used to determine total decalcification. The jaws then were embedded in Paraplast and sectioned and stained according to routine, widely used techniques (see Humason [1972] and Lillie [1965] for detailed descriptive information).

Cellular ultrastructure, as studied with transmission electron microscopy (TEM), is heavily emphasized in this chapter. Although much remains to be learned from light-level histochemistry, ultrastructure probably will prove to be a better basic source of information suitable for comparative investigations. The techniques employed for TEM analysis are less well standardized than are histological techniques, and for that reason I present here a reasonably complete description of methodology. I found trialdehyde fixative to be very well suited to ultrastructural analysis of microtines and, with minor changes in protocol, it can be used easily under field conditions (Phillips, in press).

Specimens were anaesthetized with 0.25 cc of sodium pentobarbital (50 mg/ml) and intubated by means of polyethylene tubing that was passed via the mouth and esophagus into the stomach. The primary fixative (based on Kalt and Tandler, 1971) consisted of 3% glutaraldehyde, 2% formaldehyde (made fresh each day from paraformaldehyde powder), 1% acrolein, 2.5% dimethyl sulfoxide (DMSO), and 1 mM $CaCl_2$ in 0.05 M cacodylate buffer at pH 7.2 with 0.1 M sucrose. For digestive tract tissues, fixative was introduced to the lumina by attaching a 1 cc syringe to the free end of the tubing. Meanwhile, other tissues, such as eyes and salivary glands, were removed and either hemisectioned (eyes) or diced in fixative. After 5 min the digestive tract tissues were removed from the visceral cavity and diced in fixative. All tissues were stored in primary fixative for 20 h and then placed in fresh buffer with 3% glutaraldehyde and stored at 4°C. For processing, tissues were washed for 1 h in 0.05 M cacodylate buffer (pH 7.2) with 0.1 M sucrose (three changes, 10 min each) and post-fixed for 1 h in 1%

BLM_0052224

$OsO_4$ with cacodylate buffer and sucrose. Tissues then were dehydrated in an ETOH series (50, 70, 90, and 95%) for 20 min each followed by three changes in 100% ETOH (10 min each) and then three changes (10 min each) in propylene oxide. Lastly, tissues were left overnight in a propylene oxide-Epon 812 mixture (1:1) and vacuum infiltrated for 6 h in fresh Epon 812. The resin was allowed to polymerize for 48 to 60 h at 60°C. Thin sections were studied and micrographed with a Philips TEM 201 operated at 60 KV. "Thick" sections (0.5 $\mu$m) of Epon-embedded tissue were stained with toluidine blue and micrographed with an Olympus Vanox and Nomarski IOC.

## Brain

Histological study of the brain of any mammal is extremely complex and requires not only careful fixation but also careful orientation. Indeed, stereoscopic histological atlases are available only for common laboratory rodents such as rats and golden hamsters (for example, see Knigge and Joseph, 1968). Insofar as *Microtus* is concerned, the brain has not been described at either the light or electron microscopic level and, therefore, nothing definitive can be said about the microanatomy of the brain. However, Quay (1969) reported that he sectioned and examined histologically the brains of 12 specimens of *Microtus pennsylvanicus.* Quay's investigation was a follow-up of an earlier study of the collared lemming (Quay, 1960) and dealt with the occurrence of colloid deposits in the brains of microtine rodents collected in western Canada. Although Quay (1969) did not find birefringent colloid deposits in the brain of any of the specimens of *Microtus,* 12 of 16 captive specimens of *Dicrostonyx* and one wild-caught specimen of *Phenacomys* did exhibit these unusual, possibly pathological, features in their brain tissue.

## Anterior Pituitary Gland

The ultrastructure of the anterior pituitary gland has been studied and described only for an Old World species, *Microtus agrestis* (Charlton and Worth, 1975), but deserves mention here because of Hinkley's (1966) earlier investigation of the effects of plant extracts on cell types in the anterior pituitary of *M. montanus.* In the study

BLM_0052225

180   *Phillips*

by Charlton and Worth (1975), the pituitary cell types were identified by fine structural criteria and comparisons were made to homologous cells in laboratory rats. Prolactotrophs, somatotrophs, gonadotrophs, corticotrophs, thyrotrophs, and follicular cells were all found to be very similar to the presumably homologous cells in *Rattus,* even after a series of experimental manipulations (Charlton and Worth, 1975). One unusual feature, which possibly is unique to the anterior pituitary of *Microtus,* was an "organelle" of unknown function found in the adenohypophysial cells. The authors (Charlton and Worth, 1975) described the structure as a complex array of closely appressed granular endoplasmic reticulum (GER) located adjacent to the Golgi complex. From this discription it seems likely that the structure is related to protein synthesis. Although the gonadotrophic cells from sexually mature individuals most commonly contained this "organelle," it also was found in all of the other types of granular cells. The discovery of an unusual feature in gonadotrophs is especially noteworthy in terms of Hinkley's (1966) report that in male *Microtus montanus,* gonadotrophic (delta) cells increased by 41% following a diet of acetone-ether extract from sprouted wheat.

## *Eyes*

The structure of the eye in *Microtus* previously has been investigated only superficially (for example, Chase, 1972); and because the following account covers only the retinal pigment epithelium (RPE) and neural retina, many relatively basic questions will remain unanswered. Even though microtines have not been studied in detail, enough other species of rodents have been subjects of developmental, functional, histological, and ultrastructural investigations for one to conclude that probably no other mammalian order approaches the Rodentia in structural diversity of the eye. This should not be particularly surprising because the behavioral and ecological diversity among rodents clearly sets them apart from other orders. Indeed, it is for these very reasons that attention is called to the eye in species of *Microtus.*

A basic assumption in constructing an understanding of the evolution of visual-system microanatomy is, of course, that *Microtus* relies on visual cues as well as on olfactory and auditory input.

BLM_0052226

Case No. 1:20-cv-02484-MSK   Document 42-12   filed 04/27/21   USDC Colorado   pg 24 of 104

Although the eyes in *Microtus* are small in comparison to the bulging eyes that are so obviously characteristic of most nocturnal cricetids, it nevertheless is safe to assume that vision is an important component of the total sensory system in microtines. Particularly significant in this regard is the finding that *Microtus pennsylvanicus* uses a sun-compass system in orientation, at least in homing females (Fluharty et al., 1976). They demonstrated that experimental shifts in photoperiod would alter orientation in a predictable, clock-wise fashion. Thus, the eyes in *M. pennsylvanicus* apparently serve as the receptors in a fundamentally important, integrated behavioral-physiological process that includes some type of "biological clock." The level of visual activity in *Microtus* is unknown, but it possibly is significant that most, or perhaps all, of the species are highly susceptible to predation by owls. Consequently, future studies in which different roles of the visual system (for example, integrated sensory receptors in comparison to "sight") can be analyzed and then compared will be of special interest.

Microanatomical examination of the eye of light-adapted individuals reveals that the choroid layer and retinal pigment epithelium are relatively thick in *Microtus*. The stroma of the choroid is compact, densely pigmented, and contains relatively few macrophages (Fig. 1). The prominent chorio-capillary zone is highly innervated (Fig. 1) in *Microtus* and is set in a dense matrix of connective tissue fibers. When viewed in a plane perpendicular to the RPE, Bruch's membrane has a compressed, dense appearance with elastic fibers scattered throughout. A complex network of interlaced individual collagen fibers and reticular fibrils is readily apparent in oblique views (Fig. 2).

The retinal pigment epithelium (RPE) is a monolayer of cells that developmentally are derived from the neuroectoderm. The function, role, and cytochemistry of the RPE have been investigated fairly intensively in vertebrates and presently these cells are known to: 1) serve as a blood-retina barrier; 2) interact with the photoreceptor cells through phagocytosis and degradation of age membrane discs at the tips of the outer segments; 3) produce pigment granules in varying numbers; and 4) serve in ocular defense through their immunophagocytic capacity (Elner et al., 1981; Nguyen-Lagros, 1978; Young, 1971). Among these roles, the best known and most studied is that of phagocytosis and degradation of outer membrane discs.

BLM_0052227

182   *Phillips*





FIG. 1.   Top: light micrograph showing several principal retinal components in *Microtus*. Note extreme abundance of melanolysosomes (arrow) in the retinal pigment epithelium (RPE). Area enclosed in box is roughly equivalent to the area shown below. Abbreviations are: OS, outer segments of photoreceptors; IS, inner

BLM_0052228

The RPE cells in *Microtus* are characterized by their unusual height, extreme abundance of spherical and ovoid melanin granules, and by the presence of osmophilic droplets that are not membrane-bound and apparently lipid in nature (Figs. 1, 2). The RPE basal membrane is complexly infolded; coated vesicles commonly are found within the adjacent cytoplasm but other cytoplasmic constituents, such as free polyribosomes and smooth endoplasmic reticulum (SER), are virtually absent from this area. The remaining cytoplasm, however, is densely filled with tubular SER and polyribosomes (Figs. 2, 3). Lamellar Golgi complexes also are common constituents of the middle zone of RPE cytoplasm (Fig. 2). The RPE mitochondria are found throughout the cell; the mitochondrial profiles either are elongate or nearly round and have both tubular and lamellar cristae.

Given the role of RPE in degradation of outer disc membranes, it is not at all surprising that the cytoplasm of the RPE cells in *Microtus* contains large numbers of phagosomes (Fig. 2), lysosomes, and pigment granules. The pigment granules, which more accurately can be termed "melanolysosomes" because of their acid phosphatase activity (Leuenberger and Novikoff, 1975), are extremely abundant in the RPE cell cytoplasm in *Microtus* (Fig. 1). Analysis of TEM micrographs of *Microtus* RPE provides ultrastructural data that seem to both support and correspond well with the cytochemical studies of Novikoff et al. (1979). Examples of continuity between tubular SER and plasma membranes encasing melanolysosomes, particularly in mature forms of the latter, are fairly common (Fig. 2). Additionally, in instances in which membrane surrounding melanolysosomes is sectioned within about 30° of a perpendicular plane, the surrounding plasma membrane can be demonstrated to be unusually thick and apparently tripartite. In the example illustrated in Fig. 2, the melanolysosomes are in the physical proximity of a Golgi complex and tubular SER, which can be characterized as GERL. The GERL in turn apparently is directly involved in production of RPE lysosomes. Cytochemical

---

segments; C, cone photoreceptor; ONL, outer nuclear layer. Scale bar = 3.5 μm. Bottom: transmission electron micrograph (TEM) of choroid showing melanin granules and choroidal innervation (N). Scale bar = 0.5 μm.

BLM_0052229



184    *Phillips*

BLM_0052230

studies of this organelle have shown it to be both rich in hydrolase and the site of tyrosinase and acid phosphatase activity as well (Eppig and Dumont, 1972; Novikoff, 1976; Novikoff et al., 1979). Microperoxisomes also are abundant in *Microtus* RPE cell cytoplasm. These small spherical bodies are encased in thick, electron dense membrane and internally have a granular appearance (Fig. 2). Previous catalase cytochemical analysis of *Mus* RPE cells has revealed frequent continuity between microperoxisomes and SER (Leuenberger and Novikoff, 1975), and the same sort of TEM images can be found in *Microtus*.

The RPE apical microvilli are highly elaborate and contain abundant ovoid pigment granules (Fig. 1) that are interspersed among the tips of the photoreceptor cell outer segments (Fig. 3). The RPE lateral cell membranes are straight and unspecialized except in the apical zone where adjacent cells have a dense terminal web and desmosomes that form a circumferential ring-like structure within the cytoplasm (Fig. 3).

The neural retina of *Microtus* contains both rod and cone photoreceptor cells (approximately 10% cones, 90% rods). The cells are extremely numerous and densely packed as evidenced by the fact that the outer nuclear layer is 11–14 nuclei deep. According to Chase (1972), in *M. ochrogaster* the RPE, bacillary layer, and outer nuclear layer measure, respectively, 13, 30, and 34 $\mu$m.

The cone photoreceptors can be distinguished from the rods by virtue of: 1) their larger inner segments (both in height and width); 2) slightly paler cytoplasm (both in TEM thin sections and in toluidine blue-stained "thick" sections); 3) significantly larger and paler mitochondria; 4) their large, spherical, euchromatic nuclei; and 5) their complex pedicle-type synaptic bases (Figs. 1, 4, 5). Additionally, the cone photoreceptors in *Microtus* are of particular interest because of the extremely large and broad calyx that extends

←

Fig. 2.   Top: cell cytoplasm in retinal pigment epithelium (RPE) of *Microtus*. Note relationship between smooth endoplasmic reticulum and developing melanolysosomes (see arrows). Abbreviations are: P, phagosome; MP, microperoxisome; G, Golgi complex; M, mitochondrion. Scale bar = 0.25 $\mu$m. Middle: lipid droplets (L) in RPE. Scale bar = 0.5 $\mu$m. Bottom: Bruch's membrane (BM) and capillary (cap) adjacent to basal surface of an RPE cell. Note pore-like fenestrae in the capillary wall (arrows). Scale bar = 0.25 $\mu$m.

BLM_0052231

186    *Phillips*



Fig. 3.   A slightly oblique cut through the apical surface of a retinal pigment epithelial (RPE) cell showing the relationship between RPE microvilli (MV) and photoreceptor outer segments (OS). Note also the cell junction with dense fibrils

BLM_0052232

well beyond the ciliary stalk and appears to cradle the entire basal portion of the outer segment (Fig. 5). In at least some examples the calyx clearly forms a type of cytoplasmic bridge so that the inner and the outer segments of a given cell have a continuity that is additional to the non-motile cilium (Fig. 5). Without serial sections it is impossible to determine whether or not such cytoplasmic bridging is characteristic of all the individual cone photoreceptor cells in *Microtus*. In a previous report of cytoplasmic bridging (Richardson, 1969), it was concluded that such bridges were a regular feature of both cones and rods in the thirteen-lined ground squirrel (*Spermophilus tridecemlineatus*).

In contrast to the cones, the abundant rod photoreceptors in *Microtus* are narrow in outline, and the nuclei are somewhat ovoid and characteristically nearly filled with heterochromatin and the synaptic terminals are of the spherule type (Figs. 4, 5). As in the cone photoreceptors, cytoplasmic bridging also is found in the rods but probably because the rods are so narrow, examples are more scarce than they are among the cones. The potential importance of cytoplasmic bridging between the inner and outer segments of rods and cones lies in the question of how new membrane discs are formed by the photoreceptors and how these discs come to contain visual pigment. The most widely accepted model for origin of disc membranes is one in which new discs are thought to originate from invagination of plasma membrane of the outer segment (Sjöstrand and Kreman, 1979). Originally it was assumed that opsin was synthesized in the cytoplasm of the inner segment and then transported directly to the outer segment in membranous vesicles. Such a model viewed membrane as "fixed," and thus proposed that opsin-containing vesicles moved through the cytoplasm and would of necessity use the ciliary stalk as an access route to the outer segment (Fig. 4). Therefore, the presence of cytoplasmic bridging (Fig. 5) would seem to be particularly important because it would result in increased cytoplasmic contact between inner and outer segments (see Richardson, 1969). However, in our more current view of mem-

---

←

(arrow), the large, coated vesicle (CV), tubular smooth endoplasmic reticulum (SER), sparse granular endoplasmic reticulum (GER), and melanolysosomes (ML). Scale bar = 1 μm.

BLM_0052233

188   *Phillips*



brane structure the possibility of compartmentalized zones within the membrane, as well as constituent flow, allows for non-cytoplasmic transport to the outer segment discs. Such a view is supported by findings from freeze-fracture studies (Besharse and Pfenninger, 1980; Röhlich, 1975; Sjöstrand and Kreman, 1979). Presently it is known that visual pigment apoprotein originates in the GER and Golgi complex of the inner segment, passes through the ellipsoid in association with membrane, is incorporated into the inner segment plasmalemma in the periciliary region, and flows over the cilium into the outer segment where it is incorporated into newly formed discs (Besharse and Pfenninger, 1980; Papermaster et al., 1975; Röhlich, 1975; Young and Droz, 1968). Fundamental structural changes in the plasma membrane take place when the discs actually form from the outer segment membrane (Sjöstrand and Kreman, 1979). It also has been speculated that lipid synthesis takes place in the narrow "growth" zone where discs arise from the outer segment membrane (Sjöstrand and Kreman, 1979). In view of our current understanding of the disc renewal process, the significance of the cytoplasmic bridges found in *Microtus*, and some other rodents as well, could well be the fact that mitochondria are a common feature of the bridges (Fig. 5).

Although membrane flow and the freeze-fracture data per se do not require cytoplasmic continuity between inner and outer segments and do not restrict exchange to the internal portion of the cilium, fundamental alterations in membrane structure and synthesis of lipids would require energy and thus could be facilitated by the immediate presence of mitochondria. Lastly, it is of particular interest that typical mitochondrial profiles located within the cytoplasmic bridges usually are associated physically with tubular SER that sometimes is organized in layers similar to those that characterize a Golgi complex (Fig. 5). The details of the entire renewal process obviously remain to be elucidated and the possibility of species-specific differences also must be considered.

---

←

Fig. 4.   Top: junction of outer segment (OS) and inner segment (IS), showing cilium (c) and associated basal body (b) in the neural retina of *Microtus*. Note also the membrane (arrows) associated with the cross-striated fibril (r). Scale bar = 0.25 μm. Bottom: cross-sections through rods (R) and cone (C) photoreceptors. Compare the mitochondria (m) and note cross-striated fibril (arrow). Scale bar = 1 μm.

BLM_0052235

190    *Phillips*



BLM_0052236

The inner segment in both types of photoreceptor cells contains abundant polyribosomes but only a few vesicles and relatively little SER. Both types of photoreceptor cells have cross-striated fibrils that are prominent near the base of the ciliary stalk (Fig. 4). The cross-striated fibrils usually are associated with membrane that either is smooth or, occasionally, studded with ribosomes (Fig. 5). These fibrils are structurally similar to those found in other rodents, such as the guinea pig (*Cavia*), and presumably extend from the cilium to the synaptic terminal as they do in *Cavia* (Spira and Milman, 1979). The exact function of cross-striated fibrils remains unknown, although their morphology and non-random associations with mitochondria and with membrane systems certainly implies that they are more than a ciliary anchoring system. Perhaps cross-striated fibrils aid in propagation of changes in membrane potential or serve as part of a system with contractile capability (Spira and Milman, 1979).

The synaptic layer in *Microtus* retina is vascularized. Broad-based cone pedicles can be distinguished readily from the rod spherules. The cone pedicles are characterized by numerous invading processes from bipolar and horizontal cells; the latter two kinds of cells have a much paler cytoplasm than do the photoreceptors. The similar rod spherules usually contain two to four pale profiles (Fig. 5). Both rod and cone terminals typically contain at least one mitochondrial profile and one or more synaptic ribbon (Fig. 5). Electron dense zones denote synaptic junctions within the terminals as well as between adjacent cones and rods (Fig. 5).

In summary, microanatomical analysis of the retinal pigment epithelium and neural retina in *Microtus* reveals a complex, mixed cone-rod photoreceptor system suggestive of both scotopic and photopic vision. In comparison to other studied rodents, *Microtus* ap-

---

←

FIG. 5.   Top left: synaptic layer in the neural retina of *Microtus* showing rod spherules filled with synaptic vesicles (sv). The pale profiles (n) are sections through connecting bipolar and horizontal neurons. Note the single mitochondrial profile (m) and pairs of synaptic ribbons (sr). Scale bar = 0.5 μm. Top right: Bases of outer segments of rod (left) and cone (right) photoreceptors. Scale bar = 1 μm. Bottom: longitudinal sections comparing rod and cone photoreceptors. Compare the mitochondrial profiles (m) and note the ribosomes (arrow) attached to membrane associated with the rootlet fiber; b, basal body. Scale bar = 1 μm.

BLM_0052237

pears to be unique in a number of ways. Firstly, the RPE not only is thick but also densely filled with melanolysosomes that occupy the apical zone of cytoplasm. Although such comparisons have not been made previously, examination of micrographs published in Kuwabara (1979) and elsewhere clearly indicate that melanolysosome abundance is far greater in *Microtus* than in *Rattus, Mus, Cavia,* and *Mesocricetus*. The greatest morphological similarity is between *Microtus* and the diurnal ground squirrels, *Spermophilus,* and the fossorial plains pocket gopher, *Geomys bursarius* (Feldman and Phillips, 1984; Jacobs et al., 1976; Kuwabara, 1979). However, *Microtus* differs from even these species; in light-adapted *Microtus* the melanolysosomes are confined to the apical RPE cytoplasm and the microvilli are relatively short, whereas in the other two genera the long microvilli contain most of the granules. One possible explanation is that this apparent difference is the result of light or dark adaptation prior to sacrifice, but the data presently are inadequate for such a determination.

The relative percentages of rods and cones (90/10) places *Microtus* toward the nocturnal end of a broad category of rodents possessing mixed retinas. In nocturnal rodents such as Norway rats (*Rattus norvegicus*), pigmented laboratory mice, and the eastern woodrat (*Neotoma floridana*) the retinas essentially are all rod (99%), whereas in diurnal ground squirrels (*Spermophilus* and *Cynomys*), cones comprise about 95% of the photoreceptor cells (Cohen, 1960; Feldman and Phillips, 1984; Jacobs et al., 1976; West and Dowling, 1975). Overall, *Microtus* joins a group of species that includes the gray squirrel (*Sciurus carolinensis*), which has about 60% cones, and the plains pocket gopher (*Geomys bursarius*), which has about 25% cones (Feldman and Phillips, 1984; West and Dowling, 1975). Indeed, from a purely morphological point-of-view, *Microtus* is closest to *Geomys*. If additional study upholds these apparent similarities, the likelihood is that either both of these species share some common features because their eyes are less derived from the early ancestral state, or that the similarities are indicative of convergent evolution toward a fossorial or a semi-fossorial behavior. Indeed, *Microtus pennsylvanicus* spends considerable time in dark burrows and seems to prefer light intensities ranging from twilight to total darkness (Kavanau and Havenhill, 1976). Future study of the microanatomy of rodent eyes undoubtedly will be valuable in elucidation of systematic relationships and evolutionary patterns.

BLM_0052238

Future study will be required to determine such salient aspects of *Microtus* as visual acuity, spectral sensitivity, and the details of the inner nuclear and inner plexiform layers. The latter aspect in particular is totally unknown as of this writing and represents a topic that cannot easily be inferred from other work and, thus, will require considerable primary research.

## Tarsal (Meibomian) Glands

The eyelids of mammals consist of an integumentary covering over a dense connective tissue support (called a "tarsal plate") and skeletal muscle fibers from the orbicularis oculi muscle. Typical sebaceous glands are associated with the hair follicles and, in both the upper and lower lids, hypertrophied sebaceous glands referred to as tarsal, Meibom, or Meibomian glands are positioned within the dermis (see Carleton, this volume). Tarsal glands in the eyelids of a variety of microtine rodents (both New and Old World species) have been described by several authors (Hrabě, 1974; Quay, 1954; Šulc, 1929; Veselý, 1923).

Quay (1954) found interspecific differences among the microtines and suggested that the distribution and abundance of tarsal glands might be of taxonomic value. Hrabě (1974) agreed with this assessment and with the idea that the evolutionary trend was one of reduction (that is, the more "primitive" microtines might be expected to have more glandular units). Both authors (Hrabě, 1974; Quay, 1954) found that although the tarsal glands were reduced in number in some microtines (including *Microtus*), the individual glands nevertheless were significantly larger in size than in those species having more glands. Quay (1954) hypothesized that the apparent evolutionary decrease in numbers of individual glands was related to the trend toward reduction in size of the eye evidenced by many microtines, whereas the increase in size of the individual glands could be correlated with an increased need for protective secretions during burrowing and other activities associated with a semi-fossorial life.

Histologically, the tarsal glands essentially are hypertrophied sebaceous glands that secrete a substance rich in lipids. Apparently the glands found in *Microtus* do not differ notably from homologous glands in other rodents or mammals in general. Quay (1954) did note, however, that within the upper eyelid the lateral-most tarsal

BLM_0052239

194   *Phillips*

gland was not only larger than the others but also had an excretory duct that followed the course of the extraorbital lacrimal gland. He referred to this particular tarsal gland as an extrapalpebral sebaceous gland (Quay, 1954).

## Integumentary Glands

Many species of microtine rodents are characterized by localized pads of hypertrophied glandular tissue that underly the epidermis in specific areas of the posterior integument. Although the exact positions of these integumentary glands can vary both generically and specifically, the glands nevertheless always seem to be restricted to four limited areas: 1) the dorsal base of the tail; 2) the rump; 3) bilaterally on the hips and upper thighs; and 4) bilaterally on the flanks (Quay, 1968). Histologically, these glands may be described as "sebaceous" and, thus, at the light microscopic level they resemble or perhaps are identical with much smaller, less concentrated, glandular units normally associated with mammalian hair follicles. Although neither electron microscopic data nor complete biochemical analysis of the secretory product(s) presently are available, lipids clearly are one major product of the microtine skin glands (Quay, 1968). Insofar as function is concerned, there is general agreement that these integumentary glands have a communicative role not only in microtines but also in the other mammals that possess them (see Eisenberg and Kleiman, 1972; Müller-Schwarze, 1983; Ralls, 1971; Wolff and Johnson, 1979).

In *Microtus,* hypertrophied sebaceous glands are particularly interesting for several reasons. Firstly, within the genus these glands apparently do not occur naturally in all of the many recognized species (Quay, 1968). Based on specimens that he examined, Quay (1968) identified a provisional group of seven nominal species in which skin glands had not been found. Among these, the common and widespread *M. pennsylvanicus* is noteworthy because recently Boonstra and Youson (1982) reported the common occurrence of these glands in voles of both sexes. This discovery suggests the possibility of an ontogenetic component to the presence or apparent "absence" of integumentary glands in some species of *Microtus.*

Secondly, it is noteworthy that microtine skin glands can be influenced by androgens (Jannett, 1975). In a series of experiments, Jannett (1975) investigated the responses of both male and female

BLM_0052240

specimens of *M. longicaudus* and male *M. pennsylvanicus* to either injections or subcutaneous implants of testosterone. His experimental animals included both wild-caught and laboratory progeny and were either castrated or ovariectomized. Although neither *M. longicaudus* nor *M. pennsylvanicus* "normally" has skin glands in the wild (excepting Boonstra and Youson's [1982] report discussed above), nearly all of the males and all of the females developed glands following administration of testosterone (Jannett, 1975). Left unanswered by these experiments is the question of why skin glands would develop after stimulation with exogenous testosterone but not as a consequence of endogenous androgens. Quay (1968) earlier had hypothesized a role for androgens and suggested that differential androgen levels or tissue sensitivity might account for species or population differences in the presence or absence of the integumentary glands. Jannett (1975) mentioned the possibility of "different" androgens and the role of other interacting sebotrophic hormones. Regardless of the reasons for specific differences, it seems clear that although some species of *Microtus* seem to lack glands, they nevertheless actually possess the capacity for glandular hypertrophy if given an appropriate stimulation. This finding in itself is significant because it illustrates that the mere absence of a structural feature does not prove that the feature has been "lost" in a genetic or evolutionary sense.

Lastly, the presence or absence and distribution of skin glands in *Microtus* and other microtines clearly has a taxonomic usefulness. Indeed, in his classic revision of voles and lemmings, Miller (1896) not only introduced the subject but set the stage for continuing interest in these unusual integumentary features. Quay (1952, 1968) and Jannett (1975) both have added substantially to the subject.

Histologically, the best description of integumentary glands at the light level may be found in Quay (1968). Using *M. oeconomus* as an example, Quay reported as follows. In comparison with the sebaceous glands of typical hair follicles, the individual sebaceous gland units of the hypertrophied integumentary glands are greatly increased in size and cell count and are branched and multi-lobed. The epidermis that overlies the gland is thickened irregularly, especially in the center of the glandular area. Hair follicles and hair growth itself seem to be reduced or distorted. In association with this finding, the arrector pili muscles within the area of a typical gland either are absent or, at least, difficult to find. The gland ducts

BLM_0052241

within the central area of the gland frequently become cystic and contain keratin that has been sloughed off from the surface as well as cellular debris. Lastly, lipid droplets detected through staining with Sudan Black B (without acetone extraction) tend to increase in both number and size from the periphery of the gland toward the center.

Many questions remain unanswered even though previous studies of integumentary glands have provided a sound foundation. Biochemiocal analysis of secretory product would provide one set of data crucial to additional interpretation of the functional role of the glands. Detailed study of the ontogeny of the glands as well as comparisons between typical hair follicle glands and hypertrophied glands might also be valuable. For example, it would be interesting to know whether or not the sebaceous secretory cells undergo changes when stimulated by testosterone. Either *M. longicaudus* or *M. pennsylvanicus* would be valuable as a model for such research.

## Dentition

*Microtus* is characterized by having both evergrowing incisors and molars. Although the microanatomy of the incisors has not been investigated specifically, the complex molars have been the subjects of histological, histochemical, autoradiographic, and genetic studies (Gill and Bolles, 1982; Koenigswald and Golenishev, 1979; Oxberry, 1975; Phillips and Oxberry, 1972). The evolutionary history of the molars in *Microtus* is fairly well documented in the fossil record (see Carleton, this volume; Zakrzewski, this volume); indeed, microtine dentition in general has been used as an index for both Eurasian and North American Pleistocene deposits (Hibbard, 1959; Kowalski, 1966).

The crowns of *Microtus* molars consist of a series of salient and re-entrant angles that result in an extremely complex, nearly flat, grinding surface (Fig. 6). The occlusal pattern, extreme crown height (hypsodonty), cementoid buttressing, and continuous growth that characterize the molars, all have been associated with an evolutionary shift to an abrasive diet (Guthrie, 1965, 1971; Phillips and Oxberry, 1972; White, 1959). According to Zimmerman (1965), even interspecific differences in degree of occlusal complexity can be correlated with relative percentage of grasses in the diets of *M. pennsylvanicus* and *M. ochrogaster*.

BLM_0052242



Fig. 6.   Diagrammatic representation of an evergrowing molar; transverse sections A, B, and C on right correspond to dotted section lines on the molar shown at left. The overview shows the relationship between molars and periodontal ligaments (pl), gingivum (g), and alveolar bone (ab). Section A: intra-oral "crown." Abbreviations are: ac, thin layer of acellular cement; e, mature enamel; d, mature dentin; cc, cellular cement (major point of attachment); rd, reparative dentin; cb, cementoid buttress. Section B: middle, mature segment of the molar that serves as a "root." Abbreviation: p, pulp. Inset shows histological features of enclosed area, including periodontal ligaments (pl), fibroblasts (1), pulpal blood vessels (2), odontoblasts (3), and cementoblasts (4) on mature enamel (e). Section C: formative apical end of "rooted" portion. Abbreviations are: ie, immature enamel; id, immature dentin; ip, immature pulp; c, cementoblasts; iee, inner enamel epithelium; oee, outer enamel epithelium. Inset shows histological details of enamel epithelium, including ameloblasts (1), stratum intermedium (2), stellate reticulum (3), and outer enamel epithelium.

Microanatomical analyses of evergrowing molars have proven useful in elucidating structural features and in formulating a theoretical concept of evolutionary mechanisms involved with their origin (Phillips and Oxberry, 1972). The major difference between evergrowing molars and typical rooted molars is that crown formation is continuous in the former. Essentially, therefore, the mo-

BLM_0052243

198    *Phillips*

lars in *Microtus* are examples of a morphogenetic system in which the developmental process never ceases (although the rate may change). Histologically, the "rooted" portion of the molar crown concurrently resembles the proliferation, morphodifferentiation, histodifferentiation, and apposition "stages" (Fig. 6) found sequentially in development of typical rooted teeth (Bhaskar, 1976; Phillips and Oxberry, 1972).

Two of the key questions in the evolution of evergrowing molars are: 1) how can a continuously growing crown be held in place; and 2) why is it that attrition from abrasion and thegosis (tooth to tooth contact) does not eventually expose the pulpal chamber?

The first question was investigated in detail by Oxberry (1975), who demonstrated variability in the morphology of the coronal surfaces of the molars. He pointed out that each molar had "major points of attachment" where enamel was lacking and "minor points of attachment" where enamel was present. In the former, the primary dentin is covered by a thick layer of cellular cement that in turn is connected to adjacent alveolar bone by dense periodontal ligaments having an extensive indifferent fiber plexus (Figs. 6, 7). In the latter, the mature enamel is covered by a thin layer of acellular cementum that is deposited shortly before eruption (Phillips and Oxberry, 1972) and which allows for attachment of principal fiber bundles of the periodontal ligaments (Fig. 7).

In addition to special attachment points, the evergrowing molars also are "buttressed" by cellular cement that "grows" within their interstices. This cement has not yet been analyzed histochemically, but its decalcified histological appearance differs from that of typical cellular cement by having dense arrays of collagenous fibers (Figs. 7, 8). One implication of an obvious fibrous appearance under such circumstances is that the ground substance is sparse. The fact that

→

FIG. 7.   Top: transverse section through rooted portion of an upper molar. Note the cellular cement (CC) serving as a major point of attachment in an area of the tooth lacking enamel (E). Other abbreviations are: D, dentin; P, pulp; PL, periodontium; AC, thin, acellular cement covering enamel; CB, cementoid buttress. Enclosed area is shown at higher magnification below. Nomarski interference-contrast optics; scale bar = 30 µm. Bottom: a major point of attachment showing cellular cement (CC) over dentin (D). Note how periodontal ligaments are invested into the cementum (arrows). Nomarski interference-contrast optics; scale bar = 11 µm.

BLM_0052244



*Microanatomy* 199

BLM_0052245

200     *Phillips*



FIG. 8.   Top: Nomarski interference-contrast optics view of cellular cementoid buttress (CB) invested by collagen fibers (arrows) of periodontium. Scale bar = 11

BLM_0052246

the buttresses "grow" from a basal zone where cementoblasts pro-
liferate and become incorporated within the cementum also is unique
(Oxberry, 1975; Phillips and Oxberry, 1972). Typically, cementum
(both cellular and acellular) is deposited as a layer on freshly min-
eralized surfaces (either dentin or enamel) rather than as a perio-
dontal deposit having directional growth (see Bhaskar, 1976). Tri-
tiated glycine has been used to monitor incorporation of an amino
acid and thus demonstrate the growth zone of the cementoid but-
tresses (Oxberry, 1975). Within 15 min after injection, Oxberry
(1975) found reduced silver grains at the base of the buttresses and
after 2 h he found the glycine within newly formed cement. The
porous structure of the cementoid buttresses results in the absorp-
tion of saliva, oral microflora, and food debris, which give the intra-
oral coronal surfaces of *Microtus* molars their characteristicly
dark-stained appearance.

As the occlusal surfaces of molars are worn away, dentinal tu-
bules become exposed to the oral cavity, fill with debris (Fig. 8),
and the associated odontoblasts either die or, at least, have impaired
function. Exposure of the cytoplasmic processes of the odontoblasts
might be one mechanism that triggers a repair response. Although
attrition is difficult to measure, tetracycline-stained molars in two
Old World species (*M. fortis* and *M. mandarinus*) have been shown
to erupt at between 0.5 and 0.7 mm per week (Koenigswald and
Golenishev, 1979). The extreme attrition of evergrowing molars
might be expected to also expose the soft dental pulp but does not
because of production of reparative (irregular) dentin (Fig. 8) that
plugs the coronal pulpal chamber (Oxberry, 1975; Phillips and
Oxberry, 1972). Oxberry (1975) demonstrated incorporation of tri-
tiated glycine into newly formed reparative dentin at 1 h after
injection, thus suggesting that the process of formation of reparative
dentin is fairly rapid. Whether or not the reparative dentin is elab-
orated solely by odontoblasts is as yet unknown, but possibly other
pulpal cells (such as fibroblasts) also are involved.

In summary, microanatomical analysis of the molars in *Microtus*

---

← μm. Bottom left: debris-filled dentinal tubules (arrows) exposed to the oral cavity
because of attrition of the occlusal surface of a molar. Nomarski interference-contrast
optics; scale bar = 29 μm. Bottom right: primary dentin (D) and adjacent irregular,
reparative dentin (RD). Nomarski interference-contrast optics; scale bar = 29 μm.

BLM_0052247

202    *Phillips*

has enabled development of a model for understanding the evolution of evergrowing molars in rodents.

## Salivary Glands

Among the variety of major and minor salivary glands in *Microtus,* microanatomical data presently are available for the parotid and submandibular glands, which are only two of the three major glands located outside of the oral cavity. None of the numerous minor salivary glands, located within the lining of the oral cavity and within the tongue, has been studied. No histochemical data presently are available for any microtine salivary glands so knowledge of the chemical composition of the secretory products can be inferred only by comparison of structural features and histological staining reactions to comparable features in salivary glands of laboratory rodents on which more detailed sudies have been undertaken. Presumably, salivary glands have the same roles in *Microtus* as in other mammals and, therefore, they most certainly not only secrete digestive enzymes but probably also secrete IgA, hormones, and lubricating mucoid substances (Dawes, 1978; Hand, 1976; Phillips et al., 1977). It also is likely that salivary glands in rodents have some additional, presently unknown, biological roles. For example, sexual dimorphism in the morphology of secretory portions of the submandibular intralobular duct system has been reported in both *Mus* and *Rattus* (Junqueira et al., 1949; Srinivasan and Chang, 1975). Sexual differences in mucins have been described in the hamster, *Mesocricetus* (Shackleford and Klapper, 1962), and sexual differences in rates of enyzme biosynthesis have been demonstrated in *Mus* (Calissano and Angeletti, 1968).

Limited dynamic interpretations of static ultrastructural images of *Microtus* salivary glands can be developed because the secretory process and general physiology of salivary glands have been investigated in considerable detail in recent years (for a summary, see Tandler, 1978). For example, pulse-chase experiments, often using tritiated leucine, have been employed to develop an understanding of serous secretory cells. It has been demonstrated that protein synthesized in the cisternae of the granular endoplasmic reticulum (GER) is assembled into immature product at the Golgi complex following energy-requiring transfer from the GER (Bogart, 1977; Castle et al., 1972; Palade, 1975). Although details of secretory cell

BLM_0052248



A

B

FIG. 9.   Diagrammatic representation of parotid (A) and submandibular (B) salivary glands. Abbreviations are: ac, acinar cells; icd, intercalated duct; gd, granular duct; sd, striated duct.

membrane synthesis and membrane recycling processes have remained somewhat elusive, it is known that membrane enclosing secretory granules arises *de novo* concomitantly with the product and differs biochemically from other membrane (Amsterdam et al., 1971). Secretory granules are exported in an orderly, chronological fashion; the granule membrane fuses to the outer cell membrane just prior to release of secretory product into the adjacent lumen (Satir, 1974; Tandler and Poulsen, 1976). Excess membrane subsequently is resorbed in the secretory cell (Amsterdam et al., 1971).

The small parotid salivary gland in *Microtus* is positioned at the base of the ear. It consists of bulbous serous secretory acini, short secretory intercalated ducts, and non-secretory intralobular (striated) ducts (Fig. 9). The pyramidal serous cells are characterized by

BLM_0052249

204    *Phillips*



BLM_0052250

large, spherical euchromatic nuclei cradled by abundant lamellar granular endoplasmic reticulum (GER). The basal plasma membrane is relatively smooth, whereas the basal one-half of the lateral membrane typically is slightly interdigitated with that of adjacent secretory cells (Fig. 10). Nerve terminals are associated with these membrane surfaces, being positioned in shallow indentations on the basal surface as well as wedged between adjacent cells (Fig. 11). The apical one-half of the lateral membranes of the serous cells include intercellular canaliculi and, immediately adjacent to the lumen, a zona adherens. The apical membrane, when secretory product is released, is irregular and has short microvilli (Fig. 10).

The serous-cell Golgi complexes are prominent cytoplasmic features; at the inner face of the flat lamellar structures are found coated vesicles and immature secretory granules containing moderately electron dense material (Fig. 10).

The intercalated ducts in parotid salivary glands of *Microtus* apparently are secretory. Although the product has not been chemically categorized, its appearance in the TEM differs significantly from the appearance of the serous granules; intercalated duct cell secretory product is only moderately electron dense and the images suggest that individual granules can coalesce into larger, irregularly shaped granules. Although the coalesced images might be artifactual, they nevertheless are not found in serous cells processed in the same way and therefore can be taken as indicative of some physiochemical difference between secretory granules. Additionally, the intercalated duct cells are characterized by elongate euchromatic nuclei, have very little GER relative to that found in the serous cells, and the Golgi complexes are inconspicuous (Fig. 11). Secretory intercalated ducts also have been reported in the hamster parotid (Shackleford and Schneyer, 1964); however, in this species the product is said to be extremely electron dense.

The intralobular (striated) parotid ducts in *Microtus* are non-

---

←

FIG. 10.   Top: secretory acinar cell from the parotid salivary gland. Note the extensive Golgi complex (G), associated condensing vesicles (cv), and mature secretory granules (sg). Other abbreviations are: L, lumen; N, nucleus; ger, granular endoplasmic reticulum. Scale bar = 1 μm. Bottom: higher magnification of lumen (L), secretory granules (sg), and apical and apico-lateral cell surfaces. Note apical microvilli (mv) and adjacent cell junctions (arrows). Scale bar = 0.25 μm.

BLM_0052251

206    *Phillips*



FIG. 11.   Top: innervation (N) of a serous secretory cell (basal margin) of the parotid salivary gland. Abbreviations are: GER, granular endoplasmic reticulum;

BLM_0052252

secretory, at least to judge from their histological and ultrastructural appearance. At least two ultrastructurally distinctive cell types are found in these ducts; each might represent different functional states of the other. The most prominent image is one of a large columnar cell with a spherical, centrally placed euchromatic nucleus. With the trialdehyde fixative and processing techniques used by me, these cells have an extremely pale cytoplasm. Indeed, the cytoplasm is so pale that cytoskeletal features such as microtubules and fibrils that ordinarily are difficult to discern among other cytoplasmic constituents, are seen easily and their relationships to organelles are apparent (Fig. 12). The basal cytoplasm of these pale cells contains large mitochondrial profiles and the basal plasma membrane invaginates deeply into the cell (Fig. 12). The second cellular profile is one in which the cells appear to be a somewhat condensed version of the pale cells, differing from the latter in being smaller, typically wedged between pale cells, and in having a darker cytoplasm and an irregularly shaped nucleus. The luminal membranes of both cell types are characterized by irregular, pleiomorphic microvilli (Fig. 12), and neither contains secretory product, although in both the apical cytoplasm does contain a variety of pale vesicles (Fig. 12).

The submandibular salivary gland in *Microtus* is much larger than the parotid, more complex in structure, and apparently more complex in function as well. The submandibular has large, bulbous acini containing mucous secretory cells (Fig. 9). These mucous cells, which are a large and prominent feature of the gland, are characterized by pale coalescing secretory granules containing flocculent material (Fig. 13). The nuclei tend toward being heterochromatic, are basally positioned, and are irregular or flattened in appearance. The peripheral cytoplasm of the mucous cells is filled with lamellar GER and has a dark, condensed appearance. Coated and smooth vesicles, which are a common feature of serous cells, essentially are lacking in the mucous cells. The Golgi complexes are prominent. The cell outer plasma membrane generally is smooth except at the luminal surface, where a few small microvilli typically are found.

---

←

M, mitochondrion; C, intercellular collagen; BL, basal lamina. Scale bar = 0.12 $\mu$m. Bottom: secretory intercalated duct adjacent to acinus (lower right). Abbreviations are: sg, secretory granules; G, Golgi; L, lumen; N, nerve terminal. Scale bar = 1 $\mu$m.

BLM_0052253

208     *Phillips*



The short intercalated duct is of special interest because it consists of low, cuboidal cells that typically are packed with electron dense secretory granules (Fig. 13). These granules differ from typical serous granules in that they have an irregular rather than spherical shape. The intercalated duct cells have ovoid, basally restricted nuclei containing moderate amounts of heterochromatin. The GER, Golgi complexes, and mitochondria in the intercalated duct cells are sparse but apparently scaled to the overall small size of the cell (Fig. 13). The granular intralobular duct system in the submandibular is secretory in *Microtus* as it is in most other rodents (Fig. 9). The ultrastructure of the granular duct cells somewhat resembles that seen in the intercalated duct cells of the parotid salivary gland of *Microtus*. The cytoplasm is packed densely with round or ovoid secretory granules, many of which are coalesced into larger, more irregularly shaped granules (Figs. 13, 14). One or more large Golgi complexes are in a supranuclear location; the ovoid nucleus itself is not restricted to the basal ergastoplasm, is euchromatic, and is cradled in extensive lamellar GER. The basal and apical cell membranes are unspecialized; the basal membrane is relatively smooth, whereas the apical membrane, which borders on the lumen of the duct, generally is smooth with only a few microvilli (Fig. 14). The lateral membranes are characterized by a prominent gap junction (Fig. 14). The chemical composition of the secretory product produced in the granular duct is unknown. The ultrastructure of the cells, however, might be categorized as sero-mucoid (Shackleford and Wilborn, 1968) because the granules are pale and appear to coalesce, whereas the organellar arrangement and morphology are more nearly similar to that associated with serous secretory cells.

The intralobular striated ducts, to which the granular ducts lead (Fig. 9), are characterized by large, pale cells having spherical, centrally placed euchromatic nuclei (Fig. 15). Unlike the homologous cells of the parotid, the striated duct cells in the submandibular

←

Fig. 12.   Top: basal portion of parotid striated duct cell showing infolded basal membrane (arrows), associated mitochondrial profiles (M), and characteristically euchromatic nucleus (N). Scale bar = 1 μm. Bottom: apical surface of striated duct cell. Note microvilli (MV) and collection of vesicles (V) in adjacent cytoplasm. Other abbreviations are: L, lumen; M, mitochondrial profile; mt, microtubule; arrows, cytoskeletal fibrils. Scale bar = 0.25 μm.

BLM_0052255

210   *Phillips*



BLM_0052256

salivary gland frequently have accumulations of electron-dense granules in a cytoplasmic zone immediately adjacent to the lumen (Fig. 15). These granules possibly suggest that the striated duct cells in the submandibular are secretory; however, the ultrastructural data in themselves are not unequivocal and, therefore, it also is possible that the granules are associated with an absorptive function of these cells (Rhodin, 1974).

The parotid salivary gland in mammals generally is more conservative in structure than is the submandibular (Phillips et al., 1977). This principle is underscored by *Microtus,* in which the parotid is similar to that found in *Rattus, Mus,* and other species, whereas the submandibular appears to be considerably different from that of other rodents for which data are available. Serous acinar cells such as those found in *Microtus* appear to be typical of rodent parotid glands (Hand, 1976; Shackleford and Schneyer, 1964). Comparisons among rodents are hampered somewhat by differences in fixation technique. In the early (1950–1960) TEM literature on rodent salivary glands, most micrographs were of material fixed with osmium tetroxide and the secretory granules had a pale appearance. The more recent aldehyde fixation techniques preserve cellular proteins and glycoproteins to a different extent and typically the granules appear as illustrated for *Microtus* (Fig. 10). The extreme electron density of the serous secretory granules in aldehyde-fixed tissue samples thus is indicative of the highly proteinaceous nature of the parotid acinar product.

Pulse-chase radioautographic analyses have demonstrated that synthesis and assembly of product of acinar serous cells in rabbits are similar to that found in the zymogen-producing pancreatic cells, with the exception that the process is slower in the parotid cells (Castle et al., 1972). In the absence of data for *Microtus* and other rodents, it only can be inferred that their parotid serous cells are similar functionally to those of rabbits.

The submandibular salivary gland in rodents has attracted far

←

Fig. 13.   Top: survey view of three types of secretory cells found in submandibular salivary gland. Compare the secretory product of the sero-mucous acinar cells (sg1), the small intercalated duct cells (sg2), and the granular duct (sg3). Other abbreviations are: L, lumen; G, Golgi complex; cv, condensing vesicle. Scale bar = 1 $\mu$m. Bottom: higher magnification of intercalated duct cells. Scale bar = 0.5 $\mu$m.

BLM_0052257

212   *Phillips*



FIG. 14.   Cross-section through a granular duct of submandibular salivary gland. Note unusual zones of occluded cell junction (arrows) positioned on lateral cell surfaces. Abbreviations are: sg, secretory granule; G, Golgi complex; cv, condensing vesicle. Scale bar = 0.5 μm.

BLM_0052258

more attention than has the parotid. In large measure this is due to: 1) its size and location, which make it convenient for developmental studies (for example, see Spooner, 1973); 2) its tendency in rodents to be sexually dimorphic (for example, see Srinivasan and Chang, 1975); and 3) its well-known capacity to produce a variety of compounds, including nerve growth factor (NGF), epidermal growth factor (EGF), renin, and kallikrein, which one would not expect to find in saliva (Hand, 1976; Murphy et al., 1980).

The acinar secretory cells of the submandibular in *Microtus* are similar, ultrastructurally, to those of all other rodents for which comparative data are available. Such secretory cells are described as mucous or, occasionally, seromucous, depending upon selection of ultrastructural criteria and fixative (Hand, 1976; Shackleford and Wilborn, 1968; Simson et al., 1978; Tamarin and Sreebny, 1965). Given the ultrastructural characteristics of these cells, it is not surprising that the acinar cell product differs from that secreted by the parotid in a number of ways, including having a lower level of amylase (Shackleford and Schneyer, 1964). Functional differences between parotid and submandibular acinar cells were demonstrated by Bogart (1977), who used tritiated leucine to investigate intracellular kinetics in *Rattus*. The major kinetic difference was in the greater time spent by the developing product in the vicinity of the Golgi complex (Bogart, 1977), which probably is reflective of the "mucoid" nature of the secretory product. A number of cytochemical studies have provided data that demonstrate that sugar moieties and sulfate can be incorporated into secretory cells and added to a protein secretologue directly at the Golgi complex (Berg and Austin, 1976; Bogart, 1977).

The secretory intercalated duct and granular duct are the most notable features of the submandibular salivary gland in *Microtus*. At sexual maturity in all studied species of rodents, except ground squirrels (*Spermophilus*), a segment of intralobular duct positioned between the intercalated duct and the typical "striated" duct undergoes a specialized differentiation and develops into a "granular" duct that secretes a complex product (Hand, 1976; Shackleford and Schneyer, 1964; Srinivasan and Chang, 1975). Androgenic hormones influence development of the granular duct, which generally is much larger in males than it is in females (Calissano and Angeletti, 1968; Hand, 1976; Junqueira et al., 1949). Recent histochemical investigations have established that nerve growth factor (NGF) and epithelial growth factor (EGF) are two of the secretory

BLM_0052259

214   *Phillips*



BLM_0052260

products of these granular ducts (Murphy et al., 1980). Unlike the submandibular acinar secretory product, export of growth factors is not triggered by cholinergic secretagogues. Indeed, both alpha and beta adrenergic agents stimulate the release of NGF and EGF into the ductal lumen (Wallace and Partlow, 1976). Because the granular duct serves as an exocrine rather than an endocrine organ (Byyny et al., 1974), one significant question is: how do the growth factors reach the blood? One plausible answer is that the salivary growth factors are swallowed and absorbed in the gastrointestinal tract (Murphy et al., 1980). A second question, which is directly applicable to *Microtus,* is: what are the functions of such growth factors in adult animals? Although essentially all of the research so far has been done with *Mus* as the experimental animal, it is not unreasonable to assume that the granular duct in *Microtus* also secretes NGF or EGF or both. One hypothesis, applicable at least to EGF, is that the capacity to produce considerable quantities of this protein is somehow linked to evergrowing teeth. Previous studies have demonstrated that EGF promotes early eye-opening in young mice (*Mus*) when given orally (Taylor et al., 1972) and, furthermore, stimulates eruption of incisors (Hand, 1976). Although for now we can only speculate, it seems clear that future investigations of the relationships among EGF, salivary glands, and growth could cast light on the basic mechanisms that allowed for evolution of evergrowing teeth.

The apparent microanatomical and ultrastructural differences between the submandibular of *Microtus* and those of other studied rodents is of special interest. *Microtus* is the only rodent genus (among those studied) in which a secretory intercalated duct is interposed between the acinus and granular duct; in other rodents the intercalated duct consists of non-secretory, low cuboidal cells.

←

FIG. 15.   Striated duct of submandibular salivary gland. Compare with Fig. 12 and note differences in apical surfaces (a). In submandibular striated duct cells, apical microvilli and cytoplasmic vesicles are lacking; instead, the apical surface is smooth and the apical cytoplasm contains small, electron-dense bodies (arrows). Also notice the fixed formative saliva within the lumen. Abbreviations are: m, mitochondrial profile; cv, coated vesicles; ger, granular endoplasmic reticulum. Scale bar = 1 μm.

BLM_0052261

216   *Phillips*



FIG. 16.   Diagrammatic view of locations in the digestive tract of *M. pennsylvanicus* from which tissues were taken for EM analysis: A, esophagus; B, cardiac vestibule; C, non-glandular forestomach; D, glandular stomach; E, junction of pylorus and duodenum; F, small intestine.

Additionally, the ultrastructure and secretory product of aldehyde-fixed submandibular intercalated duct cells in *Microtus* (Fig. 13) are similar to granular duct cells in *Mus* (see Murphy et al., 1980). On the other hand, the granular duct cells in the *Microtus* submandibular are similar in appearance to the intercalated duct cells in *Microtus* parotid salivary glands (Figs. 11, 14). Taken together, all of these ultrastructural differences demonstrate the well-known evolutionary plasticity of salivary glands (Phillips et al., 1977). Unfortunately, however, such structural and organizational differences in themselves tell us relatively little about similarities and differences in secretory product.

The possibility that heterochrony has occurred is yet another

BLM_0052262

aspect that deserves consideration when making comparisons between the submandibular of *Microtus* and that of other studied rodents. In the developmental dynamics of the submandibular salivary gland in *Rattus*, the morphology and secretory products of several different cell "types" undergo significant transitions before reaching a final, presumably fully differentiated and stable configuration (Chang, 1974; Srinivasan and Chang, 1975). There is some evidence that in neonate rats the formative intercalated duct cells (whose morphology is generalized) serve as a "stem" cell population from which "striated" and possibly even acinar cells can develop (Chang, 1974). Furthermore, Chang (1974) also found that no fewer than three different cell types (acinar, proacinar, and terminal tubule), each with its own morphology and histochemically distinctive product, participate chronologically in a differentiation pattern that results in the single type of mucous acinar cell characteristic of the submandibular of adult rats. Such developmental data certainly provide the theoretical basis for explaining the striking organizational differences between *Microtus, Rattus, Mus,* and other rodents. If morphological differentiation were to stop prematurely in any of the progenitor cell types, the "mature" gland would appear to have two rather than one secretory cell type in the terminal acinar-intercalated duct zone in the gland. Such is the case in *Microtus,* and the presence of an "extra" type of secretory cell that appears to be a part of the intercalated duct thus may be a result of a heterochronic alteration in developmental sequence.

## Digestive Tract

The microanatomy of the digestive tract has been examined histologically in a surprising variety of wild rodents including *Microtus* and several other microtine genera. I review the available information in the following paragraphs and describe and illustrate many ultrastructural features of the digestive tract of *M. pennsylvanicus* for the first time. The locations from which tissues were obtained for TEM analysis are shown diagrammatically in Fig. 16.

An understanding of diet and nutritional requirements is a key component in interpretation of microanatomical features of the digestive tract. Because of the broad interest in ecology, energetics, and population dynamics of *Microtus,* considerable ancillary data are available on feeding habits. Although more detailed information

BLM_0052263

218   *Phillips*

relative to nutritional requirements can be found elsewhere (Batzli, this volume), several aspects bear repeating here.

All species of *Microtus* can be categorized as herbivores; for example, in *M. ochrogaster,* more than 90% of the diet by volume is herbaceous (Zimmerman, 1965). Given the variability in digestibility of grasses and seeds (Batzli and Cole, 1979), the efficiency of the digestive system in *Microtus* is remarkable; in a 46-g *M. pennsylvanicus* with a daily intake of 28.1 g, the total fecal weight was 2.8 g, giving an efficiency of 90% (Golley, 1960). Actual composition of the average diet of individual species varies considerably, however, in accordance with habitat and geography. Additionally, different species of *Microtus* have significantly different nutritional requirements. Batzli and Cole (1979) found that prairie voles (*M. ochrogaster*) could digest grasses as well as could *M. californicus,* but when fed on a strict grass diet, the prairie vole lost weight and eventually died. These rather striking interspecific differences probably are reflected also in the microanatomy of the digestive tract. Hints of such differences certainly are found in the histological studies of Dearden (1966, 1969) and Barry (1976).

*Esophagus*

The histology of the esophagus at the gastro-esophageal junction has been described and discussed by Dearden (1966). In *Microtus* the abdominal esophagus is characterized by a moderately keratinized, thin lamina mucosae that thickens appreciably at the junction of the cardiac vestibule (Dearden, 1966). The presence of keratin in the stratified squamous epithelium seems to be typical of rodents; generally it is thought that keratinization of the esophagus and cardiac stomach are correlated with a harsh type of diet (Forman, 1972; Horner et al., 1964). Two ultrastructurally distinct types of basal cell are found in the stratum germinativum of the esophagus in *Microtus*; one cell type is characterized by a slightly irregular, largely euchromatic nucleus, whereas the other, which overall has a dark, condensed appearance, is characterized by an extremely irregular, largely heterochromatic nucleus. Hemi-desmosomes are common along the basal plasma membrane in both types of basal cell. Extracellular aggregations of glycogen granules appear to fill pouch-like pockets between adjacent basal cells. These granules apparently are incorporated into the basal cell cytoplasm prior to cellular migration into the stratum spinosum. The stratum spinos-

BLM_0052264

um itself is very thin (only 2–3 cells deep) and gives way abruptly to a stratum granulosum.

The esophageal epithelial cells undergo a profound transition between the basal layer and the luminal surface. Dense aggregations of tonofilaments, degrading mitochondria, and clumps of glycogen granules become the most conspicuous features of the cytoplasm (Fig. 17). Membrane-coating granules (multi-lamellar bodies) and keratohyalin granules are present but not particularly abundant in the esophageal epithelium (Fig. 17). The outer cell membrane in the superficial cells take on a thickened, electron-dense appearance that possibly results from deposition of material from the membrane-coating granules (Rhodin, 1974). A somewhat amorphous, osmophilic material fills the intercellular spaces between adjacent squamous cells (Fig. 17). On occasion this material appears to be organized into a fibrillar formation that extends from the outer surface of one cell to the outer surface of another (Fig. 17). Although keratin filaments are found in the esophageal epithelium in *Microtus,* this protein never attains abundance adequate for formation of a true stratum corneum. Consequently, although keratohyalin granules and clumps of glycogen disappear, the outermost layers of cells (7–10 deep) never become electron dense and the cytoplasm clearly contains bundles of tonofilaments (Fig. 17). It is of additional interest that the outermost cells appear to retain enough cell-to-cell adherence so that the layers are not disrupted by fixation-preparation techniques and thus a stratum disjunctium is lacking in the esophagus (Fig. 17).

The esophageal lamina propria in *Microtus* (and other microtines) has been described histologically as a "narrow zone of rather loose connective tissue containing numerous elastic fibers" (Dearden, 1966). One particularly interesting feature of the lamina propria in *Microtus* is the presence of interlacing ligament-like bundles of collagen that underly the basal lamina of the stratum germinativum (Fig. 18). Such esophageal structures apparently have not been described previously in mammals. In 1-$\mu$m "thick" sections cut in a plane oblique to the epithelium, the ligament-like bundles are clearly visible because they stain intensely with toluidine blue. Ultrastructural analysis reveals that they consist of highly organized, twisted bundles of collagen and reticulum (Fig. 18). The intense staining reaction cannot be attributed to these visible components alone because in typical loose connective tissue neither one

BLM_0052265

220   *Phillips*



BLM_0052266

normally stains so intensely. In addition to these ligament-like fiber bundles, the connective tissue of the lamina propria also contains fibroblasts, macrophages, and elastic fibers. Mucus-secreting esophageal glands, which have been reported in the lamina propria of a variety of mammalian species (Rhodin, 1974), are lacking in *Microtus* (Dearden, 1966).

The esophageal musculature is of particular interest in *Microtus*. Three layers of muscles—an inner-striated circular, outer-striated longitudinal, and a smooth circular layer—compose the lamina muscularis externa and lamina muscularis mucosae (Fig. 18). In *Microtus* the outer-striated muscle layer extends from the esophagus to the stomach, terminating in the corpopyloric fold (Dearden, 1966). In two other microtines, the collared lemming (*Dicrostonyx groenlandicus*) and the steppe vole (*Lagurus lagurus*), it is the inner-striated layer that has continuity with the corpopyloric fold (Dearden, 1966). The overall anatomical design of the gastro-esophageal junction in *Microtus* and other microtines suggested to Dearden (1966) that a variety of cardiac valves or sphincters are found in mammals. The exact relationship of such valve-like structures in *Microtus* to feeding habits is as yet unclear but should be a focal point for future work.

### Stomach

Histologically, the stomach of *Microtus* consists of three distinctive zones (Fig. 16): one, the forestomach, is characterized by non-glandular keratinized squamous epithelium; the second is an area of glandular mucosa; and the third, the pylorus, also is non-glandular and is lined with keratinized squamous epithelium (Dearden, 1969; Golley, 1960). Non-glandular gastric mucosa is typical of rodent stomachs but varies considerably in extent among different species (Ito, 1967). The presence of non-glandular epithelium apparently is correlated with diets that include large quantities of food

←

FIG. 17.   Top: top five layers of epithelial cells lining the esophagus. Note keratin filaments (kf) and intercellular layers (arrows); L, esophageal lumen. Scale bar = 0.12 μm. Bottom: Cells in an early stage of the keratinization process. Note degenerating mitochondria (M), glycogen (g), and abundant tonofilaments (tf). Scale = 0.25 μm.

BLM_0052267

222   *Phillips*



BLM_0052268

having low nutritional value (Ito, 1967). Probably the most extreme example is in the grasshopper mouse, *Onychomys*, in which the bilocular stomach is almost totally lined with stratified squamous epithelium (Horner et al., 1964). Among studied microtines, the glandular–nonglandular ratio varies considerably; *Lemmus* has the most extensive glandular zone, whereas *Dicrostonyx* has the most extensive non-glandular zone (Dearden, 1969). In *Microtus* the glandular gastric mucosa is restricted to a narrow zone of the greater curvature (Fig. 16), which is surrounded by keratinized epithelium and bordered by pediculated squamous flaps (Dearden, 1969).

The ultrastructure of the non-glandular and glandular stomach in *Microtus* has not been described previously. The following description is based on *M. pennsylvanicus*.

Although the non-glandular gastric epithelium is relatively uniform at the histological level and generally is described simply as "cornified" (Dearden, 1969; Golley, 1960), subtle differences are detectable at the ultrastructural level. Both the cardiac vestibule and remaining non-glandular stomach differ from the squamous epithelium of the esophagus at the gastro-esophageal junction. Unlike the esophagus, the stratified squamous epithelium of the stomach is heavily keratinized and thus characterized by both a stratum corneum and a stratum disjunctum (Fig. 19). A typical stratum spinosum is lacking in the non-glandular stomach (Fig. 19). Instead, irregularly-shaped basal cells are overlaid by layers (5–7 cells deep) of flattened cells having elongate nuclei and abundant tonofilaments, keratohyalin granules, and membrane-coating granules. Also in the non-glandular stomach, lipid-like droplets accumulate in the intercellular spaces between the outermost cells of the stratum granulosum and dark inner cells of the stratum corneum. These droplets also are found between cells composing the stratum corneum (Fig. 19). Although these foregoing structural and organizational differences in esophageal and gastric epithelium are not

←

FIG. 18.   Top left: light microscopic survey showing esophageal basal cell layer (bc) and ligament-like fibers (arrows) attached at base of the epithelium. Boxed area is similar to that shown in TEM view at top right. Scale bar = 13 μm. Top right: braided collagen ligament found in lamina propria of esophagus. Scale bar = 0.25 μm. Bottom: skeletal muscle of esophagus, with prominent Z and M bands. Other abbreviations are: g, glycogen; m, mitochondrial profiles. Scale bar = 0.25 μm.

BLM_0052269

224   *Phillips*

obvious except with the transmission electron microscope, they nevertheless are not particularly surprising. The stratified squamous epithelium of this portion of a digestive tract appears relatively uniform (except in thickness) at the light microscopic level, and one easily can have the impression that the non-glandular stomach is a continuation of the esophagus. However, developmental and comparative studies have shown that the non-glandular gastric epithelium is derived from the same source as is the glandular mucosa and, therefore, is not a continuation of esophagus (Ito, 1967; Kammeraad, 1942).

The cardiac vestibule differs from the non-glandular forestomach in that the epithelium clearly is closely associated with smooth muscle of the muscularis mucosa (Figs. 20, 21, 22). Epithelial basal cells of both the non-glandular forestomach and esophagus overlie loose connective tissue, whereas in the cardiac region these cells are only narrowly separated from the smooth muscle by densely packed collagen, elastic fibers, and fibroblasts (Fig. 20). These differences in the positional relationships between smooth muscle and stratified squamous epithelium probably are reflective of different functional roles. As pointed out by Dearden (1966), the thick smooth muscle layer associated with the gastro-esophageal junction is consistent with the idea that this zone is capable of serving as a valve.

⟶

Fig. 19.   Top: survey view of cardiac vestibule epithelium of the stomach, showing outer, keratinized, stratum corneum (1), a granular layer (2) containing keratohyalin (kh), the basal layer (3), and stratum disjunctum (outermost thin layers at upper left). Scale bar = 17 μm. Bottom: TEM view of junction between stratum corneum and stratum granulosum. Note the densely packed keratin filaments (area within the rectangle), lipid-like intercellular material (arrow), and the keratohyalin granule (kh). Scale bar = 0.25 μm.

Fig. 20.   Top: transition from basal cells (left) to granular cells (right) in the stomach. Note the dense accumulation of glycogen (g), small keratohyalin granules (kh), and tonofilaments (tf). Other abbreviations are: m, mitochondrial profile; d, desmosome; N, nucleus. Scale bar = 1 μm. Middle: subepithelial components of cardiac vestibule. Note unusual presence of a cilium (arrow) on a fibroblast. Scale bar = 1 μm. Bottom: hemi-desmosomes (arrows) on basal cells. Note the basal lamina (BL). Scale bar = 0.25 μm.

Fig. 21.   Top: keratinization process in the non-glandular stomach, showing large keratohyalin granules (kh), glycogen (g), and masses of tonofilaments (tf). Scale bar = 0.25 μm. Bottom: high magnification view of a membrane coating granule (such as the one shown in the rectangle at top). Scale bar = 0.10 μm.

BLM_0052270



BLM_0052271

226   *Phillips*



BLM_0052272



*Microanatomy*    227

BLM_0052273



228    *Phillips*

BLM_0052274

The forestomach in *Microtus* is of special interest because light microscopic analysis of 1-mm "thick" sections as well as TEM views, typically reveals rod-type bacteria within this area (Fig. 22). The fact that these bacteria nearly always (about 90%) are attached and oriented with their long axes perpendicular to the outermost layer of the stratum disjunctium suggests the existence of an association with this portion of the stomach. Symbiotic microbial relationships are relatively common in herbivorous mammals; generally such bacteria are involved in pregastric fermentation of otherwise undigestible plant polymers such as cellulose (for example, see Ito, 1967). Davis and Golley (1963) earlier expressed doubts about microbial fermentation in *Microtus* because "the contents from the esophageal stomach are usually fresh and do not give any evidence that digestion or fermentation has taken place." Although the occurrence of rod-type bacteria in the forestomach of *M. pennsylvanicus* does not in itself prove that microbial fermentation takes place, the microscopic data certainly are consistent with a symbiotic relationship and reflect the importance of future study.

The glandular gastric mucosa in *Microtus* is similar histologically to that found in a variety of other rodents, including laboratory species as well as wild species for which data are available (Dearden, 1969; Horner et al., 1964; Hummel et al., 1966; Ito, 1967). According to Dearden (1969) the gastric pits in *Microtus* are shallow and the gastric glands consist of only parietal (=oxyntic) cells and chief (=peptic) cells. The gastric glands are relatively uniform in depth with chief cells being found in the basal portion and parietal cells occupying the middle region and extending to just below the overlying epithelium (Dearden, 1969). Although parietal and chief cells are indeed a prominent feature of the gastric glands (Figs. 23, 24), two other cell types—mucous neck cells and entero-endocrine cells—also are found within the glands, albeit in smaller num-

---

←

Fig. 22.   Top left: survey view of keratinized epithelium of the forestomach. Note the "spiny" nature of the basal cells and presence of keratohyalin granules (kh), including some within a nucleus. Capillaries (cap) are found directly below the basal layer. Scale bar = 1 μm. Top right: light microscopic view of the forestomach showing bacteria attached to the surface. Scale bar = 17 μm. Bottom: TEM view of two bacteria; area shown corresponds to area outlined in micrograph of top right. Scale bar = 0.25 μm.

BLM_0052275

230    *Phillips*



BLM_0052276

Case No. 1:20-cv-02484-MSK   Document 42-12   filed 04/27/21   USDC Colorado   pg 74 of 104

bers. Additionally, both light microscopic and ultrastructural views do not necessarily support the idea that chief cells are restricted to the basal portion of the gland (Fig. 23).

Ultrastructurally, the chief cells in *Microtus* are characterized by large, round, basally positioned euchromatic nuclei, abundant GER, prominent Golgi complexes, and immature and mature stored secretory product (Fig. 24). Chief cells synthesize and export pepsinogen which is altered to pepsin in the presence of HCL produced by the parietal cells. The high protein content of the fully developed chief cell product is reflected by its electron dense appearance (Fig. 24). Other granules, presumably immature product, also are a common feature of chief cell cytoplasm. These immature granules are large and pale, contain clumps of electron-dense material, and often are found adjacent to the forming face of the Golgi. The appearance of the immature granules as well as their tendency to coalesce (Fig. 24) probably partly are due to the primary trialdehyde fixation followed by $OsO_4$ post-fixation used for the present investigation (Simson et al., 1978).

The secretory function of parietal cells has been studied in considerable detail and, consequently, it is possible to estimate levels of activity as well as functional states of parietal cells from static TEM micrographs of the glandular gastric mucosa in *Microtus* (Black et al., 1980; Forte et al., 1977; Ito and Schofield, 1978; Ito et al., 1977; Schofield et al., 1979). In the animal illustrated (Fig. 23), most of the visible parietal cells were actively secreting HCL as evidenced by the presence of extensive intracellular canaliculi. The canaliculi typically invade deeply into the parietal cell cytoplasm and are easily recognizable by their irregular, loosely organized microvilli and by their thick plasma membrane (Fig. 23). Abundant parietal cell mitochondrial profiles usually are restricted to a zone of cytoplasm immediately around the nucleus and to another zone peripheral to the canaliculi. Parietal cells in *Microtus* typically are situated among chief cells and mucous neck cells (Fig.

←

FIG. 23.   Top left: light microscopic survey view of glandular stomach showing parietal cells (P) and chief cells (C). Area within the rectangle is similar to area show in TEM view at right. Scale bar = 17 µm. Top right: smooth muscle cell (s) adjacent to parietal cell. Note the intracellular canaliculi (ic) in the parietal cell. Scale bar = 1 µm. Bottom: Innervation of parietal cells (p). Scale bar = 0.5 µm.

BLM_0052277

232   *Phillips*



Fɪɢ. 24.   Top: TEM view of a mucous neck cell from the glandular gastric mucosa. Scale bar = 1 μm. Bottom: TEM survey of a typical chief cell. The pale granules presumably are immature; the electron-dense granules represent mature secretory product. Scale bar = 1 μm.

BLM_0052278

23). The basal surfaces of parietal cells are in contact with both smooth muscle cells and nerve terminals, although no specialized morphological interrelationship is obvious with the latter (Fig. 23). Inhibition and stimulation of HCL production are noteworthy aspects of parietal cell physiology that have not been explored fully in rodents or in other mammals. However, EGF, which is produced by rodent submandibular salivary glands (see section on Salivary Glands), has been shown to inhibit acid secretion by affecting parietal cell cytoskeleton (Gonzalez et al., 1981). Kusumoto et al. (1979) demonstrated that somatostatin-producing entero-endocrine cells (D cells) are found in juxtaposition with parietal cells in dog stomachs. Somatostatin is an inhibitory molecule that can block gastric acid secretion. In *Microtus,* and apparently other studied rodents as well, such entero-endocrine-cell and parietal-cell relationships have not been found. Instead, only glucagon-producing A cells have been seen thus far in *Microtus* and, although these entero-endocrine cells are not common, the ones examined by me were located among both parietal and chief cells. Because glucagon also has been demonstrated experimentally to inhibit acid secretion while promoting glucose-6-phosphate dehydrogenase activity in the mucous neck cells in humans (Stachura et al., 1981), it seems possible that A cells have a dual role in *Microtus.*

Mucous neck cells in *Microtus* are found interspersed among the parietal cells. Ultrastructurally they are characterized by accumulations of coalescing secretory granules that mostly contain moderately electron-dense material, although many granules also contain small amounts of electron-dense product (Fig. 24). The GER typically is sparse; the nucleus is euchromatic and basally positioned. The large Golgi complexes are unusual in that they are positioned in peripheral cytoplasm and from a lateral perspective appear as layers of membrane-bound electron-dense material (Fig. 24). The surface mucous cells differ from the mucous neck cells in having a more electron-dense secretory product within the apical cytoplasm and in having short microvilli with sparse glycocalyx.

*Small Intestine*

The pylorus in *Microtus* is non-glandular, consisting instead of a muscular sphincter that Dearden (1969) thought would have an almost symmetrically circular action. The proximal portion of the duodenum is characterized by glands of Brunner, which are con-

234   *Phillips*



FIG. 25.   Top: survey of junction between pylorus and duodenum. Note variety and abundance of secretory cells including goblet cells (g), mucus-producing cells of Brunner's gland (B), and cells containing a dark-staining product (arrows). Scale

BLM_0052280

sidered as the source of protective alkaline mucins. In *Microtus* the typical secretory cells composing this glandular mass at the junction between "stomach" and "intestine" are mucus-producing but differ ultrastructurally from mucus-producing goblet cells and surface epithelial cells also found in this region (Figs. 25, 26). Cells of the glands of Brunner have large euchromatic nuclei, lamellar GER with swollen cisternae filled with strands of electron-dense material, and large numbers of spherical (sometimes coalescing) pale secretory granules containing a dispersed flocculent secretion product (Figs. 25, 26). The Golgi complexes in these cells are extraordinary; newly formed granules of a variety of sizes are found at the concave face. The outer, convex surface is characterized by flattened saccules containing electron-dense material similar to that found within the GER cisternae (Fig. 26). Numerous mitotic figures within the glands of Brunner in *Microtus* are interesting because they suggest a turn-over of secretory cells in these glands. Additionally, in most examples the dividing cells contain at least some secretory product within their cytoplasm (Fig. 25). One type of cell occasionally found within the glands of Brunner is distinctive in that it contains a product that has an electron-dense core with a less dense surrounding halo (Fig. 26). The surface epithelium of the proximal duodenum consists of absorptive cells, goblet cells, and occasional "surface mucous cells" resembling those found in the glandular mucosa of the stomach (Fig. 27). The latter cells probably reflect a slight interdigitation between "gastric" and "intestinal" epithelium.

The small intestine in *Microtus* is characterized by low, broad villi, which is a morphology commonly associated with herbivorous diets (Barry, 1976). The villar pattern, perpendicular to the long axis of the intestine, probably enables the villi to slow the transport of chyme and thus contributes to the high digestive efficiency reported for meadow voles (Barry, 1976; Golley, 1960). A relatively narrow lamina propria is the most striking microanatomical feature of the small intestine in *Microtus* (Fig. 28) and possibly is related

---

←

bar = 17 $\mu$m. Bottom: dividing cell (note chromatin, C) with secretory product (arrows). Presumably this is a mucus-producing cell in the Brunner's gland (**B**). Scale bar = 1 $\mu$m.

BLM_0052281

236    *Phillips*



Fig. 26.   Top: a comparison of secretory products of Brunner's gland cells (SG on left) and the electron-dense type (SG on right) also found in the duodenum. Note relatively small Golgi (G) and sparse granular endoplasmic reticulum (GER) in the

BLM_0052282

to villar morphology. Two other considerations are the low intestinal surface area, body-weight ratio and relative uniformity of the absorptive surface as demonstrated in an analysis of mucosal surface area per cm serosal length (Barry, 1976). Barry (1976) thought that in *Microtus* less absorption takes place at the small intestine than in the colon and caecum, which have comparatively great surface areas. Another aspect is the fact that *Microtus* eat large amounts (volume) of food having relatively low nutritional value; possibly passage is slow enough that nutrients can be absorbed gradually over the length of the intestine (Barry, 1976).

Ultrastructurally, the absorptive cells (enterocytes) in the proximal small intestine of *M. pennsylvanicus* are very similar to those of other rodents such as laboratory strains of the Syrian hamster (*Mesocricetus auratus*), house mouse (*Mus musculus*), and Norway rat (*Rattus norvegicus*) (for example, see Buschmann and Manke, 1981*a*, 1981*b*; Rhodin, 1974). The mid-region of a villus is the most appropriate location for interspecies comparison because lower on the villus the absorptive cells presumably are less fully differentiated (at least in ultrastructural morphology), whereas toward the villar apex the cells undergo radical changes as they are about to be extruded from the epithelium (Potten and Allen, 1977). Mid-region absorptive cells in *Microtus* are columnar and have an extensive brush-border of elongate microvilli (Figs. 28, 29, 30). The apices and sides of the apical microvilli have a sparse glycocalyx coating (Fig. 28). Lateral borders of adjacent absorptive cells are characterized by junctional complexes apically and wide intercellular spaces basally (Figs. 28, 29, 30). As illustrated in Fig. 28, from the apical margin the absorptive cell junctional complexes typically are: 1) zonula occludens; 2) zonula adherens; and 3) macula adherens (Fig. 28). The basal intercellular space is interesting in that in non-fasted specimens of *Microtus,* the space nearly always contains accumulations of chylomicrons (Figs. 29, 30) representing the results of lipid absorption in the proximal intestine (Sabesin and Frase, 1977). The mid-lateral region of many active absorptive

---

←

second cell type. Scale bar = 0.5 μm. Bottom: Golgi complex in a Brunner's gland cell. Note immature granules forming along inner face of the Golgi (arrows). Mitochondrial profiles (M) are abundant in this region of the cell. Scale bar = 0.25 μm.

BLM_0052283

238    *Phillips*

cells also is characterized by complex infoldings of the plasma membrane that result in a zone that can be described as a shallow intracellular canaliculus. The abundance in this zone of coated vesicles both isolated within the cytoplasm and fused on the inner face of the plasma membrane suggests that this is a primary site for exocytosis leading to chylomicron formation. The large amount of chylomicrons (Fig. 30) typically found in non-fasted *Microtus* is significant in view of the general belief that relatively little absorption takes place in the proximal small intestine. It should be noted, however, that the animals illustrated in this chapter had been fed *ad libidum* on a Purina rodent laboratory chow.

The cytoplasm of absorptive cells clearly is organized into compartments. Apically, mitochondrial profiles, vesicles, and flattened strands of GER are the major components. This is followed by a distinctive Golgi zone, another region of mitochondria and GER, the euchromatic nucleus, and, basally, a third region of mitochondria, GER, and free ribosomes (Figs. 28, 29).

With the exception of goblet cells, which are illustrated here (Fig. 28), the other cellular components of the proximal intestine, as well as all of the colon and caecum, are as yet microscopically unstudied in *Microtus*. Future ultrastructural analysis of the caecum in *Microtus*, particularly interspecies comparisons, could prove to be extremely interesting because Lombardi (1978) showed that the caecum has a significant physiological role in osmoregulation. This particularly is true in *M. breweri*, which occurs on Muskeget Island, Massachusetts, where available water cannot be used because of its mineral content. According to Lombardi (1978), the caecum is significantly more elaborate (it has a relatively greater surface area) in *M. breweri* than it is in specimens of *M. pennsylvanicus* from adjacent mainland populations where water is readily available. Whether or not such differences carry through to the fine structure of the epithelial cells remains to be learned.

---

→

FIG. 27.   Top: surface mucous cell found in the proximal duodenum. Note sparse glycocalyx (Gly). Scale bar = 0.5 μm. Bottom: high magnification TEM view of goblet cell mucus (MUC) being released into the duodenal lumen. Note apparent fusion (isolated arrow) of secretory granule membrane (SGM) and the cell membrane (CM) and microvilli (MV) on the adjacent cell. Scale bar = 0.12 μm.

BLM_0052284



*Microanatomy* 239

BLM_0052285



240    *Phillips*

BLM_0052286

## *Adrenal Glands*

The adrenal glands are complex components of the mammalian endocrine system. Structurally they consist of two histologically recognizable zones, the outer cortex and the inner medulla. The cortex can be subdivided into three zones that are characterized by cellular and, to some extent, functional differences: 1) the outermost is the zona glomerulosa, consisting of a thin layer of epithelial cells; 2) the middle layer is the zona fasciculata, consisting usually of cells rich in cytoplasmic lipid droplets; and 3) the inner, juxtamedullary, layer is the zona reticularis (Rhodin, 1974). Corticosteroids are synthesized within the cortex, whereas epinephrine and norepinephrine are produced by cells of the medulla.

Insofar as *Microtus* is concerned, most of the interest in the microanatomy of the adrenal gland has resulted from efforts to understand the well-documented population cycles that characterize at least some of the species. A complete review of this particular subject may be found elsewhere (Tait and Krebs, this volume) and, thus, only relevant histological aspects are described in this brief section.

Christian and Davis (1966) provided fairly detailed data on histological changes in the adrenal glands of female specimens of *M. pennsylvanicus* in response to both population density and reproductive status. These authors were particularly interested in the adrenal cortex and undertook a quantitative analysis of the areas of each of the cortical zones by projecting drawings and using planimetry (Christian and Davis, 1966). Changes in adrenal weight in *Microtus* were found to result from increases or decreases in size of the potentially hyperplastic zona fasciculata and zona reticularis. During an increase in size of these zones caused by adrenal stimulation, cells of both contained abundant lipid (Chitty and Clarke, 1963; Christian and Davis, 1966). One interesting histological

---

←

Fig. 28.    Top: light microscopic survey of small intestine showing typical midvillous enterocytes (E), their microvilli (MV), a goblet cell (G), and the lamina propria (LP). Scale bar = 17 μm. Bottom left: TEM view of area outlined in rectangle at top. Note typical goblet cell secretory granules (sg). Scale bar = 1 μm. Bottom right: typical enterocyte cell junctions. Abbreviations are: ZO, zonula occludens; ZA, zonula adherens; MA, macula adherens. Scale bar = 0.12 μm.

BLM_0052287

242   *Phillips*



Fig. 29.   TEM survey of typical enterocytes in small intestine of *Microtus*. Note also the small infiltrating lymphocyte (Lymp). Scale bar = 1 μm.

BLM_0052288

question that has arisen from this work is whether or not an X-zone is found in the adrenal glands of *Microtus*. Christian and Davis (1966) concluded that such a zone is lacking, at least in mature female *Microtus*. However, more recently, To and Tamarin (1977) reported finding histological evidence of a transitory X-zone in some nulliparous female *M. breweri* and in subadult, non-breeding males of both *M. breweri* and *M. pennsylvanicus*. Although the functional significance of the X-zone remains unknown, its presence or absence is regarded as important in making comparisons of adrenal weights in animals.

In summary, although the adrenal glands of *Microtus* have not been described in such a way as to make possible microanatomical comparisons with the same glands in other mammals, the histology of the glands nevertheless has been used as an indicator of population stresses and reproductive status. Additionally, *Microtus* possibly could serve as a useful model for future studies of the transitory nature of the X-zone.

## Reproductive Tracts

Reproduction and ontogeny in many species of microtine rodents (both Old and New World Species) have been studied from a variety of perspectives. In general, the reproductive biology of microtines is an unusually complex and extremely interesting story that is made even more significant by the tendency of populations to cycle or fluctuate and by the economic importance of some microtines to agriculture. Insofar as the microanatomy of the reproductive tracts is concerned, neither males nor females have been described histologically in such a way as to facilitate comparison with other types of rodents or with other mammals in general. Nevertheless, histology of both testes and ovaries frequently has been employed as an adjunct to investigations of reproductive biology and some published light-level micrographs are available in the literature (see Schadler [1980] for examples of testes and ovaries of *Microtus pinetorum*). Reproduction and ontogeny are discussed in considerable detail elsewhere in this book (Keller, this volume; Seabloom, this volume; Nadeau, this volume), and, therefore, only a few examples of the use of histology are offered here as a brief introduction to the microanatomy of reproductive tracts.

Even though most microtine species spend significant amounts of

BLM_0052289

244   *Phillips*



BLM_0052290

time in dark burrows and seem to prefer either twilight or complete darkness (Kavanau and Havenhill, 1976), light intensity nevertheless is inversely related to reproductive performance, at least in *Microtus pinetorum* (Geyer and Rogers, 1979). Several investigators have studied the possible effects of light intensity and photoperiod on both development of the gonads and onset of puberty. Basically, a lengthened photoperiod can increase the rate at which puberty is attained, at least in *M. montanus* (Vaughan et al., 1973). Additionally, in two Old World species, *M. agrestis* and *M. arvalis* (Breed and Clarke, 1970a; Clarke and Kennedy, 1967), increased photoperiod was shown to both accelerate puberty and enhance glandular development. In regard to onset of puberty, Schadler and Butterstein (1979) presented some useful histological data for *Microtus pinetorum*. According to these authors, in animals maintained at a photoperiod of 12L:12D, testes from 6-week-old animals lacked sperm, whereas those from 8-week-old males had mature spermatozoa in both the testes and the epididymides. Insofar as females are concerned, Schadler and Butterstein (1979) found that in 8-week-old animals the ovaries contained occasional tertiary ovarian follicles but lacked pre-ovulatory follicles and corpora lutea. At 12 weeks, however, 89% of the examined ovaries showed either corpora lutea or ovarian follicles.

Reproductive patterns and comparative fertility have been investigated by histological analysis of ovaries. For example, Hagen and Forslund (1979) used ovarian histology to compare female *Microtus canicaudus* of different age classes. They found that the fetus-corpus luteum ratio was significantly higher in young (18-day) females than in old (70+ days). The apparent value in using ovarian microanatomy in this instance is that it allows one to estimate prenatal (embryonic) mortality. Consequently, comparisons can be made to determine relative success rates among species or age classes. For example, in one study of *Microtus californicus* the corpora lutea were

←

FIG. 30. TEM survey of basal portion of *Microtus* enterocytes showing elaborate granular endoplasmic reticulum (GER) and cytoskeletal tonofilaments (Tf). Note accumulation of chylomicrons (Chy) in the intercellular space. Other abbreviations are: M, mitochondria; BL, basal lamina; FB, fibroblast; CAP, fenestrated capillary. Scale bar = 1 μm.

BLM_0052291

found to greatly exceed the embryo count (Greenwald, 1956), whereas in the Old World *M. agrestis* the corpora lutea did not greatly outnumber embryos during the course of pregnancy (Breed and Clarke, 1970*b*).

As with the case of adrenal gland histology, reproductive-tract microanatomy has been studied in relation to crowding (Schadler, 1980). In this interesting investigation, Schadler (1980) compared a group of crowded and uncrowded individuals of *Microtus pinetorum* and used the histological criteria of Clermont (1972) and Grocock and Clarke (1974) to analyze germinal elements and to determine sperm indices (SI) in the testes. For the ovaries she followed Pederson and Peters (1968) in measuring follicle size. Under crowded conditions, male *M. pinetorum* matured significantly more slowly than did animals kept in less crowded quarters. For example, among crowded males, the following histological features were noted (Schadler, 1980). In 7% the SI was 1 and testes contained mostly sertoli cells with some spermatogonia and occasional spermatocytes. In 12% the SI was 2, the tubules were "small," and secondary spermatocytes and round spermatids were found. Additionally, in this grouping Schadler (1980) also reported finding large eosinophilic cells with pyknotic nuclei. In 39% of the crowded males the SI was 3 and the testes contained elongated spermatids but not spermatozoa. Among the remaining animals, 32% were SI = 1 and, although the testes contained spermatozoa, the tubules were "small"; only 9% were SI = 5. In uncrowded males, 85% were SI = 5 and only 15% were SI = 4. Insofar as the females were concerned, none of those kept in crowded conditions had ovulated and no corpora lutea were found (Schadler, 1980). On the other hand, 21% of uncrowded females had corpora lutea.

The relationship of diet and reproductive performance is yet another example of an area of research in which reproductive organs have been studied histologically. In this intance, the number of maturing ovarian follicles has been shown to increase significantly when green plant food is added to the diet of *Microtus montanus* (Negus and Pinter, 1966; Pinter and Negus, 1965). Gonadal hypertrophy also has been demonstrated in relationship to diet (Negus and Berger, 1971).

In summary, although the histological details of the reproductive tracts in *Microtus* have not been described in a traditional sense, reproductive tract histology nevertheless frequently has been used

BLM_0052292

to measure a variety of environmental variables and physiological parameters.

## Acknowledgments

Financial support for the original research reported in this chapter came from the Department of Biology, Hofstra University, and an HCLAS grant (Hofstra University) to the author. Several persons, in particular Dr. Gary W. Grimes, Nadine M. Sposito, and Keith Studholme, offered me their time, ideas, and technical assistance with various aspects of this project. My daughter, Kathrin N. Phillips, collected the specimens of *Microtus* from which the published electron micrographs were made. Lastly, I thank the Hofstra University Special Secretarial Services, headed by Stella Sinicki, for their outstanding assistance with this manuscript.

## Literature Cited

AMSTERDAM, A., M. SCHRAMM, I. OHAD, Y. SALOMON, AND Z. SELINGER. 1971. Concomitant synthesis of membrane protein and exportable protein of the secretory granule in rat parotid gland. J. Cell Biol., 50:187–200.

BARRY, R. E., JR. 1976. Mucosal surface areas and villous morphology of the small intestine of small mammals: functional interpretations. J. Mamm., 57:273–290.

BATZLI, G. O., AND F. R. COLE. 1979. Nutritional ecology of microtine rodents: digestibility of forage. J. Mamm., 60:740–750.

BERG, N. B., AND B. P. AUSTIN. 1976. Intracellular transport of sulfated macromolecules in parotid acinar cells. Cell Tissue Res., 165:215–226.

BESHARSE, J. C., AND K. H. PFENNINGER. 1980. Membrane assembly in retinal photoreceptors. I. Freeze-fracture analysis of cytoplasmic vesicles in relationship to disc assembly. J. Cell Biol., 87:451–463.

BHASKAR, S. N. 1976. Orban's oral histology and embryology. C. V. Mosby Co., St. Louis, 470 pp.

BLACK, J. A., T. M. FORTE, AND J. G. FORTE. 1980. Structure of oxyntic cell membranes during conditions of rest and secretion of HCL as revealed by freeze-fracture. Anat. Rec., 196:163–172.

BOGART, B. I., 1977. Electron microscopic autoradiographic analysis of the uptake and intracellular transport of H³-leucine by the rat submandibular gland acinar cells in tissue slices. Anat. Rec., 187:367–382.

BOONSTRA, R., AND J. H. YOUSON. 1982. Hip glands in a field population of *Microtus pennsylvanicus*. Canadian J. Zool., 60:2955–2958.

BREED, W. G., AND J. R. CLARKE. 1970a. Effects of photoperiod on ovarian function in the vole, *Microtus agrestis*. J. Reprod. Fert., 23:189–192.

———. 1970b. Ovarian changes during pregnancy and pseudopregnancy in the vole, *Microtus agrestis*. J. Reprod. Fert., 23:447–456.

BUSCHMAN, R. J., AND O. J. MANKE. 1981a. Morphometric analysis of the mem-

BLM_0052293

248   *Phillips*

branes and organelles of small intestinal enterocytes. I. Fasted hamster. J. Ultrastruct. Res., 76:1–14.

————. 1981*b*. Morphometric analysis of the membranes and organelles of small intestinal enterocytes. II. Lipid-fed hamster. J. Ultrastruct. Res., 76:15–26.

Byyny, R. L., D. N. Orth, S. Cohen, and S. Doyne. 1974. Epidermal growth factor. Effects of androgens and adrenergic agents. Endocrinology, 95:776–782.

Calissano, P., and P. U. Angeletti. 1968. Testosterone effect on the synthetic rate of two esteropeptidases in the mouse submaxillary gland. Biochem. Biophys. Acta, 156:51–58.

Castle, J. D., J. D. Jamieson, and G. E. Palade. 1972. Radioautographic analysis of the secretory process in the parotid acinar cell of the rabbit. J. Cell Biol., 53:290–311.

Chang, W. W. L. 1974. Cell population changes during acinus formation in the postnatal rat submandibular gland. Anat. Rec., 178:187–202.

Charlton, H. M., and R. W. Worth. 1975. The ultrastructure of the anterior pituitary gland of the vole, *Microtus agrestis,* in normal and experimental manipulated animals. J. Anat., 120:69–79.

Chase, J. 1972. The role of vision in echolocating bats. Unpubl. Ph.D. dissert., Indiana Univ., Bloomington, 191 pp.

Chitty, H., and J. R. Clarke. 1963. The growth of the adrenal gland of laboratory and field voles, and changes in it during pregnancy. Canadian J. Zool., 41:1025–1034.

Christian, J. J., and D. E. Davis. 1966. Adrenal glands in female voles (*Microtus pennsylvanicus*) as related to reproduction and population size. J. Mamm., 47:1–18.

Clarke, J. R., and J. P. Kennedy, 1967. Effect of light and temperature upon gonad activity in the vole (*Microtus agrestis*). Genet. Comp. Endocrinol., 8:474–488.

Clermont, Y. 1972. Kinetics of spermatogenesis in mammals: seminiferous epithelium cycle and spermatogonial renewal. Physiol. Rev., 52:198–236.

Cohen, A. I. 1960. The ultrastructure of the rods of the mouse retina. Amer. J. Anat., 107:23–48.

Davis, D. E., and F. B. Golley. 1963. Principles in mammalogy. Reinhold Book Corp., New York, 335 pp.

Dawes, C. 1978. The chemistry and physiology of saliva. Pp. 593–629, *in* Textbook of oral biology (J. H. Shaw, E. A. Sweeney, C. C. Cappuccino, and S. M. Meller, eds.). W. B. Saunders, Philadelphia, 1178 pp.

Dearden, L. C. 1966. Histology of the gastro-esophageal junction in certain rodents. J. Mamm., 47:223–229.

————. 1969. Stomach and pyloric sphincter histology in certain microtine rodents. J. Mamm., 50:60–68.

Eisenberg, J. F., and D. G. Kleiman. 1972. Olfactory communication in mammals. Ann. Rev. Ecol. Syst., 3:1–32.

Elner, V. M., T. Schaffner, K. Taylor, and S. Glagov. 1981. Immunophagocytic properties of retinal pigment epithelial cells. Science, 211:74–76.

Eppig, J. J., Jr., and J. N. Dumont. 1972. Cytochemical localization of tyrosinase activity in pigmented epithelial cells of *Rana pipiens* and *Xenopus laevis* larvae. J. Ultrastruct. Res., 39:397–410.

Feldman, J. L., and C. J. Phillips. 1984. Comparative retinal pigment epithelium and retinal ultrastructure in nocturnal and fossorial rodents: the eastern woodrat, *Neotoma floridana,* and the plains pocket gopher, *Geomys bursarius.* J. Mamm., 65:231–245.

BLM_0052294

FLUHARTY, S. L., D. H. TAYLOR, AND G. W. BARRETT. 1976. Sun-compass orientation in the meadow vole, *Microtus pennsylvanicus*. J. Mamm., 57:1–9.

FORMAN, G. L. 1972. Comparative morphological and histochemical studies of stomachs of selected American bats. Univ. Kansas Sci. Bull., 49:591–729.

FORTE, T. M., T. E. MACHEN, AND J. G. FORTE. 1977. Ultrastructural changes in oxyntic cells associated with secretory function: a membrane-recycling hypothesis. Gastroenterology, 73:941–955.

GEYER, L. A., AND J. G. ROGERS, JR. 1979. The influence of light intensity on reproduction in pine voles, *Microtus pinetorum*. J. Mamm., 60:839–841.

GILL, A. E, AND K. BOLLES. 1982. A heritable tooth trait varying in two subspecies of *Microtus californicus* (Rodentia: Cricetidae). J. Mamm., 63:96–103.

GOLLEY, F. B. 1960. Energy dynamics of a foodchain of an old-field community. Ecol. Monogr., 30:187–206.

GONZALEZ, A., J. GARRIDO, AND J. D. VIAL. 1981. Epidermal growth factor inhibits cytoskeleton-related changes in the surface of parietal cells. J. Cell Biol., 88:108–114.

GREENWALD, G. S. 1956. The reproductive cycle of the field mouse, *Microtus californicus*. J. Mamm., 37:213–222.

GROCOCK, C. A., AND J. R. CLARKE. 1974. Photoperiodic control of testis activity in the vole, *Microtus agrestis*. J. Reprod. Fert., 39:337–347.

GUTHRIE, R. D. 1965. Variability in characters undergoing rapid evolution, an analysis of *Microtus* molars. Evolution, 19:214–233.

———. 1971. Factors regulating the evolution of microtine tooth complexity. Z. Saugetierk., 36:37–54.

HAGEN, J. B., AND L. G. FORSLUND. 1979. Comparative fertility of four age classes of female gray-tailed voles, *Microtus canicaudus*. J. Mamm., 60:834–837.

HAND, A. R. 1976. Salivary glands. Pp. 328–360, *in* Orban's oral histology and embryology (S. N. Bhaskar, ed.). C. V. Mosby Co., St. Louis, 470 pp.

HIBBARD, C. W. 1959. Late Cenozoic microtine rodents from Wyoming and Idaho. Papers Michigan Acad. Sci. Arts Letters, 44:3–40.

HINKLEY, R. 1966. Effects of plant extracts in the diet of male *Microtus montanus* on cell types of the anterior pituitary. J. Mamm., 47:396–400.

HORNER, B. E., J. M. TAYLOR, AND H. A. PADYKULA. 1964. Food habits and gastric morphology of the grasshopper mouse. J. Mamm., 45:513–535.

HRABĚ, V. 1974. Tarsal glands in Pitymys subterraneus (de Sél.-Long) and Pitymys tatricus Krat. (Microtinae, Mammalia). Zool. Listy, 23:97–105.

HUMASON, G. L. 1972. Animal tissue techniques. W. H. Freeman, New York, 468 pp.

HUMMEL, K. P., RICHARDSON, F. L., AND E. FEKETE. 1966. Anatomy. Pp. 247–307, *in* Biology of the laboratory mouse (E. L. Green, ed.). McGraw-Hill Book Co., New York, 706 pp.

ITO, S. 1967. Anatomic structure of the gastric mucosa. Pp. 705–741, *in* Hand book of physiology (C. F. Code, ed.), Amer. Physiol. Soc., Washington, D.C., 2:463–1095.

ITO, S., AND G. C. SCHOFIELD. 1978. Ultrastructural changes in mouse parietal cells after high H+ secretion. Acta Physiol. Scand., Spec. Suppl., pp. 25–34.

ITO, S., D. R. MUNRO, AND G. C. SCHOFIELD. 1977. Morphology of the isolated mouse oxyntic cell and some physiological parameters. Gastroenterology, 73:887–898.

JACOBS, G. H., S. K. FISHER, D. H. ANDERSON, AND M. S. SILVERMAN. 1976. Scotopic and photopic vision in the California ground squirrel: physiological and anatomical evidence. J. Comp. Neurol., 165:209–228.

JANNETT, F. J., JR. 1975. "Hip glands" of *Microtus pennsylvanicus* and *M. lon-*

BLM_0052295

250   *Phillips*

  *gicaudus* (Rodentia: Muridae), voles "without" hip glands. Syst. Zool., 24: 171–175.

JUNQUEIRA, L. C., A. FAJER, M. RABINOVITCH, AND L. FRANKENTHAL. 1949. Biochemical and histochemical observations on the sexual dimorphism of mice submaxillary glands. J. Cell. Comp. Physiol., 34:129–158.

KALT, M. R., AND B. TANDLER. 1971. A study of fixation of early amphibian embryos for electron microscopy. J. Ultrastruct. Res., 36:633–645.

KAMMERAAD, A. 1942. The development of the gastro-intestinal tract of the rat. I. Histogenesis of the epithelium of the stomach, small intestine and pancreas. J. Morphol., 70:323–351.

KAVANAU, J. L., AND R. M. HAVENHILL. 1976. Compulsory regime and control of environment in animal behavior. III. Light level preferences of small nocturnal mammals. Behaviour, 59:203–225.

KNIGGE, K. M., AND S. A. JOSEPH. 1968. A stereotaxic atlas of the brain of the golden hamster. Pp. 285–319, *in* The golden hamster—its biology and use in medical research (R. A. Hoffman, P. F. Robinson, and H. Magalhaes, eds.). Iowa State Univ. Press, Ames, 545 pp.

KOENIGSWALD, W. V., AND F. N. GOLENISHEV. 1979. A method for determining growth rates in continuously growing molars. J. Mamm., 60:397–400.

KOWALSKI, K. 1966. The stratigraphic importance of rodents in the studies on the European Quaternary. Folia Quaternaria, 22:1–16.

KUSUMOTO, Y., T. IWANAGA, S. ITO, AND T. FUJITA. 1979. Juxtaposition of somatostatin cell and parietal cell in the dog stomach. Arch. Histol., Japan, 42:459–465.

KUWABARA, T. 1979. Species differences in the retinal pigment epithelium. Pp. 58–82, *in* The retinal pigment epithelium (K. M. Zinn and M. F. Marmor, eds.). Harvard Univ. Press, Cambridge, Massachusetts, 521 pp.

LEUENBERGER, P. M., AND A. B. NOVIKOFF. 1975. Studies on microperoxisomes. VII. Pigment epithelial cells and other cell types in the retina of rodents. J. Cell Biol., 65:324–334.

LILLIE, R. D. 1965. Histopathologic technic and practical histochemistry. McGraw-Hill Book Co., New York, 715 pp.

LOMBARDI, R. T. G. 1978. A comparison of the osmoregulatory abilities of the beach vole, *Microtus breweri*, and its mainland counterpart, *Microtus pennsylvanicus*. Unpubl. M.A. thesis, Boston Univ., Boston, 111 pp.

MILLER, G. S. 1896. Genera and subgenera of voles and lemmings. N. Amer. Fauna, 12:1–85.

MÜLLER-SCHWARZE, D. 1983. Scent glands in mammals and their functions. Pp. 150–197, *in* Advances in the study of mammalian behavior (J. F. Eisenberg and D. G. Kleiman, eds.). Spec. Publ. Amer. Soc. Mamm., 7:1–753.

MURPHY, R. A., A. Y. WATSON, J. METZ, AND W. G. FORSSMANN. 1980. The mouse submandibular glands: an exocrine organ for growth factors. J. Histochem. Cytochem., 28:890–902.

NEGUS, N. C., AND P. J. BERGER. 1971. Pineal weight response to a dietary variable in *Microtus montanus*. Experientia, 27:215–216.

NEGUS, N. C., AND A. J. PINTER. 1966. Reproductive responses of *Microtus montanus* to plants and plant extracts in the diet. J. Mamm., 47:596–601.

NGUYEN-LEGROS, J. 1978. Fine structure of the pigment epithelium in the vertebrate retina. Internatl. Rev. Cytol., Suppl. 7, 287–328.

NOVIKOFF, A. B. 1976. The endoplasmic reticulum: a cytochemist's view (a review). Proc. Natl. Acad. Sci., 73:2781–2787.

NOVIKOFF, A. B., P. M. LEUENBERGER, P. M. NOVIKOFF, AND N. QUINTANA. 1979. Retinal pigment epithelium. Interrelations of endoplasmic reticulum and

BLM_0052296

melanolysosomes in the black mouse and its beige mutant. Lab. Invest., 40:155–165.

OXBERRY, B. A. 1975. An anatomical, histochemical, and autoradiographic study of the ever-growing molar dentition of *Microtus* with comments on the role of structure in growth and eruption. J. Morph., 147:337–354.

PALADE, G. 1975. Intracellular aspects of the process of protein synthesis. Science, 189:347–358.

PAPERMASTER, D. S., C. A. CONVERSE, AND J. SIU. 1975. Membrane biosynthesis in the frog retina: opsin transport in the photoreceptor cell. Biochemistry, 14:1343–1352.

PEDERSEN, T., AND H. PETERS. 1968. Proposal for a classification of oocytes and follicles in the mouse ovary. J. Reprod. Fert., 17:555–557.

PHILLIPS, C. J. In press. Field fixation and storage of museum tissue collections suitable for electron microscopy. Acta Zool. Fennica.

PHILLIPS, C. J., AND B. A. OXBERRY. 1972. Comparative histology of molar dentitions of *Microtus* and *Clethrionomys*, with comments on dental evolution in microtine rodents. J. Mamm., 53:1–20.

PHILLIPS, C. J., G. W. GRIMES, AND G. L. FORMAN. 1977. Oral biology. Pp. 121–246, *in* Biology of bats of the New World family Phyllostomatidae, Part II (R. J. Baker, J. K. Jones, Jr., and D. C. Carter, eds.). Spec. Publ. Mus., Texas Tech Univ., Lubbock, 364 pp.

PINTER, A. J., AND N. C. NEGUS. 1965. Effects of nutrition and photoperiod on reproductive physiology of *Microtus montanus*. Amer. J. Physiol., 208:633–638.

POTTEN, C. S., AND T. D. ALLEN. 1977. Ultrastructure of cell loss in intestinal mucosa. J. Ultrastruct. Res., 60:272–277.

QUAY, W. B. 1952. The skin glands of voles and lemmings (Microtinae). Unpubl. Ph.D. dissert., Univ. Michigan, Ann Arbor, 153 pp.

———. 1954. The Meibomian glands of voles and lemmings (Microtinae). Misc. Publ. Mus. Zool., Univ. Michigan, 82:1–7.

———. 1960. Neural and hypophyseal colloid deposition in the collared lemming. Science, 131:42–43.

———. 1968. The specialized posterolateral sebaceous glandular regions in microtine rodents. J. Mamm., 49:427–445.

———. 1969. Comparative occurrence of brain colloid deposits in microtine rodents from Churchill, Manitoba. J. Mamm., 50:21–27.

RALLS, K. 1971. Mammalian scent marking. Science, 171:443–449.

RHODIN, J. A. G. 1974. Histology a text and atlas. Oxford Univ. Press, New York, 803 pp.

RICHARDSON, T. M. 1969. Cytoplasmic and ciliary connections between the inner and outer segments of mammalian visual receptors. Vision Res., 9:727–731.

RÖHLICH, P. 1975. The sensory cilium of retinal rods is analogous to the transitional zone of motile cilia. Cell Tissue Res., 161:421–430.

SABESIN, S. M., AND S. FRASE. 1977. Electron microscopic studies of the assembly, intracellular transport, and secretion of chylomicrons by rat intestine. J. Lipid Res., 18:496–511.

SATIR, B. 1974. Ultrastructural aspects of membrane fusion. J. Supramolecular Struct., 2:529–537.

SCHADLER, M. H. 1980. The effect of crowding on the maturation of gonads in pine voles, *Microtus pinetorum*. J. Mamm., 61:769–774.

SCHADLER, M. H., AND G. M. BUTTERSTEIN. 1979. Reproduction in the pine vole, *Microtus pinetorum*. J. Mamm., 60:841–844.

BLM_0052297

252   *Phillips*

SCHOFIELD, G. C., S. ITO, AND R. P. BOLENDER. 1979. Changes in membrane surface areas in mouse parietal cells in relation to high levels of acid secretion. J. Anat., 128:669–692.

SHACKLEFORD, J. M., AND C. E. KLAPPER. 1962. A sexual dimorphism of hamster submaxillary mucin. Anat. Rec., 142:495–504.

SHACKLEFORD, J. M., AND C. A. SCHNEYER. 1964. Structural and functional aspects of rodent salivary glands including two desert species. Amer. J. Anat., 115:279–308.

SHACKLEFORD, J. M., AND W. H. WILBORN. 1968. Structural and histochemical diversity in mammalian salivary glands. Alabama J. Med. Sci., 5:180–203.

SIMSON, J. A. U., R. M. DOM, P. L. SANNES, AND S. S. SPICER. 1978. Morphology and cytochemistry of acinar secretory granules in normal and isoproterenol-treated rat submandibular glands. J. Microsc., 113:185–203.

SJÖSTRAND, F. S., AND M. KREMAN. 1979. Freeze-fracture analysis of structure of plasma membrane of photoreceptor cell outer segments. J. Ultrastruct. Res., 66:254–275.

SPIRA, A. W., AND G. E. MILMAN. 1979. The structure and distribution of the cross-striated fibril and associated membranes in guinea pig photoreceptors. J. Anat., 155:319–338.

SPOONER, B. S. 1973. Microfilaments, cell shape changes, and morphogenesis of salivary epithelium. Amer. Zool., 13:1007–1022.

SRINIVASAN, R., AND W. W. L. CHANG. 1975. The development of the granular convoluted duct in the rat submandibular gland. Anat. Rec., 182:29–40.

STACHURA, J., A. TARNAWSKI, J. BOGDAL, W. KRAUSE, AND K. IVEY. 1981. Effect of glucagon on human gastric mucosa: histochemical studies. Gastroenterology, 80:474–481.

ŠULC, K. 1929. O zmenšeném počtu tarsálních žláz u hrabošů (Microtinae). Biol. Spisy Vgs. ŠK zvěr., 8:1–14.

TAMARIN, A., AND L. M. SREEBNY. 1965. The rat submaxillary salivary gland: a correlative study by light and electron microscopy. J. Morph., 117:295–352.

TANDLER, B. 1978. Salivary glands and the secretory process. Pp. 547–592, *in* Textbook of oral biology (J. H. Shaw, E. A. Sweeney, C. C. Cappuccino, and S. M. Meller, eds.). W. B. Saunders Co., Philadelphia, 1178 pp.

TANDLER, B., AND J. H. POULSEN. 1976. Fusion of the envelope of mucous droplets with the luminal plasma membrane in acinar cells of the cat submandibular gland. J. Cell Biol., 68:775–781.

TAYLOR, J. M., W. M. MITCHELL, AND S. COHEN. 1972. Epidermal growth factor: physical and chemical properties. J. Biol. Chem., 247:5928–5934.

TO, L., AND R. H. TAMARIN. 1977. The relation of population density and adrenal gland weight in cycling and noncycling voles (*Microtus*). Ecology, 58:928–934.

VAUGHAN, M. K., G. M. VAUGHAN, AND R. J. REITER. 1973. Effect of ovariectomy and constant dark on the weight of reproductive and certain other organs of the female vole, *Microtus montanus*. J. Reprod. Fert., 32:9–14.

VESELÝ, V. 1923. Die Hilfsteile des Sehorgans von Microtus arvalis. Biol. Spisy Acad. Vet., Brno, 2:277–292.

WALLACE, L. J., AND L. M. PARTLOW. 1976. Adrenergic regulation of secretion of mouse saliva rich in nerve growth factor. Proc. Natl. Acad. Sci., 73:4210–4214.

WEST, R. W., AND J. E. DOWLING. 1975. Anatomical evidence for cone and rod-

BLM_0052298

like receptors in the gray squirrel, ground squirrel, and prairie dog retinas. J. Comp. Neurol., 159:439–460.

WHITE, T. E. 1959. The endocrine glands and evolution, no. 3: os cementum, hypsodonty, and diet. Contrib. Mus. Paleontol., Univ. Michigan, 13:211–265.

WOLFF, J. O., AND M. F. JOHNSON. 1979. Scent marking in the taiga voles, *Microtus xanthognathus.* J. Mamm., 60:400–404.

YOUNG, R. W. 1971. Shedding of discs from rod outer segments in the rhesus monkey. J. Ultrastruct. Res., 34:190–203.

YOUNG, R. W., AND B. DROZ. 1968. The renewal of protein in retinal rods and cones. J. Cell Biol., 39:169–184.

ZIMMERMAN, E. G. 1965. A comparison of habitat and food of two species of *Microtus.* J. Mamm., 46:605–612.

BLM_0052299

# *ONTOGENY*

## Joseph H. Nadeau

### *Abstract*

THE literature on growth and development from conception to sexual maturity of New World *Microtus* is reviewed. The following characters and processes are described: 1) the prenatal period—spermatozoa, ova, ovulation, fertilization, pre- and post-implantation growth and development, implantation, trophoblastic giant cells, and mortality; 2) parturition—gestation period, stage of development, weight and length of neonates, litter size, sex ratio, and parental behavior towards neonates; and 3) postnatal period—growth, development, mortality, molting, and sexual maturation. The contribution of these ontogenetic attributes to a species' "ecological strategy" is evaluated.

### *Introduction*

It could be argued that ontogeny occupies a central position in the description of the biology of any species. The basis for this argument is that growth and development are the processes whereby genetic information is translated into the anatomy, physiology, and behavior of adults. Changes that alter the patterns of ontogeny produce inherited variation in the ways of life of an organism. By studying the ontogeny of particular morphological, metabolic, or neurological attributes, an understanding can be gained not only of the causes and consequences of ontogenetic variation but also of the ways in which phylogenetic diversity is achieved. Indeed, the dependence of phylogenetic diversity on ontogenetic variation was one of the most important rules that Darwin recognized.

The variation in anatomy, physiology, and behavior exhibited by New World *Microtus* makes these species particularly well-suited for ontogenetic studies. The ontogeny of New World *Microtus,* however, has been studied unevenly. For example, a considerable literature exists on litter size (reviewed by Innes, 1978; Krebs and

254

BLM_0052300

Myers, 1974; Stenseth and Framstad, 1980). In addition, Hasler (1975) reviewed the literature on gestation period, ovulation, litter size, and sexual maturation, as well as several other aspects of reproduction. Most aspects, however, have hardly been studied. For example, Ozdzenski and Mystkowska's (1976*a*, 1976*b*) studies of *Clethrionomys glareolus* represent the only published descriptions of the stages of prenatal development of any New World or Old World microtine rodent.

The purpose of this chapter is to review the literature on growth and development from conception to sexual maturation of New World *Microtus.* I have tried to include all relevant observations, but I have not tried to include every reference for each observation.

## *The Prenatal Period*

Of the various aspects of the ontogeny of New World *Microtus,* the prenatal period is least studied. As a result, the following descriptions are sketchy. To compensate for these deficiencies, relevant information for Old World *Microtus* is occasionally included.

### *Spermatozoa*

Spermatozoa in New World *Microtus* have not been described in the published literature. In Old World *Microtus* such as *M. agrestis,* spermatozoa are hooked and have a strongly recurved head (Austin, 1957). The mean length of spermatozoa is 103.5 $\mu$m, mean head length 6.9 $\mu$m, and mean neck and midpiece length 27.4 $\mu$m.

### *Ova*

The diameter of the ovum ranges from 65 to 70 $\mu$m at ovulation in *M. californicus* (Greenwald, 1956) and is 60 $\mu$m in *M. montanus* (Cross, 1971).

### *Fertilization*

In Old World *Microtus* such as *M. agrestis,* there are an average of 4.1 ova in the oviduct at fertilization of nulliparous females (Austin, 1957). The mean number of spermatozoa in the ampulla of the oviduct is 124 (range 28 to 360). An average of 82% of ova are fertilized and only 2% of fertilized ova are polyspermic. The

BLM_0052301

256   *Nadeau*

TABLE 1

Pre-implantation Development in *Microtus*. Time is Measured from Copulation

| Day of development | | Stage of development |
|---|---|---|
| Day 0 | 0 h | Copulation. |
| | <15 h | Ovulation in *M. californicus* (Greenwald, 1956). |
| | | Meiotic divisions begin after ovulation. |
| | 15–18 h | Two-celled ova (Greenwald, 1956). |
| Day 2 | 48–72 h | In *M. californicus*, most ova have 16 cells (Greenwald, 1956). |
| Day 5 | | Implantation occurs in *M. pennsylvanicus* (Mallory and Clulow, 1977). |

second maturation division in *M. californicus* is completed after fertilization (Greenwald, 1956).

### Pre-implantation Growth and Development

The age of embryos is usually measured from the time of copulation (day 0, hour 0), and presence of spermatozoa in vaginal smears is considered evidence for recent copulation. The error involved is usually no more than 12–24 h. A summary of pre-implantation growth and development is provided in Table 1. Cleavage divisions begin about 40 h after copulation. Cells multiply rapidly and in some cases three to four cell divisions have occurred within 48 h. The average rate of cell division is therefore less than one division every 2–3 h.

### Post-implantation Growth

Mallory and Clulow (1977, fig. 13) provide a key to the changes in uterine size and shape during gestation in *M. pennsylvanicus*. The average embryonic growth rate in *M. pennsylvanicus* is 0.25 to 0.40 g/day (Barbehenn, 1955).

The patterns of post-implantation growth of representative small rodents from day 10 to parturition are presented in Fig. 1. Before day 10, the embryo is too small and embedded too deeply in extraembryonic and uterine membranes to permit ready measure-

BLM_0052302



Fig. 1.   Relation between crown–rump length and day of prenatal development in *Microtus pennsylvanicus, Mus musculus,* and *Clethrionomys glareolus.* Data are from Mallory and Clulow (1977), Theiler (1972), and Ozdzenski and Mystkowska (1976a), respectively.

ment. Data for *Clethrionomys glareolus* and *Mus musculus* are included for comparative purposes. Crown–rump length was used as a measure of size because more published data were available for crown–rump length than for body weight in *Microtus, Mus,* and *Clethrionomys.* However, crown–rump length and weight are highly correlated (*M. breweri*: r = 0.97, $n = 6$; *M. pennsylvanicus*: r = 0.98, $n = 6$; J. H. Nadeau, P. H. Kohn, and R. H. Tamarin, pers. comm.).

The rates of growth in *M. pennsylvanicus, C. glareolus,* and *Mus musculus* are lower and less variable between species during the early portion of prenatal development than during the late portion (Fig. 1). For example, the average growth rates between day 10

BLM_0052303

258    *Nadeau*

and day 16 for *M. pennsylvanicus, C. glareolus* and *Mus musculus* are 1.6, 2.0 and, 1.9 mm per day, respectively, whereas the average rates after day 16 for these three species are 2.0, 4.0 (after day 15), and 3.0 mm per day, respectively. The latter rates are 1.25- to 2-fold higher and relatively more variable than the former. These patterns of growth suggest that rates of embryonic growth for the early portion of prenatal development are highly conserved during rodent evolution and that the neonatal size (weight) characteristic of each species are realized only during the late portion of prenatal development.

The stage in development at which the rate of growth changes does not appear to be related to the appearance of any particular developmental feature. For example, the change in growth rate in *Mus musculus* occurs after most of the major external morphological features have appeared, whereas in *C. glareolus* the change occurs at a slightly earlier stage of morphological development.

The growth rates characteristic of each species show the expected high correlation with both the length of gestation and neonatal weight. Of the three species, *C. glareolus* has the highest growth rate, the lowest neonatal weight and the shortest gestation period, whereas *M. pennsylvanicus* has the lowest growth rate, the highest neonatal weight, and the longest gestation period. It is not known which, if any, of these three parameters is the independent variable. Despite these differences in growth rates, neonatal weights, and gestation periods, however, fetuses of these three species are born at about the same developmental stage; there is no evidence for precocity.

### Post-implantation Development

I am not aware of any published description of post-implantation development in New World *Microtus* and therefore have included a summary of Ozdzenski and Mystkowska's (1976*a*, 1976*b*) description of development in *C. glareolus*. Their description focuses on external morphological characters primarily. Neither organogenesis nor the development of sexual characters appear to be described in the literature. Although *C. glareolus* is not a New World *Microtus,* the two are closely related and their ontogenies should be comparable. Moreover, although rates of development sometimes vary between species, the sequence in which developmental features

BLM_0052304

appear is highly conserved, at least among rodents. Thus, post-implantation development in *C. glareolus,* a summary of which is provided in Table 2, may be representative of most microtine rodents.

### Trophoblastic Giant Cells

In contrast to the corresponding cells in *Mus musculus,* the trophoblastic giant cells of *Microtus agrestis* (Copp, 1980), *M. arvalis* (Disse, *in* Copp, 1980), *Arvicola amphibius* (Sansom, 1922), and *Clethrionomys glareolus* (Ozdzenski and Mystkowska, 1976a) can be found at all levels of the endometrium, including the implantation site. In addition, microtine trophoblastic giant cells are of two types: non-migratory cells that remain at the implantation site and migratory cells of which there are in turn two types, small migratory cells and large migratory cells. One function of non-migratory cells is to anchor Reichert's membrane to the decidua. Reichert's membrane is an extraembryonic membrane covering the outer layer of trophectoderm and is secreted by the parietal endoderm (Snell and Stevens, 1966). Small migratory cells are not highly polypoid as are non-migratory cells and large migratory cells in *Microtus* and trophoblastic giant cells in *Mus.* The function of migratory giant cells is unknown. It is tempting to speculate that these cells might be related to the dispersed alkaline phosphatase activity observed in the endometrium of certain microtine rodents but not in other rodents such as *Mus* (Mohi Aldeen and Finn, 1970).

### Prenatal Mortality

Pre-implantation mortality is usually measured as the difference between the number of corpora lutea and the number of implantation sites (including resorbing embryos) and is expressed as this difference divided by the number of corpora lutea ($\times 100$). It is assumed that all ova ovulated are fertilized. Other potential biases in the estimation of mortality rates include corpora lutea that are difficult to identify, accessory corpora lutea, polyovular follicles, twinning, and loss of entire litters. Hoffmann (1958) presents a thorough discussion of the problems associated with measurement of pre-implantation mortality.

A summary of the data on pre-implantation mortality is presented in Table 3. The average percentage of ova lost prior to

260    *Nadeau*

## TABLE 2

POST-IMPLANTATION DEVELOPMENT OF *Clethrionomys glareolus* (DATA FROM OZ-
DZENSKI AND MYSTKOWSKA, 1976*a*, 1976*b*)

| Day of development | Stage of development |
|---|---|
| Day 4 | Blastocyst elongates and implants. Decidual reaction occurs at site of attachment. Inner cell mass orients towards mesometrium. Egg cylinder divides into embryonic and extraembryonic portions. Migrating giant cells appear. Swelling is visible at implantation site. Amnionic cavity forms. Trophoblastic giant cells appear. |
| Day 5 | Ectoplacental cone forms. Endoderm differentiates into embryonic and extraembryonic portions. |
| Day 6 | Primitive streak forms. Mesodermal cells begin to migrate. Amnion and chlorion form. Implantation site is round and embryo is visible through uterine wall. |
| Day 7 | Allantois forms and joins with chorion to form chorio-allantoic placenta. |
| Day 8 | Embryo inverts germ layers to assume shape characteristic of most mammalian embryos. Brachial arches are visible. Eye, auditory vesicles, and heart are visible. Forelimb buds appear as small swellings. There are 13 to 21 somites. |
| Day 9 | In some cases eye lens is visible. Forelimb bud is paddle-shaped. Hindlimb bud swelling is apparent. Trunk and tail are segmented. |
| Day 10 | Maxillae are separated from head. Fore- and hindlimb buds begin to divide into limbs and feet. Retinal pigment is barely apparent. Digits begin to demarcate but are not yet separated. |
| Day 11 | Retinal pigment is obvious. Pinnae are visible. Umbilical hernia appears. Limbs elongate. |
| Day 12 | Eyelids partly cover eyes. Rudiments of vibrissae are visible. Digits are well demarcated. |
| Day 13 | Pinnae cover auditory openings. Limb joint rudiments are apparent. |
| Day 14 | Hair follicles are widely distributed over body. All digits are separated. |
| Day 15 | Eyelids completely cover eyes. Pinnae attaches to skin opposite auditory meatus. Claws are visible. Pigment on head and dorsum is deposited. Umbilical hernia is lost. |
| Day 16 | Skin folds are prominent. Secondary fusion of digits is complete. |
| Day 17 | Fetuses are larger and skin folds are more prominent. |
| Day 18 | Parturition. |

BLM_0052306

TABLE 3

PRENATAL MORTALITY (NOT INCLUDING LOSS OF ENTIRE LITTERS) IN NEW WORLD *Microtus*

| Species | Percent of ova lost | | References |
|---------|------------------------------|----------------------------|------------|
| | Pre-implantation mortality | Post-implantation mortality | |
| *Microtus breweri* | 10.9 | 8.1 | Tamarin (1977) |
| *M. californicus* | — | 7 | Greenwald (1957) |
| | — | 4.7 | Lidicker (1973) |
| *M. montanus* | 5.9 | 2.6–3.9 | Hoffmann (1958) |
| *M. ochrogaster* | 11.0 | — | Corthum (1967) |
| | 6.6 (range 3.4–12.9) | 7.0 | Keller and Krebs (1970) |
| | 9.5 | 1.6 | Rose and Gaines (1978) |
| *M. pennsylvanicus* | 7.3 | 8.4 | Beer et al. (1957) |
| | 7 | — | Corthum (1967) |
| | 9 (range 4.7–45.5) | 6.4 | Keller and Krebs (1970) |
| | 6.1 | 2.2 | Tamarin (1977) |
| | — | 3.6 | Innes (1978) |

implantation is 8.14% ($SD = 2.00$). The highest reported rate of mortality is in *Microtus ochrogaster,* the lowest in *M. montanus.*

Post-implantation mortality is usually measured as the difference between the number of resorptions and number of living and resorbing embryos and is expressed as the number of resorptions divided by the number of living and resorbing embryos ($\times 100$). At least three factors represent potential biases in comparison of the numbers of ovulated eggs and litter size. These factors include transmigration of pre-implantation embryos from one uterine horn to the other, ovulation of more than one ovum from a single ovarian follicle, twinning, and loss of entire litters. In *M. pennsylvanicus,* the average number of transmigrated ova per litter is 0.07, the average number of embryos resulting from multiple ovulation per litter is 0.05, and the average number of twins per litter is 0.02 (Beer et al., 1957).

A summary of the data on post-implantation mortality is presented in Table 3. The average percentage of embryos lost after

BLM_0052307