implantation but before parturition is 5.42% ($SD = 2.53$). Among New World *Microtus* the highest reported rate of mortality occurs in *M. pennsylvanicus,* the lowest in *M. ochrogaster.* In *M. townsendii,* 68.2% of unsuccessful litters are lost during gestation or at parturition (Anderson and Boonstra, 1979).

The rate of prenatal mortality depends on parity. In some species (*M. breweri,* for example), the rate is correlated negatively with parity (Tamarin, 1977), whereas in other species (*M. arvalis,* for example) the rate is correlated positively with parity except for the smallest females (Pelikan, 1970).

## *Parturition*

### *Gestation Period*

The average length of gestation in New World *Microtus* and other representative rodents is given in Table 4. The average period is 21.4 days ($SD = 1.29$). The shortest gestation periods are less than 20 days in some populations of *M. ochrogaster* (Fitch, 1957), the longest about 24 days in both *M. oregoni* (Cowan and Arsenault, 1954) and *M. pinetorum* (Kirkpatrick and Valentine, 1970). In some species (*M. agrestis* and *Dicrostonyx groenlandicus,* for example), gestation can be prolonged if the female is lactating (Breed, 1969; Manning, 1954). This effect, however, does not increase the length of gestation considerably. In most cases, it is not clear whether the delay results from delayed post-partum mating, delayed implantation, or decreased post-implantation growth.

### *Stage of Development*

Neonatal *Microtus* are hairless and unpigmented, their eyes and ears are closed, their teeth have not erupted, their anus is not patent, but their vibrissae are apparent. These descriptions apply to neonatal *M. breweri* (Rothstein, 1976), *M. californicus* (Hatfield, 1935; Selle, 1928), *M. montanus* (Bailey, 1924), *M. ochrogaster* (Kruckenberg et al., 1973; Richmond and Conaway, 1969), *M. pennsylvanicus* (Innes and Millar, 1979; Lee and Horvath, 1969), and *M. oregoni* (Cowan and Arsenault, 1954). There is no evidence that fetuses of these species are born at different stages of development.

BLM_0052308

TABLE 4
LENGTH (DAYS) OF GESTATION IN NEW WORLD *Microtus*\*

| Species | Mean (SD) | References |
|---|---|---|
| *Microtus abbreviatus* | 21.5 | Morrison et al. (1976) |
| *M. californicus* | 21 | Greenwald (1956); Hatfield (1935); Selle (1928) |
| *M. miurus* | 21 | Morrison et al. (1976) |
| *M. montanus* | 21 | Bailey (1924); Hoffmann (1958) |
| *M. ochrogaster* | <20 | Fitch (1957) |
| | 21 | Morrison et al. (1976); Richmond and Conaway (1969) |
| | 22.8 | Kenny et al. (1977) |
| *M. oeconomus* | 20.5 | Dieterich and Preston (1977); Morrison et al. (1976) |
| *M. oregoni* | 24 | Cowan and Arsenault (1954) |
| *M. pennsylvanicus* | 21 | Lee and Horvath (1969) |
| | 21 | Lee et al. (1970); Mallory and Clulow (1977) |
| | 21.0 (0.2) | Kenny et al. (1977) |
| | 20 | Innes and Millar (1981) |
| *M. pinetorum* | 24 | Kirkpatrick and Valentine (1970) |
| *M. townsendii*† | 22 | MacFarlane and Taylor (1982) |

\* Further data can be found in Hasler (1975).
† Twenty-four days in lactating females.

### Weight and Length of Neonates

Weights of neonatal *Microtus* are given in Table 5. Little variation in weight is observed in species such as *M. californicus* (range 2.7 to 2.8 g) and *M. ochrogaster* (range 2.8 to 3.1 g). By contrast, average weight of *M. pennsylvanicus* varies by more than one g among samples (range 1.9 to 3.2). Few data are available for other species.

Neonatal weight often depends on litter size and maternal weight. In some populations of *M. pinetorum,* weight of the entire litter is correlated with maternal weight and therefore, because litter size is independent of maternal weight, weight of each neonate in a litter depends on maternal weight (Paul, 1970). In other populations of *M. pinetorum,* correlations have not been found between

264   *Nadeau*

TABLE 5
Weight (g) at Birth in New World *Microtus*

| Species | Mean weight (SD) | Stage of development | References |
|---------|------------------|----------------------|------------|
| *Microtus breweri* | 3.5 | Neonate | J. H. Nadeau, P. H. Kohn, and R. H. Tamarin (pers. comm.) |
| *M. californicus* | 2.7 | Neonate | Selle (1928) |
| | 2.8 | Neonate | Hatfield (1935) |
| *M. miurus* | 2.9 | Neonate | Morrison et al. (1977) |
| *M. montanus* | 2.5 | Full term | Hoffmann (1958) |
| | 3.9 | Neonate | Bailey (1924) |
| *M. ochrogaster* | 2.8 | Neonate | Richmond and Conaway (1969) |
| | 2.9 (0.1) | — | Fitch (1957) |
| | 2.8 (0.4) | Neonate | Martin (1956) |
| | 3.1 | Neonate | Kruckenberg et al. (1973) |
| *M. oeconomus* | 3.0 | Neonate | Morrison et al. (1977) |
| *M. oregoni* | 1.7 (range 1.6–2.2) | Neonate | Cowan and Arsenault (1954) |
| *M. pennsylvanicus* | 1.9 | Full term | Hamilton (1937) |
| | 2.1 (range 1.6–2.9) | Neonate | Hamilton (1937) |
| | 2.1 (range 1.6–3.0) | Neonate | Hamilton (1941) |
| | 2.3 ± 0.1 | Neonate | Innes and Millar (1981) |
| | 2.0–3.0 | Neonate | Lee and Horvath (1969) |
| | 2.3 | Neonate | Innes and Millar (1979) |
| | 3.2* | Neonate | Morrison et al. (1977) |
| *M. pinetorum* | 2.0 | Neonate | Lochmiller et al. (1982a) |
| | 2.2 | Neonate | Hamilton (1938) |

* Pups were weighed 0–3 days after parturition.

litter size (weight) and maternal weight, or between litter size (weight) and neonatal weight (Lochmiller et al., 1982a). In *M. ochrogaster,* total litter weight increases linearly with increasing litter size from litters of one to four, whereas litters of five and six do not weigh significantly more than litters of four (Richmond and Conaway, 1969).

By comparison, individual pup weight is inversely dependent on litter size. Here, the mean weight of pups in litters of size one to

BLM_0052310



*Ontogeny*   265

FIG. 2.   Relations between litter weight, individual pup weight, and litter size in *Microtus ochrogaster*. Data are from Richmond and Conaway (1969).

six was calculated by dividing total litter weight at 21 days by litter size at parturition. The results summarized in Fig. 2 show that the heaviest pups were found in the smallest litters whereas the lightest pups were found in the largest litters. This relationship is not linear as would be expected if mothers invested similar amounts of energy in each pup regardless of the number of pups in the litter. Instead, the observed relationship between the weight of the entire litter and of individual pups (Fig. 2) suggests that reproductive efficiency is optimized with litters of size 4. In fact, in the population from which these data were collected, the mean litter size was 3.8 (Richmond and Conaway, 1969). Unfortunately, most studies do not present the necessary data to determine whether such variation in neonatal weight is a general pattern.

266   *Nadeau*

TABLE 6
LITTER SIZE IN NEW WORLD *Microtus*

| Species | Mean (SD) | Range | Origin | References |
|---|---|---|---|---|
| *Microtus abbreviatus* | 3.0 | — | Lab | Morrison et al. (1976) |
| *M. breweri* | 3.4 (1.1) | — | Field | Tamarin (1977) |
| *M. californicus* | 4.7 (0.1) | 1–9 | Lab | Colvin and Colvin (1970); Selle (1928) |
| | 4.6 (0.5) | 1–9 | Field | Greenwald (1956, 1957); Hoffmann (1958); Lidicker (1973) |
| *M. chrotorrhinus* | 3.6 (0.1) | 2–5 | Field | Timm et al. (1977); Coventry (1937); see also references in Timm et al. (1977) |
| *M. longicaudus* | 4.0 | 1–7 | Lab | Colvin and Colvin (1970) |
| | 4.9 | 4–6 | Field | Hoffmeister (1956) |
| *M. miurus* | 3.9 | — | Lab | Morrison et al. (1976) |
| | 8.2 | — | Field | References in Hoffmann (1958) |
| *M. montanus* | 6.0 | 3–9 | Lab | Colvin and Colvin (1970) |
| | 6.0 (0.4) | 1–10 | Field | Hoffmann (1958); Howell (1924); Negus and Pinter (1965); Negus et al. (1977); Vaughan (1969) |
| *M. ochrogaster* | 3.9 (0.4) | 1–8 | Lab | Colvin and Colvin (1970); Kenney et al. (1977); Richmond and Conaway (1969); Thomas and Birney (1979) |
| | 3.5 (0.4) | 1–8 | Field | Jameson (1947); Martin (1956); Fitch (1957); Layne (1958); Corthum (1967); Keller and Krebs (1970); Cole and Batzli (1978); Rose and Gaines (1978); see also references in Hoffmann (1958) |
| *M. oeconomus* | 4.0 (0.1) | — | Lab | Morrison et al. (1976) |
| | 6.6 (1.0) | — | Field | Whitney (1977); references in Hoffmann (1958) |
| *M. oregoni* | 3.3 (0.7) | 1–6 | Lab | Colvin and Colvin (1970); Cowan and Arsenault (1954) |
| *M. pennsylvanicus* | 4.4 (0.9) | 1–9 | Lab | Beer et al. (1957); Colvin and Colvin (1970); Lee and Horvath (1969); Kenney et al. (1977); Morrison et al. (1976); Poiley (1949) |

BLM_0052312

TABLE 6
CONTINUED

| Species | Mean (*SD*) | Range | Origin | References |
|---|---|---|---|---|
| | 4.9 (0.6) | 1–11 | Field | Corthum (1967); Coventry (1937); Hamilton (1941); Innes and Millar (1981); Keller and Krebs (1970); Kott and Robinson (1963); Storm and Sanderson (1968); Tamarin (1977) |
| | 3.1 (0.1) | — | Field | Cowan and Arsenault (1954); references in Hoffmann (1958) |
| *M. pinetorum* | 1.9 (0.2) | 1–3 | Lab | Gentry (1968); Kirkpatrick and Valentine (1970) |
| | 2.1 (0.2) | 1–5 | Field | Gentry (1968); Glass (1949); Goertz (1971); Kirkpatrick and Valentine (1970); Linsdale (1928) |
| | 2.2 | — | Lab | Lochmiller et al. (1982a); Paul (1970) |
| | 3.1 (0.1) | — | Lab | Schadler and Butterstein (1979) |
| *M. richardsoni* | 6.0 | — | Field | Anderson et al. (1976) |
| | 7.3 | 7–8 | Field | Anderson and Rand (1943) |
| *M. townsendii* | 4.8 | 2–6 | Lab | MacFarlane and Taylor (1982) |
| | 5.4 | 2–7 | Field | MacFarlane and Taylor (1982) |
| *M. xanthognathus* | 8.4 (0.6) | 6–13 | Field | Wolff and Lidicker (1980); Youngman (1975) |

*Litter Size*

Mean litter sizes for fifteen species of New World *Microtus* are given in Table 6. The mean litter size (field samples only) was 4.9 (*SD* = 2.0). Some species have exceptional litter sizes: *M. pinetorum* has an exceptionally small litter size, *M. miurus* (field sample) and *M. xanthognathus* exceptionally large litter sizes (Table 6).

Litter size in microtine rodents depends on a number of factors including parity, age, season, year, and conditions in the mating colony (Innes, 1978; Stenseth and Framstad, 1980). Usually the first litter is the smallest. Few other generalizations are possible, however. Litter size increases with age and parity in some species (*M. montanus* [Negus and Pinter, 1965], *M. californicus* [Green-

wald, 1957; Hoffmann, 1958]), but not in others (*M. pennsylvanicus* [Keller and Krebs, 1970; Poiley, 1949; Storm and Sanderson, 1968], *M. ochrogaster* [Keller and Krebs, 1970; Rose and Gaines, 1978], and *M. townsendii* [Anderson and Boonstra, 1979]). Litter size depends on parity in some populations of a species (Negus and Pinter, 1965), but not in others (Hoffmann, 1958). Litter size often increases in the first few litters and then declines, such as in *M. oregoni* (Cowan and Arsenault, 1954) and *M. ochrogaster* (Richmond and Conaway, 1969). Litter size sometimes varies considerably between field and laboratory estimates. For example, *M. oeconomus* in laboratory colonies has a mean litter size of 4.0 pups ($SD = 0.1$), whereas in natural populations mean litter size is 6.6 ($SD = 1.0$). Another striking example is *M. miurus,* which has a mean litter size of 3.9 pups in laboratory colonies and 8.2 pups in natural populations. Clearly, litter size is subject to a variety of influences.

## Sex Ratio

With four exceptions the sex ratio among species of New World *Microtus* is approximately 1:1 (Table 7). The first exception involves *M. montanus* in which there is a significant deficiency of males born in laboratory colonies (Vaughan et al., 1973). The origin of the deficiency has not been determined. The second exception occurs in at least one population of *M. pennsylvanicus* (J. H. Nadeau and R. H. Tamarin, pers. comm.). Pregnant females in samples of live-trapped mice from a low-density population near Natick, Massachusetts, were autopsied and the morphological sex of the fetuses determined. There were significantly more males among fetuses than among adults (Table 8). At least two factors affect sex ratio in the Natick population; the first results in an excess of males among fetuses and the second restores an equal sex ratio among adults. Two other populations in southeastern Massachusetts had a 1:1 sex ratio among both fetuses and adults. An important implication of these data is that the usual assumption that an even sex ratio at recruitment reflects an even primary sex ratio may not be supported. Because sex ratio is not usually estimated among fetuses, it is impossible to determine whether skewed prenatal sex ratios are exceptional.

The third and fourth (possible) exceptions are found in *M. agres-*

BLM_0052314

TABLE 7
ADULT SEX RATIOS (♂♂:♀♀) IN NEW WORLD *Microtus*

| Species | Sex ratio | Stage of development | Origin | References |
|---|---|---|---|---|
| *Microtus breweri* | 1.2:1 | Adult | Field | Tamarin (1977) |
| *M. californicus* | 0.6:1 | Neonate | Lab | Selle (1928) |
| | 1:1 | Fetus and neonate | — | Greenwald (1957) |
| | 1:1 | Adult | Field | Lidicker (1973) |
| *M. montanus* | 0.40:1* | — | Lab | Vaughan et al. (1973) |
| *M. oregoni* | 1.1:1 | Neonate | Lab | Cowan and Arsenault (1954) |
| *M. pennsylvanicus* | 1.1:1 | Adult | Field | Myers and Krebs (1971); J. H. Nadeau and R. H. Tamarin (pers. comm.); Tamarin (1977) |
| *M. xanthognathus* | 1:1 | Juvenile | Lab and field | Wolff and Lidicker (1980) |
| *M. agrestis* | 1:1 | Fetus and adult | Field | Myllymäki (1977) |

* $P < 0.05$.

*tis* (Myllymäki, 1977) and in *M. richardsoni* (Anderson et al., 1976) in which the sex ratio at recruitment of the first litters of the breeding season are skewed towards females, whereas the ratio was 1:1 later in the year. There are two explanations for these observations: either the primary sex ratio is uneven, or weanling males emigrate or die more often than weanling females early but not late in the season. Because the primary sex ratio in the populations studied by Myllymäki (1977) was even, the explanation for the biased sex ratio must involve differential emigration or mortality. In the study by Anderson et al. (1976), the primary sex ratio was not measured and as a result these explanations were not evaluated.

The sex ratios observed in natural populations of New World *Microtus* do not support Stenseth's (1977) contention that sex ratios are biased slightly towards females in low-density populations and are biased heavily towards females in high-density populations because of inbreeding effects. On the contrary, in the examples given, an even sex ratio or an excess of males are found in both low- and high-density populations (Tables 7, 8).

BLM_0052315

Some autosomal genotypes are associated with biased sex ratios: certain transferrin genotypes are associated with an excess of males in *M. pennsylvanicus* (Myers and Krebs, 1971). The mechanism by which transferrin, or loci linked to transferrin, and sex ratio are associated is unknown.

### Parental Behavior at Parturition and during Postnatal Development

In *M. ochrogaster*, both parents clean up afterbirth and groom young (Fitch, 1957; Thomas and Birney, 1979). In some cases, post-partum breeding, which is common in some microtine rodents (Gustafsson et al., 1980; Kirkpatrick and Valentine, 1970; Lee and Horvath, 1969; Lee et al., 1970; Morrison et al., 1976), occurs before parturition is complete (Richmond and Conaway, 1969).

Wilson (1982) demonstrated that *M. ochrogaster* pups receive more bodily contact than *M. pennsylvanicus* pups. She hypothesized that these differences in social environments during early development could have important effects on adult social systems (for reviews, see Madison, 1980; Thomas and Birney, 1979).

## The Postnatal Period

### Postnatal Growth

Hoffmeister and Getz (1968) provided a detailed description of growth and age-classes in *M. ochrogaster*. The descriptions included five external, eleven cranial, and two limb measurements, eye-lens weight, and closure of sutures. Most growth and development occurs in the first 2 months. A summary of growth patterns from birth to 1 year of age in laboratory colonies of *M. pennsylvanicus, M. oeconomus, M. miurus,* and *M. abbreviatus* is provided by Morrison et al. (1977).

The average rate of growth between parturition and day 21 of postnatal development is 1.1 g/day in *M. californicus* (Selle, 1928) and 1.0 g/day in *M. montanus* (Bailey, 1924); the mean adult weight for these two species are 50.1 g (Selle, 1928) and 50.0 g (Bailey, 1924), respectively. Lochmiller et al. (1982*b*) found that between days 22 and 46, *M. pinetorum* gained an average of 0.8 g/day; they concluded that the metabolic efficiency of *M. pinetorum* was high

BLM_0052316

TABLE 8

PRENATAL SEX RATIOS (♂♂:♀♀) IN NATURAL POPULATIONS OF *Microtus breweri* AND
*M. pennsylvanicus* IN EASTERN MASSACHUSETTS

| Species | Observed ratio | Expected ratio* | $\chi^2_1$ |
|---|---|---|---|
| *Microtus breweri* | | | |
| Muskeget Island | 41:25 (1.64:1) | 36:30 | 1.53 ($P > 0.05$) |
| *M. pennsylvanicus* | | | |
| Plymouth | 16:12 (1.33:1) | 15:13 | 0.14 ($P > 0.05$) |
| Natick | 22:4  (5.5:1) | 14:12 | 9.90 ($P < 0.005$) |

* Expected ratios were based on number of adult males and females. For *M. breweri*, 54.5% of live-trapped voles were males (Tamarin, 1977), and for *M. pennsylvanicus*, 53% were males (Myers and Krebs, 1971).

relative not only to other species of *Microtus* but also to other representative rodents.

The average rate of growth in the first 21 days obscures changes in the growth rate during development (Fig. 3). In some species (*M. pennsylvanicus,* for example), the growth rate remains relatively constant throughout the first 21 days of postnatal development. The mean growth rate is 0.38 g/day ($SD = 0.07$) (Innes and Millar, 1979). In other species, the growth curve appears to be biphasic; the growth rate in early development is higher than in later development. In *M. californicus,* for example, the average growth rate is 1.07 g/day ($SD = 0.17$) from parturition to day 7 and 0.76 g/day ($SD = 0.20$) from day 8 to day 21 (Hatfield, 1935). By contrast, the pattern is reversed in at least two populations of *M. ochrogaster* (Kruckenberg et al., 1973; Lee and Horvath, 1969); that is, the growth rate in early development is lower than in later development. From parturition to day 10, for example, the mean growth rate is 0.58 g/day ($SD = 0.9$), whereas from day 11 to day 14 the mean growth rate is 1.45 g/day ($SD = 0.57$) (Lee and Horvath, 1969). A similar pattern occurs in *M. oregoni* (Cowan and Arsenault, 1954) and in some populations of *M. pennsylvanicus* (Hamilton, 1941). The age at which the change in growth rate occurs also varies. The change occurs between days 12 and 13 in *M. ochrogaster,* between days 7 and 8 in *M. californicus,* and days 10 and 11 in *M. pennsylvanicus.* The change invariably occurs, however, when pup weight is between 8 and 10 g. The significance

BLM_0052317

272    *Nadeau*



FIG. 3.   Patterns of postnatal growth in representative New World *Microtus*. The pattern for *Clethrionomys gapperi* is presented for comparison. Data are from the following sources: *Microtus breweri* (P. H. Kohn, J. H. Nadeau, and R. H. Tamarin, pers. comm.); *M. pennsylvanicus* (Innes and Millar, 1979); *M. californicus* (Hatfield, 1935); *M. ochrogaster* (Kruckenberg et al., 1973).

BLM_0052318

of these patterns is not known. Because descriptions of the stages of development of these three species were not published, it is impossible to determine whether the change in growth rate is related to the appearance of a particular developmental character or reflects an adaptation to particular demographic or environmental conditions.

### Postnatal Development

Data on postnatal development in New World *Microtus* are summarized in Table 9. In addition, Pépin and Baron (1978) described the development of locomotor activity during postnatal development of *M. pennsylvanicus.* Three stages were recognized: 1) the nest stage (days 0 to 7), characterized by random movements; 2) a transitional stage (days 8 to 10), in which crawling was first observed and pups first left the nest; and 3) third stage (days 11 to 21), in which coordination of movement was refined.

### Postnatal Mortality

Postnatal mortality is usually calculated by comparing the number of young at week $t$ and the number of lactating females at week $t - 3$. Death, emigration, or immigration of mothers or young, and unrecognized pregnancies can influence these calculations. In *M. townsendii,* approximately 7.5% of young are lost before recruitment (Anderson and Boonstra, 1979). The loss occurs primarily in litters of average size. Of the entire litters that are lost, 13.6% are lost during the first week of lactation and 9.1% are lost during each of the next two weeks. Mortality often depends upon season. In *M. ochrogaster,* for example, the ratio of juveniles to pregnant females ranges from 0.69 in spring to 2.85 in fall (Cole and Batzli, 1978). It should be noted that this ratio is subject to a number of other influences such as emigration (see section on sex ratios above).

### Molting

New World *Microtus* have two molts, a juvenile molt and an adult molt. There is considerable variation in the timing of these molts. Ecke and Kinney (1956) studied the molting pattern during the development of *M. californicus* collected in the field. The first or juvenile molt occurred at 23–25 days after parturition when pups

BLM_0052319

TABLE 9
POSTNATAL DEVELOPMENT IN NEW WORLD *Microtus*

| Character | Day of development character appears | Species | References |
|---|---|---|---|
| Gray or black dorsum and pink ventrum | 1 | *M. breweri* | Rothstein (1976) |
| | | *M. californicus* | Hatfield (1935) |
| | | *M. ochrogaster* | Richmond and Conaway (1969) |
| | | *M. oregoni* | Cowan and Arsenault (1954) |
| | | *M. pennsylvanicus* | J. H. Nadeau, P. H. Kohn, and R. H. Tamarin, (pers. comm.) |
| Brown fur | 2 | *M. breweri* | Rothstein (1976) |
| | | *M. ochrogaster* | Fitch (1957) |
| | 3 | *M. californicus* | Hatfield (1935) |
| | | *M. oregoni* | Cowan and Arsenault (1954) |
| | | *M. pennsylvanicus* | Hamilton (1941) |
| | 5 | *M. montanus* | Bailey (1924) |
| Incisors emerge | 1–2 | *M. ochrogaster* | Fitch (1957); Kruckenberg et al. (1973) |
| | 3–6 | *M. breweri* | Rothstein (1976) |
| | 5 | *M. montanus* | Bailey (1924) |
| | 5.5 | *M. oregoni* | Cowan and Arsenault (1954) |
| | 6–7 | *M. pennsylvanicus* | Hamilton (1941) |
| Molars emerge | 7 | *M. montanus* | Bailey (1924) |
| | 8 | *M. pennsylvanicus* | Hamilton (1941) |
| | 11.5 | *M. oregoni* | Cowan and Arsenault (1954) |
| Crawl | 3–4 | *M. breweri* | Rothstein (1976) |
| | 4–5 | *M. ochrogaster* | Fitch (1957); Richmond and Conaway (1969) |
| | 6.5 | *M. oregoni* | Cowan and Arsenault (1954) |
| | 9 | *M. pennsylvanicus* | J. H. Nadeau, P. H. Kohn, and R. H. Tamarin (pers. comm.) |
| Eyes open | 5–6 | *M. breweri* | Rothstein (1976) |
| | 5–10 | *M. ochrogaster* | Fitch (1957); Kruckenberg et al. (1973); Lee and Horvath (1969) |
| | 8–11 (7.1–8.9 g) | *M. montanus* | Bailey (1924); Fitch (1957); Jannett (1978); Kruckenberg et al. (1973); Richmond and Conaway (1969) |

BLM_0052320

TABLE 9
CONTINUED

| Character | Day of development character appears | Species | References |
|---|---|---|---|
| | 8–9 (10.2 g) | *M. pennsylvanicus* | Hamilton (1937, 1941); Innes and Millar (1979, 1981) |
| | 9–10 (8.3–11.4 g) | *M. californicus* | Greenwald (1956); Hatfield (1935); Selle (1928) |
| | 9 (7.3 g) | *M. oeconomus* | Morrison et al. (1954) |
| | 10–11 | *M. oregoni* | Cowan and Arsenault (1954) |
| | 12 (7.0 g) | *M. pinetorum* | Hamilton (1938) |
| Pinnae unfold | 1 | *M. breweri* | Rothstein (1976) |
| | 2–3 | *M. ochrogaster* | Kruckenberg et al. (1973) |
| | | *M. pennsylvanicus* | J. H. Nadeau, P. H. Kohn, and R. H. Tamarin (pers. comm.) |
| | 2.5 | *M. oregoni* | Cowan and Arsenault (1954) |
| Eat solid food | 8 | *M. pennsylvanicus* | Hamilton (1941) |
| | 10–14 | *M. ochrogaster* | Richmond and Conaway (1969) |
| Weaning | 8–9 | *M. breweri* | Rothstein (1976) |
| | 11–14 (15 g) | *M. pennsylvanicus* | Hamilton (1937, 1941); Innes and Millar (1979, 1981); Lee and Horvath (1969) |
| | 12–17 (10.7–13.1 g) | *M. montanus* | Bailey (1924); Fitch (1957); Jannett (1978); Kruckenberg et al. (1973); Richmond and Conaway (1969) |
| | 13 | *M. oregoni* | Cowan and Arsenault (1954) |
| | 14 (14 g) | *M. californicus* | Greenwalt (1956); Hatfield (1935) |
| | 15–17 (11.9–13.1 g) | *M. montanus* | Fitch (1957); Kruckenberg et al. (1973); Jannett (1978) |
| | 17 (11 g) | *M. pinetorum* | Hamilton (1938) |
| | 11.9–18.4 g | *M. ochrogaster* | Cole and Batzli (1979) |

BLM_0052321

276     *Nadeau*

were 110 to 120 mm long and was complete by day 45. The second or adult molt began by day 50 and was complete by day 60. The first molt in *M. pinetorum* begins by day 35 and the second at day 50 (Hamilton, 1938). In *M. ochrogaster,* the first molt begins between day 21 and day 28 and the second molt between day 40 and day 84 (Jameson, 1947; Richmond and Conaway, 1969). In *M. californicus,* the first molt begins by day 21 and the second by day 56 (Hatfield, 1935). In *M. breweri,* the first molt occurs when mice are 136–150 mm long and the second when mice are 161–165 mm long (Rowsemitt et al., 1975). Many of these studies also described the pattern of molting.

*Sexual Maturation*

Spermatogenesis in New World *Microtus* has not been studied, but it was described in at least one species of Old World *Microtus* (Grocock, 1972). On day 1 after parturition, only gonocytes and supporting cells are found in the seminiferous tubules. On day 3 spermatogonia are found, on day 12 primary spermatocytes, and on day 24 round spermatids. The first meiotic divisions begin on day 21 and mature spermatozoa are first found on day 37.

The criterion usually used for determining sexual maturity in males is the presence of mature sperm in the epididymis. The weight, but not necessarily the age, at which male New World *Microtus* become sexually mature appears to be similar among species. Maturity is attained at 35–41 g in *M. californicus* (Greenwald, 1956; Hoffmann, 1958), at 35 g in *M. montanus* (Hoffmann, 1958), at 25–35 g in *M. pennsylvanicus* (Hamilton, 1937; Lee and Horvath, 1969), and at 30 g in *M. townsendii* (MacFarlane and Taylor, 1981). Males first mate at 42 days of age in *M. californicus* (Hatfield, 1935) and at 6–8 weeks in *M. pinetorum* (MacFarlane and Taylor, 1981). *M. pinetorum* first sire at 52 days of age, but the average age is 60 days (Schadler and Butterstein, 1979).

In females, the presence corpora lutea, embryos, or lactation tissue is evidence for sexual maturity. On the average, females become sexually mature at 25–35 g in *M. californicus* (Greenwald, 1956; Hoffmann, 1958), at 33 g in *M. montanus* (Hoffmann, 1958), at 25 g in *M. pennsylvanicus* (Hamilton, 1937), at 70–100 g in *M. richardsoni* (Anderson et al., 1976), and at 25–45 g in *M. townsendii* (MacFarlane and Taylor, 1981). It should be noted that, because

BLM_0052322

adult weight varies considerably between these species, comparisons of weights at sexual maturity may not be particularly informative. In *M. ochrogaster* females, the first mating occurs at 33–34 days of age but the first litter is not produced until females are 60 days old (Richmond and Conaway, 1969). Cole and Batzli (1979) found that female *M. ochrogaster* first reproduce at 81–100 days of age. Fitch (1957) reported *M. ochrogaster* females that were pregnant at 4 weeks of age and Beer et al. (1957) found *M. pennsylvanicus* females that bred at 25 days of age. Schadler and Butterstein (1979) found that, although female *M. pinetorum* first conceive at 77 days of age, the average age at first conception was 105 days. Sterile matings (usually the first mating) have been described in *M. oeconomus* (Hoyte, 1955), *M. californicus* (Greenwald, 1956), *M. pinetorum* (Kirkpatrick and Valentine, 1970), and *M. pennsylvanicus* (Mallory and Clulow, 1977).

In *M. montanus,* the age and weight at sexual maturity in females varies considerably between years (Negus et al., 1977). In some years, most females become sexually mature at 13–14 g, with the lowest weight at pregnancy of 18 g. In other years, females became sexually mature at 24–29 g, with the lowest weight at pregnancy of 30 g. The estimated age at sexual maturity was 2–3 weeks in some years and 7–8 weeks in others.

The age at which females become sexually mature depends on a number of factors including nutrition and social conditions. Greenwald (1956) and Negus and Pinter (1966) showed that sexual maturation in *M. montanus* is significantly influenced by diet. Social factors are also important. In *M. ochrogaster,* the vagina opens earlier and the first litter is born sooner when females are paired with adult males than when paired with male littermates (Hasler and Nalbandov, 1974).

## *Synthesis*

One of the more useful ways to evaluate these diverse ontogenetic attributes as part of a species' "ecological strategy" involves r- and K-selection. According to the theory of r- and K-selection (MacArthur and Wilson, 1967), attributes such as occurrence in uncertain climates and high productivity are typical of r-selected species, whereas occurrence in more certain climates and high efficiency are

BLM_0052323

278    *Nadeau*

typical of K-selected species (Pianka, 1970; Southwood et al., 1974). There are several reasons for applying the theory of r- and K-selection to ontogenetic data for New World *Microtus*. First, r- and K-selection is one of the few theories that combines ontogeny and reproduction into a single argument. Second, and perhaps more importantly, it has been argued that the strength of population cycles in microtine rodents depends in part on the location of a species' overall ecological strategy on an r-K continuum (Tamarin, 1978). Although there are difficulties in its application and evaluation, the theory was nevertheless applied to the ontogenetic data for New World *Microtus* to determine whether the ontogenetic attributes are consistent with the theory of r- and K-selection.

Only those species and ontogenetic attributes were included that provided the most complete set of data for analysis. This set consisted of six species and four attributes. For each species, the character of each attribute was identified as being that expected of an r-selected species, or alternatively, that of a K-selected species. r-Selected species were expected to have high rates of prenatal mortality, low neonatal weights, large litter sizes, and high rates of postnatal development; K-selected species were expected to have converse attributes (Pianka, 1970; Southwood et al., 1974). To determine whether a particular attribute in a given species was more r- or more K-selected relative to the same attribute in other species, the following procedure, which is illustrated with the data for neonatal weight, was used. If more than one estimate of neonatal weight was available for a species, an average weight was calculated. An average for all species was then calculated. If less than the mean weight for all species, the weight for a given species was considered to be r-selected, whereas if the weight was greater than the mean weight for all species, the weight for a given species was considered to be K-selected. This procedure was also applied to data for litter size. For prenatal mortality and postnatal development, modifications in this procedure were necessary. For estimating the rate of prenatal mortality, the sum of the rates of pre-implantation and of post-implantation mortality was calculated for each species. These sums were then used to calculate a mean rate for all species and to assign the r or K status for each species as described above. For the rate of postnatal development, each species was given a score corresponding to the time of appearance of a given developmental feature, such as emergence of incisors; a low score corresponded to

BLM_0052324

TABLE 10

r-K PROFILE OF CERTAIN ONTOGENETIC ATTRIBUTES IN SELECTED SPECIES OF NEW WORLD *Microtus*

| Species | Prenatal mortality | Neonatal weight | Litter size | Rate of postnatal development |
|---------|-------------------|-----------------|-------------|------------------------------|
| *Microtus breweri* | r | K | K | r |
| *M. montanus* | K | K | r | r |
| *M. ochrogaster* | K | K | K | r |
| *M. oregoni* | — | r | K | K |
| *M. pennsylvanicus* | r | r | r | K |
| *M. pinetorum* | — | r | K | K |

early appearance, a high score to later appearance, and a tie score to similar times of appearance. The developmental features included appearance of fur, emergence of incisors, emergence of molars, crawling, opening of eyelids, unfolding of pinnae, and weaning. For each species an average of these scores was calculated and these averages were used as described above to determine the r or K status for each species.

Results of the analysis are presented in Table 10. If each attribute is assumed to contribute equally to a species ecological strategy, then none of the species included in the analysis were uniformly r-selected or uniformly K-selected. Species such as *M. breweri* and *M. pinetorum*, which are thought to be among the more K-selected species of *Microtus*, were r-selected for certain attributes. By contrast, other species such as *M. pennsylvanicus*, which is thought to be relatively r-selected, was K-selected for certain attributes. There are at least two complementary explanations for the absence of uniformity. The first involves the assumption that each of these four attributes contributes equally to a species ecological strategy. It is more likely that some attributes are more important than others. Litter size, for example, is certainly more important than prenatal mortality, because the rate of prenatal mortality is only one of several factors determining litter size; litter size is therefore a composite measure of several attributes. Indeed, litter size shows the expected pattern of r- and K-selection (Table 10). Likewise, neonatal weight is a composite attribute determined by both the rate of growth and length of gestation. Determining the relative

BLM_0052325

280   *Nadeau*

importance of each of these ontogenetic attributes to a species' ecological strategy represents an important problem to be studied.

The second explanation for the absence of uniformity involves differences in the response of attributes to selection. Schaffer and Tamarin (1973) have shown that when an organism encounters an ecological challenge, the attribute responding most rapidly to selection will be used to meet the challenge. Among *Microtus* and many other species, litter size is thought to be one of the diagnostic features of a species' location on the r-K continuum. According to Schaffer and Tamarin's argument, litter size is one of the attributes responding most rapidly and perhaps most often to selection.

## Summary

Despite the extensive literature on certain aspects of the ontogeny of New World *Microtus,* much remains to be learned. The list of undescribed processes and unanswered questions is very long: there is no published description of the prenatal development of any New World *Microtus*; the factors determining the rates of prenatal and postnatal growth, development, and mortality remain to be identified; the significance of migratory giant cells and interspecific variation of litter size are unknown. In summary, although we recognize the distinguishing characteristics of New World *Microtus,* we have very little knowledge about the ontogenetic processes by which these characteristics are produced. In other words, we can describe *Microtus* but we know little about how growth and development occur. Until some of these problems are solved, the relationship between ontogenetic variation and phylogenetic diversity in New World *Microtus* will remain obscure.

## Acknowledgment

This work was supported by general funds of the Jackson Laboratory.

## Literature Cited

ANDERSON, J. L., AND R. BOONSTRA. 1979. Some aspects of reproduction in the vole *Microtus townsendii*. Canadian J. Zool., 57:18–24.

BLM_0052326

Case No. 1:20-cv-02484-MSK   Document 42-13   filed 04/27/21   USDC Colorado   pg 20 of 102

ANDERSON, P. K., P. H. WHITNEY, AND J. P. HUANG. 1976. *Arvicola richardsoni*: ecology and biochemical polymorphism in the front ranges of southern Alberta. Acta Theriol., 21:425–468.

ANDERSON, R. M., AND A. L. RAND. 1943. Status of the Richardson vole (*Microtus richardsoni*) in Canada. Canadian Field-Nat., 57:106–107.

AUSTIN, C. R. 1957. Fertilization, early cleavage and associated phenomena in the field vole (*Microtus agrestis*). J. Anat., 91:1–11.

BAILEY, V. 1924. Breeding, feeding, and other life habits of meadow mice (*Microtus*). J. Agric. Res., 27:523–535.

BARBEHENN, K. R. 1955. A field study of growth in *Microtus pennsylvanicus*. J. Mamm., 36:533–543.

BEER, J. R., C. F. MACLEOD, AND L. D. FRENZEL. 1957. Prenatal survival and loss in some cricetid rodents. J. Mamm., 38:392–402.

BREED, W. G. 1969. Oestrus and ovarian histology in the lactating vole (*Microtus agrestis*). J. Reprod. Fert., 18:33–42.

COLE, F. R., AND G. O. BATZLI. 1978. Influence of supplemental feeding on a vole population. J. Mamm., 59:809–819.

————. 1979. Nutrition and population dynamics of the prairie vole, *Microtus ochrogaster*, in central Illinois. J. Anim. Ecol., 48:455–470.

COLVIN, M. A., AND D. V. COLVIN. 1970. Breeding and fecundity of six species of voles (*Microtus*). J. Mamm., 51:417–419.

COPP, A. J. 1980. The development of field vole (*Microtus agrestis*) and mouse blastocysts in vitro: a study of trophoblast cell migration. Placenta, 1: 47–59.

CORTHUM, K. W., JR. 1967. Reproduction and duration of placental scars in the prairie vole and the eastern vole. J. Mamm., 48:287–292.

COVENTRY, A. F. 1937. Notes on the breeding of some Cricetidae in Ontario. J. Mamm., 18:489–496.

COWAN, I. M., AND M. G. ARSENAULT. 1954. Reproduction and growth in the creeping vole, *Microtus oregoni serpens* Merriam. Canadian J. Zool., 32: 198–208.

CROSS, P. C. 1971. The dictyate oocyte of *Microtus montanus*. J. Reprod. Fert., 25:291–293.

DIETERICH, R. A., AND D. J. PRESTON. 1977. The tundra vole (*Microtus oeconomus*) as a laboratory animal. Lab. Anim. Sci., 27:500–506.

ECKE, D. H., AND A. R. KINNEY. 1956. Aging meadow mice, *Microtus californicus*, by observation of molt progression. J. Mamm., 37:249–254.

FITCH, H. S. 1957. Aspects of reproduction and development in the prairie vole (*Microtus ochrogaster*). Univ. Kansas Publ., Mus. Nat. Hist., 10:129–161.

GENTRY, J. B. 1968. Dynamics of an enclosed population of pine mice, *Microtus pinetorum*. Res. Population Ecol., 10:21–30.

GLASS, B. P. 1949. Reproduction in the pine vole, *Pitymys nemoralis*. J. Mamm., 30:72–73.

GOERTZ, J. W. 1971. An ecological study of *Microtus pinetorum* in Oklahoma. Amer. Midland Nat., 86:1–12.

GREENWALD, G. S. 1956. The reproductive cycle of the field mouse, *Microtus californicus*. J. Mamm., 37:213–222.

————. 1957. Reproduction in a coastal California population of the field mouse, *Microtus californicus*. Univ. California Publ. Zool., 54:421–446.

GROCOCK, C. A. 1972. A study of spermatogenesis in the developing and mature vole (*Microtus agrestis*). J. Reprod. Fert., 29:153–154.

GUSTAFSSON, T., B. ANDERSSON, AND L. WESTLIN. 1980. Reproduction in a laboratory colony of bank vole, *Clethrionomys glareolus*. Canadian J. Zool., 58:1016–1021.

BLM_0052327

282   *Nadeau*

HAMILTON, W. J., JR. 1937. Growth and life span of the field mouse. Amer. Nat., 71:500–507.

———. 1938. Life history notes on the northern pine mouse. J. Mamm., 19:163–170.

———. 1941. Reproduction of the field mouse *Microtus pennsylvanicus*. Cornell Univ. Agric. Exper. Sta. Mem., 237:1–23.

HASLER, J. F. 1975. A review of reproduction and sexual maturation in the microtine rodents. The Biologist, 57:52–86.

HASLER, M. J., AND A. V. NALBANDOV. 1974. The effect of weanling and adult males on sexual maturation in female voles (*Microtus ochrogaster*). Gen. Comp. Endocrinol., 23:237–238.

HATFIELD, D. M. 1935. A natural history study of *Microtus californicus*. J. Mamm., 16:261–267.

HOFFMAN, R. S. 1958. The role of reproduction and mortality in population fluctuations of voles (*Microtus*). Ecol. Monogr., 28:79–108.

HOFFMEISTER, D. F. 1956. Mammals of the Graham (Pinaleno) Mountains, Arizona. Amer. Midland Nat., 55:257–288.

HOFFMEISTER, D. F., AND L. L. GETZ. 1968. Growth and age-class in the prairie vole, *Microtus ochrogaster*. Growth, 32:57–69.

HOWELL, A. B. 1924. Individual variation in *Microtus montanus yosemite*. J. Agric. Res., 28:977–1016.

HOYTE, H. M. D. 1955. Observations on reproduction in some small mammals of arctic Norway. J. Anim. Ecol., 24:412–425.

INNES, D. G. L. 1978. A re-examination of litter size in some North American microtines. Canadian J. Zool., 56:1488–1496.

INNES, D. G. L., AND J. S. MILLAR. 1979. Growth of *Clethrionomys gapperi* and *Microtus pennsylvanicus* in captivity. Growth, 43:268–217.

———. 1981. Body weight, litter size, and energetics of reproduction in *Clethrionomys gapperi* and *Microtus pennsylvanicus*. Canadian J. Zool., 59:785–789.

JAMESON, E. W., JR. 1947. Natural history of the prairie vole (mammalian Genus *Microtus*). Univ. Kansas Publ., Mus. Nat. Hist., 1:125–151.

JANNETT, F. J., JR. 1978. The density-dependent formation of extended maternal families of the montane vole, *Microtus montanus nanus*. Behav. Ecol. Sociobiol., 3:245–263.

KELLER, B. L., AND C. J. KREBS. 1970. *Microtus* population biology. III. Reproductive changes in fluctuating populations of *M. ochrogaster* and *M. pennsylvanicus* in southern Indiana. 1965–1967. Ecol. Monogr., 40:263–294.

KENNEY, A. M., R. L. EVANS, AND D. A. DEWSBURY. 1977. Postimplantation pregnancy disruption in *Microtus ochrogaster, M. pennsylvanicus*, and *Peromyscus maniculatus*. J. Reprod. Fert., 49:365–367.

KIRKPATRICK, R. L., AND G. L. VALENTINE. 1970. Reproduction in captive pine voles, *Microtus pinetorum*. J. Mamm., 51:779–785.

KOTT, E., AND W. L. ROBINSON. 1963. Seasonal variation in litter size of the meadow vole in southern Ontario. J. Mamm., 44:467–470.

KREBS, C. J., AND J. H. MYERS. 1974. Population cycles in small mammals. Adv. Ecol. Res., 8:267–399.

KRUCKENBERG, S. M., H. T. GIER, AND S. M. DENNIS. 1973. Postnatal development of the prairie vole, *Microtus ochrogaster*. Lab. Anim. Sci., 23:53–55.

LAYNE, J. N. 1958. Notes on mammals of southern Illinois. Amer. Midland Nat., 60:219–254.

LEE, C., AND D. J. HORVATH. 1969. Management of the meadow vole (*Microtus pennsylvanicus*). Lab. Anim. Care, 19:88–91.

BLM_0052328

LEE, C., D. J. HORVATH, R. W. METCALFE, AND E. K. INSKEEP. 1970. Ovulation in *Microtus pennsylvanicus* in a laboratory environment. Lab. Anim. Care, 20:1098–1102.

LIDICKER, W. Z., JR. 1973. Regulation of numbers in an island population of the California vole, a problem in community dynamics. Ecol. Monogr., 43: 271–302.

LINSDALE, J. 1928. Mammals of a small area along the Missouri River. J. Mamm., 9:140–146.

LOCHMILLAR, R. L., J. B. WHELAN, AND R. L. KIRKPATRICK. 1982*a*. Energetic cost of lactation in *Microtus pinetorum*. J. Mamm., 63:475–481.

———. 1982*b*. Postweanling energy requirements of juvenile pine voles, *M. pinetorum*. Amer. Midland Nat., 108:412–415.

MACARTHUR, R. H., AND E. O. WILSON. 1967. The theory of island biogeography. Princeton Univ. Press, Princeton, New Jersey, 203 pp.

MACFARLANE, J. D., AND J. M. TAYLOR. 1981. Sexual maturation in female Townsend's voles. Acta Theriol., 26:113–117.

———. 1982. Pregnancy and reproductive performance in the Townsend's vole, *M. townsendii* (Bachman). J. Mamm. 63:165–168.

MADISON, D. M. 1980. An integrated view of the social biology of *Microtus pennsylvanicus*. The Biologist, 62:20–33.

MALLORY, F. F., AND F. V. CLULOW. 1977. Evidence of pregnancy failure in the wild meadow vole, *Microtus pennsylvanicus*. Canadian J. Zool., 55:1–17.

MANNING, T. H. 1954. Remarks on the reproduction, sex ratio, and life expectancy of the varying lemming, *Dicrostonyx groenlandicus*, in nature and captivity. Arctic, 7:36–48.

MARTIN, E. P. 1956. A population study of the prairie vole (*Microtus ochrogaster*) in northeastern Kansas. Univ. Kansas Publ., Mus. Nat. Hist., 1:125–151.

MOHR ALDEEN, K., AND C. A. FINN. 1970. The implantation of blastocysts in the Russian steppe lemming (*Lagurus lagurus*). J. Exp. Zool., 173:63–78.

MORRISON, P. R., R. DIETERICH, AND D. PRESTON. 1976. Breeding and reproduction of fifteen wild rodents maintained as laboratory colonies. Lab. Anim. Care, 26:237–243.

———. 1977. Body growth in 16 wild rodent species and subspecies maintained in laboratory colonies. Physiol. Zool., 50:294–310.

MORRISON, P. R., F. A. RYSER, AND R. L. STRECKER. 1954. Growth and development of temperature regulation in the tundra redback vole. J. Mamm., 35:376–386.

MYERS, J. H., AND C. J. KREBS. 1971. Sex ratios in open and enclosed vole populations: Demographic implications. Amer. Nat., 105:325–344.

MYLLYMÄKI, A. 1977. Demographic mechanisms in the fluctuating populations of the field vole *Microtus agrestis*. Oikos, 29:468–493.

NEGUS, N. C., AND A. J. PINTER. 1965. Litter sizes of *Microtus montanus* in the laboratory. J. Mamm., 46:434–437.

———. 1966. Reproductive responses of *Microtus montanus* to plants and plant extracts in the diet. J. Mamm., 47:596–601.

NEGUS, N. C., P. J. BERGER, AND L. G. FORSLUND. 1977. Reproductive strategy of *Microtus montanus*. J. Mamm., 58:347–353.

OZDZENSKI, W., AND E. T. MYSTKOWSKA. 1976*a*. Implantation and early postimplantation development of the bank vole *Clethrionomys glareolus* (Schreber). J. Embryol. Exp. Morphol., 35:535–543.

———. 1976*b*. Stages of pregnancy of the bank vole. Acta Theriol., 21:279–286.

PAUL, J. R. 1970. Observations on the ecology, populations and reproductive bi-

BLM_0052329

284   *Nadeau*

ology of the pine vole, *Microtus pinetorum*, in North Carolina. Illinois State Mus. Rept. Invest., 20:1–28.

PELIKAN, J. 1970. Embryonic resorption in *Microtus arvalis* (Pall.). Zool. Listy, 19:93–102.

PÉPIN, F.-M., AND G. BARON. 1978. Development postnatal de l'activite motrice chez *Microtus pennsylvanicus*. Canadian J. Zool., 56:1092–1102.

PIANKA, E. 1970. On r- and K-selection. Amer. Nat., 104:592–597.

POILEY, S. M. 1949. Raising captive meadow voles (*Microtus pennsylvanicus*). J. Mamm., 30:317–318.

RICHMOND, M. E., AND C. H. CONAWAY. 1969. Management, breeding and reproductive performance of the vole, *Microtus ochrogaster* in a laboratory colony. Lab. Anim. Care, 19:80–87.

ROSE, R. K., AND M. S. GAINES. 1978. The reproductive cycle of *Microtus ochrogaster* in eastern Kansas. Ecol. Monogr., 48:21–42.

ROTHSTEIN, B. 1976. Selected aspects of the behavioral ecology of *Microtus breweri*. Unpubl. Ph.D. dissert., Boston University, 87 pp.

ROWSEMITT, C., T. H. KUNZ, AND R. H. TAMARIN. 1975. The timing and patterns of molt in *Microtus breweri*. Occas. Papers Mus. Nat. Hist., Univ. Kansas, 34:1–11.

SANSOM, G. S. 1922. Early development and placentation in *Arvicola* (*Microtus*) *amphibius*, with special reference to the origin of placental giant cells. J. Anat., 56:333–365.

SCHADLER, M. H., AND G. M. BUTTERSTEIN. 1979. Reproduction in the pine vole, *M. pinetorum*. J. Mamm., 60:841–844.

SCHAFFER, W. M., AND R. H. TAMARIN. 1973. Changing reproductive rates and population cycles in lemmings and voles. Evolution, 27:111–124.

SELLE, R. M. 1928. *Microtus californicus* in captivity. J. Mamm., 9:93–98.

SNELL, G. D., AND L. C. STEVENS. 1966. Early embryology. Pp. 205–245, *in* Biology of the laboratory mouse (E. L. Green, ed.). McGraw-Hill, New York, 706 pp.

SOUTHWOOD, R., R. MAY, N. HASSELL, AND G. CONWAY. 1974. Ecological strategies and population parameters. Amer. Nat., 108:791–804.

STENSETH, N. C. 1977. Evolutionary aspects of demographic cycles: the relevance of some models of cycles for microtine fluctuations. Oikos, 29:522–538.

STENSETH, N. C., AND E. FRAMSTAD. 1980. Reproductive effort and optimal reproductive rates in small rodents. Oikos, 34:23–34.

STORM, G. L., AND G. C. SANDERSON. 1968. Housing and reproductive performance of an outdoor colony of voles. J. Mamm., 49:322–324.

TAMARIN, R. H. 1977. Reproduction in the island beach vole, *Microtus breweri*, and the mainland meadow vole, *Microtus pennsylvanicus*, in southeastern Massachusetts. J. Mamm., 58:536–548.

———. 1978. Dispersal, population regulation, and K-selection in field mice. Amer. Nat., 112:545–555.

THEILER, K. 1972. The house mouse. Springer-Verlag, Berlin, 168 pp.

THOMAS, J. A., AND E. C. BIRNEY. 1979. Parental care and mating system of the prairie vole, *Microtus ochrogaster*. Behav. Ecol. Sociobiol., 5:171–186.

TIMM, R. M., L. R. HEANEY, AND D. D. BAIRD. 1977. Natural history of rock voles (*Microtus chrotorrhinus*) in Minnesota. Canadian J. Zool., 91:177–181.

VAUGHAN, M. K., G. M. VAUGHAN, AND R. J. REITER. 1973. Effect of ovariectomy and constant dark on the weight, reproductive and certain other organs in the female vole, *Microtus montanus*. J. Reprod. Fert., 32:9–14.

BLM_0052330

VAUGHAN, T. A. 1969. Reproduction and population density in a montane small mammal fauna. Misc. Publ. Mus. Nat. Hist., Univ. Kansas, 51:51–74.

WHITNEY, P. 1977. Seasonal maintenance and net production in two sympatric species of subarctic microtine rodents. Ecology, 58:314–325.

WILSON, S. C. 1982. Parent-young contact in prairie and meadow voles. J. Mamm., 63:300–306.

WOLFF, J. O., AND W. Z. LIDICKER, JR. 1980. Population ecology of the taiga vole, *Microtus xanthognathus,* in interior Alaska. Canadian J. Zool., 58. 1800–1812.

YOUNGMAN, P. M. 1975. Mammals of the Yukon territory. Natl. Mus. Nat. Sci. (Ottawa) Publ. Zool., No. 10, 192 pp.

BLM_0052331

# *HABITATS*

## Lowell L. Getz

### *Abstract*

I^N North America members of the genus *Microtus* are generally associated with habitats dominated by graminoid vegetation. Species that occur in forested areas are frequently restricted to grassy clearings or to sites in which there is an understory of grasses or sedges. *M. xanthognathus, M. longicaudus,* and *M. richardsoni* are found in coniferous forests, but are most abundant where there is at least some grassy vegetation present on the forest floor. Another forest species, *M. oregoni,* is most often found in forest clearings dominated by forbs; that is, in early successional stages in clearcut forest sites.

*Microtus pinetorum, M. oaxacensis, M. umbrosus,* and *M. guatemalensis* commonly occur in forested habitats where there is little graminoid vegetation; but *M. pinetorum* is also abundant in orchards where it may be associated with dense grassy cover. *M. chrotorrhinus* is characteristically found in rocky talus within deciduous and coniferous forests, but occurs in grassy balds in the southern Appalachians.

Most species of *Microtus* are associated with mesic or wet habitats; several species occur in marshes or other wet areas where the voles readily enter the water and swim. Only *M. mexicanus* is routinely found in arid habitats. Other species, including *M. montanus, M. longicaudus, M. californicus,* and *M. townsendii* are found in well-drained and sometimes arid habitats as well as in wet places. Individuals that occur in arid habitats, well-drained mesic sites, or in salt marshes obtain their water from the green vegetation upon which they feed.

Graminoid vegetation serves both as the primary cover and as the major food source for most species of *Microtus*. Whether the voles construct underground or surface nests, most *Microtus* traffic occurs on the soil surface; however, *M. pinetorum* and *M. parvulus* are subfossorial, constructing tunnels 2–3 cm below the surface. Where the vegetation growth is sufficiently dense, voles frequently

286

make well-formed surface runways through the green vegetation or dead surface litter.

Most species of *Microtus* feed on green vegetation; seeds, roots, dead vegetation, and insects may be eaten when green vegetation is not available. Although some species (for example, *M. ochrogaster*) may require forbs in their diet, most species feed extensively on grasses and sedges.

Few species of *Microtus* are associated with agricultural situations in North America. The frequent disturbance of vegetative cover during tillage and harvesting activities renders agro-ecosystems unsuitable habitats for most species of *Microtus*. Some species may become abundant in unharvested forage crops (alfalfa, clover and timothy). Major vole (primarily *M. montanus*) "outbreaks" in agricultural systems in North America occurred in Nevada and California in 1906–1908 and throughout the western United States in 1957–1958.

## Introduction

Descriptions of the habitats utilized by the various species of *Microtus* are scattered throughout the literature. Most such information is included as anecdotal or descriptive accounts in papers dealing with geographic distributions, regional species lists, or population studies. Relatively few studies concentrate specifically on factors responsible for occurrence of a species in given habitat types. In addition, because of the focus of different studies on specific habitat types, there are often conflicting conclusions as to the responses of a species to a particular habitat feature, such as vegetation type, cover conditions, and moisture regime. Since many species of *Microtus* are capable of utilizing rather wide ranges of habitat conditions, availability of information from a limited array of sites located in different regions complicates generalizations concerning habitat requirements of a species. That most species of *Microtus* display frequent ("periodic") fluctuations in abundance further confuses recognition of their preferred habitats. At times of regionally high population densities, individuals of a species may be crowded out of preferred habitats and be found (albeit temporarily) in relatively high numbers in otherwise marginal habitats. There is seldom information as to phase of the local population cycle at the time of a given study or observation.

BLM_0052333

288   *Getz*

The primary approach of this review is, therefore, to emphasize specific habitat features with which given species have been associated rather than to enumerate the various specific habitat types utilized by each species. The latter approach would require lengthy accounts of habitats in which a species has been found throughout its range. Table 1 lists the primary references used to categorize the habitats of each species. Although these references are not all-inclusive, they provide details of specific situations or general summaries of habitat utilization of given species. Other references are cited where appropriate within the text.

I grouped the species of *Microtus* in regard to what appears to be their most generalized responses to specific habitat factors. Species with a wide range of responses appear in more than one category. Wherever possible I included the range of response of a species to given habitat factors. In addition, I rank-ordered responses of sympatric species to habitat factors whenever comparative data were available. A section on competitive exclusion addresses in a more analytical manner comparative responses of sympatric species to given habitat factors.

## Habitat Factors

The habitat factors that appear most important in influencing local distribution of *Microtus* are: vegetation type, moisture conditions, and amount of cover.

Herbaceous vegetation has a dual role as a habitat factor: provision of both food and cover. The diet of most species of *Microtus* comprises primarily green vegetation. New growth, inflorescences or seed heads are the preferred parts of plants. Where the vegetation is dense, voles normally must cut the stems into numerous short segments so as to get to the upper parts of the plants. Piles of 4 to 6-cm long clippings of grass and other plant stems indicate the presence of voles.

Species occupying habitats in which green vegetation is seasonally absent or reduced in quantity (for example, in winter or dry season) may feed on dead plant material, seeds, roots, or on insects and other small animals during the period when green vegetation is not available. A few species (for example, *M. pinetorum, M. californicus, M. pennsylvanicus,* and *M. ochrogaster*) feed on the bark of young trees in forestry plantations or on the bark and roots of orchard

BLM_0052334

TABLE 1

SELECTED REFERENCES PROVIDING INFORMATION ABOUT HABITATS OF SPECIES OF *Microtus*

| Species | References |
|---|---|
| *M. abbreviatus* | Rausch and Rausch (1968) |
| *M. breweri* | Tamarin and Kunz (1974) |
| *M. californicus* | Ingles (1965), Krebs (1966) |
| *M. canicaudus* | See references for *M. montanus* |
| *M. chrotorrhinus* | Goodwin (1929); Hamilton and Whitaker (1979); Kirkland (1977a, 1977b); Kirkland and Knipe (1979); Martell and Radvanyi (1977); Timm et al. (1977) |
| *M. coronarius* | Swarth (1911) |
| *M. guatemalensis* | Smith and Jones (1967) |
| *M. longicaudus* | Borell and Ellis (1934); Dalquest (1948); Findley (1951); Findley and Jones (1962); Hall (1946); Ingles (1954, 1965); Ivey (1957) |
| *M. ludovicianus*† | Lowery (1974) |
| *M. mexicanus* | Baker and Phillips (1965); Brown (1968); Davis (1944, 1960); Davis and Robertson (1944); Davis and Russell (1954); Findley and Jones (1962); Hall and Dalquest (1963); Koestner (1944) |
| *M. miurus* | Osgood (1901); Peterson (1967); Quay (1951) |
| *M. montanus* | Borell and Ellis (1934); Dalquest (1948); Findley (1951); Findley and Jones (1962); Hall (1946); Hoffmann et al. (1969); Ingles (1965) |
| *M. nesophilus*† | Miller (1899) |
| *M. oaxacensis* | Goodwin (1969); Jones and Genoways (1967) |
| *M. ochrogaster* | Hamilton and Whitaker (1979); Jackson (1961) |
| *M. oeconomus* | Peterson (1967); Quay (1951) |
| *M. oregoni* | Dahlquest (1948); Gashwiler (1972); Ingles (1965); Sullivan (1981) |
| *M. parvulus* | Howell (1916); Neill and Boyles (1955) |
| *M. pennsylvanicus* | Dalquest (1948); Getz (1961, 1970); Hamilton and Whitaker (1979); Harris (1953); Jackson (1961); Peterson (1966); Woods et al. (1982) |
| *M. pinetorum* | Barbour and Baker (1950); Benton (1955); Davis (1960); Fisher and Anthony (1980); Glass and Halloran (1961); Hamilton and Whitaker (1979); Hanson (1944); Jackson (1961); Jameson (1949); Lowery (1974); Miller (1964); Miller and Getz (1969); Peterson (1967) |
| *M. quasiater* | Davis (1944) |
| *M. richardsoni* | Dalquest (1948); Findley (1951); Hooven (1973); Ingles (1965); Wright (1950) |
| *M. townsendii* | Cowan and Guiguet (1965); Dalquest (1940, 1948); Ingles (1965) |
| *M. umbrosus* | Goodwin (1969) |
| *M. xanthognathus* | Lensink (1954); Wolff and Lidicker (1980) |

† Extinct.

289

BLM_0052335

290   *Getz*

trees. In general, however, food in the form of herbaceous vegetation is a necessary habitat requirement for most species of *Microtus*. Food habits may be involved in the preference of some species (for example, *M. ochrogaster*) for habitats with forbs; graminoid vegetation alone may not fulfill the dietary requirements of the species (Cole and Batzli, 1978).

Except for the subfossorial *Microtus pinetorum, M. parvulus* and perhaps *M. chrotorrhinus,* voles are active on the surface. In habitats where the vegetation is dense, voles usually construct distinct surface runways through the base of the vegetation or in the detritus. The greater the vegetation and detritus cover, the more protected are the runways. In habitats with sparse or more open vegetation growth, voles may form "paths" on the surface, or may move more randomly through their home ranges (personal observations in marsh habitats in Michigan, Wisconsin, and Connecticut, and in tall grass prairie and alfalfa habitats in Illinois).

The more dense the vegetation cover, the greater the protection of voles from predators, especially from avian predators (Birney et al., 1976). Vegetation cover also moderates the microclimate (humidity and temperature) of the site (Getz, 1965, 1970, 1971). The more dense the vegetation cover, the greater the moderation of the microclimate, thus reducing potential temperature and moisture stresses upon voles. Protection from predation appears more likely to contribute to higher numbers of voles in dense vegetation. Microclimatic stresses have not been shown to be sufficient to account for differences in local distribution in those species for which data are available (Getz, 1971).

Most species of *Microtus* occur in mesic or wet habitats. Although water balance of few species has been studied, kidney inefficiency appears to be a major reason for restriction to mesic or wet areas (Getz, 1963). Evaporative water losses at humidities encountered in even drier, more sparsely vegetated sites do not place a significant stress on the water balance of voles (Getz, 1970, 1971).

In mesic areas where standing water is not available, voles get water (preformed water) when eating green vegetation. Succulent vegetation associated with moist habitats is a likely reason for the positive responses of *Microtus* to soil moisture conditions. *M. pennsylvanicus* living in salt marshes obtain their water from the green sedges upon which they feed (Getz, 1966).

BLM_0052336

## Responses to Habitat Features

In this section the various habitat types occupied by the genus *Microtus* are grouped according to those factors most important in determining local distributions. The species are placed in the habitat type with which they are most commonly associated; specific responses to the major features of each habitat type are discussed where appropriate.

Some species have very limited geographic ranges, such as *Microtus breweri, M. umbrosus, M. coronarius,* and *M. abbreviatus. Microtus nesophilus* and *M. ludovicianus* were also localized in distribution; both are now extinct. In addition, little habitat information has been presented for *M. quasiater, M. oaxacensis, M. guatemalensis,* and *M. canicaudus. M. canicaudus* has been separated only recently from *M. montanus* (Hsu and Johnson, 1970); I assume habitat requirements of *M. canicaudus* to be similar to those of *M. montanus* (given the potential habitat types within its range). I included the above species in the appropriate categories wherever possible; in most cases, however, little elaboration can be made in regard to their habitat requirements.

### Vegetation Types

Species of *Microtus* occur from the Lower Sonoran (*M. montanus*) to the Arctic (*M. oeconomus, M. coronarius,* and *M. miurus*) life zones. Species associated with forested life zones (Hudsonian, Canadian, and Transition) are restricted for the most part to herbaceous forest clearings.

*Graminoid habitats.*—Grasslands and sedge marshes constitute the predominant *Microtus* habitats (Table 2); graminoid habitats utilized by species of *Microtus* range from relatively sparse, arid grasslands to densely vegetated salt and freshwater marshes. Temperature regimes of the grasslands inhabited by *Microtus* range from hot southern grasslands to the cold tundra.

Species associated with herbaceous vegetation consisting mainly of grasses or sedges include *Microtus pennsylvanicus, M. nesophilus, M. abbreviatus, M. miurus, M. oeconomus, M. montanus, M. ludovicianus, M. mexicanus,* and *M. townsendii.* Other species (*M. ochrogaster, M. californicus, M. longicaudus, M. quasiater,* and *M. breweri*) are abundant in grasslands which also may include considerable

BLM_0052337

292    *Getz*

TABLE 2

VEGETATION TYPES WITH WHICH SPECIES OF *Microtus* ARE
COMMONLY ASSOCIATED

| | |
|---|---|
| **Graminoids** | |
| *M. abbreviatus* | *M. miurus* |
| *M. breweri* | *M. montanus* |
| *M. californicus* | *M. nesophilus*† |
| *M. canicaudus* | *M. ochrogaster* |
| *M. coronarius* | *M. oeconomus* |
| *M. longicaudus* | *M. pennsylvanicus* |
| *M. ludovicianus*† | *M. quasiater* |
| *M. mexicanus* | *M. townsendii* |
| **Forbs** | |
| *M. chrotorrhinus* | *M. oregoni* |
| *M. longicaudus* | |
| **Wooded** | |
| Scrub or shrubs | |
| *M. canicaudus* | *M. montanus* |
| *M. longicaudus* | *M. parvulus* |
| *M. mexicanus* | |
| Deciduous (broadleaf) forests | |
| *M. oaxacensis* | *M. quasiater* |
| *M. pinetorum* | *M. umbrosus* |
| Coniferous forests | |
| *M. coronarius* | *M. richardsoni* |
| *M. guatemalensis* | *M. xanthognathus* |
| *M. longicaudus* | |

† Extinct.

quantities of forbs or short woody shrubs. Although commonly associated with stream banks in forested areas, *M. richardsoni* is found most often in graminoid vegetation along streams or in grassy alpine meadows. *M. pennsylvanicus* appears to avoid habitats in which there are large numbers of woody plants in addition to graminoid vegetation.

Grassland sites do not necessarily have to be extensive or contiguous to be inhabited by some species of *Microtus* (see below). *M. mexicanus, M. montanus, M. longicaudus, M. quasiater, M. richardsoni,* and *M. pennsylvanicus* are commonly found in small, dispersed, grassy habitat patches or in small isolated alpine meadows within otherwise forested areas.

BLM_0052338

*Other herbaceous habitats.*—Few species occur exclusively in non-graminoid herbaceous habitats. *Microtus oregoni* occurs in redwood, fir, spruce, and hemlock forests where there is herbaceous vegetation (for example, in small clearings). *M. oregoni* is especially abundant in early successional clearcut timber sites where bracken fern and fireweed, as well as grasses, predominate. The species drops out 4 to 5 years after logging, when grasses and forbs are shaded out by woody sprouts of deciduous and coniferous trees (Sullivan, 1981). *M. chrotorrhinus* also is associated with clearcut forest areas in West Virginia (Kirkland, 1977a).

In Kentucky, *Microtus pinetorum* has been found in abandoned fields in which the dominant vegetation is a mixture of *Rubus* and *Andropogon*. *M. longicaudus* is less dependent upon the presence of grasses than are most other species, but the species normally is associated with graminoid habitats. *M. pennsylvanicus* may occur in *Sphagnum* mats, even where grasses or sedges are relatively scarce. *M. coronarius* extends into forested areas where there is a thick mossy mat, and few, if any, grasses or sedges.

*Wooded habitats.*—A few species inhabit grassy areas with an overstory of small trees and shrubs. In eastern Washington, *Microtus longicaudus* is abundant where *Crataegus* spp. and other shrubs are the dominant plants (Beck and Anthony, 1971; Randall and Johnson, 1979); elsewhere the species has been observed in scrub oak, sage brush, and in willow, alder, and aspen thickets (Borell and Ellis, 1934; Hall, 1946; Ingles, 1965). *M. montanus* has been captured in open aspen where the ground cover was sparse. At high population densities, *M. montanus* may extend from its characteristic grassy habitats out into shrub-dominated habitats (sometimes replacing *M. longicaudus* where the two species are sympatric; see below). *M. mexicanus* has been recorded from piñon, juniper, and yellow-pine habitats (Findley and Jones, 1962; Koestner, 1944). *M. parvulus* has been found in the ecotone between shrubby areas and pine stands. *M. quasiater* also occurs in wooded habitats.

The author trapped *Microtus pennsylvanicus* in isolated shrub-dominated deciduous forest clearings with a grass understory in New England. These appeared to represent remnants of populations of *M. pennsylvanicus* occupying once more extensive grassy clearings that were undergoing succession back to a forest.

*Microtus pinetorum* is characteristic of mature deciduous forests. Although it may occur in young pine plantations where grass is the

BLM_0052339

294   *Getz*

dominant vegetation (Sartz, 1970), the species is not an inhabitant of mature pine forests. Forest types occupied by *M. pinetorum* range from mesic beech forests with well-developed litter and humus layers to scrub oaks where litter is scarce and the humus layer poorly developed (Jameson, 1949; Miller, 1964; Neill and Boyles, 1955). Other forests types commonly occupied by *M. pinetorum* include dry beech forests, spruce-yellow birch stands and red and white oak forests.

*Microtus quasiater* has been recorded from oak forests, but such sites most likely represent marginal habitats for this species. *M. oaxacensis* and *M. umbrosus* occur in high elevation evergreen broadleaf rainforests. *M. mexicanus* has also been recorded from cool wet oak forests in southern Mexico. *M. pennsylvanicus* may invade both deciduous and coniferous forests during peak density years (Cameron, 1964; Grant, 1971).

*Microtus xanthognathus, M. coronarius,* and *M. richardsoni* are characteristic of northern coniferous forests. However, all three are associated most often with sites where there is at least some graminoid vegetation. *M. xanthognathus* is found in black-spruce, white-spruce, birch, and aspen stands with a thick *Sphagnum* mat, horsetail (*Equisetum*), or clumps of sedges. Although usually associated with sites dominated by herbaceous vegetation, *M. oregoni* has been found in dry coniferous forests, as well as in damp mossy sites within such forests. *M. richardsoni* is found in marshy places alongside streams and in wet alpine and subalpine meadows within coniferous forest regions (Dalquest, 1948; Rasmussen and Chamberlain, 1959); infrequently it occurs in pure forest stands.

*Microtus longicaudus* has been recorded from yellow pine, lodgepole pine, hemlock, white fir, and spruce forests. *M. mexicanus* has been taken in pine forests, but usually where grasses are present in the understory. *M. guatemalensis* occurs in high-elevation pine cloudforests where the understory is composed of low bushes, ferns, and bromeliads. *M. chrotorrhinus* is more abundant in rocky areas in coniferous forest than in similar rocky sites in deciduous forests (Kirkland, 1977*b*).

*Rocky Habitats*

The rock vole, *Microtus chrotorrhinus,* is associated primarily with broken rock outcrops, talus slopes and similar rocky situations. This

BLM_0052340

species also has been found in sites where moss-covered rocks and logs are common (Hamilton and Whitaker, 1979; Kirkland and Knipe, 1979). *M. chrotorrhinus* usually is abundant where grasses are present among rocks, but it is frequently most common where there are dense stands of ferns.

*Microtus oregoni* and *M. longicaudus* also are found from time to time in rockslides. Both species are more abundant in herbaceous vegetation, however. *M. pinetorum* has been recorded from rocky areas in Oklahoma, but mainly where spaces between rocks were covered with dense herbaceous vegetation.

## Moisture Regimes

Most species of *Microtus* are associated with mesic or wet places; none is found exclusively in arid habitats (Table 3). Those species commonly found in wet habitats include *M. pennsylvanicus, M. coronarius, M. xanthognathus, M. oeconomus, M. miurus, M. breweri, M. oaxacensis,* and *M. guatemalensis. Microtus oeconomus* is found in the wet swales throughout the vast flat tundra; where it occurs on mountain slopes, *M. oeconomus* is most abundant in wetter sites (Peterson, 1966). However, on Unalaska Island *M. oeconomus* was found to avoid very marshy sites. *M. miurus* also inhabits the wet tundra region, but avoids low swales; it is most abundant on peat mounds, terraces, raised polygons, and on stream and lake banks (Quay, 1951).

*Microtus oaxacensis, M. umbrosus,* and *M. guatemalensis* occur in high-elevation forests where the soil is cool and damp.

Although a number of species of *Microtus* occur in well-drained upland habitats, most also appear in wet marshes. *M. ochrogaster* appears to be relatively uncommon in sites with standing water; *M. abbreviatus* has not been taken in standing water. *M. ludovicianus* was recorded only from "damp" sites. Species commonly found in well-drained upland sites, but which also occur in wet marshy areas where standing water is present, include *M. californicus, M. oregoni, M. townsendii, M. longicaudus,* and the now extinct *M. nesophilus. M. xanthognathus* and *M. richardsoni* occur in wet areas adjacent to streams in forested areas; *M. longicaudus* also is adjacent to streams in some forested areas. Species occurring in coastal areas (*M. pennsylvanicus, M. californicus, M. townsendii, M. oregoni,* and *M. breweri*) commonly are found in salt marshes.

BLM_0052341

296     *Getz*

TABLE 3

SOIL MOISTURE CONDITIONS WITH WHICH SPECIES OF *Microtus* ARE COMMONLY ASSOCIATED

| Semi-arid | |
|---|---|
| *M. mexicanus* | *M. pinetorum* |
| *M. parvulus* | *M. quasiater* |
| Mesic, well-drained | |
| *M. abbreviatus* | *M. montanus* |
| *M. canicaudus* | *M. ochrogaster* |
| *M. chrotorrhinus* | *M. pinetorum* |
| *M. coronarius* | *M. umbrosus* |
| *M. ludovicianus*† | |
| Wet, marshes | |
| *M. breweri* | *M. oeconomus* |
| *M. coronarius* | *M. pennsylvanicus* |
| *M. guatemalensis* | *M. richardsoni* |
| *M. miurus* | *M. xanthognathus* |
| *M. oaxacensis* | |
| Wide range of conditions, arid to marshes | |
| *M. californicus* | *M. oregoni* |
| *M. longicaudus* | *M. townsendii* |
| *M. nesophilus*† | |

† Extinct.

Most species occupying wet areas readily enter water and swim; swimming behavior has been observed in *Microtus richardsoni, M. longicaudus, M. pennsylvanicus, M. californicus,* and *M. xanthognathus* (Blair, 1939; Dalquest, 1948; Ingles, 1965; Johnson, 1957; Lensink, 1954; Murie, 1960; Peterson, 1967). *M. californicus* and *M. longicaudus* dive and swim underwater. *M. pennsylvanicus* has been found in marshes where only clumps of vegetation extend above the water (Getz, 1961). Feeding platforms and nests are built above water in the sedges and cattails. Individuals living in such marshes resemble "small muskrats" (Murie, 1960) in their behavior.

Even though species occurring in wet areas appear to be strong swimmers, drowning may occur during extensive inundation of salt marshes, as during unusually high tides associated with storms. The combined effects of deeper water and strong wave action may cause mortality among "good" swimmers. *Microtus californicus* and *M.*

BLM_0052342

*pennsylvanicus* occasionally drown at such times (Hadaway and Newman, 1971; Harris, 1953).

In the southwestern regions of its range, *Microtus pennsylvanicus* is restricted mainly to the hydrosere, whereas in more northern areas of the west the species is an inhabitant of well-drained grasslands associated with deciduous and coniferous forests (Findley, 1954). When *M. pennsylvanicus* is found in well-drained upland habitats, it usually is restricted to sites with dense vegetation cover (Getz, 1971; Hodgson, 1972). However, such an association does not appear to be related to a more humid microclimate under vegetation (see above). Other species (*M. ochrogaster, M. californicus, M. montanus, M. coronarius,* and *M. chrotorrhinus*) occupying well-drained upland habitats are not so restricted to sites with dense vegetation cover. *M. chrotorrhinus* usually is found in crevices between and under rocks and boulders; this microhabitat is relatively mesic, even though well drained. The importance of microclimate upon the occurrence of *M. chrotorrhinus* in rocky habitats is not known.

*Microtus mexicanus, M. pinetorum,* and *M. parvulus* usually are associated with drier habitats than are other species of *Microtus. M. mexicanus* commonly is found in arid, sparsely vegetated habitats, including piñon, yellow pine, juniper, rabbit brush, and dry bunch grass. In other places, however, the species is abundant in mesic meadows within high-elevation coniferous forests. *M. mexicanus* also is found from time to time in marshy areas in desert regions, where runways may lead into water. And, *M. pinetorum* frequently is associated with deciduous forests where the substrate contains considerable humus and is relatively moist (Lowery, 1974; Peterson, 1966); however, the species is not abundant in swamps (Miller and Getz, 1969).

Species such as *Microtus californicus, M. oregoni, M. townsendii,* and *M. longicaudus,* although usually found in wet or mesic areas, also inhabit seasonally arid sites. Reproduction and population densities in these sites may decline during dry periods.

When they occur alone, some species frequently are found over a wide range of moisture conditions; but, when sympatric with other species of *Microtus,* there often is a segregation of species along the moisture gradient. Species with relatively wide moisture tolerances display more restricted distributions when sympatric with other species, as follows:

*Microtus pennsylvanicus–M. ochrogaster: M. pennsylvanicus* is in

BLM_0052343

298   *Getz*

wetter areas, whereas *M. ochrogaster* occurs in well-drained sites (DeCoursey, 1957; Findley, 1954; Miller, 1969).

*Microtus pennsylvanicus–M. montanus*: *M. pennsylvanicus* is in moist sites, whereas *M. montanus* is more abundant in drier habitats (Hodgson, 1972; Murie, 1971).

*Microtus mexicanus–M. longicaudus–M. montanus–M. pennsylvanicus*: *M. mexicanus* is in the most arid places; *M. longicaudus* is in the next most arid sites; *M. montanus* often is restricted to mesic sites, *M. pennsylvanicus* is limited to grass-sedge meadows along streams (Findley and Jones, 1962).

*Microtus montanus–M. longicaudus*: *M. montanus* is in drier sites than is *M. longicaudus* in Eastern Washington, but in Nevada and Wyoming the reverse relationship was observed (Beck and Anthony, 1971; Borrel and Ellis, 1934; Findley, 1951; Vaughan, 1974).

## Cover

Most species of *Microtus* display a positive response to vegetation cover; population densities are usually higher in sites with greater cover (Birney et al., 1976; Eadie, 1953; Grant et al., 1977).

Few species of *Microtus* occur in open habitats. Although usually more abundant in dense grasses, *M. mexicanus* may be found in relatively sparse grassy habitats. When sympatric with *M. montanus, M. mexicanus* is in more open sites while *M. montanus* is in densely vegetated habitats (Anderson, 1959; Findley and Jones, 1962). When sympatric with *M. pennsylvanicus*, however, *M. montanus* occurs in less-dense grassy habitats (Anderson, 1959; Hodgson, 1972).

*Microtus ochrogaster* commonly occurs in sparse grass habitats, even though it also occurs in dense vegetation. When sympatric with *M. pennsylvanicus, M. ochrogaster* is restricted to more sparsely vegetated sites; *M. pennsylvanicus* is in denser grass (Getz et al., 1978; Miller, 1969; Zimmerman, 1965). In central Illinois, *M. ochrogaster* is abundant in grassy sites that are mowed two to three times a year (for example, roadsides); *M. pennsylvanicus* is seldom found in such short grass habitats.

*Microtus xanthognathus* is more or less restricted to forested sites with a dense *Sphagnum* ground cover. *M. pinetorum* is frequently most abundant in deciduous forests with a thick leaf-litter layer, but it is not necessarily restricted to such habitats; it also is found

BLM_0052344

commonly in areas with a sparse litter layer on the surface (Miller, 1964; Neill and Boyles, 1955).

## Competitive Exclusion and Habitat Utilization

There is considerable evidence that competition between species of *Microtus* and with species of other genera influence both mammalian community structure and the habitat utilization of several species of *Microtus* (Rose and Birney, this volume). I summarize only the influence of competition upon habitat utilization in areas where given species appear to interact.

Where both *Microtus pennsylvanicus* and *M. montanus* are present (and when in approximately equal numbers), *M. pennsylvanicus* is restricted to wet or mesic areas, whereas *M. montanus* is prevalent in more arid sites (and occupies a wider range of habitat types than does *M. pennsylvanicus*). There are conflicting views as to why this occurs. Murie (1971) suggests *M. pennsylvanicus* is aggressively dominant over *M. montanus,* thus restricting *M. montanus* to the drier sites (wet areas are preferred habitat for *M. pennsylvanicus*). But, Stoecker (1972) indicates *M. montanus* is dominant over *M. pennsylvanicus* and that when *M. montanus* is removed from an area of possible competitive interaction, *M. pennsylvanicus* extends into more arid sites. This suggests *M. montanus* excludes *M. pennsylvanicus* from arid habitats.

When only one species is present, *Microtus longicaudus* and *M. montanus* may be found in shrub habitats and in grasslands. In areas where the two species are sympatric, however, *M. montanus* depresses *M. longicaudus* populations in shrub habitats, whereas *M. longicaudus* excludes *M. montanus* from grasslands (Randall and Johnson, 1979).

When it occurs alone, *Microtus ochrogaster* occurs in dense grassy habitats as well as in sparsely vegetated areas; in addition, *M. ochrogaster* occurs in both wet and well-drained areas when *M. pennsylvanicus* is not present. In areas where both species occur, *M. ochrogaster* usually is restricted to drier sites and to more sparsely vegetated habitats. When sympatric with *M. ochrogaster, M. pennsylvanicus* is most prevalent in low wet areas or in dense grasses. Krebs et al. (1969) indicated that both species cohabit the same study areas in central Indiana; however, there was evidence of higher

BLM_0052345

300   *Getz*

densities of *M. ochrogaster* when *M. pennsylvanicus* was absent. Klatt and Getz (unpubl. observ.) have evidence of *M. pennsylvanicus* excluding *M. ochrogaster* from dense grassy habitats in central Illinois. The mechanism for such competitive exclusion is not known. Getz (1962) concluded that *M. ochrogaster* was aggressively dominant over *M. pennsylvanicus*, whereas Miller (1969) found the opposite.

Several studies have shown that *Microtus pennsylvanicus* is excluded from shrub or wooded areas by *Clethrionomys gapperi* (Cameron, 1964; Clough, 1964; Grant, 1971; Morris, 1969). Experimental removal studies indicate competitive interactions to be responsible for the exclusion of *M. pennsylvanicus* from wooded areas by *C. gapperi* (Cameron, 1964; Clough, 1964).

*Sigmodon hispidus,* a species which forms surface runways in dense grassy habitats, excludes *Microtus pinetorum* from such habitats, even though *M. pinetorum* is subfossorial (which reduces the potential for direct interaction) (Goertz, 1971). *M. pennsylvanicus,* a species which also uses surface runways and surface nests, and *M. pinetorum* commonly cohabit orchards with dense grass cover (Benton, 1955; Fisher and Anthony, 1980).

## *Habitat Utilization on Islands*

Island populations of *Microtus pennsylvanicus* and *M. coronarius* have been found in wooded habitats as well as in grassland habitats, even though the apparent preferred habitat of these species is graminoid vegetation (Cameron, 1958; Grant, 1971). *M. coronarius* appears to be restricted to wooded island sites with mossy carpets (Swarth, 1911); *M. pennsylvanicus* has been taken in open woods, however.

In some instances occupancy of non-grassy habitats may involve "surplus" animals forced out of more favorable grassy habitats as a result of population pressure during peak periods of the population cycle. In other cases, absence of competitors (for example, *Clethrionomys gapperi*) may allow *Microtus pennsylvanicus* to occupy forested habitats on islands (Grant, 1971). When *C. gapperi* is present on islands, *M. pennsylvanicus* usually is restricted to grassy habitats (Cameron, 1958, 1964).

There is no indication of *Microtus townsendii* occurring in for-

TABLE 4

PRESUMED HABITAT-PATCH CONFIGURATION OCCUPIED BY *Microtus* SPECIES PRIOR TO HUMAN DISTURBANCE

Large, contiguous, relatively stable habitats

| | |
|---|---|
| *M. californicus* | *M. oeconomus* |
| *M. miurus* | *M. pinetorum* |
| *M. ochrogaster* | *M. townsendii* |

Small, isolated, or ephemeral habitat patches

| | |
|---|---|
| *M. canicaudus* | *M. parvulus* |
| *M. chrotorrhinus* | *M. pennsylvanicus* |
| *M. longicaudus* | *M. quasiater* |
| *M. mexicanus* | *M. richardsoni* |
| *M. montanus* | *M. xanthognathus* |
| *M. oregoni* | |

Entire species restricted to one or a very few small or localized areas

| | |
|---|---|
| *M. abbreviatus* | *M. ludovicanus*† |
| *M. breweri* | *M. nesophilus*† |
| *M. coronarius* | |

† Extinct.

ested habitats when on islands. On islands, *M. townsendii* was recorded from under driftwood on sandy beaches and in rockpiles and dry grasslands as well as in wet marshes and "lush" vegetation, but not in forests (Cowan and Guiguet, 1965; Dalquest, 1940).

## *Habitat Configuration and Stability*

It appears that there may be a relationship between patchiness or stability of habitat in which some species of *Microtus* arose and social structure displayed by the species (Getz, 1978; Getz and Carter, 1980; Lidicker, 1980; Madison, 1980; Wolff, 1980). Thus, it is of interest to identify those species that appear to have evolved in large contiguous permanent habitats as contrasted to species whose original habitat comprised small isolated or ephemeral patches. Such information can be used in explaining the similarities and differences in social organization and mating systems among different species.

As suggested previously, a species may occupy a variety of habitats under given population density conditions; in many instances

BLM_0052347

302    *Getz*

populations are found in intervening marginal habitats at these times. This may give the impression of occupancy of larger contiguous habitat patches than occurs under lower density conditions. Thus, it is difficult to ascertain with a high degree of accuracy from published accounts the "normal" habitat in terms of patchiness. A study may have concentrated only on specific sites (and at a particular time), which biases the impression as to patch configuration of the habitat of the species. In addition, humans have disrupted the habitats of most species, thereby changing the original patch configuration; this further complicates determination of the configuration of the original species' habitat. As nearly as can be surmised from published accounts, Table 4 summarizes the general categorizations of habitat patch configuration. Insufficient data are available to estimate the habitat patch size and configuration of *Microtus oaxacensis, M. guatemalensis* and *M. umbrosus.*

## *Effects of Human Activities on* Microtus Habitats

The original habitats of most species of *Microtus* have been altered greatly by a variety of human activities. Such changes include reduction in natural habitats and modification of patch size and dispersion. Those species whose habitats were altered by human activities include *M. ochrogaster, M. pennsylvanicus, M. californicus,* and *M. townsendii.*

Habitat reduction resulted primarily from conversion of grasslands for farming and grazing. The original prairie grassland habitats of *Microtus ochrogaster* especially were reduced by agriculture. Almost all the once extensive grasslands are now cultivated or grazed. *M. ochrogaster* does not occupy most agricultural croplands; thus, populations of *M. ochrogaster* now are relatively isolated in the few remnants of prairie areas or they occupy new habitats created by humans (see below). The original habitat of *M. californicus* also was reduced greatly by grazing and agriculture. Populations of *M. californicus* remain in ungrazed or less-disturbed grasslands; many of these grasslands now include a large number of exotic species of plants.

Species of *Microtus* occupying wet and marshy areas, including

BLM_0052348

salt marshes (for example, *M. pennsylvanicus, M. californicus,* and *M. townsendii*) also experienced a reduction in available wetland habitats. Wet areas were drained for agriculture or filled in for industrial development (as in the case of salt marshes). Filling in of large areas of San Francisco Bay is a prime example of loss of salt-marsh habitats of *Microtus.*

The habitat of *Microtus nesophilus* on Great Gull and Little Gull Islands was completely destroyed by the construction of a military fort. The species declined rapidly in numbers from relatively high abundance to extinction. There is no indication of habitat disturbance being a factor in the extinction of *M. ludovicianus*; a relatively large area of apparently suitable habitat remains.

New habitats suitable for occupancy by *Microtus* also were created by humans. "New" habitats were formed for *M. pinetorum, M. ochrogaster, M. pennsylvanicus, M. californicus, M. montanus,* and perhaps *M. oregoni.* Some agricultural crops (alfalfa, wheat and timothy) provide at least a temporary habitat for *Microtus* (for example, *M. californicus, M. montanus,* and *M. ochrogaster*). Establishment of bluegrass pastures that are allowed to remain idle or are abandoned provides habitat for species such as *M. ochrogaster* and *M. pennsylvanicus.* Grassy roadsides along county roads, state highways, interstates, and railroads provide extensive habitats for *Microtus* (for example, *M. pennsylvanicus, M. ochrogaster*; Getz et al., 1978). Within the past decade financial constraints reduced mowing of many state and interstate roadsides creating considerable areas of dense grassy habitat. Such unmowed areas are especially important in providing grassy habitats otherwise scarce or absent in high-intensity agricultural and forested regions. There is evidence that such avenues of habitat were used by *M. pennsylvanicus* to effect a significant expansion of its range in the high intensity agricultural region of central Illinois.

Orchards with dense grassy ground cover provide a different, but suitable, habitat for *Microtus pinetorum,* as well as for species that normally make use of grassy habitats (especially *M. pennsylvanicus* and *M. ochrogaster*).

Clearcut forestry practices, and the resultant successional sequences, increase the available habitat for *Microtus oregoni.* Although similar successional sequences follow natural forest fires, clearcut logging operations provide extensive areas of suitable habitat for *M. oregoni* and *M. chrotorrhinus.*

304   *Getz*

## *Agricultural Habitats*

Because of frequent disturbances (tillage, removal of vegetation at harvest, and grazing by livestock), *Microtus* species are seldom associated with agriculture in North America. Few agriculture systems provide adequate vegetation cover for a sufficient length of time to permit *Microtus* populations to become established in fields. Occasionally some species are found in crops, however; in a few instances there have been economically damaging vole outbreaks.

*Microtus* is associated most commonly with forage crops such as alfalfa, clover and timothy (Jameson, 1958; Lantz, 1905, 1907; Linduska, 1950; Morrison, 1953; White, 1965). When crops are cut and hay removed, cover is sufficiently disturbed to cause voles to disappear or decline to low densities. Only infrequently are voles able to achieve high densities in fields harvested at normal intervals. If such forage crops are not harvested, of course, voles may achieve high densities, depending upon the phase of the local population cycle.

Perhaps the most dramatic outbreak of *Microtus* in agricultural systems in the United States was that of the montane vole (*M. montanus*) in Nevada and California in 1906–1908 (Piper, 1909). In Humboldt County, Nevada, alone approximately 10,000 ha of alfalfa were completely destroyed; voles ate all parts of alfalfa plants, including roots. Estimated population densities were in excess of 25,000 voles/ha in areas with the most severe outbreaks. In 1957–1958 there was a more extensive outbreak of *M. montanus* in croplands throughout much of the western United States, including California, Oregon, Washington, northern Nevada, Utah, Idaho, southwestern Montana, and western Wyoming. Population densities of 5,000–7,500/ha were recorded locally; most densities were in the hundreds per ha, however (White, 1965). Predator increases, especially of owls, hawks, and gulls, were documented during this outbreak. Predator populations remained high following the decline of voles and served to drive vole densities to low levels (White, 1965).

Other species that have been recorded from forage crops include *Microtus ochrogaster*, *M. pennsylvanicus*, *M. coronarius*, and *M. californicus*. Both *M. ochrogaster* and *M. pennsylvanicus* occur in wheat fields in central Illinois (Getz, pers. observ.). There are only anecdotal data as to densities achieved before wheat is harvested in

BLM_0052350

late June. In most cases wheat is combined before voles can achieve high densities. At least one field sustained losses of wheat of 25% in central Illinois (D. E. Kuhlman, pers. comm.).

During the growing season, corn does not provide suitable cover for *Microtus*. Formerly, both *M. pennsylvanicus* and *M. ochrogaster* were abundant in corn fields in winter when corn was placed in shocks rather than picked or combined in the field, as is now common practice in almost all regions (Getz, pers. observ.; Linduska, 1950). Voles undoubtedly moved from adjacent grassy habitats into shocks during winter; neither species was found in corn fields during summer.

Other crops in which *Microtus* have been observed include field beans (*M. pennsylvanicus*; Jackson, 1961); asparagus (*M. californicus*; Morrison, 1953); and potatoes (*M. californicus* and *M. coronarius*; Swarth, 1911; White, 1965).

Although they are not strictly agricultural habitats, orchards support populations of several species of *Microtus* (Holm, et al., 1959; Horsefall, 1953). *M. pinetorum, M. pennsylvanicus,* and *M. ochrogaster* commonly are found in apple, pear, and peach orchards; *M. californicus* has been recorded from citrus orchards (Morrison, 1953).

## Literature Cited

ANDERSON, S. 1959. Distribution, variation, and relationships of the montane vole, *Microtus montanus*. Univ. Kansas Publ., Mus. Nat. Hist., 9:415–511.

BAKER, R. H., AND C. J. PHILLIPS. 1965. Mammals from El Nevado De Colima, Mexico. J. Mamm., 46:691–693.

BARBOUR, R. W., AND B. L. BAKER. 1950. Some mammals from Hart County, Kentucky. J. Mamm., 31:359–360.

BECK, L. R., AND R. G. ANTHONY. 1971. Metabolic and behavioral thermoregulation in the long-tailed vole, *Microtus longicaudus*. J. Mamm., 52:404–412.

BENTON, A. H. 1955. Observations of the life history of the northern pine vole. J. Mamm., 36:52–62.

BIRNEY, E. C., W. E. GRANT, AND D. D. BAIRD. 1976. Importance of vegetative cover to cycles of *Microtus* populations. Ecology, 57:1043–1051.

BLAIR, W. F. 1939. A swimming and diving vole. J. Mamm., 20:375.

BORELL, A. E., AND R. ELLIS. 1934. Mammals of the Ruby Mountain region of northeastern Nevada. J. Mamm., 15:12–44.

BROWN, L. N. 1968. Smallness of litter size in the Mexican vole. J. Mamm., 49:159.

CAMERON, A. W. 1958. Mammals of the islands in the Gulf of St. Lawrence. Bull. Natl. Mus. Canada, 154:1–165.

———. 1964. Competitive exclusion between rodent genera *Microtus* and *Clethrionomys*. Evolution, 18:630–634.

BLM_0052351

306    *Getz*

CLOUGH, G. C. 1964. Local distribution of two voles: evidence for interspecific interaction. Canadian Field-Nat., 78:80–89.

COLE, F. R., AND G. O. BATZLI. 1978. Influence of supplemental feeding on a vole population. J. Mamm., 59:809–819.

COWAN, I. McT., AND C. J. GUIGUET. 1965. The mammals of British Columbia. Brit. Columbia Prov. Mus. Handbook 11. Brit. Columbia Prov. Mus., Dept. Recreation Conserv., Victoria, B.C., 414 pp.

DALQUEST, W. W. 1940. New meadow mouse from the San Juan Islands, Washington. Murrelet, 21:7–8.

———. 1948. Mammals of Washington. Univ. Kansas Press, Lawrence, 444 pp.

DAVIS, W. B. 1944. Notes on Mexican mammals. J. Mamm., 25:370–403.

———. 1960. The mammals of Texas. Bull. Texas Fish and Game Commission, 41:1–252.

DAVIS, W. B., AND J. L. ROBERTSON, JR. 1944. The mammals of Culberson County, Texas. J. Mamm., 25:254–273.

DAVIS, W. B., AND R. J. RUSSELL. 1954. Mammals of the Mexican state of Morelos. J. Mamm., 35:63–80.

DECOURSEY, G. E. 1957. Identification, ecology and reproduction of *Microtus* in Ohio. J. Mamm., 38:44–52.

EADIE, W. R. 1953. Response of *Microtus* to vegetation cover. J. Mamm., 34:263–264.

FINDLEY, J. S. 1951. Habitat preferences of four species of *Microtus* in Jackson Hole, Wyoming. J. Mamm., 32:118–122.

———. 1954. Competition as a possible limiting factor in the distribution of *Microtus*. Ecology, 35:418–420.

FINDLEY, J. S., AND C. J. JONES. 1962. Distribution and variation of voles of the genus *Microtus* in New Mexico and adjacent areas. J. Mamm., 43:154–166.

FISHER, A. R., AND R. G. ANTHONY. 1980. The effect of soil texture on the distribution of pine voles in Pennsylvania orchards. Amer. Midland Nat., 104:39–46.

GASHWILER, J. S. 1972. Life-history notes on the Oregon vole, *Microtus oregoni*. J. Mamm., 53:558–569.

GETZ, L. L. 1961. Factors influencing the local distribution of *Microtus* and *Synaptomys* in southern Michigan. Ecology, 41:110–119.

———. 1962. Aggressive behavior of the meadow and prairie voles. J. Mamm., 43:351–358.

———. 1963. A comparison of the water balance of the prairie and meadow voles. Ecology, 44:202–207.

———. 1965. Humidities in vole runways. Ecology, 46:548–550.

———. 1966. Salt tolerances of salt marsh meadow voles. J. Mamm., 47:201–207.

———. 1970. Habitat of the meadow vole during a "population low." Amer. Midland Nat., 83:455–461.

———. 1971. Microclimate, vegetation cover, and local distribution of the meadow vole. Trans. Illinois Acad. Sci., 64:9–21.

———. 1978. Speculation on social structure and population cycles of microtine rodents. The Biologist, 60:134–147.

GETZ, L. L., AND C. S. CARTER. 1980. Social organization in *Microtus ochrogaster* populations. The Biologist, 62:56–69.

GETZ, L. L., F. R. COLE, AND D. GATES. 1978. Interstate roadsides as dispersal routes for *Microtus pennsylvanicus*. J. Mamm., 59:208–212.

BLM_0052352

GLASS, B. P., AND A. F. HALLORAN. 1961. The small mammals of the Wichita Mountain Wildlife Refuge, Oklahoma. J. Mamm., 42:234–239.

GOERTZ, J. W. 1971. An ecological study of *Microtus pinetorum* in Oklahoma. Amer. Midland Nat., 86:1–12.

GOODWIN, G. G. 1929. Mammals of the Cascapedia Valley, Quebec. J. Mamm., 10:239–246.

————. 1969. Mammals from the state of Oaxaca, Mexico, in the American Museum of Natural History. Bull. Amer. Mus. Nat. Hist., 141:1–269.

GRANT, P. R. 1971. The habitat preference of *Microtus pennsylvanicus*, and its relevance to the distribution of this species on islands. J. Mamm., 52:351–361.

GRANT, W. E., N. R. FRENCH, AND D. M. SWIFT. 1977. Response of a small mammal community to water and nitrogen treatments in a shortgrass prairie ecosystem. J. Mamm., 58:637–652.

HADAWAY, H. C., AND J. R. NEWMAN. 1971. Differential responses of five species of salt marsh mammals to inundation. J. Mamm., 52:818–820.

HALL, E. R. 1946. Mammals of Nevada. Univ. California Press, Berkeley, 710 pp.

HALL, E. R., AND W. W. DALQUEST. 1963. The mammals of Veracruz. Univ. Kansas Publ., Mus. Nat. Hist., 14:165–362.

HAMILTON, W. J., JR., AND J. O. WHITAKER. 1979. Mammals of the eastern United States. Second ed. Cornell Univ. Press, Ithaca, New York, 346 pp.

HANSON, H. C. 1944. Small mammal censuses near Prairie du Sac, Wisconsin. Trans. Wisconsin Acad. Sci. Arts Letters, 36:105–129.

HARRIS, V. T. 1953. Ecological relationships of meadow voles and rice rats in tidal marshes. J. Mamm., 34:479–487.

HODGSON, J. R. 1972. Local distribution of *Microtus montanus* and *M. pennsylvanicus* in southeastern Montana. J. Mamm., 53:487–499.

HOFFMANN, R. S., P. L. WRIGHT, AND F. E. NEWBY. 1969. The distribution of some mammals in Montana: I. Mammals other than bats. J. Mamm., 50:579–604.

HOLM, L., F. A. GILBERT, AND E. H. HUICK. 1959. Elimination of rodent cover adjacent to apple trees. Weeds, 7:405–408.

HOOVEN, E. G. 1973. Notes on the water vole in Oregon. J. Mamm., 54:751–753.

HORSEFALL, F., JR. 1953. Mouse control in Virginia orchards. Virgin. Agric. Exp. Sta. Bull., 465:1–26.

HOWELL, A. B. 1916. Description of a new pine mouse from Florida. Proc. Biol. Soc. Washington, 29:83–84.

HSU, T. G., AND M. L. JOHNSON. 1970. Cytological distinction between *Microtus montanus* and *Microtus canicaudus*. J. Mamm., 51:824–826.

INGLES, L. G. 1954. Mammals in California and its coastal waters. Stanford Univ. Press, Stanford, California, 396 pp.

————. 1965. Mammals of the Pacific states. Stanford Univ. Press, Stanford, California, 506 pp.

IVEY, R. D. 1957. Ecological notes on the mammals of Bernalillo County, New Mexico. J. Mamm., 38:490–502.

JACKSON, H. H. T. 1961. Mammals of Wisconsin. Univ. Wisconsin Press, Madison, 504 pp.

JAMESON, E. W., JR. 1949. Some factors influencing the local distribution and abundance of woodland small mammals in central New York. J. Mamm., 30:221–235.

BLM_0052353

308   *Getz*

————. 1958. Consumption of alfalfa and wild oats by *Microtus californicus*. J. Wildl. Mgmt., 22:433–435.

JOHNSTON, R. F. 1957. Adaptations of salt marsh mammals to high tides. J. Mamm., 38:529–531.

JONES, J. K., JR., AND H. H. GENOWAYS. 1967. Notes on the Oaxacan vole, *Microtus oaxacensis*. J. Mamm., 48:320–321.

KIRKLAND, G. L. 1977a. Response of small mammals to the clearcutting of northern Appalachian forests. J. Mamm., 58:600–609.

————. 1977b. The rock vole, *Microtus chrotorrhinus* (Miller) (Mammalia: Rodentia) in West Virginia. Ann. Carnegie Mus. Nat. Hist., 46:45–53.

KIRKLAND, G. L., AND C. M. KNIPE. 1979. The rock vole (*Microtus chrotorrhinus*) as a Transition Zone species. Canadian Field-Nat., 93:319–321.

KOESTNER, E. J. 1944. Populations of small mammals on Cerro Potos, Nuevo Leon, Mexico. J. Mamm., 25:285–289.

KREBS, C. J. 1966. Demographic changes in fluctuating populations of *Microtus californicus*. Ecol. Monogr., 36:239–273.

KREBS, C. J., B. L. KELLER, AND R. H. TAMARIN. 1969. *Microtus* population biology: demographic changes in fluctuating populations of *M. ochrogaster* and *M. pennsylvanicus* in southern Indiana. Ecology, 50:587–607.

LANTZ, D. E. 1905. Meadow mice in relation to agriculture and horticulture. Yearb. U.S. Dept. Agric., 1905:362–376.

————. 1907. An economic study of field mice (genus *Microtus*). U.S. Dept. Agric. Biol. Survey Bull., 31:1–64.

LENSINK, C. J. 1954. Occurrence of *Microtus xanthognathus* in Alaska. J. Mamm., 36:259.

LIDICKER, W. Z., JR. 1980. The social biology of the California vole. The Biologist, 62:46–55.

LINDUSKA, J. P. 1950. Ecology and land-use relationships of small mammals on a Michigan farm. Michigan Dept. Conserv., Lansing, 144 pp.

LOWERY, G. H., JR. 1974. Mammals of Louisiana and its adjacent waters. Louisiana State Univ. Press, Baton Rouge, 565 pp.

MADISON, D. M. 1980. An integrated view of social biology of *Microtus pennsylvanicus*. The Biologist, 62:20–33.

MARTELL, A. M., AND A. RADVANYI. 1977. Changes in small mammal populations after clearcutting of northern Ontario black spruce forest. Canadian Field-Nat., 91:41–46.

MILLER, D. H. 1964. Northern records of the pine mouse in Vermont. J. Mamm., 45:627–628.

MILLER, D. H., AND L. L. GETZ. 1969. Life-history notes on *Microtus pinetorum* in central Connecticut. J. Mamm., 50:777–784.

MILLER, G. S. 1899. Preliminary list of the mammals of New York. Bull. New York State Mus., 6:271–390.

MILLER, W. C. 1969. Ecological and ethological isolating mechanisms between *Microtus pennsylvanicus* and *Microtus ochrogaster* at Terre Haute, Indiana. Amer. Midland Nat., 82:140–148.

MORRIS, R. D. 1969. Competitive exclusion between *Microtus* and *Clethrionomys* in the aspen parkland of Saskatchewan. J. Mamm., 50:291–301.

MORRISON, A. E. 1953. The meadow mouse (*Microtus californicus*) problem in Sacramento County. California Dept. Agric. Bull., 42:59–62.

MURIE, A. 1960. Aquatic voles. J. Mamm., 41:273–275.

MURIE, J. O. 1971. Behavioral relationships between two sympatric voles (*Microtus*): relevance to habitat segregation. J. Mamm., 52:181–186.

NEILL, W. T., AND J. M. BOYLES. 1955. Notes on the Florida pine mouse, *Pitymys parvulus*. J. Mamm., 36:138–139.

BLM_0052354

OSGOOD, W. H. 1901. Natural history of Queen Charlotte Island, British Columbia. N. Amer. Fauna, 21:1–87.

PETERSON, R. L. 1966. The mammals of eastern Canada. Oxford Univ. Press, Toronto, 465 pp.

PETERSON, R. S. 1967. The land mammals of Unalaska Island: present status and zoogeography. J. Mamm., 48:119–129.

PIPER, S. E. 1909. The Nevada mouse plague of 1907–8. Farmers Bull., 352: 1–23.

QUAY, W. B. 1951. Observations of mammals of the Seward Peninsula, Alaska. J. Mamm., 32:88–99.

RANDALL, J. A., AND R. E. JOHNSON. 1979. Population densities and habitat occupancy by *Microtus longicaudus* and *M. montanus*. J. Mamm., 60:217–219.

RASMUSSEN, D. I., AND N. V. CHAMBERLAIN. 1959. A new meadow mouse from Utah. J. Mamm., 40:53–56.

RAUSCH, R. L., AND V. A. RAUSCH. 1968. On the biology and systematic position of *Microtus abbreviatus* Miller, a vole endemic to the St. Matthew Islands, Bering Sea. Z. Saugetierk., 33:65–99.

SARTZ, R. S. 1970. Mouse damage to young plantations in southwestern Wisconsin. J. Forestry, 68:88–89.

SMITH, J. D., AND J. K. JONES, JR. 1967. Additional records of the Guatemalan vole, *Microtus guatemalensis* Merriam. Southwestern Nat., 12:189–191.

STOECKER, R. E. 1972. Competitive relations between sympatric populations of voles (*Microtus montanus* and *M. pennsylvanicus*). J. Anim. Ecol., 41:311–329.

SULLIVAN, T. P. 1981. Comparative demography of *Peromyscus maniculatus* and *Microtus oregoni* populations after logging and burning of coastal forest habitat. Canadian J. Zool., 58:2252–2259.

SWARTH, H. S. 1911. Birds and mammals of the 1909 Alexander Alaska Expedition. Univ. California Publ. Zool., 7:9–172.

TAMARIN, R. H., AND T. H. KUNZ. 1974. *Microtus breweri*. Mamm. Species., 45: 1–3.

TIMM, R. M., L. R. HEANEY, AND D. D. BAIRD. 1977. Natural history of rock voles (*Microtus chrotorrhinus*) in Minnesota. Canadian Field-Nat., 91:177–181.

VAUGHAN, T. A. 1974. Resource allocation in some sympatric subalpine rodents. J. Mamm., 55:764–795.

WHITE, L. 1965. Biological and ecological considerations in meadow mouse population management. California Dept. Agric. Bull., 54(3):161–167.

WOLFF, J. O. 1980. Social organization of the taiga vole (*Microtus xanthognathus*). The Biologist, 62:34–45.

WOLFF, J. O., AND W. Z. LIDICKER. 1980. Population ecology of the taiga vole, *Microtus xanthognathus*, in interior Alaska. Canadian J. Zool., 58:1800–1812.

WOODS, C. A., W. POST, AND C. W. KILPATRICK. 1982. *Microtus pennsylvanicus* (Rodentia: Muridae) in Florida: a Pleistocene relict in a coastal saltmarsh. Bull. Florida State Mus., Biol. Sci., 28:25–52.

WRIGHT, P. L. 1950. *Synaptomys borealis* from Glacier National Park, Montana. J. Mamm., 31:460.

ZIMMERMAN, E. G. 1965. A comparison of habitat and food of two species of *Microtus*. J. Mamm., 46:605–612.

BLM_0052355

# COMMUNITY ECOLOGY

## ROBERT K. ROSE AND
## ELMER C. BIRNEY*

### Abstract

COMMUNITIES with *Microtus* tend to be structurally simple, usually grasslands or tundra, and to have no more than two species of *Microtus* and rarely more than six species of small mammals. *Microtus* often dominates both numerically and in total small mammal biomass, especially at higher latitudes. The small mammal community is most influenced by *Microtus* through its fluctuations in density, and thus also in biomass, by its relatively high level of diurnal activity, and by its year-round activity. Other species of small mammals may be adversely affected because *Microtus* usually is larger and behaviorally dominant and also because the mere presence of *Microtus* may focus predators on the area, especially during periods of high density. As generalized herbivores, primarily on grasses and herbs, *Microtus* has the potential to alter plant communities, either by selectively harvesting some species or through stimulating growth by grazing. Scarcely anything is known about the role *Microtus* plays in plant and small mammal communities, so both descriptive and experimental studies can make significant contributions to an understanding of the role and impact *Microtus* has on its communities.

### Introduction

*Microtus* always lives with other small mammal associates, whether in combination with one or more shrews, or cricetine, sciurid, heteromyid, murid, or other microtine rodents. Because it occurs primarily in temperate grasslands and in tundra (Getz, this volume), we anticipate that *Microtus* will usually be a member of

---

* Order of authorship determined by flip of a coin.

BLM_0052356

structurally simple plant communities, regardless of latitude. In North America, grassland and tundra (and often *Microtus*) are found between 35 and 70°N, and also in isolated montane and plateau regions of southwestern U.S. and northern Mexico (Hoffmann and Koeppl, this volume). In these ecosystems, *Microtus* often contributes as much as 90% of the biomass of small mammals at the location. Consequently, an understanding of the role of *Microtus* is essential to an understanding of the ecology and dynamics of the ecosystem. *Microtus* has been evaluated in the context of primary consumers in grasslands, as in the IBP studies reported by Birney et al. (1976), French et al. (1976), and Grant and Birney (1979).

*Microtus* most frequently has been studied at the population level (Taitt and Krebs, this volume). Population studies have reported in great detail the patterns of density, population growth and survival, reproduction, behavior, dispersal, and changes in gene frequency, among others. Such studies have included only one or at most two species of *Microtus* or perhaps another microtine rodent, under the assumption that the common patterns underlying cycles could be detected in all microtines. The population dynamics and interactions of syntopic non-microtines have largely been ignored in the intensive study of *Microtus* population biology. As a result, we know very little about the role of *Microtus* in the small mammal community; that is, how *Microtus* affects other small mammals and how other small mammals affect *Microtus*. Some investigators, notably Lidicker (1973, 1978), have suggested that microtines should be studied in the community context, but this admonition has not been universally accepted. Indeed, we found that the majority of papers on *Microtus* population biology do not even list the small mammal associates in the community.

In sum, small mammal ecologists have looked at least coarsely at the role of *Microtus* in some grassland and tundra ecosystems, and in great detail at the population biology of *Microtus*. But there are no reported studies of the role of *Microtus* in the community of small mammals living at specific locations.

In a sense, a chapter on the community ecology of a genus is almost without precedent, especially a genus with 23 species living in a wide variety of environments from Guatemala to northern Alaska. Our goal in writing this chapter is to evaluate the role of *Microtus* in a range of successional, latitudinal, and altitudinal environments in the context of other small mammals living with them,

BLM_0052357

and to explain the patterns of *Microtus* distribution and association in the context of evolutionary and historic events.

## Communities of Small Mammals with Microtus

### Patterns of Geographic Distribution

In general, mammals follow the biogeographic principle of having more species in the tropics and progressively fewer toward the poles (McCoy and Connor, 1980; Simpson, 1964; Wilson, 1974). Fleming's (1973) evaluation of forest-dwelling mammals at two locations at 65°N (15 and 16 species), 45 and 42°N (35 species each), and two locations at 9°N (70 species each) nicely illustrates this gradient of mammalian species in the New World. However, except at the extremes of latitude, small mammal communities do not follow this trend, for temperate and tropical grasslands, temperate forest, and tundra communities alike usually have six or fewer species (French, 1978). Instead of a gradient of numbers across the North American continent, numbers of small mammal species vary as much according to habitat type within climatic zones as across broad latitudinal zones. An even greater exception is the pattern of latitudinal gradients for the numbers of microtine, and, more specifically, *Microtus* species from the tundra to subtropical latitudes.

Numbers of species of *Microtus,* other microtines, and non-microtines for two north–south transects in North America are given in Table 1. Microtine species contribute more than 50% to the total rodent fauna north of 60°N in the western transect and north of 55°N in the eastern transect. South of 35°N, the number of *Microtus* species never exceeds one. Microtines other than *Microtus* are not found below 30°N along either transect. Thus, the trend of increasing numbers of species toward the tropics is strongly reversed for all microtine rodents, including *Microtus.*

Reasons for this reverse pattern of species diversity are many and varied, but originate in the biogeographic history of this exclusively Northern Hemisphere genus (Hoffmann and Koeppl, this volume). Given their northern origin, *Microtus* species tend to be well adapted physiologically, morphologically, and behaviorally to withstanding extreme cold and long winters, but are largely unable to with-

BLM_0052358

TABLE 1

Number of Species of *Microtus* Compared to Other Microtines and Non-microtine Rodents along Two North-south Transects in North America (Data from Hall, 1981)

| | End points of transects | | | | | |
|---|---|---|---|---|---|---|
| | 70°N, 14°W 15°N, 100°W | | | 70°N, 110°W 15°N, 90°W | | |
| Degrees N latitude | *Microtus* | Other micro-tines | Non-microtine rodents | *Microtus* | Other micro-tines | Non-microtine rodents |
| 70 | 3 | 4 | 2 | 0 | 2 | 0 |
| 65 | 4 | 4 | 6 | 1 | 3 | 1 |
| 60 | 2 | 4 | 8 | 1 | 6 | 4 |
| 55 | 1 | 4 | 8 | 1 | 4 | 5 |
| 50 | 4 | 4 | 15 | 1 | 4 | 7 |
| 45 | 4 | 4 | 18 | 2 | 3 | 14 |
| 40 | 2 | 4 | 16 | 2 | 3 | 12 |
| 35 | 4 | 3 | 27 | 2 | 2 | 14 |
| 30 | 0 | 1 | 33 | 1 | 1 | 11 |
| 25 | 0 | 0 | 25 | Gulf of Mexico | | |
| 20 | 1 | 0 | 25 | 0 | 0 | 16 |
| 15 | | | | 1 | 0 | 16 |

stand hot, arid conditions. Consequently, summer heat more than winter cold seems to determine the locations at which *Microtus* can live. Only *M. ochrogaster, M. californicus,* and, at some localities, *M. montanus* are found in grasslands that are hot and dry.

Although such folivores (leaf-eaters) as *Sigmodon* are an important part of tropical grassland communities, they contribute relatively much less to the total small mammal community there compared to the importance of microtine folivores farther north, where vegetative structure and diversity are much reduced and many fewer mammalian species are found. It is in the grasslands, tundra, and taiga habitats that one or a few microtine rodents dominate and may occur with a few species of insectivores (mostly shrews), carnivores (mostly weasels), and omnivores (such as *Peromyscus maniculatus*).

When the geographic ranges of all North American *Microtus* are superimposed on a single map (Fig. 1), it can be seen that at many localities only a single species of the genus occurs. In addition to certain islands, these general regions include much of northeastern

BLM_0052359

314    *Rose and Birney*



Fig. 1.   Sketch map of North America showing approximate distributions of all species of *Microtus* in North America (compiled from Hall, 1981). Open areas indicate presence of no *Microtus* species. Stippling identifies areas that contain one (light stippling) to five (black) species of *Microtus*. Although as many as five or six species may overlap broadly, it is unusual for as many as three to co-occur in a single community.

BLM_0052360

Canada (*M. pennsylvanicus* being the only *Microtus*), southeastern U.S. (*M. pinetorum*), most of the range of the genus south of the U.S. (*M. mexicanus* and the relictual species *M. guatemalensis*; *M. quasiater, M. oaxacensis*, and *M. umbrosus* are sympatric and sometimes even syntopic with *M. mexicanus*), coastal areas of California and northern Baja California (*M. californicus*), and north-central Mackenzie Territory and sections of coastal Alaska (*M. oeconomus*). Other significant but small areas with only one *Microtus* species are western Kansas and adjacent Oklahoma (*M. ochrogaster*) and sections of New Mexico and Nevada (*M. longicaudus*). Two sympatric *Microtus* occur in much of the grasslands of the northern Great Plains and western Canada, where *M. pennsylvanicus* coexists with *M. ochrogaster, M. xanthognathus,* or *M. longicaudus*. Three and four broadly sympatric species tend to be limited to areas of considerable altitudinal relief and ecological diversity, including the Cascades, northern and southern Rockies, and parts of the Appalachians. The possibility of five *Microtus* species exists (on the basis of overlapping distributions only) for limited areas of the northern Rockies (mostly in Yukon) and the Cascades. Ranges of six species appear to approach each other closely in both the northern Cascades (*M. longicaudus, M. montanus, M. oregoni, M. pennsylvanicus, M. richardsoni,* and *M. townsendii*) and southern Cascades (*M. californicus* replaces *M. pennsylvanicus* as a possible sixth species). We know of no reports of more than three species of *Microtus* occurring together in a single small mammal community (see Getz, this volume). For example, even where Findley (1951, 1954) studied small mammal assemblages at Jackson Hole, Wyoming, no more than two of four species of *Microtus* were taken together in any of the 10 habitat types. Of the five *Microtus* in Colorado, Armstrong (1972) listed no more than three species for any of 14 community types. Possible triads were in yellow-pine woodland (*M. montanus, M. longicaudus,* and *M. mexicanus*), or montane subalpine meadow, highland streambank, and aspen woodland (*M. pennsylvanicus* replaces *M. mexicanus*). Steve West (pers. comm.) found three *Microtus* species together on only one of 25 study sites in central Alaska; that site, a recently burned black-spruce forest, also had three other microtine species. A total of six syntopic microtines is high, but non-*Microtus* species (for example, *Synaptomys* sp., *Clethrionomys* sp.) commonly occur with one or two species of *Microtus*.

The increase in small mammal species diversity in areas char-

316     *Rose and Birney*

acterized by great altitudinal relief is well known, and the importance of this pattern to studies of latitudinal species diversity was reiterated recently by McCoy and Connor (1980). Its importance specifically to *Microtus* species was demonstrated for *M. longicaudus, M. pennsylvanicus, M. montanus,* and *M. mexicanus* in New Mexico by Findley (1954, 1969) and Findley and Jones (1962). Armstrong (1972:Fig. 121) illustrated the relationship between mammalian species density and mountainous regions in Colorado (see also Table 1).

In sum, communities with *Microtus* tend to be grasslands or tundra, and rarely to have more than two species of *Microtus* or six species of small mammals overall. Thus, their habitats tend to be structurally simple and the number of co-occurring species few. *Microtus* often dominates numerically and in its contribution to total small mammal biomass.

*Environmental Parameters*

Despite the fact that one or another species of *Microtus* can be found over most of North America, voles sometimes are restricted locally, and thus are not a ubiquitous component of North American grasslands and tundra. Many interrelated environmental parameters undoubtedly contribute to their presence or absence in a given community, including weather and climate, vegetative structure, food availability, competition, and predators.

*Weather and climate.*—*Microtus* is poorly adapted to conserve water or to thermoregulate at high ambient temperatures (Wunder, this volume). No *Microtus* species is found strictly in deserts or even desert grasslands. In southwestern Kansas, where *M. ochrogaster* reaches its southwestern distributional margin in relatively arid shortgrass prairie, this vole utilizes apparently self-dug burrows and is almost exclusively nocturnal during summer, presumably to avoid the extreme daytime heat and desiccating wind (Birney, pers. observ.). The short tail and ears and dense fur of *Microtus* serve well to conserve heat, but not to dissipate it.

In contrast, most or all species of *Microtus* are able to persist and even thrive in extremely cold climates. For example, *M. oeconomus* and *M. miurus* occur exclusively in the subarctic and tundra of northwestern Canada and Alaska. *M. xanthognathus, M. pennsylvanicus,* and *M. longicaudus* also extend their distributions inside

BLM_0052362

the Arctic Circle. Although the air temperature may be as low as −70°C, the subnivean environment of the vole is close to 0°C. Winter survival of some species is enhanced in part by their habit of communal nesting. *M. xanthognathus* in central Alaska constructs large middens of stored food and insulation for winter survival of the five to 10 occupants (Wolff, 1980). Communal winter nesting is known for other species as well, including *M. pennsylvanicus* in New York (Madison, this volume) and *M. ochrogaster* in warmer eastern Kansas (Fitch, 1957).

Local weather conditions probably rarely affect the occurrence of voles in most small mammal communities, except indirectly through an effect on the vegetation. Martin (1960) reported that in the mixed prairie of western Kansas, *M. ochrogaster* was at low density during one drought and high density during another, indicating that even prolonged aridity does not invariably reduce the abundance of the species. However, on Martin's study area (a western wheatgrass community) the highest density recorded in two years was only 18.4 voles/ha, a much lower density than the 160 or more per ha reported for the same species in ungrazed tallgrass and in irrigated and fertilized shortgrass (Birney et al., 1976). Gaines and Rose (1976) reported densities of prairie voles of about 180/ ha from brome oldfields in eastern Kansas. Thus, although vole populations can survive and apparently even thrive during temporary periods of drought, their role in the small mammal community of such areas may be relatively less than in areas of greater or more regular rainfall.

*Flooding.*—Flooding is a potentially serious short-term environmental factor that could affect small mammal communities. Voles are not adapted to climbing emergent vegetation, as has been observed for such rodents as *Peromyscus* and *Oryzomys* during floods. Wolff (1980) concluded that the flooding of old winter nests did not adversely affect *M. xanthognathus* because they dispersed at the time of snow melt. Similarly, Bee and Hall (1956) described the periodic flooding of the burrows of *M. miurus,* but the voles apparently were not excluded from the community by the temporary flooding. *M. pennsylvanicus* has been reported to avoid saturated substrates (Getz, 1967), but Lyon (1936) reported this vole living in grass tussocks surrounded by water in Indiana swamps. In peatland fens in northern Minnesota, Birney (pers. observ.) has studied

BLM_0052363

318    *Rose and Birney*

breeding populations of *M. pennsylvanicus* living on sphagnum hummocks surrounded by standing water. Harper (1956) judged that a few hours of flooding during spring "break-up" in Keewatin had little effect on a population of *M. pennsylvanicus,* but that flooding and subsequent freezing on the same meadow in November greatly reduced their chances for winter survival.

*Substrate.*—*Microtus* species invariably use subterranean burrows to one degree or another. Soil richness and texture undoubtedly affect the local distribution and abundance of all species indirectly depending on their ability to burrow. Only for the fossorial species, *M. pinetorum,* has this been clearly demonstrated. Fisher and Anthony (1980), studying woodland voles in Pennsylvania orchards, failed to find them in one orchard with soils having relatively low percentages of gravel and sand and high percentages of fines and silts. They concluded that soil texture strongly influences the distribution of *M. pinetorum,* which requires more than 35% gravel and 20% clay, and less than 65% fines and 40% silt together with between 25 and 48% sand. In less-disturbed woodland habitats, this vole may burrow primarily in the duff and upper humus layers, and thus may be less rigidly tied to soil texture than to the surface covering.

Soil moisture may be of considerable importance, but how much of this is directly related to moisture and how much is indirect as moisture affects vegetation has not been determined. Murie (1969) showed that *M. pennsylvanicus* favored wet over dry substrates in the laboratory, but that *M. montanus* from the same area showed no preference. Getz (1967), on the other hand, found that *M. pennsylvanicus* avoided saturated substrates in the laboratory.

*Microtus ochrogaster* occupies burrows dug in hard, dry loam over much of its range, but most burrowing activities take place following autumnal rains that increase the friability of the soil (Rose, pers. observ.). Wolff and Lidicker (1980) noted that the complex, branching burrow systems of *M. xanthognathus* penetrated 15–25 cm, that is, to mineral soil or permafrost. Populations of *M. pennsylvanicus* on the Anoka Sand Plain of Minnesota reach high densities in the tall marsh grasses that grow there, but we know of no places where dry sand serves as a suitable substrate for *Microtus.* In Keewatin, Harper (1956) found *M. pennsylvanicus* in riverside meadows, sedge bogs, and on grass-covered sand dunes but never on the open summits of the gravelly ridges in the Barrens.

BLM_0052364

Rocky soils in mountainous areas serve as suitable substrates for voles of several species. For example, the usual habitat of *M. chrotorrhinus* seems to be the edges of boulder fields, although rock voles are sometimes found in unburned clearcuts (Kirkland, 1977), where limbs and brush piles may substitute for rocks.

*Vegetation.*—We believe that vegetation, more than any other single environmental factor, determines the presence or absence, as well as the relative role and importance of *Microtus,* in small mammal communities. Two field experiments on *M. ochrogaster* show the dramatic effect of increasing vegetative cover on this species. Birney et al. (1976) excluded cattle from grazing a 1-ha plot of tallgrass prairie in northeastern Oklahoma and observed the vole population increase dramatically during a single summer from none in May to 24 individuals/ha in October, while standing crop vegetation increased from 230 to 400 g dry weight/m². Only an occasional vole (1.0/ha) was trapped in an adjacent grazed control in October. Grant et al. (1977) provided irrigation water and nitrogen to two 1-ha plots of shortgrass prairie in eastern Colorado and compared the small mammal communities to those on initially similar controls. Over 4 years, *M. ochrogaster* located and became established on the experimental grids, showing a pattern of increasing from relatively low densities each spring to successively higher and earlier peak densities (over 100/ha in the fourth year) each summer or autumn. By comparison, no voles were trapped on the control grids until the third year of the study, and permanent populations never became established there. Cover levels on the experimental plots fluctuated between 600 and 1,200 g of dry weight/m², compared to 300–600 g/m² on the controls. Abramsky and Tracy (1979) speculated that shortgrass prairie is unsuitable for *M. ochrogaster* under conditions of normal rainfall and fertility; sparse vegetation and summer heat probably limit the distribution (Fig. 1) of these populations.

Birney et al. (1976; also see Elton, 1939; Frank, 1957; Getz, 1971) discussed several attributes of vegetative cover for *Microtus.* Of perhaps greatest importance is concealment and protection from predators. Getz (1970) concluded that heavy predation on a population of *M. pennsylvanicus* following mowing and baling of the vegetation accounted for the loss of most individuals, although his trapping results suggest that a few may have moved into an adjacent unmowed field.

BLM_0052365

Food provided by the vegetation obviously is also of great importance. Bee and Hall (1956), who studied the community association of five microtine species in northern Alaska, found that each species was associated with a particular vegetation type. Studies by Jung and Batzli (1981) demonstrated that secondary plant compounds differentially affected the growth rates of arctic microtines, and thus that the mere presence of green forage, even though it might provide adequate cover, is not synonymous with the presence of high-quality food for microtines. For most *Microtus* species, however, especially those that occur in vegetatively diverse habitats, a wide range of food is eaten (Zimmerman, 1965), and thus the species composition of grassy habitats is often of less importance to *Microtus* than is the presence of adequate cover (except see Batzli, this volume).

The presence of vegetative cover also must affect behavioral interactions among conspecifics. For example, Warnock (1965) demonstrated that cover reduced both fighting and mortality of crowded captive *M. pennsylvanicus*. Furthermore, the protection provided by dense cover undoubtedly permits daylight activity, which could be especially important for species living at high latitudes where daylight periods are long or even continuous during summer.

Hopkins (1954) measured the effects of a mulch layer in grassland habitat, and demonstrated its effect on the microhabitat. Such factors as surface-level humidity, temperature, penetration of light, and soil moisture all are affected by cover. Additionally, heavy cover prevents dense packing of snow at ground level, thus making the subnivean space more hospitable to the small mammals that live there.

Grant et al. (1982) demonstrated that cover levels on four grassland study areas had a greater effect on herbivorous rodents than on omnivorous or granivorous ones. Removal of cover by grazing ungulates affected the three most important herbivorous small mammals (*M. montanus, M. ochrogaster,* and *Sigmodon hispidus*) more adversely than any of the other eight common rodents. These results were interpreted as strong support for the hypothesis (French et al., 1976; Grant and Birney, 1979) that the general composition of grassland small mammal communities is determined primarily by structurally simple attributes (including cover) of the habitat. This hypothesis appears to be especially applicable to communities with one or more species of *Microtus.*

BLM_0052366

Not all species of *Microtus* are restricted to structurally simple grassland and tundra environments. Wolff and Lidicker (1980) pointed out that *M. xanthognathus* is restricted to the taiga. Within this broad habitat type, taiga voles appear to utilize a wide variety of forested and grassland areas from burned to unburned black-spruce forest to wet, grassy swamp. However, West (1979) found *M. xanthognathus* primarily in grass-sedge habitat associations with early successional stages, and considered *M. oeconomus* to have the widest habitat use pattern of Alaskan *Microtus*. Whitney (1976) also studied populations of *M. oeconomus* in vegetationally diverse taiga near Fairbanks, Alaska, but considered the species to have a narrower niche than sympatric *Clethrionomys rutilus*. Bee and Hall (1956) found *M. miurus* in a variety of wet and dry habitats, but usually associated with willows, on which it seemed to be partially dependent for winter food. *M. pinetorum,* commonly found in eastern deciduous forest, seems to reach high population densities only in grassy orchards (Benton, 1955), sometimes in the presence of *M. pennsylvanicus* (Fisher and Anthony, 1980). Additional evidence that grasses can enhance habitat quality of woodland voles was provided by Gentry (1968), who studied a population of *M. pinetorum* within enclosures in a *Lespedeza-Andropogon* oldfield in South Carolina, where trees were absent. Findley (1951) found *M. longicaudus* on forested rocky hillsides, in alder-willow swamps, and in grassy, open woods. Armstrong (1972) found long-tailed voles in a wide variety of habitats including sagebrush and pine woodland in Colorado. Other species that may be found in forested habitats include *M. pennsylvanicus,* especially in open woodlands with a grassy floor and on small islands (Cameron, 1958); *M. montanus,* but only if grass is available; *M. richardsoni,* in association with mountain streams and alpine marshes; *M. oeconomus,* present in all but the most mature black- and white-spruce forest in Alaska (West, 1979); and *M. oregoni,* which lives in a variety of habitats including damp areas within redwood, fir, spruce, and hemlock forests (Ingles, 1965).

*Competition.*—Despite the fact that there have been few studies of competition in *Microtus* (for example, Conley, 1976), we see competition as being very important in the shaping of communities with *Microtus*. There are many examples of *Microtus* numerically dominating other species, many of which have been given in this chapter. The most dramatic are those in which voles, such as *M.*

BLM_0052367

322   *Rose and Birney*

*pennsylvanicus,* outnumber all other small mammals combined, and may contribute more than 90% to total small mammal biomass (French, 1978; Pruitt, 1968). At some locations, two species share a prominent role in the community, such as in the central U.S. where *M. ochrogaster* and *M. pennsylvanicus* overlap in distribution (Krebs et al., 1969). At others, such as in eastern Kansas, *M. ochrogaster* shares the herbivore role with *Synaptomys cooperi,* another microtine rodent and a presumed ecological equivalent (Gaines et al., 1979) or with the larger cricetine, *Sigmodon hispidus* (Rose et al., 1977).

It is clear that *Microtus* is a dominant herbivore of northern origin and affinities and that *Sigmodon* is a dominant herbivore in grasslands from Mexico northward into the central plains. *S. hispidus* has moved progressively northward during historic times, and its movement across Kansas and into Nebraska has been documented by Genoways and Schlitter (1966). In part, this colonization northward was due to the ability of *Sigmodon* to use disturbed areas and perhaps cropland (Fleharty and Olson, 1969), but also to its ability to respond to semiarid conditions such as occurred during the 1930's "dustbowl" era. Droughts have a strongly adverse effect on *Microtus* (Martin, 1960; French et al., 1976), and this climatic factor may have contributed to the replacement of *M. ochrogaster* by *Sigmodon* as the dominant folivore in the grasslands of Kansas and perhaps of neighboring states as well. Some investigators (for example, Glass and Slade, 1980; Terman, 1974) have attempted to study competition between *Sigmodon* and *M. ochrogaster,* using combinations of field and laboratory experiments. *Sigmodon* tends to win under the conditions used in these studies. A counterbalancing force is high winter mortality in *Sigmodon,* which is poorly adapted to severe winters (Fleharty et al., 1972). There is good evidence that local populations of *Sigmodon* go extinct during severe winters (Slade, pers. comm.), at least in eastern Kansas. We imagine that such events would happen with greater frequency the farther north the populations. Thus, in this example of intergeneric competition of the dominant small herbivores in the central plains, it seems that *Microtus* contends better with the winters and *Sigmodon* with both summers and drought. Baker (1971) provided several examples of pairs of *Sigmodon* species that coexist in the Mexican grasslands in much the same way that pairs of *Microtus* do north of 35°N.

BLM_0052368

Competition has been proposed as the mechanism that tends to separate two or more coexisting *Microtus*. Findley (1951, 1954), in some of the earliest examples of possible biological competition in vertebrates, never found more than two of four *Microtus* species at the same location near Jackson Hole, Wyoming. The association between *M. montanus* and *M. pennsylvanicus* also has been studied by others, including Douglass (1976), Hodgson (1972), Koplin and Hoffmann (1968), and Murie (1969, 1971), using both laboratory and field experiments. Despite the numerous examples of possible competitive interactions of two *Microtus*, Krebs (1977) was unable to find any evidence that *M. ochrogaster* and *M. pennsylvanicus* had negative effects on one another. Nor could Gaines et al. (1979) find evidence that *M. ochrogaster* and *Synaptomys cooperi* adversely affected one another.

One of the most interesting examples of how competition may be important in shaping small mammal communities is found in the distributional patterns of *M. pennsylvanicus* and *Clethrionomys gapperi* in the islands of the St. Lawrence River and off the east coast of mainland Canada. In parts of the Maritime Provinces, *Clethrionomys* is absent, probably due to events of the post-Pleistocene period. There *M. pennsylvanicus* occupies a much wider range of habitats than is considered typical of that species, including interior forest habitats far removed from patches of grasses (Cameron, 1964). On islands in the St. Lawrence River, some of which have become connected with the mainland during historic times, some have *Microtus* and others have *Clethrionomys*. The species present lives in a wider range of habitats than would be characteristic on the nearby mainland where the two occur together. Cameron's explanation is that chance has played a role in determining which species colonized an island, but that once established the resident species was able to prevent successful colonizations by the other. Two later studies of this pair of microtines (Iverson and Turner, 1972; Turner et al., 1975) reported their winter coexistence, first in grassland habitat and then in spruce forest. In each case, when aggression levels increased with the onset of the reproductive season, the species that seemed to be in the "wrong" habitat left to return to its typical habitat. During the second study, Turner et al. (1975) used behavioral studies in the laboratory to determine that, although it dominated behaviorally throughout the winter, *Microtus* still was excluded by *Clethrionomys* from the forest habitat when breeding

BLM_0052369

324    *Rose and Birney*

resumed. They interpreted these studies as competitive habitat exclusion related to reproduction-associated aggression. In a 10-year study of these two microtine rodents and *Peromyscus maniculatus* on islands in Maine, Crowell (1973) implicated competition as the principal reason for *Microtus* dominating the other two in nature.

*Microtus pinetorum* usually lives at low densities in disjunct populations in eastern deciduous forests. However, in orchards (Benton, 1955; Byers, this volume) or in enclosures where competitors are absent (Gentry, 1968), it can reach much higher densities. It is unclear how *M. pinetorum* responds to competition by *M. pennsylvanicus* but such studies are now in progress in orchards. *M. pinetorum* may be restricted mostly to forests because its poor competitive abilities prevent it from thriving elsewhere. If so, we would expect it to be displaced by *M. pennsylvanicus* in orchards.

Determining the role of competition in structuring communities with *Microtus* will require a combination of approaches including field experiments in which pairs of *Microtus* species coexist in some plots and live as separate species in others. Grant (1972) has conducted such studies with pairs of different species, including *Microtus,* in Ontario. Studies such as Getz (1963), of the renal efficiencies of *M. ochrogaster* and *M. pennsylvanicus,* and Zimmerman (1965), of the food habits of the same species, will be particularly useful in evaluating why species may be living syntopically in some places and not at others. Radiotelemetry and radio-isotopic techniques undoubtedly will be very useful in evaluating the microdistributions of individuals of the same and related species. We emphasize the need to have the non-*Microtus* rodents included as a part of these experiments because the evaluation of their role may be crucial to the proper interpretation of the results of all community studies.

*Predation.*—The importance of predation in population regulation and in determining the composition of small mammal communities has long been debated. Interactions between predators and *Microtus* species, considered in depth elsewhere (Pearson, this volume), may be relatively important under some circumstances in determining the magnitude of the impact of *Microtus* in the total small mammal community. Both mammalian (Pearson, 1971) and avian (Korschgen and Stuart, 1972) predators feed regularly and heavily on *Microtus* when they are available.

Pearson (1964:Fig. 2) clearly demonstrated the high percentage

BLM_0052370

of a population of *M. californicus* that could be accounted for in predator scats as the vole population declined from August of one year until March of the next. Similarly, Maher (1967) observed evidence on Banks Island, Northwest Territories, that *Mustela erminea* had killed all but a few lemmings (both *Dicrostonyx* and *Lemmus*) on the island during winter after the lemming populations had been at least moderately high the previous autumn. Pearson (1971) concluded that predators have a major impact on microtine populations, especially following a "crash," when the presence of secondary prey species enables carnivores to exert heavy predation pressures on the remaining low population of voles. We concur with this conclusion, and suggest that such predator pressure may result in lower biomass and higher species diversity of the small mammal community than might otherwise exist. However, at moderate or high population densities, especially during periods of recruitment, we doubt that predators have much impact on the *Microtus* component of the community (see Golley, 1960).

## *The Influence of* Microtus *on Communities*

*Microtus* influences its plant and animal communities because of frequently great density, relatively large size among small mammals, and indirectly because of high metabolic rates. In the extreme, these combine to produce denuded habitats during *Microtus* plagues, but more typically *Microtus* is a prominent, if not always dominant, member of the small mammal community. Its effects on plant communities are largely unmeasured but high differential consumption of some plant species may affect the relative success of plant species and thereby alter the habitat sufficiently to affect the animal component of the community.

The small mammal community with *Microtus* is often more variable than, for example, desert rodent or forest mammal communities, which typically lack *Microtus*. The latter communities have a high proportion of nocturnal species, and their numbers tend to fluctuate from season to season in a relatively predictable annual pattern. These communities may have some species that hibernate during the winter season, thereby affecting the seasonal dynamics of the community. Nevertheless, the year-to-year composition and biomass estimates of a desert or forest community of small mammals

BLM_0052371

326     *Rose and Birney*

are likely to be more predictably constant than a community with *Microtus*.

By contrast, communities with *Microtus*: 1) often fluctuate greatly in numbers, not only from season to season but from year to year as well, mainly because of *Microtus*; 2) have proportionately more individuals active throughout the daylight hours as well as at night, which is largely due to the intermittent activity periods of *Microtus* (Madison, this volume; Shields, 1976); 3) have more predators focusing on them, because *Microtus* are relatively large among small mammals, often numerous, and available to diurnal as well as nocturnal predators; 4) have continuous activity because, although other community members such as *Zapus, Spermophilus,* and more rarely *Perognathus,* may hibernate, *Microtus* is active year-round; and 5) have relatively constant harvesting of vegetation because *Microtus,* with few exceptions, does not store food in caches. Communities with *Microtus,* then, often have high densities of small mammals that are active throughout the day, night, and year. Furthermore, during much of the year these small mammals tend to be dispersed more or less uniformly in the available habitat, in part because of spacing behavior described by Madison (this volume). In *M. xanthognathus* (Wolff, 1980) and *M. pennsylvanicus* (Madison, this volume), winter aggregations of voles conserve heat by communal nesting behavior but may suffer to a greater extent from predation because of it.

### Effects of Density

Certainly the greatest influence of *Microtus* on the community is due to its great numbers when populations are near or at peak densities (see Taitt and Krebs, this volume). Densities of 100–300/ha are typical of peak periods in the multi-year cycle, and more than 1,000/ha have been reported. Only when the high densities persist for months or occur outside the growing season is there a significant depletion of the covering and edible vegetation. Rodent plagues can occur under these conditions, as reported for *M. oregoni* in 1957, when densities of 4,500–6,500/ha were estimated in agricultural fields in Oregon (Fed. Coop. Ext. Serv., 1959). Even at moderately high densities, it seems likely that the community of small mammals must be adversely affected, probably in many ways. As densities increase, suboptimal habitat is colonized by *Microtus*. The consequences of such habitat expansion rarely have been measured, except in the extreme case of house-mouse populations going

to extinction as a result of successful colonization and subsequent population explosion of *M. californicus* on Brooks Island (Lidicker, 1966). Nevertheless, at high *Microtus* densities, most other small mammal species in the community will be affected somehow, either directly through interference competition for space or perhaps even for food, or indirectly through a physical alteration of the habitat as a result of partial denuding of vegetation, extensive digging of soil surface, and almost certainly by focusing predators on the large biomass of prey available in that habitat. It seems unlikely that a high biomass of *Microtus* would have a positive or beneficial impact on any species of small mammal, unless, as some have speculated, *Blarina* is a predator of nestling and young voles (Eadie, 1952).

### Effects of Large Body Size

Not only is *Microtus* often abundant, but it is usually the largest small mammal species in the community, especially grasslands. Large body size accentuates the effects of numerical dominance and may help to promote the dominating influence of *Microtus* in many communities. For example, large body size in small mammals often is associated with large litter size, thereby contributing to species density and biomass. Also promoting the ability to produce large litters is their high metabolic rate, higher than predicted by the Kleiber curve (Kleiber, 1961). The high metabolic rates that promote rapid body growth, early maturity, and large litters, often in rapid succession, require the rapid conversion of grass into small mammal biomass. McNab (1980) speculated that because natural selection tends to favor as high a metabolic rate as the diet will permit, a species with a high metabolic rate potentially will be more successful than a competitor with a lower metabolic rate. In the community context, this may mean that *Microtus* has an edge over other species primarily because of its high metabolic rate. In sum, these factors combine to contribute to the influential position of *Microtus* in many small mammal communities.

### Effects on Community Succession

Because high populations of *Microtus* often are associated with herbaceous vegetation of early stages of secondary plant succession, it might be expected that voles would influence the nature and rate of changes in plant communities. If that influence is real, then we would predict a concomitant secondary effect on succession of the

small mammal community. Unfortunately, there is almost no information on the influence *Microtus* has on the dynamics of plant succession. Unless the climax vegetation is tundra or grassland, *Microtus* is a transitory species, present only in early to middle seral stages. For example, Wetzel (1958), who studied biological succession on abandoned strip mines in Illinois, found that *M. ochrogaster* was absent during the initial revegetation stages when annuals dominated the vegetation, but became the dominant element of the small mammal community after grasses and woody perennials achieved dominance of the plant community. Prairie voles were abundant only for about 20 years, and they disappeared from the area when the deciduous trees achieved approximately 65% of the plant coverage.

When forests are cut, significant and rapid changes in the vegetation composition occur. Herbaceous species tend to dominate for a few years, creating a habitat in which one or more species of *Microtus* often comes to dominate the small mammal community. Kirkland's (1977) study in the northern Appalachian forests demonstrated the transitory nature of *Microtus* in the deciduous and coniferous forests there. *M. pennsylvanicus* and *Synaptomys cooperi* were absent in both forest types that had not been cut for more than 25 years. After cutting, both microtines appeared, but they were absent after 5 years. *M. chrotorrhinus* was present at moderate densities in the 7- to 25-year-old forests, but increased significantly in both forest types after clearcutting and remained there for at least 15 years. Initial responses of the total small mammal community included increases in density and in community diversity as well as shifts in relative abundance of individual species and trophic groups. Krefting and Ahlgren (1974) reported similar responses by the small mammal communities following forest fires in Minnesota.

Gashwiler (1970) obtained similar results in a coniferous (mostly Douglas fir) forest in Oregon, where *M. oregoni* appeared in the clearcuts 1 year after cutting and increased to moderate densities by the fourth year, then decreased slightly but remained appreciably higher than populations in nearby virgin forest. *M. richardsoni* occasionally was taken on the clearcut but apparently did not establish a resident population there.

The ability of *Microtus* to colonize productive habitat quickly was demonstrated clearly by Grant et al. (1977), where only a single *M. ochrogaster* was trapped during 15,000 trap-nights in a grazed pasture and none was present on the nearby experimental grids prior to the application of irrigation water and nitrogen. Yet, within

BLM_0052374

a few weeks a rapidly growing population of prairie voles was present in the dense vegetation that resulted from the experimental treatment. Although *Microtus* species can recolonize quickly after such disturbances as mowing (Getz, 1970) or grazing (Birney et al., 1976), succession of a small mammal community following the plowing of a prairie and its subsequent abandonment has not been studied adequately. In wetter tallgrass prairie, grasses undoubtedly would reappear more quickly than in drier mixed or shortgrass prairies, which would have a longer period of domination by annuals. Here, omnivores such as *Peromyscus maniculatus* probably would dominate for several years before *Microtus* would invade and come to dominate as the climax grasses reappeared. Succession in this case would lead to *Microtus* as the long-term dominant rather than as the transitory species it is when forest is the climax vegetation of the region.

Because the experiments excluding *Microtus* from some plots but not others have not been conducted, it is unknown whether *Microtus* influences the progression of plant succession at a given location. Although these exclosure studies would be long-term studies of plant and animal community dynamics, we believe that the influence of *Microtus* on the process can only be evaluated through such experimentation.

## The Role of Microtus in Small Mammal Communities

The major role of *Microtus* in the small mammal community is as principal herbivore in almost all plant communities where it lives. As grazers, primarily of stems and leaves, *Microtus* has the potential to alter plant communities and indirectly to help determine the habitat structure and resources available to other syntopic small mammals.

*Microtus* is usually the dominant primary consumer among the small mammals living in grassland and tundra communities. Species of *Microtus* that have been studied for their dietary selection eat mostly vegetative plant parts. Zimmerman (1965), studying *Microtus* food and habitat in western Indiana, reported that *M. ochrogaster* ate proportionately more roots and seeds (18.8% of volume) than did *M. pennsylvanicus* (0.4% of volume). These two species ate insect material at the rate of 4.7 and 3.6%, respectively. Each

BLM_0052375

species consumed a small amount of *Microtus* flesh and subterranean fungi, but about 93% of the volume of food was vascular plants, mostly stems and leaves. Zimmerman (1965) noted that *M. ochrogaster* took the most common plants in greatest frequency (also reported by Fleharty and Olson, 1969, and Martin, 1956, in Kansas), but some plants, especially the somewhat aromatic *Ambrosia, Aster,* and *Solidago,* generally were avoided. Meadow voles in Indiana (Zimmerman, 1965) ate fewer kinds of plants but were similar to prairie voles in relying heavily on the common species. M'Closkey and Fieldwick (1975), who evaluated the foods of coexisting *Peromyscus leucopus* and *M. pennsylvanicus,* found that the former ate 74% and the latter 8% insect material, the remainder being combinations of dicots, monocots, subterranean fungi and, for *Microtus* only, ferns (6%).

Food selection by *M. xanthognathus* in black-spruce forest has been studied by Wolff and Lidicker (1980) and West (1979), both in interior Alaska, and by Douglass (1976, 1977) in Northwest Territories. In Alaska, more than 85% of the diet was grasses and berries; in Wolff and Lidicker's (1980) study, a large proportion (37% of the volume) was *Equisetum* (horsetails). Douglass and Douglass (1977), who examined the summer foods of *M. xanthognathus,* reported the following composition of 629 piles of cuttings: 89% *Carex* spp., 5% *Rumex,* 3% *Calamogrostis,* 2% *Vaccinium,* and 1% *Equisetum.* Thus, despite their use of taiga as habitat, taiga voles ate little woody material but did rely heavily on the grasses and other herbs for food. This dietary selection possibly accounts for the fact that the densities of *M. xanthognathus* are much greater than have been reported for either *M. pinetorum* or *M. chrotorrhinus* in other forest environments.

Stomach content analyses, coupled with a census of the available foods, are badly needed to learn more of the details of the role of *Microtus* as consumers. Studies of food habits during periods of gradual community change may be especially revealing in explaining why *Microtus* often is present only for a relatively brief period in early seral stages. During biological succession, if *Microtus* persists in relying almost entirely on the ever-diminishing grasses and herbs, the replacement of *Microtus* by *Peromyscus leucopus, P. maniculatus* (woodland subspecies), or *Clethrionomys* spp. may be related more to diminishing food resources than to competition with these rodents. Although the water- and nitrogen-supplementation

BLM_0052376

experiments of Grant et al. (1977) suggest a strong positive association between primary production of grasses on the Colorado shortgrass prairie and secondary production of *Microtus,* additional experimental studies are needed, including those of forest-dwelling *Microtus,* to demonstrate a link between the biomass of herbaceous vegetation and that of *Microtus.* The abundance of *M. pennsylvanicus, M. oeconomus,* and especially *M. xanthognathus* and vegetative cover values correlated positively in early successional stages of burned-over black-spruce forest in Alaska, but correlated negatively in advanced successional stages (West, 1979).

Relatively few attempts have been made to examine the biomass of small mammal communities, and to measure the changing role of the member species from year to year. Pruitt (1966) was unable to find synchrony between sample plots of either species or number of individuals. However, when he considered biomass per sample plot (Pruitt, 1968), he did detect synchrony among the biomasses of small mammals. Pruitt's studies, conducted over 8 years in different regions of Alaska, evaluated the differential contributions of two species of *Sorex,* two of *Microtus,* and those of three other microtine rodents. Pruitt (1968) interpreted these results to mean that ecosystem productivity "waxes and wanes in a regular progression." Chance, which he believed determined the "massive increase or decrease" of species, perhaps plays less of a role where the climatic extremes are not so severe. Martin (1956) looked at the relationship between plant production and the biomasses of *M. ochrogaster* and *Sigmodon hispidus,* but he only reported values for a single month; repeated values would have permitted an evaluation of the changing roles of the two herbivores to determine whether *Microtus* contributed relatively more during the cool months and *Sigmodon* more in the warm months.

Grant et al. (1982) compared the effects of habitat perturbation (grazing) on the small mammal biomass in different grassland types, using treatment and control grids. The detrimental effects were substantially greater in the tallgrass prairie (where *M. ochrogaster* and *Sigmodon hispidus* shared the herbivore role) than at the bunchgrass or shortgrass sites. Grant et al. (1982) suggested that seasonal and year-to-year fluctuations in the biomass of small mammal species cause a high variability in the community biomass of a site, and they argued that biomass changes are characteristic of many types of North American grasslands (French et al., 1976; Grant and

332    *Rose and Birney*

Birney, 1979). These variations are similar to what Pruitt (1968) called "fortuitous" events that determine the changing contributions of individual species from year to year at the same location. At the tallgrass site, Grant et al. (1982) found that grazing resulted in an increased contribution of *Spermophilus* and *Peromyscus maniculatus bairdii* to small mammal biomass; the contribution of *M. ochrogaster* and *Sigmodon* to biomass dropped by 90% on the grazed plots.

French et al. (1976) evaluated the energetics of small mammals of grassland ecosystems in the central U.S. Except for 1 year on a desert grassland, small mammals consumed less than 10% of the available herbage foods. By contrast, a high proportion of animal food was eaten at many sites in different years. These authors speculated that seed-eaters are more K-selected (they exhibit hibernation and torpor) and have social mechanisms and body-size differences to reduce competition. They argued that these adaptations contributed to their success relative to the grass-eaters in short-grass prairie, where *Microtus* is abundant only on experimental plots in which water and nitrogen stimulated growth of grasses (Grant et al., 1977).

Golley (1960) measured energy flow in a grass-*Microtus*-*Mustela* system in Michigan. He estimated that *M. pennsylvanicus* consumed only 1.6% of the energy available to it, and that the weasel consumed 31% of energy available in the form of *Microtus.*

The presence of *Microtus* in a community often results in a significant physical alteration of the environment because they construct runways and burrows and extensively clip herbaceous vegetation. Pearson (1959), using photographs, showed that many other species of small mammals used runways built and maintained by *Microtus.* Digging activities of *Microtus* may create exposed soil substrates needed by seeds to germinate. Effects of grazing by *Microtus* are disputed and undoubtedly are variable; grazing may stimulate some plants to produce new vegetative growth but also may seriously or mortally wound other plants. Experiments to evaluate critically the role of *Microtus* in altering the habitat, using exclosures and measured densities of voles, have not been conducted at even a single location, to our knowledge. This is certainly an area of research where large contributions can be made in our understanding of the role of *Microtus* in the small mammal community and in the ecosystem.

BLM_0052378

## *Conclusions and Perspectives*

*Microtus* is found in most grassland and tundra communities, and to a lesser extent in forest communities north of 35°N. As many as four to six species of *Microtus* may be broadly sympatric in some regions, such as in the western U.S. *Microtus* often is both the largest and the most numerous small mammal, and the genus may contribute 90% or more of the small mammal biomass per unit area. Exceptions to this trend can be found in marginal habitats, in the usually brief periods of low density in population cycles, in certain successional stages, and in forests. Predators may focus on *Microtus* where it is abundant, and *Microtus* influences the small mammal community in other ways. *Microtus* eats plant parts almost exclusively and is usually the dominant primary consumer.

Despite this prominent position in its community, *Microtus* rarely has been evaluated, and almost never studied, in the community context. Sometimes *Microtus* and one or two syntopic microtines are examined, either for evidence of competition or of synchrony of population cycles. In some instances, the composition and relative numbers of small mammals in the community are reported, permitting the reader to assess the potential effect of coexisting species on *Microtus*. Occasionally authors make it clear that non-microtines were or were not permanently removed from the study grids, but in many cases no statement is given about the occurrence of other species. Although it is understandable that microtine population ecologists may foresee little immediate benefit from the trapping, tagging, and handling during each trapping period of dozens of *Peromyscus, Sigmodon, Reithrodontomys,* or other species, an understanding of the dynamics of these species may be crucial to explaining microtine cycles, especially if Lidicker (1973, 1978) is correct in his assertion that many factors are involved in population regulation of *Microtus*. More importantly, neither the influence of *Microtus* on the small mammal community nor the role of *Microtus* in the ecosystem can be evaluated critically until all small mammals are examined together.

One thing we have learned, more than any other, from writing this chapter, is that the study of *Microtus* in the community context is a potentially fertile area of research. *Microtus* typically is not present in community studies of small mammals in desert (Brown,

BLM_0052379

1973, et seq.) nor in eastern decidious forest (Dueser and Shugart, 1978, 1979). Among those studying *Microtus,* only West (1979) has used Dueser and Shugart's technique of measuring vegetation structure and predicting which species will use which components of the physical habitats. Except for Grant's (1969, et seq.) experimental studies of competition with field populations of *M. pennsylvanicus* and one other species, planned experiments have not been conducted to learn more details of the respective roles of the four to six small mammal species in grassland and tundra communities. The study of mammalian community ecology in these plant communities will not be easy, in part because the number of *Microtus* often is much greater than that of all others. On the other hand, when numbers of *Microtus* are low, poor trapping success may cause the investigator to question whether or not to continue the study. Perhaps the best descriptive studies could be conducted in plant communities that are in transition; for example, large grasslands that grade into shrubby ecotones and then into young and old forest could be ideal. Here it would be possible to see the changing role of grassland *Microtus* as the woody elements increase to dominance. Leaps of insight will be possible using perturbation experiments, especially large and well-replicated ones in which more than two species can be evaluated simultaneously. Finally, some investigators, such as West (1979), have the necessary detailed information from fairly long-term studies to meld what may have been designed as multiple population studies into reports of small mammal communities with *Microtus.* Such reports would be extremely valuable in providing direction for the descriptive and experimental studies that are necessary if we are to learn the true influence and role of *Microtus* in small mammal communities.

## Acknowledgments

We thank our wives, Aleene Rose and Marcia Birney, for their indulgence during the 10 days we devoted to writing the first draft of this chapter. Prassede Calabi, Ray Dueser, Roger Everton, Norm French, Lowell Getz, Gerda Nordquist, John Porter, and an anonymous reviewer all provided useful suggestions on earlier drafts. Steve West assisted us immeasurably by reviewing the manuscript, making a copy of his dissertation available to us, and especially by verifying our interpretation of statements about Alaskan mammals.

BLM_0052380

Neither of us has studied mammals in the tundra or taiga in North America and we thank Steve for contributing to the accuracy of several of our remarks. Full responsibility for all interpretations and conclusions, of course, rests with us.

## Literature Cited

ABRAMSKY, Z., AND C. R. TRACY. 1979. Population biology of a "noncycling" population of prairie voles and a hypothesis on the role of migration in regulating microtine cycles. Ecology, 60:349–361.

ARMSTRONG, D. M. 1972. Distribution of mammals in Colorado. Monogr. Mus. Nat. Hist., Univ. Kansas, 3:1–415.

BAKER, R. H. 1971. Nutritional strategies of myomorph rodents in North American grasslands. J. Mamm., 52:800–805.

BEE, J. W., AND E. R. HALL. 1956. Mammals of northern Alaska. Misc. Publ. Mus. Nat. Hist., Univ. Kansas, 8:1–309.

BENTON, A. H. 1955. Observations on the life history of the northern pine mouse. J. Mamm., 36:52–62.

BIRNEY, E. C., W. E. GRANT, AND D. D. BAIRD. 1976. Importance of vegetative cover to cycles of *Microtus* populations. Ecology, 57:1043–1053.

BROWN, J. H. 1973. Species diversity of seed-eating desert rodents in sand dune habitats. Ecology, 54:775–787.

CAMERON, A. W. 1958. Mammals of the islands in the Gulf of St. Lawrence. Bull. Natl. Mus. Canada, 154:1–165.

———. 1964. Competitive exclusion between the rodent genera *Microtus* and *Clethrionomys*. Evolution, 18:630–634.

CONLEY, W. 1976. Competition between *Microtus*; a behavioral hypothesis. Ecology, 57:224–237.

CROWELL, K. L. 1973. Experimental zoogeography: introductions of mice to small islands. Amer. Nat., 107:535–558.

DOUGLASS, R. J. 1976. Spatial interactions and microhabitat selections of two locally sympatric voles, *Microtus montanus* and *M. pennsylvanicus*. Ecology, 57:346–352.

———. 1977. Population dynamics, home ranges, and habitat associations of the yellow-cheeked vole, *Microtus xanthognathus*, in the Northwest Territories. Canadian Field-Nat., 91:237–247.

DOUGLASS, R. J., AND K. S. DOUGLASS. 1977. Microhabitat selection of chestnut-cheeked voles (*Microtus xanthognathus*). Canadian Field-Nat., 91:72–74.

DUESER, R. D., AND H. H. SHUGART. 1978. Microhabitats in a forest-floor small mammal fauna. Ecology, 59:89–98.

———. 1979. Niche pattern in a forest-floor small-mammal fauna. Ecology, 60:108–118.

EADIE, W. R. 1952. Shrew predation and vole populations on a limited area. J. Mamm., 33:185–189.

ELTON, C. 1939. On the nature of cover. J. Wildl. Mgmt., 3:332–338.

FEDERAL COOPERATIVE EXTENSION SERVICE. 1959. The Oregon meadow mouse irruption of 1957–1958. Oregon State Coll., Corvallis, 88 pp.

FINDLEY, J. S. 1951. Habitat preferences of four *Microtus* in Jackson Hole, Wyoming. J. Mamm., 32:118–120.

———. 1954. Competition as a possible limiting factor in the distribution of *Microtus*. Ecology, 35:418–420.

BLM_0052381

336   *Rose and Birney*

——. 1969. Biogeography of southwestern boreal and desert mammals. Misc. Publ. Mus. Nat. Hist., Univ. Kansas, 51:113–128.

FINDLEY, J. S., AND C. J. JONES. 1962. Distribution and variation of voles of the genus *Microtus* in New Mexico and adjacent areas. J. Mamm., 43:154–166.

FISHER, A. R., AND R. G. ANTHONY. 1980. The effect of soil texture on distribution of pine voles in Pennsylvania orchards. Amer. Midland Nat., 104:39–46.

FITCH, H. S. 1957. Aspects of reproduction and development in the prairie vole (*Microtus ochrogaster*). Univ. Kansas Publ., Mus. Nat. Hist., 10:129–161.

FLEHARTY, E. D., AND L. E. OLSON. 1969. Summer food habits of *Microtus ochrogaster* and *Sigmodon hispidus*. J. Mamm., 50:475–486.

FLEHARTY, E. D., J. R. CHOATE, AND M. A. MARES. 1972. Fluctuations in population density of the hispid cotton rat: factors influencing a "crash." Bull. So. California Acad. Sci., 71:132–138.

FLEMING, T. H. 1973. Numbers of mammal species in North and Central American forest communities. Ecology, 54:555–563.

FRANK, F. 1957. The causality of microtine cycles in Germany. J. Wildl. Mgmt., 21:113–121.

FRENCH, N. R. 1978. Small mammals as components of the consumer system. Pp. 61–67, *in* Populations of small mammals under natural conditions (D. P. Snyder, ed.). Spec. Publ. Ser., Pymatuning Lab. Ecol., Univ. Pittsburgh, 5:1–237.

FRENCH, N. R., W. E. GRANT, W. GRODZINSKI, AND D. M. SWIFT. 1976. Small mammal energetics in grassland ecosystems. Ecol. Monogr., 46:201–220.

GAINES, M. S., AND R. K. ROSE. 1976. Population dynamics of *Microtus ochrogaster* in eastern Kansas. Ecology, 57:1145–1161.

GAINES, M. S., C. L. BAKER, AND A. M. VIVAS. 1979. Demographic attributes of dispersing southern bog lemmings (*Synaptomys cooperi*) in eastern Kansas. Oecologia, 40:91–101.

GASHWILER, J. S. 1970. Plant and animal changes on a clearcut in west-central Oregon. Ecology, 51:1018–1026.

GENOWAYS, H. H., AND D. A. SCHLITTER. 1966. Northward dispersal of the hispid cotton rat in Nebraska and Missouri. Trans. Kansas Acad. Sci., 69:356–357.

GENTRY, J. B. 1968. Dynamics of an enclosed population of pine vole, *Microtus pinetorum*. Res. Population Ecol., 10:21–30.

GETZ, L. L. 1963. A comparison of water balance of the prairie and meadow voles. Ecology, 44:202–207.

——. 1967. Responses of selected small mammals to water. Occas. Papers Univ. Connecticut, Biol. Sci. Ser., 1:71–81.

——. 1970. Influence of vegetation on the local distribution of the meadow vole in southern Wisconsin. Occas. Papers Univ. Connecticut, Biol. Sci. Ser., 1:213–241.

——. 1971. Microclimate, vegetative cover, and local distribution of the meadow vole. Trans. Illinois Acad. Sci., 64:9–21.

GLASS, G. E., AND N. A. SLADE. 1980. Population structure as a predictor of spatial association between *Sigmodon hispidus* and *Microtus ochrogaster*. J. Mamm., 61:473–485.

GOLLEY, F. B. 1960. Energy dynamics of a food chain of an oldfield community. Ecol. Monogr., 30:187–205.

GRANT, P. R. 1969. Experimental studies of competitive interaction in a two-species system. I. *Microtus* and *Clethrionomys* species in enclosures. Canadian J. Zool., 47:1059–1082.

BLM_0052382

———. 1972. Interspecific competition among rodents. Ann. Rev. Ecol. Syst., 3: 79–106.

GRANT, W. E., AND E. C. BIRNEY. 1979. Small mammal community structure in North American grasslands. J. Mamm., 60:23–36.

GRANT, W. E., N. R. FRENCH, AND D. M. SWIFT. 1977. Response of a small mammal community to water and nitrogen treatments in a shortgrass prairie ecosystem. J. Mamm., 58:637–652.

GRANT, W. E., E. C. BIRNEY, N. R. FRENCH, AND D. M. SWIFT. 1982. Structure and productivity of grassland small mammal communities related to grazing-induced changes in vegetative cover. J. Mamm., 63:248–262.

HALL, E. R. 1981. The mammals of North America. Second ed. John Wiley and Sons, New York, 2:601–1181 + *90*.

HARPER, F. 1956. The mammals of Keewatin. Misc. Publ. Mus. Nat. Hist., Univ. Kansas, 12:1–96.

HODGSON, J. R. 1972. Local distribution of *Microtus montanus* and *Microtus pennsylvanicus* in southwestern Montana. J. Mamm., 53:487–499.

HOPKINS, H. H. 1954. Effect of mulch upon certain factors of the grassland environment. J. Range Mgmt., 7:255–258.

INGLES, L. G. 1965. Mammals of the Pacific states. Stanford Univ. Press, Stanford, California, 506 pp.

IVERSON, S. L., AND B. N. TURNER. 1972. Winter coexistence of *Clethrionomys gapperi* and *Microtus pennsylvanicus* in a grassland habitat. Amer. Midland Nat., 88:440–445.

JUNG, H. G., AND G. O. BATZLI. 1981. Nutritional ecology of microtine rodents: effects of plant extracts on the growth of arctic microtines. J. Mamm., 62: 286–292.

KIRKLAND, G. L., JR. 1977. Responses of small mammals to the clearcutting of northern Appalachian forests. J. Mamm., 58:600–609.

KLEIBER, M. 1961. The fire of life: an introduction to animal energetics. John Wiley and Sons, New York, 478 pp.

KOPLIN, J. R., AND R. S. HOFFMANN. 1968. Habitat overlap and competitive exclusion in voles (*Microtus*). Amer. Midland Nat., 80:494–507.

KORSCHGEN, L. J., AND H. B. STUART. 1972. Twenty years of avian predator-small mammal relationships in Missouri. J. Wildl. Mgmt., 36:269–282.

KREBS, C. J. 1977. Competition between *Microtus pennsylvanicus* and *Microtus ochrogaster*. Amer. Midland Nat., 97:42–49.

KREBS, C. J., B. L. KELLER, AND R. H. TAMARIN. 1969. *Microtus* population biology: demographic changes in fluctuating populations of *M. ochrogaster* and *M. pennsylvanicus* in southern Indiana. Ecology, 50:587–607.

KREFTING, L. W., AND C. E. AHLGREN. 1974. Small mammals and vegetation after fire in a mixed conifer-hardwood forest. Ecology, 55:1391–1398.

LIDICKER, W. Z., JR. 1966. Ecological observations on a feral house mouse population declining to extinction. Ecol. Monogr., 36:27–50.

———. 1973. Regulation of numbers in an island population of California voles, a problem in community dynamics. Ecol. Monogr., 43:271–302.

———. 1978. Regulation of numbers in small mammal populations—historical reflections and a synthesis. Pp. 122–141, *in* Populations of small mammals under natural conditions (D. P. Snyder, ed.). Spec. Publ. Ser., Pymatuning Lab. Ecol., Univ. Pittsburgh, 5:1–237.

LYON, M. W., JR. 1936. Mammals of Indiana. Amer. Midland Nat., 171–384.

MAHER, W. J. 1967. Predation by weasels on a winter population of lemmings, Banks Island, Northwest Territories. Canadian Field-Nat., 81:248–250.

BLM_0052383

338     *Rose and Birney*

MARTIN, E. P.  1956.  A population study of the prairie vole (*Microtus ochrogaster*) in northeastern Kansas. Univ. Kansas Publ., Mus. Nat. Hist., 8:361–416.
————.  1960.  Distribution of native mammals among the communities of the mixed prairie. Fort Hays Studies (new series), Sci. Ser., 1:1–26.

McCoy, E. D., AND E. F. CONNOR.  1980.  Latitudinal gradients in the species diversity of North American mammals. Evolution, 34:193–203.

M'CLOSKEY, R. T., AND B. FIELDWICK.  1975.  Ecological separation of sympatric rodents (*Peromyscus* and *Microtus*). J. Mamm., 56:119–129.

McNAB, B. K.  1980.  Food habits, energetics, and the population biology of mammals. Amer. Nat., 116:106–123.

MURIE, J. O.  1969.  An experimental study of substrate selection by two species of voles (*Microtus*). Amer. Midland Nat., 82:622–625.
————.  1971.  Behavioral relationships between two sympatric voles (*Microtus*): relevance to habitat segregation. J. Mamm., 52:181–186.

PEARSON, O. P.  1959.  A traffic survey of *Microtus-Reithrodontomys* runways. J. Mamm., 40:169–180.
————.  1964.  Carnivore-mouse predation: an example of its intensity and bioenergetics. J. Mamm., 43:177–188.
————.  1971.  Additional measurements of impact of carnivores on California voles (*Microtus californicus*). J. Mamm., 52:41–49.

PRUITT, W. O., JR.  1966.  Ecology of terrestrial mammals. Pp. 519–564, *in* Environment of the Cape Thompson Region, Alaska (N. J. Wilimovsky and J. N. Wolfe, eds.). U.S. Atomic Energy Comm., 1,250 pp.
————.  1968.  Synchronous biomass fluctuations of some northern mammals. Mammalia, 32:172–191.

ROSE, R. K., N. A. SLADE, AND J. H. HONACKI.  1977.  Live trap preference among grassland mammals. Acta Theriol., 223:292–307.

SHIELDS, L. J.  1976.  Telemetric determination of free-ranging rodent activities: the fine structure of *Microtus californicus* activity patterns. Unpubl. Ph.D. dissert., Univ. California, Los Angeles, 110 pp.

SIMPSON, G. G.  1964.  Species density of North American Recent mammals. Syst. Zool., 13:57–73.

TERMAN, M. R.  1974.  Behavioral interactions between *Microtus* and *Sigmodon*: a model for competitive exclusion. J. Mamm., 55:705–719.

TURNER, B. N., M. R. PERRIN, AND S. L. IVERSON.  1975.  Winter coexistence of voles in spruce forest: the relevance of seasonal changes in aggression. Canadian J. Zool., 53:1004–1011.

WARNOCK, J. E.  1965.  The effects of crowding on the survival of meadow voles (*Microtus pennsylvanicus*) deprived of cover and water. Ecology, 46:649–664.

WEST, S. D.  1979.  Habitat response of microtine rodents to central Alaskan forest succession. Unpubl. Ph.D. dissert., Univ. California, Berkeley, 101 pp.

WETZEL, R. M.  1958.  Mammalian succession in midwestern floodplains. Ecology, 39:262–271.

WHITNEY, P.  1976.  Population ecology of two sympatric species of subarctic microtine rodents. Ecol. Monogr., 46:85–104.

WILSON, J. W., III.  1974.  Analytical zoogeography of North American mammals. Evolution, 28:124–140.

WOLFF, J. O.  1980.  Social organization of the taiga vole (*Microtus xanthognathus*). The Biologist, 62:34–45.

BLM_0052384

WOLFF, J. O., AND W. Z. LIDICKER, JR. 1980. Population ecology of the taiga vole, *Microtus xanthognathus,* in interior Alaska. Canadian J. Zool., 58: 1800–1812.

ZIMMERMAN, E. G. 1965. A comparison of habitat and food of two species of *Microtus.* J. Mamm., 46:605–612.

BLM_0052385

# BEHAVIOR

## Jerry O. Wolff

### Abstract

BEHAVIOR of *Microtus* may be categorized as either non-social or social. Non-social behaviors such as locomotory, exploratory, body maintenance, swimming, and nest and runway construction are adapted to the two-dimensional grassland environment inhabited by these animals. The social organization of microtines is the result of behaviors associated with courtship and mating, parental care, social structure (spacing patterns), aggression, communication, and communal nesting. Mating systems of *Microtus* are commonly promiscuous (for example, *M. pennsylvanicus* and *M. richardsoni*), polygynous (for example, *M. xanthognathus, M. californicus,* and *M. montanus*), and rarely, but sometimes monogamous (for example, *M. ochrogaster*). Species-specific copulatory patterns are adapted to particular social organizations in specific habitats and may also be a reproductive isolating mechanism between similar sympatric species. Most social groupings consist of mother-young units and paternal care is minimal or non-existent. In some species territoriality occurs only in males (for example, *M. xanthognathus*), in females (for example, *M. pennsylvanicus* and *M. richardsoni*), or in both sexes (for example, *M. montanus, M. ochrogaster,* and *M. californicus*). Patterns of aggression may vary between species, but within a species they follow a predictable pattern that is correlated with a particular type of social system. If females are aggressive, they usually fight for space, whereas males fight for space and/or females. Scent-marking by the deposition of sebum from sebaceous glands located in the hip or flank region is described for several species and functions in individual recognition, territorial marking, and mate attraction. Communal winter nesting and food storing occur in several northern species and are adaptations for survival in severe boreal climates. An attempt is made to integrate the social structure and socio-ecology of *Microtus* within the life history framework of this mammal group.

340

## *Introduction*

In North America, members of the genus *Microtus* are concentrated in grassland habitats between 40° and 70°N latitude. This range is characterized by a fluctuating environment which favors life history strategies adapted to seasonality and a variety of extrinsic variables. The adaptive zone of *Microtus* includes: 1) consumption of vegetation parts (primarily grasses); 2) r-selected reproductive features; 3) ability to colonize new habitats; and 4) a complex repertoire of behaviors associated with each of these features. These behaviors may be non-social, such as locomotory, exploratory, and foraging and food gathering behaviors, nest and runway construction, and body maintenance; or social, which include mating, parental, communicatory, agonistic, and other behaviors involving interactions between individuals. Social behavior is extremely complex and variable, and more difficult to observe, document, and interpret than non-social behavior, but it is essential to understanding the evolutionary significance of life history traits. In this chapter, I summarize the available literature on *Microtus* behavior and emphasize the evolutionary significance of social behavior and organization. An attempt also is made to compare behavioral patterns across species to show parallel adaptations to similar ecological regimes.

## *Non-social Behavior*

A description and classification of behavioral components of locomotion, grooming, general body maintenance, and comfort movements have been described for several species of *Microtus* (Dewsbury et al., 1980; Jannett, 1977; Sloane et al., 1978; Webster et al., 1979; Wilson et al., 1976) (Table 1). Locomotor-exploratory behavior is the most prevalent behavior for all species. All species exhibit wall-seeking behavior, rearing at wall, grooming head moving, and freezing. Jumping is infrequent and climbing is not observed. Climbing does not appear to be an adaptive feature in *Microtus* species that inhabit a two-dimensional grassland habitat. In addition, depth perception is not apparent in *M. montanus* and is only slightly developed in *M. californicus* and *M. pennsylvanicus* (Sloane et al., 1978). In comparative studies between different taxa,

BLM_0052387

342   *Wolff*

TABLE 1
Non-social Behaviors for New World *Microtus*

| | Locomotion, maintenance, and comfort movements[1] | Digging[2] | Swimming[3] | Runway construction[4] | Nest building[5] |
|---|---|---|---|---|---|
| *M. californicus* | X | | X | | X |
| *M. canicaudus* | X | | | | X |
| *M. montanus* | X | X | X | X | X |
| *M. ochrogaster* | X | X | X | X | X |
| *M. pennsylvanicus* | X | X | X | X | X |
| *M. richardsoni* | | | X | X | X |
| *M. xanthognathus* | | | X | X | X |

[1] Dewsbury et al. (1980); Jannett (1977); Sloane et al. (1978); Webster et al. (1979); Wilson et al. (1976).

[2] Webster et al. (1981).

[3] Evans et al. (1978); Getz (1967); Ludwig (1981); Wolff (pers. observ.).

[4] Fitzgerald and Madison (1983); Ludwig (1981); Thomas and Birney (1979); Wolff (1980); Wolff and Lidicker (1981).

[5] Ambrose (1973); Dalquest (1948); Hartung and Dewsbury (1979a); Jameson (1947); Jannett (1978a, 1981a); Ludwig (1981); Martin (1956); Maser and Storm (1970); Salt (1978); Thomas and Birney (1979); Wolff and Lidicker (1981).

field-dwelling species such as *Microtus* exhibit more boli deposition, freezing, and grooming compared to forest and desert dwelling genera (Wilson et al., 1976).

Apparently all *Microtus* species are capable of digging as evidenced by the extensive network of underground runways and tunnels; however, this behavior has not been analyzed and described for all species. Digging behaviors of three *Microtus* species (*M. montanus, M. ochrogaster,* and *M. pennsylvanicus*) have been observed on peat and sand substrates in the laboratory (Webster et al., 1981). The most prevalent digging pattern involved simultaneous use of the rear paws together with alternating use of the forepaws. The amount of digging for each species varied depending on substrate.

Swimming behavior has been documented and quantified in the laboratory for *M. pennsylvanicus, M. montanus, M. ochrogaster,* and *M. californicus* (Evans at al., 1978) (Table 1). Based on their tendency to enter the water and the amount of time spent swimming, Evans et al. (1978) concluded that *M. ochrogaster* was the best swimmer and *M. californicus* and *M. pennsylvanicus* were the worst.

BLM_0052388

Getz (1967) also found that *M. ochrogaster* avoided water more than *M. pennsylvanicus* and he correlated this with the dry grassland nature of *M. ochrogaster* in contrast to the more moist habitat characteristic of *M. pennsylvanicus. Microtus richardsoni* and *M. xanthognathus* occur along streams and in mesic habitats and both swim regularly (Ludwig, 1981; J. Wolff, pers. observ.).

Most *Microtus* species are active day and night (Madison, this volume) and use well-established runway systems. These systems consist of a complex network of above-ground runways and underground tunnels and burrows. *Microtus montanus* makes extensive use of tunnels, whereas *M. pennsylvanicus* is more active above ground. *Microtus pinetorum* is almost entirely fossorial, coming to the surface only occasionally to feed. About half of the runway systems of *M. xanthognathus* and *M. richardsoni* are above ground and the other half underground (Ludwig, 1981; Wolff and Lidicker, 1980). In *M. xanthognathus* and *M. richardsoni,* runway systems are concentrated along streams and frequently incorporate waterways into the runway system. Surface and subterranean runways of *Microtus* species in general are interconnected with numerous branches going to feeding areas, waterways, and dead ends which are apparently used for resting or temporary shelters. The number of underground versus above-ground runways is apparently related to friability of soils and accessibility of food. Several species are known to maintain runways to keep them clear of debris that may hinder movements (for example, *M. ochrogaster* [Thomas and Birney, 1979]; *M. xanthognathus* [Wolff, 1980]).

Nests usually are constructed of dried grass and may be located above or below ground. Exclusive use of grasses for nests has been reported for *M. canicaudus, M. montanus,* and *M. pennsylvanicus* (Maser and Storm, 1970), and *M. ochrogaster* (Jameson, 1947; Martin, 1956). *Microtus montanus* has surface and subsurface nests, but brood nests are always located underground (Jannett, 1978*a,* 1981*a*). Both male and female *M. ochrogaster* have been observed to construct nests in the laboratory, but males do most of the runway maintenance (Thomas and Birney, 1979). Ambrose (1973) found that most *M. pennsylvanicus* nests were located in slightly elevated dense tussocks of living grass.

Dalquest (1948) and Salt (1978) reported that water voles used subterranean nests in summer and subnivean nests on the soil surface in winter. Ludwig (1981), however, found that water voles

344     *Wolff*

used subterranean nests year-round. Nests ranged in size from 10 to 24 cm in diameter and were constructed of short segments of leaves and stems of grasses, sedges, and rushes (*Agropyron, Calamagrostis, Carex,* and *Juncus*) (Ludwig, 1981). Nest chambers were located beneath logs, stumps, or at the herbaceous/soil interface. Both summer and winter nests of *M. xanthognathus* are subterranean (Wolff and Lidicker, 1980). Eight summer nests examined by Wolff and Lidicker averaged 15 cm in diameter and were made of dried grass (*Calamagrostis*). Some nests were cup-shaped and others were round with an inner chamber. Most nests were situated at the moss-soil interface, but some were located on top of abandoned winter nests. Winter nests were larger than summer nests and were located in underground chambers, but above permafrost.

Hartung and Dewsbury (1979a) observed nest building behavior of *M. ochrogaster, M. montanus, M. californicus,* and *M. pennsylvanicus* in the laboratory. *Microtus ochrogaster* built few nests while the other three species built mostly cup-shaped nests and equal numbers of platform (pallet of cotton on floor but not shaped) and covered nests. Males and females built the same numbers of nests of each type.

## Social Behavior

### Mating Systems and Social Structure

Because of the secretive nature of voles, microtine social behavior has been difficult to study. Much of the information on *Microtus* behavior has been anecdotal or collected inadvertently in studies on demography. Several recent studies, using a variety of field and laboratory techniques, have provided insight into the social biology of a few select species of *Microtus*. The results of these studies have been discussed in detail (see The Biologist, Vol. 62, No. 1, 1980, Special Symposium Volume, Social Organization of Microtine Rodents).

Microtine behavioral systems are highly variable, but fall into four arrangements: 1) males occupy exclusive ranges and females mate polygynously or promiscuously within the range of a territorial male; 2) females occupy exclusive territories overlapped by home ranges of one or more males; 3) both males and females are

BLM_0052390

territorial and intolerant of conspecific adults of the same sex, or of both sexes, except during courtship and mating; and 4) more than one male or female occupy exclusive communal territories. Various parameters of the social organization of several *Microtus* species are summarized in Table 2 and are discussed below.

*Meadow voles (*Microtus pennsylvanicus*).*—The social biology of meadow voles has been studied most extensively by Madison (1978, 1979, 1980*a*, 1980*b*, 1980*c*, 1981, 1984), Madison et al. (1984), and Webster and Brooks (1981). With the aid of radiotelemetry, these studies have provided the most conclusive data on social organization in any microtine species. Meadow voles have a promiscuous mating system and socially are organized into territorial maternal-young units during the breeding season (Madison, 1980*a*) and communal mixed-sex and age groups during winter (Madison et al., 1984; Webster and Brooks, 1981; Table 2).

During the breeding season, reproductively active females maintain individual territories that are actively defended against other females. Madison (1980*a*) found that when overlap occurred between females, one female was usually 10–25 g larger than the other and only she bore young. Madison proposed that these females were mother-daughter units and the mother in some way inhibited the daughter from reproducing. Getz (1961) also found that subadults do not move from their home range before reaching sexual maturity. Other than these proposed mother-daughter units, territories remain exclusive with respect to other females during the breeding season. After reproductive shutdown in fall and winter, females will tolerate sons and other males in their nests (Madison, pers. comm.).

Home ranges of males may overlap those of several other males as well as those of several females (Getz, 1961; Madison 1980*c*; Webster and Brooks, 1981). Male ranges are three times larger than those of females (244 and 74 m², respectively; Madison, 1980*b*; see also Ambrose, 1969; Getz, 1961; Hamilton, 1937; Webster and Brooks, 1981). Home-range and territory sizes are inversely correlated with habitat quality and population density (Getz, 1961). Male home ranges are not well defined and may change daily; the greatest overlap occurs in the vicinity of estrous females (Getz, 1961; Madison, 1980*b*; Webster and Brooks, 1981).

The mating system of meadow voles appears to be promiscuous with males competing for access to females (Madison, 1980*a*, 1980*c*).

BLM_0052391

TABLE 2
DIFFERENT PARAMETERS OF THE SOCIAL ORGINIZATION OF SEVERAL *Microtus* SPECIES

| | Mating system | Social system | | Communal winter nesting | Food storing | References |
| | | Males | Females | | | |
|---|---|---|---|---|---|---|
| *M. californicus* | Polygynous/facultative monogamy | Territorial | Territorial | ? | Yes (lab) | Lidicker (1973, 1979, 1980; Pearson (1960) |
| *M. montanus* | Polygynous/facultative monogamy | Territorial | Territorial | ? | ? | Jannett (1977, 1978a, 1980, 1982) |
| *M. ochrogaster* | Monogamous | Territorial | Territorial | ? | Yes | Getz and Carter (1980); Getz et al. (1981); Thomas and Birney (1979) |
| *M. pennsylvanicus* | Promiscuous | Home range | Territorial | Yes | Yes | Getz (1961, 1972, 1978); Madison (1978, 1980a, 1980b, 1980c, 1981); Madison et al. (1984); Webster and Brooks (1981) |
| *M. pinetorum* | Promiscuous within communal group | (Male, female, and offspring communal territories) | | Yes | ? | Fitzgerald and Madison (1981, 1983) |
| *M. richardsoni* | Promiscuous/polygynous | Home range | Territorial | ? | ? | Ludwig (1981) |
| *M. xanthognathus* | Polygynous | Territorial | Home range | Yes | Yes | Wolff (1980); Wolff and Lidicker (1980, 1981) |

BLM_0052392

Based on spatial distribution and sequential use of live-traps, Reich and Tamarin (1980) found that female meadow voles avoided each other, and were indifferent towards males. Males, on the other hand, did not avoid each other, and were attracted to females. Webster and Brooks (1981) reported five male voles coming into the territory of an estrous female with four attempting to copulate with her. Using multiple-capture live-traps, Getz et al. (1981) caught male-female pairs in only 1.8% (128) out of 7,104 captures. No male-female pair was ever recaptured in the same trapping session or at other trap stations. Using radiotelemetry, Madison (1980a) located 100 voles over 14,000 times and had no instances of nest cohabitation or pair-bonding. Space use patterns of adults and lack of multiple captures of male-female pairs suggest a lack of external well-developed social grouping among adults during the summer breeding season.

Females appear to exhibit some choice in mate selection. Madison (1980c) proposed two possible strategies for mate selection by female meadow voles. One, supported by the observation of Webster and Brooks (1981), is that vocalization by a female may attract a known resident male who chases off "low quality" suitors. Thus, the female may assess male quality as a result of male-male competition. Secondly, Madison proposed that it may be advantageous for females to mate with all suitors to encourage their confidence of paternity. Males who are potentially sires of these offspring would be inhibited intrinsically from committing infanticide.

Multiple inseminations may also be a strategy to increase genetic variation and adaptation in littermates as suggested for ground squirrels (Hanken and Sherman, 1981). The benefits of secondary matings accruing to males as a result of sperm competition must also be considered (Dewsbury and Baumgardner, 1981).

*Montane voles (*Microtus montanus*).*—The social organization of montane voles has been studied extensively in the laboratory and in fields of northwestern Wyoming by Jannett (1978a, 1978b, 1980, 1981a, 1981b). The social structure of montane voles is based on male and female territoriality and a variable mating system ranging from polygyny to facultative monogamy (Jannett, op. cit.) (Table 2).

Using a variety of field techniques including live-trapping, tracking animals implanted with irradiated tantalum ($^{182}$TA) wires, and manipulating populations in an enclosure, Jannett found that dur-

348   *Wolff*

ing the breeding season parous female montane voles were intra-sexually territorial. Females maintained exclusive areas and drove away other females, but they did not drive away males or their own young. Adult males also maintained stable territories that were mutually exclusive of other territorial males, but that overlapped those of one or more females. Males shifted their activity within their territories to be in the vicinity of estrous females. Males and females are not known to co-nest (Jannett, 1982).

The use of space and territorial maintenance by females varies with population density (Jannett, 1980). In low-density areas where the chances of reestablishment are high, parous females abandon their young and maternal nest site and set up a new territory in a new area, while the young remain in the natal area. At high densities there is little vacant habitat available, and females continue to nest with juveniles from one or two litters; they do not desert their home site. Abandonment of the brood nest by the dam also may occur, as suggested by anecdotal observations, in *M. pennsylvanicus* (Getz, 1961; Hamilton, 1941; Madison, 1978; Myers and Krebs, 1971), *M. ochrogaster* (Myers and Krebs, 1971), *M. oeconomus* (Tast, 1966), and in two Old World species, *M. arvalis* (Frank, 1957) and *M. agrestis* (Myllymäki, 1977).

Female montane voles apparently mate with only one familiar male, but do not form a monogamous pair bond. Paternal behavior, such as sitting on the pups, licking pups, and manipulating nesting material, has been observed in the laboratory, but this is not necessarily indicative of monogamy in the wild (Hartung and Dewsbury, 1979*b*). Polygyny appears to be a common mating system in montane voles, although facultative monogamy obviously occurs at low densities.

*Prairie voles (*Microtus ochrogaster*).*—Although the mating system and social organization of prairie voles has not been documented in the field, the circumstantial evidence obtained from laboratory studies on parental care and mating behavior presents a strong case for monogamy. (Getz and Carter, 1980; Gray and Dewsbury, 1973; Thomas and Birney, 1979).

Thomas and Birney (1979) recorded monogamous mating in 26 of 27 groups observed in the laboratory. In only one case did they observe a polygynous mating. In this case, the two females nursed communally and co-nested with litters of different ages. Gray and Dewsbury (1973) and Dewsbury (1981) found that prairie voles

BLM_0052394

failed to demonstrate the Coolidge effect (when a satiated male does not copulate with a new estrous female). This suggests that male prairie voles are not promiscuous by nature, but rather pair-bond with one female at a time.

In dyadic encounters in the laboratory, males and females from breeding pairs tended to show high levels of aggression toward unfamiliar animals of the opposite sex, but never toward each other (Getz et al., 1981). The male played the prominent role in attacking both male and female strangers (Getz and Carter, 1980). Introduction of a new male to caged females caused abortion in pregnant females (Stehn and Richmond, 1975). Females will accept a strange male only if the stud male is killed or removed (Getz et al., 1981).

Male and female prairie voles contribute equally to care of the young with the exception of lactation (Getz and Carter, 1980; Getz et al., 1981; Thomas and Birney, 1979). Paternal activities include nest and runway construction, food caching, and grooming, retrieving, and brooding the young. In eight out of 45 litters observed, males constructed a second nest and brooded part of the litter while the female brooded the remaining young in the primary nest (Thomas and Birney, 1979). In these cases, the litters that were separated into two nests were larger on average (3.5 pups/litter) than young kept in a single nest (2.5 pups/litter).

In *M. ochrogaster,* older pups frequently stay in the nest and groom, retrieve, and brood neonates from a succeeding litter (Getz and Carter, 1980; Getz et al., 1981; Thomas and Birney, 1979). Maternal care of the second litter is significantly less than that devoted to the first litter. Baby-sitting by the older litter, therefore, allows the breeding female more time for feeding and other activities away from the nest (Getz and Carter, 1980).

The only field study which examined the social structure of prairie voles was conducted by Getz et al. (1981). Using multiple-capture live-traps, Getz et al. captured male-female pairs together in 13.2% (1,664 out of 12,565) of their total captures. Multiple captures of males and females do not occur in a promiscuous species such as meadow voles. Getz and his colleagues found that these male-female associations persisted through the non-breeding season indicating a long-term pair bond.

*Taiga voles (*Microtus xanthognathus*).*—The only studies on the social system of taiga voles are those of Wolff (1980) and Wolff and Lidicker (1981). During the breeding season the social orga-

BLM_0052395

nization of taiga voles is based on male territoriality and a polyg-ynous mating system (Table 2). The social system fits the model for resource-defense polygyny (Emlen and Oring, 1977). Based on a mark-recapture live-trapping study, Wolff (1980) found that males occupied well-defined territories. An average of two to four females had overlapping home ranges within the territory of each male. On two occasions, two pregnant females were caught together in the same trap. This does not occur in species in which females are territorial (for example, in *M. pennsylvanicus*; Getz et al., 1981).

Little evidence is available on mating behavior and paternal care in taiga voles. I have observed males in the laboratory mate with as many as three females in one day, indicating that multiple mat-ings do occur. According to Dewsbury (1981), multiple matings are indicative of polygynous or promiscuous mating. I have observed males nesting with lactating females, but have not observed any paternal behaviors as described for prairie voles (Thomas and Bir-ney, 1979). I have observed females retrieving young and tucking them under the male, but the male played no active role in retriev-ing or grooming the young.

*Pine voles (*Microtus pinetorum*).*—Anecdotal evidence by Paul (1970) and Boyette (1966) suggested that pine voles were "loosely colonial" or occurred in locally abundant aggregations (Benton, 1955; Hamilton, 1938). The most conclusive data on spacing, move-ments, and social organization of pine voles has been provided by a radiotelemetry and live-trapping study (Fitzgerald and Madison, 1981, 1983). Pine voles occur in apple orchards and their ecology and behavior are closely tied to the spacing of apple trees. Fitzgerald and Madison found that pine voles existed in discrete non-overlap-ping family units with an average of 4.2 individuals per unit ($n = 20$). Each family had a discrete non-overlapping territory with neighboring family units. The average family unit consisted of 1.9 adult scrotal males, 1.2 adult females, 0.7 subadult and juvenile males, and 0.4 subadult and juvenile females. Home ranges of fam-ily members overlapped extensively. All family members utilized one or two communal nests within the family territory and all of the members commonly used the same nest at the same time.

Fitzgerald and Madison (1981, 1983) found that home ranges of pine voles were linear with an average width for both males and females of 3 m (conforming to the approximate drip-line of the trees within a row). The average family unit occupied a territory

BLM_0052396

14.7 m long and 3.1 m wide. Home-range size averaged 44.7 m² for males and 41.7 m² for females. Fitzgerald and Madison (1981, 1983) concluded that each family was a discrete unit with little movement between family ranges. They recorded movement between territories in only 25 out of over 7,500 telemetry positions. Only six individuals moved permanently from one group to an adjacent group.

The mating system of pine voles has not been studied directly in the laboratory or in the field, but it has been inferred from radiotelemetry and live-trap data (Fitzgerald and Madison, 1981, 1983). The mating system of pine voles appears to be flexible, covering monogamy, polygyny, and even polyandry. The genetic relationships between and among breeding males and females in a family unit have not been determined. However, based on extensive trapping and radiotelemetry, the constituents of the group appear to be the founding pair and their mature (and immature) offspring.

*Water voles (*Microtus richardsoni*).*—Several aspects of the social organization of water voles have recently been elucidated in a live-trapping and radio-tracking study conducted by Ludwig (1981) in west-central Alberta, Canada. Water voles have linear home ranges along streams (see also Anderson et al., 1976; Pattie, 1967). Home ranges of adult females are about 94 m long and 10 m wide and exhibit minimal or no overlap with other females. Mean home-range size for males is 332 m by 10 m and home ranges overlap those of other males and from one to four females. Female ranges are overlapped by one to three males. Home ranges for females are fairly stable throughout the breeding season and apparently are territories. Ludwig recorded one instance of male-female cohabitation which lasted a short time, but most voles nest singly. Based on male and female spacing patterns in the field, it appears as though water voles exhibit a promiscuous or polygynous mating system. The social organization of *M. richardsoni* is apparently very similar to that of *Arvicola terrestris* (Stoddart, 1970).

*California vole (*Microtus californicus*).*—The social biology of the California vole has been reviewed by Lidicker (1980), who made reference to his earlier works (Lidicker, 1973, 1976, 1979) and those of Stark (1963), Pearson (1960), and Kenney et al. (1979). Lidicker concluded that the California vole is a "social moderate, avoiding the monogamous rigidity of *M. ochrogaster* on the one hand (Getz and Carter, 1980; Thomas and Birney, 1979) and the ramp-

BLM_0052397

352    *Wolff*

ant polygyny or promiscuity of *M. xanthognathus* and *M. pennsylvanicus* on the other (Wolff, 1980; Madison, 1980c)."

Territorial behavior seems well developed in both sexes. Adult males have larger home ranges than do females (Batzli and Pitelka, 1971; Krebs, 1966; Lidicker, 1973), although both sexes have approximately the same size core areas where they spend over 85% of their time (Ford and Krumme, 1979). Unbalanced sex ratios in free-ranging populations suggest that one male may be mating with more than one female.

Lidicker (1976, 1979) introduced seven populations of California voles consisting of two or three pairs into $10 \times 10$-m enclosures. In five cases, fighting was intense; no reproduction occurred until a single pair remained. In one instance, one male and two females survived the initial fighting. Females divided up the enclosure, and both reproduced successfully while the male moved throughout. In the final case, two pairs persisted, dividing up the enclosure into two approximately equal territories. Six out of these seven cases resulted in monogamous matings. In a plastic runway system in the laboratory, adult males have been observed driving away and sometimes killing females that are not their mates (Lidicker, 1980).

Using automatic cameras placed in vole runways, Pearson (1960) found that: 1) individual runways were used by family groups ranging in number from 2 to 12 ($\bar{X} = 6$); 2) family groups consisted of an adult male and one or more females and their young; and 3) there was very little interchange of individuals among runway systems. This evidence further suggests that the mating system of California voles is bordering on monogamy-polygyny.

Only fragmentary information is available regarding paternal care of young. Brooding of young by fathers has been reported by Hatfield (1935) and Hartung and Dewsbury (1979b). In captivity, males gather nesting material and retrieve and manipulate nestlings; furthermore, lactating females are not antagonistic to their mates (Hartung and Dewsbury, 1979b; Lidicker, 1980). Given the opportunity, however, adult males will cannibalize nestlings which are not their own offspring (Lidicker, 1980).

Lidicker (1980) concluded that the basic social unit is the family group. Monogamy occurs at low densities and may be facultative as opposed to obligate (Kleiman, 1977). Polygyny occurs and may be the prevailing pattern at high densities. Weak pair-bonding occurs, but it is not the pair bond typical of monogamous species.

BLM_0052398

Dewsbury (1981) has proposed a "monogamy scale" by which rodent mating systems can be predicted by measuring a series of correlates derived from a variety of sources. Characteristics that appear to be correlated with monogamy include: sexual monomorphism (see also Dewsbury et al., 1980), latency to initiate copulation, allogrooming of female by the male, low number of ejaculations prior to satiety, lack of the Coolidge effect, lack of copulatory plugs, low reproductive potential, paternal behavior and pair-bonding, low rate of physical maturation, and delayed rate of sexual maturation. The converse of these characteristics are indicative of promiscuous or polygynous mating systems.

Based on the monogamy scale, Dewsbury predicted that *M. pinetorum*, *M. ochrogaster*, and *M. californicus* would be most likely to display monogamy and *M. montanus* and *M. pennsylvanicus* to be least likely. *Microtus xanthognathus*, *M. canicaudus*, *M. oeconomus*, and *M. montanus* fall somewhere between these two extremes on the scale. Evidence gathered from field studies is largely supportive of this model.

*Copulatory Behavior*

Descriptions of copulatory behavior and discussions on the adaptive significance of copulatory patterns in *Microtus* have been reported for *M. californicus* (Kenney et al., 1978), *M. montanus* (Dewsbury, 1973), *M. ochrogaster* (Gray and Dewsbury, 1973), *M. pennsylvanicus* (Gray and Dewsbury, 1975; Gray et al., 1977), *M. pinetorum* (Dewsbury, 1976), and *M. canicaudus*, *M. oeconomus*, and *M. xanthognathus* (Dewsbury, 1982). The basic motor pattern of copulation in all *Microtus* species includes the following. The male mounts the female from behind, grasping her flanks with his forepaws. Concommitantly, the female assumes a lordotic posture. On mounting, the male executes a series of short, rapid pelvic movements and vigorously palpates the females flanks. Extra-vaginal thrusting usually occurs before intromission, which is then followed by intra-vaginal thrusting. Ejaculation occurs at the terminal portion of certain intromissions, usually following several intra-vaginal thrusts. Non-copulatory behaviors such as running, sniffing partner, nuzzling, sparring, genital grooming, general grooming, and locomotory-exploratory behavior commonly occur between copulatory bouts.

The number of ejaculations, mounts, intromissions, thrusts per intromission, and time intervals between each behavior vary considerably between species. For instance, *M. montanus* and *M. ochrogaster* exhibit multiple intromissions followed by multiple ejaculations, whereas *M. pennsylvanicus*, *M. californicus*, and *M. pinetorum* exhibit a single intromission followed by multiple ejaculations. The mean number of ejaculations prior to satiety range from 2.0 in *M. ochrogaster* (Gray and Dewsbury, 1973) to 5.0 in *M. montanus* (Dewsbury, 1973) and 5.9 in *M. pennsylvanicus* (Gray and Dewsbury, 1975). The mean time interval between intromissions within a given ejaculatory series was 14.8 s in *M. montanus* (Dewsbury, 1973) and 32.9 s in *M. pennsylvanicus* (Gray and Dewsbury, 1975). *Microtus montanus* and *M. pennsylvanicus* exhibit the Coolidge effect, whereas *M. ochrogaster* does not (Dewsbury, 1981).

*Communal Winter Nesting and Food Storing*

Communal winter nesting and storing food in the vicinity of the nest occur in several species of *Microtus* (Table 2). These behaviors, which appear to be more common at northern than at southern latitudes, are apparent adaptations for overwintering in cold environments. The energetic gains from communal nesting have been well documented (Beck and Anthony, 1971; Gebczynska and Gebczynski, 1971; Wiegert, 1961; Wrabetz, 1980). West and Dublin (1984) and Madison et al. (1984) provide reviews on communal nesting in small mammals. Communal nesting consists of group living in which 5–10 or more individuals co-nest during part of the year. Communal nesting does not normally occur during the reproductive season (except in pine voles; Fitzgerald and Madison, 1981, 1983), but is rather common during the non-reproductive season, usually winter. Food storage consists of collecting and storing food in a food cache which is then eaten during the subsequent inclement period.

Communal winter nesting of non-reproductive individuals of mixed sex and age groups has been reported in meadow voles (Madison et al., 1984; Webster and Brooks, 1981). Madison et al. (1984) found that winter communes of *M. pennsylvanicus* consisted of non-overlapping maternal families in early winter and shifted to mixed non-lineage groups during late winter. They found that winter communal nesting did not always occur, but was dependent on

ambient temperature and snowfall. Communal nesting was not found during the summer breeding season, but females tolerate sons and fathers in their nests in late fall.

Winter food caching by meadow voles (*M. pennsylvanicus*) has been reported on a number of occasions (Bailey, 1920; Gates and Gates, 1980; Hatt, 1930; Lantz, 1907; Riewe, 1973). Caches contained fruits of *Falcata comosa*, and tubers of *Helianthus tuberosus* (Bailey, 1920), roots of *Convolvulus sepium* (Lantz, 1907), and leaves and roots of *Leontodon autumnalis* and *Trifolium* spp. (Riewe, 1973). Gates and Gates (1980) described a meadow-vole food cache consisting of underground parts of *Potentilla canadensis, Viola papilionacea,* and *Ranunculus bulbosa.* Food hoarding and communal nesting in non-reproductive individuals is probably the typical behavior pattern of *M. pennsylvanicus* in winter, and no doubt occurs in many other species of *Microtus* as well.

Communal winter nesting in groups of 5–10 individuals also occurs in taiga voles (Wolff, 1980; Wolff and Lidicker, 1981). An underground food cache that contains rhizomes of *Equisetum* and *Epilobium* is located adjacent to the nest. The nest and food cache are frequently located about 30 cm under the ground, often under a tangled mass of branches, roots, or a fallen log. Nests have up to five entrances, whereas the food cache has a single access from the nest. Food is collected and stored from mid-August to mid-September. Taiga voles remain active all winter, but over 90% of their food consists of rhizomes stored in the food cache and the remainder is obtained from foraging under snow (Wolff and Lidicker, 1980).

Each communal group consists of an average of 7.1 individuals of mixed sex and age groups (Wolff and Lidicker, 1981). Communal groups may contain sisters but most group members do not appear to be siblings or parent-offspring groups. Wolff and Lidicker (1981) concluded that communal winter nesting was a thermoregulatory behavior adapted to survival in severe boreal climates. Communal nesting with non-relatives may be a mechanism to reduce predation on family units or to reduce the chance of inbreeding (Wolff, 1980; Wolff and Lidicker, 1981).

The singing vole (*M. miurus*) is also known to nest communally and store food (Murie, 1961). Singing voles build haypiles which consist of fireweed (*Epilobium*), horsetail (*Equisetum*), coltsfoot (*Petasites*), willow leaves (*Salix*), mountain avens (*Dryas*), lupine (*Lupinus*), sage (*Artemisia*), pyrola (*Pyrola*), and grass (*Calamagrostis*).

BLM_0052401

356   *Wolff*

These plant parts are clipped and layered over rocks or in lower branches of willow clumps to dry before being cached underground. The size of these haypiles may range from a handful to over a bushel (Murie, 1961).

Communal groups of prairie voles are known to occur in field populations (Criddle, 1926; Fitch, 1957), but they have not been studied in detail. Prairie voles are known to store food in the field (Hamilton and Whitaker, 1979; Jameson, 1947) and in the laboratory (Lanier et al., 1974). Thomas and Birney (1979) observed reproductively active prairie voles of both sexes and all age groups caching food in the laboratory. Food was stored both before and after the birth of a litter.

Food caches are not known for *M. californicus* (Stark, 1963), but food and nesting material are sometimes hoarded in captivity (Lidicker, 1980). Pearson (1960) observed California voles carrying blades and stems of grass, herbs (*Rumex*), and wild oats (*Avena*) at all times of the year. Whitaker and Martin (1977) have some field and laboratory evidence for food storing in *M. chrotorrhinus*. *Microtus oeconomus* stores rhizomes of *Equisetum* (Wolff, 1984). *Microtus brandti,* an apparent colonial species from the Old World, also stores food (Naumov, 1972, *in* Anderson, 1980).

*Olfactory Communication*

Many species of *Microtus* possess enlarged modified sebaceous glands on the posterolateral portion of the body which are used for scent-marking. In *Microtus,* these glands are present either on the flanks or hips, or do not occur at all (Quay, 1968; Table 3). Although scent glands do not normally occur in *M. pennsylvanicus* and *M. longicaudus,* Jannett (1975) was able to induce their development by administering testosterone to mature males. Tamarin (1981) reported one incidence of gland development in a 73-g scrotal male *M. pennsylvanicus* from an outdoor enclosure and Jannett (1975) caught one adult scrotal male *M. longicaudus* that had visible hip glands. However, Boonstra and Youson (1982) reported the regular occurrence of hip glands in *M. pennsylvanicus* in Ontario.

In species that have them, scent glands are more prevalent in males than females. Glands begin to develop at the time of sexual maturity and regress during the non-breeding season (Howell, 1924; MacIsaac, 1977; Wolff and Lidicker, 1980).

Scent-marking (the deposition of glandular secretions) has been

BLM_0052402

TABLE 3

SUMMARY OF SCENT-GLAND INFORMATION FOR NEW WORLD *Microtus* SPECIES WHERE
ADEQUATE DATA ARE AVAILABLE. GLAND LOCATION IS ACCORDING TO QUAY (1968)

| | Gland location | | Sex | Scent mark-ing de-scribed | Reference for scent marking |
|---|---|---|---|---|---|
| | Hip | Flank | | | |
| *M. abbreviatus* | | X | M | | |
| *M. californicus* | X | | M | X | Lidicker (1980) |
| *M. chrotorrhinus* | X | | M, ? | | |
| *M. miurus* | | X | M, F | X | Youngman (1975) |
| *M. montanus* | X | | M | X | Jannett and Jannett (1974) |
| *M. oeconomus* | X | | M, F | | |
| *M. richardsoni* | | X | M, F | X | Jannett and Jannett (1974, 1981) |
| *M. townsendii* | X | | M, F | X | MacIsaac (1977) |
| *M. xanthognathus* | | X | M, F | X | Wolff and Johnson (1979) |

described for a few select species. Taiga voles scent-mark by scratching the flank glands with their hindfeet, which stimulates the flow of sebum from the gland (Wolff and Johnson, 1979). The gland is then rubbed on the surface of objects in the environment. Males mark more frequently than do females and marking occurs more in strange environments than in home cages. Scent-marking in taiga voles is apparently used for individual recognition, to indicate reproductive condition, and for marking territorial boundaries (Wolff and Johnson, 1979).

In *M. richardsoni,* glands begin to develop in young as small as 19 g and reach a peak in July (males) or July–August (females) (Jannett and Jannett, 1974; Ludwig, 1981). Glands in males are 2–3 times larger than in females and are positively correlated with body weight. When glands are functional, the hair covering the raised gland is greasy and matted down. At the end of the breeding season the gland regresses and becomes nonfunctional.

Jannett and Jannett (1974, 1981) described two distinct marking patterns in which the flank gland secretions were deposited. Drum-marking involved raking the feet over the glands; flank-rubbing involved rubbing the flank gland against objects in the environment. Both behaviors are more common in males than in females and do

BLM_0052403

358   *Wolff*

not occur in juveniles. The behaviors and the context in which they are used are similar to those described for *M. xanthognathus* (Wolff and Johnson, 1979) and *Arvicola terrestris* (Stoddart, 1970).

Flank glands, similar to those described for *M. xanthognathus* and *M. richardsoni,* also occur in singing voles, *M. miurus* (Youngman, 1975). Sexually excited males scratch these glands with their hindfeet when the gland becomes hypertrophied during the breeding season. Females apparently recognize males and assess their reproductive condition by smelling these glands (Youngman, 1975).

MacIsaac (1977) also showed a correlation between hip-gland development and reproductive condition in male Townsend's voles (*M. townsendii*). He found a positive correlation between testes weight and hip-gland size. MacIsaac also noted that a greater proportion of breeding females possessed hip glands than did nonbreeding females. MacIsaac described scent-marking behavior in Townsend's voles: "marking action consists of three distinct figure-eight motions of the hips. In each instance, the hips touched the upper sides of the plexiglas tube," presumably depositing sebum on the walls of the tube. A similar form of marking behavior has been recorded for montane voles, *M. montanus* (Jannett and Jannett, 1974).

Hip glands are present in some male California voles (*M. californicus*) and their activity is correlated with reproduction (Lidicker, 1980). Lidicker assumed hip glands had a social function though he was not able to discern its exact nature. California voles have been observed swaggering from side to side in plastic tunnels apparently rubbing their hips on the walls of the tube. *Microtus montanus* has also been observed raising its hips in a tunnel (Jannett and Jannett, 1974).

Jannett (1981*b*) discussed the evolutionary significance of scent glands of *M. montanus* in a social context. He found that agonistic attacks between males were directed more at glands than other parts of the body. More wounding in glandular than non-glandular areas also has been reported in *M. townsendii* (MacIsaac, 1977), *M. californicus* (Lidicker, 1980), and *M. oeconomus* (Quay, 1968). Jannett (1981*b*) concluded that scent glands are indicative of a type of social organization and are used in territorial defense. Males of both *M. xanthognathus* (Wolff, 1980; Wolff and Johnson, 1979) and *M. montanus* have well-developed posterolateral scent glands and marking behaviors and both species are territorial and polygynous

BLM_0052404

(Jannett, 1981*b*). Neither *M. ochrogaster* nor *M. pennsylvanicus* appear to have well-developed posterolateral scent glands and their other glands are relatively small (Jannett, 1980; but see Boonstra and Youson, 1982); neither has stable polygynous relationships (Getz and Carter, 1980; Madison, 1980*c*). In non-territorial species, or during non-breeding seasons, glands may be a "behavioral load" (Jannett, 1981*b*) and either have been selected against or regress as a mechanism to reduce aggression and promote sociality (Clarke and Frearson, 1972; Jannett, 1981*b*; Wolff, 1980, 1984; Wolff and Lidicker, 1981).

Scent-marking by dragging the anogenital region on the substrate has been reported for male taiga voles, *M. xanthognathus* (Wolff and Johnson, 1979) and montane voles, *M. montanus* (Jannett, 1981*b*). Reich and Tamarin (1980) found that male *M. pennsylvanicus* and *M. breweri* were attracted to the scent of females, but not the reverse. Deposition of droppings into scat piles or latrine sites also seems to have a communicatory significance. Wolff (1980) reported that taiga voles deposited scat piles at junctions of runways and along borders of territories. He also noted that in the laboratory, dominant males had 2–3 scat piles in a 2 × 3-m enclosure. They also were used by pregnant or lactating females, but not by non-reproductive females or subordinate males. Jannett (1981*b*) found that scat piles of adult male *M. montanus* were concentrated in the vicinities of brood nests of females in their territories. He also found that non-territorial adult males do not scent-mark during the non-breeding season. Scat piles or latrine sites also have been reported for *M. richardsoni* (Ludwig, 1981), *M. miurus* (Murie, 1961), *Arvicola terrestris* (Stoddart, 1970), *M. chrotorrhinus* (Martin, 1971), *M. pennsylvanicus, M. oeconomus,* (Wolff, pers. observ.); they probably occur in most other *Microtus* species as well.

*Vocalization*

Several types of vocalizations have been reported for *Microtus*; they serve a variety of communicatory functions. D. Colvin (1973) recorded vocalizations by free-ranging *M. montanus* and *M. longicaudus* that were engaged in an agonistic encounter. He also recorded vocalizations of each species in both offensive and defensive behaviors during dyadic aggressive encounters in the laboratory. Caplis (1977, *in* Madison, 1980*c*) found that *M. pennsylvanicus*

BLM_0052405

360   *Wolff*

was more apt to vocalize in defensive than in offensive displays. Vocalizations during agonistic encounters also have been recorded for *M. montanus* (Jannett, 1981b), *M. californicus, M. ochrogaster* (D. Colvin, 1973; Househecht, 1968), *M. oeconomus,* and *M. xanthognathus* (pers. observ.). These vocalization patterns, which are qualitatively similar and occur under similar conditions, probably characterize most, if not all, *Microtus* species.

Wolff (1980) described a high-pitched vocalization by taiga voles (*M. xanthognathus*) which he has interpreted as an alarm call. The call is ventriloquial, making it hard to locate in the field. The calls are given by males and females of all age groups and are most common during the breeding season and again in fall, primarily around nesting areas. Similar calls have been reported for the singing vole (*M. miurus*), and the context in which they are given appears similar to *M. xanthognathus* (Youngman, 1975).

M. Colvin (1973) discussed the structure and function of ultrasound production in neonates of five *Microtus* species (*M. pennsylvanicus, M. montanus, M. californicus, M. longicaudus,* and *M. ochrogaster*). She concluded that stressed neonates used ultrasounds to elicit parental care. Neonates subjected to stress (for example, cold) produced ultrasounds that elicited a warming response by their mother. The intensity and frequency of calling were most pronounced during early development and decreased with age of neonates (DeGhett, 1976).

*Agonistic Behavior*

Agonistic behavior consists of a set of behavioral acts occurring in aggressive interactions which include all acts of aggression and submission (Wittenberger, 1981). Aggression, the most conspicuous and most studied component of agonistic behavior, includes a repertoire of behaviors in which one individual displays a physical act of fighting or threat of fighting toward an opponent to obtain dominance or access to females, food, space, or some other resource. The basic components of an encounter between two voles have been described by Banks and Fox (1968), Clarke (1956), D. Colvin (1973), Skirrow (1969), Tamura (1966), and Turner and Iverson (1973).

Clarke (1956) described and illustrated agonistic behavior in the Old World short-tailed vole (*M. agrestis*), which is probably similar for most if not all vole species. The basic dominant display involves

raising the body off the ground, tail extended straight and parallel to the ground, and ears cocked forward. This position is often accompanied by a raising of one or both forefeet and gnashing of the teeth. The typical submissive posture consists of lowering the body, sometimes rolling over in a supine position, ears flattened against the body or flopped downward, and tail raised slightly or sometimes in a sigmoid shape when the animal is in a defensive or retaliatory position. Jannett (1977) described a subordinate behavior of a *M. montanus* in which the animal remains quiet, with head held low, eyes partly closed, and ears somewhat flat. Clarke (1956) also described several other behaviors associated with aggressive encounters. These include: *digging,* simulated digging or tunneling activity in the sawdust or substrate; *marking time,* movement of legs while the body remains in place; *fidgeting,* general body movements; *waltzing,* rotating in place up to 360° while marking time; and *dancing,* rapid movements of feet with a sudden change in direction of the body. Autogrooming and toilet behaviors were also commonly observed during agonistic encounters, especially by subordinate animals.

D. Colvin (1973) classified the basic components of an encounter into nine functional categories: approach, offense, attack, chase, defense, retreat, vocalization, box, and wrestle. This classification is similar to that described for collared lemmings, *Dicrostonyx torquatus* (Allin and Banks, 1968). Turner and Iverson (1973) added several behavioral components to this list, some of which were not aggressive behaviors: time together, naso-anal, grooming self, following, mutual upright, threat, fighting, and submissive. Rothstein (1976) and Skirrow (1969) presented more detailed descriptions of microtine behaviors.

These behaviors have been observed in the laboratory, but are quite stereotyped and are likely to occur in a similar pattern in a natural setting. Aggressive encounters have been observed in the field on several occasions. D. Colvin (1973) recorded five of these behaviors in an agonistic encounter that he observed in the field between an adult male *M. montanus* and an adult male *M. longicaudus.* These behaviors included vocalization, chase, retreat, attack, and wrestle. Madison (1980c) documented 35 behavioral interactions between adult *M. pennsylvanicus* in natural populations. Nine of these interactions were between females, one between males, and seven involved females rejecting the advances of males. Madison

362   *Wolff*

concluded that behavioral interactions involving defense of space were most common among females, whereas aggression involving males was usually associated with competition for mates. Similar results have been found by Webster (1979).

Caplis (1977, *in* Madison, 1980c) studied aggressive behavior of reproductively active male and female meadow voles in dyadic encounters in the laboratory. She found that males and females exhibited the same level of aggressive activity, but males exhibited more open conflict than females, and females exhibited more non-contact threat displays than males. Both males and females exhibited less aggression when paired with neighbors than when paired with strangers. Neighbor recognition implies a form of "social order" or "kin recognition" among free-ranging voles (Madison, 1980c).

Wounding patterns have been used on various occasions as an indirect measure of aggression (Christian, 1971; Getz, 1972; Rose, 1979; Rose and Gaines, 1976; Turner and Iverson, 1973). Madison (1980c) summarized the results of several studies on *M. pennsylvanicus* as follows. Christian (1971) found that wounding in meadow voles is 1) frequent among males and almost non-existent among females, 2) linked to sexual activity among males (immature males were rarely attacked), and 3) dependent on density among sexually mature males. Rose (1979), on the other hand, found 1) considerable wounding among females as well as males, 2) wounding during breeding and non-breeding seasons, and 3) no density dependence in wounding among males or females. Turner and Iverson (1973) found that 1) aggressive acts (primarily threats, vocalizations, mutual uprights, and tail wounding) increased in frequency as males became reproductively active and decreased in frequency as the breeding season ended, 2) submissive behaviors were most common early in the reproductive period, 3) allogrooming was most common when juveniles were in the population, 4) adult males were more aggressive than young of the year, and 5) residents were more aggressive than nonresidents. Getz (1972) found 1) no indication of greater antagonism between adult males than between adult females or between males and females, 2) no significant antagonism between adult and immature males, and 3) no indication of lasting male-female pair formation. Miller (1969) found that males were more aggressive than females.

In *M. ochrogaster,* wounding is more frequent in males (32.6%)

BLM_0052408

than in females (18.3%) and is the most intense during the reproductive period (Rose and Gaines, 1976). Wounding was more common in medium-sized males and large females than in small nonreproductive males or females. In *M. richardsoni,* adult males also show more signs of wounding than females (64% versus 20%, respectively) (Ludwig, 1981). In *M. montanus,* fighting is most intense in adult males following snowmelt just prior to the breeding season and establishment of territories (Jannett, 1981a).

Rose and Hueston (1978) documented some of the problems in using wounding as a measure of aggression. They found that 90% of wounds heal by 2–4 weeks and are undetectable, and by 8 weeks, all wounds are totally healed. Field measurements are therefore conservative and may vary seasonally; there is little wounding during the non-breeding season in winter when population densities are usually lower. Aggression also may vary with density, phase of population cycles, and between residents and dispersers (Krebs, 1970; Reich et al., 1982; Turner and Iverson, 1973). Although there are conflicting results in data on wounding and aggression, the points about which all studies agree is that wounding is more common among males than females and that this wounding reflects physical conflict associated with breeding activity (Madison, 1980c).

Patterns of aggression may vary between species, but within a species they follow a predictable pattern that is correlated with a particular type of social system. The social system, in turn, is based on several factors such as defensibility of resources (Emlen and Oring, 1977), polygyny-threshold models (Orians, 1969), and parental investment (Trivers, 1972). Within a species, if females are aggressive, they usually fight for space, whereas males may fight for space or females. In *M. pennsylvanicus,* a promiscuous species, females are territorial and males have large overlapping home ranges (Madison, 1980c). Females are aggressive toward other females in defense of territories and males are aggressive toward other males in the presence of estrous females. Estrous females are also aggressive toward males and may reject certain "low quality" males (Madison, 1980c). Aggression is reduced during winter when the animals are communally nesting (Webster, 1979). In a polygynous species such as *M. xanthognathus,* males are extremely aggressive and fight for territories (Wolff, 1980). Females, on the other hand, are aggressive toward strange males and strange females, but are amicable with other familiar females in the male's territory. During

BLM_0052409