364   *Wolff*

the non-breeding season, all animals are less aggressive and nest communally (Wolff and Lidicker, 1981).

The social system of California voles (*M. californicus*) ranges from monogamy to polygyny; both sexes are territorial (Lidicker, 1980). During the breeding season, adult male California voles are antagonistic toward each other, and females are amiable unless an adult male is present, in which case they fight (Lidicker, 1980). Adult males are sometimes aggressive toward (and may even kill) females that are not their mates. In *M. montanus,* patterns of aggression are apparently similar to those of California voles (Jannett, 1980, 1981*b*; Randall, 1978), and both species have a similar social system. In *M. ochrogaster,* which is monogamous and territorial, paired males and females are aggressive toward strangers of either sex (Getz, 1962; Getz et al., 1981; Miller, 1969; Thomas and Birney, 1979). Aggression in other species of voles has not been evaluated with regard to the species social system, but it is likely that predictable patterns will emerge that fit these models.

*Summary of Social Organization*

The social organization of microtines is the result of behaviors associated with courtship and mating, parental care, social structure (spacing patterns), aggression, and communication. Mating systems are commonly promiscuous (for example, *M. pennsylvanicus* and *M. richardsoni*), polygynous (for example, *M. xanthognathus, M. californicus,* and *M. montanus*), and rarely, but sometimes monogamous (*M. ochrogaster*). Mating systems may be facultative (*M. californicus* and *M. montanus*) or obligate (*M. ochrogaster*); some species exhibit one, two, or all three mating patterns, depending on the social environment. Species-specific copulatory patterns are apparently adaptive to particular social organization in specific habitats and also may be a reproductive isolating mechanism between similar sympatric species (Kenney et al., 1978). Paternal care may be an important component of monogamous species, but in most microtines it is minimal or non-existent. Most social groupings are mother-young units, but some species have extended families that include two or more generations in one nest (for example, *M. montanus, M. ochrogaster,* and *M. pinetorum*).

In some species only males are territorial (for example, *M. xanthognathus* and *M. agrestis*), only females (for example, *M. penn-*

BLM_0052410

*sylvanicus* and *M. richardsoni*) or both sexes are territorial (for example, *M. montanus, M. ochrogaster,* and *M. californicus*). *Microtus xanthognathus* and *M. richardsoni* live in patchy riparian habitats but exhibit different behavioral systems. The relationship between habitat and social structure of *M. montanus, M. californicus,* and *M. pennsylvanicus* is not clear, but see Jannett (1980), Lidicker (1980), and Madison (1980*c*) for interpretations. *Microtus ochrogaster* lives in a stable, relatively uniform habitat in which food is a limiting resource. These ecological conditions apparently select for monogamy, a strong pair bond, paternal care, and dispersal of young to reduce competition (Getz and Carter, 1980).

These behavioral systems are maintained by agonistic behavior. Aggression may be for defense of territories or for access to estrous females. Aggression and territoriality may also regulate population numbers (Getz, 1978; Jannett, 1981*b*; Madison, 1980*a*). Webster and Brooks (1981) suggest that social behavior and demography are closely integrated and it is essential to know the social-behavior characteristics of the species to understand its population dynamics. They concluded that "population dynamics of microtine rodents may be better understood by combining sociobiological investigation with the traditional demographic manipulation of 'black box' populations of voles."

Dispersal is another important aspect of microtine social biology (Lidicker, this volume). Dispersal following weaning may include all offspring, just male or just female offspring, or in some cases the dam may abandon her nest and leave it for her offspring. Communication, which is an essential component of maintaining social organization, may include scent-marking and production of pheromones associated with reproduction (Seabloom, this volume), establishment of dominance relations, or individual recognition. Vocalizations are used by neonates to elicit maternal care, as a threat or defensive behavior in agonistic encounters, or as an alarm signal to warn conspecifics.

In seasonal environments, overwintering behavioral strategies, such as communal nesting and food storing, are adaptations for survival in severe boreal climates. Communal nesting requires a different suite of behaviors than those used during the reproductive season, or by a social or territorial species. Although mammal social behavior is extremely labile (Wilson, 1975) and is subject to differential expression resulting from learning, developmental pro-

BLM_0052411

366   *Wolff*

cesses, and the social environment, predictable patterns do emerge in microtine socio-ecology. Because of these influences, social systems may vary between populations within a species, or between years within the same population. Relationships between social structure and ecological parameters have been postulated for several groups of mammals (Bradbury, 1980; Clutton-Brock and Harvey, 1977; Crook et al., 1976) and undoubtedly are relevant to microtine social organization (Anderson, 1980; Getz, 1978; Webster and Brooks, 1981). An understanding of microtine behavior is in its infancy, but is recognized as an essential and integral component of the life-history strategies of this mammal group.

## *Literature Cited*

ALLIN, J. T., AND E. M. BANKS. 1968. The behavioral biology of the collared lemming *Dicrostonyx groenlandicus* (Traill): I. Agonistic behavior. Anim. Behav., 16:245–262.

AMBROSE, H. W., III. 1969. A comparison of *Microtus pennsylvanicus* home ranges as determined by isotope and live trap methods. Amer. Midland Nat., 81:535–555.

————. 1973. An experimental study of some factors affecting the spatial and temporal activity of *Microtus pennsylvanicus.* J. Mamm., 54:79–100.

ANDERSON, P. K. 1980. Evolutionary implications of microtine behavioral systems on the ecological stage. The Biologist, 62:70–88.

ANDERSON, P. K., P. H. WHITNEY, AND J. P. HUANG. 1976. *Arvicola richardsoni:* ecology and biochemical polymorphism in the front ranges of southern Alberta. Acta. Theriol., 21:425–468.

BAILEY, V. 1920. Identity of the bean mouse of Lewis and Clark. J. Mamm., 1:70–72.

BANKS, E. M., AND S. F. FOX. 1968. Relative aggression of two sympatric rodents: a preliminary report. Comm. Behav. Biol., 2:51–58.

BATZLI, G. O., AND F. A. PITELKA. 1971. Condition and diet of cycling populations of the California vole, *Microtus californicus.* J. Mamm., 52:141–163.

BECK, L. R., AND R. G. ANTHONY. 1971. Metabolic and behavioral thermoregulation in the long-tailed vole, *Microtus longicaudus.* J. Mamm., 52:404–412.

BENTON, A. I. 1955. Observations on the life history of the northern pine mouse. J. Mamm., 36:52–62.

BOONSTRA, R., AND J. YOUSON. 1982. Hip glands in a field population of *Microtus pennsylvanicus.* Canadian J. Zool., 60:2155–2958.

BOYETTE, J. G. 1966. A behavioral study of the pine mouse, *Pitymys pinetorum pinetorum* (LeConte). Unpubl. Ph.D. dissert., North Carolina State Univ., Raleigh, 134 pp.

BRADBURY, J. W. 1980. Foraging, social dispersion and mating systems. Pp. 189–208, *in* Sociobiology: beyond nature/nurture (G. W. Barlow and J. Silverberg, eds.). Westview Press, Boulder, Colorado, 627 pp.

CHRISTIAN, J. J. 1971. Fighting, maturity, and population density in *Microtus pennsylvanicus.* J. Mamm., 52:556–567.

BLM_0052412

CLARKE, J. R. 1956. The aggressive behavior of the vole. Behaviour, 9:1–23.

CLARKE, J. R., AND S. FREARSON. 1972. Sebaceous glands on the hindquarters of the vole, *Microtus agrestis.* J. Reprod. Fert., 31:477–481.

CLUTTON-BROCK, T. H., AND P. H. HARVEY. 1977. Primate ecology and social organization. J. Zool., 183:1–39.

COLVIN, D. V. 1973. Agonistic behavior in males of five species of voles *Microtus.* Anim. Behav., 21:471–480.

COLVIN, M. A. 1973. Analysis of acoustic structure and function in ultrasounds of neonatal *Microtus.* Behaviour, 44:234–263.

CRIDDLE, S. 1926. The habits of *Microtus minor* in Manitoba. J. Mamm., 7:193–200.

CROOK, J. H., J. E. ELLIS, AND J. D. GOSS-CUSTARD. 1976. Mammalian social systems: structure and function. Anim. Behav., 24:261–274.

DALQUEST, W. W. 1948. Mammals of Washington. Univ. Kansas Publ., Mus. Nat. Hist., 2:1–444.

DeGHETT, V. J. 1976. The ontogeny of ultrasonic vocalization in *Microtus montanus.* Behaviour, 60:115–121.

DEWSBURY, D. A. 1973. Copulatory behavior of montane voles (*Microtus montanus*). Behaviour, 44:186–202.

———. 1976. Copulatory behavior of pine voles (*Microtus pinetorum*). Perceptual and Motor Skills, 43:91–94.

———. 1981. An exercise in the prediction of monogamy in the field from laboratory data on 42 species of muroid rodents. The Biologist, 63:128–162.

———. 1982. Copulatory behavior of three species of *Microtus.* J. Mamm., 63:306–309.

DEWSBURY, D. A., AND D. J. BAUMGARDNER. 1981. Studies of sperm competition in two species of muroid rodents. Behav. Ecol. Sociobiol., 9:121–133.

DEWSBURY, D. A., D. J. BAUMGARDNER, R. L. EVANS, AND D. G. WEBSTER. 1980. Sexual dimorphism for body mass in 13 taxa of muroid rodents under laboratory conditions. J. Mamm., 61:146–149.

DEWSBURY, D. A., D. L. LANIER, AND A. MIGLIETTA. 1980. A laboratory study in climbing behavior in 11 species of muroid rodents. Amer. Midland Nat., 103:66–72.

EMLEN, S. T., AND L. W. ORING. 1977. Ecology, sexual selection, and the evolution of mating systems. Science, 197:215–223.

EVANS, R. L., E. M. KATZ, N. L. OLSON, AND D. A. DEWSBURY. 1978. A comparative study of swimming behavior in eight species of muroid rodents. Bull. Psychonomic Soc., 11:168–170.

FITCH, H. S. 1957. Aspects of reproduction and development in the prairie vole (*Microtus ochrogaster*). Univ. Kansas Publ., Mus. Nat. Hist., 10:131–161.

FITZGERALD, R. W., AND D. M. MADISON. 1981. Spacing, movements, and social organization of a free-ranging population of pine voles *Microtus pinetorum.* Pp. 54–59, *in* Proceedings of the fifth eastern pine and meadow vole symposium (R. E. Byers, ed.). Gettysburg, Pennsylvania, 144 pp.

———. 1983. Social organization of a free-ranging population of pine voles, *Microtus pinetorum.* Behav. Ecol. Sociobiol., 13:183–187.

FORD, R. G., AND D. W. KRUMME. 1979. The analysis of space use patterns. J. Theor. Biol., 76:125–155.

FRANK, F. 1957. The causality of microtine cycles in Germany. J. Wildl. Mgmt., 21:113–121.

GATES, J. D., AND D. M. GATES. 1980. A winter food cache of *Microtus pennsylvanicus.* Am. Midland Nat., 103:407–408.

GEBCZYNSKA, Z., AND M. GEBCZYNSKI. 1971. Insulating properties of the nest and

BLM_0052413

368 *Wolff*

social temperature regulation in *Clethrionomys glareolus* (Schreber). Ann. Zool. Fennica, 8:104–108.

GETZ, L. L. 1961. Home ranges, territory and movement of the meadow vole. J. Mamm., 42:24–36.

———. 1962. Aggressive behavior of the meadow and prairie voles. J. Mamm., 43:351–358.

———. 1967. Responses of selected small mammals to water. Univ. Connecticut Occas. Papers, Biol. Sci. Ser., 1:71–81.

———. 1972. Social structure and aggressive behavior in a population of *Microtus pennsylvanicus*. J. Mamm., 53:310–317.

———. 1978. Speculation on social structure and population cycles of microtine rodents. Biologist, 60:134–147.

GETZ, L. L., AND C. S. CARTER. 1980. Social organization in *Microtus ochrogaster* populations. The Biologist, 62:56–69.

GETZ, L. L., C. S. CARTER, AND L. GAVISH. 1981. The mating system of the prairie vole, *Microtus ochrogaster:* field and laboratory evidence for pair-bonding. Behav. Ecol. Sociobiol., 8:189–194.

GRAY, G. D., AND D. A. DEWSBURY. 1973. A quantitative description of copulatory behavior in prairie voles (*Microtus ochrogaster*). Brain Behav. Evol., 43:351–358.

———. 1975. A quantitative description of copulatory behavior in meadow voles (*Microtus pennsylvanicus*). Anim. Behav., 23:261–267.

GRAY, G. D., A. M. KENNEY, AND D. A. DEWSBURY. 1977. Adaptive significance of the copulatory behavior pattern of male meadow voles (*Microtus pennsylvanicus*) in relation to induction of ovulation and implantation in females. J. Comp. Physiol. Psych., 91:1308–1319.

HAMILTON, W. J., JR. 1937. Growth and life span of the field mouse. Amer. Nat., 71:500–507.

———. 1938. Life history notes on the northern pine mouse. J. Mamm., 19:163–170.

———. 1941. Reproduction of the field mouse *Microtus pennsylvanicus* (Ord.). Cornell Univ. Agric. Exp. Sta., Mem., 237:1–23.

HAMILTON, W. J., JR., AND J. O. WHITAKER, JR. 1979. Mammals of the eastern United States. Cornell Univ. Press, Ithaca, New York, 368 pp.

HANKEN, J., AND P. W. SHERMAN. 1981. Multiple paternity in Belding's ground squirrel litters. Science, 212:351–353.

HARTUNG, T. G., AND D. A. DEWSBURY. 1979a. Nest-building behavior in seven species of muroid rodents. Behav. Neural Biol., 27:532–539.

———. 1979b. Paternal behavior in six species of muroid rodents. Behav. Neural Biol., 26:466–478.

HATFIELD, D. M. 1935. A natural history study of *Microtus californicus*. J. Mamm., 16:261–271.

HATT, R. T. 1930. The biology of the voles of New York. Roosevelt Wild Life Bull., 5:513–623.

HOUSEHECHT, C. R. 1968. Sonographic analysis of vocalizations of three species of mice. J. Mamm., 49:555–560.

HOWELL, A. B. 1924. Individual and age variation in *Microtus montanus yosemite*. J. Agric. Res., 28:977–1015.

JAMESON, W. E., JR. 1947. Natural history of the prairie vole (mammalian genus *Microtus*). Univ. Kansas Publ., Mus. Nat. Hist., 1:125–151.

JANNETT, F. J., JR., 1975. The "hip glands" of *Microtus pennsylvanicus* and *M. longicaudus* (Rodentia: Muridae), voles "without" hip glands. Syst. Zool., 24:171–175.

———. 1977. On the sociobiology of the montane vole, *Microtus montanus nanus*

BLM_0052414

(Rodentia: Muridae). Unpubl. Ph.D. dissert., Cornell Univ., Ithaca, New York, 167 pp.

———. 1978*a*. The density-dependent formation of extended maternal families of the montane vole, *Microtus montanus nanus.* Behav. Ecol. Sociobiol., 3:245–263.

———. 1978*b*. Dosage response of the vesicular, preputial, anal, and hip glands of the male vole, *Microtus montanus* (Rodentia: Muridae), to testosterone propionate. J. Mamm., 59:772–779.

———. 1980. Social dynamics of the montane vole, *Microtus montanus,* as a paradigm. The Biologist, 62:3–19.

———. 1981*a*. Sex ratios in high-density populations of the montane vole, *Microtus montanus,* and the behavior of territorial males. Behav. Ecol. Sociobiol., 8:297–307.

———. 1981*b*. Scent mediation of intraspecific, interspecific, and intergeneric agonistic behavior among sympatric species of voles (Microtinae). Behav. Ecol. Sociobiol., 8:293–296.

———. 1982. Nesting patterns of adult voles, *Microtus montanus,* in field populations. J. Mamm., 63:495–498.

JANNETT, F. J., JR., AND J. JANNETT. 1974. *Drum-marking* by *Arvicola richardsoni* and its taxonomic significance. Amer. Midland Nat., 92:230–234.

———. 1981. Convergent evolution in the flank gland marking behavior of a rodent and a shrew. Mammalia, 45:45–52.

KENNEY, A. M., T. G. HARTUNG, AND D. A. DEWSBURY. 1979. Copulatory behavior and the initiation of pregnancy in California voles (*Microtus californicus*). Brain Behav. Evol., 16:176–191.

KENNEY, A. M., ET AL. 1978. Male copulatory behavior and the induction of ovulation in female voles: a quest for species specificity. Hormones Behav., 11:123–130.

KLEIMAN, D. G. 1977. Monogamy in mammals. Quart. Rev. Biol., 52:39–69.

KREBS, C. J. 1966. Demographic changes in fluctuating populations of *Microtus californicus.* Ecol. Monogr., 36:239–273.

———. 1970. *Microtus* population biology: behavioral changes associated with the population cycle in *M. ochrogaster* and *M. pennsylvanicus.* Ecology, 51:34–52.

LANIER, D. L., D. Q. ESTEP, AND D. A. DEWSBURY. 1974. Food hoarding in muroid rodents. Behav. Biol., 11:177–187.

LANTZ, D. E. 1907. An economic study of field mice (Genus *Microtus*). U.S. Dept. Agric. Biol. Surv. Bull., 31:1–64.

LIDICKER, W. Z., JR. 1973. Regulation of numbers in an island population of the California vole, a problem in community dynamics. Ecol. Monogr., 43:271–302.

———. 1976. Experimental manipulation of the timing of reproduction in the California vole. Res. Population Ecol., 18:14–27.

———. 1979. Analysis of two freely-growing enclosed populations of the California vole. J. Mamm., 60:447–466.

———. 1980. The social biology of the California vole. The Biologist, 62:46–55.

LUDWIG, D. R. 1981. The population biology and life history of the water vole (*Microtus richardsoni*). Unpubl. Ph.D. dissert., Univ. Calgary, Calgary, Alberta, 274 pp.

MACISAAC, G. L. 1977. Reproductive correlates of the hip gland in voles (*Microtus townsendii*). Canadian J. Zool., 55:939–941.

MADISON, D. M. 1978. Movement indicators of reproductive events among female meadow voles as revealed by radiotelemetry. J. Mamm., 59:835–843.

———. 1979. Impact of spacing behavior and predation on population growth in

BLM_0052415

370    *Wolff*

meadow voles. Pp. 20–29, *in* Proceedings of the third eastern pine and
meadow vole symposium (R. E. Byers, ed.). New Paltz, New York, 86 pp.

. 1980*a*.  Space use and social structure in meadow voles, *Microtus pennsylvanicus*. Behav. Ecol. Sociobiol., 7:65–71.

. 1980*b*.  Movement types and weather correlates in free-ranging meadow voles. Pp. 34–42, *in* Proceedings of the fourth eastern pine and meadow vole symposium (R. E. Byers, ed.). Hendersonville, North Carolina, 91 pp.

. 1980*c*.  An integrated view of the social biology of *Microtus pennsylvanicus*. The Biologist, 62:20–33.

. 1981.  Time patterning of nest visitation by lactating meadow voles. J. Mamm., 62:389–391.

. 1984.  Group nesting and its ecological and evolutionary significance in overwintering microtine rodents. Pp. 267–274, *in* Winter ecology of small mammals (J. F. Merritt, ed.). Spec. Publ., Carnegie Mus. Nat. Hist. 10: 1–380.

MADISON, D. M., R. FITZGERALD, AND W. MCSHEA.  1984.  Dynamics of social nesting in overwintering meadow voles (*Microtus pennsylvanicus*): possible consequences for population cycles. Behav. Ecol. Sociobiol., 15:9–17.

MARTIN, E. P.  1956.  A population study of the prairie vole (*Microtus ochrogaster*) in northeastern Kansas. Univ. Kansas Publ., Mus. Nat. Hist., 8:361–416.

MARTIN, R. L.  1971.  The natural history and taxonomy of the rock vole, (*Microtus chrotorrhinus*). Unpubl. Ph.D. dissert., Univ. Connecticut, Storrs, 164 pp.

MASER, C., AND R. M. STORM.  1970.  A key to the Microtinae of the Pacific Northwest. Oregon State Univ. Book Stores, Corvallis, 86 pp.

MILLER, W. C.  1969.  Ecological and ethological isolating mechanisms between *Microtus pennsylvanicus* and *Microtus ochrogaster* at Terre Haute, Indiana. Amer. Midland Nat., 82:140–148.

MURIE, A.  1961.  A naturalist in Alaska. Devin-Adair, Old Greenwich, Connecticut, 302 pp.

MYERS, J. H., AND C. J. KREBS.  1971.  Genetic, behavioral and reproductive attributes of dispersing field voles *Microtus pennsylvanicus* and *Microtus ochrogaster*. Ecol. Monogr., 41:53–78.

MYLLYMÄKI, A.  1977.  Intraspecific competition and home range dynamics in the field vole *Microtus agrestis*. Oikos, 29:553–569.

ORIANS, G. H.  1969.  On the evolution of mating systems in birds and mammals. Amer. Nat., 103:589–603.

PATTIE, D. L.  1967.  Dynamics of alpine small mammal populations. Unpubl. Ph.D. dissert., Univ. Montana, Missoula, 103 pp.

PAUL, J. R.  1970.  Observations on the ecology, populations, and reproductive biology of the pine vole, *Microtus pinetorum*, in North Carolina. Rept. Invest., Illinois State Mus., Springfield, Illinois, 20:1–28.

PEARSON, O. P.  1960.  Habits of *Microtus californicus* revealed by automatic photographic records. Ecol. Monogr., 30:231–249.

QUAY, W. B.  1968.  The specialized posterolateral sebaceous glandular regions in microtine rodents. J. Mamm., 49:427–445.

RANDALL, J. A.  1978.  Behavioral mechanisms of habitat segregation between sympatric species of *Microtus*: habitat preference and interspecific dominance. Behav. Ecol. Sociobiol., 3:187–202.

REICH, L. M., AND R. H. TAMARIN.  1980.  Trap use as an indicator of social behavior in mainland and island voles. Acta Theriol., 25:295–307.

REICH, L. M., K. M. WOOD, B. E. ROTHSTEIN, AND R. H. TAMARIN.  1982. Aggressive behavior in male *Microtus breweri* and its demographic implications. Anim. Behav., 30:117–122.

RIEWE, R. R.  1973.  Food habits of insular meadow voles, *Microtus pennsylvanicus*

BLM_0052416

*terraenovae* (Rodentia: Cricetidae), in Notre Dame Bay, Newfoundland. Canadian Field-Nat., 87:5–13.

ROSE, R. K. 1979. Levels of wounding in the meadow vole, *Microtus pennsylvanicus.* J. Mamm., 60:37–45.

ROSE, R. K., AND M. S. GAINES. 1976. Levels of aggression in fluctuating populations of the prairie vole, *Microtus ochrogaster,* in eastern Kansas. J. Mamm., 57:43–57.

ROSE, R. K., AND W. D. HUESTON. 1978. Wound healing in meadow voles. J. Mamm., 59:186–188.

ROTHSTEIN, B. 1976. Selected aspects of the behavioral ecology of *Microtus breweri.* Unpubl. Ph.D. dissert., Boston Univ., Boston, 172 pp.

SALT, J. R. 1978. Notes on the status and life-history of Richardson's vole in Alberta. Alberta Nat., 8:160–169.

SKIRROW, M. 1969. Behavioural studies of five microtine rodents. Unpubl. Ph.D. dissert., Univ. of Calgary, Alberta, 211 pp.

SLOANE, S. A., S. L. SHEA, M. M. PROCTER, AND D. A. DEWSBURY. 1978. Visual cliff performance in 10 species of muroid rodents. Anim. Learn. Behav., 6:244–248.

STARK, H. E. 1963. Nesting habits of the California vole, *Microtus californicus,* and microclimatic factors affecting its nests. Ecology, 44:663–669.

STEHN, R., AND M. E. RICHMOND. 1975. Male-induced pregnancy termination in the prairie vole, *Microtus ochrogaster.* Science, 187:1211–1213.

STODDART, D. M. 1970. Individual range, dispersion and dispersal in a population of water voles (*Arvicola terrestris,* L.). J. Anim. Ecol., 39:403–425.

TAMARIN, R. H. 1981. Hip glands in wild-caught *Microtus pennsylvanicus.* J. Mamm., 62:421.

TAMURA, M. 1966. Aggressive behavior in the California meadow mouse (*Microtus californicus*). Unpubl. M.S. thesis, Univ. California, Berkeley, 71 pp.

TAST, J. 1966. The root vole, *Microtus oeconomus* (Pallas), as an inhabitant of seasonally flooded land. Ann. Zool. Fennica, 3:127–171.

THOMAS, J. A., AND E. C. BIRNEY. 1979. Parental care and mating system of the prairie vole, *Microtus ochrogaster.* Behav. Ecol. Sociobiol., 5:171–186.

TRIVERS, R. L. 1972. Parental investment and sexual selection. Pp. 136–179 *in* Sexual selection and the descent of man, 1871–1971 (B. Campbell, ed.). Aldine, Chicago, 378 pp.

TURNER, B. N., AND S. L. IVERSON. 1973. The annual cycle of aggression in male *Microtus pennsylvanicus* and its relation to population parameters. Ecology, 54:967–981.

WEBSTER, A. B. 1979. A radiotelemetry study of social behavior and activity of free-ranging meadow voles, *Microtus pennsylvanicus.* Unpubl. M.S. thesis, Univ. Guelph, Guelph, Ontario, 110 pp.

WEBSTER, A. B., AND R. J. BROOKS. 1981. Social behavior of *Microtus pennsylvanicus* in relation to seasonal changes in demography. J. Mamm., 62:738–751.

WEBSTER, D. G., D. J. BAUMGARDNER, AND D. A. DEWSBURY. 1979. Open-field behavior in eight taxa of muroid rodents. Bull. Psychonomic Soc., 13:90–92.

WEBSTER, D. G., M. H. WILLIAMS, R. D. OWENS, V. B. GEIGER, AND D. A. DEWSBURY. 1981. Digging behavior in 12 taxa of muroid rodents. Anim. Learn. Behav., 9:173–177.

WEST, S. D., AND H. T. DUBLIN. 1984. Behavioral strategies of small mammals under winter conditions: solitary or social? Pp. 293–299, *in* Winter ecology of small mammals (J. F. Merritt, ed.). Spec. Publ., Carnegie Mus. Nat. Hist., 10:1–380.

WHITAKER, J. O., JR., AND R. L. MARTIN. 1977. Food habits of *Microtus chrotor-*

BLM_0052417

*rhinus* from New Hampshire, New York, Labrador, and Quebec. J. Mamm., 58:99–100.

WIEGERT, R. G. 1961. Respiratory energy loss and activity patterns in the meadow vole, *Microtus pennsylvanicus pennsylvanicus.* Ecology, 42:245–253.

WILSON, E. O. 1975. Sociobiology. Belknap Press, Cambridge, Massachusetts, 697 pp.

WILSON, R. C., T. VACEK, D. L. LANIER, AND D. A. DEWSBURY. 1976. Open-field behavior in muroid rodents. Behav. Biol., 17:495–506.

WITTENBERGER, J. F. 1981. Animal social behavior. Duxbury Press, Boston, 722 pp.

WOLFF, J. O. 1980. Social organization of the taiga vole (*Microtus xanthognathus*). The Biologist, 62:34–45.

————. 1984. Overwintering behavioral strategies in taiga voles (*Microtus xanthognathus*). Pp. 315–318, *in* Winter ecology of small mammals (J. F. Merritt, ed.). Spec. Publ., Carnegie Mus. Nat. Hist., 10:1–380.

WOLFF, J. O., AND M. F. JOHNSON. 1979. Scent marking in taiga voles. J. Mamm., 60:400–403.

WOLFF, J. O., AND W. Z. LIDICKER, JR. 1980. Population ecology of the taiga vole, *Microtus xanthognathus,* in interior Alaska. Canadian J. Zool., 48:1800–1812.

————. 1981. Communal winter nesting and food sharing in taiga voles. Behav. Ecol. Sociobiol., 9:237–240.

WRABETZ, M. J. 1980. Nest insulation: a method of evolution. Canadian J. Zool., 58:938–940.

YOUNGMAN, P. M. 1975. Mammals of the Yukon Territory. Natl. Mus. Nat. Sci., Ottawa, 192 pp.

BLM_0052418

# ACTIVITY RHYTHMS AND SPACING

## DALE M. MADISON

### Abstract

MICROTINE rodents have different behavioral and physiological rhythms, but the 2–6 h ultradian rhythm of activity is a dominant feature in the day-to-day existence of these species. Variability in the timing of this rhythm with maintenance activities, growth, reproduction, and a complex of other social and environmental stimuli frequently make the characterization of these rhythms difficult, but no less significant, under field conditions. The ultradian rhythm is essentially a feeding rhythm, and the periodicity is linked closely to food quality and energy needs. Circadian rhythms occur in microtines, but infradian rhythms need further study. Recent technical advances combined with adjustments or controls for the shortcomings of traditional laboratory studies give promise of significant advances in the understanding of the mechanisms and adaptive significance of microtine activity rhythms. This review identifies six generalities or hypotheses for future study.

Studies of spacing in microtines have been concerned primarily with home-range size, but despite rather sophisticated analytical approaches in these studies, little insight has been gained beyond that expressed by Burt over 40 years ago. In this review, the home-range concept of Burt (1943) is applied to microtine rodents, and a 24-h home-range model, based on radiotelemetry data from *Microtus pennsylvanicus,* is developed. Home ranges are classified into stable, variable, and shifting types. General categories of movement are also defined: local, distant reconnaissance, and dispersal. These types of home range and movement vary in their frequency of occurrence in the order presented above, the most frequent listed first. Variability in space use is discussed with respect to energetics, diet, gender differences, reproductive condition, social factors, interspecific interactions, and weather and seasonal factors. Six generalities or hypotheses relative to space use are presented for future study and testing. ·

373

BLM_0052419

374     *Madison*

# Introduction

Concern for patterns of movement in microtine rodents in time and space is fundamental to a consideration of a host of behavioral and ecological issues. Emphasis in this chapter is placed on descriptions of movement patterns in time and space and on questions of adaptive significance. The meadow vole, *Microtus pennsylvanicus,* receives the most emphasis, because it is the most thoroughly studied and widely distributed species of the genus *Microtus* in North America. I also include information on some Old World species for comparison. Finally, the chapter is not so much a review as it is 1) an appeal for greater awareness among investigators of the natural patterns of movement of microtine rodents, and 2) a statement of the flexibility that at least certain microtine rodents have in adjusting to their environment.

# Activity Rhythms

Rhythms of behavior among voles include those less than 24 h (ultradian rhythms), those of approximately 24 h (circadian rhythms), and possibly those greater than 24 h (infradian rhythms) (Aschoff, 1981). Terms such as nocturnal, diurnal, and crepuscular refer to circadian rhythms in which the active phase of the organism occurs at night, during the day, or at dawn and dusk, respectively. Where activity is distributed randomly throughout the diel (24-h) period, the organism is said to be arrhythmic (Daan, 1981). A strict ultradian pattern has no nocturnal, diurnal, or crepuscular emphasis, but ultradian rhythms in *Microtus* commonly have these emphases because of the concurrent presence of circadian rhythms. Thus, for example, a nocturnal-ultradian rhythm is one in which the regular, short term pulses of activity occur at night, either exclusively or with greater amplitude or duration (that is, the active phase of the ultradian period is elongated but the period remains the same). The information on rhythms to follow complements the more physiological discussions of endogenicity and cueing in *Mammal Review* (1972, Vol. 1, nos. 7–8), Aschoff (1981), Aschoff et al. (1982), Pinter and Negus (1965), Rowsemitt (1981), and Seabloom (this volume). Most of the rhythms referred to in this review have not been rigorously quantified and verified, such as by time-series

BLM_0052420

analyses (Broom, 1979; Rowsemitt et al., 1982; Sollberger, 1965), and thus most of the conclusions reached should be interpreted as first approximations for the genus *Microtus*.

### Methods

A large array of techniques have been used to record the activity rhythms of voles (Table 1). Generally, different methods show different types of activity (for example, nesting, feeding, reconnaissance and exploration, nursing, defecation, and reingestion), and the activities often show different temporal patterning. For example, activity wheels typically measure movements that are naturally expressed during the night, but omit foraging and nesting activity that commonly occur in the same organisms in the same cage throughout the diel cycle (Calhoun, 1945; Daan and Slopsema, 1978; Dewsbury, 1980; Lehmann, 1976; Lehmann and Sommersberg, 1980; Mather, 1981). Wheel-running itself may vary with cage size, for Lehmann (1976) observed Old World *M. agrestis* to change from a nocturnal-ultradian pattern, to a strict nocturnal pattern, and then to a strict ultradian pattern in successively smaller cages. Nest monitors in the field do not discriminate between foraging, social or other activities (Barbour, 1963; Madison, 1981). Multiple monitors in the same cage were used by Daan and Slopsema (1978) to distinguish between ultradian feeding (photocell and food hopper), nesting (treadle), and nocturnal wheel-running, but whether these devices reveal natural patterns is subject to criticism. For example, Graham (1968) showed that free-ranging meadow voles, *Microtus pennsylvanicus*, were diurnal, but caged individuals in the field were crepuscular, and caged voles in the laboratory were nocturnal. Also, Kavanau (1962) showed that photoperiods with abrupt light-on, light-off transitions in the laboratory affect rodents differently than the same photoperiod with gradual intensity transitions (for example, dawn and dusk).

Although studies relying on mechanical devices in the laboratory can be criticized for their lack of natural relevance, studies of free-ranging voles relying on radiotelemetry or radioisotopes can also be criticized. Hamley and Falls (1975) demonstrated that radiotransmitter collars with 10-cm whip antennas affect activity levels in caged meadow voles, and Webster and Brooks (1980) showed that meadow voles in winter typically lose 2–3 g after being tagged with transmitters. Isotopes, instead of imposing a weight burden on the

BLM_0052421

TABLE 1
TYPES OF ACTIVITY RHYTHMS AND THE TECHNIQUES USED IN STUDIES OF *Microtus*

| Species | Study conditions* | Activity rhythms† | | | Technique | Source |
|---------|-------------------|-----------|-----------|-------|-----------|--------|
| | | Ultradian | Circadian | Other | | |
| New World | | | | | | |
| *M. californicus* | F, Su, A, W, Sp | None | Crepuscular (Su) | Variable | Photography | Pearson (1960) |
| | Su, W | 2.0–6.0 | Nocturnal (Su) | | Radiotelemetry | Shields (1976) |
| *M. canicaudus* | L | — | — | Arrhythmic? | Observed | Baumgardner et al. (1980) |
| | L | — | Nocturnal | | Activity wheel | Dewsbury (1980) |
| *M. miurus* | Su, F | — | Nocturnal (Su) | | Activity wheel | Swade and Pittendrigh (1967) |
| *M. montanus* | L | — | Nocturnal | | Observed | Baumgardner et al. (1980) |
| | L | — | Nocturnal | | Activity wheel | Dewsbury (1980) |
| | L | Variable | Nocturnal | Variable | Activity wheel | Seed and Khalili (1971) |
| | L | 3.0 | Nocturnal (Su) Diurnal (W) | Variable | Activity wheel | Rowsemitt (1981) |
| *M. ochrogaster* | W, F | Variable | Diurnal | | Radioisotopes | Barbour (1963) |
| | L | — | — | Arrhythmic? | Observed | Baumgardner et al. (1980) |
| | L | — | Nocturnal | | Activity wheel | Calhoun (1945) |
| | A, F | — | Crepuscular | | Photography | Carley et al. (1970) |

BLM_0052422

TABLE 1
CONTINUED

| Species | Study conditions* | Activity rhythms† | | | Technique | Source |
|---|---|---|---|---|---|---|
| | | Ultradian | Circadian | Other | | |
| | L | — | Nocturnal | | Activity wheel | Dewsbury (1980) |
| | W, F | — | Nocturnal | | Trapping | Glass and Slade (1980) |
| | Su, W, F | — | Diurnal | | Trapping | Martin (1956) |
| *M. pennsylvanicus* | Su, F | 3.0 | — | | Radioisotopes | Ambrose (1973) |
| | L | — | — | Arrhythmic? | Observed | Baumgardner et al. (1980) |
| | L | — | Nocturnal | | Activity wheel | Dewsbury (1980) |
| | Su, A, W, Sp, F, L | 2.0–6.0 | Diurnal (W, F) Crepuscular (W, C) Crepuscular (S, F) Nocturnal (L) | | Radioisotopes, treadle | Graham (1968) |
| | Su, A, W, Sp, F | — | Crepuscular (W, F) Diurnal (Su, F) | | Trapping | Hamilton (1937) |
| | L | 2.0–4.0 | — | | Treadle | Hatfield (1940) |
| | Su, F | — | Crepuscular | | Magnetic tagging | Heidt (1971) |
| | Su, F | 4.0–6.5 | — | | Radiotelemetry | Madison (1981) |

BLM_0052423

TABLE 1
CONTINUED

| Species | Study conditions* | Activity rhythms† | | | Technique | Source |
|---------|-------------------|-------------------|---|---|-----------|--------|
| | | Ultradian | Circadian | Other | | |
| | W, F | 4.0 | — | | Radioisotopes | This paper (Fig. 1) |
| | W, G | 2.0–4.0 | Nocturnal | | Passage counter | This paper (Fig. 2) |
| | Sp, F | 2.0–3.0 | — | | Radiotelemetry | McShea and Madison (1984) |
| | Su, F | — | Nocturnal | | Photography | Osterberg (1962) |
| | L | 0.3–3.0 | — | | Treadle | Ouellette and Heisinger (1980) |
| | L | 1.0–5.0 | — | | Activity wheel | Seabloom (1965) |
| | A, F, C | 2.0–4.0 | — | Variable | Treadle | Stebbins (pers. comm.) |
| | Su, A, W, F | 2.0–5.0 | — | Variable | Radiotelemetry | Webster and Brooks (1981*a*) |
| | L | 2.0–3.6 | Nocturnal | Variable | O$_2$ consumption | Wiegert (1961) |
| *M. pinetorum* | Su, F | — | Nocturnal | Variable | Radiotelemetry | Gettle (1975) |
| | W, Sp, Su, A, F | — | Nocturnal (Su) | Arrhythmic (W)? | Trapping | Paul (1970) |
| | Sp, Su, F | — | Arrhythmic | | Trapping | Wolff and Lidicker (1980) |
| *M. xanthognathus* | L | 3.5–6.0 | | | Thermistor | Wolff and Lidicker (1981) |
| Old World | | | | | | |
| *M. agrestis* | W, Su, F | — | Nocturnal (Su) Diurnal (W) | Variable | Trapping | Baumler (1975) |

TABLE 1
CONTINUED

| Species | Study conditions* | Activity rhythms† | | | Technique | Source |
|---------|-------------------|-------------------|---|---|-----------|--------|
| | | Ultradian | Circadian | Other | | |
| | A, F, C | 2.0–4.0 | Nocturnal | | Treadle | Davis (1933) |
| | Su, A, W, Sp, F, C | None? | Nocturnal (Su) Diurnal (W) | Arrhythmic (A, Sp)? | Treadle | Erkinaro (1961, 1970) |
| | Su, F, C, L | 1.5–3.0 | Nocturnal | | Treadle Activity wheel | Lehmann (1976) |
| | L | 4.0 | — | | Passage counter | Mossing (1975) |
| | Sp, G | — | Nocturnal | | Activity wheel | Nygren (1978) |
| | L | 4.0 | — | | Treadle | Rasmuson et al. (1977) |
| *M. arvalis* | L | 2.0–4.0 | Nocturnal | Variable | Activity wheel Treadle Light beam | Daan and Slopsema (1978) |
| | L | 3.0 | — | | Treadle | Durup (1956) |
| | Su, A, W, Sp, F, C | — | Nocturnal (Su) Diurnal (W) | Variable | Treadle | Erkinaro (1970) |
| | L | — | Late day, early evening | | Physiological measures | Kossut et al. (1974) |

BLM_0052425

TABLE 1
CONTINUED

| Species | Study conditions* | Activity rhythms† | | | Technique | Source |
|---------|-------------------|-------------------|-----------|-------|-----------|--------|
| | | Ultradian | Circadian | Other | | |
| | Su, A, W, Sp, F | 2.0 | Diurnal (W) | Arrhythmic (Su, A, Sp)? | Passage counter | Lehmann and Sommersberg (1980) |
| | Su, F | 1.0–5.0 | — | | Radioisotopes | Nikitina et al. (1972) |
| | Su, A, W, Sp, F, C | 2.0 | Diurnal (W) Nocturnal (Su) | | Treadle | Ostermann (1956) |
| | Su, A, W, Sp, F | 2.0 | Crepuscular (Su) Diurnal (W) | | Trapping | Rijnsdorp et al. (1981) |
| *M. oeconomus* | Su, A, W, Sp, F, C | 2.0 | Variable | | Treadle | Erkinaro (1970) |
| | Su, F | 2.4–4.8 | — | | Radioisotopes | Karulin et al. (1976) |
| | Su, F | — | Nocturnal (Su) | | Activity wheel | Swade and Pittendrigh (1967) |

* Abbreviations: Su, summer; A, autumn; W, winter; Sp, spring; F, field; G, greenhouse; C, cage; L, laboratory cage.
† Ultradian rhythm (in h) and circadian patterns are approximations by the author if the original investigator(s) did not state the period or pattern. Circadian patterns are highly variable, ranging from only a slight emphasis in activity during the active phase to confinement of activity to the active phase (usually in laboratory studies). The term "variable" was used if patterns could not be characterized or if individual patterns varied considerably.

BLM_0052426

free-ranging vole, expose the organism to very high gamma emission that could easily have detrimental effects (Mihok, pers. comm.).

Despite the wide variety of potential biases inherent in the different methods, a little common sense and "natural-mindedness" during interpretation reduces much of the apparent contradiction and allows laboratory data to be used, at least as a first reading of natural rhythms of behavior.

## Ultradian Rhythms

The short-term activity rhythm, typically varying from 2 to 4 h, is common for vole species when study methods allow it to be measured (Table 1). The more common findings are that: 1) the period varies within and between individuals; 2) the activity pulses are more prominent at certain times of the 24-h cycle; 3) the ultradian peaks shift with season; and 4) the peaks appear to synchronize with dawn or dusk, but gradually drift out of phase because of individual variation until resynchronization 24 h later. Figure 1 shows one example for *M. pennsylvanicus* of a natural winter ultradian rhythm with a 4-h period. The vole was carrying a 50 $\mu$Ci Ta-182 collar, and the vole's movement was monitored every 15 min for 24 h with a portable scintillation meter and probe. During tracking the vole was in a meadow under 1 m of snow. The data suggest that there is a free-running rhythm under snow, as observed for beavers (Potvin and Bovet, 1975). Figure 2 shows the shifting of this rhythm to a nocturnal-ultradian pattern under the same photoperiod but with no snow cover and at moderate temperatures in a greenhouse. The records give a clear indication of the variability, and the periodicity, typical of ultradian rhythms.

## Circadian Rhythms

The available literature on rhythms in microtines leaves little doubt that most, if not all, microtines are flexible in their activity scheduling through the diel period, and that circadian rhythms exist, as evidenced by free-running rhythms slightly shorter or longer than 24 h in voles held under constant light or darkness (Calhoun, 1945; Daan and Slopsema, 1978; Lehmann, 1976; Mossing, 1975; Seed and Khalili, 1971; Swade and Pittendrigh, 1967). Under laboratory conditions, voles are active at night, yet under natural con-

382    *Madison*



Fig. 1.   Activity rhythm of a 30-g female meadow vole (*M. pennsylvanicus*) wearing a Ta-182 collar in a field covered with 1 m of snow in Quebec, Canada, 1975. The vertical axis is movement (m) between 15-min detection points. The smallest vertical unit indicates any movement up to 1 m, or the stationary position of a vole away from the nest. The spacing between the 3 days for which data were obtained reflects the time elapsed between these days. Dashed lines represent ultradian periods of about 4 h that have an underlying, free-running circadian periodicity of 23.85 h/day. The dotted line represents time of sunrise and sunset.

ditions voles are commonly found to be more diurnal or crepuscular (Calhoun, 1945; Graham, 1968; Heidt, 1971; Seed and Khalili, 1971). There is also to be discussed later, a seasonal shift, from a nocturnal or crepuscular pattern during summer to a diurnal emphasis during winter (for example, see Baumler, 1975; Carley et al., 1970; Erkinaro, 1961; Lehmann, 1976). But whatever the emphasis is in activity (nocturnal or diurnal), some activity outside the nest usually occurs in nature during the "inactive" phase, unlike the condition for strictly nocturnal or diurnal rodents (for example, *Peromyscus* and *Tamias*).

The patterns above are generalizations and therefore should not be considered rules, for some circadian periods can vary considerably. For example, Erkinaro (1970) noticed during one January that *M. oeconomus* was conspicuously nocturnal, but observed during the following January an obvious diurnal pattern. Pearson (1960) observed distinct diurnal and nocturnal patterns among *M. californicus* in the same population at the same time in comparable habitats only 9.5 m apart.

*Infradian Rhythms*

Behavioral rhythms in *Microtus* with period lengths greater than 24 h are not clearly described. Behavioral estrus with a period



FIG. 2.   Activity rhythm of a solitary, 45-g female meadow vole (*M. pennsylvan-icus*) for 27 days in a 3 × 3-m grass enclosure wired with passage counters inside a greenhouse in Montreal, Quebec, 1975. The number of passages used each 15 min is shown. The vertical axis is in units of 0–4, 5–9, 10–14, 15–19, and 20+ passages (the shortest vertical bar indicates 0–4 passages; the tallest, 20+ passages). Dotted lines give sunrise and sunset.

BLM_0052429

length of several days occurs (Hutchinson, 1972), but female voles have not been observed in isolation for behavioral changes during these cycles. No clear behavioral "circarhythms" (*sensu* Aschoff, 1981) greater than 24 h are known for *Microtus*; ground squirrels (*Spermophilus lateralis*) are the closest relatives with demonstrated circannual behavioral rhythms (Pengelley and Fisher, 1957).

*Factors Correlated with Activity Rhythms*

*Genetic factors.*—The only study of *Microtus* showing a genetic basis for intraspecific differences in rhythmic behavior is by Rasmuson et al. (1977). *M. agrestis* from northern populations of Sweden showed 4-h ultradian rhythms, whereas southern populations showed very low levels of activity and no ultradian periodicity. Hybrids showed intermediate activity levels but ultradian rhythms similar to the northern populations. Both sexes gave the same result.

*Energetics, diet, and food.*—Energetic considerations involving weight, metabolic rate, and diet have been linked with the existence and period of ultradian rhythms. In eutherian mammals, ultradian periods are common among species feeding on high bulk diets (Ashby, 1972), and the short-term rhythms are specifically associated with foraging and food intake (Daan and Aschoff, 1981, 1982). The herbivorous diet of *Microtus,* consisting of large amounts of low-quality food, necessitates frequent feeding through the 24-h cycle with brief rest periods for efficient digestive processing (Daan and Aschoff, 1981). Granivorus rodents, such as *Peromyscus,* do not exhibit comparable ultradian rhythms, nor are they active throughout the diel cycle as are the herbivorus microtines (Hansson, 1971). Since bulk feeding also entails frequent defecation, the necessity of leaving the nest intermittently to avoid fouling the nest has been suggested as another reason for the ultradian rhythm (Lehmann, 1976). The habit of fecal reingestion during the inactive phase of the ultradian cycle is consistent with the fouling-avoidance explanation (Ouellette and Heisinger, 1980). The period length of the ultradian rhythm has been shown to be directly proportional to body weight, and inversely proportional to metabolic rate (Daan and Aschoff, 1981, 1982; Daan and Slopsema, 1978; Lehmann, 1976). Hence, the smaller the vole, the greater will be the energy needs per gram body weight, and the shorter will be the length of the ultradian period.

BLM_0052430

*Gender and reproduction.*—An examination of the literature for gender and reproductive differences in behavioral rhythms reveals several correlations. Evans (1970) and Madison (pers. observ.) show female meadow voles to be more diurnal than males, but other workers report no gender differences for *M. pennsylvanicus* (Graham, 1968; Stebbins, pers. comm.), *M. californicus* (Pearson, 1960), or *M. agrestis* (Rasmuson et al., 1977). Webster and Brooks (1981a) showed that reproductively active female meadow voles are about 180 degrees out of phase with the rest of the population in the dawn ultradian period of activity. This difference might be linked with the greater energy demands of these females. For example, Madison (1981) found that the period of the ultradian rhythm decreases during lactation from 6.5 to 4.0 h, and Kaczmarski (1966) and Migula (1969) showed that the energy needs of lactating voles increase rapidly during lactation to their highest levels near weaning. This inverse relationship between period length and energy needs in lactating voles correlates with the findings discussed in the previous section. The relationship even occurs for communally nursing females with different size young in the same nest (McShea and Madison, 1984). Finally, Rowsemitt (1981) showed that castrated male *M. montanus* are diurnal and that intact and sham-castrated males are nocturnal, suggesting that non-reproductives in nature may be more diurnal.

*Social factors.*—The influence of social behavior on rhythmic activity is demonstrated by the synchronization of the ultradian rhythms of some voles (Daan and Slopsema, 1978; Graham, 1968; Lehmann and Sommersberg, 1980; Madison, 1984; Madison et al., 1984; Rasmuson et al., 1977; Rijnsdorp et al., 1981; Webster and Brooks, 1981a), but not others (McShea and Madison, 1984). Evans (1970) showed that a male *M. pennsylvanicus* in the presence of a female is more active, especially during the day, than when alone. Since an isolated male is equally active both day and night, and since an isolated female is more active during the day, the results indicate the effect of the female on the male. Juvenile voles have rhythms that differ from those of adults. They are more nocturnal in *M. agrestis* (Baumler, 1975) and *M. pennsylvanicus* (Webster, 1979). In *M. arvalis,* the juveniles do not synchronize with the adults until at least a week after emergence from the natal nest (Lehmann and Sommersberg, 1980). The small size of juvenile voles relegates them to subordinate social status in the population

BLM_0052431

386   *Madison*

(Turner and Iverson, 1973), and direct competition between adults and young would be reduced substantially if these animals were active at times different from the adults. The absence of apparent differences in activity rhythms of adult and juvenile *M. californicus* (Pearson, 1960) and *M. pinetorum* (FitzGerald, pers. comm.) suggests that these species may live in cohesive family groups where competition and the need for temporal isolation is reduced. Such social organization is known for *M. pinetorum* (FitzGerald and Madison, 1983). Since both social status and energy requirements vary with body size, any final statement regarding the reason for rhythm differences in voles of various sizes must await further study.

*Interspecific interactions.*—Three different kinds of interspecific interactions, specifically predation, parasitism, and competition, appear to be correlated with behavioral rhythms in voles. Predation was implicated as a causal agent in the diurnal synchrony of ultradian rhythms in Old World *M. arvalis* (Daan and Slopsema, 1978; Rijnsdorp et al., 1981). In this case, kestrels preyed intensively on voles, and any vole that was out of phase with the activity of other voles in the population stood a much greater chance of being taken by a kestrel. Lehmann and Sommersberg (1980) questioned this "safety-in-numbers" hypothesis for *M. arvalis* and suggested instead that the synchronous ultradian rhythmicity is for the purposes of social signalling and territorial defense, the advantage of strong defense being the inheritance of the family territory by kin. However, in revealing that the daytime activity is within grass runways, and that the night activity is outside these tunnels on the surface, Lehmann and Sommersberg gave further evidence of apparent predation pressure during the day. Voles may also avoid the active periods of predators. Hamilton (1937) indicated that the activity peak of *M. pennsylvanicus* just before dusk corresponds to, and results from, a lull in activity of a wide range of predators, and the same is true during the secondary peak at dawn. Fulk (1972) suggested that *M. pennsylvanicus* decreases the chances of shrew predation by becoming more diurnal in areas of overlap with this predator.

Parasitism is also a type of interspecific interaction, and one case has been reported in which a trypanosome parasite actually induced a change in the rhythmic behavior of *M. montanus* (Seed and Khalili, 1971). In this case, the change was the result of neurological damage caused by the parasite.

BLM_0052432

Temporal avoidance of interspecific competition is suggested for prairie voles. *M. ochrogaster* has non-overlapping activity peaks with sympatric *Peromyscus maniculatus* and *Reithrodontomys megalotis* (Carley et al., 1970) and with *Sigmodon hispidus* (Glass and Slade, 1980).

*Weather and seasonal factors.*—The effects of weather variables and seasonal changes on the activity rhythms of voles have been studied by many investigators. Temperature extremes emerge as a potentially important factor in several ways. In the summer, high daytime temperatures depress daytime activity in *M. pennsylvanicus* (Getz, 1961) and *M. californicus* (Pearson, 1960), and this may account for the depression of summer daytime activity observed in *M. ochrogaster* (Martin, 1956), *M. agrestis* (Davis, 1933; Erkinaro, 1961; Lehmann, 1976), *M. californicus* (Shields, 1976), *M. xanthognathus* (Wolff and Lidicker, 1980), and *M. arvalis* (Erkinaro, 1970; Ostermann, 1956; Rijnsdorp et al., 1981). Cold temperatures during winter, especially at night, correlate with the more diurnal activity of overwintering *M. ochrogaster* (Barbour, 1963; Carley et al., 1970; Martin, 1956), *M. agrestis* (Baumler, 1975; Erkinaro, 1961), and *M. arvalis* (Erkinaro, 1970; Lehmann and Sommersberg, 1980). With a temperature increase but no change in photoperiod during winter, meadow voles (*M. pennsylvanicus*) shift from an ultradian to a nocturnal-ultradian pattern of movement (Fig. 1). The link between temperature extremes and altered behavioral or seasonal rhythms in *M. pennsylvanicus* (and probably other species) may be confounded by other factors, because several studies on this species show no major seasonal or temperature effects on activity rhythms (Madison, pers. observ.; Osterberg, 1962; Stebbins, pers. comm.; Webster and Brooks, 1981*a*), and one study shows longer ultradian periods of activity at high temperatures (20 to 35°C) than at low temperatures (0°C) (Hatfield, 1940). The appearance of synchronous communal nesting and huddling during winter in *M. pennsylvanicus* and other species (Madison, 1984); Webster and Brooks, 1981*a*; Wolff, 1980; Wolff and Lidicker, 1981), and the increased movement during winter on warm days or on days following heavy snow strongly suggests that low temperature stimulates synchronous nest use and inhibits activity during the winter (Madison et al., 1984).

No clear effects of precipitation on activity rhythms are reported in the literature, although Pearson (1960) felt that the summer

BLM_0052433

388    *Madison*

activity pattern of *M. californicus* is determined by the availability of dew early in the morning. Activity levels were reported to increase during rainfall and overcast conditions for *M. pennsylvanicus* (Bider, 1968), *M. californicus* (Pearson, 1960), and *M. agrestis* (Baumler, 1975). Other investigators found the opposite to be true for *M. pennsylvanicus*. Madison (1980*a*) observed increased activity on warm, dry days with high barometric pressure and low relative humidity, especially following days of wet weather. Graham (1968) noticed positive correlations with light and temperature, and negative correlations with humidity. Lehmann and Sommersberg (1980) showed that when precipitation was combined with cold temperatures during late autumn, the combination markedly reduced activity in *M. agrestis*.

Lighting conditions may affect behavioral rhythms as a result of changes in both photoperiod and intensity of illumination. The seasonal shift from an emphasis on nocturnal-crepuscular behavior during summer to diurnal behavior during winter, as reported earlier for several species, may depend on seasonal changes in photoperiod rather than on temperature changes. Rowsemitt (1981) showed that male *M. montanus* under constant temperature conditions shift from a nocturnal pattern under 16L:8D to diurnal pattern under 8L:16D. The fact that five *Microtus* species show free-running rhythms under constant light or dark is firm evidence of photoperiodic events acting as zeitgebers (Calhoun, 1945; Daan and Slopsema, 1978; Lehmann, 1976; Mossing, 1975; Seed and Khalili, 1971; Swade and Pittendrigh, 1967). In Fig. 1, the ultradian rhythm of a meadow vole under 1 m of snow suggests the possibility of a free-running system under constant darkness. The ultradian pulse at dawn, which often synchronizes with dawn (see Fig. 2), loses about 8 min/day over the 29 days of Ta-182 tracking. A partial day of tracking 1 week later (not included in Fig. 1) agrees with the explanation of a free-running rhythm. Light penetration through the snow is essentially extinguished at a 50-cm snow depth (Evernden and Fuller, 1972). Light intensity effects are demonstrated: 1) by the preference of *M. californicus* and *M. agrestis* for low intensity light (Erkinaro, 1973; Kavanau and Havenhill, 1976); 2) by the disappearance of wheel-running activity for *M. agrestis* during the subjective night under high-intensity light, but not low-intensity light (Lehmann, 1976); 3) by the depressed activity of *M. pennsyl-*

BLM_0052434

*vanicus* on bright moon-lit nights (Doucet and Bider, 1969); and 4) by the increased activity of *M. californicus* on moonless nights (Pearson, 1960). The rate of change of light intensity, sudden in the laboratory but gradual in the field, also appears to have an effect (Kavanau, 1962).

## Spacing

Few other subjects have been given as much attention among microtine rodents as has spacing, which subsumes home range, density, territoriality, and dispersal, to mention a few. And few other subjects in this volume overlap as broadly with the others as does spacing. Space use is the product of movement through time, and any understanding of why this movement takes place must include a consideration of factors relating to competition (intraspecific and interspecific), resource needs (food, habitat), reproduction, and so forth. Obviously, the treatment here must be limited; and as with activity rhythms, the emphasis is mainly on description and on direct correlations between area use or use intensity and ecological and social variables. The concepts of home range, territory, and dispersion are reviewed, but the emphasis is on an examination of extensive and intensive radiotelemetry data for free-ranging *M. pennsylvanicus* not yet published.

### Methods

A wide variety of techniques have been used to record home range and movement in microtines, and many analytical methods have been employed (Table 2). Both the techniques and analytical methods have received ample review (Brown, 1966; Ford and Krumme, 1979; Hayne, 1950; Koeppl et al., 1975; Meserve, 1971; Sanderson, 1966; Schoener, 1981; Van Vleck, 1969; Van Winkle, 1975), so no further review is attempted here. Basically, as was mentioned by Sanderson (1966), no single analytical method gives measures of space use suitable for all potential uses. And it is apparent that techniques of analysis have in most cases gone far beyond the practical or meaningful limits of the data set. Too little is known about where voles go, why they go there, and what happens there, and too much time is spent analyzing data on capture points that are at

BLM_0052435

TABLE 2

HOME RANGE, MOVEMENTS, AND SPACE USE CORRELATIONS IN *Microtus*

| Species | Method | Analysis* | Approximate area (m²), distance (m) ** | Repro- duction | Den- sity | Food | Season | Sex | Hab- itat | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| **New World:** | | | | | | | | | | |
| *M. pennsyl- vanicus* | ¹⁸²Ta | See ref. | ♂ 52 (Su) ♀ 40 | | + | | | ♂ > ♀ | | Ambrose (1973) |
| | ¹⁹⁸Au | *AMAM,* IBS EBS, RL | ♂ 312 (Su) ♀ 136 | | | | | ♂ > ♀ | | Ambrose (1969) |
| | Trapping | IBS | ♂ 1,619 (Sp, Su) ♀ 1,012 | | | | | ♂ > ♀ | X | Blair (1940) |
| | ¹⁸²Ta | MMAM | ♂ 139 (Su) ♂ 2 (W) | | | | Su > W | | | Douglass (1976) |
| | Trapping | EBS | ♂ 550 (X) ♀ 300 | X | | | X Su > W | X ♂ > ♀ | X | Getz (1961) |
| | Trapping | EBS | ♂ 650 (X) ♀ 400 | | | | Su > W, ♂ Su < W, ♀ | ♂ > ♀ | 0 | Getz (1970) |
| | Trapping | V | ? | | | | | ♂ > ♀ | | Hamilton (1937) |

BLM_0052436

TABLE 2
CONTINUED

| Species | Method | Analysis* | Approximate area (m²), distance (m) ** | Repro-duction | Den-sity | Food | Season | Sex | Hab-itat | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| | Trapping | *MAM*, IBS | ♂ 364 (Su) ♀ 162 | | | | | ♂ > ♀ | | Hayne (1950) |
| | Radiote-lemetry | MAM | ♀ 100 (Su) | −♀, lact. | | | | | | Madison (1978) |
| | Radiote-lemetry | MAM | ♂ 192 (Su) ♀ 68 | | | | | ♂ > ♀ | | Madison (1980*b*) |
| | Radiote-lemetry | MAM | 52 (comb., A, W) | −♀, lact. | | | | | | Madison et al. (1984) |
| | Trapping | MAM | ♂ 1,416 (Su) ♀ 526 | +♂, RA | | | | ♂ > ♀ | | McCann (1976) |
| | ³²P | V, *RL* | ♂ 120 (Su) | | | | | | | Miller (1957) |
| | Dyes | GDM | 200 (comb., pooled) | | | | | | | New (1958) |
| | Radiote-lemetry | MAM | ♀ 40 (Su) ♀ 19 (W) | | | | Su > W | | X | Pagano and Madison (1981) |

391

BLM_0052437

TABLE 2
CONTINUED

| Species | Method | Analysis* | Approximate area (m²), distance (m) ** | Repro-duction | Den-sity | Food | Season | Sex | Hab-itat | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Correlations | | | | | | |
| | Trapping | GDM | 60 (comb.) | | | | | | | Stickel and Warbach (1960) |
| | Trapping | ADM | ♂ 10 (Su, W) ♀ 7 | | | | | ♂ > ♀? | | Tamarin (1977) |
| | Trapping | BVN | ♂ 12,964 (RA) ♂ 1,387 (NR) | +♂, RA | − | | Su > W | | | Turner and Iverson (1973) |
| | Trapping | IBS, NS | ♂ 1,943 (Su) ♀ 1,619 | | −♂ 0, ♀ | | | ♂ > ♀? | | Van Vleck (1969) |
| | Radiote-lemetry | AA (X) | ♂ 102 (Su, A) ♀ 57 | +♂, RA | | | 0, ♂ | ♂ > ♀ | | Webster and Brooks (1981b) |
| M. breweri | Trapping | ADM | ♂ 13 (Su, W) ♀ 10 | | | | | ♂ > ♀? | | Tamarin (1977) |
| M. californi-cus | Isotope | PUD/ MAP | ♂ 45 (pooled) ♀ 32 | | | | | | | Ford and Krumme (1979) |

BLM_0052438

TABLE 2
CONTINUED

| Species | Method | Analysis* | Approximate area (m²), distance (m) ** | Correlations | | | | | | | Source |
|---------|--------|-----------|----------------------------------------|--------------|---|---|---|---|---|---|--------|
| | | | | Repro-duction | Den-sity | Food | Season | Sex | Hab-itat | | |
| | Trapping | ADM | ♂ 40 (comb.) ♀ 20 | +♂, RA | – | + | Su > W | ♂ > ♀ (RA) ♂ = ♀ (NR) | | | Krebs (1966) |
| | Photo-graphy | V DM (X) | 15 (comb.) | | | | | | | | Pearson (1960) |
| *M. montanus* | ¹⁸²Ta | MMAM | ♂ 77 (Su) ♂ 7 (W) | | | | Su > W, ♂ | | | | Douglass (1976) |
| | ¹⁸²Ta | MAM | ♀ 10 (lact.) | | | | | | | | Jannett (1978) |
| *M. ochrogas-ter* | Trapping | RL | 12 (pooled) | | – | 0 | | | | | Abramsky and Tracy (1980) |
| | ⁶⁰Co | *MAM,* MMAM | ♂ 850 (Sp, Su) ♀ 162 | | | | | ♂ > ♀ | | | Harvey and Barbour (1965) |
| | Trapping | IBS | ♂ 567 (comb.) ♀ 486 | | | 0 | | ♂ = ♀ | | | Martin (1956) |
| | Trapping | IBS, *MAM* | ♂ 162 (Su) ♀ 283 | | – | | | ♂ = ♀ | | | Meserve (1971) |

BLM_0052439

**TABLE 2**
CONTINUED

| Species | Method | Analysis* | Approximate area (m²), distance (m) ** | Correlations | | | | | | |
| | | | | Repro-duction | Den-sity | Food | Season | Sex | Hab-itat | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| *M. oregoni* | Trapping | *EBS*, RL | ♂ 907 (Sp, Su) ♀ 575 | | | | Sp > Su, ♂ / Sp = Su, ♀ | ♂ > ♀ (Sp) / ♂ = ♀ (Su) | | Gashwiler (1972) |
| *M. pinetorum* | Radiotelemetry | RL | ♂ 19 (A) ♀ 14 | | | | | ♂ = ♀ | | FitzGerald and Madison (1981) |
| | Radiotelemetry | RL, *MAM* | ♂ 45 ♀ 42 (comb.) | | | | | ♂ = ♀ | | FitzGerald and Madison (1983) |
| | Radiotelemetry | *MAM*, ADM | ♂ 23 (Su) ♀ 22 | | — | | | | | Gettle (1975) |
| | Trapping | IBS | ♂ 2,024 (A) ♀ 1,821 | | | | | ♂ = ♀ | | Goertz (1971) |
| | Radiotelemetry | MAM | ♀ 40 (Su) ♀ 19 (W) | | | | Su > W | | | Pagano and Madison (1981) |

BLM_0052440

TABLE 2
CONTINUED

| Species | Method | Analysis* | Approximate area (m²), distance (m) ** | Correlations | | | | | | | Source |
|---------|--------|-----------|----------------------------------------|--------------|--|--|--|--|--|--|--------|
| | | | | Repro-duction | Den-sity | Food | Season | Sex | Hab-itat | | |
| | Trapping | RL | 19 (comb.) | | | | | | | | Paul (1970) |
| | Trapping | GDM | 60 (comb.) | | | | | | | | Stickel and Warbach (1960) |
| *M. richard-soni* | Radiote-lemetry | RL | ♂ 3622 (Su) ♀ 94 | +♂, RA | | | | ♂ > ♀ | | | Ludwig (1981) |
| *M. townsendii* | Trapping | BVN | ♂ 900 (comb.) ♀ 500 | | − | − | | | | | Taitt and Krebs (1981) |
| *M. xantho-gnathus* | Trapping | *MAM*, RL | ♂ 1,100 (Su, A) ♀ 2,000 | | | | | | | | Douglass (1977) |
| | Trapping | PUD/ MAP | ♂ 650 (pooled) ♀ 583 | | | | | | | | Wolff and Lidicker (1980) |
| Old World: | | | | | | | | | | | |
| *M. agrestis* | ¹⁶⁰Co | MAM | ♀ 196 (Sp, Su) | 0 | | | 0 | | | | Godfrey (1954) |
| | ³²P | V | | | | | | | | | Myllymäki et al. (1971) |
| | ¹³¹I ⁵¹Cr | | | | | | | | | | |

BLM_0052441

TABLE 2
CONTINUED

| Species | Method | Analysis* | Approximate area (m²), distance (m) ** | Correlations | | | | | | | Source |
| | | | | Repro-duction | Den-sity | Food | Season | Sex | Hab-itat | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Trapping | UVN | ♂ 600 (comb.) ♀ 300 | | −♀ | −♀ | | ♂ > ♀ | | | Myllymäki (1977) |
| M. arvalis | Trapping | ADM | ♂ 13 (X) ♀ 6 | +♂, RA | | | Su > A, ♂ | | | | Dub (1971) |
| | ⁶⁰Co | MMAM | ♂ 300 (Su) ♀ 400 | | | | | | | | Nikitina et al. (1977) |
| | Trapping | MAM | ♂ 900 (Sp, Su) ♀ 375 | | | | | | | | Nikitina et al. (1972) |
| M. montebelli | Trapping | MAM | ♂ 364 (Su) ♀ 162 | | | | | ♂ > ♀ | | | Tanaka (1972) |
| M. oeconomus | ⁶⁰Co | MMAM | ♂ 3,000 (Su) ♀ 900 | | | | | ♂ > ♀ | | | Karulin et al. (1976) |

BLM_0052442

TABLE 2
CONTINUED

| Species | Method | Analysis* | Approximate area (m²), distance (m)** | Correlations | | | | | | Source |
| | | | | Repro-duction | Den-sity | Food | Season | Sex | Hab-itat | |
|---|---|---|---|---|---|---|---|---|---|---|
| | ⁶⁰Co | MMAM | ♂ 5,200 (Su) ♀ 1,300 | | | | | ♂ > ♀ | | Nikitina et al. (1977) |
| | Trapping | *EBS, ADM* | ♂ 2,500 ♀ 530 (Su) | +♂, RA | | | Su > W, ♂ | ♂ > ♀ (Su) ♂ = ♀ (W) | | Tast (1966) |

* Abbreviations: AA, activity area; ADM, average distance moved; AMAM, adjusted minimum area method; BVN, bivariate normal; DM, distance moved; EBS, exclusive boundary strip; GDM, greatest distance moved; IBS, inclusive boundary strip; MAM, minimum area method; MMAM, modified minimum area method; NS, number of different stations at which animal was captured; PUD/MAP, population utilization distribution and probability of location; RL, range length; UVN, univariate normal; V, verbal description of range size. Where two or more analyses are listed, the analysis giving the area or distance in the next column is in italics. The letter X appears wherever the actual results could not be reduced to tabular form because of their complexity.

** Abbreviations and symbols: ♂, male; ♀, female; Su, summer; A, autumn; W, winter; Sp, spring; RA, reproductively active; NR, not reproductively active; comb., combined data for sexes or seasons; pooled, value for each sex is a composite for all voles of the same sex; lact., lactating; +, increase in size; −, decrease in size; 0, no change in size.

BLM_0052443

398    *Madison*

best a small and abstract sampling of vole movement and behavior (see Hayne, 1950). But few alternatives exist, and the reward for meaningful explanations concerning vole space and resource utilization, no matter how tentative, is considerable. And so the attempts continue.

More recent technology permits the collection of many positions on free-ranging voles per unit time, and this is at least an advance in the right direction. When monitoring the minute-to-minute or hour-to-hour movements of many voles over many days, certain patterns of area use and movement emerge that can be defined and used as a framework for further, especially comparative, studies. A classification of types of home range and movement in *Microtus pennsylvanicus* accompanies the different facets of space use reviewed below.

*Home Range*

A home range according to Burt (1943) is "that area traversed by the individual in its normal activities of food gathering, mating, and caring for young." The subsequent discussion by Burt (1943) implies a short-term range, one whose value would change with age, season, reproductive condition, density, and so on. Burt clearly did not imply that there is a typical home-range value for a species that encompasses a single area within which all these activities occur, yet many investigators apparently seek and publish such values. Burt's home range would include all the routine travels occurring over just a few days, and the value would require recalculation with each major change in environmental or individual condition. Since voles have small home ranges relative to their mobility (that is, a vole can move across its entire range with a few seconds, certainly in less than 1 min), and since voles typically have four to six activity periods every 24 h (see section on Activity Rhythms), I use the one-day-range as a home-range unit for voles, and classify types of ranges based on how these daily values vary through time. Each daily range is composed of 24 positions, one per h, or of 144 positions, one per 10 min. A convex polygon (formed by a line connecting the positions around the perimeter) is used to represent the daily range (Fig. 3).

The convex-polygon or minimum-area method (Dalke, 1942) is used in the present study because it is the easiest way of identifying

BLM_0052444

and enclosing the actual positions recorded for an animal that is active in essentially two dimensions. Until more is known about the motivation and manifestation of space use in nature, any model is quite arbitrary, and so the simplest was chosen. The frequency of peripheral and multiple areas of high-use intensity and the occurrence of both sharp and gradual border segments for the same individual must eventually be recognized. The study of these fine-grained patterns may answer basic questions regarding the determinants of space use. Exact location information, especially for locations visited less frequently, is essentially lost when probability models are used.

The important features of the daily range estimates in this study are the short duration (24 h) of the estimates and the fixed time interval between positions. As such, the estimates are sensitive to, and representative of, day-to-day changes in vole movement. No matter how sophisticated the mathematical manipulations applied to position information (for example, to capture data), as the time span over which the data are collected increases, the estimates of range use and overlap (and therefore estimates of social interactions) become exaggerated. This bias would occur for *M. pennsylvanicus* because: 1) the daily ranges of males expand or shift with the occurrence of estrus in neighboring females; 2) the daily ranges of females contract at parturition and expand during weaning (Madison, 1978); 3) the cumulative area, but not the daily range, continues to expand over long periods of study, especially for males; and 4) fluctuating densities and high mortality rates for microtines (Madison, 1979; Pearson, 1971) create chronic instability in space ownership, such that range values pooled for several days or more would likely indicate overlap between two individuals whose actual periods of residence did not overlap. The daily range values minimize the above problems.

Based on long sequences of daily ranges for over 100 meadow voles to date, three general types of home ranges emerge. The *stable home range* is one where the center of activity varies little from one day to the next, and where the convex polygons of the successive daily ranges overlap considerably (Fig. 3A). The *variable home range* may be either *disjunctive* or *floating*. The disjunctive range is one in which two or more areas of intense utilization are separated by areas used only in transit. The center of activity is stable, although it rarely marks an area of intense utilization (Fig. 3B). The floating

BLM_0052445

400    *Madison*



FIG. 3.    Types of home range and movement for meadow voles (*M. pennsylvanicus*). All home ranges are composed of 24 radiotelemetry positions, one each h for 24 consecutive h. Dashed lines enclose areas that are 40% or more of the home-range size but contain no telemetry positions (other than the one or two peripheral positions indicated). A, stable: female, 40 g, New York, 1978; B, variable disjunctive: male, 52 g, Virginia, 1975; C, variable floating: female, 35 g, New York, 1978; D, variable

BLM_0052446

range is one in which the center of activity may shift noticeably on a daily basis, but does not change much over the long term. The successive polygons of the floating range may at times fail to overlap (Fig. 3C, D). The third home-range type is the *shifting home range.* Unlike the stable and variable home ranges, the shifting range shows a significant net change in center of activity. The shifting range may be *conjunctive* or *disjunctive.* The conjunctive shift in home range is a gradual, unidirectional displacement of the successive daily ranges, with each subsequent range overlapping the previous range (Fig. 3E). A disjunctive shift in home range occurs when a vole passes back and forth between two separate areas but eventually shifts all of its activity from one area to the other (Fig. 3F, G). The shifting home range is a transient state of area use, and perhaps shouldn't be classified as a home-range type; but because the organism still remains in the same general region, the shifting home range is still considered a form of local area utilization, hence a type of home range. Burt (1943) also included the shifting range as a home-range type.

The stable and variable home-range types are much more common than the shifting type. They are shown by 69% of adult male and 89% of adult female meadow voles under summer breeding conditions in good habitat (Madison, 1980*a*), but the percentages are bound to vary under a wide variety of environmental and social conditions. Tanaka (1972) reported stable home ranges in about 56% of the *M. montebelli* studied. Shifting home ranges occur in about 31% of male and 11% of female *M. pennsylvanicus* (Madison, 1980*a*), and these values agree with those of 12 to 19% reported by Getz (1961).

### Territory

Another type of space-use pattern frequently mentioned in the literature for voles is territoriality. The territory may include the entire home range (all-purpose territory), or a smaller space unit

---

←

floating: male, 63 g, New York, 1978; E, conjunctive shifting: male, 37 g, Quebec, 1974; F, disjunctive shifting: female, 40 g, Virginia, 1975; G, disjunctive shifting: male, 40 g, Virginia, 1975; H, dispersal: male, 37 g, Virginia, 1975.

BLM_0052447

within the home range (feeding territory, nesting territory; Nice, 1937). Definitions vary but a common definition is the sole occupation of an area (at least with respect to others of the same sex during breeding activity) in a region where the density conditions lead to expectations of overlap. Such a situation exists for reproductive female meadow voles, but not for males (Madison, 1980*b*, 1980*c*).

Territoriality among *Microtus* varies from individual territories for males (*M. xanthognathus*; Wolff, 1980) or females (*M. pennsylvanicus*; Madison, 1980*b*) or both (*M. montanus*; Jannett, 1980), to pair territories (*M. ochrogaster*; Getz and Carter, 1980; *M. californicus*; Lidicker, 1980), and finally to communal territories (*M. pinetorum*; FitzGerald and Madison, 1983). These territorial patterns may vary with reproductive activity, density, and season. For example, *M. ochrogaster* shifts from pair territories to loose polygynous or promiscuous groups with an increase in population density (Getz and Carter, 1980), and *M. pennsylvanicus* shifts from female territories during the summer breeding period to communal groups during the winter (Madison, 1984; Madison et al., 1984).

Figure 4 shows the maintenance of exclusivity by female meadow voles during breeding in October, and the existence of communal groups in December. The communal groups had non-overlapping membership in November and December, but by January meadow voles moved freely between the groups. In October, the one female with the largest home range that "overlapped" the ranges of the others did not normally occupy the area of overlap, and was only located in the overlap area twice during one "distant reconnaissance" trip (see next section).

*Movement Types*

A close examination of the sequence of positions of free-ranging *M. pennsylvanicus,* coupled with notes on what the voles were doing at each check, allows an evaluation of movement and space use in connection with home range. The first category of movement is *local* movement. These movements are either *maintenance* or *reconnaissance.* Maintenance movements are often localized around the nest, and the vole is frequently seen chewing on grass blades or in the act of grooming. Usually no more than 0–3 m of movement occurs between successive 10-min or 60-min position checks (Fig. 5, positions 1–4, 10–14). The local reconnaissance is characterized by



UNITS OF DISPERSION



FIG. 4.    Individual and group units of dispersion in meadow voles (*M. pennsylvanicus*) radiotracked in field enclosures in New York. Each vole is represented by a polygon enclosing 10 positions collected hourly from 0700 h to 1600 h. The suboptimum area was created by repeated mowing and the collection of cuttings during the summer. Only six males and five females, all of adult size, were present on 4 October; four adults of each sex plus 17 offspring from the original five females made up the kin groups on 12 December.

loops of movement during which the vole is usually seen in alert postures or moving. Although some nibbling on grass may be seen occasionally, no sustained grazing is observed (Fig. 5, positions 5–9). The distinction between maintenance and local reconnaissance is more clear at night. During the night, the sleeping location is well defined. Maintenance activities occur near the nest, and local reconnaissance occurs away from the night nest about once every bout of activity (Figs. 5, 6). The local reconnaissance loops are thought to involve scent-marking or be surveys for other voles, since little feeding or shelter seeking is apparent during these runs.

The second category of movement is the *distant reconnaissance*. This type is also called "wandering," "sallies," or "excursions" in the literature (Ambrose, 1969; Burt, 1943; Jannett, 1978; Lidicker, this volume; Madison, 1978, 1980a; Martin, 1956; Myllymäki, 1977; Stickel and Warbach, 1960). This movement is quite similar to

BLM_0052449

404   *Madison*



FIG. 5.   Local movements for a 52 g male meadow vole (*M. pennsylvanicus*) from 2150 h to 0200 h on 17 and 18 August 1975 in Virginia (see Fig. 6, male 2). Positions (●) were recorded using radiotelemetry every 10 min; 14 such positions are represented between nest (●) departure at 2150 and nest return at 0200 h (position 1 is first dot after leaving nest, position 2 is second dot, etc.). Approximate course is indicated by straight lines. Distance between reference markers (+) is 15 m.

local reconnaissance in that the vole is typically "on the move." It differs in occurring at least one range length beyond the normal daily range. Such trips may last up to 12 h, but 2 to 5-h journeys are most common. Considerable distances are sometimes reached, not atypically of 50 m or more. The trips begin and end suddenly; there is no change in behavior either before or after the trip that

BLM_0052450

might suggest the occurrence of this behavior (Fig. 3A [8/8], G [7/ 24, 7/31]). Distant reconnaissance has many potential reproductive advantages to both sexes (Madison, 1978, 1980*b*, 1980*c*), but it also may be a means of assessing food and shelter resources in adjacent areas at times when these are declining in the immediate home area. That distant reconnaissance in males is about twice as frequent as that for females in both meadow voles (Madison, 1980*a*) and prairie voles (Martin, 1956) suggests that males use these trips at least in part to maximize paternity.

The third general category of movement is *dispersal*. It is similar to wandering in its suddenness and long distance nature, but the vole in this case does not return to its former home range (Fig. 3H [7/17]). The incidence and significance of dispersal is discussed by Lidicker (this volume).

Of all these types of movement during the reproductive season, the local-maintenance and reconnaissance types are the most common, occurring essentially during each of the 4–6 activity periods each day. Distant reconnaissance occurs at least once every 20 days for females, and at least once every 12 days for males. Dispersal is relatively rare for *M. pennsylvanicus* under the conditions studied, having occurred in three out of the 56 voles tracked for 3 or more weeks (Madison, 1980*a*, 1980*c*).

## Dispersion

An understanding of factors influencing space use must include a clear definition of the unit of dispersion (Brown and Orians, 1970). Specifically, do individuals move about more or less independently of other individuals, or do pairs or larger assemblages move about together, occupy the same range and nest, and use the same basic resource base? Individual and social units of dispersion demand different sets of analytical precautions during studies of resource preference and space use.

For *M. pennsylvanicus*, the unit of dispersion changes seasonally, although the dispersion pattern (uniform vs. random vs. clumped) does not. From spring to mid-fall, individual units of dispersion appear (Fig. 4). The females involved in breeding have uniform (territorial) distributions; the males are more variable and range from random to clumped (for example, around estrous females) (Madison, 1980*a*, 1980*c*). From mid-fall to early winter, the unit of dispersion changes to communal (kin) groups; these groups show

BLM_0052451

406   *Madison*

little overlap, suggesting territorial female families (Madison, 1984; Madison et al., 1984). Figure 4 shows the territories of five females in December that had terminated breeding for the year. Each of these females shared their nest and home range with a group composed of the female's offspring and from 0 to 2 adult males. This kin group gradually gives way to mixed lineage groups for the rest of winter. Mixed lineage groups arise when, as a result of winter mortality among many kin groups, the voles redistribute themselves in space in order to stay above the minimum "huddle" density necessary for overwinter survival (Madison et al., 1984). Home-range size and overlap is similar within the kin and mixed lineage groups, but the latter group is more permeable to changing membership, and hence is not territorial. In addition, since the total population density gradually decreases with winter, and since group size necessarily remains about the same, the mixed groups become more separated as the winter progresses. The transition from group to solitary living with the onset of breeding in spring includes some communal nesting and even communal nursing among females, but these groups disappear by May (McShea and Madison, 1984).

Besides meadow voles, *M. arvalis* also changes from a female territorial system in summer to a group unit in winter (Chelkowska, 1978; Mackin-Rogalska, 1979). *M. xanthognathus* shifts from a male territorial organization to non-kin communal groups from summer to winter (Wolff, 1980). There are no known microtine species that exhibit individual units of dispersion throughout the year; however, several microtines, such as *M. pinetorum,* live in cohesive social units year-round (FitzGerald and Madison, 1981, 1983; Madison, 1984). The unit of dispersion varies with density from more or less stable pairs to largely individual units associated with polygyny and promiscuity in *M. ochrogaster* (Getz and Carter, 1980) and *M. californicus* (Lidicker, 1980).

*Factors Correlated with Space Use*

*Energetics, diet, and food.*—Despite the large amount of general literature concerning the effect of food on density and movement, not much is known concerning voles in the genus *Microtus* (Table 2). McNab's (1963) prediction that home-range size should increase with decreased food resources is supported by Taitt and Krebs (1981) and Taitt et al. (1981) for *M. townsendii,* and by

BLM_0052452

Myllymäki (1977) for *M. agrestis.* However, no such relation was found between home-range length and biomass of preferred food for *M. ochrogaster* (Abramsky and Tracy, 1980), and a positive relation between food availability and movement was noted for *M. californicus* (Krebs, 1966). Since density was not controlled in the above studies, and since density typically increases with extra food, the changes in movement and home-range size above may result from social factors and not be due to the changes in available food. Thus, the issue remains to be resolved.

*Gender and reproduction.*—Considerable information shows that at least for certain species the size of the home range is larger for males than females, and that the degree of difference is a function of reproductive activity (Table 2). Recent radiotelemetric studies have confirmed the above relations for *M. pennsylvanicus* (Gaulin and FitzGerald, in press; Madison, 1980*b*; Webster and Brooks, 1981*b*). In this species, the range of the female decreases during early lactation, but returns to normal values with weaning (Madison, 1978). If many females are breeding in a population, the average short-term home range for the females is smaller because of the home-range reduction during lactation. However, the reduction may be offset under natural conditions by the tendency of females of some species to shift home ranges (Myers and Krebs, 1971; Tast, 1966) or show distant reconnaissance (Madison, 1978) just before parturition. The range of breeding male meadow voles (*M. pennsylvanicus*) is typically much larger during the reproductive season, but once the communal groups form during mid- to late fall (see section on Dispersion), the range size of males decreases to about the size of female home ranges, which change little from summer to winter. The large size of the male range during the breeding period is primarily the result of distant reconnaissance movements and floating and shifting home ranges, all likely the result of mating activity (Madison, 1980*a*, 1980*b*, 1980*c*; see section on Home Range).

The above pattern for meadow voles is probably also characteristic of most other microtines. Exceptions arise in those species that live in social groups year-round. In *M. pinetorum,* the male and female home ranges of each exclusive social group essentially coincide during all seasons (FitzGerald and Madison, 1981, 1983). Similar isometry is predicted during the breeding season in situations in which monogamy often occurs, such as in *M. ochrogaster* (Getz and Carter, 1980) and *M. californicus* (Lidicker, 1980). Isom-

BLM_0052453

408    *Madison*

etry is predicted to be the basic condition for all microtines outside the breeding season, and it may even prevail among adult non-reproductives during the breeding period (Webster and Brooks, 1981*b*).

*Social factors.*—The influence of social factors on space use is suggested by non-random patterns of spacing in homogeneous habitat, by differences in the space use of voles of different social status, and by differences in spacing and movements of voles at different population densities. The overdispersion of breeding female meadow voles strongly suggests mutual antagonism and female avoidance (Madison, 1980*b*, 1980*c*). That these exclusive areas between females are not strictly necessary for, nor determined by, individual food needs is suggested by the cohabitation of these same areas by extended family units of up to seven subadult and adult voles during the late fall and winter (Madison, 1984; Madison et al., 1984). Other species of voles also exhibit territoriality (see Wolff, this volume; Madison, 1980*b*). The only study to date to determine the effects of social status on space use in *Microtus* concerns meadow voles (Ambrose, 1973). Dominant *M. pennsylvanicus,* as determined in dyadic encounters, were much less likely to change home ranges in the field than were subordinate voles. The effect of social variables on spacing also should be apparent under conditions of different population density. This relation assumes that as density increases, so should competition for spatially distributed resources. The cost of utilization or defense of widely dispersed resources should increase, and so it is expected that home-range size should decrease with increased density, at least to some minimal level necessary for survival. The general pattern among voles is a negative relationship between density and home range (see Table 2). For *M. oeconomus,* this relationship is parabolic and is expressed as:

$$S = 0.11 + \left(\frac{3.55}{d}\right)$$

where $S$ is the home range size in ha and $d$ is the density in voles/ha (Okulova et al., 1971). Ambrose (1973) found that meadow voles (*M. pennsylvanicus*) didn't change home-range size with increased density, but rather increased the intensity of utilization within the home range. In this study, the home ranges already may have been at the minimum levels tolerated. Van Vleck (1969) observed a negative relationship only for males, but his measure of space use (the

BLM_0052454

number of different traps visited) was not very refined, especially for female voles with small home ranges relative to the trap spacing (14 m). Other aspects of spacing relating to social behavior are discussed by Wolff (this volume).

*Interspecific interactions.*—Very little is known regarding the effects of predation, parasitism, or interspecific competition on space use in *Microtus*. In some circumstances shrews are known to kill voles, but Barbehenn (1958) found no negative effect of the presence of *Blarina* or *Sorex* on meadow-vole distribution. However, Fulk (1972) showed that *M. pennsylvanicus* tended to avoid areas occupied by *Blarina brevicauda*. Recently, Madison et al. (1984) showed that predation by foxes and weasels on overwintering meadow voles appeared to stimulate spatial avoidance and smaller nesting groups in the voles. Interspecific competition as measured by spatial avoidance has been demonstrated for *M. ochrogaster,* which avoids cohabitation with *Sigmodon* (Glass and Slade, 1980), and *M. montanus* appears to exclude *M. pennsylvanicus* from certain habitats (Stoecker, 1972). That such relationships may be complex is suggested by Douglass (1976), who found the opposite relationship between *M. montanus* and *M. pennsylvanicus.*

*Weather and seasonal factors.*—The time required for the collection of information in most studies of space use precludes the measurement of day-night shifts in home-range use as well as responses to daily weather variations. Radiotelemetry permits the measurement of these local changes in spacing, and most information of this kind is available only for *M. pennsylvanicus.* During summer, meadow voles appear to vary their movements between day and night. Figure 6 shows four voles whose positions were determined every 10 min for 24 h, thus giving 24 positions every 4 h (the same number of positions that constitute all the daily ranges in Fig. 3). The 4-h ranges show that the nest used during the night is different from the nest or refuges used during most of the day for all four voles. The space use at night is reduced for females, but not for males, and this agrees with the lower activity of females at night (Evans, 1970; Fig. 6). The space-use patterns of these voles, which were selected for study because of their close proximity, vary from no overlap between the females and between the males during the 0400–0750 period, to generally higher levels of overlap or proximity during the day. Why there appears to be a nighttime reduction in space use for females is not known, but the fact that lactating fe-

BLM_0052455

410   *Madison*



FIG. 6.   Space use for four free-ranging meadow voles (*M. pennsylvanicus*) during a 24-h period on 17 and 18 August 1975 in Virginia. Positions were recorded by radiotelemetry every 10 min for all four voles. The space use for each vole is shown for each 4-h period, first separately, then combined. Reference markers (a+, b+) are the same for all voles and are 15 m apart. Note that the scale was changed for combined plots. Males 1 and 2 were 50 g each; female 1 was 41 g; female 2 was 43 g.

BLM_0052456

males show this reduction throughout the 24-h period suggests that energetic demands peculiar to females may be a factor (Madison, 1978).

Day-to-day changes in space use in response to weather conditions have been recorded only for *M. pennsylvanicus* (Madison, 1980a; Madison et al., 1984). The home ranges of both males and females significantly increase with environmental temperature. Male home ranges also significantly increase with time since precipitation and with higher barometric pressures. Blair's (1940) finding that meadow voles have larger home ranges in dry habitats than in wet habitats generally agrees with the above observation. Why meadow voles, and males in particular, show larger home ranges under "good" weather conditions is not known. Madison (1980a) speculated that reduced ability to detect inhibitory pheromonal signals on dry days may be an important factor.

Seasonal changes in space use are relatively well known for microtines. Two patterns appear to be common. The first is a reduction in home-range size of males during the non-breeding season (see section on Gender and Reproduction). The second is a shift in home range during periods of habitat flooding in fall and spring (Hansson, 1977; Ludwig, 1981; Tast, 1966; Webster, 1979). Two other patterns that are hypothesized to be common are: 1) local shifts in home range during winter as a result of vole efforts to locate larger huddling groups for thermal benefit or to escape predation (Madison, 1984; Madison et al., 1984); and 2) shifts in home range during spring from overwintering groups to dispersed, individual ranges for purposes of maximizing reproductive success.

## Generalities and Predictions for Future Testing

Day-night patterns of activity and home-range size in microtine rodents have been studied for many years, but generalizations concerning activity and spacing have been slow in coming. Insights from recent radiotelemetric studies of rhythms and space use combined with information from laboratory and mark-recapture studies permit certain tentative generalizations that can be used to form hypotheses for future experimental studies, as follows.

BLM_0052457

412   *Madison*

*Activity Rhythms*

1) A recurring ultradian rhythm with a 2- to 6-h period, each entailing 1–3 h of rest and 1–3 h of activity, is typical for microtine rodents.
2) The period of the ultradian rhythm is inversely related to energy demand; thus, reproductively active males, late gestating or lactating females, and small-sized voles should show shorter periods.
3) The period of the ultradian rhythm can be modified by conserving energy; thus, if social synchrony is critical to survival, small-sized voles may "huddle" more and breeding voles may temporarily forego reproduction to maintain synchrony.
4) Rhythm synchrony between voles is most conspicuous in the morning, and sunrise appears to be the timing event for circadian periodicities.
5) Some voles in a population may adjust the phasing of their ultradian rhythm to reduce social confrontation or competition for resources.
6) Microtines tend to be more day-active in winter and more night-active in summer.

*Spacing*

1) Most microtine species exhibit individual units of dispersion during most of the breeding season, especially those members of each species that are reproductively active.
2) Most microtine species are promiscuous or polygynous and, during the breeding season, males of these species have larger home ranges than females.
3) Microtine species that live throughout the year in cohesive social groups tend toward monogamy, and the home-range size for males and females of these species approach isometry.
4) Whether voles live alone or in social groups during the breeding season, group living and home-range isometry between the sexes appears to be the general rule during the non-breeding or winter season.
5) Absolute home-range size for adult male voles during the non-breeding season or winter period is equivalent to, or only slightly smaller than, that of females of the same species in comparable habitat during the summer.

BLM_0052458

6) Non-breeding, winter groups are composed of kin early in the winter, but by late winter usually are composed of voles of mixed lineage.

## Acknowledgments

I thank Brad Davis, Melissa Ditton, Randy FitzGerald, Bill McShea, Bruce Webster, and many other field assistants who helped collect the data presented and discussed here. The chapter considerably benefited from discussions with, or the editorial criticisms and general help of, Pat DeCoursey, Bill Lidicker, Norm Negus, Carol Rowsemitt, Frank Sulzman, Bob Tamarin, Jerry Wolff, and Irv Zucker. The research was supported by the National Research Council of Canada, McGill University, the Research Foundation of the State University of New York, the National Science Foundation (DEB-22821), and the U.S. Fish and Wildlife Service (Contract No. 14-16-0009-79-066).

## Literature Cited

ABRAMSKY, Z., AND C. R. TRACY. 1980. Relation between home range size and regulation of population size in *Microtus ochrogaster*. Oikos, 34:347–355.

AMBROSE, H. W., III. 1969. A comparison of *Microtus pennsylvanicus* home ranges as determined by isotope and live trap methods. Amer. Midland Nat., 81:535–555.

———. 1973. An experimental study of some factors affecting the spatial and temporal activity of *Microtus pennsylvanicus*. J. Mamm., 54:79–110.

ASCHOFF, J. 1981. A survey on biological rhythms. Pp. 3–10, *in* Handbook of neurobiology (J. Aschoff, ed.). Plenum, New York, 563 pp.

ASCHOFF, J., S. DAAN, AND G. A. GROOS (EDS.). 1982. Vertebrate circadian systems. Springer-Verlag, New York, 363 pp.

ASHBY, K. R. 1972. Patterns of daily activity in mammals. Mamm. Rev., 1:171–185.

BARBEHENN, K. R. 1958. Spatial and population relationships between *Microtus* and *Blarina*. Ecology, 39:293–304.

BARBOUR, R. W. 1963. *Microtus*: a simple method of recording time spent in the nest. Science, 141:41.

BAUMGARDNER, D. J., S. E. WARD, AND D. A. DEWSBURY. 1980. Diurnal patterning of eight activities in 14 species of muroid rodents. Anim. Learn. Behav., 8:322–330.

BAUMLER, W. 1975. Activity of some small mammals in the field. Acta Theriol., 20:365–377.

BIDER, J. R. 1968. Animal activity in uncontrolled terrestrial communities as determined by a sand transect technique. Ecol. Monogr., 38:269–308.

BLAIR, W. F. 1940. Home ranges and populations of the meadow vole in southern Michigan. J. Wildl. Mgmt., 4:149–161.

BLM_0052459

BROOM, D. M. 1979. Methods of detecting and analyzing activity rhythms. Biol. Behav., 4:3–18.

BROWN, J. L., AND G. H. ORIANS. 1970. Spacing patterns in mobile animals. Ann. Rev. Ecol. Syst., 1:239–262.

BROWN, L. E. 1966. Home range and movement of small mammals. Pp. 111–142, *in* Play exploration and territory in mammals (P. A. Jewell and C. Loizos, eds.). Academic Press, New York, 280 pp.

BURT, W. H. 1943. Territoriality and home range concepts as applied to mammals. J. Mamm., 24:346–352.

CALHOUN, J. B. 1945. Diel activity rhythms of the rodents, *Microtus ochrogaster* and *Sigmodon hispidus hispidus*. Ecology, 26:251–273.

CARLEY, C. J., E. D. FLEHARTY, AND M. A. MARES. 1970. Occurrence and activity of *Reithrodontomys megalotis, Microtus ochrogaster* and *Peromyscus maniculatus* as recorded by a photographic device. Southwestern Nat., 15:209–216.

CHELKOWSKA, H. 1978. Variations in numbers and social factors in a population of field voles. Acta Theriol., 23:213–238.

DAAN, S. 1981. Adaptive daily strategies in behavior. Pp. 275–298, *in* Handbook of neurobiology (J. Aschoff, ed.). Plenum, New York, 563 pp.

DAAN, S., AND J. ASCHOFF. 1981. Short-term rhythms in activity. Pp. 491–498, *in* Handbook of neurobiology (J. Aschoff, ed.). Plenum, New York, 563 pp.

———. 1982. Circadian contributions to survival. Pp. 305–321, *in* Vertebrate circadian systems (J. Aschoff, S. Daan, and G. A. Groos, eds.). Springer-Verlag, New York, 363 pp.

DAAN, S., AND S. SLOPSEMA. 1978. Short-term rhythms in foraging behavior of the common vole, *Microtus arvalis*. J. Comp. Physiol., 127:215–227.

DALKE, P. D. 1942. The cottontail rabbits in Connecticut. Connecticut State Geol. Nat. Hist. Surv. Bull., 65:197.

DAVIS, D. H. S. 1933. Rhythmic activity in the short-tailed vole, *Microtus*. J. Anim. Ecol., 2:232–238.

DEWSBURY, D. A. 1980. Wheel-running behavior in 12 species of muroid rodents. Behav. Proc., 5:271–282.

DOUCET, G. J., AND J. R. BIDER. 1969. Activity of *Microtus pennsylvanicus* related to moon phase and moonlight revealed by the sand transect technique. Canadian J. Zool., 47:1183–1186.

DOUGLASS, R. J. 1976. Spatial interactions and microhabitat selections of two locally sympatric voles, *Microtus montanus* and *Microtus pennsylvanicus*. Ecology, 57:346–352.

———. 1977. Population dynamics, home ranges, and habitat associations of the yellow-cheeked vole, *Microtus xanthognathus,* in the Northwest Territories. Canadian Field-Nat., 91:237–247.

DUB, M. 1971. Movements of *Microtus arvalis* Pall. and a method of estimating its numbers. Zool. Listy, 20:1–14.

DURUP, H. 1956. Observations on the activity rhythm of captive voles (*Microtus arvalis* Pallas.). Mammalia, 20:390–404.

ERKINARO, E. 1961. The seasonal change of the activity of *Microtus agrestis*. Oikos, 12:157–163.

———. 1970. The phasing of locomotory activity of *M. agrestis* (L), *M. arvalis* (Pall) and *M. oeconomus* (Pall). Aquilo, Ser. Zool., 8:1–29.

———. 1973. Activity optimum in *Microtus agrestis, Arvicola terrestris* and *Apodemus flavicollis* (Rodentia) dependent on the intensity of illumination. Aquilo, Ser. Zool., 14:89–92.

BLM_0052460

EVANS, F. 1970. Seasonal effects of light, temperature, and radiation on activity patterns of the meadow vole (*Microtus pennsylvanicus*). Final Rept., U.S. Atomic Energy Comm. Contract No. AT(11-1)-1486, Chicago, Illinois, 20 pp.

EVERNDEN, L. N., AND W. A. FULLER. 1972. Light alteration caused by snow and its importance to subnivean rodents. Canadian J. Zool., 50:1023–1032.

FITZGERALD, R., AND D. MADISON. 1981. Spacing, movements and social organization of a free-ranging population of pine voles, *Microtus pinetorum*. Pp. 54–59, *in* Proceedings of the fifth eastern pine and meadow vole symposium (R. E. Byers, ed.). Gettysburg, Pennsylvania, 144 pp.

———. 1983. Social organization of a free-ranging population of pine voles, *Microtus pinetorum*. Behav. Ecol. Sociobiol., 13:183–187.

FORD, R. G., AND D. W. KRUMME. 1979. The analysis of space use patterns. J. Theor. Biol., 76:125–155.

FULK, G. W. 1972. The effect of shrews on the space utilization of voles. J. Mamm., 53:461–478.

GASHWILER, J. S. 1972. Life history notes on the Oregon vole, *Microtus oregoni*. J. Mamm., 53:558–569.

GAULIN, S. J. C. In press. Sex differences in spatial ability: an evolutionary hypothesis and test. Amer. Nat.

GETTLE, A. S. 1975. Densities, movements and activities of pine voles (*Microtus pinetorum*) in Pennsylvania. Unpubl. M.S. thesis, Pennsylvania State Univ., State College, 66 pp.

GETZ, L. L. 1961. Responses of small mammals to live-traps and weather conditions. Amer. Midland Nat., 66:160–170.

———. 1970. Influence of vegetation on the local distribution of the meadow vole in southern Wisconsin. Occas. Papers Univ. Connecticut, 1:213–241.

GETZ, L. L., AND C. S. CARTER. 1980. Social organization in *Microtus ochrogaster* populations. The Biologist, 62:56–59.

GLASS, G. E., AND N. A. SLADE. 1980. The effect of *Sigmodon hispidus* on spatial and temporal activity of *Microtus ochrogaster*: evidence for competition. Ecology, 60:358–370.

GODFREY, G. K. 1954. Tracing field voles (*Microtus agrestis*) with a Geiger-Müller counter. Ecology, 35:5–10.

GOERTZ, J. W. 1971. An ecological study of *Microtus pinetorum* in Oklahoma. Amer. Midland Nat., 86:1–12.

GRAHAM, W. 1968. Daily activity patterns in the meadow vole, *M. pennsylvanicus*. Unpubl. Ph.D. dissert., Univ. Michigan, Ann Arbor, 98 pp.

HAMILTON, W. J., JR. 1937. Activity and home range of the field mouse, *Microtus pennsylvanicus pennsylvanicus*. Ecology, 18:255–263.

HAMLEY, J. M., AND J. B. FALLS. 1975. Reduced activity in transmitter-carrying voles. Canadian J. Zool., 53:1476–1478.

HANSSON, L. 1971. Small rodent food, feeding and population dynamics. Oikos, 22:183–198.

———. 1977. Spatial dynamics of field voles, *Microtus agrestis* in heterogeneous landscapes. Oikos, 29:539–544.

HARVEY, M. J., AND R. W. BARBOUR. 1965. Home range of *Microtus ochrogaster* as determined by a modified minimum area method. J. Mamm., 46:398–402.

HATFIELD, D. M. 1940. Activity and food consumption in *Microtus* and *Peromyscus*. J. Mamm., 21:29–36.

HAYNE, D. W. 1950. Apparent home range of *Microtus* in relation to distance between traps. J. Mamm., 31:26–39.

BLM_0052461

416   *Madison*

HEIDT, G. A.  1971.  Daily summer activity of the meadow vole, *Microtus pennsylvanicus*. Michigan Academician, 3:31–39.

HUTCHINSON, J. S. M.  1972.  The oestrous cycle with particular reference to the neural control of the ovary. Mamm. Rev., 1:209–216.

JANNETT, F. J., JR.  1978.  The density-dependent formation of extended maternal families of the montane vole, *Microtus montanus nanus*. Behav. Ecol. Sociobiol., 3:245–263.

———.  1980.  Social dynamics of the montane vole, *Microtus montanus*, as a paradigm. The Biologist, 62:3–19.

KACZMARSKI, F.  1966.  Bioenergetics of pregnancy and lactation in the bank vole. Acta Theriol., 19:409–417.

KARULIN, B. E., V. Y. LITVIN, N. A. NIKITINA, L. A. KHLYAP, AND V. YU OKHOTSKII. 1976.  A study of activity, mobility and diurnal range in *Microtus oeconomus* on the Yamal Penninsula by means of marking with radioactive cobalt. Zool. Zhur., 55:1052–1060.

KAVANAU, J. L.  1962.  Twilight transitions and biological rhythmicity. Nature, 194:1293–1295.

KAVANAU, J. L., AND R. M. HAVENHILL.  1976.  Compulsory regime and control of environment in animal behavior. III. Light level preferences of small nocturnal mammals. Behaviour, 59:203–225.

KOEPPL, J. W., N. A. SLADE, AND R. S. HOFFMANN.  1975.  A bivariate home range model with possible application to ethological data analysis. J. Mamm., 56:81–90.

KOSSUT, M., A. ZIEMBA, AND J. GILL.  1974.  Diurnal rhythm of blood lactic acid and tissue glycogen in the common vole (*Microtus arvalis* Pall). Bull. de l'Acad. Pol. des Sci., 22:725–729.

KREBS, C. J.  1966.  Demographic changes in fluctuating populations of *Microtus californicus*. Ecol. Monogr., 36:239–273.

LEHMANN, U.  1976.  Short-term and circadian rhythms in the behavior of the vole, *Microtus agrestis* (L). Oecologia, 23:185–199.

LEHMANN, U., AND C. W. SOMMERSBERG.  1980.  Activity patterns of the common vole, *Microtus arvalis*—automatic recording of behavior in an enclosure. Oecologia, 47:61–75.

LIDICKER, W. Z., JR.  1980.  The social biology of the California vole. The Biologist, 62:46–55.

LUDWIG, D. R.  1981.  The population biology and life history of the water vole, *Microtus richardsoni*. Unpubl. Ph.D. dissert., Univ. of Calgary, Calgary, Alberta, 266 pp.

MACKIN-ROGALSKA, R.  1979.  Elements of the spatial organization of a common vole population. Acta Theriol., 24:171–199.

MADISON, D.  1978.  Movement indicators of reproductive events among female meadow voles as revealed by radiotelemetry. J. Mamm., 59:835–843.

———.  1979.  Impact of spacing behavior and predation on population growth in meadow voles. Pp. 20–29, *in* Proceedings of the third eastern pine and meadow vole symposium (R. E. Byers, ed.). New Paltz, New York, 86 pp.

———.  1980a.  Movement types and weather correlates in free-ranging meadow voles. Pp. 34–42, *in* Proceedings of the fourth eastern pine and meadow vole symposium (R. E. Byers, ed.). Hendersonville, North Carolina, 91 pp.

———.  1980b.  Space use and social structure in meadow voles, *Microtus pennsylvanicus*. Behav. Ecol. Sociobiol., 7:65–71.

———.  1980c.  An integrated view of the social biology of *Microtus pennsylvanicus*. The Biologist, 62:20–33.

BLM_0052462

————. 1981. Time patterning of nest visitation by lactating meadow voles. J. Mamm., 62:389–391.

————. 1984. Group nesting and its ecological and evolutionary significance in overwintering microtine rodents. Pp. 267–274, *in* Winter ecology of small mammals (J. F. Merritt, ed.). Spec. Publ., Carnegie Mus. Nat. Hist., 10:1–380.

MADISON, D. M., R. W. FITZGERALD, AND W. J. MCSHEA. 1984. Dynamics of social nesting in overwintering meadow voles (*Microtus pennsylvanicus*): possible consequences for population cycling. Behav. Ecol. Sociobiol., 15:9–17.

MARTIN, E. P. 1956. A population study of the prairie vole (*Microtus ochrogaster*) in northeastern Kansas. Univ. Kansas Publ., Mus. Nat. Hist., 8:361–416.

MATHER, J. G. 1981. Wheel-running activity: a new interpretation. Mamm. Rev., 11:41–51.

MCCANN, S. A. 1976. Home ranges of the meadow vole and deer mouse (on a reclamation test pit in eastern Montana). Proc. Montana Acad. Sci., 36:11–17.

MCNAB, B. K. 1963. Bioenergetics and the determination of home range size. Amer. Nat., 47:133–140.

MCSHEA, W. J., AND D. M. MADISON. 1984. Communal nesting by reproductively active females in a spring population of *Microtus pennsylvanicus*. Canadian J. Zool., 62:344–346.

MESERVE, P. L. 1971. Population ecology of the prairie vole, *Microtus ochrogaster* in the western mixed prairie of Nebraska. Amer. Midland Nat., 86:417–433.

MIGULA, P. 1969. Bioenergetics of pregnancy and lactation in European common vole. Acta Theriol., 13:167–179.

MILLER, L. S. 1957. Tracing vole movements by radioactive excretory products. Ecology, 38:132–136.

MOSSING, T. 1975. Measuring small mammal locomotory activity with passage counters. Oikos, 26:237–239.

MYERS, J. H., AND C. J. KREBS. 1971. Genetic, behavioral, and reproductive attributes of dispersing field voles, *Microtus pennsylvanicus* and *Microtus ochrogaster*. Ecol. Monogr., 41:53–78.

MYLLYMÄKI, A. 1977. Intraspecific competition and home range dynamics in the field vole, *Microtus agrestis*. Oikos, 29:553–569.

MYLLYMÄKI, A., A. PAASIKALLIO, AND U. HÄKKINEN. 1971. Analysis of a "standard trapping" of *Microtus agrestis* (L.) with triple isotope marking outside the quadrat. Ann. Zool. Fennica, 8:22–34.

NEW, J. G. 1958. Dyes for studying the movements of small mammals. J. Mamm., 39:416–429.

NICE, M. M. 1937. Studies in the life history of the song sparrow. Trans. Linn. Soc. New York, 4:1–247.

NIKITINA, N. A., B. E. KARULIN, AND N. S. ZEN'KOVICH. 1972. The activity and territory of the common vole (*Microtus arvalis* Pall). Byull. Mosk. o-va. Ispyt. Prir. Otd. Biol., 77:55–64.

NIKITINA, N. A., ET AL. 1977. On the size of daily territory and probable structure of individual ranges in some species of rodents. Zool. Zhur., 56:1860–1869.

NYGREN, J. 1978. Interindividual influence on diurnal rhythms of activity in cycling and noncycling populations of the field vole, *Microtus agrestis* L. Oecologia, 35:231–239.

BLM_0052463

OKULOVA, M. M., V. A. ARISTOVA, AND T. V. KOSHKINA. 1971. Influence of population density upon size of home range of small rodents in the west Siberian taiga. Zool. Zhur., 50:908–915.

OSTERBERG, D. M. 1962. Activity of small mammals as recorded by a photographic device. J. Mamm., 43:219–229.

OSTERMANN, K. 1956. On the activity of native Muridae and Glividen. Zool. Jahrb., Physiol., 66:355–388.

OUELLETTE, P. E., AND J. F. HEISINGER. 1980. Reingestion of feces by *Microtus pennsylvanicus*. J. Mamm., 61:366–368.

PAGANO, R., AND D. MADISON. 1981. Seasonal variations in movements and habitat use by pine and meadow voles. Pp. 35–44, *in* Proceedings of the fifth eastern pine and meadow vole symposium (R. E. Byers, ed.). Gettysburg, Pennsylvania, 144 pp.

PAUL, J. R. 1970. Observations on the ecology, populations and reproductive biology of the pine vole, *Microtus pinetorum*, in North Carolina. Rept. Invest., Illinois State Mus., 20:1–28.

PEARSON, O. P. 1960. Habits of *Microtus californicus* revealed by automatic photographic records. Ecol. Monogr., 30:231–249.

——. 1971. Additional measurements of the impact of carnivores on California voles (*Microtus californicus*). J. Mamm., 52:41–49.

PENGELLEY, E. T., AND K. C. FISHER. 1957. Onset and cessation of hibernation under constant temperature and light in the golden-mantled ground squirrel, *Citellus lateralis*. Nature, 180:1371–1372.

PINTER, A. J., AND N. C. NEGUS. 1965. Effects of nutrition and photoperiod on reproductive physiology of *Microtus montanus*. Amer. J. Physiol., 208:633–638.

POTVIN, C. L., AND J. BOVET. 1975. Annual cycle of patterns of activity rhythms in beaver colonies (*Castor canadensis*). J. Comp. Physiol., 98:243–256.

RASMUSON, B., M. RASMUSON, AND J. NYGREN. 1977. Genetically controlled differences in behavior between cycling and noncycling populations of field vole (*Microtus agrestis*). Hereditas, 87:33–42.

RIJNSDORP, A., S. DAAN, AND C. DIJKSTRA. 1981. Hunting in the kestrel, *Falco tinnunculus*, and the adaptive significance of daily habits. Oecologia, 50: 391–406.

ROWSEMITT, C. N. 1981. Hormonal regulation of activity patterns in *Microtus montanus*, the montane vole. Unpubl. Ph.D. dissert., Univ. Utah, Salt Lake City, 109 pp.

ROWESMITT, C. N., ET AL. 1982. Photoperiodic induction of diurnal locomotor activity in *Microtus montanus,* the montane vole. Canadian J. Zool., 60: 2798–2803.

SANDERSON, G. C. 1966. The study of mammal movements—a review. J. Wildl. Mgmt., 30:215–235.

SCHOENER, T. W. 1981. An empirically based estimate of home range. Theor. Population Biol., 20:281–325.

SEABLOOM, R. W. 1965. Daily motor activity and corticosterone secretion in the meadow vole. J. Mamm., 46:286–295.

SEED, J. R., AND N. KHALILI. 1971. The changes in locomotor rhythms of *Microtus montanus* infected with *Trypanosoma gambiense*. J. Interdiscip. Cycle Res., 2:91–99.

SHIELDS, L. J. 1976. Telemetric determination of the activity of free-ranging rodents; the fine structure of *Microtus californicus* activity patterns. Unpubl. Ph.D. dissert., Univ. California, Los Angeles, 109 pp.

SOLLBERGER, A. 1965. Biological rhythm research. Elsevier, New York, 461 pp.

BLM_0052464

STICKEL, L. F., AND O. WARBACH. 1960. Small mammal populations of a Maryland woodlot 1949–1954. Ecology, 42:269–286.

STOECKER, R. E. 1972. Competitive relations between sympatric populations of voles (*Microtus montanus* and *M. pennsylvanicus*). J. Anim. Ecol., 41:311–329.

SWADE, R. H., AND C. S. PITTENDRIGH. 1967. Circadian locomotor rhythms of rodents in the Arctic. Amer. Nat., 101:431–466.

TAITT, M. J., AND C. J. KREBS. 1981. The effect of extra food on small rodent populations: II. Voles (*Microtus townsendii*). J. Anim. Ecol., 50:125–137.

TAITT, M. J., J. H. W. GIPPS, C. J. KREBS, AND Z. DUNDJERSKI. 1981. The effect of extra food and cover on declining populations of *Microtus townsendii*. Canadian J. Zool., 59:1593–1599.

TAMARIN, R. H. 1977. Dispersal in island and mainland voles. Ecology, 58:1044–1054.

TANAKA, R. 1972. Investigation into the edge effect by use of capture-recapture data in a vole population. Res. Population Ecol., 13:127–151.

TAST, J. 1966. The root vole, *Microtus oeconomus* (Pallas), as an inhabitant of seasonally flooded land. Ann. Zool. Fennica, 3:127–171.

TURNER, B. N., AND S. L. IVERSON. 1973. The annual cycle of aggression in male *Microtus pennsylvanicus*, and its relation to population parameters. Ecology, 54:967–981.

VAN VLECK, D. B. 1969. Standardization of *Microtus* home range calculations. J. Mamm., 50:69–80.

VAN WINKLE, W. 1975. Comparison of several probabilistic home-range models. J. Wildl. Mgmt., 39:118–123.

WEBSTER, A. B. 1979. A radiotelemetry study of social behavior and activity of free-ranging meadow voles, *Microtus pennsylvanicus*. Unpubl. M.S. thesis, Univ. Guelph, Guelph, Ontario, 110 pp.

WEBSTER, A. B., AND R. J. BROOKS. 1980. Effects of radiotransmitters on the meadow vole, *Microtus pennsylvanicus*. Canadian J. Zool., 58:997–1001.

———. 1981*a*. Daily movements and short activity periods of free-ranging meadow voles, *Microtus pennsylvanicus*. Oikos, 37:80–87.

———. 1981*b*. Social behavior of *Microtus pennsylvanicus* in relation to seasonal changes in demography. J. Mamm., 62:738–751.

WIEGERT, R. G. 1961. Respiratory energy loss and activity patterns in the meadow vole, *Microtus pennsylvanicus pennsylvanicus*. Ecology, 42:245–253.

WOLFF, J. O. 1980. Social organization of the taiga vole (*Microtus xanthognathus*). The Biologist, 62:34–45.

WOLFF, J. O., AND W. Z. LIDICKER, JR. 1980. Population ecology of the taiga vole, *Microtus xanthognathus* in interior Alaska. Canadian J. Zool., 58:1800–1812.

———. 1981. Communal winter nesting and food sharing in taiga voles. Behav. Ecol. Sociobiol., 9:237–240.

BLM_0052465

# DISPERSAL

## William Z. Lidicker, Jr.

### Abstract

DISPERSAL is a major factor in the life history of voles. Moreover, it is a heterogeneous phenomenon encompassing a variety of timings, motivations, and consequences. The study of dispersal will, therefore, be more effective if this variety of movement patterns is acknowledged. A preliminary and heuristic classification of dispersal for the genus *Microtus* is proposed. Among 10 North American species, only the pine vole fails to show definite evidence of pre-saturation types of dispersal.

Attempts to characterize dispersers are hampered by the inherent heterogeneity of the behavior. With respect to sex, age, and reproductive status, the following generalizations can be made: 1) males predominate slightly overall, but saturation dispersers are unbiased sexually or even female dominated; 2) subadults dispersing during the breeding season typically are coming rapidly into breeding condition and often reach sexual maturity at a younger age than residents; 3) adult males moving at the beginning of the breeding season are reproductively active; and 4) pregnant females have been found dispersing in at least four species. Behaviorally, dispersers tend to be less aggressive than residents. A phenotypic-plasticity model is proposed to explain this relationship. The possibility that dispersers as a class may be genetically distinct from residents is explored. The evidence fails to support such a conclusion, although in some cases dispersers are not a genetically random subset of residents and heterozygous genotypes are sometimes in excess among dispersers.

Dispersal is increasingly viewed as having significant demographic causes and consequences. These impacts stem from the quantity of dispersal, the differential nature of dispersers, the success rate of dispersers in reestablishing themselves, and the spatial structuring of populations. These effects are reviewed, and it is concluded that pre-saturation dispersal is a key element in many of the observed processes. Of particular interest is the question of the

420

BLM_0052466

role of dispersal in population regulation, and especially in our understanding of the enigmatic multi-annual cycles often exhibited by voles. The best evidence that vole populations can be regulated by dispersal comes from the "fence effect." This has been demonstrated for at least six species of *Microtus*. This evidence and the widespread occurrence of pre-saturation dispersal combine to suggest a model of regulation in which dispersal prevents or slows population growth as long as a dispersal sink is available. With the filling of the sink, populations grow to peak densities. Conditions suitable for multi-annual cycling occur when habitat patchiness provides a limited availability of survival habitat relative to colonizing habitat during the poorest time of the annual cycle. The recently proposed hypothesis that immigration is required for multi-annual cycles is found to be unnecessary and without significant support.

Lastly, dispersal is discussed in terms of the evolutionary issues upon which it impinges. Voles offer considerable potential for contributing to general theory in this area. For species exhibiting multi-annual cycles, selection should favor the evolution of pre-saturation dispersal from low-density populations. This pattern should be more characteristic of species inhabiting patchy rather than more continuous habitat. Other areas of inquiry include life-history correlates of dispersal types, heritabilities of dispersal, dispersal polymorphisms, demic differentiation and species cohesion, and the possible role of group selection.

## Introduction

Movements of voles away from their home ranges have profound and pervasive influences on many aspects of vole biology. There are consequences for individual fitness, social structure, demography, and evolution. Moreover, such dispersal movements are extremely common, impinging regularly on the lives of nearly every individual vole. Not only may individual voles themselves become dispersers one or more times during their relatively brief lives, but they also are very likely to have to contend with other dispersing voles intruding upon their home ranges.

It would be a serious mistake, however, to assume that the phenomenon of dispersal is homogenous throughout the genus *Micro-*

BLM_0052467

*tus,* or even within a single species. Just as there is a multitude of causes and consequences of mortality within the genus, so too we should anticipate that dispersal will have a variety of motivations, timings, and consequences. It is surely a heterogeneous phenomenon with many explanations.

In this discussion dispersal is defined as any movement in which an individual leaves its home range without returning. If such movements result in individuals entering or leaving the demographic unit (population) under study, they become immigration and emigration, respectively (Lidicker, 1975; Lidicker and Caldwell, 1982; Tamarin, 1980). Other related phenomena are excursions, in which individuals leave their home ranges but return after a brief exploratory episode, and nomadism, in which there is no established home range. The study of dispersal is a relatively new aspect of *Microtus* biology and has received detailed attention only in recent years. Data are therefore few and unevenly distributed among North American species. I organized this chapter around the techniques used, the kinds of dispersal found in *Microtus,* the characterization of dispersers, the demographic causes and consequences, and the evolutionary implications of dispersal.

## Review of Techniques

A major problem in the study of dispersal among small, cryptic, and short-lived members of the genus *Microtus* is the technique used to identify dispersing individuals. The problem is exacerbated by the near certainty that dispersal is heterogeneous with respect to its causal factors, average distance moved, and quality of voles involved. Hence, a particular technique likely will be biased toward identifying only a particular subset of dispersers. For example, traps set to intercept dispersers at a considerable distance from a source population will underestimate dispersal if most movements are short, if dispersers suffer high mortality, or if dispersers are relatively untrappable.

Traditionally, dispersal was an indistinguishable component of "gross mortality." It did not really matter if an individual dispersed or fell prey to a predator. The demographic, social, and genetic consequences were assumed to be the same. Recently, some authors caught up in the enthusiasm for the importance of dispersal, have gone to the other extreme and assumed that all losses were due to

BLM_0052468

dispersal unless proven otherwise (for example, Hilborn, 1975; Hilborn and Krebs, 1976).

Attempts to measure dispersal in voles directly have met with varied success. A widely used technique is to trap out an area and then assume that individuals caught subsequently are dispersers (Baird and Birney, 1982; Gaines et al., 1979; Hilborn and Krebs, 1976; Keith and Tamarin, 1981; Krebs et al., 1976; Myers and Krebs, 1971; Staples and Terman, 1977; Tamarin, 1977). This poses several sources of error. Because *Microtus* tend to have relatively low trappabilities (Boonstra and Krebs, 1978; Hilborn et al., 1976; Stoddart, 1982), it is extremely difficult to trap out an area. Thus some residents will almost surely remain, possibly to be caught later as "dispersers." Additionally, residents on the edge of such low-density areas will be very likely to expand their home ranges into it. Thirdly, low-density areas may induce some individuals to colonize, such as those on an excursion, who otherwise might not become dispersers. Finally, the subsequent history of colonizers to a trapped-out area may be significantly different from those that disperse into undisturbed areas.

Some workers (Beacham, 1979a, 1980, 1981; Hestbeck, 1982; Tamarin, 1980) have attempted to minimize these biases by providing barriers or poor habitat strips around their trapped-out areas ("sinks"; see Lidicker, 1975). This was intended to discourage nearby residents and others not highly motivated to move from reaching the low-density patches. Hestbeck's (1982) experiments included social as well as physical barriers. A variant of this was Tamarin et al.'s (1984) use of partial enclosures, opening only into nonhabitat (forest in this case). To minimize the magnetic effect of low-density patches, Krebs et al. (1978) tried "pulsed removals." By regular but infrequent trapping episodes, more normal densities were maintained on experimental plots. However, this complicated further the problem of distinguishing residents from immigrants. Dueser et al. (1981) tried a single trapping-out of residents followed by no further manipulations. They then assumed that all individuals first caught above a certain body weight were immigrants while those caught first at a lower weight were born on the plot. This is a credible way to circumvent some of the difficulties mentioned above, but fails to avoid the serious problem of incomplete trapping. Almost surely, some individuals born on the area will escape capture until they are above the arbitrary weight level and will be

BLM_0052469

classified as dispersers. Likewise, some individuals may disperse before they reach that critical weight, and be classed incorrectly as resident recruits. The magnitude of these errors is unknown.

Another approach is to use leaky enclosures. If the exits are difficult to transgress, then it can be assumed that successful voles are highly motivated to disperse. If the escape routes are then monitored, dispersing individuals can be identified. For example, Riggs (1979) used long exit tubes leading from the corners of large enclosures. These tubes were guarded by an earth barrier, a bare area, and sometimes a pool of water. Gaines et al. (1979) employed exit traps placed at 15.2-m intervals around three 0.8-ha enclosures. Entrance to the traps was via a pipe opening into the center of a 1-m buffer strip of suboptimal habitat maintained around the edges of the enclosures. Verner (1979) also used dispersal exits in his study. This approach does not absolutely exclude residents from exploring the exit paths and also carries the artificial conditions associated with enclosed populations.

Garsd and Howard (1981, 1982) reported on a long-term study in which drift fences equipped with drop-bottles filled with alcohol were used. This requires a minimum of effort, but unless the drift fences are placed beyond a substantial strip of non-habitat, it is very difficult to distinguish residents from dispersers.

Finally, there is the long-standing technique of trapping at various distances from a marked source population (Stoddart, 1970; Wolff and Lidicker, 1980). This can be done with assessment lines extending from the source population or by sampling at various distances away. This technique gives reliable data when a marked animal is caught and can even distinguish excursions if live-traps are used. However, because of the geometry of area-distance effects this approach is extremely inefficient and unlikely to provide quantifiable results.

Radioactive isotopes have been used occasionally to relocate adult voles. Godfrey (1954) used $^{60}$Co on leg rings to determine home-range size in 23 *M. agrestis*. Hilborn and Krebs (1976) glued $^{182}$Ta wires to the ear tags of 219 *M. townsendii*, and assessed dispersal rates by whether or not the radioactive tags remained on their grids. They found that tags could be detected as much as two feet underground, permitting the location of dead voles. The method, however, fails to distinguish between losses from predation and dispersal. Wolff and Holleman (1978) marked three pregnant females (*M. xanthognathus*) with $^{65}$Zn and then were able to follow movements

BLM_0052470

of the radioactively tagged juveniles. This approach was expanded by Tamarin et al. (1983) who used eight different radionuclides, sometimes in combinations, to greatly increase the number of pregnant females in a single population that could be marked simultaneously. The use of radioactive materials clearly has some potential in dispersal studies. However, there are severe limitations on the number of animals that can be marked in this way, on the distances over which movements can be detected, and on the appropriateness of using this approach in populated areas.

The use of radio transmitters to track vole movements is in its infancy, and promises to be a much more widely used technique in the future. Madison (1978, 1980*a*, 1980*b*, 1981) pioneered this approach on voles, greatly increasing our understanding of spacing behavior and social dynamics in *M. pennsylvanicus*.

As always, each technique offers certain advantages and liabilities. With increased knowledge, we should be able to design techniques that improve resolution. In part this will be abetted by focussing our attention on specific types of dispersal rather than by trying to measure a general class of behavior that may defy simplistic evaluations.

## A Classification of Dispersal

Within the genus *Microtus* it is already clear that dispersal behavior is generally not independent of season, density, and life-history events. Moreover, a variety of proximal motivating circumstances can be invoked. This variety tempts one to erect different categories of dispersal behavior that will be helpful in organizing our thinking about dispersal and in designing research programs for its further elucidation. I therefore propose the following tentative classification of dispersal for members of the genus *Microtus*.

    A) Saturation
    B) Pre-saturation
       1) Seasonal
       2) Ontogenetic
       3) Colonizing
       4) Interference

I do not imply that all categories will apply to all species in the genus, but only that evidence exists for these five types of dispersal

426   *Lidicker*

in at least one species. These categories also are not discrete nor mutually exclusive. Ambiguous cases and combinations of types are to be anticipated. The value of such a classification is intended to be heuristic, not operational.

Saturation dispersal refers to the classic situation in which essential resources (food, water, shelter) are limiting numbers; that is, the population is at its carrying capacity, and individuals leave because to stay would result in their prompt demise. For a more complete discussion of this phenomenon, see Lidicker (1975). This is the kind of dispersal most logically incorporated into "gross mortality." By contrast, pre-saturation dispersal occurs when individuals leave home before carrying capacity is reached. In some cases these movements are correlated with regularly recurring seasonal events (B-1) such as reproduction or preparation for over-wintering. They may also occur (B-2) at a certain life stage (many species), or when empty habitat becomes available (B-3), such as following a population crash. Caution is required in identifying individual cases, because some instances of saturation dispersal may also occur regularly at particular seasons or perhaps result in colonization.

I know of only one case of interference dispersal, which is characterized by movements motivated by predators, parasites, or superior competitors. Fulk (1972) reported that movements of *M. pennyslvanicus* were responsive to the presence of the predatory shrew, *Blarina brevicauda.*

Table 1 summarizes available information on dispersal organized into the four common categories. Saturation dispersal is surely not as rare as implied by the table. It must occur in all unconfined populations at least occasionally (when densities reach carrying capacity). The European species *M. agrestis* and *M. arvalis* also have been shown to exhibit all four types of dispersal (Hansson [1977], Myllymäki [1977], and Pokki [1981] for *M. agrestis*; and Frank [1954], Mackin-Rogalska [1979], and Pelikán [1959] for *M. arvalis*).

One type of movement not included in Table 1, but that could be considered a form of ontogenetic dispersal because it involves a particular sex and age group, is that which occurs when a reproductive female abandons her nest to her weaned young. Sometimes this merely involves changing nests within the same home range and in other cases the home range is shifted as well. Only in the latter case should this phenomenon be considered dispersal. Appar-

BLM_0052472

ently, this interesting and important behavior is widespread in *Microtus*, occurring in at least five species (data summarized in Jannett, 1980).

There have been at least two other attempts to classify movements among voles. Madison (1980*a*) distinguished "shifters" and "wanderers" from "dispersers" based on patterns revealed by telemetry. Shifters seem closest to residents in that they progressively occupied different sections of a composite home range, or gradually moved their home range in some direction. Wanderers, on the other hand, either returned to a previous home range, and hence were on an excursion, or did not establish home ranges and were the same as nomads. Baird and Birney (1982) differentiated moving voles into true dispersers, which colonize trapped-out areas, and "movers," which travel long distances within a trapping grid. The latter category was dominated by adult males, and may have been composed largely of individuals on excursions. In neither of these papers was dispersal as defined here explictly viewed as a heterogeneous phenomenon.

## Characterization of Dispersers

The attributes of dispersers can only be documented when dispersers can be reliably distinguished from other individuals. Some of the difficulties encountered in such identifications were pointed out above. A second difficulty stems from the presumed heterogeneity of dispersal behavior among voles. If dispersal varies in its causes, timing, and consequences, we should anticipate that dispersers will be a correspondingly heterogeneous assemblage. Hopefully, in the future we will be able to characterize dispersers in relation to specific sorts of dispersal behavior. Only a beginning toward a realization of this goal can be made at present.

Following the review by Gaines and McClenaghan (1980), I will discuss the characteristics of dispersers in three categories: demographic, behavioral, and genetic.

### Demographic Features

It is a common feature among mammals that males tend to be the more dispersive sex (Greenwood, 1980). Among species of *Microtus* this tendency is true mainly for subadults, and then not to a

BLM_0052473

TABLE 1

EVIDENCE FOR FOUR KINDS OF DISPERSAL AMONG SPECIES OF NORTH AMERICAN *Microtus*. ASSIGNMENT TO CATEGORY IS SOMETIMES SUBJECTIVE BECAUSE CRITICAL INFORMATION IS NOT PROVIDED BY AUTHORS

| Species | Dispersal categories | | | |
| --- | --- | --- | --- | --- |
| | Saturation | Seasonal | Ontogenic | Colonizing |
| *M. breweri* | Tamarin (1977) | | Keith and Tamarin (1981) (males only) | Keith and Tamarin (1981) |
| *M. californicus* | Lidicker (1980) | Lidicker (1973, 1980) | Lidicker (1975, 1980) | Lidicker and Anderson (1962) |
| *M. montanus* | | Jannett (1980) | | |
| *M. ochrogaster* | | | Gaines et al. (1979); Getz and Carter, (1980) | Abramsky and Tracy (1979); Gaines et al. (1979) |
| *M. oeconomus* | | | | Buchalczyk and Pucek (1978); Tast (1966) |
| *M. pennsylvanicus* | Grant (1971); Madison (1980c) (predicted); Tamarin (1977) | Baird and Birney (1982); Getz (1961, 1972); Madison (1978, 1980c, 1984); Morris (1969); Myers and Krebs (1971); Riewe (1973); Turner et al. (1975); Webster and Brooks (1981) | Baird and Birney (1982); Dueser et al. (1981) | Baird and Birney (1982); Dueser, et al. (1981); Getz, et al. (1978); Keith and Tamarin (1981); Van Vleck (1968) |

BLM_0052474

TABLE 1
CONTINUED

| Species | Dispersal categories | | | |
|---------|------------|----------|-----------|------------|
| | Saturation | Seasonal | Ontogenic | Colonizing |
| *M. pinetorum* | Benton (1955) (predicted); Gentry (1968); Staples and Terman (1977) | ? Gentry (1968) | | |
| *M. richardsoni* | | | Ludwig (1984) | Ludwig (1984) |
| *M. townsendii* | Beacham (1980, 1981) | Beacham (1979*a*, 1979*b*, 1980, 1981) | Beacham (1979*a*, 1979*b*, 1980) | Hilborn and Krebs (1976) |
| *M. xantho-gnathus* | | Wolff (1980); Wolff and Lidicker (1980, 1981) | Wolff and Lidicker (1980, 1981) | Wolff and Lidicker (1980) |

BLM_0052475

430   *Lidicker*

marked degree. For example, only 58% of dispersers in *M. penn-sylvanicus* are males (Dueser et al., 1981). In some cases a slight plurality of males among dispersers is correlated with an excess of males in the source population as well (Krebs et al., 1976; Riggs, 1979; Tamarin, 1977). Adult males may predominate among dispersers moving at the beginning of the breeding season (Beacham, 1981; Lidicker, 1973; Pearson, 1960; Wolff and Lidicker, 1980), which is caused by a social reorganization that typically occurs at this time. Dispersal that occurs during summer lulls in reproduction or at unfavorable times of the year (probably saturation dispersal) tends to involve random samples of the population with respect to sex and age. In two such cases (Tamarin [1977] for *M. pennsyl-vanicus,* and Riggs [1979] for *M. californicus*), adult females were found to disperse in excess of the their proportions in the population. Generally, when numbers are summed over all seasons, many of these interesting details are obscured, and little sex or age bias in dispersals emerges. For example, in *M. agrestis* the overall sex ratio among dispersers is 54% males to 46% females (Pokki, 1981). Gaines et al. (1979) found that *M. ochrogaster* dispersing into removal grids were male-biased, but those colonizing burned areas or leaving enclosures were not. This result cautions against lumping results from different conditions of dispersal as well as over seasons.

One interesting behavioral attribute that tends to equalize dispersal between sexes among subadults is the tendency of litter mates to disperse as a group. Evidence was provided by Hilborn (1975) for four species of *Microtus,* and his conclusions were supported independently by Beacham (1979*b*) for *M. townsendii.*

The reproductive status of dispersers is a complex and controversial matter. Clearly, adults that disperse at the start of breeding (mainly males) are reproductively active. Saturation dispersers generally are non-reproductive as are subadults moving after the end of the breeding season (for example, *M. xanthognathus,* Wolff and Lidicker, 1980). Subadults dispersing during the breeding season are typically coming rapidly into breeding condition so that they can breed without delay upon establishing a new home range. Thus, such dispersers intercepted while leaving tend to be pre-reproductive and those caught upon arrival, for example in a trapped-out area, are reproductively active. Probably consistent with this, Tamarin (1977) reported that on the average dispersers in both *M. breweri* and *M. pennsylvanicus* were in reproductive condition to a

BLM_0052476

greater extent than residents. Baird and Birney (1982) reported the same finding in *M. pennsylvanicus*. Probably the act of dispersal serves to release subadults, especially females, from reproductive inhibition perpetrated by their home social environment (Lidicker, 1975). Thus, sexual maturity may be reached sooner in dispersers than in residents. Evidence for this is available for *M. pennsylvanicus* (Myers and Krebs, 1971; but see Baird and Birney, 1982), *M. ochrogaster* (Gaines et al., 1979; Myers and Krebs, 1971; Richmond and Conaway, 1969), and *M. townsendii* (Beacham, 1981; Krebs et al. 1976). In *M. townsendii*, however, Beacham (1981) found that at least some subadults became reproductively mature before they dispersed.

Dueser et al. (1981) made the interesting claim that dispersers (*M. pennsylvanicus*), once reestablished, continue to have a greater reproductive potential than non-dispersers. Lifespans were comparable between the two groups. Pregnant females were found dispersing in *M. oeconomus* (Tast, 1966), *M. xanthognathus* (Wolff and Lidicker, 1980), *M. montanus* (Jannett, 1980), and *M. pennsylvanicus* (Dueser et al. 1981). Additional examples of this probably will be found in those species in which adult females sometimes leave their home range to their weaned young (Jannett, 1980). An explanation for this curious finding may lie in the observation by Madison (1978) that female *M. pennsylvanicus* have a tendency to make excursions (distance reconnaissance) just before parturition. Myers and Krebs (1971) reported considerable dispersal among lactating females of *M. pennsylvanicus* and *M. ochrogaster*. Lastly, Myllymäki (1977) suggested that breeding female *M. agrestis* are the most efficient colonizers, as Mackin-Rogalska (1979) suggested for *M. arvalis*. Collectively this evidence adds to a surprisingly large role for reproductively active females in dispersal, a group traditionally thought to be least likely to leave home.

Correlations between dispersal and body weight are of limited value unless controlled for age and season. Further confusion is sometimes built into studies where the operational definition of disperser involves body weight. Generally, body weight is assumed to measure age. Therefore, the results usually are concordant with the age correlations given above. It would clearly be of great importance to know if dispersers as a group were in better or worse condition than residents. But I know of no study that examines this question by controlling for age effects on body weight. On average,

432    *Lidicker*

pre-saturation dispersers should be in better condition than those fleeing saturated conditions (Lidicker, 1975).

*Behavioral Features*

Considerable attention has been directed to the possibility that dispersers are behaviorally divergent from residents in ways other than the dispersal act itself. In particular, aggressive behavior has been examined because of its connection to the Chitty-Krebs hypothesis of density regulation in multi-annual cycles (Krebs, 1978*a*). At first a genetic polymorphism in aggressive behavior was hypothesized to be the key element in determing this cycle. Later, aggression was coupled with dispersal. The hypothesis predicts that during population increases, aggressive morphs will tend to make dispersers out of non-aggressive individuals, thus slowing local population growth and increasing the population of aggressive types in the source population. Under unfavorable conditions such dense and highly aggressive populations will decline rapidly with almost all losses being due to mortality. During the subsequent low-density period, the non-aggressive, dispersal morph is favored. This model predicts that dispersers are largely of the pre-saturation type and relatively non-aggressive. It further predicts that in populations that do not show multi-annual cycles, aggression will be independent of dispersal and undifferentiated between residents and dispersers. This last prediction is strongly supported by data for *M. breweri* on Muskeget Island, Masschusetts (Reich et al., 1982).

Krebs (1970) found changes in aggressiveness (males) associated with different phases of the density cycle in *M. ochrogaster* and *M. pennsylvanicus*. He did not, at that time, correlate these differences with dispersal, but did suggest that emigration might be the mechanism selecting for increased aggression in growing populations. In 1971, Myers and Krebs reported that dispersing males of both *M. ochrogaster* and *M. pennsylvanicus* showed less exploratory behavior in a maze than did males from control populations. On the other hand, male *M. pennsylvanicus* from removal grids (dispersers) were more aggressive than control males, at least during periods of high density. Male *M. ochrogaster* from removal grids, however, tended to be behaviorally subordinate. Turner and Iverson (1973) reported that resident *M. pennsylvanicus* were more aggressive than non-residents, and they did not find any consistent relation between

BLM_0052478

aggression and density. In the case of *M. breweri*, which does not show multi-annual cycles, Reich and Tamarin (1980) concluded that dispersers had higher levels of avoidance behavior as compared to residents. Thus, dispersers were likely to be subordinates as was the case for *M. ochrogaster*. Krebs et al. (1978) compared the behavior of dispersers and residents in *M. townsendii*. Generally dispersers showed less wounding, were more submissive in staged diadic encounters, and vocalized more. For most species tested, therefore, dispersers seemed to be less aggressive than residents. This finding is concordant with the Chitty-Krebs model.

Christian (1970) and Anderson (1980) also predicted that dispersers will be social subordinates, but for different reasons. Rather than suggesting that a behavioral polymorphism is involved, they argued that young are subordinate to parents and it is in the parents' best interest to have the young disperse. Dispersal is thus involuntary. Anderson (1980) further predicted that fathers will drive off their sons, mothers will expel offspring only when resources become scarce, and sex ratio of dispersers will be strongly biased toward males early in the breeding season and tend toward equality later, and males will move farther than females. This model fails to account for the high proportion of adults that disperse in *Microtus* and for the relatively high proportion of females among dispersing subadults. It also tends to negate selection for dispersal through individual advantage to the dispersers. Anderson's (1980) model, however, could apply to ontogenetic dispersal; its predictions should be tested.

The tendency for dispersers to be relatively non-aggressive can support still other explanations of dispersal behavior. It is my suspicion that dispersers are non-aggressive because they are not residents. That is, they are deficient in the well-known "territorial imperative" of property owners. This model predicts that if and when dispersers reestablish home ranges, they will become more aggressive. Aggressive behavior should in this case also have low heritability (in contrast to the Chitty-Krebs model). It is therefore of interest that Anderson (1975) reported zero heritability for agonistic behavior in *M. townsendii*. Socially mediated proximate motivations are not ruled out by the model, but are presumed to interact with age, reproductive condition, and local density. In fact, this phenotypic-plasticity model also explains the reproductive stunting that occurs in high density populations (Batzli et al., 1977;

434    *Lidicker*

Lidicker, 1979, 1980). If reproductive maturation is an invitation for aggression, as seems likely, it should be advantageous for sub-adults to delay maturity under high-density situations if the chances of finding a suitable place for reestablishment are greatly reduced. As peak numbers are approached, average aggressiveness should fall rather than reach a maximum; mature adults, however, should remain aggressive and in fact some could be induced thereby to become dispersers. This possibility could explain the high level of aggression among male dispersers found in peak populations of *M. pennsylvanicus* by Myers and Krebs (1971). The phenotypic-plasticity model shares some features with Anderson's (1980) model but is more comprehensive in its incorporation of 1) adult dispersal, 2) greater emphasis on female movements, and 3) non-forced dispersal. It applies particularly to pre-saturation dispersal because there probably is no controversy about saturation dispersers being behaviorally subordinate for economic and social reasons.

Bekoff suggested (Bekoff, 1977; Gaines and McClenaghan, 1980) that social interactions occurring prior to dispersal are most critical in determining who is going to disperse and when; the predominant social behavior around the time of dispersal is avoidance. Bekoff's (1977) idea is compatible with either phenotypic-variation or behavioral-polymorphism models, and would seem to apply most specifically to ontogenetic dispersal. Data to test his model are not available for *Microtus*. A final behavioral trait of dispersers is the apparent tendency for littermates to disperse or not disperse as a unit (Beacham, 1979*b*; Hilborn, 1975). This trait supports either the Chitty-Krebs polymorphism model or my phenotypic-plasticity model, but is inconsistent with the Christian-Anderson social-subordination model.

### Genetic Features

The possibility that dispersers may be genetically distinct from residents has been the subject of widespread speculation and investigation. The idea of a dispersal morph is central to recent versions of the Chitty-Krebs hypothesis of population regulation. Evolutionary and behavioral ecologists also have been fascinated by the possibility of a genetic polymorphism for dispersal behavior. As early as 1949 Burt suggested that some individuals were programmed genetically for dispersal while others were not. The idea was de-

BLM_0052480

veloped more rigorously by Howard (1960), Johnston (1961), Lidicker (1962), and others (see Lidicker and Caldwell, 1982: Part I, for review).

With the widespread availability of electrophoretic techniques, a search was made for biochemical markers that might be associated in some way with dispersal behavior. The available data are summarized in Table 2. The two loci most frequently investigated are transferrin and leucine aminopeptidase (both from plasma). In addition, Pickering et al. (1974) found differences in allele frequency at an esterase locus in a very small sample of *M. pennsylvanicus*. The results reported from Baird and Birney (1982) are summaries of a complex data set involving comparisions among sex and age groups, summer and autumn cohorts, and "movers" as well as dispersers and residents.

My conclusions from these data are that no consistent pattern has emerged, and that this approach has failed to support the hypothesis of a genetic polymorphism for dispersal. Interpretation of the LAP data is especially difficult since allelic frequencies at this locus are known to show shifts with season and density. Of course, the Chitty-Krebs model is not refuted by the biochemical data because no functional connection between these biochemical traits and dispersal has been suggested, and indeed it would be surprising if they were found to be correlated in some way. LeDuc and Krebs (1975) experimentally manipulated LAP genotypes in populations of *M. townsendii* but could not produce any alteration of overall demography. This result thus fails to support a possible connection between LAP genotypes and dispersal in this species (Krebs et al., 1976). The most that can be extracted from the biochemical data at this time is that dispersers are sometimes non-random samples of source populations.

An intriguing finding was reported by Tamarin (1977) for *M. breweri*. He reported that the frequency of a white blaze on the forehead occurs more frequently among dispersers. Perhaps it is worth mentioning that Garten (1977) found an association between exploratory activity and overall heterozygosity at a series of biochemical loci in *Peromyscus polionotus*. Contrary conclusions were drawn by Blackwell and Ramsey (1972), although their study was limited to three loci. Some possible support for Garten's notion could be gleaned from Table 2; heterozygote genotypes are sometimes found in excess among dispersers. This is an area that would warrant further careful work in the future.

BLM_0052481

436   *Lidicker*

TABLE 2

Biochemical Traits Found to be Present in Greater Frequency in Dispersers as Compared to Residents

| Species | Sex | LAP | Tf | References |
|---|---|---|---|---|
| *M. breweri* | ♂ | — | Tf$^c$/Tf$^c$† | Keith and Tamarin (1981) |
| *M. californicus* | ♂, ♀ | — | Not polymorphic | Riggs (1979) |
| *M. ochrogaster* | ♂, ♀ | — | Tf$^p$/Tf$^p$ | Meyers and Krebs (1971) |
| | | | — | Gaines et al. (1979) |
| *M. pennsylvanicus* | ♂ | SS* | Tf$^a$/Tf$^a$* | Myers and |
| | ♀ | SS* | Tf$^c$/Tf$^c$** | Krebs (1971) |
| | ♂, ♀ | — | Tf$^c$/Tf$^c$*** | Verner (1979) |
| | ♂ (subadult, summer) | F | | |
| | ♂, ♀ (summer) | | FS[1] | Baird and Birney (1982) |
| *M. townsendi* | ♂, ♀ | F and S†† | | Krebs et al. (1976) |
| | ♀ | FS†† | — | |

Abbreviations: F, fast moving allele; LAP, leucine aminopeptidase; S, slow moving allele; TF, transferrin; —, no difference between colonizers and residents.

* During late population peak and decline.
** Periods of population increase.
*** Significant for only one month; and among males for subadults only.
† Two month period only; adults.
†† Different alleles predominant among colonizers in different areas; FS in excess in one summer only.
[1] Only two alleles were distinguished in this study.

## Demographic Causes and Consequences

With the recognition that dispersal is more than a safety valve for saturated habitats and that it can be high, investigators have inquired increasingly into its relationship to other demographic processes, including the regulation of numbers. This last relationship is particularly significant for *Microtus* in view of the enigmatic multi-annual cycles of abundance often seen in this group. The demographic role of dispersal was reviewed by Lidicker (1975) and

BLM_0052482

Gaines and McClenaghan (1980) for small mammals in general and (with respect to density regulation) by Tamarin (1980) for rodents, and by Tamarin (1978) and Taitt and Krebs (this volume) for *Microtus*.

A corollary of this increasing focus on the demographic aspects of dispersal has been the growing realization of the importance of spatial structuring in understanding microtine population dynamics. Dispersal is studied most meaningfully in the context of the spatial and temporal discontinuities in numbers; empirical documentation of such patterns of distribution is being accumulated at an accelerating rate. This area of investigation is reviewed for *Microtus* by Lidicker (in press).

The demographic implications of dispersal have to do both with the quantity of dispersal and with the probability that dispersers are qualitatively non-random subsets of source populations. They further concern the success rate of dispersers both in travelling through unfamiliar and often hostile terrain and in establishing new home sites.

Evidence already summarized on the nature of dispersers strongly suggests that in *Microtus* dispersers are generally a non-random subset of source populations. We can therefore anticipate that dispersal will have an impact on age structure, natality and mortality rates, and sex ratios through the differential loss or gain of dispersers. The particular effect of course will depend on the kind of biases that characterize dispersal in any given instance. Myllymäki (1977), for example, claims that in *M. agrestis* the female-biased sex ratios he observed during the breeding season, and especially at peak densities, were caused by differential dispersal. Dueser et al. (1981) found that in populations of *M. pennsylvanicus* that were dominated by dispersers, reproductive rates were higher than in other populations. Differences in age structure between populations dominated by residents on the one hand, or by immigrants on the other, can also be anticipated, but they have not been documented for *Microtus*.

Quantitative information on the success rate of dispersers is not available for species of *Microtus*. It generally is assumed that dispersers suffer higher mortality rates than residents. They often must cross regions of marginal or unsuitable habitat and confront physical barriers of various kinds. Encounter rates with predators, par-

BLM_0052483

438   *Lidicker*

asites, and competitors may be greatly enhanced. Ambrose (1972) reported higher predation rates for *M. pennsylvanicus* unfamiliar with an artificial environment than for voles given 4 days to familiarize themselves with the experimental habitat. And, finally, dispersers can expect to traverse socially hostile neighborhoods as well. In all of this potential adversity, dispersers that begin their journeys in good physical condition are surely more likely to succeed. We can therefore predict that the success rate of pre-saturation dispersers generally will be much greater than for saturation dispersers (Lidicker, 1975). It is satisfying to note that pre-saturation dispersal has been found to characterize unequivocally all species of *Microtus* for which dispersal data are available (see Table 1), with the exception of *M. pinetorum*. Population density and the availability of empty habitat also will be critically important in affecting success rates. For populations exhibiting multi-annual cycles of abundance, we can therefore anticipate that average success will vary tremendously with stage of the density cycle.

The final step in successful dispersal is the establishment of a new home range. If empty habitat is available, this should pose minimal risks associated with establishing a system of burrows and runways and finding a mate. On the other hand, if the disperser attempts to immigrate into an existing population, social antagonisms may have to be overcome and possibly complex problems of mate choice confronted. This is an important but virtually unexplored area of microtine research.

The aspect of dispersal and demography which has received the greatest attention is that relating to the quantity rather than the quality of dispersers. Gaines and McClenaghan (1980) reviewed the data relating dispersal and population density, much of which is on *Microtus*. They concluded that: 1) the number of dispersers is correlated positively with population density; 2) a less consistent positive relationship can be found between density and rates of population increase; and 3) more dispersal consistently occurs during periods of increasing density than during phases of decline. This last point emphasizes the prevalence of pre-saturation dispersal in voles, and sets the stage for an examination of dispersal and population growth rates.

A potentially important relationship between dispersal and population growth rates is predicted from the basic growth equation in which additions are derived from reproduction and immigration

BLM_0052484

while losses are composed of deaths plus emigration (for general treatment, see Lidicker and Caldwell, 1982). If there is a positive net emigration rate and densities are below carrying capacity, a suppressing effect of dispersal on growth rates will occur. The best documented case in *Microtus* for suppressed growth rates because of dispersal is that for *M. californicus* (Lidicker, 1975, 1980). Some evidence is also available for *M. pennsylvanicus* and *M. ochrogaster* (Krebs et al., 1969).

Just as emigration can suppress population growth rate, immigration can enhance it. Clearly, where refugial populations are expanding into uninhabited or low-density areas, the densities in such non-refugial habitats will be determined largely by immigration. Tast (1966) described how *M. oeconomus* seasonally re-invades flooded areas. Dueser et al. (1981), in their studies of *M. pennsylvanicus,* described grid populations that were more than 75% dispersers, and claimed further that for some populations dispersal may continue to be a greater source of recruits than reproduction. Similarly, Ostfeld and Klosterman (pers. comm.) studied *M. californicus* in patchy habitats and reported that some habitats are chronically inhabited largely by immigrants.

The intriguing and important question of the potential role of dispersal in population regulation was reviewed by Lidicker (1975), Tamarin (1978, 1980), Krebs (1978a, 1978b), and Taitt and Krebs (this volume). Certainly dispersal could serve as a regulating factor if net losses to emigration increased proportionally as density increased (Lidicker, 1978; Nakano, 1981). Gaines and McClenaghan (1980), however, claimed that there is no evidence of such a proportional increase in dispersal with density. This statement was based on an analysis of "recovery ratios" (number of colonizers in removal areas divided by population size on control areas) in six species of rodents (including four species of *Microtus*). They also failed to find any proportional increase in dispersal with density in *Sigmodon hispidus* (McClenaghan and Gaines, 1976). What would be critical, however, is an analysis of how dispersal proportion changes as the population approaches zero growth rate (from positive or negative directions). A regulating influence by dispersal is not incompatible with the possibility that at times the population may be regulated by other factors or even sometimes behave as if non-regulated.

The best evidence that *Microtus* populations are in fact sometimes

BLM_0052485

regulated by dispersal is the "fence effect" phenomenon. When dispersal is prevented in growing populations by enclosing them in a fence or on a small island, densities characteristically increase dramatically. This has been demonstrated for at least six species of *Microtus* (Boonstra and Krebs, 1977; Clarke, 1955; Gentry, 1968; Hatt, 1930; Houlihan, 1963; Krebs, 1979; Krebs et al., 1969, 1973; Lidicker, 1979; Lousch, 1956; Tamarin and Krebs, 1969; van Wijngaarden, 1960; Wiegert, 1972). This impressive evidence, and that for extensive and widespread pre-saturation dispersal (mentioned above) suggests that numbers in unenclosed populations are ordinarily regulated by dispersal, but that when dispersal is prevented by the filling of the dispersal sink, peak densities result (Lidicker, 1973, 1975). Hestbeck (1982) modified this model slightly by suggesting that what is proximally important is not the filling of usable habitat but the erection of social barriers to dispersal.

The above view of dispersal in vole populations implies that dispersal plays a density regulating role in two classes of circumstances: 1) when a population is surrounded by a permanent dispersal sink; and 2) when a population exhibiting multi-annual cycles undergoes the long growth phase. An example of the former was described by Abramsky and Tracy (1979). They studied populations of *M. ochrogaster* living in artificially fertilized and watered plots surrounded by shortgrass prairie, which is very poor habitat for this species. In multi-annual cycles, dispersal should act in a regulating fashion during most of the low phase. This should be followed by a rapid increase in numbers when dispersal fails to keep up with reproduction because of a nearly filled dispersal sink and the longer breeding seasons and reduced mortality rates often associated with "pre-high" situations. Under peak and initially declining conditions, saturation dispersal should occur followed by a period of little or no dispersal.

Recently, the curious idea was advanced that not only is emigration important in determining population numbers, but immigration is critical for generating multi-annual cycles (Abramsky and Tracy, 1979; Dueser et al., 1981; Gaines et al., 1979; Rosenzweig and Abramsky, 1980). Such a role for immigration has been attributed to: 1) disruption of stability by influx of inappropriate genotypes to a habitat patch (Abramsky and Tracy, 1979; Rosenzweig and Abramsky, 1980); 2) prevention of local extinction (Gaines et al., 1979); and 3) a source of vigorous recruits to the populations

BLM_0052486

(Dueser et al., 1981). In addition, Smith et al. (1975) implied that high densities are encouraged by immigration through outbreeding, which leads to increased heterozygosity levels with consequent improvements in vigor and reproductive performance. Only the first of these would seem to relate directly to multi-annual cycles. Moreover, such genetic perturbations seem unnecessarily complex, and may require an inappropriate time scale.

The factual basis for this immigration hypothesis seems to be the findings of Abramsky and Tracy (1979) and Gaines et al. (1979), who showed that enclosed populations of *M. ochrogaster* in which emigration is permitted do not develop multi-annual cycles. They came to the unnecessary conclusion that what is critically lacking in these cases is immigration. In my view, their results are more easily interpreted as instances of unfilled dispersal sinks preventing density buildup. Moreover, Tamarin et al. (1984) found that normal cycles occurred in *M. pennsylvanicus* housed in enclosures in which emigration but not immigration was permitted. According to my model, these results are expected because the emigration filter (forest in this case) was sufficient to extend the period of population growth but was inadequate to prevent peak densities from developing eventually. What is therefore lacking in the non-cyclic examples is not immigration but sufficient frustrated dispersal to generate a peak density and subsequent crash.

In recent years considerable attention has been directed toward connecting an explanation of multi-annual cycles in microtines to micro-spatial structuring of populations (Abramsky and Van Dyne, 1980; Anderson, 1980; Bowen, 1982; Charnov and Finerty, 1980; Cockburn and Lidicker, 1983; Hansson, 1977; Hestbeck, 1982; Mackin-Rogalska, 1979; Rosenzweig and Abramsky, 1980; Stenseth, 1977; Stenseth et al., 1977). This approach is clearly a correlate of the potential importance of dispersal in microtine population dynamics. Discontinuities in distribution (structuring) become interesting when they are variously connected and modified by dispersal. The role of population structuring in understanding multi-annual cycles was reviewed by Lidicker (in press).

Up to this point my model of the role of dispersal in multi-annual cycles has two components. First, pre-saturation dispersal must occur so that population growth can be suppressed for long periods, even at low densities. In addition to evidence already cited, a general relationship between pre-saturation dispersal and multi-annual cy-

BLM_0052487

clicity is supported by Gliwicz (1980), Krebs and Myers (1974), Rasmuson et al. (1977), Stenseth (1978), and Tamarin (1978). Possibly correlated with this evidence is the contention by Gaines and McClenaghan (1980) that males predominate among dispersers in cycling species but not in non-cyclers. Second, large dispersal sinks must exist which become periodically filled, causing frustration of dispersal. In my recent review (Lidicker, in press) a third component is added. It seems characteristic of cycling populations that there is a limited availability of good survival habitats during the most stressful times of the year. Survival habitat (sensu Anderson, 1980) is strongly limited relative to "colonizing habitat." This feature is important in that densities are caused to periodically decline to levels several orders of magnitude below carrying capacities characteristic of favorable times. If severe declines don't occur, recovery of densities from seasonal lows is rapid enough for annual peaks to be produced. Charnov and Finerty (1980) also predicted that patchy habitats are required for multi-annual cycles to occur. If any one of these components is missing, multi-annual cycles will not result. Of course, variations in the size of annually occurring peaks is to be expected, and occasional irruptions also may occur in non-cycling species because of some unusually favorable circumstance. These latter variations should not be construed as multi-annual cycles in the sense intended here.

## Evolutionary Issues

The evolution of dispersal behavior and the influence of dispersal on evolutionary processes constitute two enormous areas of inquiry. For brief overviews, see Gaines and McClenaghan (1980:186–189) and Lidicker and Caldwell (1982: Part V). With respect to *Microtus,* these subjects mostly raise questions for future investigation.

In my view, however, research on microtine rodents will likely make a significant contribution to our understanding of these evolutionary issues. This is not only because microtines are relatively well known, but also because they exhibit a rich variety of dispersal behaviors, temporal density patterns, habitat relationships, social habits, and spatial structuring configurations. Moreover, these variations can be studied in the same population (temporally), intra-

BLM_0052488

specifically, interspecifically, and intergenerically. Thus, the evolutionary biologist should find a substrate for answering a variety of questions relating to dispersal.

Studies on species of *Microtus* have been, or should be in the future, addressed to the following general questions relating to dispersal and evolution.

1) How does environmental heterogeneity in space and time contribute to the evolution of various kinds of dispersal?

2) Are there particular life history features or social systems that are conducive to, or inhibiting to, the evolution of dispersal?

3) What is the nature of the genetic substrate for dispersal behavior, and how does this vary across different kinds of dispersal?

4) Are there circumstances in which polymorphisms for dispersal occur?

5) What are the consequences of dispersal for demic differentiation and species cohesion?

6) Is group selection involved in the evolution of dispersal?

Environmental heterogeneity as a factor in the evolution of dispersal has been treated extensively in the theoretical literature. There seems no doubt that a positive relationship exists. On the other hand, Hamilton and May (1977) argued that dispersal can evolve even in stable habitats. Applications of this body of theory directly to *Microtus* have been limited (but see Hansson, 1977; Stenseth, 1980; Tamarin, 1978). The nearly ubiquitous occurrences of pre-saturation types of dispersal in this genus strongly argues for some sort of selective advantage for it. We can predict that pre-saturation dispersal of some kind will be more prevalent in species inhabiting small patches of non-permanent habitat, such as *M. xanthognathus,* than in those occurring (at least historically) in more continuous habitat, such as *M. ochrogaster.*

Although at least some kinds of dispersal seem to be important components of the life history of all species of *Microtus,* much remains to be learned regarding correlations between particular kinds of dispersal and life-history details (including social behavior). A few authors have concluded that dispersal is quantitatively low (Madison, 1980*c*; Tamarin et al., 1984; Verner, 1979), but these views are atypical among *Microtus* biologists. Recent attention has been directed at elucidating the possible role of dispersal in multi-annual cycles exhibited by many populations (see review by Lid-icker, in press). In the model outlined, a prominent but not exclusive

444   *Lidicker*

role for dispersal is proposed to explain this interesting pattern of density fluctuation.

Little progress has been made in illuminating the genetic basis for dispersal in *Microtus*. As pointed out above, such behaviors are almost certainly heterogeneous, greatly complicating such an analysis. Moreover, the inheritance of even one type of dispersal is likely to be complex. Ontogenetic and seasonal types of dispersal imply a strong genetic basis. Colonizing dispersal may not be rooted firmly in the genotype, and saturation dispersal should be least influenced by genetic constitution. The only attempt to measure heritability has been by Anderson (1975; see also Krebs, 1979), who reported that *M. townsendii* exhibited moderate heritability on the basis of comparisions between residency length within and between groups of siblings. Although a higher correlation in length of residency among sibs suggests a strong genetic basis for dispersal, this result is confounded by non-genetic factors that may affect littermates collectively, such as maternal influences. To a large extent these non-genetic influences were factored out by Anderson's findings that the correlation with residency was significantly higher on unfenced grids (where dispersal was possible) than on fenced grids. Concordant with this result is the evidence that sibling groups either disperse or don't disperse as units (Beacham, 1979*b*; Hilborn, 1975).

High heritabilities and genetic polymorphisms for dispersal behavior are predicted by the Chitty-Krebs model of population regulation in multi-annually cycling microtines (Krebs, 1978*a*). As pointed out above, the evidence so far fails to support the prediction of dispersal polymorphisms. However, the subject is sufficiently difficult and important that it warrants further investigation.

The role of dispersal in demic differentiation is a major area of inquiry in population genetics (see also Gaines, this volume, for related discussion). The availability of electrophoretic techniques has permitted an empirical approach to this issue on a fine temporal and spatial scale. In *M. californicus,* Bowen (1982) and Lidicker (unpubl. observ.) demonstrated that genetic heterogeneity among small demes persisting at low densities is high relative to a more general panmixia prevailing at high densities. Moreover, stochastic processes are critical in determining the genetic composition of refugial demes. The approach needs to be expanded to larger geographical arenas and to other species. Voles should contribute substantially to future advances in this area.

Finally, and perhaps most intriguing of all, investigations on

BLM_0052490

dispersal in voles has the potential for contributing to one of the current major philosophical issues now raging in evolutionary biology. I refer to the general issue of levels of natural selection, and in particular to whether or not group selection has played a significant role in evolution. Van Valen (1971) gave us a general model that suggested (under a rather robust set of conditions) that group selection can indeed lead to the evolution of dispersal (including polymorphisms). Charnov and Finerty (1980) have suggested that kin selection and dispersal may interact to explain low levels of aggression at low densities (when voles mostly interact with relatives) and rapidly increasing aggression in growing populations (when dispersal brings non-relatives into frequent contact).

Of course, it is difficult to make critical observations or do experiments on such relatively long-lived animals as voles to directly test a particular evolutionary hypothesis. We can, however, discover whether or not the appropriate substrate for a given selection model exists in nature. This at least allows us to support the claim that a particular model can or cannot be operating, even if it is extremely difficult to establish that it actually does. By analogy with individual-level selection, we observe differential reproduction and survival among individuals, and feel comfortable about natural selection occurring at this level even though we may not be able to show a direct connection between observed fitness differences and some actual change in genetic composition of a population. In this regard, Wilson's (1975, 1977) trait-group model of group selection seems particularly relevant to voles. In at least two species of *Microtus,* populations alternate, seasonally or multi-annually, through phases characterized by small isolated trait groups and large panmictic assemblages (Bowen, 1982; Lidicker, in press; Wolff and Lidicker, 1981). In my view, this is an area that warrants additional attention.

## Summary and Conclusions

Dispersal is a major factor in the lives of voles. It also is definitely not a homogenous phenomenon, varying importantly in its timing, proximal motivations, demographic consequences, and in the nature of the dispersers themselves. This heterogeneity adds complexity to the inherent difficulty of studying dispersal in such small, cryptic, short-lived, and secretive animals. Techniques of study should be

BLM_0052491

446   *Lidicker*

designed specifically for a particular kind of dispersal in order to maximize effectiveness. Useful, if not always satisfying, results have been obtained with trapped-out grids, with and without barriers of poor habitat, and with and without "pulsed removals." Another approach has been to use leaky enclosures. This gives more secure identification of dispersers, but also incorporates the artifacts of confinement. Assessment trap-lines provide accuracy but low resolution. Radioactive isotopes have been used with some success, and radio transmitters have considerable potential for making important contributions.

A classification for dispersal as found in the genus *Microtus* is proposed. This includes saturation dispersal and four categories of pre-saturation dispersal: seasonal, ontogenetic, colonizing, and interference. With the interesting exception of the pine vole (*M. pinetorum*), at least some type of pre-saturation dispersal is found in all species for which data are available (nine North American and two European species). Undoubtedly saturation dispersal is ubiquitous as well, but it has not been so widely documented.

The characterization of dispersers has been confused by the general failure to distinguish among the different kinds of dispersal. Some tentative generalizations are possible, however, based on available data. Males predominate only slightly among dispersers. The strongest male biases are present during seasonal dispersal that occurs in association with the beginning of the breeding season, and among juvenile emigrants. Saturation dispersal tends to be unbiased for sex or is female dominated. Subadults dispersing during the breeding season are typically coming rapidly into breeding condition and on average seem to reach sexual maturity at a younger age than residents. Adult males moving at the beginning of the breeding season are reproductively active; adult females may be the most adept colonizers. In at least three species, pregnant females have been found dispersing. Saturation dispersers are generally non-reproductive. Little is known about the general physiological condition of dispersers.

Dispersers tend to be less aggressive than residents. This generalization fits the Chitty-Krebs model of population regulation, the Christian-Anderson social-subordination model, and a new phenotypic-plasticity model proposed here. Testable predictions differentiate the three models relating dispersal and aggressive behavior.

BLM_0052492

The data available so far on *Microtus* best support the third model, which incorporates adult as well as subadult movements, low heritabilities for dispersal, voluntary as well as forced movements, and a greater emphasis on female dispersal.

The possibility that dispersers as a class may be genetically distinct from residents has been explored extensively. The strongest support for this proposition comes from evidence (four species) that litters tend to disperse, or not disperse, as units. Biochemical genetic data suggest that at least in some cases, dispersers are not a random subset of residents. However, no consistent association of dispersal with particular genotypes has been found, and there is no evidence at all for a genetic polymorphism for dispersal. In some cases heterozygote genotypes have been found in excess among dispersers.

The demographic causes and consequences of dispersal have received increasing attention. There is a growing realization of the importance of spatial structuring in understanding vole population dynamics. Demographic implications of dispersal stem from: 1) the nature of dispersers relative to residents; 2) the success rate of dispersers in reestablishing home ranges; and 3) the quantity of emigration versus immigration. Because dispersers are generally a nonrandom subset of residents (at least for pre-saturation dispersal), they should have (and some evidence exists for) impacts on age structure, natality and mortality rates, and sex ratios. Little information is available on survival rates of dispersers and on reestablishment effectiveness. I assume that pre-saturation dispersers are more successful than saturation dispersers, and that colonization of empty habitat is less risky than immigration. If true, selection should strongly favor pre-saturation dispersal from low density populations during favorable seasons of the year. Quantitative data on these processes are needed badly. The quantative component of dispersal has received the greatest attention. Clear impacts on population growth rates, both by emigration and immigration, have been demonstrated for a few species.

Research on *Microtus* has pioneered investigations into the role of dispersal in density regulation. Although it is theoretically feasible that dispersal can perform such a role, good evidence is difficult to obtain. The "fence effect" phenomenon, known for six species of *Microtus*, is the best evidence that densities reach supra-normal levels when dispersal is prevented. This evidence, in addition to the

BLM_0052493

448   *Lidicker*

existence of pre-saturation dispersal, has led to a model in which dispersal plays an important role in regulating numbers when densities are low. With the filling of the dispersal sink and the frustration of dispersal that follows, densities rise to peak levels. A second circumstance in which dispersal plays such a critical regulating role is when a population of voles is surrounded by a permanent dispersal sink. These early models have now been expanded to describe the role of dispersal in the multi-annual cycle. In addition to pre-saturation dispersal and a large dispersal sink being consistent features of multi-annual cycles, a third feature has been added, namely the condition that survival habitat is strongly limited periodically compared to colonizing habitat. This last condition assures that populations will go regularly through bottlenecks of very low densities. This three-part model, of course, does not purport to explain multi-annual cycles, but emphasizes that dispersal is an important component of this demographic pattern.

Finally, dispersal in *Microtus* is discussed in terms of the evolutionary issues with which it impinges. Because of the importance of dispersal to evolutionary processes and because of the complex spatial and temporal structuring exhibited by at least some species, dispersal inevitably will be central to any discussion of evolution in this group. Six general questions relating dispersal and evolution in voles are proposed, and the status of research in each of these areas is reviewed. Areas of inquiry include the role of environmental heterogeneity, life-history correlates of dispersal types, heritabilities of kinds of dispersal, dispersal polymorphisms, demic differentiation and species cohesion, and the possible role of group selection. I predict that, on these general topics, research with voles will make substantial contributions to our understanding of evolutionary processes.

## *Literature Cited*

ABRAMSKY, Z., AND C. R. TRACY. 1979. Population biology of a "noncycling" population of prairie voles and a hypothesis on the role of migration in regulating microtine cycles. Ecology, 60:349–361.

ABRAMSKY, Z., AND G. VAN DYNE. 1980. Field studies and a simulation model of small mammals inhabiting a patchy environment. Oikos, 35:90–92.

AMBROSE, H. W., III. 1972. Effect of habitat familiarity and toe-clipping on rate of owl predation in *Microtus pennsylvanicus*. J. Mamm., 53:909–912.

ANDERSON, J. L. 1975. Phenotypic correlations among relatives and variability in reproductive performance in populations of the vole *Microtus townsendii*. Unpubl. Ph.D. dissert., Univ. British Columbia, Vancouver, 207 pp.

BLM_0052494

ANDERSON, P. K. 1980. Evolutionary implications of microtine behavioral systems on the ecological stage. The Biologist, 62:70–88.

BAIRD, D. D., AND E. C. BIRNEY. 1982. Characteristics of dispersing meadow voles Microtus pennsylvanicus. Amer. Midland Nat., 107:262–283.

BATZLI, G. O., L. L. GETZ, AND S. S. HURLEY. 1977. Suppression of growth and reproduction of microtine rodents by social factors. J. Mamm., 58:583–591.

BEACHAM, T. D. 1979a. Size and growth characteristics of dispersing voles, *Microtus townsendii*. Oecologia, 42:1–10.

———. 1979b. Dispersal tendency and duration of life of littermates during population fluctuations of the vole *Microtus townsendii*. Oecologia, 42:11–21.

———. 1980. Dispersal during population fluctuations of the vole, *Microtus townsendii*. J. Anim. Ecol., 49:867–877.

———. 1981. Some demographic aspects of dispersers in fluctuating populations of the vole Microtus townsendii. Oikos, 36:272–280.

BEKOFF, M. 1977. Mammalian dispersal and the ontogeny of individual behavioral phenotypes. Amer. Nat., 111:715–732.

BENTON, A. H. 1955. Observations on the life history of the northern pine mouse. J. Mamm., 36:52–62.

BLACKWELL, T. L., AND P. R. RAMSEY. 1972. Exploratory activity and lack of genotypic correlates in *Peromyscus polionotus*. J. Mamm., 53:401–403.

BOONSTRA, R., AND C. J. KREBS. 1977. A fencing experiment on a high-density population of *Microtus townsendii*. Canadian J. Zool., 55:1166–1175.

———. 1978. Pitfall trapping of *Microtus townsendii*. J. Mamm., 59:136–148.

BOWEN, B. S. 1982. Temporal dynamics of microgeographic structure of genetic variation in *Microtus californicus*. J. Mamm., 63:625–638.

BUCHALCZYK, T., AND Z. PUCEK. 1978. The succession of small mammals in a drained peat-bog. P. 193, in Abst. Papers, Second Congr. Theriol. Internatl., Brno, Czechoslovakia, 469 pp.

BURT, W. H. 1949. Territoriality. J. Mamm., 30:25–27.

CHARNOV, E. L., AND J. P. FINERTY. 1980. Vole population cycles; a case for kin-selection? Oecologia, 45:1–2.

CHRISTIAN, J. J. 1970. Social subordination, population density, and mammalian evolution. Science, 168:84–90.

CLARKE, J. R. 1955. Influence of numbers on reproduction and survival in two experimental vole populations. Proc. Royal Soc. London, Ser. B, 144:68–85.

COCKBURN, A., AND W. Z. LIDICKER, JR. 1983. Microhabitat heterogeneity and population ecology of an herbivorous rodent, *Microtus californicus*. Oecologia, 59:167–177.

DUESER, R. D., M. L. WILSON, AND R. K. ROSE. 1981. Attributes of dispersing meadow voles in open-grid populations. Acta Theriol., 26:139–162.

FRANK, F. 1954. Beiträge zur Biologie der Feldmaus, *Microtus arvalis* (Pallas). I. Gehegeversuche. Zool. Jahrb. (Abteil. Syst., Ökol. u. Geog. der Tiere), 82:354–404.

FULK, G. W. 1972. The effect of shrews on the space utilization of voles. J. Mamm., 53:461–478.

GAINES, M. S., AND L. R. McCLENAGHAN, JR. 1980. Dispersal in small mammals. Ann. Rev. Ecol. Syst., 11:163–196.

GAINES, M. S., A. M. VIVAS, AND C. L. BAKER. 1979. An experimental analysis of dispersal in fluctuating vole populations: demographic parameters. Ecology, 60:814–828.

GARSD, A., AND W. E. HOWARD. 1981. A 19-year study of microtine population fluctuations using time-series analysis. Ecology, 62:930–937.

BLM_0052495

450    *Lidicker*

—————. 1982. Microtine population fluctuations: an ecosystem approach based on time-series analysis. J. Anim. Ecol., 51:225–234.

GARTEN, C. T., JR. 1977. Relationships between exploratory behaviour and genic heterozygosity in the oldfield mouse. Anim. Behav., 25:328–332.

GENTRY, J. B. 1968. Dynamics of an enclosed population of pine mice, *Microtus pinetorum*. Res. Population Ecol., 10:21–30.

GETZ, L. L. 1961. Home ranges, territoriality, and movements of the meadow vole. J. Mamm., 42:24–36.

—————. 1972. Social structure and aggressive behavior in a population of *Microtus pennsylvanicus*. J. Mamm., 53:310–317.

GETZ, L. L., AND C. S. CARTER. 1980. Social organization in *Microtus ochrogaster* populations. The Biologist, 62:56–69.

GETZ, L. L., F. R. COLE, AND D. L. GATES. 1978. Use of interstate roadsides as dispersal routes by *Microtus pennsylvanicus*. J. Mamm., 50:208–212.

GLIWICZ, J. 1980. Island populations of rodents: their organization and functioning. Biol. Rev., 55:109–138.

GODFREY, G. K. 1954. Tracing field voles (*Microtus agrestis*) with a Geiger-Muller counter. Ecology, 35:5–10.

GRANT, P. R. 1971. The habitat preference of *Microtus pennsylvanicus*, and its relevance to the distribution of this species on islands. J. Mamm., 52:351–361.

GREENWOOD, P. J. 1980. Mating systems, philopatry and dispersal in birds and mammals. Anim. Behav., 28:1140–1162.

HAMILTON, W. D., AND R. M. MAY. 1977. Dispersal in stable habitats. Nature, 269:578–581.

HANSSON, L. 1977. Spatial dynamics of field voles Microtus agrestis in heterogeneous landscapes. Oikos, 29:539–544.

HATT, R. T. 1930. The biology of the voles of New York. Roosevelt Wildl. Bull., 5:505–623.

HESTBECK, J. B. 1982. Population regulation of cyclic mammals: the social fence hypothesis. Oikos, 39:157–163.

HILBORN, R. 1975. Similarities in dispersal tendency among siblings in four species of voles (*Microtus*). Ecology, 56:1221–1225.

HILBORN, R., AND C. J. KREBS. 1976. Fates of disappearing individuals in fluctuating populations of *Microtus townsendii*. Canadian J. Zool., 54:1507–1518.

HILBORN, R., J. A. REDFIELD, AND C. J. KREBS. 1976. On the reliability of enumeration for mark and recapture census of voles. Canadian J. Zool., 54:1019–1024.

HOULIHAN, R. T. 1963. The relationship of population density to endocrine and metabolic changes in the California vole Microtus californicus. Univ. California Publ. Zool., 65:327–362.

HOWARD, W. E. 1960. Innate and environmental dispersal of individual vertebrates. Amer. Midland Nat., 63:152–161.

JANNETT, F. J., JR. 1980. Social dynamics of the montane vole, *Microtus montanus*, as a paradigm. The Biologist, 62:3–19.

JOHNSTON, R. F. 1961. Population movements of birds. Condor, 63:386–389.

KEITH, T. P., AND R. H. TAMARIN. 1981. Genetic and demographic differences between dispersers and residents in cycling and noncycling vole populations. J. Mamm., 62:713–725.

KREBS, C. J. 1970. *Microtus* population biology: behavioral changes associated with the population cycle in *M. ochrogaster* and *M. pennsylvanicus*. Ecology, 51:34–52.

—————. 1978a. A review of the Chitty hypothesis of population regulation. Canadian J. Zool., 56:2463–2480.

BLM_0052496

———. 1978*b*.  Aggression, dispersal, and cyclic changes in populations of small mammals. Pp. 49–60, *in* Aggression, dominance, and individual spacing (L. Krames, P. Pliner, and T. Alloway, eds.). Plenum Publ., New York, 173 pp.

———. 1979.  Dispersal, spacing behaviour, and genetics in relation to population fluctuations in the vole *Microtus townsendii.* Fortschr. Zool., 25:61–77.

KREBS, C. J., AND J. H. MYERS.  1974.  Population cycles in small mammals. Adv. Ecol. Res., 8:267–399.

KREBS, C. J., J. A. REDFIELD, AND M. J. TAITT.  1978.  A pulsed-removal experiment on the vole *Microtus townsendii.* Canadian J. Zool., 56:2253–2262.

KREBS, C. J., B. L. KELLER, AND R. H. TAMARIN.  1969.  *Microtus* population biology: demographic changes in fluctuating populations of *M. ochrogaster* and *M. pennsylvanicus* in southern Indiana. Ecology, 50:587–607.

KREBS, C. J., M. S. GAINES, B. L. KELLER, J. H. MYERS, AND R. H. TAMARIN. 1973.  Population cycles in small rodents. Science, 179:35–41.

KREBS, C. J., ET AL.  1976.  *Microtus* population biology: dispersal in fluctuating populations of *M. townsendii.* Canadian J. Zool., 54:79–95.

LEDUC, J., AND C. J. KREBS.  1975.  Demographic consequences of artificial selection at the LAP locus in voles (*Microtus townsendii*). Canadian J. Zool, 53:1825–1840.

LIDICKER, W. Z., JR.  1962.  Emigration as a possible mechanism permitting the regulation of population density below carrying capacity. Amer. Nat., 96: 29–33.

———. 1973.  Regulation of numbers in an island population of the California vole, a problem in community dynamics. Ecol. Monogr., 43:271–302.

———. 1975.  The role of dispersal in the demography of small mammals. Pp. 103–128, *in* Small mammals: their production and population dynamics (F. B. Golley, K. Petrusewicz, and L. Ryszkowski, eds.). Cambridge Univ. Press, London, 451 pp.

———. 1978.  Regulation of numbers in small mammal populations, historical reflections and a synthesis. Pp. 122–141, *in* Populations of small mammals under natural conditions (D. P. Snyder, ed.). Spec. Publ. Ser., Pymatuning Lab. Ecol., Univ. Pittsburgh, 5:1–237.

———. 1979.  Analysis of two freely-growing enclosed populations of the California vole. J. Mamm., 60:447–466.

———. 1980.  The social biology of the California vole. The Biologist, 62:46–55.

———. In press.  Population structuring as a factor in understanding microtine cycles. Acta Zool. Fennica.

LIDICKER, W. Z., JR., AND P. K. ANDERSON.  1962.  Colonization of an island by *Microtus californicus,* analyzed on the basis of runway transects. J. Anim. Ecol., 31:503–517.

LIDICKER, W. Z., JR., AND R. L. CALDWELL.  1982.  Dispersal and migration. Benchmark papers in ecology, Vol. 11 (F. B. Golley, ed.). Hutchinson and Ross Publ. Co., Stroudsburg, Pennsylvania, 311 pp.

LOUSCH, C. D.  1956.  Adrenocortical activity in relation to the density and dynamics of three confined populations of *Microtus pennsylvanicus.* Ecology, 37:701–713.

LUDWIG, D.  1984.  *Microtus richardsoni* microhabitat and life history. Pp. 319–331, *in* Winter ecology of small mammals (J. F. Merritt, ed.). Spec. Publ. Carnegie Mus. Nat. Hist., 10:1–380.

MACKIN-ROGALSKA, R.  1979.  Elements of the spatial organization of a common vole population. Acta Theriol., 24:171–199.

MADISON, D. M.  1978.  Movement indicators of reproductive events among female meadow voles as revealed by radiotelemetry. J. Mamm., 59:835–843.

———. 1980*a*.  Movement types and weather correlates in free-ranging meadow

BLM_0052497

452    *Lidicker*

voles. Pp. 34–42, *in* Proc. fourth eastern pine and meadow vole symp. (R. E. Byers, ed.). Hendersonville, North Carolina, 91 pp.

——. 1980*b*. Space use and social structure in meadow voles, *Microtus pennsylvanicus*. Behav. Ecol. Sociobiol., 7:65–71.

——. 1980*c*. An integrated view of the social biology of *Microtus pennsylvanicus*. The Biologist, 62:20–33.

——. 1981. The patterning of nest visitation by lactating meadow voles. J. Mamm., 62:389–391.

——. 1984. Group nesting and its ecological and evolutionary significance in overwintering microtine rodents. Pp. 267–274, *in* Winter ecology of small mammals (J. F. Merritt, ed.). Spec. Publ. Carnegie Mus. Nat. Hist., 10: 1–380.

McCLENAGHAN, L. R., JR., AND M. S. GAINES. 1976. Density-dependent dispersal in *Sigmodon*: a critique. J. Mamm., 57:758–759.

MORRIS, R. D. 1969. Competitive exclusion between *Microtus* and *Clethrionomys* in the aspen parkland of Saskatchewan. J. Mamm., 50:291–301.

MYERS, J. H., AND C. J. KREBS. 1971. Genetic, behavioral, and reproductive attributes of dispersing field voles *Microtus pennsylvanicus* and *Microtus ochrogaster*. Ecol. Monogr., 41:53–78.

MYLLYMÄKI, A. 1977. Demographic mechanisms in the fluctuating populations of the field vole Microtus agrestis. Oikos, 29:468–493.

NAKANO, T. 1981. Population regulation by dispersal over patchy environment. I. Regulation by the threshold dispersal. Res. Population Ecol., 23:1–18.

PEARSON, O. P. 1960. Habits of *Microtus californicus* revealed by automatic photographic recorders. Ecol. Monogr., 30:231–249.

PELIKÁN, J. 1959. Bionomie hraboše polního. A. Stanoviště, sídliště a etologie. Pp. 80–100, *in* Hraboš polní, *Microtus arvalis* (J. Kratochvíl, ed.). Naklad., Cesk. Akad., Věd., Praha, 359 pp.

PICKERING, J., L. L. GETZ, AND G. S. WHITT. 1974. An esterase phenotype correlated with dispersal in *Microtus*. Trans. Illinois State Acad. Sci., 67: 471–475.

POKKI, J. 1981. Distribution, demography and dispersal of the field vole, Microtus agrestis (L.), in the Tvarminne archipelago, Finland. Acta Zool. Fennica 164:1–48.

RASMUSON, B., M. RASMUSON, AND J. NYGREN. 1977. Genetically controlled differences between cycling and recycling populations of field vole (*Microtus agrestis*). Hereditas, 87:33–41.

REICH, L. M., AND R. H. TAMARIN. 1980. Trap use as an indicator of social behavior in mainland and island voles. Acta Theriol., 25:295–307.

REICH, L. M., K. M. WOOD, B. E. ROTHSTEIN, AND R. H. TAMARIN. 1982. Aggressive behaviour of male *Microtus breweri* and its demographic implications. Anim. Behav., 30:117–122.

RICHMOND, M., AND C. H. CONAWAY. 1969. Induced ovulation and oestrus in *Microtus ochrogaster*. J. Reprod. Fert., Suppl., 6:357–376.

RIEWE, R. R. 1973. Habitat utilization by meadow voles, Microtus pennsylvanicus terranovae (Bangs, 1884) (Mammalia, Rodentia, Cricetidae), on the islands in Notre Dame Bay, Newfoundland, Canada. Saugetierk. Mitt., 21: 340–348.

RIGGS, L. A. 1979. Experimental studies of dispersal in the California vole, *Microtus californicus*. Unpubl. Ph.D. dissert., Univ. California, Berkeley, 236 pp.

ROSENZWEIG, M. L., AND Z. ABRAMSKY. 1980. Microtine cycles: the role of habitat heterogeneity. Oikos, 34:141–146.

SMITH, M. H., C. T. GARTEN, JR., AND P. R. RAMSEY. 1975. Genic heterozygosity and population dynamics in small mammals. Pp. 85–102, *in* Isozymes, IV.

BLM_0052498

Genetics and evolution (C. L. Markert, ed.). Academic Press, New York, 965 pp.

STAPLES, P. P., AND C. R. TERMAN. 1977. An experimental study of movement in natural populations of *Mus musculus, Microtus pennsylvanicus,* and *Microtus pinetorum.* Res. Population Ecol., 18:267–283.

STENSETH, N. C. 1977. On the importance of spatio-temporal heterogeneity for the population dynamics of rodents: towards a theoretical foundation of rodent control. Oikos, 29:545–552.

———. 1978. Demographic strategies in fluctuating populations of small rodents. Oecologia, 33:149–172.

———. 1980. Spatial heterogeneity and population stability: some evolutionary consequences. Oikos, 35:165–184.

STENSETH, N. C., L. HANSSON, AND A. MYLLYMÄKI. 1977. Population dynamics of the field vole (*Microtus agrestis* (L.)): a model. EPPO Bull., 7:371–384.

STODDART, D. M. 1970. Individual range, dispersion and dispersal in a population of water voles (*Arvicola terrestris,* L.). J. Anim. Ecol., 39:403–425.

———. 1982. Does trap odour influence estimation of population size of the short-tailed vole, *Microtus agrestis?* J. Anim. Ecol., 51:375–386.

TAMARIN, R. H. 1977. Dispersal in island and mainland voles. Ecology, 58:1044–1054.

———. 1978. Dispersal, population regulation, and K-selection in field mice. Amer. Nat., 112:545–555.

———. 1980. Dispersal and population regulation in rodents. Pp. 117–133, *in* Biosocial mechanisms of population regulation (M. N. Cohen, R. S. Malpass, and H. G. Klein, eds.). Yale Univ. Press, New Haven, Connecticut, 406 pp.

TAMARIN, R. H, AND C. J. KREBS. 1969. *Microtus* population biology: II. Genetic changes at the transferrin locus in fluctuating populations of two vole species. Evolution, 23:183–211.

TAMARIN, R. H., L. M. REICH, AND C. A. MOYER. 1984. Meadow vole cycles within fences. Canadian J. Zool., 62:1796–1804.

TAMARIN, R. H., M. SHERIDAN, AND C. K. LEVY. 1983. Determining matrilineal kinship in natural populations of rodents using radionuclides. Canadian J. Zool., 61:271–274.

TAST, J. 1966. The root vole, *Microtus oeconomus* (Pallas), as an inhabitant of seasonally flooded land. Ann. Zool. Fennica, 3:127–171.

TURNER, B. N., AND S. L. IVERSON. 1973. The annual cycle of aggression in male *Microtus pennyslvanicus,* and its relation to population parameters. Ecology, 54:967–981.

TURNER, B. N., M. R. PERRIN, AND S. L. IVERSON. 1975. Winter coexistence of voles in spruce forest: relevance of seasonal changes in aggression. Canadian J. Zool., 53:1004–1011.

VAN VALEN, L. 1971. Group selection and the evolution of dispersal. Evolution, 25:591–598.

VAN VLECK, D. B. 1968. Movements of *Microtus pennsylvanicus* in relation to depopulated areas. J. Mamm., 49:92–103.

VAN WIJNGAARDEN, A. 1960. The population dynamics of four confined populations of the continental vole *Microtus arvalis* (Pallas). R.I.V.O.N. Mededeling, 84:1–28.

VERNER, L. 1979. The significance of dispersal in fluctuating populations of *Microtus ochrogaster* and *M. pennsylvanicus.* Unpubl. Ph.D. dissert., Univ. Illinois, Urbana, 86 pp.

WEBSTER, A. B., AND R. J. BROOKS. 1981. Social behavior of *Microtus pennsylvanicus* in relation to seasonal changes in demography. J. Mamm., 62:738–751.

BLM_0052499

454    *Lidicker*

WIEGERT, R. G.  1972.  Population dynamics of cotton rats (*Sigmodon hispidus*) and meadow voles (*Microtus pennsylvanicus*) in field enclosures in South Carolina. Bull. Georgia Acad. Sci., 30:103–110.

WILSON, D. S.  1975.  A theory of group selection. Proc. Natl. Acad. Sci., 72:143–146.

———.  1977.  Structured demes and the evolution of group-advantageous traits. Amer. Nat., 111:157–185.

WOLFF, J. O.  1980.  Social organization of the taiga vole (*Microtus xanthognathus*). The Biologist, 62:34–45.

WOLFF, J. O., AND D. F. HOLLEMAN.  1978.  Use of radioisotope labels to establish genetic relationships in free-ranging small mammals. J. Mamm., 59:859–860.

WOLFF, J. O., AND W. Z. LIDICKER, JR.  1980.  Population ecology of the taiga vole, *Microtus xanthognathus*, in interior Alaska. Canadian J. Zool., 58:1800–1812.

———.  1981.  Communal winter nesting and food sharing in taiga voles. Behav. Ecol. Sociobiol., 9:237–240.

BLM_0052500

# PARASITES

## ROBERT M. TIMM

### Abstract

THE objective of this review is to bring together and summarize the diverse literature on parasites of New World *Microtus,* to summarize life cycles of the ectoparasitic fauna, and to put the different groups of parasites into a biological perspective. The literature on parasites of *Microtus* contains over 485 primary references covering the 91-year period from 1894 to 1984. However, of the 26 species of New World *Microtus* now recognized, parasite data exist for only 16 species. Most of the data available are for six of the most widely distributed species, *Microtus californicus, M. longicaudus, M. montanus, M. ochrogaster, M. pennsylvanicus,* and *M. pinetorum.*

The ectoparasites on *Microtus* belong to the orders Acari (mites and ticks), Anoplura (suckling lice), Coleoptera (beetles), Diptera (flies), and Siphonaptera (fleas). Twelve families of mites are known from *Microtus.* These range in size from minute demodicids that live within hair follicles and sebaceous glands to the large, active laelapids. Very little work has been done on any of the mites with the exception of chiggers (family Trombiculidae). Most groups are in need of taxonomic revision. Chiggers have been intensively studied, both taxonomically and biologically, as they are of direct medical importance to man. Eighteen species of ticks have been reported from *Microtus.* Several species of ticks carried by *Microtus* are responsible for diseases that affect man, and the systematics and ecology of these vectors have received much attention. Only two species of sucking lice are true parasites of *Microtus,* although a few other species have been reported in the literature as being found on *Microtus.* The systematic relationships of the lice are well understood; however, little work has been done on their biology. Lice have been reported on only 12 species of *Microtus;* the absence of lice on several species (for example, *M. chrotorrhinus*) has not been explained. Parasitic beetles belonging to two families have been found only occasionally on *Microtus.* It is likely that they are regularly

455

BLM_0052501

associated with *Microtus,* living primarily within the nest and hence seldom encountered. Two families of parasitic flies are known from *Microtus.* Both bot flies and flesh flies are uncommon parasites of *Microtus,* and if found in high numbers may have an adverse affect upon the host. Seventeen genera of fleas regularly parasitize *Microtus* in North America, and 26 other genera are reported as of accidental occurrence. A tremendous body of literature exists on the systematics and ecology of fleas, especially with respect to bubonic plague. However, little work has been undertaken on the effects of fleas or the diseases they transmit on *Microtus.* Most species of *Microtus* have several species of fleas; more than one species may be present on an individual host with additional species being restricted to the nest.

Endoparasites belong to the Acanthocephala, Cestoda, Nematoda, and Trematoda. Only two species of acanthocephalan have been found parasitizing *Microtus.* Several species of cestodes, nematodes, and trematodes have been reported from *Microtus,* and it is certain that this list will increase with additional study. A briefly annotated list of the endoparasites on New World *Microtus* is appended.

## Introduction

Voles of the genus *Microtus* constitute one of the most widespread and intensively studied groups of mammals. However, of the species of *Microtus* now recognized from North America, parasites have been reported from only 16 species. This is not due to an absence of parasites, but rather reflects lack of study. Undoubtedly a diverse parasite fauna will be found on the remaining species of voles. Of the 16 species for which some parasite data exist, the vast majority of records are from six species, *M. californicus, M. longicaudus, M. montanus, M. ochrogaster, M. pennsylvanicus,* and *M. pinetorum.* The number of species of parasites recorded from a given vole species is a direct reflection of how well studied the host is. The extent of the host's geographic range can also affect the total number of parasite species as different parasites will occur in various habitats. Thus, widely distributed species like *M. pennsylvanicus* can be expected to have more species of parasites than a more restricted species. It is also possible that a single individual vole of a widely distributed species may harbor more species of parasites than an individual from a geographically restricted species. However, this

BLM_0052502

remains to be tested. In spite of the volume of literature available on *Microtus,* we actually know very little about the biology of the parasites, and even less of the effects on their hosts.

The objective of this chapter is to bring together the literature on ectoparasites of New World *Microtus,* and to put the various groups of parasites into a biological perspective, rather than just provide a list of names. A list of endoparasite records is presented in Appendix A. Because more is known about the distribution and systematics of North American ticks, lice, and fleas parasitizing *Microtus,* each genus and species is discussed briefly. Since the systematics and ecology of the mites are less well known and there are so many more of them, mites are discussed by family. The discussions of each group of parasites vary considerably in content, reflecting the current state of knowledge of that particular parasite on *Microtus.* Brief, informative summaries of all the ectoparasites reported from *Microtus* are presented, with an emphasis on what is known about the biology of those species on *Microtus.* This chapter should also guide the reader to the primary literature and point out interesting and fruitful areas for future research.

References included are those to the primary literature; secondary listings of parasites from the various species of *Microtus* are generally not mentioned. No human-created experimental infections are included. Current scientific names for all species of parasites are used throughout. Synonymies are included within species lists for ticks, lice, and fleas. For synonymies of mites see the review paper of North American mites parasitizing mammals by Whitaker and Wilson (1974). Whitaker's (1968) review of parasites on *Peromyscus* provides an excellent summary on collecting and preserving parasites, and his (Whitaker, 1982) "Ectoparasites of mammals of Indiana" provides keys to many of the species dealt with here.

## *Mites*

The largest group of ectoparasites of *Microtus* are the mites and ticks of the order Acari. At least 12 families of mites and dozens of species are known to parasitize New World *Microtus* and undoubtedly more will be found. The life cycle of a typical parasitic mite includes the following stages: egg, larva (a relatively inactive stage that often does not feed), protonymph (usually an active feeding stage), deutonymph (an active feeding stage), and adult. Some mites

BLM_0052503

458   *Timm*

are ovoviviparous so that the egg stage and perhaps the larval stage are bypassed. Considerable morphological diversity is found within parasitic mites, ranging from the large active laelapids (about 1 mm in length) to the minute follicle-inhabiting mites with reduced or highly modified legs. There are numerous reports of mites on *Microtus,* but surprisingly little work has been done on the effects of these mites on their hosts. An excellent list, including synonymies, of North American mites found on mammals was published by Whitaker and Wilson (1974). Because of the diversity and complexity of parasitic mites, a brief summary is presented of the families known to be parasitic on *Microtus.*

*Cheyletidae.*—Cheyletids are a diverse group of mites including both parasitic species living in fur of the host and free-living predatory species. Parasitic forms feed on tissue fluids and usually occur in low numbers. They seldom cause much damage to the host although they can cause dermatitis. The group is in need of revision.

*Demodicidae.*—Demodicid mites are minute (0.1 to 0.4 mm in length), vermiform, and live within hair follicles, lymph nodes, and sebaceous glands. They are thought to be rigidly host specific. *Demodex* is often found within the meibomian glands of the eyelids. Severe infestations of *Demodex* cause the eyelids to be sealed shut in mice, a disease known as pseudoblepharitis simplex (lid sealing).

*Ereynetidae.*—Nasal mites are widely distributed in birds, but few species are known from mammals. Within the genus *Speleorodens* there is no active nymphal stage; the larva gives rise directly to the adult. They reside within the nasal mucosa and apparently ingest whole blood. The only transfer between hosts apparently occurs between parents and offspring. Three adult females and a single larva of *S. michigensis* were taken by Ford (1962) from a single *Microtus pennsylvanicus* in Michigan. A review of what little is known about the biology of these nasal mites is found in OConnor (1978). It is likely that nasal mites will be found on other species and populations of *Microtus.*

*Glycyphagidae.*—Adult glycyphagids are free-living inhabitants within nests of mammals where they probably feed on fungi. The deutonymphs are usually found only on the mammalian host, either as a parasite in hair follicles or externally phoretic. Spicka and OConnor (1980:474) reported 500–1,000 *Glycyphagus microti* on *Microtus pinetorum,* and stated that the deutonymphs "may serve two purposes: 1) to disperse the species by transferral from host to

BLM_0052504

host and nest to nest, and 2) to relieve pressures of overpopulation in the nest."

*Laelapidae.*—Laelapids are a large group of both parasitic and free-living mites. Most of the large, active mites commonly observed on small mammals belong to this family, with both *Androlaelaps* and *Laelaps* being especially abundant on *Microtus*. Timm (1972*a*) reported 61 *Laelaps kochi* from an apparently healthy adult *M. pennsylvanicus* in Nebraska, which is an unusually high parasite load. Not all laelapids found on mammals are obligate parasites; many of the free-living forms are found as predators of other mites in mammal nests. *Haemogamasus ambulans,* a common parasitic mite on *Microtus,* is known to feed on a variety of substances in addition to blood. Some of the nominal species actually represent species complexes that have yet to be investigated adequately (i.e. *Androlaelaps fahrenholzi* and *Eulaelaps stabularis*). Several species of laelapids are known to transmit tularemia.

*Listrophoridae.*—Fur mites feed in hair follicles, and are often abundant on rodents. They cause loss of hair, dermatitis, and skin inflammation from scratching.

*Macronyssidae.*—Mesostigmatic mites of the genus *Ornithonyssus* are large obligatory blood feeders. In laboratory colonies they cause severe exsanguination in sucklings; however, they apparently cause little damage to healthy adult animals when found in moderate numbers. *Ornithonyssus bacoti* has been shown to transmit murine typhus. *O. bursa* is commonly known as the tropical fowl mite; the single report from *Microtus* may be accidental.

*Myobiidae.*—Fur mites live in the pelage of their hosts, feeding on interstitial fluids, and may be found in high numbers, but they apparently cause little damage. Adults, larval stages, and eggs are found attached to the base of hairs; the entire life cycle is spent on the host.

*Myocoptidae.*—Myocoptid fur mites feed on the surface of the skin by attaching to the proximal portion of the hair shaft, and may be very abundant. Damage to the host includes dermatitis, pruritus, and hair loss.

*Psorergatidae.*—Psorergatic mange mites are cutaneous and subcutaneous parasites on a wide variety of mammals. *Psorergates canadensis* was found on *Microtus pennsylvanicus* by Kok et al. (1971: 1243) "within the epidermis of the ear concha, causing hyperceratosis. In the hosts observed they seem to be a low-grade pathogen."

BLM_0052505

460   *Timm*

*Psorergates simplex* is known to cause subcutaneous cysts and ulcerous nodules in its hosts, and is an important parasite in laboratory colonies of mice.

*Sarcoptidae.*—Sarcoptic itch mites or scabies mites live in the skin and burrow in the upper layers. Sarcoptids usually do not cause pathologies. In a severe infestation in *Microtus californicus*, *Notoedres muris* was found to "invade the ears, eyelids, and nose as well as the feet, tail, and anal region" (Lavoipierre, 1964:10); Lidicker (1973) reported that the highest incidence on Brooks Island (California) occurred during the winter months.

*Trombiculidae.*—Larval trombiculid mites are known as chiggers, and are parasites on mammals, birds, reptiles, and amphibians. They are parasitic only in the larval stage; all post-larval stages are free-living. Chiggers show a broad range of host specificity, with many occurring on a large number of hosts, whereas others are restricted to very few hosts. They are often associated with particular soil or habitat types rather than specific hosts. The larvae inject saliva into the host and feed on partly digested fluids; nymphs and adults are predaceous on small arthropods or arthropod eggs. Trombiculid mites have a complex life cycle that includes four major stages: the egg, larva, nymph, and adult; there are three intervening inactive stages (see Table 1). Population levels of chiggers on rodents vary considerably, but there is seldom much damage to the host. The site of attachment is often clustered, especially on the ears and genitalia. Attached larvae are generally orange or red in color, and usually feed on a host for just a few days. Within the north temperate zone most species have one generation per year and a distinct seasonal pattern of abundance, with late summer and fall peaks being typical. *Eutrombicula alfreddugesi*, a common chigger on both man and *Microtus*, is known to have a single generation per year in the northern part of its range, and several generations per year in the south. Chiggers are responsible for the transmission of several rickettsial diseases, including scrub typhus. Additionally, dermatitis may be produced as a result of the salivary secretions of the feeding mite. A tremendous body of literature exists on the ecology and systematics of chiggers since they are of direct medical importance to humans. Keys and synopses to the various groups of North American chiggers were provided by Brennan and Goff (1977), Brennan and Jones (1959), Gould (1956), Jenkins (1949), Kardos (1954), Loomis (1956), and Wharton and Fuller (1952).

BLM_0052506

TABLE 1

LIFE CYCLE OF *Eutrombicula alfreddugesi* (AFTER WOLFENBARGER, 1952)

| Major stages | Intervening stages | Characteristic features | Duration (days) |
|---|---|---|---|
| Egg | | Spherical, laid singly | 15–20 |
| | Deutovum | Quiescent, within broken egg shell, unsegmented appendages | (minimum 13) |
| Larva | | Active, six segmented legs | Up to 24 before feeding (over 30) |
| | | | 1–4 on host (1–48) |
| | | | 1–8 after leaving host (average 2) |
| | Prenympha | Quiescent, within dead larval integument | 9–10 (about 6) |
| Nymph | | Active with eight legs, two pairs of genital suckers | 12–32 (minimum 7) |
| | Preadult | Quiescent, within nymphal integument | 5–10 (minimum 7) |
| Adult | | Active, with eight legs, three pairs of genital suckers | Up to 52 (over 20 months) |
| | | | Eggs laid within 14 (12) |

Ecological studies of chiggers in the midwest were conducted by Kardos (1954) and Loomis (1956).

The records of mites parasitizing *Microtus* are as follows:

*Microtus abbreviatus*
   Laelapidae
      *Haemogamasus ambulans* (Thorell, 1872) (Rausch and Rausch, 1968 [reported as *H. alaskensis* Ewing])
      *Laelaps clethrionomydis* Lange, 1955 (Rausch and Rausch, 1968)
      *Laelaps kochi* Oudemans, 1836 (Rausch and Rausch, 1968)
*Microtus breweri*
   Laelapidae
      *Androlaelaps fahrenholzi* (Berlese, 1911) (Strandtmann, 1949)
      *Laelaps kochi* Oudemans, 1836 (Winchell, 1977)
*Microtus californicus*
   Laelapidae
      *Androlaelaps fahrenholzi* (Berlese, 1911) (Holdenried et al., 1951; Jameson, 1947; Strandtmann, 1949)

BLM_0052507

462    *Timm*

*Haemogamasus ambulans* (Thorell, 1872) (Furman, 1959*a*, 1959*b*; Holdenried et al., 1951; Keegan, 1951)

*Haemogamasus liponyssoides* Ewing, 1925 (Furman, 1959*a*; Holdenried et al., 1951; Radovsky, 1960*a*, 1960*b*)

*Haemogamasus reidi* Ewing, 1925 (Keegan, 1951; Redington, 1971)

*Laelaps kochi* Oudemans, 1836 (Evans and Till, 1966; Ewing, 1933; Grant, 1947; Holdenried et al., 1951; Jameson, 1947)

Sarcoptidae

*Notoedres muris* Mégnin, 1877 (Lavoipierre, 1964; Lidicker, 1973)

Trombiculidae

*Acomatacarus hirsutus* (Ewing, 1931) (Brennan and Jones, 1954)

*Euschoengastia ambocalis* Wrenn and Loomis, 1973 (original description)

*Euschoengastia criceticola* Brennan, 1948 (Brennan and Jones, 1954; Gould, 1956)

*Euschoengastia oregonensis* (Ewing, 1929) (Gould, 1956)

*Euschoengastia peromysci* (Ewing, 1929) (Gould, 1956)

*Euschoengastia pomerantzi* Brennan and Jones, 1954 (original description)

*Euschoengastia radfordi* Brennan and Jones, 1954 (original description)

*Neotrombicula californica* (Ewing, 1942) (Brennan and Jones, 1954; Ewing, 1942; Gould, 1956; Holdenried et al., 1951)

*Neotrombicula cavicola* (Ewing, 1931) (Gould, 1956)

*Neotrombicula dinehartae* (Brennan and Wharton, 1950) (Brennan and Jones, 1954)

*Neotrombicula jewetti* (Brennan and Wharton, 1950) (Brennan and Jones, 1954)

*Odontacarus hirsutus* (Ewing, 1931) (Brennan and Jones, 1954)

*Walchia americana* (Ewing, 1942) (Brennan and Jones, 1954)

*Microtus chrotorrhinus*

Glycyphagidae

*Glycyphagus hypudaei* (Koch, 1841) (Whitaker and French, 1982)

*Glycyphagus* sp. (*hypudaei* group) (Kirkland and Jannett, 1982)

*Orycteroxenus canadensis* Fain, Kok, Lukoschus, and Clulow, 1971 (Whitaker and French, 1982)

*Orycteroxenus soricis* (Oudemans, 1915) (Whitaker and French, 1982)

Laelapidae

*Androlaelaps fahrenholzi* (Berlese, 1911) (Timm, pers. observ.; Whitaker and French, 1982)

*Echinonyssus isabellinus* (Oudemans, 1913) (Whitaker and French, 1982)

*Eulaelaps stabularis* (Koch, 1836) (Whitaker and French, 1982)

*Haemogamasus ambulans* (Thorell, 1872) (Martin, 1972; Timm et al., 1977; Whitaker and French, 1982)

*Haemogamasus liponyssoides* Ewing, 1925 (Whitaker and French, 1982)

*Laelaps alaskensis* Grant, 1947 (Kirkland and Jannett, 1982; Martin, 1972; Timm, 1974, 1975; Tipton, 1960; Whitaker and French, 1982)

*Laelaps kochi* Oudemans, 1836 (Kirkland and Jannett, 1982; Komarek and Komarek, 1938; Linzey and Linzey, 1973; Timm, 1974, 1975; Timm et al., 1977; Tipton, 1960; Whitaker and French, 1982)

Listrophoridae

*Listrophorus mexicanus* Fain and Hyland, 1972 (Whitaker and French, 1982)

*Listrophorus squamiferus* Fain and Hyland, 1972 (Kirkland and Jannett, 1982)

BLM_0052508

Myobiidae
*Radfordia hylandi* Fain and Lukoschus, 1977 (Whitaker and French, 1982)
*Radfordia* sp. (Kirkland and Jannett, 1982; Whitaker and French, 1982)
Myocoptidae
*Myocoptes canadensis* Radford, 1955 (Kirkland and Jannett, 1982)
*Myocoptes japonensis* Radford, 1955 (Whitaker and French, 1982)
*Myocoptes squamosus* Fain, Munting, and Lukoschus, 1969 (Whitaker and French, 1982)
*Trichoecius tenax* (Michael, 1889) (Whitaker and French, 1982)
*Trichoecius* sp. (Kirkland and Jannett, 1982; Whitaker and French, 1982)
Trombiculidae
*Euschoengastia blarinae* (Ewing, 1931) (Whitaker and French, 1982)
*Euschoengastia peromysci* (Ewing, 1929) (Farrell, 1956; Komarek and Komarek, 1938)
*Euschoengastia setosa* (Ewing, 1937) (Whitaker and French, 1982)
*Miyatrombicula esoensis* (Sasa and Ogata, 1953) (Whitaker and French, 1982)
*Neotrombicula harperi* (Ewing, 1928) (Kirkland and Jannett, 1982; Martin, 1972?, Timm et al., 1977, Whitaker and French, 1982)
*Neotrombicula microti* (Ewing, 1928) (Buech et al., 1977; Timm et al., 1977)
*Microtus longicaudus*
Laelapidae
*Androlaelaps fahrenholzi* (Berlese, 1911) (Allred and Beck, 1966; Augustson, 1941*b*; Hansen, 1964; Whitaker and Maser, 1984)
*Echinonyssus incomptis* (Eads and Hightower, 1952) (Allred and Beck, 1966)
*Echinonyssus isabellinus* (Oudemans, 1913) (Allred and Beck, 1966; Hansen, 1964; Herrin, 1970; Jameson and Brennan, 1957; Kinsella and Pattie, 1967)
*Eubrachylaelaps debilis* Jameson, 1950 (Allred and Beck, 1966; Furman, 1955)
*Eulaelaps stabularis* (Koch, 1836) (Whitaker and Maser, 1984)
*Haemogamasus ambulans* (Thorell, 1872) (Allred and Beck, 1966; Hansen, 1964; Jameson and Brennan, 1957)
*Haemogamasus liponyssoides* Ewing, 1925 (Allred and Beck, 1966; Augustson, 1941*b*; Hansen, 1964; Jameson and Brennan, 1957)
*Haemogamasus longitarsus* (Banks, 1910) (Allred and Beck, 1966)
*Haemogamasus occidentalis* (Keegan, 1951) (Allred and Beck, 1966; Whitaker and Maser, 1984)
*Haemogamasus reidi* Ewing, 1925 (Allred and Beck, 1966; Hansen, 1964; Jameson and Brennan, 1957; Redington, 1971; Whitaker and Maser, 1984)
*Laelaps alaskensis* Grant, 1947 (Jameson and Brennan, 1957)
*Laelaps incilis* Allred and Beck, 1966 (original description)
*Laelaps kochi* Oudemans, 1836 (Allred and Beck, 1966; Augustson, 1941*b*; Hansen, 1964; Jameson and Brennan, 1957; Whitaker and Maser, 1984)
Trombiculidae
*Chatia ochotona* (Radford, 1942) (Gould, 1956; Traub and Nadchatram, 1966)
*Euschoengastia oregonensis* (Ewing, 1929) (Allred and Beck, 1966)
*Euschoengastia peromysci* (Ewing, 1929) (Jameson and Brennan, 1957)

464     *Timm*

*Euschoengastia radfordi* Brennan and Jones, 1954 (Jameson and Brennan, 1957)

*Leptotrombidium potosina* Hoffmann, 1950 (Brennan and Beck, 1955)

*Neotrombicula browni* (Brennan and Wharton, 1950) (Brennan and Wharton, 1950 [original description]; Kardos, 1954; Radford, 1954; Wharton and Fuller, 1952)

*Neotrombicula californica* (Ewing, 1942) (Brennan and Beck, 1955)

*Neotrombicula harperi* (Ewing, 1928) (Allred and Beck, 1966; Brennan and Beck, 1955; Brennan and Wharton, 1950; Kardos, 1954; Wharton and Fuller, 1952)

*Neotrombicula jewetti* (Brennan and Wharton, 1950) (Brennan and Wharton, 1950 [original description]; Jameson and Brennan, 1957; Radford, 1954; Wharton and Fuller, 1952)

*Neotrombicula microti* (Ewing, 1928) (Brennan and Beck, 1955; Kardos, 1954)

*Microtus mexicanus*

  Laelapidae

*Androlaelaps fahrenholzi* (Berlese, 1911) (Allred and Beck, 1966; Bassols, 1981)

*Echinonyssus breviseta* Strandtmann and Morlan, 1953 (Bassols, 1981)

*Echinonyssus utahensis* Allred and Beck, 1966 (Hoffman et al., 1972)

*Haemogamasus ambulans* (Thorell, 1872) (Bassols, 1981)

*Haemogamasus reidi* Ewing, 1925 (Redington, 1971)

*Laelaps kochi* Oudemans, 1836 (Bassols, 1981)

  Listrophoridae

*Listrophorus mexicanus* Fain, 1970 (Fain and Hyland, 1974)

  Myobiidae

*Radfordia hylandi* Fain and Lukoschus, 1977 (original description)

  Trombiculidae

*Neotrombicula microti* (Ewing, 1928) (Brennan and Wharton, 1950; Wharton and Fuller, 1952)

*Microtus montanus*

  Glycyphagidae

*Glycyphagus hypudaei* (Koch, 1841) (Whitaker and Maser, 1984)

  Laelapidae

*Androlaelaps fahrenholzi* (Berlese, 1911) (Allred, 1970; Allred and Beck, 1966; Augustson, 1941*b*; Hansen, 1964; Kartman et al., 1958*b*; Strandtmann, 1949; Whitaker and Maser, 1984)

*Brevisterna utahensis* (Ewing, 1933) (Kartman et al., 1958*b*)

*Echinonyssus isabellinus* (Oudemans, 1913) (Allred, 1970; Allred and Beck, 1966; Hansen, 1964; Herrin, 1970; Kinsella and Pattie, 1967; Whitaker and Maser, 1984)

*Echinonyssus occidentalis* (Ewing, 1923) (Augustson, 1941*b*)

*Eubrachylaelaps croweri* Jameson, 1947 (Hansen, 1964)

*Eubrachylaelaps debilis* Jameson, 1950 (Whitaker and Maser, 1984)

*Eulaelaps stabularis* (Koch, 1836) (Hansen, 1964; Whitaker and Maser, 1984)

*Haemogamasus ambulans* (Thorell, 1872) (Allred and Beck, 1966; Hansen, 1964; Keegan, 1951)

*Haemogamasus liponyssoides* Ewing, 1925 (Augustson, 1941*b*; Hansen, 1964)

*Haemogamasus occidentalis* (Keegan, 1951) (Whitaker and Maser, 1984)

BLM_0052510

*Parasites*    465

*Haemogamasus reidi* Ewing, 1925 (Augustson, 1941*b*; Whitaker and Maser, 1984)

*Ischyropoda armatus* Keegan, 1951 (Allred, 1970)

*Laelaps alaskensis* Grant, 1947 (Hansen, 1964; Kartman et al., 1958*b*; Kinsella and Pattie, 1967; Whitaker and Maser, 1984)

*Laelaps incilis* Allred and Beck, 1966 (original description)

*Laelaps kochi* Oudemans, 1836 (Allred and Beck, 1966; Augustson, 1941*b*; Hansen, 1964; Kartman et al., 1958*b*; Kinsella and Pattie, 1967; Tipton, 1960; Whitaker and Maser, 1984)

Listrophoridae

*Listrophorus mexicanus* Fain, 1970 (Whitaker and Maser, 1984)

Psorergatidae

*Psorergates townsendi* Giesen, Lukoschus, Whitaker, and Gettinger, 1983 (original description and type-host)

Trombiculidae

*Comatacarus americanus* Ewing, 1942 (Easton, 1975)

*Neotrombicula californica* (Ewing, 1942) (Gould, 1956)

*Neotrombicula cavicola* (Ewing, 1931) (Easton, 1975)

*Neotrombicula harperi* (Ewing, 1928) (Allred and Beck, 1966; Easton, 1975; Kardos, 1954)

*Neotrombicula microti* (Ewing, 1928) (Kardos, 1954; Kinsella and Pattie, 1967)

*Microtus ochrogaster*

Glycyphagidae

*Glycyphagus hypudaei* (Koch, 1841) (Basolo and Funk, 1974; Buckner and Gleason, 1974; Fain and Whitaker, 1973; McDaniel, 1979; Mumford and Whitaker, 1982; Rupes and Whitaker, 1968; Turner, 1974; Whitaker and Wilson, 1968)

*Orycteroxenus soricis* (Oudemans, 1915) (Mumford and Whitaker, 1982)

Laelapidae

*Androlaelaps fahrenholzi* (Berlese, 1911) (Amin, 1973, 1976*b*; Basolo and Funk, 1974; Batson, 1965; Buckner and Gleason, 1974; Jameson, 1947; Mumford and Whitaker, 1982; Rapp, 1962; Strandtmann, 1949; Timm, 1972*b*; Turner, 1974; Whitaker and Wilson, 1968)

*Echinonyssus utahensis* Allred and Beck, 1966 (Timm, 1972*b*)

*Eulaelaps stabularis* (Koch, 1836) (Batson, 1965; Jameson, 1947; Mumford and Whitaker, 1982; Whitaker and Wilson, 1968)

*Haemogamasus ambulans* (Thorell, 1872) (Turner, 1974)

*Haemogamasus liponyssoides* Ewing, 1925 (Keegan, 1951; Mumford and Whitaker, 1982; Whitaker and Wilson, 1968; Wilson, 1957 [reported as *H. barberi* Ewing])

*Laelaps alaskensis* Grant, 1947 (Mumford and Whitaker, 1982; Whitaker and Wilson, 1968)

*Laelaps kochi* Oudemans, 1836 (Basolo and Funk, 1974; Buckner and Gleason, 1974; Jameson, 1947; Mumford and Whitaker, 1982; Rapp, 1962; Timm, 1972*b*; Tipton, 1960; Turner, 1974; Whitaker and Wilson, 1968; Wilson, 1957)

Listrophoridae

*Listrophorus mexicanus* Fain, 1970 (Basolo and Funk, 1974; Buckner and Gleason, 1974 [reported as *L. leuckarti*]; Mumford and Whitaker, 1982)

*Listrophorus* sp. (Jameson, 1947)

BLM_0052511

466   *Timm*

Macronyssidae

*Ornithonyssus bacoti* (Hirst, 1913) (Buckner and Gleason, 1974; Mumford and Whitaker, 1982; Turner, 1974)

Myobiidae

*Radfordia ensifera* (Poppe, 1896) (Manischewitz, 1966)

*Radfordia hylandi* Fain and Lukoschus, 1977 (Mumford and Whitaker, 1982)

*Radfordia lemnina* (Koch, 1841) (Basolo and Funk, 1974; Buckner and Gleason, 1974; Whitaker and Wilson, 1968)

Myocoptidae

*Myocoptes japonensis* Radford, 1955 (Basolo and Funk, 1974)

*Myocoptes musculinus* (Koch, 1844) (Basolo and Funk, 1974; McDaniel, 1979; Mumford and Whitaker, 1982; Turner, 1974; Whitaker and Wilson, 1968)

*Myocoptes* sp. (Basolo and Funk, 1974; Buckner and Gleason, 1974; Jameson, 1947)

*Trichoecius tenax* (Michael, 1889) (Mumford and Whitaker, 1982)

Trombiculidae

*Euschoengastia diversa* Farrell, 1956 (Farrell, 1956 [original description]; Loomis, 1956)

*Euschoengastia peromysci* (Ewing, 1929) (Basolo and Funk, 1974; Jameson, 1947 [reported as *Ascoschöngastia breviceps*]; Loomis, 1956)

*Euschoengastia setosa* (Ewing, 1937) (Lampe et al., 1974; Mumford and Whitaker, 1982; Turner, 1974; Whitaker and Loomis, 1979)

*Euschoengastia trigenuala* Farrell, 1956 (Loomis, 1956)

*Eutrombicula alfreddugesi* (Oudemans, 1910) (Loomis, 1956; Mumford and Whitaker, 1982; Turner, 1974; Whitaker and Loomis, 1979; Wolfenbarger, 1952)

*Eutrombicula lipovskyana* Wolfenbarger, 1952 (Loomis, 1956; Wolfenbarger, 1952 [original description])

*Eutrombicula lipovskyi* (Brennan and Wharton, 1950) (Kardos, 1954; Loomis, 1956)

*Neotrombicula autumnalis* (Shaw, 1790) (Kardos, 1954; Loomis, 1956)

*Neotrombicula sylvilagi* (Brennan and Wharton, 1950) (Kardos, 1954; Loomis, 1956)

*Neotrombicula whartoni* (Ewing, 1929) (Basolo and Funk, 1974; Kardos, 1954; Loomis, 1956; Mumford and Whitaker, 1982; Whitaker and Loomis, 1979)

*Pseudoschongastia hungerfordi* Lipovsky, 1951 (Loomis, 1956)

*Microtus oeconomus*

Laelapidae

*Androlaelaps fahrenholzi* (Berlese, 1911) (Strandtmann and Wharton, 1958)

*Echinonyssus isabellinus* (Oudemans, 1913) (Strandtmann and Wharton, 1958)

*Eulaelaps stabularis* (Koch, 1836) (Strandtmann and Wharton, 1958)

*Haemogamasus reidi* Ewing, 1925 (Keegan, 1951)

*Laelaps kochi* Oudemans, 1836 (Strandtmann and Wharton, 1958)

Myobiidae

*Radfordia lemnina* (Koch, 1841) (Fain and Lukoschus, 1977)

BLM_0052512

Parasites   467

*Microtus oregoni*
  Glycyphagidae
    *Dermacarus ondatrae* Rupes and Whitaker, 1968 (Whitaker and Maser, 1984)
    *Glycyphagus hypudaei* (Koch, 1841) (Whitaker and Maser, 1984)
  Laelapidae
    *Androlaelaps fahrenholzi* (Berlese, 1911) (Strandtmann, 1949; Whitaker and Maser, 1984)
    *Eulaelaps stabularis* (Koch, 1836) (Whitaker and Maser, 1984)
    *Haemogamasus ambulans* (Thorell, 1872) (Keegan, 1951)
    *Haemogamasus occidentalis* (Keegan, 1951) (Whitaker and Maser, 1984)
    *Laelaps kochi* Oudemans, 1836 (Whitaker and Maser, 1984)
  Listrophoridae
    *Listrophorus mexicanus* Fain, 1970 (Whitaker and Maser, 1984)
  Myobiidae
    *Radfordia hylandi* Fain and Lukoschus, 1977 (Whitaker and Maser, 1984)
  Trombiculidae
    *Euschoengastia oregonensis* (Ewing, 1929) (Easton, 1975)
    *Neotrombicula cavicola* (Ewing, 1931) (Brennan and Wharton, 1950; Easton, 1975; Wharton and Fuller, 1952)
    *Neotrombicula harperi* (Ewing, 1928) (Easton, 1975)
*Microtus pennsylvanicus*
  Demodicidae
    *Demodex* sp. (Nutting and Desch, 1979)
  Dermanyssidae
    *Dermanyssus* sp. (Drummond, 1957)
  Ereynetidae
    *Speleorodens michigensis* Ford, 1962 (original description and type-host)
  Glycyphagidae
    *Dermacarus newyorkensis* Fain, 1969 (Fain, 1969a [original description and type-host], 1969b; Rupes and Whitaker, 1968)
    *Glycyphagus hypudaei* (Koch, 1841) (Fain, 1969b; Mumford and Whitaker, 1982; Rupes and Whitaker, 1968; Whitaker and French, 1982; Whitaker and Wilson, 1968)
    *Glycyphagus microti* Spicka and OConnor, 1980 (original description)
    *Orycteroxenus soricis* (Oudemans, 1915) (Fain, 1969b)
  Laelapidae
    *Androlaelaps fahrenholzi* (Berlese, 1911) (Allred and Beck, 1966; Amin, 1973, 1976b; Baker, 1946; Drummond, 1957; Florschutz and Darsie, 1960; Genoways and Jones, 1972; Harper, 1961; Jameson, 1947; Judd, 1950, 1953; Lawrence et al., 1965; MacCreary, 1945a; Mellott and Connell, 1965; Mumford and Whitaker, 1982; Strandtmann, 1949; Timm, 1972a, 1972b, 1975; Turner, 1974; Whitaker and French, 1982; Whitaker and Wilson, 1968; Wilson, 1967)
    *Androlaelaps* sp. (Wright, 1979)
    *Echinonyssus carnifex* Koch, 1839 (Lawrence et al., 1965)
    *Echinonyssus isabellinus* (Oudemans, 1913) (Allred and Beck, 1966; Harper, 1961; Herrin, 1970; Timm, 1972a, 1972b, 1975; Whitaker and French, 1982)

BLM_0052513

468   *Timm*

*Echinonyssus* sp. (Amin, 1976*b*; Genoways and Jones, 1972; Scholten et al., 1962; Wright, 1979)

*Eulaelaps stabularis* (Koch, 1836) (Drummond, 1957; Genoways and Jones, 1972; Lawrence et al., 1965; Timm, 1975; Wilson, 1967; Wright, 1979)

*Haemogamasus ambulans* (Thorell, 1872) (Drummond, 1957; Harper, 1956, 1961; Keegan, 1951; Lawrence et al., 1965; Timm, 1975; Whitaker and French, 1982)

*Haemogamasus liponyssoides* Ewing, 1925 (Drummond, 1957; Keegan, 1951; Lawrence et al., 1965; MacCreary, 1945*a*; Mellott and Connell, 1965; Mumford and Whitaker, 1982; Timm, 1975)

*Haemogamasus longitarsus* (Banks, 1910) (Ewing, 1925 [described as *H. microti*]; Keegan, 1951)

*Laelaps alaskensis* Grant, 1947 (Amin, 1973, 1976*b*; Drummond, 1957; Florschutz and Darsie, 1960; Harper, 1956, 1961; Lawrence et al., 1965; Mellott and Connell, 1965; Mumford and Whitaker, 1982; Timm, 1975; Whitaker and French, 1982; Whitaker and Wilson, 1968; Wilson, 1967)

*Laelaps kochi* Oudemans, 1836 (Allred and Beck, 1966; Amin, 1973, 1976*b*; Baker, 1946; Drummond, 1957; Florschutz and Darsie, 1960; Genoways and Jones, 1972; Harper, 1956, 1961; Jameson, 1947; Judd, 1950, 1953, 1954; Lampe et al., 1974; Lawrence et al., 1965; MacCreary, 1945*a*; Mellott and Connell, 1965, Mumford and Whitaker, 1982; Scholten et al., 1962; Shoemaker and Joy, 1967; Timm, 1972*a*, 1972*b*, 1975; Tipton, 1960; Turner, 1974; Whitaker and French, 1982; Whitaker and Wilson, 1968)

*Laelaps multispinosa* (Banks, 1910) (Lawrence et al., 1965)

*Laelaps muris* (Ljungh, 1799) (Judd, 1950, 1953, 1954)

Listrophoridae

*Listrophorus mexicanus* Fain, 1970 (McDaniel et al., 1967; Mumford and Whitaker, 1982; Whitaker and French, 1982; Whitaker and Wilson, 1968 [reported as *L. leuckarti*])

*Listrophorus pitymys* Fain and Hyland, 1972 (Fain and Hyland, 1974)

*Listrophorus squamiferus* Fain and Hyland, 1972 (Fain and Hyland, 1974; McDaniel et al., 1967 [reported as *L. leuckarti*])

*Listrophorus* sp. (Drummond, 1957)

Macronyssidae

*Ornithonyssus bacoti* (Hirst, 1913) (Drummond, 1957; Mumford and Whitaker, 1982)

*Ornithonyssus bursa* (Berlese, 1888) (Drummond, 1957)

Myobiidae

*Protomyobia brevisetosa* Jameson, 1948 (Whitaker and French, 1982)

*Protomyobia claparedei* (Poppe, 1896) (Manischewitz, 1966)

*Radfordia ensifera* (Poppe, 1896) (Manischewitz, 1966)

*Radfordia hylandi* Fain and Lukoschus, 1977 (Fain and Lukoschus, 1977 [original description]; Mumford and Whitaker, 1982; Whitaker and French, 1982)

*Radfordia lemnina* (Koch, 1841) (Drummond, 1957; Ewing, 1938; Manischewitz, 1966)

BLM_0052514

Myocoptidae

*Myocoptes japonensis* Radford, 1955 (Fain and Hyland, 1970; Fain et al., 1970; Mumford and Whitaker, 1982; Radford, 1955 [originally described as *M. jamesoni*]; Whitaker and French, 1982)

*Myocoptes musculinus* (Koch, 1844) (Harper, 1956; McDaniel, 1979)

*Myocoptes squamosus* Fain, Munting, and Lukoschus, 1969 (Fain and Hyland, 1970; Whitaker and French, 1982)

*Myocoptes* sp. (Drummond, 1957)

*Trichoecius tenax* (Michael, 1889) (Fain and Hyland, 1970; Fain et al., 1970; Whitaker and French, 1982)

Psorergatidae

*Psorergates canadensis* Kok, Lukoschus, and Clulow, 1971 (original description and type-host)

*Psorergates simplex* Tyrrell, 1883 (Lee and Horvath, 1969)

Trombiculidae

*Euschoengastia diversa* Farrell, 1956 (original description)

*Euschoengastia peromysci* (Ewing, 1929) (Farrell, 1956; MacCreary, 1945a [reported as *Neoschöngastia breviceps*]; Manischewitz, 1966; Mumford and Whitaker, 1982; Whitaker and Loomis, 1979)

*Euschoengastia setosa* (Ewing, 1937) (Turner, 1974)

*Euschoengastia* sp. (Drummond, 1957; Wilson, 1967)

*Eutrombicula alfreddugesi* (Oudemans, 1910) (Ewing, 1944; Jenkins, 1949; MacCreary, 1945a [reported as *E. tropica*]; Mumford and Whitaker, 1982; Wharton and Fuller, 1952; Whitaker and Loomis, 1979)

*Eutrombicula splendens* (Ewing, 1913) (Wharton and Fuller, 1952)

*Eutrombicula* sp. (Wright, 1979)

*Miyatrombicula esoensis* (Sasa and Ogata, 1953) (Whitaker and French, 1982)

*Neotrombicula autumnalis* (Shaw, 1790) (Kardos, 1954; Loomis, 1956)

*Neotrombicula bisignata* (Ewing, 1929) (Brennan and Wharton, 1950; Ewing, 1929a [original description and type-host]; Radford, 1954; Wharton and Fuller, 1952)

*Neotrombicula goodpasteri* (Brennan and Wharton, 1950) (Brennan and Wharton, 1950 [original description]; Radford, 1954; Wharton and Fuller, 1952)

*Neotrombicula harperi* (Ewing, 1928) (Brennan and Wharton, 1950; Harper, 1929; Lawrence et al., 1965; Manville, 1949; Timm, pers. observ.; Wharton and Fuller, 1952; Whitaker and French, 1982)

*Neotrombicula lipovskyi* (Brennan and Wharton, 1950) (Mumford and Whitaker, 1982; Whitaker and Loomis, 1979)

*Neotrombicula microti* (Ewing, 1928) (Baker, 1946; Brennan and Wharton, 1950; Ewing, 1928; Lawrence et al., 1965; Timm, pers. observ.; Wharton and Fuller, 1952)

*Neotrombicula richmondi* (Brennan and Wharton, 1950) (Brennan and Wharton, 1950 [original description]; Radford, 1954; Wharton and Fuller, 1952)

*Neotrombicula subsignata* (Brennan and Wharton, 1950) (Brennan and Wharton, 1950 [original description and type-host]; Genoways and Jones, 1972; Kardos, 1954; Radford, 1954; Wharton and Fuller, 1952)

BLM_0052515

470     *Timm*

*Neotrombicula whartoni* (Ewing, 1929) (Brennan and Wharton, 1950; Drummond, 1957; Farrell, 1956; Kardos, 1954; MacCreary, 1945*a*; Manischewitz, 1966; Mumford and Whitaker, 1982; Wharton and Fuller, 1952; Whitaker and Loomis, 1979)

*Neotrombicula* sp. (Manville, 1949)

*Microtus pinetorum*

Cheyletidae

*Eucheyletia bishoppi* Baker, 1949 (original description)

Glycyphagidae

*Dermacarus* sp. (Benton, 1955*a*)

*Glycyphagus hypudaei* (Koch, 1841) (Fain, 1969*b*; Fain and Whitaker, 1973; Mumford and Whitaker, 1982)

*Glycyphagus microti* Spicka and OConnor, 1980 (original description and typehost)

*Orycteroxenus soricis* (Oudemans, 1915) (Fain and Whitaker, 1973)

Laelapidae

*Androlaelaps fahrenholzi* (Berlese, 1911) (Benton, 1955*a*; Drummond, 1957; Ellis, 1955; Hays and Guyton, 1958; Jameson, 1947; Judd, 1950; MacCreary, 1945*a*; Mellott and Connell, 1965; Morlan, 1952; Mumford and Whitaker, 1982; Strandtmann, 1949; Whitaker and Wilson, 1968)

*Eulaelaps stabularis* (Koch, 1836) (Jameson, 1947; Mumford and Whitaker, 1982; Whitaker and Wilson, 1968)

*Haemogamasus ambulans* (Thorell, 1872) (Keegan, 1951; Whitaker and Wilson, 1968)

*Haemogamasus liponyssoides* Ewing, 1925 (Drummond, 1957; Keegan, 1951; Morlan, 1952)

*Haemogamasus longitarsus* (Banks, 1910) (Drummond, 1957; Keegan, 1951; MacCreary, 1945*a*; Mellott and Connell, 1965; Mumford and Whitaker, 1982; Whitaker and Wilson, 1968; Wilson, 1957)

*Laelaps alaskensis* Grant, 1947 (Benton, 1955*a*; Mumford and Whitaker, 1982; Whitaker and Wilson, 1968)

*Laelaps kochi* Oudemans, 1836 (Drummond, 1957; Hamilton, 1938; Hays and Guyton, 1958; Mumford and Whitaker, 1982; Whitaker and Wilson, 1968)

Listrophoridae

*Listrophorus pitymys* Fain and Hyland, 1972 (Fain and Hyland, 1972 [original description], 1974)

*Listrophorus* sp. (Drummond, 1957)

Macronyssidae

*Ornithonyssus bacoti* (Hirst, 1913) (Mumford and Whitaker, 1982)

Myobiidae

*Radfordia ensifera* (Poppe, 1896) (Manischewitz, 1966)

*Radfordia hylandi* Fain and Lukoschus, 1977 (Fain and Lukoschus, 1977 [original description]; Mumford and Whitaker, 1982)

*Radfordia lemnina* (Koch, 1841) (Drummond, 1957; Manischewitz, 1966)

Myocoptidae

*Myocoptes canadensis* Radford, 1955 (Mumford and Whitaker, 1982)

*Myocoptes musculinus* (Koch, 1844) (Mumford and Whitaker, 1982)

*Myocoptes* sp. (Benton, 1955*a*; Drummond, 1957)

BLM_0052516