Psorergatidae

*Psorergates pinetorum* Giesen, Lukoschus, Whitaker, and Gettinger, 1983 (original description and type-host)

Trombiculidae

*Euschoengastia carolinensis* Farrell, 1956 (original description)

*Euschoengastia diversa* Farrell, 1956 (Loomis, 1956)

*Euschoengastia ohioensis* Farrell, 1956 (Farrell, 1956 [original description]; Mumford and Whitaker, 1982; Whitaker and Loomis, 1979)

*Euschoengastia peromysci* (Ewing, 1929) (Farrell, 1956; Manischewitz, 1966; Mumford and Whitaker, 1982; Whitaker and Loomis, 1979)

*Eutrombicula alfreddugesi* (Oudemans, 1910) (Wolfenbarger, 1952)

*Leptotrombidium myotis* (Ewing, 1929) (Loomis, 1956; Manischewitz, 1966)

*Neotrombicula goodpasteri* (Brennan and Wharton, 1950) (Brennan and Wharton, 1950 [original description]; Radford, 1954; Wharton and Fuller, 1952)

*Neotrombicula lipovskyi* (Brennan and Wharton, 1950) (Kardos, 1954; Loomis, 1956; Mumford and Whitaker, 1982; Whitaker and Loomis, 1979)

*Neotrombicula microti* (Ewing, 1928) (Kardos, 1954)

*Neotrombicula whartoni* (Ewing, 1929) (MacCreary, 1945a; Manischewitz, 1966)

*Microtus richardsoni*

Glycyphagidae

*Glycyphagus hypudaei* (Koch, 1841) (Whitaker and Maser, 1984)

Laelapidae

*Androlaelaps fahrenholzi* (Berlese, 1911) (Whitaker and Maser, 1984)

*Echinonyssus isabellinus* (Oudemans, 1913) (Kinsella and Pattie, 1967; Ludwig, 1984; Whitaker and Maser, 1984)

*Haemogamasus ambulans* (Thorell, 1872) (Kinsella and Pattie, 1967)

*Haemogamasus liponyssoides* Ewing, 1925 (Kinsella and Pattie, 1967)

*Haemogamasus occidentalis* (Keegan, 1951) (Whitaker and Maser, 1984)

*Haemogamasus reidi* Ewing, 1925 (Whitaker and Maser, 1984)

*Laelaps alaskensis* Grant, 1947 (Kinsella and Pattie, 1967; Ludwig, 1984; Whitaker and Maser, 1984)

*Laelaps kochi* Oudemans, 1836 (Kinsella and Pattie, 1967)

Listrophoridae

*Listrophorus mexicanus* Fain, 1970 (Whitaker and Maser, 1984)

Myocoptidae

*Myocoptes japonensis* Radford, 1955 (Whitaker and Maser, 1984)

Trombiculidae

*Neotrombicula microti* (Ewing, 1928) (Brennan and Wharton, 1950; Ewing, 1928 [original description and type-host]; Radford, 1954; Wharton and Fuller, 1952)

*Microtus townsendii*

Glycyphagidae

*Glycyphagus hypudaei* (Koch, 1841) (Whitaker and Maser, 1984)

Laelapidae

*Androlaelaps fahrenholzi* (Berlese, 1911) (Whitaker and Maser, 1984)

*Echinonyssus isabellinus* (Oudemans, 1913) (Whitaker and Maser, 1984)

*Echinonyssus obsoletus* Jameson, 1950 (Whitaker and Maser, 1984)

472    *Timm*

> *Eubrachylaelaps debilis* Jameson, 1950 (Whitaker and Maser, 1984)
> *Eulaelaps stabularis* (Koch, 1836) (Whitaker and Maser, 1984)
> *Haemogamasus occidentalis* (Keegan, 1951) (Keegan, 1951 [original description and type-host]; Whitaker and Maser, 1984)
> *Haemogamasus reidi* Ewing, 1925 (Whitaker and Maser, 1984)
> *Laelaps kochi* Oudemans, 1836 (Whitaker and Maser, 1984)
>
> Listrophoridae
> > *Listrophorus mexicanus* Fain, 1970 (Whitaker and Maser, 1984)
>
> Psorergatidae
> > *Psorergates townsendi* Giesen, Lukoschus, Whitaker, and Gettinger, 1983 (original description and type-host)
>
> Trombiculidae
> > *Neotrombicula jewetti* (Brennan and Wharton, 1950) (Brennan and Wharton, 1950 [original description]; Radford, 1954; Wharton and Fuller, 1952)

*Microtus* sp. (Mexico)
> Laelapidae
> > *Eulaelaps stabularis* (Koch, 1836) (de Barrera, 1979)
> > *Echinonyssus breviseta* Strandtmann and Morlan, 1953 (de Barrera, 1979)
> > *Echinonyssus utahensis* Allred and Beck, 1966 (de Barrera, 1979)
> > *Haemogamasus ambulans* (Thorell, 1872) (de Barrera, 1979)
> > *Laelaps kochi* Oudemans, 1836 (de Barrera, 1979)

## *Ticks*

All ticks known from *Microtus* belong to the family Ixodidae (hard ticks). The life cycle of a typical ixodid tick includes four stages: egg, nymph, larva, and adult. For the most part, ticks are not strongly host specific, although nymphs and larvae generally feed on small mammals, birds, or reptiles, and adults feed on larger mammals. Larvae, nymphs, and adults all require blood meals for metamorphosis. The entire life cycle may require 1–3 years. The life cycle and natural history of *Dermacentor variabilis,* the American dog tick, is perhaps the best known of all ticks, and is summarized as follows. Eggs hatch in 30–35 days. Newly hatched larvae, called seed ticks, feed on small mammals for 5–12 days, drop from the host, and metamorphose into the nymphal stage. Nymphs feed 6–10 days and drop off to metamorphose into adults. Copulation takes place on the host. Males may copulate with several different females. Females die soon after egglaying. Nymphs and adults can withstand long periods (hundreds of days) without feeding. Unfed adults and larvae are the main overwintering stage. In

BLM_0052518

Novia Scotia, larvae are active from April through September, nymphs are active from May through August, and adult activity extends from April to mid-August. Also, Garvie et al. (1978:28) found that "The voles *Microtus pennsylvanicus* and *Clethrionomys gapperi* sustained almost 80% of all larvae [*Dermacentor variabilis*] and over 85% of all nymphs collected from mammal hosts."

Ticks are responsible for the transmission of numerous diseases including babesiosis (*Babesia*), Colorado tick-fever virus, relapsing fever, several *Rickettsia* diseases (for example, Q fever and Rocky Mountain spotted fever), tick paralysis, and tularemia. Additionally, exsanguination by a heavy load of ticks may be significant to a mouse. A recent review of tickborne disease is found in Hoogstraal (1981).

Keys for the identification of North American ticks were provided by Clifford et al. (1961), Cooley and Kohls (1945), Gregson (1956), Keirans and Clifford (1978), and Sonenshine (1979). An excellent and comprehensive bibliography to the ticks was provided by Hoogstraal (see *Bibliography of ticks and tickborne diseases from Homer (about 800 B.C.) to 31 December 1981*, NAMRU-3, Cairo; seven volumes have been published as of 1983).

*Amblyomma maculatum,* the Gulf Coast tick, ranges from southeastern U.S. through Central and South America. The larvae and nymphs are found on small mammals and ground-dwelling birds. The adults generally are found on larger mammals, especially livestock.

*Dermacentor andersoni* is known as the Rocky Mountain spotted fever tick because it is one of the primary vectors of the *Rickettsia* causing the disease; it is also a vector of tick paralysis, Colorado tick fever, tularemia, and American Q fever. It is one of the most abundant ticks found in the western half of the U.S. and Canada. Small mammals, especially chipmunks, are the primary hosts; larvae, nymphs, and adults are most common on hosts in spring and summer.

*Dermacentor occidentalis,* the Pacific Coast tick, is common in western California and Oregon. Small mammals are typical hosts for larvae and nymphs, whereas adults are common on deer, cattle, and horses. It is present on hosts during all seasons of the year, but adults generally are most abundant during the rainy season.

*Dermacentor variabilis,* the American dog tick, is the most abundant tick in the eastern two-thirds of North America, east of the

BLM_0052519

Rocky Mountains. Larvae and nymphs have been recovered from most species of small mammals, but are especially abundant on cricetines; adults generally feed on dogs, foxes, and other medium-sized carnivores. It is the eastern U.S. counterpart of *D. andersoni.* In southern U.S. it breeds throughout the year; in northern states a distinct seasonality is found. It is the main vector of Rocky Mountain spotted fever in the eastern U.S. Ecological studies on *D. variabilis* were provided by Campbell (1979), Garvie et al. (1978), and Sonenshine (1979). See references in those papers.

*Haemaphysalis leporispalustris,* the rabbit tick, is found throughout North, Central, and South America. Lagomorphs (both *Lepus* and *Sylvilagus*) are preferred hosts; however, larvae and nymphs are often found on other small mammals and ground-feeding birds. This species is an important vector of Rocky Mountain spotted fever and tularemia.

*Ixodes angustus* is found throughout North America, and is one of the most common ticks on small mammals. In the Pacific Northwest, Bishopp and Trembley (1945) reported finding adult ticks on small mammals throughout the year, but immatures not later than the end of October. In northeastern Minnesota, Timm (1975) found larvae and nymphs of *I. angustus* on all species of shrews, moles, and cricetines.

*Ixodes auritulus* is an uncommon species that has been collected primarily from birds along the coast of northwestern North America.

*Ixodes californicus* is a poorly known and rarely collected species from the far western U.S. It has been taken from both birds and small mammals.

*Ixodes cookei* is a widely distributed species, although it appears to be most abundant in the east. It has been found on a variety of small mammals and birds. Sonenshine (1979:30) reported that "larvae and nymphs are most abundant on hosts during winter months," and that medium-sized carnivores, especially skunks, raccoons, and foxes, appeared to be preferred hosts.

*Ixodes dammini* is a widely distributed tick in the eastern U.S. that was described only recently (see Spielman et al., 1979). Adults appear most frequently on white-tailed deer and larvae and nymphs on a wide variety of small mammals. This species was confused for

BLM_0052520

*Parasites*   475

decades with *I. scapularis* and many of the older records of *scapularis* actually refer to *dammini*. *I. dammini* is the major vector of human babesia, a parasitic protozoan, in the northeastern U.S. Main et al. (1982) reported that both larvae and nymphs were abundant on small mammals in Connecticut from April through October, with peaks of abundance in early and late summer.

*Ixodes dentatus* is found in the northcentral and eastern U.S., with cottontail rabbits of the genus *Sylvilagus* being the most common hosts. Larvae and nymphs are occasionally found on birds and rodents. Larvae appear to be most abundant on hosts in fall whereas adults are most abundant in spring. This species is a known vector of Rocky Mountain spotted fever.

*Ixodes eastoni* is a recently recognized species from the Black Hills area of South Dakota and adjacent Wyoming. It has been reported on several species of small mammals, including the genera *Clethrionomys, Eutamias, Microtus, Neotoma, Peromyscus,* and *Zapus.* Adults of *I. eastoni* were confused previously with *I. ochotonae* and immature stages with *I. angustus* (Keirans and Clifford, 1983).

*Ixodes kingi* is called the rotund tick, and is found in the western U.S. and northern Mexico on a variety of mammals. Carnivores seem to be preferred hosts.

*Ixodes muris* is called the mouse tick, and is restricted to northeastern U.S.; it is generally found on cricetine rodents, although it is found occasionally on shrews. Smith (1944:231) reported that *Microtus* is the most important host and that "adults of the mouse tick do not mate on the host, but on the ground before the females have attached."

*Ixodes ochotonae* is aptly named the pika tick; most of the records are from *Ochotona.* It is found in the far western U.S. and British Columbia.

*Ixodes pacificus* is restricted to the Pacific coastal regions of California, Oregon, and Washington. Adults feed primarily on mammals and are most active from fall to spring; larvae and nymphs feed primarily on lizards. Adults are considered a serious pest on dogs, livestock, and man.

*Ixodes sculptus* is called the black-legged tick and is common in the midwest and western North America. Ground squirrels are the primary hosts, although it has been collected from a wide variety of small mammals and may be a pest on cattle.

BLM_0052521

476    *Timm*

*Ixodes spinipalpis* is an uncommon tick found in northwestern U.S. and adjacent Canada. Lagomorphs seem to be preferred hosts, although it has been collected on other mammals.

The records of ticks parasitizing *Microtus* are as follows:

*Microtus breweri*
  *Dermacentor variabilis* (Say, 1821) (Spielman and Piesman, 1979)
  *Ixodes dammini* Spielman, Clifford, Piesman, and Corwin, 1979 (original description)
  *Ixodes muris* Bishopp and Smith (Spielman et al., 1979; Winchell, 1977)
*Microtus californicus*
  *Dermacentor occidentalis* Marx, 1892 (Furman and Loomis, 1984; Holdenried et al., 1951; Mohr et al., 1964)
  *Dermacentor variabilis* (Say, 1821) (Coultrip et al., 1973; Furman and Loomis, 1984)
  *Ixodes angustus* Neumann, 1899 (Cooley and Kohls, 1945; Furman and Loomis, 1984; Holdenried et al., 1951; Mohr et al., 1964)
  *Ixodes pacificus* Cooley and Kohls, 1943 (Arthur and Snow, 1968; Furman and Loomis, 1984; Mohr et al., 1964)
  *Ixodes spinipalpis* Hadwen and Nuttall, 1916 (Furman and Loomis, 1984; Mohr et al., 1964)
  *Ixodes* sp. (Holdenried et al., 1951)
*Microtus canicaudus*
  *Ixodes angustus* Neumann, 1899 (Easton and Goulding, 1974)
*Microtus chrotorrhinus*
  *Ixodes angustus* Neumann, 1899 (Kirkland and Jannett, 1982; Timm, 1974, 1975; Timm et al., 1977; Whitaker and French, 1982)
  *Ixodes* sp. (Komarek and Komarek, 1938)
*Microtus longicaudus*
  *Dermacentor andersoni* Stiles, 1908 (Augustson, 1941b; Bacon, 1953; Beck, 1955; Chamberlin, 1937; Clark et al., 1970; Hansen, 1964; Johnson, 1966; Stout, 1979)
  *Dermacentor variabilis* (Say, 1821) (Stout, 1979; Stout et al., 1971)
  *Dermacentor* sp. (Beck, 1955)
  *Ixodes angustus* Neumann, 1899 (Chamberlin, 1937; Cooley and Kohls, 1945; Easton and Goulding, 1974; Furman and Loomis, 1984; Stout, 1979)
  *Ixodes californicus* Banks, 1904 (Chamberlin, 1937)
  *Ixodes eastoni* Keirans and Clifford, 1983 (original description)
  *Ixodes sculptus* Neumann, 1904 (Allred et al., 1960)
  *Ixodes spinipalpis* Hadwen and Nuttall, 1916 (Stout, 1979)
  *Ixodes* sp. (Allred et al., 1960)
*Microtus miurus*
  *Ixodes angustus* Neumann, 1899 (Rausch, 1964)
*Microtus montanus*
  *Dermacentor andersoni* Stiles, 1908 (Allred, 1968b; Bacon, 1953; Bacon et al., 1959; Bishopp and Trembley, 1945; Hansen, 1964; Harkema, 1936; Hooker et al., 1912 [reported as *D. venustus*])
  *Dermacentor* sp. (Beck, 1955)
  *Ixodes angustus* Neumann, 1899 (Allred et al., 1960; Furman and Loomis, 1984; Seidel and Booth, 1960)

*Ixodes kingi* Bishopp, 1911 (Allred, 1968b)

*Ixodes muris* Bishopp and Smith, 1937 (Johnson, 1966)

*Ixodes sculptus* Neumann, 1904 (Allred et al., 1960)

*Ixodes* sp. (Allred, 1968b)

*Microtus ochrogaster*

*Dermacentor andersoni* Stiles, 1908 (Cooley, 1938; Parker and Wells, 1917 [reported as *D. venustus*])

*Dermacentor variabilis* (Say, 1821) (Basolo and Funk, 1974; Buckner and Gleason, 1974; Cooney and Burgdorfer, 1974; Jameson, 1947; Mumford and Whitaker, 1982)

*Ixodes sculptus* Neumann, 1904 (Jameson, 1947)

*Ixodes spinipalpis* Hadwen and Nuttall, 1916 (Turner, 1974)

*Microtus oeconomus*

*Ixodes angustus* Neumann, 1899 (Fay and Rausch, 1969; Schiller and Rausch, 1956)

*Microtus pennsylvanicus*

*Dermacentor andersoni* Stiles, 1908 (Cooley, 1938; Gregson, 1956; Harkema, 1936; Hooker et al., 1912 [reported as *venustus*]; Hunter and Bishopp, 1911 [reported as *D. venustus*]; Turner, 1974)

*Dermacentor variabilis* (Say, 1821) (Anastos, 1947; Anderson and Magnarelli, 1980; Bequaert, 1945; Bishopp and Smith, 1938; Campbell, 1979; Carey et al., 1980; Clifford et al., 1961; Coher and Shaw, 1951; Cooley, 1938; Dodds et al., 1969; Drummond, 1957; Eddy and Joyce, 1944; Garvie et al., 1978; Gould and Miesse, 1954; Hertig and Smiley, 1937; Knipping et al., 1950a; Larrouse et al., 1928; Lawrence et al., 1965; MacCreary, 1945b; Magnarelli et al., 1983; McEnroe, 1983; Mellott and Connell, 1965; Mumford and Whitaker, 1982; Parker et al., 1933; Smith et al., 1946; Sonenshine, 1972, 1979; Sonenshine and Atwood, 1967; Sonenshine and Levy, 1972; Sonenshine and Stout, 1968; Sonenshine et al., 1965, 1966; Spielman and Piesman, 1979; Timm, 1972b; Wilkinson, 1979; Wilson, 1943; Wilson and Baker, 1972; Wright, 1979)

*Haemaphysalis leporispalustris* (Packard, 1869) (Lawrence et al., 1965; Martell et al., 1969; Wright, 1979)

*Ixodes angustus* Neumann, 1899 (Burroughs et al., 1945; Gregson, 1956; Martell et al., 1969; Timm, 1975; Wright, 1979)

*Ixodes cookei* Packard, 1869 (Clifford et al., 1961)

*Ixodes dammini* Spielman, Clifford, Piesman, and Corwin, 1979 (Anderson and Magnarelli, 1980; Carey et al., 1980; Main et al., 1982; Spielman and Piesman, 1979; Spielman et al., 1979 [original description]; White and White, 1981)

*Ixodes dentatus* Marx, 1899 (Bequaert, 1945; MacCreary, 1945b; Sonenshine et al., 1965, 1966)

*Ixodes eastoni* Keirans and Clifford, 1983 (original description)

*Ixodes muris* Bishopp and Smith, 1937 (Anastos, 1947; Bequaert, 1945; Bishopp and Smith, 1937 [original description and type-host]; Bishopp and Trembley, 1945; Clifford et al., 1961; Cooley and Kohls, 1945; Easton, 1983b; Jones and Thomas, 1980; Martell et al., 1969; Smith, 1944; Spielman et al., 1979; Timm, 1975; Wright, 1979)

478     *Timm*

*Ixodes scapularis* Say, 1821 (Bequaert, 1945; Cooley and Kohls, 1945)
*Ixodes spinipalpis* Hadwen and Nuttall, 1916 (Turner, 1974)
*Microtus pinetorum*
  *Amblyomma maculatum* Koch, 1844 (Bishopp and Hixson, 1936)
  *Dermacentor variabilis* (Say, 1821) (Bequaert, 1945; Bishopp and Smith, 1938; Bishopp and Trembley, 1945; Carey et al., 1980; Clifford et al., 1961; Cooley, 1938; MacCreary, 1940, 1945b; Mellott and Connell, 1965; Mumford and Whitaker, 1982; Smith et al., 1946; Sonenshine, 1972, 1979; Sonenshine and Levy, 1972; Sonenshine et al., 1965, 1966; Tugwell and Lancaster, 1962; Wilson and Baker, 1972)
  *Ixodes dammini* Spielman, Clifford, Piesman, and Corwin, 1979 (Carey et al., 1980; Main et al., 1982)
*Microtus townsendii*
  *Ixodes angustus* Neumann, 1899 (Bishopp and Trembley, 1945; Cooley and Kohls, 1945; Easton and Goulding, 1974)
*Microtus* sp.
  *Ixodes auritulus* Neumann, 1904 (Gregson, 1956)
  *Ixodes ochotonae* Gregson, 1941 (Gregson, 1956)

## *Lice*

Lice (Anoplura: Hoplopleuridae) of three genera (*Hoplopleura, Neohaematopinus,* and *Polyplax*) are known from North American *Microtus*. American workers commonly recognize two orders of lice, the Anoplura or sucking lice, and the Mallophaga or chewing lice; Europeans generally recognize a single order, Phthiraptera. The Mallophaga are found primarily on birds, although a few genera parasitize mammals; the Anoplura are exclusively parasites of mammals. Anoplurans feed exclusively on blood and have complex, highly specialized mouthparts modified to pierce the skin of the host.

The entire life cycle of lice is spent on the host, and transmission occurs only when hosts are in direct contact, for the lice cannot live independently of the host. Each individual egg, called a nit, is glued to a single hair. There are three nymphal instars and the duration of the life cycle is about a month. The number of lice on an individual host varies greatly; Cook and Beer (1958) reported a range of 1–748 *Hoplopleura acanthopus* per host on *Microtus pennsylvanicus,* with a mean infestation rate for male voles of 25.1 and for females 10.1 lice per infested host. They (1958:651) found a "positive correlation between age and rate of infestation in male meadow voles with the older animals having higher rates than the younger";

BLM_0052524

Case No. 1:20-cv-02484-MSK    Document 42-15    filed 04/27/21    USDC Colorado    pg 9 of 103

no corresponding correlation was found in female voles. Also (p. 649), "over the whole year ... 72.6% of the male meadow voles harbored lice as opposed to only 60.9% of the females." Rates of infestation varied with the year and season, with peak rates found in December and April. Female lice are more numerous than males on *M. pennsylvanicus,* which Cook and Beer attributed to a shorter life span of males. The main factor controlling louse populations may be the efficiency of the host at mutual and self grooming; molting of hair on the host may be significant in egg loss. Cook and Beer (1958:419) also stated that "... in general higher infestations were found on host populations which were stable or declining, and the lower rates were on hosts which were increasing." On *M. arvalis* in the U.S.S.R., Vysotskaia (1950) reported that *H. acanthopus* occurred all over the host's body in spring and summer, but in fall was concentrated anteriorly, especially in the region of the neck and chest up to the ears. In winter, lice were concentrated in the region of the neck. These changes in position on the host's body were attributed to changes in nest temperature. In cold periods, the lice congregated on the warmest parts of the body. Cook and Beer (1955, 1958) provided detailed studies of population dynamics of *Hoplopleura acanthopus* on *Microtus pennsylvanicus* in Minnesota.

It seems probable that reproduction in these lice may be cued to the reproductive cycle of their hosts, as has been demonstrated in the rabbit flea, *Cediopsylla simplex* (Rothschild and Ford, 1964, 1966, 1969). The reproductive steroids of the host presumably trigger the reproductive steroids of the parasite. This remains to be tested in lice, but may prove to be a fruitful area of research. Anoplurans may prove to be important in the transmission of tularemia (*Francisella tularensis*).

*Hoplopleura* is a worldwide genus of some 117 species that parasitizes rodents. *H. acanthopus* is a true parasite of microtine rodents; it is found on *Clethrionomys, Lemmus, Microtus,* and *Synaptomys.* The species as now defined is Holarctic; however, in reality the microtine *Hoplopleura* is most likely a complex of several closely related species. *H. hesperomydis* is a true parasite of *Peromyscus,* the few records from *Microtus* being either natural transfers or contamination.

*Neohaematopinus* is a worldwide genus of about 41 species that

BLM_0052525

480    *Timm*

parasitizes rodents and insectivores. *N. sciurinus* is a true parasite
of tree squirrels of the genus *Sciurus*; the single report from *M.
longicaudus* is probably a contaminate.

*Polyplax* is a worldwide genus of about 76 species, most of which
parasitize murid rodents. *P. alaskensis* is a Holarctic species on
microtine rodents, especially *Clethrionomys* and *Microtus*. *P. serrata*
and *P. spinulosa* are worldwide species whose normal hosts are
murid rodents, *Mus* and *Rattus,* respectively.

The records of lice parasitizing *Microtus* are as follows:

*Microtus breweri*
  *Polyplax alaskensis* Ewing, 1927 (Scanlon and Johnson, 1957; Winchell, 1977)
*Microtus californicus*
  *Hoplopleura acanthopus* (Burmeister, 1838) (Ferris, 1921; Holdenried et al.,
    1951; Jameson, 1947; Jellison et al., 1958; Kellogg and Ferris, 1915;
    Mohr and Stumpf, 1964; Ryckman and Lee, 1958)
  *Polyplax alaskensis* Ewing, 1927 (Ferris, 1916, 1923 [reported as *P. abscisa* and
    *P. spinulosa*]; Holdenried et al., 1951 [reported as *P. abscisa*]; Mohr and
    Stumpf, 1964 [reported as *P. abscisa*]; Ryckman and Lee, 1958 [reported
    as *P. abscisa*]; Scanlon and Johnson, 1957)
*Microtus longicaudus*
  *Hoplopleura acanthopus* (Burmeister, 1838) (Augustson, 1941b; Emerson et al.,
    1984; Hansen, 1964; Ignoffo, 1956; Morlan and Hoff, 1957; Spencer,
    1966)
  *Hoplopleura hesperomydis* (Osborn, 1891) (Morlan and Hoff, 1957)
  *Neohaematopinus sciurinus* (Mjoberg, 1910) (Augustson, 1941b)
  *Polyplax alaskensis* Ewing, 1927 (Ignoffo, 1956 [reported as *P. abscisa*]; Kellogg
    and Ferris, 1915 [reported as *P. spinulosa*])
*Microtus mexicanus*
  *Hoplopleura acanthopus* (Burmeister, 1838) (Emerson, 1971)
  *Polyplax alaskensis* Ewing, 1927 (Emerson, 1971)
*Microtus miurus*
  *Polyplax alaskensis* Ewing, 1927 (Quay, 1951)
*Microtus montanus*
  *Hoplopleura acanthopus* (Burmeister, 1838) (Allred, 1970; Augustson, 1941b;
    Emerson et al., 1984; Hansen, 1964; Jellison et al., 1958, 1959; Kartman
    et al., 1958b; Seidel and Booth, 1960; Spencer, 1966; Stanford, 1934)
  *Polyplax alaskensis* Ewing, 1927 (Allred, 1970 [reported as *P. spinulosa*]; Hansen,
    1964 [reported as *P. spinulosa*]; Scanlon and Johnson, 1957)
  *Polyplax serrata* (Burmeister, 1839) (Augustson, 1941b)
  *Polyplax spinulosa* (Burmeister, 1839) (Hansen, 1964)
*Microtus ochrogaster*
  *Hoplopleura acanthopus* (Burmeister, 1838) (Basolo and Funk, 1974; Batson,
    1965; Buckner and Gleason, 1974; Ferris, 1951; Jameson, 1947; Mum-
    ford and Whitaker, 1982; Turner, 1974)
  *Hoplopleura hesperomydis* (Osborn, 1891) (Buckner and Gleason, 1974)
*Microtus oeconomus*
  *Polyplax alaskensis* Ewing, 1927 (Quay, 1949, 1951; Scanlon and Johnson, 1957)

BLM_0052526

*Microtus oregoni*

   *Hoplopleura acanthopus* (Burmeister, 1838) (Emerson et al., 1984; Spencer, 1966)

   *Polyplax spinulosa* (Burmeister, 1839) (Spencer, 1966)

*Microtus pennsylvanicus*

   *Hoplopleura acanthopus* (Burmeister, 1838) (Amin, 1976b; Cook and Beer, 1955, 1958, 1959; Florschutz and Darsie, 1960; Genoways and Jones, 1972; Harper, 1956, 1961; Ignoffo, 1959; Jameson, 1947; Judd, 1953, 1954; Lampe et al., 1974; Lawrence et al., 1965; MacCreary, 1945a; Mathewson and Hyland, 1962; Mumford and Whitaker, 1982; Race, 1956; Scholten et al., 1962; Spencer, 1966; Timm, 1972b, 1975; Wilson, 1967)

   *Hoplopleura erraticus* (Osborn, 1896) (original description; probably a misidentification)

   *Hoplopleura hesperomydis* (Osborn, 1891) (Cook and Beer, 1958; Race, 1956)

   *Neohaematopinus sciurinus* (Mjoberg, 1910) (Gyorkos and Hilton, 1982a, 1982b)

   *Polyplax alaskensis* Ewing, 1927 (Baker, 1946; Ferris, 1942 [reported as *P. abscisa*]; Florschutz and Darsie, 1960; Ignoffo, 1959 [reported as *P. abscisa*]; Mathewson and Hyland, 1962; Race, 1956 [reported as *P. abscisa*]; Scanlon and Johnson, 1957; Whitaker and French, 1982; Wilson, 1943 [reported as *P. spinulosa*])

   *Polyplax serrata* (Burmeister, 1839) (Race, 1956)

*Microtus pinetorum*

   *Hoplopleura acanthopus* (Burmeister, 1838) (Benton, 1955a; Ferris, 1921, 1951; Hamilton, 1938; Mumford and Whitaker, 1982; Race, 1956)

   *Hoplopleura hesperomydis* (Osborn, 1891) (Race, 1956)

   *Polyplax alaskensis* Ewing, 1927 (Morlan, 1952 [reported as *P. spinulosa*]; Race, 1956 [reported as *P. abscisa*])

*Microtus townsendii*

   *Hoplopleura acanthopus* (Burmeister, 1838) (Spencer, 1966)

## *Beetles*

   *Leptinidae.*—Beetles of the genus *Leptinus* represent one of the few groups of parasitic Coleoptera. *Leptinus* is a Holarctic genus, with three species in the Nearctic and six species in the Palearctic. They are small beetles, usually only 2–3 mm in length, and have greatly reduced or no eyes, and hindwings reduced or absent. All members of the family Leptinidae are parasitic on mammals. In North America two genera are found in addition to *Leptinus: Leptinillus* with one species on beaver (*Castor canadensis*) and one on mountain beaver (*Aplodontia rufa*), and *Platypsyllus* with one species on beaver.

   Adults of *Leptinus* are found either on the mammalian host or in the host's nest. Small mammals, especially cricetines, shrews, and moles are typical hosts. Both adults and larvae probably feed on "dead organic matter, such as skin debris, hair fragments, skin-

BLM_0052527

482     *Timm*

gland secretions, and excreta" rather than live tissue (Peck, 1982: 1518). Eggs, larvae, and pupae are found in the nest. Adults are more abundant on mammals during winter months. There may be up to three generations per year; adult and larval stages overlap. Little is known about the biology of the North American species and the effect of beetles on their hosts. The absence of *Leptinus* on ground squirrels, pocket gophers, pocket mice, and woodrats is of interest considering its wide distribution on shrews, moles, voles, and deer mice.

A recent revision, including an excellent key, of the *Leptinus* of North America was provided by Peck (1982), who concluded that there are three species in North America: *Leptinus americanus,* restricted to the central United States; *Leptinus occidentamericanus,* found in western North America from California to Alaska; and *Leptinus orientamericanus,* widespread east of the Mississippi River.

The records of *Leptinus* parasitizing *Microtus* are as follows:

*Microtus oregoni*
    *Leptinus occidentamericanus* Peck, 1982 (Maser and Hooven, 1971 [reported as *L. testaceus*; Peck, 1982 [original description]; Spencer, 1956 [reported as *L. testaceus*])
*Microtus pennsylvanicus*
    *Leptinus americanus* LeConte, 1866 (Peck, 1982)
    *Leptinus orientamericanus* Peck, 1982 (original description)
*Microtus pinetorum*
    *Leptinus orientamericanus* Peck, 1982 (original description)
*Microtus townsendii*
    *Leptinus occidentamericanus* Peck, 1982 (original description)

*Cryptophagidae.*—A single species of cryptophagid or silken fungus beetle, *Cryptophagus bolivari,* has been collected on *Microtus mexicanus* and *Peromyscus melanotis* in México (Barrera and Martinez, 1968). Although little is known of the diet of these beetles, the genus *Cryptophagus* has been found associated with mammals on several occasions; it is likely that they feed on dead skin and scrapings from the hair which might include grains of pollen and smaller soft-bodied arthropods. Nothing is known of the effects of these beetles on their hosts.

## Flies

The dipteran family Cuterebridae (bot flies or warbles) is found only in the New World; larvae in all species are subcutaneous, obligate parasites of mammals. The genus *Cuterebra* includes ap-

BLM_0052528

proximately 36 species, and is distributed widely throughout North America. The primary hosts are sciuromorph and myomorph rodents and lagomorphs. Adults are short-lived and apparently do not feed; they are typical winged flies that resemble bumblebees.

Cuterebrids are not common on *Microtus*, even in areas where they heavily infest *Peromyscus* and sciurids. The highest incidence of *Cuterebra* infestation reported in *Microtus* was on *M. chrotorrhinus* in the Great Smokey Mountains, with 65% of the animals captured carrying one or more bots (Komarek and Komarek, 1938); more typical infestation rates range from 6 to 45% (Maurer and Skaley, 1968). The following discussion of a generalized life cycle for *Cuterebra* is based on other hosts because little has been done to date on *Microtus* parasitized by bots.

Although rarely observed in the field, adult bots emerge, mate, and oviposit during mid-summer. Females probably oviposit along runways and burrows of the hosts, with no direct contact between the gravid female bot fly and the host. Egg-hatching is triggered by a sudden rise in environmental temperature as would occur near a potential host. After hatching, the first-instar larvae assume a "questing position," standing on their caudal ends. They then attach to any object coming in contact with them. It is believed that the larvae crawl over the body of the host and are only able to enter through a natural body orifice. For 7–10 days after entering through the nose or mouth, the larvae migrate dorsally and medially between the skin and muscle layers until the breathing hole is cut, marking the site of warble formation. Larvae are typically located in the posterior third of the abdomen, although they are occasionally found on the neck, back, flank, and between the forelegs. Commonly, one to three larvae are found per host, with similar infestation rates for male and female hosts. Peak infestations occur from mid-August through mid-September. Larval development is completed in 3½ weeks, when the third-instar larvae emerge through the breathing hole, burrow into the soil and pupate, overwintering in the puparium.

The effect of bot flies on their hosts has been a matter of debate for some time. The popular notion in the literature is that bot flies live in the testis and castrate their hosts. In recent reviews of the subject, Timm and Lee (1981, 1982) demonstrated that bot flies are found exclusively in the subcutaneous region between the skin and underlying muscle. They do not consume muscle or reproductive tissue, but rather feed on the tissue debris and exudate pro-

BLM_0052529

484    *Timm*

duced. The site of larval development is usually in the posterior third of the host's body, but is unrelated to the gonads. Upon emergence of the mature third-instar larvae, the wound heals rapidly, with few apparent aftereffects. Bot-fly larvae can have a physiological effect upon their hosts. In *Peromyscus,* significantly lower erythrocyte counts, hematocrit percentages, albumin–globulin ratios, and hemoglobin concentrations have been found, whereas the leucocyte number, spleen size, and thymus size were significantly larger (Clough, 1965; see Timm and Cook, 1979, for a review). Timm and Cook (1979) found no significant reduction in reproduction in adult *Peromyscus leucopus* parasitized by *Cuterebra fontinella.* In adult females there was no significant decrease in the number of embryos, corpora lutea, or placental scars; in adult male mice the presence of one or two larvae had no effect on the size of the reproductive organs.

An excellent and recent review of cuterebrid biology was provided by Catts (1982).

The records of bot flies parasitizing *Microtus* are as follows:

*Microtus chrotorrhinus*
   *Cuterebra* sp. (Komarek and Komarek, 1938; Martin, 1972)
*Microtus oregoni*
   *Cuterebra* sp. (Hunter et al., 1972)
*Microtus pennsylvanicus*
   *Cuterebra fontinella* Clark, 1827 (Getz, 1970 [listed as *C. angustifrons*]; Timm, pers. observ.)
   *Cuterebra grisea* Coquillett, 1904 (Buckner, 1958)
   *Cuterebra* sp. (Amin, 1973; Clough, 1965; Hensley, 1976; Iverson and Turner, 1968; Jacobsen, 1966; Lawrence et al., 1965; Manville, 1961; Maurer and Skaley, 1968; Seton, 1909; White and White, 1981)
*Microtus pinetorum*
   *Cuterebra* sp. (Hamilton, 1930)
*Microtus townsendii*
   *Cuterebra grisea* Coquillett, 1904 (Beacham and Krebs, 1980; Boonstra, 1977; Boonstra and Krebs, 1978; Boonstra et al., 1980)
   *Wohlfahrtia vigil* (Walker, 1849) (Boonstra, 1977; Boonstra and Krebs, 1978)
*Microtus* sp.
   *Cuterebra grisea* Coquillett, 1904 (Buckner, 1958)

## Fleas

Fleas (Siphonaptera) are obligate parasites that are found on most species of mammals and on a few species of birds. Adults are

BLM_0052530

active and may be found either on the host or in the nest or burrow. Eggs are generally laid in the nest. The larvae are active and maggot-like, but are not parasitic. They feed on a variety of organic materials, often including the feces of the adults. After two larval molts, the mature larva pupates in a cocoon spun from secretions from the salivary glands. Adult fleas may live for several hundred days and move between various hosts; they feed only on blood. An excellent series on the systematics and distribution of Siphonaptera worldwide was provided by Lewis (1975 and references therein).

*Amphipsylla* is a genus of approximately 27 species centered mainly in the Siberian subregion of the Palaearctic; most parasitize rodents, especially microtines. Two species are found on microtines in the northern Nearctic. *A. marikovskii* is a Holarctic species with New World populations recognized as a separate subspecies (*A. m. ewingi*); it is marginally separable from the Siberian populations and is known only from Alaska off *Microtus oeconomus. A. sibirica* also is a Holarctic species with several recognized subspecies, two of which occur in North America. *A. s. pollionis* is known from Alaska and northern Canada and is a parasite of microtines, especially *M. pennsylvanicus.*

*Atyphloceras* is a Holarctic genus containing six species; of these, four are found in the Nearctic. Microtine and cricetine rodents are the primary hosts. *A. bishopi* is found in the eastern U.S. and adjacent Canada, with *Microtus* and *Clethrionomys* being the primary hosts. *A. echis* is found in the western U.S. and is a true parasite of *Neotoma;* the few records from *Microtus californicus* can be considered accidental. *A. multidentatus* is a common winter nest flea found in the western U.S. and British Columbia; the genera *Microtus* and *Peromyscus* are probably the primary hosts, although this species has been taken from *Clethrionomys, Lagurus, Mus, Neotoma, Reithrodontomys, Rattus,* and *Tamiasciurus. A. tancitari* is known only from a few higher elevation localities in southcentral Mexico; it has been recorded from *Microtus mexicanus, Peromyscus,* and *Reithrodontomys.*

*Catallagia* is a genus of 15 species occurring mainly in the Nearctic, but a few representatives occur in the eastern Palaearctic. Microtine rodents appear to be the normal hosts, but accidental hosts often include carnivores and insectivores. *C. borealis* is a winter flea found in the northeastern U.S. and adjacent Canada; *Clethrionomys gapperi* is the normal host, although records from *M. chrotorrhinus*

BLM_0052531

and *M. pennsylvanicus* are not uncommon. *C. charlottensis* is a common nest flea of *Microtus* and *Peromyscus* found in the late winter and spring in the Pacific Northwest. *C. dacenkoi* is a Holarctic species; the Nearctic populations represent a subspecies (*C. d. fulleri*) distinct from Siberian populations. It has been found only in Alaska, Northwest Territories, and the Yukon, on both *Clethrionomys* and *Microtus*. *C. decipiens* is a widespread and common flea in western North America and is known from a variety of small mammals, including *Clethrionomys, Microtus, Neotoma, Peromyscus, Reithrodontomys*, and sciurids. *C. jellisoni* is known only from Alberta and British Columbia from *Clethrionomys gapperi, Microtus pennsylvanicus*, and *Neotoma cinerea*. *C. mathesoni* is known only from the west coast of the U.S.; most records are from *Peromyscus*. *C. sculleni* occurs in coastal British Columbia, California, Oregon, and Washington on a variety of small mammals, including *Clethrionomys, Microtus, Neotoma*, and *Peromyscus*.

*Ctenophthalmus* is a genus of approximately 116 species found in all zoogeographic regions, although it is most abundant in the Palaearctic and Ethiopian regions; it includes about 10% of all known fleas. Most are parasites of rodents, although a few are found exclusively on Insectivora. *C. caballeroi* was described from the nest of *Microtus mexicanus mexicanus* and is only known from a few specimens collected in southcentral Mexico. *C. haagi* is known only from a few specimens collected in south-central Mexico; most records are from *M. mexicanus*. *C. pseudagyrtes* is an abundant flea that occurs throughout the year in eastern North America; it has been collected on numerous species of small mammals including most rodents, insectivores, and smaller carnivores.

*Delotelis* is a northern and western Nearctic genus of two species; their apparent rarity is due to their occurrence in nests. *D. hollandi* is known only from northern California, Oregon, and British Columbia; *Microtus* and *Peromyscus* are the most common hosts. *D. telegoni* appears to be widespread in northwestern North America; *Clethrionomys* and *Microtus* appear to be the most common hosts.

*Epitedia* is an exclusively Nearctic genus of seven species which primarily parasitize cricetids and insectivores. *E. scapani* is found in the Pacific coastal lowlands of northern California, Oregon, Washington, and adjacent British Columbia; *Microtus* and *Peromyscus* appear to be the most common hosts. *E. stanfordi* is a winter flea found in the Rocky Mountain region of the U.S.; various species

BLM_0052532

of *Peromyscus* appear to be the primary hosts, although it has been collected on a variety of small mammals. *E. stewarti* is known only from northern California and Oregon; it has been collected on *Microtus californicus, Peromyscus maniculatus,* and *Sorex trowbridgei. E. wenmanni,* a common, transcontinental species throughout North America to northern Mexico, has two recognizable subspecies that intergrade over a broad area of the U.S. (Benton, 1955*b*). *Peromyscus* is the most common host, although it is likely that this species can complete its life cycle on a wide variety of small mammals, including *Microtus.*

*Hystrichopsylla* is a Holarctic genus of 15 species; six species are found in the Nearctic; most appear to be weakly host specific. *H. dippiei* is a widely distributed and common flea in the midwestern and western Nearctic with four distinctive subspecies; it usually is not abundant on the host itself, suggesting that it is a nest flea. Adults are most commonly collected during fall, winter, and spring. *H. occidentalis* is restricted to far-western North America, from Alaska south to Arizona and California. Campos and Stark (1979) recognized three distinctive subspecies; *Microtus* and *Peromyscus* are the most common hosts. *H. orophila* is known only from southcentral Mexico; the type host is *Microtus mexicanus;* it also has been collected on *Peromyscus maniculatus. H. tahavuana* is restricted to eastern North America; the true hosts are *Condylura cristata, Parascalops breweri,* and *Blarina brevicauda.*

*Jellisonia* is a poorly known genus of nine species distributed from southwestern U.S. through Mexico and Central America. Most records are from *Peromyscus. J. hayesi* is known only from a few specimens from central Mexico, although Traub (1950) recognized two distinct subspecies. *J. h. breviloba* was described from *M. mexicanus.*

*Malaraeus* is a Holarctic genus of roughly 12 species; most are parasites of cricetine and microtine rodents. *M. bitterrootensis* is a rare flea found in northwestern U.S. and adjacent Canada; *Ochotona* appears to be the primary host. *M. dobbsi* is known by several specimens, all from only one locality in Oregon off *Microtus oregoni;* repeated attempts to obtain additional specimens of this species have failed. *M. euphorbi* is a poorly known flea found in northwestern U.S. and southwestern Canada; most records are from early spring off *Peromyscus. M. penicilliger* is a widespread and abundant Holarctic species with several described subspecies, two of which occur

BLM_0052533

488   *Timm*

in northwestern North America. Microtines are the primary hosts. This species is generally the most abundant flea on the far-northern *Microtus*, *M. abbreviatus* and *M. oeconomus* (Haas et al., 1978). *M. penicilliger* is often placed in a separate genus, *Amalaraeus,* by Eurasian workers. *M. telchinus* is a widespread and common flea in western North America. *Peromyscus* appears to be the most common host, although it has been collected from numerous mammal species; adults can be collected during all seasons of the year.

*Megabothris* is a Holarctic genus of 18 species, most of which parasitize microtines. *M. abantis* ranges in western North America from New Mexico north to Alaska; it is found on most species of western and northern microtines. *M. acerbus* is a chipmunk flea found in the northeastern U.S. and adjacent Canada; *Tamias striatus* is the primary host, and the single record from *M. pennsylvanicus* must be considered an accidental occurrence. Two subspecies of *M. asio* are recognized in northern North America, and a single intergrade has been described from southeastern Wisconsin (Amin, 1976a). *M. asio asio* is widespread and common in the east and is a true parasite of *Microtus*; it is usually more abundant in the nest than on the host. *M. a. megacolpus* is a western flea parasitizing *Microtus* primarily. *M. calcarifer* is a Holarctic species; Alaskan populations are recognized as a distinct subspecies, *M. c. gregsoni*. *Microtus* and *Clethrionomys* are the primary hosts. Three subspecies of *M. clantoni* are found in a restricted area of western U.S., and are true parasites of *Lagurus*. *M. groenlandicus* is a transcontinental Nearctic species occurring only in northern Alaska and Canada; lemmings (both *Dicrostonyx* and *Lemmus*) and *Microtus* are the primary hosts. *M. lucifer* is a rarely collected parasite of *Microtus* from the Rocky Mountain region of Alberta, British Columbia, and western U.S. *M. quirini* is a transcontinental vole flea found throughout the northern tier of states in the U.S. and in adjacent Canada; *Microtus* is the primary host, although *M. quirini* frequently is collected on *Clethrionomys* and *Zapus*.

*Monopsyllus* is a Holarctic genus of 22 species, 13 of which occur in North America; most species parasitize squirrels, but two species are known only from *Ochotona,* and a few are found on a variety of hosts. Johnson (1961) provided the most recent revision of this group, although now that additional specimens are available, the specific and generic status of several members should be reexamined. *M. ciliatus* has four recognizable subspecies, and occurs

BLM_0052534

throughout western North America west of the 100th meridian, from Alaska south to Arizona. It is primarily a squirrel flea, with the majority of records coming from *Eutamias, Sciurus, Spermophilus,* and *Tamiasciurus;* the one record from *Microtus longicaudus* can be considered an accidental occurrence. *M. eumolpi* is a true parasite of *Eutamias* with two subspecies found throughout the range of *Eutamias* in the northern midwest and western portions of North America; it has been collected also from a wide variety of small mammals. *M. vison* is a common, northern sciurid flea, but has been collected on a variety of hosts. *M. wagneri* is found from the upper midwest to the west coast of the U.S. and Canada; *Peromyscus* appears to be the primary host although it is taken occasionally from microtines.

*Orchopeas* is a Nearctic genus of nine species in need of revision. Most of the species are parasites of squirrels; however, a few infest cricetids, especially *Peromyscus* and *Neotoma. O. caedens* is a northern squirrel flea, especially abundant on *Tamiasciurus;* the single record from *Microtus oeconomus* can be considered accidental. *O. howardii* is a true parasite of tree squirrels (*Glaucomys, Sciurus,* and *Tamiasciurus*), and is found from southern Canada south to Venezuela, with three recognized subspecies. It is an abundant flea; adults are present during all months of the year, and are found occasionally on a variety of small mammals. *O. leucopus* is one of the most abundant species of fleas found in North America; it is perhaps a true parasite of *Peromyscus,* although it frequently is found on many other species of mammals, suggesting that it is not an obligate parasite of *Peromyscus. O. sexdentatus* is a true parasite of woodrats and is found throughout North America wherever *Neotoma* occurs; the few records from *Microtus* can be considered accidental.

*Peromyscopsylla* is a Holarctic genus of 17 species; most are parasites of microtines and murids. Johnson and Traub (1954) provided an excellent revision of the genus. *P. catatina* is found in the northeastern U.S. and adjacent Canada; *Microtus* and *Clethrionomys* are the primary hosts, although it has been recovered from numerous other species during all seasons of the year. *P. ebrighti* is a poorly known species from southern California. *P. hamifer,* a Holarctic species, is widely distributed throughout the northern half of this continent, and is generally most abundant in fall and winter. North American populations are all referred to *P. h. hamifer. P.*

BLM_0052535

*hesperomys* is an abundant flea throughout the U.S. and Canada, and extends south to central Mexico; adults occur throughout the year and cricetines, especially *Peromyscus* and *Neotoma,* are the primary hosts. *P. ostsibirica* is a Holarctic species in which both Siberian populations and those in Alaska and adjacent Canada are little differentiated; *Microtus* is the primary host of this summer flea. *P. scotti* is a poorly collected flea from the eastern U.S.; it is apparently a fall and winter flea with *Peromyscus* as the primary host. *P. selenis* is a fall and winter flea parasitizing microtines in the western U.S. and adjacent Canada.

*Pleochaetis* is a New World genus of 16 species restricted to southwestern U.S., Central America, and northern South America. Most are parasites of cricetid rodents although much remains to be learned about the systematics and host relationships of this group. *P. asetus* is known from the Mogollon Mountains of New Mexico and Cerro Potosi, Nuevo Leon; *Microtus mexicanus* is probably the true host, although this flea also has been collected on *Peromyscus* and *Neotoma. P. sibynus* has a wide distribution in Mexico with two recognized subspecies; specimens are known from *Microtus mexicanus, Neotoma, Peromyscus,* and *Reithrodontomys. P. aztecus, P. mathesoni, P. mundus, P. paramundus,* and *P. parus* are all poorly known species that have been collected on only a few occasions in central Mexico, primarily from *Microtus* and *Peromyscus.*

*Rhadinopsylla* is a Holarctic complex genus of some 55 species; ten species are known from the Nearctic. Most are found as adults exclusively during winter months, and are nest fleas; they seldom occur on the host per se, but seem to be associated with a wide variety of rodents. Prior to Smit's (1957) revision, all eastern North American specimens of the genus were included within *R. fraterna.* Smit recognized several species within that complex; thus, all older records of *R. fraterna* must now be considered in doubt. *R. fraterna* (sensu stricto) is found in the Rocky Mountain region of the U.S. and adjacent Canada, and is generally considered a true parasite of *Cynomys* and *Spermophilus. R. mexicana* is known only from Mexico and has been collected primarily on *Neotoma* and *Peromyscus. R. orama* is known only from the eastern U.S., and is probably a true parasite of microtines, especially *Microtus. R. sectilis* is a widely distributed flea in western North America, and has been associated with a wide variety of rodents.

*Stenoponia* is a Holarctic genus of 14 species of which only two are found in North America. The vast majority of taxa are Pa-

laearctic; they occur primarily on murid rodents, usually are nest fleas, and occur as adults mainly in winter months. *S. americana* is a widely distributed and common flea in eastern North America; it has been collected on a wide variety of small mammals, including both rodents and insectivores, and lacks host specificity. *S. ponera* is known only from Mexico and, in addition to *Microtus mexicanus,* has been collected on *Peromyscus* and *Eutamias;* most records are from fall and from elevations of 3,050–3,350 m.

*Strepsylla* is a poorly known Nearctic genus of eight recognized species ranging from Guatemala north to central Mexico. Most records are from *Peromyscus,* but very little is known of the biology of this group. *S. mina* was described from *Microtus mexicanus phaeus;* it is known only from a few higher-elevation localities in southcentral Mexico; it also has been taken on *Neotomodon alstoni* and *Peromyscus melanotis.*

Many other species of fleas have been taken from *Microtus,* which in our present state of knowledge are assumed to be accidental. These include: *Anomiopsyllus falsicalifornicus, A. nudatus-princei* (complex), *Callistopsyllus deuterus, Carteretta carteri, Cediopsylla inaequalis, Ceratophyllus niger, Corrodopsylla curvata, Corypsylla kohlsi, C. ornata, Dactylopsylla bluei, D. rara, Dasypsyllus gallinulae, Diamanus montanus, Doratopsylla blarinae, Echidnophaga gallinacea, Foxella ignota, Hoplopsylla anomalus, Leptopsylla segnis, Megarthroglossus bisetis, M. divisus, Meringis cummingi, M. hubbardi, M. parkeri, M. shannoni, Nearctopsylla hyrtaci, Neopsylla inopina, Nosopsyllus fasciatus, Opisocrostis bruneri, Opisodasys keeni, O. pseudarctomys, Oropsylla arctomys, O. idahoensis, Pulex irritans, P. simulans, Thrassis spenceri, T. bacchi,* and *Xenopsylla cheopis.*

The records of fleas parasitizing *Microtus* are as follows:

*Microtus abbreviatus*
   *Malaraeus penicilliger* (Grube, 1851) (Holland, 1963; Rausch and Rausch, 1968)
   *Megabothris groenlandicus* (Wahlgren, 1903) (Rausch and Rausch, 1968)
*Microtus breweri*
   *Epitedia wenmanni* (Rothschild, 1904) (Fox, 1940a; Main, 1970; Winchell, 1977)
*Microtus californicus*
   *Anomiopsyllus falsicalifornicus* C. Fox, 1929 (Barnes et al., 1977; Linsdale and Davis, 1956 [reported as *A. congruens*])
   *Atyphloceras echis* Jordan and Rothschild, 1915 (Jellison and Senger, 1976; Linsdale and Davis, 1956 [reported as *A. longipalpus*])
   *Atyphloceras multidentatus* (C. Fox, 1909b) (Augustson, 1943 [reported as *A. artius*]; Augustson and Wood, 1953; Burroughs, 1944; Coultrip et al., 1973; Fox, 1909b [original description]; Hopkins and Rothschild, 1962; Hubbard, 1947 [reported as *A. felix*]; Jellison and Senger, 1976; Kartman,

BLM_0052537

492   *Timm*

1958, 1960; Kartman and Prince, 1956; Kartman et al., 1958*a*, 1958*d*; Linsdale and Davis, 1956; Macchiavello, 1954; Miles et al., 1957; Mitzmain, 1909; Murray, 1957; Stark and Miles, 1962; Stewart, 1940 [reported as *A. felix*])

*Carteretta carteri* Fox, 1927 (Augustson, 1943; Macchiavello, 1954)

*Catallagia charlottensis* (Baker, 1898) (Fox, 1909*a*; Macchiavello, 1954)

*Catallagia sculleni* Hubbard, 1940 (Burroughs, 1944 [reported as *C. vonbloekeri*])

*Catallagia wymani* (Fox, 1909) (Fox, 1909*c* [original description and type-host]; Kartman, 1958, 1960; Kartman et al., 1958*a*, 1958*d*; Macchiavello, 1954; Miles et al., 1957; Murray, 1957; Stark and Miles, 1962)

*Cediopsylla inaequalis* (Baker, 1895) (Linsdale and Davis, 1956)

*Ceratophyllus niger* C. Fox, 1908 (Murray, 1957)

*Corrodopsylla curvata* (Rothschild, 1915) (Miles et al., 1957)

*Corypsylla ornata* C. Fox, 1908 (Murray, 1957)

*Dactylopsylla bluei* C. Fox, 1909 (Hubbard, 1947; Macchiavello, 1954)

*Diamanus montanus* (Baker, 1895) (Kartman et al., 1958*d*; Linsdale and Davis, 1956; Miles et al., 1957)

*Echidnophaga gallinacea* (Westwood, 1875) (Augustson, 1943; Linsdale and Davis, 1956)

*Epitedia stewarti* Hubbard, 1940 (Hopkins and Rothschild, 1962)

*Foxella ignota* (Baker, 1895) (Murray, 1957)

*Hoplopsyllus anomalus* (Baker, 1904) (Holdenried et al., 1951; Linsdale and Davis, 1956; Rutledge et al., 1979)

*Hystrichopsylla dippiei* (Rothschild, 1902) (Burroughs, 1944; Macchiavello, 1954; Mitzmain, 1909)

*Hystrichopsylla gigas* (Kirby, 1837) (Holdenried et al., 1951) (questionable identification)

*Hystrichopsylla occidentalis* Holland, 1949 (Campos and Stark, 1979; Coultrip et al., 1973; Holland, 1957; Hopkins and Rothschild, 1962; Kartman et al., 1958*a*, 1958*c*, 1958*d*, 1960; Miles et al., 1957; Quan et al., 1960*a*, 1960*b*; Schwan, 1975; Stark and Kinney, 1962; Stark and Miles, 1962)

*Leptopsylla segnis* (Schonherr, 1811) (Fox, 1909*a* [reported as *Ctenopsyllus musculi* (Duges)]; Hardy et al., 1974; Kartman et al., 1958*d*; Macchiavello, 1954; Miles et al., 1957; Mitzmain, 1909 [reported as *C. musculi*]; Murray, 1957; Schwan, 1975)

*Malareus telchinus* (Rothschild, 1905) (Augustson, 1943; Augustson and Wood, 1953; Burroughs, 1944; Burroughs et al., 1945; Coultrip et al., 1973; Fox, 1909*a*; Jellison and Senger, 1976; Kartman et al., 1958*a*, 1958*d*, 1960; Lidicker, 1973; Linsdale and Davis, 1956; Macchiavello, 1954; Miles et al., 1957; Mitzmain, 1909; Murray, 1957; Quan et al., 1960*a*; Rutledge et al., 1979; Schwan, 1975; Stark and Kinney, 1962; Stark and Miles, 1962; Wagner, 1936*b*)

*Meringis cummingi* (C. Fox, 1926) (Holdenried et al., 1951)

*Monopsyllus wagneri* (Baker, 1904) (Kartman et al., 1958*d*; Linsdale and Davis, 1956; Miles et al., 1957; Rutledge et al., 1979)

*Nosopsyllus fasciatus* (Bosc, 1801) (Adams et al., 1970; Doane, 1908; Kartman et al., 1958*a*, 1958*d*; Lidicker, 1973; Macchiavello, 1954; Miles et al., 1957; Stark and Miles, 1962)

*Opisodasys keeni* (Baker, 1896) (Augustson, 1955; Holdenried et al., 1951 [re-

ported as *O. nesiotus*]; Kartman et al., 1958*a*, 1958*d*; Miles et al., 1957; Murray, 1957; Quan et al., 1960*a*; Stark and Miles, 1962)

*Orchopeas sexdentatus* (Baker, 1904) (Holdenried et al., 1951; Linsdale and Davis, 1956; Macchiavello, 1954)

*Peromyscopsylla ebrighti* (C. Fox, 1926) (Burroughs, 1944)

*Peromyscopsylla hesperomys* (Baker, 1904) (Linsdale and Davis, 1956; Macchiavello, 1954; Stewart, 1940)

*Peromyscopsylla selenis* (Rothschild, 1906) (Hubbard, 1947; Jellison and Senger, 1976; Johnson and Traub, 1954)

*Xenopsylla cheopis* (Rothschild, 1903) (Kartman et al., 1958*d*; Miles et al., 1957)

*Microtus canicaudus*

*Atyphloceras multidentatus* (C. Fox, 1909) (Easton, 1983*a*; Faulkenberry and Robbins, 1980; Hubbard, 1941*a*, 1947; Robbins, 1983; Robbins and Faulkenberry, 1982)

*Catallagia charlottensis* (Baker, 1898) (Faulkenberry and Robbins, 1980; Hubbard, 1941*a*, 1947; Robbins, 1983; Robbins and Faulkenberry, 1982)

*Catallagia sculleni* Hubbard, 1940 (Easton, 1983*a*; Hubbard, 1941*a*, 1947 [reported as *C. chamberlini*])

*Corrodopsylla curvata* (Rothschild, 1915) (Faulkenberry and Robbins, 1980; Robbins, 1983)

*Epitedia scapani* (Wagner, 1936) (Hubbard, 1941*a*, 1947 [reported as *E. jordani*])

*Hystrichopsylla dippiei* Rothschild, 1902 (Hubbard, 1941*a*, 1947)

*Hystrichopsylla occidentalis* Holland, 1949 (Faulkenberry and Robbins, 1980; Robbins, 1983)

*Megabothris abantis* (Rothschild, 1905) (Hubbard, 1947)

*Monopsyllus wagneri* (Baker, 1904) (Faulkenberry and Robbins, 1980; Robbins, 1983)

*Nosopsyllus fasciatus* (Bosc, 1801) (Faulkenberry and Robbins, 1980; Robbins, 1983)

*Opisodasys keeni* (Baker, 1896) (Hubbard, 1941*a*)

*Peromyscopsylla selenis* (Rothschild, 1906) (Faulkenberry and Robbins, 1980; Hubbard, 1941*a*, 1947; Robbins, 1983)

*Rhadinopsylla sectilis* (Jordan and Rothschild, 1923) (Hubbard, 1941*a*, 1941*b*, 1947 [reported as *Micropsylla goodi*])

*Microtus chrotorrhinus*

*Atyphloceras bishopi* Jordan, 1933 (Benton and Kelly, 1975; Benton and Smiley, 1963; Martin, 1972)

*Catallagia borealis* Ewing, 1929 (Benton and Kelly, 1975; Benton and Smiley, 1963; Martin, 1972; Whitaker and French, 1982)

*Ctenophthalmus pseudagyrtes* Baker, 1904 (Benton and Cerwonka, 1964; Benton and Kelly, 1975; Benton et al., 1969; Brown, 1968; Geary, 1959; Jameson, 1943*a*; Linzey and Linzey, 1973; Lovejoy and Gaughan, 1975; Martin, 1972; Whitaker and French, 1982)

*Epitedia wenmanni* (Rothschild, 1904) (Benton and Kelly, 1975; Martin, 1972; Whitaker and French, 1982)

*Megabothris asio* (Baker, 1904) (Benton, 1980; Benton and Cerwonka, 1964; Benton and Kelly, 1975; Benton et al., 1969; Martin, 1972)

*Megabothris quirini* (Rothschild, 1905) (Benton, 1980; Benton and Cerwonka,

494     *Timm*

1964; Benton and Kelly, 1975; Benton and Timm, 1980; Benton et al., 1969; Brown, 1968; Main, 1970; Martin, 1972; Osgood, 1964; Timm, 1974, 1975; Whitaker and French, 1982)

*Orchopeas leucopus* (Baker, 1904) (Martin, 1972)

*Peromyscopsylla catatina* (Jordan, 1928) (Benton, 1980; Benton and Cerwonka, 1964; Benton and Kelly, 1975; Benton and Smiley, 1963; Benton and Timm, 1980; Benton et al., 1969; Brown, 1968; Johnson and Traub, 1954; Martin, 1972; Timm, 1974, 1975; Whitaker and French, 1982)

*Peromyscopsylla hesperomys* (Baker, 1904) (Benton and Kelly, 1975)

*Microtus longicaudus*

*Anomiopsyllus nudatus-A. princei* complex (Haas et al., 1973)

*Atyphloceras multidentatus* (C. Fox, 1909) (Hopkins and Rothschild, 1962; Hubbard, 1941a)

*Callistopsyllus deuterus* Jordan, 1937 (Augustsson, 1941b)

*Catallagia charlottensis* (Baker, 1898) (Holland, 1949b; Hubbard, 1947 [reported as *C. motei*])

*Catallagia decipiens* Rothschild, 1915 (Beck, 1955; Egoscue, 1966, 1976; Haas et al., 1973; Hansen, 1964; Holland, 1949b; Hopkins and Rothschild, 1962; Hubbard, 1947; Morlan, 1955)

*Catallagia sculleni* Hubbard, 1940 (Jameson and Brennan, 1957)

*Corrodopsylla curvata* (Rothschild, 1915) (Hopkins and Rothschild, 1966)

*Delotelis hollandi* Smit, 1952 (Jameson and Brennan, 1957; Smit, 1952)

*Delotelis telegoni* (Rothschild, 1905) (Holland, 1949b; Jellison and Senger, 1973; Morlan, 1955; Stark, 1959)

*Epitedia scapani* (Wagner, 1936) (Hopkins and Rothschild, 1962; Hubbard, 1941a, 1947 [reported as *E. jordani*])

*Epitedia stanfordi* Traub, 1944 (Egoscue, 1966, 1976)

*Epitedia wenmanni* (Rothschild, 1904) (Easton, 1982; Jameson and Brennan, 1957)

*Hystrichopsylla dippiei* Rothschild, 1902 (Egoscue, 1966; Haas et al., 1973; Hansen, 1964; Holland, 1949a, 1949b, 1957; Hopkins and Rothschild, 1962; Hubbard, 1947; Morlan, 1955)

*Hystrichopsylla occidentalis* Holland, 1949 (Campos and Stark, 1979; Holland, 1957)

*Malaraeus telchinus* (Rothschild, 1905) (Dunn and Parker, 1923; Egoscue 1966, 1976; Haas, 1973; Hansen, 1964; Holland, 1949b; Hubbard, 1947; Jameson and Brennan, 1957; Morlan, 1955; Wagner, 1936a)

*Megabothris abantis* (Rothschild, 1905) (Allred, 1952; Augustsson, 1941b; Beck, 1955; Burroughs, 1947, 1953; Egoscue, 1966, 1976; Haas et al., 1973; Hansen, 1964; Holland, 1949b, 1958; Hubbard, 1941a, 1947; Jellison and Senger, 1973; Morlan, 1955; Tipton, 1950)

*Megabothris asio* (Baker, 1904) (Hubbard, 1940a, 1947)

*Megabothris quirini* (Rothschild, 1905) (Hubbard, 1947; Wiseman, 1955)

*Megarthroglossus bisetis* Jordan and Rothschild, 1915 (Haas et al., 1973)

*Megarthroglossus divisus* (Baker, 1895) (Holland, 1949b)

*Meringis hubbardi* Kohls, 1938 (Egoscue, 1966)

*Meringis parkeri* Jordan, 1937 (Stark, 1959)

*Monopsyllus ciliatus* Baker, 1904 (Hubbard, 1941a, 1947)

BLM_0052540

*Monopsyllus eumolpi* (Rothschild, 1905) (Egoscue, 1966; Morlan, 1955)

*Monopsyllus wagneri* (Baker, 1904) (Augustson, 1941b; Beck, 1955; Egoscue, 1966, 1976; Haas et al., 1973; Hansen, 1964; Holland, 1949b; Hubbard, 1947; Jameson and Brennan, 1957; Morlan, 1955)

*Neopsylla inopina* Rothschild, 1915 (Hansen, 1964; Svihla, 1941)

*Opisodasys keeni* (Baker, 1896) (Egoscue, 1976; Hubbard, 1947)

*Orchopeas leucopus* (Baker, 1904) (Egoscue, 1976)

*Oropsylla idahoensis* (Baker, 1904) (Haas et al., 1973; Hubbard, 1947)

*Peromyscopsylla hamifer* (Rothschild, 1906) (Egoscue, 1976; Haas, 1973; Haas et al., 1973; Holdenried and Morlan, 1956; Hopkins and Rothschild, 1971; Morlan, 1955)

*Peromyscopsylla hesperomys* (Baker, 1904) (Haas et al., 1973; Hubbard, 1947)

*Peromyscopsylla selenis* (Rothschild, 1906) (Augustson, 1941b; Egoscue, 1966, 1976; Haas, 1973; Haas et al., 1973; Hansen, 1964; Holland, 1949b; Hopkins and Rothschild, 1971; Jameson and Brennan, 1957; Jellison and Senger, 1973; Johnson and Traub, 1954; Morlan, 1955; Tipton, 1950)

*Rhadinopsylla sectilis* Jordan and Rothschild, 1923 (Hubbard, 1947)

*Microtus mexicanus*

*Atyphloceras tancitari* Traub and Johnson, 1952 (Traub and Johnson, 1952)

*Catallagia* sp. (Barrera, 1968)

*Ctenophthalmus caballeroi* Barrera and Machado, 1960 (Barrera, 1968; Barrera and Machado, 1960 [original description])

*Ctenophthalmus haagi* Traub, 1950 (Hopkins and Rothschild, 1966; Traub, 1950 [original description; from *M. mexicanus phaeus*])

*Ctenophthalmus pseudagyrtes* Baker, 1904 (Barrera, 1968; Tipton and Mendez, 1968)

*Epitedia wenmanni* (Rothschild, 1904) (Tipton and Mendez, 1968)

*Hystrichopsylla orophila* Barrera, 1952 (Barrera, 1952 [original description], 1968)

*Jellisonia hayesi* Traub, 1950 (Barrera, 1968; Traub, 1950 [original description])

*Pleochaetis asetus* Traub, 1950 (Barrera, 1968; Tipton and Machado-Allison, 1972; Tipton and Mendez, 1968; Traub, 1950 [original description])

*Pleochaetis aztecus* Barrera, 1954 (Barrera, 1968)

*Pleochaetis mathesoni* Traub, 1950 (Barrera, 1968)

*Pleochaetis mundus* (Jordan and Rothschild, 1922) (Barrera, 1968)

*Pleochaetis paramundus* Traub, 1950 (Barrera, 1968)

*Pleochaetis parus* Traub, 1950 (Barrera, 1968)

*Pleochaetis sibynus* Jordan, 1925 (Barrera, 1968; Fox, 1939b; Tipton and Mendez, 1968; Traub, 1950)

*Pulex simulans* Baker, 1895 (Tipton and Mendez, 1968)

*Rhadinopsylla mexicana* (Barrera, 1952) (Barrera, 1968; Tipton and Mendez, 1968)

*Stenoponia ponera* Traub and Johnson, 1952 (Tipton and Mendez, 1968)

*Strepsylla mina* Traub, 1950 (Hopkins and Rothschild, 1962; Traub, 1950 [original description; from *M. mexicanus phaeus*])

*Microtus miurus*

*Corrodopsylla curvata* (Rothschild, 1915) (Hopla, 1965b)

*Malaraeus penicilliger* (Grube, 1851) (Hopla, 1965b; Rausch, 1964)

496   *Timm*

*Megabothris calcarifer* (Wagner, 1913) (Hopla, 1965*b*; Hubbard, 1960; Rausch, 1964)

*Megabothris groenlandicus* (Wahlgren, 1903) (Hopla, 1965*b*; Hubbard, 1960; Jellison and Senger, 1976; Rausch, 1964)

*Megabothris quirini* (Rothschild, 1905) (Hopla, 1965*b*)

*Peromyscopsylla ostsibirica* (Scalon, 1936) (Rausch, 1964)

*Microtus montanus*

*Amphipsylla sibirica* (Wagner, 1898) (Allred, 1968*a*; Eads et al., 1979)

*Callistopsyllus deuterus* Jordan, 1937 (Augustson, 1941*b*)

*Catallagia decipiens* Rothschild, 1915 (Allred, 1952; Beck, 1955; Haas et al., 1973; Hansen; Holland, 1949*b*; Hopkins and Rothschild, 1962; Stark, 1959)

*Catallagia mathesoni* Jameson, 1950 (original description)

*Catallagia sculleni* Hubbard, 1940 (Augustson, 1941*a* [described as *C. rutherfordi* from *M. montanus dutcheri*]; Stark and Kinney, 1969)

*Corrodopsylla curvata* (Rothschild, 1915) (Haas et al., 1973; Hansen, 1964)

*Dactylopsylla rara* l. Fox, 1940 (Haas et al., 1973)

*Delotelis hollandi* Smit, 1952 (original description)

*Epitedia stanfordi* Traub, 1944 (Stark, 1959)

*Epitedia wenmanni* (Rothschild, 1904) (Allred, 1952; Beck, 1955; Stark, 1959; Tipton, 1950)

*Hoplopsyllus anomalus* (Baker, 1904) (Allred, 1952; Beck, 1955)

*Hystrichopsylla dippiei* Rothschild, 1902 (Beck, 1955, Haas et al., 1973; Holland, 1949*b*, 1957; Tipton, 1950)

*Malaraeus bitterrootensis* (Dunn, 1923) (Wiseman, 1955)

*Malaraeus euphorbi* (Rothschild, 1905) (Allred, 1968*a*)

*Malaraeus telchinus* (Rothschild, 1905) (Allred, 1952, 1968*a*; Beck, 1955; Haas et al., 1973; Hansen, 1964; Hartwell et al., 1958; Seidel and Booth, 1960; Stark, 1959; Tipton, 1950)

*Megabothris abantis* (Rothschild, 1905) (Allred, 1952; Augustson, 1941*b*; Beck, 1955; Haas et al., 1973; Hansen, 1964; Hubbard, 1947, 1949*c*; Jellison and Senger, 1973; Kartman and Prince, 1956; Kinsella and Pattie, 1967; Stark, 1959)

*Megabothris asio* (Baker, 1904) (Hansen, 1964; Holland, 1950; Hubbard, 1949*c*)

*Megabothris clantoni* Hubbard, 1949 (Hansen, 1964; Hubbard, 1949*b*)

*Megabothris lucifer* (Rothschild, 1905) (Holland, 1941, 1949*a*, 1949*b*; Jellison and Senger, 1976; Wagner, 1936*b*)

*Meringis hubbardi* Kohls, 1938 (Hansen, 1964)

*Meringis parkeri* Jordan, 1937 (Allred, 1968*a*)

*Meringis shannoni* (Jordan, 1929) (Bacon, 1953)

*Monopsyllus eumolpi* (Rothschild, 1905) (Allred, 1952; Beck, 1955; Hansen, 1964; Stark, 1959)

*Monopsyllus wagneri* (Baker, 1904) (Allred, 1952, 1968*a*; Bacon, 1953; Beck, 1955; Haas et al., 1973; Hansen, 1964; Stark, 1959)

*Nosopsyllus fasciatus* (Bosc, 1801) (Allred, 1952; Beck, 1955)

*Opisodasys keeni* (Baker, 1896) (Stark, 1959; Stark and Kinney, 1969)

*Oropsylla idahoensis* (Baker, 1904) (Haas et al., 1973)

BLM_0052542

*Parasites*   497

*Peromyscopsylla hamifer* (Rothschild, 1906) (Haas et al., 1973; Johnson and Traub, 1954; Stark, 1959)

*Peromyscopsylla selenis* (Rothschild, 1906) (Augustson, 1941*b*; Haas, 1973; Haas et al., 1973; Hansen, 1964; Hopkins and Rothschild, 1966; Jameson, 1947; Hubbard, 1947, 1949*c*; Johnson and Traub, 1954; Stark, 1959; Stark and Kinney, 1969)

*Thrassis bacchi* (Rothschild, 1905) (Allred, 1968*a*)

*Microtus ochrogaster*

*Ctenophthalmus pseudagyrtes* Baker, 1904 (Basolo and Funk, 1974; Batson, 1965; Buckner and Gleason, 1974; Hopkins and Rothschild, 1966; Jameson, 1947; Jellison and Senger, 1973; Layne, 1958; Mumford and Whitaker, 1982; Poorbaugh and Gier, 1961; Senger, 1966; Verts, 1961; Whitaker and Corthum, 1967)

*Epitedia wenmanni* (Rothschild, 1904) (Basolo and Funk, 1974; Buckner and Gleason, 1974; Hopkins and Rothschild, 1962; Jameson, 1947; Poorbaugh and Gier, 1961; Verts, 1961; Whitaker and Corthum, 1967; Wilson, 1957)

*Hystrichopsylla dippiei* Rothschild, 1902 (Hopkins and Rothschild, 1962)

*Malaraeus euphorbi* (Rothschild, 1905) (Senger, 1966)

*Megabothris asio* (Baker, 1904) (Verts, 1961)

*Monopsyllus wagneri* (Baker, 1904) (Turner, 1974)

*Nearctopsylla hyrtaci* (Rothschild, 1904) (Jellison and Senger, 1973; Senger, 1966)

*Nosopsyllus fasciatus* (Bosc, 1801) (El-Wailly, 1967; Jameson, 1947)

*Orchopeas howardii* (Baker, 1895) (Jameson, 1947)

*Orchopeas leucopus* (Baker, 1904) (Buckner and Gleason, 1974; Easton, 1982; El-Wailly, 1967; Jameson, 1947; Jellison and Senger, 1973; Lampe et al., 1974; Poorbaugh and Gier, 1961; Rapp and Gates, 1957; Turner, 1974; Verts, 1961)

*Orchopeas sexdentatus* (Baker, 1904) (Rapp and Gates, 1957)

*Peromyscopsylla scotti* I. Fox, 1939 (Buckner and Gleason, 1974)

*Rhadinopsylla sectilis* Jordan and Rothschild, 1923 (Senger, 1966)

*Stenoponia americana* (Baker, 1899) (Buckner and Gleason, 1974; Hopkins and Rothschild, 1962; Poorbaugh and Gier, 1961; Verts, 1961; Whitaker and Corthum, 1967; Wilson, 1957)

*Microtus oeconomus*

*Amphipsylla marikovskii* Ioff and Tiflov, 1939 (Fox, 1940*b* [reported as *A. ewingi*]; Holland, 1963; Hopkins and Rothschild, 1971; Hopla, 1965*a*, 1965*b*)

*Catallagia dacenkoi* Ioff, 1940 (Hopkins and Rothschild, 1962; Hopla, 1965*a*, 1965*b*; Hubbard, 1960; Jellison and Senger, 1976)

*Ceratophyllus garei* Rothschild, 1902 (Hopla, 1965*b*)

*Corrodopsylla curvata* (Rothschild, 1915) (Haas et al., 1982; Hopla, 1965*b*)

*Epitedia wenmanni* (Rothschild, 1904)(Haas et al., 1979; Hubbard, 1960)

*Hystrichopsylla occidentalis* Holland, 1949 (Campos and Stark, 1979; Haas et al., 1979; Holland, 1957)

*Malaraeus penicilliger* (Grube, 1851) (Haas et al., 1979, Haas et al., 1982; Holland, 1958, 1963; Hopla, 1965*a*, 1965*b*, 1980; Hubbard, 1960; Rausch et al., 1969)

BLM_0052543

498    *Timm*

*Megabothris abantis* (Rothschild, 1905) (Haas et al., 1979, 1982; Rausch et al., 1969; Schiller and Rausch, 1956)

*Megabothris calcarifer* (Wagner, 1913) (Haas et al., 1979, 1982; Holland, 1958, 1963; Hopla, 1965*a*, 1965*b*, 1980; Hubbard, 1960)

*Megabothris groenlandicus* (Wahlgren, 1903) (Hubbard, 1960)

*Megabothris quirini* (Rothschild, 1905) (Hopla, 1965*a*, 1965*b*, 1980)

*Monopsyllus vison* (Baker, 1904) (Hopla, 1965*b*)

*Orchopeas caedens* (Jordan, 1925) (Hopla, 1965*b*)

*Peromyscopsylla hamifer* (Rothschild, 1906) (Quay, 1951)

*Peromyscopsylla ostsibirica* (Scalon, 1936) (Haas et al., 1982; Holland, 1958, 1963; Hopkins and Rothschild, 1971; Hopla, 1965*a*, 1965*b*, 1980; Hubbard, 1960; Jellison and Senger, 1976; Rausch et al., 1969)

*Microtus oregoni*

*Atyphloceras multidentatus* (C. Fox, 1909) (Holland, 1949*b*,; Hopkins and Rothschild, 1962; Hubbard, 1941*a*, 1947)

*Catallagia charlottensis* (Baker, 1898) (Holland, 1949*b*; Hubbard, 1941*a*, 1947)

*Corrodopsylla curvata* (Rothschild, 1915) (Holland, 1949*b*; Hubbard, 1941*a*, 1947 [reported as *Doratopsylla jellisoni* Hubbard])

*Corypsylla ornata* C. Fox, 1908 (Holland, 1949*b*; Hopkins and Rothschild, 1962)

*Delotelis hollandi* Smit, 1952 (Hopkins and Rothschild, 1962; Smit, 1952)

*Delotelis telegoni* (Rothschild, 1905) (Holland, 1949*b*)

*Epitedia scapani* (Wagner, 1936) (Hopkins and Rothschild, 1962; Hubbard, 1941*a*, 1947 [reported as *E. jordani*])

*Hystrichopsylla dippiei* Rothschild, 1902 (Hubbard, 1941*a*, 1947)

*Hystrichopsylla occidentalis* Holland, 1949 (Campos and Stark, 1979; Holland, 1957; Hopkins and Rothschild, 1962)

*Malaraeus dobbsi* Hubbard, 1940 (Hubbard, 1940*b* [original description], 1941*a*; Jellison and Senger, 1976)

*Megabothris abantis* (Rothschild, 1905) (Holland, 1949*b*, Hubbard, 1941*a*, 1947; Wagner, 1936*a*)

*Megabothris quirini* (Rothschild, 1905) (Hubbard, 1947)

*Opisodasys keeni* (Baker, 1896) (Holland, 1949*b*)

*Peromyscopsylla hesperomys* (Baker, 1904) (Hubbard, 1947; Johnson and Traub, 1954)

*Peromyscopsylla selenis* (Rothschild, 1906) (Holland, 1949*b*; Hubbard, 1941*a*)

*Rhadinopsylla sectilis* (Jordan and Rothschild, 1923) (Holland, 1949*b*)

*Microtus pennsylvanicus*

*Amphipsylla marikovskii* Ioff and Tiflov, 1939 (Hopla, 1965*a*)

*Amphipsylla sibirica* (Wagner, 1898) (Brown, 1944; Hopkins and Rothschild, 1971; Jordan and Rothschild, 1913; Rothschild, 1905 [reported as *Ceratophyllus pollionis*]; Wagner, 1936*a*)

*Atyphloceras bishopi* Jordan, 1933 (Baker, 1946; Benton, 1980; Benton and Cerwonka, 1960; Benton and Kelly, 1971, 1975; Benton and Smiley, 1963; Buckner and Blasko, 1969; Burbutis, 1956; Cressey, 1961; Fox, 1940*a*; Geary, 1959; Holland, 1949*a*, 1958; Holland and Benton, 1968; Hopkins and Rothschild, 1962; Jameson, 1943*a*; Jordan, 1933; Lawrence et al., 1965; Main, 1970; Mathewson and Hyland, 1964; Miller and Benton, 1973; Scharf and Stewart, 1980)

BLM_0052544

*Catallagia borealis* Ewing, 1929 (Benton, 1980; Ewing, 1929*b* [original description and type-host]; Fox, 1940*a*; Fuller, 1943*a*, 1943*b*; Holland and Benton, 1968; Hopkins and Rothschild, 1962; Main, 1970)

*Catallagia charlottensis* (Baker, 1898) (Holland, 1949*b*)

*Catallagia dacenkoi* Ioff, 1940 (Holland, 1951; Hopkins and Rothschild, 1962; Hopla, 1965*a*)

*Catallagia decipiens* Rothschild, 1915 (Easton, 1982; Holland, 1949*b*; Hopkins and Rothschild, 1962)

*Catallagia jellisoni* Holland, 1954 (Hopkins and Rothschild, 1962)

*Corrodopsylla curvata* (Rothschild, 1915) (Robert and Bergeron, 1977; Verts, 1961)

*Ctenophthalmus pseudagyrtes* Baker, 1904 (Amin, 1973, 1976*a*; Baker, 1946; Batson, 1965; Bell and Chalgren, 1943, Benton, 1966; Benton and Kelly, 1969, 1975; Benton and Krug, 1956; Benton and Timm, 1980; Benton et al., 1969; Brimley, 1938; Brown, 1944; Brown, 1968; Burbutis, 1956; Connor, 1960; Cressey, 1961; Cummings, 1954; Erickson, 1938*a*; Fox, 1940*a*; Fuller, 1943*a*, 1943*b*; Gates, 1945; Geary, 1959; Gyorkos and Hilton, 1982*b*; Holland and Benton, 1968; Hopkins and Rothschild, 1966; Hubbard, 1949*a*; Jameson, 1943*b*; Jordan, 1928; Joyce and Eddy, 1944; Judd, 1950; Knipping et al., 1950*b*; Lawrence et al., 1965; Lovejoy and Gaughan, 1975; MacCreary, 1945*a*; Main, 1970, 1983; Main et al., 1979; Mathewson and Hyland, 1964; Miller and Benton, 1973; Osgood, 1964; Quackenbush, 1971; Rapp and Gates, 1957; Robert, 1962; Robert and Bergeron, 1977; Rothschild, 1904; Scharf and Stewart, 1980; Stewart, 1928, 1933; Timm, 1975; Tindall and Darsie, 1961; Verts, 1961; Whitaker and Corthum, 1967; White and White, 1981; Woods and Larson, 1971; Wright, 1979)

*Delotelis telegoni* (Rothschild, 1905) (Brown, 1944; Holland, 1949*b*, Hopkins and Rothschild, 1962; Rothschild, 1905 [original description and cotype host]; Tiraboschi, 1907)

*Doratopsylla blarinae* C. Fox, 1914 (Benton, 1966; Fox, 1940*a*; Main, 1970)

*Epitedia stanfordi* Traub, 1944 (Hopkins and Rothschild, 1962)

*Epitedia wenmanni* (Rothschild, 1904) (Allred, 1952; Baker, 1946; Beck, 1955; Benton and Kelly, 1971, 1975; Benton and Timm, 1980; Burbutis, 1956; Connor, 1960; Cressey, 1961; Fox, 1940*a*; Fuller, 1943*a*; Gabbutt, 1961; Geary, 1959; Holland, 1949*b*; Holland and Benton, 1968; Hopkins and Rothschild, 1962; Joyce and Eddy, 1944; Knipping et al., 1950*b*; Lawrence et al., 1965; Main, 1970, 1983; Main et al., 1979; Mathewson and Hyland, 1964; Mumford and Whitaker, 1982; Osgood, 1964; Stark, 1959; Timm, 1972*b*; Tindall and Darsie, 1961; Verts, 1961; Whitaker and Corthum, 1967; Wright, 1979)

*Hoplopsyllus anomalus* (Baker, 1904) (Allred, 1952; Beck, 1955)

*Hystrichopsylla dippiei* Rothschild, 1902 (Easton, 1981; Fox, 1940*a*; Holland, 1957; Jordan, 1929; Timm, 1975)

*Hystrichopsylla occidentalis* Holland, 1949 (Campos and Stark, 1979; Egoscue, 1966)

*Hystrichopsylla tahavuana* Jordan, 1929 (Benton, 1966; Benton and Kelly, 1975; Benton et al., 1969; Geary, 1959; Hopkins and Rothschild, 1962; Jordan,

BLM_0052545

500   *Timm*

1929 [original description]; Main, 1970; Osgood, 1964; Quackenbush, 1971)

*Malaraeus penicilliger* (Grube, 1851) (Holland, 1952b; Hopla, 1965a)

*Megabothris abantis* (Rothschild, 1905) (Holland, 1949b; Rothschild, 1905 [original description and type host])

*Megabothris acerbus* (Jordan, 1925) (Benton and Kelly, 1975)

*Megabothris asio* (Baker, 1904) (Amin, 1976a; Baker, 1946; Benton, 1966, 1980; Benton and Kelly, 1975; Benton and Krug, 1956; Benton and Timm, 1980; Benton et al., 1969, 1971; Brown, 1968; Burbutis, 1956; Connor, 1960; Cressey, 1961; Cummings, 1954; Florschutz and Darsie, 1960; Fox, 1939a, 1940a; Fuller, 1943a; Gabbutt, 1961; Geary, 1959; Gyorkos and Hilton, 1982b; Harper, 1956, 1961; Holland, 1949a, 1949b, 1950, 1958; Holland and Benton, 1968; Jellison and Senger, 1973; Jordan, 1929 [described as *Ceratophyllus megacolpus,* 1933]; Knipping et al., 1950b; Lawrence et al., 1965; Lovejoy and Gaughan, 1975; MacCreary, 1945a; Main, 1970; Main et al., 1979; Mathewson and Hyland, 1964; Miller and Benton, 1973; Mumford and Whitaker, 1982; Osgood, 1964; Quackenbush, 1971; Robert, 1962; Robert and Bergeron, 1977; Scharf and Stewart, 1980; Scholten et al., 1962; Timm, 1975; Tindall and Darsie, 1961; Verts, 1961; Wagner, 1936a [reported as *M. megacolpus*]; Woods and Larson, 1969; Wright, 1979)

*Megabothris calcarifer* (Wagner, 1913) (Holland, 1950, 1958; Hopla, 1965a)

*Megabothris groenlandicus* (Wahlgren, 1903) (Holland, 1952a)

*Megabothris lucifer* (Rothschild, 1905) (Brown, 1944; Genoways and Jones, 1972; Holland, 1949b; Rothschild, 1905 [original description and cotype-host]; Woods and Larson, 1971)

*Megabothris quirini* (Rothschild, 1905) (Benton, 1966; Benton and Kelly, 1975; Benton and Timm, 1980; Benton et al., 1969, 1971; Buckner, 1964; Fox, 1940a; Fuller, 1943a; Gabbutt, 1961; Geary, 1959; Gyorkos and Hilton, 1982b; Harper, 1956; Holland, 1949b; Hopla, 1965a, 1980; Hubbard, 1947; Jordan, 1932; Knipping et al., 1950b; Lawrence et al., 1965; Lovejoy and Gaughan, 1975; Quackenbush, 1971; Robert, 1962; Timm, 1975; Wagner, 1936a; Whitaker and French, 1982; Woods and Larson, 1969; Wright, 1979)

*Monopsyllus eumolpi* (Rothschild, 1905) (Jordan, 1932)

*Monopsyllus vison* (Baker, 1904) (Robert, 1962)

*Monopsyllus wagneri* (Baker, 1904) (Beck, 1955; Benton and Timm, 1980; Easton, 1982; Genoways and Jones, 1972; Timm, 1972b; Verts, 1961)

*Nosopsyllus fasciatus* (Bosc, 1801) (Allred, 1952; Baker, 1946; Beck, 1955; Fuller, 1943a; Geary, 1959; Holland and Benton, 1968; Jameson, 1943a)

*Opisocrostis bruneri* (Baker, 1895) (Amin, 1973, 1976a; Benton et al., 1971; Benton and Timm, 1980; Woods and Larson, 1969)

*Opisodasys pseudarctomys* (Baker, 1904) (Holland and Benton, 1968)

*Orchopeas howardii* (Baker, 1895) (Main et al., 1979; Mathewson and Hyland, 1964; White and White, 1981)

*Orchopeas leucopus* (Baker, 1904) (Amin, 1973, 1976a; Benton and Kelly, 1975; Buckner, 1964; Cressey, 1961; Fox, 1940a; Fuller, 1943a; Gates, 1945; Geary, 1959; Genoways and Jones, 1972; Holland and Benton, 1968;

BLM_0052546

Joyce and Eddy, 1944; Knipping et al., 1950*b*; Lawrence et al., 1965; Main, 1970; Main et al., 1979; Mathewson and Hyland, 1964; Robert, 1962; Timm, 1975; Verts, 1961; Whitaker and Corthum, 1967)

*Oropsylla arctomys* (Baker, 1904) (Verts, 1961)

*Peromyscopsylla catatina* (Jordan, 1928) (Baker, 1946; Benton and Kelly, 1975; Benton and Krug, 1956; Benton and Timm, 1980; Benton et al., 1969; Buckner, 1964; Buckner and Blasko, 1969; Easton, 1981, 1982; Fox, 1940*a*; Fuller, 1943*a*; Geary, 1959; Harper, 1956; Holland and Benton, 1968; Hopkins and Rothschild, 1971; Jordan, 1929; Lawrence et al., 1965; Lovejoy and Gaughan, 1975; Mathewson and Hyland, 1964; Stewart, 1933; Timm, 1975)

*Peromyscopsylla hamifer* (Rothschild, 1906) (Benton, 1980; Benton and Miller, 1970; Benton and Timm, 1980; Cressey, 1961; Haas and Wilson, 1973; Holland, 1958; Holland and Benton, 1968; Hopkins and Rothschild, 1971; Hubbard, 1949*a*; Johnson and Traub, 1954; Knipping et al., 1950*b* [originally reported as *P. catatina*]; Lawrence et al., 1965; Lovejoy and Gaughan, 1975; Main, 1970, 1983; Main et al., 1979; Miller and Benton, 1973; Mumford and Whitaker, 1982; Timm, 1975; Whitaker and Corthum, 1967)

*Peromyscopsylla hesperomys* (Baker, 1904) (Benton and Kelly, 1975; Johnson and Traub, 1954)

*Peromyscopsylla ostsibirica* (Scalon, 1936) (Haas et al., 1982; Hopla, 1965*a*)

*Peromyscopsylla scotti* I. Fox, 1939 (Benton and Kelly, 1975)

*Peromyscopsylla selenis* (Rothschild, 1906) (Hopkins and Rothschild, 1971; Johnson and Traub, 1954; Rothschild, 1906; Wagner, 1936*a* [reported as *Ctenopsylla selenis*])

*Rhadinopsylla fraterna* (Baker, 1895) (Hopkins and Rothschild, 1962; Smit, 1957)

*Rhadinopsylla orama* Smit, 1957 (Benton, 1980; Fox 1940*a* [questionable identification]; Fuller, 1943*a*; Miller and Benton, 1973; Smit, 1957 [original description; type collected in nest])

*Stenoponia americana* (Baker, 1899) (Benton and Kelly, 1971, 1975; Fox, 1940*a*; Fuller, 1943*a*; Hopkins and Rothschild, 1962; MacCreary, 1945*a*; Main, 1983; Main et al., 1979; Miller and Benton, 1973; Quackenbush, 1971; Tindall and Darsie, 1961)

*Thrassis bacchi* (Rothschild, 1905) (Easton, 1982)

*Microtus pinetorum*

*Atyphloceras bishopi* Jordan, 1933 (Benton and Kelly, 1975; Main et al., 1979)

*Ctenophthalmus pseudagyrtes* Baker, 1904 (Benton, 1955*a*; Benton and Kelly, 1969, 1975; Benton and Krug, 1956; Benton et al., 1969; Burbutis, 1956; Cressey, 1961; Fox, 1940*a*; Harlan and Palmer, 1974; Holland and Benton, 1968; Hopkins and Rothschild, 1966; Jameson, 1943*b*, 1947; Jordan, 1928; Layne, 1958; MacCreary, 1945*a*; Main, 1970, 1983; Main et al., 1979; Mathewson and Hyland, 1964; Miller and Benton, 1973; Morlan, 1952; Mumford and Whitaker, 1982; Palmer and Wingo, 1972; Sanford and Hays, 1974; Schiefer and Lancaster, 1970; Tindall and Darsie, 1961; Whitaker and Corthum, 1967)

*Doratopsylla blarinae* C. Fox, 1914 (Benton, 1955*a*; Benton and Kelly, 1975; Burbutis, 1956; Miller and Benton, 1973)

BLM_0052547

502   *Timm*

*Epitedia wenmanni* (Rothschild, 1904) (Burbutis, 1956)

*Hystrichopsylla tahavuana* Jordan, 1929 (Benton and Kelly, 1975; Benton and Smiley, 1963; Holland, 1949*a*, 1957)

*Megabothris asio* (Baker, 1904) (Miller and Benton, 1973)

*Opisodasys pseudarctomys* (Baker, 1904) (Holland and Benton, 1968)

*Orchopeas howardii* (Baker, 1895) (Morlan, 1952)

*Orchopeas leucopus* (Baker, 1904) (Benton and Kelly, 1975; Benton et al., 1969; Ellis, 1955; Holland and Benton, 1968; Jameson, 1947; MacCreary, 1945*a*; Main et al., 1979; Tindall and Darsie, 1961)

*Peromyscopsylla catatina* (Jordan, 1928) (Benton et al., 1969; Holland and Benton, 1968)

*Peromyscopsylla hamifer* (Rothschild, 1906) (Main et al., 1979)

*Peromyscopsylla hesperomys* (Baker, 1904) (Main, 1983)

*Rhadinopsylla orama* Smit, 1957 (Benton, 1980; Benton and Kelly, 1975; Holland and Benton, 1968; Hopkins and Rothschild, 1962; Miller and Benton, 1973; Smit, 1957)

*Stenoponia americana* (Baker, 1899) (Benton and Kelly, 1975; Benton and Smiley, 1963; Burbutis, 1956; Hopkins and Rothschild, 1962; MacCreary, 1945*a*; Main et al., 1979; Palmer and Wingo, 1972; Sanford and Hays, 1974; Tindall and Darsie, 1961; Wilson, 1957)

*Microtus richardsoni*

*Catallagia charlottensis* (Baker, 1898) (Hubbard, 1947)

*Catallagia sculleni* Hubbard, 1940 (Holland, 1949*b*)

*Hystrichopsylla dippiei* Rothschild, 1902 (Hubbard, 1947; Jellison and Senger, 1973; Senger, 1966)

*Megabothris abantis* (Rothschild, 1905) (Egoscue, 1966; Hubbard, 1947; Jellison and Senger, 1973; Kinsella and Pattie, 1967; Ludwig, 1984)

*Megabothris asio* (Baker, 1904) (Ludwig, 1984)

*Monopsyllus eumolpi* (Rothschild, 1905) (Ludwig, 1984)

*Monopsyllus wagneri* (Baker, 1904) (Allred, 1952)

*Nearctopsylla hyrtaci* (Rothschild, 1904) (Ludwig, 1984)

*Opisodasys keeni* (Baker, 1896) (Stark, 1959)

*Peromyscopsylla hamifer* (Rothschild, 1906) (Ludwig, 1984)

*Peromyscopsylla hesperomys* (Baker, 1904) (Hubbard, 1947)

*Peromyscopsylla selenis* (Rothschild, 1906) (Gresbrink and Hopkins, 1982; Hopkins and Rothschild, 1971; Hubbard, 1947; Ludwig, 1984)

*Stenoponia americana* (Baker, 1899) (Hopkins and Rothschild, 1962)

*Thrassis alpinus* Stark, 1957 (Senger, 1966)

*Microtus townsendii*

*Atyphloceras multidentatus* (C. Fox, 1909) (Holland, 1949*b*; Hoplins and Rothschild, 1962; Hubbard, 1947; Macchiavello, 1954)

*Catallagia charlottensis* (Baker, 1898) (Holland, 1949*b*; Hopkins and Rothschild, 1962; Hubbard, 1947; Macchiavello, 1954; Svihla, 1941)

*Catallagia sculleni* Hubbard, 1940 (Hopkins and Rothschild, 1962)

*Corrodopsylla curvata* (Rothschild, 1915) (Hubbard, 1947; Macchiavello, 1954)

*Corypsylla ornata* C. Fox, 1908 (Holland, 1949*b*)

*Corypsylla kohlsi* Hubbard, 1940 (Fox, 1940*c* [described as *Corypsylloides spinata*]; Macchiavello, 1954)

BLM_0052548

*Delotelis hollandi* Smit, 1952 (Hopkins and Rothschild, 1962; Smit, 1952 [original description and type-host])

*Delotelis telegoni* (Rothschild, 1905) (Holland, 1949b; Hubbard, 1947; Jellison and Senger, 1976; Macchiavello, 1954)

*Epitedia scapani* (Wagner, 1936) (Hopkins and Rothschild, 1962; Hubbard, 1947; Macchiavello, 1954)

*Hystrichopsylla dippiei* Rothschild, 1902 (Hubbard, 1947; Macchiavello, 1954; Svihla, 1941)

*Hystrichopsylla occidentalis* Holland, 1949 (Holland, 1957; Hopkins and Rothschild, 1962)

*Megabothris abantis* (Rothschild, 1905) (Hubbard, 1947; Macchiavello, 1954; Svihla, 1941; Wagner, 1936a)

*Megabothris quirini* (Rothschild, 1905) (Hubbard, 1947)

*Monopsyllus wagneri* (Baker, 1904) (Hubbard, 1947; Macchiavello, 1954)

*Opisodasys keeni* (Baker, 1896) (Holland, 1949b; Macchiavello, 1954)

*Peromyscopsylla hesperomys* (Baker, 1904) (Hubbard, 1947; Macchiavello, 1954)

*Peromyscopsylla selenis* (Rothschild, 1906) (Hopkins and Rothschild, 1971; Svihla, 1941)

*Rhadinopsylla sectilis* Jordan and Rothschild, 1923 (Hopkins and Rothschild, 1962; Hubbard, 1941b, 1947 [reported as *Micropsylla goodi*]; Macchiavello, 1954)

## *Directions for Future Research*

A review of the literature on parasites of North American *Microtus* contains over 485 primary references covering the 91-year period from 1894 to 1984. Most of these papers deal with the taxonomy of the various groups of parasites and their distribution on the hosts. Surprisingly, with this wealth of literature, we actually know very little about the biology of parasites on *Microtus*. Future research on systematic problems of many of the groups of parasites is needed, most especially of the mites, the most diverse and poorly known of the parasitic groups.

One of the most productive areas for future research will be exploring aspects of the biology of hosts and parasites from an evolutionary perspective. Future research should address co-evolution in the broadest sense between hosts and parasites, including co-accommodation, co-adaptation, and co-speciation. One of the most challenging, yet most fruitful directions will be in statistical quantification of the cost of parasitism. Hopefully, future studies will be able to directly or indirectly measure increased or decreased reproductive success by both host and parasites. Such questions might include: 1) What are the selective forces exerted by the host on the

BLM_0052549

parasites, and conversely, what are the selective forces exerted by the parasites on the host? 2) What is the cost of parasitism to the host? 3) How are the reproductive cycles of the parasites cued to the reproductive cycle of the host? 4) What is the role of parasites in the epidemiology of diseases among hosts? 5) Can parasites affect the behavior of the host? 6) Is there a genetic basis for resistance to parasitic infections by the host, and can this be selected for? 7) Can parasites play a role in regulating host populations? and 8) Can parasites or the diseases transmitted by them be responsible for delineating geographic ranges of species? Certainly we would expect massive infestations of parasites to alter the behavior or reproductive cycle of the host, but given lower "normal" levels of infestation, can the host be altered in more subtle ways through hormonal imbalance, odors, etc? The rapidly expanding field of biogeography has provided interesting and potentially productive directions for future studies in parasitology. The application of island biogeography theory to host–parasite systems leads to questions such as: Can an individual host, a population, or entire species be viewed as an island for parasites?

The study of parasites has been a part of both our basic and applied sciences for decades, yet it is still an extremely fruitful area of future research. There remains much to learn about the biology of *Microtus* with respect to its parasites and about the biology of those parasites.

## Acknowledgments

I thank A. H. Benton, J. B. Kethley, B. M. OConnor, R. L. Wenzel, and J. O. Whitaker for freely sharing with me their knowledge of and literature on parasites. B. L. Clauson, R. H. Tamarin, and J. O. Whitaker reviewed, in detail, the entire manuscript; R. L. Rausch reviewed the section on endoparasites and provided numerous references. J. S. Ashe reviewed the section on parasitic beetles. J. Shaw provided much assistance in locating obscure references.

## Literature Cited

ADAMS, W. H., R. W. EMMONS, AND J. E. BROOKS. 1970. The changing ecology of murine (endemic) typhus in southern California. Amer. J. Tropical Med. Hyg., 19:311–318.

BLM_0052550

ALLRED, D. M. 1952. Plague important fleas and mammals in Utah and the western United States. Great Basin Nat., 12:67–75.

———. 1968a. Fleas of the national reactor testing station. Great Basin Nat., 28: 73–87.

———. 1968b. Ticks of the national reactor testing station. Brigham Young Univ. Sci. Bull., Biol. Ser., 10(1):1–29.

———. 1970. Mites and lice of the national reactor testing station. Brigham Young Univ. Sci. Bull., Biol. Ser., 12(1):1–17.

ALLRED, D. M., AND D E. BECK. 1966. Mites of Utah mammals. Brigham Young Univ. Sci. Bull., Biol. Ser., 8:1–123.

ALLRED, D. M., D E. BECK, AND L. D. WHITE. 1960. Ticks of the genus *Ixodes* in Utah. Brigham Young Univ. Sci. Bull., Biol. Ser., 1(4):1–42.

AMIN, O. M. 1973. A preliminary survey of vertebrate ectoparasites in southeastern Wisconsin. J. Med. Entomol., 10:110–111.

———. 1976a. Host associations and seasonal occurrence of fleas from southeastern Wisconsin mammals, with observations on morphologic variations. J. Med. Entomol., 13:179–192.

———. 1976b. Lice, mites, and ticks of southeastern Wisconsin mammals. Great Lakes Entomol., 9:195–198.

ANASTOS, G. 1947. Hosts of certain New York ticks. Psyche, 54:178–180.

ANDERSON, J. F., AND L. A. MAGNARELLI. 1980. Vertebrate host relationships and distribution of ixodid ticks (Acari: Ixodidae) in Connecticut, USA. J. Med. Entomol., 17:314–323.

ARTHUR, D. R., AND K. R. SNOW. 1968. *Ixodes pacificus* Cooley and Kohls, 1943: its life-history and occurrence. Parasitology, 58:893–906.

AUGUSTSON, G. F. [1941a] 1942. Some new California Siphonaptera. Bull. S. California Acad. Sci., 40:140–146.

———. [1941b] 1942. Ectoparasite-host records from the Sierran region of east-central California. Bull. S. California Acad. Sci., 40:147–157.

———. 1943. Preliminary records and discussion of some species of Siphonaptera from the Pacific Southwest. Bull. S. California Acad. Sci., 42:69–89.

———. 1955. Records of fleas from the Pacific South-west. Bull. S. California Acad. Sci., 54:36–39.

AUGUSTSON, G. F., AND S. F. WOOD. 1953. Notes on California mammal ectoparasites from the Sierra Nevada foothills of Madera County. Bull. S. California Acad. Sci., 52:48–56.

BACON, M. 1953. A study of the arthropods of medical and veterinary importance in the Columbia Basin. Tech. Bull. Washington Agric. Exp. Sta., 11: 1–40.

BACON, M., C. H. DRAKE, AND N. G. MILLER. 1959. Ticks (Acarina: Ixodoidea) on rabbits and rodents of eastern and central Washington. J. Parasitol., 45:281–286.

BAKER, E. W. 1949. A review of the mites of the family Cheyletidae in the United States National Museum. Proc. U.S. Natl. Mus., 99:267–320.

BAKER, J. A. 1946. A rickettsial infection in Canadian voles. J. Exp. Med., 84: 37–50.

BARNES, A. M., V. J. TIPTON, AND J. A. WILDIE. 1977. The subfamily Anomiopsyllinae (Hystrichopsyllidae: Siphonaptera). I. A revision of the genus *Anomiopsyllus* Baker. Great Basin Nat., 37:138–206.

BARON, R. W. 1971. The occurrence of *Paruterina candelabraria* (Goeze, 1782) and *Cladotaenia globifera* (Batsch, 1786) in Manitoba. Canadian J. Zool., 49: 1399–1400.

BARRERA, A. 1952. Notas sobre sifonapteros. IV. Descripcion de *Hystrichopsylla orophila* nov. sp. (Siph., Hystichops.). Ciencia, 12:39–42.

BLM_0052551

506    *Timm*

. 1968. Distribución cliserial de los Siphonaptera del Volcán Popocatépetl, su interpretación biogeográfica. Anal. Inst. Biol., Univ. Nac. Autó. México, Ser. Zool., 39:35–100.

BARRERA, A., AND C. MACHADO. 1960. Un nuevo ectoparásito de *Microtus m. mexicanus* Saussure: *Ctenophthalmus caballeroi* sp. nov. y claves para las especies americanas hasta ahora conocidas (Insecta: Siphonaptera). Pp. 549–553, *in* Libro Homenaje al Dr. Eduardo Caballero y Caballero. Inst. Polit. Nac., México, D.F., 602 pp.

BARRERA, A., AND A. MARTINEZ. [1968] 1970. Nuevo criptofágido mexicano: *Cryptophagus bolivari* nov. sp. (Ins.: Col.). An. Esc. Nac. Cienc. Biol., México, 17:151–156.

BASOLO, F., JR., AND R. C. FUNK. 1974. Ectoparasites from *Microtus ochrogaster*, *Peromyscus leucopus*, and *Cryptotis parva* in Coles County, Illinois. Trans. Illinois State Acad. Sci., 67:211–221.

BASSOLS B., I. 1981. Catálogo de los ácaros Mesostigmata de mamíferos de México. An. Esc. Nac. Cienc. Biol., México, 24:9–49.

BATSON, J. 1965. Studies on the prairie vole, *Microtus ochrogaster*, in central Kentucky. Trans. Kentucky Acad. Sci., 25:129–137.

BEACHAM, T. D., AND C. J. KREBS. 1980. Pitfall versus live-trap enumeration of fluctuating populations of Microtus townsendii. J. Mamm., 61:486–499.

BECK, D E. 1955. Distributional studies of parasitic arthropods in Utah, determined as actual and potential vectors of Rocky Mountain spotted fever and plague, with notes on vector-host relationships. Brigham Young Univ. Sci. Bull., Biol. Ser., 1(1):1–64.

BELL, J. F., AND W. S. CHALGREN. 1943. Some wildlife diseases in the eastern United States. J. Wildl. Mgmt., 7:270–278.

BENTON, A. H. 1954. Notes on *Moniliformis clarki* (Ward) in eastern New York (Moniliformidae: Acanthocephala). J. Parasitol., 40:102–103.

———. 1955a. Observations on the life history of the northern pine mouse. J. Mamm., 36:52–62.

———. 1955b. The taxonomy and biology of *Epitedia wenmanni* (Rothschild, 1904) and *E. testor* (Rothschild, 1915) (Hystrichopsyllidae: Siphonaptera). J. Parasitol., 41:491–495.

———. 1966. Siphonaptera collected on Tug Hill, Lewis County, New York. Pp. 76–78, *in* The mammals of the Tug Hill Plateau, New York (P. F. Connor, ed.). Bull. New York State Mus., Sci. Ser., 406:1–82.

———. 1980. An atlas of the fleas of the eastern United States. Marginal Media Press, Fredonia, New York, 177 pp.

BENTON, A. H., AND R. H. CERWONKA. 1960. Host relationships of some eastern Siphonaptera. Amer. Midland Nat., 63:383–391.

———. 1964. The Siphonaptera of Whiteface Mountain. Atmospheric Sci. Res. Center, State Univ. New York, 21:4–14.

BENTON, A. H., AND D. L. KELLY. 1969. Notes on the biology of *Ctenophthalmus p. pseudagyrtes* Baker in the northeast (Siphonaptera: Hystrichopsyllidae). J. New York Entomol. Soc., 77:70–74.

———. 1971. Siphonaptera from Long Island, New York. Pp. 77–78, *in* The mammals of Long Island, New York (P. F. Connor, ed.). Bull. New York State Mus., Sci. Ser., 416:1–78.

———. 1975. An annotated list of New York Siphonaptera. J. New York Entomol. Soc., 83:142–156.

BENTON, A. H., AND R. F. KRUG. 1956. Mammals and siphonapterous parasites of Rensselaer County, New York. Bull. New York State Mus., Sci. Ser., 353:1–21.

BENTON, A. H., AND D. H. MILLER. 1970. Ecological factors in the distribution of the flea Peromyscopsylla hamifer hamifer (Rothschild). Amer. Midland Nat., 83:301–303.

BENTON, A. H., AND D. SMILEY. 1963. The fleas of Ulster County, New York. Bull. John Burroughs Nat. Hist. Soc., 6:1–7.

BENTON, A. H., AND R. M. TIMM. 1980. Siphonaptera of Minnesota. Pp. 158–177, *in* An atlas of the fleas of the eastern United States (A. H. Benton, ed.). Marginal Media Press, Fredonia, New York, 177 pp.

BENTON, A. H., O. R. LARSON, AND B. A. VEN HUIZEN. 1971. Siphonaptera from Itasca State Park. J. Minnesota Acad. Sci., 37:91–92.

BENTON, A. H., H. H. TUCKER, JR., AND D. L. KELLY. 1969. Siphonaptera from northern New York. J. New York Entomol. Soc., 77:193–198.

BEQUAERT, J. C. 1945. The ticks, or Ixodoidea, of the northeastern United States and eastern Canada. Entomol. Amer., 25:73–232.

BISHOPP, F. C., AND H. HIXSON. 1936. Biology and economic importance of the Gulf coast tick. J. Econ. Entomol., 29:1068–1076.

BISHOPP, F. C., AND C. N. SMITH. 1937. A new species of Ixodes from Massachusetts. Proc. Entomol. Soc. Washington, 39:133–138.

———. 1938. The American dog tick, eastern carrier of Rocky Mountain spotted fever. Circ. U.S. Dept. Agric., 478:1–25.

BISHOPP, F. C., AND H. L. TREMBLEY. 1945. Distribution and hosts of certain North American ticks. J. Parasitol., 31:1–54.

BOONSTRA, R. 1977. Effect of the parasite *Wohlfahrtia vigil* on *Microtus townsendii* populations. Canadian J. Zool., 55:1057–1060.

BOONSTRA, R., AND C. J. KREBS. 1978. Pitfall trapping of *Microtus townsendii*. J. Mamm., 59:136–148.

BOONSTRA, R., C. J. KREBS, AND T. D. BEACHAM. 1980. Impact of botfly parasitism on *Microtus townsendii* populations. Canadian J. Zool., 58:1683–1692.

BRENNAN, J. M., AND D E. BECK. 1955. The chiggers of Utah (Acarina: Trombiculidae). Great Basin Nat., 15:1–26.

BRENNAN, J. M., AND M. L. GOFF. 1977. Keys to the genera of chiggers of the Western Hemisphere (Acarina: Trombiculidae). J. Parasitol., 63:554–566.

BRENNAN, J. M., AND E. K. JONES. 1954. A report on the chiggers (Acarina: Trombiculidae) of the Frances Simes Hastings Natural History Reservation, Monterey County, California. Wasmann J. Biol., 12:155–194.

———. 1959. Keys to the chiggers of North America with synonymic notes and descriptions of two new genera (Acarina: Trombiculidae). Ann. Entomol. Soc. America, 52:7–16.

BRENNAN, J. M., AND G. W. WHARTON. 1950. Studies on North American chiggers. No. 3. The subgenus Neotrombicula. Amer. Midland Nat., 44:153–197.

BRIMLEY, C. S. 1938. The insects of North Carolina. North Carolina Dept. Agric., Div. Entomol., Raleigh, 560 pp.

BROWN, J. H. 1944. The fleas (Siphonaptera) of Alberta, with a list of the known vectors of sylvatic plague. Ann. Entomol. Soc. America, 37:207–213.

BROWN, N. R. 1968. Notes on the Siphonaptera of New Brunswick. Canadian Entomol., 100:486–498.

BUCKNER, C. H. 1958. Cuterebrids (*Cuterebra grisea* Coq.) attacking small mammals. Bimonthly Prog. Rept., Forest Biol. Div., Canadian Dept. Agric., 14:2–3.

———. 1964. Fleas (Siphonaptera) of Manitoba mammals. Canadian Entomol., 96:850–856.

BLM_0052553

508   *Timm*

BUCKNER, C. H., AND G. G. BLASKO. 1969. Additional range and host records of the fleas (Siphonaptera) of Manitoba. Manitoba Entomol., 3:65–69.

BUCKNER, R. L., AND L. N. GLEASON. 1974. Arthropod ectoparasites and their seasonal occurrences on *Microtus ochrogaster* and *Peromyscus leucopus* from Warren County, Kentucky. Trans. Kentucky Acad. Sci., 35:70–75.

BUECH, R. R., R. M. TIMM, AND K. SIDERITS. 1977. A second population of rock voles, *Microtus chrotorrhinus,* in Minnesota with comments on habitat. Canadian Field-Nat., 91:413–414.

BURBUTIS, P. P. 1956. The Siphonaptera of New Jersey. Bull. New Jersey Agric. Exp. Sta., 782:1–36.

BURROUGHS, A. L. 1944. The flea *Malaraeus telchinum* a vector of *P. pestis.* Proc. Soc. Exp. Biol. Med., 55:10–11.

———. 1947. Sylvatic plague studies. The vector efficiency of nine species of fleas compared with *Xenopsylla cheopis.* J. Hyg., 45:371–396.

———. 1953. Sylvatic plague studies. X. Survival of rodent fleas in the laboratory. Parasitology, 43:35–48.

BURROUGHS, A. L., R. HOLDENRIED, D. S. LONGANECKER, AND K. F. MEYER. 1945. A field study of latent tularemia in rodents with a list of all known naturally infected vertebrates. J. Infect. Dis., 70:115–119.

CAMPBELL, A. 1979. Ecology of the American dog tick, *Dermacentor variabilis* in southwestern Nova Scotia. Pp. 135–143, *in* Recent advances in acarology, Vol. II (J. G. Rodriguez, ed.). Academic Press, New York, 569 pp.

CAMPOS, E. G., AND H. E. STARK. 1979. A revaluation of the *Hystrichopsylla occidentalis* group, with description of a new subspecies (Siphonaptera: Hystrichopsyllidae). J. Med. Entomol., 15:431–444.

CAREY, A. B., W. L. KRINSKY, AND A. J. MAIN. 1980. *Ixodes dammini* (Acari: Ixodidae) and associated ixodid ticks in south-central Connecticut, USA. J. Med. Entomol., 17:89–99.

CATTS, E. P. 1982. Biology of New World bot flies: Cuterebridae. Ann. Rev. Entomol., 27:313–338.

CHAMBERLIN, W. J. 1937. The ticks of Oregon. Bull. Oregon State College Agric. Exp. Sta. 349:1–34.

CHANDLER, A. C., AND D. M. MELVIN. 1951. A new cestode, *Oochoristica pennsylvanica,* and some new or rare helminth host records from Pennsylvania mammals. J. Parasitol., 37:106–109.

CLARK, G. M., C. M. CLIFFORD, L. V. FADNESS, AND E. K. JONES. 1970. Contributions to the ecology of Colorado tick fever virus. J. Med. Entomol., 7:189–197.

CLIFFORD, C. M., G. ANASTOS, AND A. ELBL. 1961. The larval ixodid ticks of the eastern United States (Acarina–Ixodidae). Misc. Publ., Entomol. Soc. Amer., 2:213–237.

CLOUGH, G. C. 1965. Physiological effect of botfly parasitism on meadow voles. Ecology, 46:344–346.

COHER, E. I., AND F. R. SHAW. 1951. The distribution of *Dermacentor variabilis.* J. Econ. Entomol., 44:998.

CONNOR, P. F. 1960. The small mammals of Otsego and Schoharie counties, New York. Bull. New York State Mus., Sci. Ser., 382:1–84.

COOK, E. F., AND J. R. BEER. 1955. The louse populations of some cricetid rodents. Parasitology, 45:409–420.

———. 1958. A study of louse populations on the meadow vole and deer mouse. Ecology, 39:645–659.

———. 1959. The immature stages of the genus *Hoplopleura* (Anoplura: Hoplo-

BLM_0052554

pleuridae) in North America, with descriptions of two new species. J. Parasitol., 45:405–416.

COOLEY, R. A. 1938. The genera *Dermacentor* and *Otocentor* (Ixodidae) in the United States, with studies in variation. U.S. Natl. Inst. Health Bull., 171:1–89.

COOLEY, R. A., AND G. M. KOHLS. 1945. The genus *Ixodes* in North America. U.S. Natl. Inst. Health Bull., 184:1–246.

COONEY, J. C., AND W. BURGDORFER. 1974. Zoonotic potential (Rocky Mountain spotted fever and tularemia) in the Tennessee Valley region. I. Ecologic studies of ticks infesting mammals in Land Between the Lakes. Amer. J. Trop. Med. Hyg., 23:99–108.

COULTRIP, R. L., ET AL. 1973. Survey for the arthropod vectors and mammalian hosts of Rocky Mountain spotted fever and plague at Fort Ord, California. J. Med. Entomol., 10:303–309.

CRESSEY, R. F. 1961. Additional records of New England Siphonaptera. J. New York Entomol. Soc., 69:1–4.

CUMMINGS, E. D. 1954. Notes on some Siphonaptera from Albany County, New York. J. New York Entomol. Soc., 62:161–165.

DE BARRERA, I. B. 1979. Mesostigmatid ectoparasites of mammals in Mexico. Pp. 475–480, *in* Recent advances in acarology, Vol. II ( J. G. Rodriguez, ed.). Academic Press, New York, 569 pp.

DIKMANS, G. 1935. New nematodes of the genus *Longistriata* in rodents. J. Washington Acad. Sci., 25:72–81.

DOANE, R. W. 1908. Notes on fleas collected on rat and human hosts in San Francisco and elsewhere. Canadian Entomol., 40:303–304.

DODDS, D. G., A. M. MARTELL, AND R. E. YESCOTT. 1969. Ecology of the American dog tick, *Dermacentor variabilis* (Say), in Nova Scotia. Canadian J. Zool., 47:171–181.

DOUTHITT, H. 1915. Studies on the cestode family Anoplocephalidae. Illinois Biol. Monogr., 1:1–97.

DRUMMOND, R. O. 1957. Ectoparasitic Acarina from small mammals of the Patuxent Refuge, Bowie, Maryland. J. Parasitol., 43:50.

DUNN, L. H., AND R. R. PARKER. 1923. Fleas found on wild animals in the Bitteroot Valley, Mont. Publ. Health Rept., 38:2763–2775.

DURETTE-DESSET, M.-C. 1967. Evolution des nématodes héligmosomes en rapport avec celle de leurs hôtes fondamentaux, les Microtidae. C. R. Acad. Sc. Paris, 265:1500–1503.

———. 1968. Les systèmes d'arêtes cuticulaires chez les nématodes heligmosomes. III. Étude de sept espèces parasites de rongeurs néarctiques et rétablissement du genre *Heligmosomoides* Hall, 1916. Bull. Mus. Nat. Hist. Naturelle, 2e ser., 40:186–209.

———. 1974. Nippostrongylinae (Nematoda:Heligmosomidae) néarctiques. Ann. Parasitol. Hum. Comp., 49:435–450.

DURETTE-DESSET, M.-C., J. M. KINSELLA, AND D. J. FORRESTER. 1972. Arguments en faveur de la double origine des nématodes néarctiques du genre *Heligmosomoides* Hall, 1916. Ann. Parasitol. Hum. Comp., 47:365–382.

EADS, R. B., E. G. CAMPOS, AND A. M. BARNES. 1979. New records for several flea (Siphonaptera) species in the United States, with observations on species parasitizing carnivores in the Rocky Mountain region. Proc. Entomol. Soc. Washington, 81:38–42.

EASTON, E. R. 1975. Ectoparasites in two diverse habitats in western Oregon. II Chiggers (Acari: Trombiculidae). J. Med. Entomol., 12:295–298.

BLM_0052555

510   *Timm*

————. 1981. New geographical records for some fleas (Siphonaptera) from the Black Hills of South Dakota. Entomol. News, 92:45–47.

————. 1982. An annotated checklist of the fleas of South Dakota (Siphonaptera). Entomol. News, 93:155–158.

————. 1983a. Ectoparasites in two diverse habitats in western Oregon. III. Interrelationship of fleas (Siphonaptera) and their hosts. J. Med. Entomol., 20:216–219.

————. 1983b. The ticks of South Dakota: an annotated checklist (Acari: Ixodoidea). Entomol. News, 94:191–195.

EASTON, E. R., AND R. L. GOULDING. 1974. Ectoparasites in two diverse habitats in western Oregon. I. *Ixodes* (Acarina: Ixodidae). J. Med. Entomol., 11:413–418.

EDDY, G. W., AND C. R. JOYCE. 1944. The seasonal history and hosts of the American dog tick, Dermacentor variabilis, in Iowa. Iowa State College, J. Sci., 18:313–324.

EDWARDS, R. L. 1949. Internal parasites of central New York muskrats (*Ondatra z. zibethica* L.). J. Parasitol., 35:547–548.

EGOSCUE, H. J. 1966. New and additional host-flea associations and distributional records of fleas from Utah. Great Basin Nat., 26:71–75.

————. 1976. Flea exchange between deer mice and some associated small mammals in western Utah. Great Basin Nat., 36:475–480.

ELLIS, L. L., JR. 1955. A survey of the ectoparasites of certain mammals in Oklahoma. Ecology, 36:12–18.

EL-WAILLY, A. 1967. Fleas of mammals in Douglas County, Kansas. Bull. Biol. Res. Center, 3:42–53.

EMERSON, K. C. 1971. New records of Anoplura from Mexico. J. Kansas Entomol. Soc., 44:374–377.

EMERSON, K. C., C. MASER, AND J. O. WHITAKER, JR. 1984. Lice (Mallophaga and Anoplura) from mammals of Oregon. Northwest Sci., 58:153–161.

ERICKSON, A. B. 1938a. Parasites of some Minnesota rodents. J. Mamm., 19:252–253.

————. 1938b. Parasites of some Minnesota Cricetidae and Zapodidae, and a host catalogue of helminth parasites of native American mice. Amer. Midland Nat., 20:575–589.

EVANS, G. O., AND W. M. TILL. 1966. Studies on the British Dermanyssidae (Acari: Mesostigmata). Part II. Classification. Bull. British Mus. (Nat. Hist.), Zool., 14:107–370.

EWING, H. E. 1925. New mites of the parasitic genus Haemogamasus Berlese. Proc. Biol. Soc. Washington, 38:137–143.

————. 1928. A preliminary key to the larvae of fifteen species of the mite genus Trombicula, with descriptions of four new species. Proc. Entomol. Soc. Washington, 30:77–80.

————. 1929a. Four new species of chiggers (Acarina–Trombidiidae). Entomol. News, 40:294–297.

————. 1929b. Notes on the siphonapteran genus Catallagia Rothschild, including the description of a new species. Proc. Biol. Soc. Washington, 42:125–128.

————. 1933. New genera and species of parasitic mites of the superfamily Parasitoidea. Proc. U.S. Natl. Mus., 82:1–14.

————. 1938. North American mites of the subfamily Myobiinae, new subfamily (Arachnida). Proc. Entomol. Soc. Washington, 40:180–197.

————. 1942. Remarks on the taxonomy of some American chiggers (Trombicu-

BLM_0052556

linae), including the descriptions of new genera and species. J. Parasitol., 28:485–493.

———. 1944. The trombiculid mites (chigger mites) and their relation to disease. J. Parasitol., 30:339–365.

FAIN, A. 1969a. Diagnoses de nouveaux hypopes pilicoles ou endofolliculaires (Acarina: Sarcoptiformes). Rev. Zool. Bot. Africaines, 79:409–412.

———. 1969b. Les deutonymphes hypopiales vivant en association phoretique sur les mammiferes (Acarina: Sarcoptiformes). Bull. Inst. Royal Sci. Nat. Belgium, 45(33):1–262.

FAIN, A., AND K. HYLAND. 1970. Notes on the Myocoptidae of North America with description of a new species on the eastern chipmunk, *Tamias striatus* Linnaeus. J. New York Entomol. Soc., 78:80–87.

———. 1972. Description of new parasitic mites from North-American mammals (Acarina: Sarcoptiformes). Rev. Zool. Bot. Africaines, 85:174–176.

———. 1974. The listrophoroid mites in North America. II. The family Listrophoridae Megnin and Trouessart (Acarina: Sarcoptiformes). Bull. Inst. Royal Sci. Nat. Belgium, 50(1):1–69.

FAIN, A., AND F. S. LUKOSCHUS. 1977. Nouvelles observations sur les Myobiidae parasites des rongeurs (Acarina: Prostigmates). Acta Zool. Pathol. Antverpiensia, 69:11–98.

FAIN, A., AND J. O. WHITAKER, JR. 1973. Phoretic hypopi of North American mammals (Acarina: Sarcoptiformes, Glycyphagidae). Acarologia, 15:144–170.

FAIN, A., A. J. MUNTING, AND F. LUKOSCHUS. 1970. Les Myocoptidae parasites des rongeurs en Hollande et en Belgique (Acarina: Sarcoptiformes). Acta Zool. Pathol. Antverpiensia, 50:67–172.

FARRELL, C. E. 1956. Chiggers of the genus Euschongastia (Acarina: Trombiculidae) in North America. Proc. U.S. Natl. Mus., 106:85–235.

FAULKENBERRY, G. D., AND R. G. ROBBINS. 1980. Statistical measures of interspecific association between the fleas of the gray-tailed vole, *Microtus canicaudus* Miller. Entomol. News, 91:93–101.

FAY, F. H., AND R. L. RAUSCH. 1969. Parasitic organisms in the blood of arvicoline rodents in Alaska. J. Parasitol., 55:1258–1265.

FERRIS, G. F. 1916. A catalogue and host list of the Anoplura. Proc. California Acad. Sci., 6:129–213.

———. 1921. Contributions toward a monograph of the sucking lice, Part II. Stanford Univ. Publ., Univ. Ser. Biol. Sci., 2:57–133.

———. 1923. Contributions toward a monograph of the sucking lice, Part IV. Stanford Univ. Publ., Univ. Ser. Biol. Sci., 2:179–270.

———. 1942. Some North American, rodent-infesting lice (Insecta: Anoplura). Microentomology, 7:84–90.

———. 1951. The sucking lice. Mem. Pacific Coast Entomol. Soc., 1:1–320.

FISH, P. G. 1972. Notes on *Moniliformis clarki* (Ward) (Acanthocephala: Moniliformidae) in west central Indiana. J. Parasitol., 58:147.

FISHER, R. L. 1963. *Capillaria hepatica* from the rock vole in New York. J. Parasitol., 49:450.

FLORSCHUTZ, O., JR., AND R. F. DARSIE, JR. 1960. Additional records of ectoparasites on Delaware mammals. Entomol. News, 71:45–52.

FORD, H. G. 1962. *Speleognathopsis michigensis* (Acarina: Speleognathidae), a new species of nasal mite from the meadow mouse, *Microtus pennsylvanicus* (Ord). Trans. Amer. Microscopical Soc., 81:104–105.

BLM_0052557

512   *Timm*

FOX, C. 1909a. A report on the species of the Siphonaptera found within the boundaries of the city and county of San Francisco, Cal. Entomol. News, 20:10–11.

——. 1909b. A new species of Ceratophyllus: a genus of the Siphonaptera. Entomol. News, 20:107–110.

——. 1909c. A new species of Odontopsyllus—a genus of the Siphonaptera. Entomol. News, 20:241–243.

FOX, I. 1939a. New species and a new genus of Nearctic Siphonaptera. Proc. Entomol. Soc. Washington, 41:45–50.

——. 1939b. New species and records of Siphonaptera from Mexico. Iowa State College, J. Sci., 13:335–339.

——. 1940a. Fleas of eastern United States. Iowa State College Press, Ames, 191 pp.

——. 1940b. Notes on North American dolichopsyllid Siphonaptera. Proc. Entomol. Soc. Washington, 42:64–69.

——. 1940c. Siphonaptera from western United States. J. Washington Acad. Sci., 30:272–276.

FREEMAN, R. S. 1954. Studies on the biology of *Taenia crassiceps* (Zeder, 1800) Rudolphi, 1810. J. Parasitol., Suppl., 40:41.

——. 1962. Studies on the biology of Taenia crassiceps (Zeder, 1800) Rudolphi, 1810 (Cestoda). Canadian J. Zool., 40:969–990.

FREEMAN, R. S., AND K. A. WRIGHT. 1960. Factors concerned with the epizootiology of *Capillaria hepatica* (Bancroft, 1893) (Nematoda) in a population of *Peromyscus maniculatus* in Algonquin Park, Canada. J. Parasitol., 46: 373–382.

FULLER, H. S. 1943a. Fleas of New England. J. New York Entomol. Soc., 51: 1–12.

——. 1943b. Studies on Siphonaptera of eastern North America. Bull. Brooklyn Entomol. Soc., 38:18–23.

FURMAN, D. P. 1955. Revision of the genus Eubrachylaelaps (Acarina: Laelaptidae) with the descriptions of two new species from Mexico. Ann. Entomol. Soc. Amer., 48:51–59.

——. 1959a. Feeding habits of symbiotic mesostigmatid mites of mammals in relation to pathogen-vector potentials. Amer. J. Trop. Med. Hyg., 8: 5–12.

——. 1959b. Observations on the biology and morphology of *Haemogamasus ambulans* (Thorell) (Acarina: Haemogamasidae). J. Parasitol., 45:274–280.

FURMAN, D. P., AND E. C. LOOMIS. 1984. The ticks of California (Acari: Ixodida). Bull. California Insect Surv., 25:1–239.

GABBUTT, P. D. 1961. The distribution of some small mammals and their associated fleas from central Labrador. Ecology, 42:518–525.

GARVIE, M. B., J. A. McKIEL, D. E. SONENSHINE, AND A. CAMPBELL. 1978. Seasonal dynamics of American dog tick, *Dermacentor variabilis* (Say), populations in southwestern Nova Scotia. Canadian J. Zool., 56:28–39.

GATES, D. B. 1945. Notes on fleas (Siphonaptera) in Nebraska. Entomol. News, 56:10–13.

GEARY, J. M. 1959. The fleas of New York. Mem. Cornell Univ. Agric. Exp. Sta., 355:1–104.

GENOWAYS, H. H., AND J. K. JONES, JR. 1972. Mammals from southwestern North Dakota. Occas. Papers Mus., Texas Tech Univ., 6:1–36.

GETZ, L. L. 1970. Botfly infestations in Microtus pennsylvanicus in southern Wisconsin. Amer. Midland Nat., 84:187–197.

BLM_0052558

GIESEN, K. M. T., F. S. LUKOSCHUS, J. O. WHITAKER, JR., AND D. GETTINGER. 1983. Four new species of itch mites (Acari: Psorergatidae: Prostigmata) from small mammals in North America. J. Med. Entomol., 20:164–173.

GOULD, D. J., AND M. L. MIESSE. 1954. Recovery of a *Rickettsia* of the spotted fever group from *Microtus pennsylvanicus* from Virginia. Proc. Soc. Exp. Biol. Med., 85:558–561.

GOULD, O. J. 1956. The larval trombiculid mites of California (Acarina: Trombiculidae). Univ. California Publ. Entomol., 11:1–116.

GRANT, C. D. 1947. North American mites of the genus Laelaps (Arachnida: Acarina: Parasitidae). Microentomology, 12:2–21.

GREGSON, J. D. 1956. The Ixodoidea of Canada. Publ. Canada Dept. Agric., Sci. Ser., Entomol. Div., 930:1–92.

GRESBRINK, R. A., AND D. D. HOPKINS. 1982. Siphonaptera: host records from Crater Lake National Park, Oregon. Northwest Sci., 56:176–179.

GYORKOS, T. W., AND D. F. J. HILTON. 1982a. Range extensions for some ectoparasites from rodents of southeastern Quebec. Canadian J. Zool., 60:486–488.

———. 1982b. The prevalence and distribution patterns of ectoparasites from wild rodents in southeastern Québec. Nat. Canadien (Rev. Écol. Syst.), 109:139–145.

HAAS, G. E. 1973. Morphological notes on some Siphonaptera (Leptopsyllidae and Ceratophyllidae) of New Mexico. Amer. Midland Nat., 90:246–252.

HAAS, G. E., AND N. WILSON. 1973. Siphonaptera of Wisconsin. Proc. Entomol. Soc. Washington, 75:302–314.

HAAS, G. E., R. E. BARRETT, AND N. WILSON. 1978. Siphonaptera from mammals in Alaska. Canadian J. Zool., 56:333–338.

HAAS, G. E., R. P. MARTIN, M. SWICKARD, AND B. E. MILLER. 1973. Siphonaptera-mammal relationships in northcentral New Mexico. J. Med. Entomol., 10:281–289.

HAAS, G. E., T. RUMFELT, L. JOHNSON, AND N. WILSON. 1979. Siphonaptera from mammals in Alaska. Supplement I. Canadian J. Zool., 57:1822–1825.

HAAS, G. E., N. WILSON, R. L. ZARNKE, R. E. BARRETT, AND T. RUMFELT. 1982. Siphonaptera from mammals in Alaska. Supplement III. Western Alaska. Canadian J. Zool., 60:729–732.

HALL, J. E., AND B. SONNENBERG. 1955. Some helminth parasites of rodents from localities in Maryland and Kentucky. J. Parasitol., 41:640–641.

HAMILTON, W. J., JR. 1930. Notes on the mammals of Breathitt County, Kentucky. J. Mamm., 11:306–311.

———. 1938. Life history notes on the northern pine mouse. J. Mamm., 19:163–170.

HANSEN, C. G. 1964. Ectoparasites of mammals from Oregon. Great Basin Nat., 24:75–81.

HANSEN, M. F. 1947. Three anoplocephalid cestodes from the prairie meadow vole, with description of *Andrya microti* n. sp. Trans. Amer. Microscopical Soc., 66:279–282.

———. 1950. A new dilepidid tapeworm and notes on other tapeworms of rodents. Amer. Midland Nat., 43:471–479.

HARDY, J. L., W. C. REEVES, R. P. SCRIVANI, AND D. R. ROBERTS. 1974. Wild mammals as hosts of group A and group B arboviruses in Kern County, California: a five-year serologic and virologic survey. Amer. J. Trop. Med. Hyg., 23:1165–1177.

BLM_0052559

514  *Timm*

HARKEMA, R. 1936. The parasites of some North Carolina rodents. Ecol. Monogr., 6:153–232.

HARLAN, H. J., AND D. B. PALMER, JR. 1974. Ectoparasites of mammals and birds from Fort Bragg, North Carolina. J. Elisha Mitchell Sci. Soc., 90: 141–144.

HARPER, F. 1929. Notes on the mammals of the Adirondacks. New York State Mus. Handb., 8:51–118.

————. 1956. The mammals of Keewatin. Misc. Publ. Mus. Nat. Hist., Univ. Kansas, 12:1–94.

————. 1961. Land and fresh-water mammals of the Ungava Peninsula. Misc. Publ. Mus. Nat. Hist., Univ. Kansas, 27:1–178.

HARRAH, E. C. 1922. North American monostomes, primarily from fresh water hosts. Illinois Biol. Monogr., 7:1–106.

HARTWELL, W. V., S. F. QUAN, K. G. SCOTT, AND L. KARTMAN. 1958. Observations on flea transfer between hosts; a mechanism in the spread of bubonic plague. Science, 127:814.

HARWOOD, P. D. 1939. Notes on Tennessee helminths. IV. North American trematodes of the subfamily Notocotylinae. J. Tennessee Acad. Sci., 14:421–437.

HAYS, K. L., AND F. E. GUYTON. 1958. Parasitic mites (Acarina: Mesostigmata) from Alabama mammals. J. Econ. Entomol., 51:259–260.

HENSLEY, M. S. 1976. Prevalence of cuterebrid parasitism among woodmice in Virginia. J. Wildl. Dis., 12:172–179.

HERRIN, C. S. 1970. A systematic revision of the genus *Hirstionyssus* (Acari: Mesostigmata) of the Nearctic region. J. Med. Entomol., 7:391–437.

HERTIG, M., AND C. SMILEY. 1937. The problem of controlling woodticks on Martha's Vineyard. Vineyard Gaz., 15 Jan., pp. 1–7.

HNATIUK, J. M. 1966. First occurrence of Echinococcus multilocularis Leuckart, 1863 in Microtus pennsylvanicus in Saskatchewan. Canadian J. Zool., 44: 493.

HOFFMANN, A., I. B. DE BARRERA, AND C. MÉNDEZ. 1972. Nuevos hallazgos de ácaros en México. Rev. Soc. Mex. Hist. Nat., 33:151–159.

HOLDENRIED, R., AND H. B. MORLAN. 1956. A field study of wild mammals and fleas of Santa Fe County, New Mexico. Amer. Midland Nat., 55:369–381.

HOLDENRIED, R., F. C. EVANS, AND D. S. LONGANECKER. 1951. Host-parasite-disease relationships in a mammalian community in the central coast range of California. Ecol. Monogr., 21:1–18.

HOLLAND, G. P. 1941. Further records of Siphonaptera for British Columbia. Proc. Entomol. Soc. British Columbia, 37:10–14.

————. 1949a. The Siphonaptera of Canada. Tech. Bull., Canadian Dept. Agric., Ottawa, 817:1–306.

————. 1949b. A revised check list of the fleas of British Columbia. Proc. Entomol. Soc. British Columbia, 45:7–14.

————. 1950. Notes on *Megabothris asio* (Baker) and *M. calcarifer* (Wagner) with the description of a new subspecies (Siphonaptera: Ceratophyllidae). Canadian Entomol., 82:126–133.

————. 1951. A note on the occurrence of *Catallagia dacenkoi* Ioff in North America, with the description of a Nearctic subspecies (Siphonaptera: Neopsyllidae). Canadian Entomol., 83:156–160.

————. 1952a. Notes on some Siphonaptera from Canada. Canadian Entomol., 84:65–73.

BLM_0052560

*Parasites*   515

———. 1952*b*.  Descriptions of fleas from northern Canada (Siphonaptera). Canadian Entomol., 84:297–308.
———. 1957.  Notes on the genus *Hystrichopsylla* Rothschild in the New World, with descriptions of one new species and two new subspecies (Siphonaptera: Hystrichopsyllidae). Canadian Entomol., 89:309–324.
———. 1958.  Distribution patterns of northern fleas (Siphonaptera). Proc. Tenth Internatl. Congr. Entomol., 1:645–658.
———. 1963.  Faunal affinities of the fleas (Siphonaptera) of Alaska: with an annotated list of species. Pp. 45–63, *in* Pacific basin biogeography (J. L. Gressitt, ed.). Bishop Mus. Press, Honolulu, Hawaii, 563 pp.
HOLLAND, G. P., AND A. H. BENTON.  1968.  Siphonaptera from Pennsylvania mammals. Amer. Midland Nat., 80:252–261.
HOLLIMAN, R. B., AND B. J. MEADE.  1980.  Native trichinosis in wild rodents in Henrico County, Virginia. J. Wildl. Dis., 16:205–207.
HOOGSTRAAL, H.  1981.  Changing patterns of tickborne diseases in modern society. Ann. Rev. Entomol., 26:75–99.
HOOKER, W. A., F. C. BISHOPP, AND H. P. WOOD.  1912.  The life history and bionomics of some North American ticks. Bull. U.S. Dept. Agric. Bur. Entomol., 106:1–239.
HOPKINS, G. H. E., AND M. ROTHSCHILD.  1962.  An illustrated catalogue of the Rothschild collection of fleas (Siphonaptera) in the British Museum (Natural History) with keys and short descriptions for the identification of families, genera, and subspecies of the order. III. Hystrichopsyllidae (Acedestiinae, Anomiopsyllinae, Hystrichopsyllinae, Neopsyllinae, Rhadinopsyllinae and Stenoponiinae). British Mus. (Nat. Hist.) Publ., 410:1–560.
———. 1966.  An illustrated catalogue. . . . IV. Hystrichopsyllidae (Ctenophthalminae, Dinopsyllinae, Doratopsyllinae and Listropsyllinae). British Mus. (Nat. Hist.) Publ., 652:1–549.
———. 1971.  An illustrated catalogue. . . . V. Leptopsyllidae and Ancistropsyllidae. British Mus. (Nat. Hist.) Publ., 706:1–530.
HOPLA, C. E.  1965*a*.  Alaskan hematophagous insects, their feeding habits and potential as vectors of pathogenic organisms. I: The Siphonaptera of Alaska. Arctic Aeromed. Tech. Rept., 64(12):1–344.
———. 1965*b*.  Ecology and epidemiology research studies in Alaska: a report of field collections and laboratory diagnostic assay. Univ. Oklahoma Res. Inst., 1471:1–242.
———. 1980.  Fleas as vectors of tularemia in Alaska. Pp. 287–300, *in* Fleas (R. Traub and H. Starcke, eds.). Proc. Internatl. Conf. Fleas. A. A. Balkema, Rotterdam, 420 pp.
HUBBARD, C. A.  1940*a*.  American mole and shrew fleas (a new genus, three new species). Pacific Univ. Bull., 37(2):1–12.
———. 1940*b*.  A review of the western fleas of the genus Malaraeus with one new species and the description of a new Thrassis from Nevada. Pacific Univ. Bull., 37(6):1–4.
———. 1941*a*.  The fleas of rare western mice. Pacific Univ. Bull., 37(9A):1–4.
———. 1941*b*.  History of the flea genus Micropsylla. Pacific Univ. Bull., 37(10):1–4.
———. 1947.  Fleas of western North America. Iowa State College Press, Ames, 533 pp.
———. 1949*a*.  Fleas in the collection of the Royal Ontario Museum of Zoology. Canadian Entomol., 81:11–12.

516   *Timm*

————. 1949*b*. Additional data upon the fleas of the sagebrush vole. Entomol. News, 60:169–174.

————. 1949*c*. Fleas of the State of Nevada. Bull. S. California Acad. Sci., 48: 115–128.

————. 1960. A packet of fleas from Alaska. Entomol. News, 71:245–247.

HUNTER, D. M., R. M. F. S. SADLEIR, AND J. M. WEBSTER. 1972. Studies on the ecology of cuterebrid parasitism in deermice. Canadian J. Zool., 50: 25–29.

HUNTER, W. D., AND F. C. BISHOPP. 1911. The Rocky Mountain spotted-fever tick, with special reference to the problem of its control in the Bitter Root Valley in Montana. Bull. U.S. Dept. Agric. Bur. Entomol., 105:1–47.

IGNOFFO, C. M. 1956. Notes on louse-host associations of the Great Salt Lake Desert with keys to the lice. Great Basin Nat., 16:9–17.

————. 1959. Key and notes to the Anoplura of Minnesota. Amer. Midland Nat., 61:470–479.

IVERSON, S. L., AND B. N. TURNER. 1968. The effect of *Cuterebra* spp. on weight, survival and reproduction in *Microtus pennsylvanicus*. Manitoba Entomol., 2:70–75.

JACOBSEN, B. 1966. Unidentified *Cuterebra* in mice and voles. Proc. Entomol. Soc. Manitoba, 22:29.

JAMESON, E. W., JR. 1943*a*. Notes on some fleas of New York state. Canadian Entomol., 75:177.

————. 1943*b*. Notes on the habits and siphonapterous parasites of the mammals of Welland County, Ontario. J. Mamm., 24:194–197.

————. 1947. Natural history of the prairie vole (mammalian genus *Microtus*). Univ. Kansas Publ., Mus. Nat. Hist., 1:125–151.

————. 1950. Catallagia mathesoni, a new hystrichopsyllid flea (Siphonaptera) from California. J. Kansas Entomol. Soc., 23:94–96.

JAMESON, E. W., JR., AND J. M. BRENNAN. 1957. An environmental analysis of some ectoparasites of small forest mammals in the Sierra Nevada, California. Ecol. Monogr., 27:45–54.

JELLISON, W. L., AND C. M. SENGER. 1973. Fleas of Montana. Res. Rept., Montana Agric. Exp. Sta., 29:1–79.

————. 1976. Fleas of western North America except Montana in the Rocky Mountain Laboratory collection. Pp. 55–136, *in* Papers in honor of Jerry Flora (H. C. Taylor, Jr. and J. Clark, eds.). Western Washington State College, Bellingham, 281 pp.

JELLISON, W. L., J. F. BELL, AND C. R. OWEN. 1959. Mouse disease studies. Pp. 71–80, *in* The Oregon meadow mouse irruption of 1957–1958. Bull. Oregon State College, Corvallis, 88 pp.

JELLISON, W. L., ET AL. 1958. Preliminary observations on diseases in the 1957–58 outbreak of Microtus in western United States. Trans. Twenty-third N. Amer. Wildl. Conf., 137–145.

JENKINS, D. W. 1949. Trombiculid mites affecting man IV. Revision of Eutrombicula in the American hemisphere. Ann. Entomol. Soc. Amer., 42:289–318.

JOHNSON, D. E. 1966. Ticks of Dugway Proving Ground and vicinity and their host associations. Proc. Utah Acad. Sci. Arts Letters, 43:49–66.

JOHNSON, P. T. 1961. A revision of the species of *Monopsyllus* Kolenati in North America (Siphonaptera, Ceratophyllidae). Tech. Bull., U.S. Dept. Agric., 1227:1–69.

JOHNSON, P. T., AND R. TRAUB. 1954. Revision of the flea genus Peromyscopsylla. Smithsonian Misc. Coll., 123(4):1–68.

JONES, G. S., AND H. H. THOMAS. 1980. Ticks from mammals from Prince Edward Island, New Brunswick, northern Nova Scotia, and Gaspé Peninsula, Quebec. Canadian J. Zool., 58:1394–1397.

JORDAN, K. 1928. Siphonaptera collected during a visit to the eastern United States of North America in 1927. Novitates Zool., 34:178–188.

———. 1929. On a small collection of Siphonaptera from the Adirondacks, with a list of the species known from the state of New York. Novitates Zool., 35:168–177.

———. 1932. Siphonaptera collected by Mr. Harry S. Swarth at Atlin in British Columbia. Novitates Zool., 38:253–255.

———. 1933. Records of Siphonaptera from the state of New York. Novitates Zool., 39:62–65.

JORDAN, K., AND N. C. ROTHSCHILD. 1913. On the genus *Amphipsylla*, Wagn. (1909). Zoologist, 17:401–410.

JOYCE, C. R., AND G. W. EDDY. 1944. A list of fleas (Siphonaptera) collected at Tama, Iowa. Iowa State College J. Sci., 18:209–215.

JUDD, W. W. 1950. Mammal host records of Acarina and Insecta from the vicinity of Hamilton, Ontario. J. Mamm., 31:357–358.

———. 1953. Mammal host records of Acarina and Insecta from the vicinity of London, Ontario. J. Mamm., 34:137–139.

———. 1954. Some records of ectoparasitic Acarina and Insecta from mammals in Ontario. J. Parasitol., 40:483–484.

KARDOS, E. H. 1954. Biological and systematic studies on the subgenus *Neotrombicula* (genus *Trombicula*) in the central United States (Acarina, Trombiculidae). Univ. Kansas Sci. Bull., 36:69–123.

KARTMAN, L. 1958. An insecticide-bait-box method for the control of sylvatic plague vectors. J. Hyg., 56:455–465.

———. 1960. Further observations on an insecticide-bait-box meth DDT powder. J. Hyg., 58:119–124.

KARTMAN, L., AND F. M. PRINCE. 1956. Studies on *Pasteurella pestis* in fleas. V. The experimental plague-vector efficiency of wild rodent fleas compared with *Xenopsylla cheopis*, together with observations on the influence of temperature. Amer. J. Trop. Med. Hyg., 5:1058–1070.

KARTMAN, L., V. I. MILES, AND F. M. PRINCE. 1958a. Ecological studies of wild rodent plague in the San Francisco Bay area of California. Amer. J. Trop. Med. Hyg., 7:112–124.

KARTMAN, L., F. M. PRINCE, AND S. F. QUAN. 1958c. Studies on *Pasteurella pestis* in fleas. VII. The plague-vector efficiency of *Hystrichopsylla linsdalei* compared with *Xenopsylla cheopis* under experimental conditions. Amer. J. Trop. Med. Hyg., 7:317–322.

KARTMAN, L., S. F. QUAN, AND V. I. MILES. 1960. Ecological studies of wild rodent plague in the San Francisco Bay area of California. V. The distribution of naturally infected fleas during an epizootic in relation to their infection rates. Amer. J. Trop. Med. Hyg., 9:96–100.

KARTMAN, L., F. M. PRINCE, S. F. QUAN, AND H. E. STARK. 1958d. New knowledge on the ecology of sylvatic plague. Ann. New York Acad. Sci., 70:668–711.

KARTMAN, L., K. F. MURRAY, F. M. PRINCE, S. F. QUAN, AND M. A. HOLMES. 1958b. Public health implications of the Microtus outbreak in Oregon and California during 1957–1958. California Vector News, 5:19–24.

KEEGAN, H. L. 1951. The mites of the subfamily Haemogamasinae (Acari: Laelaptidae). Proc. U.S. Natl. Mus., 101:203–268.

KEIRANS, J. E., AND C. M. CLIFFORD. 1978. The genus *Ixodes* in the United

BLM_0052563

518   *Timm*

States: A scanning election microscope study and key to the adults. J. Med. Entomol. Suppl., 2:1–149.

——. 1983. *Ixodes (Pholeoixodes) eastoni* n. sp. (Acari: Ixodidae), a parasite of rodents and insectivores in the Black Hills of South Dakota, USA. J. Med. Entomol., 20:90–98.

KELLOGG, V. L., AND G. F. FERRIS. 1915. The Anoplura and Mallophaga of North American mammals. Leland Stanford Junior Univ. Publ., Univ. Ser., 20:1–74.

KINSELLA, J. M. 1967. Helminths of Microtinae in western Montana. Canadian J. Zool., 45:269–274.

KINSELLA, J. M., AND D. L. PATTIE. 1967. Ectoparasites of small mammals of the alpine Beartooth Plateau, Wyoming. Canadian J. Zool., 45:233–235.

KIRKLAND, G. L., JR., AND F. J. JANNETT, JR. 1982. *Microtus chrotorrhinus.* Mamm. Species, 180:1–5.

KNIPPING, P. A., B. B. MORGAN, AND R. J. DICKE. 1950a. Notes on the distribution of Wisconsin ticks. Trans. Wisconsin Acad. Sci. Arts Letters, 40:185–197.

——. 1950b. Preliminary list of some fleas from Wisconsin. Trans. Wisconsin Acad. Sci. Arts Letters, 40:199–206.

KOK, N. J. J., F. S. LUKOSCHUS, AND F. V. CLULOW. 1971. Three new itch mites from Canadian small mammals (Acarina: Psorergatidae). Canadian J. Zool., 49:1239–1248.

KOMAREK, E. V., AND R. KOMAREK. 1938. Mammals of the Great Smoky Mountains. Bull. Chicago Acad. Sci., 5:137–162.

KUNS, M. L., AND R. RAUSCH. 1950. An ecological study of helminths of some Wyoming voles (*Microtus* spp.) with a description of a new species of *Nematospiroides* (Heligmosomidae: Nematoda). Zoologica, 35:181–188.

LAMPE, R. P., J. K. JONES, JR., R. S. HOFFMANN, AND E. C. BIRNEY. 1974. The mammals of Carter County, southeastern Montana. Occas. Papers Mus. Nat. Hist., Univ. Kansas, 25:1–39.

LARROUSE, F., A. G. KING, AND S. B. WOLBACH. 1928. The overwintering in Massachusetts of Ixodiphagus caucurtei. Science, 67:351–353.

LAVOIPIERRE, M. M. J. 1964. Mange mites of the genus *Notoedres* (Acari: Sarcoptidae) with descriptions of two new species and remarks on notoedric mange in the squirrel and the vole. J. Med. Entomol., 1:5–17.

LAWRENCE, W. H., K. L. HAYS, AND S. A. GRAHAM. 1965. Arthropodous ectoparasites from some northern Michigan mammals. Occas. Papers Mus. Zool., Univ. Michigan, 639:1–7.

LAYNE, J. N. 1958. Records of fleas (Siphonaptera) from Illinois mammals. Nat. Hist. Misc., Chicago Acad. Sci., 162:1–7.

LEE, C., AND D. J. HORVATH. 1969. Management of the meadow vole (*Microtus pennsylvanicus*). Lab. Anim. Care, 19:88–91.

LEIBY, P. D. 1962. Helminth parasites recovered from some rodents in southeastern Idaho. Amer. Midland Nat., 67:250.

——. 1965. Cestode in North Dakota: Echinococcus in field mice. Science, 150:763.

LEIBY, P. D., AND F. H. WHITTAKER. 1966. Occurrence of *Taenia crassiceps* in the conterminous United States. J. Parasitol., 52:786.

LEIBY, P. D., W. P. CARNEY, AND C. E. WOODS. 1970. Studies on sylvatic echinococcosis. III. Host occurrence and geographic distribution of *Echinococcus multilocularis* in the north central United States. J. Parasitol., 56:1141–1150.

LEWIS, R. E. 1975. Notes on the geographical distribution and host preferences in the order Siphonaptera. Part 6. Ceratophyllidae. J. Med. Entomol., 11:658–676.

BLM_0052564

LICHTENFELS, J. R., AND A. J. HALEY. 1968. New host records of intestinal nematodes of Maryland rodents and suppression of *Capillaria bonnevillei* Grundmann and Frandsen, 1960 as a synonym of *C. americana* Read, 1949. Proc. Helminthol. Soc. Washington, 35:206–211.

LIDICKER, W. Z., JR. 1973. Regulation of numbers in an island population of the California vole, a problem in community dynamics. Ecol. Monogr., 43:271–302.

LINSDALE, J. M., AND B. S. DAVIS. 1956. Taxonomic appraisal and occurrence of fleas at the Hastings Reservation in central California. Univ. California Publ. Zool., 54:293–370.

LINZEY, D. W., AND A. V. LINZEY. 1973. Notes on parasites of small mammals from Great Smoky Mountains National Park, Tennessee–North Carolina. J. Elisha Mitchell Sci. Soc., 89:120.

LOCHMILLER, R. L., R. M. ROBINSON, AND R. L. KIRKPATRICK. 1982a. Infection of *Microtus pinetorum* with the nematode *Capillaria gastrica* (Baylis, 1926) Baylis, 1931. Proc. Helminthol. Soc. Washington, 49:321–323.

LOCHMILLER, R. L., E. J. JONES, J. B. WHELAN, AND R. L. KIRKPATRICK. 1982b. The occurrence of *Taenia taeniaeformis* strobilocerci in *Microtus pinetorum*. J. Parasitol., 68:975–976.

LOOMIS, R. B. 1956. The chigger mites of Kansas (Acarina, Trombiculidae). Univ. Kansas Sci. Bull., 37:1195–1443.

LOVEJOY, D. A., AND P. J. GAUGHAN. 1975. Notes on a collection of mammal-fleas from New Hampshire. Entomol. News, 86:145–149.

LUBINSKY, G. 1957. List of helminths from Alberta rodents. Canadian J. Zool., 35:623–627.

LUBINSKY, G., B. R. JACOBSEN, AND R. W. BARON. 1971. Wildlife foci of *Capillaria hepatica* infections in Manitoba. Canadian J. Zool., 49:1201–1202.

LUDWIG, D. R. 1984. *Microtus richardsoni*. Mamm. Species, 223:1–6.

MACCHIAVELLO, A. 1954. Reservoirs and vectors of plague. B. Plague reservoirs and other animals susceptible to plague infection either spontaneously or experimentally. Trop. Med. Hyg., 57:158–171.

MACCREARY, D. 1940. Meadow mouse is the preferred host of the spotted fever tick in Delaware. Delaware Agric. Exp. Sta. Bull., 227:229–230.

———. 1945a. Some ectoparasites, excluding Ixodoidea, of Delaware mammals. J. Econ. Entomol., 38:126–127.

———. 1945b. Ticks of Delaware, with special reference to *Dermacentor variabilis* (Say) vector of Rocky Mountain spotted fever. Delaware Agric. Exp. Sta. Bull., 252:1–22.

MAGNARELLI, L. A., ET AL. 1983. Rickettsiae-infected ticks (Acari: Ixodidae) and seropositive mammals at a focus for Rocky Mountain spotted fever in Connecticut, USA. J. Med. Entomol., 20:151–156.

MAIN, A. J. 1970. Distribution, seasonal abundance and host preference of fleas in New England. Proc. Entomol. Soc. Washington, 72:73–89.

———. 1983. Fleas (Siphonaptera) on small mammals in Connecticut, USA. J. Med. Entomol., 20:33–39.

MAIN, A. J., A. B. CAREY, M. G. CAREY, AND R. H. GOODWIN. 1982. Immature *Ixodes dammini* (Acari: Ixodidae) on small mammals in Connecticut, USA. J. Med. Entomol., 19:655–664.

MAIN, A. J., A. B. CAREY, M. G. CAREY, AND V. A. NELSON. 1979. Additional records of Siphonaptera in southern New England. Entomol. News, 90:135–140.

MANISCHEWITZ, J. R. 1966. Studies on parasitic mites of New Jersey. J. New York Entomol. Soc., 74:189–197.

MANVILLE, R. H. 1949. A study of small mammal populations in northern Michigan. Misc. Publ. Mus. Zool., Univ. Michigan, 73:1–83.

BLM_0052565

520  *Timm*

————. 1961. Cutaneous myiasis in small mammals. J. Parasitol., 47:646.

MARTELL, A. M., R. E. YESCOTT, D. G. DODDS. 1969. Some records for Ixodidae of Nova Scotia. Canadian J. Zool., 47:183–184.

MARTIN, R. L. 1972. Parasites and diseases of the rock vole. Occas. Papers, Biol. Sci. Ser., Univ. Connecticut, 2:107–113.

MASER, C., AND E. F. HOOVEN. 1971. New host and locality records for *Leptinus testaceus* Muller in western Oregon (Coleoptera: Leptinidae). Coleopterists Bull., 25:119–120.

MATHEWSON, J. A., AND K. E. HYLAND. 1962. The ectoparasites of Rhode Island mammals. II. A collection of Anoplura from non-domestic hosts (Anoplura). J. New York Entomol. Soc., 70:167–174.

————. 1964. The ectoparasites of Rhode Island mammals. III. A collection of fleas from nondomestic hosts (Siphonaptera). J. Kansas Entomol. Soc., 37:157–163.

MAURER, F. W., JR., AND J. E. SKALEY. 1968. Cuterebrid infestation of *Microtus* in eastern North Dakota, Pennsylvania, and New York. J. Mamm., 49:773–774.

McBEE, R. H., JR. 1977. Varying prevalence of *Taenia taeniaeformis* strobilocerci in *Microtus pennsylvanicus* of Montana. Great Basin Nat., 37:252.

McDANIEL, B. 1979. Host records of ectoparasites from small mammals of South Dakota. Southwestern Nat., 24:689–691.

McDANIEL, B., J. P. SHOEMAKER, AND S. J. JOY. 1967. The discovery of Listrophorus leuckarti Pagenstecher on Microtus pennsylvanicus pennsylvanicus from North America (Acarina: Listrophoridae). Proc. Entomol. Soc. Washington, 69:340–343.

McENROE, W. D. 1983. The role of the summer cohort in the population regulation of the two cohort cycle of Dermacentor variabilis (Say). Folia Parasitol., 30:163–168.

McINTOSH, A., AND G. E. McINTOSH. 1934. A new trematode, *Notocotylus bassalli* n. sp. (Notocotylidae), from a meadow mouse. Proc. Helminthol. Soc. Washington, 2:80.

McPHERSON, S. E., AND J. D. TINER. 1952. A new nematode (*Rictularia microti*) from a vole on St. Lawrence Island, Alaska. Nat. Hist. Misc., Chicago Acad. Sci., 108:1–7.

MEGGITT, F. J. 1924. The cestodes of mammals. Frommannsche Buchdr. (H. Pohle), Jena, D.D.R., 282 pp.

MELLOTT, J. L., AND W. A. CONNELL. 1965. A preliminary list of Delaware Acarina. Trans. Amer. Entomol. Soc., 91:85–94.

MILES, V. I., A. R. KINNEY, AND H. E. STARK. 1957. Flea-host relationships of associated *Rattus* and native wild rodents in the San Francisco Bay area of California, with special reference to plague. Amer. J. Trop. Med. Hyg., 6:752–760.

MILLER, D. H., AND A. H. BENTON. 1973. An annotated list of the Siphonaptera of Connecticut. J. New York Entomol. Soc., 81:210–213.

MITZMAIN, M. B. 1909. List of the Siphonaptera of California. Canadian Entomol., 41:197–204.

MOHR, C. O., AND W. A. STUMPF. 1964. Louse and chigger infestations as related to host size and home ranges of small mammals. Trans. Twenty-ninth N. Amer. Wildl. Nat. Res. Conf., 29:181–195.

MOHR, C. O., D E. BECK, AND E. P. BRINTON. 1964. Observations on host-parasite relationships and seasonal history of ticks in San Mateo County, California. Great Basin Nat., 24:1–6.

BLM_0052566

MORLAN, H. B. 1952. Host relationships and seasonal abundance of some southwest Georgia ectoparasites. Amer. Midland Nat., 48:74–93.

———. 1955. Mammal fleas of Santa Fe County, New Mexico. Texas Rept. Biol. Med., 13:93–125.

MORLAN, H. B., AND C. C. HOFF. 1957. Notes on some Anoplura from New Mexico and Mexico. J. Parasitol., 43:347–351.

MUMFORD, R. E., AND J. O. WHITAKER, JR. 1982. Mammals of Indiana. Indiana Univ. Press, Bloomington, 537 pp.

MURRAY, K. F. 1957. An ecological appraisal of host-ectoparasite relationships in a zone of epizootic plague in central California. Amer. J. Trop. Med. Hyg., 6:1068–1086.

NUTTING, W. B., AND C. E. DESCH, JR. 1979. Relationships between mammalian and demodicid phylogeny. Pp. 339–345, *in* Recent advances in acarology, Vol. II (J. G. Rodriguez, ed.). Academic Press, New York, 569 pp.

OCONNOR, B. M. 1978. A redescription of *Speleorodens michigenesis* (Ford) n. comb. (Acari: Ereynetidae), a nasal mite of microtine rodents, with comments on generic relationships in the Speleognathinae. J. New York Entomol. Soc., 86:123–129.

OHBAYASHI, M. 1971. *Hepatozoon sp.* in northern voles, *Microtus oeconomus*, on St. Lawrence Island, Alaska. J. Wildl. Dis., 7:49–51.

OSBORN, H. 1896. Insects affecting domestic animals: an account of the species of importance in North America, with mention of related forms occurring on other animals. U.S. Dept. Agric. Div. Entomol. Bull. 5:1–302.

OSGOOD, F. L., JR. 1964. Fleas of Vermont. J. New York Entomol. Soc., 72:29–33.

PALMER, D. B., JR., AND C. W. WINGO. 1972. Siphonaptera occurring on Missouri mammals. Trans. Missouri Acad. Sci., 6:43–55.

PARKER, R. R., AND R. W. WELLS. 1917. Some facts of importance concerning the Rocky Mountain spotted fever tick, (*Dermacentor venustus* Banks) in eastern Montana. Bienn. Rept. Montana State Bd. Entomol., 1915–1916:45–56.

PARKER, R. R., C. B. PHILIP, AND W. L. JELLISON. 1933. Rocky Mountain spotted fever. Potentialities of tick transmission in relation to geographical occurrence in the United States. Amer. J. Trop. Med., 13:341–380.

PECK, S. B. 1982. A review of the ectoparasitic *Leptinus* beetles of North America (Coleoptera: Leptinidae). Canadian J. Zool., 60:1517–1527.

PLATT, T. R. 1978. A report of *Polymorphus paradoxus* (Acanthocephala) in *Microtus pennsylvanicus* from Hastings Lake, Alberta (Canada). Proc. Helminthol. Soc. Washington, 45:255.

POINAR, G. O., JR. 1965. Life history of *Pelodera strongyloides* (Schneider) in the orbits of murid rodents in Great Britain. Proc. Helminthol. Soc. Washington, 32:148–151.

POORBAUGH, J. H., AND H. T. GIER. 1961. Fleas (Siphonaptera) of small mammals in Kansas. J. Kansas Entomol. Soc., 34:198–204.

PRICE, H. F. 1931. Life-history of *Schistosomatium douthitti* (Cort). Amer. J. Hyg., 13:685–727.

QUACKENBUSH, R. E. 1971. Fleas from Windham County, Vermont (Siphonaptera). J. New York Entomol. Soc., 79:15–18.

QUAN, S. F., V. I. MILES, AND L. KARTMAN. 1960a. Ecological studies of wild rodent plague in the San Francisco Bay area of California. III. The natural infection rates with *Pasteurella pestis* in five flea species during an epizootic. Amer. J. Trop. Med. Hyg., 9:85–90.

BLM_0052567

522   *Timm*

QUAN, S. F., L. KARTMAN, F. M. PRINCE, AND V. I. MILES. 1960*b*. Ecological studies of wild rodent plague in the San Francisco Bay area of California. IV. The fluctuation and intensity of natural infection with *Pasteurella pestis* in fleas during an epizootic. Amer. J. Trop. Med. Hyg., 9:91–95.

QUAY, W. B. 1949. Further description of *Polyplax alaskensis* Ewing (Anoplura). Psyche, 56:180–183.

. 1951. Observations on mammals of the Seward Peninsula, Alaska. J. Mamm., 32:88–99.

QUENTIN, J.-C. 1971. Sur les modalités d'évolution chez quelques lignées d'Helminthes de rongeurs Muroidea. Cah. O.R.S.T.O.M., Ser. Entomol. Med. Parasitol. IX, 2:103–176.

RACE, S. R. 1956. The Anoplura of New Jersey. J. New York Entomol. Soc., 64: 173–184.

RADFORD, C. D. 1954. The larval genera and species of "harvest mites" (Acarina: Trombiculidae). Parasitology, 44:247–276.

. 1955. Some new and little-known mites of the genus *Myocoptes* (Claparede (Acarina: Listrophoridae). Parasitology, 45:275–286.

RADOVSKY, F. J. 1960*a*. *Haemogamasus liponyssoides hesperus*, n. ssp., with a discussion of the *H. liponyssoides* complex (Acarina: Haemogamasidae). J. Parasitol., 46:401–409.

. 1960*b*. Biological studies on *Haemogamasus liponyssoides* Ewing (Acarina: Haemogamasidae). J. Parasitol., 46:410–417.

RANKIN, J. S., JR. 1945. Ecology of the helminth parasites of small mammals collected from Northrup Canyon, upper Grand Coulee, Washington. Murrelet, 26:11–14.

RAPP, W. F., JR. 1962. Distributional notes on parasitic mites. Acarologia, 4: 31–33.

RAPP, W. F., JR. AND D. B. GATES. 1957. A distributional check-list of the fleas of Nebraska. J. Kansas Entomol. Soc., 30:50–53.

RAUSCH, R. L. 1946. *Paranoplocephala troeschi*, new species of cestode from the meadow vole, *Microtus p. pennsylvanicus* Ord. Trans. Amer. Microscopical Soc., 65:354–356.

. 1952*a*. Studies on the helminth fauna of Alaska. XI. Helminth parasites of microtine rodents—taxonomic considerations. J. Parasitol., 38:415–444.

. 1952*b*. Helminths from the round-tailed muskrat, *Neofiber alleni nigrescens* Howell, with descriptions of two new species. J. Parasitol., 38:151–156.

. 1957. Distribution and specificity of helminths in microtine rodents: evolutionary implications. Evolution, 11:361–368.

. 1964. The specific status of the narrow-skulled vole (subgenus *Stenocranius* Kashchenko) in North America. Z. Saugetierk., 29:343–358.

. 1976. The genera *Paranoplocephala* Lühe, 1910 and *Anoplocephaloides* Baer, 1923 (Cestoda: Anoplocephalidae), with particular reference to species in rodents. Ann. Parasitol. Human Comp., 51:513–562.

. 1977. The specific distinction of *Taenia twitchelli* Schwartz, 1924 from *T. martis* (Zeder, 1803) (Cestoda: Taeniidae). Pp. 357–366, *in* Excerta parasitológica en memoria del Dr. Eduardo Caballero y Caballero (B. Villa-R., ed.). Univ. Nac. Autó. México, Inst. Biol., Pub. Espec., 4:1–553.

. 1980. Redescription of *Diandrya composita* Darrah, 1930 (Cestoda: Anoplocephalidae) from Nearctic marmots (Rodentia: Sciuridae) and the relationships of the genus *Diandrya* emend. Proc. Helminthol. Soc. Washington, 47:157–164.

RAUSCH, R. L., AND V. R. RAUSCH. 1968. On the biology and systematic position

of *Microtus abbreviatus* Miller, a vole endemic to the St. Matthew Islands, Bering Sea. Z. Saugetierk., 33:65–99.

———. 1969. Studies on the helminth fauna of Alaska. XLVII. *Sobolevingylus microti* sp. nov. (Nematoda: Pseudaliidae), a lungworm of rodents. Canadian J. Zool., 47:443–447.

RAUSCH, R. L., AND S. H. RICHARDS. 1971. Observations on parasite-host relationships of *Echinococcus multilocularis* Leuckart, 1893, in North Dakota. Canadian J. Zool., 49:1317–1330.

RAUSCH, R. L., AND E. L. SCHILLER. 1949. Some observations on cestodes of the genus *Paranoplocephala* Luehe, parasitic in North American voles (*Microtus* spp.). Proc. Helminthol. Soc. Washington, 16:23–31.

———. 1951. Hydatid disease (*Echinococcosis*) in Alaska and the importance of rodent intermediate hosts. Science, 113:57–58.

———. 1954. Studies on the helminth fauna of Alaska. XXIV. *Echinococcus sibiricensis* n. sp., from St. Lawrence Island. J. Parasitol., 40:659–662.

———. 1956. Studies on the helminth fauna of Alaska. XXV. The ecology and public health significance of *Echinococcus sibiricensis* Rausch and Schiller, 1954, on St Lawrence Island. Parasitology, 46:395–419.

RAUSCH, R. L., AND J. D. TINER. 1949. Studies on the parasitic helminths of the north central states. II. Helminths of voles (*Microtus* spp.). Amer. Midland Nat., 41:665–694.

RAUSCH, R. L., B. E. HUNTLEY, AND J. G. BRIDGENS. 1969. Notes on *Pasteurella tularensis* from a vole, *Microtus oeconomus* Pallas, in Alaska. Canadian J. Microbiol., 15:47–55.

RAUSCH, R. L., B. B. BABERO, V. R. RAUSCH, AND E. L. SCHILLER. 1956. Studies on the helminth fauna of Alaska. XXVII. The occurrence of larvae of *Trichinella spiralis* in Alaskan mammals. J. Parasitol., 42:259–271.

REDINGTON, B. C. 1971. Studies on the morphology and taxonomy of *Haemogamasus reidi* Ewing, 1925 (Acari: Mesostigmata). Acarologia, 12:643–667.

ROBBINS, R. G. 1983. Seasonal dynamics of fleas associated with the gray-tailed vole, *Microtus canicaudus* Miller, in western Oregon. J. New York Entomol. Soc., 91:348–354.

ROBBINS, R. G., AND G. D. FAULKENBERRY. 1982. A population model for fleas of the gray-tailed vole, *Microtus canicaudus* Miller. Entomol. News, 93:70–74.

ROBERT, A. 1962. Siphonapteres recoltes sur les petits rongeurs du Parc du Mont Tremblant et leurs relations avec leurs hotes. Ann. Entomol. Soc. Quebec, 7:3–18.

ROBERT, S., AND J.-M. BERGERON. 1977. Les Siphonapteres de la region de Sherbrooke, Quebec. Canadian Entomol., 109:1571–1582.

ROTHSCHILD, M., AND R. FORD. 1964. Breeding of the rabbit flea (*Spilopsyllus cuniculi* (Dale)) controlled by the reproductive hormones of the host. Nature, 201:103–104.

———. 1966. Hormones of the vertebrate host controlling ovarian regression and copulation of the rabbit flea. Nature, 211:261–266.

———. 1969. Does a pheromone-like factor from the nestling rabbit stimulate impregnation and maturation in the rabbit flea? Nature, 221:1169–1170.

ROTHSCHILD, N. C. 1904. Further contributions to the knowledge of the Siphonaptera. Novitates Zool., 11:602–653.

———. 1905. On North American *Ceratophyllus*, a genus of Siphonaptera. Novitates Zool., 12:153–174.

———. 1906. Three new Canadian fleas. Canadian Entomol., 38:321–325.

BLM_0052569

524   *Timm*

Rupes, V., and J. O. Whitaker, Jr. 1968. Mites of the subfamily Labidophorinae (Acaridae, Acarina) in North America. Acarologia, 10:493–499.

Rutledge, L. C., M. A. Moussa, B. L. Zeller, and M. A. Lawson. 1979. Field studies of reservoirs and vectors of sylvatic plague at Fort Hunter Liggett, California. J. Med. Entomol., 15:452–458.

Ryckman, R. E., and R. D. Lee. 1958. Recent collections of Mallophaga and Anoplura from southern California. Pan-Pacific Entomol., 34:35–40.

Sanford, L. G., and K. L. Hays. 1974. Fleas (Siphonaptera) of Alabama and their host relationships. Bull. Alabama Agric. Exp. Sta., Auburn Univ., 458:1–42.

Scanlon, J. E., and P. T. Johnson. 1957. On some microtine-infesting Polyplax (Anoplura). Proc. Entomol. Soc. Washington, 59:279–283.

Schad, G. A. 1954. Helminth parasites of mice in northeastern Quebec and the coast of Labrador. Canadian J. Zool., 32:215–224.

Scharf, W. C., and K. R. Stewart. 1980. New records of Siphonaptera from northern Michigan. Great Lakes Entomol., 13:165–167.

Schiefer, B. A., and J. L. Lancaster, Jr. 1970. Some Siphonaptera from Arkansas. J. Kansas Entomol. Soc., 43:177–181.

Schiller, E. L. 1952*a*. Studies on the helminth fauna of Alaska. X. Morphological variation in *Hymenolepis horrida* (von Linstow, 1901) (Cestoda: Hymenolepididae). J. Parasitol., 38:554–568.

———. 1952*b*. *Hymenolepis johnsoni*, n. sp., a cestode from the vole *Microtus pennsylvanicus drummondii*. J. Washington Acad. Sci., 42:53–55.

———. 1953. Studies on the helminth fauna of Alaska. XV. Some notes on the cysticercus of *Taenia polyacantha* Leuckart, 1856, from a vole (*Microtus oeconomus operarius* Nelson). J. Parasitol., 39:344–347.

Schiller, E. L., and R. Rausch. 1956. Mammals of the Katmai National Monument, Alaska. Arctic, 9:191–201.

Scholten, T. H., K. Ronald, and D. M. McLean. 1962. Parasite fauna of the Manitoulin Island region. I. Arthropoda parasitica. Canadian J. Zool., 40:605–606.

Schwan, T. G. 1975. Flea reinfestation on the California meadow vole (*Microtus californicus*). J. Med. Entomol., 11:760.

Seidel, D. R., and E. S. Booth. 1960. Biology and breeding habits of the meadow mouse, *Microtus montanus*, in eastern Washington. Walla Walla College Publ., 29:1–12.

Senger, C. M. 1966. Notes of fleas (Siphonaptera) from Montana. J. Kansas Entomol. Soc., 39:105–109.

Seton, E. T. 1909. Life-histories of northern animals. Vol. I. Charles Scribner's Sons, New York, 673 pp.

Shoemaker, J. P., and S. J. Joy. 1967. Some ectoparasites from West Virginia mammals, II. Proc. West Virginia Acad. Sci., 39:78–80.

Smit, F. G. A. M. 1952. A new flea from western North America (Siphonaptera, Hystrichopsyllidae, Neopsyllinae). Proc. Entomol. Soc. Washington, 54:269–273.

———. 1957. New hystrichopsyllid Siphonaptera. Bull. British Mus. (Nat. Hist.), Entomol., 6(2):1–76.

Smith, C. N. 1944. Biology of *Ixodes muris* Bishopp and Smith (Ixodidae). Ann. Entomol. Soc. Amer., 37:221–234.

Smith, C. N., M. M. Cole, and H. K. Gouck. 1946. Biology and control of the American dog tick. U.S. Dept. Agric. Tech. Bull., 905:1–74.

Sonenshine, D. E. 1972. Ecology of the American dog tick, *Dermacentor variabilis*,

BLM_0052570

*Parasites*     525

in a study area in Virginia. 1. Studies on population dynamics using radioecological methods. Ann. Entomol. Soc. Amer., 65:1164–1175.

———. 1979. Ticks of Virginia (Acari: Metastigmata). Res. Div. Bull., Virginia Polytechnic Inst. State Univ., 139:1–42.

SONENSHINE, D. E., AND E. L. ATWOOD. 1967. Dynamics of feeding of the American dog tick, *Dermacentor variabilis* (Acarina: Ixodidae). Ann. Entomol. Soc. Amer., 60:362–373.

SONENSHINE, D. E., AND G. F. LEVY. 1972. Ecology of the American dog tick, *Dermacentor variabilis*, in a study area in Virginia. 2. Distribution in relation to vegetative types. Ann. Entomol. Soc. Amer., 65:1175–1182.

SONENSHINE, D. E., AND I. J. STOUT. 1968. Use of old-field habitats by the American dog tick, *Dermacentor variabilis*. Ann. Entomol. Soc. Amer., 61:679–686.

SONENSHINE, D. E., E. L. ATWOOD, AND J. T. LAMB, JR. 1966. The ecology of ticks transmitting Rocky Mountain spotted fever in a study area in Virginia. Ann. Entomol. Soc. Amer., 59:1234–1262.

SONENSHINE, D. E., J. T. LAMB, JR., AND G. ANASTOS. 1965. The distribution, hosts and seasonal activity of Virginia ticks. Virginia J. Sci., 16:26–91.

SPENCER, G. J. 1956. North American beetles infesting mammals. Proc. Entomol. Soc. British Columbia, 53:21–22.

———. 1966. Anoplura from British Columbia and some adjacent areas. J. Entomol. Soc. British Columbia, 63:23–30.

SPICKA, E. J., AND B. M. O'CONNOR. 1980. Description and life-cycle of *Glycyphagus (Myacarus) microti* sp. n. (Acarina: Sarcoptiformes: Glycyphagidae) from *Microtus pinetorum* from New York, U.S.A. Acarologia, 21:451–476.

SPIELMAN, A., AND J. PIESMAN. 1979. Transmission of human babesiosis on Nantucket. Pp. 257–262, *in* Recent advances in acarology, Vol. II (J. G. Rodriguez, ed.). Academic Press, New York, 569 pp.

SPIELMAN, A., C. M. CLIFFORD, J. PIESMAN, AND M. D. CORWIN. 1979. Human babesiosis on Nantucket Island, USA: description of the vector, *Ixodes (Ixodes) dammini*, n. sp. (Acarina: Ixodidae). J. Med. Entomol., 15:218–234.

STANFORD, J. S. 1934. Some ectoparasites of Utah birds and mammals. Proc. Utah Acad. Sci., 11:247.

STARK, H. E. 1959. The Siphonaptera of Utah. Their taxonomy, distribution, host relations, and medical importance. U.S. Dept. Health Ed. Welfare, Publ. Health Serv., Atlanta, Georgia, 239 pp.

STARK, H. E., AND A. R. KINNEY. 1962. Abandonment of disturbed hosts by their fleas. Pan-Pacific Entomol., 38:249–251.

———. 1969. Abundance of rodents and fleas as related to plague in Lava Beds National Monument, California. J. Med. Entomol., 6:287–294.

STARK, H. E., AND V. I. MILES. 1962. Ecological studies of wild rodent plague in the San Francisco Bay area of California. VI. The relative abundance of certain flea species and their host relationships on coexisting wild and domestic rodents. Amer. J. Trop. Med. Hyg., 11:525–534.

STEWART, M. A. 1928. Siphonaptera. Pp. 868–869, *in* A list of the insects of New York with a list of the spiders and certain other allied groups (M. D. Leonard, ed.). Mem. Cornell Univ. Agric. Exp. Sta., 101:1–1121.

———. 1933. Revision of the list of Siphonaptera from New York state. J. New York Entomol. Soc., 41:253–262.

———. 1940. New Siphonaptera from California. Pan-Pacific Entomol., 16:17–28.

BLM_0052571

526   *Timm*

STILES, C. W., AND A. HASSALL. 1894. A preliminary catalogue of the parasites contained in the collection of the U.S. Bureau of Animal Industry. Vet. Mag., Philadelphia, 1894:245–253, 331–354.

STOUT, I. J. 1979. Ecology of spotted fever ticks in eastern Washington. Pp. 113–121, *in* Recent advances in acarology, Vol. II (J. G. Rodriguez, ed.). Academic Press, New York, 569 pp.

STOUT, I. J., ET AL. 1971. *Dermacentor variabilis* (Say) (Acarina: Ixodidae) established in southeastern Washington and northern Idaho. J. Med. Entomol., 8:143–147.

STRANDTMANN, R. W. 1949. The blood-sucking mites of the genus *Haemolaelaps* (Acarina: Laelaptidae) in the United States. J. Parasitol., 35:325–352.

STRANDTMANN, R. W., AND G. W. WHARTON. 1958. A manual of mesostigmatid mites parasitic on vertebrates. Inst. Acarology Contrib., 4:1–330.

SVIHLA, R. D. 1941. A list of the fleas of Washington. Univ. Washington Publ. Biol., 12:9–20.

TIMM, R. M. 1972a. Mites (Acari: Laelapidae) parasitic on the meadow vole, *Microtus pennsylvanicus*. Acarologia, 14:18–20.

———. [1972b] 1973. Comments on ectoparasites of two species of Microtus in Nebraska. Trans. Kansas Acad. Sci., 75:41–46.

———. 1974. Rediscovery of the rock vole (*Microtus chrotorrhinus*) in Minnesota. Canadian Field-Nat., 88:82.

———. 1975. Distribution, natural history, and parasites of mammals of Cook County, Minnesota. Occas. Papers Bell Mus. Nat. Hist., Univ. Minnesota, 14:1–56.

TIMM, R. M., AND E. F. COOK. 1979. The effect of bot fly larvae on reproduction in white-footed mice, Peromyscus leucopus. Amer. Midland Nat., 101:211–217.

TIMM, R. M., AND R. E. LEE, JR. 1981. Do bot flies, *Cuterebra* (Diptera: Cuterebridae), emasculate their hosts? J. Med. Entomol., 18:333–336.

———. 1982. Is host castration an evolutionary strategy of bot flies? Evolution, 36:416–417.

TIMM, R. M., L. R. HEANEY, AND D. D. BAIRD. 1977. Natural history of rock voles (*Microtus chrotorrhinus*) in Minnesota. Canadian Field-Nat., 91:177–181.

TINDALL, E. E., AND R. F. DARSIE, JR. 1961. New Delaware records for mammalian ectoparasites, including Siphonaptera host list. Bull. Brooklyn Entomol. Soc., 56:89–99.

TIPTON, V. J. 1950. New distributional records for Utah Siphonaptera. Great Basin Nat., 10:62–65.

———. 1960. The genus Laelaps with a review of the Laelaptinae and a new subfamily Alphalaelaptinae (Acarina: Laelaptidae). Univ. California Publ. Entomol., 16:233–356.

TIPTON, V. J., AND C. E. MACHADO-ALLISON. 1972. Fleas of Venezuela. Brigham Young Univ. Sci. Bull., Biol. Ser., 17(6):1–115.

TIPTON, V. J., AND E. MENDEZ. 1968. New species of fleas (Siphonaptera) from Cerro Potosi, Mexico, with notes on ecology and host parasite relationships. Pacific Insects, 10:177–214.

TIRABOSCHI, C. 1907. État actuel de la question du véhicule de la peste. Arch. Parasitol., 11:545–620.

TRAUB, R. 1950. Siphonaptera from Central America and Mexico: A morphological study of the aedeagus with descriptions of new genera and species. Fieldiana Zool. Mem., Chicago Nat. Hist. Mus., 1:1–235.

TRAUB, R., AND P. T. JOHNSON. 1952. *Atyphloceras tancitari* and *Jellisonia bonia*,

BLM_0052572

new species of fleas from Mexico (Siphonaptera). Amer. Mus. Novitates, 1558:1–19.

TRAUB, R., AND M. NADCHATRAM. 1966. A revision of the genus *Chatia* Brennan, with synonymic notes and descriptions of two new species from Pakistan (Acarina: Trombiculidae). J. Med. Entomol., 2:373–383.

TUGWELL, P., AND J. L. LANCASTER, JR. 1962. Results of a tick-host study in northwest Arkansas. J. Kansas Entomol. Soc., 35:202–211.

TURNER, R. W. 1974. Mammals of the Black Hills of South Dakota and Wyoming. Misc. Publ. Mus. Nat. Hist., Univ. Kansas, 60:1–178.

VAN CLEAVE, H. J. 1953. Acanthocephala of North American mammals. Illinois Biol. Monogr., 23(1–2):1–179.

VERTS, B. J. 1961. Observations on the fleas (Siphonaptera) of some small mammals in northwestern Illinois. Amer. Midland Nat., 66:471–476.

VOGE, M. 1948. A new anoplocephalid cestode, *Paranoplocephala kirbyi*, from *Microtus californicus californicus*. Trans. Amer. Microscopical Soc., 67:299–303.

VOGEL, H. 1957. Über den *Echinococcus multilocularis* Süddeutschlands. I. Das Bandwurmstadium von Stämmen menschlicher und tierischer Herkunft. Z. Tropenmed. Parasitol., 8:404–456.

VYSOTSKAIA, S. O. 1950. Seasonal changes in the infestation of the grey vole with lice. (In Russian) Parizibol. Sborn., Zool. Inst. Akad. Nauk SSSR, Leningrad, 12:73–79.

WAGNER, J. 1936a. The fleas of British Columbia. Canadian Entomol., 68:193–207.

———. 1936b. Neue nordamerikanische Floharten. Z. Parasitenk., 8:654–658.

WALTON, A. C. 1923. Some new and little known nematodes. J. Parasitol., 10:59–70.

WHARTON, G. W., AND H. S. FULLER. 1952. A manual of the chiggers: the biology, classification, distribution, and importance to man of the larvae of the family Trombiculidae (Acarina). Mem. Entomol. Soc. Washington, 4:1–185.

WHITAKER, J. O., JR. 1968. Parasites. Pp. 254–311, *in* Biology of *Peromyscus* (Rodentia) (J. A. King, ed.). Spec. Publ., Amer. Soc. Mamm., 2:1–593.

———. 1982. Ectoparasites of mammals of Indiana. Monogr. Indiana Acad. Sci., 4:1–240.

WHITAKER, J. O., JR., AND D. ADALIS. 1971. Trematodes and cestodes from the digestive tracts of *Synaptomys cooperi* and 3 species of *Microtus* from Indiana. Proc. Indiana Acad. Sci., 80:489–494.

WHITAKER, J. O., JR., AND K. W. CORTHUM, JR. 1967. Fleas of Vigo County, Indiana. Proc. Indiana Acad. Sci., 76:431–440.

WHITAKER, J. O., JR., AND T. W. FRENCH. 1982. Ectoparasites and other associates of some insectivores and rodents from New Brunswick. Canadian J. Zool., 60:2787–2797.

WHITAKER, J. O., JR., AND R. B. LOOMIS. 1979. Chiggers (Acarina: Trombiculidae) from the mammals of Indiana. Proc. Indiana Acad. Sci., 88:426–433.

WHITAKER, J. O., JR., AND C. MASER. 1984. Parasitic mites of voles of the genera *Microtus* and *Clethrionomys* from Oregon. Northwest Sci., 58:142–150.

WHITAKER, J. O., JR., AND N. WILSON. 1968. Mites of small mammals of Vigo County, Indiana. Amer. Midland Nat., 80:537–542.

———. 1974. Host and distribution lists of mites (Acari), parasitic and phoretic, in the hair of wild mammals of North America, north of Mexico. Amer. Midland Nat., 91:1–67.

WHITE, D. J., AND C. P. WHITE. 1981. The occurrence and relevance of arthropods

BLM_0052573

of medical and veterinary importance captured during a survey on Plum Island, New York. J. New York Entomol. Soc., 89:2–15.

WILKINSON, P. R.  1979.  Early achievements, recent advances, and future prospects in the ecology of the Rocky Mountain wood tick. Pp. 105–112, *in* Recent advances in acarology, Vol. II (J. G. Rodriguez, ed.). Academic Press, New York, 569 pp.

WILSON, L. W.  1943.  Some mammalian ectoparasites from West Virginia. J. Mamm., 24:102.

WILSON, N.  1957.  Some ectoparasites from Indiana mammals. J. Mamm., 38:281–282.

———.  1967.  Ectoparasites of Canadian birds and mammals. Proc. Entomol. Soc. Washington, 69:349–353.

WILSON, N., AND W. W. BAKER.  1972.  Ticks of Georgia (Acarina. Metastigmata). Bull. Tall Timbers Res. Sta., 10:1–29.

WINCHELL, E. J.  1977.  Parasites of the beach vole, *Microtus breweri* Baird 1858. J. Parasitol., 63:756–757.

WISEMAN, J. S.  1955.  The Siphonaptera (fleas) of Wyoming. Univ. Wyoming Publ., 19:1–28.

WOLFENBARGER, K. A.  1952.  Systematic and biological studies on North American chiggers of the genus *Trombicula*, subgenus *Eutrombicula* (Acarina, Trombiculidae). Ann. Entomol. Soc. Amer., 45:645–677.

WOODHEAD, A. E., AND H. MALEWITZ.  1936.  *Mediogonimus ovilacus*, n. g., n. sp. J. Parasitol., 22:273–275.

WOODS, C. E., AND O. R. LARSON.  [1969] 1970.  North Dakota fleas. II. Records from man and other mammals. Proc. North Dakota Acad. Sci., 23:31–40.

———.  1971.  North Dakota fleas. III. Additional records from mammals. Proc. North Dakota Acad. Sci., 24:36–39.

WRENN, W. J., AND R. B. LOOMIS.  1973.  A new species of *Euschoengastia* (Acarina: Trombiculidae) from western North America, and the status of *E. californica* (Ewing). J. Med. Entomol., 10:97–100.

WRIGHT, B.  1979.  Mites, ticks, fleas, and lice in the Nova Scotia Museum and Acadia University Museum collections. Proc. Nova Scotia Inst. Sci., 29:185–196.

ZAJAC, A. M., AND J. F. WILLIAMS.  1980.  Infection with *Schistosomatium douthitti* (Schistosomatidae) in the meadow vole (*Microtus pennsylvanicus*) in Michigan. J. Parasitol., 66:366–367.

———.  1981.  The pathology of infection with *Schistosomatium douthitti* in the laboratory mouse and the meadow vole, *Microtus pennsylvanicus*. J. Comp. Pathol., 91:1–10.

ZIMMERMAN, W. J. 1971.  Trichinosis. Pp. 127–139, *in* Parasitic diseases of wild mammals (J. W. Davis and R. C. Anderson, eds.). Iowa State Univ. Press, Ames, 364 pp.

## *Appendix A.   Endoparasites*

*Acanthocephalans*

*Microtus ochrogaster*
  *Moniliformis clarki* (Ward, 1917) (Fish, 1972)

BLM_0052574

*Microtus pennsylvanicus*
   *Moniliformis clarki* (Ward, 1917) (Benton, 1954; Fish, 1972)
   *Polymorphus paradoxus* Connell and Corner, 1957 (Platt, 1978)
*Microtus pinetorum*
   *Moniliformis clarki* (Ward, 1917) (Benton, 1954, 1955a; Fish, 1972; Van Cleave, 1953)

## Cestodes

*Microtus abbreviatus*
   *Andrya arctica* Rausch, 1952 (Rausch and Rausch, 1968)
   *Andrya macrocephala* Douthitt, 1915 (Rausch and Rausch, 1968)
   *Paranoplocephala infrequens* (Douthitt, 1915) (Rausch and Rausch, 1968) (=*Anoplocephaloides* sp.; *A. infrequens* as presently understood is restricted to pocket gophers; at least two species of morphologically similar cestodes of the genus *Anoplocephaloides* occur in voles in the Arctic [R. L. Rausch, pers. comm.])
   *Paranoplocephala omphalodes* (Hermann, 1783) (Rausch, 1976; Rausch and Rausch, 1968)
   *Taenia crassiceps* (Zeder, 1800) (Rausch and Rausch, 1968) (larval stage)
*Microtus breweri*
   *Andrya macrocephala* Douthitt, 1915 (Winchell, 1977)
*Microtus californicus*
   *Andrya macrocephala* Douthitt, 1915 (Rausch, 1952b; Voge, 1948 [reported as *A. kirbyi*])
*Microtus chrotorrhinus*
   *Andrya macrocephala* Douthitt, 1915 (Martin, 1972; Schad, 1954)
   *Hymenolepis horrida* (von Linstow, 1901) (Schiller, 1952a)
   *Taenia crassiceps* (Zeder, 1800) (Martin, 1972) (larval stage)
*Microtus longicaudus*
   *Andrya communis* Douthitt, 1915 (Rankin, 1945) (=*A. primordialis* Douthitt, 1915)
   *Hymenolepis diminuta* (Rudolphi, 1819) (Rankin, 1945)
   *Hymenolepis horrida* (von Linstow, 1901) (Kinsella, 1967; Kuns and Rausch, 1950; Schiller, 1952a)
   *Paranoplocephala infrequens* (Douthitt, 1915) (Kinsella, 1967; Kuns and Rausch, 1950) (=*Anoplocephaloides troeschi* Rausch, 1946)
   *Taenia mustelae* Gmelin, 1790 (Kinsella, 1967) (larval stage)
*Microtus mexicanus*
   *Paranoplocephala infrequens* (Douthitt, 1915) (Rausch, 1952a)(=*A. troeschi*)
*Microtus miurus*
   *Andrya arctica* Rausch, 1952 (Rausch, 1952a [original description])
   *Hymenolepis horrida* (von Linstow, 1901) (Schiller, 1952a)
   *Paranoplocephala infrequens* (Douthitt, 1915) (Rausch, 1952a) (=*Anoplocephaloides* sp.)
   *Paranoplocephala omphalodes* (Hermann, 1783) (Rausch, 1952a, 1976)
   *Taenia tenuicollis* Rudolphi, 1809 (Rausch, 1952a) (=*T. mustelae*) (larval stage)
*Microtus montanus*
   *Andrya communis* Douthitt, 1915 (Rankin, 1945) (=*A. primordialis* Douthitt, 1915)
   *Andrya macrocephala* Douthitt, 1915 (Kinsella, 1967; Kuns and Rausch, 1950)

BLM_0052575

530   *Timm*

*Andrya primordialis* Douthitt, 1915 (Kuns and Rausch, 1950)
*Hymenolepis horrida* (von Linstow, 1901) (Kuns and Rausch, 1950; Schiller, 1952a)
*Paranoplocephala infrequens* (Douthitt, 1915) (Kinsella, 1967; Kuns and Rausch, 1950; Rausch, 1952a, 1976) (=*A. troeschi*)

*Microtus ochrogaster*
*Andrya macrocephala* Douthitt, 1915 (Hansen, 1947 [reported as *A. microti*, 1950]; Lubinsky, 1957)
*Choanotaenia nebraskensis* Hansen, 1950 (original description)
*Choanotaenia* sp. (Rausch and Tiner, 1949)
*Hymenolepis horrida* (von Linstow, 1901) (Schiller, 1952a)
*Hymenolepis* sp. (Rausch and Tiner, 1949)
*Paranoplocephala borealis* (Douthitt, 1915) (Rausch, 1952a) (=*Anoplocephaloides* sp.)
*Paranoplocephala infrequens* (Douthitt, 1915) (Hansen, 1950; Whitaker and Adalis, 1971) (=*A. troeschi*)
*Paranoplocephala troeschi* Rausch, 1946 (Whitaker and Adalis, 1971) (=*A. troeschi*)
*Paranoplocephala* sp. (Rausch and Tiner, 1949) (=*Anoplocephaloides* sp.)
*Taenia mustelae* Gmelin, 1790 (Lubinsky, 1957) (larval stage)
*Taenia taeniaeformis* (Batsch, 1786) (Rausch and Tiner, 1949; Whitaker and Adalis, 1971) (larval stage)

*Microtus oeconomus*
*Andrya macrocephala* Douthitt, 1915 (Rausch, 1952a)
*Echinococcus granulosus* (Batsch, 1786) (Rausch and Schiller, 1951) (=*E. multilocularis*; larval stage)
*Echinococcus multilocularis* Leuckart, 1863 (Ohbayashi, 1971; Vogel, 1957) (larval stage)
*Echinococcus sibiricensis* Rausch and Schiller, 1954 (Rausch and Schiller, 1954 [original description], 1956) (=*E. multilocularis*; larval stage)
*Echinococcus* sp. (Rausch, 1952a; Rausch and Schiller, 1951) (=*E. multilocularis*; larval stage)
*Paranoplocephala infrequens* (Douthitt, 1915) (Rausch, 1952a, 1957) (=*Anoplocephaloides* sp.)
*Paranoplocephala omphalodes* (Hermann, 1783) (Rausch, 1976)
*Taenia polyacantha* Leuckart, 1856 (Schiller, 1953) (larval stage)
*Taenia twitchelli* Schwartz, 1924 (Rausch, 1977) (larval stage)

*Microtus pennsylvanicus*
*Andrya communis* Douthitt, 1915 (Douthitt, 1915 [original description]; Lubinsky, 1957) (=*A. primordialis*)
*Andrya macrocephala* Douthitt, 1915 (Hall and Sonnenberg, 1955; Kuns and Rausch, 1950; Lubinsky, 1957; Mumford and Whitaker, 1982; Schad, 1954; Whitaker and Adalis, 1971)
*Andrya primordialis* Douthitt, 1915 (Kuns and Rausch, 1950; Meggitt, 1924)
*Andrya* sp. (Erickson, 1938b; Hall and Sonnenberg, 1955)
*Cladotaenia globifera* (Batsch, 1786) (Baron, 1971) (larval stage)
*Cladotaenia* sp. (Whitaker and Adalis, 1971)
*Echinococcus multilocularis* Leuckart, 1863 (Hnatiuk, 1966; Leiby, 1965; Leiby et al., 1970; Rausch and Richards, 1971) (larval stage)

BLM_0052576

*Parasites*     531

*Hymenolepis evaginata* Barker and Andrews, 1915 (Rausch and Tiner, 1949)

*Hymenolepis fraterna* Stiles, 1906 (Rausch and Tiner, 1949)

*Hymenolepis horrida* (von Linstow, 1901) (Kinsella, 1967; Lubinsky, 1957; Schiller, 1952*a*)

*Hymenolepis johnsoni* Schiller, 1952 (Rausch, 1952*a*; Schiller, 1952*b* [original description and type-host])

*Paranoplocephala borealis* (Douthitt, 1915) (Rausch, 1952*a*) (=*Anoplocephaloides* sp.)

*Paranoplocephala infrequens* (Douthitt, 1915) (Hall and Sonnenberg, 1955; Kinsella, 1967; Kuns and Rausch, 1950; Lubinsky, 1957; Mumford and Whitaker, 1982; Rausch, 1946, 1952*a*; Rausch and Schiller, 1949; Schad, 1954) (=*A. troeschi*)

*Paranoplocephala troeschi* Rausch, 1946 (Mumford and Whitaker, 1982; Rausch, 1946 [original description and type-host], 1976; Rausch and Tiner, 1949) (=*A. troeschi*)

*Paranoplocephala variabilis* (Douthitt, 1915) (Kinsella, 1967; Lubinsky, 1957; Schad, 1954) (=*A. variabilis*)

*Paranoplocephala* sp. (Erickson, 1938*a*; Rausch and Tiner, 1949) (=*Anoplocephaloides*)

*Parulerina candelabraria* (Goeze, 1782) (Baron, 1971) (larval stage)

*Taenia crassiceps* (Zeder, 1800) (Freeman, 1954, 1962; Leiby and Whittaker, 1966) (larval stage)

*Taenia mustelae* Gmelin, 1790 (Lubinsky, 1957) (larval stage)

*Taenia taeniaeformis* (Batsch, 1786) (Erickson, 1938*b*; Kinsella, 1967; McBee, 1977; Rausch and Tiner, 1949) (larval stage)

*Taenia tenuicollis* Rudolphi, 1809 (Schad, 1954) (=*T. mustelae*)

*Microtus pinetorum*

*Hymenolepis pitymi* Yarkinsky, 1952 (original description)

*Taenia taeniaeformis* (Batsch, 1786) (Lochmiller et al., 1982*b*) (larval stage)

*Taenia* sp. (Erickson, 1938*b*; Lochmiller et al., 1982*b*; Whitaker and Adalis, 1971) (larval stage)

*Microtus richardsoni*

*Andrya macrocephala* Douthitt, 1915 (Kuns and Rausch, 1950)

*Andrya primordialis* Douthitt, 1915 (Kuns and Rausch, 1950)

*Andrya* sp. (Kuns and Rausch, 1950)

*Hymenolepis horrida* (von Linstow, 1901) (Kuns and Rausch, 1950; Schiller, 1952*a*)

*Paranoplocephala infrequens* (Douthitt, 1915) (Kuns and Rausch, 1950; Rausch, 1952*a*) (=*A. troeschi*)

*Microtus xanthognathus*

*Taenia martis americana* Wahl, 1967 (Rausch, 1977) (larval stage)

## Nematodes

*Microtus abbreviatus*

*Heligmosomoides bullosus matthewensis* Durette-Desset, 1967 (Durette-Desset, 1968)

*Heligmosomum nearcticum* Durette-Desset, 1967 (Durette-Desset, 1968)

*Heligmosomum* sp. (Rausch and Rausch, 1968)

BLM_0052577

532   *Timm*

*Microtus californicus*
  *Heligmosomoides montanus* Durette-Desset, 1967 (Durette-Desset et al., 1972)
  *Pelodera* sp. (Poinar, 1965) (larval stage in eyes)
*Microtus chrotorrhinus*
  *Capillaria hepatica* (Bancroft, 1893) (Fisher, 1963)
  *Cheiropteranema* sp. (Komarek and Komarek, 1938)
  *Nematospiroides dubius* Baylis, 1926 (Schad, 1954)
*Microtus longicaudus*
  *Aspiculuris tetraptera* (Nitzsch, 1821) (Kinsella, 1967)
  *Heligmosomoides microti* (Kuns and Rausch, 1950) (Kinsella, 1967)
  *Heligmosomoides montanus* Durette-Desset, 1967 (Durette-Desset, 1968)
  *Heligmosomum costellatum* (Dujardin, 1845) (Kinsella, 1967)
  *Mastophorus* sp. (Kinsella, 1967) (=*Protospirura* sp.)
  *Nematospiroides longispiculatus* Dikmans, 1940 (Rausch, 1952a) (=*Heligmosomoides longispiculatus*)
  *Pelodera* sp. (Kinsella, 1967) (larval stage in eyes)
  *Syphacia obvelata* (Rudolphi, 1802) (Kinsella, 1967; Rankin, 1945) (Quentin [1971] concluded that *Syphacia nigeriana* Baylis, 1928, is the only species of *Syphacia* parasitizing *Microtus* in North America; *S. obvelata* is restricted in occurrence to *Rattus* and perhaps other murids.)
*Microtus mexicanus*
  *Syphacia nigeriana* Baylis, 1928 (Quentin, 1971)
*Microtus miurus*
  *Heligmosomum nearcticum* Durette-Desset, 1967 (Durette-Desset, 1968)
  *Rictularia microti* McPherson and Tiner, 1952 (McPherson and Tiner, 1952 [original description]; Quentin, 1971) (=*Pterygodermatites microti*)
  *Rictularia* sp. (Rausch, 1952a)
  *Trichinella spiralis* (Owen, 1835) (Rausch et al., 1956) (=*T. nativa* Britov and Boev, 1972)
*Microtus montanus*
  *Nematospiroides microti* Kuns and Rausch, 1950 (Kinsella, 1967; Kuns and Rausch, 1950 [original description]) (=*Heligmosomoides microti*)
  *Syphacia obvelata* (Rudolphi, 1802) (Kinsella, 1967; Kuns and Rausch, 1950; Leiby, 1962; Rankin, 1945) (=*S. nigeriana* ?)
*Microtus ochrogaster*
  *Boreostrongylus dikmansi* Durette-Desset, 1974 (original description)
  *Capillaria* sp. (Dunaway et al., 1968)
  *Longistriata carolinensis* Dikmans, 1935 (original description) (=*B. carolinensis*)
  *Syphacia obvelata* (Rudolphi, 1802) (Rausch and Tiner, 1949) (=*S. nigeriana* ?)
  *Trichuris* sp. (Rausch and Tiner, 1949)
*Microtus oeconomus*
  *Heligmosomoides bullosus bullosus* Durette-Desset, 1967 (Durette-Desset, 1968)
  *Heligmosomum nearcticum* Durette-Desset, 1967 (Durette-Desset, 1968)
  *Pterygodermatites microti* (McPherson and Tiner, 1952) (Quentin, 1971)
  *Rictularia microti* McPherson and Tiner, 1952 (original description) (=*P. microti*)
  *Sobolevingylus microti* Rausch and Rausch, 1969 (original description and typehost)
  *Syphacia nigeriana* Baylis, 1928 (Quentin, 1971)

BLM_0052578

*Microtus pennsylvanicus*

    *Capillaria hepatica* (Bancroft, 1893) (Freeman and Wright, 1960; Lubinsky et al., 1971)

    *Capillaria muris-sylvatici* (Diesing, 1851) (Rausch and Tiner, 1949)

    *Dictyocaulus viviparus* (Bloch, 1782) (Rausch and Tiner, 1949)

    *Heligmosomoides longispiculatus* (Dikmans, 1940) (Durette-Desset et al., 1972)

    *Heligmosomoides wisconsinensis* Durette-Desset, 1967 (Durette-Desset, 1968; Durette-Desset et al., 1972)

    *Heligmosomum costellatum* (Dujardin, 1845) (Kinsella, 1967)

    *Heligmosomum microti* (Kuns and Rausch, 1950) (Kinsella, 1967; Kuns and Rausch, 1950) (=*Heligmosomoides microti*)

    *Heligmosomum nearcticum* Durette-Desset, 1967 (Durette-Desset, 1968)

    *Longistriata dalrympei* Dikmans, 1935 (Dikmans, 1935 [original description]; Lichtenfels and Haley, 1968; Rausch and Tiner, 1949)

    *Mastophorus muris* (Gmelin, 1790) (Rausch and Tiner, 1949) (=*Protospirura muris*)

    *Nematospira turgida* Walton, 1923 (original description and type-host)

    *Nematospiroides longispiculatus* Dikmans, 1940 (original description) (=*Heligmosomoides longispiculatus*)

    *Nematospiroides* sp. (Hall and Sonnenberg, 1955; Rausch and Tiner, 1949) (=*Heligmosomoides* sp.)

    *Oxyuris* sp. (Stiles and Hassall, 1894)

    *Rictularia coloradensis* Hall, 1916 (Lubinsky, 1957) (=*Pterygodermatites coloradensis*)

    *Syphacia nigeriana* Baylis, 1928 (Quentin, 1971)

    *Syphacia obvelata* (Rudolphi, 1802) (Erickson, 1938a, 1938b; Kinsella, 1967; Kuns and Rausch, 1950; Rausch and Tiner, 1949; Schad, 1954) (=*S. nigeriana* ?)

    *Syphacia* sp. (Hall and Sonnenberg, 1955; Lichtenfels and Haley, 1968)

    *Trichinella spiralis* (Owen, 1835) (Holliman and Meade, 1980)

    *Trichuris opaca* Barker and Noyes, 1915 (Hall and Sonnenberg, 1955; Lichtenfels and Haley, 1968; Rausch and Tiner, 1949)

    *Trichuris* sp. (Hall and Sonnenberg, 1955)

*Microtus pinetorum*

    *Capillaria gastrica* (Baylis, 1926) (Lochmiller et al., 1982a)

    *Oxyuris* sp. (Stiles and Hassall, 1894)

    *Trichinella spiralis* (Owen, 1835) (Zimmermann, 1971)

    *Trichuris opaca* Barker and Noyes, 1915 (Hall and Sonnenberg, 1955)

    *Trichuris* sp. (Benton, 1955a)

*Microtus richardsoni*

    *Nematospiroides microti* Kuns and Rausch, 1950 (original description)

    *Syphacia obvelata* (Rudolphi, 1802) (Kuns and Rausch, 1950) (=*S. nigeriana* ?)

    *Trichuris opaca* Barker and Noyes, 1915 (Kuns and Rausch, 1950)

## Trematodes

*Microtus miurus*

    *Brachylaima rauschi* McIntosh, 1951 (Rausch, 1952a)

BLM_0052579

534   *Timm*

*Microtus montanus*
 *Quinqueserialis hassalli* (McIntosh and McIntosh, 1934) (Kuns and Rausch, 1950)
  (=*Q. quinqueserialis*; Barker and Laughlin, 1911)
*Microtus oeconomus*
 *Quinqueserialis quinqueserialis* (Barker and Laughlin, 1911) (Rausch, 1952*a*)
*Microtus pennsylvanicus*
 *Brachylaima* sp. (Rausch, 1952*a*)
 *Entosiphonus thompsoni* Sinitsin, 1931 (Rausch and Tiner, 1949)
 *Mediogonimus ovilacus* Woodhead and Malewitz, 1936 (Rausch and Tiner, 1949;
  Woodhead and Malewitz, 1936 [original description])
 *Monostomum* sp. (Stiles and Hassall, 1894)
 *Plagiorchis muris* Tanabe, 1922 (Kinsella, 1967; Schad, 1954)
 *Quinqueserialis hassalli* (McIntosh and McIntosh, 1934) (Harwood, 1939; Kuns
  and Rausch, 1950; McIntosh and McIntosh, 1934 [original description and type-
  host]; Rausch, 1952*a*; Rausch and Tiner, 1949) (=*Q. quinqueserialis*)
 *Quinqueserialis quinqueserialis* (Barker and Laughlin, 1911) (Edwards, 1949; Har-
  rah, 1922; Kinsella, 1967; Rausch, 1952*a*; Schad, 1954)
 *Schistosomatium douthitti* (Cort, 1915) (Price, 1931; Zajac and Williams, 1980,
  1981)

BLM_0052580

# PREDATION

## OLIVER P. PEARSON

### Abstract

*M*ICROTUS is killed and eaten by an enormous variety of verte- brates of every class and of every size from shrews to bears. Some of its predators are generalists that consume numerous other kinds of prey, and some specialize on *Microtus*. *Microtus* is palatable to generalists and specialists alike, and, since it chooses to live in relatively open habitats, each individual is so vulnerable that the entire population is at risk.

Most hawks are generalists, but several species of owls and kites are specialists on *Microtus*. One specialist (a male white-tailed kite) needed to hunt only an average of 8 min to catch a mouse. By hunting less than 20% of the daylight hours, he caught 21 mice in one day.

Raptors frequently establish themselves in regions where *Microtus* is abundant; in such places raptor assemblages may reach densities as high as one raptor to each 1,300 *Microtus*. The impact of an individual raptor on a *Microtus* population can be estimated by the following relationship between body weight of the raptor and number of 35-g *Microtus* consumed/raptor/km$^2$ per day:

$$\text{Impact} = \frac{121}{\text{Wt}^{0.60}}$$

Populations of raptors respond to changes in abundance of *Microtus* by adjusting their use of alternative prey (functional response) or by a numerical response achieved by immigration-emigration or by changes in nesting attempts and nesting success.

Among mammalian predators, ermines (*Mustela erminea*) are *Microtus* specialists. In one study, 99% of their diet consisted of *Microtus*, which precluded a functional response; the numerical response resulted in ratios of as few as 42 voles/ermine to as many as 800. In another study of the impact of an assemblage of middle-sized, generalist carnivores during three cycles of *Microtus* abundance, the numerical response of the carnivores was between 6 and

535

BLM_0052581

536   *Pearson*

47-fold and the functional response between 2.7- and 5.2-fold. The numbers of mice per carnivore varied from 5,400 during the increase phase of the vole cycle (very low predation pressure) to 24 near the end of a crash (very high predation pressure). The destabilizing effect of such shifts in predation pressure suggests that carnivore predation may actually cause the multi-year *Microtus* cycles of abundance.

Fishes, amphibians, and reptiles all prey on *Microtus,* but the intensity of this predation has been measured only for a few species of snakes. In one study, copperheads (*Ancistridon*) ate about 20 30-g *Microtus*/ha/year. Two of 14 other species of snakes in the same area were important predators on *Microtus* also.

The summed effort of the numerous predators removes enormous numbers of *Microtus* from the population, but we are only beginning to measure the demographic results and to speculate about what strategies *Microtus* is using to minimize the impact of predators.

## Introduction

It is possible to find in nature an array of predator-prey systems that range from clumsy to deadly efficient. One end of the spectrum might be the predation of rats on humans. Every year, a few neglected babies or incapacitated adults are attacked by rats. Near the middle of the spectrum lies the mink-muskrat system in which mink capture primarily surplus muskrats, described by Errington (1946) as "a harassed and battered lot congregating about the fringes of areas dominated by muskrats already in residence." At the deadly efficient end of the spectrum lie several predation systems involving *Microtus,* such as kite-*Microtus* and short-tailed weasel-*Microtus* systems. In fact, *Microtus* is sometimes so easy to capture that some species of predators catch not just the homeless and maladjusted but practically every one. No terrestrial or avian predator is too large to prey on *Microtus,* and almost every predator large enough to subdue a *Microtus* does so occasionally, from 10-g shrews (Hamilton, 1940) to ospreys (Proctor, 1977) to grizzly bears (Sheldon, 1930). I do not try to document all of this carnage but mention a few of the interesting extremes and concentrate on examples that give exceptional insight into the interaction between predator and prey, examples in which an attempt was made to measure the intensity of

BLM_0052582

predation, and examples that contain information on the functional and numerical responses of a predator species. By functional response I mean change in the number of *Microtus* killed per unit time per individual predator, and by numerical response I mean change in the density of a population of predators in response to change in the density of *Microtus* (Holling, 1959).

The reader will note that studies of predation on *Microtus* have not reached a sophisticated level. We are emerging from a century of reports on the contents of owl pellets (in which *Microtus* is frequently dominant), but we have barely begun to learn what segments of vole populations are most vulnerable to which predators, what is the impact of different predators on vole densities in different habitats or different seasons, and how voles have adapted their individual life styles and their social systems in response to what appears to be a vulnerability unusually high among mammals. Progress has been slow because of the difficulty of measuring the abundance and the hunting range of different predators, and of measuring the demographics of the *Microtus* populations themselves. Such difficulties have not even permitted us to reach agreement on one of the central themes of microtine biology: the causation of the multi-annual cycle of abundance observed in many populations of microtines.

## Predation by Birds

An assortment of non-raptors is known to catch and eat *Microtus,* such as jays, crows, ravens, shrikes, gulls, and herons, but rarely does *Microtus* make up a large proportion of their diet. Shrikes, for example, seem to attack unselectively almost anything that moves, provided it is within a reasonable (but great) size range (Miller, 1931). Under special circumstances some of these raptors may even consume a lot of mice, such as when gulls and crows follow the cutters in fields of artichokes infested with 1,000 or more *Microtus californicus* per ha (Gordon, 1977), or when large flocks of ravens select *Microtus* out of a mixed plague of *Mus* and *Microtus* (Hall, 1927), but rarely do these non-raptor generalists have an important impact on *Microtus* populations. Even among the raptors themselves (hawks, owls, and kites) only a handful of species specialize year-round in the capture of mice. Snyder and Wiley (1976) listed the categories of prey captured by 44 species of raptors. More than 90%

of the captures of eight of them consisted of mammals, usually mice, frequently *Microtus*. These eight species were the barn owl, great grey owl, hawk owl, long-eared owl, short-eared owl, saw-whet owl, boreal owl, and white-tailed kite. The diet of four other species of raptors was more than 50% mammal (ferruginous hawk, 85%; golden eagle, 72%; rough-legged hawk, 62%; and red-tailed hawk, 51%), but the *Microtus* content of some of these would not be expected to be high. I describe below a predator-prey system in which an entire assemblage of species of raptors seems to concentrate on *Microtus,* and another system in which the existence of one of the raptor species seems to depend completely on *Microtus* even though the diet is not entirely *Microtus*.

### Raptor Assemblages

The most ambitious and most convincing measurement of the impact of avian predators on microtine populations were made in Michigan on a 93-km² township devoted primarily to dairy farming (Craighead and Craighead, 1956). The township consisted of woodland (11% of the area), fields, and wet areas. An overwintering assemblage of raptors fed primarily on *Microtus* and was then largely replaced by a nesting assemblage. Raptors were censused visually while they were hunting or at their roosting or nesting sites. *Microtus* was censused on sample areas, then the population of the entire area was calculated taking into account the extent of the different qualities of *Microtus* habitat and the relative abundance of voles in each kind. During the autumn and winter of 1941, a year of *Microtus* abundance, good habitat was estimated to support 343 *Microtus pennsylvanicus*/ha and the entire 93-km² study area a total of 303,000 *Microtus*. Six species of hawks and four species of owls preyed on this population.

Table 1 illuminates some of the details of this unusually well-documented predation. During winter of 1942, 159 raptors preyed heavily on the abundant vole population, and *Microtus* made up 87% of their diet. During the ensuing summer, voles made up only 28% of the diet of the 63 pairs of breeding raptors. During winter of 1948, when voles were only one-quarter as abundant as before, the much-reduced raptor population (59 birds) included only 55% *Microtus* in its diet. This indicates both a numerical response and a functional response to *Microtus* abundance that resulted in a five-fold difference in the total number of *Microtus* eaten. In summer

BLM_0052584

TABLE 1

PREDATION BY HAWKS AND OWLS ON *Microtus* ON A 93-KM$^2$ STUDY AREA IN MICHIGAN. THE DATA WERE ASSEMBLED FROM DIFFERENT CHAPTERS OF CRAIGHEAD AND CRAIGHEAD (1956)

| | *Microtus* population | Percent representation of *Microtus* in collective raptor diet | No. of raptors | *Microtus*-raptor ratio | No. of *Microtus* eaten | Percent of *Microtus* population eaten |
|---|---|---|---|---|---|---|
| 1942 Winter | 303,000 | 87 | 96 hawks 63 owls | 1,905:1 | 79,437 | 26 |
| 1942 Summer | | 28 | 42 pairs hawks 21 pairs owls | | 8,127 | |
| 1948 Winter | 75,000 | 55 | 27 hawks 32 owls | 1,271:1 | 16,341 | 22 |
| 1948 Summer | | 32 | 44 pairs hawks 22 pairs owls | | 8,211 | |

BLM_0052585

540   *Pearson*

of 1948 a raptor assemblage of about the same size as that in 1942 included about the same proportion of *Microtus* in its diet. Since each individual and each species of the winter assemblage of raptors was feeding heavily on *Microtus,* the most timely information for every *Microtus* when it left its safe retreat was: how many of "us" are there and how many of "them"? This *Microtus*-raptor ratio during the winter of mouse abundance was about 2000:1. During the winter of lower *Microtus* density, the ratio was about 1300:1. Note that this lower number represents a moderately higher predation pressure. In other words, predation pressure measured in this way (numerical ratio of mice to raptors) was greater in the winter of 1948 in spite of the fact that the raptors ate only one-fifth as many *Microtus*. In both winters they ate roughly the same proportion of the *Microtus* crop (26% in 1942 and 22% in 1948).

The Craigheads emphasized the around-the-clock danger to *Microtus* from the diurnal hawk assemblage and the nocturnal owl assemblage. They also estimated the abundance of seven species of mammalian carnivores (fox, opossum, raccoon, skunk, badger, weasel, and mink), totalling between 277 and 346 individuals in the 93-km² township, and stated that during winter of 1941–1942 these carnivores were feeding largely on *Microtus*. They did not attempt to calculate the impact of these carnivores, but from metabolic considerations it is obvious that the carnivores were probably consuming as many *Microtus* as were the raptors. Their report did not include house cats, whose impact also may be considerable (see below).

The data of Baker and Brooks (1981, 1982) in a study of overwintering rough-legged and red-tailed hawks near the Toronto airport confirm that the abundance of raptors reported by the Craigheads is not unique. *Microtus pennsylvanicus* was present at measured densities about the same as on the best *Microtus* habitat on the Craigheads' study area in Michigan during the winter of 1942, and the two species of hawks had established themselves at Toronto at densities (0.33 to 0.72/ha) three to five times as great as the hawk assemblages on the study area in Michigan, or two to four times as dense as the entire raptor assemblage in Michigan. The greater density at Toronto was presumably made possible by the fact that three-fourths of the 827-ha study area consisted of good *Microtus* habitat undiluted by woodlots. My calculations of the predation pressure of these two species of hawks at Toronto fall

between 1,300 and 3,000 voles/hawk, which brackets the total pressure (1,905/raptor) in Michigan. The overwinter raptor catch accounted for 19% of the population loss during that period. The authors stated that diurnal raptor predation of this magnitude is not important in vole declines.

There are many other reports of winter concentrations of avian predators on *Microtus*-rich areas. Many of these concern species that breed in the north and congregate farther south in winters following peak population of voles and lemmings. Davis (1937), for example, reported conspicuous 3- or 4-year peaks in the number of northern shrikes reported on Christmas bird counts in New England, and noted that this cycle agreed exactly with maxima in the number of arctic fox pelts marketed. The fox population presumably was reflecting vole or lemming abundance in northern Canada. Snowy owl "invasions" during winter frequently have been related to the collapse of microtine populations in the north (Gross, 1947). These emigrant owls frequently establish themselves in regions where *Microtus* is available. An especially impressive winter assemblage of owls was noted during the winter of 1978–1979 on 60-km² Amherst Island in Lake Ontario (Sayr, 1980). The meadow vole population had exploded in the autumn, and owls were abundant throughout the winter. In March a census revealed 34 great gray owls, 22 long-eared owls, 20 short-eared owls, 13 snowy owls, and a dozen other owls of six different species, giving a total of .017 owls/ha (one owl/59 ha). During the same winter great gray owls appeared on Neebish Island in Michigan, where they readily captured *Microtus* through a considerable snow cover (Master, 1979). Pellets indicated a diet of 96% *Microtus pennsylvanicus* and 4% short-tailed shrews (*Blarina brevicauda*).

### Kites

White-tailed kites (*Elanus leucurus*) prey almost entirely on small mammals, primarily *Microtus,* and are noted for being responsive to the abundance of *Microtus* (Waian and Stendell, 1970). They frequently remain at the same place all year long. Stendell (1972) took advantage of the relative ease of observing and censusing kites to provide many insights into the machinery of predation by this species. The kites studied were living on three islands in an area of rotational agriculture. The two most vulnerable and probably most

BLM_0052587

542   *Pearson*

abundant prey species, estimated from nearly 6,000 mice in pellets, were *Microtus californicus* (75% by frequency and 89% by biomass) and *Mus musculus* (21% frequency and 9% biomass). Relative numbers of *Microtus* in the fields over which the kites were hunting were estimated during a 2½-year period by a combination of counts of active runways, live-trapping, and grid-trapping, and were related to the abundance of kites. Fluctuations in the number of *Microtus* tended to be approximately synchronous, but local highs of *Mus* could always be found. On Grizzly Island the numbers of mice trapped were 1,010 *Microtus,* 1,614 *Mus,* 22 *Reithrodontomys,* and 3 *Sorex. Mus* may be the most abundant species but it apparently is not the preferred prey. The number of kites preying on these mice on Grizzly Island, which has a total area of 3,500 ha of which 1,400 ha are suitable *Microtus* habitat, varied from three nesting pairs one year to 20 nesting pairs the next. The peak population was 72 kites, which then dropped to 10. The numerical interaction can be traced in Fig. 1 (top). While the *Microtus* population increased about five- or six-fold, the kite population increased by the same amount, initially by immigration, then by reproduction. During the decline of the vole population, kite numbers remained surprisingly stable until the *Microtus* density became very low. At this time the kite population decreased rapidly as a result of emigration and mortality. Note (Fig. 1, top) the important role that was played at this time by *Mus* serving as an alternative prey. They probably kept the kites from leaving the area until the *Microtus* had declined to a very low density.

Figure 1 (bottom) shows that *Microtus* made up at least 40% of the kite diet throughout the vole cycle, that it increased to about 80–85% when *Microtus* was at its peak, and that it remained above

---

$\longrightarrow$

Fig. 1.   Top: numerical response of a population of white-tailed kites to one cycle of abundance of *Microtus californicus.* The solid line and closed circles indicate response during the increase phase of the vole cycle; dashed line and open circles represent response during the decline phase; circled points indicate periods when large numbers of house mice (*Mus musculus*) were taken by kites. Bottom: functional response of a population of white-tailed kites to one cycle of abundance of *Microtus californicus.* The percentage differences between the indicated values and 100% were made up almost entirely by *Mus musculus.* Graphs are modified slightly from Stendell (1972).

BLM_0052588



*Predation*    543

BLM_0052589

80% of the diet throughout much of the collapse of the vole population. Because the number of kites remained high during much of the decline of *Microtus,* and because the percentage of *Microtus* in the diet remained high also, it is obvious that as the *Microtus* population collapsed the intensity of kite predation increased to about five times as much as it was when the vole population was beginning to increase. Other species of predators were present also, of course. For example, at dusk on a summer evening on 1,400-ha Jersey Island about 30 kites were hunting over a large field that contained an abundant population of *Microtus* but no *Mus.* Immediately after dusk, at least 10 barn owls were observed in the same area. These two species of raptors together must have been taking about 120 *Microtus*/day, which would be the equivalent of the standing crop of a dense *Microtus* population on 0.5 ha.

When *Microtus* was abundant on Grizzly Island in the summer of 1970, Stendell (1972) counted 50 kites, between 50 and 60 marsh hawks, between 35 and 40 short-eared owls, and as many as 8 barn owls. Although the island is not effectively isolated from the mainland, and therefore one cannot assume that all of the raptors were obtaining all of their food from the 1,400 ha of suitable *Microtus* habitat on the island, there can be no doubt that every *Microtus* had reason for concern because roughly 150 very competent raptors were hunting over 1,400 ha of mouse habitat—one raptor for each 9 ha.

The effectiveness of kites as *Microtus* hunters is documented by the performance of a male kite that was watched all day. He was hunting over a field that supported approximately 346 *Microtus*/ha. He supplied almost all of the food for himself, his mate, and five 4-week-old nestlings. During his 899-min day he made 38 hunting flights, 21 of which were successful (17 *Microtus* and four *Mus*). He needed an average of only 8 min to catch a mouse. One mouse was taken from him by a marsh hawk. Note that he was able to catch this many mice by hunting less than 20% of his total time during daylight hours (Table 2). Other species of raptors also find mouse-catching easy. A pair of barn owls brought an average of 1.8 mice/h to the nest (Smith et al., 1974).

Stendell showed that most of the changes in density of kites occurred immediately prior to or during their breeding season. Numbers at other times of the year were relatively stationary. Vole density during the initial stages of the kite nesting season deter-

BLM_0052590

TABLE 2

ACTIVITY BUDGET OF A MALE KITE THROUGHOUT A DAY IN WHICH HE MADE 38 HUNTING FLIGHTS AND CAUGHT 17 *Microtus* AND 4 *Mus* (FROM STENDELL, 1972)

| Activity | Time (min) | Percent of total time |
|---|---|---|
| Perched | 681 | 75.8 |
| Flight (total) | (218) | 24.2 |
| Hunting | 168 | 18.8 |
| Near nest | 22 | 2.4 |
| Aggressive | 6 | 0.6 |
| Courtship | 3 | 0.3 |
| Miscellany* | 19 | 2.1 |
| Total | 899 | 100.0 |

* Mostly flights between perches.

mined whether the kites remained in an area. In a year of diminishing *Microtus* density, a population of 68 kites in late January decreased to 24 in mid-February and to less than 12 after April 1. Nesting success, however, was not lower in low vole years, but during vole abundance many pairs of kites fledged two broods. It is apparent, therefore, that the numerical response of kites to the highly fluctuating abundance of *Microtus* stems from both immigration–emigration and reproduction, and that the kite strategy is one of nomadism rather than site faithfulness. Long-term survival of kite populations depends upon asynchrony of the vole population over extensive areas and the kite's ability to find local vole highs.

In a quite different habitat at the Hastings Natural History Reservation in California, a small number of kites hunted over grassy fields in which censuses of *Microtus* were being carried out (Stendell and Myers, 1973). During three successive summers in which densities of *Microtus* were 62/ha, 11/ha, and less than 2/ha, the proportion of *Microtus* in kite pellets remained above 83%. No *Mus* were present, but alternative prey were gophers, harvest mice, kangaroo rats, pocket mice, birds, and insects. The kites persisted in hunting over the fields with *Microtus* densities lower than 2/ha and apparently survived by spending more time hunting for each mouse captured.

Warner and Rudd (1975) studied kites hunting over agricultural land in central California and confirmed the ease with which captures are made. During April and May when a male was supplying

BLM_0052591

food for his mate and nestlings, he spent 15% of the day hunting, but later when males and females were hunting independently, they each spent only 5% of the day hunting. Thirty-nine percent of the hunting forays, which lasted an average of 6.1 ± *SE* 0.7 min each, ended in a successful strike, and 63% of all strikes were successful. Half of the hunts were within 0.1 km of the nest tree, and 96% were within 1 km.

### Other Birds

Boonstra (1977) gave information on the minimum amount of predation on a population of *Microtus townsendii* living on an island near Vancouver. He marked almost all of the *Microtus* on three study grids with metal ear tags and looked for the tags in the pellets and feces of predators. He listed short-eared owls, great-horned owls, snowy owls, barn owls, marsh hawks, rough-legged hawks, red-tailed hawks, northern shrikes, great blue herons, cats, and raccoons. The latter two were destroyed on sight. His Table 2 shows recovery of 3.1%, 5.9%, and 7.4% of the ear tags from mice that disappeared from the three grids during winter of 1972–1973, 30.3% of those disappearing between October and December, 1973, and 19% of those disappearing between December of 1973 and April of 1974. Beacham (1979) carried out a similar study on a nearby island in 1977 and reported that the proportion of loss accounted for tended to be between 10 and 15% (10 to 15% of the tags were actually recovered). The intensity of predation was directly proportional to the size of the *Microtus* population. He also supplied some of the best evidence concerning what segments of the *Microtus* population suffered the most severe predation. Small males tended to be the animals most likely to be caught by avian predators, whereas large females were least likely. The average duration of life, measured as the time between first and last capture, was higher in females (21.1 weeks) than in males (18.0 weeks). This is consistent with the predator selection of smaller and presumably younger males. He attributed most of the predation to great blue herons and marsh hawks. On one occasion he saw seven herons on his 0.84-ha trapping area.

I have cited a number of studies that document a numerical response of raptors to changes in vole numbers, but none of them illuminates the role played by nesting in the numerical response as

BLM_0052592

effectively as a 16-year study by Hamerstrom (1979). She measured
relative abundance of *Microtus pennsylvanicus* as it went through a
series of population cycles. In spite of the fact that marsh hawks
have a widely varied diet, the number of their nests increased dra-
matically (2.7-fold) in years when vole numbers were high, and
only in those years. The actual number of marsh hawks varied less
(1.4-fold), probably because a smaller proportion of them nested
during *Microtus* lows than at highs. Nesting success of the hawks
was 62.1% at vole lows and 83.1% at highs, but the number of
young per successful nest remained at 3.1 during highs and lows.
Nevertheless, the total production of young hawks per unit area
increased about 3.6-fold during *Microtus* highs. Some other species,
such as kites (Stendell, 1972) and barn owls (Wallace, 1948), in-
creased production of young during *Microtus* highs by repeat nest-
ing.

Owls locate their prey by sight when light is adequate—and it
usually is. Great-horned owls and barn owls can see a dead mouse
at light intensity of $13 \times 10^{-6}$ foot candles (Marti, 1974), which is
about half as bright as a clear starlit night without any moon. A
long-eared owl can see a dead mouse at $70 \times 10^{-8}$ foot candles
(Marti, 1974), which is about as bright as in a forest on a hazy,
moonless night. Burrowing owls, which are rather crepuscular, need
about six times as much light as barn owls. All four of these species
can also locate and capture live mice in total darkness. Payne (1962)
and Konishi (1973) described the remarkable skill of barn owls in
this kind of passive acoustical localization. Owls also are equipped
with plumage that muffles their flight. This presumably prevents
their prey from hearing their approach and at the same time may
prevent interference with their own acoustical detection of noises
made by the prey.

### Raptor Impact

I noted above various examples of the pressure of raptors on
*Microtus* populations. As a result of the fact that home ranges of
raptors and food consumption are both closely related to body weight,
it becomes possible to make a useful estimate of the impact of each
individual raptor on a population of *Microtus*. Using the data in
Newton's (1979) Fig. 10 of home ranges of pairs of hawks plotted
against body weight (in g), I calculated a relationship:

$$\frac{\text{Home range per}}{\text{individual bird in km}^2} = .00026 \times \text{Wt}^{1.39} \tag{1}$$

The slope of this curve is very close to that calculated by Schoener (1968) for predatory birds and by Harestad and Bunnell for mammals (1979). See also Jenkins (1981).

From data given by Brown and Amadon (1968), Craighead and Craighead (1956), and Graber (1962), I calculated that for 17 species of raptors ranging in size from saw-whet owl to eagle:

$$\frac{\text{Number of } \textit{Microtus} \text{ consumed}}{\text{per bird per day}} = .0315 \times \text{Wt}^{0.70} \tag{2}$$

I assumed an average body weight of 35 g/*Microtus,* and where appropriate have allowed for discard of stomach and intestines of each *Microtus* (12% of body weight according to Stendell, 1972).

Combining equations (1) and (2):

$$\frac{\text{Impact (number of } \textit{Microtus} \text{ consumed}}{\text{per bird per km}^2 \text{ per day})} = \frac{121}{\text{Wt}^{0.69}} \tag{3}$$

The number emerging from this equation is based on the assumption that the raptor is living entirely on *Microtus.* If *Microtus* provides only 80% by weight of the diet, then the impact must be reduced by 20%. If only 20% of the home range of the raptor is *Microtus* habitat, then the impact figure could be refined by multiplying by five to arrive at a figure for impact per bird per square km of *Microtus* habitat. Different average body weights of *Microtus* can be accommodated also by scaling up or down from 35 g.

Note that the slope of the line representing this relationship is negative: the larger the raptor, the less its impact per km² of raptor home range (Fig. 2). For example, if a 1,500-g great-horned owl and a 245-g long-eared owl were living in the same region and were subsisting entirely on 35-g *Microtus,* the impact of the horned owl would be expected to be 0.79 *Microtus*/km²/day (from equation 3), and the long-eared owl would be expected to eat 3½ times as many per km² (2.74 from equation 3).

The impact of predation of the intensity calculated for a single long-eared owl on a non-breeding *Microtus* population of 1,000/km² (=10/ha) amounts to about 2% of the population per week. I cited above an observation of a kite hunting persistently over a field with a *Microtus* density less than 200/km² (less than 2/ha). The

BLM_0052594



FIG. 2.   Number of 35-g *Microtus* consumed/day by individual raptors of different body sizes from saw-whet owls to golden eagles (dashed line), compared with the calculated number of *Microtus* removed per day per km² by individual raptors of different body sizes (solid line).

impact of this one individual in this example would amount to 10% of the *Microtus* population per week. Levels of predation such as this are probably appropriate for the raptor nesting season during which territories such as those presented by Newton (1979) are maintained. At other seasons, however, raptors may gather at much greater densities, attracted by abundant and vulnerable prey. When one realizes that a *Microtus* specialist such as the white-tailed kite can support itself by hunting only 5% of the day (see above) or that a pair of barn owls can deliver an average of 1.8 mice/h to the nest (Smith et al., 1974), that a pair of barn owls may accumulate at a nest 67 uneaten mice in 8 days (Wallace, 1948), and that as many as 14 barn owls may roost in a single tree (Reed, 1897) or 300

BLM_0052595

550     *Pearson*

along 4.8 km of cliff (Dixon and Bond, 1937), then one marvels at the ability of *Microtus* to survive at all. It must be assumed that before the last *Microtus* is caught, the *Microtus* specialists either starve or move away in search of denser *Microtus* populations, and the generalists either emigrate or switch to other prey. The *Microtus* population survives by becoming sparse.

## Predation by Mammals

Mammalian predators of *Microtus* hunt them with almost all the physical and sensory equipment of the avian hunters and resort to two additional skills: sense of smell and ability to dig. It is possible that mammalian vision and hearing are not as acute as in some raptors, but when combined with a sense of smell they enable even relatively clumsy carnivores such as badgers and skunks to catch voles. Pearson (1959) showed that there is enough traffic in *Microtus* runways so that a carnivore the size of a fox could, if it was as clever at detecting active runways as are osmatically dull humans, catch its daily food requirements just by sitting and waiting beside runways. Most mammalian predators either sit and wait or cruise slowly through suitable habitat looking, listening, and sniffing for clues to *Microtus* presence. When a mouse is detected, wolves, coyotes, dogs, foxes, and cats use a characteristic high pounce, the purpose of which may be to force the mouse into making a commitment to its direction of escape and thereby decrease the number of variables that the predator must compute. Cats use this high, curved jump only in tall grass, but foxes use it even when the grass is short (Leyhausen, 1978).

The mobility imparted by the power of flight would seem to give raptors a great advantage by enabling them to skim the easy catches off of a larger area. To the contrary, the home ranges of avian raptors are much smaller than the home ranges of mammalian carnivores of similar body size (based on a comparison of equation (1) above with the equation for mammalian carnivores given by Harestad and Bunnell, 1979).

### Shrews

Because of their small size shrews are able to follow *Microtus* down its runways into its nests. Even small species of *Sorex* probably eat newborn voles when they encounter them. *Blarina,* the

BLM_0052596

short-tailed shrew, is a more effective killer and can kill *Microtus* that are twice its size (Martinsen, 1969). Its venomous bite and pugnacious personality undoubtedly help to compensate for its small size, but it is uncertain how effectively it uses its venom to kill or to paralyze mice in nature (Pearson, 1942; Tomasi, 1978). Indeed, there are conflicting reports about how effective a *Microtus* predator it is in the wild. Hahn (1908) saw a successful attack by *Blarina* on a *Microtus pinetorum* that was larger than the shrew, and Maurer (1970) interrupted an attack on *M. pennsylvanicus.* Shull (1907) found a *Blarina* nest with the remains of about 23 voles in and around it. Eadie (1952) identified the contents of hundreds of *Blarina* scats collected in *Microtus* habitat during five autumns and winters near Ithaca, New York. He found that voles formed a significant portion of the fall and winter diet in every year. Up to 56% of the scats contained *Microtus* remains in some seasons. Shrews maintained a fairly high population density even after a prolonged depression in vole numbers. In fact, shrew densities seemed to approximate or even exceed vole densities. Invertebrates served as alternative prey and permitted such a low *Microtus*/predator ratio during periods of *Microtus* scarcity.

In contrast, Whitaker and Ferraro (1963) made a careful analysis of the contents of 221 stomachs of *Blarina* taken at Ithaca in the summer and found no mammal remains at all. Whitaker and Mumford (1972) found mouse remains in only one of 125 *Blarina* stomachs collected in Indiana, none in 109 *Cryptotis* stomachs, none in 50 *Sorex cinereus,* and none in seven *S. longirostris.* The low vole content in these extensive samples of *Blarina,* in contrast to Eadie's scat samples, was probably due to a difference in habitats sampled (*Blarina* lives in both forests and fields) and a difference in seasons of collection. Platt (1976), studying *Microtus* and *Blarina* in large outdoor enclosures at Ithaca, found that *Blarina* foraged for *Microtus* in winter and switched to invertebrates in the spring. Barbehenn (1958) acknowledged that *Blarina* was an effective predator on *Microtus,* but noted that populations of the two species appear to fluctuate independently. They do not constitute, therefore, a closely coupled predator-prey system.

## Weasels

Weasels are traditional enemies of *Microtus,* and even the smaller species such as *Mustela nivalis* (40 to 90 g) kill mice with great ease

552   *Pearson*

(Heidt, 1972). They kill and stockpile numerous mice in the wild but prefer to eat only *Microtus* (Ryszkowski et al., 1973). The small species seem to be vole specialists.

An especially favorable field situation for studying weasels was exploited by Fitzgerald (1977). He studied a number of mountain meadows in California isolated by pine forests. The meadows were buried under 1–3 meters of snow throughout each of the four winters of his study. *Microtus montanus* were censused on mark-and-recapture grids in the autumn and spring, and their subnivean nests were censused each spring when the snow melted. There was an average of slightly less than one nest for each vole censused in the autumn. At the spring census of nests, many of them had been occupied by ermines (*Mustela erminea*) and a few by long-tailed weasels (*M. frenata*). The ermine occupant would line the nest with the fur of his victims and leave skulls, feet, and other parts lying about. Fitzgerald found on the average the remains of 54 voles at the nests occupied by each ermine. Ermines were censused by tracking in the snow. Average territories covered about 3.5 ha of meadow. Counts of the number of ermines were confirmed calorically: since 99% of the diet consisted of *Microtus,* the number of *Microtus* needed for over-winter survival of one ermine could be calculated, and this number was in good agreement with the tracking information and with the body-count of *Microtus* eaten during the winter.

In some meadows population densities of *Microtus* varied as much as 100-fold during the study. The density was low in winter of 1966–1967, moderate in winter of 1967–1968, and high in 1968–1969. Table 3 summarizes, during the three winters, the pressure of ermine predation on *Microtus* in a cluster of six meadows totalling 14 ha. A relatively low *Microtus* population of 292 individuals entered the winter of 1966–1967 at a ratio of 97 voles/ermine and emerged in the spring with a population of 126 *Microtus* at a ratio of 42/ermine. This high predation pressure then apparently relaxed, through the loss of two ermines, and the population was able to build up to 783 *Microtus* in autumn, at which time only one ermine was present, and the pressure was reduced to 783:1. This pressure was enough to reduce the population only slightly to 722 in the spring. The population entered the winter of 1968–1969 at a high density, but an increase in the number of ermine to a ratio of 198:1 was then associated with a reduction in the population to

BLM_0052598

TABLE 3

ERMINE PREDATION AT THE ONSET AND END OF WINTER, BASED ON THE NUMBER OF VOLES AND ERMINE AND ON KNOWN VOLE MORTALITY (FROM FITZGERALD, 1977)

| | Winter | | |
|---|---|---|---|
| | 1966–67 | 1967–68 | 1968–69 |
| Number of vole nests | 292 | 783 | 793 |
| Number of ermine present | 3 | 1 | 4 |
| Vole : ermine ratio in autumn | 97:1 | 783:1 | 198:1 |
| Maximum voles surviving in spring | 126 | 722 | 386 |
| Estimated vole : ermine ratio in spring | 42:1 | 722:1 | 96:1 |

386 in the spring. The spring ratio of 96:1 was followed by a depression of the *Microtus* population throughout the breeding season of 1969. Minimum estimates of the percent of the vole population eaten by ermine during the four winters varied from 5.9% to 54.3%. Predation was most severe when voles were at lowest density. In two of the meadows during the winter of 1966–1967, at least 81% and 83% of the voles present in the autumn were eaten by ermines.

Since such a high percentage of the diet of these ermines consisted of *Microtus*, the response of these predators to changes in *Microtus* density was almost entirely a numerical response. It had a magnitude of about four-fold. Raymond and Bergeron (1982), studying an ermine–*Microtus pennsylvanicus* system in Quebec, found that a numerical response appeared within 12 months and could be attributed to both reproduction and immigration. However, this numerical response occurred only among male ermines.

Tapper (1979) studied the little European weasel, *Mustela nivalis,* on a 25-km² area in southern England. The *Microtus arvalis* in the area went through a 4-year cycle with densities 14 times greater at the peak than at the low. Weasel numbers varied by a factor of two, with females failing to reproduce during the year of lowest vole numbers. The weasel population seemed to be quite mobile, however, so that failure of reproduction was soon adjusted by immigration. The proportion of voles in the weasel diet increased 3.4-fold from the lowest *Microtus* years to the highest. The com-

BLM_0052599

554    *Pearson*

bined numerical and functional response of this weasel population gives them a potential $2 \times 3.4 = 6.8$-fold range in amount of predation on the *Microtus* population.

*Large Carnivores*

The larger carnivores usually have a varied diet and, although they may specialize on *Microtus* for a few weeks or months, usually switch, as do shrews, to other foods at other seasons. Nevertheless, large carnivores may be efficient mouse-catchers. *Microtus*, along with pocket gophers, was the staple food item in the diet of coyotes in Yellowstone Park from April to November (Murie, 1940). Murie watched a coyote for 1½ h, hunting on a snowfield in a meadow. It pounced 30 times without success, but also in the same interval caught and swallowed 11 animals, all of which appeared to be *Microtus*. By following trails of red foxes in the snow, Murie (1936) showed that location and capture of mice was easy, even under the snow. Rabbits, mice, and shrews were caught in excess and merely cached uneaten. At Mount McKinley in Alaska during a series of years when hares were scarce, voles made up nearly two-thirds of the red fox diet in summer and three-fourths in winter (Murie, 1944). Even in a year when voles were scarce, they were dominant in the diet. Mullen and Pitelka (1972) reported on the uncanny ability of arctic foxes and red foxes to detect mouse carcasses under as much as 0.75 m of snow. Scott (1943) showed that red foxes preferred to eat *Microtus* and were more likely to cache or discard *Peromyscus*, shrews, weasels, and other prey. Their diet in Iowa (primarily rabbits and *Microtus*) was surprisingly similar to that of horned owls in the same area (Scott and Klimstra, 1955).

Wolves frequently eat *Microtus*. Murie (1944) found as many as six mice in one wolf scat at Mount McKinley and saw as many as 17 pounces in one h. He once fed up to 19 mice and two shrews in quick succession to a captive wolf pup. Mowat (1963) saw a wolf catch and eat six voles in 10 min, 23 in one feeding bout.

Sheldon (1930) found mice in two of 10 stomachs of grizzly bears and described a grizzly hunting them in the snow, using its nose as a plow, then digging the mouse out and catching it with a paw. Murie (1944) found only one vole in 201 grizzly scats from the Mount McKinley area.

*Lynx canadensis* in Newfoundland fed primarily on hares, but

BLM_0052600

14% of the stomachs and scats contained *Microtus pennsylvanicus*. The frequency was low in winter and higher in years of *Microtus* abundance (Saunders, 1963).

Many domestic cats, in spite of gratuitous alternative "prey" in the form of table scraps and cat food, cannot resist the hunting urge. Capture of two to three voles/day is not unusual (Bradt, 1949; Toner, 1956). George (1974) tabulated the number of prey items brought home during 3 years by three cats living in his home in southern Illinois. *Microtus ochrogaster* and *M. pinetorum* were the most frequent of the 18 species of prey. Diurnal predation yielded half of the prey, crepuscular predation 20%, and nocturnal predation 30%. The sex ratio of captured voles of each species was approximately equal. Captures were much less frequent in winter, which George attributed to the fact that the cats had already captured a considerable proportion of the voles on their hunting area. He estimated that the combined predation by domestic cats on farms in the midwest seriously reduces the carrying capacity of the environment for overwintering raptors.

Christian (1975) marked a population of *Microtus pennsylvanicus* with metal ear tags and then looked for the tags in the droppings of 10 to 12 domestic cats that lived on a farm across a road from the study area and that were fed commercial cat food and table scraps by the owners. Losses due to predation by the cats accounted for at least 16% of those voles disappearing from the study area. Voles of different sex and age were preyed upon in the same proportion as they appeared in the trapped sample, indicating either that the predation by cats was non-selective or that its bias was the same as the trapping bias.

*Carnivore Assemblages*

Madison (1979) marked a total of 93 *Microtus pennsylvanicus* with radiotransmitters during three different summers in three different areas. Thirty (32%) of the marked individuals were killed by predators. Domestic cats, snakes, and weasels were the three dominant predators. Another 11 telemetered voles disappeared. If all of these had been removed by predators, the rate would have been 44%, which is an upper limit for the intensity of predation during these 3-month periods. Predation was most intense on individuals living close to suboptimal habitats.

BLM_0052601

556   *Pearson*

TABLE 4

Impact of Carnivores during Three *Microtus* Declines on 14 ha in California
(From Pearson 1964, 1966, 1971)

|  | 1961 | 1963 | 1965 |
|---|---|---|---|
| Number of *Microtus*/ha (high–low) | 312–<2 | 540–30 | >25–<2 |
| Number of carnivores on 14 ha (high–low) | 8–0.17 | 4.4–0.4 | 2.16–0.35 |
| Numerical response of carnivores | 47× | 11× | 6× |
| Functional response of carnivores[1] | — | 5.2× | 2.7× |
| Greatest monthly impact[2] | >90% | 20% | 33% |
| Percent of vole standing crop eaten | 88% | 25% | 33% |
| Mouse-carnivore ratio (min., max.) | ±550:1, 72:1 | 5,400:1, ±500:1 | 880:1, 24:1 |

[1] Greatest monthly average number of *Microtus* eaten/day/carnivore divided by the corresponding lowest monthly average.
[2] Number of *Microtus* recovered in scats divided by the number existing at the beginning of the month, ×100.

Pearson (1964, 1966, 1971) censused *Microtus californicus* on 14 ha of annual grassland during part of two population declines and during all of a third. The population density reached peaks of 314/ha, 540/ha, and more than 25/ha with lows of less than 2/ha between (Table 4). Carnivores were censused by their droppings. The species present were feral cats, raccoons, striped skunks, spotted skunks, and gray foxes, approximately in that order of abundance. For the calculations, the carnivores were treated as a single species of 3-kg carnivore, since the source of each dropping was not determined. As many as 88% of one of the peak populations was eaten before the beginning of the next breeding season. The numerical response of the carnivores varied from 47-fold to six-fold in the three cycles and lagged behind the *Microtus* numbers by a few months. It took many months for the carnivore numbers to recover after their prey started to recover. The functional response, to the contrary, was rapid. As soon as the *Microtus* population began to increase, the carnivores switched promptly back to a high-*Microtus* diet. The functional response varied from 2.7-fold during one decline to 5.2-fold during another. Intensity of predation, as

BLM_0052602

measured by numbers of *Microtus*/carnivore, was lowest during the buildup of the *Microtus* population (5,000) and greatest (72, 500, 224) late in the three declines. One morning when the 1961 peak had dropped to 18 voles/ha, none of them breeding, and the average carnivore was still eating three *Microtus*/day, I (Pearson, 1964) saw six feral cats hunting on the 14-ha study area. It would have required the standing crop of *Microtus* on 1 ha every day to support these cats, not mentioning the other predators. By March, no *Microtus* could be trapped on the census grid. Study of these three cycles led Pearson (1971) to speculate that mouse–carnivore ratios of less than 100 would prevent growth of even maximally reproducing *Microtus* populations, ratios between 200 and 1,000 would slow the growth of breeding populations and cause abrupt declines in non-breeding populations, and ratios higher than 1,000 would be relatively ineffective in preventing increases of breeding populations.

The considerable variation of measurements in the three cycles (Table 4) arises from sources such as: the measuring period was not the same in the three cycles; the carnivore population was reduced by park officials beginning in 1963; and no effort was made to estimate the impact of snakes and raptors, an impact that may have been unequal in the three cycles. Nevertheless, it is clear that through numerical and functional responses the carnivores had the potential to bring 16 (in 1965) and more than 200 (in 1961) times as much predation pressure to bear on the *Microtus* population at one stage of the cycle as at another. However, the carnivores used their reserve predatory power at an inappropriate time to "control" the vole population. The most intense predatory pressure was always at the end of the vole decline, thereby depressing the population even farther. The presence of a limited supply of alternative prey, especially harvest mice and pocket gophers, enabled the carnivores to persist in their search for the last *Microtus*. The fact that *Microtus* is the preferred prey is shown in that the population density of *Reithrodontomys megalotis* frequently was greater than that of *Microtus californicus,* but *Reithrodontomys* was relatively ignored by the carnivores except when *Microtus* was scarce. The intense and persistent predation during and following the collapse of the *Microtus* populations showed that the carnivores were catching more than just "surplus" *Microtus*. This persistence, made possible by the presence of a limited amount of alternative prey, kept the car-

BLM_0052603

nivores on the scene long enough to prevent a resurgence of the *Microtus* population for one or more breeding seasons and led me (Pearson, 1966) to suggest that carnivore predation is an essential component of the multi-annual microtine cycle. Raptors, in contrast to carnivores, tend to leave the scene when *Microtus* becomes scarce.

Many people have resisted accepting the importance of predation in driving the microtine cycle because they have expected predators to have their influence at the peak of the cycle. In reality, other factors must help the predators stop a vigorously growing microtine population. The carnivores play their role during and following the decline by depressing the population to extremely low levels and delaying its recovery. The role of alternative prey may also be misunderstood if they are thought of as "buffer species." If they are present in limited supply they increase rather than buffer the amplitude of the microtine cycle.

## Predation by Fish, Amphibians, and Reptiles

*Microtus* enters water voluntarily and swims competently (Blair, 1939; Murie, 1960; Peterson, 1947). Consequently, it is exposed to predation by fish, turtles, and alligators. This predation surely has negligible population consequences. Bullfrogs are predation generalists and have a reputation for eating any moving object that they can swallow or partially swallow. Korschgen and Baskett (1963) found that *M. ochrogaster* made up an average of 15.3% by volume of the stomach contents of bullfrogs, and during one summer month as much as 43.9%. Even salamanders eat *Microtus*. Wilson (1970) found a 98-g *Dicamptodon ensatus* that had swallowed a 27-g *Microtus longicaudatus*. Bury (1971) found two *Microtus* in 12 *Dicamptodon* stomachs examined.

A microtine Pyrrhic victory has been called to my attention by my colleague Harry Greene. He found a large red-legged frog (*Rana aurora*) lying dead at the edge of a pond. A young-adult *Microtus californicus* had been half-swallowed, head first, the posterior half still protruding from the frog's mouth. The partially decomposed and pickled frog, without mouse, weighed 48 g.

Snakes are traditional enemies of mice, but their impact has rarely been quantified. Fitch (1960) provided data for three of 15

BLM_0052604

species of snakes on the University of Kansas Natural History Reservation. The diet of copperheads (*Ancistridon contortix*) was 39% by weight *Microtus ochrogaster,* which makes this vole by far the most important food for this snake. Population density of copperheads on the reservation in the autumn, after birth of the young, exceeds 12/ha, and Fitch estimated that a typical copperhead consumes eight meals totalling approximately twice its own body weight in the course of a growing season. I have calculated that the impact of copperheads in this habitat would be about 20 30-g *M. ochrogaster*/ha/year.

In the same habitat racers (*Coluber constrictor*) occupy grasslands at densities of 2.5–7.5/ha. Sixty-six percent of their diet by weight consists of small mammals, mostly *Microtus* (Fitch, 1963*a*). The pilot black snakes (*Elaphe obsoleta*) on the same reservation ate primarily small mammals, and the most frequent of these was *M. ochrogaster* (Fitch, 1963*b*). Blacksnake densities varied between an annual minimum of 2.1/ha and an annual maximum of 4.2/ha. The combined population density of these three species of snakes averages about 11 individuals/ha; all of them are deadly *Microtus* predators. The density of *Microtus* during a 2-year census in the same fields varied between 360/ha and 62/ha (Martin, 1956) and dropped much lower in the following year. It is probable that in some seasons these three predators outnumber the voles.

In another study, racers and pilot black snakes preyed on a population of *Microtus pennsylvanicus,* 36 of which were equipped with radiotransmitters (Madison, 1978). During a 1-month interval, six of these *Microtus* were eaten and recovered from snakes. The snakes preyed selectively on lactating females and their litters and on large males. Madison (1978) suggested that boldness in the presence of a predator, or perhaps chemical signals, make these subgroups of vole populations especially vulnerable to predation by snakes.

## Discussion

The preceding documentation demonstrates that many species of predators can and do catch *Microtus* with great ease and that in many situations a single species of avian or mammalian or reptilian predator catches a lot of *Microtus.* An assemblage of predators has an even greater impact. Capture of more than 20% of a vole population per month is not uncommon. After a long non-breeding

BLM_0052605

560   *Pearson*

season, attrition of this severity sometimes places *Microtus* in the awkward position of starting the breeding season surrounded by persisting predators that can eat the offspring produced by the surviving *Microtus* faster than they can be produced. In spite of the quantities of *Microtus* harvested by predators, many people doubt that predation has any marked effect on *Microtus* numbers. Martin (1956), for example, censused *Microtus ochrogaster* on the University of Kansas Natural History Reservation for 2 years and concluded: "Although voles were a common item of prey for many species of predators on the Reservation, no marked effect on the density of the population of this vole could be attributed to predation pressure. Only when densities reached a point that caused many voles to expose themselves abnormally could they be heavily preyed upon. Their normally secretive habits, keeping them more or less out of sight, suggest that they are an especially obvious illustration of the concept that predation is an expression of population vulnerability, rising to high levels only when a population is ecologically insecure, rather than a major factor regulating population levels."

In the same report he lists the following *Microtus* predators living on the Reservation: four species of snakes, 15 species of birds, and nine species of mammals. He gives no support for his disbelief in an effective pressure on the *Microtus* population. I believe that when measurements are available they will show that here, as elsewhere, many species of snakes and raptors and carnivores do not wait until the meadows are overflowing with insecure or maladjusted *Microtus*: they kill *Microtus* with great ease even when populations are low. If a particular predator is a resident generalist with access to alternative prey, or is a nomadic specialist (for example, kites or short-eared owls), its effect would be expected to stabilize vole density, as pointed out by Andersson and Erlinge (1977). The effect of stabilizing predation on a prey population is not easily detected because its greatest expression leads to an absence of any change in the density of the prey. If, however, a predator is a resident specialist, such as an ermine, its predatory effect would be to destabilize vole densities. Amplitude of change would be increased, and the period of the microtine cycle of abundance would be increased. Martin's (1956) voles, which in 2 years underwent a five-fold change of density, were responding to predation from a mixture of specialist–generalist and resident–nomadic species, as well as to other complex influences such as weather.

BLM_0052606

Most of the adaptations of *Microtus* seem to equip it for life in grasslands rather than for defense against predators. Its size is convenient for a host of predators from shrews to grizzly bears. Speed, acceleration, and agility are relatively poor. Senses are probably less acute than in most of the other species of small mammals living nearby. It possesses scent glands that function for intraspecific communication but that are ineffective in masking its basic delicious flavor. It is primarily a grass-eater, so the more it eats the more it becomes exposed to its enemies. It does not hibernate or estivate to avoid difficult or dangerous seasons of the year, and it is active both day and night, so it exposes itself to risk from both nocturnal and diurnal predators. Few *Microtus* store food and so they must venture out of their nests at frequent intervals. *M. californicus* in the wild is equally active day and night in winter but is primarily active early in the morning during summer. This change seems to be driven by moisture requirements rather than by predation (Pearson, 1960). Males of *M. californicus* make more excursions out into the runways than do females, but the average male excursion is briefer. Daytime excursions last much longer than nighttime excursions. These and other differences in behavior affect the vulnerability of different subgroups of the population. The catch by still-hunters such as copperheads should show a bias toward males; sweeping hunters such as barn owls and marsh hawks should encounter a less-biased sex ratio. Field data on the vulnerability of different subsets of the *Microtus* population are needed urgently.

A frequently mentioned stratagem against predators, one that is effective at the population level if not at the level of the individual, is a high rate of reproduction. Most species of *Microtus* have high (and elastic) reproductive potential. Litter size is not notably large, but post-partum breeding is common, and early sexual maturity, which through compounding is most important for rapid population growth, may be spectacular. I have caught 15-g *M. californicus* carrying conspicuous embryos. These females must have become pregnant at not more than two weeks of age. Most individuals of a *Microtus* population also initiate breeding in synchrony so that a pulse of young emerge at a presumably favorable season and overwhelm the appetites of the available predators. No predators are able to outbreed *Microtus*, so a numerical response of the carnivores usually lags behind an increasing vole population.

The grassland in which most *Microtus* live is a relatively simple

BLM_0052607

habitat that does not promote species diversity (Cody, 1966). Consequently, two or more species of *Microtus* rarely live in the same meadow and share the reproductive costs of saturating the predators. In fact, the simplicity of grassland is probably a necessary condition for the microtine cycle of abundance. There are no multiannual cycles of rodents in rainforest, a habitat so complex, with alternative prey so varied and abundant, that predators presumably are supported for long periods at a more constant density than in grasslands.

Various social strategies found in *Microtus* restrict population growth and thereby tend to keep population density below a level that attracts nomadic predators. Cannibalism is one of these (Fitch, 1957). Dispersal is another (Lidicker, 1975). Dispersal may occur at various stages in the cycle of abundance, at various seasons, and may involve different classes of the population. They may disperse into good, or marginal, or even submarginal habitat. All of these kinds of dispersers will have increased their vulnerability to predation and can be thought of as dispersing into a sink that is the collective maw of their predators (Tamarin, 1978).

## Conclusions

It will be many years before we fully understand the populational consequences of predation on microtines. We already know that predation is a vital concern at the level of the individual. A sophisticated *Microtus,* cowering in its retreat contemplating an excursion out into the grassland, could best calculate the probability of its survival for one more day in a dangerous world if it knew: How many of "us" are there? What is our sex ratio and age composition? How many of "them" are there? How many of them are generalists or specialists? How many resident or nomadic? How many nocturnal or diurnal? How many are still-hunters? What is this week's rate of change of their numbers and ours? How many alternative prey are there? He could then optimize the time, duration, and direction of his excursion. Leopold (1933) called attention to almost all of these variables that affect prey mortality, but in the ensuing 50 years we have failed to provide more than the sparsest of field data. We are ready to document which predator catches which mouse, but not yet can we predict how that event will alter the course of the predator and prey populations.

BLM_0052608

Future research probably will focus on the complex effects of predation on the demographies of predator and prey. Progress may be slow because we are still waiting for mammalogists to provide us with a good method of measuring densities of *Microtus,* a good method of defining and measuring meaningful subcategories of the populations, a good method of anticipating future reproductive performance of populations and, consequently, an adequate method of predicting potential growth of a population. Achievement of these goals would simplify the design and interpretation of much-needed experimental manipulations of predator–*Microtus* systems. Meanwhile, many "natural experiments" wait to be exploited. Islands with and without various predators could be investigated profitably and could be manipulated with the expectation of getting interpretable results.

In view of the many marvelous interactions that have been described in other animal groups, it is not unreasonable to expect that coevolution, driven by the selective force of the intense predation documented in this review, has provided some fascinating predator-prey interactions waiting to be revealed.

## Literature Cited

ANDERSSON, M., AND S. ERLINGE. 1977. Influence of predation on rodent populations. Oikos, 29:591–597.

BAKER, J. A., AND R. J. BROOKS. 1981. Distribution patterns of raptors in relation to density of meadow voles. Condor, 83:42–47.

———. 1982. Impact of raptor predation on a declining vole population. J. Mamm., 63:297–300.

BARBEHENN, K. R. 1958. Spatial and population relationships between *Microtus* and *Blarina.* Ecology, 39:293–304.

BEACHAM, T. D. 1979. Selectivity of avian predation in declining populations of the vole *Microtus townsendii.* Canadian J. Zool., 57:1767–1772.

BLAIR, W. F. 1939. A swimming and diving meadow vole. J. Mamm., 20:375–376.

BOONSTRA, R. 1977. Predation on *Microtus townsendii* populations: impact and vulnerability. Canadian J. Zool., 55:1631–1643.

BRADT, G. W. 1949. Farm cat as a predator. Michigan Conserv., 18:23–25.

BROWN, L., AND D. AMADON. 1968. Eagles, hawks and falcons of the world. 2 vols. Country Life Books, McGraw Hill, New York, 945 pp.

BURY, R. B. 1971. Small mammals and other prey in the diet of the Pacific giant salamander (Dicamptodon ensatus). Amer. Midland Nat., 87:524–526.

CHRISTIAN, D. P. 1975. Vulnerability of meadow voles, *Microtus pennsylvanicus,* to predation by domestic cats. Amer. Midland Nat., 93:498–502.

CODY, M. L. 1966. The consistency of intra-and inter-continental grassland bird species counts. Amer. Nat., 100:371–376.

BLM_0052609

564   *Pearson*

CRAIGHEAD, J. J., AND F. C. CRAIGHEAD, JR. 1956. Hawks, owls and wildlife. Wildl. Mgt. Inst., Washington, 443 pp.

DAVIS, D. E. 1937. A cycle in northern shrike emigrations. Auk, 54:43–49.

DIXON, J. S., AND R. M. BOND. 1937. Raptorial birds in the cliff areas of Lava Beds National Monument, California. Condor, 39:97–102.

EADIE, W. R. 1952. Shrew predation and vole populations on a localized area. J. Mamm., 33:185–189.

ERRINGTON, P. L. 1946. Predation and vertebrate populations. Quart. Rev. Biol., 21:144–177, 221–245.

FITCH, H. S. 1957. Aspects of reproduction and development in the prairie vole (Microtus ochrogaster). Univ. Kansas Publ., Mus. Nat. Hist., 10:129–161.

———. 1960. Autecology of the copperhead. Univ. Kansas Publ., Mus. Nat. Hist., 13:85–288.

———. 1963a. Natural history of the racer Coluber constrictor. Univ. Kansas Publ., Mus. Nat. Hist., 15:351–468.

———. 1963b. Natural history of the black rat snake (*Elaphe o. obsoleta*) in Kansas. Copeia, 1963:649–658.

FITZGERALD, B. M. 1977. Weasel predation on a cyclic population of the montane vole (*Microtus montanus*) in California. J. Anim. Ecol., 46:367–397.

GEORGE, W. G. 1974. Domestic cats as predators and factors in winter shortages of raptor prey. Wilson Bull., 86:384–396.

GORDON, B. L. 1977. Monterey Bay area: natural history and cultural imprints. Second ed. Boxwood Press, Pacific Grove, California, 321 pp.

GRABER, R. R. 1962. Food and oxygen consumption in three species of owls (Strigidae). Condor, 64:473–487.

GROSS, A. O. 1947. Cyclic invasions of the snowy owl and the migration of 1945–1946. Auk, 64:584–601.

HAHN, W. L. 1908. Notes on the mammals and cold-blooded vertebrates of the Indiana University Farm, Mitchell, Indiana. Proc. U.S. Natl. Mus., 35:545–581.

HALL, E. R. 1927. An outbreak of house mice in Kern County, California. Univ. California Publ. Zool., 30:189–203.

HAMERSTROM, F. 1979. Effect of prey on predator: voles and harriers. Auk, 96:370–374.

HAMILTON, W. J., JR. 1940. The biology of the smoky shrew (*Sorex fumeus fumeus* Miller). Zoologica, 25:473–492.

HARESTAD, A. S., AND F. L. BUNNELL. 1979. Home range and body weight—a reevaluation. Ecology, 60:389–402.

HEIDT, G. A. 1972. Anatomical and behavioral aspects of killing and feeding by the least weasel, *Mustela nivalis* L. Arkansas Acad. Sci. Proc., 26:53–54.

HOLLING, C. S. 1959. The components of predation as revealed by a study of small mammal predation of the European pine sawfly. Canadian Entomol., 91:293–320.

JENKINS, S. H. 1981. Common patterns in home range-body size relationship of birds and mammals. Amer. Nat., 118:126–128.

KONISHI, M. 1973. How the owl tracks its prey. Amer. Scientist, 61:414–424.

KORSCHGEN, L. J., AND T. S. BASKETT. 1963. Food of impoundment- and stream-dwelling bullfrogs in Missouri. Herpetologica, 19:89–99.

LEOPOLD, A. 1933. Game management. Scribner's, New York, 481 pp.

LEYHAUSEN, P. 1978. Cat behavior: the predatory and social behavior of domestic and wild cats. Garland, New York, 340 pp.

BLM_0052610

LIDICKER, W. Z., JR. 1975. The role of dispersal in the demography of small mammals. Pp. 103–134, *in* Small mammals: their productivity and population dynamics (F. B. Golley, K. Petrusewicz, and L. Ryszkowski, eds.). Internatl. Biol. Prog., Cambridge Univ. Press, London, 5:1–451.

MADISON, D. M. 1978. Behavioral and sociochemical susceptibility of meadow voles (Microtus pennsylvanicus) to snake predators. Amer. Midland Nat., 100:23–28.

————. 1979. Impact of spacing behavior and predation on population growth in meadow voles. Pp. 20–29, *in* Proceedings of the third eastern pine and meadow vole symposium (R. E. Byers, ed.). New Paltz, New York, 86 pp.

MARTI, C. D. 1974. Feeding ecology of four sympatric owls. Condor, 76:45–61.

MARTIN, E. P. 1956. A population study of the prairie vole (Microtus ochrogaster) in northeastern Kansas. Univ. Kansas Publ., Mus. Nat. Hist., 8:361–416.

MARTINSEN, D. L. 1969. Energetics and activity patterns of short-tailed shrews (*Blarina*) on restricted diets. Ecology, 50:505–510.

MASTER, L. L. 1979. Some observations on great gray owls and their prey in Michigan. Jack-Pine Warbler, 57:215–217.

MAURER, F. W., JR., 1970. Observation of fighting between a vole and a shrew. Amer. Midland Nat., 84:549.

MILLER, A. H. 1931. Systematic revision and natural history of the American shrikes (Lanius). Univ. California Publ. Zool., 38:11–242.

MOWAT, F. 1963. Never cry wolf. Little, Brown and Co., Boston, 247 pp.

MULLEN, D. A., AND F. A. PITELKA. 1972. Efficiency of winter scavengers in the Arctic. Arctic, 25:225–231.

MURIE, A. 1936. Following fox trails. Misc. Publ. Mus. Zool., Univ. Michigan, 32:1–45.

————. 1940. Ecology of the coyote in the Yellowstone. Fauna of the National Parks of the United States. Bull. U.S. Dept. Interior, 4:1–206.

————. 1944. The wolves of Mount McKinley. Fauna of the National Parks of the United States, Fauna Series No. 5, 238 pp.

————. 1960. Aquatic voles. J. Mamm., 41:273–275.

NEWTON, I. 1979. Population ecology of raptors. Buteo, Vermillion, South Dakota, 399 pp.

PAYNE, R. S. 1962. How the barn owl locates prey by hearing. Living Bird, 1:151–159.

PEARSON, O. P. 1942. On the cause and nature of a poisonous action produced by the bite of a shrew (*Blarina brevicauda*). J. Mamm., 23:159–166.

————. 1959. A traffic survey of *Microtus-Reithrodontomys* runways. J. Mamm., 40:169–180.

————. 1960. Habits of Microtus californicus revealed by automatic photographic recorders. Ecol. Monogr., 30:231–249.

————. 1964. Carnivore-mouse predation: an example of its intensity and bioenergetics. J. Mamm., 45:177–188.

————. 1966. The prey of carnivores during one cycle of mouse abundance. J. Anim. Ecol., 35:217–233.

————. 1971. Additional measurements of the impact of carnivores on California voles (*Microtus californicus*). J. Mamm., 52:41–49.

PETERSON, R. L. 1947. Further observations on swimming and diving of meadow voles. J. Mamm., 297–298.

PLATT, W. J. 1976. The social organization and territoriality of short-tailed shrew (*Blarina brevicauda*) populations in old-field habitats. Anim. Behav., 24: 305–318.

BLM_0052611

566    *Pearson*

PROCTOR, N. S.  1977.  Osprey catches vole. Wilson Bull., 89:625.

RAYMOND, M., AND J-M. BERGERON.  1982.  Réponse numérique de l'hermine aux fluctuations d'abondance de *Microtus pennsylvanicus*. Canadian J. Zool., 60:542–549.

REED, J. H.  1897.  Notes on the American barn owl in eastern Pennsylvania. Auk, 14:374–383.

RYSZKOWSKI, L., J. GOSZCZYNSKI, AND J. TRUSZKOWSKI.  1973.  Trophic relationships of the common vole in cultivated fields. Acta Theriol., 18:125–165.

SAUNDERS, J. K.  1963.  Food habits of the lynx in Newfoundland. J. Wildl. Mgmt., 27:384–390.

SAYR, R.  1980.  An invasion to remember. Audubon, 82:52–55.

SCHOENER, T. W.  1968.  Sizes of feeding territories among birds. Ecology, 49:123–141.

SCOTT, T. G.  1943.  Some food coactions of the northern plains red fox. Ecol. Monogr., 13:427–479.

SCOTT, T. G., AND W. D. KLIMSTRA.  1955.  Red foxes and a declining prey population. Southern Illinois Univ., Monogr. Ser., 1:1–123.

SHELDON, C.  1930.  The wilderness of Denali: explorations of a hunter-naturalist in northern Alaska. Scribner's, New York, 412 pp.

SHULL, A. F.  1907.  Habits of the short-tailed shrew *Blarina brevicauda* (Say). Amer. Nat., 41:495–522.

SMITH, D. G., C. R. WILSON, AND H. H. FROST.  1974.  History and ecology of a colony of barn owls in Utah. Condor, 76:131–136.

SNYDER, N. F. R., AND J. W. WILEY.  1976.  Sexual size dimorphism in hawks and owls of North America. Ornithol. Monogr., 20:1–96.

STENDELL, R.  1972.  The occurrence, food habits, and nesting strategy of white-tailed kites in relation to a fluctuating vole population. Unpubl. Ph.D. dissert., Univ. California, Berkeley, 224 pp.

STENDELL, R., AND P. MYERS.  1973.  White-tailed kite predation on a fluctuating vole population. Condor, 75:359–360.

TAMARIN, R. H.  1978.  Dispersal, population regulation, and K-selection in field mice. Amer. Nat., 112:545–555.

TAPPER, S.  1979.  The effect of fluctuating vole numbers (*Microtus agrestis*) on a population of weasels (*Mustela nivalis*) on farmland. J. Anim. Ecol., 48:603–617.

TOMASI, T. E.  1978.  Function of venom in the short-tailed shrew, *Blarina brevicauda*. J. Mamm., 59:852–854.

TONER, G. C.  1956.  House cat predation on small mammals. J. Mamm., 37:119.

WAIAN, L. B., AND R. STENDALL [STENDELL].  1970.  The white-tailed kite in California with observation of the Santa Barbara population. California Fish and Game, 56:188–198.

WALLACE, G. J.  1948.  The barn owl in Michigan. Its distribution, natural history and food habits. Michigan State Coll., Agric. Exp. Sta. Tech. Bull., 208:1–61.

WARNER, J. S., AND R. L. RUDD.  1975.  Hunting by the white-tailed kite (*Elanus leucurus*). Condor, 77:226–230.

WHITAKER, J. O., JR., AND M. G. FERRARO.  1963.  Summer food of 220 short-tailed shrews from Ithaca, New York. J. Mamm., 44:419.

WHITAKER, J. O., JR., AND R. E. MUMFORD.  1972.  Food and ectoparasites of Indiana shrews. J. Mamm., 53:329–335.

WILSON, R. L.  1970.  *Dicamptodon ensatus* feeding on a microtine. J. Herpetol., 4:93.

BLM_0052612

# POPULATION DYNAMICS AND CYCLES

## Mary J. Taitt and Charles J. Krebs

### Abstract

We address two questions about North American *Microtus*: 1) what type of numerical changes occur in their populations? and 2) what factors must be invoked to explain these population changes?

Historically, studies of *Microtus* population dynamics have centered around descriptions of multi-annual cycles in abundance. Examination of field data collected over the last two decades on species of *Microtus* in North America reveals three demographic patterns: annual fluctuations, multi-annual cycles, and both, in sequence. Out of a total of 106 years of data, we estimated 59% were years of annual fluctuations and 41% were cyclic. In two species exhibiting both patterns in sequence there were 9 years of annual fluctuations and three multi-annual cycles. It appears that annual fluctuations in density are more common than multi-annual cycles in some *Microtus* populations.

If we compare annual fluctuations and cycles, we find that the amplitude of numerical change is always less than five-fold for annual fluctuations and usually over 10-fold for cycles. Peak cyclic densities are typically three times greater than the maximum densities of annual fluctuations. Substantial spring declines in density are characteristic of annual fluctuations, whereas little or no spring decline (particularly in female numbers) occurs in years of cyclic peak densities.

There are still problems associated with obtaining reliable estimates of population parameters for *Microtus* species. The use of more than one trapping technique, especially in high density populations, is strongly recommended.

*Microtus* numbers increase when extra food is provided experimentally to field populations, but no one yet has prevented a cyclic decline by food addition. It is not yet certain whether plant second-

567

BLM_0052613

ary compounds play any role in vole cycles. Predation interacts with cover to affect vole numbers, and predators can take large numbers of voles under certain conditions. Predators may prolong the phase of low vole densities but it is not clear that they can generate cycles.

Spacing behavior operating through differential dispersal may be a key element in the adjustment of *Microtus* densities to available resources. Surplus voles exist in some populations, but we do not know what role such voles play in generating the population dynamics observed. Spacing behavior could be under both genotypic and phenotypic control, which suggests a multi-factor component in vole population dynamics. There is renewed interest in physiological responses of voles and lemmings to stress, and speculations about its effect on suppression of the immune-inflammatory system, especially at high population densities.

A brief consideration of two phenomena suggests how multi-factor explanations could be associated with population cycles in *Microtus*. Body weight may be heritable, but the expression of the trait could be modified by, for example, food conditions in the increase phase or population density at the peak. Mature female voles should perhaps be considered analogous to territorial male birds in maintaining space for production of offspring. The size of territories, and hence the number of mature females, may be determined partly by genetic predisposition and partly by behavioral adjustments to environmental conditions and to local vole density.

Future modeling and research on *Microtus* population dynamics should address the two patterns of fluctuation described. Heritability of growth, reproduction, dominance, and dispersal should be investigated in populations exhibiting both patterns of fluctuation in sequence as well as in predominantly cyclic and non-cyclic populations. Realistic multi-factor hypotheses must be formulated. These should assign factors in a hierarchy over time to predict the patterns observed and be testable by field experiments. There is still much to do.

## Introduction

Population dynamics of species in the genus *Microtus* have been, with other small rodents, the subject of several reviews. Historical descriptions of outbreaks and plagues were compiled by Charles Elton (1942) in his book "Voles, Mice and Lemmings." The eco-

BLM_0052614

nomic consequences of rodent population irruptions, curiosity about mechanisms of population regulation, and a desire to predict abundance have stimulated much research into rodent population dynamics since Elton's book. Most of the research done up to the early 1970s was reviewed extensively by Krebs and Myers (1974).

In the present review, we evaluate field studies that, for the most part, were conducted since the review by Krebs and Myers (1974), and are restricted to rodents of the genus *Microtus* in North America. We attempt to answer two major questions in this chapter: 1) What type of population changes occur in *Microtus* species in North America? and 2) What factors must be invoked to explain these population changes? By a critical evaluation of past work we hope to provide a paradigm for future studies on these rodents.

## Methods of Study

Voles of the genus *Microtus* typically live in underground burrow systems in grasslands. Where grass cover is dense, they develop extensive surface runways. Direct observation of individual voles in the field is, therefore, virtually impossible. Most population data are collected as a result of trapping individuals.

Researchers in North America use snap-traps for census work and live-traps for continuous mark-recapture monitoring of vole populations. Most of the live-traps in use are Longworths (Chitty and Kempson, 1949), or Shermans (Morris, 1968), although pitfalls (Boonstra and Krebs, 1978; Kott, 1965) and multiple-catch traps are also used.

Live-traps are usually placed in square grids with a specific distance (often 25 ft, 7.62 m) between stations. One or two traps are put at each point on the grid, and positioned in active surface runways. In order to catch voles of some species, it is necessary to prebait for a period before commencing with a regular trapping program (for example, *M. townsendii* has to be pre-baited for four weeks before appreciable numbers are caught). In the pre-baiting period, food is put in each trap, which is then locked open and placed in position on the grid. Many studies over the last decade have used the field technique suggested by Krebs (1966). In this technique the traps are set with food and bedding (usually a handful of oats and cotton batting). A typical trapping session involves setting traps in the afternoon, checking them for voles the next morn-

BLM_0052615

570   *Taitt and Krebs*

ing, re-setting, and checking that afternoon, re-setting and checking for the last time the next morning. The traps are then locked open with a handful of oats as pre-bait over the interval until the next trapping session, normally two weeks later. In summer, the daytime trapping period is abandoned to avoid death from overheating of surface metal traps. This is not a problem with pitfall traps.

When a vole is first caught, it is individually marked for future identification. This is most often done by placing a numbered fingerling fish-tag in one ear; alternatively, a system of toe-clipping is used. On first capture within a trapping session, individuals are sexed and weighed to the nearest g. Males are classified according to the position of the testes, either abdominal or scrotal. Females are checked for vaginal perforation: open or closed (estrus or anestrus); size of nipples and amount of lactation tissue: small, medium or large (not lactating, beginning or end of lactation, mid-lactation); separation of the pubic bones: closed (immature), slightly open (previously littered), or open (has just or is about to deliver). All pregnancies and trap litters are recorded. In some studies the number of wounds is recorded; recent wounds are easily identified by blowing the fur and looking for small, usually paired, incisions which indicate the bite of another vole. Every time an individual is caught its number and grid location is recorded.

There is a large literature on the problems of estimating population size in small mammals; we do not review it here (Seber, 1982). The studies that we review are based on live-trapping with a single type of trap. There is now a suggestion in at least one species (*M. townsendii* at high density in summer when daytime trapping is not possible) that pitfall trapping is needed in addition to Longworth trapping to census adult populations (Beacham and Krebs, 1980; Boonstra and Krebs, 1978). In these two studies of peak populations, 40–45% of the adult voles were captured only in pitfall traps. We do not know if these adults could have been caught in Longworth traps if the number of Longworths had been doubled or quadrupled. Nor do we know whether this problem is specific to *M. townsendii,* but it is clear that future studies should use two different trapping techniques whenever possible. Alternatively, multiple-capture traps could be used.

Details of trapping methods might be less critical in vole population studies if we could use mark-recapture methods such as the Jolly-Seber model (Jolly, 1965; Seber, 1982). Because of early in-

BLM_0052616

dications that *Microtus* does not respond randomly to traps (Krebs, 1966; Leslie et al., 1953) many workers have used enumeration to provide an estimate of abundance. Enumerated densities (minimum number alive) have a negative bias. Hilborn et al. (1976) estimated at least a 10–20% bias in enumerated densities of five species of *Microtus* but pointed out that if unmarked animals had very low probabilities of capture, the minimum-number-alive estimator would seriously underestimate the true number. This is another way of emphasizing the need for pitfall trapping or additional techniques for sampling voles which might not be caught in normal live-traps.

Jolly and Dickson (1983) argued for the use of Jolly-Seber estimates in populations whose individuals show unequal catchability. The Jolly-Seber estimates will have a negative bias under these conditions, but less of a bias than enumeration techniques. Carothers (1973, 1979) showed that unequal catchability has only a very small effect on Jolly-Seber estimates of numbers and survival, if the probability of capture is above 0.5 in each trapping session. These studies suggest that small mammal ecologists should use Jolly-Seber estimates to estimate numbers rather than enumeration methods, but it is important to qualify this recommendation with the reminder that no statistical method can provide accurate estimates of abundance when a large fraction of the population does not enter the traps at all.

Many factors can affect trapping success in small rodents and odors associated with traps is one possibly important factor (Boonstra and Krebs, 1976; Stoddart, 1982). In *M. townsendii*, individuals entered dirty Longworth traps more than clean traps during the breeding season. Voles also may avoid traps visited by other species. Boonstra et al. (1982) showed that *M. pennsylvanicus* was much less likely to be caught in a Longworth trap previously occupied by *Blarina, Mus, Zapus,* or *Peromyscus*. Stoddart (1982) claimed that unmarked *M. agrestis* was more readily caught in clean traps than in dirty ones, but his conclusions cannot be accepted because of faulty experimental design (no pre-baiting) and no suitable controls to measure late summer recruitment of young (cf. Chitty and Phipps, 1966:323). Further work on the effects of odor on trapping success in *Microtus* will be useful particularly if it addresses how present trapping techniques could be improved.

We assume in this chapter that population data obtained by live-trapping is a reliable index of actual changes in numbers if sam-

BLM_0052617

pling is done at least monthly with an excess of live-traps and a probability of capture above 50% for adult animals. Attempts to sample at a lower intensity have so far proven unreliable at providing a detailed picture of population dynamics, although they may reveal large-scale trends.

## Observed Population Patterns

In the last decade, field studies have been conducted on populations of *Microtus* in North America at locations shown in Fig. 1. These empirical studies tend to be short-term and are usually conducted in man-made grasslands where grass cover is dense and the number of voles can be substantial in a 2–3 year period (average workspan of a graduate student). This raises an important general question: are the population dynamics observed in these habitats typical? Bearing this in mind, and trying to allow for differences in trapping regime, sampling periods, and grid size, we ask what population patterns have been observed in the North American species of *Microtus*.

In Tables 1–6, we summarize the demographic patterns observed on control areas in studies of North American *Microtus* populations. We calculated densities of voles by adding a boundary strip one-half the inter-trap distance to each edge of the live-trapping area. In some cases authors have already presented population data as densities and we used these when given. In all cases we rounded densities to the nearest 5/ha because of the error in estimating numbers from published graphs, so the density estimates we give should be viewed as approximations only. We divided demographic patterns into two classes: 1) annual fluctuations, and 2) multi-annual cycles. Annual fluctuations generally have an autumn or winter, end-of-breeding season maximum, and a spring, or onset-of-breeding, minimum. Cycles are defined by a low-peak-decline sequence over at least two years, and by additional demographic criteria defined by Krebs and Myers (1974) when such data are available. When long-term, detailed data are available (Figs. 2, 3), the classification of annual versus cyclic patterns is usually clear. Problems arise in classifying some studies, particularly short-term ones. We think that these two patterns could be quantified by analyzing the variance of spring breeding densities, or more precisely the variance of the natural logarithms of spring densities. For an-



FIG. 1.  Population study sites of *Microtus* in North America. Numbers refer to studies identified in Tables 1–6.

BLM_0052619