TABLE 1

POPULATION DENSITIES FROM LIVE-TRAPPING STUDIES OF *Microtus townsendii* IN BRITISH COLUMBIA

| Grid | Years | Density/ha | | Pattern | Spring dynamics | | Notes[3] | Map location (Fig. 1) | References |
| | | High | Low | | Density[1] | Sex[2] | | | |
|---|---|---|---|---|---|---|---|---|---|
| I | 1971–76 | 285 | 150 | Annual | Low | Both | Perennial grassland; | 1 | Krebs (1979) |
| | | 385 | 85 | Annual | Low | Both | no competitors; | | |
| | | 385 | 75 | Annual | Low | Both | Westham Island | | |
| | | 625 | 40 | Cycle | 435 | ♂ only | | | |
| C1 | 1980 | 260 | 85 | Annual | Low | Both | Winter–spring study | 1 | Taitt et al. (1981) |
| C2 | 1980 | 150 | 30 | Annual | Low | Both | Winter–spring study | | Taitt et al. (1981) |
| C1 | 1981 | 375 | 125 | Annual | Low | Both | Winter–spring study | | Taitt and Krebs (1982) |
| C2 | 1981 | 175 | 145 | Annual | Low | Both | Winter–spring study | | Taitt and Krebs |
| C | 1982 | 345 | 265 | Annual? | Low | Both | Winter–spring study | | Taitt and Krebs (1983) |
| A | 1976–78 | 800 | 65 | Cycle | 365 | ♂ only | Perennial grassland; | 1 | Beacham (1979a) |
| D | 1976–78 | 665 | 40 | Cycle | 430 | ♂ only | no competitors; Reifel Island | | |
| C | 1971–75 | 400? | 50 | Cycle? | | | | 1 | Krebs (1979) |
| | | 210 | 150 | Annual | Low | Both | Perennial grassland; | | |
| | | 360 | 115 | Annual | Low | Both | no competitors; | | |
| | | 210 | 150 | Annual | Low | Both | Mainland | | |
| E | 1971–76 | 50 | 15 | Annual | Low | Both | Perennial grassland; | 1 | Krebs (1979) |
| | | 100 | 65 | Annual | Low | Both | *M. oregoni* and | | |
| | | 100 | 85 | Annual | Low | Both | *Peromyscus mani-* | | |
| | | 525 | 150? | Cycle? | 185? | ♂ only | *culatus*; Mainland | | |

[1] Density in number/ha at the end of the spring decline. Low means equal to the low density given in previous column.
[2] Sex indicates whether the spring decline occurred in both sexes or only in one sex primarily.
[3] Species listed here were present on the grid; they may or may not have been competitors.

BLM_0052620

nual fluctuations we expect this variance to be less than 0.5, and for cycles, greater than 1.0. Note that spring densities are critical, not autumn densities (Krebs and Myers, 1974). We do not know whether the dichotomy between annual and cyclic populations is real, or whether there is a continuum between the two extremes. In the following, we discuss demographic patterns for each species.

## M. townsendii

All of the long-term population data on this species come from the Vancouver area of British Columbia. We identified (Table 1) four probable cycles in four populations of this species and 13 annual fluctuations in three populations. Figure 2 illustrates population changes on one area that was monitored for 11 years. A cyclic peak is evident in 1975 but in most years annual fluctuations occur. Cyclic peaks in this species ranged from 525 to 800/ha, averaging 697 voles/ha (Longworth-trapped population only). Annual fluctuations had average maximums of 239 voles/ha and minimums of 94 voles/ha. Most of the communities studied consisted only of this vole species. One area (grid E; see Krebs, 1979:Fig. 3) contained *Peromyscus maniculatus* and *M. oregoni* when *M. townsendii* was at low numbers, but both these potential competitors disappeared when *M. townsendii* increased above 100/ha.

## M. pennsylvanicus

Studies on *M. pennsylvanicus* have been conducted over a broad geographic range (Fig. 1) and an array of demographic patterns has been described. There are large differences in average density of this species in different areas and these regional differences cannot be due simply to techniques (Table 2). In Ontario, recent work indicates that annual fluctuations are common with maximum densities averaging 410/ha and minima averaging 120/ha. Boonstra and Rodd (1983) provided 3 years of data from Toronto showing annual fluctuations at high densities. A striking population pattern was observed by Iverson, Turner and Mihok in Manitoba (Fig. 3; Mihok, in press). This population exhibited a cycle, a cyclic low density followed by another cycle, then three annual fluctuations. In Manitoba, densities were very low, averaging 90/ha at cyclic peaks and 10/ha at cyclic lows; annual fluctuations averaged 55/ha at maximum and 30/ha at minimum.

BLM_0052621



FIG. 2.  Population densities of *Microtus townsendii* on control grids on Westham Island, British Columbia. Pitfall trap data are included for summers 1975, 1976, and 1979. Symbols are: △, males; ▲, females.

BLM_0052622

Indiana data on *M. pennsylvanicus* are almost intermediate between cyclic and annual fluctuations and we interpret them as 2-year cycles. The cyclic maxima averaged 180/ha and the minima averaged 40/ha. These figures are similar to those obtained by Tamarin (1977) in Massachusetts. Virginia data on this species seem to show the end of one cycle and then 2 years of annual fluctuations averaging 85/ha maximum and 35/ha minimum. In Minnesota, 2 years of annual fluctuations averaged 85/ha maximum and 10/ha minimum. In Illinois, *M. pennsylvanicus* invaded habitats formerly occupied by *M. ochrogaster*; to date, populations are sparse, with maxima averaging only 30/ha. From these studies we estimate that, for 33 years of data, 17 years showed annual fluctuations and 16 years were cyclic. There is no clear evidence of a competitive density reduction in those areas in which a second *Microtus* species occurred.

## M. ochrogaster

Populations of *M. ochrogaster* have been studied extensively in Kansas, Illinois, and Indiana. Most populations studied in Illinois and Indiana showed 2–4 year cycles in numbers, averaging 130 voles/ha at the peak and often falling to local extinction during cyclic lows (average 4/ha). In Indiana and, since 1975 in Illinois, there was potential competition from *M. pennsylvanicus*. Krebs (1977) could find no clear evidence of competition between these two species in Indiana. But in Illinois the 1975 *M. ochrogaster* peak (*M. pennsylvanicus* present) was only half that of the 1972 peak when *M. pennsylvanicus* was absent (Getz et al., 1979:fig. 1). In Kansas after an initial 3-year cycle (Gaines and Rose, 1976), *M. ochrogaster* populations exhibited a series of annual fluctuations averaging 55/ha at the maximum and 15/ha at the minimum (Gaines et al., 1979). Densities in Kansas were higher in the one cyclic peak observed (120/ha), and fell to less than 5/ha in the cyclic low. Other studies in Kansas (Martin, 1956) reported an absence of cycling in *M. ochrogaster* during 4 years. For the studies that are included in Table 3 we tallied 13 years of cyclic populations out of 20 total years of data.

## M. californicus

The California vole (Table 4) has a restricted geographical distribution but has been studied extensively by the research group at

BLM_0052623

TABLE 2
POPULATION DENSITIES FROM LIVE-TRAPPING FOR *M. pennsylvanicus*. SEE FOOTNOTES OF TABLE 1

| Grid | Years | Density/ha | | Pattern | Spring dynamics | | Notes | Map location (Fig. 1) | References |
| | | High | Low | | Density | Sex | | | |
|---|---|---|---|---|---|---|---|---|---|
| C | 1968–78 | 85 | 5 | Cycle | 75 | | | | |
| | | 90 | 15 | Cycle | 40 | | Mainland, Manitoba; no competitors | 2 | Mihok (in press) |
| | | 50 | 30 | Annual | Low | | | | |
| | | 60 | 30 | Annual | Low | | | | |
| | | 55 | 35 | Annual | Low | | | | |
| | 1977–78 | 400 | 80 | Annual? | Low | | Mainland, Ontario; no competitors | 3 | Webster and Brooks (1981) |
| SG | 1974–76 | 265 | 15 | Annual | Low | | Mainland, Ontario; | | Baker and Brooks |
| OF | 1974–76 | 200 | 50 | Annual | Low | | no competitors; SG, short grass; OF, old field | | (1981) |
| C | 1978–81 | 500 | 115 | Annual | Low | | | | |
| | | 415 | 265 | Annual | Low | | Mainland, Ontario; | 4 | Boonstra and Rudd (1983) |
| | | 665 | 215 | Annual | Low | | no competitors | | |
| A | 1975–76 | 10 | 0 | Annual | | | Mainland, Illinois; | 5 | Getz et al. (1979) |
| B | 1976–76 | 50 | 10 | Cycle | 30 | | *M. ochrogaster* | | |
| P | 1975–76 | 15 | 5 | Annual | Low | | A, alfalfa; B, bluegrass; P, prairie colonizing | | |
| | | 30 | ? | Annual | | | | | |

BLM_0052624

TABLE 2
CONTINUED

| Grid | Years | Density/ha | | Pattern | Spring dynamics | | Notes | Map location (Fig. 1) | References |
|------|-------|------|-----|---------|-------|-----|-------|-------|------------|
| | | High | Low | | Density | Sex | | | |
| A | 1965–70 | 190 | 55 | Cycle | 95 | ♂ > ♀ | | | |
| | | 155 | 30 | Cycle | 95 | ♂ > ♀ | Mainland, Indiana; *M. ochrogaster* | 6 | Myers and Krebs (1971) |
| F | 1967–70 | 75 | 5 | Cycle | 45 | ♂ only | | | |
| I | 1967–70 | 210 | 35 | Cycle | 80 | ♂ > ♀ | | | |
| D | 1972–75 | 220 | 0 | Cycle | 135 | ♂ only | Mainland, Massachu- setts; *P. leucopus* | 7 | Tamarin (1977) |
| F | 1972–75 | 255 | 30 | Cycle | 75 | ♂ only | | | |
| WL | 1973–75 | 80 | 10 | Annual | Low | | Mainland, Minne- sota; no competitors; WL, wetland | 8 | Birney et al. (1976) |
| | | 95 | 10 | Annual | Low | | | | |
| 1 | 1974–78 | 225 | 40 | Cycle | | | Mainland, Virginia; *Peromyscus mani- culatus* | 9 | Dueser et al. (1981) |
| | | 115 | 40 | Annual | Low | | | | |
| | | 115 | 40 | Annual | Low | | | | |
| | | 15 | 0 | Annual | Low | | | | |
| 5 | 1976–77 | 90 | 55 | Annual | Low | | | | |

BLM_0052625

580    *Taitt and Krebs*



Fig. 3.   Population densities of *Microtus pennsylvanicus* on a control oldfield at Pinawa, Manitoba (reproduced, with permission, from Mihok, in press).

Berkeley led by Pearson, Lidicker, and Pitelka. Unfortunately, like most vole population studies, techniques have not been standardized and we can only hope that results are comparable, as Pearson (1971) demonstrated for two studies. Lidicker (1973) reported the longest time series for this species (13 years), but we consider only the first 5 years to be sufficiently accurate for this analysis. Lidicker (1973) found annual fluctuations to be common on Brooks Island and Krebs (1966) reported cases of annual fluctuations on the mainland. Krohne (1982) recently reported annual fluctuations in perennial grasslands in northern California. Densities varied greatly in different areas. Lidicker's (1973) Brooks Island densities were 3–10 times those reported in areas on the mainland. This difference may be due to an island effect or a difference in techniques. For mainland sites, cyclic peak densities averaged 570 voles/ha, and cyclic lows average 15/ha. Annual fluctuations on the mainland reached average maxima of 85/ha and average minima of 20/ha. We do not know if *M. californicus* cycles in southern California. Blaustein (1980) reported declines that could be either cyclic or the result of an irregular annual fluctuation with frequent extinctions. For the studies summarized in Table 4, we suggest that there were 7 years

BLM_0052626

TABLE 3
POPULATION DENSITIES FROM LIVE-TRAPPING FOR *M. ochrogaster*. SEE FOOTNOTES OF TABLE 1

| Grid | Years | Density/ha | | Pattern | Spring dynamics | | Notes | Map location (Fig. 1) | References |
|------|-------|------|-----|---------|------|-----|-------|------|------------|
|      |       | High | Low |         | Density | Sex |       |      |            |
| C | 1975–76 | 90 | 20 | Annual? | | | Mainland, Illinois; | 5 | Cole and Batzli (1978) |
|   |         | 70 | 5  | Annual? | | | *M. pennsylvanicus* removed; predation—cats | | |
| A | 1972–76 | 240 | 0 | Cycle | | | Mainland, Illinois; | 5 | Getz et al. (1979) |
|   |         | 100 | 5 | Cycle? | 60 | | A, alfalfa; | | |
| B | 1972–76 | 130 | 0 | Cycle | | | no competitors | | |
|   |         | 60 | 5 | Cycle? | 10 | | *M. pennsylvanicus*; B, bluegrass | | |
| A | 1965–70 | 140 | 0 | Cycle | 35 | ♂ only | Mainland, Indiana; | 6 | Myers and Krebs (1971) |
|   |         | 35 | 0 | Annual? | 3 | | *M. pennsylvanicus* | | |
| H | 1967–79 | 135 | 0 | Cycle? | 25 | Both | spring influx | | Krebs (1970) |
| A | 1970–73 | 155 | 0 | Cycle | Low | | Mainland, Kansas; | 10 | Gaines and Rose (1976) |
| B | 1970–73 | 120 | 10 | Cycle | Low | | no competitors | | |
| C | 1970–73 | 125 | 0 | Cycle? | Low | | | | |
| D | 1970–73 | 85 | 5 | Cycle? | Low | | | | |
| B | 1973–76 | 55 | 10 | Annual | 28 | | | | |
|   |         | 50 | 0 | Annual? | | | Mainland, Kansas; | 10 | Gaines et al. (1979) |
| D | 1973–77 | 60 | 30 | Annual | Low | | no competitors | | |
|   |         | 60 | 20 | Annual | Low | | | | |
|   |         | 45 | 15 | Annual | Low | | | | |
| I | 1975–76 | 65 | 5 | Annual | Low | | | | |

BLM_0052627

TABLE 4

POPULATION DENSITIES FROM LIVE-TRAPPING FOR *M. californicus*. SEE FOOTNOTES OF TABLE 1

| Grid | Years | Density/ha | | Pattern | Spring dynamics | | Notes | Map location (Fig. 1) | References |
|------|-------|------|-----|---------|-------|-----|-------|-------|-----------|
|      |       | High | Low |         | Density | Sex |       |       |           |
| BI | 1959–63 | 1,580 | 50 | Cycle? | 952 | | Brooks Island, California; *Mus musculus*, rats; annual grassland | 11 | Lidicker (1973) |
|    |         | 1,250 | 450 | Annual? | Low | | | | |
|    |         | 650 | 150 | Annual | Low | | | | |
|    |         | 1,000 | ? | Annual? | Low | | | | |
| TC | 1962–64 | 640 | 25 | Cycle | | | | | |
| RFS3 | 1962–64 | 300 | 0 | Cycle | 60 | | Mainland, California; annual grassland | 12 | Krebs (1966) |
| PARR | 1962–64 | 1,150 | 20 | Cycle? | | | | | |
| RFS4 | 1962–64 | 160 | 10 | Annual | | | | | |
| RFS5 | 1962–64 | 50 | 2 | Annual | | | | | |
| Richmond | 1966–68 | 395 | 10 | Cycle | 100 | | Mainland, California; annual grassland | 12 | Batzli and Pitelka (1971) |
| Russell | 1966–68 | 370 | ? | Cycle | 105 | | | | |
| A | 1977–79 | 100 | 25 | Annual | Low | | Mainland, California; perennial grasslands | 12 | Krohne (1982) |
|   |         | 125 | 35 | Annual | Low | | | | |
| B | 1977–79 | 45 | 25 | Annual | Low | | | | |
|   |         | 40 | 20 | Annual | Low | | | | |

BLM_0052628

of cycles and 7 years of annual fluctuations reported in this species. There are no apparent competitors of *M. californicus,* which seems to dominate all other rodents in its grassland habitat (Blaustein, 1980; DeLong, 1966; Lidicker, 1966). We did not include Garsd and Howard's (1982) analysis of pit-trap data; we do not know whether their pitfall technique adequately measures vole population densities.

### M. oregoni

The Oregon vole is unusual for *Microtus* species because it lives in a variety of habitats from virgin conifer forests to clearcut areas in forests and grasslands (Hawes, 1975). It has never been recorded at high densities (Table 5), so it illustrates the difficulty of trying to determine if cycles are present. There is no clear evidence for cycles except for two cases reported in Sullivan and Krebs (1981). Gashwiler (1972) reported some fluctuations in *M. oregoni* in clear-cut habitats but little fluctuation in virgin timber areas. Hawes (1975) found only annual fluctuations in *M. oregoni* and showed that this species was reduced in density when it came into competition with *M. townsendii.* Petticrew and Sadleir (1974) reported a possible cycle of *M. oregoni* in a Douglas-fir plantation; Taitt (1978) found *M. oregoni* invading a forest trapping area in 1 of 3 years of study. We conclude that *M. oregoni* populations may cycle, but they most frequently have annual fluctuations that average 32/ha at maximum and 7/ha at minimum density. Cyclic populations are suggested to have peak densities 2–3 times the annual maxima (Table 5).

### M. breweri

This island species was shown to have annual fluctuations on Muskeget Island (Tamarin, 1977); the average peak was 170 voles/ha and the average minimum was 68/ha (Table 6).

### M. longicaudus

Few studies of *M. longicaudus* have been carried out (Table 6). In Alaska, an annual cycle at low density seemed to occur in logged areas (Van Horne, 1982). Densities averaged 33/ha at maximum and 11/ha at minimum. Conley (1976) reported a possible cyclic peak of this species at 105/ha in a New Mexico grassland. In the

BLM_0052629

TABLE 5

POPULATION DENSITIES FROM LIVE-TRAPPING FOR *M. oregoni*. SEE FOOTNOTES OF TABLE 1

| Grid | Years | Density/ha | | Pattern | Spring dynamics | | Notes | Map location (Fig. 1) | References |
|------|-------|------|-----|---------|---------|-----|-------|-------|------------|
| | | High | Low | | Density | Sex | | | |
| OF | 1971–74 | 45 | 5 | Annual | Low | | Mainland, B.C. | 1 | Sullivan and Krebs (1981) |
| | | 45 | 5 | Annual | Low | | OF, old field | | |
| | | 70 | ? | Cycle? | 30 | | | | |
| L | 1971–74 | 90 | 15 | Cycle? | | | Mainland, B.C. | 1 | Sullivan and Krebs (1981) |
| | | 40 | 15 | Annual | Low | | L, Ladner Grassland | | |
| | | 40 | 15 | Annual | Low | | with *M. townsendii* | | |
| | | 35 | 15 | Annual | Low | | and *Peromyscus maniculatus* | | |
| G | 1972–74 | 35 | 5 | Annual | Low | | Mainland, B.C. | 1 | Sullivan and Krebs (1981) |
| | | 20 | 5 | Annual | Low | | G, grassland with *M. townsendii* and *P. maniculatus* | | |
| S | 1975–80 | 15 | 0 | Annual | Low | | Mainland, B.C. | 1 | Sullivan and Krebs (1981) |
| | | 10 | 0 | Annual | Low | | S, shrub | | |
| | | 35 | 0 | Annual | Low | | *P. maniculatus* | | |
| | | 20 | ? | Annual? | | | | | |

BLM_0052630

TABLE 6

POPULATION DENSITIES FROM LIVE-TRAPPING FOR *M. breweri*, *M. longicaudus*, *M. mexicanus*, AND *M. oeconomus*. SEE FOOTNOTES OF TABLE 1

| Species | Grid | Years | Density/ha | | Pattern | Spring dynamics | | Notes | Map location (Fig. 1) | References |
| | | | High | Low | | Density | Sex | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| *M. breweri* | A | 1972–75 | 125 | 96 | Annual | Low | Both | Muskeget Island, Massachusetts; *Peromyscus leucopus* | 7 | Tamarin (1977) |
| | | | 230 | 125 | | | | | | |
| | | | 150 | 60 | | | | | | |
| | B | 1972–75 | 115 | 40 | Annual | Low | Both | Muskeget Island, Massachusetts; *P. leucopus* | 7 | Tamarin (1977) |
| | | | 215 | 65 | Annual | Low | Both | | | |
| | | | 185 | 20 | Annual | | | | | |
| *M. longicaudus* | 1 | 1977–79 | 30 | 20 | Annual | Low | | | | |
| | | | 30 | 5 | Annual | Low | | | | |
| | 2 | 1977–79 | 50 | 20 | Annual | Low | | Mainland, Alaska; *P. maniculatus,* | 13 | Van Horne (1982) |
| | | | 50 | 30 | Annual | Low | | | | |
| | 3 | 1977–79 | 45 | 5 | Annual | Low | | weasels; summer only | | |
| | | | 35 | 0 | Annual | Low | | | | |
| | 4 | 1977–79 | 10 | 5 | Annual | Low | | | | |
| | | | 15 | 0 | Annual | Low | | | | |
| *M. longicaudus* | C | 1969–70 | 120 | 30 | Cycle? | ? | ? | New Mexico; *M. mexicanus* | 14 | Conley (1976) |
| | | | 30 | 20 | Annual? | Low | Both | | | |
| *M. mexicanus* | C | 1969–70 | 50 | 10 | Annual | Low | Both | New Mexico; *M. longicaudus* | | Conley (1976) |
| | | | 50 | 15 | Annual? | Low | Both | | | |
| *M. oeconomus* | A | 1968–71 | 70 | 0 | Cycle? | 35 | | Mainland, Alaska; *Clethrionomys rutilus* | 15 | Whitney (1976) |
| | B | 1968–71 | 80 | 0 | Cycle? | — | | | | |
| *M. xanthognathus* | | 1976 | 90 | 50 | Annual | Low | Both | Mainland, Alaska | 15 | Wolff and Lidicker (1980) |
| | | 1977 | 110 | 60 | Annual | Low | Both | | | |

BLM_0052631

southwestern Yukon we found only one high-density population of *M. longicaudus* in 5 years of snap-trapping (Krebs, unpublished).

## M. mexicanus

A single study of this interesting species by Conley (1976) suggested annual density fluctuations between a low of 15/ha and a high of 50/ha (Table 6).

## M. oeconomus

This species fluctuates cyclically in Finland, and Whitney (1976) suggested one cyclic decline in central Alaska with a peak density around 70–80 voles/ha (Table 6).

## M. xanthognathus

One 3-year study of this enigmatic vole by Wolff and Lidicker (1980) in central Alaska showed only annual density fluctuations and no evidence of cyclic changes.

### General Conclusion

We present a synopsis of density changes in the species of *Microtus* for which the data indicate a clear population pattern in Table 7. Two major conclusions emerge from this analysis. First, annual fluctuations are common in most *Microtus* species. Of a grand total of 106 years of data on all species, 59% of the years had annual fluctuations and 41% were part of cycles. Second, both the amplitude and maximum density are higher in cyclic populations of a species than in annual fluctuations of the same species. The amplitude is always less than five-fold for annual fluctuations and usually well above 10-fold for cyclic fluctuations. The summary statistics given in Table 7 cannot be assumed to be more than general indications of the types of dynamics observed in each species. The available data show that *M. townsendii* sustains the highest average densities of any North American *Microtus,* closely followed by *M. californicus.* These trends do not apply to all populations of these species, as Krohne (1982) pointed out for *M. californicus.* We conclude that we must explain both patterns of fluctuation, especially because data for the two longest-term *Microtus* studies (Figs.

TABLE 7
SUMMARY OF POPULATION PATTERNS

| Species | Pattern | Average density/ha | | Amplitude (max./ min.) | No. years data | Proportion of years cyclic |
|---|---|---|---|---|---|---|
| | | Maximum | Minimum | | | |
| *M. townsendii* | Annual | 239 | 94 | 2.5 | 12 | 0.29 |
| | Cycle | 697 | 48 | 14.5 | 5 | |
| *M. pennsylvanicus* | Annual | 172 | 57 | 3.0 | 17 | 0.48 |
| | Cycle | 156 | 23 | 6.8 | 16 | |
| *M. ochrogaster* | Annual | 59 | 12 | 5.0 | 7 | 0.65 |
| | Cycle | 129 | 2 | 51.6 | 13 | |
| *M. californicus* | Annual | 167 | 38 | 4.4 | 7 | 0.50 |
| | Cycle | 427 | 12 | 35.6 | 7 | |
| *M. oregoni* | Annual | 32 | 7 | 4.6 | 10 | <0.2? |
| *M. breweri* | Annual | 170 | 68 | 2.5 | 3 | 0 |
| *M. longicaudus* | Annual | 33 | 11 | 3.0 | 2 | 0 |
| *M. mexicanus* | Annual | 50 | 15 | 3.3 | 2 | 0 |
| *M. oeconomus* | Cycle | 75 | 0 | ? | 3 | 1.0 |
| *M. xanthognathus* | Annual | 100 | 55 | 1.8 | 2+ | 0 |

2, 3) show that individual populations can exhibit both patterns over time.

In the fifth column of Tables 1–6, we summarize the spring dynamics of each *Microtus* population study. The spring dynamics of *M. townsendii* show two patterns associated with the two forms of population fluctuation (Fig. 2). An annual fluctuation is preceded by a substantial spring decline. By contrast, in cyclic peak years (1975, 1977; Table 1) the spring decline is slight (Fig. 2). Taitt (in press) suggested that the form of the spring decline may indicate the type of population pattern shown by this species. A similar suggestion was made by Hansson (1971) for *M. agrestis* in south Sweden. The data for *M. townsendii* also indicate that the sexes have two patterns of spring decline: both male and female numbers decline in the spring of an annual fluctuation, but females do not decline in a cyclic peak spring (Fig. 2).

Spring densities of *M. pennsylvanicus* in Manitoba, Indiana, Massachusetts, Minnesota, and Illinois tend to be lower in years of

BLM_0052633

annual fluctuation than in years of cycles (Table 2). This pattern also is seen in *M. ochrogaster* (Table 3), *M. californicus* (Table 4), and *M. breweri* (Table 6). Few of the studies in Tables 2–6 provided data on density change according to sex. But in six cases male *M. pennsylvanicus* declined more than females in the spring of cyclic years. Data for other species listed in Tables 5 and 6 are inadequate to establish whether this pattern is a general one. However, we know of no exceptions to the pattern of a strong spring decline being associated with annual fluctuations and weak spring declines being associated with cyclic peak populations.

## Hypotheses to Explain Population Patterns

Since the review of Krebs and Myers (1974), there has been considerable development of hypotheses that account particularly for cyclic fluctuations in voles. We first state the hypotheses and then review the evidence in favor of each one.

### Food Hypotheses

There are at least three food hypotheses now in the literature:

1) food quantity,
2) food quality,
3) secondary compounds.

The food-quantity hypothesis states that fluctuations in population size are produced by changes in the amount of available food. It was discussed by Elton (1942) and put forward by Lack (1954) as an explanation of cycles. In nutritional terms, it states that calories limit populations, and that malnutrition causes changes in birth and death rates.

The food-quality hypothesis arose in opposition to the simple world-is-green argument, and states that even though food supplies are abundant, they may be deficient in one or more nutrients that will stop reproduction and growth or accelerate mortality (Pitelka and Schultz, 1964). For example, Kalela (1962) postulated that fluctuations in boreal small rodents may be triggered by plant rhythms in production and growth. The food-quality hypothesis is now a family of hypotheses that explain population fluctuations by one or more macro- or micro-nutrients such as nitrogen, potassium,

BLM_0052634

phosphorus, or sodium. For example, White (1978) argued that herbivores are limited by a relative shortage of nitrogenous food for young animals.

Plant secondary compounds can affect herbivores in three general ways. They can alter digestibility of forage and thus cause symptoms of food-quality deficiencies, they can be toxic directly and cause death, or they can inhibit (Berger et al., 1977) or stimulate (Berger et al., 1981) reproduction. Freeland (1974) was the first to suggest the toxic-compound hypothesis. General hypotheses about the role of plant secondary compounds were presented by Freeland and Janzen (1974). Haukioja and Hakala (1975) and Haukioja (1980) suggested that production of some compounds may be induced by herbivore grazing.

*Predation Hypotheses*

Predation on small mammals is postulated to determine the amplitude and timing of cycles (Pearson, 1971). Predation is not thought to act on increasing populations to stop their increase but rather to accelerate declines and hold numbers low. Mammalian predators are thought to be more effective than avian predators at hunting low-density populations (see Pearson, this volume).

Avian predation is one component of the effect of vegetative cover on vole populations. Birney et al. (1976) presented a two-threshold model called the "cover level hypothesis." Below the lower threshold of cover no population can exist. Non-cyclic populations with annual fluctuations are found at medium levels of cover. Cover can influence predation, available food supply, and behavioral interactions (Taitt and Krebs, 1983); it is reconsidered when we discuss multi-factor hypotheses.

*Spacing-Behavior Hypotheses*

The possibility that animals might limit their density by territorial behavior has been argued by ornithologists for 60 years. Wynne-Edwards (1962) elevated this idea to the general hypothesis that animals adjust their population density to available resources through social behavior. Watson and Moss (1970) provided an operational set of criteria that could be applied to field populations to determine whether breeding density is regulated by spacing behavior (Table 8).

The spacing-behavior hypothesis has been closely associated with

BLM_0052635

590   *Taitt and Krebs*

TABLE 8

The Criteria Suggested by Watson and Moss (1970) to Determine Whether
Spacing Behavior Limits Breeding Density of a Population

A. A substantial part of the population does not breed; they die, are unsuccessful at breeding, are inhibited from breeding, or they breed later.
B. Such non-breeders are capable of breeding.
C. Breeding animals are not resource limited.
D. Spacing behavior is compensatory.
E. If A to D are true, and densities change according to shifts in food availability, then both spacing behavior and food limit the number of breeders.

the role of dispersal in microtine population regulation. Spacing behavior in field populations produces dispersal. Lidicker (1975) recognized pre-saturation, saturation, and frustrated dispersal (Lidicker, this volume). Abramsky and Tracy (1979) suggested that immigration was necessary to produce population cycles. Populations with emigration but no immigration showed annual density fluctuations. Gaines and McClenaghan (1980) recently reviewed dispersal in small mammals. Anderson (1980) also reviewed dispersal in microtines but did not discuss how dispersal affects population fluctuations or cycles. The exact mechanism by which spacing behavior produces population declines has not been specified.

There are two other groups of social-behavior hypotheses which we call phenotypic-behavior and genotypic-behavior hypotheses. We tentatively separate these hypotheses from spacing behavior in this review because they suggest specific mechanisms for the cyclic decline. Watson and Moss (1970) discussed the important role of "surplus" animals in their criteria (Table 8), but neither Christian (1978) nor Chitty (1967) discussed them. We suggest that the criteria of Watson and Moss (1970) will be essential to testing both of these groups of hypotheses.

*Phenotypic-Behavior Hypotheses*

These hypotheses state that social behavior limits breeding density and that the relevant behaviors are under phenotypic (nonheritable), physiological control. The best known is the stress hypothesis or neurobehavioral-endocrine mechanism of regulation of population growth, which was discussed in detail by Christian

BLM_0052636

(1978, 1980). This hypothesis was the first proposed to explain population fluctuations by an intrinsic mechanism (Christian, 1950). At high density a high rate of interaction results in a stress response, which leads to increased mortality and decreased reproduction and hence to population declines.

Social behavior often is mistakenly identified with aggressive behavior, but it includes any type of dominance or spacing behavior that affects an individual's chances of surviving and breeding. Thus, social structure, as discussed by Getz (1978), can affect rates of sexual maturation through pheromones or can affect familiarity among individuals and dispersal (Bekoff, 1981). The problem is that social behavior can have such varied effects on animals that we cannot determine without field experiments whether the effects of social behavior are relevant to understanding population fluctuations. For example, in peak populations of *M. pennsylvanicus,* age at sexual maturity is increased. Is this increase due to malnutrition, to maturation-retarding pheromones, or to adrenal-pituitary stress? We must do field experiments to answer specific questions of this type.

Since the early work of Frank (1957), there have been suggestions that social organization changes during population cycles. Populations exist in socially-stable configurations (individual territories) or in unstable configurations (group territories or dominance hierarchies), which produce cyclic peaks and overpopulation. Getz (1978) suggested that *M. ochrogaster* changes from a monogamous, territorial system, to a polygamous mating system in the increase phase of a cycle. One difficulty of this model is that other *Microtus* species, such as *M. pennsylvanicus,* are polygamous at all times and yet also cycle (Getz et al., 1979). Nevertheless, the general hypothesis that a variable social system underlies the differences between annual and cyclic populations is an important one that needs testing.

Hamilton (1964) discussed how kin selection could affect the evolution of social behavior. Charnov and Finerty (1980) applied these ideas to vole cycles and argued that aggression should be low among close relatives and should become high when individuals interact with many non-relatives, as they would in a population with high dispersal rates. Note that this kin-selection hypothesis is not a genotypic-behavior hypothesis but a phenotypic one, because individual voles are not genetically programmed to act any differ-

BLM_0052637

ently in increasing or declining populations. Individuals simply apply a general rule at all times: be aggressive to non-relatives and docile to relatives.

*Genotypic-Behavior Hypotheses*

Genotypic-behavior hypotheses are similar to phenotypic ones in assuming that changes in population size are caused by changes in social behavior, but they differ in ascribing the changes to shifts in allelic frequencies of genes that affect behavior. Genotypic hypotheses do not deny the physiological machinery behind the behavioral changes but assume that there is an array of genotypes in natural populations with differing social behaviors and that these genotypes are alternately favored or disfavored by natural selection.

The Chitty hypothesis is the best known of the genotypic-behavior hypotheses (Chitty, 1967); the hypothesis was reviewed recently by Krebs (1978a). A second hypothesis involving heterozygosity was suggested by Smith et al. (1975). Increasing heterozygosity in natural populations is associated with outbreeding, population growth, and increasing aggressive behavior. Smith et al. (1978) discussed predictions that follow from their model.

If the genotypic-behavior hypothesis is correct, it allows us to predict which populations will show annual fluctuations and which will show cycles. Krebs (1979) suggested that there was a positive correlation between the amount of fluctuation in population density and the heritability of spacing behavior. Populations with strong cycles should show a high additive genetic variance in spacing behavior, and this genetic variance should provide the time lag necessary to generate a cycle.

*Multi-factor Hypotheses*

"In the case of every species, many different checks, acting at different periods of life, and during different seasons or years, probably come into play" (Darwin, 1859). The multi-factor hypothesis is an old idea which has become popular in vole research (Batzli, in press; Christian, 1978; Getz, 1978; Lidicker, 1973, 1978; Tait, in press; Tamarin, 1978a). We recognize two variants of the multi-factor hypothesis. The Lidicker model is diagrammed in Lidicker (1978:135) and is a generalized version of the multi-factor hypothesis first suggested by Darwin. We do not accept this model as

BLM_0052638

being useful for further research and agree with Tamarin's (1978*b*) criticism of Lidicker's model. We are not questioning the truth of the model but rather its utility.

Another variant of the multi-factor model was presented by Taitt (in press) and is shown in Fig. 4. The value of this model is two-fold. First, it integrates intrinsic and extrinsic variables through spacing behavior, and thus begins to specify a hierarchical type of systems model appropriate for explaining population changes. Second, it is experimentally oriented and suggests entry points for manipulation of populations. Thus, it avoids the major pitfall of most multi-factor models: they are a posteriori and untestable.

A general problem with many hypotheses in vole research is that they are often stated in vague terms. For example, Lidicker (1978: 135) stated that the multi-factor hypothesis can "explain densities" and population "regulation." We know of no hypothesis that can do this. Instead, we can only explain *changes* in density over time, or *differences* in density over space (Chitty, 1960).

Multi-factor approaches have been useful for recognizing the possible role of spatial heterogeneity in vole population fluctuations. Soviet ecologists have emphasized the role of spatial variation in habitat quality (for example, Naumov, 1972). A variety of terms has been used to describe habitat variations: central and marginal, optimal and suboptimal, primary and secondary, donor and receptor, survival and colonization (Anderson, 1980; Hansson, 1977; Smith et al., 1978; Wolff, 1981). The major distinction is whether the habitat is permanently occupied or not. There is no agreement about the role of chance in spatial heterogeneity, and this has led to circularity. Do we distinguish optimal habitats by their vegetation characteristics or by the fact that they always contain voles? Is it possible in a cyclic population to have empty primary habitats and occupied secondary habitats simultaneously? As Hansson (1977) recognized, only a spatially extensive mark-recapture program can answer these questions about the role of spatial variation.

## Tests of Hypotheses

In the last decade, numerous experimental studies have been conducted on *Microtus* populations in an attempt to test explicitly some of the hypotheses outlined above.

BLM_0052639

594     *Taitt and Krebs*



FIG. 4.   General model of population dynamics for *Microtus townsendii* indicating how sex-specific spacing behavior may "decide" the potential surplus and how environmental conditions may "determine the fate" of the surplus and hence the population pattern (modified from Taitt, 1978, in press).

*Food Experiments*

Three food-addition experiments were conducted recently on *Microtus* populations. In spring 1973, we added two levels of food to populations of *M. townsendii* (Taitt and Krebs, 1981). The control

BLM_0052640

population was fluctuating at low density, but experimental populations reached and maintained densities two (low food addition) and five times (high food addition) that of the control. An intermediate level of food the following year resulted in a doubling of density over the control, even though the control was then increasing to a cyclic peak density. Voles with extra food increased in weight and more were reproductive, and they had reduced home ranges in proportion to the level of food added. It is fairly certain (see density-controlled food experiment by Mares et al., 1982) that the reduction of resident home ranges in response to food enabled immigrants to settle on food grids and colonize new habitat in proportion to the extra food available.

A single level of extra food was supplied to *M. ochrogaster* (Cole and Batzli, 1978) and *M. pennsylvanicus* (Desy and Thompson, 1983) with similar results. But in both studies the control population cycled and, although grids with extra food reached higher densities, they declined at the same time as the controls. Cole and Batzli (1978) noted that erratic declines on their high-density food grid were associated with periodic concentrations of predators; however, they did not mention this as a cause of the severe cyclic decline. If feeding experiments are done on other cyclic species, attempts should be made to have a replicate food grid from which all predators are removed.

We conclude that these *Microtus* species do respond to an increase in food. They reach higher densities than controls because of increased growth, reproduction, and immigration. But so far extra food has not prevented cyclic declines in density.

Six 1-ha plots of shortgrass prairie were manipulated for 6 years in eastern Colorado as part of the IBP Grassland Biome study (Abramsky and Tracy, 1979; Birney et al., 1976). *M. ochrogaster* density on the control remained low (average maximum of 3.5/ha) throughout. No *Microtus* were trapped on plots receiving 50 kg/ha of ammonium nitrate. Grids treated with water had 14 *M. ochrogaster*/ha by the fourth year of treatment. Plots with both nitrogen and water added maintained the highest density (average maximum of 80/ha) of *M. ochrogaster* and had three times as much cover as the control. However, voles simply may have responded to cover and not to food quality (Birney et al., 1976).

In Fennoscandia, long-term monitoring studies indicate that peaks of plant flowering coincide with cyclic increases of rodent numbers

BLM_0052641

596   *Tait and Krebs*

(Laine and Hettonen, 1983). It is not known if this correlation is a causal one or not.

The role of plant secondary compounds in vole population dynamics is difficult to assess. Although voles show food preferences (Batzli, in press), it is difficult to decide what is toxic to voles (Batzli and Pitelka, 1975; Freeland, 1974). Schlesinger (1976) challenged Freeland's (1974) first tenet, that voles must prefer non-toxic plants. But he agreed that *M. pennsylvanicus* (Thompson, 1965) and *M. californicus* (Batzli and Pitelka, 1971), both cited by Freeland, avoid toxic plants. The only other *Microtus* data considered by Schlesinger (1976) was for *M. ochrogaster,* which did not avoid toxic plants. However, Zimmerman (1965) found that *M. pennsylvanicus* avoided three toxic plant species. Problems of sample size, and the fact that seeds (which made up 66–86% of stomach contents) were not identified to species (Batzli and Pitelka, 1975) have made tests of Freeland's (1974) hypothesis inconclusive. Bergeron (1980) reported that *M. pennsylvanicus* increases its consumption of toxic plants at peak densities, as Freeland (1974) predicted, but whether these toxic food items are responsible for cyclic declines in numbers is not clear.

Details of the factors controlling reproduction and growth are discussed in other chapters (see Keller, this volume; Batzli, this volume). Since the duration of the breeding season is an important variable that can affect population changes, we need to know what factors start and stop breeding in *Microtus*. Negus and Berger (1977) reported that *M. montanus* populations given access to sprouted wheatgrass in mid-winter became reproductive in two weeks while controls remained non-reproductive. They isolated the causal chemical as 6-methoxybenzoxalinone (6-MBOA). Rose et al. (in press) fed oats impregnated with 6-MBOA to a *M. pennsylvanicus* population in January and reported 42% of females pregnant compared with 10% in a control population 5 weeks later. No field tests have been conducted on the phenolic compounds that inhibit reproduction in *M. montanus* (Berger et al., 1977).

Induction of secondary chemicals in plants eaten by *Microtus* has not been demonstrated. However, Haukioja (1980) suggested that induction of such chemicals could be ruled out if a vole population was able to increase immediately after being transferred to an area that previously had been heavily grazed. Myers and Krebs (1974) introduced *M. ochrogaster* into a fenced enclosure in which a pop-

BLM_0052642

ulation of this species had previously reached 5-times natural density (caused by a fence effect). The new *M. ochrogaster* population increased in 1 year to more than 10 times the density of the unenclosed control. Krebs (1966) showed that, if new voles were introduced, a population increase of *M. californicus* could be induced in an area that had just suffered a decline in density.

In summary, three *Microtus* species responded to experimental addition of food. Increases in other rodent populations were correlated with improved plant quality. Reproduction of *M. montanus* and *M. pennsylvanicus* was stimulated by the presence of 6-MBOA. Grazing-induced secondary compounds appear not to be important in two *Microtus* species. No data indicate that food is more than a necessary condition for *Microtus* population increase. Future research needs to determine whether changes in food quantity or quality are sufficient to cause cycles.

*Evidence for Predation*

Recent work on predation has taken into account the importance of cover as protection against predation. Reduced cover caused by cattle grazing results in low-density *Microtus* populations (Birney et al., 1976). Baker and Brooks (1981) observed high raptor densities in habitats with high numbers of *M. pennsylvanicus,* but the amount and distribution of cover affected prey availability. We experimentally increased cover by adding straw (Taitt et al., 1981), with the result that *M. townsendii* populations increased. We also reduced cover by mowing (Taitt and Krebs, 1983), and populations declined.

Avian predation is easier to quantify than mammalian predation because bird pellets tend to be localized at roosts. The most useful data on predation combine field studies of vole demography (where voles are identified by metal ear tags) and collection of as many pellets as possible in the immediate area of the vole grids. Two studies on *M. townsendii* (Beacham, 1979*b*; Boonstra, 1977*a*) indicate that avian predators take more males than females and select small voles. Still, such studies are limited because one can never find all predator pellets or scats, so the estimates of predation will always underestimate the impact of predation on tagged animals. However, Beacham (1979*b*) recorded an impressive 25% loss of *M. townsendii* to avian predation in a 1-week period of his study. Bea-

BLM_0052643

598   *Taitt and Krebs*

cham found a density-dependent correlation ($r = 0.99$; $P < 0.02$) between avian predation and densities of *M. townsendii.*

Pearson (1971, this volume) argued that carnivore predation on *M. californicus* operated in an inverse density-dependent manner, so that the major effects were on low-density populations. Erlinge et al. (1983) measured both avian and mammalian predation of *M. agrestis* populations in south Sweden. They calculated that total annual predation was of the same magnitude as annual rodent production. Their result confirms Hansson's (1971) suggestion that small rodents in south Sweden are prevented from cycling by predation. Future predation studies must include both avian and mammalian species. Attempts should be made to experimentally manipulate predation, particularly at important periods during vole demographic changes (for example, at the onset of breeding; Taitt and Krebs, 1983); only then will we be able to judge the true impact of predation on vole population dynamics.

## Spacing-Behavior Experiments

Krebs et al. (1976) were the first to apply the Watson and Moss (1970) criteria to determine whether spacing behavior limits the breeding density of a microtine population. They demonstrated that surplus *M. townsendii* existed that were capable of breeding (Condition A and B, Table 8) but did not do so. We now discuss briefly other recent *Microtus* studies that support the criteria of Watson and Moss (1970) in Table 8. A more detailed review recently was published by Tamarin (1983).

*Condition A.*—Voles occupy home ranges. If residents are removed, new voles colonize the vacant area (Baird and Birney, 1982; Krebs et al., 1976; Myers and Krebs, 1971). It is not certain whether colonizers are surplus from resident populations, but Krebs et al. (1978) found that new colonizers showed more subordinate behavior than control residents.

*Condition B.*—If new colonizers are allowed to remain in an area, they establish a breeding population (*M. ochrogaster* [Gaines et al. 1979]; *M. townsendii* [Krebs et al., 1978]).

*Condition C.*—No direct evidence has been collected for this condition in *Microtus* species. But when a vole population is fenced in,

BLM_0052644

the enclosed habitat supports a much higher population than unenclosed controls (*M. pennsylvanicus* [Krebs et al., 1969]; *M. townsendii* [Boonstra and Krebs, 1977]). This suggests that food, space, and nest sites are not limiting voles directly in open control populations.

*Condition D.*—It is difficult to demonstrate behaviorly induced mortality in voles. If a vole ceases becoming trapped, it may have emigrated or died, or it simply may be avoiding traps. However, in a recent experiment on *M. townsendii* (Taitt and Krebs, 1983), we counted all such voles as "disappeared," and found that the number of voles that "disappeared" from five populations over the month of onset of breeding in females was correlated ($r = 0.93$; $P < 0.05$) with density of voles. Reproduction is compensatory (presumably behaviorally induced) in several species (*M. californicus* [Batzli et al., 1977]; *M. montanus, M. ochrogaster, M. pennsylvanicus* [Schaffer and Tamarin 1973]). We believe that these observations indicate that voles may show compensatory spacing behavior.

*Condition E.*—In one species (*M. townsendii*), we have some evidence for conditions A to D. Watson and Moss (1970) suggested that, if these populations respond to changes in food, they are regulated by both spacing behavior and food. Populations of *M. townsendii* increased to different densities in response to the amount of food added, and also colonized new habitat in response to food levels (Taitt and Krebs, 1981).

If we use the criteria in Table 8, populations of *M. townsendii* appear to be regulated by both spacing behavior and food. This, and the fact that females were more responsive to food availability, led to the formulation of the model in Fig. 4. The habitat patchiness (induced by winter rainfall) may be unique, but we feel that some of the mechanisms invoked (for example, cessation of reproduction through increased interaction as a result of winter flooding [Taitt and Krebs, 1981], and perhaps simultaneous settlement of breeding females in spring of cyclic years [Taitt and Krebs, 1983]), may be of general importance in other annual-cyclic species.

A study in Finland by Pokki (1981) on *M. agrestis* is particularly interesting because it is suggests the possible influence of dispersal on the fate of surplus animals and population fluctuations. Pokki (1981) observed that island colonization was by inter-island dispersal from small islands (isolated patches of grassland) over as much as 1 km of open water. However, dispersal on large islands

BLM_0052645

was within islands between grassland and marginal habitat (woodland). Also, more inter-island dispersers colonized large islands than small ones. Pokki (1981) did not observe cycles on small islands, but *M. agrestis* appeared to be cyclic on the largest islands. This study gives a dramatic illustration of the dispersal ability of *M. agrestis,* and may provide evidence for an hypothesis about cycles (Fig. 4). If dispersers are surplus animals, can the observed population patterns be partly the result of elimination of surplus voles (on small islands), which leads to an absence of cycles, whereas survival of surplus voles (on large islands) results in cycles? Tamarin (1978a) suggested that the presence of a vole surplus explained the absence of cycling in *M. breweri* populations on Muskeget Island, but the two situations may not be comparable. Muskeget is isolated, and has been for 2,000–3,000 years. Experimental work is needed on island populations to test these interpretations.

*Phenotypic-Behavior Experiments*

A premise for both the phenotypic- and genotypic-behavior hypotheses is that the rate of interaction of individuals increases with population density. Pearson (1960) reported that *M. californicus* built more runways as numbers increased. Carroll and Getz (1976) also found that the number of active runways was correlated with population density of *M. ochrogaster.* However, it is not known if voles confine all their activities to runways. In fact, Crawford (1971) observed *M. ochrogaster* climbing low branches of trees and engaging in fighting outside burrows during a cyclic peak. In addition, interactions need not always be through direct contact, because voles probably use indirect methods such as marking (Richmond and Stehn, 1976) and vocalizations that enable them to react to increases in density.

Adrenocortical function has been evaluated indirectly in *Microtus* populations by measuring adrenal weight. But adrenal weight varies with sex, season, maturity, diet, and body weight. To and Tamarin (1977) found that adrenal weights of sexually mature *M. breweri* from non-cyclic, island populations were significantly influenced by population density. But mainland, cyclic *M. pennsylvanicus* showed no clear adrenal response to population density in their study. However, Geller and Christian (1982) found that "mean relative adrenal weight" of mature female *M. pennsylvanicus* was

correlated with mean population density in spring (April to June). It is difficult to compare densities in these studies, but it appears that To and Tamarin's (1977) *M. pennsylvanicus* densities were lowest, their *M. breweri* densities were higher, and Geller and Christian's (1982) *M. pennsylvanicus* densities were highest. An interesting common trend in these studies is that, in populations where there is a relationship between adrenal weight and density, mature females showed a stronger relationship than males. Geller and Christian (1982) speculated that pregnant females, in populations at different densities, may affect fetal immune development.

Field studies on *Antechinus stuartii* in Australia indicate that males are extremely aggressive toward one another during mating (Braithwaite, 1974). This behavior is correlated with a marked increase in blood androgen (Moore, 1974). Bradley et al. (1980) showed that high free glucocorticoid concentrations in plasma result from increased total glucocorticoid and reduced plasma corticosteroid binding which, in turn, suppress the immune and inflammatory system. The consequence is that all males die after mating from gastro-intestinal hemorrhage and infection from parasites and microorganisms. No field studies on *Microtus* have demonstrated death on this scale from these causes. But such physiological responses to stress have been reported for *M. montanus* in the laboratory (Forslund, 1973). The period of spring decline is probably stressful in *M. townsendii* (coincides with a peak in male wounding and pregnancy of the first females). McDonald and Taitt (1982) found that a small sample of voles from such a population had high levels of free corticosteroids, but the highest levels were found in mature females.

Hormonal manipulation of behavior in the field has been attempted in *M. townsendii* (Gipps et al., 1981; Krebs et al., 1977; Taitt and Krebs, 1982). Pellets or silastic implants of testosterone in males had no significant effect on demography. But silastic implants of scopolamine HBr, which have been shown to reduce male aggressive behavior in *M. townsendii* (Gipps, 1982), reduced the rate of spring decline in males. Males also survived better in a population in which females were fed a synthetic steroid (mestranol), which rendered them anestrous. Female wounding is uncommon in *M. townsendii,* but females with implants of testosterone had more wounds than males, and, like males, had low survival in spring. These results suggest that male *M. townsendii* are responsive

BLM_0052647

to the level of overt aggression (male or female). Normally, females may rely less on overt aggression (Caplis, 1977) and more on site-specific defensive behavior. If true, it might explain, for example, why females respond more quickly to increased food. Also, if increased vole density means more challenges to site-specific individuals, then females may be stressed more by increased population density than males.

Behavioral interactions may affect density through reproductive effects as well as through survival. The Bruce effect (pregnancy blockage) is perhaps the best known. Keller (this volume) reviewed these mechanisms and concluded that they may be important in field populations but that the evidence does not suggest a major role in generating population fluctuations. Taitt and Krebs (1981) suggested that *M. townsendii* may be driven to an annual fluctuation in most years because of winter cessation of reproduction. They hypothesized that rain causes the water table to rise to the point that voles cannot maintain deep burrows; they are forced into less space, which results in increased interaction, weight loss, and cessation of reproduction.

Social suppression of growth and reproduction may vary in different species of *Microtus* (Facemire and Batzli, 1983). Species like *M. californicus* and *M. ochrogaster,* which have a monogamous social system, show social suppression of growth when siblings are caged together. Species like *M. oeconomus* and *M. pennsylvanicus,* which are promiscuous and show no male parental care, do not exhibit social suppression of growth and reproduction. The possibility that social suppression changes over the period of a population cycle needs investigation in these species.

Future research on phenotypic behavior should concentrate more on female behavior (see section on Multi-factor Tests). Manipulations of behavior should be attempted in the field to increase or decrease stress. The consequences of such experiments may shed more light on the possibility of phenotypic maternal transfer of stressed conditions.

### Genotypic-Behavior Experiments

Tests of the polymorphic behavior hypothesis typically have proceeded in two steps. First, measurable behavioral differences are demonstrated between populations changing over time. Standard-

BLM_0052648

ized laboratory tests of agonistic or exploratory behavior are done. Second, these behaviors are shown to be heritable so that natural selection can operate on them.

Both agonistic and exploratory behavior changed with population density in *M. ochrogaster* and *M. pennsylvanicus* in Indiana (Krebs, 1970). Myers and Krebs (1971) found behavioral differences between resident and dispersing individuals of these same species. Hofmann et al. (1982) tried to repeat these observations on both species in Illinois but were unable to verify changes in behavior over a cycle. Rose and Gaines (1976) failed to find a relationship between wounding and density during a population cycle of *M. ochrogaster* in Kansas. Rasmuson et al. (1977) measured locomotory behavior in *M. agrestis* from cyclic and non-cyclic populations in Sweden and found strong differences between populations. They also demonstrated that locomotor activity was highly heritable. Anderson (1975) estimated heritability of agonistic behavior in *M. townsendii* as zero. There are no other estimates of the heritability of any component of spacing behavior in any *Microtus* species. Consequently, it is not yet possible to test the suggestions of Krebs (1979) that annual fluctuations are associated with low heritabilities of agonistic behavior and that cyclic fluctuations are associated with high heritabilities.

Several attempts have been made to test Chitty's (1967) hypothesis with electrophoretic markers in blood proteins. But because we do not understand the physiological effects associated with most electrophoretic markers or their linkage groups, changes in electrophoretic allele frequencies may no longer be necessary or sufficient to verify the hypothesis. At best, electrophoretic markers indicate the intensity of selection in field populations. LeDuc and Krebs (1975) manipulated the frequency of a leucine-aminopeptidase marker in field populations of *M. townsendii* and found no measurable effects of altered allelic frequencies on population density. We now think that experiments of this type are unlikely to be fruitful because of the difficulty of assessing linkage groups in natural vole populations.

Several attempts have been made to determine if dispersers differ in allelic frequencies from resident voles. Gaines and McClenaghan (1980) recently reviewed these studies, and concluded that electrophoretic markers are not likely to be useful in determining whether dispersal behavior is heritable. Three attempts to estimate the her-

BLM_0052649

itability of dispersal tendencies in *Microtus* populations produced suggestions of high heritability (Anderson, 1975; Beacham, 1979c; Hilborn, 1975), but the results may have been caused by maternal effects. If dispersal tendency is highly heritable and dispersal is critical for population fluctuations, we will have strong support for the polymorphic behavior hypothesis.

Chitty (in press) suggested that adult body size in *M. townsendii* is controlled by a single major gene; large voles are homozygotes (*AA*) and so are small voles (*aa*). If this simple major gene effect can be shown to underlie cyclic changes of body size in *Microtus,* it will be critical to study spacing behavior of these genotypes. Chitty (in press) suggested that the large-bodied homozygotes are in fact the hypothesized docile genotypes that dominate populations undergoing density increases. These ideas have not been confirmed for any *Microtus* species.

Attempts to test the genotypic-behavior hypothesis must rest on an estimation of the heritability of traits of dominance and spacing behavior for which few data exist at present. The most critical experimental approach would be to conduct an artificial selection experiment in a natural population, selecting for or against some form of spacing behavior and observing the demographic consequences.

### Multi-factor Tests

In practice, those who invoke multi-factor hypotheses fall into two general groups. To the first group a multi-factor model comprises food and predators almost exclusively, with perhaps some climatic effects included (for example, Keith, 1974; Oksanen and Oksanen, 1981; Stenseth, 1978). In principle, there is no difficulty in testing such two-factor hypotheses experimentally, but no one seems to have done so.

To the second goup a multi-factor model involves food, predators, and social behavior. Lidicker's (1973) discussion on *M. californicus* dynamics is a good example of this approach. Social behavior can be looked at in two ways when it is part of a multi-factor hypothesis. Some authors view social behavior as a way of partitioning resources, so that it is the resources (usually food) that are critical (Lack, 1954). Others view social behavior as part of the life-history strategy in which individuals are trying to maximize their fitness.

BLM_0052650

In these situations individuals may compete for "social status," which is related only tenuously to resources (Wynne-Edwards, 1962). The central issue has become whether social behavior can regulate density below the carrying capacity dictated by food and predators (Łomnicki, 1978; Verner, 1977). Since social behaviors can be influenced by many variables (both phenotypic and genotypic), some population changes may occur in ways unrelated to resource levels.

It is difficult to test multi-factor models that include social behavior. Getz (1978) and his research group tested social-behavior hypotheses on laboratory populations of *M. ochrogaster* and are now applying them to field populations. Taitt and Krebs (1981, 1982, 1983) tried to test a complex multi-factor model on *M. townsendii* directly in field populations (Fig. 4). We do not know what factors determine the number of surplus voles in field populations or what factors determine the fate of surplus animals. We can gain insight by measuring social behavior while manipulating food and predators, and vice versa. Because dispersal is a critical element in these population systems, open populations must be the experimental units.

In what follows we consider two features associated with vole population dynamics for which multi-factor considerations may be most appropriate. The first, body weight, has a long association with the literature on small mammal cycles; the second, the role of females, has begun to receive attention over the last decade.

*Body weight.*—Chitty (1952) observed that peak-density populations of *M. agrestis* contained individuals of high body weight that were absent in low-density populations. All but one of the studies on *Microtus* listed as reporting cycles in abundance (Tables 1–6) found larger animals in peak populations. The exception was Gaines and Rose (1976), who reported no shift to heavier *M. ochrogaster* in a peak population. We do not know what the adaptive advantage of large size is for voles (Boonstra and Krebs, 1979); two contradictory hypotheses involving r-selection (Chitty, 1967) and $\alpha$-selection (Stenseth, 1978) have been suggested.

Recent studies indicate that growth in voles is influenced by extrinsic factors. Iverson and Turner (1974) showed that mature *M. pennsylvanicus* lost weight in winter. Petterborg (1978) reported that *M. montanus* grew at a slower rate under a short photoperiod than under a long photoperiod. Beacham (1980) found that *M. townsendii* born in spring had higher growth rates than voles born

BLM_0052651

606   *Taitt and Krebs*

in any other season. *M. townsendii* in open populations grew 20% faster than voles in enclosures (Beacham, 1979b); the density in the enclosures was higher than in the open populations (Beacham, 1979a). Finally, Batzli et al. (1977) found that growth was suppressed by social conditions in *M. californicus* and *M. ochrogaster*. These results indicate that weight cannot be correlated simply with age. However, Mallory et al. (1981) used lens weight to age *Dicrostonyx* and found that lemmings in the peak year were significantly older and heavier than lemmings in low years, suggesting that high body weights in the peak year could be the result of age.

Anderson (1975) did not find a strong genetic influence on growth rate or maximum body size in *M. townsendii*. Instead, she found that environmental effects made siblings resemble one another in growth rate, and that maximum size of offspring correlated with size of mothers. Further, female body weight is correlated positively with litter size in this species (Anderson and Boonstra, 1979).

Iverson and Turner (1974) suggested that loss of weight in old and lack of weight gain in young *M. pennsylvanicus* in winter were adaptive responses possibly cued by day length. They suggested that these were general phenomena among north temperate small rodents. But both deermice (*Peromyscus maniculatus*; Taitt, 1981) and Townsend's voles (*M. townsendii*; Taitt and Krebs, 1981) responded immediately to extra food in winter by gaining weight, suggesting that winter weight loss simply could be a proximate response to food availability. Beacham (1980) reported that "heavy" male *M. townsendii* (using ≥70 g as peak weights) in his cyclic population were animals that had gained weight throughout the preceding ("increase") winter. Yet *M. townsendii*, given extra oats in late winter, gained weight so that mean weights of males and females were significantly higher than those on the control after only 2 weeks. In this short period, 63% of the males became "heavy" (≥70 g) compared with 23% on the control (Taitt and Krebs, 1983).

These results indicate that growth rates are highly labile. Work on *M. townsendii* indicates that animals with sufficient food can maintain positive growth rates in winter and become "heavy" animals. Because the spring decline in numbers in the peak year is slight, many of these animals may survive so that some voles in the peak population are older and heavier, whereas animals born at the peak have reduced growth rates because of high population density.

BLM_0052652

Such an explanation does not rule out a genetic basis for the morphs in peak populations (Chitty, in press). It could be that genotypes yielding potentially large body weight are not expressed phenotypically until food conditions are adequate, particularly in the winter preceeding a peak. Body weight in laboratory mice is highly heritable, but Roberts (1981) suggested that there may be a range of variation in weight over which there is little natural selection in wild populations. Also, Fulker (1970) suggested that maternal effects (behavioral and endocrine) could act as a buffering mechanism on the expression of offspring genotypes in rodents.

The phenomenon of body-weight changes in cyclic populations of *Microtus* will be understood only when both environmental and genetic influences on growth and weight are measured.

*Role of females.*—"Little work has been done on female aggressive behaviour . . . ." (Krebs and Myers, 1974). This situation has begun to change in the last decade, although the challenge to do so had been made much earlier. Frank (1957) made the following observations on *M. arvalis* in Germany: 1) breeding females occupied a range around their burrows from which they drove out all other voles; 2) females tolerated a strange male in their home ranges only when they were in heat; 3) males inhabited irregular large areas in which they wandered from female to female in order to mate; 4) in spring, young males without exception disappeared from their mothers' territory, but young females settled in the immediate vicinity; and 5) "great families" arose every autumn when the last two to three litters remained in the maternal home range to overwinter. In addition, Frank (1957) suggested that the social behavior of females—their tendency to remain together even if they move—might explain how peak populations arise.

One way to determine the role of females in natural populations is to alter sex ratios by removal experiments. Redfield et al. (1978) began sex-specific removal experiments on field populations of *M. townsendii* in 1972. They found that female recruitment was reduced in a population containing a majority of females and that there was an inverse relationship between the number of young voles recruited and the density of mature females (but not males). Further experiments on *M. townsendii* showed that juvenile survival was dependent on female (not male) densities (Boonstra, 1978), and that females responded before males to the addition of food (Taitt

BLM_0052653

608   *Tait and Krebs*

and Krebs, 1981, 1983). Also, males exhibited better survival in a population of "passive" females (Tait and Krebs, 1982) and "passive" males (Gipps et al., 1981).

Research on other *Microtus* species also indicates that Frank's (1957) observations may apply to species other than *M. arvalis*. Radiotelemetry work by Madison (1980) showed that mature female *M. pennsylvanicus* occupy exclusive home ranges. Males, on the other hand, had large, overlapping, and more variable home ranges. Males also moved temporarily into areas occupied by estrous females. These observations were confirmed by Webster and Brooks (1981) for *M. pennsylvanicus* in Ontario. Field observations on other small mammals indicate that mature females exert control on population growth by excluding subordinates (Leuze, 1976; Viitala, 1977), or tolerating those that delay maturity (Bujalska, 1973; Jannett, 1978; Saitoh, 1981). In the laboratory, Batzli et al. (1977) found that females had more influence than males on the suppression of growth in *M. californicus* and *M. ochrogaster*. Finally, recent results on stress responses at high density also indicate that females are more responsive to stress and may subsequently affect their offspring accordingly (Geller and Christian, 1982).

Perhaps mature females in the breeding season can be considered the equivalent of territorial male birds. They secure an area for raising young (Boonstra, 1977b; Jannett, 1978), including ample food for lactation and space free from intraspecific intrusion. Pheromones may be the advertising currency equivalent to bird song. Male *Microtus* are forced to forage in the interstices of these female territories (Madison, 1980) and compete among themselves for estrous females (Boonstra, 1978; Krebs, 1978b; Madison, 1980; Webster and Brooks, 1981). Although these features suggest a polygamous mating system, the degree of polygyny could be dependent on population density (Getz, 1978).

Greenwood (1980) suggested that philopatry favors the evolution of cooperative traits between members of the sedentary sex. One such trait may be the phenomenon described by Frank (1957) in *M. arvalis* in which sisters from "great families," and sometimes their mother, remain together and breed on a common territory when conditions are optimal. Frank (1957) postulated that this "condensation potential" enabled *M. arvalis* populations to reach outbreak densities. Tait and Krebs (1983) suggested another female behavior that might contribute to outbreaks. They argued that

BLM_0052654

if conditions were favorable, all females may become reproductive simultaneously and that this might precipitate simultaneous settlement at higher than normal density, as observed in the spring of cyclic years in *M. townsendii* (Fig. 2). Large simultaneous pulses of young could be produced; the offspring, in turn, might simultaneously colonize any available habitat and so result in a spreading outbreak. Simultaneous settlement has been observed in territorial male birds by Knapton and Krebs (1974) and Tompa (1971).

Female behavior, like growth rates, appears to be influenced by extrinsic and intrinsic variables. Do Frank's (1957) observations apply to all species of *Microtus*? If so, what changes in territorial social organization precipitate a cycle in abundance? How do females respond to stress at peak density, and how does this affect survival of offspring? We suggest that answers to these questions will probably be needed before we can understand cyclic fluctuations.

## Mathematical Models

In spite of the recent increase in mathematical modeling of biological populations, little work has been done on models of rodent populations. May (1981) summarized models for single-species populations. Beginning with a simple logistic model, one can add a time-lag and produce population curves that vary from stable to cyclic. The critical parameter is the time delay in the feedback mechanism that regulates population size. If the time delay is 9–12 months, the resulting populations trace cycles with a period of 3–4 years. The simple message is that for voles, which have a similar range of values for innate capacity for increase (r), we are looking for a delayed density-dependent factor that lags 9–12 months behind population density in order to establish a cyclic population. For shorter time lags an annual cycle would be produced. The problem with this simple approach is that we cannot evaluate easily any of the suggested biological mechanisms producing time delays in real vole populations.

Models of the food hypothesis were suggested by Rosenzweig and Abramsky (1980) based on a predator-prey interaction between voles and their food plants. Batzli (in press) used loop analysis to

BLM_0052655

610   *Tait and Krebs*

analyze the brown-lemming cycle in northern Alaska and suggested that, if vegetation quality is important in generating population cycles, it is likely to be a function of plant secondary compounds rather than delays in nutrient recycling. Stenseth et al. (1977) produced the most comprehensive and realistic model for a *Microtus* population. This model was based on the nutritional balance of individuals and how nutrition affects birth, death and dispersal. It includes some effects of predation and habitat heterogeneity, and thus begins to approach a multi-factor model. However, the model is intractable because it "is impossible to analyze in a manner providing intelligible results or predictions" (Stenseth, pers. comm.).

Models of the Chitty (1967) hypothesis have been analyzed recently by Stenseth (1981) to see if population cycles could be generated by a genetic polymorphism. Stenseth (1981) argued that intrinsic factors alone cannot generate a cycle, and that the only tenable hypothesis is that population cycles are caused by the interaction of intrinsic and extrinsic factors. Stenseth (1978) shows how this type of model can lead to cycles or annual fluctuations. The relevant extrinsic factors are not identified in his model; presumably weather, food, predators, or parasites could be involved.

The general tendency in population modeling has been to make the models more complex and include many factors. The result has not been very useful for guiding field work on *Microtus*. The most comprehensive recent effort by Finerty (1980) on population cycles includes the use of loop analysis. But almost none of these modelling studies has suggested a critical experiment, and they remain largely a posteriori analyses.

## *Discussion*

In their review, Krebs and Myers (1974) challenged the existence of non-cycling populations of microtines. However, the pattern of fluctuations revealed in the present review indicate that field populations of *Microtus* in North America (Tables 1–6) show annual fluctuations, multi-annual cycles, and sometimes both in combination (Figs. 2, 3). We must, therefore, search for hypotheses which will allow a range of possible outcomes for density changes.

We are now more knowledgeable of the affect of temporal heterogeneity in population dynamics, but we are less well versed in understanding spatial heterogeneity. This is partly because most

BLM_0052656

studies have been carried out in favorable habitats, and because it is difficult to trap in areas large enough to encompass several habitats. Habitat variation is interwoven with dispersal in population dynamics (Hansson, 1977), so it is not surprising that both these elements are poorly understood in vole populations.

The history of *Microtus* population studies is checkered by a series of arguments about the role of single factors in causing population fluctuations. We think that perhaps these arguments should be left to the past and that a new synthesis should be attempted. Perhaps this synthesis could be based on the premise that both extrinsic and intrinsic factors are involved in *Microtus* population fluctuations. A second premise could be that dominance and spacing behavior play a central role by potentially apportioning resources differentially among members of the population.

The investigation of *Microtus* population dynamics, and rodents in general, is still an expanding field of ecological research. Useful advances in the future will come largely from field experiments designed with a strong hypothesis-testing structure. Many of these tests will be difficult to formulate because they must be done on a complex system and we do not, in general, know the degree of complexity.

The present review of *Microtus* population dynamics reveals that: 1) annual fluctuations reach maximum densities typically one-third of cyclic densities; 2) the amplitude of an annual fluctuation tends to be less than five-fold, whereas that of a cycle can be more than ten-fold; and 3) substantial spring declines (of both sexes) may be characteristic of annual fluctuations, whereas reduced spring declines (sometimes confined to males) accompany cycles.

A number of specific questions has arisen from this review. Do dominance and spacing behaviors limit the breeding density of all *Microtus* populations? What restricts a population to a five-fold increase in density one year and yet allows it to reach a ten-fold increase to cyclic density in another year? If surplus voles are produced by spacing behavior, is it simply their fate at the onset of breeding that produces the two patterns of spring decline? What is the role of environmental factors on the fate of surplus animals and what bearing does this have on the population dynamics exhibited by a population? Why is body-weight distribution different in the two population patterns? Are "heavy" voles genetically different or do favorable conditions prior to peak density contribute to weight

BLM_0052657

612   *Tait and Krebs*

gain and longer lifespan? Are females more sensitive than males to environmental conditions such as food and cover? If so, is the spacing behavior of mature females the proximate mechanism of *Microtus* population regulation? Can maternal responses to stress be transferred to offspring? If so, what are the consequences at cyclic peak densities, and what is the time-lag of such responses?

Answers to these questions may be incomplete if they ignore the possible genetic basis of the relevant ecological variables—growth, reproduction, response to stress, dominance and dispersal behavior. Future research should emphasize the heritability of these variables in individuals from populations exhibiting both annual fluctuations and cycles in abundance (for example, see Rasmuson et al., 1977).

The paradigm suggested by this review is that future studies of *Microtus* population dynamics must address the two patterns of fluctuation. Field manipulations should be designed to test the interactions suggested, particularly between spacing behavior, food, and predation. The results should be related to the dispersal abilities of voles that enable them to exploit temporally favorable habitat, and to their potential to reach outbreak densities.

## Literature Cited

ABRAMSKY, Z., AND C. R. TRACY. 1979. Population biology of a non-cycling population of prairie voles and a hypothesis on the role of migration in regulating microtine cycles. Ecology, 60:349–361.

ANDERSON, J. L. 1975. Phenotypic correlates among relatives, and variability in reproductive performance in populations of the vole, *Microtus townsendii*. Unpubl. Ph.D. dissert., Univ. British Columbia, Vancouver, 207 pp.

ANDERSON, J. L. AND R. BOONSTRA. 1979. Some aspects of reproduction in the vole *Microtus townsendii*. Canadian J. Zool., 57:18–24.

ANDERSON, P. 1980. Evolutionary implications of microtine behavioural systems on the ecological stage. The Biologist, 62:70–88.

BAIRD, D. D., AND E. C. BIRNEY. 1982. Pattern of colonization in *Microtus pennsylvanicus*. J. Mamm., 63:290–293.

BAKER, J. J., AND R. J. BROOKS. 1981. Distribution patterns of raptors in relation to density of meadow voles. Condor, 83:42–47.

BATZLI, G. O. In press. The role of nutrition in population cycles of microtine rodents. Acta Zool. Fennica.

BATZLI, G. O., AND F. A. PITELKA. 1971. Condition and diet of cycling populations of the California vole *Microtus californicus*. J. Mamm., 52:141–163.

———. 1975. Vole cycles—test of another hypothesis. Amer. Nat., 109:482–487.

BATZLI, G. O., L. L. GETZ, AND S. S. HURLEY. 1977. Suppression of growth and reproduction of microtine rodents by social factors. J. Mamm., 58:583–591.

BLM_0052658

BEACHAM, T. D. 1979a. Dispersal, survival, and population regulation in the vole *Microtus townsendii*. Unpubl. Ph.D. dissert., Univ. British Columbia, Vancouver, 226 pp.

———. 1979b. Selectivity of avian predation in declining populations of the vole, *Microtus townsendii*. Canadian J. Zool., 57:1767–1772.

———. 1979c. Dispersal tendency and duration of life of littermates during population fluctuations of the vole, *Microtus townsendii*. Oecologia, 42:11–21.

———. 1980. Growth rates of the vole *Microtus townsendii* during a population cycle. Oikos, 35:99–106.

BEACHAM, T. D., AND C. J. KREBS. 1980. Pitfall versus live-trap enumeration of fluctuating populations of *Microtus townsendii*. J. Mamm., 61:486–499.

BEKOFF, M. 1981. Vole population cycles: kin-selection or familiarity? Oecologia, 48:131.

BERGER, P. J., E. H. SANDERS, AND P. D. GARDNER. 1981. Chemical triggering of reproduction in *Microtus montanus*. Science, 214:69–70.

BERGER, P. J., E. H. SANDERS, P. D. GARDNER, AND N. C. NEGUS. 1977. Phenolic plant compounds functioning as reproductive inhibitors in *Microtus montanus*. Science, 195:575–577.

BERGERON, J. 1980. Importance des plantes toxiques dans le régime alimentaire de *Microtus pennsylvanicus* à deux étapes opposées de leur cycle. Canadian J. Zool., 58:2230–2238.

BIRNEY, E. C., W. E. GRANT, AND D. D. BAIRD. 1976. Importance of vegetative cover to cycles of *Microtus* populations. Ecology, 57:1043–1051.

BLAUSTEIN, A. R. 1980. Behavioral aspects of competition in a three species rodent guild of coastal southern California. Behav. Ecol. Sociobiol., 6:247–255.

———. 1981. Population fluctuations and extinctions of small rodents in coastal southern California. Oecologia, 48:71–78.

BOONSTRA, R. 1977a. Predation on *Microtus townsendii* populations: impact and vulnerability. Canadian J. Zool., 55:1631–43.

———. 1977b. Effect of conspecifics on survival during population declines in *Microtus townsendii*. J. Anim. Ecol., 46:835–851.

———. 1978. Effect of adult townsend voles (*Microtus townsendii*) on survival of young. Ecology, 59:242–248.

BOONSTRA, R., AND C. J. KREBS. 1976. The effect of odour on trap response in *Microtus townsendii*. J. Zool., 180:467–476.

———. 1977. A fencing experiment on a high-density population of *Microtus townsendii*. Canadian J. Zool., 55:1166–1175.

———. 1978. Pitfall trapping of *Microtus townsendii*. J. Mamm., 59:136–148.

———. 1979. Viability of large- and small-sized adults in fluctuating vole populations. Ecology, 60:567–573.

BOONSTRA, R., AND F. H. RODD. 1983. Regulation of breeding density in *Microtus pennsylvanicus*. J. Anim. Ecol., 52:757–780.

BOONSTRA, R., F. H. RODD, AND D. J. CARLETON. 1982. Effect of *Blarina brevicauda* on trap response of *Microtus pennsylvanicus*. Canadian J. Zool., 60:438–442.

BRADLEY, A. J., E. R. MCDONALD, AND A. K. LEE. 1980. Stress and mortality in a small marsupial (*Antechinus stuartii*, Macleay). Gen. Comp. Endocrinol., 40:188–200.

BRAITHWAITE, R. W. 1974. Behavioural changes associated with the population cycle of *Antechinus stuartii*. Australian J. Zool., 22:45–62.

BUJALSKA, G. 1973. The role of spacing behaviour among females in the regulation of reproduction in the bank vole. J. Reprod. Fert., Suppl., 19:465–474.

BLM_0052659

614    *Tait and Krebs*

CAPLIS, P. 1977. Neighbour recognition by the meadow vole (*Microtus pennsylvanicus*) and the role of olfactory cues. Unpubl. M.S. thesis, McGill Univ., Montreal, 60 pp.

CAROTHERS, A. D. 1973. The effects of unequal catchability on Jolly-Seber estimates. Biometrics, 29:79–100.

——. 1979. Quantifying unequal catchability and its effect on survival estimates in an actual population. J. Anim. Ecol., 48:863–869.

CARROLL, D., AND L. L. GETZ. 1976. Runway use and population density in *Microtus ochrogaster*. J. Mamm., 57:772–776.

CHARNOV, E. L., AND J. FINERTY. 1980. Vole population cycles: a case for kin-selection. Oecologia, 45:1–2.

CHITTY, D. 1952. Mortality among voles (*Microtus agrestis*) at Lake Vyrnwy, Montgomeryshire, in 1936–39. Phil. Trans. Roy. Soc. London, Ser. B, 236:505–552.

——. 1960. Population processes in the vole and their relevance to general theory. Canadian J. Zool., 38:99–113.

——. 1967. The natural selection of self-regulatory behaviour in animal populations. Proc. Ecol. Soc. Australia, 2:51–78.

——. In press. Fluctuations in numbers and body weight of the vole *Microtus townsendii*. Acta Zool. Fennica.

CHITTY, D., AND D. A. KEMPSON. 1949. Prebaiting small mammals and a new design of live trap. Ecology, 30:536–542.

CHITTY, D., AND E. PHIPPS. 1966. Seasonal changes in survival in mixed populations of two species of vole. J. Anim. Ecol., 35:313–331.

CHRISTIAN, J. J. 1950. The adreno-pituitary system and population cycles in mammals. J. Mamm., 31:247–259.

——. 1978. Neuro-behavioural-endocrine regulation of small mammal populations. Pp. 143–158, *in* Populations of small mammals under natural conditions (D. P. Snyder, ed.). Pymatuning Lab. Ecol. Spec. Publ. 5:1–237.

——. 1980. Endocrine factors in population regulation. Pp. 367–380, *in* Biosocial mechanisms of population regulation (M. N. Cohen, R. S. Malpass, and H. G. Klein, eds.). Yale Univ. Press, New Haven, Connecticut, 406 pp.

COLE, F. R., AND G. O. BATZLI. 1978. Influence of supplemental feeding on a vole population. J. Mamm., 59:809–819.

CONLEY, W. 1976. Competition between *Microtus*: a behavioral hypothesis. Ecology, 57:224–237.

CRAWFORD, R. D. 1971. High population density of *Microtus ochrogaster*. J. Mamm., 52:478.

DARWIN, C. 1859. On the origin of species by means of natural selection, or the preservation of favoured races in the struggle for life. John Murray, London, 502 pp.

DELONG, K. T. 1966. Population ecology of feral house mice: interference by *Microtus*. Ecology, 47:481–484.

DESY, E. A., AND C. F. THOMPSON. 1983. Effects of supplemental food on a *Microtus pennsylvanicus* population in central Illinois. J. Anim. Ecol., 52: 127–140.

DUESER, R. D., M. L. WILSON, AND R. K. ROSE. 1981. Attributes of dispersing meadow voles in open-grid populations. Acta Theriol., 26:139–162.

ELTON, C. 1942. Voles, mice and lemmings. Clarendon Press, Oxford, 496 pp.

ERLINGE, S., ET AL. 1983. Predation as a regulating factor on small rodent populations in southern Sweden. Oikos, 40:36–52.

FACEMIRE, C. F., AND G. O. BATZLI. 1983. Suppression of growth and reproduc-

BLM_0052660

tion by social factors in microtine rodents: tests of two hypotheses. J. Mamm., 64:152–156.

FINERTY, J. P. 1980. The population ecology of cycles in small mammals. Yale Univ. Press, New Haven, Connecticut, 234 pp.

FORSLUND, L. G. 1973. Adrenocortical and reproductive adjustments in laboratory and natural populations of *Microtus montanus*. Abstr. of papers, Amer. Soc. Mamm., 53rd Ann. Meeting, Asilomar, California.

FRANK, F. 1957. The causality of microtine cycles in Germany. J. Wildl. Mgmt., 21:113–121.

FREELAND, W. J. 1974. Vole cycles: another hypothesis. Amer. Nat., 108:238–245.

FREELAND, W. J., AND D. H. JANZEN. 1974. Strategies in herbivory by mammals: the role of plant secondary compounds. Amer. Nat., 108:269–289.

FULKER, D. W. 1970. Maternal buffering of rodent genotypic responses to stress: a complex genotype-environment interaction. Behav. Genet., 1:119–124.

GAINES, M. S., AND L. R. MCCLENAGHAN, JR. 1980. Dispersal in small mammals. Ann. Rev. Ecol. Syst., 11:163–196.

GAINES, M. S., AND R. K. ROSE. 1976. Population dynamics of *Microtus ochrogaster* in eastern Kansas. Ecology, 57:1145–1161.

GAINES, M. S., A. M. VIVAS, AND C. L. BAKER. 1979. An experimental analysis of dispersal in fluctuating vole populations: demographic parameters. Ecology, 60:814–828.

GARSD, A., AND W. E. HOWARD. 1982. Microtine population fluctuations: an ecosystem approach based on time-series analysis. J. Anim. Ecol., 51:208–225.

GASHWILER, J. S. 1972. Life history notes on the Oregon vole, *Microtus oregoni*. J. Mamm., 53:558–569.

GELLER, M. D., AND J. J. CHRISTIAN. 1982. Population dynamics, adreno-cortical function, and pathology in *Microtus pennsylvanicus*. J. Mamm., 63:85–95.

GETZ, L. 1978. Speculation on social structure and population cycles of microtine rodents. The Biologist, 60:134–147.

GETZ, L. L., F. R. COLE, L. VERNER, J. E. HOFMANN, AND D. AVALOS. 1979. Comparisons of population demography of *Microtus ochrogaster* and *M. pennsylvanicus*. Acta Theriol., 24:319–349.

GIPPS, J. H. W. 1982. The effects of testosterone and scopolamine HBr on the aggressive behaviour of male voles, *Microtus townsendii*. Canadian J. Zool., 60:946–950.

GIPPS, J. H. W., M. J. TAITT, C. J. KREBS, AND Z. DUNDJERSKI. 1981. Male aggression and the population dynamics of the vole, *Microtus townsendii*. Canadian J. Zool., 59:147–157.

GREENWOOD, P. J. 1980. Mating systems, philopatry and dispersal in birds and mammals. Anim. Behav., 28:1140–1162.

HAMILTON, W. D. 1964. The genetical evolution of social behaviour. J. Theor. Biol., 7:1–16.

HANSSON, L. 1971. Habitat, food and population dynamics of the field vole *Microtus agrestis* (L.) in south Sweden. Viltrevy, 8:267–378.

———. 1977. Spatial dynamics of field voles *Microtus agrestis* in heterogeneous landscapes. Oikos, 29:539–544.

HAUKIOJA, E. 1980. On the role of plant defences in the fluctuation of herbivore populations. Oikos, 35:202–213.

HAUKIOJA, E., AND T. HAKALA. 1975. Herbivore cycles and periodic outbreaks. Formulation of a general hypothesis. Rep. Kevo Subarctic Res. Sta., 12:1–9.

BLM_0052661

616 *Tait and Krebs*

HAWES, D. B. 1975. Experimental studies of competition among four species of voles. Unpubl. Ph.D. dissert., Univ. British Columbia, Vancouver, 107 pp.

HILBORN, R. 1975. Similarities in dispersal tendency among siblings in four species of voles (*Microtus*). Ecology, 56:1221–1225.

HILBORN, R., J. A. REDFIELD, AND C. J. KREBS. 1976. On reliability of enumeration for mark and recapture census of voles. Canadian J. Zool., 54:1019–1024.

HOFMANN, J. E., L. L. GETZ, AND B. J. KLATT. 1982. Levels of male aggressiveness in fluctuating populations of *Microtus ochrogaster* and *M. pennsylvanicus.* Canadian J. Zool., 60:898–912.

IVERSON, S. L., AND B. N. TURNER. 1974. Winter weight dynamics in *Microtus pennsylvanicus.* Ecology, 55:1030–1041.

JANNETT, F. J. 1978. Density-dependent formation of extended maternal families of the montane vole *Microtus montanus nanus.* Behav. Ecol. Sociobiol., 3:245–263.

JOLLY, G. M. 1965. Explicit estimates from capture-recapture data with both death and immigration—stochastic model. Biometrika, 52:225–247.

JOLLY, G. M., AND J. M. DICKSON. 1983. The problem of unequal catchability in mark-recapture estimation of small mammal populations. Canadian J. Zool., 61:922–927.

KALELA, O. 1962. On the fluctuations in the numbers of arctic and boreal rodents as a problem of production biology. Ann. Acad. Sci. Fennica, Series A, IV, 66:1–38.

KEITH, L. B. 1974. Some features of population dynamics in mammals. Proc. Internatl. Congr. Game Biol., 11:17–58.

KNAPTON, R. W., AND J. R. KREBS. 1974. Settlement patterns, territory size, and breeding density in the song sparrow (*Melospiza melodia*). Canadian J. Zool., 52:1413–1420.

KOTT, E. 1965. Factors affecting estimates of meadow mouse populations. Unpubl. Ph.D. dissert., Univ. Toronto, Toronto, Ontario, 136 pp.

KREBS, C. J. 1966. Demographic changes in fluctuating populations of *Microtus californicus.* Ecol. Monogr., 36:239–273.

———. 1970. *Microtus* population biology: behavioral changes associated with the population cycle in *Microtus ochrogaster* and *M. pennsylvanicus.* Ecology, 51:34–52.

———. 1977. Competition between *Microtus pennsylvanicus* and *Microtus ochrogaster.* Amer. Midland Nat., 97:42–49.

———. 1978a. A review of the Chitty hypothesis of population regulation. Canadian J. Zool., 56:2463–2480.

———. 1978b. Aggression, dispersal, and cyclic changes in populations of small rodents. Pp. 49–60, *in* Aggression, dominance, and individual spacing (L. Krames, P. Pliner, and T. Alloway, eds.). Plenum Publ. Corp., New York, 173 pp.

———. 1979. Dispersal, spacing behaviour, and genetics in relation to population fluctuations in the vole *Microtus townsendii.* Fortschr. Zool., 25:61–77.

KREBS, C. J., AND J. H. MYERS. 1974. Population cycles in small mammals. Adv. Ecol. Res., 8:267–399.

KREBS, C. J., Z. T. HALPIN, AND J. N. M. SMITH. 1977. Aggression, testosterone, and the spring decline in populations of the vole, *Microtus townsendii.* Canadian J. Zool., 55:430–437.

KREBS, C. J., B. L. KELLER, AND R. H. TAMARIN. 1969. *Microtus* population biology: demographic changes in fluctuating populations of *Microtus ochrogaster* and *M. pennsylvanicus* in southern Indiana. Ecology, 50:587–607.

KREBS, C. J., J. A. REDFIELD, AND M. J. TAITT. 1978. A pulsed-removal experiment on the vole, *Microtus townsendii.* Canadian J. Zool., 56:2253–2262.

BLM_0052662

KREBS, C. J., ET AL. 1976. *Microtus* population biology: dispersal in fluctuating populations of *M. townsendii*. Canadian J. Zool., 54:79–95.

KROHNE, D. T. 1982. The demography of low-litter-size populations of *Microtus californicus*. Canadian J. Zool., 60:368–374.

LACK, D. 1954. The natural regulation of animal numbers. Oxford Univ. Press, Oxford, 343 pp.

LAINE, K., AND H. HETTONEN. 1983. The role of plant production in microtine cycles in northern Fennoscandia. Oikos, 40:407–418.

LEDUC, J., AND C. J. KREBS. 1975. Demographic consequences of artificial selection of the LAP locus in voles (*Microtus townsendii*). Canadian J. Zool., 53:1825–1840.

LESLIE, P. H., D. CHITTY, AND H. CHITTY. 1953. The estimation of population parameters from data obtained by means of the capture-recapture method. III. An example of the practical applications of the method. Biometrika, 40:137–169.

LEUZE, C. C. K. 1976. Social behaviour and dispersion in the water vole, *Arvicola terrestris*, Lacepede. Unpubl. Ph.D. dissert., Univ. Aberdeen, Aberdeen, 243 pp.

LIDICKER, W. Z. 1966. Ecological observations on a feral house mouse population declining to extinction. Ecol. Monogr., 36:27–50.

———. 1973. Regulation of numbers in an island population of the California vole: a problem in community dynamics. Ecol. Monogr., 43:271–302.

———. 1975. The role of dispersal in the demography of small mammals. Pp. 103–128, *in* Small mammals: their productivity and population dynamics (F. B. Golley, K. Petrusewicz and L. Ryszkowski, eds.). Cambridge Univ. Press, London, 451 pp.

———. 1978. Regulation of numbers in small mammal populations—historical reflections and a synthesis. Pp. 122–141, *in* Populations of small mammals under natural conditions (D. P. Snyder, ed.). Pymatuning Lab. Ecol. Spec. Publ., 5:1–237.

ŁOMNICKI, A. 1978. Individual differences between animals and the natural regulation of their numbers. J. Anim. Ecol., 47:461–475.

MADISON, D. M. 1980. Space use and social structure in meadow voles, *Microtus pennsylvanicus*. Behav. Ecol. Sociobiol., 7:65–71.

MALLORY, F. F., J. R. ELLIOT, AND R. J. BROOKS. 1981. Changes in body size in fluctuating populations on the collared lemming: age and photoperiod influences. Canadian J. Zool., 59:174–182.

MARES, M. A., ET AL. 1982. An experimental analysis of social spacing in *Tamias striatus*. Ecology, 63:267–273.

MARTIN, E. P. 1956. A population study of the prairie vole (*Microtus ochrogaster*) in N.E. Kansas. Univ. Kansas Publ., Mus. Nat. Hist., 8:361–416.

MAY, R. M. 1981. Models for single populations. Pp. 5–29, *in* Theoretical ecology: principles and applications. Second ed. (R. M. May, ed.). Sinauer Assoc., Sunderland, Massachusetts, 489 pp.

McDONALD, I. R., AND M. J. TAITT. 1982. Steroid hormones in the blood plasma of Townsend's vole (*Microtus townsendii*). Canadian J. Zool., 60:2264–2269.

MIHOK, S. In press. Life history profiles of boreal meadow voles (*Microtus pennsylvanicus*). Bull. Carnegie Mus. Nat. Hist.

MOORE, G. H. 1974. Aetiology of the die-off of male *Antechinus stuartii*. Unpubl. Ph.D. dissert., Australian Natl. Univ., Canberra.

MORRIS, R. D. 1968. A comparison of capture success between Sherman and Longworth live traps. Canadian Field-Nat., 82:84–88.

MYERS, J., AND C. KREBS. 1971. Genetic, behavioural, and reproductive attributes

BLM_0052663

618   *Tait and Krebs*

of dispersing field voles *Microtus pennsylvanicus* and *Microtus ochrogaster*. Ecol. Monogr., 41:53–78.

MYERS, J. H., AND C. J. KREBS. 1974. Population cycles in rodents. Sci. Amer., 230:38–46.

NAUMOV, N. P. 1972. The ecology of animals. Univ. Illinois Press, Urbana, 650 pp.

NEGUS, N. C., AND P. J. BERGER. 1977. Experimental triggering of reproduction in a natural population of *Microtus montanus*. Science, 196:1230–1231.

OKSANEN, L., AND T. OKSANEN. 1981. Lemmings (*Lemmus lemmus*) and grey-sided voles (*Clethrionomys rufocanus*) in interaction with their resources and predators on Finnmarksuidda, northern Norway. Rept. Kevo Subarctic Res. Sta., 17:7–31.

PEARSON, O. P. 1960. Habits of *Microtus californicus* revealed by automatic photographic recorders. Ecol. Monogr., 30:231–249.

———. 1971. Additional measurements of the impact of carnivores on California voles (*Microtus californicus*). J. Mamm., 52:41–49.

PETTERBORG, L. J. 1978. Effect of photoperiod on body weight in the vole *Microtus montanus*. Canadian J. Zool., 56:431–435.

PETTICREW, B. G., AND R. M. F. S. SADLEIR. 1974. The ecology of the deermouse *Peromyscus mainculatus* in a coastal coniferous forest. I. Population dynamics. Canadian J. Zool., 52:107–118.

PITELKA, F. A., AND A. M. SCHULTZ. 1964. The nutrient-recovery hypothesis for arctic microtine cycles. Pp. 55–68, *in* Grazing in terrestrial and marine environments (D. J. Crisp, ed.). Blackwell Sci. Publ., Oxford, 322 pp.

POKKI, J. 1981. Distribution, demography and dispersal of the field vole, *Microtus agrestis*, in the Tvärminne archipelago, Finland. Acta Zool. Fennica, 164:1–48.

RASMUSON, B., M. RASMUSON, AND J. NYGREN. 1977. Genetically controlled differences in behaviour between cycling and noncycling populations of field vole (*Microtus agrestis*). Hereditas, 87:33–42.

REDFIELD, J. A., M. J. TAITT, AND C. J. KREBS. 1978. Experimental alteration of sex ratios in populations of *Microtus townsendii*, a field vole. Canadian J. Zool., 56:17–27.

RICHMOND, M., AND R. STEHN. 1976. Olfaction and reproductive behavior in microtine rodents. Pp. 197–217, *in* Mammalian olfaction, reproductive processes, and behavior (R. Doty, ed.). Academic Press, New York, 344 pp.

ROBERTS, R. C. 1981. Genetical influences on growth and fertility. Pp. 231–254, *in* Biology of the house mouse (R. J. Berry, ed.). Symp. Zool. Soc. London, 47:1–715.

ROSE, R. K., AND M. S. GAINES. 1976. Levels of aggression in fluctuating populations of the prairie vole, *Microtus ochrogaster*, in eastern Kansas. J. Mamm., 57:43–57.

ROSE, R. K., R. K. EVERTON, AND G. G. GLASS. In press. Experimentally induced winter breeding in populations of small mammals. Acta Zool. Fennica.

ROSENZWEIG, M. L., AND Z. ABRAMSKY. 1980. Microtine cycles: the role of habitat heterogeneity. Oikos, 34:141–146.

SAITOH, T. 1981. Control of female maturation in high density populations of the red-backed vole, *Clethrionomys rufocanus bedfordiae*. J. Anim. Ecol., 50:79–87.

SCHAFFER, W. M., AND R. H. TAMARIN. 1973. Changing reproductive rates and population cycles in lemmings and voles. Evolution, 27:111–124.

SCHLESINGER, W. H. 1976. Toxic foods and vole cycles: additional data. Amer. Nat., 110:315–317.

SEBER, G. A. F. 1982. The estimation of animal abundance and related parameters. Second ed. Charles Griffin, London, 654 pp.

SMITH, M. H., C. T. GARTEN, AND P. R. RAMSEY. 1975. Genic heterozygosity and population dynamics in small mammals. Pp. 85–102, *in* Isozymes, IV. Genetics and evolution (C. L. Markert, ed.). Academic Press, New York, 965 pp.

SMITH, M. H., M. N. MANLOVE, AND J. JOULE. 1978. Spatial and temporal dynamics of the genetic organization of small mammal populations. Pp. 99–113, *in* Populations of small mammals under natural conditions (D. P. Snyder, ed.). Pymatuning Lab. Ecol. Special Publ., 5:1–237.

STENSETH, N. C. 1978. Demographic strategies in fluctuating populations of small rodents. Oecologia, 33:149–172.

———. 1981. On Chitty's theory for fluctuating populations: the importance of genetic polymorphism in the generation of regular density cycles. J. Theor. Biol., 90:9–36.

STENSETH, N. C., L. HANSSON, A. MYLLYMÄKI, M. ANDERSSON, AND J. KATILA. 1977. General models for the population dynamics of the field vole, *Microtus agrestis*, in central Scandinavia. Oikos, 29:616–642.

STODDART, D. M. 1982. Does trap odour influence estimation of population size of the short-tailed vole *Microtus agrestis*? J. Anim. Ecol., 51:375–386.

SULLIVAN, T. P., AND C. J. KREBS. 1981. *Microtus* population biology: demography of *M. oregoni* in southwestern British Columbia. Canadian J. Zool., 59: 2092–2102.

TAITT, M. J. 1978. Population dynamics of *Peromyscus maniculatus austerus* and *Microtus townsendii* with supplementary food. Unpubl. Ph.D. dissert., Univ. British Columbia, Vancouver, 180 pp.

———. 1981. The effect of extra food on small rodent populations: I. Deermice (*Peromyscus maniculatus*). J. Anim. Ecol., 50:111–124.

———. In press. Cycles and annual fluctuations: *Microtus townsendii* and *Peromyscus maniculatus*. Acta Zool. Fennica.

TAITT, M. J., AND C. J. KREBS. 1981. The effect of extra food on small rodent populations: II. Voles (*Microtus townsendii*). J. Anim. Ecol., 50:125–137.

———. 1982. Manipulation of female behaviour in field populations of *Microtus townsendii*. J. Anim. Ecol., 51:681–690.

———. 1983. Predation, cover, and food manipulations during a spring decline of *Microtus townsendii*. J. Anim. Ecol., 52:837–848.

TAITT, M. J., J. H. W. GIPPS, C. J. KREBS, AND Z. DUNDJERSKI. 1981. The effect of extra food and cover on declining populations of *Microtus townsendii*. Canadian J. Zool., 59:1593–1599.

TAMARIN, R. H. 1977. Demography of the beach vole (*Microtus breweri*) and the meadow vole (*M. pennsylvanicus*) in southeastern Massachusetts. Ecology, 58:1310–1321.

———. 1978a. Dispersal, population regulation, and K-selection in field mice. Amer. Nat., 112:545–555.

———. 1978b. A defense of single-factor models of population regulation. Pp. 159–162, *in* Populations of small mammals under natural conditions (D. P. Snyder, ed.). Pymatuning Lab. Ecol. Spec. Publ., 5:1–237.

———. 1983. Animal population regulation through behavioral interactions. Pp. 698–720, *in* Advances in the study of mammalian behavior, (J. F. Eisenberg, and D. G. Kleiman, eds.). Spec. Publ., Amer. Soc. Mamm., 7:1–753.

THOMPSON, D. Q. 1965. Food preferences of the meadow vole (*Microtus pennsylvanicus*) in relation to habitat affinities. Amer. Midland Nat., 74:75–86.

TO, L. P., AND R. H. TAMARIN. 1977. The relation of population density and adrenal weight in cycling and non-cycling voles (*Microtus*). Ecology, 58: 928–934.

BLM_0052665

620    *Taitt and Krebs*

TOMPA, F.  1971.  Catastrophic mortality and its population consequences. Auk, 88: 753–759.

VAN HORNE, B.  1982.  Demography of the longtailed *Microtus longicaudus* in seral stages of coastal coniferous forest, southeast Alaska. Canadian J. Zool., 60:1690–1709.

VERNER, J.  1977.  On the adaptive significance of territoriality. Amer. Nat., 111: 769–775.

VIITALA, J.  1977.  Social organization in cyclic subarctic populations of the voles *Clethrionomys rufocanus* (Sund.) and *Microtus agrestis* (L.). Ann. Zool. Fennica, 14:53–93.

WATSON, A., AND R. MOSS.  1970.  Dominance, spacing behaviour and aggression in relation to population limitation in vertebrates. Pp. 167–218, *in* Animal populations in relation to their food resources (A. Watson, ed.). Blackwell Sci. Publ., Oxford, 477 pp.

WEBSTER, A. B., AND R. J. BROOKS.  1981.  Social behavior of *Microtus pennsylvanicus* in relation to seasonal changes in demography. J. Mamm., 62:738–751.

WHITE, T. C. R.  1978.  The importance of a relative shortage of food in animal ecology. Oecologia, 33:71–86.

WHITNEY, P.  1976.  Population ecology of two sympatric species of subarctic microtine rodents. Ecol. Monogr., 46:85–104.

WOLFF, J. O.  1981.  Refugia, dispersal, predation, and geographic variation in snowshoe hare cycles. Pp. 441–449, *in* Proceedings of the world lagomorph conference, Guelph (K. Myers and C. D. MacInnes, eds.). Univ. Guelph, Ontario, 983 pp.

WOLFF, J. O., AND W. Z. LIDICKER, JR.  1980.  Population ecology of the taiga vole, *Microtus xanthognathus,* in interior Alaska. Canadian J. Zool., 58: 1800–1812.

WYNNE-EDWARDS, V. C.  1962.  Animal dispersion in relation to social behaviour. Oliver and Boyd, Edinburgh, 653 pp.

ZIMMERMAN, E.G.  1965.  A comparison of habitat and food of two species of *Microtus.* J. Mamm., 46:605–612.

BLM_0052666

# MANAGEMENT AND CONTROL

## Ross E. Byers

### Abstract

CURRENT *Microtus* control technology is reviewed with specific information on rapid population monitoring methods; chemical, cultural, and biological control methods; economic threshold levels, rodenticide residues and environmental hazards. The merits of control methods based on barriers, habitat manipulation, repellents, predators, grazing of hoofed animals, trapping, baits, and ground-cover sprays are discussed.

## Introduction

The national economic impact of vole damage to trees, shrubs, and agronomic crops has been a significant factor in crop production. Most of the information presented in this chapter pertains to the technology developed for controlling the pine vole (*Microtus pinetorum*) in apple orchards.

From a control point of view there are two classes of voles infesting orchards: 1) subterranean voles which burrow deep in the soil and which damage the plant below the soil level such as the pine vole (*Microtus pinetorum*) in the eastern U.S., and 2) surface running voles that damage at or above the soil level, such as the meadow vole (*Microtus pennsylvanicus*), montane vole (*Microtus montanus*), and the California vole (*Microtus californicus*). The prairie vole (*Microtus ochrogaster*) of the midwestern states develops runs on the surface similar to the meadow vole but also has a deep tunnel system similar to the pine vole. Vole feeding habits, however, vary considerably depending on availability of cover, loose soil for tunnelling, and the location and type of desirable food supplies (Bailey, 1924; Byers, 1979a; Dimmick, 1978; Hamilton, 1938; White, 1965). For example, *M. californicus* in plowed potato, sugarbeet, or artichoke fields is found largely underground or in the plants, whereas in orchards where tilling is minimal, in alfalfa, or

BLM_0052667

622   *Byers*

in herbaceous cover, *M. pennsylvanicus* feeds largely along runways on the surface. Control and management of any vole species often requires an integrated knowledge of the crop being protected, the habits of the animals in the cultural system, the control methods available, and the potential hazard to man or non-target animals.

Numerous reports indicate that voles may cause serious economic losses to apple, peach, pear, citrus, blueberry, nursery, ornamental, and strawberry crops by girdling the roots and stems, causing plant death. By direct feeding, voles may also cause serious damage to flower bulbs, tubers, vegetables, sugar beets, grain, sagebrush, alfalfa, pasture land, and hay crops (Bailey, 1924; Batzli and Pitelka, 1970; Cummings and Marsh, 1978; Dana and Shaw, 1958; Littlefield et al., 1946; Morrison, 1953; Mueggler, 1967; Piper, 1908, 1928; Sartz, 1970; Spencer, 1959; Spencer et al., 1958).

Ferguson (1980) estimated from a 1978 national survey that apple growers lost 123,000 trees to vole injury, of which 37% of the trees were of bearing age. In perennial crops the loss of an economic unit (such as an apple tree) influences the profitability of the planting for its productive life (Byers 1979a). Even sporadic annual losses of less than 1% in tree fruit crops can result in a 20–30% tree loss in the most profitable years for the crop which is at 25–30 years of age. In orchards, serious vole damage usually occurs in a single year when growers are unaware of rising vole populations. In these situations it is likely that 30% of the trees may be completely girdled in a single season while another 20% or more may be seriously injured. In plantings sustaining this level of damage, all trees (good ones as well) often must be removed (bulldozed) due to the uneconomical operation of the block. Thus, in many cases twice as many trees may be removed as are actually damaged. Assessment of long-term production losses from single season surveys are difficult because growers usually remove vole-damaged trees quickly. Good tree stands must be maintained throughout the life of an orchard, forest, or ornamental planting in order to remain an economic unit. In addition, replacement trees planted in older vole-infested orchards are very difficult to protect from vole injury. Replanted trees usually do not survive because inadequate attention is taken to prepare individual soil planting sites as is recommended for establishing new trees on old orchard sites.

Anthony and Fisher (1977) estimated that Pennsylvania apple growers spent approximately $270,000 in 1974 for control of pine

BLM_0052668

and meadow voles. No estimate was made of the economic losses caused by vole damage to fruit trees for that year.

Byers (1974*a*) estimated that the national apple market value losses caused by pine-vole damage in the eastern and midwestern apple-producing areas were approximately $40 million in the geographic range of this species, while an additional $3.3 million was spent on control measures for that year.

The use of toxicants, habitat manipulations, and barriers have been the traditional methods of arresting damage over the last 50 years for most agricultural crops (Hamilton, 1935). The use of predators, repellents, and trapping have had limited use as commercially acceptable agricultural practices; however, trapping can be quite useful to home owners and small orchardists with fewer than three acres.

For most agricultural crops the presence of voles may or may not pose an immediate threat. In many fruit-tree and ornamental plantings, vole damage is restricted to the dormant period from November through April except during a drought or extremely high population levels. In the late spring, summer, or early fall, more desirable food sources than tree roots and bark are plentiful. More important, however, may be more desirable temperatures which allow voles to forage over a greater range, accessing more desirable plant material, thus making the crop plant less vulnerable to damage. With monocultured crops such as vegetable or hay crops, damage is usually dependent on vole population levels and the developmental stage of the crop. In orchards, if control measures are not taken, vole damage is likely to occur annually. For this reason, the development of control methodology for eastern voles has been more intensive for apple orchards than for any other crop.

## *History of Vole Control in Orchards*

Prior to 1935 voles were controlled largely through clean cultivation of the entire orchard floor, tree guards, and hand-placed poison baits made of strychnine or arsenic (Hamilton, 1935). Bait-carriers composed of fresh vegetable matter were thought to be more desirable than grain or oat carriers for toxicants. Although repellents, natural enemies, trapping, and gassing were suggested meth-

BLM_0052669

ods for the period, rarely were these methods relied upon as the sole commercially acceptable vole control measure.

*Monitoring*

Regular assessment of vole populations in crops susceptible to vole damage requires rapid assessment of large acreages in short intervals of time. In high-valued crops, a preventive vole control program should be followed because the economic threshold for damage is at low population levels. The loss of a single 15-year-old apple tree in a 50-ha block may reduce the gross value of the crop by $2,500 over the subsequent 20 years of the planting. If season-long control can be achieved by a single rodenticide treatment costing $25/ha, 100 ha of this age tree could be treated to prevent the loss of a single tree. As the age of the planting gets older, the value of trees decreases, and thus the economic threshold. Since a single animal residing at or near a tree may cause significant damage or tree loss, the economic threshold population is at a very low level. Thus, a highly effective and reliable preventative program is essential for avoiding damage to perennial tree crops (Byers, in press). Regular monthly inspections just prior to the damaging period and after treatments can provide the grower with an accurate view of future potential hazard (Barden et al., 1982).

Examination of the ground cover for vole runways and holes can quickly give an indication of the recent presence of voles. Observations based on vole signs (fresh digging, trails, feeding on plant material, defecation) are not adequate, because immediately after treatment runways and holes still may appear to be active but voles, in fact, may be eliminated. If voles are present in the runway systems, it must be assumed that a potential for vole damage exists in high-valued crops. Vole population levels and damage potential can change rapidly because of increased animal survival rates, increased reproduction levels, or changes in other environmental stress factors (snow, drought, soil freezing, ground-cover dormancy), and a simple, rapid, and accurate method for determining animal presence is desirable for researchers and growers as well.

The apple indexing method has been used in orchards for many years to determine the percentage of trees infested with voles (Barden et al., 1982). An apple with a 2.5-cm diameter slice removed from the cheek may be placed in a run or a hole for meadow voles or 5–15 cm below the soil surface in a tunnel for pine voles. Apples



FIG. 1.   Regression of percent activity on pine voles/site based on percent of apples having vole tooth-marks when placed 2/tree in runways 24 h previous. Plots (87 plots in four experiments in 1975 and 1976) were snap-trapped for a 5-day period following apple-activity reading. The apple-monitoring method was highly correlated with pine-vole population densities ($R^2 = 0.77$, $y = 7.5 + 78.0x - 17.7x^2$; from Byers, 1981).

can be observed for vole tooth-marks 24 h after placement and the percentage of trees infested can be calculated easily. This calculation can give a direct estimate of the percentage of trees that could be damaged, given the proper environmental conditions. In addition, vole population densities correlate strongly with the percentage of active sites (Fig. 1). This method has been used to evaluate experimental plots and general orchard populations pre- and post-treatment (Byers, 1975a, 1978, 1981). When assessing chemical control treatments, a reading of pre-treatment activity taken prior to and again approximately 3 weeks after treatment can be used to determine if a reduction in the percentage of infested trees has occurred.

In order to increase the quantitative measure of the number of

BLM_0052671

626   *Byers*

animals at each feeding station, the apples are weighed prior to placement and after 24 h. Weighing the apple gives the grams of apples consumed on an individual tree basis. We determined that the amount of apple consumed for pine and meadow voles/24 h is approximately 0.5 g of apple per gram of body weight. The average pine vole should consume approximately 13 g/animal and the average meadow vole about 20 g/animal.

*Barriers*

Currently, tree guards are used to control damage from prairie and meadow voles but not pine voles, since the latter species can easily tunnel under barriers (Caslick and Decker, 1978; Hamilton, 1935; Hunter and Tukey, 1977). Crushed stone is used when installing tree guards so that nesting and trailing near the tree trunk is discouraged (Bode et al., 1981). In conjunction with tree guards, clean herbicide culture of 1.2 to 2-m wide strips in young plantings inhibits meadow voles from ranging near the tree trunk. As the tree enlarges, removal of the tree guard becomes necessary in order to prevent the guard from girdling the tree. The tree then becomes vulnerable to vole attack, particularly under snow cover.

*Habitat Manipulation*

In orchards the major food sources for voles are normally not apple trees, but include roots, stems, petioles, and leaves of a diversity of plants living on or below the soil surface (Cengel et al., 1978). Laboratory studies showed that, given sufficient water, pine voles cannot survive for more than about 4 days on 1-year-old stem or root tissue from apple trees (Byers, 1974b). Logically, if voles under field conditions cannot survive without a supplementary food source to apple trees, "clean culture" should reduce vole populations.

Fifty years ago the term "clean culture" referred to total destruction of the orchard-floor plant material through cultivation techniques. However, today, herbicide or cultivated strips from 5 to 12 ft wide within the tree rows and close mowing between rows is classified as clean culture (Byers and Young, 1978; Davis, 1976a, 1976b).

Field experiments have shown that clean culture can greatly assist in reducing existing pine vole population levels (Byers and Young, 1974, 1978; Byers et al., 1976). Techniques used to achieve

BLM_0052672

TABLE 1

EFFECT OF AN ANNUALLY-APPLIED HERBICIDE STRIP ON AVERAGE PINE-VOLE AC-
TIVITY PER TREE AFTER THE TENTH YEAR IN A COMMERCIAL APPLE ORCHARD
(AFTER BYERS AND YOUNG, 1974)*

| Tree no. | No. sites | | No. active sites | | No. voles caught | |
|---|---|---|---|---|---|---|
| | Control | Herbi-cide | Control | Herbi-cide | Control | Herbi-cide |
| 1 | 2.00 | 0.75 | 1.00 | 0.25 | 1.50 | 0.50 |
| 2 | 2.00 | 0.00 | 1.75 | 0.00 | 1.50 | 0.00 |
| 3 | 2.00 | 0.00 | 1.50 | 0.00 | 1.50 | 0.00 |
| 4 | 1.75 | 0.75 | 1.75 | 0.25 | 2.00 | 0.25 |
| Average | 1.96 | 0.40 | 1.50 | 0.13 | 1.64 | 0.20 |

* Treatments and controls were initiated in the first year of planting and monitored for vole activity after the tenth annual application of herbicide culture. Eight blocks of four tree spaces each were alternated in a single row; thus tree 1 and 4 were adjacent to the other treatment. There were 15 trees in the herbicide treatment group and 14 controls (no herbicide). A site refers to a vole run or hole below the soil level which appeared to be active. A limit of two sites/tree was counted. Active sites were those having characteristic vole tooth-marks on an apple placed in a run or hole approximately 24 h previous.

clean culture vary considerably between orchardists and years. Some of the variables are related to type of equipment used, frequency of the practice, soil characteristics (particularly rockiness, depth of friable soil, terrain), tree age, planting distances, width of herbicide (or cultivated) band, ground-cover flora, and weather conditions (Byers and Young, 1978).

The use of clean culture may provide some degree of *preventive* protection from voles when 1) started in the first year of orchard planting, 2) the planting site has never been previously infested, 3) a wide strip of herbicide or cultivation is maintained in the tree row, and 4) regular close mowing of middles is practiced.

The use of wide-band cultivation can be advantageous for the control of pine voles (Byers and Young, 1978; Byers et al., 1976). However, the tilling of soil usually provides conditions for meadow voles to tunnel in the loose soil; thus the animals obtain a below-soil accessibility to roots and trunk (Byers, 1979c).

Three experiments at different locations showed that clean culture achieved with wide-band residual herbicides (Table 1), wide-band cultivations (Fig. 2), or combinations of the two (Fig. 3), in conjunction with regular mowing between rows, can greatly reduce

BLM_0052673

628   *Byers*



Fig. 2.   Effect of wide-band cultivation and chlorophacinone (CPN) hand-placed bait on pine-vole activity. Symbols with arrows refer to time of application. Percent activity refers to percent of apples having vole tooth-marks when placed in runways 24 h previous (from Byers et al., 1976).

existing vole populations and subsequent hazard to trees. However, some locations are apparently more amenable to control of voles through cultural means than others (Byers and Young, 1974, 1978; Figs. 2, 3). If regular mowing is not practiced, voles may become abundant in row middles and may easily move under snow cover to damage tree trunks.

Costs of maintaining clean culture are almost prohibitive and were determined to be as much as three times as costly as a hand-placed toxicant or broadcast-bait program (Byers, 1977*a*, in press; Sullivan, 1979).

### Hoofed Animals

Cattle, sheep, and swine have been used to a limited extent for control of pine and meadow voles in eastern U.S. orchards (Horsfall, 1953; Woodside et al., 1942). The disadvantages usually greatly outweigh advantages. Spray materials used in orchards may contaminate the ground cover so that meat or milk cannot be used for human consumption. Action by hoofed animals is usually incomplete, slow, and swine or cattle may severely damage trees.

### Repellents

Repellents have been extensively used for rabbit, deer, and woodchuck damage control, but seldom used for vole control. Repellents were shown to be superior to rodenticides in tank studies where rodents were confined to repellent-treated trees, including roots

BLM_0052674



Fig. 3.   Effect of orchard culture, and diphacinone (DPN) and chlorophacinone (CPN) hand-placed baits, on percent activity (percent of apples having vole tooth-marks when placed in runways 24 h previous). Symbols with arrows refer to time of application. Note the cultivation-plus-herbicide treatment gave better control of pine voles than either cultivation or herbicide treatments alone. Also note poor control with the herbicide-only treatment. Points within columns having the same letter are not statistically different by Duncan's multiple range test ($P > 0.05$) (from Byers and Young, 1978).

BLM_005267S

630   *Byers*

(Luke and Snetsinger, 1975). In practical use, however, tunnelling voles gnaw on roots and stems below soil level where repellents cannot be applied. In addition, repellents may wash off during the course of the winter or may not be reapplied if snow is present.

Horticulturists recognize that fruit tree species are different in their susceptibility to vole damage. Hunter and Tukey (1977) rated apple, pear, peach, cherry, apricot, and plum in descending order of preference, but no definitive data are available in the literature. Laboratory studies showed that a great deal of difference existed between susceptibility of various clones to vole damage. Crosses of R5 or PI 286613 with *Malus pumila* Mill were found to be less susceptible to damage when compared to Golden Delicious apple stems (Byers and Cummins, 1977; Cummins et al., 1983; Geyer and Cummins, 1980; Wysolmerski et al., 1980).

*Predators*

Because the economic threshold for vole damage occurs at very low population levels (Byers, in press) and because predator populations (snakes, owls, hawks, skunks, etc.; see Pearson, this volume) usually lag behind the prey, natural predatory control never has been considered commercially important. Vole populations are usually lowest in late winter and early spring when predators are reproducing and defining territories. Thus when voles are increasing during late summer and fall, predators may no longer be reproducing (Hamilton, 1935; Howard et al., 1982).

Mowing, spraying, picking, and post-harvest removal of dropped apples interefere with predator population increases. These activities disturb all types of wildlife, including voles. Rotary mowers are particularly devastating to snake populations and larger mammals within an orchard.

*Trapping*

Snap-traps have been used extensively for estimating vole populations (Chapman and Overton, 1966) in experimental plots because almost complete removal of all animals can be achieved in a 3–5 day period (Byers, 1975*a*, 1978, 1981) if done at critical periods when voles are susceptible to trapping. Many vole species, however, may not be as susceptible to trapping in summer when temperatures are high, during dry conditions, or when underground burrow sys-

BLM_0052676

tems have been developed. In fall when temperatures are ideal for vole movements, and in late winter while the soil is thawing, even pine voles can be trapped easily. Trapping success can be enhanced by pre-baiting with apples, using covers over traps, and by placing traps in active runs at intervals (for example, at every tree, 100/ha). Split tires can be used satisfactorily as trapping stations because they are convex and may be easily located in the fall when leaves may cover other types of flat stations. Because tires are black they retain heat, thus providing a warm, protected location for voles in adverse weather. Tires may be obtained without cost at many auto service centers or from commercial dumps where tires are split before covering. Commercial tire-splitting equipment is also available for purchase.

*Chemical Controls*

During the post-1935 period, zinc-phosphide grain and vegetable baits developed by the U.S. Fish and Wildlife Service were important for the control of meadow voles in many agronomic and tree-fruit crops. Zinc-phosphide grain formulations, however, have not given adequate control of pine voles under most circumstances (Byers et al., 1976, 1982; Merson and Byers, 1981). Broadcast baiting with zinc-phosphide ($Zn_3P_2$) grain baits was found to kill only 50–60% of pine voles in a population (Byers et al., 1982). The failure of $Zn_3P_2$ to adequately control pine voles was previously thought to be related to the differences between the two species, their acceptance of grain carriers, or the inadequate exposure of pine voles to surface applied bait.

Recent laboratory and field evaluations of zinc-phosphide pelleted bait show that wide differences exist between formulations. At least 27 formulations of $Zn_3P_2$ are now listed with the Environmental Protection Agency, but very few have been compared for their lethality to any species in the laboratory or field. Greater differences in mortality have been shown to exist between formulations than between species for a number of $Zn_3P_2$ formulations (Merson and Byers, 1981). The zinc-phosphide Rodent Bait AG formulation made by Bell Laboratories, Inc., recently has become extremely important to the fruit industry as a hand-placed and broadcast bait against both meadow and pine voles. Further improvement of zinc-phosphide formulations through encapsulation

BLM_0052677

632    *Byers*

of the $Zn_3P_2$ or changes in inert ingredients may continue to improve the lethality of this old toxicant and provide a different mode of action from the anticoagulants.

In 1955 endrin became available to the apple industry as a ground-cover spray at the rate of 2.4 lbs/acre. Horsfall (1956*a*, 1956*b*) was instrumental in determining rates, application techniques, and the significance of the ground-cover plant communities in the successful application of ground-cover sprays (Horsfall et al., 1974). After 10 years of annual endrin use, growers complained about inadequate vole control and subsequent tree losses. Investigations in Virginia showed that some vole strains were 10 times more resistant to endrin than voles taken from untreated orchards (Hartgove and Webb, 1973; Webb and Horsfall, 1967; Webb et al., 1972, 1973). However, in other eastern U.S. states (North Carolina, Pennsylvania, New York) where endrin was less frequently used, resistance was not reported to be a major problem in most orchards by the early 1980s (Byers 1979b, 1980).

By the late 1960s the vole problem became a major threat to the Virginia apple industry because of the development of endrin resistant pine voles. Since no alternative measure existed for the control of the pine vole, Horsfall et al. (1974) investigated a number of toxicants and found the anticoagulant, chlorophacinone, was effective at 0.2 lbs/acre and above as a ground-cover spray. Since anticoagulants were rather expensive, the lowest rate of chlorophacinone (CPN) that gave control was given use clearances by several states in 1974. Inconsistent results were obtained with CPN ground sprays in the years following its initial introduction (Byers, 1975*a*, 1975*b*; Byers et al., 1976). By the early 1970s the Environmental Protection Agency was not favorable toward the clearance of new ground-sprayed rodenticides for replacement of endrin. In addition, changes in orchard spray equipment for insect and disease control from high-pressure machines to low pressure and low-water volumes caused an increase in the costs of rodenticide applications and lower cost methods were developed.

During the 1970s new bait formulations, cultural control methods, and animal habits and biology were under intensive investigation with emphasis on finding new solutions to the tree damaging problem (Byers, 1977*b*). Rodenticide-bait formulations developed by chemical companies for the commensal rodent trade were adapted for use in agriculture. This resulted in state approval for many

BLM_0052678

anticoagulant baits and caused a return to hand-placed and broadcast baiting followed by an understanding of the failure of previous zinc-phosphide bait programs. Excellent control with broadcast anticoagulent bait programs showed that the failure of $Zn_3P_2$ broadcast baiting programs was related to poor acceptance of the formulation and not access of animals to bait (Byers, 1981; Byers et al., 1982; Merson and Byers, 1981).

Great differences between toxicants, formulations, and consumption time required for lethal doses resulted in some formulations outperforming others in vole field tests (particularly anticoagulants; Byers, 1978, 1981; Table 2; Fig. 4). Due to lack of laboratory methods for testing formulations, the evaluations of toxic baits were conducted primarily in the field where population levels, weather, and animal access to highly preferred alternate food sources (apples and lush ground cover) were a part of the testing program (Byers, 1978, 1981; Byers and Young, 1975). However, concurrent laboratory studies could have provided much useful information relative to quantities and exposure times required to achieve lethal doses from various bait formulations.

Since the hoarding of toxic-pelleted baits by pine voles was quite strong in the field, this behavioral characteristic was incorporated into control methodology (Byers et al., 1976). Using radiotelemetry techniques, transmitters were implanted in pelletized Chlorophacinone baits and placed in pine-vole runway systems. Pelleted bait placed with the transmitter was removed from the placement sites to more centralized caches near the pine-vole nests and located 25 cm or more below the soil surface (Byers et al., 1976). Wax-block formulations (2.5 × 5 × 5 cm) used in rat-control programs were found less effective presumably because the bait was fed upon only at the placement site (Byers et al., 1976). Pelletized baits became accepted by the fruit industry very quickly because of their relatively low cost, ease of handling, and the need for more effective control measures.

It was not until the 1980s that field experiments were conducted to determine if the caching behavior differed between pine and meadow voles. Laboratory-tank tests and caged trials showed both species exhibited a strong caching behavior (Merson and Byers, in press). However, in one field experiment three different pellet sizes were placed at 20 sites each. Using live-trap, toe-clip, and release methods, sixty pine voles were trapped over a 5-day period in one

BLM_0052679

634

*Byers*

TABLE 2

Field Evaluation of Broadcast and Hand-placed Rodenticides for Pine Vole Control in Orchards Treated November 14–15, 1979

| Treatment | Rate (kg/ha) | Rate (lbs/ac) | % Activity[a] Nov. 9 | % Activity[a] Nov. 30 | Voles/plot (December 3–7) | Voles/site (December 3–7) | % Control |
|---|---|---|---|---|---|---|---|
| 1. Control | — | — | 89 a[3] | 87 a[3] | 31.7 a[3] | 1.25 a[3] | 0 |
| 2. Volak[1]—0.005% BFC | 21 | 19 | 88 a | 15 def | 0.7 d | 0.03 d | 98 |
| 3. Volak[1]—0.0025% BFC | 20 | 18 | 85 a | 6 ef | 0.3 d | 0.01 d | 99 |
| 4. Volak[1]—0.001% BFC | 19 | 17 | 88 a | 5 ef | 0.7 d | 0.02 d | 98 |
| 5. Volak[1]—0.0005% BFC | 29 | 26 | 85 a | 5 ef | 0.3 d | 0.02 d | 98 |
| 6. Volak[2]—packet 0.005% BFC | 8 | 7[2] | 87 a | 4 ef | 1.0 d | 0.03 d | 98 |
| 7. Rozol[1]—0.005% CPN (French) | 25 | 22 | 88 a | 0 f | 0.3 d | 0.01 d | 99 |
| 8. Rozol[1]—0.005% CPN (USA) | 24 | 21 | 88 a | 33 bcd | 2.7 d | 0.11 d | 91 |
| 9. Maki[1]—0.005% BDL | 22 | 20 | 87 a | 44 bcd | 4.7 cd | 0.19 cd | 85 |
| 10. Ramik[1]—0.005% DPN | 24 | 21 | 84 a | 51 bc | 6.0 cd | 0.24 bcd | 81 |
| 11. Ramik—0.005% DPN | 11 | 10[2] | 85 a | 40 bcd | 10.7 bc | 0.41 bc | 67 |
| 12. ZnP[1]—2% Corn + Oats | 21 | 19 | 85 a | 67 ab | 14.0 b | 0.49 b | 61 |
| 13. ZnP—2% Corn + Oats | 6 | 5[2] | 85 a | 59 abc | 11.0 bc | 0.42 bc | 66 |
| 14. ZnP[1]—2% Pellet (Bell Labs) | 28 | 25 | 89 a | 29 cde | 2.7 d | 0.10 d | 92 |
| 15. ZnP—2% Pellet (Bell Labs) | 6 | 5[2] | 89 a | 19 def | 1.7 d | 0.07 d | 94 |

Treatment abbreviations: BFC, bromodialone; CPN, chorophacinone; DPN, diphacinone; ZnP, zinc phosphide.

[1] Treatment was broadcast in a band under tree limbs.

[2] Treatment was hand-placed at two locations under shingles at each tree.

[3] Numbers within columns followed by the same letter are not statistically different by Duncan's multiple range test ($P > 0.05$); three replicate plots per treatment.

[a] Apples placed in two holes or runs 5–15 cm below the soil surface on opposite sides of a tree trunk were examined 24 h after placement. Percent activity refers to all sites at which there were vole tooth-marks on the apple.

BLM_0052680



Fig. 4.   Endrin applied at 2.7 kg/ha (2.4 lb/acre) did not control pine voles (probably because of endrin resistance). Symbols with arrows refer to time of treatment. Percent activity is percent of apples having vole tooth-marks when placed in runways 24 h previous. Chlorophacinone (CPN) ground spray applied at 0.2 kg/ha (0.2 lb/acre) gave some control. Both chlorophacinone and diphacinone (DPN) hand-baits at 11.2 kg/ha (10 lbs/acre) were effective when applied in Feburary 1975. Endrin applied in November 1976 did not give adequate control. Two applications of DPN bait did not give adequate control in 1977 but bromodialone (BFC) gave excellent control (from Byers, 1978).

orchard and in another orchard 50 meadow voles were trapped. (Using the Schnabel estimator 91 [60 to 136] pine voles and 47 [36 to 62] meadow voles existed in the plots, respectively). In the pine-vole orchard approximately 60% of the sites had animals which cached half or more of the 50 g placed at the sites within a 24-h period. Less than 1% of the sites in the meadow-vole orchard had cached bait. This study took place in December 1980 near the end of the normal fall control period when caching by both species should have been strong (Merson and Byers, in press). Obviously, if the majority of meadow voles are sporadic feeders (not feeding from cached bait), they probably would not obtain a lethal dose of weak multi-dose anticoagulants if bait were placed at only one or two sites within the vole range. Anticoagulants such as chloropha-cinone or diphacinone may be expected to give better control of pine voles since they could be fed upon from bait cached near nests. Much work on the caching response under field conditions is needed to understand better the success and failure of different toxicants and pelleted formulations for each species.

Recent data have shown that both acute and chronic baits control voles equally well when used against pine voles, whether applied as a broadcast or a hand-placed bait (Table 2). When baits are broadcast, the quantity of bait required on the orchard floor may

BLM_0052681

636   *Byers*

depend on the lethality of the bait as well as pellet density. The notion that pine voles do not sufficiently surface and thus do not retrieve sufficient surface-applied bait has been disproven in recent years in Virginia orchards (Byers et al., 1982; Table 2). The generalization that broadcast applications are effective in all orchard or agricultural situations for microtines can be seen from these experiments to be an over-simplification. For example, voles cannot be controlled by surface-broadcast baits in bluegrass sods that promote trailing below a thatch cover.

Pelletized-bait formulations absorb moisture readily and are more susceptible to water deterioration in rainy weather than whole or cracked grains. Laboratory data have shown that 3 days of continuous feeding and consumption of approximately 10 g of chlorphacinone bait/pine vole are required for 90% of animals to receive a lethal dose (Byers, 1976*b*, 1978). Field results have shown reduced control where chlorphacinone (CPN) bait has been broadcast 1 day prior to a rain, and 3 days without rain are thought to be required for adequate pine vole exposure and caching of bait. Residue analysis of voles from an orchard treated with the single-dose anticoagulant, brodifacoum (BFC) bait, showed that 95% of the meadow voles contained a detectable level of toxicant 1 day following treatment (Merson et al., 1984). Toxicants such as warfarin, which require numerous days of continuous feeding, probably would have limited usage when applied as hand-placed or broadcast baits because spoilage probably would occur before voles received a lethal dose.

In order to develop low-cost and effective bait formulations for field use, these factors must be considered: 1) the time required for the population to contact the bait, 2) the consumption required to deliver a lethal dose, 3) weatherability of the bait in the field, and 4) pellet sizes and density for optimum caching and feeding. Acute baits like 2% zinc phosphide, which have a quick action and taste aversion, have the advantage of low consumption for lethality (0.25 g/vole) but the disadvantage of poor acceptance. Theoretically, the "acute" baits should require rates that are sufficient only to expose the vole to a single pellet within its home range (5 kg/ha or less), whereas bait that requires relatively large consumptions over a period of days may be more dependent on the quantities presented within the home range of the vole.

Spoilage of bait in the field within 2 weeks after application has both advantages and disadvantages. Hazard to non-target species is

BLM_0052682

increased with highly weather-resistant formulations, which might last months or years, but reduced effectiveness may occur if weatherability is not adequate. Packaging of bait in plastic packages has been shown to repel moisture while still being available to the voles. Placement of packaged bait under substantial bait-station covers (e.g., split tires, rubber mats, shingles) is desirable to prevent a nontarget primary hazard. Testing of two packet types against pine voles in field trials showed that voles did not open packets at approximately 5% of the placement sites even though animals were known to be present (Byers, 1981; Byers et al., 1982). Sufficient numbers of animals appeared to be present to repopulate the orchard because packets were continuously being opened in the post treatment period (Fig. 5). The use of automobile tires split longitudinally and small open-top plastic cups to prevent soil contact with bait promotes good baiting conditions for at least 6 months (Merson and Byers, unpubl. observ.). Shingles or rubber mats that lay flat on the soil are easily covered by leaves, making baiting difficult. Since tire stations may be 6–10 cm above the soil level they may be easily located by personnel, but may cause difficulty for close mowing or cultivation operations. The use of smaller, compact automobile tires allows closer and less inhibited mowing operations. The black automobile tire retains heat and provides an ideal location for placement of bait in winter.

Some orchardists place tires in the tree row while using band-herbicide applications wider than the tire. The disadvantage of this system is the poor exposure of voles to tires, because voles are seldom active in the herbicide band. If the herbicide band is narrower than the tire, some of the tire extends into the vegetation strip where the voles range. If a wide band herbicide strip is used, movement of the tire into adjacent cover is necessary when baiting.

Invasion of voles from nearby fields can be reduced by perimeter baiting of orchards with tire stations. This system also provides some year-round protection even under heavy snow cover. If acute, rapid-kill baits are used, as little as 1 lb of formulated material/acre (Byers et al., 1982) is required. However, the potential for bait shyness with toxicants like zinc phosphide requires rotation to toxicants that do not promote this characteristic.

Several chemicals have potential use as rodenticides for vole control. Their eventual commercial use depends upon several factors: 1) clearance from federal and state agencies, 2) non-target hazards, 3) effectiveness, 4) profit potential as a world wide vertebrate con-

BLM_0052683

638    *Byers*



Fig. 5.   Effect of bromodialone (BFC) and $Zn_3P_2zp$ packets on percent activity, which refers to percent apples with vole tooth-marks (——) or percent packets opened (– – –) by voles when either was placed under cinder blocks or split-tires 24 h previous. Note that pine-vole populations were maintained uniformly low, but were not eliminated. In addition, a large percentage of packets was opened during summer, which indicates presence of voles under most trees and the annual need for placement of packets. Points followed by the same letter for percent activity (small letters) or percent packets opened (capital letters) are not statistically different for each sample date by Duncan's multiple range test ($P > 0.05$) (from Byers et al., 1982).

trol agent, and 5) consistent supply. In recent years, antimetabolites of vitamins B, C, and K, anticoagulants, chlorinated hydrocarbons, chemosterilants, inorganic toxicants, fumigants, organic phosphates, narcotics and inhibitors of feeding and functions of heart, muscle, and immune systems, intestinal microflora inhibitors, and mechanical action materials that cause a blockage in the digestive system have been studied for their rodenticide potential (Benjamini, 1982; Gutteridge, 1972; Marsh and Howard, 1976; Meehan, 1980*a*, 1980*b*; Merson and Byers, unpubl. observ.; Stehn et al., 1908; Tietjen, 1969). Many of these chemicals have great potential as safe and reliable rodenticides, but many have been discarded because of taste aversion and bait shyness.

*Mechanical Spreaders*

The degree of control achieved by broadcasting bait with a ground or aerial spreader may be quite variable since the types of distri-

BLM_0052684

bution equipment vary greatly in 1) placement accuracy under tree limbs where vole runways exist, 2) rate of distribution when weight of bait in the hopper changes, 3) degree of pulverization of pelletized bait before distribution, 4) precision of control over hopper opening of the distribution box, 5) clogging of hopper opening by irregular pellet sizes, and 6) throwing distance and pattern of distribution by the spreader.

Burrow-builder equipment has been used successfully in some forest and agronomic crops for distribution of grain bait (Anonymous, 1957, 1968); however, they have not been very useful in orchards because of the wide variation in soil type, sod density, and rock content.

*Combination of Control Methods*

The use of toxicants, cultivation, herbicide strips, barriers, close mowing, and predators may have additive or counterproductive effects on reducing populations. The application of broadcast bait or ground-cover sprays to cultivated or herbicided strips may greatly reduce the exposure of the population to the chemical. Integration of the rodenticide program with regard to the cultural system is extremely important for good results. Even though the use of cultural programs may reduce the vole hazard, the costs associated with the cultural program are questionable if chemical control is required (Byers, in press).

# Environmental Hazards and Chemical Residues

The hazards of using rodenticides in low-acreage, high-valued crops is often confused with large acreage usage such as in forest or other areas where wildlife may have a high priority in the scheme of things (Anthony and Fisher, 1977; Bailey et al., 1970). Simply plowing a field, cultivating an orchard, or picking fruit in an orchard interrupts and disturbs more existing wildlife than the application of a rodenticide. Only recently has man become aware or concerned about the encroachment of houses, buildings, and concrete on agricultural crop and forest lands. Orchard acreage has not changed in the U.S. in the last 30 years even though production has increased. I suggest that the problems associated with wildlife

BLM_0052685

are much more affected by housing, industrial zoning, highway construction, and increasing human population levels than the use of rodenticides for a specific low-acreage high-valued crop. Toxicants used to kill mammalian pests may have some degree of risk, depending on how they are used, to other wildlife present. We must recognize that cultural practices may affect wild animal populations to a much greater extent than chemicals; overreaction to some wildlife kill may not be justified. Proper labelling and use-patterns of rodenticides may require the acceptance of some reasonable risks when costs or production benefits are significant.

The current use of most rodenticides in orchards during the dormant season has been classified as non-food usage because they are not applied directly to the edible plant part during the growing season and are not translocated through plants. Some crops such as artichokes, vegetables, grains, and hay require food-usage labels or specific application directions to avoid contact with the food product.

Of the toxicants used as a ground-cover spray in orchards, Endrin has been the most toxic and persistent. Much controversy surrounded the use of this material after its clearance in 1956 (Driggers, 1972; Eadie, 1961). Regardless, Endrin was used widely throughout the world for about 15–20 years. Many European countries and some states of the United States since banned its use for vole control. Poor handling of empty containers and Endrin spills into farm ponds or streams leading to larger bodies of water resulted in some fish kills and a "bad name" for this material. However, when Endrin was used according to labeled directions, few if any problems were documented.

The acute toxicant $Zn_3P_2$ has been considered one of the more safe secondary hazard toxicants. Bell and Dimmick (1975) showed little hazard to red and gray foxes and great horned owls that fed on prairie voles poisoned with $Zn_3P_2$. This compound was limited in its use for vole control to a single treatment because of its taste-aversion properties, which produce bait shyness in the surviving population. In addition, only recently have formulations of $Zn_3P_2$ been available (ZP Rodent Bait from Bell Labs) that are sufficiently effective to be considered good field rodenticides.

The potential for primary or secondary hazards of the anticoagulants to non-target animals was demonstrated in the laboratory (Evans and Ward, 1967; Mendenhall and Pank, 1980), but evidence for significant primary or secondary hazards to pets and wild-

BLM_0052686

life under proper label use patterns in the field has not been demonstrated nor compared to existing toxicants such as zinc phosphide (Kaukeinen, 1982). Certainly any toxicant poses a risk or hazard under some circumstances or with improper usage. The degree of hazard and its value to society must be kept in proper perspective with existing technology.

Because of the increased cost of obtaining federal approval for minor-use rodenticides and the low potential profit for chemical companies, the continued development of safer and more effective rodenticides has been greatly curtailed in the last 10–15 years. Obviously, when new rodenticide development is inhibited, older and inferior technology must be relied upon.

Increasing EPA requirements for chemical-fate and non-target hazard evaluation of agricultural rodenticides has caused chemical companies to apply for state permits. Because of the sporadic use pattern of most agricultural rodenticides on high-valued, low-acreage crops, state labels have been important to the introduction of new toxicants, which allows companies to sell the product while continuing to collect data on various aspects of its use pattern.

## Concluding Remarks

Effective rodent-control methodology for use in agriculture has not developed as rapidly as insect, disease, and weed-control methodology for several reasons. First, rodents affect crops more sporadically and inflict less damage in major agricultural crops. Second, because rodents are on a high evolutionary scale, chemical-control agents are more likely to be hazardous to other mammals or man. Third, the profitability of a new agricultural rodenticide may not warrant chemical-company research and development costs considering the limited and diverse markets for such products. Fourth, the organization of animal control agencies with the U.S. government is within the Department of Interior, whose primary responsibility is conservation of wildlife. The U.S. Department of Agriculture has the primary responsibility to develop methods for crop protection from pests but does not have the responsibility in cases in which wildlife is involved. In the past, most rodent-control efforts have been crash programs designed to find an immediate and economical solution to an agricultural pest problem. Even though

BLM_0052687

642     *Byers*

overlapping responsibility should exist between the U.S. Department of Agriculture (USDA) and the U.S. Department of Interior (USDI), the USDA does not have a pest-mammal control section. Instead, commodity-oriented specialists within the Land Grant state universities have been pressured in the past by agricultural groups to find methods of control. Even though animal biologists and ecologists may be equipped better to develop new and innovative technology, in the past they did not address the problem with vigor. The organization of wildlife damage-control responsibilities within the universities also does not encourage the development of control technology since most wildlife departments are more conservation minded. In addition, since no direct relationship exists between professional wildlife specialists and growers, the luxury of not having to solve an immediate pest problem exists. If effective animal control methods are to be developed, we must recognize that long periods of time, financial commitment, and priority reorganization will be required before cost effective, easily applied methods are available.

## Literature Cited

ANONYMOUS. 1957. Orchard mouse control. U.S. Dept. Interior, U.S. Fish Wildl. Serv., Boston, Massachusetts, 13 pp.
———. 1968. Orchard mice . . . the underground saboteurs. Amer. Fruit Grower, 88:17–19, 26.
ANTHONY, R. G., AND A. R. FISHER. 1977. Wildlife damage in orchards—a need for better management. Wildl. Soc. Bull., 5:107–112.
BAILEY, S., P. J. BUNYAN, C. M. JENNINGS, AND A. TAYLOR. 1970. Hazards to wildlife from the use of DDT in orchards. Pesticide Sci., 1:66–69.
BAILEY, V. 1924. Breeding, feeding, and other life habits of meadow voles (*Microtus*). J. Agric. Res., 27:523–541.
BARDEN, J. A., et al. 1982. Virginia spray bulletin for commercial tree fruit growers. Virginia Polytech. Inst. and State Univ. Coop. Ext. Serv. Bull., 219:15–16.
BATZLI, G. O., AND F. A. PITELKA. 1970. Influence of meadow mouse populations on California grassland. Ecology, 51:1027–1039.
BELL, H. B., AND R. W. DIMMICK. 1975. Hazard to predators feeding on prairie voles killed with zinc phosphide. J. Wildl. Mgmt., 39:816–819.
BENJAMINI, L. 1982. Biocontrol of rodents: the use of immunosuppressants as a control agent. Pp. 22, *in* Abstracts of papers, Third Internatl. Theriol. Congr. (A. Myllymäki and E. Pulliainen, eds.). Helsinki, Finland, 313 pp.
BODE, W. M., et al. 1981. Tree fruit production guide. Pennsylvania State Univ. Coop. Ext. Bull., 88 pp.
BYERS, R. E. 1974a. Pine mouse control in apple orchards. Mountaineer Grower, 335:3–13.

BLM_0052688

————. 1974*b*.  Susceptibility of apple and peach stems to attack by pine voles. Hortscience, 9:190–191.

————. 1975*a*.  A rapid method for assessing pine vole control in orchards. Hortscience, 10:391–392.

————. 1975*b*.  Effect of hand baits and ground sprays on pine vole activity. Hortscience, 10:122–123.

————. (ed.). 1977*a*.  Proceedings of the first eastern pine and meadow vole symposium (R. Byers, ed.). Winchester, Virginia, 113 pp.

————. 1977*b*.  Pine vole control research in Virginia. Pp. 88–100 *in* Proceedings of the first eastern pine and meadow vole symposium (R. Byers, ed.). Winchester, Virginia, 113 pp.

————. 1978.  Performance of rodenticides for the control of pine voles in orchards. J. Amer. Soc. Hort. Sci., 103:65–69.

————. 1979*a*.  Highlights of pine vole research in Virginia. Mountaineer Grower, 394:12–15.

————. 1979*b*.  Highlights of the third eastern pine and meadow vole symposium. P. i, *in* Proceedings of the third eastern pine and meadow vole symposium (R. Byers, ed.). New Paltz, New York, 86 pp.

————. 1979*c*.  Controls to stop voles. Amer. Fruit Grower, 99:14–15, 22–23.

————. 1980.  Highlights of the fourth eastern pine and meadow vole symposium. P. i, *in* Proceedings of the fourth eastern pine and meadow vole symposium (R. Byers, ed.). Hendersonville, North Carolina, 91 pp.

————. 1981.  Pine vole control with anticoagulant baits in orchards. J. Amer. Soc. Hort. Sci., 106:101–105.

————. In press.  Economics of *Microtus* control in eastern U.S. orchards. *In* The organization and practice of vertebrate pest control (Tropical Pest Management, ed.). Center Overseas Pest Res., London, England.

BYERS, R. E., AND J. N. CUMMINS.  1977.  Variations in susceptibility of apple stems to attack by pine voles. J. Amer. Soc. Hort. Sci., 102:201–203.

BYERS, R. E., AND R. S. YOUNG.  1974.  Cultural management of pine voles in apple orchards. Hortscience, 9:445–446.

————. 1975.  Pine vole control with anticoagulant baits. J. Amer. Soc. Hort. Sci., 100:691–694.

————. 1978.  Effect of orchard culture on pine vole activity. J. Amer. Soc. Hort. Sci., 103:625–626.

BYERS, R. E., M. H. MERSON, AND S. D. PALMATEER.  1982.  Control of orchard voles with broadcast baits. J. Amer. Soc. Hort. Sci., 107:631–637.

BYERS, R. E., R. S. YOUNG, AND R. D. NEELY.  1976.  Review of cultural and other control methods for reducing pine vole populations in apple orchards. Pp. 242–253, *in* Proceedings of the seventh vertebrate pest conference (C. Siebe, ed.). Monterey, California, 323 pp.

CASLICK, J. W., AND D. J. DECKER.  1978.  Control of wildlife damage in orchards and vineyards. Cornell Univ. Coop. Ext. Inf. Bull., 146:1–18.

CENGEL, D. J., J. ESTEP, AND R. L. KIRKPATRICK.  1978.  Pine vole reproduction in relation to food habits and body fat. J. Wildl. Mgmt., 42:822–833.

CHAPMAN, D. G., AND W. S. OVERTON.  1966.  Estimating and testing differences between population levels by the Schnabel estimation method. J. Wildl. Mgmt., 30:173–180.

CUMMINGS, M. W., AND R. E. MARSH.  1978.  Vertebrate pests of citrus. *In* The citrus industry (W. Reuther, L. D. Batchelor, and H. J. Webber, eds.). Univ. California Press, Berkeley, 4:237–273.

CUMMINS, J. N., H. S. ALDWINCKLE, AND R. E. BYERS.  1983.  'Novole,' an apple stock resistant to environmental hazards. Hortscience, 18:772–774.

BLM_0052689

644    *Byers*

DANA, R. H., AND D. H. SHAW. 1958. Meadow mouse control in holly. Bull. California Dept. Agric., 48:224–226.

DAVIS, D. E. 1976*a*. Management of pine voles. Pp. 270–275, *in* Proceedings of the seventh vertebrate pest conference (C. Siebe, ed.). Monterey, California, 323 pp.

———. 1976*b*. Management of pine voles. North Carolina Agric. Ext. Serv., Zool. Series, 9:1–2.

DIMMICK, R. W. 1978. Microtine rodents in Virginia pine plantations: their ecology and measures for population control. *In* Proceedings of the symposium on management of pine of the interior south, Knoxville, Tenn. USDA Forest Serv. Tech. Publ., SATP2:130–134.

DRIGGERS, B. F. 1972. Ground spraying with endrin to control orchard mice may result in severe tree damage by the meadow mouse, *Microtus*. Hort. News, 52:18–20.

EADIE, W. R. 1961. Control of wildlife damage to orchards. Cornell Univ. Ext. Bull., 1055:1–16.

EVANS, J., AND A. L. WARD. 1967. Secondary poisoning associated with anticoagulant-killed *Nutria*. J. Amer. Vet. Med. Assoc., 151:856–861.

FERGUSON, W. L. 1980. Rodenticide use in apple orchards. Pp. 1–8, *in* Proceedings of the fourth eastern pine and meadow vole symposium (R. Byers, ed.). Hendersonville, North Carolina, 91 pp.

GEYER, L. A., AND J. N. CUMMINS. 1980. Textural and taste influences on gnawing by pine voles. Pp. 43–49, *in* Proceedings of the fourth eastern pine and meadow vole symposium (R. Byers, ed.). Hendersonville, North Carolina, 91 pp.

GUTTERIDGE, N. J. A. 1972. Chemicals in rodent control. Chem. Soc. Rev., 1:381–409.

HAMILTON, W. J., JR. 1935. Field mouse and rabbit control in New York orchards. New York (Cornell) Ext. Bull., 338:1–24.

———. 1938. Life history notes on the northern pine mouse. J. Mamm., 19:163–170.

HARTGROVE, R. W., AND R. E. WEBB. 1973. The development of benzyprene hydrolase activity in endrin susceptible and resistant pine mice. Pesticide Biochem. Physiol., 3:61–65.

HORSFALL, F., JR. 1953. Mouse control in Virginia orchards. Virginia Polytech. Inst. Agric. Exp. Sta. Bull., 465:1–26.

———. 1956*a*. Pine mouse control with ground-sprayed endrin. Proc. Amer. Soc. Hort. Sci., 67:68–74.

———. 1956*b*. Rodenticidal effect on pine mice of endrin used as a ground spray. Science, 123:61.

HORSFALL, F., JR., R. E. WEBB, AND R. E. BYERS. 1974. Dual role of forbes and rodenticides in the ground spray control of pine mice. Pp. 112–125, *in* Proceedings of the sixth vertebrate pest conference (R. Marsh, ed.). Anaheim, California, 299 pp.

HOWARD, W. E., R. E. MARSH, AND C. W. CORBETT. 1982. Raptor perches: their influence on crop protection. P. 107, *in* Abstracts of papers, Third Internatl. Theriol. Congr. (A. Myllymäki and E. Pulliainen, eds.). Helsinki, Finland, 313 pp.

HUNTER, R. E., AND R. B. TUKEY. 1977. Mouse control in Washington orchards. Washington State Univ. Coop. Ext. Serv., EM 2650:1–9.

KAUKEINEN, D. 1982. A review of the secondary poisoning hazard potential to wildlife from the use of anticoagulant rodenticides. Pp. 151–158, *in* Pro-

BLM_0052690

ceedings of the tenth vertebrate pest conference (R. Marsh, ed.). Monterey, California, 245 pp.

LITTLEFIELD, E. W., W. J. SCHOOMAKER, AND D. B. COOK. 1946. Field mouse damage to coniferous plantations. J. Forestry, 44:745–749.

LUKE, J. E., AND R. J. SNETSINGER. 1975. Apple trees protected from voles with thiram. Science in agriculture, Pennsylvania State Univ. Agric. Exp. Sta., 23:7–8.

MARSH, R. E., AND W. E. HOWARD. 1976. New perspectives in rodent and mammal control. Pp. 317–329, *in* Proceedings of the third international biodegradation symposium (J. M. Sharpley and A. M. Kaplan, eds.). Applied Sci. Publ. Ltd., London, 1138 pp.

MEEHAN, A. P. 1980a. The rodenticidal activity of reserpine and related compounds. Pesticide Sci., 11:555–561.

———. 1980b. Effect of temperature, body size, bait age and long-term feeding response of mice to reserpine. Pesticide Sci., 11:562–567.

MENDENHALL, V. M., AND L. F. PANK. 1980. Secondary poisoning of owls by anticoagulant rodenticides. Wildl. Soc. Bull., 8:311–315.

MERSON, M. H., AND R. E. BYERS. 1981. Laboratory efficacy of some commercial zinc phosphide baits used for control of meadow and pine voles in orchards. Hortscience, 16:49–51.

———. In press. Pellet size and the effectiveness of rodenticides against orchard *Microtus*. *In* The organization and practice of vertebrate pest control (Tropical Pest Management, eds.). Center Overseas Pest Res., London, England.

MERSON, M. H., R. E. BYERS, AND D. KAUKEINEN. 1984. Residues of the rodenticide brodifacoum in voles and raptors after orchard treatment. J. Wildl. Mgmt., 48:212–216.

MORRISON, H. E. 1953. The meadow mouse (*Microtus californicus*) problem in Sacramento County. California Dept. Agric. Bull., 42:59–62.

MUEGGLER, W. F. 1967. Voles damage big sagebrush in southwestern Montana. J. Range Mgmt., 20:88–91.

PIPER, S. E. 1908. Mouse plagues and their control and prevention. Yearb. U.S. Dept. Agric., Government Printing Office, Washington, D.C., pp. 301–310.

———. 1928. The mouse infestation of Buena Vista Lake basin. Monthly Bull., California Dept. Agric., Sacramento, California, 17:538–560.

SARTZ, R. S. 1970. Mouse damage to young plantations in southwestern Wisconsin. J. Forestry, 68:88–89.

SPENCER, D. A. 1958. Preliminary investigation of the Northwestern *Microtus* irruption. Special Rept., Denver Wildl. Res. Lab., 13 pp. mimeo.

———. 1959. Biological and control aspects, the Oregon meadow vole irruption 1957–1958. Oregon State Coll., Corvallis, Oregon, 9 pp. mimeo.

STEHN, R. A., E. A. JOHNSON, AND M. E. RICHMOND. 1980. An antibiotic rodenticide for pine voles in orchards. J. Wildl. Mgmt., 44:275–280.

SULLIVAN, W. T. 1979. Cost of controlling pine voles by different methods. Pp. 66–68, *in* Proceedings of the third eastern pine and meadow vole symposium (R. Byers, ed.). New Paltz, New York, 86 pp.

TIETJEN, H. P. 1969. Orchard mouse control—a progress report. Ann. Rept., Massachusetts Fruit Growers Assoc., North Amherst, Massachusetts, 7:60–66.

WEBB, R. E., AND F. HORSFALL, JR. 1967. Endrin resistance in the pine vole. Science, 156:1762.

WEBB, R. E., W. C. RANDOLPH, AND F. HORSFALL, JR. 1972. Hepatic benzpyrene

BLM_0052691

646   *Byers*

hydroxylase activity in endrin susceptible and resistant pine mice. Life Sci., 11:477–483.

WEBB, R. E., R. W. HARTGROVE, W. C. RANDOLPH, V. J. PETRELLA, AND F. HORSFALL, JR. 1973. Toxicity studies in endrin-susceptible and resistant strains of pine mice. Toxicol. Appl. Pharmacol., 25:42–47.

WHITE, L. 1965. Biological and ecological considerations in meadow mouse population management. Bull. California Dept. Agric., 54:161–171.

WOODSIDE, A. M., R. N. JEFFERSON, R. C. MOORE, AND E. H. GLASS. 1942. Control of field mice in apple orchards. Virginia Polytech. Inst., Virginia Agric. Exp. Sta. Bull., 344:1–16.

WYSOLMERSKI, J. C., R. E. BYERS, AND J. N. CUMMINS. 1980. Laboratory evaluation of some *Malus* clones for susceptibility to girdling by pine voles. J. Amer. Soc. Hort. Sci., 105:675–677.

BLM_0052692

# LABORATORY MANAGEMENT AND PATHOLOGY

## Frank F. Mallory and Robert A. Dieterich

### Abstract

This chapter discusses and describes laboratory management procedures and possible pathogens associated with the genus *Microtus*.

The successful maintenance of active breeding colonies is outlined with respect to housing, cleaning, feeding, breeding and photoperiod, temperature, and humidity. Surgical procedures are discussed also.

A literature survey indicates that this genus may be host to a wide variety of pathogens, including 15 viral diseases, 13 bacterial diseases, three protozoal diseases, and one fungal disease. In addition, 28 varieties of neoplasms and approximately 22 constitutional disorders have been described.

Although the number of pathogens associated with these microtines should concern us all, ten years of laboratory experience supports the conclusion that pathogenic problems in colonies and personnel are minimal, and that voles have many characteristics which make them ideal laboratory mammals.

### Introduction

Although small mammal populations have been studied since the turn of the century under natural conditions (Elton, 1942), the last decade has witnessed a major shift in research emphasis. Increasingly, wild species have been introduced to the laboratory and raised under artificial conditions. Among the more popular are a group of rodents of the subfamily *Microtinae,* genus *Microtus,* which are readily available by live-trapping. As indicated in Table 1, almost

BLM_0052693

TABLE 1
LABORATORY MANAGEMENT OF *Microtus* SPECIES

| Species | Caging (cm) | Bedding | Nesting material | Frequency of cleaning | Photo-period | Tempera-ture (C°) | Food | References |
|---|---|---|---|---|---|---|---|---|
| *M. abbrevi-atus* | 20.3 × 20.3 × 7.6 fiberglass | Sawdust | Facial tissue | Weekly | 16L:8D | 20 | Barley, sprouts, carrots, sun-flower seeds | Morrison et al. (1977*a*) |
| *M. californi-cus* | 23 × 38 × 23 metal | Sawdust | Cotton | ND | 12L:12D | 21–27 | Rabbit pellets | Batzli et al. (1977) |
| | Metal tubs | Soil and peat | Cotton | 3–6 weeks | 17L:7D | 4.4–27 | Mouse breeder chow, barley, carrots, lettuce, sunflower seeds, apples | Colvin and Colvin (1970) |
| *M. longicau-dus* | Gallon cans, metal terraria | Soil | Cotton | ND | 16L:8D | −12–17 | Rabbit chow, apples | Jannett (1974) |
| | Metal tubs | Soil and peat | Cotton | 3–6 weeks | 17L:7D | 4.4–27 | Mouse breeder chow, barley, carrots, lettuce, sunflower seeds, apples | Colvin and Colvin (1970) |
| *M. miurus* | 20.3 × 20.3 × 7.6 fiberglass | Sawdust | Facial tissue | Weekly | 16L:8D | 20 | Barley sprouts | Morrison et al. (1977*a*) |
| *M. montan-us* | 29 × 19 × 13 | ND | ND | ND | 16L:8D | ND | Rabbit pellets | Kenney et al. (1977) |

BLM_0052694

TABLE 1
CONTINUED

| Species | Caging (cm) | Bedding | Nesting material | Frequency of cleaning | Photo-period | Tempera-ture (C°) | Food | References |
|---|---|---|---|---|---|---|---|---|
| | 29 × 19 × 13 | San-i-cel | Nestlet | ND | 16L:8D (Day-night rever-sal) | Constant | Rabbit pellets, lettuce | Gray et al. (1976) |
| | Metal tubs | Soil and peat | Cotton | 3–6 wks | 17L:7D | 4.4–27 | Mouse breeder chow, barley, carrots, lettuce, sunflower seeds, apples | Colvin and Colvin (1970) |
| | ND | ND | ND | ND | Constant | Constant | Wheat sprouts, rat chow | Hinkley (1966) |
| *M. ochro-gaster* | 33 × 20.3 × 27.9 metal | Sawdust | Grass, hay | As neces-sary | 12L:12D | 22.2 | Rabbit chow, let-tuce, grass, clover | Richmond and Conaway (1969) |
| | 20 × 35 × 15 metal | Sawdust | Cotton | ND | 12L:12D | 21–27 | Rabbit pellets | Batzli et al. (1977) |
| | 56 × 18 × 12 plastic | Sawdust | Cotton, straw | ND | 16L:8D | ND | Rat chow, rabbit pellets | Stehn and Jannett (1980) |
| | ND | ND | ND | 2 weeks | 16L:8D | ND | Mouse chow, lettuce, oats | Kenney et al. (1977) |

BLM_0052695

TABLE 1
CONTINUED

| Species | Caging (cm) | Bedding | Nesting material | Frequency of cleaning | Photo-period | Temperature (C°) | Food | References |
|---|---|---|---|---|---|---|---|---|
| | 40 × 25 × 15 | Sawdust | Straw | ND | ND | ND | Rabbit chow | Martin et al. (1976) |
| | 20 × 20 × 40 wire | Sawdust | Cotton | ND | 16L:8D | ND | Rabbit chow | McGuire and Getz (1981) |
| M. oecono-mus | 85 × 16 × 15 fiberglass | Sawdust | Facial tissue | Weekly | 16L:8D | 20 | Mouse breeder chow, wheat germ, oats, carrots, barley sprouts | Dieterich and Preston (1977b) |
| M. oregoni | Metal tubs | Soil peat | Cotton | 3–6 weeks | 17L:7D | 4.4–27 | Mouse breeder chow, barley, carrots, lettuce, sunflower seeds, apples | Colvin and Colvin (1970) |
| M. pennsyl-vanicus | 85 × 16 × 15 fiberglass | Sawdust | Facial tissue | Weekly | 16L:8D | 20 | Mouse breeder chow, oats, wheat germ, barley sprouts, carrots | Dieterich and Preston (1977a) |
| | ND | ND | ND | ND | 14L:10D | 22 | Rat, mouse and hamster chow | Imel and Amann (1979) |

BLM_0052696

TABLE 1
CONTINUED

| Species | Caging (cm) | Bedding | Nesting material | Frequency of cleaning | Photo-period | Tempera-ture (C°) | Food | References |
|---|---|---|---|---|---|---|---|---|
| | 28.5 × 17.5 × 12.5 plastic | Sawdust | Cotton | Biweekly | 18L:6D | 25 | Rat chow, oats, carrots | Clulow and Mallory (1970, 1974) |
| | 29 × 19 × 13 plastic | Corn grit | Cotton | Biweekly | 14L:10D | 22 | Alfalfa pellets, salt cubes | Lee et al. (1970) |
| | ND | ND | ND | 2 weeks | 16L:8D | ND | Mouse chow, lettuce, oats | Kenney et al. (1977) |
| | Gallon cans, metal terraria | Soil | Cotton | ND | 16L:8D | −12–17 | Rabbit chow, apples | Jannett (1974) |
| | ND | ND | ND | ND | 14L:10D | 24 | Mouse chow, sunflower seeds | Pasley and McKinney (1973) |
| | 29 × 18 × 12.5 plastic | Corn grit | None | ND | 16L:8D | 20 | Guinea pig chow | Webster et al. (1981) |
| M. pineto-rum | 56 × 18 × 12 plastic | Sawdust | Cotton, straw | ND | 16L:8D | ND | Rat chow, rabbit pellets | Stehn and Jannett (1980) |
| | 30 × 62 × 41 glass | Sawdust | None | ND | 12L:12D | 16–18 | Rat chow, guinea pig pellets, sunflower seeds | Schadler (1980) |

Abbreviation: ND, no data.

BLM_0052697

652     *Mallory and Dieterich*

half of all the Nearctic species, as defined by Hall (1981), have been reared successfully in the laboratory during the past ten years. In view of the current interest in rodent population fluctuations, detailed information on demographic parameters is needed. Although certain aspects of changes in abundance can be studied in the field, information on genetic, physiologic, reproductive, and behavioral indices can often be understood best from breeding and experimentation in captivity (Richmond and Conaway, 1969). Thus, the first objective of this chapter is to review the current practices of laboratory management for the genus *Microtus* and to make recommendations that can be used as a general guide for future researchers. The second objective is to examine our knowledge of pathogens and pathogenic conditions associated with *Microtus,* which, in addition to being a requirement for sound laboratory management, is especially important as more and more people may be exposed to these pathogens under confined conditions.

## Laboratory Management

The easiest means of transport from the field is to carry the animal in the live-trap in which it was caught; however, if long distances are involved, special transport cages may be necessary. On reaching the laboratory, animals should be housed individually in cages containing bedding and cover. Additional cover appears to reduce the incidence of stress-related mortality, which can affect up to 50% of the animals within the first 2 weeks after capture. Animals housed together often fight, aggravating stress-related problems (Mallory, pers. observ.). A variety of both dry and fresh foods should be introduced to the cage, including the commercial chow on which the colony is maintained. Over a 2-week period, selection of foods should be reduced to that of the commercial chow. Water should be provided in a bottle with a lick tube and in a small dish in the cage, as it takes a little time for some individuals to learn to use standard water bottles. After a few days the dish can be removed. Recently captured animals should be quarantined from the colony for a 2-week period, during which time the cages should be cleaned twice a week. This procedure removes most ectoparasites, which are discarded in bedding, and allows one to assess the health of individual animals. Handling should be kept to a mini-

BLM_0052698

mum, and photoperiod and temperature should be intermediate between that of the colony and the field situation.

### Records

Although recorded information will vary with the desires and needs of each researcher, a general description of standard procedure may be of value. Records should be kept in both a daily log book and on cards attached to each cage. This duplication, though tedious, is often invaluable when important data are lost in one or the other system (most frequently the card is lost). Generally, each individual is identified by species, number, and sex, and where known, date of birth, date of weaning, and number of mother. In females, dates of pairing with males, dates of parturition, and litter sizes at parturition and weaning are important, and in males, pairing dates and offspring produced are often of value. Records should be used by the researcher to minimize inbreeding and genetic drift within the colony, unless otherwise desired. Wild caught animals should be introduced to the colony at regular intervals to keep it as representative of the natural population as possible.

### Housing, Cleaning, and Food

As evident from Table 1, microtines have been maintained successfully in a wide array of containers, ranging from gallon cans (Jannett, 1974) to glass aquaria (Schadler, 1980). However, the majority of researchers have found standard plastic mouse cages with wire tops and a floor area ranging between 500 to 1,000 $cm^3$ most convenient.

In addition, breeding pairs and nursing females with litters should be placed in larger cages; solid bottom cages are preferred over those with wire (Richmond and Conaway, 1969). Sawdust or wood shavings approximately 2 cm deep is the most common bedding, although other absorbent materials such as San-i-cel, corn grit, hay, peat, and soil may be used. Because these animals are semi-fossorial and spend a considerable amount of time digging, the finer bedding materials have the disadvantage of creating a dust problem (Mallory, pers. observ.).

The most commonly used material for nesting and cover is cotton batting, although facial tissue (Dieterich and Preston, 1977a) and straw (Stehn and Jannett, 1980) have been employed. A number

BLM_0052699

654   *Mallory and Dieterich*

of recent researchers have refrained from using nesting material (Schadler, 1980; Webster et al., 1981), which has been our preference for the past five years, because cotton can become wrapped around the limbs of neonates resulting in amputation or maiming (Mallory, pers. observ.).

The frequency of cage cleaning (Table 1) may be from twice a week (Clulow and Mallory, 1970) to whenever necessary (Richmond and Conaway, 1969). Problems associated with changing cages are generally ones of disturbance and the negative effect it has on the pregnancy rate in the colony and the survival of neonates. Richmond and Conaway (1969) noted that female *M. ochrogaster* with neonates often killed their offspring after having their cage cleaned. In their laboratory, the incidence of this phenomenon was lowered by leaving a small amount of soiled bedding in the new cage. Mallory and Brooks (1980) demonstrated that handling gravid females of the lemming, *Dicrostonyx groenlandicus* (as one would do during cage changes), significantly reduced the number of pregnancies reaching parturition. Although the frequency of cage cleaning may vary with researcher and experimental design, current data suggest that colony productivity will be increased if gravid and lactating females are disturbed as little as possible. Cages should be washed according to standard mouse-colony procedure with a disinfecting detergent and rinsing (Les, 1966).

In all colonies studied, food and water were provided ad lib., and the majority of researchers provided their animals with both dry and fresh food (Table 1). Commercial dry food is more convenient than other combinations, and a number of different types have proved successful, including standard mouse chow, mouse breeder chow, rat and hamster chow, and rabbit and guinea-pig pellets. Batzli (pers. comm.) has suggested that rabbit and guinea-pig pellets, composed largely of alfalfa and having high fiber and low fat content, are preferable to rat or mouse chows (Batzli, this volume). Fresh food may include barley, oats, barley and wheat sprouts, sunflower seeds, carrots, lettuce, and apples. Supplements of fresh food are recommended, because reproduction is enhanced in *M. montanus* fed fresh plant greens or their extracts (Berger et al., 1981; Hinkley, 1966; Negus and Pinter, 1965, 1966; Pinter and Negus, 1965; Sanders et al., 1981). In one colony of *M. pennsylvanicus*, salt cubes were made available (Lee et al., 1970).

BLM_0052700

*Photoperiod, Temperature, and Humidity*

Control of photoperiod is essential if high rates of reproduction and sexual maturity are to be sustained throughout the year. The majority of successful colonies have been maintained on a long-day photoperiod ranging between 14 and 18 h of light/24-h period (Table 1). No colonies were given less than 12 h of light/day. Imel and Amann (1979) demonstrated that reproductive function and body weight in *M. pennsylvanicus* were significantly greater at a 16L:8D photoperiod, and were more favorable than 14L:10D and 18L:6D, at 22°C. Because evidence supports the conclusion that members of the genus *Microtus* are long-day breeders (Clarke and Kennedy, 1967; Iverson and Turner, 1974; Petterborg, 1978; Vaughan et al., 1973), the 16L:8D photoperiod may be best for most mid-latitude species. Light intensities inside cages of 40–75 lux and 100 lux were reported by Lee et al. (1970) and Imel and Amann (1979), respectively. Virtually no work has been done on the effect of different spectral emissions. Temperature of colonies generally varied between 20 and 25°C (range −12 to 27°C); Richmond and Conaway (1969) maintained a constant humidity of 65 ± 5%.

*Breeding and Weaning Procedures*

A survey of the literature indicates that most laboratories house their breeders as single pairs rather than in mixed groups. Stud males have been left successfully with gravid females throughout gestation and lactation (Morrison et al., 1977a, 1977b), often in the presence of previous litters. Other researchers removed the males on day 7 post coitum (Imel and Amann, 1979) or after the birth of the litter (Batzli et al., 1977). Maintaining a pair together is advantageous in that females most often mate at post-partum estrus, which occurs on the first day after parturition (Hasler, 1975). Two other factors that can reduce reproductive output in microtine colonies are pregnancy failure, which occurs when pregnant females are exposed to strange males (Clulow and Langford, 1971; Mallory and Clulow, 1977; Schadler, 1981; Stehn and Richmond, 1975), and infanticide, which can occur when strange males or females are introduced into cages holding females and their neonates (Mallory and Brooks, 1978, 1980; Webster et al., 1981). Laboratory person-

BLM_0052701

nel should be aware of these potential problems, which may become important during cage changes, when establishing new pairings, or when introducing new animals to the colony.

Weaning young from the maternal cage usually is accomplished at approximately 3 weeks post partum (range 17 to 35 days); however, in some instances up to three successive litters were left with the parents (Richmond and Conaway, 1969). The size and composition of post-weaning groups of immature animals has been shown to significantly influence rate of maturation and propensity to mate. Immature *M. californicus*, *M. ochrogaster* (Batzli et al., 1977), and *M. pinetorum* (Schadler, 1980) exhibited suppressed sexual development and growth when housed in groups. In addition, female *M. ochrogaster* developed the least when paired with littermate weanling males as compared to non-littermate adult males (Hasler and Nalbandov, 1974), and incest avoidance may occur in this species when siblings are housed together (McGuire and Getz, 1981). Thus, to maximize colony productivity, immature males should be housed individually and immature females should be paired with non-related adult males or non-littermate immature males (Baddaloo and Clulow, 1981; Batzli et al., 1977).

*Other Procedures*

Surgical procedures such as adrenalectomy, splenectomy, vasectomy, and castration have been successfully performed on microtines with minimum equipment (Richmond and Conaway, 1969). Both ether and sodium pentabarbital have been used successfully as anesthetics. Sodium pentabarbital at a dosage of 0.06 mg/g body weight administered intraperitoneally is sufficient to keep an animal immobilized for 3 h. Lower dosages have little effect and higher dosages increase mortality. Post-operative care requirements are minimal; however, a heat lamp over recovering animals increases survival.

Although ectoparasites are generally eliminated by the cleaning procedures described above, the follicle-inhabiting mite, *Psorergates simplex,* has been a problem on occasion (Lee and Horvath, 1969). Infestations can be suppressed successfully by treating animals and cages with a 2% aqueous solution of a wetable powder containing 15% Aramite [2-(p-tertbutylphenoxy)isopropyl 2-chloroethyl sulfite] or low-toxicity flea powder (Dieterich, pers. observ.).

Finally, all personnel regularly exposed to microtine breeding colonies should be required to wear lab coats and gloves for handling animals and washing cages. Standard tetanus-polio combination and rabies inoculations should be given to reduce risk of infection.

## Pathology

Although *Microtus* is the most widely studied genus of microtines in North America, there is a surprising paucity of information concerning pathogens associated with these rodents. Indeed, in Europe and the USSR, a much greater effort has been made to understand the etiology and epizootics of infectious diseases and the role microtines play as vectors or reservoirs. Because most small mammals are studied by mammalogists lacking training in medical procedures, and because veterinarians and medical personnel tend to apply their energy and resources to more economically important species, the majority of specimens collected are discarded before a pathological examination is made, resulting in the loss of information in a potentially important area.

### Viral Infections

*Rabies.*—Rabies is an acute and usually fatal infectious disease of the central nervous system caused by a virus which travels from the site of infection via the peripheral nervous system to the central nervous system; it appears to persist as a salivary gland infection in nature. All warm-blooded animals are susceptible (Sikes, 1970). The virus is usually transmitted by biting; however, infection through aerosol, nasal, and oral exposure also has been confirmed in both carnivores and rodents (Casals, 1940; Fischman and Ward, 1968; Ramsden and Johnston, 1975; Soave, 1966).

The symptoms of the disease may take one of two forms. Animals exhibiting the furious form of rabies initially become anorexic, apprehensive, and nervous prior to an excitatory phase during which they become restless and vicious. They bite most objects in the immediate vicinity, although they have difficulty chewing and swallowing. During this time the saliva contains the greatest amount of virus, although it is usually present throughout the entire course of the disease. Subsequently, the strong furious actions slowly subside

BLM_0052703

658    *Mallory and Dieterich*

and incoordination and muscle tremors are often apparent. The final stage usually includes convulsions, followed by paralysis and death. Animals with the dumb form of rabies usually exhibit the later symptoms of the disease, incoordination, paralysis, and death.

Post-mortum examination of the central nervous system usually identifies histopathologic lesions concentrated in the pons, medulla, brain stem, and thalamus (Sikes, 1970). Negri bodies, which are cytoplasmic inclusions in the neurons, are considered positive proof of rabies infection. Without these inclusions, a definite diagnosis cannot be made as lesions produced by other viral encephalitides are similar.

Considerable attention has been given to epizootological studies of rabies in both domestic and large wild mammals, and current evidence suggests that the disease is largely transmitted by direct contact with, and wounds from, infected individuals, during high population densities (Sikes, 1970). However, very little research has been conducted on species that may be permanent asymptomatic hosts of the virus. Although our literature survey found no information associating rabies with *Microtus* in North America, significant research has been done in Europe. Rabies virus has been isolated in small mammals in Czechoslovakia, from a region where fox epizootics occurred frequently, and from another area where rabies was not reported for a considerable time (Sodja et al., 1971). In this study, 103 of 556 *M. arvalis* and 14 of 29 *M. agrestis* were found to be rabies carriers, although symptoms were not apparent. In the enzootic and control areas, respectively, 22.5% and 12.8% of *M. arvalis* were diagnosed as positive; the incidence appeared to be higher in animals caught during the winter months. In a subsequent 4-year study, Sodja et al. (1973) isolated 28 rabies virus strains from the brain, salivary glands, and brown fat of 2,162 small rodents (88% *Microtus arvalis*). The identity of the isolates with rabies virus was demonstrated by a positive direct immunofluorescence reaction, inhibition by specific serum, and a serum neutralization test. The various strains were both cerebrally and extraneurally pathogenic for the usual laboratory animals and for dogs and foxes. Ramsden and Johnston (1975) demonstrated that red foxes (*Vulpes vulpes*) and striped skunks (*Mephitis mephitis*), which feed largely on small mammals, died or developed serum neutralizing antibody when fed mice infected with rabies virus. In addition, tooth-marks from small mammals have been observed on dead fox carcasses later

BLM_0052704

diagnosed as rabid (D. H. Johnston, pers. comm.). From these results it is reasonable to hypothesize that *Microtus* and other microtines may be an asymptomatic reservoir for rabies, which can be transmitted to predators by ingestion, causing major outbreaks and epizootics to occur in these populations.

Rabies has public-health as well as agricultural-economic significance. In 1966–1967, 1,336 rabies-caused human deaths were reported; 1,980,238 people received post-exposure antirabies prophylaxis, and 175 paralytic accidents were attributed to vaccine treatment (World Health Organization, 1967). In addition, hundreds of millions of dollars are lost annually owing to loss of livestock. For these reasons, researchers working with microtines should take appropriate precautions and a major effort should be made to assess the role of microtines in the epidemiology of this disease.

*Lymphocytic choriomeningitis (LCM).*—This disease appears to be worldwide in distribution and occurs naturally in mice and other wild rodents (Hotchin and Benson, 1970; Morris and Alexander, 1951). It is occasionally transmitted to man, causing a nonfatal meningitis. Susceptible animals infected with LCM virus often die from meningeal or visceral causes, although the carrier condition is often common and the virus may become disseminated throughout a breeding colony, with most infections being subclinical (Maurer, 1964).

Symptoms appear in susceptible *Mus* after 5–6 days of inoculation. The animal becomes hunched in posture, eyes half-closed, and often has convulsions. The rear limbs often become paralyzed and rigid prior to death. Naturally infected animals may show little or no illness or a temporary wasting syndrome as has been demonstrated in *M. agrestis* and *Clethrionomys glareolus* (Dalldorf, 1943; Findlay and Stern, 1936). The virus is distributed widely in the infected host and has been recovered from most tissues including brain, blood, spleen, lungs, blood marrow, adrenal glands, lymph nodes, kidney, liver, and testes. Wild rodents appear to be the primary vertebrate host with ticks, mites, fleas, mosquitos, and other bloodsucking arthropods acting as vectors. LCM virus also has been transmitted to mice by direct contact with the conjunctiva, respiratory and digestive tracts, and intact skin (Maurer, 1964), and in man, handling of, or bites from, infected animals often produces infection. LCM is best controlled by sanitary measures in the colony and care taken in washing after handling animals.

BLM_0052705

660    *Mallory and Dieterich*

*Eastern (equine) encephalitis (EEV).*—This virus is known to infect a wide range of mammals, birds, and reptiles; several species of mosquitos are believed to be the main arthropod vectors. Karstad (1970) found neutralizing antibody to EEV in six species of wild rodents; experimental inoculation of eight species of rodents from Wisconsin demonstrated that infections were readily induced when small doses of virus were administered by routes simulating natural exposure (Karstad et al., 1961). Sign of illness was absent and viremia was rare but detectable. Karstad (1970) concluded that eastern equine-encephalitis virus should be considered a possible cause of encephalitis in wild rodents, which may act as reservoirs for the disease.

Mice inoculated with equine encephalitis virus become paralytic and die between 2 and 6 days later. This disease is of significant socioeconomic importance because it can cause severe and often fatal encephalitis in man and horses, and epizootics in pheasants have been reported. Infants and children are most susceptible; symptoms include high fever, vomiting, drowsiness or coma, and severe convulsions (Feemster, 1938; Gittner and Shakan, 1933). In the most severe cases, death occurs within 3–5 days from onset; it also may occur later from complications. Survivors under 5 years of age often have mental retardation, periodic convulsions, and paralysis; survivors over 40 generally recover completely (James and Harwood, 1969).

*Western (equine) encephalitis (WEV).*—WEV is similar to EEV in its epidemiology and transmission (Karstad, 1970); however, it generally is not fatal in man. High mortality occurs in equines. Initially thought to be limited to the western United States, it now has been shown to be present from eastern Canada to Brazil. Symptoms of the disease are difficult to distinguish from other arbovirus-caused encephalitides. However, fever and drowsiness often accompanied by convulsions are common (James and Harwood, 1969).

*St. Louis encephalitis (SLE).*—Similar to the two previous forms of encephalitis, SLE has an active bird-mosquito cycle; wild rodents are implicated as secondary hosts (Henderson et al., 1962). The largest epidemic occurred in St. Louis in 1933, with 1,100 cases and more than 200 deaths; however, other outbreaks have occurred in most regions of the United States. The symptoms are similar to other encephalitides and in the east, older age groups appear more susceptible (James and Harwood, 1969).

BLM_0052706

*Powassan virus.*—This virus was first isolated in Ontario, Canada, from a fatal encephalitis case in 1958. Though widely distributed foci are recognized in nature, no subsequent clinical cases have been verified. The virus has been isolated from ticks of the genera *Dermacentor* and *Ixodes,* which are common throughout North America (Timm, this volume). Isolates and serological sampling reinforce the conclusion that wild rodents and lagomorphs are a major reservoir of this pathogen (James and Harwood, 1969).

*Colorado tick fever virus (CTF).*—CTF virus occurs in the Rocky Mountain states, the Black Hills of South Dakota, and in western Canada. It is transmitted by ticks of the genus *Dermacentor,* which are a common ectoparasite of mammals, including small rodents (James and Harwood, 1969; Timm, this volume). Clark et al. (1970) successfully isolated CTF virus from ticks collected on *Clethrionomys gapperi* and *Microtus longicaudus* in southwestern Montana, supporting the conclusion that small mammals may be reservoirs for the disease. Although no information was found describing the symptoms of this virus in microtines, humans experience fever, headache, and severe muscle pains 3–6 days after exposure to ticks. In children complications in the form of encephalitis and severe bleeding may occur. No lasting complications are reported (James and Harwood, 1969).

*Enterovirus.*—Main et al. (1976) reported the isolation of six viruses from *Clethrionomys gapperi* trapped in Massachusetts in 1969, two of which were similar to those identified from the same species by Whitney et al. (1970) from New York state. These isolates were related to an enterovirus isolated from *Microtus montanus* (Johnston, pers. comm.) trapped in Klamath County, Oregon, but were distinct from a strain found in *M. pennsylvanicus* in New York (Whitney et al., 1970). The pathology of these virions has not been described, however; generally, enteroviruses infect the gastro-intestinal tract and may cause diarrhea.

*Herpesvirus.*—A herpesvirus has been isolated and characterized from the kidney of *M. pennsylvanicus* (Melendez et al., 1973) and may be associated with interstitial nephritis in this species (Dieterich and Preston, 1977*b*).

*Ectromelia virus (mouse pox).*—Kaplan et al. (1980) reported the presence of this virus, which is highly contagious and often fatal in laboratory mice, in *Microtus agrestis* from Britain, where over half of the wild animals sampled had neutralizing antibodies. During

BLM_0052707

662   *Mallory and Dieterich*

the course of the disease in *Mus,* the virus multiplies in the cells of most organs. In the acute form, visceral lesions and hepatic necroses occur, with the animal dying within days, showing few external signs of illness. In susceptible colonies, 50–95% of the animals die.

*Sendai virus (parainfluenza type I).*—Antibodies were present in a large proportion of animals examined from Britain, including *M. agrestis* (Kaplan et al., 1980). Sendai virus infections of the respiratory tract destroyed the ciliated epithelium and caused congestion (Fenner et al., 1974); in the gastro-intestinal system it may produce diarrhea.

*Theiler's mouse encephalomyelitis virus (GDIII).*—Antibodies reacting to GDIII were detected in *M. agrestis* (Kaplan et al., 1980). In laboratory mice, infection usually causes unapparent intestinal infection.

*Pneumonia virus of mice (PVM).*—PVM antibodies have been identified in *M. agrestis* in Britain (Kaplan et al., 1980) and may be responsible for producing this disease in voles.

*Reovirus III.*—Antibodies which neutralize reovirus III have been identified in *M. agrestis* (Kaplan et al., 1980).

*Bacterial Infections*

*Tularemia.*—Tularemia is an acute, moderately severe infectious septicemia caused by the bacterium *Francisella tularensis.* It appears to be almost worldwide in distribution, affecting many species of mammals including man (Reilly, 1970). In the genus *Microtus,* it has been identified in *M. pennsylvanicus, M. californicus, M. montanus, M. oeconomus,* and *M. arvalis* (Murray, 1965; Rausch et al., 1969; Reilly, 1970). Clinical manifestations of tularemia are seldom evident and opportunities to observe the signs in nature are very limited, because infected animals are usually moribund or dead (Murray, 1965). In general, the gross and histopathological lesions from tularemia are tubercle-like nodules scattered in the liver, spleen, and lymph nodes, varying from pin-point size to large irregular foci, several mm in diameter. The liver may be dark bluish-red, enlarged; small white plaques may be evident in the lungs. Thromboses of small blood vessels are frequent.

Transmission of tularemia usually occurs as a result of blood

BLM_0052708

sucking ectoparasites, especially mites and ticks (James and Harwood, 1969); however, flies, midges, fleas, mosquitoes, and lice also have been implicated (Reilly, 1970). Infection also has occurred owing to contact with infected vertebrates, inhalation of feces-contaminated dust, and ingestion of infected carcasses and contaminated water (Burroughs et al., 1945; Gorham, 1950; Maisky, 1945). In humans, the disease may take the form of a sudden fever, with severe pain affecting the lymph nodes. In susceptible individuals, septicemia may result in death from 4 to 14 days after exposure and pneumonic complications also may occur. Streptomycin is the usual antibiotic agent used to combat the disease (James and Harwood, 1969).

*Sylvatic plague.*—Plague is an acute infectious disease caused by the bacterium *Pasteurella pestis*; it primarily afflicts wild rodents. Few descriptions of the pathologic changes that occur in wild rodents have been published; however, it has been noted that a variety of manifestations of the disease result from the interaction of different hosts, vectors, and environmental conditions. McCoy (1911) defined three categories in the California ground squirrel (*Spermophilus beecheyi*): 1) acute plague—the animal dies in 3–5 days with hemorrhagic buboes and an enlarged spleen, but no macroscopic lesions develop on internal organs; 2) subacute plague—the animal dies at 6 or more days with caseous buboes, in the absence of hemorrhaging but in the presence of pinpoint nodular, necrotic foci in the spleen, liver, and lungs; and 3) residual plague—individuals survive and have enlarged lymph glands containing yellow purulent foci. Since McCoy's (1911) work, a latent form of plague has been described, which is characterized by an absence of gross lesions (Pollitzer, 1954); such asymptomatic infections are believed to be common especially among resistant genera like *Microtus*.

*Microtus californicus* and *M. montanus* are both susceptible to invasions of the organism but usually do not succumb either to natural or experimental inoculation of large numbers of plague bacilli (Olsen, 1970). Bacilli persist in *Microtus* and may produce unapparent infections. They often are taken up by the lymph nodes and transported to the viscera where they multiply prior to appearing in the blood and blood-filtering organs. Voles likely act as permanent reservoirs for this pathogen from which fleas become infected (Quan and Kartman, 1962). Studies of *M. californicus* have demonstrated that the proportion of individuals with positive sera

can approach 100% in plague-prevalent regions (Hudson et al., 1972).

Sylvatic plague was first discovered in California; it now has been isolated from 57 rodent species as far east as Kansas, Oklahoma, and Texas, as well as Alberta, Saskatchewan, and northern Mexico (Olsen, 1970). Although plague is a disease of rodents and is transmitted by fleas, it has had a great influence on the course of history in the form of bubonic plague, characterized by epidemics that have decimated human populations of entire continents (James and Harwood, 1969). For this reason, all microtines should be handled with this in mind. Both sulfonamides and streptomycin are effective for treating the disease once contracted.

*Pasteurellosis.*—Pasteurellosis is an infectious disease of wild and domestic animals caused by the bacterium *Pasteurella multocida*. Its clinical manifestations vary, ranging from hemorrhagic septicemia to pneumonia, meningitis, mastitis, and arthritis (Rosen, 1970). Although it usually is associated with larger mammals, it was isolated from voles in the USSR (Ponomareva and Rodkevich, 1964), and epizootics were reported in *M. montanus* in Oregon (Murray, 1965). Clinical symptoms in wild animals are rarely observed and most infected animals are found dead, with nasal and oral mucous discharges. It most often affects the respiratory system, producing pneumonia and hemorrhages in the lungs, trachea, and nasal mucosa. If the bacterium enters the circulatory system, septicemia occurs and, on occasion, meningitis. The mode of transmission is not understood; however, it may be transmitted by carriers, or be present generally and only become pathogenic when individuals become stressed. Human infections develop when individuals are bitten (Rosen, 1970). Pasteurellosis is worldwide in distribution and of great importance to poultry, livestock, and mink industries. Antibiotics are used to treat individuals contracting this disease.

*Pseudotuberculosis.*—Pseudotuberculosis is an infectious disease caused by the bacterium *Pasteurella pseudotuberculosis,* which affects many visceral organs, especially the spleen, liver, lungs, and small intestine. Although Holarctic in distribution and found in most species of *Microtus,* including *M. mexicanus* (Wetzler, 1970), very little is known about its symptoms. Few wild animals become ill, or they die without notice, and as a result most information comes from zoological gardens or research institutions. Outbreaks in chinchillas were characterized by marked depression of activity, inap-

BLM_0052710

petence, anorexia, diarrhea, and death within several days. Histopathogenic observations indicate that hypertrophy of the mesenteric lymphatics occurs, and visceral nodules develop in the spleen, liver, ileocecal junction, and occasionally the lungs. Serofibrinous peritoneal fluid often is present. Diagnosis from clinical signs is virtually impossible; however, treatment is successful with a broadspectrum antibiotic. Transmission appears to be via oral-fecal routes.

*Tuberculosis.*—Tuberculosis is a chronic infection due to the bacillus *Mycobacterium tuberculosis* and related species. The organism has a broad host range, including man, domestic animals, poultry, and many wild species (Winkler and Gale, 1970). Geographic distribution is essentially worldwide, although it is most predominant in temperate regions. Three varieties of *Mycobacterium tuberculosis* are recognized: *M. t. hominis, M. t. bovis,* and *M. t. avium.* There also is a vole bacillus, *Mycobacterium mycroti,* isolated from *Microtus agrestis* by Wells and Oxon (1937). The first description of tuberculous lesions in a wild vole (*M. arvalis*) was by Koch (1884). Tuberculosis starting with pulmonary infection results in multiple lesions in lung parenchyma and is accompanied by respiratory distress. Tuberculous bronchitis may progress to broncho-pneumonia and fatal respiratory collapse. Lymph glands often enlarge in the viscera and emaciation may be observed. Bacilli can be disseminated by infected animals via exhaled air, sputum, feces, urine, or milk. Jespersen (1975, 1976) has demonstrated that both *Microtus arvalis* and *M. agrestis* developed the disease when inoculated with *M. t. hominis* and *M. t. bovis,* although susceptibility was higher for *M. t. bovis.* Autopsy showed that infections of *M. t. bovis* caused lymph glands to be affected, and tubercles were frequently observed in the lungs but seldom the liver, spleen, or kidneys. Large numbers of bacilli were found in several organs, especially the lymph glands. *M. t. hominis* had little effect on lymph glands and the number of bacteria was few. Comparative experimental infection of voles with vole bacilli and the bovine tuberculosis organism produced similar generalized symptoms, except that bovine infections were of shorter duration and characterized by caseous lesions. Vole bacilli ran a longer course and produced non-caseated subcutaneous lesions (Winkler and Gale, 1970).

Tuberculosis is of significant socioeconomic importance. For this reason proper administration of laboratory procedures should be followed. Authorities generally agree that elimination rather than

BLM_0052711

666    *Mallory and Dieterich*

treatment of tuberculin-positive animals is the proper procedure. Standard tuberculin tests can be used to identify tuberculin-positive animals.

*Erysipelas.*—Erysipelas is a disease caused by the bacterium *Erysipelothrix rhusiopathiae*. This organism infects a large number of animals, domestic and wild, causing septicemia. The disease is of socioeconomic importance because it affects domestic sheep, pigs, turkeys, ducks, and pheasants, and should be a concern of those responsible for maintaining captive animals (Shuman, 1970). There are no specific symptoms associated with the disease except signs of acute illness (prostration, a thick exudate around the eyes, and a history of sudden death). Cutaneous lesions sometimes occur in domestic and wild animals and diagnosis requires post-mortem examination of infected tissue.

An epizootic of erysipelas was reported in *M. californicus* (Wayson, 1927); it has since been found in other North American rodents (Connell, 1954). Old World reports indicate that it has been identified in *M. oeconomus* (Khomyakov et al., 1970) and *M. arvalis,* in which it often reaches epizootic proportions (Shuman, 1970). It is not known specifically how the disease is transmitted; however, evidence suggests that direct ingestion may occur because it can persist free in nature. Ticks of the genera *Dermacentor* and *Ixodes,* mites, lice, house flies, and other insect vectors are implicated. Erysipelas appears to be worldwide in distribution and human infection can occur. Penicillin has been used successfully in treating domestic animals and would probably be suitable for wild species (Shuman, 1970).

*Listeriosis.*—As a zoonotic disease, listeriosis is becoming recognized as an important bacterial disease of man and domestic and wild animals. It is caused by the bacterium *Listeria monocytogenes,* which can produce a variety of pathologies, and is worldwide in distribution. The bacterium may cause encephalitis in domestic ruminants, septicemia in monogastric animals and birds, meningitis in man, abortion in many mammalian species, and other lesser disorders. It is found in 42 different mammals, 22 species of birds, in addition to fish, crustaceans, ticks, house flies, sewage sludge, and soil (Eveland, 1970). Isolates have been identified in the voles *M. montanus* (Bacon and Miller, 1958), *M. agrestis* (Levy, 1948), *M. arvalis* (Kratokhvil, 1953), and the lemmings *Lemmus trimu-*

BLM_0052712

*cronatus* and *Dicrostonyx groenlandicus* (Barrales, 1953; Magus, 1955; Nordland, 1959; Plummer and Byrne, 1950).

The characteristic lesions of the infection are well-defined, whitish-gray foci on the liver and spleen, lungs, and heart (Eveland, 1970). However, these are not essentially different from those of tularemia or pseudotuberculosis. Evidence suggests that listeriosis may be carried by many organisms and may become pathogenic only under stressful conditions (Barker et al., 1978; Nordland, 1959). Thus, the disease may be asymptomatic in most wild populations, which act as carriers, and only appear when occasional epizootics are triggered by demographic or environmental factors. Treatment is best accomplished by using broad-spectrum antibiotics.

*Bordetella.*—*Bordetella bronchiseptica* is a common infectious agent in domestic and laboratory animals, sometimes as the primary disease agent and other times as a secondary invader. The small bacillus can cause broncho-pneumonia and other respiratory infections and often is reported to complicate other diseases such as chronic pneumonia, canine distemper, and atrophic rhinitis in swine. In man, it occasionally causes a syndrome similar to whooping cough. In 1973, it was isolated from *M. montanus* found dead or dying in northern Utah (Jensen and Duncan, 1980). At necropsy, gross pathologic changes were confined to the lungs, which were congested and edematous. Histopathologic examination disclosed a considerable degree of atelectasis, and alveoli contained fluid, fibrin, inflammatory cells, and in some cases erythrocytes. Bacteria isolated from the voles killed seven of eight laboratory mice when one drop of broth culture was given by intranasal instillation. Although the data support the conclusion that *B. bronchiseptica* was the primary etiological agent, the outbreak of pulmonary disease may have been associated with other pathogens. The distribution of this pathogen is unknown (Jensen and Duncan, 1980).

*Leptospirosis.*—Leptospirosis is a group of infectious diseases of man and animals caused by small, coiled, actively motile spirochetes of the genus *Leptospira*. The disease can be unapparent or fatal, depending on the host and infecting serotypes. Wildlife may serve as sources of infection for domestic animals and man.

*Leptospira bullum* has been isolated from *M. pennsylvanicus* but was infrequent in the population (Clark et al., 1961). *L. icterohaemorrhagiae* was found in *M. montebelli* from Japan (Kitaoka and

BLM_0052713

Fujikura, 1975), and other serotypes were identified in *M. agrestis* and *Clethrionomys glareolus* in Britain (Twigg et al., 1968). The Japanese and European researchers considered the reservoir of leptospirosis in wildlife of considerable importance to the health and performance of domestic animals and man.

Very little is known about the symptoms of this disease in wild mammals; but they include anorexia, anemia, hemoglobinuria, fever, and death (Roth, 1970). The organism usually gains entrance through mucous membranes or broken skin and generally can be isolated from the blood from 4 to 9 days after infection. This condition precedes the febrile state by several days and by the time the fever subsides, the spirochetes no longer can be isolated from the blood. Antibodies normally appear about 10 days after infection and may persist for several months. Diagnosis usually requires serologic and bacteriologic methods (Roth, 1970). Treatment in humans normally requires antibiotics.

*Relapsing fever.*—Relapsing fever is a bacterial infection caused by spirochetes of the genus *Borrelia*; it is worldwide in distribution with the exception of Australia. It is transmitted mainly by ticks and lice and is an important infection of domestic animals and man. Experimental infection of *B. hermsii* in *M. pennsylvanicus* has been demonstrated (Burgdorfer and Mavros, 1970). Voles were shown to develop spirochetemias of various intensities and lengths. However, they experienced no signs of illness. All animals exhibited three periods of spirochetemia which lasted from 1 to 7 days, with the longest periods occurring early in the infection. Human cases of relapsing fever from Spokane, Washington, revealed that the tick *Ornithodoros hermsi* was the vector, and that it commonly was associated with a number of rodents, including *M. pennsylvanicus* (Burgdorfer and Mavros, 1970). In humans, an acute onset of fever occurs 3–10 days after infection and large numbers of spirochetes are present in the blood; they then disappear. Febrile attacks may recur three to 10 times and mortality rates of 50% have been reported. Penicillin and other antibiotics are an effective treatment (James and Harwood, 1969).

*Rocky mountain spotted fever.*—This disease is caused by infection of *Rickettsia rickettsi,* which is one member of a group of rickettsial zoonoses. The common name is misleading as the disease is found in most states, with 25% of cases reported in Virginia (Bell, 1970).

BLM_0052714

Indeed, members of this genus appear to be ubiquitous in temperate regions of the world (Asanuma et al., 1972; Burgdorfer et al., 1979; Tarasevich et al., 1976).

Transmission regularly occurs because of bites from ticks of the genera *Dermacentor, Amblyoma, Rhipicephalus,* and *Ixodes* (Bell, 1970). Ectoparasites other than ticks are not known to be vectors. The organism has been identified in a large number of rodents, including *M. pennsylvanicus* (Burgdorfer et al., 1975; Jellison, 1934), *M. agrestis* (Peter et al., 1981), *M. arvalis,* and *C. glareolus* (Rehacek et al., 1977), which may act as reservoirs of the disease.

Symptoms in wild animals are virtually unknown. Experimental infections of *M. pennsylvanicus* have shown that the response to the infection varies between individuals. Burgdorfer et al. (1966) observed that voles were not severely affected but the pathogens produced a microscopically detectable infection in the tunica vaginalis of the testes. Jellison (1934) found fever, swelling, and discoloration of the scrotum with adhesion formation, enlarged spleens, and moribund conditions developing in some individuals. Proper diagnosis requires laboratory analysis. Human symptoms include rashes on the wrists and ankles, headaches, backaches, and marked malaise with fever. In fatal infections death usually occurs between days 9 and 15. Broad-spectrum antibiotics are usually employed as treatment (James and Harwood, 1969). Other forms of rickettsieae, including coxiellosis, rickettsial pox, and eperythrozoonis, also may infect voles (Bell, 1970).

*Other bacterial diseases.—Salmonella* and *Streptococcus* infections have been reported in many small mammals (James and Harwood, 1969), transmitted by lice or other insect vectors. Murray (1965) reported the presence of these potential pathogens in *M. montanus* in Oregon and California during a population outbreak in 1957 and 1958. *Salmonella enteridis* was found in live and dead voles and their associated fleas. One juvenile *M. montanus* was diagnosed as having "big foot," a beta-hemolytic (*Streptococcus*) Group-A infection and another individual, which exhibited paralysis, difficult breathing, and had an open wound, was found positive for nontypable, Group-A *Streptococcus.* Both these pathogens have been reported in small-mammal breeding colonies causing morbidity and death (Haleermann and Williams, 1958). Broad-spectrum antibiotics have been used with some success.

670   *Mallory and Dieterich*

*Protozoan Infections*

*Babesiosis.*—This is an infectious disease caused by protozoa of the genus *Babesia,* which are intraerythrocytic except during peaks in parasitemia, when they are liberated from ruptured red blood cells (Van Peenen and Healy, 1970). The life cycle and identity of these blood parasites still are not settled (James and Harwood, 1969), and their distribution appears to be wide ranging. Piroplasms of *Babesia microti* were found and observed in *M. californicus, M. ochrogaster, M. pennsylvanicus, M. oeconomus, M. arvalis, M. agrestis,* and *Lemmus lemmus* (Fay and Rausch, 1969; Krampitz, 1979; Mahnert, 1972; Van Peenen and Healy, 1970; Wiger, 1978a). The course of infection is extremely variable, with peak parasitemias occurring 7–20 days after inoculation in *M. ochrogaster.* Parasites usually could not be detected in the blood after 3–4 weeks, but sub-patent infections were evident for up to 3 months. No deaths occurred among intact *Microtus,* but splenectomized, infected animals often died as did intact *Lemmus lemmus* (Wiger, 1978b). All infected animals developed anemia, hemoglobinuria, splenomegaly, and deposition of hematin in the reticuloendothelial system. In Germany, Krampitz (1979) found *B. microti* most frequently associated with *M. agrestis,* with prevalence being greatest in early summer when 71% of the voles were infected. Ticks of the genera *Dermacentor* and *Ixodes* appear to be the main vectors for this disease, and in eastern United States *M. pennsylvanicus* appears to be the primary reservoir (McEnroe, 1977). Recent human cases of babesiosis infection from Nantucket Island, off the southeastern Massachusetts coast (Healy et al., 1976), support the conclusion that babesiosis could become an important public health problem. Symptoms are malaria-like and are characterized by chills, fever, headache, lethargy, and myalgia. Diagnosis depends on recognition of trophozoites of *Babesia* in the blood. No information on treatment is available. Other piroplasms with similar effects associated with microtines include *Hepatozoon* and *Grahamella* (Wiger, 1979).

*Trypanosomes.*—The term trypanosomiasis applies to all infections with flagellate protozoal parasites of the genus *Trypanosoma.* These parasites invade the blood, lymph, cerebrospinal fluid, and various organs in the body (liver and spleen) in many vertebrates from fish to man, in which they may produce sleeping sickness (James and Harwood, 1969).

The first record of a trypanosome from a species of the genus

BLM_0052716

*Microtus* was made by Laveran and Pettit (1909) when they described *Trypanosoma microti* from *M. arvalis.* Since that time, trypanosomes have been found to be almost worldwide in distribution, isolated from a large number of microtines including *M. pennsylvanicus, M. ochrogaster, M. oeconomus, M. californicus, M. agrestis, M. nivalis, Lemmus lemmus,* and *Dicrostonyx torquatus* (Fay and Rausch, 1969; Jolivet, 1970; McGeachin et al., 1970; Mahnert, 1972; Molyneux, 1969; Quay, 1955; Wiger, 1978b; Woo et al., 1980). Although symptoms may vary with species and individuals, and often are not apparent, trypanosome infections frequently cause anemia, hypoglycemia, and adrenal and splenic hypertrophy (Fay and Rausch, 1969; Wiger, 1978b). Experimental infections with *T. lewisi* in rats produced anemia, fetal resorption, abortion, and occasionally maternal death (Shaw and Dusanec, 1973), and Wiger (1977) suggested that these characteristics may apply to microtines. Transmission appears to occur from ticks and other blood-sucking insects (Liebisch, 1980); infestations tend to be highest at the end of the summer (Wiger, 1979).

Chagas disease caused by the trypanosome, *T. cruzi,* is common in the southern United States, Mexico, and South America. Symptoms include fever, facial edema, adenitis, anemia, and often death, and many species of mammals in this region have been implicated as reservoirs (James and Harwood, 1969).

*Lyme disease.*—Lyme disease is an epidemic inflammatory condition which starts with skin lesions and may be followed by neurologic and cardiac abnormalities and arthritis. Originally reported in Wisconsin, it is now known from throughout the northern states.

A treponema-like spirochete that recently was isolated from the tick *Ixodes dammini,* a common associate of *Microtus,* strongly suggests that microtines may be a reservoir for this pathogen (Burgdorfer et al., 1982).

*Fungal Diseases*

The single fungal-caused disease in *Microtus,* adiasperomyiosis, is caused by members of the genus *Emmonsia,* and is usually a benign, self-limiting, mycotic infection in the lungs of wild animals. Experimental infections can be established in any tissue and animals given large enough doses succumb after weeks or months (Jellison, 1970).

The fungus has been isolated from the lungs of rodents through-

TABLE 2
Spontaneous Neoplasms in Colony-reared Microtines

| Tumor | Species | References |
|-------|---------|------------|
| Gastric squamous papillomas | *Dicrostonyx groenlandicus* | Barker et al. (1982); Dieterich (pers. observ.) |
| | *M. pinetorum* | Cosgrove and O'Farrell (1965) |
| | *Microtus* spp. | Lindsay (1976) |
| | *Lemmus trimucronatus* | Leininger et al. (1979); Raush and Rausch (1975) |
| Mammary adenocarcinomas | *D. groenlandicus* | Barker et al. (1982); Lindsay (1976) |
| | *Clethrionomys rutilus* | Dieterich (pers. observ.); Lindsay (1976) |
| | *M. miurus* | Dieterich (pers. observ.) |
| | *Lemmus* sp. | Lindsay (1976) |
| Pancreatic islet cell tumor | *D. groenlandicus* | Barker et al. (1982) |
| Pancreatic adenocarcinoma | *D. groenlandicus* | Barker et al. (1982) |
| | *M. abbreviatus* | Dieterich (pers. observ.) |
| Adrenal cortical adenoma | *D. groenlandicus* | Barker et al. (1982); Dieterich (pers. observ.) |
| Hardian gland adenocarcinoma | *D. groenlandicus* | Barker et al. (1982); Lindsay (1976) |
| | *Microtus* spp. | Lindsay (1976) |
| | *C. rutilus* | Lindsay (1976) |
| Inguinal adnexal carcinoma | *C. rutilus* | Dieterich (pers. observ.) |
| Subcutaneous sarcoma | *C. rutilus* | Dieterich (pers. observ.) |
| Sarcoma | Not reported | Lindsay (1976) |
| Alveolar rhabdomyo sarcoma | *C. rutilus* | Dieterich (pers. observ.) |
| Retrobulbar squamous cell carcinoma | *D. groenlandicus* | Dieterich (pers. observ.) |
| Retrobulbar adenocarcinoma | *D. groenlandicus* | Dieterich (pers. observ.) |
| Uterus choriocarcinoma | *D. groenlandicus* | Dieterich (pers. observ.) |
| Sweat gland adenocarcinoma | *D. groenlandicus* | Dieterich (pers. observ.) |
| Mesothelioma | *L. lemmus* | Dieterich (pers. observ.) |
| Vaginal adnexal carcinoma | *L. lemmus* | Dieterich (pers. observ.) |
| Leiomyosarcoma | *L. lemmus* | Dieterich (pers. observ.) |
| Sebaceous adenoma | *M. miurus × M. abbreviatus* | Dieterich (pers. observ.) |
| Labial squamous cell carcinoma | *M. oeconomus* | Dieterich (pers. observ.) |
| Perianal gland adenocarcinoma | *M. pennsylvanicus* | Dieterich (pers. observ.) |
| Pancreatic and bile duct adenocarcinoma | *M. abbreviatus* | Dieterich (pers. observ.) |

BLM_0052718

*Laboratory Management and Pathology*     673

TABLE 2
CONTINUED

| Tumor | Species | References |
|---|---|---|
| Hepatic tumor | *Dicrostonyx* sp. | Lindsay (1976) |
| | *C. rutilus* | |
| | *M. miurus* | |
| | *M. abbreviatus* | |
| | *L. sibiricus* | |
| | *L. lemmus* | |
| Preputial gland carcinoma | *Microtus* sp. | Lindsay (1976) |
| | *C. rutilus* | |
| | *Dicrostonyx* sp. | |
| Salivary gland carcinoma | Microtines | Lindsay (1976) |
| Melanoma | Microtines | |
| Chlolangiocarcinoma | Microtines | |
| Seminoma | Microtines | |
| Gastric squamous cell carcinoma | *M. abbreviatus* | Rausch and Rausch (1968) |

out North America and appears to be Holarctic in distribution. It is especially common in microtine rodents, including *Microtus*. Inhalation is the only natural route of infection and histopathogenic examination should show the presence of numerous spherules in the lungs. McDiarmid and Austwick (1954) found evidence of pneumonia associated with this disease in dead and dying moles.

*Neoplasms*

Tumors are abnormal masses of tissue, whose growth exceeds, and is uncoordinated with, that of the normal parental stock, persisting after cessation of the stimuli that initiated their development. In most tumors, the neoplastic tissue consists of cells of a single type, which usually are classified histogenetically according to the tissues from which they arose. In addition, oncologists attempt to predict the behavior of tumors from their morphology, and classification can range from benign to malignant (Willis, 1960). Tumors are classified further according to their stage of development.

Viral, bacterial, nutritional, and other factors may act as etiologic agents, and genetic predisposition strongly influences the incidence and response to different carcinogens (Heston, 1963).

Although published information on microtine neoplasms is

BLM_0052719

674    *Mallory and Dieterich*

sparse, they do occur, especially under laboratory conditions and should be a concern of those individuals managing breeding colonies (Table 2).

The etiology of neoplasms in laboratory microtines is unknown; however, gastric parasites have been associated with hyperkeratosis in the stomach of *M. ochrogaster* (Dunaway et al., 1968) and with papillomas in muskrats (Cosgrove et al., 1968). Gastric squamous hyperplasia and dysplasia were found in *Lemmus trimucronatus* infected with the parasite *Candida* (Leininger et al., 1979), and Rausch and Rausch (1968) reported gastric papillomas and carcinomas associated with these organisms. Lindsay (1976) found hamster type-H viruses and adenovirus associated with tumors in northern microtines, and Dieterich (pers. observ.) identified a type-R virus from mammary tumors. Although a number of possible etiologic agents have been identified, no direct cause-effect relationship has been established in laboratory animals.

Field data indicate that neoplasms occur rarely in natural populations, and are not an important factor in microtine demography. Rausch (1967), in a study of 9,376 wild arvicoline rodents from Alaska, found a single mammary tumor in *M. oeconomus.* This work was undertaken from 1949 to 1966, and included *M. oeconomus, M. miurus, M. longicaudus, M. xanthognathus, Clethrionomys rutilus, Dicrostonyx* spp., *Lemmus sibiricus,* and *Synaptomys borealis.*

Although neoplasms are relatively rare in wild populations, possibly because of the short lifespan of most small mammals (Mallory et al., 1981), they are present in significant numbers in longer-lived laboratory populations and etiologic agents may be a threat to laboratory personnel (Barker et al., 1982).

*Constitutional and Other Diseases*

Constitutional diseases are generally defined as malfunctions or pathological lesions whose etiology depends to a significant degree upon the action of genetic factors. The problem of delineating these conditions is that most diseases are a result of environmental and genetic interactions, and it is very difficult to separate the two. In this section we attempt to describe those conditions that do not fall into the previous categories.

Although information is not abundant, a number of pathologies have been mentioned in the literature (Table 3). Richmond and Conaway (1969) reported the occurrence of malocculusion of the incisors in *M. ochrogaster* which ultimately resulted in death. The

BLM_0052720

*Laboratory Management and Pathology*     675

TABLE 3

PATHOLOGICAL FINDS OF A CONSTITUTIONAL NATURE FOUND IN MICROTINES FROM LABORATORY COLONIES

| Species | Condition | References |
|---|---|---|
| *M. oeconomus* | Hepatic fatty infiltration, atherosclerosis, pulmonary congestion, pneumonia, pulmonary edema, renal lipidosis, hepatitis, nephrotic syndrome, lipidosis, myocarditis. | Dieterich and Preston (1979) |
| | Pulmonary hemorrhage, myocarditis, endocarditis, anemia, hepatic necrosis, enteritis, impacted stomach, impacted intestine, metritus, nephritis, otitis media, malnutrition. | Dieterich and Preston (1977a) |
| *M. pennsylvanicus* | Hepatic fatty infiltration, subacute interstitial pneumonia. | Dieterich et al. (1973) |
| | Musculoskeletal inflammation, bronchopneumonia, lobar pneumonia, pulmonary congestion and edema, enteritis, hypoplasia, endometritis, interstitial nephritis, glomerulonephritis, renal tubular degeneration, malnutrition. | Dieterich and Preston (1977b) |
| | Labyrinthitis. | Mallory (pers. observ.) |
| *Clethrionomys rutilus* | Pulmonary congestion, hepatic fatty infiltration, atherosclerosis, nephritis, renal lepidosis, nephrotic syndrome, interstitial pneumonia. | Dieterich and Preston (1979) |
| *Dicrostonyx stevensoni* | Atherosclerosis, hepatic fatty infiltration, pulmonary congestion, esophagitis, esophageal lipidosis, lipidosis of feet, pulmonary edema, nephrotic syndrome, cystitis, interstitial pneumonia, otitis media. | Dieterich and Preston (1979) |
| *D. rubricatus* | Atherosclerosis, hepatic fatty infiltration, esophageal lipidosis, pulmonary congestion, interstitial pneumonia, fat infiltration, cystitis, lipid pneumonitis, pneumonia, pulmonary edema. | |

prevalence of this condition was greater when they started their colony and were bringing voles in from the wild. Similar conditions were observed in *M. pennsylvanicus* and *Dicrostonyx groenlandicus* under laboratory conditions, and may be associated with problems of diet (pers. observ.). Gill and Bolles (1982), however, described

676    *Mallory and Dieterich*

elongate and distorted root development in the molars of *M. californicus,* which they believed was heritable.

In a study of the effects of high cholesterol diets on microtines, Dieterich and Preston (1979) reported that the voles *Clethrionomys rutilus* and *Microtus oeconomus,* and the lemmings *Dicrostonyx stevensoni* and *D. rubricatus,* had marked increases in serum cholesterol causing lesions of atherosclerosis and hepatic fatty infiltration. *D. rubricatus* had the greatest increase in serum cholestrol (llx), significantly more lesions, and all animals that died spontaneously had pathologic lesions associated with hepatic fatty infiltration. Similar results were observed in *M. pennsylvanicus* and *D. groenlandicus* fed the same diet (Dieterich et al., 1973).

## Summary

Although microtines of the genus *Microtus* are associated with a large number of diseases, personal experience and discussion with colleagues support the conclusion that pathogenic problems in laboratory colonies are relatively rare. Indeed, no instances of infection of laboratory personnel nor epidemics among animals have come to our attention.

The many breeding colonies of microtines that have been maintained successfully during the past 10 years (Table 1) have demonstrated that voles have many characteristics desirable of laboratory mammals. Members of the genus *Microtus* are maintained easily and inexpensively, are relatively easy to handle, have high reproductive rates that can be sustained year-round, have good pre- and post-operative survival, are generally non-aggressive toward familiar conspecifics, appear to be relatively free from disease, and in most instances are obtained easily. In addition, compared to *Mus,* they are virtually odorless. These characteristics and others make *Microtus* ideal animals for the study of parameters influencing demography and other mammalian phenomena under controlled laboratory conditions.

## Acknowledgments

We thank Drs. E. Kott and R. M. Simm for reviewing the manuscript and L. Spoltore for technical assistance. This work was

supported by a National Sciences and Engineering Research Council of Canada grant (No. A7241) to F. F. Mallory.

## Literature Cited

ASANUMA, K., M. KITAOKA, AND K. OKUBO. 1972. Enzootic occurrence and possible vector of *Rickettsia orientalis* in Noppore, Hokkaido, the northern limit of geographic distribution of the agent in Japan. J. Med. Entomol., 9:593.

BACON, M., AND N. G. MILLER. 1958. Two strains of *Listeria monocytogenes* (Pirie) isolated from feral sources in Washington. Northwest Sci., 32:132–139.

BADDALOO, E. G. Y., AND F. V. CLULOW. 1981. Effects of the male on growth, sexual maturation and ovulation of young female meadow voles *Microtus pennsylvanicus*. Canadian J. Zool., 59:415–421.

BARKER, I. K., F. F. MALLORY, AND R. J. BROOKS. 1982. Spontaneous gastric squamous cell carcinomas and other neoplasms in Greenland collared lemmings (*Dicrostonyx groenlandicus*). Canadian J. Comp. Med., 46:307–313.

BARKER, I. K., I. BEVERIDGE, A. J. BRADLEY, AND A. K. LEE. 1978. Observations on spontaneous stress-related mortality among males of the dasyurid marsupial *Antechinus stuarti* Macleay. Australian J. Zool., 26:435–447.

BARRALES, D. 1953. Listeriosis in lemmings. Canadian J. Public Health, 44:180–184.

BATZLI, G. O., L. L. GETZ, AND S. S. HURLEY. 1977. Suppression of growth and reproduction of microtine rodents by social factors. J. Mamm., 58:583–591.

BELL, J. F. 1970. Rocky Mountain spotted fever. Pp. 324–331, *in* Infectious diseases of wild mammals (J. W. Davis, L. H. Karstad, and D. O. Trainer, eds.). Iowa State Univ. Press, Ames, 421 pp.

BERGER, P. J., N. C. NEGUS, E. H. SANDERS, AND P. D. GARDNER. 1981. Chemical triggering of reproduction in *Microtus montanus*. Science, 214:69–70.

BURGDORFER, W., AND A. J. MAVROS. 1970. Susceptibility of various species of rodents to the relapsing fever spirochete, *Borrelia hermii*. Infect. Immunity, 2:256–259.

BURGDORFER, W., K. T. FRIEDHOFF, AND J. L. LANCASTER. 1966. Natural history of tick-borne spotted fever in the U.S.A. II. Susceptibility of small mammals to virulent *Rickettsia rickettsi*. Bull. World Health Organ., 35:149–153.

BURGDORFER, W., A. AESCHLIMANN, O. PETER, S. F. HAYES, AND R. N. PHILIP. 1979. *Ixodes ricinus*: vector of a hitherto undescribed spotted fever group agent in Switzerland. Acta Trop., 36:357–367.

BURGDORFER, W., ET AL. 1975. *Rhipicephalus sanguineus*: Vector of a new spotted fever group *Rickettsia* in the United States. Infect. Immunity, 5:205–210.

BURGDORFER, W., ET AL. 1982. Lyme disease—A tick-borne spirochetosis? Science, 216:1317–1319.

BURROUGHS, A. L., R. HOLDENRIED, D. S. LONGANECKER, AND K. F. MEYER. 1945. A field study of latent tularemia in rodents with a list of all known naturally infected vertebrates. J. Infect. Dis., 76:115–119.

CASALS, J. 1940. Influence of age factors on susceptibility of mice to rabies virus. J. Exp. Med., 72:445–451.

CLARK, G. M., C. M. CLIFFORD, L. V. FADNESS, AND E. K. JONES. 1970. Contributions to the ecology of Colorado tick fever virus. J. Med. Entomol., 7:189–197.

BLM_0052723

678   *Mallory and Dieterich*

CLARK, L. G., J. I. KRESSE, R. R. MARSHAK, AND C. J. HOLLISTER. 1961. Natural occurrence of leptospirosis in the meadow vole, *Microtus pennsylvanicus*. Amer. J. Vet. Res., 22:949.

CLARKE, J. R., AND J. P. KENNEDY. 1967. Effect of light and temperature upon gonad activity in the vole (*Microtus agrestis*). Gen. Comp. Endocrinol., 8: 474–488.

CLULOW, F. V., AND P. E. LANGFORD. 1971. Pregnancy-block in the meadow vole, *Microtus pennsylvanicus.* J. Reprod. Fert., 24:275–277.

CLULOW, F. V., AND F. F. MALLORY. 1970. Oestrus and induced ovulation in the meadow vole, *Microtus pennsylvanicus.* J. Reprod. Fert., 23:341–343.

———. 1974. Ovaries of meadow vole *Microtus pennsylvanicus* after copulation with a series of males. Canadian J. Zool., 52:265–267.

COLVIN, M. A., AND D. V. COLVIN. 1970. Breeding and fecundity of six species of voles (*Microtus*). J. Mamm., 51:417–419.

CONNELL, R. 1954. *Erysipelothrix rhusiopathiae* infection in a northern chipmunk *Eutamias minimus borealis*. Canadian J. Comp. Med., 18:22–23.

COSGROVE, G. E., AND T. P. O'FARRELL. 1965. Papillomas and other lesions in the stomach of pine mice. J. Mamm., 46:510–513.

COSGROVE, G. E., W. B. LUSHBAUGH, G. HUMASON, AND M. G. ANDERSON. 1968. *Synhimantus* (Nematoda) associated with gastric squamous tumors in muskrats. Bull. Wildl. Res., 4:54–57.

DALLDORF, G. 1943. Lymphocytic choriomeningitis of dogs. Cornell Vet., 33:347–350.

DIETERICH, R. A., AND D. J. PRESTON. 1977a. The tundra vole (*Microtus oeconomus*) as a laboratory animal. Lab. Anim. Sci., 27:500–506.

———. 1977b. The meadow vole (*Microtus pennsylvanicus*) as a laboratory animal. Lab. Anim. Sci., 27:494–499.

———. 1979. Atherosclerosis in lemmings and voles fed a high fat, high cholesterol diet. Atherosclerosis, 33:181–189.

DIETERICH, R. A., R. W. VAN PELT, AND W. A. GALSTER. 1973. Diet-induced cholesteremia and atherosclerosis in wild rodents. Atherosclerosis, 17:345–352.

DUNAWAY, P. B., G. E. COSGROVE, AND J. D. STORY. 1968. Capillaria and trypanosoma infestations in *Microtus ochrogaster*. Bull. Wildl. Dis., 4: 18–20.

ELTON, C. 1942. Voles, mice and lemmings. Oxford Univ. Press, Oxford, 496 pp.

EVELAND, W. C. 1970. Listeriosis. Pp. 273–282, *in* Infectious diseases of wild mammals (J. W. Davis, L. H. Karstad, and D. O. Trainer, eds.). Iowa State Univ. Press, Ames, 421 pp.

FAY, F. H., AND R. L. RAUSCH. 1969. Parasitic organisms in the blood of arvicoline rodents in Alaska. J. Parasitol., 55:1258–1265.

FEEMSTER, R. F. 1938. Outbreak of encephalitis in man due to the eastern virus of equine encephalomyelitis. Amer. J. Public Health, 28:1403–1410.

FENNER, F., B. R. MCAUSLAN, C. A. MIMS, J. SAMBROOK, AND D. O. WHITE. 1974. The biology of animal viruses. Second ed. Academic Press, New York, 546 pp.

FINDLAY, G. M., AND R. O. STERN. 1936. Pathological changes due to infection with virus of LCM. J. Pathol. Bacteriol., 43:327–338.

FISCHMAN, H. R., AND F. E. WARD, III. 1968. Oral transmission of rabies virus in experimental animals. Amer. J. Epidemiol., 88:132–138.

GILL, A. E., AND K. BOLLES. 1982. A heritable tooth trait varying in two subspecies of *Microtus californicus* (Rodentia:Cricetidae). J. Mamm., 63:96–103.

BLM_0052724

GITTNER, L. T., AND SHAKAN, M. S. 1933. The 1933 outbreak of infectious equine encephalomyelitis in the eastern states. N. Amer. Vet., 14:25–27.

GORHAM, J. R. 1950. Tularemia kills mink too! Amer. Fur. Breeder, 23:15.

GRAY, G. D., H. N. DAVIS, A. McM. KENNEY, AND D. A. DEWSBURY. 1976. Effect of mating on plasma levels of LH and progesterone in montane voles (*Microtus montanus*). J. Reprod. Fert., 47:89–91.

HALEERMANN, R. T., AND F. P. WILLIAMS JR. 1958. Salmonellosis in laboratory animals. J. Natl. Cancer Inst., 20:933–947.

HALL, E. R. 1981. The mammals of North America. Second ed. John Wiley and Sons Inc., New York, 2:601–1181 + 90.

HASLER, J. F. 1975. A review of reproduction and sexual maturation in the microtine rodents. The Biologist, 57:52–86.

HASLER, M. J., AND A. V. NALBANDOV. 1974. The effect of weanling and adult males on sexual maturation in female voles (*Microtus ochrogaster*). Gen. Comp. Endocrinol., 23:237–238.

HEALY, G. R., A. SPIELMAN, AND N. GLEASON. 1976. Human babesiosis: reservoir of infection on Nantucket Island. Science, 192:479–480.

HENDERSON, J. R., N. KARABATSOS, A. T. C. BOURKE, R. C. WALLIS, AND R. M. TAYLER. 1962. A survey for arthropod-borne viruses in south-central Florida. Amer. J. Trop. Med., 11:800–810.

HESTON, W. E. 1963. Genetics of neoplasia. Pp. 247–268, *in* Methodology in mammalian genetics (W. J. Burdette, ed.). Holden-Day, San Francisco, 568 pp.

HINKLEY, R., JR. 1966. Effects of plant extracts in the diet of male *Microtus montanus* on cell types of the anterior pituitary. J. Mamm., 47:396–400.

HOTCHIN, J. E., AND L. M. BENSON. 1970. Lymphocytic choriomeningitis. Pp. 153–172, *in* Infectious diseases of wild mammals (J. W. Davis, L. H. Karstad, and D. O. Trainer, eds.). Iowa State Univ. Press, Ames, 421 pp.

HUDSON, B. W., M. I. GOLDENBERG, AND T. J. QUAN. 1972. Serologic and bacteriologic studies on the distribution of plague infection in a wild rodent plague pocket in the San Francisco Bay area of California. J. Wildl. Dis., 8:278–287.

IMEL, K. J., AND R. P. AMANN. 1979. Effects of duration of daily illumination on reproductive organs and fertility of the meadow vole (*Microtus pennsylvanicus*). Lab. Anim. Sci., 9:182–185.

IVERSON, S. L., AND B. N. TURNER. 1974. Winter weight dynamics in *Microtus pennsylvanicus*. Ecology, 55:1030–1041.

JAMES, M. T., AND R. F. HARWOOD. 1969. Medical Entomology. Sixth ed. MacMillan, Collier-MacMillan Ltd., London, 484 pp.

JANNETT, F. J. JR. 1974. "Hip glands" of *Microtus pennsylvanicus* and *M. longicaudus* (Rodentia: Muridae), voles "without" hip glands. Syst. Zool., 24:171–175.

JELLISON, W. L. 1934. Rocky Mountain spotted fever. The susceptibility of mice. Public Health Rept., 49:363–367.

———. 1970. Adiaspiromyosis. Pp. 321–323, *in* Infectious diseases of wild mammals (J. W. Davis, L. H. Karstad, and D. O. Trainer, eds.). Iowa State Univ. Press, Ames, 421 pp.

JENSEN, W. I., AND R. M. DUNCAN. 1980. *Bordetella bronchiseptica* associated with pulmonary disease in mountain voles (*Microtus montanus*). J. Wildl. Dis., 16:11–14.

JESPERSEN, A. 1975. Infection of *Microtus arvalis* (common vole) with *Mycobacte-*