680    *Mallory and Dieterich*

*rium tuberculosis* and *Mycobacterium bovis.* Acta Path. Microbiol. Scand., Sect. B, 83:201–210.

————. 1976. Multiplication of *Mycobacterium tuberculosis* and *Mycobacterium bovis* in *Microtus agrestis* (field vole). Acta Path. Microbiol. Scand., Sect. B, 84:57–60.

JOLIVET, A. 1970. *Trypanosoma petymydis* n.sp., protozoaire flagelle parasite de *Pitymys multiplex* (Fatio 1905) =*P. incertus* (De Selep-Longchamps) (Rongeur microtide). Protistologica, 6:53–55.

KAPLAN, C., T. D. HEALING, N. EVANS, L. HEALING, AND A. PRIOR. 1980. Evidence of infection by viruses in small British field rodents. J. Hyg. (Camb.), 84:285–294.

KARSTAD, L. H. 1970. Arboviruses. Pp. 60–67, *in* Infectious diseases of wild mammals (J. W. Davis, L. H. Karstad, and D. O. Trainer, eds.). Iowa State Univ. Press, Ames, 421 pp.

KARSTAD, L. H., J. SPALATIN, AND R. P. HANSON. 1961. Natural and experimental infections with the virus of eastern encephalitis in wild rodents from Wisconsin, Minnesota, Michigan and Georgia. Zoonoses Res., 1:87–96.

KENNEY, A. McM., R. L. EVANS, AND D. A. DEWSBURY. 1977. Post implantation pregnancy distribution in *Microtus ochrogaster, M. pennsylvanicus* and *Peromyscus maniculatus.* J. Reprod. Fert., 49:365–367.

KHOMIYAKOV, A. I., R. N. SADOVNIKOVA, N. A. FETISOVA, AND O. A. FETISOVA. 1970. Natural nidality of erysipeloid at the south-east of the Ryazan district. J. Microbiol. Epidemiol. Immunobiol. (U.S.S.R.), 47:131–134.

KITAOKA, M., AND T. FUJIKURA. 1975. Isolation of icterohaemorrhagiae from *Microtus montebelli* trapped at the Nagaoka area, Niigata prefecture in Japan. Internatl. J. Zoonoses, 2:100–104.

KOCH, R. 1884. The etiology of tuberculosis. New Sydenham Soc. Publ., 115:67–201.

KRAMPITZ, H. E. 1979. *Babesia microti:* morphology, distribution and host relationship in Germany. Zbl. Bakt. Hyg., I. Abt. Orig. A, 244:411–415.

KRATOKHVIL, N. I. 1953. Excretion of *Listeria* by field voles and ticks *Ixodes ricinus.* Zh. Microbiol. Epidemiol. Immunobiol., 24:60–61.

LAVERAN, A., AND A. PETTIT. 1909. Sur un trypanosome d'un campagnol *Microtus arvalis* Pallas. C.R. Seanc. Soc. Biol., 67:798.

LEE, C., AND D. J. HORVATH. 1969. Management of the meadow vole (*Microtus pennsylvanicus*). Lab. Anim. Sci., 19:88–91.

LEE, C., D. J. HORVATH, R. W. METCALFE, AND E. K. INSKEEP. 1970. Ovulation in *Microtus pennsylvanicus* in a laboratory environment. Lab. Anim. Sci., 20:1098–1102.

LEININGER, J. R., G. E. FOLK, AND P. S. COOPER. 1979. Gastric candidasis in laboratory-reared brown lemmings. J. Amer. Vet. Med. Assoc., 175:990–991.

LES, E. P. 1966. Husbandry. Pp. 29–37, *in* Biology of the laboratory mouse. Second ed. (E. L. Green, ed.). McGraw-Hill, New York, 204 pp.

LEVY, M. I. 1948. *Listeria monocytogenes* in voles. Vet. J., 104:310–312.

LIEBISCH, G. W. 1980. Untersuchungen zur Okologie einiger Blutprotozoen bei wildlebenden Kleinsäugern in Norddeutschland. Acta Trop., 37:31–40.

LINDSAY, J. W. 1976. Spontaneous occurrence of tumors in laboratory-reared arvicoline rodents. Cancer Res., 36:4092–4098.

MAGUS, M. 1955. Listeriosis in lemmings. Canadian J. Public Health, 45:27.

MAHNERT, V. 1972. Grahamella und Sporozoa als Blutparasiten alpiner Kleinsauger. Acta Trop., 29:88–100.

BLM_0052726

MAIN, A. J., R. E. SHOPE, AND R. C. WALLIS. 1976. Characterization of Whitney's *Clethrionomys gapperi* virus isolates from Massachusetts. J. Wildl. Dis., 12:154–164.

MAISKY, I. M. 1945. Tularemia outbreaks of murine origin. Zh. Mikrobiol. Epidemiol. Immunobiol., 8:32–38.

MALLORY, F. F., AND R. J. BROOKS. 1978. Infanticide and other reproductive strategies in the collared lemming, *Dicrostonyx groenlandicus*. Nature, 273:144–146.

———. 1980. Infanticide and pregnancy failure: reproductive strategies in the female collared lemming (*Dicrostonyx groenlandicus*). Biol. Reprod., 22:192–196.

MALLORY, F. F., AND F. V. CLULOW. 1977. Evidence of pregnancy failure in the wild meadow vole, *Microtus pennsylvanicus*. Canadian J. Zool., 55:1–17.

MALLORY, F. F., J. R. ELLIOTT, AND R. J. BROOKS. 1981. Changes in body size in fluctuating populations of the collared lemming: age and photoperiod influences. Canadian J. Zool., 59:174–182.

MARTIN, K. H., R. A. STEHN, AND M. E. RICHMOND. 1976. Reliability of placental scar counts in the prairie vole. J. Wildl. Mgmt., 40:264–271.

MAURER, F. B. 1964. Lymphocytic choriomeningitis. Lab. Anim. Care, 14:415–419.

McCOY, G. W. 1911. Studies upon plague in ground squirrels. Public Health Bull., 43.

McDIARMID, A., AND P. K. C. AUSTWICK. 1954. Occurrence of *Haplosporangium parvum* in the lungs of the mold (*Talpa europaea*). Nature, 174:843.

McENROE, W. D. 1977. Human babesiosis. Science 195:506.

McGEACHIN, W. T., F. H. WHITTAKER, AND F. W. QUICK, JR. 1970. Record of occurrence of a trypanosome infection in the prairie vole, *Microtus ochrogaster*, in Jefferson County, Kentucky. Kentucky Acad. Sci., 31:64–65.

McGUIRE, M. R., AND L. L. GETZ. 1981. Incest taboo between sibling *Microtus ochrogaster*. J. Mamm., 62:213–215.

MELENDEZ, L. V., M. D. DANIEL, AND N. W. KING. 1973. Isolation and *in vitro* characterization of a herpesvirus from field mouse (*Microtus pennsylvanicus*). Lab. Anim. Sci., 23:385–390.

MOLYNEUX, D. H. 1969. The morphology and life-history of *Trypanosoma* (*Herpetosoma*) *microti* of the field-vole, *Microtus agrestis*. Ann. Trop. Med. Parasitol., 63:229–244.

MORRIS, A. J., AND A. D. ALEXANDER. 1951. LCM virus from gray mice trapped in a rural area. Cornell Vet., 41:122–123.

MORRISON, P., R. DIETERICH, AND D. PRESTON. 1977a. Body growth in sixteen rodent species and subspecies maintained in laboratory colonies. Physiol. Zool., 50:294–310.

———. 1977b. Longevity and mortality in 15 rodent species and subspecies maintained in laboratory colonies. Acta Theriol., 22:317–335.

MURRAY, K. F. 1965. Population changes during the 1957–1958 vole (*Microtus*) outbreak in California. Ecology, 46:163–171.

NEGUS, N. C., AND A. J. PINTER. 1965. Litter size in *Microtus montanus* in the laboratory. J. Mamm., 46:434–437.

———. 1966. Reproductive responses of *Microtus montanus* to plants and plant extracts in the diet. J. Mamm., 47:596–601.

NORDLAND, O. S. 1959. Host-parasite relations in initiation of infection. I. Occurrence of listeriosis in arctic mammals, with a note on its possible pathogenesis. Canadian J. Comp. Med., 23:393–400.

BLM_0052727

OLSEN, P. F. 1970. Sylvatic (wild rodent) plague. Pp. 200–213, *in* Infectious diseases of wild mammals (J. W. Davis, L. H. Karstad, and D. O. Trainer, eds.). Iowa State Univ. Press, Ames, 421 pp.

PASLEY, J. N., AND T. D. MCKINNEY. 1973. Grouping and ovulation in *Microtus pennsylvanicus*. J. Reprod. Fert., 34:527–530.

PETER, O., W. BURGDORFER, AND A. AESCHLIMANN. 1981. Enquête épidémiologique dans un foyer naturel de Rickettsies à *Ixodes ricinus* du plateau Suisse. Ann. Parasitol., 56:1–8.

PETTERBORG, L. J. 1978. Effects of photoperiod on body weight in the vole, *Microtus montanus*. Canadian J. Zool., 56:431–435.

PINTER, A. J., AND N. C. NEGUS. 1965. Effects of nutrition and photoperiod on reproductive physiology of *Microtus montanus*. Amer. J. Physiol., 208:633–638.

PLUMMER, P. J. G., AND J. L. BYRNE. 1950. *Listeria monocytogenes* in the lemming. Canadian J. Comp. Med. Vet. Sci., 14:214–217.

POLLITZER, R. 1954. Plague. World Health Organ. Monogr., Ser. 22, Geneva, Switzerland, 83 pp.

PONOMAREVA, T. N., AND L. V. RODKEVICH. 1964. *Pasteurella multocida* infection among rodents in a large city. J. Microbiol. Epidemiol. Immunobiol. (USSR), 41:144–145.

QUAN, S. F., AND L. KARTMAN. 1962. Ecological studies of wild rodent plague in the San Francisco Bay area of California. VIII. Susceptibility of wild rodents to experimental plague infection. Zoonoses Res., 1:121–144.

QUAY, W. B. 1955. Trypanosomiasis in the collared lemming, *Dicrostonyx torquatus* (Rodentia). J. Parasitol., 41:562–565.

RAMSDEN, R. O., AND D. H. JOHNSTON. 1975. Studies on the oral infectivity of rabies virus in Carnivora. J. Wildl. Dis., 11:318–324.

RAUSCH, R. L. 1967. On the ecology and distribution of *Echinococcus* spp. (Cestoda: Taeniidae), and characteristics of their development in the intermediate host. Ann. Parasitol. Human Comp., 42:19–63.

RAUSCH, R. L., AND V. R. RAUSCH. 1968. On the biology and systematic position of *Microtus abbreviatus* Millar, a vole endemic to the St. Matthew Islands, Bering Sea. Z. Saugetierk., 33:65–99.

———. 1975. Taxonomy and zoogeography of *Lemmus* spp (Rodentia: Arviodinae) with notes on laboratory-reared lemmings. Z. Saugetierk., 40:8–34.

RAUSCH, R. L., B. E. HUNTLEY, AND J. G. BRIDGENS. 1969. Notes on *Pasteurella tularensis* isolated from a vole, *Microtus oeconomus* Pallas, in Alaska. Canadian J. Microbiol., 15:47–55.

REHACEK, J., J. URBOLGYI, AND E. KOVACOVA. 1977. Massive occurrence of Rickettsiae of the spotted fever group in fowl tampan, *Argas persicus*, in the Armenian S.S.R. Acta Virol., 21:431–438.

REILLY, J. R. 1970. Tularemia. Pp. 175–199, *in* Infectious diseases of wild mammals (J. W. Davis, L. H. Karstad, and D. O. Trainer, eds.). Iowa State Univ. Press, Ames, 421 pp.

RICHMOND, M., AND C. H. CONAWAY. 1969. Management, breeding and reproductive performance of the vole, *Microtus ochrogaster* in a laboratory colony. Lab. Anim. Sci., 19:80–87.

ROSEN, M. N. 1970. Pasteurellosis. Pp. 214–223, *in* Infectious diseases of wild mammals (J. W. Davis, L. H. Karstad, and D. O. Trainer, eds.). Iowa State Univ. Press, Ames, 421 pp.

ROTH, E. E. 1970. Leptospirosis. Pp. 293–303, *in* Infectious diseases of wild mammals (J. W. Davis, L. H. Karstad, and D. O. Trainer, eds.). The Iowa State Univ. Press, Ames, 421 pp.

BLM_0052728

SANDERS, E. H., P. D. GARDNER, P. J. BERGER, AND N. C. NEGUS. 1981. Methoxybenzoxazolinone: a plant derivative that stimulates reproduction in *Microtus montanus*. Science, 214:67–69.

SCHADLER, M. H. 1980. The effect of crowding on the maturation of gonads in pine voles, *Microtus pinetorum*. J. Mamm., 61:769–774.

————. 1981. Post implantation abortion in pine voles (*Microtus pinetorum*) induced by strange males and pheromones of strange males. Biol. Reprod., 25:295–297.

SHAW, G. L., AND D. G. DUSANEC. 1973. *Trypanosoma lewsi*: termination of pregnancy in the infected rat. Exp. Parasitol., 33:46–55.

SHUMAN, R. D. 1970. Erysipelas. Pp. 267–272, *in* Infectious diseases of wild mammals (J. W. Davis, L. H. Karstad, and D. O. Trainer, eds.). Iowa State Univ. Press, Ames, Iowa, 421 pp.

SIKES, R. K., SR. 1970. Rabies. Pp. 3–19, *in* Infectious diseases of wild mammals (J. W. Davis, L. H. Karstad, and D. O. Trainer, eds.). Iowa State Univ. Press, Ames, 421 pp.

SOAVE, O. A. 1966. Transmission of rabies to mice by ingestion of infected tissue. Amer. J. Vet. Res., 27:44–46.

SODJA, I., D. LIM, AND O. MATOUCH. 1971. Isolation of rabies virus from small wild rodents. J. Hyg. Epidemiol. Microbiol. Immunol., 15:271–277.

————. 1973. Isolation of rabies strains from small wild rodents and their biological properties. Folia Microbiol., 18:182.

STEHN, R. A., AND F. J. JANNETT, JR. 1980. Male-induced abortion in various microtine rodents. J. Mamm., 62:369–372.

STEHN, R. A., AND M. E. RICHMOND. 1975. Male-induced pregnancy termination in the prairie vole, *Microtus ochrogaster*. Science, 187:1211–1213.

TARASEVICH, I. V., V. A. MAKAROVA, AND L. F. PLOTNIKOVA. 1976. Studies of the antigenic properties of the newly isolated strains of Rickettsiae and their relation to Spotted Fever Group. Folia Microbiol., 4:503.

TWIGG, G. I., C. M. CUERDEN, AND D. M. HUGHES. 1968. Leptospirosis in British wild mammals. Symp. Zool. Soc. London, 24:75–98.

VAN PEENEN, P. F. D., AND G. R. HEALY. 1970. Infection of *Microtus ochrogaster* with piroplasms isolated from man. J. Parasitol., 56:1029–1031.

VAUGHAN, M. K., G. M. VAUGHAN, AND R. J. REITTER. 1973. Effect of ovariectomy and constant dark on the weight of reproductive and certain other organs in the female vole, *Microtus montanus*. J. Reprod. Fertil., 32:9–14.

WAYSON, N. E. 1927. An epizootic among meadow mice in California, caused by the bacillus of mouse septicema or of swine erysipelas. Public Health Rept., 42:1489–1493.

WEBSTER, A. B., R. G. GARTSHORE, AND R. J. BROOKS. 1981. Infanticide in the meadow vole, *Microtus pennsylvanicus*: significance in relation to social system and population cycling. Behav. Neur. Biol., 31:342–347.

WELLS, A., AND D. OXON. 1937. Tuberculosis in wild voles. Lancet, 1:1221.

WETZLER, T. F. 1970. Pseudotuberculosis. Pp. 224–235, *in* Infectious diseases of wild mammals (J. W. Davis, L. H. Karstad, and D. O. Trainer, eds.). Iowa State Univ. Press, Ames, 421 pp.

WHITNEY, E., A. P. ROZ, AND G. A. RAYNER. 1970. Two viruses isolated from rodents (*Clethrionomys gapperi* and *Microtus pennsylvanicus*) trapped in St. Lawrence County, New York. J. Wildl. Dis., 6:48–55.

WIGER, R. 1977. Some pathological effects of endoparasites on rodents with special reference to the population ecology of microtines. Oikos, 29:598–606.

————. 1978a. Fatal experimental *Babesia microti* infections in the Norwegian lemming, *Lemmus lemmus* (L.). Folia Parasitol., 25:103–108.

BLM_0052729

684 *Mallory and Dieterich*

. 1978*b*. Hematological, splenic and adrenal changes associated with natural and experimental infections of *Trypanosoma lemmi* in the Norwegian lemming, *Lemmus lemmus* (L.). Folia Parasitol., 25:295–301.

. 1979. Seasonal and annual variations in the prevalence of blood parasites in cyclic species of small rodents in Norway with special reference to *Clethrionomys glareolus*. Holarctic Ecol., 2:169–175.

WILLIS, R. A. 1960. Pathology of tumors. Third ed. Butterworth, Washington, D.C., 189 pp.

WINKLER, W. G., AND N. B. GALE. 1970. Tuberculosis. Pp. 236–248, *in* The infectious diseases of wild mammals (J. W. Davis, L. H. Karstad, and D. O. Trainer, eds.). Iowa State Univ. Press, Ames, 421 pp.

WOO, P. T. K., D. R. GRANT, AND L. MCLEAN. 1980. Trypanosomes of small mammals in southern Ontario. Canadian J. Zool., 58:567–571.

WORLD HEALTH ORGANIZATION. 1967. World Survey of Rabies 9. Veterinary Public Health Unit, Geneva, Switzerland, 127 pp.

BLM_0052730

# ENDOCRINOLOGY

## Robert W. Seabloom

### Abstract

THE endocrinology of North American *Microtus* is not well known. Most studies have involved certain aspects of the female reproductive system and the adrenopituitary system; limited data are available on the male reproductive system and on thyroid function. Comparative data are sparse; endocrine studies have been conducted on only six species.

Annual reproduction in *Microtus* results from the interaction of an endogenous annual rhythm with several known exogenous factors, including photoperiod, light intensity, temperature, nutrition, and social cues. Of special interest is the recent identification of plant substances that can stimulate or inhibit reproduction.

*Microtus* exhibits a pheromonally induced estrus and coitus-induced ovulation. Successful ovulation can also be facilitated by pheromonal and other contact factors. A post-partum estrus occurs in all species. Extended copulatory stimulation or contact with the stud male enhances establishment of corpora lutea and the pre-implantation stages of pregnancy. The presence of a strange male can result in blockage of any stage of pregnancy (Bruce effect), or even impair litter survival. This phenomenon has been suggested as a side effect of induced estrus and ovulation.

Estrogen and glucocorticoid-binding macromolecules have been demonstrated in the lactating mammary gland of *Microtus*. There is some indication of hypothalamic inhibition of prolactin secretion subsequent to exposure to a strange male, thus extending the Bruce effect to post-partum events.

Adrenal weights of *Microtus* fall within the range of variation for other small mammals, but secretory activity is relatively high. A high level of $11\beta$-dehydrogenase activity occurs in the adrenal cortex of *M. pennsylvanicus*. This activity appears to vary seasonally, being highest in fall and winter. The level of corticosterone secretion exhibits a marked daily periodicity, normally reaching a

BLM_0052731

peak during late afternoon, prior to the peak of motor activity. Secretory activity also varies seasonally, and is highest during the spring breeding season.

Adrenal-gonadal interactions have been demonstrated in New World *Microtus*. At puberty, high testosterone levels in males inhibit adrenal enlargement and corticosterone secretion, whereas estrogens have the opposite effect on females. High progesterone levels during pregnancy appear to inhibit adrenal response. ACTH administration inhibits ovarian and uterine development, but the specific pathway of action is not known.

## Introduction

Much of the research dealing with endocrine mechanisms in New World *Microtus* has emanated from widespread interest in the remarkable population phenomena exhibited by microtine rodents. Consequently, the status of our knowledge of *Microtus* endocrinology has been tempered by an ecological-behavioral perspective. Certain aspects of adrenocortical function and female reproductive physiology have received significant attention in some species, while other endocrine systems have been relatively unstudied. Nevertheless, work to date on the genus has made highly significant contributions to comparative endocrinology and indicates important directions for future research.

## Timing of Reproductive Function

### Sexual Maturation

In an extensive review of reproduction in microtines, Hasler (1975) noted that most species, including North American *Microtus,* mature earlier than other rodents, with females frequently attaining puberty at about 30 days of age. However, along with adult reproductive development, the specific age of puberty appears to be related to both endogenous and exogenous factors, including nutrition, social factors, and light.

BLM_0052732

*Seasonality*

With the exception of species living in warmer climates, North American *Microtus* exhibit variable breeding seasons that generally run from early spring until late summer or fall (Asdell, 1964). In some species, however, reproductive activity has been recorded during all months (Keller, this volume), with a variety of exogenous factors having the capability of maintaining an endocrinological balance favoring reproduction. Seasonal reproduction tends to occur in northern latitudes, whereas more southern species frequently breed throughout the year.

Bailey (1924), along with numerous subsequent workers, observed *M. pennsylvanicus* females carrying embryos at all seasons. However, winter breeding in northern populations of this species is unusual, except under conditions of heavy snow (Beer and MacLeod, 1961) or during periods of cyclic population increase (Krebs et al., 1973). Sexual activity occurs throughout the year in *M. ochrogaster* (Fitch, 1957), but there is a seasonal incidence of enhanced reproduction in response to heavy precipitation and abundant new grass. *M. californicus* also breeds throughout the year (Greenwald, 1957). Early litters have the capability of mating in their first year, but late spring animals will not attain puberty until the following year.

Adams et al. (1980) reported that initiation of spermatogenesis in *Microtus breweri* coincides with spring increases in daily photoperiod and temperature. Plasma androgen levels were highest from April to June and lowest in October. Like other *Microtus,* early litters of *M. breweri* may become sexually mature during the season of their birth, but late litters delay puberty through the winter and become mature prior to the subsequent spring breeding season.

The existence of an endogenous circannual rhythm of reproductive development must be considered for the North American *Microtus.* These voles may undergo a refractory period after the breeding season in which the gonads regress while under the same light regimen providing the original stimulus (van Tienhoven, 1968). Grocock (1980) reported that the British vole, *Microtus agrestis,* undergoes spontaneous gonadal recrudescence after a 6-month period of inhibition following short daylengths. *M. pennsylvanicus* captured during the late summer or fall generally does not come into breeding condition in the laboratory until the following spring,

BLM_0052733

688    *Seabloom*

in spite of maintenance of favorable photoperiods (Seabloom, pers. observ.).

*Photic Cues*

In *Microtus,* as with many other rodents, light exerts a major influence over sexual maturation and gonadal recrudescence. Specific components may include length of daily photoperiod, light intensity, and wavelength. Reproductive development of both New World and Old World microtines is positively correlated with increased photoperiods. Pinter and Negus (1965) reported that litter size in *M. montanus* is greater under 18-h versus 6-h photoperiods. However, optimal daylengths may exist, above or below which there are adverse effects on gonadal development and production of young. In *M. pennsylvanicus,* reproductive function is optimal under a 16:8 light-dark cycle (Imel and Amann, 1979). Shorter (12:12) or longer (18:6) photoperiods have an adverse effect on female fertility.

Despite behavioral preferences for low light intensities, there appears to be a positive correlation between intensity of lighting and reproductive development in microtines. Geyer and Rogers (1979) compared litter production in *M. pinetorum* raised under high (75–200 lumens) and low (0–75 lumens) light intensities. Litter production and litter size were approximately doubled under the high intensities. Vaughan et al. (1973) reported that female *M. montanus* held in constant dark exhibited suppressed body size along with low ovarian, uterine, adrenal, and Harderian gland weights. They further suggested that the influence of constant dark may be mediated through the pineal gland. Darkness has been demonstrated to stimulate the pineal gland to produce the antigonadotrophin, melatonin, in laboratory rats. Both ovariectomy and constant dark inhibited thymic involution in *M. montanus,* suggesting that constant dark stimulates pineal production of melatonin which, in turn, inhibits the action of follicle-stimulating hormone (FSH) on ovarian secretion of thymolytic steroids. Earlier Vaughan et al. (1972) demonstrated the action of melatonin in blocking the effect of FSH on compensatory ovarian hypertrophy of unilaterally ovariectomized laboratory mice and *M. montanus.*

There have been no studies of the effects of wavelength on reproductive development of New World *Microtus,* and reports involving other microtines are inconclusive. There is some indication

BLM_0052734

that exposure to only the longer (red) wavelengths may result in delayed puberty, at least in females (Hasler, 1975).

*Nutritional Cues*

While the status of the food resource has long been recognized as having a major influence on reproductive performance, only in recent years have nutritional cues and their regulation of specific endocrine pathways been studied intensively. Much of the relevant work on wild species has dealt with North American *Microtus* (see Batzli, this volume).

Initiation of breeding seasons has long been associated with fresh production of green plants, and many species experience reduced fertility during periods of drought. Some authors postulated that in certain rodents the timing of breeding seasons may be in response to the appearance of new vegetation rather than to photoperiodic cues, because the nutritional stimulus may be more appropriate in harsh environments (Labov, 1977). Greenwald (1957) observed a close association between breeding activity by *M. californicus* and the occurrence of new vegetative growth. Pinter and Negus (1965) discussed the interaction of diet and photoperiod in regulation of reproduction in *M. montanus.* They suspected the existence of a specific dietary cue rather than direct effects of changes in nutritional levels.

A series of studies on *M. montanus* demonstrated that small dietary supplements of plants and plant extracts have marked effects on rate of growth, endocrine development, and reproductive performance (Negus and Berger, 1977; Negus et al., 1977). Sprouted wheat supplied in the diet increased growth rates and reduced the time to onset of puberty (Pinter, 1968). Weight decreases of the pineal gland, and increases of uterus and adrenal gland followed dietary supplements of fresh lettuce, sprouted wheat, or spinach extract (Berger and Negus, 1974; Negus and Berger, 1971; Negus and Pinter, 1966). Supplements of spinach extracts resulted in increased numbers of ovarian follicles (Negus and Pinter, 1966). However, overall enhanced reproductive performance following such supplements appeared to be via increased frequency of post-partum matings and decreased rates of litter loss rather than through increased litter size (Negus and Pinter, 1966; Pinter and Negus, 1965).

Recently, 6-methoxybenzoxazolinone (6-MBOA) was identified

690     *Seabloom*

as a stimulant of reproductive activity in *M. montanus* (Sanders et al., 1981). This naturally occurring plant-derived cyclic carbamate is a non-estrogenic compound, which, when added to a laboratory diet, resulted in significantly increased uterine and ovarian weights. Enlarged ovaries were due primarily to increased numbers of antral follicles. Although Sanders et al. (1981) noted that it is yet to be demonstrated whether this plant-derived cue is widespread among herbivorous mammals, equivalent response of laboratory mice (*Mus musculus*) indicates that at least it is not restricted to microtines.

To test the capability of 6-MBOA in triggering reproduction of *M. montanus*, Berger et al. (1981) provided treated and untreated supplements of rolled oats to reproductively inactive populations during winter. After three weeks of treatment, males from the experimental plots exhibited testicular hypertrophy and females a 70% incidence of pregnancy. No pregnancies occurred on control plots. Consequently, they concluded that 6-MBOA provides an ultimate cue for reproduction in this species, and suggested that it may play a more widespread role in other microtines.

Berger et al. (1981) suggested that 6-MBOA operates at the neural or pituitary rather than gonadal level, and available evidence tends to support this hypothesis. Hinkley (1966) observed an increase in delta basophil cells in the pituitaries of *Microtus montanus* that received dietary supplements of extracts from wheat sprouts. Delta cells are known to secrete gonadotropins. Negus and Berger (1971) reported a significant decrease in pineal weight of *M. montanus* following dietary supplements of fresh lettuce, and later Berger and Negus (1974) added experimental evidence that the compound operates at the pineal-hypothalamic-pituitary level. It would appear, therefore, that the microtine pineal gland may utilize dietary as well as photoperiodic cues in its regulation of pituitary secretion of gonadotropins.

In addition to the utilization of dietary cues in initiation of its breeding season, *Microtus montanus* apparently relies on other naturally occurring compounds to signal termination of reproduction. Negus et al. (1977) provided data correlating initiation and cessation of reproduction with seasonally varying chemical composition of vegetation. Furthermore, Berger et al. (1977) identified cinnamic acids and related vinylphenols as reproductive inhibitors in *M. montanus*. Dietary supplements of these compounds resulted in decreased uterine weight, inhibition of follicular development, and

BLM_0052736

diminished reproductive activity. These compounds are most abundant in vegetation subsequent to flowering, senescence, and browning. The physiological site of activity of these inhibitors has yet to be identified.

### Social Cues

*Population density.*—High population densities apparently inhibit sexual maturation and adult female reproduction in both North American and Old World microtines. Crowding was proposed by Christian (1961, 1963, 1971, 1975) to result in social pressures affecting natality as well as mortality. Pasley and McKinney (1973) reported that female *M. pennsylvanicus* that were housed in groups of eight from weaning until pairing exhibited lighter ovaries and uteri and fewer corpora lutea than those that were housed singly. They noted prior work by Christian et al. (1965) and Christian and Davis (1966), in which increased secretory activity of the pituitary-adrenal axis was implicated as providing density-dependent negative feedback inhibiting reproduction.

The pine vole (*M. pinetorum*), in contrast to *M. pennsylvanicus,* exhibits a relatively low reproductive rate and stable populations in nature. Schadler (1980) examined the histology of testes and ovaries of pine voles raised under varying conditions of crowding. Testes of crowded males weighed 41% less than uncrowded and exhibited low spermatogenic indices. None of the crowded females ovulated, in contrast to a 21% frequency of corpora lutea observed in uncrowded voles. Crowded voles exhibited premature formation of antra, a small proportion of mature preovulatory follicles, and increased atresia of undeveloped follicles.

*Pheromones and neuroendocrine response.*—The total social environment, as well as density per se, functions as an external variable in regulation of rate of sexual maturation and development of breeding condition. There has been considerable work on the influence of conspecifics and pheromonal factors influencing reproduction in murids, but relatively little on microtines.

Pheromonal inhibition of sexual maturation by littermates occurs in some species of *Microtus*. In *M. ochrogaster,* vaginal opening is earliest in weanling females paired with non-littermate adult males, intermediate with non-littermate weanling males, and slowest with littermate weanlings (Hasler and Nalbandov, 1974). Hasler and Nalbandov noted that age and degree of "strangeness" had two

692    *Seabloom*

distinct effects. Vaginal opening was influenced by both factors, but litter production was only affected by strangeness. Batzli et al. (1977) found that both sexual maturation and growth were suppressed by littermates in *M. californicus* and *M. ochrogaster,* but not in *M. pennsylvanicus.* A pheromone was implicated because suppression also occurred in voles isolated except for air supply. Normal development resumed when voles were housed with strangers of the opposite sex. McGuire and Getz (1981) obtained similar results with *M. ochrogaster,* but their data suggest that the activation pheromone must be transmitted by naso-genital grooming rather than through the air.

Age-related olfactory cues may change with the onset of testosterone production and attainment of puberty in the male. Richmond and Stehn (1976) questioned, however, if early maturation merely involved early induction of estrus or might be "further regulated by prepuberal exposure to males or other conspecifics." They noted that the stimulus provided by male exposure might have been preconditioned by a brief prepuberal exposure to another male. If so, then seasonal occurrence of delayed maturation characteristic of many microtines may be related to the seasonal absence of stimuli provided by sexually active males.

Baddaloo and Clulow (1981) exposed laboratory-raised female meadow voles (*M. pennsylvanicus*) to mature males (with and without physical contact), virgin and multi-parous females, male urine, and empty cages. Exposure to males or male urine accelerated maturation, whereas female exposure had no effect. Consequently, Baddaloo and Clulow (1981) concluded that male mediation was pheromonal and that the active compound was in the urine.

Recent studies have further documented the existence of a pheromone in male urine having the capability of activating female reproduction. Carter et al. (1980) reported that virgin female *M. ochrogaster* over 20 days of age exhibited uterine growth and other indications of reproductive activity following exposure to male-related stimuli. Exposure to an unfamiliar adult male for less than 1 h induced uterine weight increases within 48 h and lasted at least 10 days. Exposure to male urine induced similar reproductive development. In contrast to Baddaloo and Clulow's (1981) study, Carter et al. (1980) reported that physical contact with an intact male or male urine was essential for reproductive activation, thus eliminating visual and airborne cues. Although sibling pairs nor-

mally did not reproduce, estrus could be induced by direct application of a sibling male's urine to the female's upper lip, thus indicating a behavioral barrier to reproduction.

In a related study elucidating the physiological pathways for reproduction in *M. ochrogaster,* Dluzen et al. (1981) exposed females to a single drop of male urine on the upper lip. This produced a significant increase in serum luteinizing hormone (LH) in less than 1 min. The exposure also resulted in changes in luteinizing hormone-releasing hormone (LHRH) and norepinephrine (NE) in the tissue of the posterior olfactory bulb. They noted that most studies of LHRH release implicated the preoptic-hypothalamic areas, but that nerve terminals containing LHRH are found in the olfactory bulb. The catecholamines norepinephrine and dopamine are also reproductive regulators found in the olfactory bulb. Norepinephrine may be implicated in synthesis or release of LHRH, while dopamine is an inhibitor of reproductive processes. Dluzen et al. (1981) suggested that the observed increase in LHRH and its concentration in the posterior olfactory bulb of the prairie vole implicated a neuroendocrine link between the external environment and reproductive activation.

## Estrus and Ovulation

The social cues discussed above appear to be instrumental in regulation of estrous cycles and ovulation in most microtines. Hasler (1975) discussed the problems associated with some of the early studies based upon females permanently paired with males or histological studies of wild-caught animals. Neither approach allowed examination of a recurrent cycle. Consequently, many reports in the literature yielded contradictory results.

Older reports suggest that estrous cyles in New and Old World microtines are similar to those of laboratory mice and rats. Asdell (1964) cited unpublished data for *M. pennsylvanicus* indicating spontaneous changes in the vaginal smear typical of *Rattus* and *Mus.* Similar cycles were reported for *M. oeconomus* (Hoyte, 1955) and *M. pinetorum* (Kirkpatrick and Valentine, 1970).

A preponderance of recent studies, however, indicate that experimentally isolated microtine females are capable of remaining in diestrus for extended periods. In contrast to the earlier report on

BLM_0052739

694     *Seabloom*

*M. pinetorum* (Kirkpatrick and Valentine, 1970), Schadler and Butterstein (1979) found no pattern of vaginal cyclicity. Female pine voles housed adjacent to males exhibited 1–22 days of continuous estrus followed by 1–9 days of diestrus. Similar patterns also have been described for *M. pennsylvanicus, M. montanus,* and *M. ochrogaster.* Clulow and Mallory (1970) could not demonstrate any regular cyles of vaginal smear patterns from wild-caught *M. pennsylvanicus.* In addition, isolated females exhibited constant diestrus, whereas those housed with castrate males exhibited constant estrus. Similarly, isolated *M. townsendii* were found to delay maturation and extend diestrus prior to their first estrus (MacFarlane and Taylor, 1981). Both diestrus and estrus may be extended up to 18 days, but isolated females do not ovulate or form corpora (MacFarlane and Taylor, 1982*a*).

Regular estrous cycles do not occur in *M. montanus* that have been isolated or housed adjacent to males (Gray et al., 1974*a*). Isolated *M. ochrogaster* held under a 12-h photoperiod remain in continuous diestrus, but altering housing conditions can have varying effects on reproductive activity and receptivity (Richmond and Conaway, 1969*a*). Richmond and Conaway found that 71–83% of the females attained estrus within a week if moved adjacent to males or allowed direct contact with males.

Hasler and Conaway (1973) further studied the effect of males in inducing estrus in *M. ochrogaster.* In tests of the effect of the presence or absence of the male on the female reproductive state they found a 72-h exposure to be maximally effective in inducing estrus. Injections of low levels of estradiol cyclopentylpropionate in castrated females resulted in vaginal mucification, whereas higher levels resulted in cornification. Their data supported the hypothesis that among species exhibiting induced estrus and ovulation, it would be advantageous for development of the uterine epithelium or vaginal opening to occur only in the presence of a strong estrus inducer. Vaginal epithelial hyperplasia, vaginal opening, and uterine epithelial hyperplasia would represent successive stages with increasing levels or more prolonged exposure to estrogen stimulation.

In addition to pheromonally induced estrus, ovulation induced by coitus further maximizes reproductive efficiency. This phenomenon is widespread among mammalian orders, and microtine rodents are not exceptions. Indeed, Jöchle (1973) noted that "The

BLM_0052740

*Endocrinology*   695

TABLE 1

TYPE OF OVULATION IN NORTH AMERICAN *Microtus* (IN PART, AFTER HASLER, 1975)

| Species | Type of ovulation | Time of ovulation | References |
|---|---|---|---|
| *M. californicus* | Induced | 15 h post-coitus | Greenwald (1956) |
| *M. montanus* | Induced | 8 h post-coitus | Cross (1972) |
| | Induced | 8 h post-HCG | Gray et al. (1974a) |
| *M. ochrogaster* | Induced | 9–10 h post-coitus | Richmond and Conaway (1969b) |
| | Induced | — | Gray et al. (1974b) |
| *M. oeconomus* | Spontaneous | — | Hoyte (1955) |
| | Spontaneous | — | Asdell (1964) |
| *M. pennsylvanicus* | Induced | 12–18 h post-coitus | Lee et al. (1970) |
| | Induced | — | Clulow and Mallory (1970) |
| *M. pinetorum* | Induced | — | Kirkpatrick and Valentine (1970) |

system is so effective in coordinating all necessary steps for the assurance of fertility, in so many species of different orders, families, and genera, that it makes one wonder why its principles, in toto or at least partially, have not found an even wider distribution in mammalian evolution."

Induced ovulation appears to be the rule in *Microtus,* and although there are reports to the contrary, Breed (1967) suggested that there is only circumstantial evidence for spontaneous ovulation in the genus. To date, induced ovulation has been demonstrated for six species of North American *Microtus* (Table 1).

Post-copulatory ovarian changes have been reported for several species of *Microtus,* but the associated requisite neurohormonal pathways involved must be inferred from studies of other species. Jöchle (1973) summarized the known neurohormonal connections between the genital tract, hypothalamus, pituitary, and ovaries for a variety of spontaneous and induced ovulators. In rats and mice the pelvic nerves are involved, with the coital stimulus eventually reaching the preoptic region of the hypothalamus. The stimulus may activate the cyclic ovulatory center or descend to the median

BLM_0052741

696   *Seabloom*

TABLE 2

Mean (±*SE*) Plasma Levels of LH and Progesterone in Montane Voles, *Microtus montanus* (from Gray et al., 1976)

| Reproductive state | LH (nanograms/ml) | Progesterone (nanograms/ml) |
|---|---|---|
| Females | | |
| Diestrus | 20.6 ± 5.9 | 9.0 ± 0.9 |
| Estrus, unmated | 23.1 ± 2.5 | 14.0 ± 1.1 |
| Estrus, mated | 896.1 ± 136.7 | 22.0 ± 1.5 |
| Males | | |
| Unmated | 28.8 ± 3.6 | |
| Mated | 123.0 ± 40.5 | |

eminence, eventually resulting in triggering an ovulatory LH discharge from the adenohypophysis.

Few data are available on precise hormonal changes in *Microtus* following copulation. Gray et al. (1976) reported plasma levels of LH and progesterone for different reproductive states of *M. montanus* (Table 2). In females, mating resulted in a nearly 40-fold increase in LH, and a 57% increase in progesterone within 1 h. This response was similar to that observed for Old World *M. agrestis*. In addition to the post-coital increase in progesterone, there is an accompanying decrease in serum estradiol. Estrous *M. ochrogaster* have serum $E_2$ levels around 78 picograms/ml, which decline to 57 picograms/ml by 48 h post-coitum (Prentice and Shepherd, 1978).

Post-copulatory ovarian changes have been reported for several species of *Microtus*. Following copulation there is usually significant follicular enlargement. Follicular diameter of *M. californicus* enlarges from 500–600 µm to 900 µm, a 70–80% increase (Greenwald, 1956). Post-copulatory follicles of *M. ochrogaster* average about 1,000 µm (Richmond, 1967). Cross (1972) observed follicular enlargement in *M. montanus* of 623–722 µm. However, Gray et al. (1974*a*) did not observe any pre-ovulatory swelling in that species.

In *M. californicus*, subsequent to pre-ovulatory swelling, there is a breakdown of the granulosa cells surrounding the ovum until it is free in the antrum, surrounded only by the corona radiata

BLM_0052742

(Greenwald, 1956). Ova of all reported *Microtus* are of similar size, averaging about 60 μm (Cross, 1971; Greenwald, 1956; Richmond, 1967). By contrast, mature ova of *Mus* average 95 μm (Rugh, 1968).

Varying frequencies of copulatory activity can affect the probability of ovulation and implantation. In *M. ochrogaster*, only one ejaculatory series is sufficient to induce ovulation and implantation, but the probability of ovulation increases with the number of intromissions and intravaginal thrusts (Gray et al., 1974*b*). Similar results have been reported for *M. montanus* (Davis et al., 1974). Kenney et al. (1977*b*) found that *M. ochrogaster*, like *M. agrestis*, ovulated in response to artificial vaginal-cervical stimulation, but only subsequent to one intromission from a male. However, unlike *M. agrestis*, less copulatory stimulation was required and there was no apparent dissociation between ovulation and subsequent formulation of a functional corpus luteum resulting from minimal mechanical stimulation. They also suggested that pheromonal or contact factors are a prerequisite to ovulation. This was supported recently by Dluzen et al. (1981), who found that exposure of females to a single drop of male urine on the upper lip results in a rapid increase in LHRH in the olfactory bulb and LH in the serum.

## Formation and Duration of Corpus Luteum

In *Microtus*, new corpora lutea are formed 15–18 h post-coitum, and are completely solid between 48 and 72 h (Greenwald, 1956; Lee et al., 1970). The corpus luteum forms from both thecal and granulosa cells but at the time it differentiates into luteal cells the distribution of the two components cannot be determined.

The life of the corpus luteum in those New World *Microtus* in which it has been studied is similar to that described for *Mus* (Rugh, 1968). Lee et al. (1970) mated mature female *M. pennsylvanicus* with vasectomized males, and observed persistent corpora lutea up to 9 days post-coitum. These corpora lutea had well-defined, functional luteal cells with small fat particles. Regression began on days 10–11, as evidenced by the presence of vacuolization, connective tissue cells, and large fat particles.

Corpora lutea are functional throughout pregnancy, reaching maximum size near the end of gestation (Greenwald, 1956; Lee et

BLM_0052743

698   *Seabloom*

al., 1970; Richmond, 1967). Some females possess large numbers of corpora (up to 29), most of which are regarded as accessory corpora (Greenwald, 1956).

Limited copulatory stimuli, while sufficient to induce ovulation (Gray et al., 1974b), may result in short-lived corpora lutea. Kenney and Dewsbury (1977) subjected *M. montanus* females to only one ejaculatory series prior to examination for CL on days 3 and 8 after mating. Seven of 10 females had well developed CL on day 3, while only one of 10 had CL and implanted embryos by day 8. This rapid degeneration of CL following limited mating is similar to reports for the Old World *M. agrestis* (Milligan, 1974, 1975), and may represent an additional type of reproductive cycle for the non-pregnant female mammal.

## *Gestation*

Most small microtines have gestation periods averaging 20–25 days (Hasler, 1975). However, various endocrine mechanisms can influence gestation, up to and including its termination.

Although lactational delay of gestation has been reported for a variety of microtines (Hasler, 1975), it has not been found in New World *Microtus*. Reports for *M. montanus* (Pinter and Negus, 1965) and *M. ochrogaster* (Richmond and Conaway, 1969a) specifically indicated no lactational delay of gestation. Data on litter intervals for *M. pennsylvanicus, M. oeconomus, M. miurus,* and *M. abbreviatus* also tend to support this conclusion (Morrison et al., 1976).

Subsequent to fertilization, continued tactile and olfactory stimulation by the stud male can be important in reinforcing the neuroendocrine pathways requisite to the pre-implantation stages of pregnancy. Richmond and Stehn (1976) reported that in *M. ochrogaster,* between 1 and 4 days of cohabitation were required to achieve a maximum (over 90%) incidence of successful pregnancies. In *M. montanus,* removal of the stud male within 24 h of mating caused a significant incidence of pregnancy terminations (Berger and Negus, 1982). However, continued mating activity for up to 48 h enhanced the maintenance of pregnancy. Similar results were reported for Old World *M. agrestis* by Milligan (1975) who indicated that, although limited mating can induce ovulation, the re-

*Endocrinology*     699

sulting corpora lutea degenerate rapidly and cannot maintain a decidual reaction.

The termination of pregnancy by pheromonal influence of a strange male (Bruce effect) has been demonstrated for both Old World and New World *Microtus*. Male-induced abortion has been reported for *M. pennsylvanicus, M. ochrogaster, M. montanus,* and *M. pinetorum*. Clulow and Langford (1971) demonstrated a depressed pregnancy rate of 20% in female *M. pennsylvanicus* exposed to strange males 3 days or less after coitus with an original stud. Clulow and Mallory (1974) further demonstrated that the pregnancies of *M. pennsylvanicus* can be terminated repeatedly when exposed to a series of strange males, each subsequently inducing ovulation and initiating a further pregnancy. Mallory and Clulow (1977) studied normal and blocked pregnancy in *M. pennsylvanicus* in the laboratory, and compared blockage with the incidence of pregnancy failure in the wild. Females were susceptible to blockage on days 2 and 5 post-coitum. Occurrence of a second set of corpora lutea apparently did not accelerate involution of the first set. Lactating females were not susceptible to male-induced blockage. The latter observation was consistent with Bruce's (1966) conclusion that blockage is dependent on hypothalamic inhibition of prolactin secretion. Apparently, the neural stimulus provided by nursing young overrides the pheromonally-induced blocking action provided by the strange male.

Pre-implantation pregnancy blockage can apparently be induced by heterospecific as well as conspecific strange males. In *M. montanus,* blockage was induced by male *Lagurus curtatus* (Jannett, 1979).

Male-induced pregnancy blockage has now been demonstrated for post-implantation as well as pre-implantation stages of pregnancy. Blockage was induced in *M. ochrogaster* during most stages of pregnancy with no reduction in incidence until after day 15 (Stehn and Richmond, 1975). Kenney et al. (1977a) reported pregnancy blockage by day 14 in *M. ochrogaster* and *M. pennsylvanicus,* as well as in the cricetid, *Peromyscus maniculatus*. The incidence of blockage was lower than that reported for *M. ochrogaster* by Stehn and Richmond, but may have been due to higher levels of prolactin in recently lactating females of the latter study. Stehn and Jannett (1981) further reported on the incidence of pregnancy blockage in *M. ochrogaster, M. montanus, M. pinetorum,* and *Lagurus curtatus*.

BLM_0052745

700    *Seabloom*

Abortions occurred in all species tested except *L. curtatus*. Concurrent lactation did not reduce abortion in *M. ochrogaster* or *M. montanus* in contrast to that reported for *M. pennsylvanicus* (Mallory and Clulow, 1977) and to the earlier suggestion that the low incidence of blockage in *M. ochrogaster* was associated with recent lactation (Kenney et al., 1977a).

Schadler (1981) reported an incidence of 87–88% blocked pregnancies in *M. pinetorum* when females were exposed to a strange male on day 10 or 15. A high incidence of post-implantation abortion also occurred when females were only exposed to cage litter soiled by strange males. Consequently, these data support the conclusion that odor alone is sufficient to induce blockage at any stage of pregnancy in *Microtus*.

Male-induced pregnancy blockage in microtines may be a side effect of induced estrus and ovulation (Stehn and Richmond, 1975). Stehn and Jannett (1981) further suggested that strong selection for acceleration of puberty and estrus may exist in microtines, and that the occasional loss of a litter through male-induced estrus may be a relatively unimportant consequence. However, Kenney et al. (1977a) detected no significant differences in the incidence of pregnancy blockage between spontaneous and induced ovulators. They concluded that the data did not suggest an association between increased male-induced pregnancy blockage and induced ovulation. Nevertheless, there appears to be a definite association of the incidence of pregnancy blockage with a variety of species in which the induction of estrus and ovulation plays an overriding role.

## Post-partum Events

### Post-partum Estrus

All microtines apparently experience a post-partum estrus, becoming receptive shortly after giving birth (Hasler, 1975). North American *Microtus* for which post-partum estrus has been described or implied include *M. abbreviatus* (Morrison et al., 1976), *M. californicus* (Greenwald, 1956), *M. miurus* (Morrison et al., 1976), *M. montanus* (Gray et al., 1974a; Pinter and Negus, 1965), *M. ochrogaster* (Richmond and Conaway, 1969a, 1969b), *M. pennsylvanicus* (Lee et al., 1970; Morrison et al., 1976), *M. pinetorum* (Kirkpatrick

BLM_0052746

and Valentine, 1970; Schadler and Butterstein, 1979), and *M. town-sendii* (MacFarlane and Taylor, 1982*b*).

In *M. pennsylvanicus,* estrus occurs on the day of parturition, with copulation inducing ovulation on the same day (Lee et al., 1970). Richmond and Conaway (1969*a*) observed *M. ochrogaster* females copulating before completion of all births of a litter. *M. ochrogaster* females may remain in continuous estrus throughout lactation, or if separated from a male, for about 4 days following parturition.

### Lactation

There has been very little research on lactation per se in microtine rodents. What little has been done indicates that mammary physiology may be comparable to that described for laboratory rats and mice. However, some neuroendocrine pathways controlling lactation may be somewhat distinct.

Hormone receptor proteins have been identified and partially characterized in the lactating mammary gland of *M. montanus.* Specific estrogen receptor proteins were demonstrated by Beers and Wittliff (1973) in mammary and uterine cytosol. Hydrocortisone had no effect on the binding of $^3$H-estradiol-17$\beta$ to mammary or uterine receptors, but later work (Turnell et al., 1974) reported the presence of distinct glucocorticoid-binding macromolecules in the lactating mammary gland. These protein receptors have similar characteristics to those identified in the lactating mammary gland of *Rattus* and *Mus.* Estrogens and progesterone function in proliferation of mammary cells, whereas glucocorticoids, along with insulin and prolactin, are required for cell differentiation (Bentley, 1976).

There is some indication that the neuroendocrine influences associated with male-induced pregnancy blockage now may be extended into the period of lactation. Schadler (1982) recently reported that removal of a stud *M. pinetorum* which was paired to a nursing female, and replacement with a strange male, resulted in high litter mortality and poor weight gain in surviving young. This implies an extension of the Bruce effect into post-partum events via hypothalamic inhibition of prolactin secretion resulting in failure or impairment of lactation. Under this scheme, the olfactory stimulus provided by a strange male would result in hypothalamic production of FSH-RH and subsequently high estrogen levels associ-

BLM_0052747

ated with estrus. In addition, the same olfactory stimulus would provide for hypothalamic production of prolactin release-inhibiting hormone (P-R-IH), with resulting diminished mammary cell differentiation and secretion.

## Testicular Activity

In contrast to the bulk of research on reproductive physiology of female *Microtus,* relatively little has been done on the male. The morphology of the male reproductive tract of *M. ochrogaster* was described by Janes (1963). The testis is comparable to that of other mammals, and is very similar to Old World *M. arvalis.* Secretory interstitial cells are of variable shape and occur in groups of 1–10 in angular spaces between the seminiferous tubules. Other morphological features of the testes (seminiferous tubules, rete testis, efferent ducts) are all characteristic of other small rodents. Relative testicular size in microtines appears to be high compared to other rodents. In *M. pennsylvanicus,* relative weight of the testis is about double that of the laboratory mouse (Dieterich and Preston, 1977).

Although testicular morphology is similar to other species, testicular activity in *Microtus* is relatively high. *Microtus ochrogaster* exhibited the shortest known spermatogenic cycle (7.2 days) of seminiferous epithelium (Schuler and Gier, 1976). The entire process of spermatogenesis in *M. ochrogaster,* including meiotic stages, encompassed 28.7 days. The durations of spermatogenic cycles for other microtines have not been reported to date.

Data on circulating androgens are limited to two species of North American *Microtus,* the beach vole (*M. breweri*) and Townsend's vole (*M. townsendii*). Plasma androgens of *M. breweri* were highest (>2 nanograms/ml) during April–June, the period of greatest testicular weight (1,300–1,600 mg) and spermatogenic activity (Adams et al., 1980). Androgen levels were minimal (<1 nanogram/ml) during October when testes were smallest (43 mg) and spermatogenic activity was nil. Intraperitoneal administration of 10 μg of either ovine or murine LH resulted in a two- to three-fold increase in plasma androgens.

Total androgens of male *M. townsendii* during a spring population decline were reported by McDonald and Tait (1982). Androgen levels of larger (>80 gm) voles averaged about 2.6 nanograms/ml. Smaller males had levels averaging 1.25 nanograms/ml. An-

BLM_0052748

drogen levels reported for other rodents were highly variable (Gustafson and Shemesh, 1976), but those indicated for *M. breweri* and *M. townsendii* appear to be in the low range. However, those values should not necessarily be regarded as representative of microtines until data are available involving seasonal and diurnal variation in other more widely distributed species.

## Thyroid

Thyroid activity has not been extensively studied in *Microtus*. Those studies which have been conducted indicate similar responses to various stressors, photoperiod, and temperature to those observed for laboratory rodents.

In *M. californicus*, thyroid activity can be inhibited by various stressors, including high population density, food depletion, and harassment (Houlihan, 1963). In a penned experiment, voles in the control group (low density) accumulated 20.7% of administered $^{131}$I after 24 h. Thyroidal $^{131}$I uptake by voles in the experimental (high density) pen was 14.4%. The observed diminished thyroidal activity is consistent with results of experiments by other workers using a variety of stresses on laboratory rats.

Circulating levels of thyroxine have been reported for *M. montanus* and *M. ochrogaster*. In *M. montanus* maintained under a 16-h photoperiod, $T_4$ levels averaged from 4.4 to 4.6 $\mu$g/dl (Petterborg, 1978). These levels were suppressed under short (8-h) photoperiods, concomitant with loss of body weight. Similar photoperiodic effects on growth and thyroid activity in *M. pennsylvanicus* were reported by Pistole and Cranford (1982). Subadult voles gained weight more rapidly under 18-h than 6-h photoperiods, and adults lost weight under the shorter photoperiods. Relative thyroid weights were similar under the two light regimes, but thyroid activity was significantly higher in voles held under the 18-h photoperiods. Thyroid uptake of $^{125}$I and circulating thyroxine were both significantly higher than in voles held under 6 h of light. These data, along with those of Petterborg (1978) have been interpreted as indicative of a metabolic adjustment resulting in reduced body size and lowered energy demands in preparation for winter.

Serum $T_4$ in *M. ochrogaster* averaged 4.8 $\mu$g/dl (Hudson, 1980), a level comparable to that in *M. montanus*. Thyroid secretion was inhibited by Tapazole but there was no effect on standard metab-

olism. Tapazole blockage of thyroxine resulted in a 3°C increase in the highest air temperature tolerated without stress. In subsequent experiments, there were no significant differences in Serum $T_4$ in voles exposed to a variety of air temperatures from 5 to 35°C. However, there was a high correlation between $^{125}I$ clearance and air temperature. The half-life of $^{125}I$ labeled $T_4$ was 20.2 days at 35°C, but this decreased to 4.3 days at 5°C. The conflicting data between thyroxine levels and rate of radioiodine release caused Hudson (1980) to question the reliability of using circulating thyroxine as an indicator of thyroid secretory activity.

## Adrenal Cortex

### Adrenal Morphology

Adrenal weight has long been utilized as a convenient indicator of the functional state of cortical activity. In the absence of other differential influences, there is a positive logarithmic relationship between adrenal weight and body size which holds for a variety of mammals, including *Microtus* (Christian, 1953). Adrenal weight relationships have been published for a variety of species of New World *Microtus,* including *M. breweri* (To and Tamarin, 1977), *M. californicus* (Mullen, 1960), *M. montanus* (McKeever, 1959; Pinter, 1968), *M. oeconomus* (Dieterich et al., 1973), *M. pennsylvanicus* (Christian, 1953; Christian and Davis, 1966; Dieterich et al., 1973; Quiring, 1951; Seabloom et al., 1978; To and Tamarin, 1977), and *M. pinetorum* (Christian, 1953). Dieterich et al. (1973) compared adrenal and other organ weights of *M. pennsylvanicus, M. oeconomus,* and seven other species of myomorph rodents including laboratory mice (*Mus musculus*). Adrenal weights averaged from 0.05 to 0.09% of body weight and were greater than values for *Mus* or most of the other species examined. Although the values were within the published range of averages for various species of *Microtus,* they do not reflect the known range of variation due to age, sex, reproductive condition, and response to external stimuli.

Significant changes in adrenal size occur with sexual maturation. In *M. montanus* and *M. pennsylvanicus,* adrenal size is not significantly different in juvenile males and females (McKeever, 1959; Seabloom et al., 1978). With sexual maturity, however, there is a decrease in relative adrenal size in males, but in females relative

BLM_0052750

TABLE 3

ANNUAL VARIATION IN ADRENAL WEIGHT [MG/100 G BODY WEIGHT ± *SE* (*N*)] OF *Microtus pennsylvanicus* FROM PINAWA, MANITOBA (FROM SEABLOOM ET AL., 1978)

| Season | Males | | Females | |
|---|---|---|---|---|
| | Age class | Adrenal weight | Age class | Adrenal weight |
| Late summer 1971 | J | 65.0 ± 5.1 (4) | J | 70.6 ± 31.8 (2) |
| | A | 28.3 ± 2.1 (7) | A | 107.4 ± 9.7 (5) |
| | | | P | 71.4 ± 0.0 (2) |
| Fall 1971 | J | 47.3 ± 4.8 (11) | J | 43.6 ± 4.8 (6) |
| | A | 29.3 (1) | A | 88.2 ± 13.7 (2) |
| Winter 1971–72 | I | 33.8 ± 3.4 (5) | I | 46.4 ± 5.7 (2) |
| Spring 1972 | A | 35.1 ± 2.5 (17) | A | 76.0 ± 6.0 (5) |
| | | | P | 98.5 ± 7.6 (11) |
| Early summer 1972 | SA | 41.3 ± 5.4 (6) | | |
| | A | 35.3 ± 4.7 (20) | A | 107.4 ± 6.7 (4) |
| | | | P | 115.2 ± 8.5 (15) |

Abbreviations of age classes are: J, juvenile; SA, subadult; A, adult; P, pregnant; I, inactive.

weight may be doubled (Table 3). Christian (1975) reviewed reported causal factors for the observed shifts in relative size, and noted that immature male *Microtus* along with many other species have an X-zone which is involuted by increased testosterone levels at puberty. Delost (1952) reported that the X-zone of Old World *M. arvalis* regenerates during periods of sexual inactivity. However, Seabloom et al. (1978) did not observe any adrenal enlargement of *M. pennsylvanicus* during winter, the only period when sexually inactive adult voles occurred.

Females of many species of small mammals have heavier adrenals than males (Chester Jones, 1957), but in *Microtus* the differences are especially pronounced (Christian and Davis, 1964, 1966). In the laboratory rat (*Rattus norvegicus*) the female adrenal may average 20–50 percent larger than that of the male (Chester Jones, 1957); sexually mature female *M. pennsylvanicus* may have adrenals two to four times as heavy as those of mature males (Table 3). This sexual dimorphism was attributed by Christian (1975) to: 1) different configurations of social stimuli between sexes; 2) estrogenic stimulation resulting in higher levels of corticosteroid binding

BLM_0052751

706     *Seabloom*

proteins in mature females; and 3) greater rates of hepatic metabolism and clearance of corticosteroids in females. Christian suggested that the lowering of free corticosteroids resulted in decreased inhibition of pituitary secretion of ACTH causing adrenal enlargement and increased secretion rate.

There has been some disagreement as to the nature of the X-zone in female *Microtus* and its contribution to adrenal size. In contrast to the situation in the male, the X-zone of female *Microtus* apparently persists until involution during the first pregnancy (Christian, 1956; Christian and Davis, 1964; Delost and Chirvan-Nia, 1956). However, Chitty and Clarke (1963) reported a persistent X-zone in females of the British vole, *M. agrestis,* which enlarges during pregnancy, thus accounting for the marked sexual dimorphism in adrenal size. This contention was refuted by Christian and Davis (1964), who cited evidence indicating that the inner juxtamedullary zone of the adrenal cortex of female *M. pennsylvanicus* is an "inner-fasciculata-reticularis" rather than an X-zone. Christian (1975) further suggested that X-zone involution in the female may be brought about by ovarian secretion of testosterone during pregnancy.

*Secretory Products*

The fluorometric characteristics of adrenocortical secretory products from *Microtus* have indicated corticosterone to be the major hormone produced (Olsen and Seabloom, 1973; Seabloom, 1965). Chromatographic evidence subsequently verified corticosterone as the major endogenous steroid produced from in vitro incubation of adrenals from *M. pennsylvanicus* and the British vole, *M. agrestis* (Ogunsua et al., 1971; Ungar et al., 1973, 1978). In addition to corticosterone, six other steroids have been identified in small amounts from in vitro metabolism of progesterone-4$^{14}$C or pregnenolone-4-$^{14}$C by *Microtus* adrenals (Table 4).

Ungar et al. (1973) initially identified 11-dehydrocorticosterone (Compound A) and other 11-keto rather than 11$\beta$-hydroxysteroids as the major products of incubation of adrenals from *M. pennsylvanicus.* This finding was not reported for other species and conflicted with fluorometric and other data implicating corticosterone (Compound B) as the major steroid produced. The presence of the 11-keto forms is indicative of a high level of 11$\beta$-hydroxysteroid dehydrogenase activity in the *Microtus* adrenal. Under the condi-

BLM_0052752

TABLE 4

STEROID PRODUCTS FROM METABOLISM OF RADIOACTIVE PRECURSORS BY *Microtus*
ADRENALS (FROM OGUNSUA ET AL., 1971; UNGAR ET AL., 1973, 1978)

| Product | *Microtus agrestis* | *Microtus pennsylvanicus* |
|---|---|---|
| Corticosterone | X | X |
| 11-Dehydrocorticosterone | X | X |
| 11-Deoxycorticosterone | X | |
| 18-Hydroxycorticosterone | X | |
| 18-Hydroxy-11-dehydrocor-ticosterone | | X |
| Tetrahydro-11-dehydrocor-ticosterone | | X |
| Aldosterone | X | |

tions of in vitro incubation in a closed system, Ungar et al. (1973) concluded that Compound B and other 11β-hydroxysteroids were formed and oxidized to the 11-keto form. They also noted that, whereas low levels of Compound A were detected in many species, significant levels were only found in incubations of rabbit adrenal.

In a subsequent study, Ungar et al. (1978) established Compound B as the major conversion product from steroid precursors incubated with homogenates of *Microtus* adrenals, and that Compound A formed a secondary conversion product via action of 11β-OHD (11β-hydroxysteroid dehydrogenase). They further noted a significant seasonal variation in 11β-OHD activity in *M. pennsylvanicus* and *M. ochrogaster*. Peak activity occurred during fall and winter and dropped markedly during spring and summer. They suggested that, in light of prior association of other components of adrenal function with reproductive activity, there may be a significant negative correlation between 11β-OHD activity and seasonal reproductive development.

*Level of Secretion*

Serum corticosterone levels averaged 50.4 (34.0 to 69.7) μg/100 ml in lab-raised male *M. pennsylvanicus* and 71.4 (58.5 to 83.9) μg/100 ml in females (Seabloom, 1965). Plasma levels reported for *M. townsendii* averaged 27 μg/100 ml in males and 234 μg/100 ml in females (McDonald and Taitt, 1982). Corticosterone concentra-

BLM_0052753

708   *Seabloom*

tions in *Microtus* were three to six times greater than those reported for laboratory mice and rats. However, studies of steroid levels in *Rattus* and *Mus* have been confined essentially to inbred domestic strains. The wild Norway rat (*Rattus norvegicus*) has adrenal glands several times larger than those of its domestic counterpart. While severity of daily living can be a factor in determination of adrenal size and secretion rate, Seabloom and Seabloom (1974) suggested that "if smaller size is related to reduced adrenal function, it is possible that in the process of selection for 'tameness' and in the absence of natural selective pressures certain genetic shifts, including those affecting adrenocortical function, may occur." Superfused adrenals of wild and domestic house mice exhibited significantly different levels of response to ACTH stimulation. Adrenals of wild house mice (*Mus musculus*) reared from birth by domestic mothers responded in the same manner as their wild-caught counterparts, indicating genetic differences between wild and domestic stocks rather than response to the stimuli of capture and handling.

Corticosterone levels in wild-caught *M. pennsylvanicus* were markedly higher than in laboratory-reared voles (Seabloom, 1965). Certainly, the captive environment does not provide the configurations of stimuli for adrenal response comparable to that occurring in the wild. However, the data also indicate that in the process of selection for domestication the responsiveness of the adrenal cortex in a wild species may be greatly diminished.

The initial exposure to the captive environment provides a significant stimulus for prolonged, elevated secretion of corticosterone in *M. pennsylvanicus* (Olsen and Seabloom, 1973). Both adrenal and serum corticosterone were highest on day 1 of captivity, declined rapidly until day 30, and then went into a more gradual decline until they appeared to stabilize around day 70 (Table 5). Regression coefficients of logs of adrenal and serum corticosterone levels on time were significantly different from zero in both males and females. Furthermore, the slopes of the regressions were significantly steeper in males than females. Consequently, wild *Microtus* must make profound physiologic adjustments during the first few weeks of captivity. The alteration in level of adrenocortical secretion subsequent to capture appears to provide an indicator of acclimation, and is also indicative of the difficulty in obtaining valid estimates of secretion in wild voles. Estimates of levels of secretion in captive colonies are subject to question because of selection for

BLM_0052754

TABLE 5

CORTICOSTERONE LEVELS $[(\bar{X} \pm SE\ (N)]$ IN *Microtus pennsylvanicus* AFTER VARYING PERIODS OF CAPTIVITY (AFTER OLSEN AND SEABLOOM, 1973)

| Day | Adrenal (nanograms/100 g body wt) | | Serum (nanograms/ml) | |
|-----|-----------------------------------|------------------------|----------------------|---------------------|
| | Males | Females | Males | Females |
| 1 | $9,051 \pm 1,469$ (6) | $8,360 \pm 1,083$ (6) | $1,397 \pm 131$ (6) | $1,562 \pm 470$ (6) |
| 10 | $3,733 \pm 979$ (5) | $4,291 \pm 737$ (5) | $915 \pm 152$ (5) | $907 \pm 247$ (5) |
| 20 | $2,855 \pm 1,228$ (5) | $4,150 \pm 463$ (7) | $773 \pm 211$ (5) | $883 \pm 155$ (7) |
| 30 | $1,567 \pm 264$ (10) | $4,214 \pm 521$ (10) | $494 \pm 94$ (9) | $776 \pm 119$ (10) |
| 40 | $1,044 \pm 130$ (11) | $3,607 \pm 721$ (9) | $496 \pm 57$ (10) | $972 \pm 156$ (7) |
| 50 | $2,054 \pm 329$ (10) | $3,525 \pm 653$ (10) | $418 \pm 47$ (10) | $660 \pm 87$ (9) |
| 60 | $1,056 \pm 209$ (10) | $4,633 \pm 1,193$ (10) | $304 \pm 52$ (10) | $992 \pm 251$ (10) |
| 70 | $675 \pm 126$ (9) | $1,784 \pm 424$ (10) | $300 \pm 49$ (10) | $590 \pm 150$ (10) |

BLM_0052755

710   *Seabloom*

tameness, while determination of normal secretion rates in wild-caught stocks appear to require extensive periods of acclimation.

*Periodicity*

The adrenal-cortical function of *M. pennsylvanicus* exhibits a marked daily periodicity, and can fluctuate as much as 157% around the 24-h mean (Fig. 1). Peaks of both serum and adrenal corticosterone occur in mid-afternoon and lows during hours of darkness. The daily rhythm is similar to that demonstrated for laboratory mice (*Mus musculus*), where the adrenal peak precedes the motor-activity peak by about 4 h. However, unlike *Mus, M. pennsylvanicus* does not exhibit a well-defined rhythm of daily motor activity (Seabloom, 1965). Under controlled conditions, there are successive short bursts of motor activity throughout the 24-h period. However, these bursts are more numerous and of longer duration during hours of darkness. Consequently, as with more distinctive nocturnal species, the *Microtus* adrenal cortex appears to be activated in anticipation of the onset of increased motor activity. Meier (1975) reviewed work on the functions of corticoid rhythms in a variety of vertebrates and concluded that the daily light-dark cycle is the principal entrainer of the daily adrenal cycle. The daily adrenal cycle in turn functions in entraining many metabolic and behavioral rhythms, including that of motor activity.

The superfused adrenal of *M. pennsylvanicus* exhibits an annual periodicity in response to ACTH stimulation which can be correlated with the animal's behavioral and reproductive state (Seabloom et al., 1978). Although there are no significant changes in adult male adrenal weight throughout the year, there is a gradual increase in magnitude of response to ACTH which peaks in spring, followed by a sharp drop during early summer (Table 6). A high level of secretory responsiveness occurs in pre-pubescent subadults during early summer. This peak, along with that exhibited by spring adults occurs in animals that have recently entered or are reaching breeding condition. Spring adults are in the process of establishing territories during a period of high aggression, whereas summer subadults represent inexperienced young interacting with a population of established intolerant adults. Consequently, the adrenal response in these cohorts of the population may be attributed to their behavioral state.

BLM_0052756



*Endocrinology* 711

FIG. 1. Daily change in serum and adrenal corticosterone in *Microtus pennsylvanicus* (from Seabloom, 1965, with permission).

BLM_0052757

TABLE 6

CORTICOSTERONE LEVELS (NANOGRAMS/5 ML SUPERFUSATE/100 G BODY WEIGHT) FOLLOWING SUPERFUSION OF ACTH-STIMULATED ADRENALS OF *Microtus pennsylvanicus* (AFTER SEABLOOM ET AL., 1978)

**Males**

| Season | Age class | Adrenal response | Late summer 1971 J | A | Fall 1971 J | A | Winter 1971–1972 I | Spring 1972 A | Early summer 1972 SA | A |
|---|---|---|---|---|---|---|---|---|---|---|
| Late summer 1971 | J | 326 | | | | | | | | |
| | A | 413 | | | | | | | | |
| Fall 1971 | J | 373 | | | | | | | | |
| | A | 331 | | | | | | | | |
| Winter 1971–1972 | I | 450 | | | | | | | | |
| Spring 1972 | A | 500 | X* | | X | | | | | |
| Early summer 1972 | SA | 486 | | | | | | | | |
| | A | 374 | | | | | | | | |

**Females**

| Season | Age class | Adrenal response | Late summer 1971 J | A | P | Fall 1971 J | A | Winter 1971–72 I | Spring 1972 A | P | Early summer 1972 A | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Late summer 1971 | J | 468 | | | | | | | | | | |
| | A | 492 | | | | | | | | | | |
| | P | 401 | | | | | | | | | | |
| Fall 1971 | J | 317 | | X | | | | | | | | |
| | A | 955 | X | X | X | X | | | | | | |
| Winter 1971–72 | I | 396 | | | | | X | | | | | |
| Spring 1972 | A | 778 | X | X | X | X | | X | | | | |
| Early summer 1972 | A | 439 | | | | | X | | X | X | | |
| | P | 386 | | | | | X | | X | X | | |

Abbreviations of age classes are: J, juvenile; SA, subadult; A, adult; P, pregnant; I, inactive.
* Denotes significant differences between responses ($P < 0.05$).

712

*Seabloom*

BLM_0052758

In adult and pregnant females, there is a marked peak adrenal response to ACTH which occurs in spring, but the increase in weight of the gland appears to lag, reaching maximum size during summer and fall (Tables 3 and 6). Estradiol enhances ACTH secretion (Coyne and Kitay, 1969), and estrogen dependent increases in corticoid binding during the breeding season result in compensatory adrenal growth and secretion (Christian, 1975). In *Microtus,* the time-lag between the peaks of adrenal responsiveness and glandular size increase appears to be significant, however, and complete dependence on adrenal weight as an index of seasonal changes in secretion may result in considerable timing error.

*Response to Stimuli*

Secretions of the adrenal cortex are involved in metabolic regulation and play a significant role in acclimation to environmental change. There is a plethora of reports involving adrenocortical response of laboratory species, especially mice and rats, to a variety of stimuli. However, in-depth studies involving wild species, including *Microtus,* are uncommon.

The duration of daily illumination appears to have an indirect effect on development and secretion of the adrenal cortex. In *M. montanus,* typical sexual dimorphism in adrenal size (see Adrenal Morphology) was masked in animals kept under short photoperiods (Pinter, 1968). Normal development of the adrenal, however, is probably more a direct function of reproductive status than photoperiod, whereas the daily light-dark cycle functions in entraining the 24-h corticoid rhythm (Meier, 1975).

The stimulus of captivity results in significant increases in serum and adrenal corticosterone in *M. pennsylvanicus* (see Level of Secretion). The relative response of males to captivity appears to be greater than that of females, but the total period of acclimation is about the same. After at least 70 days of confinement, corticosterone levels were considered to represent "complete" acclimation to the captive environment. However, it is not known if these levels were representative of those exhibited by free-living meadow voles in the wild.

There is a considerable body of evidence correlating adrenocortical activity with social or behavioral stimuli. The spring peak adrenal response to ACTH in adult male *M. pennsylvanicus* reported by Seabloom et al. (1978) (see Periodicity) is associated with

BLM_0052759

714    *Seabloom*

the season of elevated levels of male aggression (Turner and Iverson, 1973). Interactions between different behavioral components and the functioning of the adrenal-pituitary axis have been reviewed by Brain (1972), Bronson and Desjardins (1971), and Davidson and Levine (1972). Brain (1972) noted the difficulty in separating behavioral and physiological (gonadal) influences on adrenal function, but it generally is agreed that routine activity, fighting, sexual activity, and fear-motivated responses all cause elevated secretion of corticosteroids. These behaviors are at their peak during spring and are associated with territorial establishment and other events of the early breeding season. In like manner, the elevated adrenal response of subadult males during early summer may result from the stresses involved in recruitment of inexperienced pubescent animals into an established territorial population.

Population density may, in conjunction with other social factors, elicit increased rates of corticosteroid secretion. However, documentation of the effect of such factors on adrenocortical function has been extremely difficult because of the rapid and stereotyped response of the cortex to many different stimuli, and the consequent problem of distinguishing the response to the density-dependent stimulus from that to trapping and handling. Even though much has been written on correlation of adrenal function with fluctuations in population density in *Microtus,* there have been very few indepth studies dealing with confined or wild populations of this or any other genus of small mammal.

Studies of confined and free-living New World *Microtus* to date have correlated high population density with decreased eosinophil counts, an indicator of increased cortical activity (Louch, 1956, 1958), and increased adrenal weight (Christian, 1959; Christian and Davis, 1966). Subsequently, Christian (1975) presented data indicating significant positive correlations between adrenal weight and population size for female *M. pennsylvanicus,* but not for males. However, adrenal size in males was significantly correlated with degree of scarring (presumably from fighting). Using data from a variety of sources, Christian (1975) proposed that endocrine behavioral feedback mechanisms can operate in mammalian populations through aggressive encounters, resulting in increased pituitary-adrenal activity and diminished pituitary-gonadal activity "by peripheral feedbacks in the form of adrenal androgens and possibly pro-

gesterone, or by a short loop feedback in the form of ACTH inhibition of gonadotrophin secretion."

*Adrenocortical-Gonadal Interaction*

Adrenals of adult female *Microtus* may be two to four times larger than those of adult males, while levels of circulating corticosterone and adrenal response to ACTH can average 150–200% of observed values for adult males (see Adrenal Morphology, Levels of Secretion, Periodicity). Furthermore, response to ACTH by adrenals of pregnant female meadow voles is suppressed when compared to nonpregnant adults (Table 6; Seabloom et al., 1978).

Although the female-male and pregnant-nonpregnant cohorts are certainly exposed to differing configurations of social stimuli, there is overwhelming evidence based largely on work with other species for significant negative feedback between the pituitary-adrenal and pituitary-gonadal axes. Testosterone inhibits ACTH secretion, whereas estradiol is a known stimulus (Coyne and Kitay, 1969, 1971). Furthermore, progesterone inhibits corticosterone secretion (Rodier and Kitay, 1974). Consequently, adrenal enlargement and secretion in the male are inhibited with sexual maturation; secretory activity in the female is modulated by the relative levels of the principal gonadal hormones present at various stages of estrus and pregnancy. Hunter and Hunter (1972) noted that adrenal function may shift with stage of pregnancy, again a correlation with estrogen-progesterone balance. Therefore, the differing levels of ACTH responsiveness in non-pregnant and pregnant meadow voles can be interpreted in terms of estrogen and progesterone domination.

Conversely, a high level of adrenocortical activity can affect reproductive function. Christian (1975) noted that increased secretion of adrenal corticoids, androgens, progesterone, and other steroids is associated with inhibition of reproductive activity. Increased levels of adrenal androgens and progesterone may inhibit secretion of gonadotrophins. Christian also suggested that ACTH per se can act as a short-loop feedback inhibiting gonadotrophin releasers at the hypothalamic level. Pasley and Christian (1971) found that exogenous ACTH administration inhibited ovarian development, uterine development, and spermatogenesis in *M. pennsylvanicus,* effects similar to those observed in *Mus* and *Peromyscus.* In a sub-

BLM_0052761

716   *Seabloom*

sequent study, Pasley (1974) stimulated endogenous production of ACTH in *M. pennsylvanicus* through administration of metyrapone, an 11β-hydroxylase inhibitor. Following daily metyrapone injections, compensatory increase in ACTH production occurred, resulting in depressed body, uterine, and ovarian weights of females, and decreased seminal-vesicle weights of males. Pasley further noted that, in the absence of 11β-hydroxylation, ACTH stimulation enhances secretion of adrenal androgens, thus providing additional inhibition of gonadotrophin secretion.

## Summary and Conclusions

Detailed knowledge to date of the endocrinology of the North American *Microtus* is limited to certain aspects of the reproductive and adrenopituitary systems, involving six species. Comparative data are sparse; indeed, the literature indicates that values and mechanisms described for one species have been extrapolated readily to the entire genus and beyond.

North American representatives of the genus generally exhibit an annual periodicity of reproductive activity that results from a balance between an endogenus circannual rhythm and several known exogenous factors, including daily photoperiod, light intensity, temperature, nutritional cues, and social factors. The recent identification of naturally occurring plant compounds that can stimulate or inhibit reproduction in *M. montanus* has major significance in comparative physiology and ecology. If their effects can be demonstrated in other species, a new chapter will have been written in our understanding of the regulation of breeding cycles.

Olfactory cues involving pheromones contained in male urine have important regulatory effects on female maturation and induction of estrus. Recent studies have implicated the posterior olfactory bulb as providing a neuroendocrine link between the external environment and secretion of the reproductive regulators LHRH and norepinephrine.

Coitus-induced ovulation appears to be well established in both New World and Old World *Microtus* as an important phenomenon maximizing reproductive efficiency. Vaginal-cervical stimulation alone may be sufficient to induce ovulation, but there is also indication that pheromonal or other contact factors may play a role. Limited copulatory stimulation may result in formation of abnormally short-lived corpora lutea.

BLM_0052762

Male-induced pregnancy blockage in *Microtus* has been documented for pre-implantation and post-implantation stages, and there has been recent evidence for the "strange male" or Bruce effect resulting in poor litter survival following parturition. Odor alone is sufficient to effect blockage, and there is evidence that the phenomenon may be a side effect of induced estrus and ovulation.

All microtines studied go through a post-partum estrus, which occurs between one and four days following parturition. In some cases, estrus and ovulation may occur on the day of parturition.

Little work has been done on the control of lactation in *Microtus,* but estrogen and glucocorticoid-binding macromolecules have been demonstrated in the lactating mammary gland. There is some indication that the "strange male" or Bruce effect can apply to post-partum events, such as lactation, via hypothalamic inhibition of prolactin secretion.

In contrast to female *Microtus,* there has been little attention paid to male reproductive physiology. The morphology of the male reproductive tract has been described. The spermatogenic cycle has been described for *M. ochrogaster,* and circulating androgen levels are reported for *M. breweri* and *M. townsendii.*

Thyroid activity has been studied in four species of North American *Microtus.* Generally, activity is suppressed by high population density, food depletion, harassment, and shortened photoperiods. Serum thyroxine and rates of radioiodine release have been studied in *M. montanus, M. ochrogaster,* and *M. pennsylvanicus.* Blockage of thyroid secretion results in a 3°C increase in the highest air temperature tolerated without stress in *M. ochrogaster.* Serum thyroxine does not change with alteration of air temperature, but rate of radioiodine uptake is reciprocally related to air temperature.

Adrenal-weight relations have been recorded for six species of North American *Microtus,* and generally fall within the range of variation for other small mammals. With maturation, there is a significant sexual dimorphism in adrenal size. Relative adrenal weight in females is doubled; a decrease occurs in males that is associated with involution of the X-zone. In females, adrenal enlargement is associated with increase in inner cortical mass in response to greater rates of binding in plasma and hepatic clearance of corticosteroids.

Corticosterone is the major steroid secreted by the *Microtus* adrenal, but small amounts of other steroids also have been recorded. The occurrence of Compound A (11-dehydrocorticosterone) in *Mi-*

BLM_0052763

718    *Seabloom*

*crotus* adrenal-incubates indicates a very high level of 11β-hydroxysteroid dehydrogenase activity. There is indication that the level of dehydrogenase activity varies seasonally, being highest during fall and winter.

Levels of corticosterone secretion are significantly higher than those recorded for laboratory rats and mice, in spite of comparable relative adrenal size. These secretion rates may be attributed to the stimulus of capture and confinement, and to genetic adaptation of a wild species to its natural environment.

The adrenal cortex exhibits both daily and seasonal periodicity in secretion rate. The daily rhythm can fluctuate as much as 157% around the 24-h mean, with a peak in the afternoon and a low during hours of darkness. Seasonal adrenal response to ACTH stimulation is highest during spring (the early breeding season).

As with other species, *Microtus* adrenal function is influenced by many exogenous stimuli, including light, captivity, aggression, and population density. However, specific documentation of each response has been very difficult because of the sterotyped, high-magnitude response of the gland to all stimuli.

Adrenal-gonadal interactions have been demonstrated in New World *Microtus*. Adrenal enlargement and secretion in males is inhibited by high testosterone levels at puberty. Secretory activity in females is modulated by increased levels of gonadal hormones during estrus and pregnancy. At puberty and estrus, there is adrenal enlargement and a high secretion rate in the estrogen-dominated female, whereas high progesterone levels during pregnancy appear to inhibit adrenal response.

Conversely, ACTH administration has been shown to inhibit spermatogenesis and ovarian and uterine development in *M. pennsylvanicus*. The effect can be direct or via ACTH stimulation of adrenal androgen secretion, which in turn inhibits secretion of gonadotrophins.

## *Literature Cited*

ADAMS, M. R., R. H. TAMARIN, AND I. P. CALLARD. 1980. Seasonal changes in plasma androgen levels and the gonads of the beach vole, *Microtus breweri*. Gen. Comp. Endocrinol., 41:31–40.

ASDELL, S. A. 1964. Patterns of mammalian reproduction. Third ed. Cornell Univ. Press, Ithaca, New York, 670 pp.

BLM_0052764

BADDALOO, E. G. Y., AND F. V. CLULOW. 1981. Effects of the male on growth, sexual maturation, and ovulation of young female meadow voles, *Microtus pennsylvanicus.* Canadian J. Zool., 59:415–421.

BAILEY, V. 1924. Breeding, feeding, and other life habits of meadow mice (*Microtus*). J. Agric. Res., 27:523–537.

BATZLI, G. O., L. L. GETZ, AND S. S. HURLEY. 1977. Suppression of growth and reproduction of microtine rodents by social factors. J. Mamm., 58:583–591.

BEER, J. R., AND C. F. MACLEOD. 1961. Seasonal reproduction in the meadow vole. J. Mamm., 42:483–489.

BEERS, P. C., AND J. L. WITTLIFF. 1973. Identification and partial characterization of specific estrogen receptors in the vole (*Microtus montanus*). Comp. Biochem. Physiol., 46B:647–652.

BENTLEY, P. J. 1976. Comparative vertebrate endocrinology. Cambridge Univ. Press, London, 415 pp.

BERGER, P. J., AND N. C. NEGUS. 1974. Influence of dietary supplements of fresh lettuce on ovariectomized *Microtus montanus.* J. Mamm., 55:747–750.

———. 1982. Stud male maintenance of pregnancy in *Microtus montanus.* J. Mamm., 63:148–151.

BERGER, P. J., N. C. NEGUS, E. H. SANDERS, AND P. D. GARDNER. 1981. Chemical triggering of reproduction in *Microtus montanus.* Science, 214:69–70.

BERGER, P. J., E. H. SANDERS, P. D. GARDNER, AND N. C. NEGUS. 1977. Phenolic plant compounds functioning as reproductive inhibitors in *Microtus montanus.* Science, 195:575–577.

BRAIN, P. F. 1972. Mammalian behavior and the adrenal cortex—a review. Behav. Biol., 7:453–477.

BREED, W. G. 1967. Ovulation in the genus *Microtus.* Nature, 214:826.

BRONSON, F. H., AND C. DESJARDINS. 1971. Steroid hormones and aggressive behavior in mammals. Pp. 43–63, *in* The physiology of aggression and defeat (B. E. Eleftheriou and J. P. Scott, eds.). Plenum Publ. Corp., New York, 312 pp.

BRUCE, H. M. 1966. Smell as an exteroceptive factor. J. Anim. Sci., 25:83–87.

CARTER, C. S., L. L. GETZ, L. GAVISH, J. L. MCDERMOTT, AND P. ARNOLD. 1980. Male-related pheromones and the activation of female reproduction in the prairie vole (*Microtus ochrogaster*). Biol. Reprod., 23:1038–1045.

CHESTER JONES, I. 1957. The adrenal cortex. Cambridge Univ. Press, London, 316 pp.

CHITTY, H., AND J. R. CLARKE. 1963. The growth of the adrenal gland of laboratory and field voles, and changes in it during pregnancy. Canadian J. Zool., 41:1025–1034.

CHRISTIAN, J. J. 1953. The relation of adrenal weight to body weight in mammals. Science, 117:78–80.

———. 1956. Adrenal and reproductive responses to population size in mice from freely growing populations. Ecology, 37:258–273.

———. 1959. The roles of endocrine and behavioral factors in the growth of mammalian populations. Pp. 71–97, *in* Comparative endocrinology (A. Gorman, ed.). John Wiley and Sons, New York, 746 pp.

———. 1961. Phenomena associated with population density. Proc. Natl. Acad. Sci., 47:428–448.

———. 1963. Endocrine adaptive mechanisms and the physiologic regulation of population growth. Pp. 189–353, *in* Physiological mammalogy (W. V. Mayer and R. G. Van Gelder, eds.). Academic Press, New York, 1:1–381.

BLM_0052765

720     *Seabloom*

———. 1971. Population density and reproductive efficiency. Biol. Reprod., 4:248–294.

———. 1975. Hormonal control of population growth. Pp. 205–274, *in* Hormonal correlates of behavior (B. E. Eleftheriou and R. L. Sprott, eds.). Plenum Publ. Corp., New York, 806 pp.

CHRISTIAN, J. J., AND D. E. DAVIS. 1964. Endocrines, behavior, and population. Science, 146:1550–1560.

———. 1966. Adrenal glands in female voles (*Microtus pennsylvanicus*) as related to reproduction and population size. J. Mamm., 47:1–18.

CHRISTIAN, J. J., J. A. LLOYD, AND D. E. DAVIS. 1965. The roles of endocrines in the self-regulation of mammalian populations. Recent Prog. Horm. Res., 21:501–578.

CLULOW, F. V., AND P. E. LANGFORD. 1971. Pregnancy block in the meadow vole, (*Microtus pennsylvanicus*). J. Reprod. Fert., 24:275–277.

CLULOW, F. V., AND F. F. MALLORY. 1970. Oestrus and induced ovulation in the meadow vole, *Microtus pennsylvanicus*. J. Reprod. Fert., 23:341–343.

———. 1974. Ovaries of meadow voles, *Microtus pennsylvanicus*, after copulation with a series of males. Canadian J. Zool., 52:265–268.

COYNE, M. D., AND J. I. KITAY. 1969. Effect of ovariectomy on pituitary secretion of ACTH. Endocrinology, 85:1097–1102.

———. 1971. Effect of orchiectomy on pituitary secretion of ACTH. Endocrinology, 89:1024–1028.

CROSS, P. C. 1971. The dictyate oocyte of *Microtus montanus*. J. Reprod. Fert., 25:291–293.

———. 1972. Observations on the induction of ovulation in *Microtus montanus*. J. Mamm., 53:210–212.

DAVIDSON, J. M., AND S. LEVINE. 1972. Endocrine regulation of behavior. Ann. Rev. Physiol., 34:375–407.

DAVIS, H. N., G. D. GRAY, M. ZERYLNICK, AND D. A. DEWSBURY. 1974. Ovulation and implantation in montane voles (*Microtus montanus*) as a function of varying amounts of copulatory stimulation. Horm. Behav., 5:383–388.

DELOST, P. 1952. Le cortex surrenal du campagnol des champs (*Microtus arvalis*) et ses modification apres castration. Compt. Rend. Soc. Biol., 146:27–31.

DELOST, P., AND P. CHIRVAN-NIA. 1956. Donnes experimentales compares sur la zone X surrenalienne. Action de la cortisone et de la testosterone. Compt. Rend. Soc. Biol., 150:1330–1332.

DIETERICH, R. A., AND D. J. PRESTON. 1977. The meadow vole (*Microtus pennsylvanicus*) as a laboratory animal. Lab. Anim. Sci., 27:494–499.

DIETERICH, R. A., P. R. MORRISON, AND D. J. PRESTON. 1973. Comparative organ weights for eight standardized wild rodent species. Lab. Anim. Sci., 23:575–581.

DLUZEN, D. E., V. D. RAMIREZ, C. S. CARTER, AND L. L. GETZ. 1981. Male vole urine changes luteinizing hormone-releasing hormone and norepinephrine in female olfactory bulb. Science, 212:573–575.

FITCH, H. S. 1957. Aspects of reproduction and development in the prairie vole (*Microtus ochrogaster*). Misc. Publ. Mus. Nat. Hist., Univ. Kansas, 10:129–161.

GEYER, L. A., AND J. G. ROGERS, JR. 1979. The influence of light intensity on reproduction in pine voles, *Microtus pinetorum*. J. Mamm., 60:839–841.

GRAY, G. D., H. N. DAVIS, A. M. KENNEY, AND D. A. DEWSBURY. 1976. Effect of mating on plasma levels of LH and progesterone in montane voles (*Microtus montanus*). J. Reprod. Fert., 47:89–91.

BLM_0052766

GRAY, G. D., H. N. DAVIS, M. ZERYLNICK, AND D. A. DEWSBURY. 1974*a*. Oestrus and induced ovulation in montane voles. J. Reprod. Fert., 38:193–196.

GRAY, G. D., M. ZERYLNICK, H. N. DAVIS, AND D. A. DEWSBURY. 1974*b*. Effects of variations in male copulatory behavior on ovulation and implantation in prairie voles, *Microtus ochrogaster*. Horm. Behav., 5:389–396.

GREENWALD, G. S. 1956. The reproductive cycle of the field mouse, *Microtus californicus*. J. Mamm., 37:213–222.

————. 1957. Reproduction in a coastal California population of the field mouse, *Microtus californicus*. Univ. California Publ. Zool., 54:421–446.

GROCOCK, C. A. 1980. Effects of age on photo-induced testicular regression, recrudescence, and refractoriness in the short-tailed field vole *Microtus agrestis*. Biol. Reprod., 23:15–20.

GUSTAFSON, A. W., AND M. SHEMESH. 1976. Changes in plasma testosterone levels during the annual reproductive cycle of the hibernating bat, *Myotis lucifugus lucifugus*, with a survey of plasma testosterone levels in adult male vertebrates. Biol. Reprod., 15:9–24.

HASLER, J. F. 1975. A review of reproduction and sexual maturation in the microtine rodents. The Biologist, 57:52–86.

HASLER, M. J., AND C. H. CONAWAY. 1973. The effect of males on the reproductive state of female *Microtus ochrogaster*. Biol. Reprod., 9:425–436.

HASLER, M. J., AND A. B. NALBANDOV. 1974. The effect of weanling and adult males on sexual maturation in female voles (*Microtus ochrogaster*). Gen. Comp. Endocrinol., 23:237–238.

HINKLEY, R., JR. 1966. Effects of plant extracts in the diet of male *Microtus montanus* on cell types of the anterior pituitary. J. Mamm., 47:396–400.

HOULIHAN, R. T. 1963. The relationship of population density to endocrine and metabolic changes in the California vole *Microtus californicus*. Univ. California Publ. Zool., 65:327–362.

HOYTE, H. M. D. 1955. Observations on reproduction in some small mammals of arctic Norway. J. Anim. Ecol., 24:412–425.

HUDSON, J. W. 1980. The thyroid gland and temperature regulation in the prairie vole, *Microtus ochrogaster*, and the chipmunk, *Tamias striatus*. Comp. Biochem. Physiol., 65A:173–179.

HUNTER, J. S., AND F. HUNTER. 1972. Ovarian-adrenal-liver interactions during pregnancy and lactation in the rat. Endokrinologie, 59:1–47.

IMEL, K. J., AND R. P. AMANN. 1979. Effects of duration of daily illumination on reproductive organs and fertility of the meadow vole (*Microtus pennsylvanicus*). Lab. Anim. Sci., 29:182–185.

JANES, D. W. 1963. The reproductive system of the prairie vole, *Microtus ochrogaster*. Unpubl. Ph.D. dissert., Kansas State Univ., Manhattan, 110 pp.

JANNETT, F. J., JR. 1979. Experimental laboratory studies on the interactions of sympatric voles (Microtinae). Amer. Zool., 19:966.

JÖCHLE, W. 1973. Coitus-induced ovulation. Contraception, 7:523–564.

KENNEY, A. M., AND D. A. DEWSBURY. 1977. Effect of limited mating on the corpora lutea in montane voles, *Microtus montanus*. J. Reprod. Fert., 20:363–364.

KENNEY, A. M., R. L. EVANS, AND D. A. DEWSBURY. 1977*a*. Postimplantation pregnancy disruption in *Microtus ochrogaster, M. pennsylvanicus,* and *Peromyscus maniculatus*. J. Reprod. Fert., 49:365–367.

KENNEY, A. M., D. L. LANIER, AND D. A. DEWSBURY. 1977*b*. Effects of vaginal-cervical stimulation in seven species in muroid rodents. J. Reprod. Fert., 49:305–309.

BLM_0052767

722    *Seabloom*

KIRKPATRICK, R. L., AND G. L. VALENTINE. 1970. Reproduction in captive pine voles, *Microtus pinetorum*. J. Mamm., 51:779–785.

KREBS, C. J., M. S. GAINES, B. L. KELLER, J. H. MEYERS, AND R. H. TAMARIN. 1973. Population cycles in small rodents. Science, 179:35–41.

LABOV, J. B. 1977. Phytoestrogens and mammalian reproduction. Comp. Biochem. Physiol., 57A:3–9.

LEE, C., D. J. HORVATH, R. W. METCALF, AND E. K. INSKEEP. 1970. Ovulation in *Microtus pennsylvanicus* in a laboratory environment. Lab. Anim. Care, 20:1098–1102.

LOUCH, C. D. 1956. Adrenocortical activity in relation to the density and dynamics of three confined populations of *Microtus pennsylvanicus*. Ecology, 37:701–713.

————. 1958. Adrenocortical activity in two meadow vole populations. J. Mamm., 39:109–116.

MACFARLANE, J. D., AND J. M. TAYLOR. 1981. Sexual maturation in female Townsend's voles. Acta Theriol., 26:113–117.

————. 1982a. Nature of estrus and ovulation in *Microtus townsendii* (Bachman). J. Mamm., 63:104–109.

————. 1982b. Pregnancy and reproductive performance in the Townsend's vole, *Microtus townsendii* (Bachman). J. Mamm., 63:165–168.

MALLORY, F. F., AND F. V. CLULOW. 1977. Evidence of pregnancy failure in the wild meadow vole, *Microtus pennsylvanicus*. Canadian J. Zool., 55:1–17.

MCDONALD, I. R., AND M. J. TAITT. 1982. Steroid hormones in the blood plasma of Townsend's vole (*Microtus townsendii*). Canadian J. Zool., 60:2264–2269.

MCGUIRE, M. R., AND L. L. GETZ. 1981. Incest taboo between sibling *Microtus ochrogaster*. J. Mamm., 62:213–215.

MCKEEVER, S. 1959. Effects of reproductive activity on the weight of adrenal glands in *Microtus montanus*. Anat. Rec., 135:1–5.

MEIER, A. H. 1975. Chronoendocrinology of vertebrates. Pp. 469–549, *in* Hormonal correlates of behavior (B. E. Eleftheriou and R. L. Sprott, eds.). Plenum Publ. Corp., New York, 806 pp.

MILLIGAN, S. R. 1974. Social environment and ovulation in the vole, *Microtus agrestis*. J. Reprod. Fert., 41:35–47.

————. 1975. Mating, ovulation and corpus luteum function in the vole, *Microtus agrestis*. J. Reprod. Fert., 42:35–44.

MORRISON, P. R., R. A. DIETERICH, AND D. J. PRESTON. 1976. Breeding and reproduction of fifteen wild rodents maintained as laboratory colonies. Lab. Anim. Sci., 26:232–243.

MULLEN, D. A. 1960. Adrenal weight changes in *Microtus*. J. Mamm., 41:129–130.

NEGUS, N. C., AND P. J. BERGER. 1971. Pineal weight response to a dietary variable in *Microtus montanus*. Experientia, 27:215–216.

————. 1977. Experimental triggering of reproduction in a natural population of *Microtus montanus*. Science, 196:1230–1231.

NEGUS, N. C., AND A. J. PINTER. 1966. Reproductive responses of *Microtus montanus* to plants and plant extracts in the diet. J. Mamm., 47:596–601.

NEGUS, N. C., P. J. BERGER, AND L. G. FORSLUND. 1977. Reproductive strategy of *Microtus montanus*. J. Mamm., 58:347–353.

OGUNSUA, A. O., A. F. DENICOLA, H. TRAIKOV, M. K. BIRMINGHAM, AND S. LEVINE. 1971. Adrenal steroid biosynthesis by different species of mouselike rodents. Gen. Comp. Endocrinol., 16:192–199.

BLM_0052768

OLSEN, D. E., AND R. W. SEABLOOM. 1973. Adrenocortical response to captivity in *Microtus pennsylvanicus.* J. Mamm., 54:779–781.

PASLEY, J. N. 1974. Effects of metyrapone on reproductive organs of the meadow vole, *Microtus pennsylvanicus.* J. Reprod. Fert., 40:451–453.

PASLEY, J. N., AND J. J. CHRISTIAN. 1971. Effects of ACTH on voles (*Microtus pennsylvanicus*) related to reproductive function and renal disease. Proc. Soc. Exp. Biol. Med., 137:268–272.

PASLEY, J. N., AND T. D. MCKINNEY. 1973. Grouping and ovulation in *Microtus pennsylvanicus.* J. Reprod. Fert., 34:527–530.

PETTERBORG, L. J. 1978. Effect of photoperiod on body weight in the vole, *Microtus montanus.* Canadian J. Zool., 56:431–435.

PINTER, A. J. 1968. Effects of diet and light on growth, maturation, and adrenal size of *Microtus montanus.* Amer. J. Physiol., 215:461–466.

PINTER, A. J., AND N. C. NEGUS. 1965. Effects of nutrition and photoperiod on reproductive physiology of *Microtus montanus.* Amer. J. Physiol., 208:633–638.

PISTOLE, D. H., AND J. A. CRANFORD. 1982. Photoperiodic effects on growth in *Microtus pennsylvanicus.* J. Mamm., 63:547–553.

PRENTICE, R. C., AND B. A. SHEPHERD. 1978. The relationship between the ovarian vesicular follicle population and serum estradiol-17β concentration in *Microtus ochrogaster ochrogaster.* Trans. Illinois State Acad. Sci., 71:286–290.

QUIRING, D. P. 1951. A comparison between *Microtus drummondi* (Aud. & Bach.) and *Microtus pennsylvanicus pennsylvanicus.* Growth, 15:101–120.

RICHMOND, M. E. 1967. Reproduction of the vole, *Microtus ochrogaster.* Unpubl. Ph.D. dissert., Univ. Missouri, Columbia, 108 pp.

RICHMOND, M. E., AND C. H. CONAWAY. 1969a. Management, breeding, and reproductive performance of the vole, *Microtus ochrogaster,* in a laboratory colony. Lab. Anim. Care, 19:80–87.

———. 1969b. Induced ovulation and oestrous in *Microtus ochrogaster.* J. Reprod. Fert. Suppl., 6:357–376.

RICHMOND, M. E., AND R. A. STEHN. 1976. Olfaction and reproductive behavior in microtine rodents. Pp. 198–217, *in* Mammalian olfaction, reproductive processes and behavior (R. L. Doty, ed.). Academic Press, New York, 344 pp.

RODIER, W. I., AND J. I. KITAY. 1974. The influence of progesterone on adrenocortical function in the rat. Proc. Soc. Exp. Biol. Med., 146:376–380.

RUGH, R. 1968. The mouse: its reproduction and development. Burgess, Minneapolis, 430 pp.

SANDERS, E. H., P. D. GARDNER, P. J. BERGER, AND N. C. NEGUS. 1981. 6-methoxybenzoxazolinone: a plant derivative that stimulates reproduction in *Microtus montanus.* Science, 214:67–69.

SCHADLER, M. H. 1980. The effect of crowding on the maturation of gonads in pine voles, *Microtus pinetorum.* J. Mamm., 61:769–744.

———. 1981. Postimplantation abortion in pine voles (*Microtus pinetorum*) induced by strange males and pheromones of strange males. Biol. Reprod., 25:295–297.

———. 1982. Strange males block pregnancy in lactating pine voles, *Microtus pinetorum,* and effect survival and growth of nursing young. Proceedings of the eastern pine and meadow vole symposium, 6:132–138.

SCHADLER, M. H., AND G. M. BUTTERSTEIN. 1979. Reproduction in the pine vole, *Microtus pinetorum.* J. Mamm., 60:841–844.

BLM_0052769

724   *Seabloom*

SCHULER, H. M., AND H. T. GIER. 1976. Duration of the cycle of the seminiferous epithelium in the prairie vole (*Microtus ochrogaster*). J. Exp. Zool., 197: 1–12.

SEABLOOM, R. W. 1965. Daily motor activity and corticosterone secretion in the meadow vole. J. Mamm., 46:286–295.

SEABLOOM, R. W., AND N. R. SEABLOOM. 1974. Response to ACTH by superfused adrenals of wild and domestic house mice (*Mus musculus*). Life Sci., 15: 73–82.

SEABLOOM, R. W., S. L. IVERSON, AND B. N. TURNER. 1978. Adrenal response in a wild *Microtus* population: seasonal aspects. Canadian J. Zool., 56:1433–1440.

STEHN, R. A., AND F. J. JANNETT, JR. 1981. Male-induced abortion in various microtine rodents. J. Mamm., 62:369–372.

STEHN, R. A., AND M. E. RICHMOND. 1975. Male-induced pregnancy termination in the prairie vole, *Microtus ochrogaster*. Science, 187:1211–1213.

TO, L. P., AND R. H. TAMARIN. 1977. The relation of population density and adrenal gland weight in cycling and non-cycling voles (*Microtus*). Ecology, 58:928–934.

TURNELL, R. W., P. C. BEERS, AND J. L. WITTLIFF. 1974. Glucocorticoid-binding macromolecules in the lactating mammary gland of the vole. Endocrinology, 95:1770–1773.

TURNER, B. N., AND S. L. IVERSON. 1973. The annual cycle of aggression in male *Microtus pennsylvanicus*, and its relation to population parameters. Ecology, 54:967–981.

UNGAR, F., R. GUNVILLE, AND R. W. SEABLOOM. 1973. 11-dehydrocorticosterone (Compd. A) formation by the *Microtus* adrenal. Steroids, 22:503–514.

———. 1978. Seasonal variation in adrenal 11β-hydroxysteroid dehydrogenase activity in the meadow vole (*Microtus pennsylvanicus*). Gen. Comp. Endocrinol., 36:111–118.

VAN TIENHOVEN, A. 1968. Reproductive physiology of vertebrates. Saunders, Philadelphia, 498 pp.

VAUGHAN, M. K., G. M. VAUGHAN, AND R. J. REITER. 1973. Effect of ovariectomy and constant dark on the weight of reproductive and certain other organs in the female vole, *Microtus montanus*. J. Reprod. Fert., 32:9–14.

VAUGHAN, M. K., R. J. REITER, G. M. VAUGHAN, L. BIGELOW, AND M. D. ALTSCHULE. 1972. Inhibition of compensatory ovarian hypertrophy in the mouse and vole: a comparison of Altschule's pineal extract, pineal indoles, vasopressin, and oxytocin. Gen. Comp. Endocrinol., 18:372–377.

BLM_0052770

# REPRODUCTIVE PATTERNS

## Barry L. Keller

### Abstract

VARIATION in breeding duration, breeding intensity, and litter size of New World voles is reviewed. Most species appear to follow a facultative strategy with regard to environmental cues that mediate onset and duration of breeding. Eight species (*Microtus californicus, M. oregoni, M. townsendii, M. montanus, M. ochrogaster, M. oeconomus, M. pennsylvanicus,* and *M. pinetorum*) show considerable variation in their breeding periods, whereas six (*M. breweri, M. chrotorrhinus, M. longicaudus, M. mexicanus, M. richardsoni,* and *M. xanthognathus*) appear to have restricted breeding seasons. Early termination or late initiation of breeding are found in species displaying either annual or multi-annual cycles, and it is still not clear why such breeding variations occur. Pregnancy rate does not appear to vary in predictable patterns among species or years, but seasonal variations are apparent. It is unclear whether success of copulation and capacity of a strange male to block pregnancy are important in natural populations, as contrasted to effects documented for laboratory populations. Age at maturation may directly affect breeding intensity, whereas minor variations in sex ratio appear unimportant. Significant changes in breeding intensity can be affected by major disruption of the sex ratio such that the social structure of populations is affected. Age at sexual maturation and length of breeding season may change with such perturbations, but it is not clear whether such effects occur in all species. Small differences in litter size appear to be a phenotypic rather than a genotypic response to environmental variation. *M. pinetorum* has the smallest litter size, *M. xanthognathus* the largest; but it is not clear why litter sizes differ between species. Contrasts within and among species are encumbered because of differences in seasons of collection of specimens, sampling intensity, and inappropriate use of statistical techniques. Age and parity of the female and a variety of other factors may affect litter size. Pre- and post-implantation losses do not appear to significantly affect the reproductive output for the

725

few species studied, but temporal or geographic differences in litter size may contribute to the capacity of a population to cycle.

A plea is made for development of corroborative experiments that critically test the importance of reproductive patterns detailed in descriptive studies. Some experiments are suggested that would increase our understanding of the importance of seasonal and annual differences in reproductive patterns among species.

## *Introduction*

Reproductive attributes of microtine rodents have been investigated widely, but the genus *Microtus* has been studied most extensively (Hasler, 1975). Laboratory or field studies have been reported for 18 species, although reproductive data are available for *M. abbreviatus, M. canicaudus,* and *M. miurus,* largely as a result of studies associated with laboratory colonies. No field studies are published for *M. coronarius, M. guatemalensis, M. nesophilus, M. oaxecensis, M. umbrosus, M. quasiater,* and *M. abbreviatus. Microtus californicus, M. longicaudus, M. montanus, M. ochrogaster, M. pennsylvanicus,* and *M. pinetorum* have been studied at widely separated geographical locations, whereas geographical variation in reproductive patterns of *Microtus agrestis* have received the most attention in Europe. I include, for contrast, some information on winter breeding for the field vole (*M. agrestis*), because Ellerman and Morrison-Scott (1951:702) suggested and Klimkiewicz (1970) presented morphometric evidence that *Microtus agrestis* is conspecific with *M. pennsylvanicus.* By contrast, Matthey (1952) noted chromosomal differences and Johnson (1968) showed that serological differences exist between *M. agrestis* and *M. pennsylvanicus.* Thus, I treat *M. pennsylvanicus* as a distinct species. Additionally, I include winterbreeding information from the Old World literature for *M. oeconomus* (European root vole), although the North American tundra vole (*M. ratticeps?*) may not be conspecific with the root vole (Hall, 1981).

This chapter is limited to a consideration of factors known or suspected, on the basis of field and laboratory evidence, to affect reproductive performance of voles in natural populations. I avoid review of evolutionary implications and anatomical and endocrinological aspects of reproduction, as they are considered elsewhere (see Carleton, this volume; Phillips, this volume; Seabloom, this

BLM_0052772

volume). I have considered environmental factors known to influence the breeding effort.

Laboratory studies of endogenous factors known to affect reproductive performance of voles suggest many predictions that could be field-tested. Unfortunately, definitive evidence is lacking as to whether these processes, particularly pheromonally mediated events, are important controls of reproductive tactics for natural populations. I have assumed reproductive, aggressive, and recognition behavior of individual voles is mediated at least partially by pheromones distributed from specialized glands (Quay, 1962, 1965, 1968). Certain olfactory cues can moderate behavior (Beard, 1978; Jannett, 1981*a*; Lyons, 1979) and these substances may be found to be important for integration of breeding.

Only recently have we begun to recognize that the social fabric of vole populations may be important in the integration of reproductive processes (Anderson, 1980; Getz, 1978; Jannett, 1980; Lidicker, 1980; Madison, 1980; Wolff, 1980). This adds confusion to the literature because many field studies have described reproductive patterns without regard for reproductive mechanisms disrupted through data collection procedures or experimental manipulation. For example, we do not know if post-partum breeding in a pair-bonding species such as *M. ochrogaster* (Getz et al., 1981) is permanently disrupted by removing females to determine litter size in conjunction with experiments (see Cole and Batzli, 1978). Can reproductive estimates be compared in populations subjected to disruption of incest taboos (McGuire and Getz, 1981) or maturation controls (Hasler and Nalbandov, 1974)? Clearly, removal of a sample of individuals to assess reproductive parameters by autopsy (Keller and Krebs, 1970; Rose and Gaines, 1978) may significantly affect the remaining social structure and reproductive pattern owing to action through the Whitten effect (Whitten, 1956) or the Bruce effect (Bruce, 1959) on breeding performance. Rose and Gaines (1978) certainly altered the breeding intensity of their selectively trapped populations by removing only animals weighing >20 g, and their subsequent samples, taken at approximately 2-month intervals, probably reflected enhanced reproductive effort, lowered ages at sexual maturity, and altered reproductive fitness of individuals.

Infrequent disruptions of social or age structure of voles may be unimportant. However, we presently lack carefully graded and rep-

728    *Keller*

licated experiments that would separate effects disruptive to repro-
ductive processes, as observed in the laboratory, from processes that
occur naturally under field conditions. The extent to which varia-
tion in reproductive patterns of voles is due to investigator-induced
changes in field populations and to artifacts caused by modifications
of social structure in the laboratory must be clarified.

This chapter is subsectioned in accord with the early studies of
Hamilton (1937, 1941), who suggested that changes in density for
*M. pennsylvanicus* were fostered by: 1) increased duration of the
reproductive season such that females produced more litters; 2) an
acceleration of the rate of breeding; and 3) an increase in the num-
ber of young produced by pregnant females. These initial premises
have been used as focal points in many field studies of voles. Only
now are variations in reproductive performance among individual
voles and heritability of litter size, age at sexual maturity, and
ability to breed during winter beginning to be investigated under
field conditions. More research needs to be concentrated on this
aspect of microtine reproductive biology.

## Length of Breeding Season

Seasonal rhythms in reproduction in New World voles may result
from a variety of factors, including temperature, dehydration, pho-
toperiod, nutrition (see Batzli, this volume), and chemical cues.
Additionally, both phenotypic (Christian, 1971) and genotypic
(Clarke, 1977; Keller and Krebs, 1970) differences among individ-
uals may affect reproductive capabilities of voles. Further, spacing
behavior, which may be mediated partially by pheromones, may
alter reproductive performance. It remains to be discovered, how-
ever, which pheromones are released in response to exogenous or
endogenous factors in natural populations. In the laboratory, their
release has been related to endogenous hormone production (Mil-
ligan, 1976), but endocrine responses leading to initiation of breed-
ing appear to be intimately related to environmental cues (Sea-
bloom, this volume). Thus, environmental cues may control the
onset and perhaps the duration of the breeding effort, but a network
of intrinsic cues may integrate breeding processes. This network
may very well be tied to behavioral systems.

BLM_0052774

*Environmental Cues*

Baker and Ranson (1932) suggested that photoperiod was a synchronizing agent in voles. During their studies on *M. oregoni,* Cowan and Arsenault (1954) suggested that both temperature and photoperiod operated in combination to initiate breeding. Greenwald (1957) and Hoffmann (1958) noted a correspondence between green vegetation and reproduction in *Microtus californicus,* a relationship also suggested by Batzli and Pitelka (1971) on the basis of extensive analysis of the diet of this species. Subsequently, Lidicker (1976) studied *M. californicus* in artificially watered enclosures during the California dry season and concluded that water and vegetation determined the length of the breeding season. Pinter and Negus (1965), studying the effect of photoperiod and a supplement of sprouted wheat, concluded that reproduction in *M. montanus* was enhanced by a combined action of diet, photoperiod, and other environmental variables. Negus and Pinter (1966) subsequently suggested that "phytoestrogens" constituted an important environmental stimulus for reproduction in montane voles, but Berger and Negus (1974) demonstrated that the stimulatory plant substances were not estrogenic. Rather, they appear to act through the pineal-hypothalamic-pituitary axis, increasing the production of substances that elicit steroid production by the ovaries and testes (Seabloom, this volume). The induction of reproductive activity by a "start cue" has been demonstrated in field populations of *M. montanus* during two winters (Negus and Berger, 1977). Conversely, Sanders (1976) extracted cinnamic acids and their related vinylphenols, which are naturally occurring plant compounds, and concluded that they inhibited reproduction in montane voles but that the physiological response times were longer for males than for females. Berger et al. (1977) suggested that these compounds serve as stop cues, indicating the termination of a food supply conducive to breeding activity. Most recently, Sanders et al. (1981) identified a compound (6-MBOA) that can trigger reproduction in *Microtus montanus*; Berger et al. (1981) suggested that this compound may be generally important in cueing reproduction in other species.

It seems doubtful that all New World species have adopted a strategy of using vegetation as an ultimate Zeitgeber, because a varied diet is known to exist for different species (Batzli, this volume). Negus et al. (1977) proposed that voles in highly predictable

BLM_0052775

730   *Keller*

environments may be selected for stereotyped breeding seasons. In such environments, the central cue might consist of a fixed parameter such as photoperiod. By contrast, species requiring a facultative reproductive strategy may be selected to cue, although not necessarily completely, on substances available during periods favorable for breeding.

It seems to me, because environments tend to vary in plant composition on a temporal basis, that mid-continental populations of vole species with broad distributions might possess differing cue sensitivities based upon the predictability of the environment in which they live. Studies are needed to quantify variations in response to a variety of environmental cues among individuals of single species collected along geographical and altitudinal gradients. Perhaps the quantities of plant cues or the nutritional value of vegetation mediate the integrity of the breeding process by altering sensitivities to other cues, but we lack quantitative information on response to cues for any geographic area.

*Breeding Duration*

New World voles possess considerable variation in their periods of reproduction. This variation may result in differences in amplitude displayed by populations that undergo either annual or multi-annual cycles, although other influences could be important as well. Birney et al. (1976) suggested that cover, especially because it affects a variety of factors that impinge upon voles, may affect amplitude, and Krebs et al. (1969) noted that frustration of dispersal also affected amplitude.

Two patterns of variation in the duration of the reproductive period are commonly reported for New World voles. First, peak density populations often appear to terminate breeding early in the summer of peak numbers and initiate breeding late the following spring. Secondly, at least nine species are known to occasionally extend reproduction into the dry or winter season. Keller and Krebs (1970) suggested that the progeny of winter breeders might be at a selective advantage. However, only a limited amount of information has been developed on the extent, success, and causes of extended reproduction. Early investigators often attributed winter breeding to the quantity (Bailey, 1924; Fitch, 1957; Hamilton, 1937) or quality (Fuller, 1967) of the food supply. Unfortunately, only An-

BLM_0052776

derson (1975) has attempted to determine whether individual aseasonal breeders (winter breeders in her study) are genetically distinct. Her results for *Microtus townsendii* indicate a lack of heritability for this trait. Similarly, Clarke (1977) speculated that sexual development in winter-breeding *M. agrestis* may be due to the prevalence of genetically distinct individuals that have a greater tendency to breed under short photoperiods.

Our knowledge of the importance of winter breeding is fragmentary for a number of reasons. The preponderance of studies completed in areas of snowfall have been conducted during summers. Further, repeatability has rarely been measured where winter breeding has been documented, and the causes for breeding often have been evaluated post hoc (but see Getz et al., 1979). Some of the difficulty in obtaining such information results from a lack of employment of sampling systems now available or recently developed (Fay, 1960; Iverson and Turner, 1969; Keller et al., 1982; Larsson and Hansson, 1977; Merritt and Merritt, 1978; Pruitt, 1959), but the winter ecology of small mammals is now receiving increased attention.

### Species with Restricted Breeding Periods

Recognizing that further study may demonstrate substantial shifts in the breeding seasons of all species, I would presently list five species (*M. breweri, M. longicaudus, M. mexicanus, M. richardsoni,* and *M. xanthognathus*) as seasonally restricted breeders. The breeding season of *M. breweri* generally extends from April through October. Tamarin (1977*a*) suggested that the duration of the breeding effort for this species was consistent during his 3-year study and that a delay of breeding during one spring was followed by an extension of breeding the following fall. Goldberg et al. (1980) noted significant dietary shifts in the beach vole (*M. breweri*) that appeared to correspond with the non-breeding period, but a cause–effect relationship has not been demonstrated.

Some data are available on the breeding habits of *M. longicaudus* and *M. mexicanus.* As a result of his 61-week study in New Mexico, Conley (1976) suggested that the breeding season for the long-tailed vole ceased in October and was resumed during spring. *M. mexicanus* trapped in the same area were breeding from May through November. Based upon lack of recruitment the following year, Con-

ley (1976) suggested that the Mexican vole did not breed during winter, but he did not sample his area from mid-November to May. He suggested *M. longicaudus* populations were completing a peak-decline phase and *M. mexicanus* a low phase during his study, but his data from *M. mexicanus* actually suggest that the Mexican vole is an annual cyclic species. Baker (1956), by contrast, found pregnant Mexican voles during January in Coahuila, Mexico. Thus, without further data, the characterization of this species as a seasonally restricted breeder should be considered tentative. Farris (1971) found *Microtus longicaudus* breeding from March through October in Washington and cited 17 years of snap-trapping samples collected between October 12 and November 9 in which only two of 93 adult females were pregnant. It is of interest to note that he suggested long-tailed voles on his study area were seed (*Rosa*) and bark (*Symphoricarpos albus*) feeders during fall and winter (Farris 1971:74). Van Horn (1982) observed breeding from mid-May through mid-September in long-tailed voles found in coniferous forest in southeast Alaska. *Microtus longicaudus* did not appear to exhibit a multi-annual cycle during the combined 3-year study of Farris (1971) and Wright (1971), or during Van Horn's (1982) 3-year study.

Subdivision of populations of the water vole, *M. richardsoni,* into small isolated groups (Anderson et al., 1976) and the sociobiology of the yellow-cheeked vole, *Microtus xanthognathus* (Douglass, 1977; Wolff and Lidicker, 1980), would appear to preclude extension of their respective breeding seasons. In Alberta, the water vole bred from June through August, but only the first litters matured in their season of birth. No winter breeding was evident in summer samples of overwintered individuals during a 1-year study by Anderson et al. (1976). The yellow-cheeked vole bred from early May to July and young did not breed during their season of birth (Wolff and Lidicker, 1980; Youngman, 1975). Males initiated breeding approximately 1 month before females (Wolff and Lidicker, 1980), a condition also observed by Douglass (1977) during a 3-year live-trapping study. Douglass (1977), however, found females breeding in August, but none in September. Wolff and Lidicker (1980) also noted that males achieved maximum seminal-vesicle length 2 weeks to 1 month after the testis size declined in this species, a condition that may be important to social integration of non-breeding individuals that form midden groups (Wolff and Lidicker, 1981) during

winter. We do not know how the duration of breeding would be affected during periods of irruption in either the yellow-cheeked or water vole; however, Youngman (1975) suggested such irruptions occur about every 20 years in *M. xanthognathus*. The intervals between irruptions are unknown in *M. richardsoni* (Anderson et al., 1976).

In summary, significant variations in length of breeding season appear to be largely absent in five species of New World voles studied over periods of one to several years. I would tentatively add that, although annual or multi-annual live-trapping studies are not available for rock voles (*M. chrotorrhinus*), museum and field-collection data suggest that this species has a restricted breeding season extending from March to mid-October (Kirkland, 1977; Martin, 1971; Timm et al., 1977). It remains to be established if rock voles undergo cycles in optimal habitat (species review: Kirkland and Jannett, 1982).

### Species with Variable Breeding Periods

Considerable variation occurs in length of the breeding season of voles found in both snow-free areas and areas covered by moderate or limited snow. Extension of the breeding season has been found under both conditions and at least one species that does not usually demonstrate multi-annual cycles, *M. townsendii*, occasionally undergoes extension of the breeding season into winter (Krebs, 1979; Taitt and Krebs, this volume).

In snow-free areas, *M. californicus* displays both annual (Krohne, 1982; Lidicker, 1973) and multi-annual cycles (Krebs, 1966). Lidicker (1973) suggested that this species usually shows a monotonous pattern of breeding that begins several months after autumn rains (September to December) and terminates with the desiccation of vegetation (usually June). Batzli and Pitelka (1971), Bowen (1982), Greenwald (1957), Hoffmann (1958), Lidicker and Anderson (1962), Pearson (1963), and others have also proposed that breeding closely corresponds to wet seasons for the California vole. However, Lidicker (1973) noted one multi-annual cycle that was associated with a continued breeding effort during the dry season, which he attributed to high-quality habitat and an unusual early rainfall in September. Krohne (1982), who studied a northern coastal population for several years, found that breeding extended well into

734    *Keller*

summer in a population that did not cycle, and Batzli and Pitelka (1971), Greenwald (1957), Krebs (1966), and Krebs and DeLong (1965) found that breeding can be extended during dry seasons in populations displaying multi-annual fluctuations. Krebs (1966) also failed to find breeding females for over 2 months following an October rain that produced green vegetation. Lidicker (1976) subsequently analyzed breeding variation by artificially watering enclosures containing voles during dry periods. He suggested that adequate food was required for reproduction; available moisture, including dew, was the most important factor controlling length of the breeding season, and individuals subjected to dehydration delayed reproduction in spite of adequate food.

*Microtus oregoni* appears to vary its breeding habits with the quality of the habitat it occupies. Gashwiler (1972) suggested that creeping voles breed from mid-February to mid-September in clear-cut and virgin Douglas fir forests in western Oregon. By contrast, Sullivan (1980) suggested that these voles breed from April to August on both burned and unburned cutover areas in British Columbia. Redfield et al. (1978a) showed that experimental disruption of the sex ratio affects the duration of breeding (see below). In a study of five populations of *M. oregoni,* Sullivan and Krebs (1981) failed to find a consistent pattern of breeding in four different types of habitat. It is noteworthy that the highest vole densities achieved during their study (Sullivan and Krebs, 1981:Fig. 5) occurred on an area suggested to be optimal habitat, and that a short burst of breeding following a mild winter occurred on this area. Breeding rapidly terminated, but resumed earlier than that observed on a similar old-field grid where *M. townsendii* was present and may have been a competitor.

*Microtus townsendii* populations in coastal British Columbia have been studied very thoroughly by experimentation. Perhaps with one or two exceptions, they did not display multi-annual cycles (Krebs, 1979; Taitt and Krebs, this volume). Breeding duration, although not reported by a long-term autopsy study, usually began early in spring and terminated in fall, but a number of exceptions were documented. Winter breeding (December to February), as assessed by the presence of lactating females, was documented for three populations (two control, one experimental) at a reduced level (18–22%), whereas seven populations displayed limited breeding (1–10%), and three others none at all (Krebs, 1979). No commonality

BLM_0052780

was found among populations breeding during winter, but two of the three populations displaying limited winter breeding achieved higher peak densities the following year. The third population (experimental) was subjected to a pulse-removal experiment that may have affected the speed of growth; enumeration was not carried out beyond May (Krebs, 1979:Fig. 5). Thus, we do not know the ultimate density that this population might have achieved. Anderson (1975) showed that the tendency of breeding in winter is not inherited to any extent in Townsend's voles.

Besides extensions of the breeding season, early cessation and late initiation of breeding periods also have been noted (Anderson and Boonstra, 1979; Beacham, 1980; LeDuc and Krebs, 1975). Beacham (1980) suggested that dispersal and death of fast-growing, early-maturing Townsend's voles may result in a shortened breeding season during summers of peak density. Other variations also have been documented. Boonstra and Krebs (1977) noted reduction to near zero in mid-summer breeding in an enclosed population at peak density, and Taitt and Krebs (1981) were able to shorten non-breeding periods with extra food. Taitt et al. (1981) achieved the same effect with extra cover. Neither female nor male enrichment of the sex ratio (see below) significantly altered length of the breeding season (Redfield et al. 1978b).

In areas that usually receive snowfall, inconsistent patterns of winter breeding occur. In their review of winter breeding in *Microtus,* Keller and Krebs (1970) suggested that individuals of high body weight continue to breed during the winter months of population increase and that this breeding appeared to lead to population peaks. Subsequent studies suggest that winter breeding is not always associated with periods of population expansion in at least six species.

*Microtus montanus* was found to undergo multi-annual fluctuations in three cycles monitored over a 10-year period by Negus in Wyoming (*in* Jannett, 1977) and one cycle monitored by Hoffmann (1958) in California. Pattie (1967) and Hoffmann (1974) both suggested that alpine populations do not cycle, however. Hoffmann (1958) concluded after a 3-year summer study in mountain meadows that montane voles showed a reasonably consistent pattern of breeding from June to August. Reproduction, as assessed by back-dating pregnancies, was initiated earlier during the year of peak numbers and terminated earlier in the summer preceding a decline.

BLM_0052781

736    *Keller*

Farris (1971) found pregnant females in every month except December, but suggested the main breeding season occurred from mid-February through November. The limited winter breeding he observed appears to have occurred during a Type-H decline. Working in the same area in Washington, Wright (1971) found individuals breeding from early February through December during his 18-month study, but his data cannot be separated for individual years and his samples for January and February were limited to a total of two adults. I documented (pers. observ.) winter breeding in enclosed, expanding populations of *M. montanus* near Pocatello, Idaho, during experiments conducted over several years, and Groves and Keller (1983) found that montane voles continued breeding during a period of winter population expansion at the Idaho National Engineering Laboratory. Negus et al. (1977) noted natural late-winter breeding in saltgrass marshes bordering the Great Salt Lake during February for 1 of 6 years; they attributed this breeding to the presence of fresh green vegetation. As noted above, Negus and Berger (1977) were able to trigger reproduction in sexually quiescent montane voles by use of sprouted wheatgrass and 6-MBOA (Berger et al., 1981).

Prairie voles (*M. ochrogaster*) breed throughout the year in some areas, although the intensity of the effort varies seasonally and may be reduced during winters or summers. Fitch (1957), Gaines and Rose (1976), Jameson (1947), Martin (1956), and Rose and Gaines (1978) have documented varied patterns in populations near Lawrence, Kansas, but these studies largely suggest that winter breeding, if it occurs, is most pronounced prior to peak years and is highly unpredictable. By contrast, Rolan and Gier (1967) did not obtain pregnant females during December, January, or February in their sample of 198 female prairie voles trapped on native Kansas prairies over an 11-year period. Abdellatif et al. (1982) were able to cause more intensive mid-summer breeding in females residing in an artificially watered, enclosed population, but despite this breeding increase, the population continued to decline.

In Indiana, Corthum (1967) and Keller and Krebs (1970) found that winter breeding in prairie voles occurred prior to peak densities, but Quick (1970) found winter breeding following a period of population decline in Kentucky. Fisher (1945) suggested that winter breeding can occur during mild but prolonged winters, and Richmond (1967) also noted winter breeding during studies in Mis-

BLM_0052782

souri; however, neither author documented the breeding durations of populations that were sampled. DeCoursey (1957) noted a very reduced level of winter breeding during what appears to have been a period of population expansion in Ohio. Meserve (1971) noted perforate females in Nebraska during winter. Cole and Batzli (1978) were able to extend the breeding period for an Illinois population of prairie voles all months of one winter by supplemental feedings with rabbit pellets. They suggested that food availability affected both the length of breeding and its intensity (see below) which, in turn, affected the amplitude of cycles.

Abramsky and Tracy (1979) studied the effects of various combinations of water and soil-mineral nitrogen treatments on Colorado prairie-vole populations and suggested that unusually high reproductive activity during winter, prior to peak densities, was not necessary to produce high numbers. During an extensive analysis of live-trapped prairie vole populations in Illinois, Getz et al. (1979), concluded that a gradient for habitat qualities was responsible for significant variations in the length of breeding periods they encountered. Reproduction continued during two winters of decline in two independent cycles but failed to occur during a winter of heavy snow prior to a spring where breeding was delayed. *M. ochrogaster* populations expanded following this delay, but failed to achieve peak amplitudes equivalent to those reached during a previous cycle.

*Microtus oeconomus* (=*M. ratticeps*?) breeds from approximately April to September during a period of cyclic peak, but in one study showed a delay in the initiation of breeding until early May and ceased breeding in mid-August during a period of low numbers (Whitney 1976). Whitney (1976) suggested that the tundra vole displayed a multi-annual cycle during his studies. The weight distributions (Whitney 1976:Fig. 10) provided for this species suggest that these voles were breeding during the winter of increase when snow depth prevented Whitney from sampling. Tast and Kaikusalo (1976) suggested that the European root vole normally breeds from May to late September, but recorded winter reproduction following an exceptionally warm summer in Finland that induced fall rather than spring shoot development of some plants.

Winter breeding in *Microtus pennsylvanicus* occurs in a variety of distinctly different habitats and widely separated geographical areas. Hamilton (1937), Beer and MacLeod (1961), Krebs et al. (1969), and Keller and Krebs (1970) found winter breeding to be

BLM_0052783

associated with periods of population expansion in *M. pennsylvan-icus* in New York, Minnesota, and Indiana. Subjective evaluation of Linduska's (1942, 1950) statements about densities of meadow voles also suggests that this pattern occurs in Michigan. Christian (1971) suggested that winter breeding occurred in Pennsylvania whenever mature individuals were available to breed. From 4 years of necropsy data for meadow voles collected in Manitoba, Iverson and Turner (1976) found a 4-month spread in the occurrence of positive epididymal sperm smears during winter for males initiating breeding. The last pregnancy recorded over a 6-year period occurred in August or September, but during one winter, males with *abdominal* testes had positive sperm smears and pregnancy was noted in females from November through February. This unusual period of winter reproduction occurred in animals of lower weight than that observed for individuals during summers, as contrasted to the results of Keller and Krebs (1970). From live-trapping studies, Iverson and Turner (1974) suggested that lower weights were a result of winter weight loss experienced by individuals until snow cover was established. Peak densities were achieved following the period of winter breeding, but breeding occurred when this popu-lation was at low density (Mihok, pers. comm.). More recently, Tamarin (1977*a*) found a limited amount of winter breeding in *M. pennsylvanicus* in Massachusetts among populations interpreted to have reached peak densities, and Getz et al. (1979) found few mead-ow voles breeding during a winter of population expansion in Il-linois.

*Microtus agrestis* also breeds during winter months (for example, see Raynaud, 1951; Thibault et al., 1966). Tast and Kaikusalo (1976) and Larsson and Hansson (1977) called special attention to this condition in Finland and Sweden, but Chitty (*in* Krebs and Myers, 1974) reported complete cycles in England in which winter breeding was absent.

Hamilton (1938) initially proposed that *Microtus pinetorum* was a cyclic species, but Horsfall (1963) suggested that pine voles main-tained relatively stable densities. No subsequent studies indicate that pine voles display multi-annual fluctuations. During a 3-year study of pine voles in New York orchards, Benton (1955) found that reproduction occurred from late December or January through October. During a 3-year live-trapping study in Connecticut, Mil-

ler and Getz (1969) found breeding individuals from May through September, but their trapping was not conducted during all months each year. Paul (1966:73) found pregnant females during all months on one study area in North Carolina. During an 18-month study in Oklahoma, Goertz (1971) detected no pregnant female pine voles during May to August in the first summer of his study, but caught pregnant females the following summer in June and July. He suggested reproduction was curtailed during summer.

Pine voles appear to breed year-round in Virginia (Horsfall, 1963), although Cengel et al. (1978) failed to obtain pregnant females in samples taken in November and January for a maintained and abandoned orchard, respectively. Valentine and Kirkpatrick (1970) concluded that reproduction occurred from March through October. However, the results from the latter 1-year study may have been confounded by a change in sampling sites (Valentine and Kirkpatrick, 1970).

In summary, for the 15 species examined above, neither snow cover nor periods of prolonged breeding effort are necessary and sufficient to produce rapid population expansion. Amplitudes achieved by individual species, however, may be affected by duration of breeding, but not invariably so (Abramsky and Tracy, 1979). Food quality or cues in food may be sufficient to explain periods of extended breeding, but prolonged periods of high food quality have not been established as causative agents under natural conditions. Alternately, breeding can be re-initiated or extended, at least in *Microtus montanus*, by experimentally supplying a population with 6-MBOA, or in *M. ochrogaster* with food; but we do not know whether the quantity consumed produces effects similar to those achieved through consumption of natural vegetation.

Early terminations or late initiations of breeding may be associated with earlier dispersal of individuals capable of breeding, genotypic or phenotypic differences among individuals in ability to respond to environmental cues, phenotypic effects that regulate social structure, or physiological mechanisms. It is not clear which of these factors, either singly or in consort, are necessary and sufficient to stop breeding efforts in natural populations of any species, but we cannot eliminate the possibility that cessations and late initiations of breeding efforts are regulated by one mechanism, especially since both patterns are common in different species.

BLM_0052785

740   *Keller*

## *Breeding Intensity*

Since Hamilton (1937, 1941) first suggested that population expansion in meadow voles (*M. pennsylvanicus*) was caused partially by an increased rate of breeding, numerous investigators have sought to document pregnancy rates and their seasonal, temporal, and geographic variation. Three observations can be drawn from these data for New World voles: 1) pregnancy rates vary seasonally but are generally greatest at the midpoint of the breeding season and are generally lower if extensions (winter breeding) occur; 2) pregnancy rates vary geographically among conspecific populations; and 3) pregnancy rates lack a consistent pattern of change during the generalized breeding periods among years. In short, pregnancy rates are as likely to be high in a summer of low density as they are in a summer of high density, and population declines are not necessarily associated with low pregnancy rates (but see Getz et al., 1979). Unfortunately, these observations are probably confounded by shifts in age at sexual maturity, which affects calculation of the rate of breeding.

Operationally, four parameters interact and can potentially affect the observed variation: 1) the frequency of consecutive pregnancies; 2) the ratio of pregnant to non-pregnant females; 3) the age at sexual maturity; and 4) the sex ratio. Each of these factors is important, but data on consecutive interbirth intervals have not been separated from the ratio of pregnant to non-pregnant females such that we can deduce the importance of any single parameter on the variation observed in field populations (Keller and Krebs, 1970). Thus, in this section I look at the implications of the variability in the first two parameters combined.

### *Pregnancy*

Changes in the interval between consecutive pregnancies (interbirth interval) are a function of variation in post-partum receptivity of females and the probability that coitus will produce a conception that ends in parturition. Greenwald (1956) concluded that *Microtus californicus* underwent induced ovulation and Breed (1967, 1969, 1972) subsequently suggested that *M. agrestis* was an induced ovulator. The pattern has now been confirmed for *M. canicaudus* (Tyser, 1975), *M. ochrogaster* (Richmond and Conaway, 1969), *M. penn-*

BLM_0052786

*sylvanicus* (Clulow and Mallory, 1970; Lee et al., 1970), *M. pinetorum* (Kirkpatrick and Valentine, 1970), *M. montanus* (Cross, 1972), *M. richardsoni* (Jannett, 1979), and *M. townsendii* (MacFarlane and Taylor, 1982*a*). Breed (1967) suggested that induced ovulation is probably prevalent in all species for the genus *Microtus*. Because estrus appears to be induced within several days by contact with males or their urine (for example, see Carter et al., 1980; Clulow and Mallory, 1970; Gray et al., 1974; and others), it is also reasonable to assume that male-induced estrus (Whitten effect), given that it is the pattern for the genus, should prevent prolonged periods of anestrus if infertile matings occur. Further, all members of the genus appear to undergo a post-partum estrus (Hasler, 1975). Thus, extended intervals between consecutive pregnancies in natural populations should constitute an unusual condition and pregnancy rates of females should approach maximal limits. If true, these conditions differ markedly from laboratory litter intervals during which some permanently paired females fail to conceive after parturition and enter temporary periods of anestrus or pseudopregnancy. I know of no field evidence that suggests this occurs for long intervals during normal breeding periods, except in *M. richardsoni* (Anderson et al., 1976).

Pregnancy can be determined at approximately 6 days post-coitum in necropsy samples (Hoffmann, 1958) or at about 9 days by abdominal palpation of living voles (Innes, 1978*a*), although some authors suggest longer periods (for example, see Cole and Batzli, 1978; Stehn and Jannett, 1981). Thus, pregnancy rates (fraction of females pregnant) should approach 0.71 (15/21) in necropsy and 0.57 (12/21) in field samples of voles that have gestation periods of approximately 21 days. Only *Microtus oregoni* (23.5 to 25 days; Cowan and Arsenault, 1954), *M. pinetorum* (24 to 25 days; Schadler and Butterstein, 1979), and *M. townsendii* (21 to 24 days; MacFarlane and Taylor, 1982*b*) have slightly longer gestation periods, which raises overall values to a maximum of 0.76 (19/25, laboratory) and 0.64 (16/25, field). Sufficient data exist from both necropsy and palpation to suggest that often not all adult females are pregnant even if they are reproductively mature and environmental conditions are conducive for reproduction. Additionally, pregnancy rates occasionally exceed these upper limits, perhaps owing to sampling error or as a result of synchronous breeding. Consequently, we need to ask why this variation exists.

*Success of copulation.*—Successful initiation of pregnancy in voles, based upon laboratory evidence, may be related to whether copulation occurs during male-induced estrus or post-partum estrus and the duration of the normal mating sequence (to satiety). Pregnancy in *Microtus ochrogaster* and *M. montanus* occurring during post-partum estrus is significantly less successful when numbers of copulations are restricted than when they are unrestricted (Dewsbury et al., 1979). Additionally, the presence of two male prairie voles (*M. ochrogaster*) caused a decrease in the number of mounts, intromissions, and thrusts prior to the first ejaculation (Evans and Dewsbury, 1978). In species where pair-bonding occurs, such as in *M. ochrogaster* (Getz et al., 1981), successful post-partum breeding seemingly should be maintained and pregnancy assured. Perhaps this explains why more complex mating sequences are required to maximize pregnancy in *M. montanus,* which is polygamous. Further, Gavish et al. (1981) noted that forced non-sib monogamous pairings of *M. ochrogaster* resulted in production of more pups than forced polygamous pairings. However, these laboratory data may be of limited value for ascertaining conditions in natural situations where more complex social interactions may occur. If disruptions to the mating sequence are an important factor, then pregnancy rate might be expected to be lowest during initiation and cessation of the breeding season when territorial boundaries are not fully established. Additionally, early reduction or termination of breeding during periods of peak density may be related partially to reduced mating success in multiparous females. Sterile breeding cycles may be rare in *M. townsendii* (MacFarlane and Taylor, 1981), but Westlin (1982) and Westlin and Nyholm (1982) suggested sterile matings may be a general feature in overwintered females caught at the beginning of the breeding season. Additionally, they might be more common in autumn populations containing largely subadult individuals. *M. californicus* (Greenwald, 1956), *M. oeconomus* (Hoyte, 1955), and *M. pinetorum* (Kirkpatrick and Valentine, 1970) are known to have sterile matings. It would be of interest to learn if the success of copulatory acts varies in relation to seasonal changes in density or social groupings and to the degree of successful insemination based upon the estrous condition of the female in field situations. Few data are available on these aspects and more laboratory information is needed for many species.

*Pregnancy failure.*—Pregnancy rate in natural populations could also be affected by inhibition of implantation or premature terminations of gestation. For voles, in which the lifespan is typically short, both types of failure only slightly affect field assessments of pregnancy rates in populations, but they potentially lower the reproductive fitness of females through reduction in the potential number of young that could be delivered and weaned. However, terminations occurring in late stages of pregnancy, as described for *M. ochrogaster* (Stehn and Richmond, 1975), would be especially significant if they occurred toward the end of conditions favorable to breeding.

The capacity of a conspecific strange male to block pregnancy of a female mated with a stud of proven fertility (Bruce effect) has been reported from laboratory experiments with *M. agrestis* (Clulow and Clarke, 1968), *M. montanus* (Berger and Negus, 1982; Jannett, 1980), *M. ochrogaster* (Stehn, 1978; Stehn and Richmond, 1975), *M. pennsylvanicus* (Clulow and Langford, 1971; Mallory and Clulow, 1977), and *M. pinetorum* (Schadler, 1981; Stehn, 1978). The Bruce effect is known to be mediated via olfaction of urine, although other environmental factors, such as disturbance, can produce blockage (Stehn and Jannett, 1981). Additionally, both parity and the continued presence of the male appear to be important (Milligan, 1976). Lastly, blockage may be related to the social status of an individual. Labov (1981) presents data that refute this possibility in *Mus,* but comparative and contrasting studies that consider the status of the female have not been undertaken on voles.

Mallory and Clulow (1977) suspected that pregnancy blockage occurred in eight females from field populations of *M. pennsylvanicus* and suggested that incidence of blockage was related to density. Subsequently, Mallory (in litt.) concluded from studies of Milligan (1975) that three of those females developed corpora lutea as a result of an insufficient number of copulations with males. Re-evaluation of the importance of Mallory and Clulow's (1977) remaining five animals is necessary because it may be impossible to distinguish sets of luteinized corpora lutea produced during the Bruce effect from those developed from a penultimate sterile mating (Westlin and Nyholm, 1982). Thus, further studies are needed to establish if the Bruce effect occurs in wild populations of *Microtus.* Milligan (1976) suggested that, in general, short-lived corpora lutea

BLM_0052789

744   *Keller*

represent limited matings rather than pregnancy blockage. Further, pregnancy failures of *M. californicus,* described by Greenwald (1956) and thought to be due to blockage by Mallory and Clulow (1977), may have resulted from males completing an insufficient number of mounts and copulations.

Based upon laboratory studies of the Bruce effect, several postulates can be suggested for assessment in field studies where pregnancy rates appear variable.

1) The duration of contact with strange males in the absence of the original stud appears to be related to the probability that disruption will occur. Therefore, populations that are subjected to frustrated dispersal or increasing immigration should be more prone to display the Bruce effect. Additionally, populations seeded with conspecific strange males should display proportionally more blocked individuals.

2) Lactation, parity, or age appears to somewhat reduce the probability of a Bruce effect for some species (Kenney et al., 1977). Therefore, nulliparous mature females will be more prone to disruption of their first pregnancy when the social fabric of the population is changing or becoming established during the autumn of peak density and the spring of decline, respectively. Thus, the Bruce effect may account, at least in part, for ineffective breeding following a population peak. (Other hypotheses exist; for example, see Beacham, 1980; Christian, 1971; Lidicker, 1976).

3) The presence of a group of females with a female exposed to a strange male inhibits blockage. Therefore, communally grouping species, especially those in which previous pair-bonding has been present, will be less prone to undergo the Bruce effect. Thus, blockage may be more common in species in which family groups do not form.

Other hypotheses are also possible for field populations. But until further evidence is accumulated on the occurrence of the Bruce effect for field populations in species known to display it under laboratory conditions, and pending further elaboration of the social structure for natural populations, field studies may prove of limited value. Non-histological methods to assess disrupted pregnancies need to be developed and used for field studies.

Aside from the fact that pregnancy disruption may play a role in affecting changes in the interbirth interval, it may be important as

BLM_0052790

a mechanism to effect genetic changes in populations. Unfortunately, few studies have attempted to consider the reproductive contribution of individual pairs (Krebs, 1979); techniques developed to trace parentage (Tamarin et al., 1983) may be of value. Contributions of individual parents may prove difficult to document if multiple paternity, such as observed for laboratory *M. ochrogaster* (Dewsbury and Baumgardner, 1981), occur in field situations. Further research on this aspect is clearly warranted. Finally, the evolution of the Bruce effect, especially as it relates to reproductive strategies for voles, is of considerable interest. Schwagmeyer (1979) and Labov (1981) reviewed the purported advantages to species that exhibit the Bruce effect. Dawkins' (1976) hypothesis that there is a mutual advantage to both sexes appears most probable for members of the genus *Microtus*. Boonstra (1980) presented compelling evidence that nestling mortality is not related to density in four species of voles, and he suggested disruption of pregnancies was unimportant on the basis of limited evidence from studies of reproduction by necropsy. Based upon laboratory evidence, the Bruce effect clearly is important in the reproductive tactics of at least five species of *Microtus*, but it remains to be established why this is so and whether or not this factor significantly affects pregnancy rates in field populations.

### Sexual Maturity

Undoubtedly, much of the variation in pregnancy rates is a result of difficulties in measuring attainment of puberty (Leslie et al., 1952) in young females, except by autopsy. In live-trapping studies, investigators commonly have employed fixed-weight criteria or have used external reproductive characteristics that may or may not identify breeding individuals. In females, mid-winter nipple size suggests active reproduction by a limited number of females, whereas autopsy samples indicate reproductive quiescence (compare Tamarin, 1977*a* and Tamarin, 1977*b*). Further development of criteria to assess which portion of a necropsy sample is mature can involve circular reasoning (Keller and Krebs, 1970), and juvenile mice that are capable of induced ovulation may be excluded because of lack of appropriate signs of maturity (Hasler, 1975). Further, if females undergo sterile breeding cycles at the termination of the breeding season, necropsy may suggest they were mature. Thus, it is not clear how much of the variation in pregnancy rates can be attributed to pregnancy failure in females as contrasted to inappropriate assessment of the number of mature breeding females.

In general, it appears that field criteria used in identifying maturity in female voles may be more accurate than criteria used for males, because several measures such as weight change, known pregnancy, suspected lactation, condition of the pubic symphysis (open), perforation of the vaginal orifice, and the presence of a litter in a trap can be combined for assessment. Although a series of combined criteria can be used to establish fecundity in female voles, external reproductive characteristics of males may be poor indicators of fecundity (for example, see Batzli and Pitelka, 1971; Iverson and Turner, 1976). Thus, determination of temporal changes in the age at maturity and identification of individual males remaining reproductively active during "quiescent" periods may require estimation of plasma androgen levels. Although these data are available for *M. breweri* (Adams et al., 1980), continuous assessments on individuals remaining alive in natural populations have not been sought because adequate techniques have not been available.

Assessment of temporal changes in age of sexual maturity are important factors affecting the rate of population growth (Cole, 1954; Schaffer and Tamarin, 1973; Stearns, 1976). Many factors are known to affect sexual maturation in voles, (see reviews by Hasler, 1975; Nadeau, this volume) as ascertained from laboratory studies. In natural populations, the social structure and condition of the food supply are known to affect age at puberty; both factors are subject to change as a result of changes in population density. Laboratory studies suggest that estrous suppression of grouped females (Lee and Boot, 1955) and male-induced estrus (Whitten effect), which may simply be expression of the Bruce effect, leads to seasonal changes in age (weight) at which sexual maturity is achieved in field populations of voles. Batzli et al. (1977) examined attainment of sexual maturity in *M. californicus, M. ochrogaster,* and *M. pennsylvanicus,* and concluded that suppression, which they observed for sib-held *M. californicus* and *M. ochrogaster* but not for *M. pennsylvanicus* or *M. oeconomus* (Facemire and Batzli, 1983), was probably related to behavioral strategies initially proposed by Christian (1970). But, it remains to be established whether or not suppression operates as a result of urine-behavioral interactions for field populations. *M. xanthognathus* (Wolff and Lidicker, 1980), *M. ochrogaster* (Getz, 1978; Getz et al., 1981), *M. montanus* (Jannett, 1978), and *M. miurus* (Murie, 1961; Quay, 1951) have family groups where suppression might occur.

BLM_0052792

Seasonal and temporal shifts in the age at sexual maturity have been assessed for several species of voles, both on live-trapped samples and by necropsy. Since the age of individuals is difficult to determine, body weight or length has been substituted as an index for age, but both of these measures must be viewed with caution because of variations in growth rates known to occur among individuals born at different times (Krebs and Myers, 1974). Comparisons have been sought by computing a median weight at sexual maturity (Leslie et al., 1945) for four species.

From necropsy samples of *M. ochrogaster,* Keller and Krebs (1970) found that both males and females matured at approximately equal weights, but that maturity was achieved at higher weights during years of peak density than during years of increasing or low density. Further, weights at sexual maturity were found to vary seasonally. By contrast, Rose and Gaines (1978) found a trend toward reduction in weight during peak density and greater weights in females present in declining populations of Kansas prairie voles. Additionally, Rose and Gaines (1978) found lower weights at sexual maturity for Kansas prairie voles than those documented in Indiana by Keller and Krebs (1970). In *M. pennsylvanicus,* Keller and Krebs (1970) found seasonal increases in weight at sexual maturity and slightly higher median weights at sexual maturity during periods of peak density. Tamarin (1977a) computed median weights at sexual maturity for *M. breweri.* Maturity in Brewer's vole was achieved at much greater weights than in *M. ochrogaster* and *M. pennsylvanicus,* seasonal trends were apparent, and females matured at lighter weights than males during the early portion of the breeding season. *M. breweri* populations did not cycle during Tamarin's (1977a) 4-year study; thus, seasonal trends could not be contrasted to different densities during different years of a cycle.

Although assessment of temporal changes in age at sexual maturity may be encumbered by assumptions about the reproductive competency of individuals during quiescent reproductive periods, estimates have been developed for shifts in weight at sexual maturity in *M. townsendii* during the usual breeding seasons. Beacham (1980) and Krebs et al. (1976) found a spring-to-fall increase in weight at sexual maturity in *M. townsendii,* which Boonstra (1980) suggested was density dependent. Boonstra and Krebs (1977) documented a significant autumn decrease in weight at sexual maturity for each sex in both an enclosed and control peak population

BLM_0052793

748    *Keller*

exposed to a large flush of green vegetation. Based on studies of families of *M. townsendii* in small pens, Anderson (1975) suggested that some component common to the environment of individual pups prior to weaning influenced sexual maturation such that size at maturation was more similar among sibs than among unrelated individuals. However, Anderson's (1975) studies were not completed in the normal complex social situation in which individuals freely mix. Under these circumstances, alterations of sex ratios (see below) of voles appear to affect social structure, and maturity occurs earlier. Both the immediate family environment and the social structure of populations appear to affect maturation in this species.

In summary, variations in pregnancy rate appear to be common. Although Krebs and Myers (1974) treated pregnancy rate as an unimportant factor in cyclic fluctuations in voles, changes in social structure that in turn influence age at sexual maturation affect our ability to determine how much variation in this parameter is necessary to significantly alter reproductive output. Thus, until we understand the social structure of New World voles, attempts to generalize about the importance of pregnancy to production levels may be counterproductive.

*Sex Ratio*

Variations in sex ratio may have important demographic and genetic consequences if the operational adult sex ratio does not approach unity. Such a condition may result from disparate sex ratios at birth that are subsequently maintained in breeding adults, or may develop through differential survival, movement, trappability, or growth. As an initial premise, a population with an adult sex ratio favoring females will have a potentially higher reproductive output; populations having more breeding females should reach peak densities more frequently (Stenseth, 1977).

Myers and Krebs (1971) have modeled the demographic consequences of variations in sex ratio of populations of *M. ochrogaster* and *M. pennsylvanicus* live-trapped in Indiana. They found that a significant excess of males was recruited into populations, but attributed this excess to increased trappability of males because of their more rapid growth. By contrast, the live-trapping data, at any instant in time, usually showed a slight deficiency in males except during a period of decline (Myers and Krebs, 1971:Figs. 1, 2).

From their simulations, increased male recruitment was found to lower population growth, and they concluded that populations maintained approximately equal numbers of males and females.

Some New World voles have sex ratios that deviate significantly from unity, but the reproductive consequences of these deviations are poorly understood. Further, it is difficult to ascertain whether these variations are a result of sampling error owing to different factors affecting susceptibility of males and females to being captured, or to differences related to production or survival. Two studies suggest that unusually large disparities can exist in adult vole sex ratios without significant demographic consequences. Anderson et al. (1976) found that the first litter of *M. richardsoni* was composed only of females, but this observation needs further evaluation because they did not provide information on whether or not males were actually produced. Redfield et al. (1978*a*) studied a non-manipulated population of *M. oregoni* where the sex ratio was 21% males, a significant deviation from the sex ratio reported elsewhere (for example, see Gashwiler, 1972).

Alternatively, Jannett (1981*b*) argued that sampled sex ratios and operational sex ratios may differ. He found that, in *M. montanus,* the ratio of older males to older females in high-density populations significantly favored females as a result of territoriality by breeding males. Further, territorial males remained in breeding condition. Therefore, the total number of males, which includes non-territorial males, becomes irrelevant to the breeding pattern for this species.

Deliberate manipulation of the sex ratio has important consequences to the breeding structure of voles. Redfield et al. (1978*b*) artificially manipulated the sex ratio of *M. townsendii* on unenclosed grids to determine if the demographic performance of these populations was altered by a greatly disparate sex ratio. Their results suggested that an enrichment of the proportion of males produced no significant differences in the percentage of adult or subadult males with scrotal testes. Further, no significant difference was detected in lactation between the female-enriched and control grids. However, weight at sexual maturity for the rarer sex on both enriched grids was *lower* than the value for the same sex on the control.

*Microtus oregoni* also was subjected to manipulation (Redfield et al., 1978*a*) during the above studies on *M. townsendii,* and a sum-

750   *Keller*

TABLE 1

Summary of Changes in the Breeding Pattern of *Microtus oregoni* on 0.64-ha Unenclosed Study Areas Where the Sex Ratio of the Experimental Population Was Manipulated (Redfield et al., 1978*a*)

| | | Experimental populations | |
|---|---|---|---|
| | Control population | Male-enriched | Female-enriched |
| Main breeding season | Adult ♂♂ enter breeding condition 6 weeks before ♀♀, 1973; not clear for 1972 | More scrotal ♂♂ than control | ♀♀ breed more intensively and longer than control |
| Winter breeding season | Adult ♂♂ enter breeding condition 6 weeks before ♀♀ (February vs March) but no winter breeding in adults | Higher percent ♂♂ breeding; breed longer, and in winter | Higher percent ♀♀ lactating; breed longer (October), but not in winter |
| Sexual maturity | Subadult ♂♂ mature before subadult ♀♀ but are not mature in winter | Subadult ♂♂ mature during winter | Subadult ♀♀ do not mature during winter |
| Recruitment of sexes | | More ♂♂ and ♀♀ recruited than control | More ♂♂ and ♀♀ recruited than control |

mary of the changes that occurred in the creeping vole is presented in Table 1. Although the initial populations were found to be distorted (21% males), further distortion of the sex ratio produced a profound change in the demographic pattern of the enriched populations. With regard to reproduction, no winter breeding occurred in the control population. However, breeding continued in the male-enriched population (at a reduced level by both adults and subadults). Females also continued to breed for a longer period during the first winter. Although Redfield et al. (1978*a*) did not comment on age at sexual maturation, their data suggests that males on the male-enriched grid initiated breeding at lighter body weights. Additionally, other components in the reproductive process were subjected to alteration (fine-tuning changes), but the potential effects of these changes in relation to subsequent changes in density are not clear.

BLM_0052796

In summary, sex ratios for many species of New World voles have been documented over extended periods, but only two studies have dealt with the potential effects on reproductive processes if these ratios are significantly altered experimentally. From these studies, it appears that changes in the breeding potential can be induced, but it is neither clear what range of disruption is required to significantly alter this potential nor how disruption affects the social structure of populations. Krebs (1964) proposed that the sex ratio only affected the number of breeding animals in polyestrous mammals, but a significant disruption of this ratio also appears to alter the social structure of populations such that age at sexual maturity and length of the breeding season may be affected.

## *Litter Size*

A comparison of interspecific and intraspecific variation in litter size for New World voles is difficult for several reasons. Presently it is not possible to assess the amount of variation that is genetically determined in each species. Where phenotypic differences have been noted, either geographically or temporally, the statistical treatments are often inadequate, largely as a result of small samples. Additionally, because parity, season of collection, weight, age, and physiological condition of females are all subject to variation, assessment of geographical variation among conspecific populations may be of limited value. Presently, we lack adequate estimates for the proportion of variation in litter size produced by each of these factors.

Table 2 gives the mean litter size and pertinent data on sampling durations and locations for 18 species of New World *Microtus*. Except as noted, I excluded studies in which counts of placental scars were included with counts of embryos because placental scar counts are not always reliable (Corthum, 1967; Martin et al., 1976; Rolan and Gier, 1967). In some cases, I computed grand mean values by pooling data for individual periods. Additionally, I excluded data for individual species in which sample size was <10 unless the data base was found limited or the locality distinct. Thus, more data are available, especially for *M. californicus, M. ochrogaster, M. pennsylvanicus,* and *M. pinetorum,* but they are largely anecdotal or are presented in regional works in which samples were pooled from broad geographical areas.

BLM_0052797

752

Keller

TABLE 2

LITTER SIZE DATA, AS DETERMINED FROM EMBRYO COUNTS OR YOUNG DELIVERED, FOR NEW WORLD *Microtus*

| Species | Mean litter size* | Ex-tremes* | N | Duration years | Months sampled† | Geographical location(s) | Source |
|---|---|---|---|---|---|---|---|
| Subgenus *Microtus* | | | | | | | |
| M. breweri | 3.4 | 1–6[1] | 102 | 3 | 32C | Muskeget Island, Massachussetts | Tamarin (1977a) |
| M. californicus | 4.20 | 1–9 | 154 | 2 | 21C | Marin Co., California | Greenwald (1957) |
| | 4.94 | 1–10 | 73 | 3 | 9VAY | Contra Costa Co., California | Hoffmann (1958) |
| | 5.05 | 1–10 | 280 | 13 | VAY | Brooks Island, California | Lidicker (1973) |
| | 4.4[2] | 1–10 | 33 | 2 | 25C | Contra Costa Co., California | Krohne (1980) |
| | 3.36[3] | 1–8 | 44 | 2 | 25C | Sonoma Co., California | Krohne (1980) |
| | 4.7 | 1–9 | 42 | | | Laboratory colony | Colvin and Colvin (1970) |
| | 4.25[2] | 1–10 | 65 | | | Laboratory colony | Krohne (1980) |
| | 5.23[3] | 1–10 | 42 | | | Experimental enclosures | Krohne (1980) |
| | 4.17[3] | 1–10 | 220 | | | Laboratory colony | Krohne (1980) |
| | 3.45[3] | 1–7 | 20 | | | Experimental enclosures | Krohne (1980) |
| M. canicaudus | 3.23[4] | 2–10[5] | 44 | | | Laboratory colony | Tyser (1975) |
| M. chrotorrhinus | 3.56 | 2–5 | 9 | Several | | Temagami, Ontario | Coventry (1937) |
| | 3.71 | 1–7 | 52 | | | Largely museum study | Martin (1971) |
| | 2.88 | 2–5 | 8 | 2 | 2S | Pocahontas, Randolph, and Tucker Cos., West Virginia | Kirkland (1977) |
| | 3.5 | | 4 | 1 | 1S | Cook Co., Minnesota | Timm et al. (1977) |

BLM_0052798

TABLE 2
CONTINUED

| Species | Mean litter size* | Ex- tremes* | N | Duration years | Months sampled† | Geographical location(s) | Source |
|---|---|---|---|---|---|---|---|
| M. longicaudus | 4.9 | 4–6 | 10 | 2 | 1S | Graham Co., Arizona | Hoffmeister (1956) |
| | 3.85[6] | 2–7 | 25 | 1† | 7NC | Whitman Co., Washington | Wright (1971) |
| | 3.8[7] | | 23 | 2 | 8C | Whitman Co., Washington | Farris (1971); Wright (1971) |
| | 4.7 | 4–6 | 15 | | 15VAY | Pennington Co., South Dakota | Turner (1974) |
| | 3.7 | 2–5 | 9 | | 3S | Yukon Territory | Youngman (1975) |
| | 5.0 | | 26 | | 2S | Prince of Wales Island, Alaska | Van Horne (1982) |
| | 4.0 | 1–7 | 37 | | | Laboratory colony | Colvin and Colvin (1970) |
| M. mexicanus | 2.7 | 1–4 | 15 | | 1S | Coahuila, Mexico | Baker (1956) |
| | 2.23 | 1–4 | 22 | | 2S | Coconino Co., Arizona | Brown (1968) |
| | 2.25 | 1–3 | 8 | | 1S | Otero Co., New Mexico | Brown (1968) |
| M. montanus | 5.60 | 3–8 | 41 | | 1S | Mono Co., California | Howell (1924) |
| | 6.47 | 2–10 | 109 | 4 | 3S | Nevada Co., California | Hoffmann (1958) |
| | 5.72[6] | | 18 | | 4S | Modoc Co., California | Murray (1965) |
| | 5.8 | 2–10 | 46 | 3 | 3S | Grand Co., Colorado | Vaughan (1969) |
| | 4.08[6] | | 38 | 2 | 18C | Whitman Co., Washington | Wright (1971) |
| | 6.32[6] | | 65 | 3 | 2S | Teton Co., Wyoming | Negus et al. (1977) |
| | 4.5 | 3–6 | | | | Laboratory colony | Seidel and Booth (1960) |

BLM_0052799

TABLE 2
CONTINUED

| Species | Mean litter size* | Ex-tremes* | N | Duration years | Months sampled† | Geographical location(s) | Source |
|---|---|---|---|---|---|---|---|
| | 4.05 | 1–10 | 253 | | | Laboratory colony | Negus and Pinter (1965) |
| | 6.0 | 3–9 | 42 | | | Laboratory colony | Colvin and Colvin (1970) |
| *M. ochrogaster* | 3.4 | 1–7 | 58 | 1 | 9C | Mostly Douglas Co., Kansas | Jameson (1947) |
| | 3.18 | 1–6 | 65 | 3 | 30C | Douglas Co., Kansas | Martin (1956) |
| | 3.37 | 2–5 | 82 | 7 | 12P & Y | Douglas Co., Kansas | Fitch (1957) |
| | 3.89 | 2–7 | 134 | 1 | 13C | Vigo Co., Indiana | Corthum (1967) |
| | 4.19 | | 198 | 11 | 2W & 2SP | Variable, Kansas | Rolan and Gier (1967) |
| | 3.27 | 1–6¹ | 160 | 2+ | 32C | Monroe and Brown Cos., Indiana | Keller and Krebs (1970) |
| | 3.35 | 1–6 | 31 | 2 | 8C | Jefferson Co., Kentucky | Quick (1970) |
| | 3.43⁶ | | 181 | 2 | 24C | Douglas Co., Kansas | Rose and Gaines (1978) |
| | 5.11*θθ | | 19 | 1 | SP & S | Champaign Co., Illinois | Cole and Batzli (1978) |
| | 4.25θθ | | 28 | 1 | SP & S | Champaign Co., Illinois | Cole and Batzli (1978) |
| | 3.77 | 1–8 | 280 | | | Laboratory colony | Richmond (1967) |
| | 3.9 | 1–7 | 28 | | | Laboratory colony | Colvin and Colvin (1970) |

TABLE 2
CONTINUED

| Species | Mean litter size* | Extremes* | N | Duration years | Months sampled† | Geographical location(s) | Source |
|---|---|---|---|---|---|---|---|
| *M. oeconomus* | 6.9 | | 91 | | 3S | Arctic slope, Alaska | Bee and Hall (1956) |
| | 5.58[c] | | 40 | | 2S | Yukon Territory | Youngman (1975) |
| | 6.9 | | 7 | 4 | VAY | Fairbanks, Alaska | Whitney (1977) |
| | 3.9 | | 98 | | | Laboratory colony | Dieterich and Preston (1977a) |
| *M. oregoni* | 3.11 | 1–8 | 18 | 16 | VAY | Clackamas, Lane, and Linn Cos., Oregon | Gashwiler (1972) |
| | 3.11 | 1–5 | 26 | 1 | 12 | British Columbia? | Cowan and Arsenault (1954) |
| | 2.79 | 1–5 | 28 | | | Laboratory colony | Cowan and Arsenault (1954) |
| | 3.8 | 1–16 | 15 | | | Laboratory colony | Colvin and Colvin (1970) |
| *M. pennsylvanicus* | 5.07 | 2–9 | 41 | 3 | VAY | Onondaga Co., New York | Townsend (1935) |
| | 5.83 | 3–9 | 18 | 1 | 4VS | Toronto, Ontario | Coventry (1937) |
| | 4.35 | 3–7 | 23 | 1 | 4VS | Temagami and Algonquin Park, Ontario | Coventry (1937) |
| | 5.07 | 1–11 | | 4 | 55C | Tompkins Co., New York | Hamilton (1937) |
| | 6.05 | 1–8 | 24 | 1+ | 6VS | Crawford Co., Pennsylvania | Goin (1943) |
| | 3.65 | | 16 | 3 | 4VS + W | Dorchester Co., Maryland | Harris (1953) |
| | 5.03 | 1–9 | 246 | 23 | 10P | Aweme District, Manitoba | Criddle (1956) |

*Reproductive Patterns*

755

BLM_0052801

TABLE 2
CONTINUED

| Species | Mean litter size* | Ex-tremes* | N | Duration years | Months sampled† | Geographical location(s) | Source |
|---|---|---|---|---|---|---|---|
| M. pennsylvanicus | 6.9 | 4–12 | 17 | 4 | 5S | Churchill, Manitoba | Smith and Foster (1957) |
| | 5.31 | 2–10 | 13 | 2 | 6P | Otsego and Schoharie Cos., New York | Connor (1960) |
| | 5.72 | 1–11 | 251 | 6 | 12C | Dakota, Lake Co., Minnesota | Beer and Mac-Leod (1961) |
| | 4.9[a] | 3–8 | 37 | 5 | 4S | Toronto, Ontario | Kott and Robin-son (1963) |
| | 5.5 | 1–8 | 124 | 5 | 5S | Toronto, Ontario | Kott and Robin-son (1963) |
| | 4.68[b] | | 76 | 4 | 12NC | Franklin Co., Pennsylvania | Christian and Davis (1966) |
| | 4.46 | 1–9 | 153 | 1 | 11C | Vigo Co., Indiana | Corthum (1967) |
| | 4.54 | 1–7[1] | 154 | 3 | 31C | Monroe and Brown Cos., Indiana | Keller and Krebs (1970) |
| | 5.3 | 2–10 | 76 | | 4S | Yukon Territory | Youngman (1975) |
| | 3.82 | 1–11 | 312 | 6 | VAY | Pinawa, Manitoba | Iverson and Turner (1976) |
| | 4.5 | 2–8[1] | 57 | 3 | 27C | Middleborough and Barn-stable Cos., Massachus-setts | Tamarin (1977a) |
| | 5.5 | 2–8 | 31 | | | Laboratory colony | Colvin and Colvin (1970) |

BLM_0052802

TABLE 2
CONTINUED

| Species | Mean litter size* | Ex-tremes* | N | Duration years | Months sampled† | Geographical location(s) | Source |
|---------|------------------|-----------|---|---------------|----------------|--------------------------|--------|
| ^ | 4.1 | | 66 | | | Laboratory colony | Dieterich and Preston (1977b) |
| M. townsendii | 5.10 | | 278 | 2 | 19C | Westham Island and Haney, British Columbia | Anderson and Boonstra (1979) |
| | 6.0 | 5–7 | 20 | | | Ladner, British Columbia | MacFarlane and Taylor (1982b) |
| M. xanthognathus | 8.0 | 7–10 | 11 | 1 | 1S | Yukon Territory | Youngman (1975) |
| | 8.8 | 6–13 | 71 | 3 | 3S + 1W | 150 km NW Fairbanks and Lake Minchumina, Alaska | Wolff and Lidicker (1980) |
| Subgenus *Pitymys* | | | | | | | |
| M. pinetorum | 2.0 | 1–4 | 149 | 1 | 12C | Botetourt and Roanoke Cos., Virginia | Horsfall (1963) |
| | 2.24 | 1–5 | 138 | 2 | 30P | 8 counties, North Carolina | Paul (1966) |
| | 1.90 | 1–3 | 51 | 1 | 12C | Pittsylvania Co., Virginia | Valentine and Kirkpatrick (1970) |
| | 2.54 | 2–5 | 16 | 2 | 6VAY | Payne Co., Oklahoma | Goertz (1971) |
| | 2.0[10] | | 35 | 1 | 11C | Rappahannock Co., Virginia | Cengel et al. (1978) |

BLM_0052803

TABLE 2
CONTINUED

| Species | Mean litter size* | Extremes* | N | Duration years | Months sampled† | Geographical location(s) | Source |
|---------|------------------|-----------|---|----------------|-----------------|--------------------------|--------|
| | 1.6[11] | | 11 | 1 | 11C | Rappahannock Co., Virginia | Cengel et al. (1978) |
| | 3.11 | 1–6 | 150 | | | Laboratory colony | Shadler and Butterstein (1979) |
| *M. quasiater* | 2.2 | 1–4 | 11 | | | Jalapa, Veracruz | Hall and Kelson (1959) |
| Subgenus *Stenocranius* | | | | | | | |
| *M. abbreviatus* | 3.0 | | | | | Laboratory colony | Morrison et al. (1976) |
| *M. miurus* | 8.2 | 4–12 | 46 | | | Alaska | Bee and Hall (1956) |
| | 3.9 | | 43 | | | Laboratory colony | Morrison et al. (1976) |
| Subgenus *Arvicola* | | | | | | | |
| *M. richardsoni* | 6.0 | 5–9 | 10 | | 2S | Fremont Co., Wyoming | Negus and Findley (1959) |
| | 5.45 | | 16 | | | Carbon Co., Montana, and Park Co., Wyoming | Pattie (1967) |
| | 7.85 | 6–10 | 26 | | 2S | Northwestern Montana | Brown (1977) |

BLM_0052804

TABLE 2
CONTINUED

* Coding, litter size:

[1] Unpublished, courtesy of original author(s)
[2] Annual grassland
[3] Perennial grassland
[4] Repeated samples of some females
[5] From Maser and Storm, 1970
[6] Data pooled from several years
[7] Data from two studies pooled
[8] Food added to population
[9] Born in traps
[10] Maintained orchard
[11] Abandoned orchard
θθ Mean number of placental scars or embryos

† Abbreviations, months sampled:

C, consecutive months sampled
NC, non-consecutive months sampled
P, pooled values
S, summer samples
SP, spring samples
VAY, months sampled variable among years
VS, months sampled variable in year
W, winter months
Y, yearly values

*Reproductive Patterns*

759

BLM_0052805

760     *Keller*

The smallest mean litter sizes shown are for *M. pinetorum* (Cengel et al., 1978), *M. quasiater* (Hall and Kelson, 1959), and *M. mexicanus* (Brown, 1968), whereas the largest is reported for *M. xanthognathus* (Wolff and Lidicker, 1980). Values provided in the table for laboratory colonies are lower than the highest values observed under field conditions, excepting those in *M. oregoni* and *M. pinetorum*.

*Genotypic and Phenotypic Variation*

Innes (1978*b*) reviewed the relation between embryo counts and latitude and elevation for 42 independent literature samples of *Microtus* species. Although he found a significant correlation ($r = 0.77$, $P < 0.01$) between litter size and these variables when values for several species were pooled, no correlation could be demonstrated for each of four species with sufficient sample sizes for contrasts. Thus, Innes (1978*b*) concluded that the relationship of latitude and altitude, or both, were of questionable importance for explaining litter size in voles. Kenney et al. (1979) suggested litter size in voles is related to persistence of copulatory behavior. However, subsequent consideration of several untested species failed to support this hypothesis (Dewsbury and Hartung, 1982). Lord (1960) suggested large litter size compensated for presumed higher winter mortality in northern areas. Spencer and Steinhoff (1968) suggested that larger litters were favored as a result of short breeding seasons. But the two latter studies failed to differentiate litter size at birth and recruitment. Thus, voles with larger litters would only be at reproductive advantage if their young have larger litters and are recruited in at least proportionate numbers of if they breed for longer durations. The relative contribution of young by individual females remains largely unknown for any species of *Microtus*, but Anderson (1975) documented high repeatability for litter size in female *M. townsendii* studied in breeding enclosures. Unfortunately, the degree of similarity of litter sizes between breeding adults and recruited young could not be measured in her experimental enclosures. Anderson and Boonstra (1979) also were unable to demonstrate a relationship between maternal body size or parity and litter size at recruitment. Thus, it is not clear how selection for litter size operates on voles under natural conditions, and its role within and between different species of voles remains an enigma.

BLM_0052806

*Statistical Considerations*

In voles, phenotypic rather than genotypic responses to environmental variation probably produce the intraspecific differences in litter size observed geographically, altitudinally, and temporally (Krohne, 1980). Unfortunately, appropriate statistical treatments are difficult to make for a number of reasons. Pelikán (1979) noted that many of the comparisons made for litter size in small mammals are derived from sample sizes that do not provide reliable mean estimates and that increasing litter size is correlated with increasing standard deviations. Thus, in species with large embryo counts, greater sample sizes are required to distinguish between alternative hypotheses. For example, in *M. pinetorum*, which has a litter size approximately equivalent to *Pitymys subterranus,* between 30 and 40 pregnant females were required to obtain a reliable mean for contrast (Pelikán, 1979). For species with mean litter sizes of 4.91 to 6.20, 90 to 120 pregnant females were needed to estimate a mean with the same reliability (Pelikán, 1979).

The above observations are important in assessing differences among species, such as the contrast provided by Innes (1978*b*), because assumptions of ANOVA procedures are violated when cross-species comparisons are sought with samples that are heteroscedastic. Additionally, Pelikán's (1979) analyses clearly indicate that conspecific contrasts require complete monthly seasonal data sets for comparisons, because mid-season means differ statistically from whole-season means owing to greater variability in embryo counts at the beginning and end of breeding periods. Because relatively few studies have separated peak seasonal data into blocks for comparisons among years of treatments, and because data blocks are often developed with limited samples, most of the litter-size values that now exist are not commensurable. In order to improve future commensurability, data should be displayed by week for individual months.

Pelikán (1979) did not address the question of the effect of parity and weight on mean values of litter size, but this variation also affects comparability. A number of studies for voles indicate that litter size varies with the age (weight) of females and their parity.

*Age (Weight) and Parity*

Leslie and Ranson (1940) first noted an association between increased litter size and age in *Microtus agrestis*; Hasler (1975) re-

762    *Keller*

viewed the literature on the effect of parity. A relationship between parity and litter size has not been found for *M. chrotorrhinus* (Martin, 1971), *M. canicaudus* (Tyser, 1975), *M. townsendii* (Anderson and Boonstra, 1979), or *M. xanthognathus* (Wolff and Lidicker, 1980). Exceptions have been noted in *M. longicaudus* (Wright, 1971), *M. ochrogaster* (Rose and Gaines, 1978), and *M. breweri* (Tamarin, 1977*a*).

When the weight of females, which may or may not relate to parity, affects litter size, and breeding is not synchronized like that observed in *M. xanthognathus,* significant differences in litter size among years or between areas being sampled may be distinguished only on the basis of covariance analyses (Keller and Krebs, 1970). Thus, the different contributions of weight (age) and parity, because they are rarely detailed, renders many estimates of embryo counts difficult to compare on a geographical basis.

Some investigators have made contrasts of embryo counts after adjusting for parity and weight differences among samples. Keller and Krebs (1970) and Tamarin (1977*a*) were unable to demonstrate significant differences in embryo counts for primiparae and multiparae female *M. pennsylvanicus* in Indiana and Massachusetts. No significant depression in embryo counts among years for cycling meadow voles was found by these authors.

Keller and Krebs (1970) found that multiparous and primiparous female *M. ochrogaster* differed in their embryo counts; the former contained embryo counts depressed by 25% during periods of peak density. By contrast, Rose and Gaines (1978) were unable to demonstrate significant weight-embryo regressions for prairie voles in Kansas, but the absence of light females may have influenced their results as females <20 g were not collected. Marked seasonal effects on living embryo counts were observed, but a reduction in litter size was not found at the peak density (Rose and Gaines, 1978).

No significant differences in embryo counts among years have been found for non-cyclic species. Tamarin (1977*a*) was unable to demonstrate a significant relationship between parity or weight and embryo count in *Microtus breweri,* but Anderson and Boonstra (1979) found that litter size for *M. townsendii* is influenced by weight and not parity and that embryo counts were significantly larger in spring than summer or fall.

BLM_0052808

*Other Factors*

Many authors attribute differences in litter size to nutritional deficiencies (Batzli, this volume), endocrine responses related to density (Seabloom, this volume), or physiological responses related to the presence of chemical substances that stimulate reproduction (Negus et al., 1977). Given that substances such as 6-MBOA (Berger et al., 1981; Sanders et al., 1981) stimulate rapid reproductive development of reproductively quiescent voles other than *M. montanus*, we would expect populations exposed to greater quantities of stimulatory chemicals to display larger litters at the height of the breeding season. Although this supposition awaits a critical evaluation, studies exist which demonstrate that litter size differs significantly in qualitatively different habitats for other species. Cengel et al. (1978) suggested that food quality affected litter size in *M. pinetorum.* Krohne (1981) was able to eliminate effects of parity and age on embryo counts in *M. californicus* populations trapped in annual and perennial grasslands. In a series of replicated studies in enclosures, he was able to establish that embryo-count differences in voles occupying the two habitats were the result of responses to vegetation (Krohne, 1980). Since these populations were established with a pair of sibs, a genetic basis for these differences seems unlikely, although Krohne (1981) noted that genetically based dissimilarities in embryo production occurred among conspecifics raised under laboratory conditions. Additionally, replicated experiments all demonstrated similar patterns. Krohne (1982) suggested that reduced litter size in California voles in perennial grasslands was partially responsible for the lack of a multi-annual cycle in his population.

Cole and Batzli (1978) observed greater production of young *M. ochrogaster* fed rabbit pellets under field conditions. Although sample sizes used for comparison were small and the parity-weight relationships of these samples were not reported, the results are suggestive; concurrent studies in dissimilar habitats suggested dissimilar embryo counts (Cole and Batzli, 1979).

*Prenatal Mortality*

The potential litter size in voles, as contrasted to the number of embryos that develop, can only be determined by autopsy. Rela-

BLM_0052809

TABLE 3

SUMMARY OF MEAN PRE- AND POST-IMPLANTATION MORTALITY IN FOUR SPECIES OF VOLES. VALUES ARE GRAND ESTIMATES FOR STUDIES IN WHICH PRENATAL LOSS WAS ASSESSED OVER ONE TO SEVERAL YEARS, AS NOTED IN THE TEXT

| Species | Percent ova lost | N | Percent resorbing embryos | N | Mean egg loss before implantation | Mean litter loss after implantation | Total realized prenatal mortality | Source |
|---------|------------------|---|---------------------------|---|-----------------------------------|-------------------------------------|-----------------------------------|--------|
| *M. breweri* | 14.2 | 102 | 8.1 | 102 | 0.52 | 0.27 | 0.79 | Tamarin (1977a) |
| *M. montanus* | 5.9 | 110 | 3.7 | 110 | 0.42 | 0.23 | 0.65 | Hoffmann (1958) |
| *M. ochrogaster* | 6.56 | 148 | 6.9 | 151 | 0.23 | 0.25 | 0.48 | Keller and Krebs (1970) |
| | 10.0 | 182 | 1.6 | 187 | 0.38 | 0.05 | 0.43 | Rose and Gaines (1978) |
| *M. pennsylvanicus* | 6.3 | 251 | 1.9 | 251 | 0.38 | 0.11 | 0.49 | Beer et al. (1957) |
| | 9.5 | 152 | 6.2 | 159 | 0.51 | 0.28 | 0.79 | Keller and Krebs (1970) |
| | 6.4 | 57 | 2.8 | 57 | 0.32 | 0.12 | 0.44 | Tamarin (1977a) |

BLM_0052810

tively few studies have been undertaken on New World voles to assess the degree of prenatal mortality associated with changes in density, although some seasonal assessments are available. Table 3 shows the pooled values of pre- and post-implantation loss for four species of voles. I included the results of Beer et al. (1957) for contrast, although the data were produced from a variety of locations and from unknown population densities. The data from Tamarin (1977a) are restricted to peak periods of density for *M. pennsylvanicus*. Data for *M. californicus* were excluded, because accessory corpora lutea develop in this species (Greenwald, 1956; Hoffmann, 1958; Lidicker, 1973), a condition that prevents assessment of total loss because pre-implantation mortality cannot be determined. Post-implantation mortalities (percent resorbing embryos) for *M. californicus* in the three studies were 7.2, 3.9, and 4.7, respectively. Post-implantation resorptions in laboratory *M. ochrogaster* exceeded field resorptions (32/278 = 11.5%; Stehn, 1978). On the basis of these studies, levels of prenatal mortality do not appear related to changes in density. Total losses appear highest in *M. breweri* (Table 3), but comparative data are lacking for most species.

In voles, pre-implantation losses can be determined by computing the difference between implantations (living and resorbing) and the number of corpora lutea (except in *M. californicus*). Cases of presumed polyovuly or polyembryony (twinning) range from approximately 2% to 13% and the values appear to be relatively consistent within two species where independent determinations have been made. The lowest values, 1.2% (2/170) and 1.6% (3/185), were reported for *Microtus ochrogaster* by Keller and Krebs (1970) and Rose and Gaines (1978). Beer et al. (1957) reported 6.8% (17/251), Keller and Krebs (1970) 4.3% (7/162), and Tamarin (in litt.; 1977a) 5.3% (3/57) for *M. pennsylvanicus*. The value for *M. breweri* (Tamarin, 1977a) was 3.9% (4/102) (Tamarin, in litt.). Hoffmann (1958) found the largest value (13.0%; 14/108) in *Microtus montanus*. Tamarin (in litt.) did not find twinning in either *M. breweri* or *M. pennsylvanicus*, but Beer et al. (1957) noted that approximately 30% (5/17) of their results could be attributed to twinning.

In cases in which the number of implants exceeds the number of corpora lutea, and twinning is excluded, corpora lutea may be counted incorrectly. Snyder (1969) sectioned ovaries of *M. pennsylvanicus* and found that one corpus luteum in a sample of 24

BLM_0052811

ovaries was overlooked. Values for polyovuly or polyembryony should be viewed as conservative estimates because they are underestimated if corpora lutea and implant counts are identical and early resorption of one or more embryos is missed. Additionally, total pre-implantation losses (already noted in conjunction with potential changes in the interbirth interval) are missed frequently because corpora lutea rapidly undergo involution following blockage by strange males (Bruce effect).

Post-implantation losses result from failure of one or more embryos, but we are unable to separate genetic failure of individual implants from failures due to exogenous or endogenous factors that affect the physiology of female voles. Total losses are rarely encountered in necropsy samples. The loss may be total where stress (Seabloom, this volume) or the Bruce effect occur, but the opportunity to observe male-induced abortion, because of its rapid completion, is unlikely in kill-trap samples. Stehn and Richmond (1975) documented the sequence of events for male-induced abortion in *M. ochrogaster*. They noted that termination was accompanied by a mucilaginous bloody discharge that contained amorphic pieces of debris. Although we cannot determine whether live-trapped populations display these symptoms because of handling or the Bruce effect, I have observed female discharges composed of debris similar in composition to the placental sign described by Venable (1939), in *M. montanus, M. ochrogaster,* and *M. pennsylvanicus.*

In summary, it is not presently possible to separate the factors that have led to variation in litter size for New World voles. Phenotypic plasticity appears to account for much of the variation observed for conspecific populations living in qualitatively dissimilar habitats. The number of living embryos shows seasonal peaks that may be related to the size, age, weight, or parity of females. Many statistical treatments can be faulted where these relationships are not considered. No compelling evidence suggests embryo production is lower during periods of population decline, but the number of embryos is generally lower in females pregnant early or late in the breeding season.

## Discussion

Since Hasler's (1975) excellent review of the literature on reproduction in the subfamily Microtinae was published, most field stud-

BLM_0052812

ies have continued to assess variation in breeding patterns without corroborative experiments. More emphasis needs to be placed on reproductive analyses in which suspected variables are manipulated experimentally. Describing relationships between breeding intensity and environmental parameters in contrast to testing necessary and sufficient agents responsible for breeding patterns seems to me to be a self-defeating task; further description may add little to our knowledge of how reproductive parameters affect population changes. Years ago, Chitty (1952) tried to convince us that social factors affect reproductive status and fertility of individuals. It appears that in our haste to describe why populations decline, cycle, and disperse, we often ignored the reproductive success of individuals and remained content to consider only the average of the masses. If we find that some species adjust their breeding seasons as a result of chemicals in vegetation, then we must immediately ask about individual variation in responsiveness to limited cues. Pheromones and social learning seem to play a synergistic role in behavior of voles. Do all individuals respond to these cues in a similar manner? I stress the importance of individual variation in reproductive adaptations in voles, but it is evident that we also are unable to directly relate reproductive variation, as measured in field populations, to subsequent population patterns. Much remains to be learned. In summary, the following list illustrates some experimental manipulations that should increase our understanding of intraspecific reproductive processes for populations of New World voles: 1) chemical identification and field experimental studies of pheromones that may serve to integrate environmental cues with the social organization required for breeding in voles; 2) field experiments with voles unable to smell their conspecifics (see Horton and Shepherd, 1979; Richmond and Stehn, 1976); 3) application of graded doses of 6-MBOA in a variety of species over an entire winter non-breeding period; 4) 6-MBOA enhancement of breeding in early-stop peak and late-start declining populations; 5) quantification of seasonal and altitudinal variation in 6-MBOA content of vegetation; 6) sex-ratio enrichment experiments for species other than *M. townsendii* and *M. oregoni,* especially in single-species populations; 7) extensive heritability analyses for age at sexual maturity, growth potentials, and winter breeding in species known to cycle; 8) analyses of reproductive success in marginal habitats for colonizing individuals; 9) assessment of the degree of reliability between necropsy and field

BLM_0052813

assessment of fecundity, especially for "winter" breeders; 10) deliberate introduction of unknown conspecifics into known populations in large enclosures where breeding can be carefully assessed prior to introduction and can be followed subsequently for Bruce-Whitten effects; 11) initiation of large, enclosed field populations with females having small litters versus females having large litters previously housed in laboratory situations. Age, weight, and pairs must be equalized.

## Acknowledgments

This chapter was made possible through a grant to the Idaho State University Foundation provided through the offices of Kirkland Ellis, Chicago, Illinois. I especially want to thank Mrs. Joan Downing, Assistant Librarian, Idaho State University, and the staff of the libraries of Idaho State University and the University of Utah who went to great lengths to be helpful and provide space during development of this chapter. I thank Bonnie Bowen for offering comment on the final manuscript and the reviewers who offered comment on the initial draft.

## Literature Cited

ABDELLATIF, E. A., K. B. ARMITAGE, M. S. GAINES, AND M. L. JOHNSON. 1982. The effect of watering on a prairie vole population. Acta Theriol., 18:243–255.

ABRAMSKY, Z., AND C. R. TRACY. 1979. Population biology of a "noncycling" population of prairie voles and a hypothesis on the role of migration in regulating microtine cycles. Ecology, 60:349–361.

ADAMS, M. R., R. H. TAMARIN, AND I. P. CALLARD. 1980. Seasonal changes in plasma androgen levels and the gonads of the beach vole, *Microtus breweri*. Gen. Comp. Endocrinol., 41:31–40.

ANDERSON, J. L. 1975. Phenotypic correlations among relatives and variability in reproductive performance in populations of the vole *Microtus townsendii*. Unpubl. Ph.D. dissert., Univ. British Columbia, Vancouver, 207 pp.

ANDERSON, J. L., AND R. BOONSTRA. 1979. Some aspects of reproduction in the vole *Microtus townsendii*. Canadian J. Zool., 57:18–24.

ANDERSON, P. K. 1980. Evolutionary implications of microtine behavioral systems on the ecological stage. The Biologist, 62:70–88.

ANDERSON, P. K., P. H. WHITNEY, AND J-P HUANG. 1976. *Arvicola richardsoni*: ecology and biochemical polymorphism in the front ranges of southern Alberta. Acta Theriol., 21:425–468.

BAILEY, V. 1924. Breeding, feeding, and other life habits of meadow mice (*Microtus*). J. Agric. Res., 27:523–535.

BAKER, J. R., AND R. M. RANSON. 1932. Factors affecting the breeding of the field mouse (*Microtus agrestis*). Part I. Light. Proc. Roy. Soc. London, Ser. B, 110:313–322.

BAKER, R. H. 1956. Mammals of Coahuila, Mexico. Univ. Kansas Publ., Mus. Nat. Hist., 9:125–335.

BATZLI, G. O., AND F. A. PITELKA. 1971. Condition and diet of cycling populations of the California vole, *Microtus californicus*. J. Mamm., 52:141–163.

BATZLI, G. O., L. L. GETZ, AND S. S. HURLEY. 1977. Suppression of growth and reproduction of microtine rodents by social factors. J. Mamm., 58:583–591.

BEACHAM, T. D. 1980. Breeding characteristics of Townsend's vole (*Microtus townsendii*) during population fluctuations. Canadian J. Zool., 58:623–625.

BEARD, H. B. 1978. Hormonal influence on the social behavior of the vole, *Microtus ochrogaster*: effect of photoperiod, temperature, gonadectomy, preputialectomy and oral angle gland removal. Unpubl. Ph.D. dissert., Iowa State Univ., Ames, 232 pp.

BEE, J. W., AND E. R. HALL. 1956. Mammals of northern Alaska. Misc. Publ., Mus. Nat. Hist., Univ. Kansas, 8:1–309.

BEER, J. R., AND C. F. MACLEOD. 1961. Seasonal reproduction in the meadow vole. J. Mamm., 42:483–489.

BEER, J. R., C. F. MACLEOD, AND L. D. FRENZEL. 1957. Prenatal survival and loss in some cricetid rodents. J. Mamm., 38:392–402.

BENTON, A. H. 1955. Observations on the life history of the northern pine mouse. J. Mamm., 36:52–62.

BERGER, P. J., AND N. C. NEGUS. 1974. Influence of dietary supplements of fresh lettuce on ovariectomized *Microtus montanus*. J. Mamm., 55:747–750.

———. 1982. Stud male maintenance of pregnancy in *Microtus montanus*. J. Mamm., 63:148–151.

BERGER, P. J., N. C. NEGUS, E. H. SANDERS, AND P. D. GARDNER. 1981. Chemical triggering of reproduction in *Microtus montanus*. Science, 214:69–70.

BERGER, P. J., E. H. SANDERS, P. D. GARDNER, AND N. C. NEGUS. 1977. Phenolic plant compounds functioning as reproductive inhibitors in *Microtus montanus*. Science, 195:575–577.

BIRNEY, E. C., W. E. GRANT, AND D. D. BAIRD. 1976. Importance of vegetative cover to cycles of *Microtus* populations. Ecology, 57:1043–1051.

BOONSTRA, R. 1980. Infanticide in microtines: importance in natural populations. Oecologia, 46:262–265.

BOONSTRA R., AND C. J. KREBS. 1977. A fencing experiment on a high-density population of *Microtus townsendii*. Canadian J. Zool., 55:1166–1175.

BOWEN, B. S. 1982. Temporal dynamics of microgeographic structure of genetic variation in *Microtus californicus*. J. Mamm., 63:625–638.

BREED, W. G. 1967. Ovulation in the genus *Microtus*. Nature, 214:826.

———. 1969. Oestrus and ovarian histology in the lactating vole (*Microtus agrestis*). J. Reprod. Fert., 18:33–42.

———. 1972. The question of induced ovulation in wild voles. J. Mamm., 53:185–187.

BROWN, L. N. 1968. Smallness of mean litter size in the Mexican vole. J. Mamm., 49:159.

———. 1977. Litter size and notes on reproduction in the giant water vole *Arvicola richardsoni*. Southwestern Nat., 22:281–282.

BRUCE, H. M. 1959. An exteroceptive block to pregnancy in the mouse. Nature, 184:105.

BLM_0052815

CARTER, C. S., L. L. GETZ, L. GAVISH, J. L. McDERMOTT, AND P. ARNOLD.  1980.  Male related pheromones and the activation of female reproduction in the prairie vole (*Microtus ochrogaster*). Biol. Reprod., 23:1038–1045.

CENGEL, D. J., J. E. ESTEP, AND R. L. KIRKPATRICK.  1978.  Pine vole reproduction in relation to food habits and body fat. J. Wildl. Mgmt., 42:822–833.

CHITTY, D.  1952.  Mortality among voles (*Microtus agrestis*) at Lake Vyrnwy, Montgomeryshire in 1936–39. Phil. Trans. Roy. Soc. London, Ser. B, 236:505–552.

CHRISTIAN, J. J.  1970.  Social subordination, population density and mammalian evolution. Science, 168:84–90.

———.  1971.  Population density and reproductive efficiency. Biol. Reprod., 4: 248–294.

CHRISTIAN, J. J., AND D. E. DAVIS.  1966.  Adrenal glands in female voles (*Microtus pennsylvanicus*) as related to reproduction and population size. J. Mamm., 47:1–18.

CLARKE, J. R.  1977.  Long and short term changes in gonadal activity of field voles and bank voles. Oikos, 29:457–467.

CLULOW, F. V., AND J. R. CLARKE.  1968.  Pregnancy-block in *Microtus agrestis* an induced ovulator. Nature, 219:511.

CLULOW, F. V., AND P. E. LANGFORD.  1971.  Pregnancy-block in the meadow vole, *Microtus pennsylvanicus.* J. Reprod. Fert., 24:275–277.

CLULOW, F. V., AND F. F. MALLORY.  1970.  Oestrus and induced ovulation in the meadow vole, *Microtus pennsylvanicus.* J. Reprod. Fert., 23:341–343.

COLE, F. R., AND G. O. BATZLI.  1978.  Influence of supplemental feeding on a vole population. J. Mamm., 59:809–819.

———.  1979.  Nutrition and population dynamics of the prairie vole, *Microtus ochrogaster,* in central Illinois. J. Anim. Ecol., 48:455–470.

COLE, L. C.  1954.  The population consequences of life history phenomena. Quart. Rev. Biol., 29:103–137.

COLVIN, M. A., AND D. V. COLVIN.  1970.  Breeding and fecundity of six species of voles (*Microtus*). J. Mamm., 51:417–419.

CONLEY, W.  1976.  Competition between *Microtus:* a behavioral hypothesis. Ecology, 57:224–237.

CONNOR, P. F.  1960.  The small mammals of Otsego and Schoharie counties, New York. New York State Mus. Sci., Serv. Bull., 382:1–84.

CORTHUM, D. W., JR.  1967.  Reproduction and duration of placental scars in the prairie vole and the eastern vole. J. Mamm., 48:287–292.

COVENTRY, A. F.  1937.  Notes on the breeding of some cricetidae in Ontario. J. Mamm., 18:489–496.

COWAN, I. McT., AND M. G. ARSENAULT.  1954.  Reproduction and growth in the creeping vole, *Microtus oregoni serpens* Merriam. Canadian J. Zool., 32: 198–208.

CRIDDLE, S.  1956.  Drummond's vole in Manitoba. Canadian Field-Nat., 70: 78–84.

CROSS, P. C.  1972.  Observations on the induction of ovulation in *Microtus montanus.* J. Mamm., 53:210–212.

DAWKINS, R.  1976.  The selfish gene. Oxford Univ. Press, New York, 224 pp.

DeCOURSEY, G. E., JR.  1957.  Identification, ecology and reproduction of *Microtus* in Ohio. J. Mamm., 38:44–52.

DEWSBURY, D. A., AND D. J. BAUMGARDNER.  1981.  Studies of sperm competition in two species of muroid rodents. Behav. Ecol. Sociobiol., 9:121–133.

DEWSBURY, D. A., AND T. G. HARTUNG.  1982.  Copulatory behavior of three species of *Microtus*. J. Mamm., 63:306–309.

BLM_0052816

DEWSBURY, D. A., R. L. EVANS, AND D. G. WEBSTER. 1979. Pregnancy initiation in postpartum estrus in three species of muroid rodents. Horm. Behav., 13:1–8.

DIETERICH, R. A., AND D. J. PRESTON. 1977a. The tundra vole (*Microtus oeconomus*) as a laboratory animal. Lab. Anim. Sci., 27:500–506.

———. 1977b. The meadow vole (*Microtus pennsylvanicus*) as a laboratory animal. Lab. Anim. Sci., 27:494–499.

DOUGLASS, R. J. 1977. Population dynamics, home ranges, and habitat associations of the yellow-checked vole, *Microtus xanthognathus,* in the Northwest Territories. Canadian Field-Nat., 91:237–247.

ELLERMAN, J. R., AND T. C. S. MORRISON-SCOTT. 1951. Checklist of Palaearctic and Indian mammals, 1758 to 1946. British Mus. Nat. Hist., London, 810 pp.

EVANS, R. L., AND D. A. DEWSBURY. 1978. Copulatory behavior of prairie voles (*Microtus ochrogaster*) in a two-male situation. Behav. Biol., 24:498–508.

FACEMIRE, C. F. AND G. O. BATZLI. 1983. Suppression of growth and reproduction by social factors in microtine rodents: tests of two hypotheses. J. Mamm., 64:152–156.

FARRIS, A. L. 1971. Population dynamics and habitat distribution of *Microtus longicaudus, Microtus montanus,* and *Peromyscus maniculatus* in southeastern Washington. Unpubl. Ph.D. dissert., Washington State Univ., Pullman, 94 pp.

FAY, F. H. 1960. Technique for trapping small tundra mammals in winter. J. Mamm., 41:141–142.

FISHER, H. J. 1945. Notes on voles in central Missouri. J. Mamm., 26:435–437.

FITCH, H. S. 1957. Aspects of reproduction and development in the prairie vole (*Microtus ochrogaster*). Univ. Kansas Publ., Mus. Nat. Hist., 10:129–161.

FULLER, W. A. 1967. Ecologie hivernale des lemmings et fluctuations de leurs populations. Terre et Vie, 2:97–115.

GAINES, M. S., AND R. K. ROSE. 1976. Population dynamics of *Microtus ochrogaster* in eastern Kansas. Ecology, 57:1145–1161.

GASHWILER, J. S. 1972. Life history notes on the Oregon vole *Microtus oregoni*. J. Mamm., 53:558–569.

GAVISH, L., C. S. CARTER, AND L. L. GETZ. 1981. Further evidences for monogamy in the prairie vole. Anim. Behav., 29:955–957.

GETZ, L. L. 1978. Speculation on social structure and population cycles of microtine rodents. The Biologist, 60:134–147.

GETZ, L. L., C. S. CARTER, AND L. GAVISH. 1981. The mating system of the prairie vole, *Microtus ochrogaster*: field and laboratory evidence for pair-bonding. Behav. Ecol. Sociobiol., 8:189–194.

GETZ, L. L., L. VERNER, F. R. COLE, J. E. HOFMANN, AND D. E. AVALOS. 1979. Comparisons of population demography of *Microtus ochrogaster* and *Microtus pennsylvanicus*. Acta Theriol., 24:319–349.

GOERTZ, J. W. 1971. An ecological study of *Microtus pinetorum* in Oklahoma. Amer. Midland Nat., 86:1–12.

GOIN, O. B. 1943. A study of individual variation in *Microtus pennsylvanicus pennsylvanicus*. J. Mamm., 24:212–223.

GOLDBERG, M., N. R. TABROFF, AND R. H. TAMARIN. 1980. Nutrient variation in beach grass in relation to beach vole feeding. Ecology, 61:1029–1033.

GRAY, G. D., H. N. DAVIS, M. ZERYLNICK, AND D. A. DEWSBURY. 1974. Oestrus and induced ovulation in montane voles. J. Reprod. Fert., 38:193–196.

GREENWALD, G. S. 1956. The reproductive cycle of the field mouse, *Microtus californicus*. J. Mamm., 37:213–222.

BLM_0052817

772   *Keller*

————. 1957. Reproduction in a coastal California population of the field mouse *Microtus californicus*. Univ. California Publ. Zool., 54:421–446.

GROVES, C. R., AND B. L. KELLER. 1983. Ecological characteristics of small mammals on a radioactive waste disposal area in southeastern Idaho. Amer. Midland Nat., 109:253–265.

HALL, E. R. 1981. The mammals of North America. John Wiley and Sons, New York, 2:601–1181 + 90.

HALL, E. R., AND K. R. KELSON. 1959. The mammals of North America. Ronald Press Co., New York, 2:547–1083 + 79.

HAMILTON, W. J., JR. 1937. The biology of microtine cycles. J. Agric. Res., 54:779–790.

————. 1938. Life history notes on the northern pine mouse. J. Mamm., 19:163–170.

————. 1941. Reproduction of the field mouse *Microtus pennsylvanicus* (Ord.). Cornell Univ. Agric. Exp. Sta. Mem. 237:1–23.

HARRIS, V. T. 1953. Ecological relationships of meadow voles and rice rats in tidal marshes. J. Mamm., 34:479–487.

HASLER, J. F. 1975. A review of reproduction and sexual maturation in the microtine rodents. The Biologist, 57:52–86.

HASLER, M. J., AND A. V. NALBANDOV. 1974. The effect of weanling and adult males on sexual maturation in female voles (*Microtus ochrogaster*). Gen. Comp. Endocrinol., 23:237–238.

HOFFMANN, R. S. 1958. The role of reproduction and mortality in population fluctuations of voles (*Microtus*). Ecol. Monogr., 28:79–109.

————. 1974. Terrestrial vertebrates. Pp. 475–568, *in* Arctic and alpine environments (J. D. Ives and R. G. Berry, eds.). Methuen, London, 999 pp.

HOFFMEISTER, D. F. 1956. Mammals of the Graham (Pinaleno) Mountains, Arizona. Amer. Midland Nat., 55:257–288.

HORSFALL, F., JR. 1963. Observations on fluctuating pregnancy rate of pine mice and mouse feed potential in Virginia orchards. Amer. Soc. Hort. Sci., 83:276–279.

HORTON, L. W., AND B. A. SHEPHERD. 1979. Effects of olfactory bulb ablation on estrus-induction and frequency of pregnancy. Physiol. Behav., 22:847–850.

HOWELL, A. B. 1924. Individual and age variation in Microtus montanus Yosemite. J. Agric. Res., 28:977–1015.

HOYTE, H. M. D. 1955. Observations on reproduction in some small mammals of arctic Norway. J. Anim. Ecol., 24:412–425.

INNES, D. G. L. 1978*a*. The reproductive tactics of two sympatric microtines. Unpubl. M.S. thesis, Univ. Western Ontario, London, 84 pp.

————. 1978*b*. A reexamination of litter size in some North American microtines. Canadian J. Zool., 56:1488–1496.

IVERSON, S. L., AND B. N. TURNER. 1969. Under-snow shelter for small mammal trapping. J. Wildl. Mgmt., 33:722–723.

————. 1974. Winter weight dynamics in *Microtus pennsylvanicus*. Ecology, 55:1030–1041.

————. 1976. Small mammal radioecology: natural reproductive patterns of seven species. Atomic Energy of Canada Limited Report. Whiteshell Nuclear Research Establishment, Pinawa, Manitoba, AECL-5393, 53 pp.

JAMESON, E. W., JR. 1947. Natural history of the prairie vole (Mammalian Genus *Microtus*). Univ. Kansas Publ., Mus. Nat. Hist., 1:125–151.

JANNETT, F. J., JR. 1977. On the sociobiology of the montane vole, *Microtus montanus nanus* (Rodentia: Muridae). Unpubl. Ph.D. dissert., Cornell Univ., Ithaca, New York, 167 pp.

BLM_0052818

————. 1978. The density-dependent formation of extended maternal families of the montane vole, *Microtus montanus nanus*. Behav. Ecol. Sociobiol., 3:245–263.

————. 1979. Notes on reproduction in captive *Arvicola richardsoni*. J. Mamm., 60:837–838.

————. 1980. Social dynamics of the montane vole, *Microtus montanus*, as a paradigm. The Biologist, 62:3–19.

————. 1981*a*. Scent mediation of intraspecific, interspecific, and intergeneric agonistic behavior among sympatric species of voles (Microtinae). Behav. Ecol. Sociobiol., 8:293–296.

————. 1981*b*. Sex ratios in high-density populations of the montane vole, *Microtus montanus*, and the behavior of territorial males. Behav. Ecol., Sociobiol., 8:297–307.

JOHNSON, M. L. 1968. Application of blood protein electrophoretic studies to problems in mammalian taxonomy. Syst. Zool., 17:23–30.

KELLER, B. L., AND C. J. KREBS. 1970. *Microtus* population biology III. Reproductive changes in fluctuating populations of *M. ochrogaster* and *M. pennsylvanicus* in southern Indiana, 1965–67. Ecol. Monogr., 40:263–294.

KELLER, B. L., C. R. GROVES, E. J. PITCHER, AND M. J. SMOLEN. 1982. A method to trap rodents in snow, sleet, or rain. Canadian J. Zool., 60:1104–1106.

KENNEY, A. MCM., R. L. EVANS, AND D. A. DEWSBURY. 1977. Postimplantation pregnancy disruption in *Microtus ochrogaster, Microtus pennsylvanicus* and *Peromyscus maniculatus*. J. Reprod. Fert., 49:365–367.

KENNEY, A. MCM., T. G. HARTUNG, AND D. A. DEWSBURY. 1979. Copulatory behavior and the initiation of pregnancy in California voles (*Microtus californicus*). Brain Behav. Evol., 16:176–191.

KIRKLAND, G. L., JR. 1977. The rock vole, *Microtus chrotorrhinus*, (Miller) (Mammalia:Rodentia) in West Virginia. Ann. Carnegie Mus., 46:45–53.

KIRKLAND, G. L., JR., AND F. J. JANNETT. 1982. Microtus chrotorrhinus. Mamm. Species, 180:1–5.

KIRKPATRICK, R. L., AND G. L. VALENTINE. 1970. Reproduction in captive pine voles, *Microtus pinetorum*. J. Mamm., 51:779–785.

KLIMKIEWICZ, M. K. 1970. The taxonomic status of the nominal species *Microtus pennsylvanicus* and *Microtus agrestis* (Rodentia: Cricetidae). Mammalia, 34:640–665.

KOTT, E., AND W. L. ROBINSON. 1963. Seasonal variation in litter size in the meadow vole in southern Ontario. J. Mamm., 44:467–470.

KREBS, C. J. 1964. The lemming cycle at Baker Lake, Northwest Territories, during 1959–62. Arctic Inst. N. Amer. Tech. Paper, 15:1–104.

————. 1966. Demographic changes in fluctuating populations of *Microtus californicus*. Ecol. Monogr., 36:239–273.

————. 1979. Dispersal, spacing behaviour, and genetics in relation to population fluctuations in the vole *Microtus townsendii*. Fortschr. Zool., 25:61–77.

KREBS, C. J., AND K. T. DELONG. 1965. A *Microtus* population with supplemental food. J. Mamm., 46:566–573.

KREBS, C. J., AND J. H. MYERS. 1974. Population cycles in small mammals. Adv. Ecol. Res., 8:267–399.

KREBS, C. J., B. L. KELLER, AND R. H. TAMARIN. 1969. *Microtus* population biology: demographic changes in fluctuating populations of *M. ochrogaster* and *M. pennsylvanicus* in southern Indiana. Ecology, 50:587–607.

KREBS, C. J., ET AL. 1976. *Microtus* population biology: dispersal in fluctuating populations of *M. townsendii*. Canadian J. Zool., 54:79–95.

BLM_0052819

774    *Keller*

KROHNE, D. T.  1980.  Intraspecific litter size variation in *Microtus californicus* II. Variation between populations. Evolution, 34:1174–1182.

——.  1981.  Intraspecific litter size variation in *Microtus californicus*: variation within populations. J. Mamm., 62:29–40.

——.  1982.  The demography of low-litter size populations of *Microtus californicus*. Canadian J. Zool., 60:368–374.

LABOV, J. B.  1981.  Pregnancy blocking in rodents: adaptive advantages for females. Amer. Nat., 118:361–371.

LARSSON, T. B., AND L. HANSSON.  1977.  Sampling and dynamics of small rodents under snow cover in northern Sweden. Z. Saugetierk., 42:290–294.

LEDUC, J., AND C. J. KREBS.  1975.  Demographic consequences of artificial selection at the LAP locus in voles (*Microtus townsendii*). Canadian J. Zool., 53:1825–1840.

LEE, D. C., J. HORVATH, R. W. METCALFE, AND E. K. INSKEEP.  1970.  Ovulation in *Microtus pennsylvanicus* in a laboratory environment. Lab. Anim. Care, 20:1098–1102.

LEE, S. VANDER, AND L. M. BOOT.  1955.  Spontaneous pseudo-pregnancy in mice. Acta Physiol. Pharmacol. Neerl., 4:442–443.

LESLIE, P. H., AND R. M. RANSON.  1940.  The mortality, fertility and rate of natural increase of the vole (*Microtus agrestis*) as observed in the laboratory. J. Anim. Ecol., 9:27–52.

LESLIE, P. H., J. S. PERRY, AND J. S. WATSON.  1945.  The determination of the median body-weight at which female rats reach maturity. Proc. Zool. Soc. London, 115:473–488.

LESLIE, P. H., U. M. VENABLES, AND L. S. V. VENABLES.  1952.  The fertility and population structure of the brown rat (*Rattus norvegicus*) in corn-ricks and some other habitats. Proc. Zool. Soc. London, 122:187–238.

LIDICKER, W. Z., JR.  1973.  Regulation of numbers in an island population of the California vole, a problem in community dynamics. Ecol. Monogr., 43: 271–302.

——.  1976.  Experimental manipulation of the timing of reproduction in the California vole. Res. Population Ecol., 18:14–27.

——.  1980.  The social biology of the California vole. The Biologist, 62:46–55.

LIDICKER, W. Z., JR., AND P. K. ANDERSON.  1962.  Colonization of an island by *Microtus californicus*, analyzed on the basis of runway transects. J. Anim. Ecol., 31:503–517.

LINDUSKA, J. P.  1942.  Winter rodent populations in field-shocked corn. J. Wildl. Mgmt., 6:353–363.

——.  1950.  Ecology and land-use relationships of small mammals on a Michigan farm. Game Div., Dept. Conserv., Lansing, Michigan, 144 pp.

LORD, R. D., JR.  1960.  Litter size and latitude in North American mammals. Amer. Midland Nat., 63:488–499.

LYONS, T. J.  1979.  Hip gland occurrence and function in *Microtus montanus*. Unpubl. M.S. thesis, Idaho State Univ., Pocatello, 50 pp.

MACFARLANE, J. D., AND J. M. TAYLOR.  1981.  Sexual maturation in female Townsend's voles. Acta Theriol., 26:113–117.

——.  1982a.  Nature of estrus and ovulation in *Microtus townsendii* (Bachman). J. Mamm., 63:104–109.

——.  1982b.  Pregnancy and reproductive performance in the Townsend's vole, *Microtus townsendii* (Bachman). J. Mamm., 63:165–168.

MADISON, D. M.  1980.  An integrated view of the social biology of *Microtus pennsylvanicus*. The Biologist, 62:20–33.

BLM_0052820

MALLORY, F. F., AND F. V. CLULOW. 1977. Evidence of pregnancy failure in the wild meadow vole, *Microtus pennsylvanicus*. Canadian J. Zool., 55:1–17.

MARTIN, E. P. 1956. A population study of the prairie vole (*Microtus ochrogaster*) in northeastern Kansas. Univ. Kansas Publ., Mus. Nat. Hist., 8:361–416.

MARTIN, K. H., R. A. STEHN, AND M. E. RICHMOND. 1976. Reliability of placental scar counts in the prairie vole. J. Wildl. Mgmt., 40:264–271.

MARTIN, R. L. 1971. The natural history and taxonomy of the rock vole, *Microtus chrotorrhinus*. Unpubl. Ph.D. dissert., Univ. Connecticut, Storrs, 123 pp.

MASER, C., AND R. M. STORM. 1970. A key to Microtinae of the Pacific Northwest (Oregon, Washington, Idaho). Oregon State Univ. Bookstores, Corvallis, 162 pp.

MATTHEY, R. 1952. Chromosomes de muridae (Microtinae et Cricetinae). Chromosoma, 5:113–138.

McGUIRE, M. R., AND L. L. GETZ. 1981. Incest taboo between sibling *Microtus ochrogaster*. J. Mamm., 62:213–214.

MERRITT, J. F., AND J. M. MERRITT. 1978. Population ecology and energy relationships of *Clethrionomys gapperi* in a Colorado subalpine forest. J. Mamm., 59:576–598.

MESERVE, P. L. 1971. Population ecology of the prairie vole, *Microtus ochrogaster*, in the western mixed prairie of Nebraska. Amer. Midland Nat., 86:417–433.

MILLER, D. H., AND L. L. GETZ. 1969. Life-history notes on *Microtus pinetorum* in central Connecticut. J. Mamm., 50:777–784.

MILLIGAN, S. R. 1975. Mating, ovulation and corpus luteum function in the vole, *Microtus agrestis*. J. Reprod. Fert., 42:35–44.

———. 1976. Pregnancy blocking in the vole, *Microtus agrestis*. I. Effect of the social environment. J. Reprod. Fert., 46:91–95.

MORRISON, P., R. DIETERICH, AND D. PRESTON. 1976. Breeding and reproduction of fifteen wild rodents maintained as laboratory colonies. Lab. Anim. Sci., 26:237–243.

MURIE, A. 1961. A naturalist in Alaska. Devin-Adair, New York, 302 pp.

MURRAY, K. F. 1965. Population changes during the 1957–1958 vole (*Microtus*) outbreak in California. Ecology, 46:163–171.

MYERS, J. H., AND C. J. KREBS. 1971. Sex ratios in open and enclosed vole populations: demographic implications. Amer. Nat., 105:325–344.

NEGUS, N. C., AND P. J. BERGER. 1977. Experimental triggering of reproduction in a natural population of *Microtus montanus*. Science, 196:1230–1231.

NEGUS, N. C., AND J. S. FINDLEY. 1959. Mammals of Jackson Hole, Wyoming. J. Mamm., 40:371–381.

NEGUS, N. C., AND A. J. PINTER. 1965. Litter sizes of *Microtus montanus* in the laboratory. J. Mamm., 46:434–437.

———. 1966. Reproductive responses of *Microtus montanus* to plants and plant extracts in the diet. J. Mamm., 46:596–601.

NEGUS, N. C., P. J. BERGER, AND L. G. FORSLUND. 1977. Reproductive strategy of *Microtus montanus*. J. Mamm., 58:347–353.

PATTIE, D. L. 1967. Dynamics of alpine small mammal populations. Unpubl. Ph.D. dissert., Univ. Montana, Missoula, 103 pp.

PAUL, J. R. 1966. Observations on the ecology, populations and reproductive biology of the pine vole, *Pitymys p. pinetorum* in North Carolina. Unpubl. Ph.D. dissert., North Carolina State Univ., Raleigh, 98 pp.

PEARSON, O. P. 1963. History of two local outbreaks of feral house mice. Ecology, 44:540–549.

BLM_0052821

776  *Keller*

PELIKÁN, J. 1979. Sufficient sample size for evaluating the litter size in rodents. Folia Zool., 28:289–297.

PINTER, A. J., AND N. C. NEGUS. 1965. Effects of nutrition and photoperiod on reproductive physiology of *Microtus montanus*. Amer. J. Physiol., 208:633–638.

PRUITT, W. O., JR. 1959. A method of live-trapping small taiga mammals in winter. J. Mamm., 40:139–143.

QUAY, W. B. 1951. Observations on mammals of the Seward Peninsula, Alaska. J. Mamm., 32:88–99.

———. 1962. Apocrine sweat glands in the angulus oris of microtine rodents. J. Mamm., 43:303–310.

———. 1965. Comparative survey of the sebaceous and sudoriferous glands of the oral lips and angle in rodents. J. Mamm., 46:23–37.

———. 1968. The specialized posterolateral sebaceous glandular regions in microtine rodents. J. Mamm., 49:427–445.

QUICK, F. W., II. 1970. Small mammal populations in an old field community. Unpubl. Ph.D. dissert., Univ. Louisville, Louisville, Kentucky, 152 pp.

RAYNAUD, A. 1951. Reproduction, en hiver, des campagnols agrestis (*Microtus agrestis* L.) dans le département du Tarn. Bull. Soc. Zool., France, 76:188–200.

REDFIELD, J. A., M. J. TAITT, AND C. J. KREBS. 1978a. Experimental alterations of sex-ratios in populations of *Microtus oregoni*, the creeping vole. J. Anim. Ecol., 47:55–69.

———. 1978b. Experimental alteration of sex ratios in populations of *Microtus townsendii*, a field vole. Canadian J. Zool., 56:17–27.

RICHMOND, M. E. 1967. Reproduction of the vole, *Microtus ochrogaster*. Unpubl. Ph.D. dissert., Univ. Missouri, Columbia, 100 pp.

RICHMOND, M. [E.], AND C. H. CONAWAY. 1969. Induced ovulation and oestrus in *Microtus ochrogaster*. J. Reprod. Fert., Suppl., 6:357–376.

RICHMOND, M. E., AND R. STEHN. 1976. Olfaction and reproductive behavior in microtine rodents. Pp. 197–216, *in* Mammalian olfaction, reproductive processes and behavior (R. L. Doty, ed.). Academic Press, New York, 344 pp.

ROLAN, R. G., AND H. T. GIER. 1967. Correlation of embryo and placental scar counts of *Peromyscus maniculatus* and *Microtus ochrogaster*. J. Mamm., 48:317–319.

ROSE, R. K., AND M. S. GAINES. 1978. The reproductive cycle of *Microtus ochrogaster* in eastern Kansas. Ecol. Monogr., 48:21–42.

SANDERS, E. H. 1976. Reproductive responses of *Microtus montanus* to phenolic compounds in the diet. Unpubl. Ph.D. dissert., Univ. Utah, Salt Lake City, 81 pp.

SANDERS, E. H., P. D. GARDNER, P. J. BERGER, AND N. C. NEGUS. 1981. 6-Methoxybenzoxazolinone: a plant derivative that stimulates reproduction in *Microtus montanus*. Science, 214:67–69.

SCHADLER, M. H. 1981. Postimplantation abortion in pine voles (*Microtus pinetorum*) induced by strange males and pheromones of strange males. Biol. Reprod., 25:295–297.

SCHADLER, M. H., AND G. M. BUTTERSTEIN. 1979. Reproduction in the pine vole, *Microtus pinetorum*. J. Mamm., 60:841–844.

SCHAFFER, W. M., AND R. H. TAMARIN. 1973. Changing reproductive rates and population cycles in lemmings and voles. Evolution, 27:111–124.

SCHWAGMEYER, P. L. 1979. The Bruce effect: an evaluation of male/female advantages. Amer. Nat., 114:932–938.

BLM_0052822

SEIDEL, D. R., AND E. S. BOOTH. 1960. Biology and breeding habits of the meadow mouse, *Microtus montanus*, in eastern Washington. Walla Walla College Publ., Dept. Biol. Sci., Biol. Sta., 29:1–14.

SMITH, D. A., AND J. B. FOSTER. 1957. Notes on the small mammals of Churchill, Manitoba. J. Mamm., 38:98–115.

SNYDER, D. B. 1969. Corpora bodies in the ovaries of meadow voles (*Microtus pennsylvanicus*) by serial sectioning versus gross examination. Amer. Midland Nat., 81:594–595.

SPENCER, A. W., AND H. W. STEINHOFF. 1968. An explanation of geographical variation in litter size. J. Mamm., 49:281–286.

STEARNS, S. C. 1976. Life-history tactics: a review of the ideas. Quart. Rev. Biol., 51:3–47.

STEHN, R. A. 1978. Characterization of the male-induced abortion response in the prairie vole, *Microtus ochrogaster*. Unpubl. Ph.D. dissert., Cornell Univ., Ithaca, New York, 125 pp.

STEHN, R. A., AND F. J. JANNETT, JR. 1981. Male-induced abortion in various microtine rodents. J. Mamm., 62:369–372.

STEHN, R. A., AND M. E. RICHMOND. 1975. Male-induced pregnancy termination in the prairie vole, *Microtus ochrogaster*. Science, 187:1211–1213.

STENSETH, N. C. 1977. Evolutionary aspects of demographic cycles: the relevance of some models of cycles for microtine fluctuations. Oikos, 29:525–538.

SULLIVAN, T. P. 1980. Comparative demography of *Peromyscus maniculatus* and *Microtus oregoni* populations after logging and burning of coastal forest habitats. Canadian J. Zool., 58:2252–2259.

SULLIVAN, T. P., AND C. J. KREBS. 1981. *Microtus* population biology: demography of *M. oregoni* in southwestern British Columbia. Canadian J. Zool., 59:2092–2102.

TAITT, M. J., AND C. J. KREBS. 1981. The effect of extra food on small rodent populations: II. Voles (*Microtus townsendii*). J. Anim. Ecol., 50:125–137.

TAITT, M. J., J. H. W. GIPPS, C. J. KREBS, AND Z. DUNDJERSKI. 1981. The effect of extra food and cover on declining populations of *Microtus townsendii*. Canadian J. Zool., 59:1593–1599.

TAMARIN, R. H. 1977a. Reproduction in the island beach vole, *Microtus breweri*, and the mainland meadow vole, *Microtus pennsylvanicus* in southeastern Massachusetts. J. Mamm., 58:536–548.

———. 1977b. Demography of the beach vole (*Microtus breweri*) and the meadow vole (*Microtus pennsylvanicus*) in southeastern Massachusetts. Ecology, 58:1310–1321.

TAMARIN, R. H., M. SHERIDAN, AND C. K. LEVY. 1983. Determining matrilineal kinship in natural populations of rodents using radionuclides. Canadian J. Zool., 61:271–274.

TAST, J., AND A. KAIKUSALO. 1976. Winter breeding of the root vole, *Microtus oeconomus*, in 1972/1973 at Kilpisjarvi, Finnish Lapland. Ann. Zool. Fennica, 13:174–178.

THIBAULT, C., ET AL. 1966. Regulation of breeding season and estrous cycles by light and external stimuli in some mammals. J. Anim. Sci., Suppl., 25:119–142.

TIMM, R. M., L. R. HEANEY, AND D. D. BAIRD. 1977. Natural history of rock voles *Microtus chrotorrhinus* in Minnesota. Canadian Field-Nat., 91:177–181.

TOWNSEND, M. T. 1935. Studies on some of the small mammals of central New York. Roosevelt Wildl. Ann., 4:1–20.

BLM_0052823

TURNER, R. W.  1974.  Mammals of the Black Hills of South Dakota and Wyoming. Misc. Publ., Mus. Nat. Hist., Univ. Kansas, 60:1–178.

TYSER, R. W.  1975.  Taxonomy and reproduction of *Microtus canicaudus.* Unpubl. M.S. thesis, Oregon State Univ., Corvallis, 67 pp.

VALENTINE, G. L., AND R. L. KIRKPATRICK.  1970.  Seasonal changes in reproductive and related organs in the pine vole, *Microtus pinetorum,* in southwestern Virginia. J. Mamm., 51:553–560.

VAN HORNE, B.  1982.  Demography of the longtail vole *Microtus longicaudus* in seral stages of coastal coniferous forest, southeast Alaska. Canadian J. Zool., 60:1690–1709.

VAUGHAN, T. A.  1969.  Reproduction and population densities in a montane small mammal fauna. Misc. Publ. Mus. Nat. Hist., Univ. Kansas, 51:51–74.

VENABLE, J. H.  1939.  Intra-uterine bleeding in the pregnant albino rat. Anat. Rec., 74:273–295.

WESTLIN, L. M.  1982.  Sterile matings at the beginning of the breeding season in *Clethrionomys rufocanus* and *Microtus agrestis.* Canadian J. Zool., 60:2568–2571.

WESTLIN, L. M., AND E. NYHOLM.  1982.  Sterile matings initiate the breeding season in the bank vole, *Clethrionomys glareolus.* A field and laboratory study. Canadian J. Zool., 60:387–391.

WHITNEY, P.  1976.  Population ecology of two sympatric species of subarctic microtine rodents. Ecol. Monogr., 46:85–104.

———.  1977.  Seasonal maintenance and net production of two sympatric species of subarctic microtine rodents. Ecology, 58:314–325.

WHITTEN, W. K.  1956.  Modification of the oestrous cycle of the mouse by external stimuli associated with the male. J. Endocrinol., 13:399–404.

WOLFF, J. O.  1980.  Social organization of the taiga vole (*Microtus xanthognathus*). The Biologist, 62:34–45.

WOLFF, J. O., AND W. Z. LIDICKER, JR.  1980.  Population ecology of the taiga vole, *Microtus xanthognathus,* in interior Alaska. Canadian J. Zool., 58:1800–1812.

———.  1981.  Communal winter nesting and food sharing in taiga voles. Behav. Ecol. Sociobiol., 9:237–240.

WRIGHT, V. L.  1971.  Population dynamics of cricetids in southeastern Washington. Unpubl. Ph.D. dissert., Washington State Univ., Pullman, 110 pp.

YOUNGMAN, P. M.  1975.  Mammals of the Yukon Territory. Natl. Mus. Nat. Sci. (Ottawa), Publ. Zool., 10:1–189.

BLM_0052824

# *NUTRITION*

## George O. Batzli

## *Abstract*

Several characteristics of the gastro-intestinal tracts of microtine rodents appear to be adaptations for use of high-fiber, low-protein, and low-mineral diets, which are consistent with the observation that most microtine species eat primarily the vegetative parts of plants. The exact compositions of diets are a function of the availability of food items and the nutritional adaptations of individual species; the same species in different habitats and different species in the same habitat eat different food items. Food-item preference seems to depend upon a combination of the positive (water and nutrient content) and negative (fiber content and plant secondary compounds) characteristics of the item, and different microtine species have different tolerances for specific secondary compounds. Performances of microtines on particular food items, as measured by food intake and body growth, parallel their food preferences.

Although little is known about nutrient requirements of microtine rodents, they seem to require lower concentrations of digestible energy and protein in their diets than do laboratory rodents. Mineral requirements are similar to those of laboratory rodents, but concentrations in natural diets may often be low. Increased intake can compensate for low-quality food (low digestibility or low-nutrient content) so that requirements for energy and nutrients are met. But this compensation is not always sufficient, and mounting evidence indicates that the quality of available forage can help to explain differences in the densities of microtine populations among habitats, among seasons, and among years.

## *Introduction*

Because all the life processes of organisms depend upon the acquisition of energy and nutrients, the topic of nutrition can be

BLM_0052825

780     *Batzli*

expanded to include much of biology. However, the scope of this chapter is restricted to the more traditional topics of nutrition—food habits, food quality, nutritional physiology, and nutritional ecology. My approach is functional and comparative; my goals are to understand the mechanisms behind and the implications of the patterns that we see. The chapter treats microtine rodents as a group because our understanding of *Microtus* can be greatly enhanced by considering additional information from closely related genera.

Microtine rodents have evolved morphological characteristics that can be interpreted as adaptations to high-fiber, low-nutrient diets. In general, they possess high-crowned molars with enamel loops that provide prismatic grinding surfaces (Guthrie, 1965; Hinton, 1926). This allows reduction of vegetative material to fine particles without wearing teeth down to the gums. As a further adaptation, genera that take large amounts of fibrous and siliceous material (*Lemmus* and *Microtus*) have rootless molars that continue to grow through life.

The morphology of microtine stomachs is extremely variable and overlaps broadly with other muroid rodents. Vorontsov (1962, 1967) argued that the tendency to a chambered stomach and a reduced glandular zone is analogous to stomach development in ruminants, but Carleton (1973, 1981) pointed out the varied nature of microtine stomachs and diets and challenged this view.

The cecum and large intestine of microtines are among the largest and most elaborate of all muroid rodents (Vorontsov, 1962, 1967). Cecal size and the post-cecal spiral are particularly well developed in the most herbivorous species (Lange and Staaland, 1970). The enlarged cecum seems to function as a chamber for digestion of fiber and for production of protein and B-vitamins (McBee, 1970, 1971), and the post-cecal spiral may be a mechanism for mineral retention, particularly sodium (Staaland, 1975). Because the cecum occurs at the juncture of the small and large intestines, feces must be reingested if the microbial protein and vitamins are to be absorbed. At least one microtine (*Microtus pennsylvanicus*) is known to practice coprophagy in a manner similar to rats and rabbits (Ouellette and Heisinger, 1980). Thus, although the functional significance of morphological peculiarities of the gastro-intestinal tract of microtines cannot be specified with certainty, most evidence points to adaptation for handling high-fiber (and silica), low-protein, and low-mineral diets.

BLM_0052826

In the discussion that follows, it becomes clear that the diet and nutritional adaptations of microtines vary considerably among species, although most species are primarily herbivorous. Because the nutrition of microtines per se is poorly understood, many of the principles developed from studies of domesticated animals (Maynard et al., 1979) and wildlife (Robbins, 1983) must be applied to them. But this should be done with caution, for we must expect nutritional systems of ruminants (cattle, sheep, and deer) or omnivorous rodents (laboratory rats and mice) to be somewhat different from those of herbivorous rodents such as microtines. Lagomorphs (rabbits and hares) seem to be the group whose nutritional characteristics are most similar to those of microtine rodents; both groups are small, monogastric herbivores with enlarged cecae.

## The Diets of Microtines

### Food Habits

Although it is common knowledge among mammalogists that microtine rodents are herbivores, there have been relatively few reliable, quantitative studies of food habits. The most accurate estimates of diet composition for microtine rodents seem to be volumetric estimates based upon microscopic examination of stomach contents (Batzli and Pitelka, 1971; Hansson, 1970; Neal et al., 1973; Williams, 1962). Estimates based on frequency overestimate the importance of items taken regularly in small amounts. Differential digestibility of epidermal cells, which bear the distinctive characteristics that allow identification, causes errors in estimates based upon fecal samples. Items with relatively thin cell walls (dicotyledons) tend to be underestimated, and items with thick cell walls (monocotyledons and mosses) tend to be overestimated. Correction factors can be calculated for a particular population by comparing the abundance of items in stomachs with the abundance of the same items in fecal pellets from the colon of the same animals (Batzli and Pitelka, 1971, 1983), but this is seldom done. Another source of error may be the underestimation of seeds and arthropods in the diet because much of the material in these items lacks distinctive characteristics (Fish, 1974); only the seed coat and chitinous exoskeletons are easily detected. Finally, there is substantial variability in the relative abundance of items in individual stomachs,

BLM_0052827

TABLE 1

COMPARISON OF DIETS (PERCENT COMPOSITION) OF SOME NORTH AMERICAN MICROTINE RODENTS. DATA ARE BASED ON STOMACH OR CORRECTED FECAL CONTENTS WITH TEN OR MORE SAMPLES FOR EACH SEASON AND SITE

| Species, location, season | Food items | | | | | Source |
| | Monocotyledon leaves, stems, roots | Dicotyledon leaves, stems, roots | Seeds or fruit | Arthropods | Other | |
|---|---|---|---|---|---|---|
| *M. californicus* | | | | | | |
| California, annual grassland | | | | | | Batzli and Pitelka (1971) |
| Summer | 6 | 20 | 73 | 0 | 1 | |
| Winter | 88 | 10 | 1 | 0 | 1 | |
| *M. ochrogaster* | | | | | | |
| Indiana, old fields | | | | | | Zimmerman (1965) |
| All year | 27 | 40 | 4 | 5 | 24[a] | |
| Central Illinois | | | | | | Cole and Batzli (1979) |
| Prairie | | | | | | |
| Summer | 20 | 38 | 35 | 7 | 0 | |
| Winter | 22 | 38 | 30 | 5 | 5 | |
| Old bluegrass pasture | | | | | | |
| Summer | 11 | 48 | 23 | 8 | 10 | |
| Winter | 55 | 12 | 23 | 1 | 9 | |
| Old alfalfa field | | | | | | |
| Summer | 11 | 65 | 12 | 3 | 9 | |
| Winter | 50 | 32 | 12 | 0 | 6 | |

BLM_0052828

TABLE 1
CONTINUED

| Species, location, season | Food items | | | | | Source |
|---|---|---|---|---|---|---|
| | Monocotyle-don leaves, stems, roots | Dicotyledon leaves, stems, roots | Seeds or fruit | Arthropods | Other | |
| *M. oeconomus* | | | | | | |
| Alaska, arctic tundra | | | | | | Batzli and Jung |
| Summer | 56 | 36 | 3 | + | 5[c] | (1980) |
| Northern Finland, bogs and meadows | | | | | | Tast (1974) |
| Summer | 47 | 28 | 0 | + | 25[d] | |
| Winter | 96 | 2 | 0 | 0 | 2[e] | |
| *Microtus pennsylvanicus* | | | | | | |
| Indiana, old fields | | | | | | Zimmerman |
| All year | 73 | 14 | 0 | 4 | 9[a] | (1965) |
| Northern Illinois, prairie | | | | | | Meserve |
| Summer | 47 | 46 | 2 | 2 | 3[b] | (in litt.) |
| Autumn | 6 | 70 | 18 | + | 6[b] | |
| Central Illinois | | | | | | Lindroth and |
| Prairie | | | | | | Batzli (1984b) |
| Spring | 25 | 55 | 7 | 1 | 12[b] | |
| Summer | 28 | 65 | 1 | 5 | 2[b] | |
| Autumn | 17 | 40 | 16 | 4 | 23[b] | |
| Winter | 19 | 44 | 36 | 2 | 0 | |

BLM_0052829

784

*Batzli*

TABLE 1
Continued

| Species, location, season | Monocotyle-don leaves, stems, roots | Dicotyledon leaves, stems, roots | Seeds or fruit | Arthropods | Other | Source |
|---|---|---|---|---|---|---|
| Old bluegrass pasture | | | | | | |
| Spring | 50 | 41 | 1 | 3 | 6[b] | |
| Summer | 27 | 60 | 9 | 0 | 4[b] | |
| Autumn | 20 | 66 | 2 | 2 | 10[b] | |
| Winter | 63 | 21 | 13 | 2 | 1[b] | |
| *M. xanthognathus* | | | | | | |
| Alaska, taiga | | | | | | Wolff and |
| Summer | 38 | 7 | 12 | 0 | 43[a] | Lidicker (1980) |
| Winter | 13 | 12 | 1 | 0 | 74[a] | |
| *Clethrionomys rutilis* | | | | | | |
| Alaska, taiga | | | | | | West (1982) |
| Spring | 0 | 8 | 73 | + | 19[b] | |
| Summer | 0 | 4 | 62 | 4 | 30[b] | |
| Autumn | 0 | + | 92 | 6 | 2[a] | |
| *Dicrostonyx torquatus* | | | | | | |
| Alaska, arctic tundra | | | | | | Batzli and Jung |
| Varied habitats | | | | | | (1980) |
| Summer | 11 | 83 | 1 | + | 5[c] | |
| Winter | 10 | 70 | + | 0 | 20[c] | |

BLM_0052830