TABLE 1
CONTINUED

| Species, location, season | Food items | | | | | Source |
|---|---|---|---|---|---|---|
| | Monocotyledon leaves, stems, roots | Dicotyledon leaves, stems, roots | Seeds or fruit | Arthropods | Other | |
| Ridges | | | | | | Batzli and |
| Summer | 12 | 83 | + | + | 5[c] | Pitelka (1983) |
| *Lemmus sibricus* | | | | | | |
| Alaska, arctic tundra | | | | | | Batzli and Jung |
| Varied habitats | | | | | | (1980) |
| Summer | 82 | 3 | 5 | + | 10[c] | |
| Low polygons | | | | | | Batzli (1975) |
| Summer | 60 | 13 | 1 | 0 | 26[c] | |
| Winter | 55 | 5 | + | 0 | 40[c] | |
| High polygons | | | | | | Batzli and |
| Summer | 69 | 5 | + | 0 | 26[c] | Pitelka (1983) |
| Winter | 54 | 4 | 0 | 0 | 42[c] | |
| Ridges | | | | | | |
| Summer | 63 | 4 | + | 0 | 33[c] | |

+ Trace amounts (<1%).
[a] Unidentified vegetation.
[b] Lichens and fungi.
[c] Mosses.
[d] Horsetails (*Equisetum* spp.).

BLM_0052831

so population estimates for a particular time and place should be based upon at least 10, and preferably 20, samples (Batzli and Pitelka, 1983).

To reduce potential error the dietary information reviewed here is restricted to studies based upon adequate numbers of stomachs (or corrected fecal samples) for which volumetric estimates were made of all types of food items. In general, these data support the notion that microtine rodents are primarily herbivorous; all species take <10% animal material (Table 1). However, if we distinguish true herbivores (those that consume vegetative parts of plants) from granivores (seed eaters) and frugivores (fruit eaters), then clear differences between species and populations can be seen. *Microtus ochrogaster* takes variable amounts of seeds (up to 35% of its diet) depending upon location, and *M. californicus* switches to a predominantly seed diet (73%) during summer (Table 1). *Clethrionomys rutilis* in Alaskan taiga takes mostly fruit throughout the year, supplemented by substantial amounts of fungi or moss at different seasons.

Although the two lemmings (*Lemmus* and *Dicrostonyx*) and all *Microtus* species consume mostly vegetative plant parts, the types of plants taken vary within and between species. Thus *M. pennsylvanicus* takes mostly monocotyledons or mostly dicotyledons depending on location and season; fungi and seeds make up about 20 to 40% of their diet in prairie habitats during autumn and winter. In non-prairie habitats both *M. pennsylvanicus* and *M. ochrogaster* shift from favoring dicotyledons in summer to monocotyledons in winter. Both *M. xanthognathus* and *M. oeconomus* (when not in tundra) eat substantial amounts of horsetails (*Equisetum* spp.), and both favor rhizomes in winter. In arctic tundra, *Lemmus* strongly and consistently favors monocotyledons, *Dicrostonyx* strongly and consistently favors dicotyledons (particularly willow), and *M. oeconomus* takes large amounts of both, although it takes more monocotyledons. All three microtines also eat mosses; both *Lemmus* and *Dicrostonyx* increase their consumption of mosses in winter, but *Lemmus* eats more moss year-round.

Given that all these species are plant eaters, why this bewildering variety of dietary patterns? Three main factors are probably involved: 1) the relative abundance of some items in the diet of microtines simply reflects the availability of those items in the local habitat; 2) the nutritional adaptations of microtine species differ

BLM_0052832

owing to their different evolutionary histories; 3) microtines show strong preferences for different items depending on the quality of that item in relation to the nutritional adaptations of the species. The last point is particularly important; the quality of plant material as food is not only a function of the plant's physical and chemical characteristics but also a function of the herbivore's requirements, abilities, and tolerances. The most certain assay of the quality of a food item is the performance of the herbivore in question when fed that food item, and even then some results may be artifacts of experimental conditions that affect feeding behavior.

### Food Selection

Clear differences in food habits occur between pairs of species living in the same habitat, such as *Lemmus* and *Dicrostonyx* in arctic tundra, *Clethrionomys* and *Microtus* in taiga, and *M. ochrogaster* and *M. pennsylvanicus* in central Illinois prairie and old bluegrass pasture (Table 1). These differences between species confronted with the same array of vegetation indicate that the species have specialized preferences, even though all still take a wide variety of food items and all show strong shifts in their diet with location and season. Narrow specialization on very few species of plants has been reported only for two microtine populations: *M. breweri* on Muskeget Island, Massachusetts, eat almost only beach grass (*Ammophila breviligulata*) and bayberry (*Myrica pennsylvanica*) (Rothstein and Tamarin, 1977), and *M. montanus* at Tempe Springs, Utah eat primarily (>90% of diet) *Distichlis stricta* (Berger et al., 1977). Both species live in habitats with very low vegetational diversity, and both show seasonal shifts in the parts of plant taken.

If an animal shows a consistent response to a particular food item, then diet composition will be related to availability of that item. Although there are several ways to make this comparison (Lechowicz, 1983) a simple preference index (PI = proportion of diet/proportion of forage) allows one to assess a variety of patterns (Batzli, 1983). If the herbivore responds to availability of the food item, there will be a positive correlation between percent of diet and percent of forage accounted for by that item; PI > 1 if consistently preferred, PI < 1 if consistently avoided, or PI = 1 if taken in the same amount as available. Alternatively, an item may be taken erratically or in relatively constant amounts no matter what

BLM_0052833

its availability (no consistent preference or PI decreases with increased availability, respectively). This type of analysis requires multiple samples from a variety of sites with different availability of food items, and given the paucity of quantitative analyses of diets, it is not surprising that there have been few such studies. Analyses that have been done show three general types of responses of herbivorous microtines to food items: consistent preference, consistent avoidance, or relatively constant intake (Batzli and Jung, 1980; Batzli and Pitelka, 1983).

Preferences shown by analyses of diets in the field generally, but not always, agree with palatability measured by intake in the laboratory. Thus Batzli and Jung (1980) reported that *Lemmus* and *Microtus* strongly preferred cotton grasses (*Eriophorum* spp., PI ~ 5) in their diet near Atkasook, Alaska, and these were among the most palatable foods in the laboratory. *Dicrostonyx* and *Microtus* strongly preferred willows (*Salix* spp., PI ~ 5) and forbs (PI ~ 10) and found them palatable in the laboratory; *Lemmus* avoided willows (PI ~ ¼) and forbs (PI ~ ½) in the field, and both had low palatability ratings for *Lemmus*. Certain evergreen shrubs (*Ledum, Cassiope,* and *Empetrum*) were avoided by all microtines in the field (PI < 1/10) and were generally unpalatable in the lab. On the other hand, no microtines showed any consistent preference for the most common plants, sedges in the genus *Carex*. Whatever the availability of *Carex*, *Lemmus* consistently took large amounts (30 to 60% of diet), *Microtus* took substantial amounts (about 20% of diet), and *Dicrostonyx* took small amounts (<10% of diet). Although palatability was highest for *Lemmus*, it was also high for the other microtines. Apparently, *Carex* was a staple food item for *Lemmus* no matter what its availability (it was relatively common in all habitats), and other palatable foods (*Eriophorum,* some grasses, and some mosses) filled in the diet in relation to their availability. *Dicrostonyx* had a strong preference for other foods that were usually available (*Eriophorum, Salix,* and forbs), and *Carex* simply acted as a filler. The pattern for *Microtus* fell between the other two species. Clearly, these microtine species responded very differently to the same food items, presumably because these items affected them differently; that is, the quality of each food item varied with the species consuming it.

What aspects of forage do rodents respond to when selecting their diet? Probably they respond to the same factors that humans do:

aroma, texture, and flavor. But these are merely cues that indicate to the vole that the food is good or of poor quality. The value of cues lies in their correlation with underlying determinants of quality, such as digestibility, nutrient content, and plant secondary compounds.

Three studies looked at forage palatability to voles in relation to nutrient concentrations. Hansson (1971) compared the rank order of palatability for seven species of monocotyledons at three seasons to results from a proximate chemical analysis (organic matter, crude protein, ether extract [total lipid], crude fiber, N-free extract, ash, and kcal/g). He found positive correlations between ranks for palatability and those for protein and ether extract and a negative correlation between palatability and fiber, but none was significant. Nevertheless, it was probably no coincidence that the most utilized species under natural conditions, *Agrostis tennuis,* had high-protein and low-fiber content. Meade (1975) compared intake of 27 plant species by *M. pennsylvanicus* under laboratory conditions with their water, nitrogen, phosphorus, and potassium contents. Using only species that were acceptable forage, he found significant positive correlations between intake and all of the nutrients, but the strongest relationship by far was for water ($R^2 = 0.75$). Multiple regression techniques revealed that only the relationships with water and nitrogen content remained significant when effects of other nutrients were removed. Finally, Goldberg et al. (1980) reported on variation in nutrients (proximate chemical analysis and calcium, magnesium, and phosphorus) in relation to seasonal shifts in preference for parts of beach grass (*A. breviligulata*). In spring and summer voles chose leaf blades, which had the highest concentrations of all nutrients and the lowest fiber concentrations; in late summer and early autumn voles chose roots, which had the lowest fiber at that time; in winter voles chose stems, which then had the lowest fiber content and the highest phosphorus content. Water content was generally similar in all plant parts in all seasons except winter when water in leaf blades was half that (34%) of the other parts.

Thus, it seems that voles use fiber content (poorly digestible and tough), water, and nutrient content (particularly protein and phosphorus) when selecting among palatable plant parts or species, but some other factor(s) is involved in determining palatability as well. As suggested by numerous authors, one such factor is likely to be plant secondary compounds (see Harborne, 1982 for review). In

BLM_0052835

the last 10 years a variety of secondary plant compounds has been implicated as factors affecting food intake by microtine rodents (Table 2). Apparently intake is depressed as a result of strong odor (terpenes; Batzli and Jung, 1980), bitter taste (alkaloids; Kendall and Sherwood, 1975), or astringency (quebracho; Lindroth and Batzli, 1984*b*). Effects of these compounds on performance are considered below.

In general then, both availability and quality of individual food items affect the diet composition of herbivores. For example, Lindroth and Batzli (1984*b*) show that important food items of *M. pennsylvanicus* may be either poor in quality but highly available (taken in large amounts even though they are selected against) or high in quality but poorly available (taken in large amounts because they are strongly selected).

## Intake, Forage Quality, and Individual Performance

### General Considerations

Forage quality can affect three basic aspects of microtine performance: growth, reproduction, and survival. These effects may occur because of low concentrations of digestible nutrients in the forage, because of physical or chemical characteristics of the forage that reduce intake or digestibility, because of toxins in the forage, or because of a combination of these factors.

Whatever its diet, an organism must consume enough to meet its long-term metabolic requirements, including both energy and nutrients. Energetic considerations have usually been emphasized by biologists, perhaps because energy is relatively easy to measure and bears a clear relationship to performance for all organisms. Nutrient requirements vary widely among species and general patterns are more difficult to discern. Nevertheless, nutrient requirements for any herbivore are closely linked to energy requirements and digestibility of the forage. This is because nutrient turnover is directly related to metabolic rate and the amount of material passing through the gut (Barkley et al., 1980). In the discussion that follows I sometimes adjusted body mass in relation to metabolic rates to facilitate comparisons among animals of different sizes; however, I

BLM_0052836

TABLE 2
SECONDARY PLANT COMPOUNDS LIKELY TO BE DELETERIOUS TO MICROTINE
RODENTS

| Species of microtine | Compound and plant species | Effect | References |
|---|---|---|---|
| *Microtus penn-sylvanicus* | β-nitroproprionic acid in crown vetch (*Coronilla varia*) | Depressed intake, growth, and survival | Barnes et al. (1974); Gustine et al. (1974); Kendall et al. (1979); Shenk (1976); Shenk et al. (1970, 1974) |
| | Saponins in alfalfa (*Medicago sativa*) | Depressed intake and growth | Kendall and Leath (1976); Marcarian (1972) |
| | Alkaloids in reed canary grass (*Phalaris arundinacea*) | Depressed intake, increased reticulocytes, and kidney lesions | Goelz et al. (1980); Kendall and Sherwood (1975); Kendall et al. (1979) |
| *M. montanus* | Cinnamic acids and related vinyl phenols in wheat and salt grass (*Distichlis stricta*) | Depressed reproduction | Berger et al. (1977) |
| *M. ochrogaster* | Flavonoid (quercetin) and tannins (tannic acid and quebracho) in artificial diet | Depressed growth by quercetin and tannic acid, depressed intake by quebracho | Lindroth and Batzli (1984a) |
| *M. oeconomus* | Ethanol extracts of Laborador tea (*Ledum palustre*) | Terpenes depress intake and unidentified compounds depress growth and survival | Batzli and Jung (1980); Jung and Batzli (1981) |
| *Lemmus sibiricus* | Ethanol extracts of willow (*Salix pulchra*) and Labrador tea | Terpenes depress intake and unidentified compounds depress growth and survival | Batzli and Jung (1980); Jung and Batzli (1981) |

BLM_0052837

792     *Batzli*

TABLE 2
Continued

| Species of microtine | Compound and plant species | Effect | References |
|---|---|---|---|
| *Dicrostonyx torquatus* | Ethanol extracts of sedge (*Carex aquatilus*) and Labrador tea | Terpenes depress intake and un-identified com-pounds depress growth | Batzli and Jung (1980); Jung and Batzli (1981) |

do not review the bioenergetics of microtine rodents because that is done elsewhere in this book (Wunder, this volume).

*Digestibility and Intake*

Intake of food and output of feces and urine can be measured by placing animals in metabolic cages. Intake and apparent digestibility of forage can then be compared to weight change of the animal. Animals do not always respond well to confined conditions, and there are often great individual differences in their performance. Nevertheless, some reassuring patterns emerge. First, as expected, change in body mass is directly related to intake of digestible dry matter (or energy) on a given diet (Fig. 1; Shenk, 1976). The better performance of *M. ochrogaster* in Fig. 1 occurred because the artificial diet was of higher quality for them (greater growth on the same intake as the other species). The generally low intake by *Lemmus* compared to *Microtus* indicates lower palatability of the diet to them. Second, intake of palatable food decreases as digestibility of the food increases (Fig. 2). This trend results from compensation for low digestible energy and nutrient content by increased intake so that nutritional requirements are met, a phenomenon that will be discussed in more detail below. Third, the digestibility of food items is related to the general type of food over a wide variety of plant and microtine species. A review by Batzli and Cole (1979) showed that, on average, microtines digested 89% of the energy in seeds and garden vegetables, 74% of dicotyledon stems (non-woody) and leaves, and 54% of monocotyledon stems and leaves. Digestible dry matter (DDM) followed a similar trend, but fewer data were available.

Digestibility of forage for herbivores is generally negatively cor-

BLM_0052838



FIG. 1.   Relation of growth rate of animals to relative rate of intake of digestible dry matter on an artificial diet. Data for *Microtus oeconomus* and *Lemmus sibiricus* are combined because regressions were not significantly different. Regression equations with 95% C.L.: $Y = 2.61 \pm 1.21\ X - 1.70 \pm 0.70$ ($R^2 = 0.70$) for *M. ochrogaster*, and $Y = 3.05 \pm 1.21\ X - 2.70 \pm 0.67$ ($R^2 = 0.68$) for *M. oeconomus* and *L. sibiricus*. See Lindroth et al. (1984) for methods.

related with fiber content (hemicellulose, cellulose, and lignin), and weight gain of voles on grass diets may also be negatively correlated with fiber content (Russo et al., 1981). Nevertheless, intake and weight gain improved when weanling meadow voles ate cereal diets with 18% cellulose (alphacel) compared to the same diets without cellulose. Chemically isolated cellulose (alphacel) is essentially undigested by voles (Shenk et al., 1970) and the improved performance with alphacel in the diet may simply reflect a need for bulk. Apparently 10 to 30% of natural fiber can be digested by voles (Keys and Van Soest, 1970). Most of this digestion is probably done by microbes in the cecum, but cellulolytic bacteria and fermentation products have also been found in the stomach (Kudo et al., 1979; McBee, 1970). Toughness and texture of the diet also are related to the amount and arrangement of fiber, and too much fiber may inhibit intake of forage (Ulyatt, 1973).

BLM_0052839



Fig. 2.   Comparison of total intake of energy (solid points and solid line) to intake of digestible energy (open points and dashed line) in relation to digestibility of forage by *Microtus ochrogaster, M. californicus,* and *Lemmus sibiricus.* Circled points represent unpalatable food; vertical lines give 95% confidence intervals (after Batzli and Cole, 1979).

The compensatory increase of intake for less digestible food is well known for ruminants (Ulyatt, 1973), laboratory rats (Adolf, 1947), and laboratory mice (Dalton, 1963). Of course, lower digestibility of forage must be compensated by greater intake if the animal is to survive. Although the size of a single meal for voles may be limited by gastro-intestinal fill (Kendall et al., 1978), total daily intake appears to be adjusted depending upon digestible energy or nutrients. For many foods intake may compensate completely so that the consumption of digestible energy and dry matter remains relatively constant (Fig. 2). But some foods, usually those of low quality, simply are not palatable enough to be taken in large amounts. Thus, although mosses may form up to 40% of the diet of *L. sibiricus,* they are poorly digested compared to monocotyledons (23% DDM and 33–37% DDM, respectively), and voluntary intake of mosses alone is not sufficient to maintain the animals. Similarly, *M. ochrogaster* does not consume enough bluegrass to

BLM_0052840



*Nutrition* 795

FIG. 3.   Relative foraging rates for brown lemmings (*Lemmus sibiricus*) in relation to forage availability (from Batzli et al., 1981).

maintain its body weight, and bluegrass is relatively poorly digested (51% DDM) compared to more palatable dicotyledons (61 to 69% DDM).

It is difficult to assess how herbivores would perform on food they will not eat, but it is clear that different species of microtines show different physiological responses to the same food. Whereas *Lemmus* only digested 33–37% of the dry matter in tundra monocotyledons, *M. ochrogaster* digested 52% of the same plants (Batzli and Cole, 1979). Similar differences can be seen on laboratory diets. Two microtines that prefer monocotyledons (*L. sibiricus* and *M. californicus*) digested only 53–54% of the dry matter in commercial rabbit chow (largely alfalfa meal), whereas a dicotyledon eater (*M. ochrogaster*) digested 68% (Batzli and Cole, 1979). On an artificial diet made with chemically defined materials, *Lemmus* and *M. oeconomus* digested 54%, whereas *M. ochrogaster* digested 61% of the dry matter (Lindroth et al., 1984).

BLM_0052841

796   *Batzli*

In nature, of course, it takes time to select and harvest food, and it is not surprising that foraging rate (rate of intake) varies with availability of palatable food (Fig. 3). Stage of growth and year-to-year variability in growth form also affect foraging rates; older, larger plants are consumed more slowly (Batzli et al., 1981). Thus, as quality and availability of food items change, herbivores must change their diet in order to maintain high rates of intake. If they cannot switch diets, they must spend more time foraging, and this means greater exposure to the physical environment and to predation. Hence, seasonal changes in food selection can be viewed as the expected response to seasonal changes in availability and quality of food items. In order to track this changing quality a herbivore must continually sample available forage, which accounts for the wide variety of food items taken in small amounts by most generalist herbivores (Westoby, 1978).

Flexible turnover times of gut contents exist in most species so that less digestible forage is processed more rapidly (Batzli and Cole, 1979), but whatever the demand for nutrients, intake of food can be no faster than the gut can process it. Traditional wisdom says that smaller ruminants must eat a more highly digestible diet to survive—the Jarman-Bell principle (Geist, 1974; Janis, 1975; Jarman, 1974; Parra, 1978). The argument goes as follows: 1) smaller animals have similar relative gut size but larger relative metabolic rates and more rapid turnover of gut contents than do larger animals; 2) for a given diet, a decrease in turnover time is also associated with a decrease in digestibility; 3) mathematical relationships are such that for a given diet smaller animals get less energy relative to their metabolic requirements than do larger animals; and 4) therefore smaller animals must eat more digestible food.

When fed similar forage, the gut turnover time for a wide variety of herbivores decreases in a regular way with body size (Fig. 4). Monogastric animals have a shorter turnover time than ruminants, but the rate of decline with body size (slope of the line) is the same. Given the same general relationship (even with different parameter values) for monogastric herbivores as for ruminants, the same arguments should apply to ruminant and monogastric herbivores. However, it is clear that many small herbivores, including some microtine rodents, eat large amounts of poorly digestible food (Batzli and Cole, 1979). Furthermore, some microtines can digest hay almost as well as horses, even though they are several orders of

BLM_0052842



Fig. 4. Turnover time of gut contents in relation to body size for ruminant (triangles) and non-ruminant (circles) animals (from Batzli, unpubl. observ.).

magnitude smaller (Batzli, pers. observ.). How can this be? The traditional analysis assumes that digestion proceeds as a simple exponential function of time in the gut, a model proposed by Blaxter et al. (1956). In fact, it is more likely that small molecules in cell contents are absorbed very quickly by the gut, non-fibrous polymers (proteins, glucans, and pectin) require moderate processing, and fibrous polymers (cellulose and lignin) require much longer processing (Hungate, 1966). Thus, digestibility is a mixed function of time; small animals that chew forage very finely, thereby rupturing the cells and releasing cell contents, can reduce turnover time without suffering the full consequences expected based upon a simple continuous function (Batzli, pers. observ.).

*Nutrients and Performance*

The exact nutrient requirements of organisms are difficult to specify because of the large number of required nutrients, interactions among nutrients, and substantial individual differences within a species. As a result only the nutritional requirements of domesticated rodents are very well known. Because of the increasing use of voles for bioassays in agricultural research, they have now been included in the group of laboratory animals covered by the National Research Council's publication on nutrient requirements of domes-

BLM_0052843

798    *Batzli*

TABLE 3

RECOMMENDED NUTRIENT CONTENT OF DIETS FOR GROWTH AND REPRODUCTION OF
RODENTS AND RABBITS

| | Rabbit[a] | Rat[a] | Mouse[a] | Guinea pig[a] | Hamster[a] | Vole |
|---|---|---|---|---|---|---|
| Digestible energy (kcal/kg) | 2,500 | 3,800 | 3,700 | 3,000 | 4,200 | 3,750[a] 2,000–3,000[b] |
| Protein (%) | 16.0–17.0 | 15.1 | 18.0 | 18.0 | 15.0 | 13.0[a] 8.0[b] |
| Calcium (%) | 0.4–0.7 | 0.5 | 0.4 | 0.8–1.0 | 0.6 | 0.3–0.5[b] |
| Phosphorus (%) | 0.2–0.5 | 0.4 | 0.4 | 0.4–0.7 | 0.3 | 0.2–0.4[b] |
| Sodium (%) | 0.20 | 0.05 | 0.08 | ? | 0.15 | >0.02[b] |

[a] Based upon National Research Council publication on nutrient requirements for domestic animals and references cited therein (National Research Council, 1977, 1978).

[b] Based upon data for voles and lemmings (Batzli, unpubl. observ.; Batzli and Cole, 1979; Lindroth et al., 1984).

tic animals (National Research Council, 1978). As can be seen in Table 3, requirements of microtines appear to be similar to laboratory rodents and rabbits, but many nutrient requirements have not been studied. Recent work indicates that digestible energy requirements of voles are more similar to rabbits than to laboratory rodents (Table 3) and that *Lemmus sibiricus* may only require 70% as much digestible energy in its diet as does *M. ochrogaster* (Batzli and Cole, 1979). Data for an artificial diet (Lindroth et al., 1984) suggest that the protein requirement for maximal growth of young *M. ochrogaster* is only 8% or less of dry matter (Lindroth and Batzli, 1984a), rather than the 13% suggested by data for *M. pennsylvanicus* (Shenk et al., 1970). Other requirements of different species of microtines also may differ. Species with the same intake of digestible dry matter on the same diet may show significantly different growth rates (Fig. 1).

The nutrients that appear to be most critical for microtine rodents in their natural food are digestible energy, protein (organic N), calcium (Ca), phosphorus (P), and sodium (Na), but this may be

BLM_0052844

an artifact of the paucity of studies involving other nutrients. Requirements for nutrients are greatest for lactating females; in microtine rodents the mass of the litter at weaning is often greater than that of the female (Batzli and Jung, 1980; Batzli et al., 1974). Thus, it is not surprising that the breeding season for most herbivorous microtines coincides with the growing season, the period when the quality of available food is usually highest (Fleming, 1973; Goldberg et al., 1980). For most temperate species this means spring, summer, and fall (*M. montanus, M. ochrogaster, M. pennsylvanicus*), although in a Mediterranean climate the growing season is reversed and breeding stops during the dry summer (*M. californicus*). As plants age, their quality as forage for microtines declines (Hansson, 1970; Martinet and Daketse, 1976; Martinet and Meunier, 1969; Myllymäki, 1977). Thus, during the breeding season the diets of these herbivores are mostly fresh stems and leaves, whereas they gradually shift to seeds, stem bases, and roots as the above-ground parts of the plants age and die back. After a breeding pause, when quality of available food is low (Batzli, in press), reproduction recommences with the first appearance of high-quality green shoots (Batzli and Pitelka, 1971; Negus et al., 1977). Apparently the animals respond to a chemical cue (6-MBOA) in the developing plants (Berger et al., 1981; Sanders et al., 1981). Provision of high-quality food can maintain breeding during the cold winter (Cole and Batzli, 1978) or dry summer (Ford, 1978).

Length of reproductive season, litter size, body growth, and survival rates all correlate with nutrient content of natural forage (Cole and Batzli, 1979; Hoffmann, 1958), and laboratory feeding trials indicate that growth and reproduction are direct responses to nutrient content of the diet. Cole and Batzli (1979) reported that *M. ochrogaster* grew more rapidly on natural diets with higher nutrient concentration, and Batzli (in press) found that summer diets for *M. californicus* (grass seeds) are deficient in Ca and Na, both of which affect reproductive success.

The role of sodium in microtine nutrition has been of particular interest. Aumann and Emlen (1965) found that reproductive output (number of young) of *M. pennsylvanicus* in small pens increased when a sodium supplement was added to their water, and that animals increased their sodium intake as conditions became more crowded. Normal sodium levels in urine of voles (*M. arvalis*) and lemmings (*L. lemmus*), and sodium levels in the feces of lemmings

BLM_0052845

(*L. lemmus*), are extremely low (DeKock and Robinson, 1968; Lange and Staaland, 1970). Apparently these patterns of sodium conservation occur because of the low sodium content in the diet of these herbivores and the evolution of efficient mechanisms for absorption of sodium in the colon of microtines, but social stress upsets endocrine balance and can result in unusually high loss of sodium in urine.

The nutrients that are most important for microtines probably vary with season and location. A simulation model of N, Ca, and P nutrition for *L. sibiricus* indicated that for lactating females N was in short supply in winter, P was limiting in early summer, and a high Ca/P ratio caused difficulties in late summer (Barkley et al., 1980). But nutrient content of the major food type, monocotyledon stems and leaves, varied by a factor of 2 from year to year, and nutritional difficulties only occurred in low-nutrient years. As already mentioned, Ca and Na availability seem to limit summer breeding by *M. californicus*, and no doubt other nutrients are important in other places.

*Secondary Plant Compounds and Performance*

For microtines, negative nutritional factors other than high fiber appear to consist largely of secondary plant compounds. The same compounds that reduce intake of particular plant species also reduce growth, survival, and reproduction if given in amounts equivalent to expected dietary levels (Table 2). Thus, saponins, alkaloids, and phenolic compounds have all been shown to be detrimental to voles when ingested, and no doubt other classes of compounds, such as terpenes, also will prove to be detrimental. Terpenes do disrupt digestive processes in ruminants (Oh et al., 1970).

Not all secondary compounds affect microtines in the same way, nor does the same compound affect different species of microtines in the same way. Evaporation of ethanol extracts of plant tissue on laboratory diets produced a variety of effects on growth, body composition, and organ weight of arctic microtines (Jung and Batzli, 1981). Performance on diets containing extracts of three foods—a sedge (*Carex aquatilis*) that was highly palatable to *L. sibiricus* and *M. oeconomus*, a willow (*Salix pulchra*) that was highly palatable to *D. torquatus* and *M. oeconomus*, and Labrador tea (*Ledum palustre*) that was palatable to none of the microtines—were entirely consistent with results of palatability trials. Willow extract con-

BLM_0052846

tained compounds that reduced growth and body fat of *Lemmus* but not *Microtus* or *Dicrostonyx*; sedge extract reduced growth and body fat of *Dicrostonyx*, but only body fat of *Lemmus* and *Microtus*; and *Ledum* extract reduced growth and body fat of all three microtines (and caused the death of *Lemmus* even though food intake was normal).

Some secondary compounds act as toxins ($\beta$-nitroproprionic acid, alkaloids) when absorbed, but others may act by reducing the digestibility of important dietary components, for instance complexing of protein by some phenolics (Rhoades and Cates, 1976). Thus, voles (*M. ochrogaster*) fed artificial diets containing two kinds of phenolics had poorer growth on low-protein diets than on high-protein diets (Lindroth and Batzli, 1984a). Protein digestibility was also lower for voles on low-protein diets with high levels of tannic acid, but these voles also had higher intake so that they digested equivalent total amounts of protein on low- and high-phenolic diets. The level of detoxication products (glucuronides) in urine also suggested that the depression of growth by phenolics was the result of a toxic effect and not because of lowered protein digestibility. High levels of protein may have protected the voles from the toxic effect by binding with the tannic acid. This interaction between protein levels and phenolic levels is probably not unique, and it seems likely that the quality of forage is a product of multiple interactions between positive and negative chemical factors.

*Optimal Foraging*

Given a complex array of forage that varies in availability and quality through time and space, herbivores must somehow decide what to eat. If we assume that animals eat so as to maximize their performance under a given set of conditions, and if we understand how these conditions influence performance, then we should be able to predict how an animal will forage and what it will eat. This is the basis for optimal foraging theory, most of which has been developed for predators (Krebs, 1978). Much of this theory requires that food items be ranked according to their net value, which usually is couched in terms of net energy yield and does not seem directly applicable to herbivores.

One optimization model that has been applied to microtine herbivores is the graphical model developed by Stenseth and Hansson (1979), which predicts the net fitness gain from food in relation to

BLM_0052847

802    *Batzli*

its value (digestible energy content). Net gain for each food type is a function of the direct cost of foraging activities (which increases with decreasing availability of an item), maintenance cost (which increases with the time spent foraging), and the distribution of values for the food type (not all items of the same type have the same value). Thus, the net gain from a food type increases as the values and densities for items in a type increase. If the distributions of net gains (items with different values within a type have different net gains) for different food types overlap substantially, the animal maximizes its net gain by taking a mixed diet. Unlike most of the optimization models developed for predators, this model predicts that relative densities of food items (not just absolute densities) influence diet choice and that partial preferences (not all or none responses) for food items will occur. However, like other models, Stenseth and Hansson's (1979) model requires a currency. The currency they favor is energy, although they acknowledge that others might be used.

Stenseth et al. (1977) used the graphical model outlined above to predict diets of *M. agrestris* in Sweden and Finland. They included four food types (grass, forbs, seeds, and bark) and assigned the value of items by digestible energy content. They successfully predicted nearly equal use of grass and forbs in spring in northern Sweden, but predictions for other seasons and for two communities in Finland depended upon somewhat arbitrary evaluations. In addition, they needed to invoke "search images" and polymorphic behavior, for which they presented no evidence, to reconcile predictions and observed diets.

A different approach to optimal foraging, the use of linear programming, was suggested by Westoby (1974) and Pulliam (1975). In this technique constraints (such as minimal nutrient intake) are established; the combination of food items that satisfies those constraints and maximizes or minimizes some other factor (for instance energy or foraging time) is sought. The most successful use of this technique to date has been that of Belovsky (1978) with moose. He used constraints of 1) minimal energy and sodium requirements for maintenance and reproduction, 2) maximal times allowed to spend foraging in water (because of heat loss) and on land (owing to time needed for rumination), and 3) maximal amount of bulk in the diet (rumen capacity is more quickly filled by aquatic plants with high water content). Then he predicted the amount of aquatic plants,

BLM_0052848

forbs, and leaves of shrubs in the diet if energy intake were maximized or foraging time were minimized. Actual diets almost exactly matched those predicted by the strategy of energy maximization. Of course, not all plant species within these general food categories were taken, and predicting which species would be taken was more difficult (Belovsky, 1981). Selection of aquatic plants seemed clearly related to their sodium content, but use of terrestrial plants did not depend simply on their nutrient content or availability.

It seems likely that positive and negative nutritional factors (such as secondary compounds) need to be balanced by herbivores when selecting their diet (Lindroth, 1979). Certainly, the information available to date for microtine rodents suggests that this is so (see above). Thus, a model that predicts the diet of microtine rodents probably will need to include multiple constraints within which there is very little room to maximize nutrient or energy intake. Indeed this may explain why the performance of animals and populations varies so with habitat type and, therefore, quality of available food.

## Forage Quality and Population Characteristics

### Habitat Differences

That population densities and demography differ in different habitats is well known, but the causes of these differences generally are not. Most microtines require a minimal amount of cover, presumably as protection against predation, and Birney et al. (1976) have suggested that response to cover explains many of the differences in density among habitats. Addition of water and fertilizer to shortgrass prairie markedly increased the density of *M. ochrogaster,* but it is not clear how much of the response was due to increased cover and how much was due to improved nutrition (Grant et al., 1977).

Two studies have shown that the quality of diet differs in different habitats, and because of the effects of diet quality on growth, reproduction, and survival, the population dynamics in the habitats varied. Cole and Batzli (1979) found low, moderate, and high densities of *M. ochrogaster* in tallgrass prairie, abandoned bluegrass

804   *Batzli*

pasture, and abandoned alfalfa fields. Growth of young, litter size, length of breeding season, and survival were all clearly related to the quality of different diets in three study areas, and these differences accounted for the different densities reached in the populations. Krohne (1980, 1982) found that litter sizes of *M. californicus* were greater and that penned populations had greater reproductive output and rates of growth when fed annual grasses compared to perennial grasses. These results corresponded to different population dynamics found in the field: seasonal fluctuations at low densities in perennial grassland and multi-annual fluctuations reaching high densities in annual grasslands. In neither of these studies could the differences between habitats be explained by availability of cover.

It is not clear how often differences in populations between habitats can be related to available food because most studies do not examine nutrition adequately. Collared lemmings and brown lemmings in arctic Alaska have strong habitat preferences that are associated with concentration of preferred foods (Batzli and Jung, 1980; Batzli et al., 1983), and Batzli (1983) suggested that the wide variability in the population densities of lemmings in different geographical regions of tundra is a function of the quality of available food. Because cover and food often are contributed by the same plants, the two are not always separable, but it seems clear that given a minimal amount of cover (and therefore food), the quality of available food accounts for many of the observed differences in microtine rodent populations in different habitats.

*Population Dynamics*

Because the reproductive season of microtines is often linked to available food, it follows that seasonal changes in density (increases during the reproductive season and declines during the non-breeding season) are also a function of nutrition. Thus, every summer when vegetation dries, the voles shift to grass seeds that are deficient in Ca and Na, reproduction ceases and population densities of *M. californicus* decline (Batzli, in press; Batzli and Pitelka, 1970, 1971). Most temperate species show a similar pattern of shifting food habits and a reproductive pause during winter, although the population of trappable animals does not always decline immediately (Gaines and Rose, 1976; Getz et al., 1979; Krebs et al., 1969; Negus et al., 1977; Tamarin, 1977; Whitney, 1976; Wolff and Lidicker,

BLM_0052850

1980). Winter breeding may occur in some species if high-quality forage is accessible under the snow (Batzli et al., 1980), and winter breeding can be maintained if supplemental food is given (Cole and Batzli, 1978).

In addition to seasonal changes, many microtine species go through extreme multi-annual fluctuations in density (cycles). Because these fluctuations are analyzed in another chapter of this book (Taitt and Krebs, this volume), and because I recently reviewed the role of nutrition in these cycles (Batzli, in press), I only make a few comments here.

First, the data on habitat effects summarized above indicate that only when high-quality forage is available can microtine rodents reach the high densities associated with cyclic peak populations. Second, theoretical analyses and empirical data (Batzli, in press; Batzli et al., 1980) indicate that neither the food-shortage hypothesis of Lack (1954) nor the nutrient-recovery hypothesis of Pitelka (1964) and Schultz (1964) are likely to account for cycles. The plant-production hypothesis of Kalela (1962) recently was both supported (Laine and Henttonen, 1983) and rejected (Andersson and Jonasson, in litt.) for two areas in northern Fennoscandia. Third, manipulations of natural populations by providing fertilizer or supplementary food all indicate improved reproduction, growth, and survival during the population increase (Cole and Batzli, 1978; Desy and Thompson, 1983; Krebs and DeLong, 1965; Schultz, 1969; Taitt and Krebs, 1981), but none prevented the population decline. However, these experiments were flawed because they did not monitor or prevent an influx of predators to the small experimental sites when all other nearby populations declined. One experiment on penned populations that included predator control did prevent a population crash by provision of food and water (Ford, 1978). Fourth, a theoretical analysis of the implications of positive nutrient feedback versus negative nutrient feedback (secondary plant compounds) suggested that, whereas strong positive nutrient feedback leads to instability or stability of a soil-plant-herbivore-predator trophic system, inducible secondary compounds acting as proposed by Haukioja (1980) may lead to oscillatory instability (Batzli, in press). Thus, if changes in nutrition are sufficient to produce population cycles, it is most likely because food plants respond to damage with lowered quality, probably because of production of secondary plant compounds.

BLM_0052851

806    *Batzli*

On the whole I doubt that any single factor, including nutrition, will be sufficient to explain population cycling. Environmental factors, such as nutrition and weather, and responses of organisms, such as aggressive behavior and dispersal, interact in complex ways, and it is those interactions that need to be examined.

## Conclusions

It seems clear that nutrition plays a large role in the well-being, habitat preference, and successful reproduction by microtine rodents. Thus, much of the morphology, physiology, and behavior of these animals should be interpretable in relation to the availability, quality, and processing of forage. A thorough analysis of such patterns awaits the development of much better information on diet, gut morphology, and nutritional physiology for a wider variety of species. Only then will the relationships among these variables, and the evolutionary response of microtine species to the variable nutritional conditions found in their habitats, become clear.

## Literature Cited

ADOLF, E. F.  1947.  Urges to eat and drink in rats. Amer. J. Physiol., 151:110–125.

AUMANN, G. D., AND J. T. EMLEN.  1965.  Relation of population density to sodium availability and sodium selection in microtine rodents. Nature, 208:198–199.

BARKLEY, S., G. O. BATZLI, AND B. COLLIER.  1980.  Nutritional ecology of microtine rodents: a simulation model of mineral nutrition for brown lemmings. Oikos, 34:103–114.

BARNES, R. F., G. W. FISSEL, AND J. S. SHENK.  1974.  Comparison of ethanol-extracted and unextracted forage fed to weanling meadow voles. Agron. J., 66:72–75.

BATZLI, G. O.  1975.  The role of small mammals in arctic ecosystems. Pp. 243–268, *in* Small mammals: their productivity and population dynamics (F. Golley, K. Petrusewicz, and L. Ryszkowski, eds.). Cambridge Univ. Press, London, 451 pp.

———. 1983.  Responses of arctic rodent populations to nutritional factors. Oikos, 40:396–406.

———. In press.  The role of nutrition in population cycles of microtine rodents. Acta Zool. Fennica.

———. In press.  The effects of food quality on reproduction of California voles. Ecology.

BATZLI, G. O., AND F. R. COLE.  1979.  Nutritional ecology of microtine rodents: digestibility of forage. J. Mamm., 60:740–750.

BATZLI, G. O., AND H. G. JUNG.  1980.  Nutritional ecology of microtine rodents: resource utilization near Atkasook, Alaska. Arctic Alpine Res., 12:483–499.

BLM_0052852

BATZLI, G. O., AND F. A. PITELKA. 1970. Influence of meadow mouse populations in California grassland. Ecology, 51:1027–1039.

———. 1971. Condition and diet of cycling populations of the California vole, *Microtus californicus*. J. Mamm., 52:141–163.

———. 1983. Nutritional ecology of microtine rodents: food habits of lemmings near Barrow, Alaska. J. Mamm., 64:648–655.

BATZLI, G. O., H. G. JUNG, AND G. GUNTENSPERGEN. 1981. Nutritional ecology of microtine rodents: linear foraging rate curves for brown lemmings. Oikos, 37:112–116.

BATZLI, G. O., F. A. PITELKA, AND G. W. CAMERON. 1983. Habitat use by lemmings near Barrow, Alaska. Holarctic Ecol., 6:255–262.

BATZLI, G. O., N. C. STENSETH, AND B. M. FITZGERALD. 1974. Growth and survival of suckling brown lemmings, *Lemmus trimucronatus*. J. Mamm., 55:828–831.

BATZLI, G. O., R. G. WHITE, S. F. MacLEAN, JR., F. A. PITELKA, AND B. COLLIER. 1980. The herbivore-based trophic system. Pp. 335–410, *in* An arctic ecosystem: the coastal plain of northern Alaska (J. Brown et al., eds.). Dowden, Hutchinson and Ross, Stroudsburg, Pennsylvania, 571 pp.

BELOVSKY, G. E. 1978. Diet optimization in a generalist herbivore: the moose. Theor. Population Biol., 14:105–134.

———. 1981. Food plant selection by a generalist herbivore: the moose. Ecology, 62:1020–1030.

BERGER, P. J., N. C. NEGUS, E. H. SANDERS, AND P. D. GARDNER. 1981. Chemical triggering of reproduction in *Microtus montanus*. Science, 214:69–70.

BERGER, P. J., E. H. SANDERS, P. D. GARDNER, AND N. C. NEGUS. 1977. Phenolic plant compounds functioning as reproductive inhibitors in *Microtus montanus*. Science, 195:575–577.

BIRNEY, E. C., W. E. GRANT, AND D. D. BAIRD. 1976. Importance of vegetative cover to cycles of *Microtus* populations. Ecology, 57:1043–1051.

BLAXTER, K. L., N. M. GRAHAM, AND F. W. WAINMAN. 1956. Some observations on the digestibility of food by sheep and on related problems. Nutrition, 10:69–91.

CARLETON, M. D. 1973. A survey of the gross stomach morphology in New World Cricetinae (Rodentia: Muroidea), with comments on functional interpretation. Misc. Publ. Mus. Zool., Univ. Michigan, 146:1–43.

———. 1981. A survey of gross stomach morphology in Microtinae (Rodentia: Muroidea). Z. Saugetierk., 46:93–108.

COLE, F. R., AND G. O. BATZLI. 1978. The influence of supplemental feeding on a population of the prairie vole *Microtus ochrogaster*. J. Mamm., 59:809–819.

———. 1979. Nutrition and population dynamics of the prairie vole, *Microtus ochrogaster*, in central Illinois. J. Anim. Ecol., 48:455–470.

DALTON, D. C. 1963. Effect of dilution of the diet with an indigestible filler on feed intake in the mouse. Nature, 197:909–910.

DeKOCK, L. L., AND A. E. ROBINSON. 1968. Individual sodium and potassium excretion patterns in rodents during certain life situations. Z. Tierpsychol., 25:811–824.

DESY, E. A., AND C. F. THOMPSON. 1983. Effects of supplemental food on a *Microtus pennsylvanicus* population in central Illinois. J. Anim. Ecol., 52:127–140.

FISH, P. G. 1974. Notes on the feeding habits of *Microtus ochrogaster* and *Microtus pennsylvanicus*. Amer. Midland Nat., 96:460–461.

FLEMING, G. A. 1973. Mineral composition of herbage. Pp. 529–566, *in* Chemistry and biochemistry of herbage, Vol. I (G. W. Butler and R. W. Bailey, eds.). Academic Press, New York, 639 pp.

BLM_0052853

808   *Batzli*

FORD, R. G.  1978.  Computer enhancement of mark-recapture data and its application to the role of food supply in declining populations of *Microtus*. Unpubl. Ph.D. dissert., Univ. California, Berkeley, 177 pp.

GAINES, M. S., AND R. K. ROSE.  1976.  Population dynamics of *Microtus ochrogaster* in eastern Kansas. Ecology, 51:1145–1161.

GEIST, V.  1974.  On the relationship of social evolution and ecology in ungulates. Amer. Zool., 4:205–220.

GETZ, L. L., L. VERNER, F. R. COLE, J. E. HOFMANN, AND D. E. AVALOS.  1979.  Comparisons of population demography of *Microtus ochrogaster* and *M. pennsylvanicus*. Acta Theriol., 24:319–349.

GOELZ, M. F. B., H. ROTHENBACHER, J. P. WIGGINS, W. A. KENDALL, AND T. V. HERSHBERGER.  1980.  Some hematological and histopathological effects of the alkaloids gramine and hordenine on meadow voles (*Microtus pennsylvanicus*). Toxicology, 18:125–131.

GOLDBERG, N., N. R. TABROFF, AND R. H. TAMARIN.  1980.  Nutrient variation in beach grass in relation to beach vole feeding. Ecology, 61:1029–1033.

GRANT, W. E., N. R. FRENCH, AND D. M. SWIFT.  1977.  Response of a small mammal community to water and nitrogen treatments in a shortgrass prairie ecosystem. J. Mamm., 58:637–652.

GUSTINE, D. L., J. S. SHENK, B. G. MOYER, AND R. F. BARNES.  1974.  Isolation of β-nitroproprionic acid from crownvetch. Agron. J., 66:636–639.

GUTHRIE, R. D.  1965.  Variability in characters undergoing rapid evolution, an analysis of *Microtus* molars. Evolution, 19:214–233.

HANSSON, L.  1970.  Methods of morphological diet micro-analysis in rodents. Oikos, 21:255–266.

———.  1971.  Habitat, food and population dynamics of the field vole *Microtus agrestis* (L.) in south Sweden. Viltrevy, 8:268–378.

HARBORNE, J. B.  1982.  Introduction to ecological biochemistry. Second ed. Academic Press, New York, 278 pp.

HAUKIOJA, E.  1980.  On the role of plant defences in the fluctuation of herbivore populations. Oikos, 35:202–213.

HINTON, M. A. C.  1926.  Monograph of the voles and lemmings (Microtinae) living and extinct. Vol. I. British Mus. Nat. Hist., London, 488 pp.

HOFFMANN, R. S.  1958.  The role of reproduction and mortality in population fluctuations of voles (*Microtus*). Ecol. Monogr., 28:79–109.

HUNGATE, R. E.  1966.  The rumen and its microbes. Academic Press, New York, 533 pp.

JANIS, C.  1975.  The evolutionary strategy of the Equidae and the origins of rumen and cecal digestion. Evolution, 30:757–774.

JARMAN, P. J.  1974.  The social organization of antelope in relation to their ecology. Behaviour, 48:215–268.

JUNG, H. G., AND G. O. BATZLI.  1981.  Nutritional ecology of microtine rodents: effects of plant extracts on the growth of arctic microtines. J. Mamm., 62:286–292.

KALELA, O.  1962.  On the fluctuations in the numbers of arctic and boreal small rodents as a problem of production biology. Ann. Acad. Sci. Fennica A, IV Biol., 66:1–38.

KENDALL, W. A., AND K. T. LEATH.  1976.  Effects of saponins on palatability of alfalfa to meadow voles. Agron. J., 68:473–476.

KENDALL, W. A., AND R. T. SHERWOOD.  1975.  Palatability of leaves of tall fescue and reed canarygrass and some of their alkaloids to meadow voles. Agron. J., 67:667–671.

KENDALL, W. A., R. R. HILL, JR., AND J. S. SHENK.  1978.  Regulation of intake

BLM_0052854

and utilization of carbohydrates by meadow voles. J. Anim. Sci., 46:1641–1647.

———. 1979. Inhibition by some allelochemicals of intake of individual meals by meadow voles. Agron. J., 71:613–616.

KEYS, J. E., JR., AND P. J. VAN SOEST. 1970. Digestibility of forages by the meadow vole (*Microtus pennsylvanicus*). J. Dairy Sci., 53:1502–1508.

KREBS, C. J., AND K. T. DELONG. 1965. A *Microtus* population with supplemental food. J. Mamm., 46:566–573.

KREBS, C. J., B. L. KELLER, AND R. H. TAMARIN. 1969. *Microtus* population biology: demographic changes in fluctuating populations of *M. ochrogaster* in southern Indiana. Ecology, 50:587–607.

KREBS, J. R. 1978. Optimal foraging: decision rules for predators. Pp. 23–63, *in* Behavioural ecology—an evolutionary approach (J. R. Krebs and N. B. Davies, eds.). Sinauer Assoc., Sunderland, Massachusetts, 494 pp.

KROHNE, D. T. 1980. Intraspecific litter size variation in *Microtus californicus*. II. Variation between populations. Evolution, 34:1174–1182.

———. 1982. The demography of low-litter-size populations of *Microtus californicus*. Canadian J. Zool., 60:368–374.

KUDO, H., Y. OKI, AND H. MINATO. 1979. *Microtus* species as laboratory animals. I. Bacterial flora of the esophageal sac of *Microtus montebelli* fed different rations and its relationship to the cellulolytic bacteria. Bull. Nippon Veterin. Zootech. Coll., 28:13–19.

LACK, D. 1954. The natural regulation of animal numbers. Oxford Univ. Press, London, 343 pp.

LAINE, K., AND H. HENTTONEN. 1983. Plant production and population cycles of microtine rodents in Finnish Lapland. Oikos, 40:407–418.

LANGE, R., AND H. STAALAND. 1970. Adaptations of the caecum-colon structure of rodents. Comp. Biochem. Physiol., 35:905–919.

LECHOWICZ, M. 1983. The sampling characteristics of electivity indices. Oecologia, 52:22–30.

LINDROTH, R. L. 1979. Diet optimization by generalist mammalian herbivores. The Biologist, 61:41–58.

LINDROTH, R. L., AND G. O. BATZLI. 1984a. Plant phenolics as chemical defenses: the effects of natural phenolics on survival and growth of prairie voles. J. Chem. Ecol., 10:229–244.

———. 1984b. Food habits of the meadow vole (*Microtus pennsylvanicus*) in bluegrass and prairie habitats. J. Mamm., 65:600–606.

LINDROTH, R. L., G. O. BATZLI, AND G. R. GUNTENSPERGEN. 1984. An artificial diet for use in nutritional studies with microtine rodents. J. Mamm., 65:139–143.

MARCARIAN, V. 1972. Characterization of certain active components limiting nutritional efficiency from alfalfa. Unpubl. Ph.D. dissert., Michigan State Univ., East Lansing, 88 pp.

MARTINET, L., AND M.-J. DARETSE. 1976. Effect of temperature on survival during the first month of life in the field vole, *Microtus arvalis*, raised under different conditions of daylight ratio and feeding. Ann. Biol. Anim. Biochem. Biophys., 16:773–782.

MARTINET, L., AND M. MEUNIER. 1969. Influence des variations saisonnières de la luzerne sur la croissance, la mortalité et l'établissement de la maturité sexuelle chez le campagnol des champs (*Microtus arvalis*). Ann. Biol. Anim. Biochem. Biophys., 9:451–462.

MAYNARD, L. A., J. K. LOOSLI, H. F. HINTZ, AND R. G. WARNER. 1979. Animal nutrition. Seventh ed. McGraw-Hill, New York, 602 pp.

BLM_0052855

810     *Batzli*

McBee, R. H. 1970. Metabolic contributions of the caecal flora. Amer. J. Clin. Nutr., 23:1514–1518.

———. 1971. Significance of intestinal microflora in herbivory. Ann. Rev. Ecol. Syst., 2:165–176.

Meade, J. B. 1975. Food selection and turnover of nitrogen, phosphorus, and potassium by *Microtus pennsylvanicus*. Unpubl. Ph.D. dissert., Cornell Univ., Ithaca, New York, 142 pp.

Myllymäki, A. 1977. Demographic mechanisms in the fluctuating populations of the field vole *Microtus agrestis*. Oikos, 29:468–493.

National Research Council. 1977. Nutrient requirements of rabbits. Second ed. Nutrient requirements of domestic animals. Natl. Acad. Sci., Washington, D.C., 30 pp.

———. 1978. Nutrient requirements of laboratory animals. Third ed. Nutrient requirements of domestic animals, No. 10. Natl. Acad. Sci., Washington, D.C., 96 pp.

Neal, B. R., D. A. Pulkinen, and B. D. Owen. 1973. A comparison of faecal and stomach content analysis in the meadow vole. Canadian J. Zool., 51: 715–721.

Negus, N. C., P. J. Berger, and L. G. Forslund. 1977. Reproductive strategy of *Microtus montanus*. J. Mamm., 58:347–353.

Oh, H. K., M. B. Jones, W. M. Longhurst, and G. E. Connelly. 1970. Deer browsing and rumen microbial fermentation of Douglas fir as affected by fertilization and growth stage. Forest Sci., 16:21–27.

Oullette, D. E., and J. F. Heisinger. 1980. Reingestion of feces by *Microtus pennsylvanicus*. J. Mamm., 61:366–368.

Parra, R. 1978. Comparison of foregut and hindgut fermentation in herbivores. Pp. 205–229, *in* The ecology of arboreal folivores (G. G. Montgomery, ed.). Smithsonian Inst. Press, Washington, D. C., 573 pp.

Pitelka, F. A. 1964. The nutrient-recovery hypothesis for arctic microtine cycles. I. Introduction. Pp. 55–56, *in* Grazing in terrestrial and marine environments (D. Crisp, ed.). Blackwell Sci. Publ., Oxford. 573 pp.

Pulliam, H. R. 1975. Diet optimization with nutrient constraints. Amer. Nat., 109:765–768.

Rhoades, D. F., and R. G. Cates. 1976. Towards a general theory of plant antiherbivore chemistry. Recent Adv. Phytochem., 10:168–213.

Robbins, C. T. 1983. Wildlife feeding and nutrition. Academic Press, New York, 343 pp.

Rothstein, B. E., and R. H. Tamarin. 1977. Feeding behavior of the insular beach vole, *Microtus breweri*. J. Mamm., 58:84–85.

Russo, S. L., J. S. Shenk, R. F. Barnes, and J. E. Moore. 1981. The weanling vole as a bioassay of forage quality of temperate and tropical grasses. J. Anim. Sci., 52:1205–1210.

Sanders, E. H., P. D. Gardner, P. J. Berger, and N. C. Negus. 1981. 6-methoxybenzoxazolinone: a plant derivative that stimulates reproduction in *Microtus montanus*. Science, 214:67–69.

Schultz, A. M. 1964. The nutrient recovery hypothesis for arctic microtine cycles. II. Ecosystem variables in relation to arctic microtine cycles. Pp. 57–68, *in* Grazing in terrestrial and marine environments (D. Crisp, ed.). Blackwell Sci. Publ., Oxford, 573 pp.

———. 1969. A study of an ecosystem; the arctic tundra. Pp. 77–93, *in* The ecosystem concept in natural resource management (G. Van Dyne, ed.). Academic Press, New York, 372 pp.

Shenk, J. S. 1976. The meadow vole as an experimental animal. Lab Anim. Sci., 26:664–669.

BLM_0052856

*Nutrition*     811

SHENK, J. S., F. C. ELLIOT, AND J. W. THOMAS. 1970. Meadow vole nutrition studies with semisynthetic diets. J. Nutr., 100:1437–1446.

SHENK, J. S., M. L. RISIUS, AND R. F. BARNES. 1974. Weanling vole responses to crownvetch forage. Agron. J., 66:13–15.

STAALAND, H. 1975. Absorption of sodium, potassium and water in the colon of the Norway lemming *Lemmus lemmus* (L.). Comp. Biochem. Physiol., 52A:77–80.

STENSETH, N. C., AND L. HANSSON. 1979. Optimal food selection: a graphic model. Amer. Nat., 113:373–389.

STENSETH, N. C., L. HANSSON, AND A. MYLLYMÄKI. 1977. Food selection of the field vole *Microtus agrestis*. Oikos, 29:511–524.

TAITT, M. J., AND C. J. KREBS. 1981. The effect of extra food on small rodent populations: II. Voles (*Microtus townsendii*). J. Anim. Ecol., 50:125–137.

TAMARIN, R. H. 1977. Demography of the beach vole (*Microtus breweri*) and the meadow vole (*Microtus pennsylvanicus*) in southeastern Massachusetts. Ecology, 58:1310–1321.

TAST, J. 1974. The food and feeding habits of the root vole, *Microtus oeconomus*, in Finnish Lapland. Aquilo Ser. Zool., 15:25–32.

ULYATT, M. J. 1973. The feeding value of herbage. Pp. 131–178, *in* Chemistry and biochemistry of herbage. Vol. III (G. W. Butler and R. W. Bailey, eds.). Academic Press, New York, 295 pp.

VORONTSOV, N. 1962. The ways of food specialization and evolution of the alimentary system in Muroidea. Pp. 360–377, *in* Symposium theriologicum. Publ. House Czech. Acad. Sci., Praha.

———. 1967. Evolution of the alimentary system of myomorph rodents (transl.). Indian Nat. Sci. Doc. Centre, New Dehli, 346 pp.

WEST, S. D. 1982. Dynamics of colonization and abundance in central Alaskan populations of the northern red-backed vole, *Clethrionomys rutilus*. J. Mamm., 63:128–143.

WESTOBY, M. 1974. An analysis of diet selection by large generalist herbivores. Amer. Nat., 108:290–304.

———. 1978. What are the biological bases of varied diets? Amer. Nat., 112:627–631.

WHITNEY, P. 1976. Population ecology of subarctic microtine rodents. Ecol. Monogr., 46:85–104.

WILLIAMS, O. 1962. A technique for studying microtine food habits. J. Mamm., 43:365–368.

WOLFF, J. O., AND W. Z. LIDICKER, JR. 1980. Population ecology of the taiga vole, *Microtus xanthognathus*, in interior Alaska. Canadian J. Zool., 58:1800–1812.

ZIMMERMAN, E. G. 1965. A comparison of habitat and food of two species of *Microtus*. J. Mamm., 46:605–612.

BLM_0052857

# ENERGETICS AND THERMOREGULATION

## BRUCE A. WUNDER

### Abstract

IN general, *Microtus* species live in cool environments, are thought to have a boreal origin, and are small. They feed primarily upon vegetative plant parts which have relatively high fiber and low digestibility. Thus, voles should have high energy needs while feeding on an energetically dilute, but abundant, food; yet none shows any form of torpor. This review covers the manner in which voles accumulate and allocate energy and the environmental and social factors which affect those processes.

Digestibility of food by voles varies between species and is affected by season and plant or plant part, but it does not seem to be affected by increased energy flow drains from cold stress or reproduction. *Microtus* species regulate body temperature ($T_B$) well but generally have not been tested at extremely low ambient temperatures. The data available make it difficult to conclude whether they regulate at high $T_a$ or not. *Microtus* species can vary insulation relative to habitat and season but do not show high insulation as a group. Basal metabolism (BMR) of *Microtus* species is about 20–40% greater than expected from allometry (but not the 70–80% greater that is now given in the literature). The effects of food, photoperiod, and temperature on BMR and non-shivering thermogenesis are discussed.

When expressed as exponential growth constants, but not when summed as growth during lactation, growth rates of *Microtus* species are high. However, many environmental factors affect these rates and the energy required for them. Gestation and lactation necessitate about 35% and 100–120% increases in energy flow, respectively, although values for *M. pinetorum* are low. Population energy considerations are briefly discussed.

BLM_0052858

## Introduction

To exist as homeotherms and continue as populations or as species, mammals must acquire and expend energy. There are several reviews of the general concepts of how and what avenues are used by animals in general, and mammals in particular, to do this (Calow, 1977; Slobodkin, 1962; Townsend and Calow, 1981). There are also several reviews of energetics in small mammals in particular (Ferns, 1980; Gessaman, 1973; Grodziński and Wunder, 1975).

To exist and to maintain body mass and body temperature a vole must balance energy gain with energy expenditures. We can envision such balance and the avenues for exchange in Fig. 1. I discussed these balance factors before as representing a cascade of priorities for energy use (Wunder, 1978a). First, a vole initially must allocate enough energy for thermoregulation to maintain body temperature; otherwise it will become hypothermic and can do nothing else. Second, because foraging is the only feedback for energy acquisition, that need must be met, and will vary depending upon the animal's total energy needs. Once these two functions are met, excess energy can be stored (fat) or used for other activities. One important aspect of this view, and implied in the model, is that energy allocated to one function generally cannot be used for another. In order to reproduce, a vole must accumulate enough energy to thermoregulate, feed, and then meet all the physiological and behavioral requirements for reproduction. Another assumption made in considering the importance of energetics for organisms is that energy may be limiting at certain times for certain activities during an animal's life (for example, during winter there may not be enough energy for both thermoregulation and reproduction).

There are several ways of looking at energy limitations. I previously discussed some of these such as total needs and turnover needs (Wunder, 1978a). In addition, energy availability in the environment (food density) may limit an animal's capacity to acquire and use energy. Another limiting factor that is seldom considered by ecologists is the limitation imposed by the morphology and physiology of the gut. An animal's acquisition of energy is limited by the volume of food it can process per unit time and the efficiency of energy extraction from that volume. Thus, even though energy may be available in the environment, it can only become chemically

BLM_0052859

814   *Wunder*



FIG. 1.   A conceptual model of energy balance for a small mammal, indicating a priority cascade for energy allocation. Lines represent both total energy flow and rate functions (from Wunder (1978a), with permission). Abbreviations are: BMR, basal metabolism; NST, non-shivering thermogenesis; Evap, evaporation; assim, assimilation.

available for an organism within certain limits. White (1978) discussed this as a relative shortage of food.

Energy limitation is significant in the life histories of *Microtus*. In general, *Microtus* species live in cool environments, are thought to have a boreal origin (Hooper, 1949; Zakrzewski, this volume; Hoffmann and Koeppl, this volume), and they are small. They feed primarily on vegetative plant parts, which have high fiber and low

BLM_0052860

digestibility (Grodziński and Wunder, 1975). They are the only small mammals that do not regularly feed on a calorically dense food (flesh, seeds, or fruits) and that do not show any form of torpor. Most cricetines or other small mammals, by contrast, hibernate (for example, *Zapus*) or at least show daily torpor (for example, *Peromyscus*). Thus, voles have high energy needs yet feed on an energetically inferior but abundant food type. Most of this review considers energy balance at the individual level and how *Microtus* species solve these problems. In this discussion I emphasize New World *Microtus*; however, reference to Old World forms is necessary because much work has been done with them.

From studies of ecosystem function ecologists have developed an interest in the concept of ecosystem energy flow (from Lindemann, 1942, to recent IBP studies). Thus, there is an interest in how small mammals like *Microtus* may be involved. Because there have not been many detailed studies of this type (but see Ferns, 1980; French et al., 1976; Golley, 1960; Whitney, 1977), I only cover this subject lightly.

## Methods

A variety of techniques has been used to investigate the bioenergetics of small mammals (Grodziński and Wunder, 1975; Grodziński et al., 1975; Petrusewicz and MacFadyen, 1970). Basically they consist of respirometry trials, which give information about maintenance costs or food consumption trials that include both maintenance and production costs. Respiration trials cannot give information about energy tied up in production because they only measure consumption or production of gases associated with respiration (oxygen, carbon dioxide) as an index to heat production.

There is a certain terminology used in bioenergetics and since I use it throughout the chapter, I discuss it here. Food energy that is ingested is called *ingestion* (I) or *consumption*. Energy that is not absorbed through the gut is lost in the feces and called *egested energy* (F). Food absorbed into the blood may be stored or utilized. When utilized, most carbon is ultimately lost as $CO_2$. When protein is catabolized, nitrogen is released and forms urea. This is voided in urine and the energy lost in these chemical bonds is *excretory energy* (U). Since it is now used throughout the ecological literature, I use

BLM_0052861

816    *Wunder*



FIG. 2.   Conceptual relation of energy compartmentalization in mammals. Terminology is from Petrusewicz (1967).

the terminology of Petrusewicz (1967). In his terminology the portion of consumption remaining after deducting egestion and excretion is called *assimilation* (A). This definition differs from that normally used by physiologists and animal nutritionists who define assimilation as consumption minus egestion (Brody, 1945). This latter quantity is called *digestion* (D) by Petrusewicz. Fig. 2 outlines the relation between these parameters.

Energy balance of an individual can be represented by the following equation:

$$A = I - (F + U) = M + P \qquad (1)$$

where A equals energy assimilated into the body for use by an animal, I is total energy ingested, and F and U are energy lost in feces and urine, respectively. M is energy used for maintenance functions and P is energy expended and stored due to production (this may include growth of an individual and development of embryos and young). Digestibility refers to the amount of energy (or any nutrient under consideration) digested relative to that ingested and is usually referred to as a percent, which can be represented by the equation:

$$\text{Percent digestibility} = \frac{D}{I} \times 100 \qquad (2)$$

where $D = (I - F)$. This is a useful concept because it gives an index to how much of the energy in a volume of food can be extracted. For *Microtus,* such an index can be important because many voles eat vegetative plant parts which are not as highly digestible as fruit or seeds (Grodziński and Wunder, 1975). When reading the literature one must be careful to note whether digestibility includes or excludes urinary energy loss. Not all authors use the term the same way; however, urinary energy loss is usually no more than 2–4% of total ingestion (Grodziński and Wunder, 1975).

For estimating maintenance costs several approaches are used. In some energetics models standard metabolic rate (SMR—resting metabolic rate in thermoneutrality; see Bartholomew, 1977) multiplied by some constant (usually 2 or 3) is used as an index to total energy costs (see Gessaman, 1973). Another approach devised by Grodziński (see Grodziński and Wunder, 1975) is to use the Average Daily Metabolic Rate (ADMR). This is determined by measuring metabolic rate (usually oxygen consumption) for 24 h from an animal in a cage with food, water, nesting material, and occasionally an exercise wheel. The idea is that this better approximates field conditions because the animal can be active and feeding (Grodziński and Wunder, 1975) and different temperatures can be used to simulate different seasons. The use of radioisotopes or other tracers has been used to estimate metabolism of mammals in the field (Mullen, 1973), but they have not been used with *Microtus.* A last approach is to combine field-time budget data with a metabolic model, which allows estimates of instantaneous rates of metabolism (Wunder, 1975). The first two methods give an integrated single value for metabolism over some time period (usually 24 h). Thus, there is no easy way to test the effects of environmental change or animal activity. By using a mechanistic model (Wunder, 1975), sensitivity analyses can be made to test for effects of changes in activity level or period and changes in nest or air temperature for various periods over a 24-h day.

## *Energy Acquisition*

Mammals may use solar energy as a means of increasing their surface temperature and hence effectively increase insulation, thus

BLM_0052863

818    *Wunder*

sparing energy needed for thermoregulation (Campbell, 1977); but they cannot gain useful energy (for biochemical processes) from the sun or other sources of radiant energy (houses, barns, etc.). Given that they inhabit environments with grasses or other types of closed microcanopies, *Microtus* species probably use the sun little, if at all, for behavioral thermoregulation. Thus, accumulating food energy is the primary mode of energy acquisition for *Microtus*. This involves two general processes. Voles must find, handle, and chew food, and they need to digest and assimilate this food.

## Gathering Food

Gathering food involves a variety of activities and the associated costs are not simply energetics, but include risks (ecological costs such as predation and social interaction). There are numerous reviews on foraging strategies (Charnov, 1976; Pyke et al., 1977; Schoener, 1971); most theories consider the time and energy costs involved in finding and handling food. For *Microtus,* these may not be significant because most voles feed on grasses or dicot leaves; hence, finding food may not be a major energetic challenge for them (but see Batzli, this volume; Madison, this volume; Wolff, this volume).

Furthermore, there are few references to species of *Microtus* storing food as is frequently the case with cricetines and other small granivores (Barry, 1976). However, Wunder (1978*a*) suggested that clipped vegetation left by *Microtus* may be used as a nutrient (especially protein) source in winter. Wolff and Lidicker (1980) reported that yellow-cheeked voles (*M. xanthognathus*) store rhizomes for winter.

## Digestibility and Processing

Although *Microtus* feed primarily upon vegetative plant parts, which are relatively easy to find, this does not necessarily mean that acquiring energy is not a problem for them because there is another step involved in "gaining" energy: digestion and processing. *Microtus* species may be food limited in how well and how fast they can digest and assimilate energy from a food source (White, 1978; Wunder, 1978*a*). In this regard, energy acquisition entails three functions: 1) how well food can be processed (what is the digestibility), 2) how fast a unit volume can be processed, and 3) how much volume can be processed per unit time. For *Microtus,* there is in-

BLM_0052864

TABLE 1

DIGESTIBILITY OF DIFFERENT FOODS BY *Microtus*

| Species | Season and food | Digestibility (%) | Reference |
|---|---|---|---|
| *M. californicus* | Rabbit chow | 52.8 | Batzli and Cole (1979) |
| | Bromegrass | 48.8 | |
| | Ryegrass | 73.0 | |
| | Lab chow | 77.4 | Bradley (1976) |
| *M. mexicanus* | Lab chow | 76.5 | Bradley (1976) |
| *M. ochrogaster* | Summer; rat chow | 72.7 | Cherry and Verner (1975) |
| | Winter; rat chow | 65.3 | |
| | Rabbit chow | 68.2 | Batzli and Cole (1979) |
| | Alfalfa | 65.5 | |
| | Rabbit chow and alfalfa | 57.9 | |
| | Bluegrass | 49.6 | |
| | Tundra monocots | 51.3 | |
| | Rat chow | 74.4 | Bradley (1976) |
| *M. oeconomus* (European populations) | Spring; mixed grasses and herbs | 69.7 | Gębczyńska (1970) |
| | Summer; mixed grasses and herbs | 68.7 | |
| | Autumn; mixed grasses and herbs | 73.7 | |
| | Autumn; as above plus beets and roots of parsnip and carrots | 91.4 | |
| *M. pennsylvanicus* | Oatmeal, lettuce, carrots | 82.2 | Golley (1960) |
| | Alfalfa | 89.8 | |
| | Bluegrass, white clover | 61.5 | Cowan et al. (1968) |
| | Rat chow | 81.1 | Johnson and Groepper (1970) |
| | Bluegrass | 46.0 | Johanningsmeier and Goodnight (1969) |
| | Red top (*Agrostis stolonifera*) | 40.0 | |
| | Rat chow | 77.7 | Bradley (1976) |
| *M. pinetorum* | Lab chow | 79.9 | Bradley (1976) |
| | Lab chow | 81.0 | Lochmiller et al. (1982) |
| *M. richardsoni* | Lab chow | 80.5 | Bradley (1976) |

BLM_0052865

820    *Wunder*

formation available on digestibility, but relatively little information is available on the latter two components. They are areas in need of much more study.

The ability of small mammals to extract energy from food varies as a function of food type (animal matter, fruits, and seeds are more digestible than vegetative plant parts such as leaves and stems); it has been discussed by Grodziński and Wunder (1975). Since most *Microtus* species are grazing herbivores (but see Batzli, this volume), in contrast to other small mammals, they should have lower digestibility, and must process more food to gain similar amounts of energy. Therefore one might predict that in times of energy stress microtines should change digestive efficiency, food type (to one more digestible), food volume processed per unit time, or some combination.

Unfortunately, most studies on digestibility have been performed with artificial diets (for example, lab chows), which don't really tell us much about how much energy wild *Microtus* species may be getting from natural diets. What information there is in the literature suggests that digestibilities for grazing herbivores range from 60 to 70% (Grodziński and Wunder, 1975); however, recently Batzli and Cole (1979) cautioned that these values actually range from 30 to 90% depending upon species of herbivore and the plant material consumed. Table 1 compares some of the data from the literature for digestibility in New World *Microtus* (Old World forms show similar values; Batzli and Cole, 1979; Grodziński and Wunder, 1975). As an example of this variability, Cole and Batzli (1979) found that the digestibilities of alfalfa and bluegrass, which have similar energy densities, were quite different (67% and 50%, respectively) in *M. ochrogaster*. Thus, we really need more careful studies of digestibility for natural diets of species of *Microtus*.

Seasonal changes in plant composition can affect digestibility. Keys and Van Soest (1970) showed that digestibility decreased as the amount of cell-wall (fiber) content in the diet increased for *M. pennsylvanicus*. Thus, it is interesting to note that, although beach voles (*M. breweri*) eat primarily beach grass, they eat different parts at different seasons (Goldberg et al., 1980). In their study, Goldberg et al. (1980) noted that voles did not always choose those portions of the plant with the highest energy content. However, they did note that voles usually chose those plant parts which had the lowest cell-wall content (determined by neutral detergent fiber analysis)

BLM_0052866

and speculated that beach voles ". . . probably realize the advantage of increased assimilation of energy and nutrients . . . ." by selecting such foods. Energy content was not studied in that investigation but it poses the interesting possibility that energy levels (through digestibility) may have varied. More studies of a similar sort are needed to see whether *Microtus* species can select more digestible food at energetically stressful times of year.

Certain chemicals in food affect digestibility. Kendall et al. (1979) found that certain allelochemicals in forage plants can inhibit forage intake by meadow voles (*M. pennsylvanicus*). Negus (pers. comm.) also found that the compound 6-MBOA in green vegetation increases growth in *M. montanus* (Sanders et al., 1981) without necessitating significant increases in food intake over controls, implying that some digestive or processing changes are occurring. And energy density in food itself may influence intake. Although Batzli and Cole (1979) suggested that microtines do not regulate food intake on the basis of energetic considerations alone, Kendall et al. (1978) and Shenk et al. (1970) showed that individual meal size in *M. pennsylvanicus* is regulated by energy content when energy concentration in the food is high and by gastrointestinal fill when it is low. This suggests that energy density in food can be an important factor limiting energy accumulation and should be investigated more critically in *Microtus,* especially because there may be species differences in food digestibility.

The only data relating to seasonal changes in digestibility independent of food type are those of Cherry and Verner (1975) for *M. ochrogaster* eating lab chow. Digestibility was 73% in summer and 65% in winter. For Old World *M. agrestis,* Hansson (1971) also found digestibility of a mixed grass diet to be slightly lower in winter than in summer.

## Energy Allocation

### Maintenance

*Temperature regulation.*—Since there are no reports of any species of *Microtus* (or any microtine) showing torpor either on a seasonal basis (hibernating) or for a shorter term (daily), they must always expend energy for thermoregulation. In contrast, many cricetines and other small mammals in similar habitats are capable of daily

BLM_0052867

torpor, if not hibernation, when thermal stress is high (cold) or energy difficult to find (Wunder, 1978*a*). Thus, thermoregulation is a major maintenance cost for species of *Microtus,* but one which allows them to be active throughout the year.

*Microtus* species studied to date are able to regulate body temperature ($T_B$) well. Their patterns of regulation relative to ambient temperature ($T_A$) exposures are similar to other small placental mammals. In most studies, voles were not exposed to $T_A$ much below 0°C and all species studied were able to maintain $T_B$ at that exposure (Beck and Anthony, 1971; Bradley, 1976; Hart, 1971; Packard, 1968; Wunder et al., 1977). In a study of microtine rodents, Bradley (1976) found that six species of *Microtus* (*pennsylvanicus, ochrogaster, mexicanus, californicus, pinetorum, richardsoni* [=*Arvicola richardsonii*]) were able to maintain $T_B$ constant between $T_A$ exposures of 2–34°C. Above 34°C some species showed loss of $T_B$ regulatory ability. Beck and Anthony (1971) noted that at high $T_A$ (34 to 36°C) *M. longicaudus* showed obvious heat stress, but unlike some other small mammals (for example, *Peromyscus*), it did not show saliva-spreading to increase heat dissipation. They suggested that *Microtus* may not handle heat stress as well as other forms. However, this needs to be investigated more closely because results of Bradley (1976) and Wunder et al. (1977) suggest that many species of *Microtus,* as well as other small mammals, regulate at these high $T_A$s.

There are no data suggesting that the level at which $T_B$ is regulated changes seasonally; Wunder et al. (1977) showed that it definitely does not change in *M. ochrogaster.*

Bradley (1976) concluded that *Microtus* species regulate $T_B$ at a high level. Using a review table from Hudson and Brower (1971), he calculated the mean $T_B$ for 36 species of non-microtine rodents to be 37.3°C, whereas the mean $T_B$ for six species of *Microtus* that he studied was 38.4°C. However, Wunder et al. (1977) did not find that *M. ochrogaster* regulated at such high levels. Prairie voles brought in from the field regulated at 37.8°C both in summer and winter. Perhaps this difference was due to technique. Our animals were fresh from the field and Bradley's *M. ochrogaster* were from a lab colony at Cornell University. Interestingly, our animals, which were held for warm (30°C) or cold (5°C) acclimation in the lab for 2 weeks, maintained higher $T_B$ (38.3°C) following acclimation (similar to Bradley's voles in the lab). However, following lab accli-

BLM_0052868

mation and exposure to various $T_A$s, *M. montanus* showed a $T_B$ of 37.8°C (Packard, 1968), and *M. longicaudus* showed a $T_B$ of 37.7°C (Beck and Anthony, 1971). Obviously, more studies need to investigate the level of $T_B$ regulation more rigorously.

Thus, species of *Microtus* regulate $T_B$ well, and none appear to resort to torpor. Considering that many species live in relatively cool regions or areas with cold winters, they have three methods to assist in maintaining $T_B$. They can 1) select warmer microclimates to reduce cold stress (for example, they can confine most activities to subnivean areas; Wolff, this volume); 2) increase insulation to reduce heat loss; and 3) increase thermogenic capacity.

Insulation is the inverse of thermal conductance (TC); hence, the values of TC can be used as an index to insulation (Bartholomew, 1977). Thermal conductances in New World *Microtus* are slightly less than those predicted by the allometric equation of Herreid and Kessel (1967; Table 2). However, they are generally not different from values for other similar sized cricetid rodents (Bradley, 1976). New world *Microtus* appear to show insulation values that are generally as expected for their body sizes, or slightly lower. In any case, they are not insulated extraordinarily for their size.

There have not been many studies which investigated factors affecting insulation in species of *Microtus*. However, Bradley (1976) found that habitat influences insulative values. *M. richardsoni* had the lowest thermal conductance; it occurs in a cold, aquatic environment. *M. pinetorum* had the value closest to that predicted by allometry; it has somewhat semi-fossorial habits in a potentially more stable microhabitat. Wunder et al. (1977) found that thermal conductance varied seasonally in *M. ochrogaster* (Table 2)—it was higher in winter than in summer—and it was not affected by heat or cold acclimation in either season. Much of the change was due to body-size changes. Interestingly, Cherry and Verner (1975), using different techniques, did not find significant seasonal changes in thermal conductance of *M. ochrogaster* in Illinois.

In summary, there appears to be some capacity for modification of thermal conductance in relation to habitat and season, but, in general, New World *Microtus* do not show any strong adaptive trends in insulation as might be expected for a small, boreal, non-hibernating mammal.

Insulation can also effectively be modified by nest behavior. *M. xanthognathus* (Wolff and Lidicker, 1980) and *M. pinetorum* are

BLM_0052869

824    *Wunder*

TABLE 2

THERMAL CONDUCTANCE IN NEW WORLD *MICROTUS*. SPECIES ARE LISTED APPROXIMATELY IN ASCENDING ORDER OF BODY MASS

| | | Thermal conductance[1] | | | |
|---|---|---|---|---|---|
| Species | Body mass (g) | Mea- sured | Pre- dicted[2] | Deviation from prediction (%) | Reference |
| M. longicaudus | 25 | 0.87 | 0.97 | −10 | Beck and Anthony (1971) |
| M. pinetorum | 26 | 0.92 | 0.95 | −3 | Bradley (1976) |
| M. mexicanus | 27 | 0.81 | 0.93 | −13 | Bradley (1976) |
| M. montanus | 31 | 0.82 | 0.87 | −6 | Packard (1968) |
| M. ochrogaster (summer) | 37 | 0.75 | 0.79 | −5 | Cherry and Verner (1975) |
| M. ochrogaster (winter) | 39 | 0.73 | 0.77 | −5 | Cherry and Verner (1975) |
| M. ochrogaster (summer) | 48 | 0.56 | 0.70 | −20 | Wunder et al. (1977) |
| M. ochrogaster (winter) | 38 | 0.71 | 0.78 | −9 | Wunder et al. (1977) |
| M. ochrogaster | 50 | 0.61 | 0.68 | −10 | Bradley (1976) |
| M. pennsylvanicus | 37 | 0.72 | 0.79 | −9 | Bradley (1976) |
| M. pennsylvanicus | 51 | 0.67 | 0.67 | 0 | Morrison and Ryser (1951) |
| M. californicus | 43 | 0.66 | 0.73 | −10 | Bradley (1976) |
| M. richardsoni | 51 | 0.56 | 0.67 | −16 | Bradley (1976) |

[1] Units of thermal conductance are cal $g^{-1}$ $h^{-1}$ $°C^{-1}$.
[2] Predicted values were calculated using the allometric relation of Herreid and Kessel (1967): thermal conductance = $4.91(g)^{-.505}$.

social species which nest in groups during winter; thus, they may reduce their maintenance costs.

*Thermogenesis.*—The other principal means *Microtus* species have to combat winter cold is to increase metabolism. There are two metabolic components. One is minimal energy turnover, basal metabolism. In small mammals minimal energy needs are more appropriately described by standard metabolism (SMR; see Bartholomew, 1977) because the conditions necessary for defining basal metabolism are seldom met; yet the values reported are usually called basal as often as standard (see Grodziński and Wunder, 1975). The second component is the increase in metabolism above standard in response to low $T_A$ (thermoregulatory response), which

BLM_0052870

involves shivering and non-shivering thermogenesis (Janský, 1973; Wunder, 1979, 1984).

The pioneering studies of Kleiber (1932) and Brody (1945) established that metabolism in mammals is related to body size. In their classic paper, Scholander et al. (1950) suggested that basal metabolism (BMR) is not adaptive and the major means of adaptation to harsh environments is through thermal conductance (or insulation). More recently, however, several studies have shown that basal metabolism may be more adaptive than Scholander and his colleagues concluded. Many desert species show reduced BMRs (see Bartholomew, 1977; Hudson and Brower, 1971; Hudson et al., 1972) and some mammals have high BMRs (insectivores: Morrison et al. [1959], Neal and Lustick [1973]; *Lepus americanus*: Hart et al. [1965]; *Tamiasciurus hudsonicus*: Irving et al. [1955]; some pinnipeds and cetaceans: Hart and Irving [1959], Kanwisher and Sundes [1965]).

It is frequently stated that microtines have high BMRs (Grodziński and Wunder, 1975; Hart, 1971). This conclusion is based primarily upon the paper by Packard (1968) in which he reported a BMR (SMR) for *M. montanus* of 75% greater than that predicted by the allometric equation of Kleiber (1961). He also reviewed the literature available at that time and reported high BMR from other studies of microtines. Subsequently Beck and Anthony (1971), following Packard's methods, reported the SMR of *M. longicaudus* to be 75% greater than predicted. However, these values are all artificially high (Wunder et al., 1977). Most of the earlier reports dealt with animals that were not tested in thermoneutrality and hence had high responses because of added thermoregulatory costs (values can be found in Bradley, 1976, or Hart, 1971). Further, it is now well known that cold acclimation will cause an increase in SMR of many small mammals (Hart, 1971; Wunder, 1979). In attempting to maintain *M. montanus* and *M. longicaudus* on "natural" environmental conditions in the lab both species were actually cold acclimated, which probably accounts for the higher value (75%) than predicted. Wunder et al. (1977) found that the SMR of *M. ochrogaster* freshly captured from the field varied with season; the effects of cold or heat acclimation also varied with season (Table 3). Interestingly, when prairie voles (Wunder et al., 1977) were cold acclimated in winter (as in Packard's [1968] study), they too showed SMRs 80% greater than predicted. Nevertheless SMR val-

BLM_0052871

826   *Wunder*

TABLE 3

METABOLISM OF PRAIRIE VOLES DURING SUMMER AND WINTER. DATA ARE FROM
WUNDER ET AL. (1977), WITH METABOLISM MEASURED AT 27.5°C. VALUES GIVEN
ARE MEANS ±1 *SD*. NUMBERS IN PARENTHESES ARE SAMPLE SIZES

| Treatment[1] | Body mass (g) | Metabolism $O_2\ g^{-1}\ h^{-1}$ (ml) | Deviation from predicted[2] (%) |
|---|---|---|---|
| Winter, field | 38.5 ± 4.5 (15) | 2.16 ± 0.34 (15) | +41 |
| Winter, 5° | 41.0 ± 5.6 (8) | 2.72 ± 0.40 (8) | +81 |
| Winter, 30° | 48.4 ± 8.9 (10) | 2.19 ± 0.25 (10) | +52 |
| Summer, field | 47.4 ± 8.9 (9) | 1.74 ± 0.20 (9) | +20 |
| Summer, 5° | 50.0 ± 4.7 (11) | 1.76 ± 0.12 (11) | +23 |
| Summer, 30° | 48.5 ± 8.7 (10) | 1.40 ± 0.15 (10) | 0 |

[1] Treatments are voles fresh from the field or temperature acclimated at 5°C or
30°C during winter or summer.
[2] The following equation was used to estimate predicted metabolism: $O_2\ g^{-1}\ h^{-1}$ =
3.8 $W^{-0.25}$, in ml (modified from Morrison et al., 1959) for calculation of percent
deviation.

ues for field animals were still higher than predicted by the Kleiber
equation (20% in summer and 41% in winter). In addition, Bradley
(1976) found that SMRs of the six *Microtus* species he studied (all
under identical lab conditions) never deviated by more than 37%
from the Kleiber prediction (Table 4), and *M. ochrogaster* was right
on the predicted value. Thus, I conclude that SMRs of New World
*Microtus* are higher than allometric predictions but only by 20–
40%, not the 70–80% now given in the literature.

Packard (1968) argued that since the subfamily Microtinae ap-
parently evolved in boreal regions, it is reasonable to postulate that
high metabolic rates are adaptive to allow for increased thermogene-
sis during acute low-temperature stress. Janský (1966) and Lechner
(1978) independently showed that maximal metabolism in mam-
mals is generally not greater than 7–10 times the basal rate. If such
is the case then increases in SMR may allow for a higher maximal
thermogenesis and hence tolerance to lower $T_A$ exposures.

The ambient temperature at which a mammal maintains $T_B$,
given a particular metabolic rate, can be calculated by rearranging
the following equation (Bartholomew, 1977):

$$MR = TC(T_B - T_A) \qquad (3)$$

BLM_0052872

TABLE 4

STANDARD METABOLIC RATES (SMRs) OF NEW WORLD *Microtus* STUDIED IN THE SAME LABORATORY (DATA FROM BRADLEY, 1976). SPECIES ARE LISTED IN DESCENDING ORDER OF SMR

| Species | Body mass (g) | SMR O$_2$ g$^{-1}$ h$^{-1}$ (ml) | Predicted SMR | Deviation from predicted (%) |
|---|---|---|---|---|
| *M. pinetorum* | 25 | 1.98 | 1.60 | +24 |
| *M. pennsylvanicus* | 39 | 1.93 | 1.41 | +37 |
| *M. richardsoni* | 51 | 1.74 | 1.31 | +33 |
| *M. mexicanus* | 29 | 1.63 | 1.53 | +6 |
| *M. californicus* | 44 | 1.55 | 1.37 | +13 |
| *M. ochrogaster** | 54 | 1.18 | 1.29 | −9 |

* See Table 3.

$$T_A = T_B - \frac{MR}{TC} \tag{4}$$

where $T_A$ is ambient temperature, $T_B$ is body temperature, TC is minimal thermal conductance, and MR is mass-specific metabolic rate. Using the allometric equations of Kleiber (1961) for SMR and Herreid and Kessel (1967) for TC, we can calculate the above values for any given body mass. If we assume maximal metabolism is seven times SMR (Lechner, 1978) and $T_B$ is 38°C, then we can use equation (4) to calculate the minimal $T_A$ which could be tolerated without a drop in $T_B$. For a 40-g mammal this would be −37.4°C. If SMR were increased by 30% and maximal metabolism is seven times that value, then the lower temperature at which the mammal could maintain $T_B$ would be reduced to −60°C.

Thus, increasing SMR could be an effective means of lowering the lower lethal temperature. However, energetically it is rather expensive because there is the increased metabolic cost in thermoneutrality; that may be manifest all year although cold stress may only occur in winter. In fact, King and Farner (1961) argued that increased SMR for birds would not be adaptive because of the increased energy cost in thermoneutrality. Wunder et al. (1977) argued much the same for mammals (in that paper we incorrectly referred to seasonal changes in SMR as non-shivering thermogenesis; see below). It may well be that during their evolution, microtines moved from a calorically dense, hard-to-find food (seeds)

BLM_0052873

to a calorically more dilute but easy-to-find food (vegetative plant parts). Thus, if the processing capacity of the gut existed (see below), readily available food could be used, allowing for high metabolism. But, of course, the argument does not provide an explanation for why high metabolic rates exist. There may be several reasons why *Microtus* species have slightly high rates of metabolism, and adaptation to cold may be only one. McNab (1980) recently argued that mammals with high metabolic turnover rates (see Kleiber [1975] for discussion of terminology) also show high potential for reproduction and hence population growth. Obviously this area needs more attention.

An important factor involved in acclimatization to winter cold is the increased capacity for thermoregulatory non-shivering thermogenesis (Janský, 1973; Wunder, 1979, 1984). As discussed in Janský (1973), a mammal metabolizes at the level of SMR in thermoneutrality, but when exposed to lower ambient temperatures, it must increase thermogenesis. In small forms ($<5$ to 10 kg) the first mechanism used is non-shivering thermogenesis (NST); they then turn to shivering when NST capacity is nearly exhausted. The advantage of NST over increases in SMR for increasing metabolic capacity is that it is only used at low $T_A$ and hence does not increase energetic costs when not in use (for example, in thermoneutrality). The capacity for NST in small mammals can be enhanced following cold exposure or in response to photoperiod changes so that total metabolic capacity can be increased during colder times of year and as needed. I (Wunder, 1981, 1984) found that *M. ochrogaster* changed capacity for NST from essentially no capacity to 17.1 cal $g^{-1}$ $h^{-1}$ following cold (5°C) acclimation in the lab. When tested fresh from the field in July prairie voles had no significant NST. The capacity increased during fall and animals caught in December showed 10.5 cal $g^{-1}$ $h^{-1}$. This represented an increase of 136% over SMR, a significantly greater addition to thermogenesis than increased SMR following cold exposure. These winter NST values varied from year to year and probably depend upon the $T_A$ to which the voles were exposed before capture (Wunder, 1978*b*, 1984).

Since most *Microtus* species are seasonally exposed to cold it would seem adaptive to stimulate NST capacity prior to cold exposure. It is now well established (Heldmaier et al., 1982) that short photoperiods can stimulate NST capacity in dwarf hamsters (*Phodopus sungorus*) and *Peromyscus leucopus* (Lynch and Gendler,

BLM_0052874



*Energetics and Thermoregulation*    829

FIG. 3.   Seasonal changes in non-shivering thermogenesis (NST) of *M. ochrogaster*. Symbols designate means; numbers are sample sizes; vertical lines represent ±2 *SE*. Unshaded triangles are voles held outside, and shaded triangles voles held at a constant lab temperature (23°C) but with a seasonally changing photoperiod. The shaded circle indicates animals fresh from the field in September; unshaded and shaded squares are animals held on long-day (15L:9D) or short-day (9L:15D) photoperiods, respectively, captured in September and tested in November and January.

1980; Lynch et al., 1978). Initial experiments suggested that *M. ochrogaster* also was sensitive to photoperiod (Wunder, 1984). However, voles were studied throughout the year only on natural photoperiods at a constant lab temperature of 23°C. Subsequent studies with voles exposed to long (15L:9D) and short (9L:15D) photoperiods throughout fall and winter suggested that they did not cue on photoperiod but had an endogenous rhythm for changes in NST (Wunder, pers. observ.; Fig. 3). Voles held on either photoperiod increased NST into winter just like the animals on natural photoperiods, with no statistically significant differences among the groups.

Thus, NST is a powerful means whereby *Microtus* species enhance their capacity for thermogenesis at low $T_A$ exposures without increasing energetic costs in thermoneutrality. The capacity can be

BLM_0052875

enhanced by low $T_A$ exposure either chronically (Wunder, pers. observ.) or by short daily exposure to low $T_A$ (Wunder, 1981, pers. observ.). Although *Phodopus sungorus* and *Peromyscus leucopus* change NST capacity in response to short-day photoperiods in fall, it is still unclear whether *M. ochrogaster* does so or whether it has an endogenous rhythm for seasonal changes in NST.

*Activity.*—The energetic costs of activity in species of *Microtus* are largely unknown. To estimate such costs we need to know the cost of locomotion per unit time or speed and the amount of time spent in such activity each day (or year, depending upon the time frame). There are many studies of activity patterns and time spent active by *Microtus* for laboratory, enclosures, and field circumstances (Wolff, this volume; Madison, this volume). The energetic costs of locomotion can be estimated from the allometric relations published by Taylor et al. (1982), but no *Microtus* species have been studied in this manner. Given that species of *Microtus* are active so often throughout a 24-h period, they should be good experimental subjects for studies of activity costs.

### Production

*Growth.*—The energetic consequences and costs of growth in New World *Microtus* have received some attention. Growth ties up energy in tissue and includes the energetic cost of building such tissue. The cost for energy in tissue is relatively easy to measure and calculate; it is the product of the mass of tissue accumulated multiplied by its caloric density:

$$\text{Energy accumulated in tissue during growth} = \text{increase in mass} \times \text{caloric density}.$$

In mature animals this tissue is usually fat; in young animals it reflects a combination of body components. But these potential differences have not been well studied. The costs for growth were reviewed by Grodziński and Wunder (1975) and their conclusions remain unaltered. Energy content of tissue in *Microtus* species is 1.03 kcal/g (Górecki, 1965), so growth, at a minimum, costs that much per gram to produce.

The other cost of growth is the metabolic cost of building additional tissue. This topic has been addressed critically in the animal production literature but has not been pursued by ecologists, perhaps because it is not easy to measure. Theoretical considerations

BLM_0052876

of the energy contained in, and biochemical processes associated with, fat disposition suggest that deposition of fat should cost little more than a 2% increase over normal metabolic costs (Baldwin and Smith, 1974). However, Jagosz et al. (1979) estimated empirically that tissue deposition costs are 8.57 kcal $g^{-1}$ in *Microtus agrestis,* and that overall cost of depositing and subsequently using energy stored in tissue (versus catabolizing the original foodstuffs) is 35% greater. Rock and Williams (1979) proposed that fat levels may serve as an index to the "condition" of an animal. They stressed *M. montanus* with low-food rations, low temperature, or both, and showed that fat reserves seem to serve as an energy store used in response to environmental stress.

Rapid growth rates have been suggested as important features of animal life histories because they allow animals to reach maturity faster (see Case, 1978, for discussion). In addition, McNab (1980) argued that increased metabolic turnover rate (Kleiber, 1975) allows for faster individual growth which, in turn, allows for faster population growth. Thus, it seems important to ask whether species of *Microtus* have increased growth rates compared to other similar-sized small mammals, because they can attain high population densities rapidly. Table 5 summarizes growth data for different species of *Microtus* during lactation; this is usually the period of fastest growth. Using this index, most species are comparable to other similar-sized small mammals (Table 5; Morrison et al., 1977). However, using a logistic growth constant (Ricklefs, 1967), McNab (1980) argued that microtines have higher growth rates than similar-sized cricetines.

There are several factors which affect growth rates. They can be categorized as physical factors in the environment and social factors. There are numerous reports in the literature that many small mammals from boreal regions show lower body masses in winter than in summer (Brown, 1973, and references therein; Dehnel, 1949; Fuller et al., 1969; Schwarz et al., 1964). A number of species of *Microtus* are included in these studies. For a long while it was proposed that the reason lower average body mass was found in winter was because older, heavier individuals died, leaving only younger cohort animals. We now know that individual animals actually lose mass in winter or change growth rates. This was shown clearly in field studies with marked individuals of *M. pennsylvanicus* (Brown, 1973; Iverson and Turner, 1974). Season appears to affect growth in this species. Several factors could be im-

BLM_0052877

832    *Wunder*

TABLE 5
GROWTH IN MALE AND FEMALE *Microtus*

| Species | Adult body mass (g) | Growth rate[1] | | Lab or field study | Season of birth | Reference |
|---|---|---|---|---|---|---|
| | | (g/d) | % Adult body mass | | | |
| M. abbreviatus | 56 | 0.82 | 1.5 | L | — | |
| M. californicus | 53 | 0.83 | 1.6 | L | — | Hatfield (1935) |
| | 62 | 0.98 | 1.6 | L | — | Selle (1928) |
| M. miurus | 36 | 0.56 | 1.6 | L | — | Morrison et al. (1977) |
| M. montanus | 40 | 0.63 | 1.6 | | — | Seidal and Booth, *in* Innes and Millar (1979) |
| M. oregoni | 22 | 0.61 | 2.8 | L | — | Cowan and Arsenault (1954) |
| M. ochro- gaster | — | 0.61 | — | L | — | Fitch (1957) |
| | — | 0.81 | — | L | — | Richmond and Cona- way (1969) |
| | 45 | 0.83 | 1.8 | ? | — | Cooksey, *in* Innes and Millar (1979) |
| | — | 0.73 | — | L | — | Kruckenberg et al. (1973) |
| M. oeconomus | 45 | 0.79 | 1.8 | L | — | Morrison et al. (1954) |
| | 32 | 0.67 | 2.1 | L | — | Morrison et al. (1977) |
| M. pennsyl- vanicus | 35 | 0.40 | 1.1 | F | June– Aug | Barbehenn (1955) |
| | 35 | 0.20 | 0.6 | F | July– Sept | |
| | 48 | 0.80 | 1.7 | L | — | Hamilton (1937) |
| | 29 | 0.67 | 2.2 | L | — | Innes and Millar (1979) |
| | 40 | 0.65 | 1.6 | L | — | Morrison et al. (1977) |
| M. pinetorum[2] | 28 | 0.52 | 1.8 | L | — | Hamilton (1938) |
| | 29 | 0.35[3] | 1.2 | L | — | Lochmiller et al. (1982) |

[1] Growth rates were usually calculated to 20 days of age.
[2] Value of growth calculated to weaning at age of 17 days.
[3] Growth rates were calculated as the average, for the average litter size (2.2), because growth varied with litter size.

portant in causing (ultimate factors) or cueing (proximate factors) such changes. Two obvious factors that affect growth (and hence the energy costs of it) during winter are decreased quality of food and an increased proportion of energy intake necessary for ther-

BLM_0052878

moregulation. These suppositions have not been tested directly; however, some component parts have. There have been no careful studies of the effects of temperature on growth in New World *Microtus*; however, Daketse and Martinet (1977) studied its effects on young *M. arvalis* and found (contrary to the suppositions above) that the young grow faster and larger when raised at lower temperatures (5°C) rather than at higher temperatures (22 or 33°C). We also know that lab animals (rats, pigs, etc.) grow larger when raised at low $T_A$ with plenty of food available. Thus, this growth may be due to high food availability (and high-quality food) while at low $T_A$.

It is also known that food quality or some factor in food may affect growth rates of *Microtus* species. Daketse and Martinet (1977) found that voles fed alfalfa harvested in spring grew faster and heavier than those exposed to the same conditions except fed alfalfa harvested in summer. In field and enclosure studies, Cole and Batzli (1979) demonstrated that *M. ochrogaster* grew faster and attained higher body mass when fed alfalfa than when sustained on bluegrass or prairie habitats. It is not known whether such effects are due to some special nutrient, to a caloric deficiency, or to some digestive difference. However, Batzli and Cole (1979) showed that *M. ochrogaster* does not do as well on monocots as do other *Microtus* species, but does grow better on dicots. It also may be that these forage effects are due to chemicals in the food acting as cueing agents to affect the animals' physiology. Negus and his colleagues showed that specific chemicals in plants eaten by *M. montanus* can affect reproduction and growth (Berger et al. 1981; Negus, pers. comm.).

One other physical environmental factor that may affect growth is photoperiod. Although growth of certain *Microtus* species varies with season (see above), the factors affecting such growth are not known. Pinter (1968) showed that photoperiod affected growth of *M. montanus,* and Petterborg (1978) showed that photoperiod may be the most important factor that affects differential growth (and hence maturation) in different seasonal cohorts for this species. More recently, Pistole and Cranford (1982) found that photoperiod affects growth in *M. pennsylvanicus*. In both species, young animals on long-day photoperiods grew faster than those on short-day photoperiods, and adult animals on long days maintained a higher body mass than those on short days. Further, adults on short days lost body mass, whereas long days stimulated growth to, or maintenance

BLM_0052879

of, high mass. When animals in any treatment were switched to the alternate photic conditions they reversed their mass dynamics to reflect their photic environment. The energetic consequences of such changes are that animals on short days have less body mass to maintain, or with lower growth rates they have a lower energetic commitment to growth.

Several studies suggest that social factors affect growth in species of *Microtus.* Batzli et al. (1977) found that when *M. ochrogaster* were raised in the laboratory in the same cage as littermates, they showed suppressed growth and maturation compared to controls raised alone in cages or when raised with strangers of the opposite sex. The pattern was not clear with *M. pennsylvanicus,* which the authors attributed to differences in habitat type and use. Baddaloo and Clulow (1981) subsequently showed that female *M. pennsylvanicus* grew faster (compared to controls) when exposed to males or male urine, even if separated by a wire barrier. They proposed that growth may be controlled by a pheromone in male urine.

Beacham (1980) also reported that growth may be influenced by population density in *M. townsendii* and that this effect may be influenced by differential growth rate of "behavioral types" in the population. In this field study he showed that voles born in spring had higher growth rates than those born in any other season and that growth rates decreased in summer and autumn (a photoperiod effect?). He also found that heavy males present in peak populations gained mass throughout the previous winter, whereas all other males lost body mass. Beacham and Krebs (1980) categorized voles as docile or aggressive and found that "docile" *M. townsendii* under 50 g had faster growth rates than similar-sized aggressive ones. The energetics of these changes in growth have not been investigated so we do not know whether the changes are simply the consequence of changes in food consumption, changes in relative efficiencies, or due to differential hormone levels. These studies clearly indicate that once voles are weaned and exposed to the physical and biological environment many factors may affect their growth rates.

*Reproduction.*—A convenient way to envision the costs of reproduction is to divide them into those occurring during gestation and those during lactation. Such a division allows one to separate better the adaptive responses shown in mammals. Costs incurred during each phase of reproduction are quite different, both in magnitude and mechanism.

BLM_0052880

TABLE 6

INCREASE IN ENERGY CONSUMPTION FOR REPRODUCTION IN SPECIES OF *Microtus*

| Species | Body size (g) | Litter size | Increase over non-reproductives (%) | | Reference |
|---|---|---|---|---|---|
| | | | Gestation | Lactation | |
| *Microtus arvalis* | 25.3[1] | 4.25 | 32 | 133 | Migula (1969) |
| *Microtus pennsylvanicus* | 29.4[2] | 5.05 | 36 | 122 | Innes and Millar (1981) |
| *Microtus pinetorum* | 28.9[3] | 2.20 | — | 47.5 | Lochmiller et al. (1982) |

[1] Body mass of non-pregnant female.
[2] Post-partum body mass.
[3] Mean mass throughout lactation.

In both cases energy needs can be divided into two categories: 1) increased energy needed to gather more energy from the environment; and 2) increased energy to digest food and form the compounds used by the embryo or young for growth and maintenance. During gestation the embryo essentially uses the same foodstuffs as the mother because transfer is via the vascular system, and since the embryo is inside the female, she need not produce extra heat to keep it warm. Once the embryo is born there should be increased costs for maintenance because the young is outside the female and must be brooded for thermoregulation. Also, as the embryo becomes larger, its total energy needs for continued growth will be greater.

To my knowledge there have been only two studies of the direct energetic costs for reproduction in New World *Microtus* (Innes and Millar, 1981; Lochmiller et al., 1982) and three for one species of Old World *Microtus* (Kacmarski, 1966; Migula, 1969; Trojan and Wojciechowska, 1967). In all cases the actual costs can't be fractionated further than increased costs due to gestation and those due to lactation. In these studies food consumption of pregnant or lactating females was simply compared to similar-sized non-reproductive females in the laboratory. Thus, we really have no estimates of the increased cost for gathering food during reproduction and in no studies were the animals on natural diets.

BLM_0052881

836    *Wunder*

Both gestation and lactation are energetically expensive. Although there are few data for *Microtus*, energy needs during gestation increase with larger litter sizes (Grodziński and Wunder, 1975), and the same is true for lactation in many species, including *Microtus pinetorum* (Lochmiller et al., 1982). Table 6 summarizes the increased energy requirements from reproduction in voles. Gestation increases costs 30% or more and lactation usually entails increases of more than 100–120% over non-lactation. This appears true not only for *M. arvalis* and *M. pennsylvanicus,* but also many other small mammals (Mattingly and McClure, 1982; Millar, 1979; Randolph et al., 1977). However, Lochmiller et al. (1982) reported a somewhat low value for *M. pinetorum,* which characteristically has small litter sizes; that may be the reason for the low increase in total energy needs. Lochmiller et al. (1982) suggested that this trait, along with efficiency of energy conversion to young, may allow pine voles to breed throughout winter in some years. However, voles and lemmings with larger litter sizes and masses also occasionally breed in winter (Tait and Krebs, this volume).

Many incidental observations and studies suggest that species of *Microtus* may be near their limits for food gathering and processing during reproduction. Although not rigorously tested, modelling of energy flow for *M. arvalis* suggests this (Stenseth et al., 1980). Molt-pattern changes in reproductive and non-reproductive *M. breweri* also suggest that reproduction cannot be maintained at the same time as certain molts (Rowsemitt et al., 1975). And the observation that many species do not breed in winter when thermoregulatory costs are high suggests that added costs during reproduction cannot be met (Millar, 1978; Wunder, 1978a).

Given those constraints, it is interesting that, although small mammals in general, and *Microtus* species in particular, increase energy intake during reproduction, there are no indications that process time is decreased (energy cannot be gained more quickly from a unit of food). And there is good evidence that percent digestion and assimilation do not increase in *Microtus* during reproduction (Innes and Millar, 1979; Johnson and Groepper, 1970; Lochmiller et al., 1982; Migula, 1969). Thus, the only means species of *Microtus* appear to use to increase energy accumulation for reproduction is increased food intake.

BLM_0052882

## *Energy-Flow Models: Individuals and Populations*

To describe energy flow through an individual mammal, one simply integrates the metabolic costs discussed in this chapter over some unit of time. This can be done using an Average Daily Metabolic Rate model or some combination of models to integrate metabolic costs (Wunder, 1975) with a time budget (see Methods). For mammals in general this approach is well described in Grodziński and Wunder (1975) and Ferns (1980).

To discuss the effects of small mammal populations on community function and the role of energetics in such functions, investigators occasionally have generated energy flow models for populations. These models give some insight into: 1) how much of the energy flowing through a community is channeled through small mammals (voles for our purposes), and hence how voles may influence production or community processes; 2) how seasonal bottlenecks in energy availability or need may influence population processes; and 3) how patterns of community function vary in different ecotypes. The models are essentially population integrations of the energy costs associated with individuals. Although these models are discussed in Grodziński and Wunder (1975), a more complete and lucid discussion is given by Ferns (1980) using *M. agrestis* as an example.

There have been very few studies of the population energetics of New World *Microtus*. Golley (1960) published the earliest study on population energetics in *M. pennsylvanicus*. Grodziński (1971) undertook studies on population energetics of *M. oeconomus* in Alaska. Studying the energetics of small mammals in grassland ecosystems, French et al. (1976) found highest energy turnover (172 × 10³ kcal/ha) in tallgrass prairie systems dominated by *M. ochrogaster*. However, the efficiency of biomass supported was not as great as in northern shortgrass prairie systems that did not have any species of *Microtus*. Using *Clethrionomys rutilus* and *Microtus oeconomus*, Whitney (1977) tested the hypothesis that arctic and subarctic communities have low production, and found the hypothesis unsupported. He also found that maintenance energy costs for both species during winter were double summer costs (despite re-

BLM_0052883

838     *Wunder*

production only in summer), in contrast to findings of Gebczyńska (1970). Using population energetics, Stenseth et al. (1980) suggested that energy considerations limit reproduction in *M. agrestis*. In analyzing a number of small mammal energy models including some for *M. oeconomus, M. pennsylvanicus,* and several Old World species, Ferns (1980) suggested that populations inhabiting open habitats (such as species of *Microtus*) have higher annual energy flow than those in more mature habitats. Production efficiency and ecological efficiency of his *M. agrestis* population were about 1%.

Englemann (1966) suggested that there is a linear relationship between annual production and respiration per unit area in animal populations. McNeill and Lawton (1970) and Humphreys (1980) re-examined that suggestion and found that it is apparently true. Based on these relations, Humphreys (1980) separated homeotherms into four groups, one of which is "small mammal communities." *Microtus* are not notably different from other small mammals in this relationship.

## Future Studies

I have indicated throughout the text where knowledge is lacking; I only highlight certain questions here. *Microtus* species provide excellent models for studies of small mammal energetics because they are the smallest mammals that eat relatively high-fiber (energetically dilute) food and yet live in cool environments. So why, and by what mechanism, do they have BMRs 20–40% greater than expected? Is it related to thyroxine and high cellular metabolism, or do voles simply carry more gut (a metabolically active tissue) to digest their food than similar-sized mammals? McNab (1980) observed that populations of mammals with high BMRs have high rates of natural increase. Perhaps these mammals have more gut to process more food for allocation to production, and increased BMR relates to more gut tissue. Or is BMR simply related to thermoregulatory needs? We need detailed, long-term studies on the balance of energy gain and loss. Are voles limited, temporarily or seasonally, in their capacity to find and process enough food for several simultaneous energy-demanding functions (for example, molt and reproduction, cold-induced thermogenesis and reproduction)? More data are needed on reproductive costs of populations with high

BLM_0052884

and low litter sizes. The phenomenon of seasonal body-mass change needs long-term study because changes do not always occur (Wunder, 1978b). Such studies would allow better documentation of yearly patterns; then questions about the mechanism and significance of such changes could be better formulated. These studies should consider not only climatic factors but also fiber content of food and 6-MBOA levels (Sanders et al., 1981). Lastly, more detailed studies of limits to energy gain are needed. How important are behavioral-physiological factors in allowing voles to select low-fiber food (as in Goldberg et al., 1980) relative to their physiological ability to digest these foods (Batzli and Cole, 1979)? We know nothing at all about food passage rates or gut-size variation in voles and their effects on energy gain, although we are pursuing the latter.

## Literature Cited

BADDALOO, E. G. Y., AND F. V. CLULOW. 1981. Effects of the male on growth, sexual maturation, and ovulation of young female meadow voles *Microtus pennsylvanicus.* Canadian J. Zool., 59:415–421.

BALDWIN, JR., R. L., AND N. E. SMITH. 1974. Molecular control of energy metabolism. Pp. 17–34, *in* The control of metabolism (J. D. Sink, ed.). Pennsylvania State Univ. Press, University Park, 267 pp.

BARBEHENN, K. R. 1955. A field study of growth in *Microtus pennsylvanicus.* J. Mamm., 36:533–543.

BARRY, W. J. 1976. Environmental effects on food hoarding in deermice (*Peromyscus*). J. Mamm., 57:731–746.

BARTHOLOMEW, G. A. 1977. Energy metabolism. Pp. 57–110, *in* Animal physiology: principles and adaptations (M. S. Gordon, ed.). Macmillan Publ. Co., Inc., New York, 699 pp.

BATZLI, G. O., AND F. R. COLE. 1979. Nutritional ecology of microtine rodents: digestibility of forage. J. Mamm., 60:740–750.

BATZLI, G. O., L. L. GETZ, AND S. S. HURLEY. 1977. Suppression of growth and reproduction of microtine rodents by social factors. J. Mamm., 58:583–591.

BEACHAM, T. D. 1980. Growth rates of the vole *Microtus townsendii* during a population cycle. Oikos, 35:99–106.

BEACHAM, T. D., AND C. J. KREBS. 1980. Growth rates of aggressive and docile voles, *Microtus townsendii.* Amer. Midland Nat., 104:387–389.

BECK, L. R., AND R. G. ANTHONY. 1971. Metabolic and behavioral thermoregulation in the long-tailed vole, *Microtus longicaudus.* J. Mamm., 52:404–412.

BERGER, P. J., N. C. NEGUS, E. H. SANDERS, AND P. D. GARDNER. 1981. Chemical triggering of reproduction in *Microtus montanus.* Science, 214:69–70.

BRADLEY, S. R. 1976. Temperature regulation and bioenergetics of some microtine rodents. Unpubl. Ph.D. dissert., Cornell Univ., Ithaca, New York, 153 pp.

BLM_0052885

840     *Wunder*

BRODY, S. 1945. Bioenergetics and growth, with special reference to the efficiency complex in domestic animals. Reinhold Publ. Corp., New York, 1023 pp.

BROWN, E. B., III. 1973. Changes in patterns of seasonal growth of *Microtus pennsylvanicus*. Ecology, 54:1103–1109.

CALOW, P. 1977. Ecology, evolution and energetics: a study in metabolic adaptation. Adv. Ecol. Res., 10:1–62.

CAMPBELL, G. S. 1977. An introduction to environmental biophysics. Springer-Verlag Inc., New York, 159 pp.

CASE, T. J. 1978. On the evolution and adaptive significance of postnatal growth rates in the terrestrial vertebrates. Quart. Rev. Biol., 53:243–282.

CHARNOV, E. L. 1976. Optimal foraging: the marginal value theorem. Theor. Population Biol., 9:129–136.

CHERRY, R. H., AND L. VERNER. 1975. Seasonal acclimatization to temperature in the prairie vole, *Microtus ochrogaster*. Amer. Midland Nat., 94:354–360.

COLE, F. R., AND G. O. BATZLI. 1979. Nutrition and population dynamics of the prairie vole, *Microtus ochrogaster*, in central Illinois. J. Anim. Ecol., 48: 455–470.

COWAN, I. MCT., AND M. G. ARSENAULT. 1954. Reproduction and growth in the creeping vole, *Microtus oregoni serpens* Merriam. Canadian J. Zool., 32: 198–208.

COWAN, R. L., T. A. LONG, AND M. JARRETT. 1968. Digestive capacity of the meadow vole (*Microtus pennsylvanicus*). J. Anim. Sci., 27:1517.

DAKETSE, M., AND L. MARTINET. 1977. Effect of temperature on the growth and fertility of the field-vole, *Microtus arvalis*, raised in different day length and feeding conditions. Ann. Biol. Anim. Biochem. Biophys., 17:713–721.

DEHNEL, A. 1949. Studies on the genus *Sorex*. Ann. Univ. Mariae Curie-Sklodowska, Ser. C, 4:17–97.

ENGLEMANN, M. D. 1966. Energetics, terrestrial field studies and animal productivity. Adv. Ecol. Res., 3:73–115.

FERNS, P. N. 1980. Energy flow through small mammal populations. Mamm. Rev., 10:165–188.

FITCH, H. S. 1957. Aspects of reproduction and development in the prairie vole (*Microtus ochrogaster*). Univ. Kansas Publ., Mus. Nat. Hist., 10:129–161.

FRENCH, N. R., W. E. GRANT, W. GRODZIŃSKI, AND D. SWIFT. 1976. Small mammal energetics in grassland ecosystems. Ecol. Monogr., 46:201–220.

FULLER, W., L. L. STEBBINS, AND G. R. DYKE. 1969. Overwintering of small mammals near Great Slave Lake, northern Canada. Arctic, 22:34–55.

GEBCZYŃSKA, Z. 1970. Bioenergetics of a root vole population. Acta Theriol., 15: 33–66.

GESSAMAN, J. A. (ED.). 1973. Ecological energetics of homeotherms: a view compatible with ecological modeling. Utah State University Press, Logan, 155 pp.

GOLDBERG, M., N. R. TABROFF, AND R. H. TAMARIN. 1980. Nutrient variation in beach grass in relation to beach vole feeding. Ecology, 61:1029–1033.

GOLLEY, F. B. 1960. Energy dynamics of a food chain of an old-field community. Ecol. Monogr., 30:187–206.

GÓRECKI, A. 1965. Energy values of body in small mammals. Acta Theriol., 10: 333–352.

GRODZIŃSKI, W. 1971. Energy flow through populations of small mammals in the Alaskan taiga forest. Acta Theriol., 16:231–275.

GRODZIŃSKI, W., AND B. A. WUNDER. 1975. Ecological energetics of small mammals. Pp. 173–204, *in* Small mammals: their productivity and population

dynamics (F. B. Golley, K. Petrusewicz, and L. Ryszkowski, eds.). Cambridge Univ. Press, London, 451 pp.

GRODZIŃSKI, W., R. Z. KLEKOWSKI, AND A. DUNCAN (EDS.). 1975. Methods for ecological bioenergetics. Blackwell Sci. Publ., Oxford, 367 pp.

HAMILTON, W. J., JR. 1937. Growth and life span of the field mouse. Amer. Nat., 71:500–507.

———. 1938. Life history notes on the northern pine mouse. J. Mamm., 19:163–170.

HANSSON, L. 1971. Habitat, food, and population dynamics of the field vole *Microtus agrestis* L. in south Sweden. Viltrevy, 8:267–378.

HART, J. S. 1971. Rodents. Pp. 1–149, *in* Comparative physiology of thermoregulation (G. C. Whittow, ed.). Academic Press, New York, 410 pp.

HART, J. S., AND L. IRVING. 1959. The energetics of harbor seals in air and in water with special consideration of seasonal changes. Canadian J. Zool., 37:447–452.

HART, J. S., H. POHL, AND J. S. TENER. 1965. Seasonal acclimation in the varying hare (*Lepus americanus*). Canadian J. Zool., 43:731–744.

HATFIELD, D. M. 1935. A natural history study of *Microtus californicus.* J. Mamm., 16:261–271.

HELDMAIER, G., S. STEINLECHNER, AND J. RAFAEL. 1982. Nonshivering thermogenesis and cold resistance during seasonal acclimatization in the Djungarian hamster. J. Comp. Physiol., 149:1–9.

HERREID, C. F., AND B. KESSEL. 1967. Thermal conductance in birds and mammals. Comp. Biochem. Physiol., 21:405–414.

HOOPER, E. T. 1949. Faunal relationships of Recent North American rodents. Misc. Publ. Mus. Zool., Univ. Michigan, 72:1–28.

HUDSON, J., AND J. E. BROWER. 1971. Oxygen consumption, Part I. Mammals. Pp. 460–467, *in* Respiration and circulation. Biological handbooks (P. Altman and D. Dittmer, eds.). Fed. Amer. Soc. Exp. Biol., Bethesda, Maryland, 930 pp.

HUDSON, J., D. R. DEAVERS, AND S. R. BRADLEY. 1972. A comparative study of temperature regulation in ground squirrels with special reference to desert species. Symp. Zool. Soc. Lond., 31:191–213.

HUMPHREYS, W. F. 1980. Production and respiration in animal populations. J. Anim. Ecol., 48:427–453.

INNES, D. G. L., AND J. S. MILLAR. 1979. Growth of *Clethrionomys gapperi* and *Microtus pennsylvanicus* in captivity. Growth, 43:208–217.

———. 1981. Body weight, litter size, and energetics of reproduction in *Clethrionomys gapperi* and *Microtus pennsylvanicus.* Canadian J. Zool., 59:785–789.

IRVING, L., H. KROG, AND M. MONSON. 1955. The metabolism of some Alaskan animals in winter and summer. Physiol. Zool., 28:173–185.

IVERSON, S. L., AND B. N. TURNER. 1974. Winter weight dynamics in *Microtus pennsylvanicus.* Ecology, 55:1030–1041.

JAGOSZ, J., A. GORECKI, AND M. POSSI-CABAJ. 1979. The bioenergetics of deposit and utilization of stored energy in the common vole. Acta Theriol., 24:391–397.

JANSKÝ, L. 1966. Body organ thermogenesis of the rat during exposure to cold and at maximal metabolic rate. Fed. Proc., 25:1297–1302.

———. 1973. Nonshivering thermogenesis and its thermoregulatory significance. Biol. Rev., 48:85–132.

JOHANNINGSMEIER, A. G., AND C. J. GOODNIGHT. 1969. Digestibility of nitrogen,

BLM_0052887

842   *Wunder*

cellulose, lignin, dry matter and energy in *Microtus pennsylvanicus* on *Agrostis stolonifera* and *Poa pratensis*. Agron. Abstr., 61:59.

JOHNSON, D. R., AND K. L. GROEPPER.  1970.  Bioenergetics of north plains rodents. Amer. Midland Nat., 84:537–548.

KACMARSKI, F.  1966.  Bioenergetics of pregnancy and lactation in the bank vole. Acta Theriol., 11:409–417.

KANWISHER, J., AND G. SUNDES.  1965.  Physiology of a small cetacean. Hvalrad. Skr. Nor. Videskaps-Akod. Oslo, 48:45–53.

KENDALL, W. A., R. R. HILL, JR., AND J. S. SHENK.  1978.  Regulation of intake and utilization of carbohydrates by meadow voles. J. Anim. Sci., 46:1641–1647.

———.  1979.  Inhibition by some allelochemicals of intake of individual meals by meadow voles. Agron. J., 71:613–616.

KEYS, JR., J. E., AND P. J. VAN SOEST.  1970.  Digestibility of forages by the meadow vole, *Microtus pennsylvanicus*. J. Dairy Sci., 53:1502–1508.

KING, J. R., AND D. S. FARNER.  1961.  Energy metabolism, thermoregulation and body temperature. Pp. 215–288, *in* Biology and comparative physiology of birds, Vol. II (A. J. Marshall, ed.). Academic Press, New York, 467 pp.

KLEIBER, M.  1932.  Body size and metabolic rate. Physiol. Rev., 27:511–541.

———.  1961.  The fire of life: an introduction to animal energetics. John Wiley and Sons, New York, 454 pp.

———.  1975.  Metabolic turnover rate: a physiological meaning of the metabolic rate per unit body weight. J. Theor. Biol., 53:199–204.

KRUCKENBERG, S. M., H. T. GIER, AND S. M. DENNIS.  1973.  Postnatal development of the prairie vole, *Microtus ochrogaster*. Lab. Anim. Sci., 23:53–55.

LECHNER, A. J.  1978.  The scaling of maximal oxygen consumption and pulmonary dimensions in small mammals. Respiration Physiol., 34:29–44.

LINDEMANN, R. L.  1942.  The trophic-dynamic aspect of ecology. Ecology, 23:399–418.

LOCHMILLER, R. L., J. B. WHELAN, AND R. L. KIRKPATRICK.  1982.  Energetic cost of lactation in *Microtus pinetorum*. J. Mamm., 63:475–481.

LYNCH, G. R., AND S. L. GENDLER.  1980.  Multiple responses to different photoperiods occur in the mouse, *Peromyscus leucopus*. Oecologia, 45:318–321.

LYNCH, G. R., S. E. WHITE, R. GRUNDEL, AND M. S. BERGER.  1978.  Effects of photoperiod, melatonin administration and thyroid block on spontaneous daily torpor and temperature regulation in the white-footed mouse, *Peromyscus leucopus*. J. Comp. Physiol., 125:157–163.

MATTINGLY, D. K., AND P. A. McCLURE.  1982.  Energetics of reproduction in large-littered cotton rats (*Sigmodon hispidus*). Ecology, 63:183–195.

McNAB, B. K.  1980.  Food habits, energetics, and the population biology of mammals. Amer. Nat., 116:106–124.

McNEILL, S., AND J. H. LAWTON.  1970.  Annual production and respiration in animal populations. Nature, 225:472–474.

MIGULA, P.  1969.  Bioenergetics of pregnancy and lactation in European common vole. Acta Theriol., 14:167–179.

MILLAR, J. S.  1978.  Energetics of reproduction in *Peromyscus leucopus*: the cost of lactation. Ecology, 59:1055–1061.

———.  1979.  Energetics of lactation in *Peromyscus maniculatus*. Canadian J. Zool., 57:1015–1019.

MORRISON, P. R., AND F. A. RYSER.  1951.  Temperature and metabolism in some Wisconsin mammals. Fed. Proc., 10:93–94.

MORRISON, P. R., R. DIETERICH, AND D. PRESTON.  1977.  Body growth in sixteen

BLM_0052888

rodent species and subspecies maintained in laboratory colonies. Physiol. Zool., 50:294–310.

MORRISON, P. R., F. A. RYSER, AND A. DAWE. 1959. Studies on the physiology of the masked shrew (*Sorex cinereus*). Physiol. Zool., 32:256–271.

MORRISON, P. R., F. A. RYSER, AND R. L. STRECKER. 1954. Growth and development of temperature regulation in the tundra redback vole. J. Mamm., 35:376–386.

MULLEN, R. K. 1973. The $D_2^{18}O$ method of measuring the energy metabolism of free-living animals. Pp. 32–43, *in* Ecological energetics of homeotherms (J. Gessaman, ed.). Utah State Univ. Press, Monogr. Ser., 20:1–155.

NEAL, C. M., AND S. I. LUSTICK. 1973. Energetics and evaporative water loss in the short-tailed shrew, *Blarina brevicauda*. Physiol. Zool., 46:180–185.

PACKARD, G. C. 1968. Oxygen consumption of *Microtus montanus* in relation to ambient temperature. J. Mamm., 49:215–220.

PETRUSEWICZ, K. 1967. Suggested list of more important concepts in productivity studies (definitions and symbols). Pp. 51–80, *in* Secondary productivity of terrestrial ecosystems (K. Petrusewicz, ed.). Polish Acad. Sci., Warsaw, 379 pp.

PETRUSEWICZ, K., AND A. MACFADYEN. 1970. Productivity of terrestrial animals: principles and methods. Blackwell Sci. Publ., Oxford, 190 pp.

PETTERBORG, L. J. 1978. Effect of photoperiod on body weight in the vole, *Microtus montanus*. Canadian J. Zool., 56:431–435.

PINTER, A. J. 1968. Effects of diet and light on growth, maturation and adrenal size of *Microtus montanus*. Amer. J. Physiol., 215:461–466.

PISTOLE, D. H., AND J. A. CRANFORD. 1982. Photoperiodic effects on growth in *Microtus pennsylvanicus*. J. Mamm., 63:547–553.

PYKE, G. H., H. R. PULLIAM, AND E. L. CHARNOV. 1977. Optimal foraging: a selective review of theory and tests. Quart. Rev. Biol., 52:137–157.

RANDOLPH, P. A., J. C. RANDOLPH, K. MATTINGLY, AND M. M. FOSTER. 1977. Energy costs of reproduction in the cotton rat, *Sigmodon hispidus*. Ecology, 58:31–45.

RICHMOND, M., AND C. H. CONAWAY. 1969. Management, breeding and reproductive performance of the vole, *Microtus ochrogaster*, in a laboratory colony. Lab. Anim. Care, 19:80–87.

RICKLEFS, R. E. 1967. A graphical method of fitting equations to growth curves. Ecology, 48:978–983.

ROCK, P., AND O. WILLIAMS. 1979. Changes in lipid content of the montane vole. Acta Theriol., 24:237–247.

ROWSEMITT, C., T. H. KUNZ, AND R. H. TAMARIN. 1975. The timing and patterns of molt in *Microtus breweri*. Occas. Papers Mus. Nat. Hist., Univ. Kansas, 34:1–11.

SANDERS, E. H., P. D. GARDNER, P. J. BERGER, AND N. C. NEGUS. 1981. 6-Methoxybenzoxazolinone: a plant derivative that stimulates reproduction in *Microtus montanus*. Science, 214:67–69.

SCHOENER, T. 1971. Theory of feeding strategies. Ann. Rev. Ecol. Syst., 2:369–404.

SCHOLANDER, P. F., R. HOCK, V. WALTERS, AND L. IRVING. 1950. Adaptation to cold in arctic and tropical mammals and birds in relation to body temperature, insulation and basal metabolic rate. Biol. Bull., 99:259–271.

SCHWARZ, S. S., ET AL. 1964. Biological peculiarities of seasonal generations of rodents, with special reference to the problem of senescence in mammals. Acta Theriol., 8:11–43.

SELLE, R. M. 1928. *Microtus californicus* in captivity. J. Mamm., 9:93–98.

BLM_0052889

844    *Wunder*

SHENK, J. S., F. C. ELLIOTT, AND J. W. THOMAS. 1970. Meadow vole nutrition studies with semisynthetic diets. J. Nutr., 100:1437–1446.

SLOBODKIN, L. B. 1962. Energy in animal ecology. Adv. Ecol. Res., 1:69–101.

STENSETH, N. C., E. FRANSTAD, P. MIGULA, P. TROJAN, AND B. WOJCIE-CHOWSKA-TROJAN. 1980. Energy models for the common vole *Microtus arvalis*: energy as a limiting resource for reproductive output. Oikos, 34: 1–22.

TAYLOR, C. R., N. C. HEGLUND, AND G. M. O. MALOIY. 1982. Energetics and mechanics of terrestrial locomotion. J. Exp. Biol., 97:1–21.

TOWNSEND, C. R., AND P. CALOW (EDS.). 1981. Physiological ecology: an evolutionary approach to resource use. Sinauer Associates, Inc., Sunderland, Massachusetts, 393 pp.

TROJAN, P., AND B. WOJCIECHOWSKA. 1967. Resting metabolic rate during pregnancy and lactation in the European common vole, *Microtus arvalis*. Ekologia Polska, Ser. A, 15:811–817.

WHITE, T. C. R. 1978. The importance of relative food shortage in animal ecology. Oecologia, 33:71–86.

WHITNEY, P. 1977. Seasonal maintenance and net production of two sympatric species of subarctic microtine rodents. Ecology, 58:314–325.

WOLFF, J. O., AND W. Z. LIDICKER, JR. 1980. Population ecology of the taiga vole, *Microtus xanthognathus*, in interior Alaska. Canadian J. Zool., 58: 1800–1812.

WUNDER, B. A. 1975. A model for estimating metabolic rate of active or resting mammals. J. Theor. Biol., 49:345–354.

————. 1978a. Implications of a conceptual model for the allocation of energy resources by small mammals. Pp. 68–75, *in* Populations of small mammals under natural conditions (O. Snyder, ed.). Pymatuning Lab. Ecology, Univ. Pittsburgh, Spec. Publ. Ser., 5:1–237.

————. 1978b. Yearly differences in seasonal thermogenic shifts of prairie voles (*Microtus ochrogaster*). J. Thermal Biol., 3:98 (Abst.).

————. 1979. Hormonal mechanisms. Pp. 143–158, *in* Comparative mechanisms of cold adaptation (L. S. Underwood et al., eds.). Academic Press, New York, 379 pp.

————. 1981. Effects of short-term, daily, cold exposure on brown adipose tissue and nonshivering thermogenesis in the house mouse and prairie vole. Acta Univ. Carolinea, 1979:315–318.

————. 1984. Strategies for, and environmental cueing mechanisms of, seasonal changes in thermoregulatory parameters of small mammals. Pp. 165–172, *in* Winter ecology of small mammals (J. F. Merritt, ed.). Spec. Publ. Carnegie Mus. Nat. Hist., 10:1–392.

WUNDER, B. A., D. S. DOBKIN, AND R. D. GETTINGER. 1977. Shifts of thermogenesis in the prairie vole (*Microtus ochrogaster*), strategies for survival in a seasonal environment. Oecologia, 29:11–26.

BLM_0052890

# GENETICS

## Michael S. Gaines

### Abstract

DIFFERENT kinds of genetic variation in New World *Microtus* are reviewed. This variation ranges from traits controlled by single genes such as coat color and allozymes to those that are polygenic such as body weight and agonistic behavior. Coat color polymorphisms reported in the literature are unsatisfactory from a genetic standpoint because the mechanism of inheritance of most polymorphisms is unknown. At the karyotypic level, there is little variation in diploid chromosomal number or fundamental number. Karyotypic analyses have been used primarily as tools in elucidating systematic relationships within the genus. The frequency distributions of genic diversity values based on allozymic variation for *Microtus* and other mammal species indicate similar levels of genetic variation. There is some evidence from physiological components of fitness and perturbation experiments that natural selection maintains polymorphisms at a few electrophoretic loci. However, non-selective forces also play a significant role in gene-frequency change over short time periods. I conclude that changes in gene frequency at electrophoretic loci are effects of demographic changes and are not causally related to population cycles. There is a dearth of studies on the inheritance of quantitative traits in the genus. Heritabilities for dispersal behavior, aggressive behavior, growth rates, and age at sexual maturity have been estimated from full-sib analysis in *M. townsendii* populations. Three areas are profitable for future research: 1) the effect of social dynamics on genetic structure of populations; 2) inheritance and evolution of quantitative traits; and 3) the application of new molecular techniques to assess genetic variation.

### Introduction

In a review of this scope an obvious starting point is to extoll the virtues of *Microtus* as a suitable organism for genetic investigations.

845

BLM_0052891

Because there is detailed information on the ecology of microtine rodents, it affords investigators the opportunity of combining genetics and ecology in the study of natural populations. This synthetic approach taken by ecological geneticists will enhance our understanding of evolutionary processes in natural populations. The periodic fluctuations in population density exhibited to some degree by most microtine species enable the ecological geneticist to measure the direction and intensity of natural selection during different phases of a population cycle that consists of an increase, peak, and decline phase. The synchrony in microtine fluctuations reported over large geographic areas (see Taitt and Krebs, this volume) also allows for spatial replication.

The major theme of this chapter is the kinds of genetic variation found in *Microtus*. The variation discussed spans the spectrum from traits controlled by single genes, such as coat color and electromorphs, to those that are polygenic, such as body weight and agonistic behavior. Wherever possible, I examine the evolutionary significance of the variation. I conclude with a section on areas of genetic research that may prove to be fruitful in the future.

## Pelage Coloration

The pelage of *Microtus* varies from pale yellow to dark brown or black. Variation in coat color is due to differences in the number of completely black hairs and the width of a subapical band of yellow pigment on black hairs. A summary of coat-color variants reported in six species of *Microtus* is given in Table 1. The list is unsatisfactory from a genetic standpoint for several reasons. First, there may be problems with the nomenclature because few attempts have been made to cross-check new color morphs with actual specimens of similar phenotypes reported in the literature. Thus, either the same morph may be renamed by different investigators or different morphs may be given the same name. A case in point is the grey-eared morph in *M. ochrogaster* (Semeonoff, 1973), which is similar in overall appearance to a smoky morph in the same species reported by Pinter and Negus (1971). However, after direct comparison, Semeonoff concluded that the two morphs had very different phenotypes. Second, in only a few cases have investigators performed the appropriate breeding studies to determine the genetic basis of the color polymorphism.

BLM_0052892

TABLE 1
SUMMARY OF PELAGE-COLOR POLYMORPHISMS IN NEW WORLD *Microtus* SPECIES

| Species | Pelage coloration | Origin of polymorphism | Breeding data | References |
|---|---|---|---|---|
| *Microtus californicus* | Buffy | Natural population | Yes | Lidicker (1963) |
| | Yellow | Natural population | No | Orr (1941) |
| | White spotting | Natural population | Yes | Gill (1976) |
| | White with brown ears | Natural population | No | Fisher (1942) |
| *Microtus montanus* | Albino | Natural population | Yes | Jannett (1981); Warren (1929) |
| | Yellow | Natural population | No | Maser et al. (1969) |
| | Pink-eye dilution | Laboratory | Yes | Pinter and Negus (1971) |
| | Hairless | Laboratory | Yes | Pinter and McLean (1970) |
| | White spotting | Natural population | Yes | Pinter (1979) |
| | Melanism | Natural population | No | Jewett (1955) |
| *Microtus ochrogaster* | Albino | Natural population | No | Hays and Bingham (1964) |
| | Grey-eared | Laboratory | Yes | Semenoff (1973) |
| | Black | Natural population | Yes | Semenoff (1973) |
| | Smoky | Laboratory | Yes | Pinter and Negus (1971) |
| | White spotting | Laboratory | Yes | Hartke et al. (1974) |
| *Microtus oeconomus* | Melanism | Natural population | No | Murie (1934) |
| *Microtus pennsylvanicus* | Albino | Natural population | No | Barrett (1975); Hatt (1930); Owen and Shackelford (1942) |
| | Yellow | Natural population | No | Owen and Shackelford (1942) |
| | Cream with dark eyes | Natural population | Yes | Clark (1938) |
| | Light cinnamon with dark eyes | Natural population | Yes | Kutz and Smith (1945); Snyder (1930) |
| | White with buff underfur | Natural population | No | Snyder (1930) |

BLM_0052893

TABLE 1
CONTINUED

| Species | Pelage coloration | Origin of polymorphism | Breeding data | References |
|---|---|---|---|---|
| | Dark buff | Natural population | No | Snyder (1930) |
| | White spotting | Natural population | No | Owen and Shackelford (1942); Snyder (1930) |
| | Melanism | Natural population | No | Blossom (1942) |
| *Microtus pinetorum* | Albino | Natural population | No | Paul (1964); Schantz (1960) |
| | Yellow | Natural population | No | Owen and Shackelford (1942) |
| | Light brown | Natural population | No | Owen and Shackelford (1942) |

BLM_0052894

Finally, there is little information on the adaptive significance of coat color polymorphisms in natural populations of *Microtus*. A notable exception is the buffy coat color in *Microtus californicus*. Lidicker (1963) found that buffy coat color is due to a single-locus recessive mutation. The wild type agouti allele ($+$) is completely dominant over the buffy allele (*bf*) so that the $+/+$ homozygote and $bf/+$ heterozygote are phenotypically indistinguishable. Lidicker (as reported by Gill, 1977) monitored the frequency of buffy in a population of *M. californicus* over a 7-year period on Brooks Island off the coast of California. Gill (1977) reported that the frequency of buffy individuals in the population fluctuated seasonally and was highest after the breeding season. Changes in the frequency of buffy individuals lagged behind changes in population density. In laboratory crosses, heterozygous females ($bf/+$) had a higher mean number of offspring born per month and mean number of offspring weaned than both homozygotes, and heterozygous males were more fertile than other males. Gill (1976) proposed that the seasonal decrease in the frequency of buffy homozygotes resulted from differential predation and that the subsequent increase during the breeding season resulted from the high fertility of heterozygotes. If Gill's proposition is correct, this form of overdominance could maintain the coat color polymorphism in this island population. In support of her hypothesis she noted that on the mainland where predation is high, the buffy phenotype is almost absent. Clearly, more studies of this type are necessary before we can begin to understand the mechanisms for maintenance of coat color polymorphisms in natural populations of *Microtus*.

## Cytogenetics

Karyotypic analyses of new world *Microtus* have been used primarily as tools in elucidating systematic relationships within the genus. Many species of *Microtus* differ in both diploid chromosome number and fundamental number (Table 2). The latter is determined from the total number of autosomal chromosome arms, counting one for each telocentric or acrocentric chromosome and two for each metacentric chromosome. There is little variation in diploid chromosomal number and fundamental number within species because discoveries of this sort usually lead to new species assignations. For example, there was some disagreement whether

BLM_0052895

850   *Gaines*

TABLE 2

Diploid and Fundamental Chromosome Numbers of New World Species of *Microtus*. Sources are Hsu and Benirschke (1967–1975) and Matthey (1973) unless Otherwise Noted

| Species | Diploid number | Fundamental number |
|---|---|---|
| *Microtus breweri*[1] | 46 | 50 |
| *Microtus californicus*[2] | 52, 53, 54 | 60, 61, 62 |
| *Microtus canicaudus* | 24 | 48 |
| *Microtus longicaudus* | 56 | 84 |
| *Microtus mexicanus* | 44 | 54 |
| *Microtus montanus*[3] | 22, 24 | 40, 44 |
| *Microtus ochrogaster* | 54 | 64 |
| *Microtus oeconomus* | 30 | 52 |
| *Microtus oregoni* | 17 ♀; 18 ♂ | 32 |
| *Microtus pennsylvanicus* | 46 | 50 |
| *Microtus pinetorum*[4] | 62 | 62 |
| *Microtus townsendii* | 50 | 48 |
| *Microtus xanthognathus*[5] | 54 | 62 |

[1] Fivush et al. (1975); [2] Gill (1982); [3] Judd et al. (1980); [4] Beck and Mahan (1978); [5] Rausch and Rausch (1974).

the species *M. canicaudus* and *M. montanus* should be considered as conspecific (Johnson, 1968). The former has a limited range in Oregon and Washington, whereas the latter is widely distributed throughout much of the western United States. The diploid number of both species is 24 and all the autosomes are metacentric. However, the X-chromosomes differ; they are acrocentric in *M. montanus* but metacentric in *M. canicaudus*. In addition, there are subtle differences in the structure of the autosomes: three pairs of smaller autosomes are similar in size in *M. canicaudus* but dissimilar in *M. montanus*. On the basis of these differences in karyotype, Hsu and Johnson (1970) supported the view that *M. canicaudus* should be given full species status.

There are a few exceptions to the rule of constant chromosomal number within species of North American *Microtus*. Geographic variation in diploid chromosomal number has been reported for *M. longicaudus* (Judd and Cross, 1980). Specimens examined from Arizona, Colorado, and New Mexico all have a diploid number of 56 with 10 pairs of medium- to large-sized biarmed chromosomes, 12 pairs of small to large acrocentric, and five pairs of small metacentric chromosomes. Six other chromosomal forms (2n = 57, 58, 59,

BLM_0052896

62, 66, and 70) were observed from southern Oregon and northern California. The major differences in the California and Oregon races compared with the 2n = 56 race were six pairs of metacentrics, only 11 pairs of acrocentrics, and variations in number of supernumerary or minute chromosomes. The absence of a pair of acrocentrics and an extra pair of metacentrics suggests that this was a result of a pericentric inversion. Although supernumerary chromosomes have been found in other rodent species (for instance, *Reithrodontomys* [Shellhammer, 1969] and *Perognathus* [Patton, 1977]), this is the only case reported to date for a *Microtus* species.

Gill (1982) found a polymorphism in chromosomal number in *M. californicus* populations. Individuals have diploid numbers of 52, 53, or 54 chromosomes with fundamental numbers ranging from 60 to 62. Furthermore, based on breeding data, Gill (1980) suggested that *M. californicus* is undergoing speciation. Finally, Fredga and Bergström (1970) reported a chromosomal polymorphism in *M. oeconomus* caused by a centric fission of one chromosome pair. In an isolated population in northern Europe, animals with 2n = 31 and 2n = 32 were captured. Although this is not a New World microtine, it is nominally the same species as that which occurs in North America.

The differential staining of specific regions of chromosomes also has been useful in determining differences and similarities between populations. In a thorough analysis of chromosomal variation in *M. montanus,* Judd et al. (1980) compared populations from Arizona and New Mexico (2n = 24) to a population from Oregon (2n = 22). One conspicuous difference between the two karyotypes was the absence of the smallest pair of metacentrics (pair 8) in the 22-chromosome form. The following differences were observed between the two forms with respect to constitutive heterochromatin (C-bands): 1) the 22-chromosome form had smaller C-bands compared to the 24-chromosome form; 2) in the 22-chromosome form, pair 5 had much less centromeric heterochromatin; and 3) in both forms, pairs 9, 10, and 11 had little or no heterochromatin, the C-banded X-chromosomes were identical, and the Y-chromosome was totally heterochromatic. The G-banding patterns of the two forms were almost identical; the only difference was in the short arms of chromosome 2. The location of nucleolar organizing regions (NORs), identified by the silver staining method of Hubbell and Hsu (1977), were invariable in both karyotypes; chromosomal pair

BLM_0052897

852    *Gaines*

10 had NORs on the long arm and pair 11 had them on the short arm. On the basis of their karyotypic analysis, Judd et al. (1980) suggested that the two forms of *M. montanus* might be specifically distinct. Nadler et al. (1976) also used G-banding techniques to investigate interpopulational variation of Holarctic microtine species; they found similar patterns in Alaskan and Siberian populations of *M. oeconomus* and *Clethrionomys rutilus.*

Recently, there has been a considerable amount of interest in the rates of karyotypic change and direction of evolution. Maruyama and Imai (1981) estimated the evolutionary rates of change of mammalian karyotypes by making pairwise comparisons of chromosomal number and arm number of species belonging to each genus. They calculated probabilities, which decrease exponentially with time, that two randomly chosen species from a given genus would have the same karyotype. Assuming that the average divergence time of a mammalian species from a common ancestor is $2.5 \times 10^6$ years, they estimated the rate at which a karyotype changes in unit time for different genera. The genus *Microtus* had the highest rate of karyotypic change ($8.18 \times 10^{-7}$ chromosomal or arm number changes per year) of the 18 rodent genera included in the study.

Three hypotheses have been proposed for the mode and direction of chromosomal evolution in mammals: fusion hypothesis (Ohno, 1969), fission hypothesis (Todd, 1967), and the modal hypothesis (Matthey, 1973). The fusion hypothesis assumes that the ancestral karyotype consisted of a large number of acrocentric chromosomes which were reduced in number through a series of pericentric inversions and centric fusions. Fedyk (1970) proposed that in the *gregalis*-group of *Microtus* the primary mechanism of karyotypic evolution in the subarctic species involved centric fusions, whereas in the Nearctic species of the group, pericentric inversions were predominant. Conversely, the fission hypothesis assumes that ancestral mammals had a low diploid number which generally increased under the influence of centric fissions. The modal hypothesis assumes that ancestral mammals had a diploid number near the present mode and that chromosome numbers moved upward or downward.

Matthey (1973) suggested that the modal hypothesis best explains chromosomal evolution in the subfamily Microtinae because 32 of the 78 species examined have 54 or 56 chromosomes. Matthey (1973) stated that this subset is "exclusively found in the genera

BLM_0052898

regarded by taxonomists as the most primitive on the basis of their morphology." Considering that only five species of microtines have diploid numbers greater than 56, most of the Robertsonian rearrangements occurring over evolutionary time had to be centric fusions. Matthey's hypothesis for chromosomal evolution in *Microtus* is reasonable only if fusions are the predominant Robertsonian rearrangement over evolutionary time. However, in a recent study, Imai and Crozier (1980) presented evidence from a statistical analysis of mammalian karyotypes which strongly supports fission rather than fusion as the predominant Robertsonian rearrangement. Needless to say, the directionality of karyotypic evolution in New World *Microtus* is still open to interpretation.

Karyotypic analyses promise to be useful tools for elucidating systematic relationships within the genus *Microtus* and assessing the amount of chromosomal variation within species. In many studies to date karyotypic analysis was performed on only a few individuals. Moreover, as one progresses to finer levels of karyotypic analysis (for example, C- and G-banding), sample sizes decrease, and in fact, some banding studies are based on only one individual from each species. As both the number of species studied and the sample sizes increase, karyotypic analysis, especially using differential staining techniques, will undoubtedly increase our understanding of the organization of the genetic material.

## Allozymic Variation

With the widespread application of protein electrophoresis, estimates of genic variation have now been determined for hundreds of organisms (Nevo, 1978; Selander, 1976). Surprisingly, *Microtus* has been relatively neglected in surveys of allozymic variation. I have summarized the available data in Table 3. The most thoroughly studied *Microtus* species to date is *M. californicus* (Bowen and Yang, 1978) in which 28 proteins were examined. Fewer proteins are represented in the remaining studies in Table 3, primarily because allozymes were used as genetic markers in live-trapping programs that prohibited sacrificing animals. Thus, investigators relied exclusively on plasma or hemolysate, obtained from blood samples, for electrophoresis. More protein polymorphisms were revealed when a wider range of tissues was included in the analysis.

BLM_0052899

TABLE 3

PROTEIN POLYMORPHISMS IN SEVEN NEW WORLD SPECIES OF *Microtus*. THE MOLECULAR STRUCTURE, SOURCE OF TISSUE FOR ELEC-
TROPHORESIS, GENIC DIVERSITY ($H$), AND THE NUMBER OF ELECTROMORPHS (NE) FOR 30 PROTIEN POLYMORPHISMS ARE PRESENTED

| Species | Locus[1] | Molecular structure | Tissue | $H$ (NE)[2] | References |
|---|---|---|---|---|---|
| *M. breweri* | TF | Monomer | Plasma | .100 (2) | Kohn and Tamarin (1978); Maurer (1967) |
| *M. californicus* | GPD | — | Kidney | .118 (2) | Bowen and Yang (1978); Gill (1980) |
| | LDH-A | Tetramer | Kidney | .012 (2) | |
| | LDH-B | Tetramer | Kidney | .059 (2) | |
| | ME-2 | — | Kidney | .180 (2) | |
| | IDH-1 | Dimer | Kidney | .020 (2) | |
| | 6PGD | Dimer | Kidney, hemolysate | .194 (2) | |
| | GOT-1 | Dimer | Kidney, hemolysate | .165 (2) | |
| | PGM-2 | Monomer | Kidney | .281 (2) | |
| | ES-1 | — | Hemolysate | — | |
| | ES-2 | Monomer | Kidney | .611 (5) | |
| | ES-3 | — | Plasma | — | |
| | ES-4 | — | Hemolysate | — | |
| | LAP | Monomer | Plasma | .440 (2) | |
| | GPI | Dimer | Kidney, plasma | .091 (2) | |
| | PT-1 | — | Plasma | — | |
| *M. miurus* | 6PGD | Dimer | Hemolysate | .144 (2) | Nadler et al. (1978) |
| *M. oeconomus* | TF | Monomer | Plasma | .070 (3) | Nadler et al. (1978) |
| | LAP | Monomer | Plasma | .488 (2) | |
| | 6PGD | Dimer | Hemolysate | .505 (2) | |

BLM_0052900

TABLE 3
CONTINUED

| Species | Locus[1] | Molecular structure | Tissue | $H$ (NE)[2] | References |
|---------|----------|---------------------|--------|-------------|------------|
| *M. ochrogaster* | TF | Monomer | Plasma | .214 (4) | Gaines et al. (1978); |
| | LAP | Monomer | Plasma | .325 (2) | Semeonoff (1972) |
| | 6PGD | Dimer | Hemolysate | .159 (3) | |
| | ES-1 | Monomer | Hemolysate | .365 (2) | |
| | ES-2 | Monomer | Plasma | — (2) | |
| | ES-4 | Monomer | Plasma | .448 (2) | |
| *M. pennsylvanicus* | TF | Monomer | Plasma | .472 (4) | Kohn and Tamarin (1978) |
| | LAP | Monomer | Plasma | .449 (3) | |
| | 6PGD | Dimer | Hemolysate | — | |
| *M. townsendii* | LAP | Monomer | Plasma | .453 (2) | LeDuc and Krebs (1975) |

[1] Abbreviations are: ACP, acid phosphatase; ALB, albumin; ADH, alcohol dehydrogenase; ALD, aldolase; ES, esterase; G6PD, glucose-6-phosphate dehydrogenase; GOT, glutamate-oxaloacetate transaminase; GPD, glycerol-3-phosphate dehydrogenase; αGPD, α-glycerophosphate dehydrogenase; G3PD, glyceraldehyde-3-phosphate dehydrogenase; HB, hemoglobin; IDH, isocitrate dehydrogenase; LDH, lactate dehydrogenase; LAP, leucine aminopeptidase; MDH, malate dehydrogenase; ME, malic enzyme; MPI, mannose phosphate isomerase; PEP, peptidase leucylalanine; PGM, phosphoglucomutase; 6PGD, 6-phosphogluconate dehydrogenase; PT, general protein; SORDH, sorbital dehydrogenase; SDH, succinate dehydrogenase; SOD, superoxide dimutase; TF, transferrin.

[2] $H = 1 - \sum_{i=1}^{k} \bar{x}_i^2$ where $\bar{x}_i$ is the mean frequency of the $i$th of $k$ alleles.

BLM_0052901

856    *Gaines*



FIG. 1.    The frequency distribution of genic diversity (*H*) for species of *Microtus* (see Table 3) compared to other mammals (from Smith et al., 1975). Abbreviation: N, number of loci.

For instance, Bowen and Yang (1978) found nine polymorphic proteins in kidney tissue alone (Table 3). However, the genus inherently may have low levels of variation because of periodic bottlenecks that occur during low phases of density cycles.

Frequency distributions of genic diversity values for *Microtus* and other mammal species (Smith et al., 1978) are presented in Fig. 1. The distributions are similar but there is a slight excess of loci with relatively high genic diversity (for example, 0.4–0.5) in *Microtus* species. Certain loci tend to appear in this range. In particular, leucine aminopeptidase has a genic diversity of about 0.45 in four of the seven species of *Microtus* included in Table 3. Several other loci have relatively high genic diversities, including the esterases, transferrin, and 6-phosphogluconate dehydrogenase. These genetically diverse polymorphisms have been studied more extensively to investigate the roles of different evolutionary forces in maintaining protein polymorphisms in *Microtus* populations.

Recently, some doubts have been raised about the reliability of

BLM_0052902

certain electromorphs as genetic markers in *Microtus* populations. McGovern and Tracy (1981) exposed field caught *M. ochrogaster* in Colorado to different temperature regimes in the laboratory and found changes in the mobility of electromorphs at the TF and LAP locus. Although there is extensive mating data for both the LAP and TF systems (Gaines and Krebs, 1971), the results are inconclusive because animals were housed at a constant temperature. Mihok and Ewing (in press) found complete reliability in TF and LAP electromorphs in *M. pennsylvanicus*. Because McGovern and Tracy's results have serious implications on the interpretation at genic variation in the genus, their experiments need to be repeated further.

Several different approaches have been taken to measure the direction and intensity of selection on structural proteins in *Microtus* populations. Kohn and Tamarin (1978) plotted $\Delta p_i$ $(=p_{i+1} - p_i)$ against $p_i$ from successive trapping periods at the TF and LAP loci in populations of *M. breweri* and *M. pennsylvanicus*. They argued that a significant negative regression around the point where $\Delta p_i = 0$ would be evidence for a stable polymorphism. They calculated regressions for *M. breweri* (for $Tf^E$) and for *M. pennsylvanicus* (for $Tf^E$ and $Lap^S$) in four areas and by sex within each area. All 24 regression lines had negative slopes and ten were significantly different from 0. Thus, Kohn and Tamarin (1978) concluded that the polymorphisms were maintained by selection.

However, the method of regressing $\Delta p$ on $p$ has been shown to be inadequate for estimating selection pressures in populations. Kirby (1974) showed that the regression coefficient, calculated from data obtained from a sequential census of one population, does not provide an unbiased estimate of the amount of immigration or selection maintaining an equilibrium gene frequency. Furthermore, Whittam (1981) demonstrated that a negative regression coefficient is expected when sequential gene frequencies are simply random numbers from the interval [0, 1] of a uniform probability distribution. Using computer simulations, Whittam (1981) randomly sampled gene frequencies from a uniform probability distribution, plotted $\Delta p$ versus $p$, and obtained a significant negative regression coefficient with the regression line explaining about 60% of the variance in $\Delta p$. A comparison of Kohn and Tamarin's (1978) results and the confidence limits for the regression coefficients indicated that about half of the slopes obtained from natural populations did not differ from the negative slopes obtained by the

BLM_0052903

858   *Gaines*

TABLE 4

Estimates of the Deviation of Proportions of Homozygotes from Hardy-Weinberg Proportions ($\bar{H}$) during Density Fluctuations of *Microtus pennsylvanicus*. Data Are Combined from Three Live-trapping Grids. Numbers in Parentheses Are Estimates of the Standard Error of $\bar{H}$ (from Birdsall, 1974)

| Phase of cycle | TF locus | | LAP locus | |
|---|---|---|---|---|
| | Males | Females | Males | Females |
| Increase | .007 (.014) | −.009 (.015) | −.037* (.016) | −.021 (.018) |
| Peak | .005 (.013) | .004 (.014) | −.025 (.014) | −.002 (.016) |
| Decline | −.065* (0.24) | .050† (0.29) | .025 (.027) | .011 (.031) |

* Significant deviation from Hardy-Weinberg proportions ($P < 0.05$).
† Significant difference in heterozygosity between males and females ($P < 0.05$).

simulation. A second analysis of genetic drift with a small amount of migration and different population sizes revealed many significant regression coefficients were negative and many were significant (357 out of 1,000 simulations) in the absence of selection. Thus, the interpretation of a negative slope as evidence for selection maintaining a polymorphism is questionable.

Birdsall (1974) used deviation of genotypic frequencies from Hardy-Weinberg equilibrium as evidence for selection acting on the TF and LAP loci in fluctuating populations of *M. pennsylvanicus*. He estimated the excess proportions of each homozygote, *H*, following the method of Smith (1970). Estimates of the deviation of the proportions of homozygotes from Hardy-Weinberg equilibrium during different phases of the density fluctuation for three trapping grids combined, treating sexes separately, are given in Table 4. Birdsall (1974) interpreted the deviations in the proportion of genotypes at the two loci as evidence for natural selection and not a consequence of non-selective forces because the two loci exhibited different patterns of deviation during the density cycle (Table 4). There was a significant excess of male TF heterozygotes in the decline phase, whereas there was a significant excess of male LAP heterozygotes in the increase phase. Furthermore, the significant difference between male and female heterozygosity at the TF locus during the decline phase is difficult to explain by non-selective forces because they should affect both sexes similarly.

BLM_0052904

TABLE 5

Minimum Survival Rates/14 Days of TF and LAP Genotypes in *Microtus och-rogaster* Populations during Phases of Increasing and Declining Density Reported in Two Studies in Southern Indiana and One Study in Eastern Kansas (from Gaines, 1981)

| Locus and phase of cycle | Locality | | | | | |
|---|---|---|---|---|---|---|
| | Indiana (1965–1967) | | Indiana (1967–1969) | | Kansas (1970–1973) | |
| | Male | Female | Male | Female | Male | Female |
| Transferrin* | | | | | | |
| Increase | | | | | | |
| Fast homozygote | .84 | .92 | .78 | .87 | .82 | .83 |
| Heterozygote | .76 | .76 | .91 | .85 | .72 | .85 |
| Slow homozygote | — | — | — | — | .86 | .87 |
| Decline | | | | | | |
| Fast homozygote | .59 | .68 | .70 | .69 | .65 | .65 |
| Heterozygote | .75 | .33 | .77 | .74 | .66 | .69 |
| Slow homozygote | — | — | — | — | .75 | .82 |
| Leucine aminopeptidase* | | | | | | |
| Increase | | | | | | |
| Fast homozygote | — | — | .60 | .84 | .80 | .85 |
| Heterozygote | — | — | .79 | .91 | .88 | .87 |
| Slow homozygote | — | — | .85 | .86 | .80 | .86 |
| Decline | | | | | | |
| Fast homozygote | — | — | .70 | .62 | .51 | .58 |
| Heterozygote | — | — | .75 | .58 | .59 | .58 |
| Slow homozygote | — | — | .75 | .77 | .63 | .63 |

* Genotypes for the **TF** locus were $Tf^F/Tf^F$, $Tf^F/Tf^S$, and $Tf^S/Tf^S$, and for the LAP locus were $Lap^F/Lap^F$, $Lap^S/Lap^F$, and $Lap^S/Lap^S$, respectively.

Another approach used in live-trapping studies is to measure physiological components of fitness (Gaines and Krebs, 1971; Gaines et al., 1978; Kohn and Tamarin, 1978; LeDuc and Krebs, 1975; Tamarin and Krebs, 1969). Because animals are marked in the field and their genotypes are known, one can estimate survival rates, growth rates, and breeding activity for each genotypic class. Minimum survival rates for TF and LAP genotypes during density fluctuations of *M. ochrogaster* are presented in Table 5. In spite of variation in survival rates over different studies, certain trends are

BLM_0052905

860    *Gaines*

apparent. At the TF locus, the $Tf^F/Tf^F$ homozygote was extremely rare in Indiana populations. The $Tf^E/Tf^F$ heterozygote generally had higher survival rates than $Tf^E/Tf^E$ homozygotes during the decline phase in both Indiana studies, the only exception being females in the study of Tamarin and Krebs (1969). In declining Kansas populations, individuals with at least one $Tf^F$ allele had higher survival rates than $Tf^E/Tf^E$ homozygotes. $Tf^F/Tf^F$ homozygotes had the highest survivorship of any genotype. In Indiana and Kansas, $Lap^S/Lap^S$ homozygotes had the highest survival rates for males and females during population declines. In addition to survival rates, Gaines et al. (1978) found differences in the breeding activity and growth rates among TF and LAP genotypes in Kansas prairie-vole populations.

Perturbation experiments provide the strongest evidence for selection acting on electrophoretic loci. Gaines et al. (1971) introduced laboratory voles into a fenced enclosure so as to found the population with a $Tf^E$ gene frequency of 0.50. $Tf^E$ gene frequencies in natural populations in the area ranged from 0.80 to 0.90. Gene frequences of the enclosed and control populations were monitored every 14 days over a 16-week period. The experiment was replicated over three seasons. At the conclusion of each experiment all animals were removed from the enclosure and the new introduction was made. In all three replicates the $Tf^E$ gene frequencies increased and approached values observed in open field populations.

Although natural selection may play a role in maintaining polymorphisms, not all observed gene-frequency changes necessarily result from the action of selection. Demographic changes also affect local population sizes and rates of migration, which in turn can lead to random fluctuations in allele frequencies. To assess the roles of selective and non-selective forces in gene-frequency change, Lewontin and Krakauer (1973) developed a statistical test that relies on a comparison of gene-frequency distributions for different loci. Their rationale is that alleles at all loci will be similarly affected by the breeding structure of the population and, thus, the effects of non-selective forces, such as genetic drift and migration, should be uniform over loci. However, natural selection, operating through differential fitness of genotypes, affects gene frequency only at specific loci. Therefore, a measure of genetic variation at each polymorphic locus over an ensemble of populations should be similar if only non-selective forces are operating but dissimilar when selection

BLM_0052906

is acting upon alleles at specific subsets of loci. The measure chosen by Lewontin and Krakauer is a standardized variance of gene frequencies called the effective inbreeding coefficient, $\hat{F}_e$.

For a locus with two alleles, $\hat{F}_e$ is calculated as the ratio of the observed variance in allele frequency, $s^2_p$, to the maximum variance possible for the average allele frequency, $\bar{p}$, as follows:

$$\hat{F}_e = \frac{s^2_p}{\bar{p}(1 - \bar{p})} .$$

Note that $\hat{F}_e$ is the same as Wright's (1965) $F_{st}$. For neutral alleles, the $\hat{F}_e$ values calculated for each of many loci over an ensemble of populations will be statistically homogeneous, whereas if selection is occurring there will be heterogeneity in $\hat{F}_e$ values.

Heterogeneity in $\hat{F}_e$ values can be tested among loci from the ratio of the observed variance in $\hat{F}_e$'s over all loci to the theoretical variance. Lewontin and Krakauer (1973) found the theoretical variance of $\hat{F}_e$ over $n$ subpopulations in the absence of selection to be a function of the average $\hat{F}_e$ as follows:

$$\sigma_F^2 = \frac{k\bar{F}_e^2}{(n - 1)} .$$

Through computer simulation, the limiting value of $k = 2$ was found for various underlying distributions of gene frequencies. The ratio of $s_F^2/\sigma_F^2$ is compared with an $F(n - 1, \infty)$ distribution. If the sampling variance is significantly greater than the theoretical variance, one can infer heterogeneity in $\hat{F}_e$'s among loci.

The Lewontin-Krakauer test (L-K test) has been criticized in its application to spatial distribution of gene frequencies. Ewens and Feldman (1976), Nei and Maruyama (1975), and Robertson (1975a, 1975b) contended that heterogeneity of $\hat{F}_e$ could result from factors other than selection (for example, different initial gene frequencies in each population). However, this problem is unlikely in tests of temporal distributions of gene frequencies within populations where the initial gene frequencies are known.

Gaines and Whittam (1980) used the L-K test to assess changes in gene frequencies at five polymorphic loci in fluctuating populations of *M. ochrogaster* in eastern Kansas. Although gene frequency data were available for 2-week samples (Gaines et al., 1978), they chose a 14-week interval to avoid confounding effects of the same individual being sampled more than once. Each of seven time pe-

BLM_0052907

862    *Gaines*

TABLE 6

ESTIMATES (TOP) OF EFFECTIVE INBREEDING COEFFICIENTS ($\hat{F}_e$) CORRECTED FOR
SAMPLING VARIANCE AT FIVE LOCI AMONG SUBPOPULATIONS DURING SEVEN TIME PE-
RIODS ON EACH GRID, AND (BOTTOM) A SUMMARY OF HETEROGENEITY TESTS OF $\hat{F}_e$
VALUES. THE VARIANCE RATIO, $s_F^2/\sigma_F^2$, IS COMPARED WITH AN $F_{6,\infty}$ DISTRIBUTION
(FROM GAINES AND WHITTAM, 1980). ALL RATIOS ARE NON-SIGNIFICANT

| Locus/ statistic | Grid | | | |
|---|---|---|---|---|
| | A | B | C | D |
| TF | 0.026 | 0.021 | 0.044 | 0.050 |
| LAP | 0.010 | 0.007 | 0.037 | 0.050 |
| EST-1 | 0.034 | 0.072 | 0.036 | 0.104 |
| EST-4 | 0.042 | 0.026 | 0.010 | 0.007 |
| 6-PGD | 0.000 | 0.063 | 0.004 | 0.005 |
| $\hat{F}_e$ | 0.023 | 0.038 | 0.027 | 0.042 |
| $s_F^2$ | 0.0002 | 0.0006 | 0.0003 | 0.0006 |
| $\sigma_F^2$ | 0.0002 | 0.0005 | 0.0002 | 0.0006 |
| $s_F^2/\sigma_F^2$ | 1.000 | 1.200 | 1.500 | 1.000 |

Abbreviations are: $\hat{F}_e$, mean estimate of effective inbreeding coefficient; $s_F^2$, ob-
served variance; $\sigma_F^2$, theoretical variance. For identities of proteins, see Table 3.

riods sampled was considered a subpopulation for calculations of
the $\hat{F}_e$'s. They corrected for both sampling variance within time
periods and correlations in alleles over sampling periods.

The $\hat{F}_e$ values, using the mean and variance in gene frequency
over the seven time periods, for the five polymorphic loci on four
live-trapped grids, are given in Table 6. The homogeneity of $\hat{F}_e$
values indicates that non-selective forces are primarily responsible
for the changes in gene frequency through time.

The results of the L-K test conflicted with those of Gaines et al.
(1978) who concluded from an analysis of the same data set that
changes in gene frequency at the TF and LAP loci were probably
due to selection. Their conclusion was based on differences in phys-
iological components of fitness (see Table 5) among genotypes.
Gaines and Whittam (1980) attributed these conflicting interpre-
tations to a reductionist versus holistic approach. Physiological com-
ponents of fitness were measured during each phase of the density
fluctuation without considering the historical events that preceded
them. On a micro-scale, Gaines et al. (1978) found statistically
significant differences in fitness components among genotypes dur-

BLM_0052908



Fig. 2.   $F_{st}$ values for resident *M. californicus* from four subpopulations averaged over four loci (from Bowen, 1982).

ing phases of increasing density. However, assuming that the L-K test is valid for temporal variation in vole populations, the intensity of selection was not strong enough to counteract the effects of non-selective evolutionary forces, such as random genetic drift, which most likely predominate during the periodic bottlenecks of the low-density phase and lead to random changes in allelic frequencies observed over short time periods.

Bowen (1982) used F-statistics to measure genetic differentiation in a population of *M. californicus*. The population was subdivided into four 0.15-ha grids spaced 50 m apart. $F_{st}$ values for four electrophoretic loci (PGD, GPI, GOT-1, and LAP) were calculated for five time periods during a 2-year density cycle. The average $F_{st}$ values for the four loci over the cycle are presented in Fig. 2. The greatest genetic differentiation occurred during phases of the population cycle when density was low, whereas the population became relatively more homogeneous as density increased during the breeding season. Bowen interpreted the U-shaped distribution of $F_{st}$ values in Fig. 2 as evidence for increased dispersal at the onset of the breeding season. Once migrants established themselves in existing patches of habitat, the genetic heterogeneity among patches would decrease as a result of gene flow. After the population density returns to a low phase, genetic heterogeneity would be reestablished as a result of genetic drift within isolated patches. Thus, Bowen (1982) related changes in the genetic structure of a population of *M. californicus* to changes in its population dynamics.

BLM_0052909

In summary, there is evidence that natural selection maintains polymorphisms at the TF and LAP locus in natural populations of *Microtus*. Significant differences were observed between genotypes in certain physiological components of fitness, and these observations were repeatable both in time and space. The most convincing evidence for selection comes from perturbation experiments in which enclosed field populations started with different initial frequencies converged to the frequencies found in natural populations. However, non-selective forces also play a significant role in gene-frequency change over short time periods as revealed by the L-K test on five polymorphic loci in *M. ochrogaster* populations, and by $F_{st}$ values calculated for *M. californicus*.

## Quantitative Genetics

There has been a dearth of studies on quantitative traits in *Microtus*. Guthrie (1965) related intrapopulational variation in dentition of the extinct *M. paroperarius* and the recent *M. pennsylvanicus* to the rapid evolution of microtine rodents in the late Pliocene and Pleistocene. Guthrie (1965) suggested that rapid evolution of the molars may have been a response to a major change in diet from fruit and seeds to grass and bark. Gill and Bolles (1982) found variation in the root length of teeth in two populations of *M. californicus*. Although the trait had some genetic component, its mode of inheritance was unclear. Hilborn (1974) studied the inheritance of three non-continuous skeletal variants (preorbital foramina, maxillary foramina, and sphenoid foramina) from a captive colony of *M. californicus*. Breeding data indicated some association between phenotype of parent and offspring for the preorbital foramina.

In all these studies it is difficult to assess the environmental and genetic components of each trait. Only a few attempts have been made to estimate the heritability of polygenic traits in *Microtus* populations. Heritability ($h^2$) in the narrow sense is defined as (Falconer, 1981):

$$h^2 = \frac{V_A}{V_P}$$

where $V_A$ is the additive genetic variance, and $V_P$ is the phenotypic variance. The $V_P$ term is the sum of the environmental variance

BLM_0052910

($V_E$) and the total genetic variance ($V_G$). The total genetic variance can be partitioned into the additive genetic variance ($V_A$), the variance due to dominance effects ($V_D$), and the variance resulting from epistatic interactions ($V_I$). The evolutionary response to natural selection depends primarily on the additive genetic variance.

Most methods used to estimate heritability rely upon phenotypic resemblances among relatives. If we know the expected phenotypic correlation between relatives based entirely on the additive effects of genes, then any deviation from the expected correlation is due to environmental effects. For example, since offspring share ½ their genes with their parents, the phenotypic covariance between offspring and one parent or offspring and the mean of both parents is ½. The slope of the regression line of offspring phenotypic values against phenotype values of a single parent is $\frac{1}{2}V_A/V_P$ or ½ $h^2$. In the case of midparent values the slope of the regression line would be $\frac{1}{2}V_A/\frac{1}{2}V_P$ or $h^2$. Estimation of heritability from sib analysis is more complicated (Falconer, 1981). The phenotypic covariance between half sibs is ¼, based on the additive effects of the genes they have in common. Full sibs share ½ their genes but are phenotypically similar due to effects of dominance and a common environment. Heritability of siblings can be estimated by the intrafamily correlation (t), which is defined as:

$$t = \frac{s^2(B)}{s^2(T)}$$

where $s^2(B)$ is the between-family component of variance and $s^2(T)$ is the total populational variance (the sum of between- and within-family components).

*Dispersal Behavior*

Howard (1965) codified dispersal behavior of rodents into two categories: innate dispersal and environmental dispersal. He suggested that the former is instinctive behavior governed by laws of heredity, whereas the latter is a behavioral response to overcrowding, food supply, mate selection, homing ability, and other environmental factors. The results from several electrophoretic studies of *Microtus* populations have indicated that dispersers are genetically different from residents at some loci, supporting Howard's innate dispersal hypothesis. Myers and Krebs (1971) found differences in

BLM_0052911

866   *Gaines*

genotypic frequencies between dispersers and residents in two species of *Microtus* in southern Indiana. In *M. pennsylvanicus*, $Tf^c/Tf^c$ homozygotes were more common among dispersing males, compared to resident males, during the late population peak and decline phase of the density cycle. During periods of population increase, $Tf^c/Tf^c$ heterozygotes were more common among dispersing females than in resident females. There was also increased dispersal of $Lap^s/Lap^s$ males during the peak phase. In *M. ochrogaster* populations, the rare $Tf^f/Tf^f$ homozygote was found only among dispersing males. Pickering et al. (1974) found differential dispersal of individuals with different esterase phenotypes in *M. ochrogaster* populations in Illinois. Dispersing *M. townsendii* individuals were not a genetically random subsample from a resident population at the LAP locus (Krebs et al., 1976). Keith and Tamarin (1981) found an excess of the $Tf^c$ allele in dispersing individuals in *M. pennsylvanicus* and *M. breweri* populations. However, there was no evidence for differential dispersal of LAP and TF genotypes in *M. pennsylvanicus* and *M. ochrogaster* populations in Illinois (Verner, 1979), nor did the genetic composition of dispersers and residents differ at seven electrophoretic loci in *M. californicus* populations (Riggs, 1979). Although genetic differences at electrophoretic loci between dispersers and residents are consistent with an innate dispersal hypothesis, this result is not sufficient to conclude that dispersal behavior has a large genetic component because a causal relationship cannot be demonstrated.

There have been three attempts to estimate the heritability of dispersal tendency in *Microtus*. The most exciting work to date is from a Ph.D. thesis on *M. townsendii* by Judith Anderson (1975), which represents the first attempt to examine the inheritance of ecologically relevant traits. Anderson (1975) housed individual breeding pairs of *M. townsendii* in 16 small field enclosures (6 m × 6 m) surrounded by rodent-proof fences. After litters were weaned, siblings were tagged, removed from the small enclosure and released either in a larger 0.8-ha enclosure or in an unfenced grid. If dispersal tendency has a genetic component, there should be a higher within-family correlation for length of residence in the population on the unfenced grid where dispersal can occur than on the fenced grid where no dispersal is possible. Siblings resembled one another closely in duration of life on both unfenced (t = 0.62) and fenced

BLM_0052912

grids ($t = 0.37$). Furthermore, the intrafamily correlation on the unfenced grid was significantly higher than on the fenced grid.

Hilborn (1975) analyzed differences in dispersal tendency within and between sibships in *M. californicus, M. ochrogaster, M. pennsylvanicus,* and *M. townsendii.* If dispersal tendency has a large genetic component, then members of a single sibship should be more similar in their dispersal behavior than individuals from different sibships. An analysis of variance indicated that within-litter variance for disappearance rates was significantly lower than between-litter variance. Because disappearance could be due to either dispersal or death in situ, the results were ambiguous. Beacham (1979) was able experimentally to separate disappearance into survivorship and dispersal components in enclosed populations of *M. townsendii,* and compare within- and between-litter variability for both parameters using an analysis of variance. Dispersers were identified as those individuals that crossed an 18.3-m mowed area and were captured in pitfall traps. An analysis of variance indicated that in increasing and peak populations, identifiable families tended to survive or disperse as a unit.

The results from these three studies suggest that sibs resemble one another in their tendency to disperse. However, estimates of heritability from full-sib analysis should be viewed as upper limits of the true heritability values because it includes both common environment and dominance effects. Another problem is the large standard errors associated with these heritability estimates. Finally, in the latter two studies, sibs were determined by their similarity in weight and proximity of their trapping locations. This indirect method may have led to incorrect assignations of some individuals to family units.

### Aggressive Behavior

Anderson (1975) also estimated heritability of agonistic behavior in *M. townsendii.* Adult voles were brought into the laboratory from the field and each test animal was matched against an opponent of the same sex. All tests were performed in a neutral arena (61 cm × 30 cm). The two opponents were separated for five minutes by a partition. After this time period the barrier was lifted and for 10 min the number of different types of behavior was recorded. The

BLM_0052913

868   *Gaines*

following behavioral variables were scored in each bout: active threat, approach latency, initiate investigation, fight initiator, defensive posture, mutual upright, retaliation, submissive posture, and activity. Voles were returned to the field after testing. Heritability was measured from the regression of offspring scores on midparent scores for each behavioral variable separately. The slopes of all regression lines were not significantly different from 0. Correlation coefficients were then calculated between offspring and sire scores, and offspring and dam scores, for each behavioral variable. There was only one association that was statistically significant: offspring attacks versus dam's attacks ($r = 0.36$, $P < 0.05$). When stepwise multiple regression of offspring behavioral variables on all maternal variables was performed, four of the nine offspring variables could be predicted at a statistically significant level by varying combinations of the dam's variables. Conversely, the sire's behavior could not predict any of the offspring's behavioral variables. Thus, there is a large maternal effect contributing to offspring behavior.

*Growth Rates*

Anderson (1975) used changes in skull width to measure growth rates of juvenile *M. townsendii*. Growth rates of skull width were measured for juveniles captured at least twice within a 4-week period. After correcting for seasonal effects by regression analysis, adjusted growth rates were compared among sibs. The intrafamily correlation, t, among full sibs resulted in an estimate of $h^2 = 0.46$.

Estimating the heritability of maximum body size presents a special problem because voles in natural populations usually disappear before they reach an asymptote in size. Anderson (1975) arbitrarily used skull width at last capture as a measure of maximum size. Parents whose skull widths were still changing rapidly were excluded from the analysis. She was able to correct for age by regressing maximum size on age and obtaining an adjusted maximum size for different age classes. These standardized sizes were used in estimates of heritability. Neither slopes of the regressions of offspring's maximum size on midparent's maximal size, or on sire's maximum size, were significantly different from 0. However, there was a positive correlation between offspring's maximum size and the dam's size, suggesting a maternal influence.

BLM_0052914

TABLE 7

ESTIMATES OF HERITABILITY FROM INTRAFAMILY CORRELATIONS OF FULL SIBS FOR SIX QUANTITATIVE TRAITS IN *Microtus townsendii* (FROM ANDERSON, 1975)

| Trait | Heritability | Standard error |
|---|---|---|
| Dispersal tendency (unfenced grid) | 0.62 | 0.11 |
| Duration of life (fenced grid) | 0.37 | 0.08 |
| Adult agonistic behavior | 0.00 | — |
| Juvenile growth rate | 0.46 | 0.24 |
| Maximum body weight | 0.00 | — |
| Age at sexual maturity | 0.55 | 0.20 |

*Age at Sexual Maturity*

Because the time of birth of litters born in breeding enclosures was known, Anderson (1975) was able to estimate the age at puberty for most of them. After adjusting for seasonal effects, the estimate of the intrafamily correlation for age at puberty was 0.55. This estimate of heritability was based on data from 41 litters and 89 offspring.

*General Evaluation*

Anderson's (1975) attempt to elucidate the genetic control of quantitative traits in *M. townsendii* is a trailblazing effort in several respects. It represents the first attempt to measure heritability in natural populations of *Microtus*. By raising litters in small breeding enclosures and later releasing littermates in natural populations, she provided a realistic environment for estimating heritability. Furthermore, the traits she examined were all ecologically relevant in the context of population cycles. The heritabilities of these traits are summarized in Table 7. Because the estimates were based on full-sib analysis, phenotypic resemblance may have been due in part to a common environment and dominance effects. Separate analyses of sib's phenotype on dam's phenotype and on sire's phenotype indicated that most traits were influenced by a maternal effect. In spite of difficulties in interpretation of the results of studies of this kind, similar attempts need to be made in other microtine species. In the future, problems associated with maternal effects could be circumvented by the use of paternal half-siblings and cross-fostering

BLM_0052915

870     *Gaines*

experiments. At the very least, we should be able to obtain a range of estimates of heritabilities for traits in populations of the same species in different localities as well as across species.

## *Relationship between Genetics and Population Regulation*

Chitty (1967) formulated a genetic-behavioral hypothesis to explain multiannual density cycles in microtine rodents. His hypothesis was originally based on an r- and α-selection argument (Stenseth, 1978) but was later modified by Krebs (1978) to include dispersal. The model assumes: 1) a trade off between reproductive capabilities and survivorship, and 2) that space becomes limiting at high population densities. When densities are low, mutual interference is minimal, and natural selection favors those genotypes with a high reproductive output. As density increases and resources and space become limited, genotypes that are aggressive and exhibit spacing behavior have a selective advantage. The agonistic interactions resulting from spacing behavior by aggressive individuals promote the dispersal of subordinates. Dominant individuals of both sexes may pay for their aggressiveness by sacrificing other components of fitness such as reproduction, which sets the stage for the population decline. The major tenet of Chitty's (1967) hypothesis is that demographic changes are mediated by natural selection operating on the genetic composition of the population.

Historically, the first step in testing Chitty's (1967) hypothesis was to determine whether genetic changes occurred in the population and if these changes were closely associated with density. In several studies changes in gene frequency at electrophoretic loci were correlated with changes in density. Changes in gene frequencies at the TF locus (Tamarin and Krebs, 1969) and the TF and LAP loci (Gaines and Krebs, 1971) were correlated with population density in *M. ochrogaster* and *M. pennsylvanicus* in southern Indiana. LeDuc and Krebs (1975), monitoring gene frequency at the LAP locus in a population of *M. townsendii*, found a positive association between changes in the *Lap*$^F$ allele and changes in population density. Kohn and Tamarin (1978) reported that changes in gene frequency at the TF locus were correlated with changes in density in *M. pennsylvanicus* and *M. breweri* populations in Massachusetts.

BLM_0052916

TABLE 8

CORRELATION COEFFICIENTS FOR CHANGES IN GENE FREQUENCY AT TRANSFERRIN AND
LEUCINE AMINOPEPTIDASE LOCI IN RELATION TO POPULATION DENSITY FOR *Microtus
ochrogaster* IN KANSAS ON FOUR GRIDS DURING DIFFERENT PHASES OF THE POPULA-
TION CYCLE, 1970–1973 (FROM GAINES, 1981)

| Location and phase | Number of trapping periods | $Tf^E$ allele | | $Lap^F$ allele | |
|---|---|---|---|---|---|
| | | Male | Female | Male | Female |
| **Grid A** | | | | | |
| Increase | 27 | 0.73** | 0.56* | −0.37 | 0.17 |
| Decline | 9 | −0.42 | −0.56 | 0.89** | 0.10 |
| **Grid B** | | | | | |
| Increase | 23 | 0.59** | 0.67** | 0.20 | 0.51* |
| Decline | 14 | −0.90** | −0.08 | 0.77** | 0.71** |
| **Grid C** | | | | | |
| Increase | 14 | −0.14 | 0.06 | −0.26 | −0.88** |
| Decline | 27 | 0.18 | 0.16 | 0.48* | 0.16 |
| **Grid D** | | | | | |
| Increase | 13 | 0.61* | 0.10 | 0.32 | 0.20 |
| Decline | 14 | 0.02 | −0.04 | 0.72** | 0.22 |

\* $P < 0.05$.
\*\* $P < 0.01$.

One shortcoming of the above studies is that only one or at most
two loci were monitored. Gaines et al. (1978) expanded the scope
of earlier studies by monitoring changes in gene frequency at five
loci: TF, LAP, 6-PGD, EST-1, and EST-4. Four live-trapped
grids of *M. ochrogaster* were monitored over a 3-year period in
eastern Kansas. Densities and gene frequencies are presented in
Gaines et al. (1978:Figs. 1–6). Three general patterns of changes
in gene frequency emerged from the Kansas data. 1) One locus
(6-PGD) had relatively stable gene frequencies over the population
cycle. The common allele, *6-Pgd*$^B$, went to fixation during some
trapping periods with the polymorphism being restored by immi-
gration. 2) Two loci (EST-1 and EST-4) had changes in gene
frequencies unrelated to density. The largest temporal changes in
gene frequencies occurred at the two esterase loci and were quan-
tified by calculating averages of absolute changes in gene frequency
(Δp) over time (Gaines et al., 1978:Table 3). 3) Two loci (TF
and LAP) had gene frequency changes correlated with density.
Correlation coefficients for *Tf*$^E$ and *Lap*$^F$ gene frequencies versus

BLM_0052917

872   *Gaines*

density during different phases of the population cycle are given in Table 8.

I found a somewhat different pattern of temporal variation at the TF and LAP loci in southern Indiana populations. In Indiana, $Tf^{E}$ frequencies in both sexes were positively correlated with density over the entire population cycle. In Kansas, except for grid C, changes in gene frequency in both sexes were positively correlated with density during the increase phase. Changes in $Lap^{F}$ frequency in Indiana populations were negatively correlated with density of males over the entire cycle, whereas these two variables were positively correlated in males during the decline phase in Kansas populations. Thus, only changes in gene frequency at the TF locus are repeatable over time and space.

Correlations between changes in gene frequency and density are consistent with Chitty's (1967) hypothesis, but it is difficult to disentangle cause and effect. Genetic changes may cause demographic changes or may be an effect of density changes. Charlesworth and Giesel (1972) demonstrated with computer simulations that a correlation between gene frequency and density could be produced by a change in the rate of population growth. They define the Wrightian fitness $w_{ij}$ of the genotype carrying alleles $i$ and $j$ in an equilibrium population as:

$$w_{ij} = \sum_{x=1}^{n} e^{-rx} l_{ij}(x) m_{ij}(x)$$

where $r$ is the rate of population growth of an equilibrium population in its stable age distribution, $l_{ij}(x)$ is the probability of the $i$th genotype living to age $x$, and $m_{ij}(x)$ is the number of offspring produced by the $ij$th genotype per unit time at age $x$. It follows from the above equation that as $r$ becomes increasingly positive, younger age classes make a proportionately greater contribution to fitness, and gene frequencies change in favor of the genotype that reproduces earliest. Conversely, as $r$ becomes increasingly negative, older age classes will be weighted more heavily and gene frequencies will change in favor of late reproducing genotypes. Thus, fluctuations in population age structure can alter relative contributions of early and late reproducing genotypes to the gene pool. Charlesworth and Giesel (1972) assigned $m(x)$ functions to three genotypes, each having three age classes, such that one homozygote started reproducing earlier than the other. In each case the heterozygote started

BLM_0052918

reproducing at the same age as the earlier homozygote. Fluctuations in population density were accomplished by changing the $m(x)$ schedules of all genotypes uniformly to produce the desired change in population growth-rate. This procedure is equivalent to an extrinsic factor that has an identical effect on fecundity of all genotypes and age classes. In simulations consisting of 400 time intervals, gene-frequency changes were closely associated with changes in density (Charlesworth and Giesel, 1972: Fig. 2). These results suggest that fluctuations in gene frequency could be a side effect of population cycles (also see Charlesworth, 1980).

There are several lines of evidence supporting Charlesworth and Giesel's (1972) contention that changes in gene frequency are effects of density changes. First, a number of protein polymorphisms have been shown to be correlated with population density in a variety of New World and Old World microtine species (Bowen, 1982; Gaines and Krebs; 1971; Gaines et al., 1978; Kohn and Tamarin, 1978; Mihok et al., 1983; Nygren, 1980; Semeonoff and Robertson, 1968; Tamarin and Krebs, 1969). It is exceedingly unlikely that all these loci chosen at random are causally related to population cycles. Second, a comparative study of changes in gene frequency at the TF locus revealed similar patterns of temporal variation in a non-cycling island population of *M. breweri* and a cycling mainland population of *M. pennsylvanicus* (Kohn and Tamarin, 1978). Finally, the best evidence comes from two perturbation experiments. Gaines et al. (1971) introduced "pure stands" of three different TF genotypes of *M. ochrogaster* into three separate fenced enclosures. There was no significant effect of genotype on population growth rate, percentage of breeding females, recruitment index, or survival rate of voles. LeDuc and Krebs (1975) maintained divergent allelic frequencies at an LAP locus by selective removal and addition of genotypes in two field populations of *M. townsendii*. The altered allelic frequencies in the two populations did not have any consistent effects on demography.

Perturbation experiments suggest that genetic changes at a single locus are effects of demographic changes, but they were not designed to test whether changes in average heterozygosity over many loci were causing density changes. Smith et al. (1975) related average heterozygosity to fluctuations in rodent numbers. They suggested that at low density inbreeding decreases heterozygosity, whereas at high density there is increased dispersal and the population becomes

BLM_0052919

874     *Gaines*

relatively more outbred, leading to increased heterozygosity. Because Garten (1976) found an increase in aggressive behavior with increased heterozygosity in *Peromyscus polionotus* populations, it could be argued that an increase in heterozygosity owing to outbreeding, as the population increases, results in increased aggressive behavior, which in turn is followed by increased mortality, decreased reproduction, and a population decline. This scenario is consistent with Chitty's (1967) hypothesis. However, Gaines et al. (1978) found a greater deficiency of heterozygotes averaged over five electrophoretic loci, compared to the expected number based on Hardy-Weinberg equilibrium in prairie-vole populations, as density increased.

I suggested previously (Gaines, 1981) that if density and the genetic structure of a population are in a closed feedback loop as implied by Chitty's (1967) hypothesis, the cause and effect dilemma becomes a moot issue. In this self-regulatory model, genotypic fitness is a function of density and a change in density will change the fitness of genotypes, which in turn will act back on density. If the genetic structure of the population and its demography are intimately associated with one another, we would like to know whether there is a set of simultaneous equations that describes the interaction between these two variables. The challenging task is to determine the form and relevant parameters of these equations.

Stenseth (1981) modeled a self-regulatory system in accordance with assumptions implicit in Chitty's (1967) genetic-behavioral hypothesis. He used two behavioral morphs, a docile phenotype and an aggressive phenotype, which were under simple Mendelian control. The two morphs were assigned fitnesses such that the docile phenotype had a selective advantage at low population density because of its higher reproduction, whereas selection favored the aggressive phenotype as density increased because of its higher survivorship and its depressing effect on the reproduction of the docile form. Stenseth (1981) demonstrated formally, using several mating schemes, that one morph eliminated the other. The outcome of which form persisted was dependent upon the dominance relationship between the docile and aggressive allele. Stenseth (1981) concluded that stable limit cycles could be generated only by the intervention of extrinsic environmental factors. The major weakness of Stenseth's model is its over-simplification of the real world. A complex behavioral trait is assumed to be controlled by two alleles; time

BLM_0052920

lags and age structure are ignored. Nevertheless, it does represent one of the first direct tests of Chitty's hypothesis from a purely theoretical standpoint.

We can increase the complexity of the genetic feedback model by incorporating extrinsic factors such as weather. For example, changes in climate may cause changes in density and concomitantly cause changes in the genetic structure of the population. The problem of distinguishing between cause and effect is now compounded even further; not only must we consider the interaction of genetics and density, but also how demographic and genetic changes covary with different combinations of extrinsic factors. Lidicker (1973) is the leading proponent of this multi-factorial approach to the study of population regulation (see Tait and Krebs, this volume).

In summary, there is convincing evidence from a number of studies that genetic changes at electrophoretic loci are closely associated with density changes in *Microtus* populations. It is an error to interpret these associations as support for Chitty's (1967) hypothesis. Theoretical and field studies suggest that genetic changes at a single locus were effects of demographic changes rather than vice-versa. In the future, attempts to relate genetic structure to population regulation must focus on those traits deemed ecologically relevant. The first steps in this direction have been taken by Anderson (1975). Finally, Smith et al.'s (1975) hypothesis about the relationship between average genic heterozygosity over many loci and density needs to be explored in natural populations of *Microtus*. If there is a consistent association between the two variables, perturbation experiments should be done.

## Conclusions

In this concluding section I identify areas for future research in the genetics of *Microtus*. Of course these selections reflect my personal bias. Three research areas that may prove to be profitable in the future are: 1) the effect of social dynamics on the genetic structure of populations; 2) inheritance and evolution of quantitative traits; and 3) the application of new molecular techniques to assess genetic variation in natural populations.

Mating systems can have profound effects on the genetic structure of populations. If a population is subdivided into small inbreeding

BLM_0052921

876   *Gaines*

units or demes, genotypic frequencies will deviate from the expected proportions based on Hardy-Weinberg equilibrium; there will be an excess of homozygotes and a deficiency of heterozygotes. Furthermore, a cohesive family unit will restrict gene flow between populations. Microtines present real difficulties in studying social behavior because individuals are nocturnal or crepuscular and occupy habitats which preclude direct observation (see Getz, this volume; Wolff, this volume). As a result of these difficulties most of the genetic studies referenced in this review have treated microtine populations as one large panmictic unit. However, Wolff's review (this volume) of social behavior in microtines indicates that mating systems can vary from monogamy to promiscuity. From a genetic interest, we need to know how social behavior changes as a function of different demographic parameters such as density and reproductive activity, and how the social dynamics relate to the temporal and spatial distribution of gene frequencies. Hopefully, we will be able to answer these questions as the technology for studying social behavior becomes better developed.

Future work in genetics should be directed towards the inheritance of quantitative traits. We now have estimates of heritability from full-sib analysis for several traits in *M. townsendii* (Anderson, 1975). Krebs (1979) has arranged microtine populations on a demographic continuum from strongly cyclic, exhibiting 3–4 year cycles at one end, to stable, exhibiting annual cycles at the other end. Krebs (1979) hypothesizes that this demographic continuum can be mapped directly on a genetic continuum of the heritability of spacing behavior, from high heritability in strongly cyclical populations to low heritability in stable populations. This hypothesis can be tested by estimating the heritability of behavioral traits in a variety of microtine species. The major obstacle is devising techniques to determine parentage in the field. Anderson (1975) housed breeding pairs in small field enclosures and subsequently released littermates in open field populations where traits were quantified. Because rates of disappearance of these young voles from open field populations were high, sample sizes were greatly reduced. Tamarin et al. (1983) developed a new technique for determining matrilineal kinship in natural populations of microtines that should be useful in estimating heritability. Pregnant females trapped in the field were injected with different gamma-emitting radionuclides and released. Young animals subsequently captured were subjected to

whole-body gamma spectroscopy and identified by the spectral characteristics of the nuclides used to tag the mother. By combining this technique with electrophoresis of mothers, young, and potential fathers, the maternity and paternity of offspring may be determined in the field.

After obtaining estimates of heritability, it would be interesting to estimate genetic correlations between pairs of traits. For example, we could determine whether there is a genetic correlation between agonistic behavior and dispersal tendency. Genetic correlations can be calculated from the following formula:

$$r_A = \frac{COV_{XY}}{\sigma^2_X \sigma^2_Y}$$

where $COV_{XY}$ is the among family component of covariance between the two traits and $\sigma^2_X$ and $\sigma^2_Y$ are the among-family components of variance for the two traits. Generally, data from paternal half-sib families are used in this formula but full-sib data can be used assuming no dominance effects. Genetic correlations between phenotypic variables could be due to pleiotropy or linkage. If selection is weak, pleiotropy will be the predominant cause of genetic covariance (Falconer, 1981).

As we accumulate more information on heritability and genetic correlation of phenotypic characters, it will eventually lead us to a point where we can make meaningful conclusions about multivariate phenotypic evolution. Lande (1979) provided a theoretical framework for the evolution of quantitative traits by examining the effects of natural selection on correlated characters within populations. Some progress is being made in this area by Atchley and his coworkers (Atchley and Rutledge, 1980; Atchley et al., 1981) on size and shape variation in the laboratory rat. In the future, quantitative genetic analysis of traits in microtine populations also may be a useful data base some of the predictions generated by Lande's (1979) theory.

After electrophoresis was first applied to natural populations of organisms by Lewontin and Hubby (1966), investigators relied exclusively on this technique to estimate levels of genetic variation in a multitude of species ranging from bacteria to humans. Recently, new techniques have become available from the field of molecular biology that are more sensitive in detecting genetic variation. One such method compares sequences of DNA segments obtained with

BLM_0052923

878    *Gaines*

the use of restriction endonucleases. These enzymes recognize specific nucleotide sequences and cleave the DNA at these sequences. Fragments can then be compared with electrophoresis. Avise et al. (1979) used six restriction endonucleases to measure mitochondrial (mtDNA) sequence relatedness in natural populations of *Peromyscus*. They found heterogeneity in mtDNA among individuals in the same population and among individuals from different populations. Individuals from the same population showed less than 0.5% sequence divergence, whereas those from different populations separated by 50–500 miles differ by 1.5%. Similar types of analyses could be done on microtine populations to get more reliable estimates of genetic variation. In addition, these new techniques will be extremely useful in determining phylogenetic relationships in the genus *Microtus* (see Anderson, this volume).

## Acknowledgments

I am indebted to Thomas S. Whittam for the extraordinary amount of work that he did in improving the first draft of the manuscript. Also, I am grateful to Ayesha Gill who made many constructive comments and directed me to source material for this chapter. The following individuals read selected sections of the manuscript and made many helpful suggestions: W. Bloom, K. Hamrick, R. Lande, L. McClenaghan, Jr., and R. Tamarin. My own work on the genetics of *Microtus* has been supported by grants from the General Research Grant Fund of the University of Kansas and the National Science Foundation.

## Literature Cited

ANDERSON, J. L. 1975. Phenotypic correlations among relatives and variability in reproductive performance in populations of the vole *Microtus townsendii*. Unpubl. Ph.D. dissert., Univ. British Columbia, Vancouver, 207 pp.

ATCHLEY, W. R., AND J. J. RUTLEDGE. 1980. Genetic components of size and shape. I. Dynamics of components of phenotypic variability and covariability during ontogeny in the laboratory rat. Evolution, 34:1161–1173.

ATCHLEY, W. R., J. J. RUTLEDGE, AND D. E. COWLEY 1981. Genetic components of size and shape. II. Multivariate covariance patterns in the rat and mouse skull. Evolution, 35:1037–1055.

AVISE, J. C., R. A. LANSMAN, AND R. O. SHADE. 1979. The use of restriction endonucleases to measure mitochondrial DNA sequence relatedness in nat-

BLM_0052924

ural populations. I. Population structure and evolution in the genus *Peromyscus*. Genetics, 92:279–295.

BARRETT, G. W. 1975. Occurrence of an albino *Microtus pennsylvanicus* in Ohio. Ohio J. Sci., 75:102.

BEACHAM, T. D. 1979. Dispersal tendency and duration of littermates during population fluctuations of the vole *Microtus townsendii*. Oecologia, 42: 11–22.

BECK, M. L., AND J. T. MAHAN. 1978. The chromosomes of *Microtus pinetorum*. J. Heredity, 69:343–344.

BIRDSALL, D. A. 1974. An analysis of selection at two loci in fluctuating populations of *Microtus*. Canadian J. Zool., 52:1457–1462.

BLOSSOM, P. M. 1942. Total melanism in *Microtus* from Michigan. J. Mamm., 23:214.

BOWEN, B. S. 1982. Temporal dynamics of microgeographic structure of genetic variation in *Microtus californicus*. J. Mamm., 63:625–638.

BOWEN, B. S., AND S. Y. YANG. 1978. Genetic control of enzyme polymorphisms in the California vole, *Microtus californicus*. Biochem. Genet., 16:455–467.

CHARLESWORTH, B. 1980. Evolution in age-structured populations. Cambridge Univ. Press, London, 300 pp.

CHARLESWORTH, B., AND J. T. GIESEL. 1972. Selection in populations with overlapping generations. II. Relations between gene frequency and demographic variables. Amer. Nat., 106:388–401.

CHITTY, D. 1967. The natural selection of self-regulatory behaviour in animal populations. Proc. Ecol. Soc. Australia, 2:51–78.

CLARK, F. H. 1938. Coat color in the meadow vole. J. Heredity, 29:265–266.

EWENS, W. J., AND M. FELDMAN. 1976. The theoretical assessment of selective neutrality. Pp. 303–338, *in* Population genetics and ecology (S. Karlin and E. Nevo, eds.). Academic Press, New York, 832 pp.

FALCONER, D. S. 1981. Introduction to quantitative genetics. Second ed. Ronald Press Co., New York, 340 pp.

FEDYK, S. 1970. Chromosomes of *Microtus* (*Stenocranius*) *gregalis major* (Ognev, 1923) and phylogenetic connections between sub-arctic representatives of the genus *Microtus* Schrank, 1798. Acta Theriol., 15:143–152.

FISHER, H. I. 1942. A white meadow mouse. J. Mamm., 23:336.

FIVUSH, B., R. PARKER, AND R. H. TAMARIN. 1975. Karyotype of the beach vole, *Microtus breweri*, an endemic island species. J. Mamm., 56:272–273.

FREDGA, K., AND U. BERGSTRÖM. 1970. Chromosome polymorphism in the root vole (*Microtus oeconomus*). Hereditas, 66:145–152.

GAINES, M. S. 1981. The importance of genetics to population dynamics. Pp. 1–27, *in* Mammalian population genetics (M. H. Smith and J. Joule, eds.). Univ. Georgia Press, Athens, 380 pp.

GAINES, M. S., AND C. J. KREBS. 1971. Genetic changes in fluctuating vole populations. Evolution, 25:702–723.

GAINES, M. S., AND T. S. WHITTAM. 1980. Genetic changes in fluctuating vole populations: selective vs nonselective forces. Genetics, 96:767–778.

GAINES, M. S., L. R. McCLENAGHAN, JR., AND R. K. ROSE. 1978. Temporal patterns of allozymic variation in fluctuating populations of *Microtus ochrogaster*. Evolution, 32:723–729.

GAINES, M. S., J. H. MYERS, AND C. J. KREBS. 1971. Experimental analysis of relative fitness in transferrin genotypes of *Microtus ochrogaster*. Evolution, 25:443–450.

GARTEN, C. T., JR. 1976. Relationships between aggressive behavior and genetic

BLM_0052925

880    *Gaines*

heterozygosity in the old field mouse, *Peromyscus polionotus*. Evolution, 30: 59–72.

GILL, A. E.  1976.  White spotting in the California vole. Heredity, 51:113–128.

———.  1977.  Maintenance of polymorphism in an island population of the California vole, *Microtus californicus*. Evolution, 31:512–525.

———.  1980.  Partial reproductive isolation of subspecies of the California vole, *Microtus californicus*. Genetika, 52/53:105–117.

———.  1982.  Variability in the karyotype of the California vole, *Microtus californicus. In* Abstracts of the Twentieth Annual Somatic Cell Genetics Conference, Lake Tahoe, Nevada.

GILL, A. E., AND K. BOLLES.  1982.  A heritable tooth trait varying in two subspecies of *Microtus californicus* (Rodentia: Cricetidae). J. Mamm., 63:96–103.

GUTHRIE, R. D.  1965.  Variability in characters undergoing rapid evolution, an analysis of *Microtus* molars. Evolution, 19:214–233.

HARTKE, G. T., H. W. LEIPOLD, K. HUSTON, J. E. COOK, AND G. SAPERSTEIN. 1974.  Three mutations and the karyotype of the prairie vole. J. Heredity, 65:301–307.

HATT, R. T.  1930.  Color varieties of Long Island mammals. J. Mamm., 11:322–323.

HAYS, H. A., AND D. BINGHAM.  1964.  An albino prairie vole from Kansas. J. Mamm., 45:479.

HILBORN, R.  1974.  Inheritance of skeletal polymorphism in *Microtus californicus*. Heredity, 33:87–89.

———.  1975.  Similarities in dispersal tendency among siblings in four species of voles (*Microtus*). Ecology, 56:1221–1225.

HOWARD, W. E.  1965.  Interaction of behavior, ecology, and genetics of introduced mammals. Pp. 461–484, *in* The genetics of colonizing species (H. G. Baker and G. L. Stebbins, eds.). Academic Press, New York, 588 pp.

HSU, T. C., AND K. BENIRSCHKE.  1967–1975.  An atlas of mammalian chromosomes. Vols. 1–9. Springer-Verlag, New York.

HSU, T. C., AND M. L. JOHNSON.  1970.  Cytological distinction between *Microtus montanus* and *Microtus canicaudus*. J. Mamm., 51:824–826.

HUBBELL, H. R., AND T. C. HSU.  1977.  Identification of nucleolus organizer regions (NORs) in normal and neoplastic human cells by the silver-staining technique. Cytogenet. Cell Genet., 19:185–196.

IMAI, H. T., AND R. H. CROZIER.  1980.  Quantitative analysis of directionality in mammalian karyotype evolution. Amer. Nat., 116:537–569.

JANNETT, F. J., JR.  1981.  Albinism and its inheritance in populations of the montane vole. J. Heredity, 72:144–146.

JEWETT, S. G.  1955.  Free-tailed bats and melanistic mice in Oregon. J. Mamm., 36:458–459.

JOHNSON, M. L.  1968.  Application of blood protein electrophoretic studies to problems in mammalian taxonomy. Syst. Zool., 17:23–30.

JUDD, S. R., AND S. P. CROSS.  1980.  Chromosomal variation in *Microtus longicaudus* (Merriam). Murrelet, 61:2–5.

JUDD, S. R., S. P. CROSS, AND S. PATHAK.  1980.  Non-Robertsonian chromosomal variation in *Microtus montanus*. J. Mamm., 61:109–113.

KEITH, T. P., AND R. H. TAMARIN.  1981.  Genetic and demographic difference between dispersers and residents in cycling and noncycling populations. J. Mamm., 60:713–725.

KIRBY, G. C.  1974.  The bias in the regression of $\Delta q$ on q. Heredity, 33:93–97.

KOHN, P. H., AND R. H. TAMARIN.  1978.  Selection of electrophoretic loci for

BLM_0052926

reproductive parameters in island and mainland voles. Evolution, 32: 15–28.

KREBS, C. J. 1978. Aggression, dispersal and cyclic changes in populations of small mammals. Pp. 49–60, *in* Aggression, dominance and individual spacing (L. Krames, P. Pliner, and T. Alloway, eds.). Plenum, New York, 173 pp.

———. 1979. Dispersal, spacing behaviour, and genetics in relation to population fluctuations in the vole *Microtus townsendii*. Fortschr. Zool., 25:61–77.

KREBS, C. J., ET AL. 1976. *Microtus* population biology: dispersal in fluctuating populations of *M. townsendii*. Canadian J. Zool., 54:79–95.

KUTZ, H. L., AND R. H. SMITH. 1945. Breeding of abnormally colored meadow mice. J. Mamm., 26:307–308.

LANDE, R. 1979. Quantitative genetic analysis of multivariate evolution applied to brain:body size allometry. Evolution, 33:402–416.

LEDUC, J., AND C. J. KREBS. 1975. Demographic consequences of artificial selection at the LAP locus in voles (*Microtus townsendii*). Canadian J. Zool., 53:1825–1840.

LEWONTIN, R. C., AND J. L. HUBBY. 1966. A molecular approach to the study of genic heterozygosity in natural populations. II. Amount of variation and degree of heterozygosity in natural populations of *Drosophila pseudoobscura*. Genetics, 54:595–609.

LEWONTIN, R. C., AND J. KRAKAUER. 1973. Distribution of gene frequency as a test of the theory of the selective neutrality of polymorphisms. Genetics, 74:175–195.

LIDICKER, W. Z., JR. 1963. The genetics of a naturally occurring coat-color mutation in the California vole. Evolution, 17:340–346.

———. 1973. Regulation of numbers of an island population of the California vole, a problem in community dynamics. Ecol. Monogr., 43:271–302.

MARUYAMA, T., AND H. T. IMAI. 1981. Evolutionary rate of the mammalian karyotype. J. Theor. Biol., 90:111–121.

MASER, C. E., W. HAMMER, AND M. L. JOHNSON. 1969. Abnormal coloration in *Microtus montanus*. Murrelet, 50:39.

MATTHEY, R. 1973. The chromosome formulae of eutherian mammals. Pp. 39–81, *in* Cytotaxonomy and vertebrate evolution (A. B. Chiarelli and E. Capanna, eds.). Academic Press, London, 783 pp.

MAURER, F. W. 1967. Heritability of transferrin protein in three species of *Microtus*. Nature, 215:95–96.

MCGOVERN, M., AND C. R. TRACY. 1981. Phenotypic variation in electromorphs previously considered to be genetic markers in *Microtus ochrogaster*. Oecologia, 51:276–280.

MIHOK, S., AND D. EWING. 1983. Reliability of transferrin and leucine aminopeptidase phenotyping in wild meadow voles (*Microtus pennsylvanicus*). Biochem. Genet., 21:969–983.

MIHOK, S., W. A. FULLER, R. P. CANHAM, AND E. C. MCPHEE. 1983. Genetic changes at the transferrin locus in the red-backed vole (*Clethrionomys gapperi*). Evolution, 37:332–340.

MURIE, O. J. 1934. Melanism in an Alaskan vole. J. Mamm., 15:323.

MYERS, J. H., AND C. J. KREBS. 1971. Genetic, behavioral, and reproductive attributes of dispersing field voles *Microtus pennsylvanicus* and *Microtus ochrogaster*. Ecol. Monogr., 41:53–78.

NADLER, C. F., V. R. RAUSCH, E. A. LYAPUNOVA, R. S. HOFFMANN, AND N. N. VORONSTOV. 1976. Chromosomal banding patterns of the Holarctic ro-

BLM_0052927

882    *Gaines*

dents, *Clethrionomys rutilus* and *Microtus oeconomus*. Z. Saugetierk., 41:137–146.

NADLER, C. F., ET AL. 1978. Biochemical relationships of the Holarctic vole genera (*Clethrionomys, Microtus,* and *Arvicola*) (Rodentia:Arvicolinae). Canadian J. Zool., 56:1564–1575.

NEI, M., AND T. MARUYAMA. 1975. Lewontin-Krakauer test for neutral genes. Genetics, 80:395.

NEVO, E. 1978. Genetic variation in natural populations: patterns and theory. Theor. Pop. Biol., 13:831–840.

NYGREN, J. 1980. Allozyme variation in natural populations of field vole (*Microtus agrestis* L.). III. Survey of a cyclically density-varying population. Hereditas, 93:125–136.

OHNO, S. 1969. The mammalian genome in evolution and conservation of the original X-linkage group. Pp. 18–29, *in* Comparative mammalian cytogenetics (K. Benirshke, ed.). Springer-Verlag, New York, 473 pp.

ORR, R. T. 1941. Yellow mutation in the California meadow mouse, *Microtus californicus*. Wasmann Collector, 4:129–130.

OWEN, R. D., AND R. M. SHACKELFORD. 1942. Color aberrations in *Microtus* and *Pitymys*. J. Mamm., 23:306–314.

PATTON, J. L. 1977. B-chromosome systems in the pocket mouse, *Perognathus baileyi*: meiosis and C-band studies. Chromosoma, 60:1–14.

PAUL, J. R. 1964. Second record of an albino pine vole. J. Mamm., 45:485.

PICKERING, J., L. L. GETZ, AND G. S. WHITT. 1974. An esterase phenotype correlated with dispersal in *Microtus*. Trans. Illinois State Acad. Sci., 67:471–475.

PINTER, A. J. 1979. Dominant spotting in a natural population of the vole *Microtus montanus*. J. Heredity, 70:441–443.

PINTER, A. J., AND A. K. MCLEAN. 1970. Hereditary hairlessness in the montane vole. J. Heredity, 61:112–114.

PINTER, A. J., AND N. C. NEGUS. 1971. Coat color mutations in two species of voles (*Microtus montanus* and *Microtus ochrogaster*) in the laboratory. J. Mamm., 52:196–199.

RAUSCH, V. R., AND R. L. RAUSCH. 1974. The chromosomal complement of the yellow-cheeked vole, *Microtus xanthognathus* (Leach). Canadian J. Genet. Cytol., 16:267–272.

RIGGS, L. A. 1979. Experimental studies of dispersal in the California vole, *Microtus californicus*. Unpubl. Ph.D. dissert., Univ. California, Berkeley, 236 pp.

ROBERTSON, A. 1975a. Remarks on the Lewontin-Krakauer test. Genetics, 80:396.
———. 1975b. Gene frequency distribution as a test of selective neutrality. Genetics, 81:775–785.

SCHANTZ, V. S. 1960. Record of an albino pine vole. J. Mamm., 41:129.

SELANDER, R. K. 1976. Genic variation in natural populations. Pp. 21–45, *in* Molecular evolution (F. J. Ayala, ed.). Sinauer Assoc., Inc., Sunderland, Massachusetts, 277 pp.

SEMEONOFF, R. 1972. Esterase polymorphisms in *Microtus ochrogaster*. Biochem. Genet., 6:125–138.
———. 1973. Two coat color variants in the prairie vole. J. Heredity, 64:48–52.

SEMEONOFF, R., AND F. W. ROBERTSON. 1968. A biochemical and ecological study of plasma esterase polymorphism in natural populations of the field vole, *Microtus agrestis* L. Biochem. Genet., 1:205–227.

SHELLHAMMER, H. S. 1969. Supernumerary chromosomes of the harvest mouse, *Reithrodontomys megalotis*. Chromosoma, 27:102–108.

BLM_0052928

SMITH, C. A. B. 1970. A note on testing the Hardy-Weinberg law. Ann. Hum. Genet., 33:377–383.

SMITH, M. H., C. T. GARTEN, JR., AND P. R. RAMSEY. 1975. Genic heterozygosity and population dynamics in small mammals. Pp. 85–102, *in* Isozymes. IV. Genetics and evolution (C. L. Markert, ed.). Academic Press Inc., New York, 965 pp.

SMITH, M. H., M. N. MANLOVE, AND J. JOULE. 1978. Spatial and temporal dynamics of genetic organization of small mammal populations. Pp. 99–103, *in* Populations of small mammals under natural conditions (D. P. Snyder, ed.). Univ. Pittsburgh, Pittsburgh, 237 pp.

SNYDER, L. L. 1930. Color mutants in *Microtus*. J. Mamm., 11:83.

STENSETH, N. C. 1978. Demographic strategies in fluctuating populations of small rodents. Oecologia, 33:149–172.

————. 1981. On Chitty's theory for fluctuating populations: the importance of genetic polymorphism in the generation of regular density cycles. Theor. Biol., 90:9–36.

TAMARIN, R. H., AND C. J. KREBS. 1969. *Microtus* population biology. II. Genetic changes at the transferrin locus in fluctuating populations of two vole species. Evolution, 23:183–211.

TAMARIN, R. H., M. SHERIDAN, AND C. K. LEVY. 1983. Determining matrilineal kindship in natural populations of rodents using radionuclides. Canadian J. Zool., 61:271–274.

TODD, N. B. 1967. A theory of karyotypic fissioning, genetic potentiation and eutherian evolution. Mamm. Chromosomes Newsl., 8:268–279.

VERNER, L. 1979. The significance of dispersal in fluctuating populations of *Microtus ochrogaster* and *M. pennsylvanicus*. Unpubl. Ph.D. dissert., Univ. Illinois, Urbana, 86 pp.

WARREN, E. R. 1929. An albino field mouse. J. Mamm., 10:82.

WHITTAM, T. S. 1981. Is a negative regression of $\Delta p$ on p evidence of a stable polymorphism? Evolution, 35:595–596.

WRIGHT, S. 1965. The interpretation of population structure by F-statistics with special regard to systems of mating. Evolution, 19:395–420.

BLM_0052929

# INDEX*

Activity rhythms, 374–389, 412
  circadian, 381–382
  climate, 387–389
  competition, 386–387
  energetics, 384, 830
  genetics, 384
  infradian, 382–384
  parasitism, 386–387
  predation, 386
  sex, 385
  social factors, 385–386
  ultradian, 381
Adrenal gland
  endocrinology, 704–716
  ultrastructure, 241–243
Agonistic behavior, 360–364
  genetics, 867–869
Agricultural habitats, 304–305
*Allophaiomys*, 6, 8, 9, 11, 105
Allozymes (see Genetics, allozymic
  variation)
Amphibians, predation by, 558–559
Anatomy
  gross, 118–159
    circulatory system, 138–140
    digestive system, 140–155
    integument, 118–121
    musculature, 136–138
    reproductive system, 155–159
    skeleton, 121–136
    teeth, 140–150
  ultrastructure, 177–247
    adrenal gland, 241, 243
    brain, 179
    dentition, 196–202
    digestive tract, 216–240, 242,
      244
    eyes, 180–193
    integumentary glands, 194–196

  pituitary gland, 179–180
  reproductive tracts, 243, 245–
    247
  salivary glands, 202–217
  tarsal (Meibomian) glands,
    193–194
*Arborimus*, 91
Artichoke method in taxonomy, 75–
  76
Avian predation, 537–550

Baculum
  function, 159
  macroanatomy, 155–157
Baubellum, macroanatomy, 158
Beetles, as parasites, 481–482
Behavior, 340–366
  nonsocial, 341–344
  social, 344–366
    activity rhythms, 385–386
    agonistic, 360–364, 867–869
    communal nesting, 354–356
    copulatory, 353–354
    genotypic causes, 592, 602–604,
      867–869
    mating systems, 344–353
    olfactory communication, 356–
      359
    phenotypic causes, 590–592,
      600–602
    role in demography, 590–592,
      600–604
    social structure, 344–353
    vocalization, 359–360
  spacing, 389–413
    climate, 409–411
    dispersal, 405, 432–434
    dispersion, 405–406
    energetics, 406–407

* This index is primarily a guide to subject areas covered in the text.
Topics and species briefly mentioned in the text or in abstracts, summaries,
figures, references, or appendices may not be indexed. Check CONTENTS
for broad subject areas.

BLM_0052930

home range, 398–401
  interspecific interactions, 409
  movement types, 402–405
  role in demography, 589–590,
    598–600
  sex, 407–408
  social factors, 408–409
  territoriality, 401–402
Biomes and biogeographical prov-
  inces, 85–105 (see also Zooge-
  ography, ecological)
  cloud forest, 101–102
  grassland, 99, 101
  shrubland and woodland, 97–99
  taiga, 90–97
  temperate deciduous forest, 101
  tundra, 88–90
Body size
  affect on competition, 327
  demographic consequences, 605–
    607
Brain, ultrastructure, 179
Breeding season
  length, 728–739
  timing, 687–688
Bruce effect, 602, 699–700, 742–745
Burrowing, 332

Caecum
  fermentation, 154, 780
  macroanatomy, 153–155
  osmoregulation, 238
  ultrastructure, 238
Carnivore (mammalian) predation,
  551–558
Cecum (see Caecum)
*Chilotus,* 91, 107
*Chionomys,* 108
Circadian rhythms, 381–382
Circulatory system, 138–140
Cladistics, 78
Cladograms, 61
*Clethrionomys*
  distribution, 91
  prenatal development, 257–262
  systematics, 54, 56
  taxonomic key, 62–66

Climate
  effect on activity, 387–389
  effect on spacing behavior, 409–
    411
  effect on species diversity, 316–318
Cloud forest biome, 101–102
Communal food storing, 354–356
Communal nesting, 317, 354–356,
  402
Communication
  olfactory, 356–359
  vocalization, 359–360
Community ecology, 310–334
  biomass, 331–332
  climate, 316–318
  competition, 321–324
  influence of *Microtus,* 325–329
  predation, 324–325
  role of *Microtus,* 329–332
  species diversity, 310–316
  substrate, 318–319
  vegetation, 319–321
Competition, 297–300, 321–324
  effect on activity, 386–387
  effect on demography, 577
Control, 621–642
  barriers, 626
  chemicals, 631–639
  environmental hazards, 639–641
  habitat manipulation, 626–628
  hoofed animals, 628
  monitoring, 624–626
  predators, 630
  repellents, 628–630
  trapping, 630
Coprophagy, 384, 780
Copulatory
  behavior, 353–354
  plugs, 159
  success, 742
Corpus luteum, 697–698
Cranium, 121–135
  foramina, 129–133
  morphometrics, 121–129
Cycles (see Demography)
Cytogenetics, 849–853

Damage to agriculture, 621–623

886   *Index*

Demography, 567–612
  causes, 588–609
    food, 588–589, 594–597, 804–806
    genotypic behavior, 592, 602–604
    multifactorial, 592–594, 604–609
    phenotypic behavior, 590–592, 600–602
    predation, 589, 597–598
    quantitative inheritance, 870–875
    role of dispersal, 590
    spacing behavior, 589–590, 598–600
  effect on communities, 326–327
  fence effect, 440
  impact of predation, 556–563
  mathematical models, 609–610
  methods of study, 569–572
  patterns, 572–588
  relation to dispersal, 427, 430–432, 436–442
Dentition (see also Teeth)
  macroanatomy, 140–150
  ultrastructure, 196–202
Development, 255–280
  neonatal, 263–265
  post-implantation, 258–259
  postnatal, 270–277
  pre-implantation, 256–257
  stages, 262
*Dicrostonyx*
  systematics, 54, 56–57
  taxonomic key, 62–66
Diet, 329–332, 781–790 (see also Nutrition)
Digestive system
  macroanatomy, 140–155
  ultrastructure, 216–240, 242, 244
Diseases (see Pathology)
Dispersal, 420–448
  behavioral features, 432–434
  categories, 425–429
  demographic causes, 436–442
  demographic consequences, 436–442, 590

demographic features, 427, 430–432
evolutionary issues, 442–445
fence effect, 440
genetic features, 434–436, 865–867
relation to spacing behavior, 405
techniques of study, 422–425
Dispersion, 405–406

Ear, internal, macroanatomy, 133–135
Ectoparasites, 455–504 (see also Parasites)
Electrophoresis (see Genetics, allozymic variation)
Endocrinology, 685–718
  adrenal gland, 704–716
  Bruce effect, 699–700
  corpus luteum, 697–698
  estrus, 693–697
  gestation, 698–700
  lactation, 701–702
  ovulation, 693–697
  postpartum estrus, 700–701
  testicular activity, 702–703
  thyroid gland, 703–704
  timing of reproduction, 686–693
    nutritional cues, 689–691
    photic cues, 688–689
    seasonality, 687–688
    sexual maturation, 686
    social cues, 691–693
Endoparasites, 528–534 (see also Parasites)
Energetics, 812–839
  effect on activity, 384
  effect on spacing behavior, 406–407
  energy acquisition, 817–821
  energy allocation, 821–836
    activity, 830
    growth, 830–834
    reproduction, 834–836
    temperature regulation, 821–824
    thermogenesis, 824–830
  methods and terminology, 815–817

BLM_0052932

models, 814, 816, 837–838
role in community structure, 332
Esophagus, ultrastructure, 218–222
Estrus, 693–697, 700–701
Evolution (see also Fossil record, Systematics)
  karyotypic, 852–853
  of dispersal, 442–445
Eye, ultrastructure, 180–193

Fence effect, 440
Fish, predation by, 558–559
Fleas, 484–503
Flies, as parasites, 482–484
Food (see also Plant secondary compounds, Nutrition)
  digestibility, 790–797, 818–821
  gathering, 818
  habits, 781–787
  palatability, 789–790
  reproductive cues, 689–691, 729–730
  role in demography, 588–589, 594–597
  role in litter size, 763
  selection, 329–332, 787–790
Fossil faunas, 37–51
Fossil record
  definition, 1–2
  *Microtus* group, 15–29, 105–113
  *Pitymys* group, 5–15
  sites, 3
  systematics, 5–29
  time chart, 5

Gall bladder, macroanatomy, 153
Genetics, 845–878
  allozymic variation, 853–864
    natural selection, 857–864
    polymorphisms, 853–857
  cytogenetics, 849–853
  pelage coloration, 846–849
  quantitative genetics, 864–875
    age at sexual maturity, 869
    aggressive behavior, 867–869
    dispersal, 865–867
    growth rates, 868–869

    heritability, 864–865
    population regulation, 870–875
  role in activity, 384
  role in demography, 592, 602–604
  role in dispersal, 434–436, 603–604
Gestation, 262–263, 698–700
Glans penis, macroanatomy, 156–157
Grassland biome, 99, 101
Growth
  demographic consequences, 605–607
  energetics, 830–834
  genetics, 867–869
  post-implantation, 256–258
  postnatal, 270–275
  pre-implantation, 256–257
Gut, macroanatomy, 152–155

Habitats, 287–305
  agricultural, 304–305
  cover, 298–299
  graminoid, 291–292
  human activities, 302–305
  insular, 300–301
  moisture regimes, 295–298
  non-graminoid herbaceous, 293
  nutritional differences, 803–804
  patchiness, 301–302
  rocky, 294–295
  species diversity, 310–316
  succession, 327–329
  wooded, 293–294
Home range, 398–401
Hormones, affects on aggression, 601–602 (see also Endocrinology)

Infradian rhythms, 382–384
Insular forms, 85, 109
  competition, 323–324
  demography, 599–600
  habitats, 300–301
Integument
  macroanatomy, 118–121
    Meibomian glands, 120

888    *Index*

plantar foot pads, 120–121
skin glands, 118–120, 356–359
ultrastructure, 194–196
Interspecific interactions
effects on activity rhythms, 386–387
effects on spacing behavior, 409
Intestine
macroanatomy, 153–155
ultrastructure, 233–240, 242, 244

Karyotypes, 109–110 (see also Cytogenetics)
Kin selection, 591–592
Kite predation, 541–550

Laboratory management, 647–657
breeding, 655–656
housing, 653–657
records, 653
Lactation, 701–702
*Lagurus*
systematics, 54, 56
taxonomic key, 62–66
*Lasiopodomys*, 17
Lemmings, taxonomic key, 62–66
*Lemmus*
systematics, 54, 56–57
taxonomic key, 62–66
Lice, 478–481
Light cues, 688–689
Litter size, 266–268, 751–766
Liver, macroanatomy, 153

Macroanatomy, 116–169 (see also Anatomy)
Mammalian predation, 550–558
Mammary glands, macroanatomy, 157–158
Management (see Control)
Mating systems, 344–353, 591
Meibomian glands
macroanatomy, 120
ultrastructure, 193–194
Microanatomy, 177–247 (see also Anatomy)
*Microtus*
fossil record, 15–29
general characteristics, 59–60

skin glands, 118–120
taxonomic characters, 55–57, 166–167
taxonomic key, 62–66
zoogeography, 105–113
*Microtus abbreviatus*
distribution, 89
endoparasites, 529, 531
fleas, 491
mites, 461
*Microtus agrestis*
breeding season, 738
similarity to *Microtus pennsylvanicus*, 27, 55
*Microtus breweri*
adrenal glands, 243
breeding season, 731
caecum, 238
demography, 583, 585, 587
distribution, 90
endoparasites, 529
fleas, 491
lice, 480
ticks, 476
*Microtus californicus*
breeding season, 733–734
demography, 577, 580, 582–583, 587
distribution, 97, 100, 107
endoparasites, 529, 532
fleas, 491–493
fossil record, 20–21
lice, 480
mites, 461–462
pre-implantation development, 256
social organization, 346, 351–352
ticks, 476
*Microtus canicaudus*
distribution, 91, 94, 110
fleas, 493
prenatal mortality, 245
ticks, 476
*Microtus chrotorrhinus*
breeding season, 733
distribution, 95, 99, 108
endoparasites, 529, 532
fleas, 493–494
fossil record, 23–24

BLM_0052934

*Index*   889

mites, 462–463
Old World affinities, 55
pelage, 118
ticks, 476
*Microtus coronarius,* distribution, 96
*Microtus deceitensis,* 16–17, 107–108
*Microtus gregalis,* distribution, 111
*Microtus guatemalensis,* distribution, 101, 106
*Microtus llanensis,* 8
*Microtus longicaudus*
 breeding season, 731–732
 demography, 583, 585, 587
 distribution, 92, 95–96, 108
 endoparasites, 529, 532
 fleas, 494–495
 fossil record, 22
 lice, 480
 mites, 463–464
 Old World affinities, 55
 skin glands, 119–120, 195–196
 ticks, 476
*Microtus mexicanus*
 breeding season, 731–732
 demography, 585–587
 distribution, 99, 102, 109–110
 endoparasites, 529, 532
 fleas, 495
 fossil record, 20
 karyotype, 109
 lice, 480
 mites, 464
*Microtus miurus*
 communal nesting, 355–356
 distribution, 89, 110–111
 endoparasites, 529, 532, 533
 fleas, 495–496
 fossil record, 18, 20
 lice, 480
 Meibomian glands, 120
 Old World affinities, 54
 ticks, 476
*Microtus montanus*
 breeding season, 735–736
 distribution, 91–92, 94–95, 110
 endoparasites, 529–530, 532, 534
 fleas, 496–497
 fossil record, 22–23

karyotype, 110
lice, 480
mites, 464–465
nutritional cues, 689–691, 729
pituitary gland, 179–180
skin glands, 118–120
social organization, 346–348
ticks, 476–477
*Microtus nesophilus,* distribution, 90
*Microtus oaxacensis,* distribution, 101, 106
*Microtus ochrogaster* (see also *Pitymys ochrogaster*)
 breeding season, 736–737
 communal nesting, 356
 demography, 577, 581, 587
 distribution, 99, 101, 103
 endoparasites, 528, 530, 532
 fleas, 497
 lice, 480
 mites, 465–466
 retina, 185
 social organization, 346, 348–349
 ticks, 477
*Microtus oeconomus*
 breeding season, 737
 demography, 585–587
 distribution, 88–90, 110–111
 endoparasites, 530, 532, 534
 fleas, 497–498
 fossil record, 18
 lice, 480–481
 mites, 466
 skin glands, 119–120, 195–196
 ticks, 477
*Microtus oregoni*
 breeding season, 734
 demography, 583–584, 587
 distribution, 91, 93, 107–108
 fleas, 498
 lice, 481
 mites, 467
*Microtus paroperarius,* 17–18, 107
*Microtus pennsylvanicus*
 activity rhythms, 381–384
 adrenal glands, 241, 243
 brain, 179
 breeding season, 737–738

C-3 and C-4 grasses, 27
communal nesting, 354–355
demography, 575, 577–580, 587
digestive tract, 218–240, 242, 244
dispersion, 405–406
distribution, 89–91, 107, 109
endoparasites, 529, 530–531, 533, 534
eye, 180–193
fleas, 498–501
fossil record, 25, 27, 50–51
home range, 398–401
karyotype, 109
lice, 481
mites, 467–470
movement types, 402–405
salivary glands, 203–217
similarity to *Microtus agrestis,* 27, 55
skin glands, 119–120, 194–196
social organization, 345–347
teeth, 198–202
ticks, 477–478
wounding, 362
*Microtus pinetorum* (see also *Pitymys pinetorum*)
breeding season, 738–739
distribution, 101, 104
endoparasites, 529, 531, 533
fleas, 501–502
lice, 481
mites, 470–471
reproductive system, ultrastructure, 243, 245–246
social organization, 346, 350–351
ticks, 478
*Microtus quasiater,* distribution, 101–105 (see also *Pitymys quasiater*)
*Microtus richardsoni*
breeding season, 732–733
distribution, 95, 98, 108
endoparasites, 531, 533
fleas, 502
fossil record, 20
mites, 471
Old World affinities, 55
pelage, 118
social organization, 346, 351

*Microtus* sp.
fossil record, 28
mites, 472
ticks, 478
*Microtus speothen,* 18
*Microtus townsendii*
breeding season, 733–735
demography, 574–577
distribution, 91–92, 109
fleas, 502–503
karyotype, 109
lice, 481
mites, 471–472
ticks, 478
*Microtus umbrosus,* distribution, 101, 106
*Microtus xanthognathus*
breeding season, 732–733
communal nesting, 355
demography, 586–587
distribution, 95, 97, 108
endoparasites, 531
fossil record, 25–26
pelage, 118
social organization, 346, 349–350
*Mimomys,* 7, 64, 108
Mites, 457–472.
Molt, 273, 276
Mortality
postnatal, 273
prenatal, 259, 261–262
Movement types, 402–405
Multi-factorial demographic mechanism, 592–594, 604–609
Musculature, macroanatomy, 136–138

*Neodon,* 6, 55, 65, 106
*Neofiber,* systematics, 65, 71
Neonatal development, 263–265
Nesting, 343–344
Non-social behavior, 341–344
Nutrition, 779–806 (see also Diet, Food, Plant secondary compounds)
diet, 329–332, 781–790
digestibility, 790–797, 818–821
forage quality, 790–797

BLM_0052936