habitat differences, 803–804
nutrients, 797–800
optimal foraging, 801–803
role in population dynamics, 804–806
Ontogeny, 254–280
Olfactory communication, 356–359
Optimal foraging, 801–803
Oral cavity, macroanatomy, 150–151
Orientation, 181
Outbreaks, 304
Ovulation, 693–697

Parasites
ectoparasites, 455–504
beetles, 481–482
fleas, 484–503
flies, 482–484
lice, 478–481
mites, 457–472
ticks, 472–478
endoparasites, 528–534
acanthocephalans, 528–529
cestodes, 529–531
nematodes, 531–533
trematodes, 533–534
Parasitism, affects on activity rhythms, 386–387
Parental behavior, 270 (see also Social structure)
Parturition, 262–270
Pathology, 657–676
bacterial infections, 662–669
constitutional diseases, 674–676
fungal diseases, 671, 673
neoplasms, 672–674
protozoan infections, 670–671
viral infections, 657–662
*Pedomys,* 6, 9, 11, 13–14, 55, 66
Pelage coloration, 846–849
*Phaiomys,* 6, 9, 66, 106
Phallic morphology, 156–157
*Phenacomys,* taxonomic key, 62–66
Pheromones, 691–693
Pituitary gland, ultrastructure, 179–180
*Pitymys*
fossil record, 5–15

pelage, 118
Pleistocene distributions, 105–107
skin glands, 118–120
systematics, 54–57
taxonomic key, 62–66
teeth, 5–7
*Pitymys aratai,* 12
*Pitymys cumberlandensis,* 11
*Pitymys dideltus,* 12
*Pitymys guildayi,* 9–11
*Pitymys hibbardi,* 12
*Pitymys involutus,* 11–12
*Pitymys llanensis,* 12–13
*Pitymys mcnowni,* 13
*Pitymys meadensis,* 15
*Pitymys ochrogaster,* fossil record, 13–14, 49–50 (see also *Microtus ochrogaster*)
*Pitymys pinetorum,* fossil record, 14–15, 48–49 (see also *Microtus pinetorum*)
*Pitymys quasiater,* fossil record, 15 (see also *Microtus quasiater*)
*Pitymys* sp., fossil record, 7–9
Plant secondary compounds, 790–797, 800–801, 821 (see also Food)
role in demography, 588–589, 596–597
Plantar footpads, 120–121
Pleistocene distributions, 105–113
Population cycles (see Demography)
Population dynamics (see Demography)
Postcranial skeleton, 135–136
Postnatal development, 270–277
Postnatal mortality, 273
Postpartum estrus, 700–701
Predation, 535–563
by amphibians, 558–559
by birds, 537–550
by fish, 558–559
by mammals, 550–558
by reptiles, 558–559
during outbreaks, 304
effects on activity rhythms, 386
effects on demography, 589, 597–598

BLM_0052937

impact, 547–550
role in species diversity, 324–325
role of cover, 589, 597
Pregnancy, 740–745
Prenatal development, 255–262
Prenatal mortality, 259, 261–262, 763–766

r- and K-selection, 277–280, 332
Raptors, predation by, 538–550
Reproduction
  energetics, 834–836
  hormonal timing, 686–693 (see also Endocrinology, timing of reproduction)
Reproductive patterns, 725–768
  breeding intensity, 740–751
    pregnancy, 740–745
    sex ratio, 748–751
    sexual maturity, 745–748
  breeding season, 728–739
    duration, 730–731
    environmental cues, 729–730
    patterns, 731–739
  litter size, 751–766
    effect of age, 761–762
    effect of parity, 761–762
    mortality, 763–766
    variation, 760
Reproductive system
  female tract, 158–159
  gross anatomy, 155–159
  male accessory glands, 157, 159
Reptiles, predation by, 558–559
Retina, ultrastructure, 243, 245–247 (see also Eye, ultrastructure)
Runways, 343–344

Salivary glands, ultrastructure, 202–217
Scent marking, 357–359
Sebaceous glands (see Integument, Skin glands)
Secondary compounds (see Plant secondary compounds)
Sex
  effects on activity rhythms, 385
  effects on spacing behavior, 407–408

Sex ratio, 268–271
  demographic consequences, 607–609
  patterns, 748–751
Sexual maturation, 276–277, 745–748, 869
Shrew predation, 550–551
Shrubland and woodland biomes, 97, 99
Skeleton, 121–136
  cranial, 121–135
  postcranial, 135–136
Skin glands
  in olfactory communication, 356–359
  macroanatomy, 118–120
  ultrastructure, 194–196
Social behavior (see Behavior, social)
Social organization (see Social structure)
Social structure, 344–353
Spacial heterogeneity, 593
Spacing behavior (see Behavior, spacing)
Species diversity, 310–321
  role of climate, 316–318
  role of competition, 321–324
  role of predation, 324–325
  role of substrate, 318–319
  role of vegetation, 319–321
*Stenocranius,* 20, 54, 89
Stomach
  macroanatomy, 152–153
  ultrastructure, 221, 223–233
Stress hypothesis, 590–592, 600–602
  adrenal gland, 704–716
Subspecies concept, 127–129
Substrate, role in species diversity, 318–319
Succession, role in species diversity, 327–329
Swimming, 296, 342–343
*Synaptomys*
  systematics, 56
  taxonomic key, 62–66
Systematics, 53–81
  artichoke method, 75–76

BLM_0052938

cladograms, 61
fossil record, 5–29
historical viewpoints compared, 74–81, 159–169
history at the genus level, 55–68
history at the species level, 68–74
karyotypes, 853
synonyms, 57–59
using macroanatomy, 159–169

Taiga biome, 90–97
Tarsal glands (see Meibomian glands)
Taxonomic key, 62–66
Teeth
macroanatomy, 140–150
terminology, 4–5
ultrastructure, 196–202
Temperate deciduous biome, 101
Temperature regulation, 821–824
Territoriality, 401–402
Testicular activity, 702–703
Thermogenesis, 824–830

Thermoregulation, 812–839 (see also Energetics)
Thyroid gland, 703–704
Ticks, 472–478
Tongue, macroanatomy, 151
Tundra biome, 88–90
Tunnels, 343

Ultradian rhythms, 381
Ultrastructure (see Anatomy, Microanatomy)

Vegetation, role in species diversity, 319–321
Vocalization, 359–360

Weasel predation, 551–554
Wounding, 362–364

Zoogeography, 84–113
ecological, 85–105
historical, 105–113
species numbers, 84–85

BLM_0052939



BLM_0052940



BLM_0052941



BLM_0052942



BLM_0052943



BLM_0052944



# GREENHOUSE GAS AND CLIMATE CHANGE REPORT

**Submitted To:** Bureau of Land Management

**Submitted By:** Golder Associates Inc.
9 Monroe Parkway, Suite 270
Lake Oswego, OR  97035 USA

**Distribution:**   BLM (1 Electronic)

**February 2017**                    **Project No. 1539847**



Golder, Golder Associates and the GA globe design are trademarks of Golder Associates Corporation

BLM_0052945



February 2017                              i                         Project No.1539847

# Table of Contents

1.0     INTRODUCTION AND BACKGROUND ...................................................................................... 1

2.0     TASK 2 – BASELINE YEAR (2014) GHG EMISSIONS ESTIMATES ............................................ 3

2.1     Data Sources Reviewed ............................................................................................................. 3

2.2     Emission Factors ....................................................................................................................... 4

2.3     Production/Consumption Data .................................................................................................... 5

2.3.1     National ........................................................................................................................ 5

2.3.1.1 Production ................................................................................................................... 5

2.3.1.2 Consumption ............................................................................................................... 6

2.3.2     California ...................................................................................................................... 9

2.3.2.1 Production ................................................................................................................... 9

2.3.2.2 Consumption ............................................................................................................. 10

2.3.3     Colorado ..................................................................................................................... 11

2.3.3.1 Production ................................................................................................................. 11

2.3.3.2 Consumption ............................................................................................................. 12

2.3.4     Idaho .......................................................................................................................... 12

2.3.4.1 Production ................................................................................................................. 12

2.3.4.2 Consumption ............................................................................................................. 13

2.3.5     Kansas ....................................................................................................................... 13

2.3.5.1 Production ................................................................................................................. 13

2.3.6     Montana ...................................................................................................................... 13

2.3.6.1 Production ................................................................................................................. 13

2.3.7     Nevada ....................................................................................................................... 14

2.3.7.1 Production ................................................................................................................. 14

2.3.7.2 Consumption ............................................................................................................. 15

2.3.8     New Mexico ................................................................................................................ 15

2.3.8.1 Production ................................................................................................................. 15

2.3.9     North Dakota .............................................................................................................. 15

2.3.9.1 Production ................................................................................................................. 15

2.3.10   Oklahoma ................................................................................................................... 16

2.3.10.1    Production ............................................................................................................. 16

2.3.11   South Dakota .............................................................................................................. 17

2.3.11.1    Production ............................................................................................................. 17

2.3.11.2    Consumption ........................................................................................................ 17

2.3.12   Texas ......................................................................................................................... 18

2.3.12.1    Production ............................................................................................................. 18

2.3.13   Utah............................................................................................................................ 18

2.3.13.1    Production ............................................................................................................. 18



BLM_0052946

2.3.14   Wyoming ........................................................................................................ 19

2.3.14.1   Production ..................................................................................... 19

2.3.15   Production/Consumption Data Common to Multiple States ............................. 19

2.3.15.1   Coal Production .............................................................................. 19

2.3.15.2   Natural Gas Liquids Production ....................................................... 20

2.3.15.3   Coal Consumption .......................................................................... 20

2.3.15.4   Oil Consumption ............................................................................. 20

2.3.15.5   Natural Gas Consumption ............................................................... 21

2.3.15.6   Natural Gas Liquids Consumption ................................................... 21

2.4   Assumptions .......................................................................................................... 22

3.0   TASK 3 – FUTURE YEARS (2020 & 2030) EMISSIONS ESTIMATES ........................ 23

3.1   Method ................................................................................................................... 23

3.2   State-Specific Data ................................................................................................ 24

3.3   Summary of Future GHG Emissions ...................................................................... 25

4.0   SUMMARY OF THE CLIMATE CHANGE INFORMATION .......................................... 28

4.1   Representative Concentration Pathways Emissions ................................................ 28

4.2   National and Sub-National Emissions ..................................................................... 32

4.3   Future Climate Projections ..................................................................................... 33

4.4   Understanding Future Climate Impacts .................................................................. 34

5.0   TASK 5 – REPORT ..................................................................................................... 37

6.0   REFERENCES ............................................................................................................ 38

## List of Tables

Table 1: Compound Annual Growth Rates (National Average) ................................................... 25

Table 2: Characterization of Representative Concentration Pathways ...................................... 29

Table 3: Comparison of Derived Emissions to Reported Emissions for 2010 ............................ 32

Table 4: Projected Changes in Climate and Cumulative Emissions under Representative Concentration Pathways ......................................................................................................................... 34

## List of Figures

Figure 1 - Colorado GHG Emissions (Federal) ........................................................................ 26

Figure 2 - Colorado GHG Emissions (Federal + Non-Federal) ................................................. 27

Figure 3 - Comparison of Emission Profiles across Representative Concentration Pathways .................. 30

Figure 4: Comparison of Cumulative Emissions across Representative Concentration Pathways ........... 31

Figure 5: Comparison of Emission Profiles for National and Sub-National under RCP and Task 3 Inventories ......................................................................................................................... 33

Figure 6: Comparison of BLM Emission Projections to Representative Concentration Pathways ............ 35

## List of Equations

Equation 1 ................................................................................................................................. 4



February 2017 iii Project No.1539847

Equation 2 ............................................................................................................................... 5
Equation 3 ............................................................................................................................... 7
Equation 4 ............................................................................................................................... 8
Equation 5 ............................................................................................................................... 8
Equation 6 ............................................................................................................................. 10
Equation 7 ............................................................................................................................. 12
Equation 8 ............................................................................................................................. 23
Equation 9 ............................................................................................................................. 23

## List of Appendices

Appendix A - Support Information
Appendix B - GHG Inventory Toolkit Instruction Manuai
Appendix C - State-Specific Data Future Years
Appendix D - Baseline and Future Year Projection Figures for each State



BLM_0052948



February 2017          1          Project No.1539847

## 1.0 INTRODUCTION AND BACKGROUND

The Bureau of Land Management (BLM) contracted Golder Associates Inc. (Golder) to develop a Comprehensive Greenhouse Gas (GHG) and Climate Change Report and emissions tool (Tool), with an energy focus. Specifically, BLM requested the following:

- A database that combines data from several different sources with several different formats into a single useable Excel database.
- A database interface tailored for BLM that allows changes to underlying data assumptions that will then calculate resulting GHG emissions for the base year database and the out year projections.
- GHG emissions projections for 2020 and 2030, integrated into the database in such that underlying assumptions can be changed and resulting GHG emissions can be calculated as needed.
- A depiction of the data through graphics, charts, and tables that clearly communicates to those not intimately familiar with the underlying databases GHG emissions temporally, spatially, and by source category.

The Tool was developed to generate a baseline data set for GHG emissions associated with production and consumption activities, separated by federal and non-federal, lands for the following fuels/resources:

- Coal
- Oil
- Natural Gas
- Natural Gas Liquids

In addition to national data, BLM requested Golder design the Tool to present separate data for the following states:

- California
- Colorado
- Idaho
- Kansas
- Montana
- Nevada
- New Mexico
- North Dakota
- Oklahoma
- South Dakota
- Texas
- Utah
- Wyoming





| | February 2017 | 2 | Project No.1539847 |

To meet BLM's needs for this project, five tasks were proposed. Task 1 included the development of a Work Plan. The goal of the Work Plan was for Golder to present to BLM how the final deliverables would be designed and for BLM to approve the design. Golder and BLM discussed the Work Plan on a frequent basis and BLM approved of the Work Plan. Tasks 2, 3, and 4 represent the outcome of the Work Plan so the Work Plan is not presented as a deliverable. Task 2 consisted of assembling a baseline year GHG emission inventory and developing the Tool. Task 3 involved projecting GHG emissions in 2020 and 2030 for both normal and high economic growth scenarios. Task 4 includes a discussion of climate change. Task 5 included the preparation of this report and presentation of a webinar to BLM.

Golder developed an Excel based emissions Tool that incorporates data from national and state specific resources. The Tool takes production and consumption data for the four (4) fuels/resources for federal and non-federal lands for the nation and thirteen (13) states and equates the activities to GHG emissions in the form of carbon dioxide equivalent ($CO_2e$). A baseline was created using activities associated with the 2014 calendar year.

In addition, the Tool allows users to input consumption and production data for projects that are being assessed by BLM through the National Environmental Policy Act (NEPA) process or for projects that have already been approved by BLM but were not incorporated into the baseline. The Tool takes the data entered and calculates GHG emissions and then compares the new emissions to the developed baseline.

The comparison of new GHG emissions to the baseline is completed in both tabular and graphic form. The graphic representations will ideally allow users to better understand the potential impact from proposed or approved projects to either the national baseline or specific state baseline and allow the NEPA evaluation process to occur as efficiently as possible.

Also, the Tool has a component that predicts future GHG emissions for all state and national baseline data for the years 2020 and 2030. In addition, the Tool allows users to input state specific factors for developing future year emissions based on changes to influential variables such as political change, fuel/resource cost, or global conflicts.

The purpose of the Tool is to allow BLM to quantify the GHG emissions from a proposed project developed on federal lands and to allow BLM to compare project emissions to national emissions estimated by the Tool.





February 2017        3        Project No.1539847

## 2.0   TASK 2 – BASELINE YEAR (2014) GHG EMISSIONS ESTIMATES

The 2014 year emissions inventory (Baseline EI) of GHG emissions was developed using publically available online information. The Baseline EI is developed from data sources discussed in Section 2.1. Production and consumption data for each resource was determined for each state from federal and non-federal lands.  GHG emission factors were used with the resource production and consumption data from federal and non-federal lands to determine GHG emissions.  The Baseline EI and all emission calculations are contained in a Microsoft Excel 2013 workbook, referred to as the Tool.  A detailed operation manual for the Tool is included in Appendix B. Details on production and consumption data resources used, calculation methodologies, emission factors, and breakdown for specific sectors are explained in detail in the following sections. The purpose of establishing the Baseline EI is so that BLM can compare emissions from a proposed development project from federal lands to the Baseline EI to assist in making permitting decisions. The Baseline EI is also used to project future years emissions discussed further in Section 3.0.

### 2.1   Data Sources Reviewed

Federal and state-specific resources were used to develop baseline GHG emissions. Data were classified based on the resource being analyzed (coal, oil or natural gas) and the activity (production or consumption). In addition, when available, resources were classified by either federal or non-federal lands. The following resources were used to develop all baseline data and emission calculations in the Tool:

1. U.S. Energy Information Administration (EIA)
2. U.S. Environmental Protection Agency (EPA) – Greenhouse Gas Inventory Report: 1990 – 2014
3. U.S. Department of the Interior – Office of Natural Resources Revenue (ONRR)
4. U.S. Extractive Industries Transparency Initiative (USEITI)
5. Bureau of Land Management – Oil & Gas Statistics
6. Colorado Oil & Gas Conservation Commission (COGCC)
7. Railroad Commission of Texas
8. The University of Kansas – Kansas Geological Survey
9. Wyoming Oil and Gas Conservation Commission
10. Montana Board of Oil & Gas Conservation
11. North Dakota Industrial Commission – Department of Mineral Resources
12. South Dakota Department of Environment & Natural Resources
13. Utah Department of Natural Resources – Division of Oil, Gas, and Mining
14. State of Nevada Commission on Mineral Resources – Division of Minerals
15. California Department of Conservation
16. Idaho Geological Survey



BLM_0052951



| | February 2017 | 4 | Project No.1539847 |

## 2.2    Emission Factors

Emission factors for production and consumption activities were derived from online U.S. EIA resources or the U.S. EPA Greenhouse Gas Inventory Report. The following tables from the U.S. EPA Greenhouse Gas Inventory Report were used to derive relevant emission factors:

- Table 3-21 [Adjusted non-energy fossil fuel consumption]
- Table 3-28 [Methane from coal mining]
- Table 3-36 [Methane from petroleum systems]
- Table 3-38 [Carbon dioxide from petroleum systems]
- Table 3-43 [Methane from oil and gas production]
- Table 3-45 [Methane from natural gas systems]
- Table A-38 (Annex) [Carbon content coefficients]
- Table A-39 (Annex) [Consumption by end-use sector]
- Table A-277 (Annex) [Fuel heat contents]
- Table A-279 (Annex) [Fuel carbon coefficients]
- Table A-280 (Annex) [Non-energy fuel carbon coefficients]

A summary of these tables is presented in Appendix A. Emission factors were based on both a carbon content per heat unit and heat content per volume of resource. Therefore, emission factors had units of million tons of carbon per quadrillion British thermal units (MMTC/QBtu) and million British thermal units per volume (MMBtu/short ton [coal], MMBtu/MMcf [natural gas], MMBtu/barrel [oil and NGL]). GHG emissions from consumption activities were calculated using the following methodology:

$$\textbf{\textit{Consumption GHG Emissions}}\ (\textbf{\textit{MMTCO}}_2\textbf{\textit{e}}) =$$

$$Consumption\ Volume * Heat\ Content\ \left(\frac{MMBtu}{volume}\right)$$

$$* Conversion\ Factor\ \left(\frac{QBtu}{1,000,000,000\ MMBtu}\right) \qquad \text{Equation 1}$$

$$* Emission\ Factor\ \left(\frac{MMTC}{QBtu}\right)$$

$$* Conversion\ Factor\ \left(\frac{44\ lb\ CO_2}{12\ lb\ C}\right)$$

Production emissions were calculated using emission factors developed from national data provided by the U.S. EPA Greenhouse Gas Inventory Report and the U.S. EIA online database. Oil, natural gas, and coal total U.S. production were taken from U.S. EIA online data. Total national GHG emissions from production



BLM_0052952

 | February 2017 | 5 | Project No.1539847

for the three resources was taken from the U.S. EPA Greenhouse Gas Inventory Report. It was assumed the emission factor for natural gas liquids was equal to the factor for natural gas. Emission factors for each resource were then developed for production as follows:

$$Production\ Emission\ Factor\left(\frac{MMTCO_2e}{volume}\right) =$$

$$\frac{Total\ National\ Production\ Emissions\ (MMTCO_2e)}{Total\ National\ Production\ Volume\ (MMcf\ or\ Mbbls\ or\ short\ tons)}$$

Equation 2

Emissions were calculated by multiplying the total production volume for each resource obtained from the ONRR online database by the calculated emission factor.

## 2.3    Production/Consumption Data

Production and consumption data were primarily obtained from the U.S. EIA online database, U.S. Department of the Interior - ONRR online database, USEITI online database, and state-specific oil and natural gas resources.

Section 2.3.1 provides information on production and consumption at the national level.  Production and consumption data were analyzed at the national level to determine national GHG emissions.  Sections 2.3.2 through 2.3.14 provide information on production and consumption data used to determine state-specific GHG emissions for each of the 13 states in this Tool.  Several states share common sources of production and consumption data and to avoid repetition, these common sources have been consolidated into Section 2.3.15.

Further description on resources used is described in the following sections.

### 2.3.1    National

#### 2.3.1.1    Production

##### 2.3.1.1.1    Coal

National coal production for the baseline year of 2014 was obtained from the U.S. EIA online database at the following address:

http://www.eia.gov/coal/data.php#production

Coal production on federal lands was assumed to be equal to the revenue volume reported on the U.S. Department of Interior - ONRR online database located at:



BLM_0052953



| | February 2017 | 6 | Project No.1539847 |

https://statistics.onrr.gov/ReportTool.aspx

National coal production for federal and non-federal lands is presented in Table 1 of the Tool.

### 2.3.1.1.2    Oil

National oil production for the baseline year of 2014 was obtained from the U.S. EIA online database at the following address:

http://www.eia.gov/dnav/pet/pet_sum_snd_d_nus_mbbl_a_cur.htm

Production on federal lands was obtained from the USEITI online database in conjunction with the U.S. Department of the Interior – ONRR online database located at:

https://useiti.doi.gov/explore/#federal-production

National oil production for federal and non-federal lands is presented in Table 1 of the Tool.

### 2.3.1.1.3    Natural Gas

National natural gas production for the baseline year of 2014 was obtained using the same resources as described in Section 2.3.1.1.2 and are presented in Table 1 of the Tool.

### 2.3.1.1.4    Natural Gas Liquids

National natural gas liquid production for the baseline year of 2014 was obtained from the U.S. EIA online database at the following address:

https://www.eia.gov/dnav/ng/ng_prod_ngpl_s1_a.htm

Production on federal lands was obtained using the same resources as described in Section 2.3.1.1.1. National natural gas liquids production for federal and non-federal lands is presented in Table 1 of the Tool.

### 2.3.1.2    Consumption

### 2.3.1.2.1    Coal

National coal consumption is presented in Table 2a of the Tool and was obtained from the U.S. EIA online database at the following site:

http://www.eia.gov/coal/distribution/quarterly/back_q_distributions.html

Data are presented based on each quarter of the calendar year and provides the origin of coal extraction, destination of shipment, sector coal was consumed for, and quantity (short tons) shipped. It was assumed



BLM_0052954



February 2017 7 Project No.1539847

that all coal shipped was ultimately consumed in the same calendar year. Due to the data describing sector usage, default sector breakdowns were not used. National sector annual consumption based on the U.S. EIA data were as follows:

|  | Volume Consumed (short tons) |
|---|---|
| Electric Power Sector | 824,767,894 |
| Commercial/Institutional | 1,853,486 |
| Industrial Plants Excluding Coke | 42,498,355 |
| Coke Plant | 20,856,264 |

The Tool uses default data from the U.S. Greenhouse Gas Report (shown below) to assign sector-specific emissions for consumption for new or approved projects rather than the specific sector consumption based on the data above.

| Coal Consumption | |
|---|---|
| Power Gen | 94.3% |
| Industrial | 4.8% |
| Commercial | 0.3% |
| Non-Energy | 0.6% |
| | 100.0% |

### 2.3.1.2.2 Oil

National oil consumption was determined based on total production data as described in Section 2.3.1.1.2, along with export, storage, and import data from the U.S. EIA online database. Data are presented in Table 2b of the Tool, with summaries separated by incorporating or not incorporating oil import data. Total consumption per sector (Power, Industrial, etc.) was determined by taking the total consumption and multiplying by a sector percentage derived from the U.S. EPA Greenhouse Gas Inventory Report. Oil import and export data were obtained from the U.S. EIA online database at:

http://www.eia.gov/dnav/pet/pet_sum_snd_d_nus_mbbl_a_cur.htm

Total consumption was calculated as follows:

$$\textit{Total Consumption (No Imports) (TBtu)}$$
$$= [\textit{Total Production (Kbbls)} - \textit{Total Exports (Kbbls)} - \textit{Stock Change (Kbbls)}]$$
$$* \textit{Conversion Factor} \left(\frac{TBtu}{Kbbls}\right)$$

Equation 3

The definition of "stock change" in Equation 3 and Equation 4 is "The difference between stocks at the beginning of the month and stocks at the end of the month. A negative number indicates a decrease in



BLM_0052955



| | February 2017 | 8 | Project No.1539847 |

stocks and a positive number indicates an increase in stocks". The conversion factor used in Equation 3 and Equation 4 is from the EPA's 2014 GHG Report Table A-277.

$$\textbf{Total Consumption (With Imports) (TBtu)}$$
$$= [Total\ Production\ (Kbbls) + Total\ Imports\ (Kbbls) - Total\ Exports(Kbbls)$$
$$- Stock\ Change(Kbbls)] * Conversion\ Factor\left(\frac{TBtu}{Kbbls}\right)$$

Equation 4

$$\textbf{Total Sector Consumption (With or Without Imports) (TBtu)}$$
$$= Total\ Consumption\ (TBtu) * Sector\ Breakdown\ (\%)$$

Equation 5

Default sector breakdowns based on data from the U.S. Greenhouse Gas Report were the following:

| Oil Consumption | |
|---|---|
| Power Gen | 0.8% |
| Industrial | 16.0% |
| Commercial | 1.1% |
| Residential | 1.5% |
| Transportation | 71.5% |
| Usage in Production | 1.5% |
| Non-Energy Use | 7.6% |
| | 100.0% |

### 2.3.1.2.3    Natural Gas

National natural gas consumption was determined based on similar methodology as described in Section 2.3.1.2.2. Data are presented in Table 2c of the Tool. Natural gas import and export data were obtained from the U.S. EIA online database at:

http://www.eia.gov/dnav/ng/ng_sum_snd_a_EPG0_OVI_Mmcf_a.htm

Default sector breakdowns based on data from the U.S. Greenhouse Gas Report were the following:

| Natural Gas Consumption | |
|---|---|
| Power Gen | 30.4% |
| Industrial | 33.1% |
| Commercial | 13.0% |
| Residential | 19.0% |
| Transportation | 3.3% |
| Usage in Production | 0.2% |
| Non-Energy Use | 1.1% |
| | 100.0% |



BLM_0052956



| | February 2017 | 9 | Project No.1539847 |
|---|---|---|---|

#### 2.3.1.2.4 Natural Gas Liquids

National natural gas liquids consumption was determined based on similar methodology as described in Section 2.3.1.2.2. Data are presented in Table 2d of the Tool. It was determined that no import or export data are available for natural gas liquids, therefore all consumption was assumed to be equal to production.

Default sector breakdowns based on data from the U.S. Greenhouse Gas Report were the following:

| Natural Gas Liquids Consumption | |
|---|---|
| Power Gen | 0.0% |
| Industrial | 46.3% |
| Commercial | 2.9% |
| Residential | 8.8% |
| Transportation | 0.8% |
| Usage in Production | 0.3% |
| Non-Energy Use | 40.9% |
| | 100.0% |

### 2.3.2  California

#### 2.3.2.1  Production

##### 2.3.2.1.1  Coal

It was determined that California does not produce any coal on federal and non-federal lands.

#### 2.3.2.1.2  Oil

Oil production data were gathered from the California Department of Conservation at the following address:

ftp://ftp.consrv.ca.gov/pub/oil/new_database_format/

Collected data were representative of the entire state, both federal and non-federal lands. Production on federal lands was obtained from the USEITI online database in conjunction with the U.S. Department of the Interior – ONRR online database located at:

https://useiti.doi.gov/explore/#federal-production

The difference between the total state production and federal lands production was used to determine production on non-federal lands. These data are presented in Table 1 of the tool.

#### 2.3.2.1.3  Natural Gas

Natural gas production data for federal and non-federal lands were determined using the same methodology and data sources as described in Section 2.3.2.1.2.



BLM_0052957



| | February 2017 | 10 | Project No.1539847 |

#### 2.3.2.1.4   Natural Gas Liquids

Natural gas liquid production for the entire state was determined based on data from the U.S. EIA online database at the following address:

https://www.eia.gov/dnav/ng/ng_prod_ngpl_s1_a.htm

Production on federal lands was assumed to be equal to the revenue volume reported on the U.S. Department of Interior - ONRR online database located at:

https://statistics.onrr.gov/ReportTool.aspx

Production on non-federal lands was assumed to be the difference between total state production and federal lands production.

### 2.3.2.2   Consumption

#### 2.3.2.2.1   Coal

This Tool uses the assumption that all coal produced in a state is ultimately consumed so that all emissions from the resource are accounted for. Because there was no coal production identified for this state, there are no consumption emissions.

#### 2.3.2.2.2   Oil

Consumption of oil was determined using total production data as described in Section 2.3.2.1.2 and online data from the U.S. EIA database. The U.S. EIA online database produced national information for reserve, export, and production of oil. A percent breakdown for reserve and exports was generated from these data. This percentage was then applied to the total consumption value, which was assumed to be equal to the total volume of production for the state. Therefore the calculation to determine total consumption was the following:

$$Total\ Consumption\ (TBtu) =$$

$$Total\ Production\ (Mbbls) * (1 - Default\ Export\ \% - Default\ Reserve\ \%)$$
$$* Conversion\ Factor\ \left(\frac{TBtu}{Mbbls}\right)$$

Equation 6

After calculating a total, consumption by specific sectors was determined based on national breakdowns developed from the U.S. Greenhouse Gas Report as described in Sections 2.3.1.2.2 through 2.3.1.2.4. The amount of total production allocated to reserves and exports is shown below.



BLM_0052958



February 2017 11 Project No.1539847

| | MBBL | Percentage of Production |
|---|---|---|
| Reserve | 31,268 | 1.0% |
| Exports | 128,233 | 4.0% |
| Production | 3,178,306 | 100% |

### 2.3.3  Colorado

#### 2.3.3.1  Production

##### 2.3.3.1.1  Coal

Colorado coal production for the baseline year of 2014 was obtained from the U.S. EIA online database at the following address:

http://www.eia.gov/coal/data.php#production

Coal production on federal lands was assumed to be equal to the revenue volume reported on the U.S. Department of Interior - ONRR online database located at:

https://statistics.onrr.gov/ReportTool.aspx

Coal production for federal and non-federal lands at a national level is presented in Table 1 of the Tool.

##### 2.3.3.1.2  Oil

Oil production data were gathered from the Colorado Oil & Gas Conservation Commission (COGCC) at the following address:

https://cogcc.state.co.us/cogis/ProductionSearch.asp

Data collected were representative of the entire state, both federal and non-federal lands. Production on federal lands was obtained from the USEITI online database in conjunction with the U.S. Department of the Interior – ONRR online database located at:

https://useiti.doi.gov/explore/#federal-production

The difference between the total state production and federal lands production was used to determine production on non-federal lands. These data are presented in Table 1 of the tool.

##### 2.3.3.1.3  Natural Gas

Natural gas production data were obtained from the same resources as described in Section 2.3.3.1.2.



BLM_0052959

 | February 2017 | 12 | Project No.1539847

### 2.3.3.2    Consumption

#### 2.3.3.2.1    Coal

Consumption was determined based on total volume of coal received by the state based on U.S. EIA data from the following:

http://www.eia.gov/coal/distribution/quarterly/back_q_distributions.html

All coal received was assumed to be consumed. Coal consumption expressed in units of energy (TBtu) was calculated as follows:

$$\textbf{\textit{Coal Consumption}}\ (\textbf{\textit{TBtu}})$$
$$= Volume\ Consumed\ (short\ tons) * Emission\ Factor\left(\frac{MMBtu}{short\ ton}\right)$$
$$* Conversion\ Factor\left(\frac{TBtu}{1,000\ MMBtu}\right) \qquad \text{Equation 7}$$

The emission factor used for calculations was obtained from the U.S. EPA Greenhouse Gas Report for "Unspecified" coal type to produce a conservative result.

### *2.3.4    Idaho*

### 2.3.4.1    Production

#### 2.3.4.1.1    Coal

It was determined that Idaho does not produce any coal on federal and non-federal lands.

#### 2.3.4.1.2    Oil

It was determined that Idaho does not produce any oil on federal and non-federal lands.

#### 2.3.4.1.3    Natural Gas

Natural gas production data were obtained from the Idaho Geological Survey at the following online address:

http://www.idahogeology.org/DrawOnePage.asp?PageID=297

It was determined no production occurs on federal lands.

#### 2.3.4.1.4    Natural Gas Liquids

It was determined that Idaho does not produce any natural gas liquids on federal and non-federal lands.





| | February 2017 | 13 | Project No.1539847 |

### 2.3.4.2     Consumption

#### 2.3.4.2.1     Coal

This Tool uses the assumption that all coal produced in a state is ultimately consumed so that all emissions from the resource are accounted for.  Because there was no coal production identified for this state, there are no consumption emissions.

### 2.3.5   Kansas

#### 2.3.5.1     Production

#### 2.3.5.1.1     Oil

Oil production data were gathered from the University of Kansas – Kansas Geological Survey at the following address:

http://www.kgs.ku.edu/PRS/petro/state.html

Data collected was representative of the entire state, both federal and non-federal lands. Production on federal lands was obtained from the USEITI online database in conjunction with the U.S. Department of the Interior – ONRR online database located at:

https://useiti.doi.gov/explore/#federal-production

The difference between the total state production and federal lands production was used to determine production on non-federal lands. These data are presented in Table 1 of the tool.

#### 2.3.5.1.2     Natural Gas

Natural gas production data were obtained from the same resources as described in Section 2.3.5.1.1.

### 2.3.6   Montana

#### 2.3.6.1     Production

#### 2.3.6.1.1     Oil

Oil production data were gathered from the Montana Board of Oil & Gas Conservation at the following address:

http://bogc.dnrc.mt.gov/WebApps/DataMiner/Production/ProdMonthlyTotal.aspx

Data collected was representative of the entire state, both federal and non-federal lands. Production on federal lands was obtained from the USEITI online database in conjunction with the U.S. Department of the Interior – ONRR online database located at:



 February 2017      14      Project No.1539847

https://useiti.doi.gov/explore/#federal-production

The difference between the total state production and federal lands production was used to determine production on non-federal lands. These data are presented in Table 1 of the tool.

### 2.3.6.1.2     Natural Gas

Natural gas production data were obtained from the same resources and methodology as described in Section 2.3.6.1.1.

### 2.3.6.1.3     Natural Gas Liquids

Natural gas liquids production data were obtained from the same resources as described in Section 2.3.2.1.4.

### 2.3.7    *Nevada*

### 2.3.7.1     Production

### 2.3.7.1.1     Coal

It was determined that Nevada does not produce any coal on federal and non-federal lands

### 2.3.7.1.2     Oil

Oil production data were gathered from the State of Nevada Commission on Mineral Resources – Division of Minerals, data were obtained from the following online resource:

http://minerals.nv.gov/Programs/Oil_and_Gas/Forms_Report/

Data collected was representative of the entire state, both federal and non-federal lands. Production on federal lands was obtained from the USEITI online database in conjunction with the U.S. Department of the Interior – ONRR online database located at:

https://useiti.doi.gov/explore/#federal-production

The difference between the total state production and federal lands production was used to determine production on non-federal lands. These data are presented in Table 1 of the tool.

### 2.3.7.1.3     Natural Gas

Natural gas production was determined to only occur on federal lands. Data were obtained from the USEITI online database in conjunction with the U.S. Department of the Interior – ONRR online database located at:

https://useiti.doi.gov/explore/#federal-production



BLM_0052962



| | February 2017 | 15 | Project No.1539847 |

#### 2.3.7.1.4    Natural Gas Liquids

It was determined no natural gas liquids production occurred on federal or non-federal lands.

#### 2.3.7.2    Consumption

#### 2.3.7.2.1    Coal

This Tool uses the assumption that all coal produced in a state is ultimately consumed so that all emissions from the resource are accounted for.  Because there was no coal production identified for this state, there are no consumption emissions.

#### 2.3.7.2.2    Natural Gas Liquids

It was determined no natural gas liquids consumption occurred on federal or non-federal lands.

### 2.3.8    New Mexico

#### 2.3.8.1    Production

#### 2.3.8.1.1    Oil

Production for the entire state and on federal lands was obtained from the USEITI online database in conjunction with the U.S. Department of the Interior – ONRR online database located:

- https://useiti.doi.gov/explore/NM/#production for state production and
- https://useiti.doi.gov/explore/#federal-production for federal lands production

These data are presented in Table 1 of the tool.

#### 2.3.8.1.2    Natural Gas

Natural gas production was determined based on the same online resources and methodology as described in Section 2.3.8.1.1.

### 2.3.9    North Dakota

#### 2.3.9.1    Production

#### 2.3.9.1.1    Oil

Oil production data were gathered from the North Dakota Industrial Commission – Department of Mineral Resources.  Data were obtained from the following online resource:

https://www.dmr.nd.gov/oilgas/stats/statisticsvw.asp



BLM_0052963



February 2017                                        16                                    Project No.1539847

Data collected were representative of the entire state, both federal and non-federal lands. Production on federal lands was obtained from the USEITI online database in conjunction with the U.S. Department of the Interior – ONRR online database located at:

https://useiti.doi.gov/explore/#federal-production

The difference between the total state production and federal lands production was used to determine production on non-federal lands. These data are presented in Table 1 of the Tool.

### 2.3.9.1.2      Natural Gas

Natural gas production data for federal and non-federal lands were obtained using the same online resources as described in in Section 2.3.9.1.1.

### *2.3.10  Oklahoma*

### 2.3.10.1     Production

### 2.3.10.1.1      Oil

Oil production data were gathered from the U.S. EIA online database at the following site:

http://www.eia.gov/opendata/qb.cfm?sdid=PET.MCRFPOK1.A

Data collected were representative of the entire state, both federal and non-federal lands. Production on federal lands was obtained from the USEITI online database in conjunction with the U.S. Department of the Interior – ONRR online database located at:

https://useiti.doi.gov/explore/#federal-production

The difference between the total state production and federal lands production was used to determine production on non-federal lands. These data are presented in Table 1 of the Tool.

### 2.3.10.1.2      Natural Gas

Natural gas production data were gathered from the U.S. EIA online database at the following site:

http://www.eia.gov/dnav/ng/ng_cons_sum_dcu_sok_a.htm

Data collected were representative of the entire state, both federal and non-federal lands. Production on federal lands was obtained from the USEITI online database in conjunction with the U.S. Department of the Interior – ONRR online database located at:

https://useiti.doi.gov/explore/#federal-production



BLM_0052964

 | February 2017 | 17 | Project No.1539847

The difference between the total state production and federal lands production was used to determine production on non-federal lands. These data are presented in Table 1 of the tool.

### 2.3.11 South Dakota

#### 2.3.11.1 Production

##### 2.3.11.1.1 Coal

It was determined that South Dakota does not produce any coal on federal and non-federal lands.

##### 2.3.11.1.2 Oil

Oil production data were gathered from the South Dakota Department of Environment & Natural Resources online database at the following site:

http://denr.sd.gov/des/og/producti.aspx

Data collected was representative of the entire state, both federal and non-federal lands. Production on federal lands was obtained from the USEITI online database in conjunction with the U.S. Department of the Interior – ONRR online database located at:

https://useiti.doi.gov/explore/#federal-production

The difference between the total state production and federal lands production was used to determine production on non-federal lands. These data are presented in Table 1 of the tool.

##### 2.3.11.1.3 Natural Gas

Natural gas production data were obtained from the same resources as described in Section 2.3.11.1.2.

##### 2.3.11.1.4 Natural Gas Liquids

It was determined no natural gas liquids production occurred on federal or non-federal lands.

#### 2.3.11.2 Consumption

##### 2.3.11.2.1 Coal

This tool uses the assumption that all coal produced in a state is ultimately consumed so that all emissions from the resource are accounted for. Because there was no coal production identified for this state, there are no consumption emissions.





| | February 2017 | 18 | Project No.1539847 |

### 2.3.12 Texas

#### 2.3.12.1 Production

##### 2.3.12.1.1 Oil

Oil production data were gathered from the Texas Railroad Commission online database at the following site:

http://webapps.rrc.state.tx.us/PDQ/generalReportAction.do

Data collected was representative of the entire state, both federal and non-federal lands. Production on federal lands was obtained from the USEITI online database in conjunction with the U.S. Department of the Interior – ONRR online database located at:

https://useiti.doi.gov/explore/#federal-production

The difference between the total state production and federal lands production was used to determine production on non-federal lands. These data are presented in Table 1 of the tool.

##### 2.3.12.1.2 Natural Gas

Natural gas production data were obtained from the same resources as described in Section 2.3.12.1.1.

### 2.3.13 Utah

#### 2.3.13.1 Production

##### 2.3.13.1.1 Oil

Oil production data were gathered from the Utah Department of Natural Resources – Division of Oil, Gas, and Mining online database at the following site:

http://oilgas.ogm.utah.gov/Statistics/PROD_Oil_annual.cfm

Data collected was representative of the entire state, both federal and non-federal lands. Production on federal lands was obtained from the USEITI online database in conjunction with the U.S. Department of the Interior – ONRR online database located at:

https://useiti.doi.gov/explore/#federal-production

The difference between the total state production and federal lands production was used to determine production on non-federal lands. These data are presented in Table 1 of the tool.



BLM_0052966



| February 2017 | 19 | Project No.1539847 |
|---|---|---|

#### 2.3.13.1.2    Natural Gas

Natural gas production data were obtained from the same online resources as described in Section 2.3.13.1.1. Total state natural gas production was taken from the following site:

http://oilgas.ogm.utah.gov/Statistics/PROD_Gas_annual.cfm

### 2.3.14 Wyoming

#### 2.3.14.1    Production

#### 2.3.14.1.1    Oil

Oil production data were gathered from the Wyoming Oil and Gas Conservation Commission online database at the following site:

http://wogcc.state.wy.us/productioncountyyear.cfm?Oops=#oops#&RequestTimeOut=6500

Data collected was representative of the entire state, both federal and non-federal lands. Production on federal lands was obtained from the USEITI online database in conjunction with the U.S. Department of the Interior – ONRR online database located at:

https://useiti.doi.gov/explore/#federal-production

The difference between the total state production and federal lands production was used to determine production on non-federal lands. These data are presented in Table 1 of the tool.

#### 2.3.14.1.2    Natural Gas

Natural gas production data were obtained from the same resources as described in Section 2.3.14.1.1.

### 2.3.15 Production/Consumption Data Common to Multiple States

Many states use the same methodology and data source to estimate the production and/or consumption of each resource.  To avoid redundant references, each instance that references other sections more than once is consolidated into this section.

#### 2.3.15.1    Coal Production

Coal production was determined using the same methodology and data resources as described in Section 2.3.3.1.1 for the following states:

- Kansas
- Montana
- New Mexico
- North Dakota



BLM_0052967

February 2017                    20                    Project No.1539847

- Oklahoma
- Texas
- Utah
- Wyoming

## 2.3.15.2    Natural Gas Liquids Production

Natural gas liquids production data were obtained from the same resources as described in Section 2.3.2.1.4 for the following states:

- Colorado
- Kansas
- New Mexico
- North Dakota
- Oklahoma
- Texas
- Utah
- Wyoming

## 2.3.15.3    Coal Consumption

Coal consumption was determined using the same methodology and data resources as described in Section 2.3.3.2.1 for the following states:

- Kansas
- Montana
- New Mexico
- North Dakota
- Oklahoma
- Texas
- Utah
- Wyoming

## 2.3.15.4    Oil Consumption

Consumption was determined using the same methodology and data as described in Section 2.3.2.2.2 for the following states:

- Colorado
- Idaho
- Kansas
- Montana





February 2017                           21                           Project No.1539847

- Nevada
- New Mexico
- North Dakota
- Oklahoma
- South Dakota
- Texas
- Utah
- Wyoming

### 2.3.15.5    Natural Gas Consumption

Natural gas consumption was determined based on the same data resources and methodology as described in Section 2.3.1.2.3 for the following states:

- California
- Colorado
- Idaho
- Kansas
- Montana
- Nevada
- New Mexico
- North Dakota
- Oklahoma
- South Dakota
- Texas
- Utah
- Wyoming

### 2.3.15.6    Natural Gas Liquids Consumption

Natural gas liquids consumption was determined based on the same data resources and methodology as described in Section 2.3.1.2.4 for the following states:

- California
- Colorado
- Idaho
- Kansas
- Montana
- New Mexico
- North Dakota



BLM_0052969


- Oklahoma
- South Dakota
- Texas
- Utah
- Wyoming

## 2.4 Assumptions

Several assumptions were made in order to determine the appropriate production and consumption values for each state evaluated as well as determining greenhouse gas emissions from the activities. The following assumptions were made in development of the Tool:

1. **State-specific resources would be best resources for oil and natural gas production, when available.**
2. **National averages for sector breakdown percentages (Power, Industrial, etc.) for oil, natural gas, and natural gas liquids consumption were applied to state-specific data.**
3. **Natural gas liquids production emissions factor (MMTCO$_2$e/Mbbls) is equal to the natural gas production emission factor.**
4. **National coal production on federal lands was equal to total revenue volume reported on the U.S. Department of Interior - ONRR online database.**
5. **National natural gas liquids consumption is equal to total production.**
6. **Natural gas liquids consumption on federal lands for each state was equal to the revenue volume reported on the U.S. Department of Interior - ONRR online database.**
7. **Production and consumption on non-federal lands is equal to the difference of the total state or nation value minus the federal lands value.**
8. **All coal received by a state, either from another state or from internal production, was assumed to also be consumed.**
9. **National oil and natural gas consumption is equal to the total national production, minus and exports or reserves.**
10. **State specific oil consumption is equal to state total production minus export and reserves for the state based on national averages.**
11. **State fuel/resource consumption equaling zero (0) is due to the state not producing any of that fuel/resource. The state might consume the fuel/resource in some quantity, but the origin is from a different region or state so there are no consumption emissions quantified.**





| | February 2017 | 23 | Project No.1539847 |

## 3.0 TASK 3 – FUTURE YEARS (2020 & 2030) EMISSIONS ESTIMATES

Golder used publically available information as well as information provided by BLM to project the following four sets of emission inventories:

- 2020 GHG emissions assuming normal economic growth
- 2020 GHG emissions assuming high economic growth
- 2030 GHG emissions assuming normal economic growth
- 2030 GHG emissions assuming high economic growth

These four inventories are collectively referred to as the "future year inventories". Section 3.1 describes the method used to estimate the future year inventories using national data; these are the default data used unless state-specific data are available. In addition, details on the capabilities of the future year inventory Tool are provided in Appendix B (Tool Manual). Appendix C contains additional details on state-specific data sources that were reviewed and if they were used.

## 3.1 Method

Golder used coal, oil, and natural gas production and consumption data presented in the Energy Information Administration's (EIA) 2016 Annual Energy Outlook (AEO), Tables A1 and B1, to determine growth factors to estimate 2020 normal/high and 2030 normal/high inventories. The 2016 AEO provides information representing "normal" growth in Table A1 and "high" growth in Table B1. The information is presented in units of Quadrillion Btu (QBtu). The production and consumption estimates for 2014 were compared to the estimated rates in 2020 and 2030 to determine a compound annual growth factor (CAGF). The CAGF can be applied to estimate the growth rate over any number of years according to the following formula:

$$FV = (PV) \times (1 + CAGF)^n \qquad \text{Equation 8}$$

Where:
FV = Future estimated value
PV = Present (baseline) value
CAGF = compound annual growth factor
n = number of years between FV and PV

Rearranging Equation 8 to solve for the CAGF results in the following equation:

$$CAGF = \left(\frac{FV}{PV}\right)^{\left(\frac{1}{n}\right)} - 1 \qquad \text{Equation 9}$$

The CAGF's calculated from data in the 2016 AEO using Equation 9 were used to estimate 2020 and 2030 scenario emissions using a baseline year of 2014. These CAGF's represent national averages and are used for every state for federal and nonfederal lands unless reliable, state-specific data are readily available.





February 2017                 24                 Project No.1539847

The national average CAGF's for each category are currently entered into two worksheets in the Tool ("Growth Factors-FED" & "Growth Factors-NONFED"). One worksheet is for Federal land and one is for Non-Federal land. The Tool uses the national average CAGF by default unless a state-specific growth factor is entered into one of the two worksheets. To enter a new state-specific CAGF, navigate to the appropriate worksheet and enter the desired CAGF in the appropriate cells (highlighted yellow) for the state and category. To remove a state-specific CAGF, simply delete the contents of the entered state-specific CAGF and the calculations will revert back to the national default.

## 3.2    State-Specific Data

State specific data were collected in an attempt to calculate CAGF's for individual states. Appendix C discusses the state-specific data sources that were provided by BLM or discovered by Golder and analyzed. In general, Golder considers any projections that were made prior to 2013 to not be reliable due to recent changes in the economy and GHG regulations. If a source of data were from 2013 or after, it was evaluated to determine if it should be used. If the information was determined to be useful, state specific CAGF's were calculated using Equation 9 and were then compared to the default CAGF's shown in Table 1. Golder used the following rules to determine if a calculated state-specific CAGF should be used in place of the default national CAGF:

- If a state-specific CAGF is less than the default normal, then the state-specific factor is used as the new "normal" scenario.
- If a state-specific CACG is higher than the default high, then the state-specific factor is used as the new "high" scenario.
- If a state-specific CAGF is in-between the default factors, then the state-specific factor is not used.
- If a state-specific CAGF does not make sense (e.g. one data source predicts a 40% increase and another predicts a 40% decrease), a decision is made on a case-by-case basis and discussed below.

See Appendix C for state-specific data.



BLM_0052972



| | February 2017 | 25 | Project No.1539847 |

## 3.3   Summary of Future GHG Emissions

The national average growth rates are shown in

Table 1.  The overall trend estimates that oil and natural gas production and consumption will grow and that coal production and consumption will decline.

**Table 1: Compound Annual Growth Rates (National Average)**

| Scenario | Year | Normal Growth Compound Annual Growth Rate % | High Growth Compound Annual Growth Rate % |
|---|---|---|---|
| Consumption | | | |
| Oil Consumption | 2020 | 0.86% | 1.36% |
| | 2030 | 0.11% | 0.51% |
| Gas Consumption | 2020 | 0.46% | 0.64% |
| | 2030 | 1.04% | 1.10% |
| Coal Consumption | 2020 | -2.25% | -1.35% |
| | 2030 | -2.82% | -2.52% |
| Production | | | |
| Coal Production | 2020 | -2.63% | -1.77% |
| | 2030 | -2.71% | -2.51% |
| Gas Production | 2020 | 2.87% | 3.01% |
| | 2030 | 2.43% | 2.40% |
| Oil Production | 2020 | 2.21% | 2.28% |
| | 2030 | 1.26% | 1.30% |

State-specific growth factors were used for select scenarios in place of the national default values.  See the GHG Inventory tool for state-specific growth rates.  The projected future inventories are summarized in tables and in graphs in the GHG Inventory tool.  Examples of the summary graphs for Colorado are shown in Figure 1 and Figure 2.  See Appendix D for summary graphs for additional states.





Figure 1 - Colorado GHG Emissions (Federal)



Figure 1 compares total projected 2020 and 2030 emissions to baseline year emissions for each resource on Federal land for Colorado. Data in this figure shows that emissions due to coal production and consumption are predicted to decrease in the future from 40.92 MMTCO2e in 2014 to 26.28 MMTCO2e in the 2030 normal growth scenario. These figures are available for each state and are included in Appendix D.





**Figure 2 - Colorado GHG Emissions (Federal + Non-Federal)**



Figure 2 shows similar data as described in Figure 1 except that it includes Federal and Non-Federal Land.





| | February 2017 | 28 | Project No.1539847 |

## 4.0   SUMMARY OF THE CLIMATE CHANGE INFORMATION

The information provided in this section summarizes the current knowledge based on reports from the Intergovernmental Panel on Climate Change (IPCC) and reported greenhouse gas (GHG) information (described below). As an international body, the Intergovernmental Panel on Climate Change provides a common source of information relating to emission scenarios, provides third-party reviews of models, and recommends approaches to document future climate projections.  In 1988, the IPCC was formed by the World Meteorological Organization and the United Nations Environment Program to review international climate change data.  The IPCC is generally considered to be the definitive source of information related to past and future climate change as well as climate science.  Periodically, the IPCC issues assessment reports summarizing the most current state-of-climate science.  The Fifth Assessment Report (AR5) (IPCC 2013a) represents the most current complete synthesis of information regarding climate change. The body of scientific knowledge related to climate change is evolving rapidly and the information contained herein is likely to change, but does present the state of knowledge at this time. The reports referenced herein, and any subsequent reports provided by IPCC or other bodies, should be consulted in the future for more detailed and current information.

The following sections provide the supporting information necessary to qualitatively understand the contribution of BLM's sub-national GHG emissions inventory to global climate change. First the sub-national inventory is understood in context of the global emissions inventories used by the IPCC (Section 4.1 through 4.3), then the impact of changes to the sub-national inventory are examined in the context of projected changes to global climate (Section 4.4).

## 4.1   Representative Concentration Pathways Emissions

Global climate models require extensive inputs in order to characterize the physical processes and social development paths that could alter climate in the future.  In order to represent the wide range of the inputs possible to global climate models, the IPCC has selected a series of representative concentration pathways (RCPs) that help define the future levels of radiative forcing of the atmosphere.  The IPCC identifies four scenarios, namely, RCP 2.6, RCP 4.5, RCP 6.0 and RCP 8.5. The pathways are named after the radiative forcing projected to occur by 2100. These RCPs have been described more fully by van Vuuren et. al. (2011) in their paper "The representative concentration pathways: an overview" and have been summarized in Table 2, below.





| | February 2017 | 29 | Project No.1539847 |

**Table 2: Characterization of Representative Concentration Pathways**

| Name | Radiative Forcing in 2100 | Characterization |
|---|---|---|
| RCP 8.5 | 8.5 W/m² | Increasing greenhouse gas emissions over time, with no stabilization, representative of scenarios leading to high greenhouse gas concentration levels. |
| RCP 6.0 | 6.0 W/m³ | Total radiative forcing is stabilized shortly after 2100, without overshoot. This is achieved through a reduction in greenhouse gases over time through climate policy. |
| RCP 4.5 | 4.5 W/m² | Total radiative forcing is stabilized shortly after 2100, without overshoot. This is achieved through a reduction in greenhouse gases over time through climate policy. |
| RCP 2.6 | 2.6 W/m² | "Peak and decline" scenario where the radiative forcing first reaches 3.1 W/m² by mid-century and returns to 2.6 W/m² by 2100. This is achieved through a substantial reduction in greenhouse gases over time through stringent climate policy. |

Note: summarized from van Vuuren et. al 2011

The radiative forcing of the atmosphere in each pathway is driven by the concentration of greenhouse gases (GHGs) accumulated in the atmosphere. The RCP Database version 2.0.5 (Integrated Assessment Modeling Consortium, 2015) provides the global atmospheric concentrations and radiative forcing for each RCP, including the total and the contribution from each of the three major GHGs: carbon dioxide ($CO_2$), methane ($CH_4$) and nitrous oxide ($N_2O$). In addition to the concentration and radiative forcing, the annual emissions for the GHGs (including halocarbons, aerosols and other radiative forcing components) are provided at both a global and regional scale. Five regions are considered under the RCPs, with further descriptions available in the database.

- ■ **OECD90** includes the 90 Organization for Economic Co-operation and Development (OECD) countries, therefore encompassing the countries included in the regions Western Europe, Northern America and Pacific OECD.
- ■ **REF** includes the countries from the Reforming Economies region.
- ■ **ASIA** includes the countries China, India and the rest of Asia.
- ■ **MAF** includes the Middle East and African countries.
- ■ **LAM** includes the Latin American countries.

This report relies on the global and OECD90 annual emissions inventories of $CO_2$, $CH_4$ and $N_2O$. The emissions are presented as the total carbon equivalent ($CO_2e$) of the three combined species using the global warming potentials (GWP) of 1, 28, and 265, respectively (Myhre et. al., 2013). While some source information was available at the global and regional level, information on the oil, natural gas and coal



BLM_0052977

| | February 2017 | 30 | Project No.1539847 |
|---|---|---|---|

contributions were not available. For this reason, the focus remains on the total emissions globally and from the OECD90 region. Surrogate relationships will be derived by understanding the relationship between the United States federal emissions and the OECD90 regional emissions.

Figure 3 outlines the GHG emissions profiles, or the GHG emissions on an annual basis for the three RCP scenarios. The upper panel provides the global emissions while the lower panel provides the projected relative contribution of the OECD90 region to the global emissions until the end of the century. Only three of the RCPs are provided in Figure 3. While the database provided information for RCP 6.0, the emissions data provided were not harmonized to the same base year across the models. For this reason, the report focuses on RCP 2.6, RCP 4.5 and RCP 8.5.

**Figure 3 - Comparison of Emission Profiles across Representative Concentration Pathways**





| | February 2017 | 31 | Project No.1539847 |
|---|---|---|---|

The radiative forcing is driven by the cumulative emissions, calculated here as the summation over the annual emissions starting in the year 2000. No cumulative emissions were provided as part of the database for the years prior to 2000, therefore the year 2000 was used as the reference year (e.g. the cumulative emissions and annual emissions for the year 2000 are the same value). Similar to the emissions profiles, the cumulative emissions are shown in Figure 4. Note that when the cumulative emissions are considered, the relative contribution of the OECD90 region to the global cumulative emissions is reasonably consistent under the different RCPs. In general, the percentage contribution of the OECD90 region starts at 35% and drops to approximately 24% by the end of the century.

**Figure 4: Comparison of Cumulative Emissions across Representative Concentration Pathways**





BLM_0052979



| February 2017 | 32 | Project No.1539847 |

## 4.2    National and Sub-National Emissions

In order to better understand the contribution of United States and BLM to the OECD90 region, Golder relied on publicly available reported emissions for 2014. The OECD publishes the GHG emissions by country for the period and the data for the total OECD GHG emissions and United States GHG emissions were extracted from 2005 through to 2014 (OECD, 2017). On average, over the period considered, the United States contributes 43.4% of the OECD90 regional annual emissions, with a standard deviation of 0.5%. As no information is available on the contribution of the United States to OECD90 in future years, it was assumed that this relationship held constant. Multiplying the OECD90 emission profiles by the 43.4% contribution provides the national emissions profile.

The information reported in the previous tasks for BLM's emissions contribution (subject states only) from coal, oil, natural gas and liquefied natural gas was compared to the national GHG emissions for 2014. The sub-national contribution from BLM for the identified sources and subject states is 8.2% of the OECD90 regional emission inventory. For the 2020s and 2030s, a similar decrease in contribution was assumed based on the decrease in contribution of BLM subject states to the national energy GHG emissions. In 2020 the BLM's contribution reduces to 7.8% and in 2030 the contribution reduced to 6.8%.

Using the national and sub-national surrogate relationships to the OECD90 emissions inventory, the reported emissions from OECD and the calculated surrogate emissions based on the RCP scenarios were compared for the 2010 reporting year (Table 3). The derived values from the RCP emissions profiles were with 10% of the reported values, coming in slightly lower than the reported annual emissions.

**Table 3: Comparison of Derived Emissions to Reported Emissions for 2010**

|  | RCP 2.6 GHG Emissions (Gt CO2e) | RCP 4.5 GHG Emissions (Gt CO2e) | RCP 8.5 GHG Emissions (Gt CO2e) | OECD GHG Emissions (Gt CO2e) |
|---|---|---|---|---|
| OECD90 | 15.68 | 14.99 | 15.69 | 16.11 |
| National | 6.81 | 6.51 | 6.81 | 6.99 |

As part of Task 3, Golder examined the contribution of GHG emissions from coal, oil, natural gas and liquefied natural gas for the BLM subject states in 2020 and 2030 under both normal and high production scenarios. Comparing these emissions to the derived BLM emissions profiles under the RCP scenarios, the BLM emissions from Task 3 most closely track with RCP 8.5 in 2020 and between RCP 2.6 and RCP4.5 in 2030. This is shown in Figure 5.



BLM_0052980

| | February 2017 | 33 | Project No.1539847 |
|---|---|---|---|

**Figure 5: Comparison of Emission Profiles for National and Sub-National under RCP and Task 3 Inventories**



Within the BLM emission profile, using the information available from Task 3, the relative mixture of coal, oil and natural gas changes from 2014 to 2030. The dependence on coal is reduced, with increased usage of natural gas by 2030. No information is available on the assumed relative mixture of fossil fuels under each RCP as they are meant to describe specific atmospheric forcing and are not policy prescriptive.

## 4.3    Future Climate Projections

The future climate projections from AR5 are driven by the cumulative emissions through the radiative forcing. While climate change projections are available for different regions, the climate impacts from GHGs are a global issue. Even if we know the emissions generated by a region, the impacts must still be measured on a global scale. For that reason, Golder focused on the global level projections of cumulative emissions and the associated changes in climate. As part of AR5, projections of mean temperature and total precipitation are projected using an ensemble of models. Golder relied on the mean of all the model projections for each year for temperature and precipitation, accessed from the data files available under Annex I: Atlas of Global and Regional Climate Projections (IPCC, 2013b).



BLM_0052981



February 2017      34      Project No.1539847

Changes in climate are generally measured over long time periods to avoid the influence of meteorological or climatic cycles occurring on shorter timescales (e.g. inter-annual variability). The following time periods were selected to measure the projected changes in climate, similar to AR5:

- ■ Current climate: represents the 2000s, measured from 1991 through to 2010;
- ■ Near term: represents the 2030s, measured from 2021 through to 2040; and
- ■ Far term: represents the end of century or 2090s, measured from 2081 through to 2100.

The near term is also selected to overlap with the period considered in Task 3. Based on the model means, measuring from the current climate, the temperature and precipitation are expected to increase globally under all RCPs. As outlined in AR5, these projections are expected to vary regionally, depending on a number of factors. For context, the associated projected change in cumulative emissions for each period based on the RCP emission inventories is also provided and is projected to increase globally. The projected changes in climate and cumulative emissions are provided in Table 4 for the near term and far term periods.

**Table 4: Projected Changes in Climate and Cumulative Emissions under Representative Concentration Pathways**

| RCP Pathway | Near Term | | | Far Term | | |
|---|---|---|---|---|---|---|
| | Temperature (°C) | Precipitation (%) | Cumulative Emissions (Gt CO2e) | Temperature (°C) | Precipitation (%) | Cumulative Emissions (Gt CO2e) |
| RCP 2.6 | 0.78 | 1.44 | 1,366 | 0.97 | 2.27 | 2,376 |
| RCP 4.5 | 0.85 | 1.49 | 1,448 | 1.81 | 3.51 | 4,072 |
| RCP 8.5 | 0.98 | 1.62 | 1,689 | 3.68 | 5.89 | 8,286 |

Climate change projections in AR5 are completed using General Circulation Models (GCMs), which are global models accounting for a number of different physical processes and interactions occurring on multiple temporal and spatial time scales. The relationship is more complex than assigning an expected change in temperature or precipitation to a change in cumulative emissions, although it is a driving force. More importantly, the cumulative emissions carry with them the impact of historical emissions profiles, given the long lifetime of the GHG compounds considered. For this reason, it is difficult to create simple relationships between changes in future emissions profiles and projected future changes in climate.

## 4.4    Understanding Future Climate Impacts

Understanding the sub-national contribution to climate change requires understanding how the projected changes in sub-national emissions compare to the projected changes in the RCP emission inventories. Figure 5 shows that in the near term, sub-national annual emissions are projected to decrease under both the normal and high production scenarios. In comparison, over the same period, only RCP 2.6 is projected





| | February 2017 | 35 | Project No.1539847 |

to decrease annual emissions while RCP 4.5 and RCP 8.5 increase annual emissions. The greatest projected climate change is over the far term (end of century). In order to project the sub-national emissions forward to the end of the century, two scenarios were assumed. In the first scenario, it is assumed that the annual emissions remain constant at the 2014 levels (reductions in 2020 and 2030 are never achieved). This is the "business-as-usual" scenario and provides the upper bounds for the range of sub-national projections. In the second scenario, it is assumed that emissions continue to decrease at the same rate of decrease between 2020 and 2030 (averaged over the normal and high scenarios). This is the "decreased emissions" scenario and provides the lower bound for the range of sub-national projections. This range of projections (labelled BLM Projection) is compared to the projected emissions profiles from the three RCPs in Figure 6.

**Figure 6: Comparison of BLM Emission Projections to Representative Concentration Pathways**



As shown in Figure 6, the range in the sub-national (BLM) projections covers both the RCP 4.5 and RCP 2.6 emissions profile. If the "business as usual" scenario dominates, the future emissions will be greater than or comparable to the RCP 4.5 emissions profile on an annual basis. If the decreased emissions scenario dominates, the future emissions will be comparable to the global reductions in the RCP 2.6 emissions profile.



BLM_0052983



| | February 2017 | 36 | Project No.1539847 |

Projected changes in climate are driven by the cumulative emissions, not the emissions profile. When considering the cumulative emissions on a global scale, the sub-national emissions profile is one of many emission contributions. Any single contribution on a sub-national scale is dwarfed by the large number of comparable national and sub-national contributors on a global scale. The best surrogate for understanding the potential impact of sub-national emissions on climate is behavior of the BLM sub-national emissions relative to all the other contributors. If BLM operates under the business-as-usual scenario while all other contributors are reducing their emissions in line with RCP 2.6, the relative contribution of BLM increases as the emissions more closely resemble RCP 4.5. If BLM operates under the decreased emissions scenario, keeping their reductions in line with RCP 2.6 like all the other contributors, the relative contribution of BLM remains similar to current contributions. If BLM operates under the decreased emissions scenario, while all other contributors are maintaining constant emissions (business-as-usual) or increasing emissions, the relative contribution of BLM greatly reduces. It is very unlikely that the global cumulative emissions will be strongly influenced by a single contributor at a national or sub-national scale. However, the individual behavior of each contributor, through their relative contribution, has the ability to influence which RCP global emissions most closely resembles, and therefore which climate change projections are most likely manifest towards the end of the century.





| | February 2017 | 37 | Project No.1539847 |
|---|---|---|---|

## 5.0    TASK 5 – REPORT

Golder has satisfied Task 5 of this project by preparing this report and hosting a demonstration webinar to BLM on February 23, 2017.  This report includes a summary of the methods and data sources used to estimate the baseline year and future year GHG emissions and the preparation of a discussion on climate change.



BLM_0052985



February 2017                    38                    Project No.1539847

## 6.0   REFERENCES

IPCC. 2013a. Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 1535 pp.

IPCC. 2013b. Annex I: Atlas of Global and Regional Climate Projections [van Oldenborgh, G.J., M. Collins, J. Arblaster, J.H. Christensen, J. Marotzke, S.B. Power, M. Rummukainen and T. Zhou (eds.)]. In: Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Myhre, G., D. Shindell, F.-M. Bréon, W. Collins, J. Fuglestvedt, J. Huang, D. Koch, J.-F. Lamarque, D. Lee, B. Mendoza, T. Nakajima, A. Robock, G. Stephens, T. Takemura and H. Zhang, 2013: Anthropogenic and Natural Radiative Forcing. In: Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

OECD. 2017. Air and GHG emissions (indicator). doi: 10.1787/93d10cf7-en (Accessed on 01 February 2017)



**APPENDIX A**
**Support Information**

BLM_0052987

# U.S. EPA GHG Inventory Report Sources:

**Table 3-21: 2014 Adjusted Non-Energy Use Fossil Fuel Consumption, Storage, and Emissions**

| Sector/Fuel Type | Adjusted Non-Energy Use[a] (TBtu) | Carbon Content Coefficient (MMT C/QBtu) | Potential Carbon (MMT C) | Storage Factor | Carbon Stored (MMT C) | Carbon Emissions (MMT C) | Carbon Emissions (MMT CO$_2$ Eq.) |
|---|---|---|---|---|---|---|---|
| **Industry** | **4,571.6** | **NA** | **83.3** | **NA** | **55.6** | **27.7** | **101.6** |
| Industrial Coking Coal | 23.0 | 31.00 | 0.7 | 0.04 | 0.1 | 0.6 | 2.4 |
| Industrial Other Coal | 10.3 | 25.82 | 0.3 | 0.65 | 0.2 | 0.1 | 0.3 |
| Natural Gas to Chemical Plants | 305.1 | 14.46 | 4.4 | 0.65 | 2.9 | 1.5 | 5.6 |
| Asphalt & Road Oil | 792.6 | 20.55 | 16.3 | 1.00 | 16.2 | 0.1 | 0.3 |
| LPG | 2,109.4 | 17.06 | 36.0 | 0.65 | 23.6 | 12.4 | 45.6 |
| Lubricants | 144.0 | 20.20 | 2.9 | 0.09 | 0.3 | 2.6 | 9.7 |
| Pentanes Plus | 43.5 | 19.10 | 0.8 | 0.65 | 0.5 | 0.3 | 1.1 |
| Naphtha (<401° F) | 435.2 | 18.55 | 8.1 | 0.65 | 5.3 | 2.8 | 10.2 |
| Other Oil (>401° F) | 236.2 | 20.17 | 4.8 | 0.65 | 3.1 | 1.6 | 6.0 |
| Still Gas | 164.6 | 17.51 | 2.9 | 0.65 | 1.9 | 1.0 | 3.6 |
| Petroleum Coke | + | 27.85 | + | 0.04 | + | + | + |
| Special Naphtha | 104.4 | 19.74 | 2.1 | 0.65 | 1.3 | 0.7 | 2.6 |
| Distillate Fuel Oil | 5.8 | 20.17 | 0.1 | 0.04 | 0.1 | 0.1 | 0.2 |
| Waxes | 14.8 | 19.80 | 0.3 | 0.58 | 0.2 | 0.1 | 0.5 |
| Miscellaneous Products | 182.7 | 20.31 | 3.7 | 0.04 | 0.0 | 3.7 | 13.6 |
| **Transportation** | **136.0** | **NA** | **2.7** | **NA** | **0.3** | **2.5** | **9.1** |
| Lubricants | 136.0 | 20.20 | 2.7 | 0.09 | 0.3 | 2.5 | 9.1 |
| **U.S. Territories** | **53.6** | **NA** | **1.1** | **NA** | **0.1** | **1.0** | **3.5** |
| Lubricants | 1.0 | 20.20 | + | 0.09 | + | + | 0.1 |
| Other Petroleum (Misc. Prod.) | 52.6 | 20.00 | 1.1 | 0.04 | 0.1 | 0.9 | 3.5 |
| **Total** | **4,761.2** | | **87.1** | | **55.9** | **31.2** | **114.3** |

**Table 3-28: Coal Production (kt)**

| Year | Underground | | Surface | | Total | |
|---|---|---|---|---|---|---|
| | Number of Mines | Production | Number of Mines | Production | Number of Mines | Production |
| 1990 | 1,683 | 384,244 | 1,656 | 546,808 | 3,339 | 931,052 |
| 2005 | 586 | 334,398 | 789 | 691,448 | 1,398 | 1,025,846 |
| 2010 | 497 | 305,862 | 760 | 676,177 | 1,257 | 982,039 |
| 2011 | 508 | 313,529 | 788 | 684,807 | 1,296 | 998,337 |
| 2012 | 488 | 310,608 | 719 | 610,307 | 1,207 | 920,915 |
| 2013 | 395 | 309,546 | 637 | 581,270 | 1,032 | 890,815 |
| 2014 | 345 | 321,783 | 613 | 583,974 | 958 | 905,757 |

BLM_0052988

**Table 3-36: CH$_4$ Emissions from Petroleum Systems (MMT CO$_2$ Eq.)**

| Activity | 1990 | 2005 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|
| **Production Field Operations** | | | | | | | |
| **(Potential)** | **38.0** | **48.9** | **54.8** | **56.6** | **58.7** | **64.7** | **68.1** |
| Pneumatic controller venting[a] | 19.0 | 30.2 | 33.2 | 33.7 | 33.3 | 37.7 | 39.2 |
| Tank venting | 6.3 | 4.7 | 5.3 | 5.5 | 7.0 | 8.2 | 9.9 |
| Combustion & process upsets | 2.9 | 2.3 | 2.5 | 2.5 | 2.7 | 2.9 | 3.1 |
| Misc. venting & fugitives | 8.4 | 10.5 | 12.5 | 13.5 | 14.3 | 14.3 | 14.5 |
| Wellhead fugitives | 1.5 | 1.2 | 1.4 | 1.4 | 1.5 | 1.5 | 1.5 |
| Production Voluntary Reductions | (0.0) | (0.9) | (1.5) | (1.1) | (1.1) | (0.8) | (0.8) |
| **Production Field Operations** | | | | | | | |
| **(Net)** | **38.0** | **48.0** | **53.3** | **55.4** | **57.5** | **63.9** | **67.4** |
| **Crude Oil Transportation** | **0.2** | **0.1** | **0.1** | **0.1** | **0.2** | **0.2** | **0.2** |
| **Refining** | **0.6** | **0.7** | **0.6** | **0.7** | **0.7** | **0.6** | **0.6** |
| **Total** | **38.7** | **48.8** | **54.1** | **56.3** | **58.4** | **64.7** | **68.1** |

[a] Values presented in this table for pneumatic controllers are net emissions. The revised methodology for the 2016 (current) Inventory incorporates GHGRP subpart W activity and emissions data, and is detailed in the Recalculations Discussion section.

Notes: Totals may not sum due to independent rounding. Parentheses indicate emissions reductions.

**Table 3-38: CO$_2$ Emissions from Petroleum Systems (MMT CO$_2$ Eq.)**

| Activity | 1990 | 2005 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|
| **Production Field Operations** | **0.4** | **0.3** | **0.4** | **0.4** | **0.5** | **0.6** | **0.6** |
| Pneumatic controller venting | + | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Tank venting | 0.3 | 0.2 | 0.3 | 0.3 | 0.4 | 0.4 | 0.5 |
| Misc. venting & fugitives | + | + | + | + | + | + | + |
| Wellhead fugitives | + | + | + | + | + | + | + |
| Process upsets | + | + | + | + | + | + | + |
| **Crude Refining** | **3.2** | **3.6** | **3.8** | **3.8** | **3.4** | **3.1** | **2.9** |
| **Total** | **3.6** | **3.9** | **4.2** | **4.2** | **3.9** | **3.7** | **3.6** |

+ Does not exceed 0.05 MMT CO$_2$ Eq.

Note: Totals may not sum due to independent rounding.

**Table 3-43: CH$_4$ Emissions from Oil Well Completions and Workovers (C&W) (MMT CO$_2$ Eq.)**

| Source | 1990 | 2005 | 2010 | 2013 | 2014 |
|---|---|---|---|---|---|
| HF Completions | 0.6 | 0.9 | 1.7 | 3.0 | 3.0 |
| NonHF Completions | + | + | + | + | + |
| Workovers (HF and nonHF) | + | + | + | + | + |
| **Total C&W** | **0.6** | **0.9** | **1.7** | **3.0** | **3.0** |
| *Previous Total C&W* | + | + | + | + | *NA* |

+ Does not exceed 0.05 MMT CO$_2$ Eq.

Note: Values in *italics* are from the previous Inventory.

BLM_0052989

**Table 3-45:  Potential Emissions from CO$_2$ Capture and Extraction for EOR Operations (kt)**

| Stage | 1990 | 2005 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|
| Capture Facilities | 4,832 | 6,475 | 9,900 | 9,877 | 9,267 | 12,205 | 13,093 |
| Extraction Facilities | 20,811 | 28,267 | 44,759 | 48,370 | 48,869 | 46,984 | 46,225 |
| Total | 25,643 | 34,742 | 54,659 | 58,247 | 58,136 | 59,189 | 59,318 |

**Table A-38:  Key Assumptions for Estimating CO$_2$ Emissions**

| Fuel Type | C Content Coefficient (MMT C/QBtu) |
|---|---|
| **Coal** | |
| Residential Coal | [c] |
| Commercial Coal | [c] |
| Industrial Coking Coal | [c] |
| Industrial Other Coal | [c] |
| Electric Power Coal | [c] |
| U.S. Territory Coal (bit) | 25.14 |
| **Pipeline Natural Gas** | |
| Flare Gas[a] | 14.92 |
| **Petroleum** | |
| Asphalt & Road Oil | 20.55 |
| Aviation Gasoline | 18.86 |
| Distillate Fuel Oil No. 1 | 19.98 |
| Distillate Fuel Oil No. 2[b] | 20.17 |
| Distillate Fuel Oil No. 4 | 20.47 |
| Jet Fuel | [c] |
| Kerosene | 19.96 |
| LPG (energy use) | [c] |
| LPG (non-energy use) | [c] |
| Lubricants | 20.20 |
| Motor Gasoline | [c] |
| Residual Fuel Oil No. 5 | 19.89 |
| Residual Fuel Oil No. 6[b] | 20.48 |
| **Other Petroleum** | |
| AvGas Blend Components | 18.87 |
| Crude Oil | [c] |
| MoGas Blend Components | [c] |
| Misc. Products | [c] |
| Misc. Products (Territories) | 20.00 |
| Naphtha (<401 deg. F) | 18.55 |
| Other Oil (>401 deg. F) | 20.17 |
| Pentanes Plus | 19.10 |
| Petroleum Coke | 27.85 |
| Still Gas | 18.20 |
| Special Naphtha | 19.74 |
| Unfinished Oils | [c] |
| Waxes | 19.80 |
| **Geothermal** | 2.05 |

[a] Flare gas is not used in the CO$_2$ from fossil fuel combustion calculations and is presented for informational purposes only.
[b] Distillate fuel oil No.2 and residual fuel oil No. 6 are used in the CO$_2$ from fossil fuel combustion calculations, and other oil types are presented for informational purposes only. An additional discussion on the derivation of these carbon content coefficients is presented in Annex 2.2.
Sources: C coefficients from EIA (2009b) and EPA (2010a).
[c] These coefficients vary annually due to fluctuations in fuel quality (see Table A-39).

**Table A-39: Annually Variable C Content Coefficients by Year (MMT C/QBtu)**

| Fuel Type | 1990 | 1995 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Residential Coal | 26.20 | 26.13 | 26.01 | 26.00 | 25.98 | 26.04 | 25.91 | 26.09 | 26.29 | 25.94 | 25.71[a] | 25.71[a] | 25.71[a] | 25.71[a] | 25.71[a] | 25.71[a] | 25.71[a] |
| Commercial Coal | 26.00 | 26.13 | 26.01 | 26.00 | 25.98 | 26.04 | 25.91 | 26.09 | 26.29 | 25.94 | 25.71 | 25.71 | 25.71 | 25.71 | 25.71 | 25.71 | 25.71 |
| Industrial Coking Coal | 31.00 | 31.00 | 31.00 | 31.00 | 31.00 | 31.00 | 31.00 | 31.00 | 31.00 | 31.00 | 31.00 | 31.00 | 31.00 | 31.00 | 31.00 | 31.00 | 31.00 |
| Industrial Other Coal | 25.82 | 25.80 | 25.74 | 25.66 | 25.57 | 25.55 | 25.56 | 25.80 | 25.84 | 25.82 | 25.82 | 25.82 | 25.82 | 25.82 | 25.82 | 25.82 | 25.82 |
| Electric Power Coal | 25.96 | 25.93 | 26.00 | 26.00 | 26.05 | 26.09 | 26.10 | 26.09 | 26.04 | 26.05 | 26.05 | 26.05 | 26.05 | 26.05 | 26.05 | 26.05 | 26.05 |
| Pipeline Natural Gas | 14.45 | 14.46 | 14.47 | 14.46 | 14.46 | 14.44 | 14.46 | 14.46 | 14.46 | 14.46 | 14.46 | 14.46 | 14.46 | 14.46 | 14.46 | 14.46 | 14.46 |
| LPG (energy use) | 16.86 | 16.82 | 16.89 | 16.87 | 16.85 | 16.86 | 16.84 | 16.84 | 16.83 | 16.82 | 16.83 | 16.83 | 16.83 | 16.83 | 16.83 | 16.83 | 16.83 |
| LPG (non-energy use) | 17.06 | 17.09 | 17.09 | 17.10 | 17.09 | 17.09 | 17.07 | 17.06 | 17.06 | 17.05 | 17.06 | 17.06 | 17.06 | 17.06 | 17.06 | 17.06 | 17.06 |
| Motor Gasoline | 19.42 | 19.36 | 19.33 | 19.34 | 19.38 | 19.36 | 19.38 | 19.36 | 19.45 | 19.56 | 19.46 | 19.46 | 19.46 | 19.46 | 19.46 | 19.46 | 19.46 |
| Jet Fuel | 19.40 | 19.34 | 19.70 | 19.70 | 19.70 | 19.70 | 19.70 | 19.70 | 19.70 | 19.70 | 19.70 | 19.70 | 19.70 | 19.70 | 19.70 | 19.70 | 19.70 |
| MoGas Blend Components | 19.42 | 19.36 | 19.33 | 19.34 | 19.38 | 19.36 | 19.38 | 19.36 | 19.45 | 19.56 | 19.46 | 19.46 | 19.46 | 19.46 | 19.46 | 19.46 | 19.46 |
| Misc. Products | 20.15 | 20.21 | 20.22 | 20.27 | 20.28 | 20.25 | 20.31 | 20.31 | 20.28 | 20.28 | 20.31 | 20.31 | 20.31 | 20.31 | 20.31 | 20.31 | 20.31 |
| Unfinished Oils | 20.15 | 20.21 | 20.22 | 20.27 | 20.28 | 20.25 | 20.31 | 20.31 | 20.28 | 20.28 | 20.31 | 20.31 | 20.31 | 20.31 | 20.31 | 20.31 | 20.31 |
| Crude Oil | 20.15 | 20.21 | 20.22 | 20.27 | 20.28 | 20.25 | 20.31 | 20.31 | 20.28 | 20.28 | 20.31 | 20.31 | 20.31 | 20.31 | 20.31 | 20.31 | 20.31 |

[a] EIA discontinued collection of residential sector coal consumption data in 2008, because consumption of coal in the residential sector is extremely limited. Therefore, the number cited here is developed from commercial/institutional consumption.

Source: EPA (2016a).

BLM_0052991

**Table A-277: Conversion Factors to Energy Units (Heat Equivalents)**

| Fuel Category (Units) | Fuel Type | Production | Imports | Exports | Stock Change | Adjustment | Bunkers | U.S. Territories |
|---|---|---|---|---|---|---|---|---|
| Solid Fuels (Million Btu/Short Ton) | Anthracite Coal | 22.57 | | | | | | |
| | Bituminous Coal | 23.89 | | | | | | |
| | Sub-bituminous Coal | 17.14 | | | | 28.16 | | |
| | Lignite | 12.87 | | | | 12.87 | | |
| | Coke | | 21.86 | 25.41 | 21.86 | | | |
| | Unspecified | | 25.00 | 25.97 | 20.86 | 266.92 | | 25.14 |
| Natural Gas (BTU/Cubic Foot) | | 1,032 | 1,025 | 1,009 | 1,032 | 1,031 | | 1,032 |
| Liquid Fuels (Million Btu/Barrel) | Crude Oil | 5.80 | 6.04 | 5.80 | 5.80 | | 5.80 | 5.80 |
| | Nat Gas Liquids and Liquefied Refinery Gases | 3.72 | 3.72 | 3.72 | 3.72 | | 3.72 | 3.72 |
| | Other Liquids | 5.83 | 5.83 | 5.83 | 5.83 | | 5.83 | 5.83 |
| | Motor Gasoline | 5.06 | 5.06 | 5.06 | 5.06 | | 5.06 | 5.06 |
| | Aviation Gasoline | | 5.05 | 5.05 | 5.05 | | 5.05 | 5.05 |
| | Kerosene | | 5.67 | 5.67 | 5.67 | | 5.67 | 5.67 |
| | Jet Fuel | | 5.67 | 5.67 | 5.67 | | 5.81 | 5.67 |
| | Distillate Fuel | | 5.83 | 5.83 | 5.83 | 5.83 | 5.83 | 5.83 |
| | Residual Oil | | 6.29 | 6.29 | 6.29 | 6.29 | 6.29 | 6.29 |
| | Naphtha for petrochemical feedstocks | | 5.25 | 5.25 | 5.25 | | 5.25 | 5.25 |
| | Petroleum Coke | | 6.02 | 6.02 | 6.02 | 6.02 | 6.02 | 6.02 |
| | Other Oil for petrochemical feedstocks | | 5.83 | 5.83 | 5.83 | 5.83 | 5.83 | 5.83 |
| | Special Naphthas | | 5.25 | 5.25 | 5.25 | | 5.25 | 5.25 |
| | Lubricants | | 6.07 | 6.07 | 6.07 | | 6.07 | 6.07 |
| | Waxes | | 5.54 | 5.54 | 5.54 | | 5.54 | 5.54 |
| | Asphalt/Road Oil | | 6.64 | 6.64 | 6.64 | | 6.64 | 6.64 |
| | Still Gas | | 6.00 | 6.00 | 6.00 | | 6.00 | 6.00 |
| | Misc. Products | | 5.80 | 5.80 | 5.80 | | 5.80 | 5.80 |

Sources: Coal and lignite production: EIA (1992); Unspecified Solid Fuels, Coke, Natural Gas and Petroleum Products: EIA (1995-2015).

BLM_0052992

**Table A-279:  2014 Potential CO₂ Emissions**

| Fuel Category | Fuel Type | Apparent Consumption (QBtu) | Carbon Coefficients (MMT Carbon/QBtu) | Potential Emissions (MMT CO$_2$ Eq.) |
|---|---|---|---|---|
| Solid Fuels | Anthracite Coal | 0.04 | 28.28 | 3.8 |
| | Bituminous Coal | 10.79 | 25.44 | 1,006.1 |
| | Sub-bituminous Coal | 8.13 | 26.50 | 789.8 |
| | Lignite | 0.87 | 26.65 | 85.1 |
| | Coke | (0.02) | 31.00 | (2.5) |
| | Unspecified | (2.88) | 25.34 | (267.8) |
| Gas Fuels | Natural Gas | 27.33 | 14.46 | 1,448.7 |
| Liquid Fuels | Crude Oil | 33.89 | 20.31 | 2,508.2 |
| | Nat Gas Liquids and LRGs | 3.17 | 16.89 | 196.5 |
| | Other Liquids | 1.39 | 20.31 | 103.8 |
| | Motor Gasoline | (1.03) | 19.46 | (73.3) |
| | Aviation Gasoline | (0.00) | 18.86 | (0.1) |
| | Kerosene | (0.01) | 19.96 | (1.0) |
| | Jet Fuel | (1.08) | 19.70 | (77.8) |
| | Distillate Fuel | (1.94) | 20.17 | (143.6) |
| | Residual Oil | (0.72) | 20.48 | (53.9) |
| | Naphtha for petrochemical feedstocks | 0.05 | 18.55 | 3.5 |
| | Petroleum Coke | (1.22) | 27.85 | (124.3) |
| | Other Oil for petrochemical feedstocks | 0.01 | 20.17 | 0.8 |
| | Special Naphthas | 0.03 | 19.74 | 1.8 |
| | Lubricants | (0.09) | 20.20 | (6.4) |
| | Waxes | 0.00 | 19.80 | 0.0 |
| | Asphalt/Road Oil | 0.02 | 20.55 | 1.3 |
| | Still Gas | - | 18.20 | - |
| | Misc. Products | 0.05 | 20.31 | 3.7 |
| Total | | | | 5,402.4 |

Notes: Totals may not sum due to independent rounding.  Parentheses indicate negative values.
Sources: C content coefficients by coal rank from USGS (1998) and SAIC (2004); Unspecified Solid Fuels, EIA (1995-2015), Natural Gas and Liquid Fuels: EPA (1995-2015).

BLM_0052993

## Table A-280: 2014 Non-Energy Carbon Stored in Products

| Fuel Type | Consumption for Non-Energy Use (TBtu) | Carbon Coefficients (MMT Carbon/QBtu) | Carbon Content (MMT Carbon) | Fraction Sequestered | Carbon Stored (MMT CO$_2$ Eq.) |
|---|---|---|---|---|---|
| Coal | 23.0 | 31.00 | 0.71 | 0.10 | 0.9 |
| Natural Gas | 305.1 | 14.46 | 4.41 | 0.65 | 10.6 |
| Asphalt & Road Oil | 792.6 | 20.55 | 16.29 | 1.00 | 59.5 |
| LPG | 2,109.4 | 17.06 | 35.99 | 0.65 | 86.4 |
| Lubricants | 281.1 | 20.20 | 5.68 | 0.09 | 1.9 |
| Pentanes Plus | 43.5 | 19.10 | 0.83 | 0.65 | 2.0 |
| Petrochemical Feedstocks | [a] | [a] | [a] | [a] | 37.7 |
| Petroleum Coke | 0.0 | 27.85 | 0.00 | 0.30 | 0.0 |
| Special Naphtha | 104.4 | 19.74 | 2.06 | 0.65 | 4.9 |
| Waxes/Misc. | [a] | [a] | [a] | [a] | 0.8 |
| Misc. U.S. Territories Petroleum | [a] | [a] | [a] | [a] | 0.4 |
| Total | | | | | 205.2 |

[a] Values for Misc. U.S. Territories Petroleum, Petrochemical Feedstocks and Waxes/Misc. are not shown because these categories are aggregates of numerous smaller components.
Note: Totals may not sum due to independent rounding.

## U.S. Department of Interior – Office of Natural Resources Revenue Data



**Reported Revenues - Sales Volumes**
Federal Onshore in California

**For FY 2014 through FY 2014**
**By Accounting Year**

| Volume Type | Commodity | Product | 2014 |
|---|---|---|---|
| Reported Royalties | Gas (mcf) | Fuel Gas (mcf) | 201,935.99 |
| | | Gas Lost - Flared or Vented (mcf) | 88,747.89 |
| | | Processed (Residue) Gas (mcf) | 5,152,346.04 |
| | | Unprocessed (Wet) Gas (mcf) | 1,539,910.22 |
| | NGL (gal) | Gas Plant Products (gal) | 11,404,984.09 |
| | Oil (bbl) | Condensate (bbl) | 31,696.79 |
| | | Drip or Scrubber Condensate (bbl) | (11,273.63) |
| | | Oil (bbl) | 14,639,419.60 |
| | Other Products | Anhydrous Sodium Sulfate (ton) | 140,380.00 |
| | | Borax-Decahydrate (ton) | 48,877.00 |
| | | Borax-Pentahydrate (ton) | 80,206.00 |
| | | Boric Acid (ton) | 28,597.00 |
| | | Geothermal - Direct Utilization, Millions of BTUs (mmbtu) | 214,170.00 |
| | | Geothermal - Electrical Generation, Kilowatt Hours (kwh) | 795,542,171.32 |
| | | Geothermal - Electrical Generation, Thousands of Pounds (klb) | 37,963,524.66 |
| | | Geothermal - sulfur (lton) | 2,199.01 |
| | | Salt (ton) | 147,196.00 |
| | | Soda Ash (ton) | 815,459.00 |
| | | Sodium Bi-Carbonate (ton) | 16,661.00 |



**Reported Revenues - Sales Volumes**
**Federal Onshore in Colorado**

**For FY 2014 through FY 2014**
**By Accounting Year**

| Volume Type | Commodity | Product | 2014 |
|---|---|---|---|
| Reported Royalties | Coal (ton) | Coal (ton) | 16,926,374 |
| | | Coal-Subbituminous-Processed (ton) | -74,186,107 |
| | Gas (mcf) | Coal Bed Methane (mcf) | 10,207,710 |
| | | Fuel Gas (mcf) | 3,428,102 |
| | | Gas Lost - Flared or Vented (mcf) | 19,748 |
| | | Processed (Residue) Gas (mcf) | 276,196,462 |
| | | Unprocessed (Wet) Gas (mcf) | 38,659,918 |
| | NGL (gal) | Gas Plant Products (gal) | 386,184,617 |
| | Oil (bbl) | Condensate (bbl) | 1,052,711 |
| | | Drip or Scrubber Condensate (bbl) | -1,032 |
| | | Inlet Scrubber (bbl) | 67,808 |
| | | Oil (bbl) | 3,973,622 |
| | Other Products | Carbon Dioxide Gas (CO2) (mcf) | 360,603,585 |
| | | Helium (bbl) | 531 |
| | | Sodium Bi-Carbonate (ton) | 142,991 |



**Reported Revenues - Sales Volumes**
**Federal Onshore in Idaho**
**For FY 2014 through FY 2014**
**By Accounting Year**

| Volume Type | Commodity | Product | 2014 |
|---|---|---|---|
| Reported Royalties | Other Products | Phosphate Raw Ore (ton) | 5,078,330.00 |

BLM_0052996



**Reported Revenues - Sales Volumes**
Federal Onshore in Kansas
**For FY 2014 through FY 2014**
**By Accounting Year**

| Volume Type | Commodity | Product | 2014 |
|---|---|---|---|
| **Reported Royalties** | Gas (mcf) | Fuel Gas (mcf) | 313,237.76 |
| | | Nitrogen (mcf) | 2,580.25 |
| | | Processed (Residue) Gas (mcf) | 5,452,072.48 |
| | | Unprocessed (Wet) Gas (mcf) | (1,717,048.76) |
| | NGL (gal) | Gas Plant Products (gal) | 9,352,822.15 |
| | Oil (bbl) | Condensate (bbl) | 114.08 |
| | | Oil (bbl) | 193,272.25 |
| | | Sweet Crude (bbl) | 213.43 |
| | Other Products | Helium (bbl) | 969.28 |



**Reported Revenues - Sales Volumes**
Federal Onshore in Montana
**For FY 2014 through FY 2014**
**By Accounting Year**

| Volume Type | Commodity | Product | 2014 |
|---|---|---|---|
| **Reported Royalties** | Coal (ton) | Coal (ton) | 21,142,237.00 |
| | Gas (mcf) | Coal Bed Methane (mcf) | 35,589.84 |
| | | Fuel Gas (mcf) | 6,195.00 |
| | | Processed (Residue) Gas (mcf) | (14,354.46) |
| | | Unprocessed (Wet) Gas (mcf) | 12,427,621.88 |
| | NGL (gal) | Gas Plant Products (gal) | 1,008,270.19 |
| | Oil (bbl) | Condensate (bbl) | 59,912.64 |
| | | Oil (bbl) | 2,595,164.94 |
| | Other Products | Sulfur (lton) | 429.45 |



**Reported Revenues - Sales Volumes**

<mark>Federal Onshore in Nevada</mark>

**For FY 2014 through FY 2014**
**By Accounting Year**

| Volume Type | Commodity | Product | 2014 |
|---|---|---|---|
| **Reported Royalties** | Oil (bbl) | Condensate (bbl) | 408.15 |
| | | Oil (bbl) | 313,050.97 |
| | Other Products | Geothermal - Electrical Generation, Kilowatt Hours (kwh) | 1,462,197,056.83 |

BLM_0052998



**Reported Revenues - Sales Volumes**
**Federal Onshore in New Mexico**
For FY 2014 through FY 2014
By Accounting Year

| Volume Type | Commodity | Product | 2014 |
|---|---|---|---|
| Reported Royalties | Coal (ton) | Coal (ton) | 6,219,765 |
| | Gas (mcf) | Coal Bed Methane (mcf) | 217,753,355 |
| | | Fuel Gas (mcf) | 8,361,517 |
| | | Gas Lost - Flared or Vented (mcf) | 8,766,386 |
| | | Processed (Residue) Gas (mcf) | 251,854,182 |
| | | Unprocessed (Wet) Gas (mcf) | 144,173,535 |
| | NGL (gal) | Gas Plant Products (gal) | 1,227,068,906 |
| | Oil (bbl) | Condensate (bbl) | 2,666,935.60 |
| | | Drip or Scrubber Condensate (bbl) | 23,813 |
| | | Inlet Scrubber (bbl) | 6,834 |
| | | Oil (bbl) | 52,404,277 |
| | | Oil Lost (bbl) | 38 |
| | | Other Liquid Hydrocarbons (bbl) | 1,044 |
| | | Sweet Crude (bbl) | 16,359 |
| | Other Products | Carbon Dioxide Gas (CO2) (mcf) | 9,958,169 |
| | | Geothermal - Electrical Generation, Kilowatt Hours (kwh) | 5,332,660.00 |
| | | Langbeinite (ton) | 631,373 |
| | | Muriate Of Potash-Granular (ton) | 495,144 |
| | | Muriate Of Potash-Standard (ton) | 84,147.00 |
| | | Potash (ton) | 344,742 |
| | | Salt (ton) | 505,904 |
| | | Sylvite-Raw Ore (ton) | 346,720.00 |

BLM_0052999



**Reported Revenues - Sales Volumes**
Federal Onshore in North Dakota
**For FY 2014 through FY 2014**
**By Accounting Year**

| Volume Type | Commodity | Product | 2014 |
|---|---|---|---|
| **Reported Royalties** | Coal (ton) | Coal (ton) | 4,837,347.00 |
| | Gas (mcf) | Fuel Gas (mcf) | 93,845.60 |
| | | Gas Lost - Flared or Vented (mcf) | 714.71 |
| | | Nitrogen (mcf) | 28,045.13 |
| | | Processed (Residue) Gas (mcf) | 3,802,632.97 |
| | | Unprocessed (Wet) Gas (mcf) | 9,661,187.59 |
| | NGL (gal) | Gas Plant Products (gal) | 23,571,595.02 |
| | Oil (bbl) | Condensate (bbl) | 1,412.11 |
| | | Drip or Scrubber Condensate (bbl) | 4,804.24 |
| | | Oil (bbl) | 17,648,299.93 |
| | | Sweet Crude (bbl) | 104,265.60 |
| | Other Products | Leonardite (ton) | 7,789.00 |

BLM_0053000



**Reported Revenues - Sales Volumes**
**Federal Onshore in Oklahoma**
**For FY 2014 through FY 2014**
**By Accounting Year**

| Volume Type | Commodity | Product | 2014 |
|---|---|---|---|
| Reported Royalties | Coal (ton) | Coal (ton) | 563,275.00 |
| | Gas (mcf) | Coal Bed Methane (mcf) | 1,814.49 |
| | | Fuel Gas (mcf) | 38,099.60 |
| | | Processed (Residue) Gas (mcf) | 6,467,866.35 |
| | | Unprocessed (Wet) Gas (mcf) | 8,273,232.35 |
| | NGL (gal) | Gas Plant Products (gal) | 17,211,697.70 |
| | Oil (bbl) | Condensate (bbl) | 68,749.30 |
| | | Drip or Scrubber Condensate (bbl) | 17.20 |
| | | Inlet Scrubber (bbl) | 0.16 |
| | | Oil (bbl) | 466,222.94 |
| | | Sweet Crude (bbl) | 109.12 |
| | Other Products | Helium (bbl) | 0.06 |



**Reported Revenues - Sales Volumes**
Federal Onshore in South Dakota
**For FY 2014 through FY 2014**
**By Accounting Year**

| Volume Type | Commodity | Product | 2014 |
|---|---|---|---|
| Reported Royalties | Gas (mcf) | Unprocessed (Wet) Gas (mcf) | 114,273.53 |
| | Oil (bbl) | Oil (bbl) | 154,994.69 |

BLM_0053001



**Reported Revenues - Sales Volumes**

**Federal Onshore in Texas**

For FY 2014 through FY 2014
By Accounting Year

| Volume Type | Commodity | Product | 2014 |
|---|---|---|---|
| **Reported Royalties** | Gas (mcf) | Flash Gas (mcf) | 8,828.11 |
| | | Fuel Gas (mcf) | 49,036.06 |
| | | Processed (Residue) Gas (mcf) | 1,440,797.69 |
| | | Unprocessed (Wet) Gas (mcf) | 46,064,274.62 |
| | NGL (gal) | Gas Plant Products (gal) | 8,024,573.89 |
| | Oil (bbl) | Condensate (bbl) | 116,626.94 |
| | | Drip or Scrubber Condensate (bbl) | 837.15 |
| | | Inlet Scrubber (bbl) | 4,322.24 |
| | | Oil (bbl) | 333,517.45 |



**Reported Revenues - Sales Volumes**
Federal Onshore in Utah
**For FY 2014 through FY 2014**
**By Accounting Year**

| Volume Type | Commodity | Product | 2014 |
|---|---|---|---|
| Reported Royalties | Coal (ton) | Coal (ton) | 15,063,098.00 |
| | Gas (mcf) | Coal Bed Methane (mcf) | 12,620,302.36 |
| | | Fuel Gas (mcf) | 1,003,474.06 |
| | | Gas Lost - Flared or Vented (mcf) | 11,251.00 |
| | | Processed (Residue) Gas (mcf) | 305,589,953.90 |
| | | Unprocessed (Wet) Gas (mcf) | (79,035,425.60) |
| | NGL (gal) | Gas Plant Products (gal) | 331,822,390.45 |
| | Oil (bbl) | Black Wax Crude (bbl) | 13,026.00 |
| | | Condensate (bbl) | 1,794,846.04 |
| | | Drip or Scrubber Condensate (bbl) | 59,514.09 |
| | | Inlet Scrubber (bbl) | 192,660.40 |
| | | Oil (bbl) | 11,124,894.16 |
| | | Other Liquid Hydrocarbons (bbl) | 50.82 |
| | Other Products | Carbon Dioxide Gas (CO2) (mcf) | 448,184.56 |
| | | Clay (ton) | 42,735.00 |
| | | Geothermal - Electrical Generation, Kilowatt Hours (kwh) | 96,265,966.40 |
| | | Geothermal - Electrical Generation, Thousands of Pounds (klb) | 2,551,021,292.65 |
| | | Gilsonite (ton) | 30,565.00 |
| | | Magnesium Chloride Brine (ton) | 52,734.00 |
| | | Potash (ton) | 30,717.00 |
| | | Salt (ton) | 17,483.00 |

BLM_0053003



**Reported Revenues - Sales Volumes**
Federal Onshore in Wyoming
**For FY 2014 through FY 2014**
**By Accounting Year**

| Volume Type | Commodity | Product | 2014 |
|---|---|---|---|
| Reported Royalties | Coal (ton) | Coal (ton) | 339,773,956.00 |
| | Gas (mcf) | Coal Bed Methane (mcf) | 183,816,197.73 |
| | | Flash Gas (mcf) | 22,991.00 |
| | | Fuel Gas (mcf) | 5,724,519.46 |
| | | Gas Lost - Flared or Vented (mcf) | 44,353.79 |
| | | Nitrogen (mcf) | (1,238.96) |
| | | Processed (Residue) Gas (mcf) | 920,628,661.59 |
| | | Unprocessed (Wet) Gas (mcf) | (137,494,879.81) |
| | NGL (gal) | Gas Plant Products (gal) | 1,897,810,381.31 |
| | Oil (bbl) | Condensate (bbl) | 5,782,235.78 |
| | | Drip or Scrubber Condensate (bbl) | 165,388.63 |
| | | Inlet Scrubber (bbl) | 11,696.88 |
| | | Oil (bbl) | 28,920,531.15 |
| | | Other Liquid Hydrocarbons (bbl) | (122.08) |
| | Other Products | Carbon Dioxide Gas (CO2) (mcf) | 162,009,686.33 |
| | | Purge Liquor (ton) | 92,473.00 |
| | | Salt (ton) | 303,400.00 |
| | | Soda Ash (ton) | 5,301,862.00 |
| | | Sodium Bi-Carbonate (ton) | 80,329.00 |
| | | Sodium Sesquicarbonate (ton) | 112,091.00 |
| | | Sulfide (ton) | 28,131.00 |
| | | Sulfur (lton) | 154,822.33 |
| | | Trona Ore (ton) | 117,014.00 |

**APPENDIX B**
**GHG Inventory Toolkit Instruction Manual**

BLM_0053005



# GREENHOUSE GAS EMISSIONS TOOLKIT

# INSTRUCTIONS MANUAL

**Prepared For:**   Bureau of Land Management
2850 Youngfield Street
Lakewood, Colorado 80215

**Prepared By:**   Golder Associates Inc.
2809 East Harmony Road, Suite 310
Fort Collins, Colorado 80528

**February 28, 2017**                                    **1539847**



Golder, Golder Associates and the GA globe design are trademarks of Golder Associates Corporation

BLM_0053006



February 2017                                        i                                        1539847

# Table of Contents

1.0   INTRODUCTION.................................................................................................................. 1

2.0   TOOL STRUCTURE ........................................................................................................... 2

   2.1   Navigation Buttons ..................................................................................................... 2

   2.2   New Project Panel....................................................................................................... 2

      2.2.1   Project Info ......................................................................................................... 3

      2.2.2   Consumption Breakdown ................................................................................. 10

      2.2.3   GHG Emission Calculations ............................................................................. 18

   2.3   Approved Development Panel Tab ........................................................................... 24

   2.4   Table 1 – Production Summary................................................................................. 24

   2.5   Table 2a – Coal Consumption Summary ................................................................. 27

   2.6   Tables 2b through 2c – Oil, Natural Gas, and Natural Gas Liquids Consumption .. 28

   2.7   Tables 3a through 3d – Coal, Oil, Natural Gas, and Natural Gas Liquids Summaries............. 28

   2.8   Table 5a – Coal GHG Emissions Summary.............................................................. 29

   2.9   Tables 5b through 5d – Oil, Natural Gas, and Natural Gas Liquids GHG Emissions
         Summary.................................................................................................................... 32

   2.10  GHG Baseline Charts................................................................................................ 32

   2.11  State Specific GHG Charts ...................................................................................... 34

   2.12  Growth Factors.......................................................................................................... 35

   2.13  Growth Factors in Summary Tables ......................................................................... 40

      2.13.1   Table 1 – Production Summary........................................................................ 41

      2.13.2   Table 2a – Coal Consumption Summary ........................................................ 41

      2.13.3   Table 5a – Coal GHG Emissions Summary.................................................... 42

   2.14  Future Emissions Summary Charts .......................................................................... 43

3.0   SUMMARY ....................................................................................................................... 44

4.0   REFERENCES.................................................................................................................. 45





| | February 2017 | 1 | 1539847 |
|---|---|---|---|

## 1.0 INTRODUCTION

The Bureau of Land Management (BLM) contracted Golder Associates Inc. (Golder) to develop a greenhouse gas (GHG) emissions calculation tool (Tool) for assistance with evaluating projects in accordance with National Environmental Policy Act (NEPA) regulations. The Tool focuses on baseline GHG emissions from year 2014 from production and consumption activities for the following resources:

- Coal
- Oil
- Natural Gas
- Natural Gas Liquids

This manual is designed to explain to users how to use the Tool for analysis of new or pending projects, general layout and structure of the Tool, and how data is presented to allow for proper evaluations. Further explanation of these topics is presented in the following sections.



BLM_0053008



| February 2017 | 2 | 1539847 |

## 2.0   TOOL STRUCTURE

### 2.1   Navigation Buttons

Each tab of the tool has buttons at the top that will help the user navigate through the workbook. There is a large amount of data and several tabs are present which can make scrolling through the workbook a tedious act.  The button for the tab that the user is on will be bordered with a bold black line and will not have any functionality. This will allow the user to keep track of their location within the Tool.

**Bold border indicates that the user is on the New Project Panel tab.**



### 2.2   New Project Panel

One of the main functions of the Tool is to allow BLM staff to input new projects that are being evaluated via the NEPA process. The "New Project Panel" was designed to allow input for a project and then the Tool will produce associated GHG emissions and create a comparison in relation to the 2014 baseline. A step-by-step process for project input is explained below:





| February 2017 | 3 | 1539847 |
|---|---|---|

### 2.2.1   Project Info



**Add project name and date of evaluation**



**Click on Project Location cell**

**Drop down button becomes available**



BLM_0053010



February 2017      4      1539847



**Locations become available based on federal or non-federal lands and select states.**



**Select location of project.**



BLM_0053011



February 2017                    5                              1539847



Project and all associated emissions will be evaluated against baseline Colorado non-federal lands.



Input project annual production volumes for applicable fuels/resources.



Example values.



BLM_0053012





| | Coal (TBtu) | Oil (TBtu) | Natural Gas (TBtu) | Natural Gas Liquids (TBtu) |
|---|---|---|---|---|
| Consumption | | | | |

**Input project annual consumption volumes for applicable fuels/resources.**

| | Coal (TBtu) | Oil (TBtu) | Natural Gas (TBtu) | Natural Gas Liquids (TBtu) |
|---|---|---|---|---|
| Consumption | 11 | 1,150 | 671 | 465 |

**Values represent if consumption is equal to production inputs.**



BLM_0053013



## Consumption Conversion Chart

| Coal | Short Tons | TBtu |
|---|---|---|
| Anthracite | | 0.00 |
| Bituminous | | 0.00 |
| Sub-Bituminous | | 0.00 |
| Lignite | | 0.00 |
| Coke | | 0.00 |
| Unspecified | | 0.00 |

| Oil | Mbbls | TBtu |
|---|---|---|
| | | 0.00 |

| Natural Gas | MMcf | TBtu |
|---|---|---|
| | | 0.00 |

| Natural Gas Liquids | Mbbls | TBtu |
|---|---|---|
| | | 0.00 |

**If consumption energy units are not known, use conversion chart.**





## Consumption Conversion Chart

| Coal | Short Tons | TBtu |
|---|---|---|
| Anthracite | 500,000 | 11.29 |
| Bituminous | | 0.00 |
| Sub-Bituminous | | 0.00 |
| Lignite | | 0.00 |
| Coke | | 0.00 |
| Unspecified | | 0.00 |

| Oil | Mbbls | TBtu |
|---|---|---|
| | 200,000 | 1,149.73 |

| Natural Gas | MMcf | TBtu |
|---|---|---|
| | 650,000 | 670.80 |

| Natural Gas Liquids | Mbbls | TBtu |
|---|---|---|
| | 125,000 | 465.00 |


Golder Associates

BLM_0053015





Select "Coal Type" cell.

Select drop down arrow.



Select type of coal associated with project.



BLM_0053016



| | February 2017 | 10 | 1539847 |

### 2.2.2   Consumption Breakdown

Once all project production and total consumption information has been entered, apply default national percentages or project specific factors to allocate consumption to specific sectors. Default factors are generated based off of the U.S. Greenhouse Gas Report. Default factors can be generated either all at once or for each individual sector. Areas shaded gray will not receive data as it was determined no consumption of the fuel/resource occurred in that sector.



**Select for all default % or select each one individually for each sector.**



BLM_0053017



| | February 2017 | 11 | 1539847 |
|---|---|---|---|

When "ALL Default %" or each individual sector button is selected, the national average for sector breakdown will be applied for each fuel/resource. Next select the default value button for either all entries or for each individual sector.

| | Coal (TBtu) | Oil (TBtu) | Natural Gas (TBtu) | Natural Gas Liquids (TBtu) | | | |
|---|---|---|---|---|---|---|---|
| **Consumption** | 11 | 1,150 | 671 | 465 | ALL Default % | ALL Calculated % | ALL Clear |
| | | | | | ALL Default Value | ALL Calculated Value | ALL Clear |
| Power Gen (%) | 94.3% | 0.85% | 30.4% | 0.0% | Default % | Calculated % | Clear |
| Power Gen (value) | | | | | Default Value | Calculated Value | Clear |
| Industrial (%) | 4.8% | 16.0% | 33.1% | 46.3% | Default % | Calculated % | Clear |
| Industrial (value) | | | | | Default Value | Calculated Value | Clear |
| Commercial (%) | 0.3% | 1.1% | 13.0% | 2.9% | Default % | Calculated % | Clear |
| Commercial (value) | | | | | Default Value | Calculated Value | Clear |
| Residential (%) | | 1.5% | 19.0% | 8.8% | Default % | Calculated % | Clear |
| Residential (value) | | | | | Default Value | Calculated Value | Clear |
| Transportation (%) | | 71.5% | 3.3% | 0.8% | Default % | Calculated % | Clear |
| Transportation (value) | | | | | Default Value | Calculated Value | Clear |
| Usage in Production (%) | | 1.5% | 0.2% | 0.3% | Default % | Calculated % | Clear |
| Usage in Production (value) | | | | | Default Value | Calculated Value | Clear |
| Non-Energy Use (%) | 0.6% | 7.6% | 1.1% | 40.9% | Default % | Calculated % | Clear |
| Non-Energy Use (value) | | | | | Default Value | Calculated Value | Clear |

**Select for all default values or select each one individually for each sector.**



BLM_0053018



| | February 2017 | 12 | 1539847 |

Once the default value button(s) are selected, each sector will have a consumption value in trillion British thermal units (TBtu) populated based on the sector percentage. Systems are in place to ensure the sector percent breakdowns sum is 100% and all sector TBtu values sum to the total entered for consumption. At any time all calculated data can be deleted with the "ALL Clear" or each sector "Clear" button.

| | Coal (TBtu) | Oil (TBtu) | Natural Gas (TBtu) | Natural Gas Liquids (TBtu) | | | |
|---|---|---|---|---|---|---|---|
| **Consumption** | 11 | 1,150 | 671 | 465 | ALL Default % | ALL Calculated % | ALL Clear |
| | | | | | ALL Default Value | ALL Calculated Value | ALL Clear |
| Power Gen (%) | 94.3% | 0.85% | 30.4% | 0.0% | Default % | Calculated % | Clear |
| Power Gen (value) | 11 | 9.73 | 204 | 0 | Default Value | Calculated Value | Clear |
| Industrial (%) | 4.8% | 16.0% | 33.1% | 46.3% | Default % | Calculated % | Clear |
| Industrial (value) | 1 | 184 | 222 | 215 | Default Value | Calculated Value | Clear |
| Commercial (%) | 0.3% | 1.1% | 13.0% | 2.9% | Default % | Calculated % | Clear |
| Commercial (value) | 0 | 13 | 87 | 13 | Default Value | Calculated Value | Clear |
| Residential (%) | | 1.5% | 19.0% | 8.8% | Default % | Calculated % | Clear |
| Residential (value) | | 17 | 128 | 41 | Default Value | Calculated Value | Clear |
| Transportation (%) | | 71.5% | 3.3% | 0.8% | Default % | Calculated % | Clear |
| Transportation (value) | | 822 | 22 | 4 | Default Value | Calculated Value | Clear |
| Usage in Production (%) | | 1.5% | 0.2% | 0.3% | Default % | Calculated % | Clear |
| Usage in Production (value) | | 17 | 2 | 1 | Default Value | Calculated Value | Clear |
| Non-Energy Use (%) | 0.6% | 7.6% | 1.1% | 40.9% | Default % | Calculated % | Clear |
| Non-Energy Use (value) | 0 | 87 | 8 | 190 | Default Value | Calculated Value | Clear |
| % Total Check | **100%** | **100%** | **100%** | **100%** | | | |
| Total Value % Check | **100%** | **100%** | **100%** | **100%** | | | |

**Check to make sure all percentages equal 100.**

**Check to make sure all sector values equal total consumption entered.**



BLM_0053019



| February 2017 | 13 | 1539847 |

Sector breakdown for consumption can also be done manually by the user if the project specific information is known and does not follow national averages. Sector data can either be input as a percentage or an energy value in TBtu. The Tool has the capability of calculating either one as long as one of the parameters is entered.

| | Coal (TBtu) | Oil (TBtu) | Natural Gas (TBtu) | Natural Gas Liquids (TBtu) | | | |
|---|---|---|---|---|---|---|---|
| **Consumption** | 11 | 1,150 | 671 | 465 | ALL Default % | ALL Calculated % | ALL Clear |
| | | | | | ALL Default Value | ALL Calculated Value | ALL Clear |
| Power Gen (%) | | | | | Default % | Calculated % | Clear |
| Power Gen (value) | | | | | Default Value | Calculated Value | Clear |
| Industrial (%) | | | | | Default % | Calculated % | Clear |
| Industrial (value) | | | | | Default Value | Calculated Value | Clear |
| Commercial (%) | | | | | Default % | Calculated % | Clear |
| Commercial (value) | | | | | Default Value | Calculated Value | Clear |
| Residential (%) | | | | | Default % | Calculated % | Clear |
| Residential (value) | | | | | Default Value | Calculated Value | Clear |
| Transportation (%) | | | | | Default % | Calculated % | Clear |
| Transportation (value) | | | | | Default Value | Calculated Value | Clear |
| Usage in Production (%) | | | | | Default % | Calculated % | Clear |
| Usage in Production (value) | | | | | Default Value | Calculated Value | Clear |
| Non-Energy Use (%) | | | | | Default % | Calculated % | Clear |
| Non-Energy Use (value) | | | | | Default Value | Calculated Value | Clear |

**Manually enter either the natural gas consumption percentage or energy value known for the project.**



BLM_0053020



| | February 2017 | | 14 | | 1539847 |

| | Coal (TBtu) | Oil (TBtu) | Natural Gas (TBtu) | Natural Gas Liquids (TBtu) | | | |
|---|---|---|---|---|---|---|---|
| **Consumption** | 11 | 1,150 | 671 | 465 | ALL Default % | ALL Calculated % | ALL Clear |
| | | | | | ALL Default Value | ALL Calculated Value | ALL Clear |
| Power Gen (%) | | | | | Default % | Calculated % | Clear |
| Power Gen (value) | | | | | Default Value | Calculated Value | Clear |
| Industrial (%) | | | | | Default % | Calculated % | Clear |
| Industrial (value) | | | | | Default Value | Calculated Value | Clear |
| Commercial (%) | | | | | Default % | Calculated % | Clear |
| Commercial (value) | | | | | Default Value | Calculated Value | Clear |
| Residential (%) | | | | | Default % | Calculated % | Clear |
| Residential (value) | | | | | Default Value | Calculated Value | Clear |
| Transportation (%) | | | | | Default % | Calculated % | Clear |
| Transportation (value) | | | | | Default Value | Calculated Value | Clear |
| Usage in Production (%) | | | | | Default % | Calculated % | Clear |
| Usage in Production (value) | | | | | Default Value | Calculated Value | Clear |
| Non-Energy Use (%) | | | 50.0% | | Default % | Calculated % | Clear |
| Non-Energy Use (value) | | | | | Default Value | Calculated Value | Clear |

**When percentage is entered, select calculated value button to generate consumption in TBtu.**



BLM_0053021



| | February 2017 | | | 15 | | | 1539847 |

| | Coal (TBtu) | Oil (TBtu) | Natural Gas (TBtu) | Natural Gas Liquids (TBtu) | | | |
|---|---|---|---|---|---|---|---|
| **Consumption** | 11 | 1,150 | 671 | 465 | ALL Default % | ALL Calculated % | ALL Clear |
| | | | | | ALL Default Value | ALL Calculated Value | ALL Clear |
| Power Gen (%) | | | | | Default % | Calculated % | Clear |
| Power Gen (value) | | | | | Default Value | Calculated Value | Clear |
| Industrial (%) | | | | | Default % | Calculated % | Clear |
| Industrial (value) | | | | | Default Value | Calculated Value | Clear |
| Commercial (%) | | | | | Default % | Calculated % | Clear |
| Commercial (value) | | | | | Default Value | Calculated Value | Clear |
| Residential (%) | | | | | Default % | Calculated % | Clear |
| Residential (value) | | | | | Default Value | Calculated Value | Clear |
| Transportation (%) | | | | | Default % | Calculated % | Clear |
| Transportation (value) | | | | | Default Value | Calculated Value | Clear |
| Usage in Production (%) | | | | | Default % | Calculated % | Clear |
| Usage in Production (value) | | | | | Default Value | Calculated Value | Clear |
| Non-Energy Use (%) | | | 50.0% | | Default % | Calculated % | Clear |
| Non-Energy Use (value) | 0 | 0 | 335 | 0 | Default Value | Calculated Value | Clear |

**When calculated value button is pressed the TBtu value is generated which is the total value * sector %. Many times the other fuels/resources will be zero unless data is present to perform calculation.**



BLM_0053022



| | February 2017 | | | | 16 | | 1539847 |

| Consumption | Coal (TBtu) | Oil (TBtu) | Natural Gas (TBtu) | Natural Gas Liquids (TBtu) | | | |
|---|---|---|---|---|---|---|---|
| | 11 | 1,150 | 671 | 465 | ALL Default % | ALL Calculated % | ALL Clear |
| | | | | | ALL Default Value | ALL Calculated Value | ALL Clear |
| Power Gen (%) | | | | | Default % | Calculated % | Clear |
| Power Gen (value) | | | | | Default Value | Calculated Value | Clear |
| Industrial (%) | | | | | Default % | Calculated % | Clear |
| Industrial (value) | | | | | Default Value | Calculated Value | Clear |
| Commercial (%) | | | | | Default % | Calculated % | Clear |
| Commercial (value) | | | | | Default Value | Calculated Value | Clear |
| Residential (%) | | | | | Default % | Calculated % | Clear |
| Residential (value) | | | | | Default Value | Calculated Value | Clear |
| Transportation (%) | | | | | Default % | Calculated % | Clear |
| Transportation (value) | | | | | Default Value | Calculated Value | Clear |
| Usage in Production (%) | | | | | Default % | Calculated % | Clear |
| Usage in Production (value) | | | | | Default Value | Calculated Value | Clear |
| Non-Energy Use (%) | | | | | Default % | Calculated % | Clear |
| Non-Energy Use (value) | | | 450 | | Default Value | Calculated Value | Clear |

**When TBtu value is entered, select calculated % button to sector %.**



BLM_0053023



| | February 2017 | | | | 17 | | 1539847 |

| Consumption | Coal (TBtu) | Oil (TBtu) | Natural Gas (TBtu) | Natural Gas Liquids (TBtu) | | | |
|---|---|---|---|---|---|---|---|
| | 11 | 1,150 | 671 | 465 | ALL Default % | ALL Calculated % | ALL Clear |
| | | | | | ALL Default Value | ALL Calculated Value | ALL Clear |
| Power Gen (%) | | | | | Default % | Calculated % | Clear |
| Power Gen (value) | | | | | Default Value | Calculated Value | Clear |
| Industrial (%) | | | | | Default % | Calculated % | Clear |
| Industrial (value) | | | | | Default Value | Calculated Value | Clear |
| Commercial (%) | | | | | Default % | Calculated % | Clear |
| Commercial (value) | | | | | Default Value | Calculated Value | Clear |
| Residential (%) | | | | | Default % | Calculated % | Clear |
| Residential (value) | | | | | Default Value | Calculated Value | Clear |
| Transportation (%) | | | | | Default % | Calculated % | Clear |
| Transportation (value) | | | | | Default Value | Calculated Value | Clear |
| Usage in Production (%) | | | | | Default % | Calculated % | Clear |
| Usage in Production (value) | | | | | Default Value | Calculated Value | Clear |
| Non-Energy Use (%) | 0.0% | 0.0% | 67.1% | 0.0% | Default % | Calculated % | Clear |
| Non-Energy Use (value) | | | 450 | | Default Value | Calculated Value | Clear |

**When calculated value button is pressed the sector % value is generated which is the sector value / total value. Many times the other fuels/resources will be zero unless data is present to perform calculation.**



Golder Associates

BLM_0053024



| | February 2017 | 18 | 1539847 |

### 2.2.3   GHG Emission Calculations

Once all production and consumption data is entered and distributed to all sectors, GHG emissions will be calculated by the tool in million tons of carbon dioxide equivalent (MMTCO$_2$e). Calculations are performed based on emission factors and methodologies described in the U.S. Greenhouse Gas inventory. A sample calculation is shown below:

$$Consumption\ GHG\ Emissions\ (MMTCO_2e) =$$

$$Consumption\ Energy\ (TBtu) * Conversion\ Factor\ \left(\frac{QBtu}{1,000\ TBtu}\right)$$

$$* Emission\ Factor\ \left(\frac{MMTC}{QBtu}\right) * Conversion\ Factor\ \left(\frac{44\ lb\ CO_2}{12\ lb\ C}\right)$$

GHG Emissions in the Tool are broken down based on production and consumption. All GHG emissions (production + consumption) are presented at the top of the emissions table under "GHG Emissions". GHG emissions associated with consumption activities are presented directly below the total emissions and are broken down by sector. Similar to the consumption data summary format, GHG emissions from consumption are broken down by the energy (TBtu), total GHG emissions (MMTCO$_2$e), and the percent contribution of the sector to total GHG emissions (%).





| February 2017 | 19 | 1539847 |

**Total GHG Emissions (Production + Consumption).**

| | Coal | Oil | Natural Gas | Natural Gas Liquids |
|---|---|---|---|---|
| | (MMTCO$_2$e) | (MMTCO$_2$e) | (MMTCO$_2$e) | (MMTCO$_2$e) |
| **GHG Emissions** | 1.17 | 89.27 | 40.80 | 29.90 |
| Power Gen Consumption (TBtu) | 10 | 10 | 204 | 0 |
| Power Gen (% GHG Emissions) | 92% | 1% | 26% | 0% |
| Power Gen (GHG Emissions) | 1 | 1 | 11 | 0 |
| Industrial Consumption (TBtu) | 1 | 184 | 222 | 215 |
| Industrial (% GHG Emissions) | 5% | 15% | 29% | 45% |
| Industrial (GHG Emissions) | 0 | 14 | 12 | 13 |
| Commercial Consumption (TBtu) | 0 | 13 | 87 | 13 |
| Commercial (% GHG Emissions) | 0% | 1% | 11% | 3% |
| Commercial (GHG Emissions) | 0 | 1 | 5 | 1 |
| Residential Consumption (TBtu) | | 17 | 128 | 41 |
| Residential (% GHG Emissions) | | 1% | 17% | 9% |
| Residential (GHG Emissions) | | 1 | 7 | 3 |
| Transportation Consumption (TBtu) | | 822 | 22 | 4 |
| Transportation (% GHG Emissions) | | 68% | 3% | 1% |
| Transportation (GHG Emissions) | | 61 | 1 | 0 |
| Usage in Production Consumption (TBtu) | | 17 | 2 | 1 |
| Usage in Production (% GHG Emissions) | | 1% | 0% | 0% |
| Usage in Production (GHG Emissions) | | 1 | 0 | 0 |
| Non-Energy Use Consumption (TBtu) | 0 | 87 | 8 | 190 |
| Non-Energy Use (% GHG Emissions) | 1% | 7% | 1% | 40% |
| Non-Energy Use (GHG Emissions) | 0 | 6 | 0 | 12 |
| Coal Mining Fugitives (% GHG Emissions) | 0% | | | |
| Coal Mining Fugitives (GHG Emissions) | | | | |
| Abandoned Coal Mines (% GHG Emissions) | | | | |
| Abandoned Coal Mines (GHG Emissions) | | | | |

**All consumption GHG emissions associated with the project.**

**Manually input coal mining fugitive emissions if associated with project.**

**Determined that abandoned coal mine emissions are negligible.**



BLM_0053026



| | February 2017 | 20 | 1539847 |
|---|---|---|---|

Consumption GHG emissions have been designed to be calculated in two different ways depending on the preference of the user. Golder is aware that BLM already has tools in place that calculate GHG emissions from production activities. Therefore, a portion of the Tool allows the user to enter BLM generated production data for coal mines, natural gas wells, or oil wells. The data input only allows GHG emissions as either carbon dioxide ($CO_2$), nitrous oxide ($N_2O$), or methane ($CH_4$). The Tool will automatically calculate $CO_2e$ emissions assuming the following global warming potential factors: $CO_2 = 1$, $N_2O = 298$, $CH_4 = 28$.

**GHG Emissions**
**BLM Internal Tool**

| | $CO_2$ | $N_2O$ | $CH_4$ | $CO_2e$ | $CO_2e$ |
|---|---|---|---|---|---|
| **Coal Mines** | (tons) | (tons) | (tons) | (tons) | (tonnes) |
| Extracting and Processing | | | | 0 | 0 |
| Travel and Reclamation | | | | 0 | 0 |
| | | | | | |
| **Natural Gas Wells** | | | | | |
| Construction | | | | 0 | 0 |
| Operations | | | | 0 | 0 |
| Maintenance | | | | 0 | 0 |
| Reclamation | | | | 0 | 0 |
| | | | | | |
| **Oil Wells** | | | | | |
| Construction | | | | 0 | 0 |
| Operations | | | | 0 | 0 |
| Maintenance | | | | 0 | 0 |
| Reclamation | | | | 0 | 0 |

**Manually input data generated from BLM internal tools.**





| February 2017 | 21 | 1539847 |

| GHG Emissions BLM Internal Tool | $CO_2$ (tons) | $N_2O$ (tons) | $CH_4$ (tons) | $CO_2e$ (tons) | $CO_2e$ (tonnes) |
|---|---|---|---|---|---|
| **Coal Mines** | | | | | |
| Extracting and Processing | | | | 0 | 0 |
| Travel and Reclamation | | | | 0 | 0 |
| **Natural Gas Wells** | | | | | |
| Construction | | | | 0 | 0 |
| Operations | | | | 0 | 0 |
| Maintenance | | | | 0 | 0 |
| Reclamation | | | | 0 | 0 |
| **Oil Wells** | | | | | |
| Construction | 500 | 12 | 20 | 4,576 | 4,151 |
| Operations | | | | 0 | 0 |
| Maintenance | | | | 0 | 0 |
| Reclamation | | | | 0 | 0 |

**Once data is entered Tool will calculate $CO_2e$ emissions.**

If the user plans to use GHG emissions from production from internal BLM tools, then they will need to indicate not to use the Tool to calculate production emissions.

**Select highlighted cell.**

| GHG Emissions Toolkit | Use Toolkit Emissions | |
|---|---|---|
| | Select "Yes" to use Toolkit GHG emissions calculations associated with production. If left blank or selected "No" please enter information under BLM Internal Tool section. | |





February 2017                    22                    1539847

Select drop down arrow.





Select "No" option.



However, if the user does not plan to use BLM internal tools to calculate production emissions, then to Tool will calculate emissions based on emission factors developed from the U.S. Greenhouse Gas Report and the U.S. Energy Information Administration (EIA) online resources. Factors were developed as follows:

$$Production\ Emission\ Factor\ \left(\frac{MMTCO_2e}{volume}\right)$$



BLM_0053029



February 2017          23          1539847

$$= \frac{Total\ Emissions\ (MMTCO_2e)\ [from\ U.S.GHG\ Report]}{Total\ Production\ (MMcf\ or\ MMbbls\ or\ MMtons)\ [from\ EIA]}$$

**Select highlighted cell.**

**GHG Emissions Toolkit**

Use Toolkit Emissions

Select "Yes" to use Toolkit GHG emissions calculations associated with production. If left blank or selected "No" please enter information under BLM Internal Tool section.

**Select drop down arrow.**

**GHG Emissions Toolkit**

Use Toolkit Emissions

Select "Yes" to use Toolkit GHG emissions calculations associated with production. If left blank or selected "No" please enter information under BLM Internal Tool section.

**GHG Emissions Toolkit**

Use Toolkit Emissions

Yes
No

Select "Yes" to use Toolkit GHG emissions calculations associated with production. If left blank or selected "No" please enter information under BLM Internal Tool section.

**Select "Yes" option.**





Tool calculated production GHG emissions.

Similar to other formats, the total percentage of GHG emissions associated with production activities is presented above the MMTCO2e value along with the originally inputted production values for the project. Note: production values do not all have same units.

## 2.3    Approved Development Panel Tab

The Tool is not only designed to evaluate proposed projects, but also take data from projects already approved by the BLM, which were not incorporated into the baseline data. The structure of the "Approved Development" tab is identical to the "New Project Panel" tab. Data is entered and presented in the exact same format as described in Section 2.2.

## 2.4    Table 1 – Production Summary

All production data from the generated baseline and any new/approved projects entered either through the "New Project Panel" or "Approved Development Panel" will be summarized in Table 1 of the Tool. Due to the large size of these tables, visual examples shown in this manual are only a section of the table with selected states displayed. Within the Tool Table 1 displays all national and state data. Shown below is an example of the Table 1 structure.





| | February 2017 | 25 | 1539847 |

**Table 1 – Production Summaries**

| | 2014 Baseline Production | | | | Approved Development - Production | | | | New Projects - Production | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Coal | Oil | Natural Gas | Natural Gas Liquids | Coal | Oil | Natural Gas | Natural Gas Liquids | Coal | Oil | Natural Gas | Natural Gas Liquids |
| | Short Tons | Mbbls | MMcf | Mbbls | Short Tons | Mbbls | MMcf | Mbbls | Short Tons | Mbbls | MMcf | Mbbls |
| | National | | | | National (Combined States) | | | | National (Combined States) | | | |
| BLM | 404,919,443 | 155,425 | 3,399,894 | 93,305 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-BLM | 595,129,557 | 3,022,881 | 22,328,602 | 771,695 | 0 | 0 | 0 | 0 | 500,000 | 200,000 | 650,000 | 125,000 |
| Total | 1,000,049,000 | 3,178,306 | 25,728,496 | 865,000 | 0 | 0 | 0 | 0 | 500,000 | 200,000 | 650,000 | 125,000 |
| | California | | | | California | | | | California | | | |
| BLM | 0 | 14,653 | 12,749 | 272 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-BLM | 0 | 190,218 | 433,594 | 9,728 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| State Total | 0 | 204,871 | 446,343 | 10,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Colorado | | | | Colorado | | | | Colorado | | | |
| BLM | 16,926,374 | 5,090 | 688,820 | 9,195 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-BLM | 7,080,626 | 90,636 | 1,309,532 | 47,805 | 0 | 0 | 0 | 0 | 500,000 | 200,000 | 650,000 | 125,000 |
| State Total | 24,007,000 | 95,726 | 1,998,352 | 57,000 | 0 | 0 | 0 | 0 | 500,000 | 200,000 | 650,000 | 125,000 |

**Baseline production volumes for each fuel/resource. National value represented the entire United States.**

**Production values on non-federal lands in Colorado based on input from "New Project Panel".**

**Production summation. Represents all production for all entered projects from "New Project Panel" for the 13 select states.**

**Note: National represents only the 13 select states and not the entire United States.**



BLM_0053032



| February 2017 | 26 | 1539847 |

| Production Percentage of 2014 Baseline | | | |
|---|---|---|---|
| **Coal** | **Oil** | **Natural Gas** | **Natural Gas Liquids** |
| % | % | % | % |
| **National** | | | |
| 0.00% | 0.00% | 0.00% | 0.00% |
| 0.08% | 6.62% | 2.91% | 16.20% |
| 0.05% | 6.29% | 2.53% | 14.45% |
| **California** | | | |
| 0.00% | 0.00% | 0.00% | 0.00% |
| 0.00% | 0.00% | 0.00% | 0.00% |
| 0.00% | 0.00% | 0.00% | 0.00% |
| **Colorado** | | | |
| 0.00% | 0.00% | 0.00% | 0.00% |
| 7.06% | 220.66% | 49.64% | 261.48% |
| 2.08% | 208.93% | 32.53% | 219.30% |

**Percentage of new/approved projects compared to national (entire United States) baseline.**

**Percentage = New/Approved Project Total / Baseline Total**

**Percentage of new/approved projects compared to Colorado state baseline.**

**Percentage = New/Approved Project Total / Baseline Total**

**Note: Future Growth information will be presented in later sections.**



BLM_0053033



| February 2017 | 27 | 1539847 |

## 2.5    Table 2a – Coal Consumption Summary

Similar to the structure of Table 1 as described in Section 2.4, Table 2a summarizes coal consumption for the developed baseline and any data entered through the "New Project Panel" or "Approved Development Panel".

**Table 2a – Coal Consumption Summary**

| | 2014 Baseline Consumption - Coal | | | | | Approved Development - Coal Consumption | | | | | New Projects - Coal Consumption | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Coal Combustion | | | Non-Energy Use | Total | Coal Combustion | | | Non-Energy Use | Total | Coal Combustion | | | Non-Energy Use | Total |
| | Power Gen | Industrial | Commercial | | | Power Gen | Industrial | Commercial | | | Power Gen | Industrial | Commercial | | |
| | TBtu | TBtu | TBtu | TBtu | TBtu | TBtu | TBtu | TBtu | TBtu | TBtu | TBtu | TBtu | TBtu | TBtu | TBtu |
| **National** | | | | | | **National (Combined States)** | | | | | **National (Combined States)** | | | | |
| BLM | 8,985 | 482.96 | 20.19 | 227.20 | 9,695 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-BLM | 10,763 | 554.59 | 24.19 | 272.17 | 11,614 | 0 | 0 | 0 | 0 | 0 | 10 | 1 | 0 | 0 | 11 |
| Total | 19,748 | 1,018 | 44.38 | 499.37 | 21,309 | 0 | 0 | 0 | 0 | 0 | 10 | 1 | 0 | 0 | 11 |
| **California** | | | | | | **California** | | | | | **California** | | | | |
| BLM | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-BLM | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| State Total | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Colorado** | | | | | | **Colorado** | | | | | **Colorado** | | | | |
| BLM | 350.78 | 53.36 | 1.14 | 0.00 | 405.27 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-BLM | 59.96 | 9.12 | 0.19 | 0.00 | 69.28 | 0 | 0 | 0 | 0 | 0 | 10 | 1 | 0 | 0 | 11 |
| State Total | 410.74 | 62.48 | 1.33 | 0.00 | 474.55 | 0 | 0 | 0 | 0 | 0 | 10 | 1 | 0 | 0 | 11 |

**Baseline coal consumption in energy (TBtu) for each sector. National value represented the entire United States.**

**Coal consumption values in energy (TBtu) on non-federal lands in Colorado based on input from "New Project Panel".**

**Coal consumption summation. Represents all consumption for all entered projects from "New Project Panel" for the 13 select states.**

**Note: National represents only the 13 select states and not the entire United States.**



BLM_0053034



## 2.6    Tables 2b through 2c – Oil, Natural Gas, and Natural Gas Liquids Consumption

Consumption summaries for oil, natural gas, and natural gas liquids are presented in Tables 2b through 2c. These tables follow the same structure as described in Section 2.5 for coal consumption. No visual example is presented in this manual.

## 2.7    Tables 3a through 3d – Coal, Oil, Natural Gas, and Natural Gas Liquids Summaries

Production summary data presented in Table 1 and consumption summary data presented in Tables 2a through 2d are jointly summarized in Tables 3a through 3d. No additional calculations are performed to present data in these tables. A visual example of the Tables' structure is presented below, with coal being used as the example.

**Table 3a – Comparative Production and Consumption Summaries - Coal**

| | 2014 Baseline - Coal | | | | Approved Development - Coal | | | | New Projects - Coal | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Production Total | Consumption | | | Production Total | Consumption | | | Production Total | Consumption | | |
| | | Combustion | Non-Energy Use | Total | | Combustion | Non-Energy Use | Total | | Combustion | Non-Energy Use | Total |
| | Short Tons | TBtu | TBtu | TBtu | Short Tons | TBtu | TBtu | TBtu | Short Tons | TBtu | TBtu | TBtu |
| National | | | | | National (Combined States) | | | | National (Combined States) | | | |
| BLM | 404,919,443 | 9,468 | 227 | 9,695 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-BLM | 595,129,557 | 11,342 | 272 | 11,614 | 0 | 0 | 0 | 0 | 500,000 | 11 | 0 | 11 |
| Total | 1,000,049,000 | 20,810 | 499 | 21,309 | 0 | 0 | 0 | 0 | 500,000 | 11 | 0 | 11 |
| California | | | | | California | | | | California | | | |
| BLM | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-BLM | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| State Total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Colorado | | | | | Colorado | | | | Colorado | | | |
| BLM | 16,926,374 | 405 | 0 | 405 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-BLM | 7,080,626 | 69 | 0 | 69 | 0 | 0 | 0 | 0 | 500,000 | 11 | 0 | 11 |

**Baseline coal consumption in energy (TBtu) and production for each sector. National value represented the entire United States.**

**Coal consumption and production summation from "New Project Panel" for the 13 select states.**

**Note: National represents only the 13 select states and not the entire United States.**

**Coal consumption and production values on non-federal lands in Colorado based on input from "New Project Panel".**



BLM_0053035



February 2017                    29                    1539847

## 2.8    Table 5a – Coal GHG Emissions Summary

Based on information presented in Tables 1 and 2a, GHG emission calculations for coal production and consumption for the baseline year and project specific activities are performed and summarized in Table 5a. Emissions are calculated based on emission factors for consumption and production activities as described in Section 2.2.3.



Table 5a – Absolute GHG Emissions from Coal

| | | | 2014 Baseline GHG Emissions - Coal | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Production | Coal Combustion | | | Non-Energy Use | Coal Mining Fugitives | Abandoned Coal Mines | Total GHG Emissions |
| | | Power Gen | Industrial | Commercial | | | | |
| | MMTCO2e | MMTCO2e | MMTCO2e | MMTCO2e | MMTCO2e | MMTCO2e | MMTCO2e | MMTCO2e |
| **National** | | | | | | | | |
| BLM | 26.6 | 858.2 | 43.8 | 1.9 | 21.5 | 27.4 | | 979.4 |
| Non-BLM | 39.1 | 1,028 | 52.5 | 2.3 | 25.8 | 40.2 | | 1,188 |
| Total | 65.8 | 1,886 | 96.3 | 4.2 | 47.3 | 67.6 | | 2,167 |
| **California** | | | | | | | | |
| BLM | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 0.0 |
| Non-BLM | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 0.0 |
| State Total | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 0.0 |
| **Colorado** | | | | | | | | |
| BLM | 1.1 | 33.5 | 5.1 | 0.1 | 0.0 | 1.1 | | 40.9 |
| Non-BLM | 0.5 | 5.7 | 0.9 | 0.0 | 0.0 | 0.5 | | 7.6 |
| State Total | 1.6 | 39.2 | 5.9 | 0.1 | 0.0 | 1.6 | | 48.5 |

**Summary of baseline GHG emissions for coal.**

**Areas removed since emissions deemed negligible.**

Golder Associates



February 2017 30 1539847

| New Projects - Coal GHG Emissions | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Toolkit | | | | | | | BLM Internal Tool | | |
| Production | Coal Combustion | | | Non-Energy Use | Coal Mining Fugitives | Abandoned Coal Mines | Total GHG Emissions | Extraction and Processing | Travel and Reclamation | Total GHG Emissions |
| | Power Gen | Industrial | Commercial | | | | | | | |
| MMTCO2e | MMTCO2e | MMTCO2e | MMTCO2e | MMTCO2e | MMTCO2e | MMTCO2e | MMTCO2e | MMTCO2e | MMTCO2e | MMTCO2e |
| National (Combined States) | | | | | | | | | | |
| 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | 0.0 |
| 0.0 | 1.1 | 0.1 | 0.0 | 0.0 | 0.0 | | 1.2 | 0.0 | 0.0 | 0.0 |
| 0.0 | 1.1 | 0.1 | 0.0 | 0.0 | 0.0 | | 1.2 | 0.0 | 0.0 | 0.0 |
| California | | | | | | | | | | |
| 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | 0.0 |
| 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | 0.0 |
| 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | 0.0 |
| Colorado | | | | | | | | | | |
| 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | 0.0 |
| 0.0 | 1.1 | 0.1 | 0.0 | 0.0 | 0.0 | | 1.2 | 0.0 | 0.0 | 0.0 |
| 0.0 | 1.1 | 0.1 | 0.0 | 0.0 | 0.0 | | 1.2 | 0.0 | 0.0 | 0.0 |

**Summary of GHG emissions from production and consumption activities associated with project entered in "New Project Panel".**

**Summary of GHG emissions if BLM internal tools used.**





| Percentage of 2014 Coal GHG Emissions Baseline | | | | | | | | | |
| | Toolkit | | | | | | | | BLM Internal Tool |
| | Production | Coal Combustion | | | Non-Energy Use | Coal Mining Fugitives | Abandoned Coal Mines | Total New Projects/Approv. Dev. GHG Emissions | Total New Projects/Approv. Dev. GHG Emissions |
| | | Power Gen | Industrial | Commercial | | | | | |
| | % | % | % | % | % | % | % | % | % |
| National | | | | | | | | | |
| BLM | 0% | 0% | 0% | 0% | 0% | 0% | | 0% | 0% |
| Non-BLM | 0% | 0% | 0% | 0% | 0% | 0% | | 0% | 0% |
| Total | 0% | 0% | 0% | 0% | 0% | 0% | | 0% | 0% |
| California | | | | | | | | | |
| BLM | 0% | 0% | 0% | 0% | 0% | 0% | | 0% | 0% |
| Non-BLM | 0% | 0% | 0% | 0% | 0% | 0% | | 0% | 0% |
| State Total | 0% | 0% | 0% | 0% | 0% | 0% | | 0% | 0% |
| Colorado | | | | | | | | | |
| BLM | 0% | 0% | 0% | 0% | 0% | 0% | | 0% | 0% |
| Non-BLM | 7% | 19% | 6% | 19% | 0% | 0% | | 16% | 0% |
| State Total | 2% | 3% | 1% | 3% | 0% | 0% | | 2% | 0% |

**Coal GHG emissions comparison in Colorado from "New Project Panel" and "Approved Development Panel" to developed baseline.**

**Comparison of new/approved project emissions to developed baseline.**

**Percentage = New/Approved Project Emissions / Baseline Emissions**

**Coal GHG emissions comparison National (entire United States) from "New Project Panel" and "Approved Development Panel" to developed baseline.**





| | February 2017 | 32 | 1539847 |

## 2.9 Tables 5b through 5d – Oil, Natural Gas, and Natural Gas Liquids GHG Emissions Summary

Similar to Table 5a described in Section 2.8, GHG emissions for oil, natural gas, and natural gas liquids for the baseline and project inputs from "New Project Panel" and "Approved Development Panel" are summarized in Tables 5b through 5d, respectively. Table formatting and structure is similar to visuals presented in Section 2.8.

## 2.10 GHG Baseline Charts

To assist the BLM with evaluating the developed baseline, the Tool presents baseline GHG emissions for each fuel/resource in doughnut charts color coded to the specific fuel/resource. Emissions are broken down into two charts, one for federal lands and the other for non-federal lands. The chart for baseline oil GHG emissions on federal lands is presented below.



BLM_0053039









Oil GHG Emissions Summary (Federal Lands) - 2014 Baseline (MMTCO2e)
State ID
GHG Emission Value
Percentage Compared to National Value
OTH 0.8 1%
CA 6.4 9%
CO 2.2 3%
ID 0.0 0%
KS 0.1 0%
MT 1.6 2%
NV 0.1 0%
NM 24.9 37%
ND 9.1 14%
OK 0.3 1%
SD 0.1 0%
TX 0.1 0%
UT 5.7 9%
WY 16.3 24%
National (Federal) 67.7
GHG emissions on all federal lands from oil consumption and production. Presented in Table 5b.
(CA) California (Federal)
(CO) Colorado (Federal)
(ID) Idaho (Federal)
(KS) Kansas (Federal)
(MT) Montana (Federal)
(NV) Nevada (Federal)
(NM) New Mexico (Federal)
(ND) North Dakota (Federal)
(OK) Oklahoma (Federal)
(SD) South Dakota (Federal)
(TX) Texas (Federal)
(UT) Utah (Federal)
(WY) Wyoming (Federal)
(OTH) Other States (Federal)

February 2017                          34                          1539847

## 2.11    State Specific GHG Charts

In addition to the baseline charts, the Tool will also produce state specific charts that show how new/approved projects entered in the "New Project Panel" and "Approved Development Panel" compare to the developed baseline. Charts are presented as stacked bar charts to allow users to get a visual understanding of the overall impact new/approved projects will have on state-wide emissions on either federal or non-federal lands. The example chart showing the impacts from the inputted example project is shown below.





BLM_0053041

 February 2017                35                      1539847

## 2.12   Growth Factors

The BLM also requested that the Tool have the capability to alter the developed baseline based on future growth or decline factors for each fuel/resource. These growth or decline factors could be dependent on a number of variables, such as global economy, political situations, global conflicts, or the raw cost of the material such as consumer gasoline and diesel fuel prices. Therefore, two tables were created that will allow users to modify the developed baseline by either national average factors or state specific factors.

Future emissions were extrapolated out to the years 2020 and 2030 with 2014 being the baseline year. In addition, two scenarios were developed: normal growth and high growth. This will allow the users to get a sense of growth or decline if trends continue as is or if some variable would dictate substantial growth or decline. All data summary tables (1, 2a through 2d, 3a through 3d, and 5a through 5d) have sections dedicated to altered baseline data based on growth or decline factors.

Baseline growth or decline factors were developed based on data taken from Table A1 of U.S. EIA 2016 Annual Energy Outlook (AEO). Factors are presented in tabs "Growth Factors-NONFED" and "Growth Factors-FED" in the Tool. Factors were calculated as compound growth or decline as follows:

$$Factor = \left[ \left( \frac{Future\ Year\ Energy\ Consumption\ (QBtu)}{Baseline\ Energy\ Consumption\ (QBtu)} \right)^{\frac{1}{Future\ Year\ (2020\ or\ 2030) - Baseline\ Year\ (2014)}} \right] - 1$$

Factors are presented in the visual aid below which shows the structure in the Tool.

 Golder Associates

BLM_0053042



| February 2017 | 36 | 1539847 |

| Scenario (NONFEDERAL LAND) | Year | Qbtu | NATIONAL AVERAGE (DEFAULT) Calculated Growth Rate | SOURCE |
|---|---|---|---|---|
| Oil Consumption, Normal Growth Baseline Year | 2014 | 35.96 | | 2016 AEO, Table A1 |
| Oil Consumption, Compound Annual Growth Baseline to 2020 | 2020 | 37.85 | 0.86% | 2016 AEO, Table A1 |
| Oil Consumption, Compound Annual Growth Baseline to 2030 | 2030 | 36.62 | 0.11% | 2016 AEO, Table A1 |
| | | | | |
| | 2014 | 27.53 | | 2016 AEO, Table A1 |
| GAS CONSUMPTION, NORMAL GROWTH | 2020 | 28.36 | 0.46% | 2016 AEO, Table A1 |
| GAS CONSUMPTION, NORMAL GROWTH | 2030 | 32.51 | 1.04% | 2016 AEO, Table A1 |
| | | | | |
| | 2014 | 17.96 | | 2016 AEO, Table A1 |
| COAL CONSUMPTION, NORMAL GROWTH | 2020 | 15.62 | -2.25% | 2016 AEO, Table A1 |
| COAL CONSUMPTION, NORMAL GROWTH | 2030 | 11.32 | -2.82% | 2016 AEO, Table A1 |
| | | | | |
| | 2014 | 20.59 | | 2016 AEO, Table A1 |
| COAL PRODUCTION, NORMAL GROWTH | 2020 | 17.55 | -2.63% | 2016 AEO, Table A1 |
| COAL PRODUCTION, NORMAL GROWTH | 2030 | 13.26 | -2.71% | 2016 AEO, Table A1 |
| | | | | |
| | 2014 | 26.53 | | 2016 AEO, Table A1 |
| GAS PRODUCTION, NORMAL GROWTH | 2020 | 31.45 | 2.87% | 2016 AEO, Table A1 |
| GAS PRODUCTION, NORMAL GROWTH | 2030 | 38.93 | 2.43% | 2016 AEO, Table A1 |
| | | | | |
| | 2014 | 22.53 | | 2016 AEO, Table A1 |
| OIL PRODUCTION, NORMAL GROWTH (includes crude oil and natural gas plant liquids) | 2020 | 25.69 | 2.21% | 2016 AEO, Table A1 |
| OIL PRODUCTION, NORMAL GROWTH (includes crude oil and natural gas plant liquids) | 2030 | 27.52 | 1.26% | 2016 AEO, Table A1 |
| | | | | |
| | 2014 | 35.96 | | 2016 AEO, Table B1 |
| OIL CONSUMPTION, HIGH GROWTH | 2020 | 39.00 | 1.36% | 2016 AEO, Table B1 |
| OIL CONSUMPTION, HIGH GROWTH | 2030 | 39.00 | 0.51% | 2016 AEO, Table B1 |
| | | | | |
| | 2014 | 27.53 | | 2016 AEO, Table B1 |
| GAS CONSUMPTION, HIGH GROWTH | 2020 | 28.60 | 0.64% | 2016 AEO, Table B1 |
| GAS CONSUMPTION, HIGH GROWTH | 2030 | 32.80 | 1.10% | 2016 AEO, Table B1 |
| | | | | |
| | 2014 | 17.96 | | 2016 AEO, Table B1 |
| COAL CONSUMPTION, HIGH GROWTH | 2020 | 16.50 | -1.35% | 2016 AEO, Table B1 |
| COAL CONSUMPTION, HIGH GROWTH | 2030 | 11.90 | -2.52% | 2016 AEO, Table B1 |
| | | | | |
| | 2014 | 20.59 | | 2016 AEO, Table B1 |
| COAL PRODUCTION, HIGH GROWTH | 2020 | 18.50 | -1.77% | 2016 AEO, Table B1 |
| COAL PRODUCTION, HIGH GROWTH | 2030 | 13.70 | -2.51% | 2016 AEO, Table B1 |
| | | | | |
| | 2014 | 26.53 | | 2016 AEO, Table B1 |
| GAS PRODUCTION, HIGH GROWTH | 2020 | 31.70 | 3.01% | 2016 AEO, Table B1 |
| GAS PRODUCTION, HIGH GROWTH | 2030 | 36.80 | 2.40% | 2016 AEO, Table B1 |
| | | | | |
| | 2014 | 22.53 | | 2016 AEO, Table B1 |
| OIL PRODUCTION, HIGH GROWTH (includes crude oil and natural gas plant liquids) | 2020 | 25.80 | 2.28% | 2016 AEO, Table B1 |
| OIL PRODUCTION, HIGH GROWTH (includes crude oil and natural gas plant liquids) | 2030 | 27.70 | 1.30% | 2016 AEO, Table B1 |

**Baseline data from Tool and future growth/decline data from AEO.**

**Calculated growth/decline factors.**



BLM_0053043



| | | | COLORADO | | |
|---|---|---|---|---|---|
| Scenario (NONFEDERAL LAND) | Year | Qbtu | Compound Growth Rate | Growth Rate Used in Toolkit | SOURCE |
| Oil Consumption, Normal Growth Baseline Year | 2014 | | | | |
| Oil Consumption, Compound Annual Growth Baseline to 2020 | 2020 | | | 0.86% | 2016 AEO, Table A1 |
| Oil Consumption, Compound Annual Growth Baseline to 2030 | 2030 | | | 0.11% | 2016 AEO, Table A1 |
| | | | | | |
| | 2014 | | | | |
| GAS CONSUMPTION, NORMAL GROWTH | 2020 | | | 0.46% | 2016 AEO, Table A1 |
| GAS CONSUMPTION, NORMAL GROWTH | 2030 | | | 1.04% | 2016 AEO, Table A1 |
| | | | | | |
| | 2014 | | | | |
| COAL CONSUMPTION,NORMAL GROWTH | 2020 | | | -2.25% | 2016 AEO, Table A1 |
| COAL CONSUMPTION,NORMAL GROWTH | 2030 | | | -2.82% | 2016 AEO, Table A1 |
| | | | | | |
| | 2014 | | | | |
| COAL PRODUCTION, NORMAL GROWTH | 2020 | | | -2.63% | 2016 AEO, Table A1 |
| COAL PRODUCTION, NORMAL GROWTH | 2030 | | | -2.71% | 2016 AEO, Table A1 |
| | | | | | |
| | 2014 | | | | |
| GAS PRODUCTION, NORMAL GROWTH | 2020 | | -25.00% | -25.00% | BLM CARMMS Data |
| GAS PRODUCTION, NORMAL GROWTH | 2030 | | -13.00% | -13.00% | BLM CARMMS Data |
| | | | | | |
| | 2014 | | | | |
| OIL PRODUCTION, NORMAL GROWTH (includes crude oil and natural gas plant liquids) | 2020 | | -36.00% | -36.00% | BLM CARMMS Data |
| OIL PRODUCTION, NORMAL GROWTH (includes crude oil and natural gas plant liquids) | 2030 | | -19.00% | -19.00% | BLM CARMMS Data |
| | | | | | |
| | 2014 | | | | |
| OIL CONSUMPTION, HIGH GROWTH | 2020 | | | 1.36% | 2016 AEO, Table B1 |
| OIL CONSUMPTION, HIGH GROWTH | 2030 | | | 0.51% | 2016 AEO, Table B1 |
| | | | | | |
| | 2014 | | | | |
| GAS CONSUMPTION, HIGH GROWTH | 2020 | | | 0.64% | 2016 AEO, Table B1 |
| GAS CONSUMPTION, HIGH GROWTH | 2030 | | | 1.10% | 2016 AEO, Table B1 |
| | | | | | |
| | 2014 | | | | |
| COAL CONSUMPTION,HIGH GROWTH | 2020 | | | -1.35% | 2016 AEO, Table B1 |
| COAL CONSUMPTION,HIGH GROWTH | 2030 | | | -2.52% | 2016 AEO, Table B1 |
| | | | | | |
| | 2014 | | | | |
| COAL PRODUCTION, HIGH GROWTH | 2020 | | | -1.77% | 2016 AEO, Table B1 |
| COAL PRODUCTION, HIGH GROWTH | 2030 | | | -2.51% | 2016 AEO, Table B1 |
| | | | | | |
| | 2014 | | | | |
| GAS PRODUCTION, HIGH GROWTH | 2020 | | -26.00% | -26.00% | BLM CARMMS Data |
| GAS PRODUCTION, HIGH GROWTH | 2030 | | -14.00% | -14.00% | BLM CARMMS Data |
| | | | | | |
| | 2014 | | | | |
| OIL PRODUCTION, HIGH GROWTH (includes crude oil and natural gas plant liquids) | 2020 | | -36.00% | -36.00% | BLM CARMMS Data |
| OIL PRODUCTION, HIGH GROWTH (includes crude oil and natural gas plant liquids) | 2030 | | -19.00% | -19.00% | BLM CARMMS Data |

**Examples of what Colorado specific factors could look like.**

**All other factors default to national averages.**

**Values manually entered in yellow cells will override national averages and be presented in green cells to use for calculations.**

Growth or decline rates may also be manipulated by the user when a relevant change occurs either at the state, national, or global level that would cause default values to no longer be accurate. This is accomplished by entering a percentage on the "Change to Future Growth Factors" tables, either for production or consumption. The value entered will scale up or down the current factor by that percentage. For example, if 100% is entered, then the default value will double or if -100% is entered then the default value will become zero (0).





| | February 2017 | 38 | 1539847 |

### Change to Future Growth Production Factors

| | Coal | Oil | Gas | Description |
|---|---|---|---|---|
| California | 0.00% | 0.00% | 0.00% | |
| Colorado | 0.00% | 0.00% | 0.00% | |
| Idaho | 0.00% | 0.00% | 0.00% | |
| Kansas | 0.00% | 0.00% | 0.00% | |
| Montana | 0.00% | 0.00% | 0.00% | |
| Nevada | 0.00% | 0.00% | 0.00% | |
| New Mexico | 0.00% | 0.00% | 0.00% | |
| North Dakota | 0.00% | 0.00% | 0.00% | |
| Oklahoma | 0.00% | 0.00% | 0.00% | |
| South Dakota | 0.00% | 0.00% | 0.00% | |
| Texas | 0.00% | 0.00% | 0.00% | |
| Utah | 0.00% | 0.00% | 0.00% | |
| Wyoming | 0.00% | 0.00% | 0.00% | |

NOTE: The percentage growth rates listed above can be modified to change the projections across the board. Right now everything is set to 0% which indicates that we are not modifying the growth rates that are expressed below. Entering "100%" in the table above would double the growth rate, entering "-100%" would elliminate all growth.

### Change to Future Growth Consumption Factors

| | Coal | Oil | Gas | Description |
|---|---|---|---|---|
| California | 0.00% | 0.00% | 0.00% | |
| Colorado | 0.00% | 0.00% | 0.00% | |
| Idaho | 0.00% | 0.00% | 0.00% | |
| Kansas | 0.00% | 0.00% | 0.00% | |
| Montana | 0.00% | 0.00% | 0.00% | |
| Nevada | 0.00% | 0.00% | 0.00% | |
| New Mexico | 0.00% | 0.00% | 0.00% | |
| North Dakota | 0.00% | 0.00% | 0.00% | |
| Oklahoma | 0.00% | 0.00% | 0.00% | |
| South Dakota | 0.00% | 0.00% | 0.00% | |
| Texas | 0.00% | 0.00% | 0.00% | |
| Utah | 0.00% | 0.00% | 0.00% | |
| Wyoming | 0.00% | 0.00% | 0.00% | |

These tables are identical for federal and non-federal lands and function in the same manner. An example of how these tables work is shown below.





| February 2017 | 39 | 1539847 |

| | | | | COLORADO | | |
|---|---|---|---|---|---|---|
| Scenario (NONFEDERAL LAND) | Year | Qbtu | Compound Growth Rate | Growth Rate Used in Toolkit | SOURCE | |
| | 2014 | | | | | |
| COAL CONSUMPTION, NORMAL GROWTH | 2020 | | | -2.25% | 2016 AEO, Table A1 | |
| COAL CONSUMPTION, NORMAL GROWTH | 2030 | | | -2.82% | 2016 AEO, Table A1 | |
| | | | | | | |
| | 2014 | | | | | |
| COAL PRODUCTION, NORMAL GROWTH | 2020 | | | -2.63% | 2016 AEO, Table A1 | |
| COAL PRODUCTION, NORMAL GROWTH | 2030 | | | -2.71% | 2016 AEO, Table A1 | |
| | | | | | | |
| | 2014 | | | | | |
| COAL CONSUMPTION, HIGH GROWTH | 2020 | | | -1.35% | 2016 AEO, Table B1 | |
| COAL CONSUMPTION, HIGH GROWTH | 2030 | | | -2.52% | 2016 AEO, Table B1 | |
| | | | | | | |
| | 2014 | | | | | |
| COAL PRODUCTION, HIGH GROWTH | 2020 | | | -1.77% | 2016 AEO, Table B1 | |
| COAL PRODUCTION, HIGH GROWTH | 2030 | | | -2.51% | 2016 AEO, Table B1 | |

**Default growth factors for coal consumption and production.**

## Change to Future Growth Consumption Factors

| | Coal | Oil | Gas | Description |
|---|---|---|---|---|
| California | 0.00% | 0.00% | 0.00% | |
| Colorado | 50.00% | 0.00% | 0.00% | Price of global coal drops to make coal best energy option. |
| Idaho | 0.00% | 0.00% | 0.00% | |
| Kansas | 0.00% | 0.00% | 0.00% | |
| Montana | 0.00% | 0.00% | 0.00% | |
| Nevada | 0.00% | 0.00% | 0.00% | |
| New Mexico | 0.00% | 0.00% | 0.00% | |
| North Dakota | 0.00% | 0.00% | 0.00% | |
| Oklahoma | 0.00% | 0.00% | 0.00% | |
| South Dakota | 0.00% | 0.00% | 0.00% | |
| Texas | 0.00% | 0.00% | 0.00% | |
| Utah | 0.00% | 0.00% | 0.00% | |
| Wyoming | 0.00% | 0.00% | 0.00% | |

**Value of 50% entered for coal for Colorado.**          **Enter reason for change.**



BLM_0053046