minutes.  The record shall consist of the written and taped record of oral proceedings, including testimony and statements of personal opinions, the minutes of the hearing and other meetings of the review body, all applications, exhibits, and papers submitted in any proceeding before the decision-making, administrative, or review body, the Community Development Department's staff report, and the decisions of the review and decision-making bodies

7.      *EX PARTE* COMMUNICATIONS. Members of decision-making bodies shall not engage in *ex parte* communication about applications under review or reasonably anticipated to come under review. If an *ex parte* communication is attempted by telephone, in person, by telefax or other means outside of a regularly scheduled meeting, the member of the decision-making body involved shall first attempt to stop the party from the prohibited behavior, then document the communication and notify the Community Development Director by telephone or in written form. The Community Development Director shall then enter that documentation into the public file. The Community Development Director shall report that documentation at the next meeting or hearing on the subject application. No *ex parte* communication shall be considered by a decision-making body, or any of its members, in making a decision on an Oil and Gas Permit matter.

## SECTION 1-110:   ENFORCEMENT AND PENALTIES.

A.      **OIL AND GAS OPERATIONS IN VIOLATION OF THESE REGULATIONS.**

1.      **OIL AND GAS OPERATORS THAT HAVE NOT OBTAINED A PERMIT IN COMPLIANCE WITH THESE REGULATIONS OR DO NOT COMPLY WITH OIL AND GAS PERMIT REQUIREMENTS.** Any Operator engaging in Oil and Gas Operations who does not obtain an Oil and Gas Permit pursuant to these Regulations, who does not comply with Oil and Gas Permit requirements, or who acts outside the jurisdiction of the Oil and Gas Permit may be enjoined by the County from engaging in such Oil and Gas Operations and may be subject to such other criminal or civil liability as may be prescribed by law.  In addition, if the County prevails in whole or part in any action, the Operator shall pay all

S Dominguez   Gunnison County,  CO            615250
9/5/2012  3:09:05 PM                         Page 52 of 333
447                                          R 0.00 D 0.00

BLM_0053604

reasonable attorney fees and expert costs incurred by the County.

2.    **SUSPENSION OF OIL AND GAS PERMIT.**  If the County determines at any time that there is a violation of the conditions of the Oil and Gas Permit or that there are material changes in an Oil and Gas Operation as approved by the permit, the Community Development Director or designee may, for good cause temporarily suspend the Oil and Gas Permit.   In such case, upon oral or written notification by the Community Development Director or designee, the Operator shall cease operations immediately. The Community Development Director or designee shall forthwith provide the Operator with written notice of the violation or identification of the changed condition(s).   The Operator shall have a maximum of fifteen (15) days to correct the violation.  If the violation is not timely corrected, the Permit may be further suspended pending a revocation hearing.   The Operator may request an immediate hearing before the Board regarding the suspension.  The Board shall hold the hearing within ten (10) days of the Operator's written request.

3.    **REVOCATION OF OIL AND GAS PERMIT.**  The County may, following notice and hearing, revoke an Oil and Gas Permit granted pursuant to these Regulations if any of the activities conducted by the Operator violate the conditions of the Oil and Gas Permit or these Regulations, or constitute material changes in the Oil and Gas Operation approved by the County.  The County shall provide written notice to the Operator of the violation or the material changes, and the time and date of the hearing.  No less than thirty (30) days prior to the revocation hearing, the County shall provide written notice to the permit holder setting forth the violation and the time and date for the revocation hearing.  Public notice of the revocation hearing shall be published in a newspaper of general circulation not less than thirty (30) days prior to the hearing.  Following the hearing, the County may revoke the Oil and Gas Permit or may specify a time by which action shall be taken to correct any violations of the Oil and Gas Permit to avoid revocation.

B.   **TRANSFER OF PERMITS.**  An Oil and Gas Permit may be transferred only with the written consent of the County.  The County shall ensure, in approving any transfer, that the proposed transferee can and will comply with all the requirements, terms, and

615250
Page 53 of 333
R 0.00 D 0.00

S Dominguez  Gunnison County, CO
9/5/2012  3:09:05 PM
447

BLM_0053605

conditions contained in the Oil and Gas Permit and these Regulations, and appropriate state and federal regulations and conditions, that such requirements, terms, and conditions remain sufficient to protect the health, welfare, and safety of the public, and the environment; and that an adequate guaranty of financial security can be timely made.

C.  **INSPECTION.**  The County may enter and inspect any property subject to these Regulations at reasonable hours for the purpose of determining whether an Oil and Gas Operation is in violation of the provisions of these Regulations.

D.  **JUDICIAL REVIEW.**  Any action seeking judicial review of a final decision of the County shall be initiated within thirty (30) calendar days after the decision is made, in the District Court in and for the County of Gunnison, pursuant to Rule 106 of the Colorado Rules of Civil Procedure.

E.  **NO REVIEW OR APPROVAL FOR PERSONS SUBJECT TO ENFORCEMENT ACTION.**  No permit application shall be processed or approved pursuant to these Regulations for an Operator or for property that is subject to an ongoing enforcement action.

## SECTION 1-111:  COMMENCEMENT OF OPERATION.

The Operation shall be commenced within three (3) years of the issuance of an Oil and Gas Permit under these Regulations or the Permit shall terminate and be of no force and effect.

## SECTION 1-112:  GUARANTY OF CONDITIONS OF APPROVAL.

The County may require financial security to guaranty compliance with any conditions of approval imposed by the County.  The amount of security shall be based on estimated costs to comply with the conditions of approval.

## SECTION 1-113:  AMENDING THESE REGULATIONS.

A.  **PURPOSE.**  The purpose of this Section is to provide a process by which the Board may, from time to time, amend, supplement or repeal these Regulations.

S Dominguez  Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 54 of 333
R 0.00 D 0.00



BLM_0053606

<u>SECTION 1-113:  AMENDING THESE REGULATIONS.</u>



615250
Page 55 of 333
R 0.00 D 0.00

S Dominguez  Gunnison County, CO
9/5/2012  3:09:05 PM
447

**B.**   **INITIATION.**  An amendment to these Regulations may be initiated by the Board, or by the Planning Commission.

**C.**   **PROCESS.**  The following process shall apply to an application for an amendment to these Regulations:

   **1.**   **BOARD MOTION.**  The Board may initiate an amendment by motion directing the Community Development Director to submit a proposed amendment and report to the Planning Commission for review and for further action pursuant to this Section.

   **2.**   **PLANNING COMMISSION INITIATIVE.**   The Planning Commission may initiate an amendment by submitting a written recommendation for proposed amendment to the Board.  If the Board chooses to go forward with the Planning Commission initiative, the Board shall direct the Community Development Director to submit a report to the Planning Commission for review and further action pursuant to this Section.

   **3.**   **REVIEW BY PLANNING COMMISSION.**  The Planning Commission shall review the report of the Community Development Director.   The Planning Commission shall consider the standards below and shall make a recommendation to the Board to approve, approve with modifications, table for further study, or deny the proposed amendment.

   **4.**   **BOARD PUBLIC HEARING.**  The Planning Commission's recommendation shall be forwarded to the Board, together with a complete copy of the Community Development Director's report, and the Board shall conduct a public hearing.

   **5.**   **BOARD REVIEW AND ACTION.**  The Board shall consider the proposed language, any relevant support materials, the Community Development Director's report, the Planning Commission's recommendation, the public testimony and evidence given at the public hearing, and compliance of the language with standards below.  Following closure of the public hearing, the Board may, by written resolution, adopt the amendment, adopt the amendment with modifications, table for further study or deny the amendment. Such resolution shall include findings that address the review standards below.

BLM_0053607

## SECTION 1-113: AMENDING THESE REGULATIONS

**D.** **FACTORS TO CONSIDER.** The decision to amend the text of these Regulations is at the legislative discretion of the Board and is not controlled by any one factor. The Board shall consider the following in determining whether to adopt a proposed amendment, adopt a proposed amendment with modifications, table it for further study or deny it.

**1.** **CONSISTENCY WITH ANY COMPREHENSIVE PLAN ADOPTED BY GUNNISON COUNTY.** Consistency of the proposed amendment with any comprehensive plan that may be adopted by Gunnison County;

**2.** **CHANGED CONDITIONS.** Changed conditions, including the economy of Gunnison County;

**3.** **EFFECT ON THE NATURAL ENVIRONMENT.** Effect of the proposed amendment on the natural environment;

**4.** **COMMUNITY NEEDS**. Community needs;

**5.** **DEVELOPMENT PATTERN**. Development pattern;

**6.** **CHANGES IN OR CLARIFICATION TO APPLICABLE LAW.** Changes in or clarification to applicable law;

**7.** **PUBLIC HEALTH, SAFETY AND WELFARE.** Public health, safety and welfare;

**8.** **COMPLIANCE WITH ANY APPLICABLE INTERGOVERNMENTAL AGREEMENTS ADOPTED BY GUNNISON COUNTY**. Compliance with any applicable intergovernmental agreements adopted by Gunnison County.

## SECTION 1-114: DEFINITIONS.

Where a term used in these Regulations is not defined, the definitions in Article 2 of the *Gunnison County Land Use Resolution* shall apply.

**1.** **Aggrieved Party.** The applicant, the owner of the subject property, or any person or member of the public.

**2.** **Board.** The Board of County Commissioners of Gunnison County, Colorado.

S Dominguez   Gunnison County,  CO                615250
9/5/2012  3:09:05 PM                          Page 56 of 333
447                                           R 0.00 D 0.00



BLM_0053608

3.    **Centralized Exploration and Production Waste Management Facility.**    A facility, other than a commercial disposal facility regulated by the Colorado Department of Public Health and Environment, that (1) is either used exclusively by one owner or operator or used by more than one operator under an operating agreement; and (2) is operated for a period greater than three (3) years; and (3) receives for collection, treatment, temporary storage, and/or disposal produced water, drilling fluids, completion fluids, and any other exempt Exploration and Production wastes that are generated from two or more production units or areas or from a set of commonly owned or operated leases.  This definition includes oil-field naturally occurring radioactive materials (NORM) related storage, decontamination, treatment, or disposal.

4.    **Chemical Product.**    Any substance consisting of one or more constituent chemicals that is marketed or sold as a commodity. Chemical Products shall not include substances that are known to be entirely benign, innocuous, or otherwise harmless, such as sand, walnut shells, and similar natural substances.

5.    **Closed Loop Drilling Process or System.**    A closed loop mud drilling system typically consists of steel tanks for mud mixing and storage and the use of solids removal equipment which normally includes some combination of shale shakers, mud cleaners and centrifuges sitting on top of the mud tanks.  This equipment separates drill cutting solids from the mud stream coming out of the wellbore while retaining the water or fluid portion to be reused to continue drilling the well bore.  The solids are placed in containment, either a shallow lined pit or an above ground container, provided on location.  The system differs from conventional drilling where a reserve pit is used to allow gravitational settling of the solids from the mud which can then be re-used.  A Closed Loop Drilling System does not include use of a Conventional Reserve Drilling Pit.

6.    **Conventional Reserve Drilling Pit.**    A pit, usually divided into two chambers, utilized during drilling where the pit has the primary function of allowing drilling water to be re-used by allowing the drill cuttings or solids to settle out in one section  and allowing liquids to flow to the second section for recycle purposes.  The pit is frequently a large pit 15 to 20 feet deep and lined with an impermeable liner.  The size of the pit depends upon the bore hole diameter and depth of well being drilled.

7.    **County.**    Gunnison County, Colorado, its officers, employees and

S Dominguez  Gunnison County, CO
9/5/2012 3:09:05 PM
447
615250
Page 57 of 333
R 0.00 D 0.00

BLM_0053609

agents.

8.      **Degradation**.   Lowering in grade or desirability;  lessening in quality.

9.      **Exploration and Production Waste. (E&P Waste).**  Those wastes associated with Oil and Gas Operations to locate or remove oil or gas from the ground or to remove impurities from such substances and which are uniquely associated with and intrinsic to oil and gas exploration, development or production operations that are exempt from regulation under the Resource Conservation and Recovery Act (RCRA).

10.     **Flowlines.**   Also known as or called gathering lines.   Those segments of pipe from the wellhead downstream through the production facilities ending at:

    **a.**      In the case of gas lines, the gas metering equipment; or

    **b.**      In the case of oil lines, the oil loading point or LACT unit; or

    **c.**      In the case of water lines, the water loading point, the point of discharge to a pit, or the injection wellhead.

11.     **Ground Water.**  Subsurface waters in a zone of saturation.

12.     **High Water Line Or Mark.**  The line that water impresses on the land by covering it for sufficient periods to cause physical characteristics that distinguish the area below the line from the area above it, but not limited to, a clear natural line impressed on the bank, ·shelving, changes in the character of the soil, destruction of terrestrial vegetation, and the presence of litter or debris.

13.     **Hydraulic Fracturing Additive**.  Any chemical substance or combination of substances, including any chemicals and proponents, that is intentionally added to a base fluid for purposes of preparing a hydraulic fracturing fluid for treatment of a well.

14.     **Hydraulic Fracturing Fluid.**   The fluid, including the applicable base fluid and all hydraulic fracturing additives, used to perform a hydraulic fracturing treatment.

15.     **Linear Feature.**   A road, gathering line, or pipeline that is necessary to cross a water body or connect or access a well or gathering line.  A linear feature is not considered necessary simply

S Dominguez  Gunnison County, CO                      615250
9/5/2012  3:09:05 PM                              Page 58 of 333
447                                              R 0.00 D 0.00



BLM_0053610

because it is the most proximate or least expensive method for crossing a water body or connecting or accessing a well or gathering line.

16.   **Mitigation.**   The following actions, prioritized in order of preference:

- **Avoiding Impacts.**  Avoiding an impact by not taking a certain action or parts of an action; or
- **Minimizing Impacts.** Limiting the degree or magnitude of the action or its implementation, or by changing its location; or
- **Rectifying Impacts.**  Repairing, rehabilitating, or restoring the impact area, facility or service; or
- **Reducing or Eliminating Impacts.**  Reducing or eliminating the impact over time by preservation and maintenance operations; and
- **Other Provisions for Addressing Impacts.**  Replacing or providing equivalent biological, social, environmental and physical conditions, or a combination thereof.

17.   **Non-Point Source (NPS) Pollution.**  Pollution that is caused by or attributable to diffuse sources.  Typically, NPS pollution results from land runoff, precipitation, atmospheric deposition, or percolation.

18.   **Oil and Gas Operations.**  Exploration for oil or gas, including but not limited to conventional oil and gas and coalbed methane gas; the siting, drilling, deepening, recompletion, reworking, refracturing, closure or abandonment of an oil and gas well; production facilities and Operations including the installation of flow lines and gathering lines; construction, site preparation, reclamation and related activities associated with the development of oil and gas resources.

19.   **Operation(s)**.  Oil and Gas Operations.

20.   **Operator.**  The applicant, a parent or subsidiary entity or person, or an entity that has a financial interest in the Operation.

21.   **Pit**.  Any natural or man-made depression in the ground used for oil or gas exploration or production purposes; a pit does not include steel, fiberglass, concrete or other similar vessels which do not release their contents to surrounding soils.

a.   **Well Cuttings Pit**.  A  pit lined with an impermeable liner and utilized to receive dry cuttings from a closed loop drilling

**S Dominguez   Gunnison County,  CO**          615250
9/5/2012  3:09:05 PM                            Page 59 of 333
447                                            R 0.00 D 0.00

BLM_0053611

process.  Liquids are removed prior to placing the cuttings in the pit.  No liquids, other than possibly stormwater, are retained in the pit.

**b.** **Flare Pit**.  A pit used exclusively for flaring gas.

**c.** **Water Storage and Flowback Pit**.  Specially engineered, constructed pits use to store water for fracturing operations and to receive flowback following such operations.

**22.** **Pitless.**  Pitless with respect to drilling, means there is no pit regardless of size or function.  This includes conventional reserve drilling pits and drilling cutting pits, but does not include flare pits which may be utilized to contain necessary flaring during the drilling, completion, or up-set conditions.  An above ground water tight metal or other material container is utilized instead of a sub surface pit to hold drilling cuttings until they are disposed of.

**23.** **Parcel.**  A tract or lot of land upon which the Operation will occur.

**24.** **Person.**  Any individual, partnership, corporation, association, company, or other public or corporate entity, including but not limited to the state or federal governments, and any of their political subdivisions, agencies, or instrumentalities.

**25.** **Planning Commission.**  Gunnison County Planning Commission.

**26.** **Production Facilities.**  All storage, separation, treating, dehydration, artificial lift, power supply, compression, pumping, metering, monitoring, flowline, and other equipment directly associated with oil wells, gas wells, or injection wells.

**27.** **Referral Agency.**  An agency, organization, or technical consultant deemed appropriate and necessary by the County to review an application and provide professional analysis and recommendations, including without limitation other County offices and departments, and municipal, state, or federal agencies having an interest in or authority over all or part of the application or permit and legal consultants.

**28.** **Regulation(s).**  These Regulations for Oil and Gas Operations.

**29.** **Sensitive Wildlife Habitat.**  A natural or man-made environment that contains the elements of food, shelter, water, and space in a combination and quantity necessary to sustain one or more wildlife

S Dominguez  Gunnison County, CO                615250
9/5/2012  3:09:05 PM                         Page 60 of 333
447                                          R 0.00 D 0.00



BLM_0053612

or plant species at stable population levels in historically-used habitats.  Sensitive wildlife habitat areas include, but are not limited to, nesting, brood rearing areas, rookeries, leks, migration corridors, calving and fawning grounds for big game; critical winter range for big game and for sage grouse.

30.   **Significant**.  Of considerable or substantial consequence.

31.   **Site.**  An area one mile in radius around an existing or proposed well pad.

32.   **Significant Adverse Effect/Impact.**  An impact of an action, after mitigation, that is considerable or substantial, and unfavorable or harmful; includes social, economic, physical, health, aesthetic and historical impact, and biological impacts including but not limited to, effects on natural resources or the structure or function of affected ecosystems.

33.   **Water Body.**  Any surface waters which are contained in or flow in or through Gunnison County, but does not include ephemeral streams, roadway ditches, water in sewage systems, water in treatment works of disposal systems, water in potable water distribution systems, stock ponds or irrigation ditches not discharging to live streams, and all water withdrawn for use until use and treatment have been completed.:

34.   **Water Body Related Terms.**

   a.   **Ephemeral River, Stream, Lake, Reservoir, Pond, Spring, or Wetland.**  A water body that normally holds water or flows less than 60 days a year as a result of ground water discharge or surface runoff.

   b.   **Intermittent River, Stream, Lake, Reservoir, Pond, Spring, or Wetland.**  A water body that normally holds water or flows at least 60 days a year as a result of ground water discharge or surface runoff.

   c.   **Perennial River, Stream, Lake, Reservoir, Pond, Spring, or Wetland.**  A water body that normally holds water or flows continuously during all of the year as a result of ground water discharge or surface runoff.

S Dominguez   Gunnison County, CO                    615250
9/5/2012  3:09:05 PM                                 Page 61 of 333
447                                                 R 0.00 D 0.00

BLM_0053613

## Attachment A

S Dominguez  Gunnison County, CO        604949
04/27/2011 12:44 PM         Pg: 1 of 2
447                R: $0.00  D: $

**BOARD OF COUNTY COMMISSIONERS OF GUNNISON COUNTY**
**RESOLUTION NO. 11-_17_**

### A RESOLUTION ADOPTING A SCHEDULE OF FEES
### FOR OIL AND GAS OPERATIONS APPLICATIONS

**WHEREAS**, the Board of County Commissioners adopted the *Gunnison County Temporary Regulations for Oil and Gas Operations* on May 9, 2003; and

**WHEREAS**, *Section 1-103: E. Classification of Impact Review for Oil and Gas Permit* of the *Gunnison County Temporary Regulations for Oil and Gas Operations* identifies the level of review for Oil and Gas Operations; and

**WHEREAS**, the Gunnison County Community Development Department charges fees to defray the cost of processing and reviewing applications by the County; and

**WHEREAS**, the Board of County Commissioners is informed of the costs associated with the review of Oil and Gas Operations applications; and

**WHEREAS,** the Board of County Commissioners has not previously set fees for the review of Oil and Gas applications;

**NOW, THEREFORE, BE IT RESOLVED** by the Board of County Commissioners of Gunnison County, Colorado:

1. The Gunnison County Community Development Department Schedule of Fees for Oil and Gas Operations applications is hereby adopted as identified in Exhibit A (attached).

2. The Gunnison County Community Development Department Schedule of Fees for Oil and Gas Operations becomes effective upon the recordation of this Resolution with the Office of the Gunnison County Clerk and Recorder.

**INTRODUCED** by Commissioner _Swenson_, seconded by Commissioner _Chamberland_, and adopted this 19th day of April, 2011.

**BOARD OF COUNTY COMMISSIONERS OF GUNNISON COUNTY, COLORADO**

Hap Channell, Chairperson

Paula Swenson, Commissioner

Phil Chamberland, Commissioner

Attest:

Katherine Haase, Deputy County Clerk

[SEAL: GUNNISON COUNTY COLORADO]

S Dominguez  Gunnison County, CO        615250
9/5/2012 3:09:05 PM              Page 62 of 333
447                        R 0.00 D 0.00

BLM_0053614

S Dominguez   Gunnison County, CO      604949
04/27/2011 12:44 PM           Pg: 2 of 2
447                    R:  $0.00   D: $

## EXHIBIT A

### GUNNISON COUNTY COMMUNITY DEVELOPMENT DEPARTMENT
### SCHEDULE OF FEES FOR OIL AND GAS OPERATIONS APPLICATIONS

| Classification of Impact Review | Application Fee |
|---|---|
| Oil and Gas Permit for No Significant Impact Oil and Gas Operation | $ 1,200.00 |
| Oil and Gas Permit for a Minor Impact Oil and Gas Operation | $ 3,000.00 |
| Oil and Gas Permit for a Major Impact Oil and Gas Operation | $ 5,000.00 |

BLM_0053615

# LOW-VOLUME ROADS ENGINEERING

Attachment B
Part 1 of 2



## Best Management Practices
## Field Guide



S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 64 of 333
R 0.00 D 0.00

Gordon Keller
&
James Sherar

BLM_0053616

# Low-Volume Roads Engineering

## Best Management Practices Field Guide

*By*

**Gordon Keller, PE**
Geotechnical Engineer
USDA, Forest Service
Plumas National Forest, California

*and*

**James Sherar, PE**
Logging Engineer
USDA, Forest Service
National Forests of North Carolina



Produced for
US Agency for International Development (USAID)

In Cooperation with
USDA, Forest Service, International Programs
&
Conservation Management Institute,
Virginia Polytechnic Institute and State University



July 2003

S Dominguez  Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 65 of 333
R 0.00 D 0.00

Low-Volume Roads BMPs: i

BLM_0053617

S Dominguez   Gunnison County, CO
9/5/2012 3:09:05 PM
447

615250
Page 66 of 333
R 0.00 D 0.00

Information contained in this document has been developed for the guidance of road builders, road managers, and resource specialists in most geographic areas to help build better, more cost-effective roads, and roads that minimize adverse environmental impacts and protect water quality. The U.S. Department of Agriculture (USDA) or U.S. Agency for International Development (USAID) assumes no responsibility for the interpretation or use of this information. The use of trade, firm, or corporation names is for the information and convenience of the reader. Such use does not constitute an official evaluation, conclusion, recommendation, endorsement, or approval of any product or service to the exclusion of others that may be suitable.

The U.S. Department of Agriculture and U.S. Agency for International Development prohibit discrimination in all their programs and activities on the basis of race, color, national origin, sex, religion, age, disability, political beliefs, sexual orientation, or marital or family status. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202)-720-2600 (voice and TDD).

To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, Room 326-W, Whitten Building, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410, or call (202) 720-5964 (voice and TDD). USDA is an equal opportunity provider and employer.

BLM_0053618

# LOW-VOLUME ROADS ENGINEERING
## Best Management Practices Field Guide

### FOREWORD

The Conservation Management Institute (CMI) in the College of Natural Resources at Virginia Tech is dedicated to helping apply sound scientific principles to the management of renewable natural resources around the world. Access is an important consideration in many settings — not only to facilitate utilization of natural resources, but also to enable people to reach markets for their products and health services. However, it is vital that roads constructed provide adequate access while following sound practices for environmental protection wherever possible. Improperly constructed roads can negatively impact everything from terrestrial plant populations and soil conservation efforts to water quality and populations of aquatic organisms in receiving waters.

This manual was originally published in Spanish as "Practicas Mejoradas de Caminos Forestales" by the U.S. Agency for International Development (USAID) for use throughout Latin America, and has proven valuable in helping to protect forest-based resources. It became clear that the practical advice offered in this manual could be of value to resource managers throughout the world. So, to reach this broader audience and inspired by the original Spanish work, CMI and the USDA Forest Service have collaborated to produce this updated version in English. We hope that the materials presented here are useful to you.

This project grew from our collaboration with Gerald Bauer, of the US Forest Service, on natural resource education programs in Latin America. Mr. Bauer was a contributor to the original manual and found the publication in great demand. This collaboration exemplifies our involvement with USAID and the Forest Service on many natural resource projects. We encourage you to contact USFS or CMI if we can be of assistance in your conservation efforts. Finally, we acknowledge the notable efforts of Julie McClafferty of CMI, who was instrumental in preparing this manual for publication.

B. R. Murphy, PhD., Director, CMI (murphybr@vt.edu)

A.L. Hammett, PhD., Faculty Fellow, CMI and Coordinator of International Programs, College of Natural Resources (himal@vt.edu)

Gordon Keller, PE, Geotechnical Engineer, USFS (gkeller@fs.fed.us)

James Sherar, PE, Logging Engineer, USFS (jrs4trees@aol.com)

S Dominguez   Gunnison County, CO
9/5/2012 3:09:05 PM
447

615250
Page 67 of 333
R 0.00 D 0.00



BLM_0053619



S Dominguez  Gunnison County, CO                    615250
9/5/2012 3:09:05 PM                              Page 68 of 333
447                                               R 0.00 D 0.00

## ACKNOWLEDGMENTS

A LARGE NUMBER OF INDIVIDUALS have been involved in the development of the Minimum Impact Low-Volume Roads Manual and this subsequent Low-Volume Roads Engineering Best Management Practices Field Guide. These individuals have had the vision and commitment to preserving and enhancing the quality of our environment, while also recognizing the need for good roads. Futhermore, they recognize the planning, design, maintenance, and overall management necessary to have good roads. **Funding for this project has principally been provided by the US Agency for International Development (USAID), the Global Bureau, and the Forestry Team, with contributions from the USDA, Forest Service, Office of International Programs, the Pacific Southwest Region, and the Plumas National Forest.**

The original Spanish version of this document was produced with the help of Ramon Alvarez, Roberto Medina, and Atilio Ortiz with USAID, Honduras. The authors are particularly grateful for the support of Jerry Bauer, Alex Moad, and Michelle Zweede with the International Programs office of the U.S. Forest Service; Jim Padgett and Nelson Hernandez from the Washington Office, USFS; Scott Lampman, Paul DesRosiers, and Mike Benge with the U.S. Agency for International Development; and the steadfast support from our Plumas National Forest colleagues.

The drawings presented in this document come from a variety of sources, as indicated, and most have been redrawn or adapted with the artistic talent of Jim Balkovek, Illustrator, and Paul Karr, a retired Forest Service Engineer. Scanning, labeling, and computer manipulation of figures for this field guide have been accomplished with the skill and patience of Lori Reynolds of Reynolds Graphics in Quincy, California. Translation of portions of this Field Guide and the original Minimum Impact Low-Volume Roads Manual was skillfully accomplished by Alejandra Medina of the Virginia Tech Transportation Institute.

A sincere thanks to the many professionals and laymen who gave their time in reviewing and editing the document, as well as making valuable suggestions regarding the form and content of this Field Guide. Particular thanks to Jill Herrick, U.S. Forest Service, for her valuable contributions and assistance with editing this guide, assistance with the Definition of Terms and References, and overall content review, as well as to Michael Furniss, Charlie Carter, Jerry Short, Tim Dembosz, and Ozzie Cummins for their numerous suggestions and ideas on drainage and other issues. Thanks to Richard Wiest, author of "A Landowner's Guide to Building Forest Access Roads", for his inspiration and ideas on format and layout. Other individuals involved in review and editing include Leslie Lingley of Leslie Geological Services; Marty Mitchell of Clear Water West; Alfred Logie with the International Programs office of the Federal Highway Administration (FHWA); Mike Benge and Eric Peterson with U. S. Agency for International Development; Dr John Metcalf from LSU/PIARC World Roads Association; Dr. Francis Greulich, Forest Engineer at the University of Washington; Dr. Allen Hathaway, Geologic Engineer at the University of Missouri-Rolla; David

BLM_0053620

Low-Volume Roads BMPs: iv

BLM_0053621

Orr, PE with the Cornell University Local Roads Program; Prof. Raymond Charles, University of West Indes; Art Klassen, Tropical Forestry Foundation; James Schenck and Wilson Castaneda, Cooperative Housing Foundation-Guatemala; Harold Tarver with Africare; Wes Fisher with Tellus Institute; and Sandra Wilson-Musser, Corky Lazzarino, Armando Garza, Gary Campbell, Ken Heffner, Terry Benoit, Allen King, John Heibel, William Vischer, and Greg Watkins, U.S. Forest Service employees dedicated to watershed protection and building good roads.

Most of the photos used in this manual either belong to the authors, Gordon Keller and James Sherar, or to Jerry Bauer, co-author on the "Minimum Impact Low-Volume Roads" Manual. Others belong to individuals as indicated on the specific photo. The retaining wall photo on the cover was provided by Michael Burke.

Finally, the authors wish to give special thanks to Tom Hammett at Virginia Tech for his connections and facilitation of this project and Julie McClafferty of the Conservation Management Institute and Patty Fuller of Poplar Hill Studios in Blacksburg, Virginia, for their magic in layout and publication of this guide and making it look the way it does. Last, and by no means least, a big hug to our wives, Jeanette and Julie, and families for their patience and support during this project!

S Dominguez   Gunnison County, CO          615250
9/5/2012  3:09:05 PM                 Page 69 of 333
447                                   R 0.00 D 0.00

BLM_0053622


Case No. 1:20-cv-02484-MSK   Document 43-2   filed 04/28/21   USDC Colorado   pg 20 of 92

# PREFACE

THE AUTHORS ARE GRATEFUL for the opportunity to develop this guide for the US Agency for International Development (USAID) with the cooperation of the USDA, the Forest Service, the Office of International Programs, and the International Programs Department at Virginia Polytechnic Institute and State University. The original development of this Roads Best Management Practices (BMP) Field Guide was funded by USAID/Honduras, in support of their Forestry Development Program (FDP) and their National Forestry School (ESNACIFOR). It has since been revised and expanded to be consistent with and complement the training manual titled "Minimum Impact Low-Volume Roads" for roads work in developing regions.

This Low-Volume Roads Engineering Best Management Practices Field Guide is intended to provide an overview of the key planning, location, design, construction, and maintenance aspects of roads that can cause adverse environmental impacts and to list key ways to prevent those impacts. **Best Management Practices** are general techniques or design practices that, when applied and adapted to fit site specific conditions, will prevent or reduce pollution and maintain water quality. BMPs for roads have been developed by many agencies since roads often have a major adverse impact on water quality, and most of those impacts are preventable with good engineering and management practices. Roads that are not well planned or located, not properly designed or constructed, not well maintained, or not made with durable materials often have negative effects on water quality and the environment.

This Guide presents many of those desirable practices. Fortunately, most of these "Best Management Practices" are also sound engineering practices and ones that are cost-effective by preventing failures and reducing maintenance needs and repair costs. Also keep in mind that "best" is relative and so appropriate practices depend to some degree upon the location or country, degree of need for improvements, and upon local laws and regulations. Best practices are also constantly evolving with time.

This guide tries to address most basic roads issues in as simple a manner as possible. Complex issues should be addressed by experienced engineers and specialists. Included are key **"DO's" (RECOMMENDED PRACTICES)** and "**DON'Ts**" **(PRACTICES TO AVOID)** in low-volume roads activities, along with some relevant basic design information. These fundamental practices apply to roads worldwide and for a wide range of road uses and standards. Often recommended practices have to be adapted to fit local conditions and available materials. Additional information on **how** to do the work is found in other **Selected References**, such as the "Minimum Impact Low-Volume Roads Manual".

BLM_0053623

Most practices apply to a wide range of road standards, from native surfaced, single-lane roads to double-lane paved roads. Desirable general practices include good road planning and location, performing environmental analysis, recognizing the need for positive surface drainage, ensuring adequately sized drainage crossing structures, using stable cut and fill slopes, using erosion control measures, developing good materials sources, and reclaiming sites once work has been completed.

Certain design practices, such as use of rolling dips, outsloped roads, or low-water stream crossings, are very cost-effective and practical but typically apply to low-volume, low-speed roads because of safety concerns, vertical alignment issues, or unacceptable traffic delays. Other issues, such as the use of log stringer bridges, are very desirable for stream crossings in developing regions to avoid driving through the water, yet their use is now discouraged by some agencies, such as the U.S. Forest Service, because of their short design life and potentially unpredictable performance. Thus the information presented herein must be considered in terms of local conditions, available materials, road standards, project or resource priorities, and then applied in a manner that is practical and safe.

Local rules, agency policies or regulations, or laws may conflict with some of this information or may include more specific information than that included herein. Thus, good judgment should be used in the application of the information presented in this guide, and local regulations and laws should be followed or modified as needed.

You may reproduce or copy any portion of this Guide. However, please acknowledge this Guide as the source of information.

## *Reproduction Of This Field Guide is Encouraged!*

## Disclaimer

This Field Guide does not constitute a standard, specification, or regulation from or bound on any professional group, agency, or political entity. It is intended only as a guide for good roads engineering and sound environmental management in developing countries based upon the professional judgment and experience of the authors.

S Dominguez   Gunnison County,  CO          615250
9/5/2012  3:09:05 PM                        Page 71 of 333
447                                          R 0.00 D 0.00

BLM_0053624

# LOW-VOLUME ROADS ENGINEERING
### Best Management Practices Field Guide

TABLE OF CONTENTS

**Foreword**     **iii**

**Acknowledgments**     **v**

**Preface**     **vii**

**Definition of Terms**     **xi**

**Chapter 1**    **Introduction**     **1**

**Chapter 2**    **Environmental Analysis**     **5**

**Chapter 3**    **Planning Issues and Special Applications**     **11**
Key Road Issues
Reducing Vulnerability of Roads to Natural Disasters
Streamside Management Zones
Timber Harvesting

**Chapter 4**    **Low-Volume Roads Engineering**     **21**
Road Planning
Road Location
Road Survey, Design, and Construction
Road Costs
Road Maintenance
Road Closure

**Chapter 5**    **Hydrology for Drainage Crossing Design**     **37**

**Chapter 6**    **Tools for Hydraulic and Road Design**     **43**

**Chapter 7**    **Drainage of Low-Volume Roads**     **53**
Roadway Surface Drainage Control
Control at Inlets and Outlets of Cross-Drains and Ditches
Natural Stream Crossings
Wet Areas and Meadow Crossings, Use of Underdrains

S Dominguez   Gunnison County,  CO
9/5/2012  3:09:05 PM
447

615250
Page 72 of 333
R 0.00 D 0.00

Low-Volume Roads BMPs: ix

BLM_0053625

| Chapter 8 | Culvert Use, Installation, and Sizing | 75 |
| Chapter 9 | Fords and Low-Water Crossings | 91 |
| Chapter 10 | Bridges | 97 |
| Chapter 11 | Slope Stabilization and Stability of Cuts and Fills | 103 |
| Chapter 12 | Roadway Materials and Material Sources | 115 |
| Chapter 13 | Erosion Control | 129 |
| Chapter 14 | Stabilization of Gullies | 141 |
| Selected References | | 147 |

S Dominguez   Gunnison County,  CO
9/5/2012  3:09:05 PM
447

615250
Page 73 of 333
R 0.00 D 0.00

BLM_0053626

# Definition of Terms

### Arranged by Topic:

| | | |
|---|---|---|
| Section I | Road Components | ix |
| Section II | Road Structural Section and Materials | xii |
| Section III | Surface Drainage | xiii |
| Section IV | Culverts and Drainage Crossings | xv |
| Section V | Fords and Low Water Crossings | xvii |
| Section VI | Erosion Control | xviii |
| Section VII | Miscellaneous Terms | xx |

## I. ROAD COMPONENTS

**Figure (I.1): Terms Used to Define Low-Volume Roads**



S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 74 of 333
R 0.00 D 0.00

Definition of Terms

BLM_0053627

**Figure (I.2) Terms Used to Define Low-Volume Roads (Cross-Section)**



**Base Course -** See Section II below.

**Berm -** A ridge of rock, soil, or asphalt, typically along the outside edge of the road shoulder, used to control surface water. It directs surface runoff to specific locations where water can be removed from the road surface without causing erosion.

**Buttress -** A structure designed to resist lateral forces. It is typically constructed of large riprap rock, gabions, or drained soil to support the toe of a slope in an unstable area.

**Cross-Section -** A drawing depicting a section of the road sliced across the whole width of the road (See *Figure I.2* above). Can also apply to a stream, a slope, or a slide.

**Cut Slope (Back Slope or Cut Bank) -** The artificial face or slope cut into soil or rock along the inside edge of the road.

**Cut-and-fill -** A method of road construction in which a road is built by cutting into the hillside and spreading the spoil materials in adjacent low spots and as compacted or side-cast fill slope material along the route. A "**balanced cut-and-fill**" utilizes all of the "cut" material to generate the "fill". In a balanced cut-and-fill design there is no excess waste material and there is no need for hauling additional fill material. Thus cost is minimized.

**Ditch (Side Drain) -** A channel or shallow canal along the road intended to collect water from the road and adjacent land for transport to a suitable point of disposal. It is commonly along the inside edge of the road. It also can be along the outside edge or along both sides of the road.

**End Haul -** The removal and transportation of excavated material off-site to a stable waste area (rather than placing the fill material near the location of excavation).

**Embankment (Fill) -** Excavated material placed on a prepared ground surface to construct the road subgrade and roadbed template.

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 75 of 333
R 0.00 D 0.00



BLM_0053628

**Fill Slope (Embankment Slope) -** The inclined slope extending from the outside edge of the road shoulder to the toe (bottom) of the fill. This is the surface formed where material is deposited to build the road.

**Full Bench Cut and End Haul -** A method of road construction in which a road is built entirely by cutting away the slope, and the excess material is hauled away (end hauled) to an off-site disposal area.

**Grade (Gradient) -** The slope of the road along its alignment. This slope is expressed in percent - the ratio of elevation change compared to distance traveled. For example, a +4% grade indicates a gain of 4 units of measure in elevation for every 100 units of measure traveled.

**Low-Volume Road -** A type of transportation system typically constructed to manage or extract resources from rural or undeveloped areas. These unique systems are designed to accommodate low traffic volumes with potentially extreme axle loads. They are commonly defined as having less than 400 ADT (Average Daily Traffic).

**Natural Ground (Original Ground Level) -** The natural ground surface of the terrain that existed prior to disturbance and/or road construction.

**Plan View (Map View) -** View seen when looking from the sky towards the ground. A drawing with this view is similar to what a bird would see when flying over a road.

**Reinforced Fill -** A fill that has been provided with tensile reinforcement through frictional contact with the surrounding soil for the purpose of greater stability and load carrying capacity. Reinforced fills are comprised of soil or rock material placed in layers with reinforcing elements to form slopes, walls, embankments, dams or other structures. The reinforcing elements range from simple vegetation to specialized products such as steel strips, steel grids, polymeric geogrids and geotextiles.

**Retaining Structure -** A structure designed to resist the lateral displacement of soil, water, or any other type of material. It is commonly used to support a roadway or gain road width on steep terrain. They are often constructed of gabions, reinforced concrete, timber cribs, or mechanically stabilized earth.

**Right-of-Way (ROW) -** The strip of land over which facilities such as roads, railroads, or power lines are built. Legally, it is an easement that grants the right to pass over the land of another.

**Road Center Line -** An imaginary line that runs longitudinally along the center of the road.

**Roadbed -** Width of the road used by vehicles including the shoulders, measured at the top of subgrade.

**Roadway (Construction Limits or Formation Width) -** Total horizontal width of land affected by the construction of the road, from the top of cut slope to the toe of fill or graded area.

**Side-Cast Fill -** Excavated material pushed on a prepared or unprepared slope next to the excavation to construct the roadbed. The material is usually not compacted.

**Slope Ratio (Slope) -** A way of expressing constructed slopes as a ratio of horizontal distance to vertical rise, such as 3:1 (3 m horizontal for every 1 m vertical rise or fall).

**Shoulder -** The paved or unpaved strip along the edge of the traveled way of the road. An inside shoulder is adjacent to the cut slope. An outside shoulder is adjacent to an embankment slope.

**Subgrade -** See Section II below.

**Surface Course (Surfacing) -** See Section II below.

BLM_0053629

**Traveled Way (Carriageway)** - That portion of the road constructed for use by moving vehicles including traffic lanes and turnouts (excluding shoulders).

**Through Cut** - A road cut through a hill slope or, more commonly, a ridge, in which there is a cut slope on both sides of the road.

**Through Fill** - Opposite of a through cut, a through fill is a segment of road that is entirely composed of fill material, with fill slopes on both sides of the road.

## II. ROAD STRUCTURAL SECTION AND MATERIALS

### Figure (II): Road Structural Section



**Base Course (Base)** - This is the main load-spreading layer of the traveled way. Base course material normally consists of crushed stone or gravel or of gravelly soils, decomposed rock, sands and sandy clays stabilized with cement, lime or bitumen.

**Borrow Pit (Borrow Site)** - An area where excavation takes place to produce materials for earthwork, such as a fill material for embankments. It is typically a small area used to mine sand, gravel, rock, or soil without further processing.

**Quarry** - A site where stone, riprap, aggregate, and other construction materials are extracted. The material often has to be excavated with ripping or blasting, and the material typically needs to be processed by crushing or screening to produce the desired gradation of aggregate.

**Raveling** - A process where coarse material on the road surface comes loose and separated from the roadbed because of lack of binder or poor gradation of material. The term also applies to a slope where rock or coarse material comes loose and falls down the cut or fill slope.

**Sub-Base** - This is the secondary load-spreading layer underlying the base. It normally consists of a material that has lower strength and durability than that used in the base, e.g. unprocessed natural gravel, gravel/sand or gravel/sand/clay.

**Subgrade** - The surface of roadbed upon which sub base, base, or surface course are constructed. For roads without base course or surface course, this portion of the roadbed becomes the finished wearing surface. The subgrade is typically at the level of the in-place material.

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 77 of 333
R 0.00 D 0.00

BLM_0053630

**Surface Course (Surfacing)** - The top layer of the road surface, also called the wearing course. Rock, cobblestone, crushed aggregate and paving, such as Bituminous Surface Treatments and Asphalt Concrete, are types of surfacing used to improve rider comfort, provide structural support, and weatherproof the road surface for wet season use.

**Washboarding (Corrugations)** - A series of ridges and depressions across the road caused in soil and aggregate road surfaces by the lack of surface cohesion. This is typically a result of the loss of fines in the road surface caused by dry conditions or poorly graded material. These conditions worsen with excessive vehicle speeds and high traffic volumes.

**Wearing Course (Wearing Surface)** –The top layer of the road surface that is driven upon. It should be durable, may have a high resistance to skidding, and it typically should be impervious to surface water. Wearing surfaces may be the native soil, aggregate, seal coats, or asphalt.

## III. SURFACE DRAINAGE

### Figure (III.1): Road Surface Drainage



**Armor** - Rocks or other material placed on headwalls, on soil, or in ditches to prevent water from eroding and undercutting or scouring the soil.

**Catch Water Ditch (Intercept Drain)** - A flat-bottomed excavation or ditch located above a cut slope that is designed to intercept, collect and drain away surface runoff water before it goes over the cut slope, to protect the cut slope and roadway from erosion.

**Check Dam (Scour Check, or Dike)** - A small dam constructed in a gully or ditch to decrease flow velocity, minimize channel scour, and to trap sediment.

**Cross-Drain (X-Drain)** - Installed or constructed structures such as culverts and rolling dips that move water from one side of the road to the other.

**Crown** - A crowned surface has the highest elevation at centerline (convex) and slopes down on both sides. Crown is used to facilitate draining water off a wide road surface.

**Debris** - Organic material, rocks and sediment (leaves, brush, wood, rocks, rubble, etc.) often mixed, that is undesirable (in a channel or drainage structure).

BLM_0053631

**Figure (III.2): Rolling Grade with Rock-Armored Rolling Dips**



**Drainage Structure -** A structure installed to control, divert, or move water off or across a road, including but not limited to culverts, bridges, ditch drains, fords, and rolling dips.

**French Drain (Underdrain) -** A buried trench, filled with coarse aggregate, and typically placed in the ditch line along the road, which acts to drain subsurface water from a wet area and discharge it a safe and stable location. French drains may use variable sizes of rock but do not have a drain pipe in the bottom of the trench.

**Inside/Outside -** Reference to a feature on the inside of the road, which is typically the cutslope (back slope) side of the road/ Reference to a feature on the outside of a road, typically on the fill slope side.

**Inslope -** The inside cross-slope of a road subgrade or surface, typically measured in percentage. Inslope is used to facilitate the draining of water from a road surface to an inside ditch. An insloped road has the highest point on the outside edge of the road and slopes downward to the ditch at the toe of the cut slope, along the inside edge of road.

**Lead-Off Ditches (Turnouts, Outside Ditch, or Mitre Drains) -** Excavations designed to divert water away from the ditch and roadway (at a point where this doesn't occur naturally) in order to reduce the volume and velocity of roadside ditch water.

**Outslope -** The outside cross-slope of a road subgrade or surface, typically measured in percentage. Outslope is used to facilitate the draining of water from a road directly off the outside edge of the road. An outsloped road has the highest point on the uphill or inside of the road and slopes down to the outside edge of the road and the fill slope.

**Riprap -** Well-graded, durable, large rock, ideally with fractured surfaces, sized to resist scour or movement by water and installed to prevent erosion of native soil material.

**Rolling Dip (Dip, Broad-Based Dip) -** A surface drainage structure, with a constructed break in the road grade, specifically designed to drain water from an inside ditch or across the road surface, while vehicles travel speed is somewhat reduced (see lower photo on the cover of this Guide).

**Underdrain (Subsurface Drain) -** A buried trench, filled with coarse aggregate, coarse sand, or gravel, and typically placed in the ditch line along the road, which acts to drain subsurface water from a wet area and discharge it a safe and stable location. Underdrains may use a uniform size of rock, be wrapped in geotextile, and have a perforated drain pipe in the bottom of the trench.

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 79 of 333
R 0.00 D 0.00

BLM_0053632

**Waterbar** - A frequently spaced, constructed drainage device, using soil mounds in the road surface, that interrupt the flow of water and that diverts water off the road surface. They may be drivable by high clearance vehicles or impassable.

## IV. CULVERTS AND DRAINAGE CROSSINGS

### Figure (IV.1): Culvert Components



### Figure (IV.2): Natural Drainage Crossing with a Culvert



**Apron** - An extension of the head wall structure built at ground or stream level and designed to protect the stream bottom from high flow velocities and to safely move water away from the drainage structure.

**Bankfull Width (Ordinary High Water Width)** - The surface width of the stream measured at the bankfull stage. This flow, on average, has a recurrence interval of about 1.5 years. The bankfull stage is the dominant channel-forming flow, and is typically identified as the normal upper limit of stream channel scour, below which perennial vegetation does not occur.

S Dominguez  Gunnison County,  CO
9/5/2012  3:09:05 PM
447

615250
Page 80 of 333
R 0.00 D 0.00

LOW-VOLUME ROADS BMPs: xvii

BLM_0053633

**Bedload -** Sediment or other material that slides, rolls, or bounces along the streambed or channel bottom due to flowing water.

**Catch Basin -** The excavated or constructed basin at the inlet of a culvert cross-drain pipe, used to store water and direct it into the culvert pipe.

**Culvert -** A drainage pipe, usually made of metal, concrete, or plastic, set beneath the road surface, to move water from the inside of the road to the outside of the road, or under the road. Culverts are used to drain ditches, springs, and streams that cross the road. The invert is the floor or the bottom of the structure at its entrance.

**Drop Inlet -** A masonry or concrete basin, or a vertical riser on a metal culvert inlet, usually of the same diameter as the culvert, and often slotted, to allow water to flow into the culvert as water flow rises around the outside. Drop inlets are often used on ditch relief culverts where sediment or debris would plug the pipe. A drop inlet also helps control the elevation of the ditch.

**Flood Plain -** A level or gently sloping area on either side of a river or stream active (main) channel that is submerged at times during high water or periods of flooding. Silt and sand are deposited and accumulate in this area along the main channel.

**Freeboard -** The additional height of a structure above design high water level to prevent overflow or overtopping. Also freeboard, at any given time, is the vertical distance between the water level and the bottom of the bridge slab, girders, or structure.

**Headwall -** A concrete, gabion, masonry, or timber wall built around the inlet or outlet of a drainage pipe or structure to increase inlet flow capacity, reduce risk of debris damage, retain the fill material and minimize scour around the structure.

**High Water Mark -** The line on a bank or shore established by the highest level of the water. This is usually identified by physical evidence such as a natural impression (small bench) on the bank, changes in the character of soil, destruction of most vegetation, or presence of litter and debris.

**Inlet -** The opening in a drainage structure or pipe where the water first enters the structure.

**Metal End Section -** A manufactured headwall/wing wall, usually made from the same type of metal as the culvert, to enhance inlet flow capacity.

**Outlet -** The opening in a drainage structure or pipe where the water leaves the structure. The outlet is usually lower than the inlet to ensure that water flows through the structure.

**Outlet Protection -** Devices or material, such as a headwall or riprap, placed at the outlet of pipes or drainage structures to dissipate the energy of flowing water, reduce its flow velocity, and prevent channel or bank scour.

**Perennial Stream -** A stream that typically has running water all year long.

**Piping -** The movement of fine soil under a pipe, embankment, or structure, caused by seepage forces and moving water, that can cause a structure to be undermined and fail.

**Rootwad -** The ball of tree roots and dirt that is pulled from the ground when a tree is uprooted.

**Scour -** Erosion or soil movement in a stream bed, stream bank, channel, or behind a structure, typically caused by increased water velocity or lack of protection.

**Stream Barb (Jetty) -** Typically low rock sills that project away from a steam bank and out into the stream channel to redirect flow away from an eroding bank.

**Wing Walls -** Masonry or concrete structures built onto the side of culvert inlet and outlet headwalls, designed to retain the roadway fill and direct water into and out of the drainage structure while protecting the road and fill from erosion.

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447
615250
Page 81 of 333
R 0.00 D 0.00

BLM_0053634

## V. FORDS AND LOW-WATER CROSSINGS

### Figure (V.1) Simple Ford



### Figure (V.2) Improved, Vented Ford



**Ford (Low-Water Crossing) (Drift); Simple -** A rock or other hardened structure that is built across the bottom of a swale, gully, or stream channel that is usually dry, to allow improved vehicle passage during periods of low water or no flow.

**Ford (Low-Water Crossing) (Drift); Improved -** A masonry, concrete, gabion, or other hardened surface structure built across the bottom of an intermittent or live stream that improves vehicle passage during low flow periods and minimizes channel disturbance or sediment production.

**Vented Ford -** A structure designed to allow normal or low water flow in a stream channel or watercourse to pass safely through the structure (e.g., culverts) below a hardened or reinforced roadway surface. During periods of high water or flooding, the flow passes over the structure and typically prevents vehicle passage.

S Dominguez   Gunnison County,  CO                     615250
9/5/2012  3:09:05 PM                          Page 82 of 333
447                                              R 0.00 D 0.00



BLM_0053635

## VI. EROSION CONTROL

**Figure (VI.1): Use of Vegetation, Woody Material and Rock for Erosion Control**



**Figure (VI.2): Biotechnical Erosion Control Measures-A Wall with Live Stakes**



**Biotechnical Erosion Control -** A combination of vegetative and structural measures used to prevent erosion or stabilize slopes and stream banks. The term "biotechnical" describes several methods of establishing vegetative cover by embedding a combination of live, dormant, and/or decaying plant materials into banks and shorelines in a structure-like manner or in conjunction with riprap or physical structures such as cribs or gabions.

**Brush Barrier -** A sediment control structure created using live brushy vegetation or slash piled at the toe of a fill lope, on contour along a slope, along the road, or at the outlet of culverts, leadoff ditches, dips, or water bars to trap sediment.

S Dominguez   Gunnison County,  CO          615250
9/5/2012  3:09:05 PM                    Page 83 of 333
447                                     R 0.00 D 0.00

BLM_0053636

**Brush Layers -** The biotechnical practice of digging shallow terraces into the surface of a slope, laying in layers of a vegetative cuttings that will resprout, and backfilling (burying) the cuttings with soil. Cuttings are placed perpendicular to the slope contour.

**Erosive Soils -** Soils that are relatively prone to erosion and movement by rain drop impact and surface runoff. Fine granular, non-cohesive soils, such as fine sandy sand derived from decomposed granite, silts, or fine sands, are known to be very erosive.

**Erosion -** The process by which the surface of the earth is worn away and soil moved by the actions of wind or water in the form of raindrops, surface runoffs, and waves.

**Erosion Control -** The act of reducing or eliminating on-going erosion caused by raindrop impact, rilling, gullying, raveling, and other surface processes.

**Erosion Prevention -** Preventing erosion before it occurs. Erosion prevention is typically less expensive and more effective than erosion control. Erosion prevention is intended to protect a road, including its drainage structures, cut and fill slopes, and disturbed areas, and to protect water quality.

**Live Stakes -** Sections of woody plants that are cut into lengths (stakes) and placed or driven into the slope. The plant material is installed during the fall or spring when the original plant (and consequently cuttings from it) is dormant. The plant materials used for stakes are usually hardy species which will root from cuttings easily and eventually grow into mature woody shrubs that reinforce the soil structure of the slope.

**Mulch -** Material placed or spread on the surface of the ground to protect it from raindrop, rill, and gully erosion, and to retain moisture to promote the growth of vegetation. Mulches include cut vegetation, grasses, wood chips, rock, straw, wood fiber, and variety of other natural and synthetic materials and mats.

**Mulching -** Providing a loose covering on exposed soil areas using materials such as grass, straw, bark, or wood fibers to help control erosion and protect exposed soil.

**Native Species -** Occurring or living naturally in an area (indigenous), such as locally grown native plants.

**Physical Erosion Control Measures -** Non-vegetative measures used to control erosion, such as armoring the soil with riprap, building silt fences, using woven mats, using gabions, spreading or windrowing logging slash or woody material, etc., and controlling water with settlement ponds, armored drainage ditches, etc.

**Scarification -** The act of ripping or stripping the forest floor or a road surface and mixing it with mineral soil, typically with mechanical equipment, to loosen the soil, reduce compaction, and prepare the area for planting with grasses or trees.

**Sedimentation (Sediment) -** Soil, most commonly clay, silt and sand, which is eroded from the land or poorly constructed roads and reaches a stream or water course, commonly reducing water quality in rivers, streams and lakes.

**Sediment Catchment Basin -** A constructed basin designed to slow water velocity and trap sediment as it settles out of the water.

**Slash -** Any treetops, limbs, bark, abandoned forest products, windfalls or other debris left on the ground after timber or other forest products have been cut.

**Silt Fence -** A temporary barrier used to intercept sediment-laden runoff from slopes. It is typically made of porous geotextile material.

**Vegetative Erosion Control Measures -** The use of live cuttings or stakes, seed, sod, and transplants to establish vegetation (grass, brush, trees) for erosion control and slope protection work.

**Vegetative Contour Hedgerow -** Rows of trees and shrubs, typically planted on contour across slopes, that form a border and can provide erosion control protection against sheet flow, as well as provide food and cover for wildlife.

Low-Volume Roads BMPs: xxi

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 84 of 333
R 0.00 D 0.00

BLM_0053637

**Vetiver Grass -** Any of several varieties of a non-invasive, large bunch grass widely used for erosion control and moisture conservation. When planted as a contour hedgerow, it slows runoff and filters sediment. The curtain-like root system helps anchor soil and competes minimally with adjacent crop roots.

**Wattles (Live Fascine) -** Long bundles of brush or branch cuttings, bound together into sausage shaped structures, which are buried or staked on contour along a slope, preferably to sprout, and form a sediment trap or break up sheet flow on the slope.

**Windrow -** Logging debris and woody vegetation that has been piled in rows to trap sediment, as well as decompose or eventually be burned; the act of building windrows.

## VII. Miscellaneous Terms

**Angle of Repose -** The maximum slope or angle at which a granular material, such as loose rock or soil, will stand and remain stable.

**Best Management Practices (BMPs) -** Practical guidelines that can be used to reduce the environmental impact of roads and forest management activities (such as the construction of roads, skid trails and log landings) and protect water quality. BMPs address the key planning, location, design, construction, and maintenance aspects of roads or other activities that can cause adverse environmental impacts and suggest methods to prevent those impacts.

**Buffer Area -** A designated zone along a stream or around a water body or area with sufficient width to minimize the entrance of forestry chemicals, sediment, or other pollution into the water body or protect the area.

**Contour -** Lines drawn on a plan that connect points having the same elevation. Contour lines represent an even value, with the contour interval being selected consistent with terrain, scale, and intended use of the plan. Contours are level.

**Environmental Impact -** An action or series of actions that have an effect on the environment. An Environmental Impact Assessment predicts and evaluates these effects, both positive and negative, and the conclusions are used as a tool in planning and decision-making.

**Gabions -** Baskets (usually made of wire) filled with rocks (or broken pieces of concrete) about 10-20 cm in size, used for building erosion control structures, weirs, bank protection, or retaining structures.

**Geotextile (Filter Fabric) -** Textile made from synthetic "plastic" fibers, usually non-biodegradable, to form a blanket-like product. Geotextiles can be woven or non-woven and have varying degrees of porosity, open area, and strength properties. They are used as moisture barriers, for separation or reinforcement of soils, filtration, and for drainage.

**Habitat -** The natural environment that forms a home for native plants and animals. For example, riverbanks are habitat for insects that are the primary source of food for many fish.

**Logging (Harvesting) -** Logging is the process of harvesting timber from trees. This includes felling, skidding, loading, and transporting forest products, particularly logs.

**Landing (Log Deck) -** Any place on or adjacent to the logging site where logs are assembled after being yarded, awaiting subsequent handling, loading, and transport. This is typically a relatively flat area, commonly about 20 to 50 meters in diameter.

**Mitigation -** The act of or a specific item used to reduce or eliminate an adverse environmental impact.

**Native Soil -** Natural, in-place or in-situ soil that has formed on site and has not been artificially imported to the site.

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 85 of 333
R 0.00 D 0.00

BLM_0053638

**Reclamation (Rehabilitation)** - Activities that reclaim, repair, or improve part or all of an existing road, borrow pit, or disturbed area and restore it to its original or some desired final condition.

**Road Closure (Temporary)** - Closing vehicular access to a road through the use of barricades such as gates, log barriers, earthen mounds, or other temporary structures. The end result is to restrict the use of the road for some period of time.

**Road Decommissioning** - Permanently closing a road through techniques that include blocking the entrance, scattering limbs and brush on the roadbed, replanting vegetation, adding waterbars, removing fills and culverts, or reestablishing natural drainage patterns. However the basic road shape, or template, is still in place. The end result is to terminate the function of the road and mitigate the adverse environmental impacts of the road.

**Road Obliteration** - A form of road closure that refills cut areas, removes fills and drainage structures, restores natural contours, revegetates the area, and ultimately attempts to restore the natural ground shape and condition. Thus, most adverse environmental impacts of the road are eliminated.

**Road Management Objectives** - Objectives that establish the intended purpose of an individual road based on management direction and access management objectives. Road management objectives contain design criteria, operation criteria, and maintenance criteria.

**Skid Trail (Skidding)** - A temporary, nonstructural pathway over forest soil used for dragging felled trees or logs to a log landing.

**Streamside Management Zone (SMZ)** - The land, together with the vegetation that grows there, immediately in contact with the stream and sufficiently close to have a major influence on the total ecological character and function of the stream. It is a buffer area along a stream where activities are limited or prohibited.

**Upgrading** - The process by which the standard of an existing road is improved or altered to allow for increased capacity and safe use by a greater volume of traffic.

S Dominguez   Gunnison County, CO    615250
9/5/2012  3:09:05 PM           Page 86 of 333
447                            R 0.00 D 0.00



BLM_0053639

Chapter 1
# Introduction

*"Ideas are a dime a dozen. People who put them into action are priceless."*

<span style="font-size:small">~ L. Gandara</span>

RURAL, LOW-VOLUME, farm-to-market access roads, roads connecting communities, and roads for logging or mining are significant parts of any transportation system. They are necessary to serve the public in rural areas, to improve the flow of goods and services, to help promote development, public health and education, as well as to aid in land and resource management (*Photo 1.1*). At the same time, roads and disturbed areas can produce significant amounts of sediment (*Photo 1.2*). They can be one of the greatest adverse impacts on the local environment, on water quality, and on aquatic life. Roads can produce significant erosion, cause gullies, have an impact on groundwater, wildlife, and vegetation, impact social structure, degrade scenic values, waste limited funds, and take useful land out of production (*Photo 1.3*).

The basic objective of this guide is to help engineers, planners, environmental specialists, and road managers make good decisions, protect the environment, and build good low-volume roads. Key issues that should be addressed when planning a road project include changes or negative impacts to the area that a road can cause which may be significant, irreversible, or difficult to mitigate. The



**Photo 1.1** A minimum impact rural road that is well drained, has a stable driving surface, stable slopes, and is satisfactory for the user.

S Dominguez   Gunnison County, CO
9/5/2012 3:09:05 PM
447
615250
Page 87 of 333
R 0.00 D 0.00

BLM_0053640

Low-Volume Roads BMPs: xxiv

BLM_0053641



**Photo 1.2 A poorly drained road that has a rough driving surface for the users, it is a source of sediment, and it is relatively expensive to maintain.**

producing, purifying, and maintaining clean water. Roads must protect water quality and the biotic environment that depends on it.

**Best Management Practices** or **"BMPs"** are those principals and engineering design practices that will protect water quality as well as the function of the road when properly applied. The Best Management Practices presented herein are a compilation of ideas and techniques that can be used in road management to reduce or eliminate many of the potential impacts from road operations and protect water quality. They represent good road design and construction practices that are cost effective in the long run by reventing failures, eliminating repair needs, and reducing maintenance.

The purpose of this manual is to present recommended practices for low-volume roads. A low-volume road is commonly defined as a road that has an average daily traffic

long-term social, environmental, and fiscal cost effectiveness of a proposed road  all need to be examined. Environmental analysis is a principal way to examine all aspects of a project, maximize its usefulness, and minimize problems. Emphasis should be placed on the use of an "Interdisciplinary Team" approach. Not all adverse impacts of roads can be avoided, but many can, and the negative and positive impacts of a road project should be weighed and evaluated.

Roads are necessary, but they must be constructed and maintained in such a way that negative environmental impacts are controlled or avoided. A well planned, located, designed, and constructed road will have minimum adverse impacts on the environment and will be cost effective in the long term with minimized maintenance and repair

costs. Controlling erosion and protecting water quality are essential to the quality of life, the health of the forest and woodland ecosystems, and to the long-term sustainability of rural resources. Vegetated areas such as woodlands and forests play a vital role in



**Photo 1.3 A problematic road because of roadcut failures. Instability problems cause road user delays, and high maintenance or repair costs.**

S Dominguez   Gunnison County, CO
9/5/2012 3:09:05 PM
447

615250
Page 88 of 333
R 0.00 D 0.00

BLM_0053642

## *The key objectives of* BEST MANAGEMENT PRACTICES

Best Management Practices are designed to accomplish the following:

- Produce a safe, cost effective, environmentally friendly, and practical road design that is supported by and meets the needs of the users;

- Protect water quality and reduce sediment loading into water bodies;

- Avoid conflicts with land use;

- Protect sensitive areas and reduce ecosystem impacts;

- Maintain natural channels, natural stream flow, and maintain passage for aquatic organisms;

- Minimize ground and drainage channel disturbance;

- Control surface water on the road and stabilize the roadbed driving surface (*Photo 1.4*);

- Control erosion and protect exposed soil areas;

- Implement needed slope stabilization measures and reduce mass wasting;

- Avoid problematic areas; and

- Stormproof and extend the useful life of the road.

(ADT) of less than 400 vehicles per day, and usually has design speeds less than 80 kph (50 mph). The information in this manual is applicable to rural roads, and most of the information is applicable to all types of roads, although high standard roads are not the emphasis of this manual. Soil and water quality issues related to temperature, nutrients, chemical pollution, debris, quantity of flow, and so on are also beyond the scope of this manual, although there are many varied benefits from the application of these practices.

Each topic in this manual contains a problem statement that presents concerns, advantages, and potential impacts for that issue. **RECOMMENDED PRACTICES** and information on the proper or most desirable way to plan, locate, design, construct, and maintain roads are presented, along with drawings and tables. Finally, **PRACTICES TO AVOID** are listed to discourage poor and undesirable practices.

This manual offers the Best Management Practices associated with many aspects of roads management. The information presented in this manual should become an integral part of transportation planning and rural road design. Key to its use is the need to **hire and retain good, well-trained, and experienced engineers** in road agencies to evaluate problems, consider local conditions and resources, and implement or adapt these practices as appropriate.

*"Ideas are a dime a dozen. People who put them into action are priceless."*

Low-Volume Roads BMPs:   3

S Dominguez   Gunnison County, CO
9/5/2012 3:09:05 PM
447
615250
Page 89 of 333
R 0.00 D 0.00

BLM_0053643

Obviously, some significant differences exist in roads needs and design details in varying geographic areas. At times, unique solutions are needed. Mountainous regions typically have steep slopes and cold region conditions; deserts have little moisture to support vegetative erosion control measures but have brief, intense rainfall; jungles often have poor soils and drainage problems; high valley regions have dissected, steep terrain and difficult drainage crossings, and so on. However, the basic planning, location, design and maintenance concepts, and select BMPs apply to any area. Good planning and road location are needed in any area. Roadway drainage must be controlled and drainage crossings must be carefully selected and properly designed. All roads need stable slopes, use of good materials, and appropriately applied erosion control measures. Only some design details vary with specific geographic and climatic regions. Thus local experience and knowledge are so important in rural roads.

These BMPs are applicable to road construction practices in most field situations. However, BMPs should be selected (and may be modified) for site-specific conditions, with guidance from experienced engineers, managers, or other resource professionals. They must consider local or national regulations. Modifications should be researched, designed, and documented before being used. They should be monitored, and they should provide for equal or greater water quality protection.



**Photo 1.4** A well designed, "minimum impact" road that has an appropriate standard for its use, and a stabilized cobblestone driving surface.

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 90 of 333
R 0.00 D 0.00

BLM_0053644

Chapter 2

# Environmental Analysis

*Involve all parties!  Communicate, communicate, communicate!*

ENVIRONMENTAL ANALYSIS (the EA Process) is a systematic, interdisciplinary process used to identify the purpose of a proposed action, develop practical alternatives to the proposed action, and predict potential environmental effects of the action. A few examples of proposed actions are road construction, logging, tree clearing for disease control, reforestation, building a hydroelectric dam, or developing a quarry. *Figure 2.1* shows some of the trade-offs and environmental impacts of low versus high standard roads.

A couple of the principal environmental laws applied today are, the National Environmental Policy Act (NEPA), established in the United States in 1964, and the US Agency for International Development (USAID) 216 Regulations, which dictate the environmental analysis process for USAID funded projects worldwide. Many other countries and agencies have environmental laws, regulations, and procedures that pattern these fundamental documents.




High Impact Road

Low Impact Road

**Figure 2.1 Low versus High Impact Roads:** These figures show the reduced work and reduced environmental impacts from low standard roads that conform to the topography. The low standard road reduces cut and fill slope size, reduces earth work, visual impacts, and minimizes changes to natural drainage patterns. The high standard road can move a large volume of traffic rapidly and safely.

S Dominguez  Gunnison County, CO
9/5/2012 3:09:05 PM
447

615250
Page 91 of 333
R 0.00 D 0.00

Low-Volume Roads BMPs : 5

BLM_0053645



**Photo 2.1  A well built road that helps serve the local population in a rural area, with minimum environmental damage.**

An Environmental Analysis (EA) identifies problems, conflicts, or resource constraints that may affect the natural environment or the viability of a project. It also examines how a proposed action might affect people, their communities, and their livelihoods (*Photo 2.1*). The analysis should be conducted by an Interdisciplinary Team consisting of personnel with a range of skills and disciplines relevant to the project. Team members should include a team leader and may include engineers, geologists, biologists, archaeologists, and social workers. The EA process and findings are communicated to the various affected individuals and groups. At the same time, the interested public helps provide input and comment on the proposed project (*Photo 2.2*). The document produced as a result of the EA guides the decision maker toward a logical, rational, informed decision about the proposed action.

The EA process and Interdisciplinary Team studies can reveal sound environmental, social, or economic reasons for improving a project. After predicting potential issues, the EA identifies measures to minimize problems and outlines ways to improve the project's feasibility. *Figures 2.2 a, b, & c* show examples of environmental mitigations that a designer can use to avoid potential impacts on wildlife, such as use of animal underpasses and culvert requirements for fish passage (*Photo 2.3*).

The EA process can provide many benefits to the road builder, local agencies, and the communities who will be affected by road construction and maintenance activities. The process and resulting reports are tools that road managers can use to guide their decisions, produce better road designs and maintenance plans, identify and avoid problems, and gain public support for their activities. An EA document can be long and complex for major, potentially high impact projects, or it may only be a few pages long for a simple road project. *Table 2.1* presents an eight-step process that is useful for doing Environmental Analysis.

Key benefits of EA for a road project can include the following:

• Reducing cost and time of project implementation;



**Photo 2.2  A key aspect of the Environmental Analysis process is communications with the public and between Interdisciplinary Team members.**

S Dominguez   Gunnison County, CO          615250
9/5/2012  3:09:05 PM                      Page 92 of 333
447                                       R 0.00 D 0.00



BLM_0053646



**Figure 2.2a** Example of an animal underpass used in road construction to minimize the impact of roads on wildlife migration. Underpasses allow for safe animal crossings and minimize road kill.



**Figure 2.2b** Poorly designed or installed culverts with "fish barriers" that prevent fish passage. *(Redrawn from Evans and Johnston 1980)*



**Figure 2.2c** A fish "friendly" culvert (pipe arch) with a natural stream channel bottom that promotes fish passage and is wide enough to avoid constricting the normal or "bankfull" flow.

## RECOMMENDED PRACTICES

- Use the Environmental Analysis Process early during project planning and development.

- Open project information to public scrutiny.

- Involve all parties affected by the project, as well as key Interdisciplinary Team members.

- **Communicate, Communicate, Communicate!!!** Communications between all interested parties is the key to understanding the issues and problems and to finding solutions!

## PRACTICES TO AVOID

- Waiting until a project is fully planned or problems develop before doing Environmental Analysis.

- Getting lost in the "process" of EA studies.

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 93 of 333
R 0.00 D 0.00



BLM_0053647

**Table 2.1**

### An EIGHT Step Environmental Analysis Process and Its Associated Outputs

| | |
|---|---|
| **1. Identify the Project** | Identify the purpose and need of the proposed action. Develop a goal to provide a framework for EA. |
| **2. Scoping** | Identify the issues, opportunities, and effects of implementing the proposed action. |
| **3. Collect and Interpret Data** | Collect data. Identify probable effects of project implementation. |
| **4. Design of the Alternatives** | Consider a reasonable range of alternatives. Usually at least three alternatives are considered. Include a No-Action Alternative. Consider the mitigation of negative impacts. |
| **5. Evaluate Effects** | Predict and describe the physical, biological, economic, and social effects of implementing each alternative. Address the three types of effects -- Direct, Indirect, and Cumulative. |
| **6. Compare Alternatives** | Measure the predicted effects of each alternative against evaluation criteria. |
| **7. Decision Notice and Public Review** | Select preferred alternative. Allow for review and comment by the affected and interested public. |
| **8. Implementation and Monitoring** | Record results. Implement selected alternative. Develop a monitoring plan. Insure that EA mitigations are being followed. |



**Photo 2.3   A bottomless arch pipe culvert that spans the active stream channel and doesn't constrict the flow, maintains a natural stream bottom, and helps promote fish passage.** *(Photo provided by S. Wilson-Musser)*

S Dominguez   Gunnison County,  CO
9/5/2012  3:09:05 PM
447

615250
Page 94 of 333
R 0.00 D 0.00

BLM_0053648

- Avoiding costly modification during construction;

- Determining the proper balance between roads needs and environmental impacts (*Figure 2.1*);

- Increasing project acceptance by the public;

- Avoiding negative impacts and violations of laws and regulations (*Photo 2.4*);

- Improving project design and performance (*Photo 2.5*);

- Producing a healthier environment by avoiding or mitigating problems (*Figure 2.2, Photo 2.6*); and

- Minimizing conflicts over natural resource use.



**Photo 2.4  Adverse environmental impact from road surface erosion caused by steep road grades and insufficient cross-drains. This road is also difficult to maintain.**

Examples of typical environmental mitigation measures associated with roads projects that have been developed as a result of environmental analysis are:

- Additional road surface cross drainage structures to reduce water concentration and subsequent erosion problems;

- Relocation of a road to avoid a meadow or sensitive area;

- Addition of extra culvert pipes to keep flows spread out across a meadow and prevent gully formation from concentrated flows;

- Route location to avoid fragmentation of wildlife habitat or avoid sensitive species areas;

- Addition of wildlife crossings, such as overpasses or underpasses (*Photo 2.7*), or using reduced speed zones at animal migration routes to reduce the number of animals killed crossing highways;

- Increasing culvert pipe size, using bottomless arch culverts, or building a bridge to maintain a natural stream channel bottom, avoid channel disturbance and



**Photo 2.5  A well designed, "minimum impact" road that has an appropriate standard for its use, good drainage, and stable slopes.**

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 95 of 333
R 0.00 D 0.00

Low-Volume Roads BMPs :   9

BLM_0053649

impacts on aquatic organisms, and promote fish passage;

- Adding aggregate or some form of paving to the road surface to reduce erosion, materials loss, and dust problems, as well as reduce maintenance frequency and improve rider comfort;

- Developing a project quarry using local materials, but located in a nonsensitive area, and reclaiming the site upon completion of the project; and

- Implementing specific revegetation and erosion control measures for a project, utilizing appropriate native species of vegetation and a local project nursery to provide adequate types of plants with fast growth, good ground cover, and deep roots (*Photo 2.8*).

*Remember that Environmental Analysis is often required by law, but the process is intended to be a very useful planning tool to help make good decisions and improve projects.*



**Photo 2.6** Locate and manage roads to minimize degradation of water quality in local streams. Minimize the connectivity and amount of contact between roads and streams.



**Photo 2.7** A road underpass constructed to allow animals to move safely from one side of the highway to the other.



**Photo 2.8** Stream bank stabilization and revegetation work can be done in conjunction with road construction projects near a stream as an environmental mitigation measure.

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 96 of 333
R 0.00 D 0.00



BLM_0053650

## Chapter 3
# Planning Issues and Special Applications

*"Assess the long term impacts and benefits of a road."*

K EY ROAD ISSUES should be addressed during the planning phase of a road project, prior to construction or upgrading roads. These key issues involve changes or impacts to an area that a road can cause that may be significant, irreversible, or difficult to mitigate. The benefits of a road project must be weighed against the long-term costs and impacts of that project. Once a road is built into an area, it can lead to long-term land use changes and unplanned growth, as shown in *Figure 3.1*. Sediment from roads can also be a direct source of water pollution. *Figure 3.2* shows some of the ways that roads directly contribute sediment to nearby streams when they are closeby and "hydrologically connected". Thus the social, environmental and fiscal cost-effectiveness of the road need to be examined.

Key issues include the following:

- Impacts on area growth, land use, deforestation, and impacts on local communities or indigenous populations (influences beyond the Right-of-Way of the road) (*Figure 3.1*);

- Optimum road location and system to serve area needs as well as specific project needs.;

- Long term potential use of the road versus current use;

- The appropriate minimum design standard to serve the road user and meet road needs ("right" sizing a road) (*Photo 3.1*);

- Avoiding local water quality impacts and degradation (keep roads away from and disconnected from water courses), as well as improving or maintaining water quality standards (*Figure 3.2*) (*Photo 3.2 and 3.9*);

- Minimizing impacts on local plants and animals, both directly and indirectly;

- Ability to provide sufficient long-term road maintenance;

- Ability to have knowledgeable technical personnel as well as good, locally experienced individuals involved in road projects. Hire good people. Assure that they have the working tools available that they need to do the job;

- Identifying and avoiding problem areas such as landslides, wet areas, poor soils, or excessively steep grades.

**Indicators and Watershed Assessment for Problematic Roads**

How do we decide when a road is creating or likely to cause problems? Today's road managers are frequently faced with additional expectations

S Dominguez   Gunnison County,  CO
9/5/2012  3:09:05 PM
447
615250
Page 97 of 333
R 0.00 D 0.00

LOW-VOLUME ROADS BMPs :  11

BLM_0053651



**Figure 3.1** Planned and Unplanned growth along a road. Consider the long-term impact and consequences of road development. *(Adapted from Citizens for Responsible Planning)*

**3.1a** A low-volume road can become........

**3.1b** ....................a small road in a town after many years....................

**3.1c** ..................and eventually become an overcrowded street in a city.

from society compared to those under which many low volume roads were originally constructed. Concerns about water quality, connectivity of roads and streams, endangered species, wildlife mortality and impacts, land use, and watershed and ecosystem health, are all influencing the way roads are viewed and managed. These concerns, along with economic concerns and dwindling budgets for maintaining low volume roads, are pressing road managers to better assess road conditions and impacts. They are now making reassessments about their road maintenance levels, design requirements, closure options, and storm-proofing methods.

Indicators are simple, tangible facts or conditions that can show progress towards goals or impacts. They can highlight trends, a need for additional studies, management opportunities, or needed design and construction modifications. The goals of assessment are to look for indicators and determine the impacts of roads on water, land, people, and related resources by reviewing road systems at the watershed or landscape scale.

The following issues should be considered:

• **Slope position and risk of slope failure.** Is there a risk of road or slope failure (and subsequent delivery of sediments to streams and sensitive resources) due to location of a road on an unstable or saturated hillslope, canyon, or valley bottom floodplain location?

• **Risk of road-stream crossing failure.** Does the road crossing

S Dominguez   Gunnison County,  CO
9/5/2012  3:09:05 PM
447

615250
Page 98 of 333
R 0.00 D 0.00

BLM_0053652



**Photo 3.1** A low-volume, local road, with minimum adverse environmental impact, that serves local users by providing access between communities.

structure have adequate capacity for the site and adequate streambank protection?

• **Stream channel proximity and sediment delivery to water bodies and riparian areas (*Photo 3.9*).** Is the road too near a stream and are road-related sediments being delivered to wetlands, lakes, and streams?

• **Groundwater and surface water regimes.** Do roads intercept groundwater or interfere with direction, seasonal variation, or the amount of ground or surface water flows?

• **Wildlife, fisheries, and aquatic habitats.** What are the impacts of roads on fish and wildlife, migration routes, habitat fragmentation, and particularly sensitive species and their habitats, at both local and landscape scales?

• **Human disturbance.** Is the road network responsible for poaching, dumping, off road vehicle use, illegal occupation and collecting, or pollution?

• **Road density.** Is the road system too big, inefficient, or wasting valuable land that has other, better uses?

• **Exotic species.** Is the road network responsible for the introduction and spread of exotic, non-native plants and animals?

A "yes" answer to any of the questions above can indicate the need for a more detailed assessment of existing or potential roads impacts. Additional information on assessments can be found in references such as the USDA's, *Forest Service Roads Analysis*, 1999, or the Environmental Protection Agency's *National Management Measures to Control Nonpoint Source Pollution*, Draft 2001.



**Figure 3.2** The many ways roads can be "connected" to streams and contribute sediment. Keep roads away from streams to protect water quality as well as reduce road maintenance and damage. *(Adapted from M. Furniss, 1991)*

S Dominguez  Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 99 of 333
R 0.00 D 0.00

BLM_0053653



**Photo 3.2** A poor road location where the road has become a "creek" and is hydrologically "connected" to streams around it.

### Reducing Vulnerability of Roads to Natural Disasters

Natural disasters such as major storms or earthquakes can have a major impact on all aspects of life and on infrastructure. When transportation systems are needed the most they may not be functional. Roads that are damaged or closed during natural disasters often compound the effects of the disaster.

An assessment of the vulnerability of planned or existing roads should be made, considering the factors listed below, as well as social and physical factors that affect the selection or priority of a project. Social factors include local community support and identified need of a project, the ability to do long-term maintenance, and contributing agencies or communities. Physical factors include avoiding problematic areas, feasibility of repairs or reconstruction, traffic use and standard of the road, and cost. An assessment is useful to identify and minimize problems and ideally reduce the potential impact to roads from disasters before they occur!

Many planning and design factors can be used to reduce the vulnerability of roads to natural disasters, or, in other words, used to "storm-proof" or limit the damage to roads during disasters or catastrophic events. PIARC World Roads Association's *Natural Disaster Reduction for Roads*, 1999, provides excellent information on the topic. Some key considerations applicable to low-volume roads include the following:

- Identify areas of historic or potential vulnerability, such as geologically unstable materials or areas, areas subject to flooding, or areas with high volcanic or seismic hazards.

- Avoid problematic areas and road locations in areas of high natural hazard risk, such as landslides, rock-fall areas, steep slopes (over 60-70%), wet areas, and saturated soils.

- Avoid or minimize construction in narrow canyon bottoms or on flood plains of rivers that will inevitably be inundated during major storm events (*Photo 3.3*).



**Photo 3.3** A poorly located road, in the hazardous flood plain area of a river, that has washed out during a major storm event.

S Dominguez  Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 100 of 333
R 0.00 D 0.00



BLM_0053654

- Provide good roadway surface drainage and rolling road grades so that water is dispersed off the road frequently and water concentration is minimized.

- Minimize changes to natural drainage patterns and crossings to drainages. Drainage crossings are expensive and potentially problematic, so they must be well designed. Changes to natural drainage patterns or channels often result in environmental damage or failures.

- Out slope roads whenever practical and use rolling dip cross drains for surface drainage rather than a system of ditches and culverts that require more maintenance and can easily plug during major storm events (*Photo 3.4*).

- Use simple fords or vented low-water crossings (vented fords) for small or low-flow stream crossings instead of culvert pipes that are more susceptible to plugging and failure. With fords, protect the entire wetted perimeter of the structure, protect the downstream edge of the structure against scour, and provide for fish passage where needed.

- Perform scheduled maintenance to be prepared for storms. Ensure that culverts have their maximum capacity, that ditches are armored and cleaned (*Photo 3.5*), and that channels are free of debris and brush than can plug structures. Keep the roadway surface shaped to disperse water rapidly and avoid areas of water concentration.



**Photo 3.4  A road that has been heavily damaged during a storm because of an undersized, plugged culvert pipe and no overflow protection.**

- Keep cut and fill slopes as flat as possible and well covered (stabilized) with vegetation to minimize slumping as well as minimize surface erosion. However, near-vertical slopes that minimize the exposed surface area may best resist surface erosion for well-cemented but highly erosive soils.

- Use deep-rooted vegetation for biotechnical stabilization on slopes. Use a mixture of good ground cover plus deep-rooted vegetation, preferably with a native species, to minimize mass instability as well as offer surface erosion control protection.



**Photo 3.5  Maintain roads and drainage features to withstand major storm events with minimum erosion, such as with armored ditches that are kept clean.**

LOW-VOLUME ROADS BMPs: 15

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 101 of 333
R 0.00 D 0.00

BLM_0053655

**Figure 3.3** Streamside Managment Zone (SMZ) Activities



Bridge crosses stream
at right angle

Construct skid roads
with rolling grades
and dips
(15% Max Grade)

SMZ

Stream

SMZ

Small Landing

**Winch logs from the SMZ. Construct small safe, efficient landing. Minimize activities in the SMZ. Keep landings and skid roads out of the SMZ.**

- Locate bridges and other hydraulic structures on narrow sections of rivers and in areas of bedrock where possible. Avoid fine, deep alluvial deposits (e.g., fine sand and silt) that are scour susceptible and problematic or that otherwise require costly foundations. Avoid mid-channel piers.

- Design critical bridges and culverts with armored overflow areas near the structure to withstand overtopping, or that have a controlled "failure" point that is easy to repair. Alternatively, over-size the structure and allow for extra

freeboard on bridges to maximize capacity and minimize risk of plugging. Also avoid constricting the natural channel.

- Ensure that structural designs for bridges, retaining walls, and other critical structures include appropriate seismic design criteria and have good foundations to prevent failures during earthquakes.

- Place retaining structures, foundations, and slope stabilization measures into bedrock or firm, in-place material with good bearing capacity to minimize undermining and

foundation failure, rather than placing these structures on shallow colluvial soil or on loose fill material.

**Streamside Management Zones**

Streamside Management Zones (SMZs), or riparian reserves, are those areas adjacent to natural streams and rivers that require special consideration during construction or forestry operations. These SMZs are important zones for protecting water quality by serving as buffer zones to filter sedimentation that may occur from road construction and other land disturbance activities such as logging or quarry development.

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447
615250
Page 102 of 333
R 0.00 D 0.00

BLM_0053656



**Figure 3.4** Streamside Managment Zone (SMZ) Widths as a Function of Slope. (See Table 3.1)

SMZ

Road

|◄—**SMZ**—►|

**Streamside Management Zone**



Activities

50% Slope

Activities

10% Slope

SMZ
**30 m**
**(minimum)**

**SMZ**
**10 m**
**(minimum)**

Activities may not need to be eliminated in SMZs, but they should be minimized and modified to ensure that stream channels and stream banks are protected from disturbance, as seen in *Figure 3.3*. The width of the SMZ will vary with the natural ground slope on each side of the stream and with the erosion potential of the soil (*Figure 3.4*). Steeper ground slopes will increase the possibility of sediment reaching the stream. *Table 3.1* gives a recommended minimum width of the

**Table 3.1**

### Recommended Minimum Widths for SMZs

| Ground Slope | *Slope Distance Width of SMZ |
|---|---|
| 0 - 20 % | 10 m |
| 21 - 40 % | 20 m |
| 41 - 60 % | 30 m |
| 60% + | 40 m |

*Note-The indicated slope distances should be roughly doubled in areas with highly erosive soils, areas with bare ground or minimal ground cover, areas of intense rainfall, and near sensitive streams with fish.

LOW-VOLUME ROADS BMPs : 17

S Dominguez  Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 103 of 333
R 0.00 D 0.00



BLM_0053657

## PRACTICES TO AVOID

- Getting construction debris in lakes and streams.

- Using mechanized equipment within the SMZ.

- Road or landing construction within the SMZ.

- Contaminating forest soils with fuel and oils.

- Cutting trees that shade the stream and cool the water.

## RECOMMENDED PRACTICES

- Plan landings and access roads as part of pre-harvest activities.

- Limit the number of landings and constructed access roads.

- Keep landings small, consistent with a safe and efficient operation (*Photo 3.7*).

- Locate landings outside the SMZ (*Figure 3.3*).

- Construct landings with enough slope to drain properly but not exceed 5 percent.

- Locate landings to avoid skidding patterns that concentrate water from the skid roads onto the landing or off the landing into local streams.

- Maintain landings prior to and during periods of wet weather to avoid erosion problems.

- During and after operations are completed, rehabilitate landings and access roads with water diversion structures and erosion control measures.



**Photo 3.6 Select the width of the Streamside Management Zone (SMZ) in accordance with the natural ground slope, amount of vegetation, and soil type. Minimize activities and disturbances in the SMZ.**

SMZ. The actual width of the SMZ should be determined by the local land manager or an Interdisciplinary Team. The decision should be based upon local laws and regulations, as well as slope angle, soil type, vegetative cover, and sensitivity of the area (*Photo 3.6*).

**Timber Harvesting**

Timber harvesting activities should be accomplished in a manner that will insure the long-term protection of water quality. Timber harvesting requires access roads and landings in order to move forest products to markets. Different types of harvest systems require different road standards and road spacing to

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 104 of 333
R 0.00 D 0.00



BLM_0053658



**Photo 3.7 Locate logging roads and landings away from SMZ's and water courses. Keep the roads and landing areas small and efficient.**

be efficient. Generally speaking, roads and landings (not skidding and hauling operations) have the greatest potential for impacting water quality. When care is taken, erosion and sedimentation can be minimized.

### Road Spacing

Total harvesting efficiency is a combination of logging costs and road costs. Animal logging is effective at very short skidding distances and requires a dense network of roads and landings, whereas helicopter logging can be effective at much greater distances and thereby uses a much wider spacing of roads and landings.

### Road Standards

The type of harvest system used determines the size and location of forest roads. Generally, the type of haul vehicle determines the road standards of width, surfacing, alignment, grade, and position on the slope. In some cases, a large piece of harvesting equipment such as a cable yarder may require special road standard considerations. The size and location of landings are also determined by the type of harvest system as well as other factors such as volume and type of product. High production systems will require larger, better stabilized, and more protected landings than will low production systems. Larger landings and higher production systems have greater potential to cause water quality impacts.

### Log Landings

Log landings should be located so that soil movement from the landing and skidding operations is minimized both during and after logging operations. Erosion control measures should be planned to effectively stabilize the landing using grading to control water flow, water bars, and revegetation or other ground cover.

### Skid Roads and Skid Trails

Skidding should be conducted in such a way that soil disturbance is minimized. Skid trails and constructed skid roads can be a major impact to soil and water resources. Care and attention must be given to skid roads just as with truck roads, and the same Best Management Practices apply for these types of roads.



**Photo 3.8 Stabilize skid roads and trails after use with water bars and apply a ground cover or other erosion control measures.**

LOW-VOLUME ROADS BMPs : 19

S Dominguez   Gunnison County, CO          615250
9/5/2012  3:09:05 PM                    Page 105 of 333
447                                     R 0.00 D 0.00

BLM_0053659

## RECOMMENDED PRACTICES

- Design and locate main skid roads and trails before logging operations begin.

- Design and locate skid roads to follow the contour of the natural terrain.

- Winch logs from the SMZ or areas of steep slopes to avoid equipment movement in this area.

- Locate skid roads and trails in such a way that water from the skid trail is not concentrated into the log landing or into creeks (*Photo 3.9*).

- Cross natural drainages at right angles with skid roads.

- Construct skid roads with rolling grades and breaks in grade.

- Stabilize skid roads and trails with water bars and cover the bare ground with logging slash after operations cease to minimize erosion from exposed soils (*Photo 3.8*).

- Construct skid roads on grades of 15% or less except for short distances (20 meters) where 30% pitches (grades) are acceptable.

- Decommission or close skid roads after timber removal operations.

## PRACTICES TO AVOID

- Contaminating forest soils with fuel and oils.

- Locating landings and skid roads within the SMZ.

- Using stream channels as skid trails.

- Constructing skid roads on steep slopes or with steep road grades.

- Operating skidding equipment within the SMZ.

- Logging and construction operations during wet weather.



**Photo 3.9 Locate logging and other roads away from streams and lakes. This road is too close and thus is hydrologically "connected" to the stream. Sediment from the road will likely reach the stream.**

S Dominguez   Gunnison County,  CO
9/5/2012  3:09:05 PM
447

615250
Page 106 of 333
R 0.00 D 0.00

BLM_0053660

# Chapter 4
# Low-Volume Roads Engineering

*"You get what you Inspect, not what you Expect."*

A LOW VOLUME ROAD is considered a road that has relatively low use (an Average Daily Traffic of less than 400 vehicles per day), low design speeds (typically less than 80 kph), and corresponding geometry. Most roads in rural areas are low-volume roads. A well planned, located, designed, constructed, and maintained low-volume road system is essential for community development, flow of goods and services between communities, and resource management activities. However roads, and particularly road construction, can create more soil erosion than most other activities that occur in rural areas. Proper planning and design of the road system will minimize adverse impacts to water quality. Poorly planned road systems can have high maintenance and repair costs, contribute to excessive erosion, and fail to meet the needs of the users.

It is very important from the outset to locate roads on stable ground, on moderate slopes, in dry areas away from drainages, and away from other problematic and difficult areas. Avoiding problem areas can save major design, construction, and maintenance costs and can minimize many undesirable impacts.

For a road project to be successful, each step of the road management process must be performed.

The basic steps are:

> *Planning*
> *Location*
> *Survey*
> *Design*
> *Construction*
> *Maintenance*

If any one of these steps is omitted, a road may perform poorly, not meet its expectations, fail prematurely, require unnecessarily high maintenance, or cause environmental impacts. Without planning and good location, a road may not adequately serve its users or may be in a problematic area. Survey and design are needed to fit the road to the ground and have it function properly. Good construction insures that the design is implemented and built with some degree of quality control. Maintenance is needed to keep the surface drivable and the drainages functioning. Finally, a bad road may need to be reconstructed or closed (decommissioned) to eliminate unacceptable problems.

## Road Planning

Road planning and analysis are key to ensuring that a road meets the current needs of the users, that it is not overbuilt, that it minimizes impacts to the environment and to the people along the road, and that it considers future needs of an area. Road Management Objectives (RMOs) help define and document the road purpose,

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 107 of 333
R 0.00 D 0.00

Low-Volume Roads BMPs:  21

BLM_0053661

## BEST MANAGEMENT PRACTICES

Some key Best Management Practices for road design and construction include the following:

- Minimizing road width and area of disturbance;

- Avoiding alteration of natural drainage patterns;

- Providing adequate surface drainage;

- Avoiding steep ground with slopes over 60 percent;

- Avoiding problems such as wet and unstable areas;

- Maintaining an adequate distance or separation from creeks and minimizing the number of drainage crossings;

- Minimizing the number of "connections" between roads and water courses, and minimizing "diversion potential";

- Designing creek and river crossings with adequate capacity and bank erosion protection and allowing for fish passage at all stages of life;

- Avoiding constriction of the active (bankfull width) stream channel;

- Having a stable, structurally sound road surface;

- Installing subsurface drainage where needed;

- Reducing erosion by providing vegetative or physical ground cover on cuts, fills, drainage outlets, and any exposed or disturbed areas;

- Using stable cut and fill slope angles;

- Using slope stabilization measures, structures, and drainage as needed;

- Applying special techniques when crossing meadows, riparian areas, and when controlling gullies;

- Providing thorough, periodic road maintenance; and

- Closing or obliterating roads when not in use or when they are no longer needed.

Low-Volume Roads BMPs: 22

standards, and how a road will be used, managed, maintained, and funded, as well as applicable BMPs for the road.

## RECOMMENDED PRACTICES

### Planning

- Do road transportation analysis to determine the optimum road system for an area, user needs, and to evaluate future options.

- Keep minimum road standards consistent with user demands, needs, Road Management Objectives, and public safety.

- Use an Interdisciplinary Team approach to road planning, and coordinate development with local landowners.

- Use topographic maps, aerial photos, and soils information. for planning the optimum route.

- Consider both short-term and long-term access needs of the road users.

- Limit the total area disturbed by minimizing the number, width, and length of roads.

- Use existing roads only if they serve the long-term needs of the area and can be reconstructed to provide adequate drainage and safety.

- Minimize the number of stream crossings.

S Dominguez  Gunnison County, CO          615250
9/5/2012  3:09:05 PM                 Page 108 of 333
447                                    R 0.00 D 0.00



BLM_0053662

## Road Location

Road location is key to ensuring that a road is placed in a desirable area, that it avoids problematic features or areas where construction is very expensive, that it best accesses areas where the road is needed, and that it minimizes the driving distance between destinations. Flag or mark the proposed road location **on the ground** to ensure that it meets the road design criteria (*Photo 4.1*).

*It is much better to have a bad road in a good location than it is to have a good road in a bad location. A bad road can be fixed. A bad location cannot. Most of the investment in the bad road can be recovered, but little, if any, can be recovered from a bad location!*

## Road Survey, Design, and Construction

Road survey, design, and construction are the steps in the process where road user needs are combined with geometric factors and terrain features, and the road is built on the ground. A road or site survey is needed to identify the terrain features, such as drainages, outcrops, and ground slopes, and to add some level of geometric control to a project. A survey may be very simple and accomplished with compass and cloth tape for a rural road, or it may be very detailed using instruments and a high level of precision in difficult terrain or for a high standard road.



**Photo 4.1** Plan and locate roads using topographic control points and natural ground features. Verify road location and alignment on the ground!

## RECOMMENDED PRACTICES

### Location

- Use topographic control points and physical features to control or dictate the ideal location of a road. Use saddles in the terrain, follow ridges, and avoid rock outcrops, steep slopes, stream crossings, etc.

- Locate roads to avoid or minimize adverse affects on water quality and outside of riparian areas and SMZs except at stream crossings. Approach stream crossings at the least gradient possible.

- Locate roads high on the topography to avoid steep inner canyon slopes and provide for more distance between the road and streams.

- Locate roads on well-drained soils and slopes where drainage will move away from the road.

- Locate roads to follow the natural terrain by conforming to the ground, rolling the grade, and minimizing cuts and fills (*Figure 2.1* and *Figure 4.1, Photo 4.2*).

- Locate roads, switchbacks and landings on bench areas and relatively flat terrain.

- Avoid problematic locations such as springs, wet areas, landslides, steep slopes, massive rock outcrops, flood plains, and highly erosive soils.

- Avoid very steep terrain (over 60%) and very flat terrain where drainage is difficult to control.

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447
615250
Page 109 of 333
R 0.00  D 0.00

BLM_0053663

Elements of design include roadway geometry, design speed, drainage, stream crossing structures, slope stabilization needs, structural sections (materials type, use, and thickness), and road grades (*Table 4.1*). Construction involves all aspects of implementation of the design and fitting the project to the ground. A key link between design and construction are the use of **standard plans and drawings** that show how the work should look, and **specifications** that describe how the work is to be done. Another key part of construction is **quality control and inspection** to ensure that the work is done in accordance with the plans and specifications. Some amount of **sampling and testing** is typically specified to ensure that the materials used in construction meet specifications.

*Remember --*
*You get what you Inspect,*
*not what you Expect.*



**Photo 4.2** Locate roads to conform to the natural terrain and roll the road grades to disperse surface water frequently.

**Figure 4.1** The affects of road alignment across topography.



Plan view of a road plotted on a topographic map

**a. Cutting across topography causes excessive earth work with large cuts and fills.**

Perspective view of a road seen on the ground

**b. Conforming to topography minimizes earth work.**

Low-Volume Roads BMPs: 24



BLM_0053664

# RECOMMENDED PRACTICES

## General Design

- Use minimum Road Standards needed for safety and traffic use (*Table 4.1*).

- Use Standard Plans and Specifications, with Standard Drawings, for most typical construction work. Develop Special Project Specifications and Drawings for unique types of work.

- Remove merchantable timber from the road right-of-way before excavation. Deck the material in a designated area.

- In community and urban areas, build footpaths along the road for the safety of people walking along the road. Use roadway surfacing and speed bumps to control dust and traffic speed.

- Construct roads with grades of 12% of less, using short sections of 15% where necessary. On steep roads, drainage is difficult to control (*Photo 4.3*)!

- Construct the road only wide enough to safely pass the traffic, normally 3.5 to 4.5 meters wide for single-lane roads and 5 to 7 meters for double-lane roads. Add turnouts as needed. Minimize the area of clearing.

- Locate roads with a minimum curve radius of 15 meters.

## Materials

- Compact the road embankments, subgrade material, and surfacing materials, particularly in sensitive areas (*Photo 4.4*), or allow new roads to "settle" for several weeks before using the road. In wet climates a longer period of time is desirable.

- Use road surface stabilization measures, like aggregate or pavements, where needed and as often as possible (*Photo 4.5*). Utilize durable materials that will not degrade to fine sediments under traffic.

- Dispose of unsuitable or excess excavation material in locations that will minimize water quality or other adverse resource impacts.

- Establish minimum sampling and testing requirements and schedule for quality control of materials.

## Slopes

- Typically construct cut slopes on a 3/4:1 or flatter slope. Build fill slopes on a 1½:1 or flatter slope. Revegetate the slopes.

- Typically use balanced cut-and-fill construction in gentle terrain. Use full-bench construction on slopes over 65 % and end haul the excavated material to a suitable disposal site.

- In very steep terrain build narrow roads (3-4 meters wide) with turnouts, or use retaining walls as needed. End-haul most excavated material to stable disposal sites. Avoid side-casting.

## Drainage

- Outslope road surface 3-5% for road grades less than 10% on stable soils, using rolling dips for cross-drainage structures. In slippery soils, either inslope the road or add aggregate surfacing to the road.

- Construct ditches only when necessary. An outsloped road without ditches disturbs less ground and is less expensive to construct.

- Inslope road surface 3-5% with a ditch section for road grades in excess of 10% or in areas with steep natural slopes, erodible or slippery soils, or on sharp turns. Provide cross drainage with culvert pipes or rolling dips.

- Use a crown road section on a wide road with gentle slopes or flat ground to prevent water from standing on the road surface (see *Figure 7.1*).

S Dominguez  Gunnison County,  CO     615250
9/5/2012  3:09:05 PM          Page 111 of 333
447                R 0.00 D 0.00

BLM_0053665

## RECOMMENDED PRACTICES (cont.)

**Drainage (cont.)**

• Construct roads with rolling grades to minimize concentration of water.

• Provide filter strips or infiltration areas to trap sediment between drain outlets and waterways. Keep roads and streams disconnected!

• Use appropriate type and adequately sized drainage structures for natural stream crossings. Design bridges and culverts that are large enough to span the ordinary high water width of flow (bankfull width). Use armoring, headwalls, and trash racks as necessary to protect the structure (*Photo 4.6*).

• Divert water and stream flows around construction • areas as needed to keep the construction site dry and avoid water quality degradation. Restore natural channels as soon as possible after construction.

**Erosion Control**

• Remove windrow slash, tops, tree trunks and stumps from the right-of-way at the toe of the fill slope before excavation for erosion control (*Figure 4.2*). The quantity of material may be limited for fire hazard.

• Require a final Erosion Control Plan and interim erosion control measures during seasonal shutdowns. Stabilize all disturbed areas, work areas, and temporary roads. Include typical drawings for sediment traps, brush barriers, silt fences, biotechnical structures, and so on.

**Miscellaneous**

• Develop dependable local water sources for project construction and maintenance needs where possible. Construct a well located, durable, stabilized site that will protect water quality and aquatic life. The timing and amount of water withdrawal may require control.

• Use construction techniques that are the most appropriate and cost effective for the project and geographic area, using either equipment or hand labor (*Photo 4.7*).

• Use best available appropriate technologies, such as Global Positioning Systems (GPS), personal computer programs, geotextiles, biotechnical erosion control measures, Mechanically Stabilized Earth (MSE) retaining structures, and soil stabilization materials where applicable.

• Minimize earthwork activities when soils are very wet or very dry or before oncoming storms. Time road construction activity and road use for the milder, drier seasons where possible (*Photo 4.8*).

• Use traffic control devices as necessary to provide safety for construction personnel and road users.

• Visit the field during both the design and construction phases of a project. Ensure that you have adequate inspectors, vehicles and quality control testing **to see that the job is built correctly.**

**Road Costs**

Road construction costs are most influenced by the standard of road built, particularly road width and type of surfacing, and the steepness of the terrain. Placing a road with cuts and fills on steep cross slopes greatly increases the time of construction, the amount of excavation and earthwork, the areas of clearing and needed revegetation, and adds length to cross-drains and other drainage structures. *Figure 4.3* shows the difference in quantities for road construction on a 10 percent side slope versus a 50 percent slope. *Table 4.2* presents those typical

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 112 of 333
R 0.00 D 0.00



BLM_0053666

**Table 4.1**

| TYPICAL LOW-VOLUME ROAD DESIGN STANDARDS | | |
|---|---|---|
| Design Element | Rural Access Road | Collector Road |
| Design Speed | 25-35 kph | 45-60 kph |
| Road Width | 3.5-4.5 m | 4-5.5 m |
| Road Grade | 15% max. | 12% max. |
| Curve Radius | 15 m min. | 25 m min. |
| Crown/Shape | outslope/inslope (5%) | in/outslope or crown (5%) |
| Surfacing Type | native or gravel | gravel, cobble-stone or pavement |



**Photo 4.3** Avoid constructing roads with steep grades or on steep side slopes. It is difficult to control drainage with steep road grades.



**Photo 4.4** Compact the roadway surface and fill material when the road is located near streams or in areas with erosive soils.

quantities for the major road work items. Ideal construction is in terrain with cross-slopes in the range of 25 to 35 percent.

Road cost estimates are important in both the planning process and the overall project budgets to ensure that adequate funds are available to properly build the road. Good design and construction techniques require relatively high initial costs but can greatly reduce future maintenance needs and avoid costly failures, repairs, and adverse environmental impacts.

| KEY COST FACTORS |
|---|

- Steep side slopes (particularly with wide roads) rapidly increase the quanities of work, including the area involved for clearing and revegetatation, and the amount of excavated material. Thus, steep slopes greatly increase the cost of construction (see *Figure 4.3* and *Table 4.2*)!

- High standard surfacing materials (aggregate, asphalt, etc.) greatly increase road cost -- but also greatly improve user comfort and reduce road surface erosion.

- Frequent or large numbers of drainage (stream) crossings greatly increase road costs -- but must be used as needed, particularly in dissected terrain.

- Steep grades increase long-term maintenance costs of the road.

LOW-VOLUME ROADS BMPs: 27



**Photo 4.5** A stable logging road with aggregate surfacing. Use road surfacing materials as frequently as possible to reduce erosion and improve the roadbed structural support and rider comfort.



**Photo 4.6** A well designed and installed culvert with head walls for efficiency and fill protection.



Small limbs and clearing slash mashed into the ground at the toe of the fill

cut

fill

Road under construction

**Figure 4.2** Windrow construction slash at the toe of the fill slope for erosion control. Place the slash before excavation begins. **Do not** bury the slash in the fill.



**Photo 4.7** Use the road construction techniques that are most appropriate and cost-effective for the job and geographic area. Hand labor versus equipment depends on labor costs, equipment availability, and production rates.

S Dominguez  Gunnison County,  CO          615250
9/5/2012  3:09:05 PM                       Page 114 of 333
447                                        R 0.00 D 0.00



BLM_0053668

## PRACTICES TO AVOID

**General Design**

- Road construction on steep side slopes.

- Side-casting material on cross-slopes steeper than 50 to 60 %.

- Burying stumps, logs, slash, or organic debris in the fill material or in the road prism.

- Construction and resource extraction activities during periods of wet weather (see *Photo 4.8*).

- Steep road grades (over 12-15%). Water becomes very difficult to control.

- Vertical cut slopes, particularly on roads with inside ditches.

- Very flat areas (where drainage cannot be controlled).

- Locating roads within flood plains, riparian areas, wetlands, or the SMZ (except at crossings).

- Wet and spring areas, land-slide areas, and large rock outcrops.

- Construction projects with **insufficient funds** for proper design, construction, inspection, and future maintenance. Consider building fewer kilometers of road, and building them well.

**Figure 4.3 Road quantity variation with ground slope.**





**Table 4.2**

### TYPICAL QUANTITIES OF WORK & MATERIALS FOR ROAD CONSTRUCTION IN TERRAIN WITH GENTLE AND STEEP SLOPES (FOR A 4.5 M WIDE ROAD)

| Work Item | 10% Side Slope | 50% Side Slope |
|---|---|---|
| Clearing | 0.62 ha/km | 0.95 ha/km |
| Excavation | 237 m$^3$/km | 2220 m$^3$/km |
| Revegetation (cut & fill slopes) | 0.10 ha/km | 0.89 ha/km |
| Culvert length (natural channel) | 8 m | 22 m |
| Culvert length (ditch relief crossdrain) | 6 m | 11 m |

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447
615250
Page 115 of 333
R 0.00 D 0.00

BLM_0053669

## Road Maintenance

Rural roads must be maintained during active use, after periodic operations have been completed, and after major storm events, to ensure that the drainage structures are functioning properly. Heavy rainstorms will cause cut slope failures that block ditches, cause water flow on the road surface, and erode the surface and fill slopes (see *Figure 4.4*). Debris moves down natural channels during heavy rains and blocks drainage structures, causing water to overtop the road and erode the fill. Ruts, washboards, and potholes in the road surface will pond water, weaken the roadway structural section, accelerate surface damage, and make driving difficult, as shown in *Figure 4.5*. Routine maintenance is needed on any road to keep the road serviceable and its drainage system working properly. A well-maintained road will reduce road user costs, prevent road damage, and minimize sediment production.

How road maintenance will be accomplished should be resolved **before** the road is built or reconstructed. Maintenance work can be accomplished either by state or local agency personnel, by contractors, or by local community groups. Funding for maintenance may be allocated directly from agency funds, from local or gas taxes, from road user fees, or from donated local labor by interested road users.



**Photo 4.8** Avoid construction and other road activities during wet periods when possible. Alternatively, add drainage and surface stabilization to the roadway in weak soil areas for all-weather use.

### Key Road Maintenance Items

Maintenance items that should be performed routinely include:

- Grading and shaping the roadway surface to maintain a distinct insloped, outsloped, or crown shape to move water rapidly off the road surface.

- Compacting the graded roadway surface to keep a hard driving surface and prevent the loss of fines. Replace surfacing material when needed. Keep the road surface moist!

- Removing ruts through rolling dips and water bars. Reshape the structures to function properly.

- Cleaning ditches and reshaping them when necessary to have adequate flow capacity. Do not grade ditches that do not need it!

- Removing debris from the entrance of culverts to prevent plugging and overtopping. Check for damage and signs of piping or scour.

- Replacing/repairing rock armor, concrete, or vegetation used for slope protection, scour protection, or energy dissipation.

- Trimming roadside vegetation (brushing) adequately, but not excessively, for sight distance and traffic safety.

- Replacing missing or damaged road information, safety, and regulatory signs.

S Dominguez   Gunnison County, CO        615250
9/5/2012  3:09:05 PM                Page 116 of 333
447                                 R 0.00 D 0.00



BLM_0053670

# RECOMMENDED PRACTICES

## Maintenance

- Perform maintenance when needed. **DO NOT WAIT!** The longer you wait, the more damage will occur and repairs will be more costly.

- Keep ditches and culverts free from debris, but maintain an erosion resistant surfacing such as grass or rock in the ditches. Remove debris during inspections (*Figure 4.4, Photo 4.9*). Also keep overflow channels clean.

- Regrade and shape the road surface periodically to maintain proper surface drainage (*Photo 4.10*). Keep the road surface moist during grading. Fill in ruts and potholes with gravel or compacted fill as frequently as

possible (see *Figure 4.5*). Keep rolling dips shaped and graded. Ideally, compact the final graded road surface.

- Keep the downhill side of the road free from a berm except where a berm is intentionally constructed to control water or traffic.

- Apply a surface stabilization material, such as aggregate, cobblestone, or pavement, to the road surface to protect the roadbed from damage and reduce the frequency of maintenance needed.

- Avoid disturbing soil and vegetation if not necessary. Leave as much vegetation (grasses) in ditches, on road shoulder areas, and on cut or fill

slopes (especially grasses and low growing brush) as possible. However, ensure sight distance and that the drainage systems still function properly.

- Remove slide material from the roadway or inside ditches where the material will block normal roadway surface drainage (*Photo 4.11*).

- Avoid widening the road or over-steepening the fill slopes formed by blading surface material off the road.

- Close the road during very wet conditions or periods of inactivity.

- Inspect the road at regular intervals, especially following periods of heavy rains.



**Figure 4.4** Road maintenance is needed to maintain roadway surface drainage patterns and remove slides that block ditches and culvert inlets.

S Dominguez   Gunnison County, CO
9/5/2012 3:09:05 PM
447

615250
Page 117 of 333
R 0.00 D 0.00

Low-Volume Roads BMPs:  31

BLM_0053671

## Road Closure

A road may be closed because it is no longer needed, such as if a resource is depleted, if a community has moved, if it will not be used for some period of time, or if the road is causing unacceptably high maintenance costs or environmental damage. Road closure often involves input from the public and other affected road users. Basic road closure options include the following: **temporary closure** or blockage with gates, barricades or berms; **permanent closure, or decommissioning**, where the road surface is stabilized and drainage structures are removed, yet the road template is left on the terrain; or road **obliteration** where the roadway and drainage features are totally removed and the area is reshaped to its natural, pre-road condition. *Figure 4.6* shows the range of options commonly considered in road closure.

If interim road use has been completed, such as after logging or mining operations, roads should be temporarily closed or decommissioned in order to protect them from erosion during the period that they are not being used. **Temporarily closed roads** should be blocked with a gate, barricade or berm to keep traffic off the road but drainage crossing structures should be maintained. The road surface should be reshaped for good drainage and stabilized with water bars and possibly scarified, seeded and mulched. Permanent drainage structures such as culverts and ditches will require periodic cleaning. Use of road closure techniques and routine



**Photo 4.9** Perform road maintenance, etiher with equipment or by hand, to keep the roadway shaped and drainage structures functioning. Keep ditches clean but do not remove the layer of vegetative (grass) stabilization.



**Photo 4.10** Use grader maintenance to keep the road surface properly shaped and drained.

**Figure 4.5** Signs of need for road maintenance. *(Adapted from PIARC Road Maintenance Handbook)*

*Implement road maintenance before significant surface damage occurs!*



Potholes

Ruts

Soft, muddy, roadway surface

Rills and gullies

S Dominguez   Gunnison County, CO          615250
9/5/2012  3:09:05 PM                        Page 118 of 333
447                                          R 0.00 D 0.00



BLM_0053672

maintenance after operations are completed will protect the road investment until it is needed in the future.

**Permanent road closure (decommissioning)** involves blocking the road, removing all drainage crossing structures and fill material, and stabilizing the road surface. This is commonly accomplished by breaking up the road surface (scarification), then seeding and mulching, so that the road will naturally be revegetated over time (*Photo 4.12*). The cost of this work is relatively inexpensive, most environmental damage from the road is eliminated, and the basic roadbed shape is still in place in case the road is ever reopened in the future.

Road closure by **obliteration** is where the roadbed is totally eliminated and the ground is restored



**Photo 4.11** Remove slide material that blocks the drainage ditches and narrows the road.

to its natural terrain shape. All drainage crossing materials are removed, the ground is reshaped, natural drainage patterns are restored, ideally including subsurface groundwater flow patterns, and the area is revegetated. It is particularly important to remove all fill material that has been placed into drainages, such as the culvert backfill material. These relatively expensive measures are ideally used in sensitive areas such as parks or reserves, near recreation areas, or near streams and lakes. These measures are very effective to remove all traces of a road and eventually restore the area to a pre-road natural condition. However, because of high cost, simple decommissioning is typically most cost-effective for road closure, and thus is the most commonly used closure option.



**Photo 4.12** Close roads that are not needed. Stabilize the surface with water bars, berms, and ground cover such as grass seed and mulch.

S Dominguez   Gunnison County, CO          615250
9/5/2012 3:09:05 PM                    Page 119 of 333
447                                    R 0.00 D 0.00

BLM_0053673

**Figure 4.6** Road closure options, including temporary closure (a,b), decommissioning (c), and full road obliteration (d).



a. Gate Closure (Temporary)



b. Earth Mound or Berm Closure (Temporary)



Old, revegetated roadway surface

c. Decommissioning - Permanent Road Closure with Surface Scarification and Seeding for Revegetation, but Keeping Most of Road Template (Shape).

(1) Road template before obliteration.

(2) During obliteration, old road is scarified and refilled.

(3) Final obliteration, with filling and recontouring to the original natural topography, followed by revegetation.



d. Road Obliteration

S Dominguez   Gunnison County, CO
9/5/2012 3:09:05 PM
447

615250
Page 120 of 333
R 0.00 D 0.00



BLM_0053674

## RECOMMENDED PRACTICES

**Road Closure**

- Involve the affected population or road users in decisions regarding road closure, typically using an interdisciplinary process.

- Temporarily close roads using gates, barricades, or large berms.

- Install water bars (See Chapter 7, Drainage) on closed roads to divert water off the road surface.

- Remove all drainage and stream crossing structures in permanently closed roads.

- Close roads by reshaping the roadbed to maintain natural surface drainage patterns and avoid concentration of water.

- Revegetate exposed soil on closed roads. A common treatment includes scarification, seeding, and a mulch application to promote grass and brush growth. Trees may be planted. On grades, waterbars should be added.

- Remove berms that may impede surface drainage on closed roads.

- Decommission roads with closure structures, drainage control, and erosion protection, but without recontouring the road template, if future use of the road is likely.

- Obliterate unneeded roads whenever possible and where cost-effective to provide the highest degree of road removal and land reclamation.

## PRACTICES TO AVOID

- Leaving drainage structures on closed (decommissioned or obliterated) roads.

- Neglecting temporarily closed roads.

S Dominguez   Gunnison County,  CO        615250
9/5/2012  3:09:05 PM                Page 121 of 333
447                                  R 0.00 D 0.00


BLM_0053675



*The paved road (above) and gravel road (below) are relatively well located and designed low-impact roads since their surfaces are armored and they conform to the terrain, thus dispersing water effectively and avoiding heavy earthwork.*



S Dominguez   Gunnison County,  CO
9/5/2012  3:09:05 PM
447

615250
Page 122 of 333
R 0.00 D 0.00

BLM_0053676

Chapter 5

# Hydrology for Drainage Crossing Design

*"Base drainage structure size on some rational or statistical design process."*

DRAINAGE STRUCTURE SIZE should be based on some reasonable design flow, as well as site characteristics and environmental considerations such as fisheries (*Photo 5.1*). Determining the correct or a reasonable design flow for any engineered drainage structure is critically important, both for the structure to perform properly and to prevent failures of structures. A reasonable design flow is commonly based upon a storm event that will have a recurrence frequency (return interval) of 20 to 100 years, depending on type and value of the structure and local regulations. Any culvert has a finite flow capacity that should not be exceeded. Bridges also have a specific capacity for the given cross-sectional area, but typically it is large. Low-water crossing design is based upon estimates of both low flows and peak flows for that specific drainage, but are less sensitive to flow estimates.

Most flow determination methods require that the

drainage area be defined or estimated. This work is typically accomplished by delineating the area of the watershed on a topographic map (*Figure 5.1*). Ideally, topographic maps with a scale of 1:10,000 to 1:24,000 should be used for drainage project design. However, the most detailed map commonly available in many countries is a 1:50,000 scale, so that map should be used.



**Photo 5.1** Determine an adequate design storm flow at any site using available, appropriate hydrological methods. Install drainage crossing structures based upon design flows and other site characteristics.

LOW-VOLUME ROADS BMPs: 37

S Dominguez   Gunnison County, CO          615250
9/5/2012  3:09:05 PM              Page 123 of 333
447                               R 0.00 D 0.00

BLM_0053677



Scale = 1 : 50,000
Area = 820 Hectares (8.2 km²)

**Figure 5.1  Determine the drainage area of watersheds on a topographic map to help determine appropriate flows for drainage structure design.**

At a minimum, the Rational Method, a rainfall based method, should be used to determine the discharge from small watersheds, with a drainage area of up to around 120 hectares. The Talbot Method directly uses the Rational Method and can be useful in making a preliminary estimate of the pipe size needed as a function of drainage area. However, the Talbot Method does not consider varying rainfall intensity or return interval, so the method is not precise. Ideally, statistical methods based upon regression analysis of regional stream flow data, or actual local stream flow data will be available and can be used.

Large watersheds may have specific gauging station data that can be examined statistically and used for hydraulic design to determine flows at different return intervals. High water marks and measurements of the channel geometry can be used in conjunction with Manning's Equation (see Chapter 6) to determine flow velocity and thus flow volume (discharge, or capacity) through the channel for that given high-water level. A variety of methods may be available to the designer to determine design flows. At least some analytical method should be used, and ideally, several methods should be used and compared to gain confidence in your design flow values. Typical analysis methods for varying sizes of watersheds are shown in *Table 5.1*.

**Rational Method**

The Rational Method is commonly used for the determination of flows from small watersheds, and it can be applied in most geographic areas. It is particularly useful if local stream flow data do not exist, and it can be used to make a rough estimate of flow from large watersheds if other options do not exist. Thus, the Rational Formula is presented and briefly explained on the next page. More detailed information on its use is presented in references such as the *Minimum Impact Low-Volume Roads Manual* or the FHWA Manual *HDS4 - Introduction to Highway Hydraulics*.

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 124 of 333
R 0.00 D 0.00

BLM_0053678

## THE RATIONAL FORMULA

To determine flow volume...

$Q$ = Quantity of Flow (Runoff), in Cubic Meters per Second (m³/s).

$$Q = \frac{CiA}{362}$$ where:

$C$ = Runoff Coefficient. This coefficient is selected to reflect the watershed characteristics, such as topography, soil type, vegetation, and land use.

$i$ = Average Rainfall Intensity for the selected frequency and for a duration equal to the Time of Concentration, in millimeters per hour.

$A$ = Area of the watershed, in Hectares.

*Runoff Coefficient* (*C*) values are presented in *Table 5.2*. These values reflect the differing watershed characteristics that influence runoff. The designer must develop experience and use judgment to select the appropriate value of C within the range shown. Note that the value of C may change over the design life of the structure due to changes in land use such as a forest converted to agricultural land or from a fire in the watershed. Flow quantity is directly proportional to the selection of this coefficient.

*Area* (*A*) is simply the area of the watershed that contributes runoff to the drainage crossing. Its boundaries go from drainage divide to drainage divide and down slope to the crossing. On a roadway surface, the "drainage area" is the cut slope and road surface area between cross-drains or leadoff ditches.

*Rainfall intensity* (*i*) is the third factor, and the one often most difficult to obtain. It is expressed as the average rainfall intensity in millimeters per hour (mm/hr) for a selected recurrence frequency and for a duration equal to the Time of Concentration of the watershed. At the beginning of a storm, runoff from distant parts of the watershed have not reached the discharge point (such as a culvert). Once water has reached the discharge point from **all** parts of the watershed, a steady state flow will occur. The estimated time when water from all parts of the watershed reaches the discharge point is the Time of Concentration (TOC). TOC depends on the overland flow rate of water in that watershed. For very small watersheds, a minimum TOC of 5 minutes is recommended for finding the intensity used in determining design flows. TOC can be estimated by dividing the length of the runoff route by the average runoff velocity (usually 0.1 [flat, wooded] to 1.0 m/s [steep, barren]).

*Figure 5.2* shows a typical family of rainfall intensity-duration curves for a recurrence frequency of 2 to 50 years. Such curves, developed from local rainfall data, should be located or generated when working in any particular area. The typical maximum intensity values for a 25 to 50-year event for desert regions are around 75 to 100 mm/hr; some coastal and jungle, or tropical regions have maximum intensities from 200 to 400 mm/hr, or more; and most areas, including semi-arid regions, mountain forests, and coastal areas typically have values of 100 to 250 mm/hr. Because of the wide range of values, and the amount of local variation that can occur around islands and mountains, local data is desirable for project design work.

## RECOMMENDED PRACTICES

- Use the best available hydrologic methods to determine design flows.

- Where appropriate, use drainage structures that are not sensitive to exact flow predictions, such as low water crossings (fords) and drivable dips versus culvert pipes.

- Add freeboard or extra capacity to structures in drainages with uncertain flow or for debris passage in watersheds with changing land uses, usually on the order of 120% to 150%.

- To minimize risk to structures, the recommended storm frequency (return period) for design of culverts is 20 to 50 years, and 100 to 200 years is recommended for bridges or drainages with sensitive environmental concerns.

- For culverts installed in areas with limited or inadequate hydrologic data or designs, include overflow (overtopping) protection to reduce risk of total failure or stream diversion (see Figure 7.10).

- Involve hydrologists, fisheries biologists and engineers in the process of hydrologic and hydraulic design.

## PRACTICES TO AVOID

- Installing drainage structures without some rational or statistical assessment of the expected flow.

LOW-VOLUME ROADS BMPs:40

**Table 5.1**

### DESIGN FLOW ANALYSIS METHODS FOR VARIOUS WATERSHED SIZES

| Watershed Size | Typical Type of Analysis |
|---|---|
| Small (to 120 ha) (300 acres) | Rational Method, Talbot Method, Local Experience |
| Medium (to 4,000 ha) (10,000 acres) | Regression Analysis, High Water Marks + Manning, Local Experience |
| Large (over 4,000 ha) | Gauging Data, High Water Marks, Statistical or Regression Analysis |

**Table 5.2**

### RATIONAL METHOD VALUES OF "C"

| Land Use or Type | "C" Value |
|---|---|
| **Agriculture** | |
| Bare Soil | 0.20-0.60 |
| Cultivated Fields (sandy soil) | 0.20-0.40 |
| Cultivated Fields (clay soil) | 0.30-0.50 |
| **Grass** | |
| Turf, Meadows | 0.10-0.40 |
| Steep Grassed Areas | 0.50-0.70 |
| **Woodland/Forest** | |
| Wooded Areas with Level Ground | 0.05-0.25 |
| Forested Areas with Steep Slopes | 0.15-0.40 |
| Bare Areas, Steep and Rocky | 0.50-0.90 |
| **Roads** | |
| Asphalt Pavement | 0.80-0.90 |
| Cobblestone or Concrete Pavement | 0.60-0.85 |
| Gravel Surface | 0.40-0.80 |
| Native Soil Surface | 0.30-0.80 |
| **Urban Areas** | |
| Residential, Flat | 0.40-0.55 |
| Residential, Moderately Steep | 0.50-0.65 |
| Commercial or Downtown | 0.70-0.95 |

S Dominguez  Gunnison County, CO
9/5/2012  3:09:05 PM
447
615250
Page 126 of 333
R 0.00 D 0.00

BLM_0053680

**Figure 5.2** Typical Rainfall Intensity-Duration Frequency Curves *(Adapted from FHWA Hydraulic Design Series No. 4, 1997).*



Note: Common Maximum Intensity Values for 25-50 Year Frequency of Events:
- Jungle Areas: 200-400 mm/hr
- Deserts: 50-100 mm/hr
- Most Areas (Semi-Arid, Mountains, Coastal Areas): 100-250 mm/hr

S Dominguez   Gunnison County, CO          615250
9/5/2012  3:09:05 PM              Page 127 of 333
447                                        R 0.00 D 0.00

BLM_0053681



*A drainage crossing can be a critical and vulnerable point in the road if the drainage structure fails. Thus, drainage crossings must be designed to pass the appropriate storm flows plus debris or to survive overtopping.*

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM                    615250
447                            Page 128 of 333
                               R 0.00 D 0.00



BLM_0053682

Chapter 6

# Tools for Hydraulic and Road Design

*"Protect against scour! Incorporate adequate riprap size and filters into streambank protection measures."*

H YDRAULIC DESIGN involves several basic concepts that must be considered to build successful projects with a minimum risk of failure (*Photo 6.1*). Use of **Manning's Formula** to determine flow capacity and velocity, use adequately sized **Riprap** for stream bank and scour protection, use **Filter Zones** to prevent piping and scour, and use gravels or **Geotextiles** to stabilize the road structure. Basic road drainage design often uses Manning's Formula for the determination of flow velocities in natural channels, for determining the quantity of that flow (as an alternative to methods discussed in Chapter 5), and for determining the flow capacity of canals and ditches. The use of Manning's Formula to determine stream velocities and flow quantity is well documented in many engineering and hydraulics manuals. Road engineers doing basic hydraulic design should become familiar with it and its applications. Complex channels with rapidly varying, unsteady, or critical flows should be evaluated by an experienced Hydraulic Engineer.



**Photo 6.1** Scour behind a bridge abutment caused by insufficient channel and stream bank protection during a flood.

S Dominguez   Gunnison County, CO          615250
9/5/2012  3:09:05 PM              Page 129 of 333
447                              R 0.00 D 0.00

BLM_0053683

**Manning's Formula**

Channel discharge quantity ($Q$) is the product of the mean channel velocity ($V$) and the area ($A$) of the channel. To determine the discharge ($Q$) in natural drainages, canals, and non-pressure pipes, the following formula is used:

**Discharge = (Velocity) x (Area)**
or
$$Q = VA$$

where:
- $Q$ = discharge, in cubic meters per second (m³/s)
- $V$ = average flow velocity, in meters per second (m/s)
- $A$ = cross sectional area, in square meters (m²).

Manning's Formula can be used to compute the average flow velocity ($V$) in any channel or natural stream with uniform flow as shown to the right. Manning's Formula can be readily solved for a given channel when the known or assumed depth of flow is used. However, to determine the depth that a given discharge will produce in a channel, a trial and error solution is required. More detailed information on the use of Manning's Formula is presented in references, such as the *Minimum Impact Low-Volume Roads Manual*, the FHWA Manual *HDS4-Introduction to Highway Hydraulics,* or *Open-Channel Hydraulics,* by V.T. Chow.

**Riprap Use**

High flow velocities in channels or along local stream banks often lead to bank erosion, scour, or the formation of gullies. Scour can undermine and cause failure of bridges

---

## MANNING'S FORMULA

To calculate average flow velocity...

$$V = \frac{1}{n}(R^{2/3})(S^{1/2})$$

where:

$V$ = average flow velocity (meters/second)

$n$ = roughness coefficient (usually 0.04 - 0.07 for natural channels); see handbooks for specific $n$ values

$S$ = channel slope (meter/meter)

$R$ = hydraulic radius (meters) = $A/P$
where $A$ and $P$ are:
$A$ = channel cross-sectional area
$P$ = wetted perimeter

*Roughness Coefficient ($n$)* varies considerably, depending on the characteristics of a channel or the smoothness of a canal, pipe, etc. Manning's "n" values for various natural and manmade channels are found in many hydraulics manuals and handbooks. Smooth, open stream channels with gravel bottoms have values around 0.035-0.055. Very winding, vegetated, or rocky channels have values around 0.055 to 0.075. Smooth earth or rock channels have values of 0.020 to 0.035. Roughness values typically increase as channel vegetation and debris increase, as channel sinuosity increases, and as the mean size of channel materials increases. The value decreases slightly as flow depth increases.

*Slope ($S$)* of the canal or drainage channel is determined for the local reach of the channel being analyzed by dividing the rise, or change in elevation in that reach by the distance of that reach. This slope is typically measured in the actual stream channel, upslope and downslope of the site, and ideally is also checked on a topographic map.

*Hydraulic radius ($R$)* is determined from the channel cross-sectional area ($A$) divided by the wetted perimeter ($P$). The wetted perimeter is simply the distance along the channel bottom and/or sides that is under water, or within the area ($A$) of flow. Area should be determined from one or a couple representative cross-sections of the flow channel.

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447
615250
Page 130 of 333
R 0.00 D 0.00

BLM_0053684



**Photo 6.2** Riprap used for stream bank slope protection to prevent scour at the entrance of a structure. Note the use of willows for additional "biotechnical" root strength.

*Figure 6.1* presents a useful correlation between water velocity (Velocity of Flow) and the size of riprap (Diameter) needed to protect the stream bank and not move. The flow along a long tangent section of stream, or the flow parallel ($V_p$) to the stream, is assumed to be about 2/3, or 67%, of the average velocity ($V_{AVE}$). The flow in a curved section of stream, with an impinging flow, has an assumed impinging velocity ($V_I$) equal to about 4/3, or 133%, of the average velocity ($V_{AVE}$). Thus, riprap in an area with relatively fast flow, such as a bend in the channel, will have higher stresses and require larger rock than the size needed in a straight part of the channel.

and culverts. Riprap, or large stone, is commonly used to protect stream banks and structures against scour (*Photo 6.2*). Rock may be used in conjunction with vegetation or other measures such as root wads, gabions, or jetties to provide bank protection (*Photo 6.3*). Riprap rock size, as well as use of other measures, is commonly determined as a function of stream velocity and local channel conditions.

Average stream channel velocity ($V_{AVE}$) can be determined using Manning's Formula. Also, stream velocities can be estimated in the field if the surface flow can be measured during storm events. Stream velocity is the distance an object, such as a log or stick, travels in the middle of the stream divided by some short period of time. The average stream velocity will be about 0.8, or 80% of the value of the surface velocity. Common average peak velocities in streams

and rivers range from 1.5-3 m/sec in flat terrain to 2-4 m/sec in steep mountain channels. Flatter channels may actually experience faster flow velocities than steeper channels because of their typically lower roughness characteristics.

Note that most of the rock should be as large or larger than the size indicated in *Figure 6.1*. The Isbash Curve indicates the maximum size rock that might be considered in a critical application. If suitably large rock is not available,



**Photo 6.3** A root wad, log, and rock armored stream bank built for protection against scour. Logs and vegetation can offer an attractive alternative to riprap in relatively low stream velocity areas.

S Dominguez   Gunnison County, CO                615250
9/5/2012 3:09:05 PM                          Page 131 of 333
447                                          R 0.00 D 0.00

BLM_0053685



**Figure 6.1** Size of stone that will resist displacement for various velocities of water flow and side slopes.

(Adapted from FHWA Hydraulic Engineering Circular No. 11, 1978)

S Dominguez   Gunnison County, CO
9/5/2012 3:09:05 PM
447

615250
Page 132 of 333
R 0.00 D 0.00



BLM_0053686

then the use of cement grouted rock, masonry, or gabions should be considered.

*Table 6.1* presents common gradations, sizes, and weights of classes of riprap. Riprap installation details are shown in *Figure 6.2*, as well as in the Note in *Figure 6.1*. Ideally riprap should be placed upon a stable foundation and upon a filter layer made either of coarse sand, gravel, or a geotextile. The riprap itself should be graded to have a range of sizes that will minimize the voids and form a dense layer. The riprap should be placed in a layer with a thickness that is at least 1.5 times the size (diameter) of the largest specified stone, with the thickest zone at the base of the rock. In a stream channel, the riprap layer should cover the entire wetted channel sides, with some freeboard, and it should be placed to a depth equal or greater than the depth of expected scour.



**Photo 6.4** Use of geotextiles placed against fine soil to provide adequate filtration for an underdrain.

### Filters

A filter serves as a transitional layer of small gravel or geotextile placed between a structure, such as riprap, and the underlying soil. Its purpose is to 1) prevent the movement of soil behind riprap or gabions, or into underdrains, and 2) allow groundwater to drain from the soil without building up pressure. Specific filter criteria, documented in other references, will establish the particle size and gradation relationships needed between the fine native soil, a filter material, and coarse rock such as drain rock or riprap. Also, specific geotextile requirements information exists for filter applications, as found in the Selected References.

Traditionally, coarse sand or well-graded, free draining gravel have been used for filter materials. A sand or gravel filter layer is typically about 15 to 30 cm thick. In some applications, two filter layers may be needed between fine soil and large rock. Today, geotextiles are commonly used to provide filter zones between materials of different size and gradation because they are economical, easy to install, and perform well with a wide range of soils (*Photo 6.4*). *Figure 6.2* shows the application of a gravel or geotextile filter between a streambank soil and the riprap rock protection.

### Use of Geotextiles

Geotextiles are commonly used to provide a filter between rock and soil, thus preventing scour and soil movement. They arc relatively easy to install under most conditions. The fabric should be pulled tight across the soil area to be protected before the rock is placed (*Photo 6.5*). The geotextile can be a wo-

ven monofilament or a needle-punch nonwoven geotextile, and it must be permeable. The geotextile needs to have an apparent opening size of 0.25 to 0.5 mm. In the absence of other information, a 200 g/m$^2$ (6.0 oz/yd$^2$) needle-punch nonwoven geotextile is commonly used for many soil filtration and separation applications.

Other common geotextile or geosynthetic material applications on roads include subgrade reinforcement to reduce the thickness of needed aggregate over very weak soils; separation of aggregate from soft subgrade soils; reinforcement of soils in structures such as retaining walls and reinforced fills; and entrapment of sediment with silt fences (*Photo 6.6*), as seen in *Figure 6.3*. If knowledgeable engineers are not available, then geotextile distributors or manufacturers should be consulted regarding the function and appropriate types of geotextile to use in various engineering applications.

S Dominguez   Gunnison County, CO
9/5/2012 3:09:05 PM
447

615250
Page 133 of 333
R 0.00 D 0.00

BLM_0053687

**Table 6.1**

## CLASSIFICATION AND GRADATION OF RIPRAP
### (by Weight & Size of Rock)

| Category | Weight | Size of Rock* | Percent Passing (total minus the diameter indicated) | |
|---|---|---|---|---|
| | Kilograms (pounds) | Centimeters | | |
| Class I | 5 (11) | 15 | 100 | |
| | 2.5 (5) | 12 | 80 | |
| | 0.5 (1) | 7 | 50 | |
| | 0.1 (.2) | 3 | 10 | maximum |
| Class II | 25 (55) | 25 | 100 | |
| | 15 (35) | 20 | 80 | |
| | 5 (11) | 15 | 50 | |
| | 0.5 (1) | 8 | 10 | maximum |
| Class III | 50 (100) | 30 | 100 | |
| | 30 (60) | 25 | 80 | |
| | 10 (25) | 20 | 50 | |
| | 1 (2) | 10 | 10 | maximum |
| Class V | 100 (220) | 45 | 100 | |
| | 70 (150) | 35 | 70 | |
| | 35 (75) | 25 | 30 | |
| | 7 (15) | 15 | 10 | maximum |
| Class VII | 300 (650) | 60 | 100 | |
| | 200 (440) | 50 | 70 | |
| | 100 (220) | 40 | 30 | |
| | 10 (22) | 20 | 10 | maximum |
| Class VIII | 1,000 (2,200) | 90 | 100 | |
| | 600 (1,320) | 70 | 70 | |
| | 200 (440) | 50 | 30 | |
| | 30 (65) | 25 | 10 | maximum |
| Class X | 2,000 (4,400) | 120 | 100 | |
| | 1,000 (2,200) | 90 | 80 | |
| | 300 (660) | 60 | 50 | |
| | 40 (90) | 30 | 10 | maximum |

Source: Adapted from USDA-Forest Service.                    *equivalent spherical diameter

S Dominguez   Gunnison County,  CO          615250
9/5/2012  3:09:05 PM                          Page 134 of 333
447                                           R 0.00 D 0.00

BLM_0053688

**Figure 6.2  Two examples of typical riprap stream bank protection.**



Plant to Grass
or Shrubs in
Compacted
Backfill

0.5-1.0 m
Freeboard

High Water Level

Geotextile "key." Ensure
intimate contact of
geotextile and soil.

2:1 Slope

30-90 cm
Thickness
(Typical)

Present Stabilized
Stream Bottom

10-15 cm Gravel or
Geotextile Filter Layer

30% of rock to be headers
extending 2/3 thickness of riprap.
If this is not possible, dump bottom
portion of riprap and arrange top
layer to grade by hand.

1-2 m

± 1 m Depth
for Scour
Protection

**a. Rock Toe and Blanket Detail**



Freeboard

Maximum Expected High Water Level

Riprap Layer

1 ½ : 1 Slope

1 m.
Minimum

Filter Layer
(Geotextile
or Gravel)

2 m. Minimum
or 1.5 x the
Depth of
Expected
Scour

**b. Details of Rock Riprap Layer Placed on the Stream Channel Bottom for Scour Protection**

S Dominguez  Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 135 of 333
R 0.00 D 0.00

Low-Volume Roads BMPs :  49

BLM_0053689



**Photo 6.5** A filter cloth (geotextile) backing behind a loose rock slope buttress to provide a filter for drainage and to prevent movement of fine soil into the rock. *(Photo by Richard Van Dyke)*



**Photo 6.6** Use of a geotextile as a "silt fence" to trap sediment from a construction area.

S Dominguez   Gunnison County,  CO        615250
9/5/2012  3:09:05 PM                    Page 136 of 333
447                                     R 0.00 D 0.00

BLM_0053690

**Figure 6.3** Typical Geotextile Applications for Rural Roads. *(Adapted with permission from AMOCO Fibers Corporation)*



**a. Filter Behind Riprap for Stream Bank Protection.**



**b. Subgrade Separation and Reinforcement.**



**c. Embankment Reinforcement over Soft Soil Deposit.**



**d. Filtration in an Underdrain.**



**e. Reinforced Soil Retaining Structure.**



**f. Silt Fence to Trap Sediment.**

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 137 of 333
R 0.00 D 0.00

Low-Volume Roads BMPs : 51



BLM_0053691

## RECOMMENDED PRACTICES

- Determine stream channel velocities to examine scour potential, structure protection needs, and impacts on aquatic life.

- Use well graded, hard, angular, properly sized riprap where scour protection is needed. Needed rock size (and weight) as a function of average water flow velocity is shown in Figure 6.1. On curves (impinging flow) increase the rock size by 30 to 50 percent above that shown in Figure 6.1 for average flow velocities.

- Use clean sand, clean, well graded 0.5 to 1 cm gravel, or a geotextile for filters between fine erodable soils and coarse drain rock or riprap (see Figure 6.2 for typical riprap installation with filter backing).

- Use scour countermeasures to protect structures, prevent failure of structures, and avoid adverse impacts to streams. Riprap or gabions are most commonly used in high velocity or critical areas (*Photo 6.7*). Vegetation, root wads, logs, or barbs can also be used for streambank stabilization.

- Pay attention to design details where rock protection and filters are needed.

- Use geotextiles in road and hydraulic design applications to provide a filter behind riprap or around an underdrain. Use geosynthetic materials in other applications, such as for separation and reinforcement, wherever cost-effective and practical.

## PRACTICES TO AVOID

- Installing structures without adequate consideration of expected stream velocities and appropriately sized rock for bank protection.

- Installing subsurface drainage measures, such as underdrains, without filter protection (such as use of geotextiles and properly sized sand or gravel filter material).



**Photo 6.7** Riprap with a geotextile filter backing are being used to protect the road from high water flows. Note that the road is poorly located so close to the stream!



S Dominguez    Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 138 of 333
R 0.00 D 0.00

BLM_0053692

Chapter 7

# Drainage of Low-Volume Roads

*"Three of the most important aspects of road design -- drainage, drainage, and drainage"*

ROAD LOCATION and drainage of roads, construction areas, and other areas of activity are the most significant factors that can affect water quality, erosion, and road costs. Drainage includes controlling surface water and adequately passing water under roads in natural channels. Drainage issues that must be addressed in road design and construction include roadway surface drainage; control of water in ditches and at pipe inlets/outlets; crossings of natural channels and streams; wet area crossings; subsurface drainage; and selection and design of culverts (Chapter 8), low water crossings (Chapter 9), and bridges (Chapter 10). Three of the most important aspects of road design are **drainage, drainage, and drainage!**

Adequate road drainage requires careful **attention to detail.** Drainage conditions and patterns must be studied on the ground. Drainage should be observed during rainy periods to see how the water is actually moving, where it is concentrated, what damage it may cause, and what measures are needed to prevent damage and keep the drainage systems functioning properly.

**ROADWAY SURFACE DRAINAGE CONTROL**

The roadway surface needs to be shaped to disperse water and move it off the road quickly and as



**Photo 7.1** Design roads that move water rapidly off the surface of the road and minimize water concentration with the use of rolling grades and outsloped, insloped, or crowned roads.

S Dominguez  Gunnison County, CO
9/5/2012 3:09:05 PM
447

615250
Page 139 of 333
R 0.00 D 0.00

BLM_0053693



**Figure 7.1  Typical road surface drainage options.**

frequently as possible (*Photo 7.1*). Water standing in potholes, ruts and sags will weaken the subgrade and accelerate damage. Water concentrated in ruts or kept on the road surface for long distances can accelerate erosion as well as wash off the surface material. Steep road grades cause surface and ditch water to move rapidly, and make surface drainage difficult to control. Steep grades accelerate erosion unless surfaces are armored or water is dispersed or removed frequently.

Roadway surface water should be controlled with positive drainage measures using **outsloped, insloped,** or **crown** sections of road, as shown in *Figure 7.1*. **Outsloped** roads best disperse water and minimize road width, but may require roadway surface and fill slope stabilization. An outsloped road minimizes concentration of water, minimizes needed road width, avoids the need for an inside ditch, and minimizes costs. Outsloped roads with clay rich, slippery road surface materials often require rock surface stabilization or limited use during rainy periods to assure traffic safety. On road grades over 10 to 12 percent and on steep hill slope areas, outsloped roads are difficult to drain and can feel unsafe.

**Insloped** roads best control the road surface water but concentrate water and thus require a system of ditches, cross-drains, and extra road width for the ditch. Cross-drains, using either rolling dips (broad-based dips) or culvert pipes, must be spaced frequently enough to remove all the expected road surface water before erosion occurs. The maximum recommended distances (listed in *Table 7.1*) should be used for guidance on spacing of cross-drains and ditch relief structures. Specific locations should be determined in the field based upon actual water flow patterns, rainfall intensity, road surface erosion characteristics, and available erosion resistant outlet areas.

**Crown** section roads are appropriate for higher standard, two lane roads on gentle grades. They also require a system of inside



**Photo 7.2  Use rolling dip (broad-based dip) cross-drains to move water off the road surface efficiently and economically, without the use of culvert pipes. Rolling dip cross-drains are not susceptible to plugging.**

S Dominguez   Gunnison County, CO                615250
9/5/2012  3:09:05 PM                              Page 140 of 333
447                                               R 0.00 D 0.00



BLM_0053694

**Table 7.1**

| Recommended Maximum Distance Between Rolling Dip or Culvert Cross-Drains (meters) | | |
| --- | --- | --- |
| Road Grade % | Low to Non-Erosive soils (1) | Erosive Soils (2) |
| 0-3 | 120 | 75 |
| 4-6 | 90 | 50 |
| 7-9 | 75 | 40 |
| 10-12 | 60 | 35 |
| 12+ | 50 | 30 |

**Table 7.2**

| Recommended Water Bar Spacing (meters) | | |
| --- | --- | --- |
| Road/Trail Grade % | Low to Non-Erosive soils (1) | Erosive Soils (2) |
| 0-5 | 75 | 40 |
| 6-10 | 60 | 30 |
| 11-15 | 45 | 20 |
| 16-20 | 35 | 15 |
| 21-30 | 30 | 12 |
| 30+ | 15 | 10 |

Note: (1) **Low Erosion Soils** = Coarse Rocky Soils, Gravel, and Some Clay
(2) **High Erosion Soils** = Fine, Friable Soils, Silt, Fine Sands

*Adapted from Packer and Christensen (1964)*
*& Copstead, Johansen, and Moll (1998)*

ditches and cross drains. It is difficult to create and maintain a crown on a narrow road, so generally insloped or outsloped road drainage is more effective for rural roads.

**Culvert** cross-drains are used to move ditch water across the road. They are the most common type of road surface drainage, and are most appropriate for high-standard roads where a smooth road surface profile is desired. However the pipes are expensive, and the relatively small culvert pipes used for cross-drains are susceptible to plugging and require cleaning.

**Rolling dip** cross-drains (**broad-based dips**) are designed to pass slow traffic, while also dispersing surface water (*Photo 7.2*). Rolling dips usually cost less, require less maintenance, and are less likely to plug and fail than culvert pipes. Rolling dips are ideal on low volume, low to moderate speed roads (20-50 kph). Spacing is a function of road grade and soil type, as seen in *Table 7.1*. Other types of roadway surface cross-drain structures occasionally used include open top wood or metal flumes, and rubber water deflectors.

**Steep road grades** are undesirable and problematic, but occasionally necessary. On grades up to 10%, cross-drains with culverts or rolling dips are easy to use. Between 10 and 15%, frequently spaced culvert cross-drains work, often in conjunction with armored ditches. On grades over 15%, it is difficult to slow down the wa-

BLM_0053695