# RECOMMENDED PRACTICES

## ROADWAY SURFACE DRAINAGE CONTROL

- Design and construct roads so that they will move water rapidly off the road surface to keep the surface drained and structurally sound.

- Avoid steep road grades in excess of 12 to 18%. It is very difficult and expensive to properly control drainage on steep grades.

- Maintain positive surface drainage with an outsloped, insloped, or crown roadway section using 3 - 5 % cross slopes (up to 5% is best) (*Figure 7.1*).

- Roll grades or undulate the road profile frequently to disperse water, particularly into and out of stream crossings (*Figure 7.2a, Photo 7.1*).

- Use frequently spaced leadoff ditches (*Figure 7.2b* and *Figure 7.8*) to prevent accumulation of excessive water in the roadway ditches.

- Use roadway cross-drain structures (either rolling dips, pipe culverts, or open top culverts (flumes)) to move water across the road from the inside ditch to the slope below the road. Space the cross-drain structures

frequently enough to remove all surface water. *Table 7.1* gives recommended cross-drain spacing.

- **Protect cross-drain outlets** with rock (riprap), brush, or logging slash to dissipate energy and prevent erosion, or locate the outlet of cross drains on stable, non-erosive soils, rock, or in well veg-etated areas (*Figure 7.2b*).

- Construct **rolling dips** rather than culvert cross-drains for typical, low-volume, low speed roads with grades less than 12%. Construct rolling dips deep enough to provide adequate drainage, angled 0-25 degrees from perpendicular to the road, with a 3-5% outslope, and long enough (15 to 60 meters) to pass vehicles and equipment (*See Photo 7.2*). In soft soils, armor the mound and dip with gravel or rock, as well as the outlet of the dip (*Figure 7.3*).

- Install **culvert cross-drains** with an angle of 0-30 de-grees perpendicular to the road, using an outslope of 2% greater than the ditch grade to prevent plugging. (*Figure 7.4*). (See Chapter 8 for more information on culverts). Use culvert cross-drains on roads with an

inside ditch and moderately fast vehicle speeds.

- Construct **water bars** on infrequently used roads or closed roads to control surface runoff. Construct frequently spaced waterbars angled at 0-25 degrees with an outslope of 3-5% and a depth of 0.3 to 0.6 meters. Install water bars as shown in *Figure 7.5*. Spacing of waterbars is shown in *Table 7.2*.

- Use **catch water ditches** (intercept ditches) across the natural ground above a cut slope only in areas with high intensity rainfall and overland flow. These ditches are useful to capture overland sheet flow before it pours over the cut slope and erodes or destabilizes the cut. However, be aware that catch water ditches that are not properly maintained can become a counter-productive pool for water above the slope, increasing the probability of a slope failure.

- Avoid the use of **outside ditches**, along the outside edge of the road, except in specific areas that must be protected from sheet flow off the road surface. Preferably, use berms. Note that an outside ditch or berm neces-sitates additional road width.

S Dominguez   Gunnison County,  CO          615250
9/5/2012  3:09:05 PM                    Page 142 of 333
447                                     R 0.00 D 0.00

BLM_0053696

## PRACTICES TO AVOID

- Long sustained road grades that concentrate flows.

- Discharging water onto erosive, unprotected soils.

- "Eyeballing" grades in flat terrain. Use a clinometer, abney level, or survey equipment to ensure that you have proper slopes or grades.

### Figure 7.2



**a.** Basic road surface drainage with outsloping, rolling grades, and reinforced dips.



**b.** Basic road surface drainage with leadoff ditches and culvert cross-drains exiting into vegetation or a streamside buffer area. *(Adapted from Montana State Univ. 1991)*

S Dominguez   Gunnison County, CO
9/5/2012 3:09:05 PM
447
615250
Page 143 of 333
R 0.00 D 0.00

BLM_0053697

**Figure 7.3** Rolling (broad-based) dip cross-drains.



**a. Perspective View**



**b. Profile**



**c. Rolling Dip Profile Detail**

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 144 of 333
R 0.00 D 0.00



BLM_0053698



**Figure 7.4** Culvert cross-drains.



**Figure 7.5** Water bar construction. *(Adapted from Wisonsin's Forestry Best Management Practices for Water Quality. 1995, Publication FR093, Wisconsin Department of Natural Resources)*



a. **Perspective View**

b. **Cross-Section**

S Dominguez   Gunnison County, CO
9/5/2012 3:09:05 PM
447

615250
Page 145 of 333
R 0.00 D 0.00

BLM_0053699



**Photo 7.3** Use masonry, concrete, or metal inlet structures to control water in the ditch, direct the water into the cross-drain pipe, and prevent ditch down-cutting.

ter or remove it from the road surface rapidly. On such steep grades, it is best to use frequently spaced cross-drain culverts, with armored ditches. Also, the road surface will need armoring or surfacing with some form of pavement to resist erosion. For seasonal or low use roads, interim drivable waterbars could also be constructed.

**Water bars** are used to control drainage on closed or inactive roads, 4-wheel drive roads, skid roads, and skid trails. Water bars are frequently spaced (see *Table 7.2*) for maximum erosion control and can be shaped to pass high clearance vehicles or to block traffic.

### CONTROL AT INLETS AND OUTLETS OF CROSS-DRAINS AND DITCHES

Water should be controlled, directed, or have energy dissipated at the inlet and outlet of culverts, rolling dips, or other cross-drainage structures. This can ensure that water and debris enters the cross-drain efficiently without plugging, and that it exits the cross-drain without damaging the structure or causing erosion at the outlet.

Culvert inlet structures (drop inlets) are usually placed in the inside ditchline at the location of a culvert cross-drain. They are commonly constructed of concrete, masonry (*Photo 7.3*), or from round metal pipe, as seen in *Figure 7.6*. They are typically used where the ditch is eroding and downcutting, so that the structure controls the ditch elevation. Inlet structures are also useful to change the direction of water flowing in the ditch, particularly on steep grades, and they can help stabilize the cut bank behind the pipe inlet.

The outlet of pipes and dips are ideally located in a stable, non-erosive soil area or in a well-vegetated or rocky area. The accelerated velocity of water leaving a roadway can cause severe erosion or gullying if discharged directly onto erosive soils (*Photo 7.4*). The pipe, dip, or drain outlet area can be stabilized, and the energy of the water dissipated, by discharging the water onto 1-2 cubic meters of a graded rock riprap, as seen in *Figure 7.7*. Other energy dissipation measures include the use of stilling basins, rein-



**Photo 7.4** Add outlet protection and/or energy dissipators to prevent erosion and the formation of gullies.

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447
615250
Page 146 of 333
R 0.00 D 0.00



BLM_0053700



**Photo 7.5** Protect the outlet of culvert pipe and rolling dip cross-drains with riprap or a masonry splash apron, or choose areas of bedrock or dense vegetation.

forced splash aprons, or use of dense vegetation or bedrock (*Photo 7.5*).

Ditches on steep road grades, in erosive soils, and with flow velocities over one meter per second may require armoring or the use of small ditch dike or dam structures placed in the ditch to slow down the velocity of water, as shown in *Figure 7.8*. Ditches are commonly armored with grass, erosion control matting, rock, or masonry /concrete paving (*Photo 7.6*). Grasses can resist flow velocities to 1-2 meters per second. A durable armoring such as graded rock riprap or concrete is recommended on grades over 5 percent in erosive soils or for velocities over a few meters per second.

Ditch dikes will prevent ditch erosion, and dikes can serve to catch sediment, but they require maintenanceneed in that they need to be periodically cleaned out. Common ditch dike construction materials include loose rock, masonry, concrete, bamboo, and wooden posts. Each dike structure should be keyed into the banks of the ditch and a notch is needed over each structure to keep the flow in the middle of the ditch.

## RECOMMENDED PRACTICES

### CONTROL AT INLETS & OUTLETS

- When ditch grade control is needed, use drop inlet structures with culvert cross-drains to prevent ditch down-cutting or where space is limited against the cut bank (*Figure 7.6*). Alternately, use catch basins excavated into firm soil.

- Discharge culverts and cross-drain dips at natural ground level, on firm, non-erosive soil or in rocky or brushy areas. If discharged on the fill slopes, armor outlets with riprap or logging slash, or use down-drain structures. (*Figures 7.3, 7.4, 7.7* and *Figure 8.1*). Extend the pipe 0.5 to 1.0 meters beyond the toe of the fill slope to prevent erosion of the fill material.

- In erosive soils, armor roadway ditches and leadoff ditches with rock riprap (*Photo 7.7*), masonry, concrete lining or, at a minimum, grasses. Ditch dike structures can also be used to dissipate energy and control ditch erosion. (*Figure 7.8*).

- Discharge roadway drains in an area with infiltration capability or into filter strips to trap sediment before it reaches a waterway. Keep the road and streams hydrologically "disconnected."

## PRACTICES TO AVOID

- Discharging a cross-drain pipe or dip onto any unprotected fill slope or barren, erosive soil.

- Discharging cross-drain pipes mid-height on a fill slope.

- Discharging cross-drain pipes or dips onto unstable natural slopes.

S Dominguez  Gunnison County,  CO
9/5/2012  3:09:05 PM
447

615250
Page 147 of 333
R 0.00 D 0.00



BLM_0053701



**Photo 7.6** Armor ditches with vegetation, rock, masonry, or concrete to resist ditch erosion and carry the water to a stable exit point.

**Figure 7.6  Typical drop inlet structure types (with culvert cross-drains).**



Use drop inlet structure to control the level of water, turn water into the pipe, and prevent downcutting and erosion of the ditch.

Roadbed surface

Grass for Erosion Control

Energy Dissipation with Riprap, Concrete Apron or Splash pool with water

**General Information**

Bottom of ditch

Roadbed Surface

Slope

"1 m

Drop inlet structure

Sand trap

Culvert Pipe (30-60 cm diameter)

0.6-1.2 m
**Masonry**

Slope

45 cm

30 cm   Window   45 cm

30 cm

90 cm
**Metal**

**Design and Installation Detail**

S Dominguez   Gunnison County, CO          615250
9/5/2012 3:09:05 PM                     Page 148 of 333
447                                      R 0.00 D 0.00



BLM_0053702

**Figure 7.7** Culvert outlet protection.





**Photo 7.7** A rock armored ditch and metal drop inlet to control the water and prevent down-cutting of the ditch.

S Dominguez   Gunnison County, CO
9/5/2012 3:09:05 PM
447


615250
Page 149 of 333
R 0.00 D 0.00

BLM_0053703

**Figure 7.8** Ditches and ditch armoring.



Roadway

Flow

Exit ditch in
stable, vegetated
area

Excavate ditch into firm soil.
Armor ditch in erosive soil areas.

**a. Ditch Layout and Leadoff** (Adapted from *Wisconsin's Forestry Best Management Practices for Water Quality, 1995*)

Insloped Roadbed

Armor the ditch with
rock, masonry or grass

1 m

30 cm min.

Cut slope

**b. Typical Ditch Armoring and Shape**



Cut slope

Roadway

Ditch dikes made of rock or
wood to reduce flow velocity

Weir shape to keep
flow mid-ditch

**c. Use of Ditch Dikes**

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 150 of 333
R 0.00 D 0.00

BLM_0053704

## NATURAL STREAM CROSSINGS

Road crossings of natural drainage channels and streams require hydrologic and hydraulic design expertise to determine the proper size and type of structure, as discussed in Chapters 5 and 6. Structures for small drainages can be sized using *Table 8.1*. The choice of structure includes culvert pipes, arch or box culverts, low water fords, or bridges, as shown in *Figure 7.9*.

Because drainage crossings are at areas of running water, they can be costly to construct and can have major negative impacts on water quality. Impacts from improper design or installation of structures can include degraded water quality, bank erosion, chan-

nel scour, traffic delays, and costly repairs if a structure fails. Also, structures can greatly impact fish, as well as other aquatic species, at all stages of life. Stream crossings should be as short as possible and cross perpendicular to the channel (*Photo 7.8*). The road and ditches should be armored, ditches should divert surface water before it reaches the stream channel, and construction should minimize the area of disturbance, as shown in *Figure 7.10*. Large drainage crossings should receive site-specific analysis and design input, ideally by an experienced hydraulic engineer and other specialists.

In drainages with uncertain flow values, large quantities of debris in the channel, or on sites with

existing undersized pipes, there is a high risk of a culvert pipe plugging and the site washing out or failing. In such areas, or in particularly sensitive watersheds, overflow protection is desirable. A low point in the fill and an armored overflow "spillway," as shown in *Figures 7.11a & b*, will protect the fill and keep the flow in the same drainage, thus reducing diversion potential and usually preventing a failure. A plugged pipe that diverts the stream water down the road can cause a great deal of off-site damage or gullying or cause landslides, as seen in *Figures 7.11c & d*. Overflow structures should not be used as a substitute for good hydraulic design, but they can offer "cheap insurance" against failure at culvert crossings.

**Figure 7.9** Structural options for crossing natural streams. *(Adapted from Ontario Ministry of Natural Resources, 1988)*



a. Bridge



b. Low-Water Crossing



c. Arch Pipe



d. Culvert with Single or Multiple Pipes

LOW-VOLUME ROADS BMPs : 65

S Dominguez   Gunnison County, CO          615250
9/5/2012 3:09:05 PM                   Page 151 of 333
447                                    R 0.00 D 0.00

BLM_0053705

## RECOMMENDED PRACTICES

**NATURAL STREAM CROSSINGS**

- Use drainage structures that best conform to the natural channel and that are as wide as the active stream channel (bankfull width). Minimize natural channel changes and the amount of excavation or fill in the channel.

- Limit construction activity to periods of low flow in live streams. Minimize use of equipment in the stream. Stay out of the stream!

- Design structures and use construction practices that minimize impacts on fish and other aquatic species or that can enhance fish passage.

- Cross drainage channels as infrequently as possible. When necessary, cross streams at right angles except where prevented by terrain features (*Figure 7.10*).

- Keep approaches to stream crossings to as gentle a grade as practical. Roll grades into and out of the crossing to disperse water.

- Stabilize disturbed soil around crossings soon after construction. Remove or protect fill material placed in the channel and floodplain.

- Use bridges, low-water fords or improved fords, and large arch pipes with natural stream bottoms wherever possible to maximize flow capacity, minimize the possibility of a plugged pipe, and minimize impacts on aquatic species.

- Locate crossings where the stream channel is straight, stable, and not changing shape. Bedrock locations are desirable for concrete structures.

- For overflow protection, construct fills over culverts with an armored low point near the pipe in low fills or add an armored rolling dip on native ground just be-yond a large fill to return water to the drainage and prevent off-site damage (*Figure 7.11*).

- Stabilize roadway approaches to bridges, fords, or culvert crossings with gravel, rock, or other suitable material to reduce road surface sediment from entering the stream (*Figure 7.12*). Install cross-drains on both sides of a crossing to prevent road and ditch runoff from entering the drainage channel.

- Construct bridges and culvert fills higher than the road approach to prevent road surface runoff from draining directly into the stream -- but ONLY if likelihood of culvert failure is VERY small. (*Figure 7.13*). Typically, the crossing should be designed to minimize the amount of fill.

## PRACTICES TO AVOID

- Working with equipment in an unprotected natural streambed.

- Locating stream crossings in sinuous or unstable channels.

- Adversely impacting fisheries with a stream crossing structure.

- Allowing runoff from road-side ditches to flow directly into streams.

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 152 of 333
R 0.00 D 0.00

BLM_0053706

**Figure 7.10** Natural drainage crossings.  Minimize the area of disturbance with a perpendicular stream crossing alignment, and armor the roadway surface.



**Poor Stream Crossing**

**Better Stream Crossing**

Crossings near parallel to the drainage cause a large disturbed area in the channel, streambank, and approach cuts.

Drainage crossings perpendicular to the creek minimize the area of disturbance. Armor the stream crossing and roadway surface.



**Photo 7.8** Avoid natural drainage crossings that are broad and that are not perpendicular to the drainage.  Stay out of the stream! This broad channel is a good site for a vented ford.

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 153 of 333
R 0.00 D 0.00

Low-Volume Roads BMPs :  67

BLM_0053707

**Figure 7.11**

## Culvert Installed with Protection using an Armored Overflow Dip to Prevent Washout and Fill Failure



(A)  Roadway Cross Drain (Dip)
(B)  Culvert
(C)  Overflow Protection Dip
(D)  High point in the road profile

### Road Profile Across the Drainage and Dip



**a. Overflow dip protection at a fill stream crossing.** *(Adapted from Weaver and Hagans, 1994)*

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 154 of 333
R 0.00 D 0.00

BLM_0053708

**Figure 7.11 (continued)**

## Good Installation



**b.** Armored dip over a low fill to prevent stream diversion.

## Poor Installation



**c.** Sketch of a stream diverted down the road, forming a new channel.



**d.** Consequence of stream diversion out of its natural channel. *(Adapted from M. Furniss, 1997)*

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 155 of 333
R 0.00 D 0.00

Low-Volume Roads BMPs :  69

BLM_0053709

**Figure 7.12** Protection measures at stream crossings.



Armor or stabilize the actual stream crossing (ford), add surfacing to the roadbed, and drain water off the road surface before reaching the crossing. Set stream channel armoring at the elevation of the natural stream bottom.

**Figure 7.13** High point over the crossing. *(Adapted from Wisconsin's Forestry Best Management Practices for Water Quality, 1995)*



If a plugging failure is **unlikely** to occur, place fill directly over a culvert higher than the road approach to prevent surface road runoff from draining toward the crossing structure and into the stream.

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447
615250
Page 156 of 333
R 0.00 D 0.00



BLM_0053710

## WET AREAS AND MEADOW CROSSINGS, USE OF UNDERDRAINS

Road crossings in wet areas, including damp meadows, swamps, high groundwater areas, and spring sources are problematic and undesirable. Wet areas are ecologically valuable and difficult for road building, logging, or other operations. Soils in these areas are often weak and require considerable subgrade reinforcement. Drainage measures are expensive and may have limited effectiveness. **Wet areas should be avoided!**

If wet areas must be crossed and **cannot** be avoided, special drainage or construction methods should be used to reduce impacts from the crossing. They section multiple drainage pipes (*Photo 7.9*) or coarse permeable rock fill to keep the flow dispersed, subgrade reinforcement with coarse permeable rock, grade control, and the use of filter layers and geotextiles, as shown in *Figure 7.14*. The objective is to maintain the natural groundwater level and flow patterns dispersed across the meadow and, at the same time, provide for a stable, dry roadway surface.

Local wet areas can be temporarily crossed, or "bridged" over, using logs, landing mats, tires, aggregate, and so on. (see *Figure 7.15*). Ideally, the temporary structure will be separated from the wet area with a layer of geotextile. The geotextile helps facilitate removal of the temporary material and minimizes damage to the site. Also, a layer of geotextile

can provide some reinforcement strength as well as provide separation to keep aggregate or other materials from punching into the weak subgrade.

Subsurface drainage, through use of underdrains or aggregate filter blankets, is commonly used along a road in localized wet or spring areas, such as a wet cut bank with seepage, to **specifically remove** the groundwater and keep the roadway subgrade dry. A typical underdrain design uses an interceptor trench 1-2 meters deep and backfilled with drain rock, as shown in *Figure 7.16*. Subsurface drainage is typically needed in local wet areas and is much more cost-effective than adding a thick structural section to the road or making frequent road repairs. Design and filtration requirements for underdrains are discussed in Chapter 6 and other references.

In extensive swamp or wet ar-

eas, subsurface drainage will often not be effective. Here, either the roadway platform needs to be raised well above the water table, such as with a turnpike roadway section, or the surfacing thickness design may be based upon wet, weak subgrade conditions that will require a relatively thick structural section. A thick aggregate layer is commonly used, with the thickness based upon the strength of the soil and anticipated traffic loads.

### PRACTICES TO AVOID

- Crossing wet areas unnecessarily.

- Concentrating water flow in meadows or changing the natural surface and subsurface flow patterns.

- Placing culverts below the meadow surface elevation.



**Photo 7.9 Avoid crossing wet meadow areas. When necessary to cross, use multiple drainage pipes to keep water flow dispersed across the meadow.**

S Dominguez   Gunnison County, CO           615250
9/5/2012  3:09:05 PM                    Page 157 of 333
447                                     R 0.00 D 0.00

BLM_0053711

**Figure 7.14** Wet meadow road crossing options. *(From Managing Roads for Wet Meadow Ecostream Recovery by Wm. Zeedyk, 1996)*

## PERMEABLE FILL WITH CULVERTS
(for periodic high flows on flood plains and meadows)

a.



b.



## ROCK FILL WITHOUT CULVERTS
(for minimal overland flow)

c.



S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 158 of 333
R 0.00 D 0.00



BLM_0053712

**Figure 7.15** Pole or plastic pipe fords for wet area and bog crossings. Pole fords must be removed immediately after use or before the upstream end becomes clogged with debris and impedes stream flow. *(Adapted from Vermont Department of Forests, Parks and Recreation, 1987)*



## RECOMMENDED PRACTICES

**WET AREAS AND MEADOW CROSSINGS, UNDERDRAINS**

- For permanent road crossings of meadows and wetlands, maintain the natural groundwater flow patterns by the use of multiple pipes set at meadow level to spread out any overland flow (See *Photo 7.9*). Alternatively, a coarse, permeable rock fill can be used where overland (surface) flow is minimal (see *Figure 7.14*).

- In areas with local wet spots and limited road use, reinforce the roadway with at least 10-30 cm of coarse graded rock or a very coarse granular soil. Ideally, separate the coarse rock and wet soil with a filter layer of geotextile or gravel.

- For temporary crossing of small, wet drainages or swamps, "corduroy" the road with layers of logs placed perpendicular to the road and capped with a soil or gravel driving surface. PVC pipe, landing mats, wood planks, tire mats and other materials have also been used (see *Figure 7.15*). Place a layer of geotextile between the saturated soil and logs or other material for additional support and to separate the materials. Remove logs from any natural drainage channel before the rainy season (see *Photo 8.8*). A layer of chain-

link fencing or wire under the logs can help facilitate removal of the logs.

- In spring areas, use drainage measures such as underdrains or filter blankets to remove local groundwater and keep the road subgrade dry (*Figure 7.16*, *Photo 7.10*).

- Use underdrains behind retaining structures to prevent saturation of the backfill. Use underdrains or filter blankets behind fills (embankments) placed over springs or wet areas to isolate the fill material and prevent saturation and possible subsequent fill failure.

S Dominguez  Gunnison County, CO
9/5/2012  3:09:05 PM
447
615250
Page 159 of 333
R 0.00 D 0.00

BLM_0053713

**Figure 7.16** Typical road underdrain used to remove subsurface water.





**Photo 7.10** Use subdrains or filter blankets when necessary to remove groundwater from the roadway subgrade in local wet or spring areas. Note that this design needs a second layer of geotextile between the soft subgrade soil and the coarse filter rock to keep the rock clean.

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447
615250
Page 160 of 333
R 0.00 D 0.00

BLM_0053714

Chapter 8

# Culvert Use, Installation, and Sizing

*"Ensure that culverts are adequately sized or have overflow protection."*

CULVERTS ARE commonly used both as cross-drains for ditch relief and to pass water under a road at natural drainage and stream crossings. In either case, they need to be properly sized and installed, and protected from erosion and scour (*Photo 8.1*). Natural drainages need to have pipes large enough to pass the expected flow plus extra capacity to pass debris without plugging (*Photo 8.2*). Fish passage may also be a design consideration. Discharge (design flow) will depend on the watershed drainage area, runoff characteristics, design rainfall intensity, and return period (frequency) of the design storm. Culvert design typically uses a minimum storm event of 20 years, and may design for as much as a 100-year event (*Photo 8.3*), depending on local regulations and the sensitivity of the site (such as with endangered species).

be estimated using *Table 8.1* (if better local data is not available). For larger drainages, specific site hydrologic and hydraulic analyses should be done. These analyses must consider the watershed and channel characteristics, high water levels, local rainfall data, and other available flow information (see Chapter 5, Chapter 6, and Chapter 7- Natural Stream Crossings).



For small watersheds (up to 120 hectares) pipe size can

**Photo 8.1  Protect the outlet of culverts against erosion.  Graded riprap is commonly used for this purpose.**

S Dominguez  Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 161 of 333
R 0.00 D 0.00

Low-Volume Roads BMPs:  75

BLM_0053715



**Photo 8.2** A culvert failure caused by insufficient flow capacity or inadequate pipe size to pass the debris (boulders) moving through the drainage.

Culverts are made of concrete or metal (corrugated steel or aluminum), and plastic pipe is occasionally used, as well as wood and masonry. The type of material used depends on cost and availability of the materials. However, corrugated metal pipe (CMP) and concrete pipe are generally more durable than plastic pipe. The shape of the culvert, such as a round pipe, pipe arch, structural arch, or box, depends on the site, the needed span, and the allowable height of soil cover. The key factors in culvert selection are that the culvert has adequate flow capacity, fits the site, and that the installation is cost-effective.

Cross-drain culvert installation options and details for ditch relief are seen in *Figure 8.1*, as well as *Figures 7.6* and *7.7*. The cross-drain pipe should ideally be placed at the bottom of the fill, the inlet should be protected with a drop inlet

structure or catch basin, and the outlet area should be protected against scour.

Culvert installation and alignment factors for drainage crossings are shown in *Figures 8.2, 8.3, 8.4, and 8.5*. Important installation details include:

minimizing channel modifications; avoiding constriction of the bankfull flow channel width; maintaining the natural grade and alignment; using quality, well compacted bedding and backfill material; and using inlet, outlet, and streambank protection measures (*Photo 8.4*). Trash racks (*Figure 8.6*) are often desirable in channels with significant amounts of debris to prevent pipe plugging (*Photo 8.5*).

Bedding and backfill material for culverts is commonly specified as "select granular material" or "select mineral soil". Actually, most soils are satisfactory if they are free of excessive moisture, muck, lumps of frozen soil, roots, highly plastic clay, or rock larger than 7.5 cm. Bedding material beneath the pipe should not have rocks larger than 3.8 cm. Clay soil can be used if it is carefully compacted at a uniform, near-optimum moisture content. **Ideal**



**Photo 8.3** Install masonry/concrete box or metal culverts with a large enough size (capacity) to safely pass the anticipated design flow (typically a 20- to 50-year recurrence event), based upon hydrological analysis. Use headwalls and wingwalls whenever possible.

S Dominguez  Gunnison County, CO          615250
9/5/2012  3:09:05 PM                    Page 162 of 333
447                                     R 0.00 D 0.00

BLM_0053716

**backfill material is a moist, well-graded granular or sandy gravel soil with up to 10 percent fines and free of rocks.** The material should be well compacted, at least as dense as the adjacent ground, and preferably at a density of 90-95% of the AASHTO T-99 maximum density. It should be placed in 15cm thick layers (lifts). A dense, uniform backfill is important to structurally support the lateral pressure from the pipe, particularly with plastic pipes.

Uniform fine sand and silt soils can be problematic when used for culvert bedding or backfill material. These fine, non-cohesive soils are very susceptible to scour and piping from moving water (*Photo 8.6*). Thus their use is discouraged. If used, they should be very well compacted against the pipe. Ideally, a clay plug or anti-seepage collar, made of metal, concrete, or even geotextile, should be placed around the culvert pipe to force any water channel to flow in a longer path through the soil. Concrete headwalls also deter piping.

Because of changing climatic conditions, debris and bedload in channels, changing land use patterns, and uncertainties in hydrologic estimates, culvert size and capacity should be conservative, and should be oversized rather than undersized. Ideally, a culvert will be of a size as wide as the natural channel to avoid channel constriction. Channel protection, riprap, overflow dips, headwalls, and trash racks can all help mitigate culvert problems, but none are as good as an adequately sized and well placed pipe. An oversized culvert, designed to avoid pipe repairs or failure as well as prevent environmental damage, can be very cost-effective in the long run. Also, the addition of concrete or masonry headwalls helps reduce the likelihood of pipe plugging and failure.

Pipe size, as a function of anticipated design flow (capacity) and headwater depth, can easily be determined using the Nomograms presented in *Figures 8.7a, 8.7b,* and *8.7c.* These figures apply to commonly used culverts of round corrugated metal pipe,

**Table 8.1**

| DRAINAGE STRUCTURE SIZING | | | | |
|---|---|---|---|---|
| **Drainage Area** | **Size of Drainage Structure** | | | |
| (Hectares) | Inches and Area (m$^2$) | | | |
| | **Steep Slopes** | | **Gentle Slopes** | |
| | Logged, Light Vegetation | | Unlogged, Heavy Vegetation | |
| | C= 0.7 | | C=0.2 | |
| | Round Pipe (in) | Area (m$^2$) | Round Pipe (in) | Area (m$^2$) |
| 0-4 | 30" | 0.46 | 18" | 0.17 |
| 4-8 | 42" | 0.89 | 24" | 0.29 |
| 8-15 | 48" | 1.17 | 30" | 0.46 |
| 15-30 | 72" | 2.61 | 42" | 0.89 |
| 30-50 | 84" | 3.58 | 48" | 1.17 |
| 50-80 | 96" | 4.67 | 60" | 1.82 |
| 80-120 | | | 72" | 2.61 |
| 120-180 | | | 84" | 3.58 |

Notes: If pipe size is not available, use the **next larger** pipe size for the given drainage area. For intermediate terrain, interpolate between pipe sizes.

-Pipe size is based upon the Rational Formula and Culvert Capacity curves. Assumes a rainfall intensity of 75 mm/hr. (3"/hr) to 100 mm/hr (4"/hr). Values of "C" are the Runoff Coefficients for the terrain.

-For tropical regions with frequent high intensity rainfall (over 250 mm/hr or 10"/hr), these drainage areas for each pipe size should be reduced at least in half.

S Dominguez  Gunnison County, CO      615250
9/5/2012  3:09:05 PM            Page 163 of 333
447                             R 0.00 D 0.00

BLM_0053717



**Figure 8.1** Culvert cross-drain installation options in a fill.

Culvert cross-drain

**Yes**

Outlet protection with rock riprap

**No**

Erosion or scour unless slope protection is added.

**The outlet of the pipe should extend beyond the toe of the fill and should never be discharged on the fill slope without erosion protection.**

**Optional**

Roadbed          Compacted fill

Inlet structure

Pipe

Anchor the downdrain pipe to the fill slope with stakes, cable, anchor blocks, etc.

Natural Ground

**Optional use of a downdrain pipe, especially in large fills with poor soils and high rainfall areas, where fill settlement may require culvert repairs.**

round concrete pipe, and concrete boxes. Each of these figures applies to pipes with inlet control, where there is no constraint on the downstream elevation of the water exiting the structure. Ideally, the inlet water elevation (headwater depth) should not greatly exceed the height or diameter of the structure in order to prevent saturation of the fill and minimize the likelihood of the pipe plugging from floating debris. More detailed information is found in FHWA Manual HDS-5, Hydraulic Design of Highway Culverts, 1998)



**Photo 8.4** A structural plate arch pipe culvert with stream bank protection using large rock riprap placed upon a geotextile filter layer.



S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 164 of 333
R 0.00 D 0.00



BLM_0053718

**Figure 8.2** Culvert alignment and installation detail (continued on next page).




**Poor** – Requires a stream channel modification.

**Adequate** – No channel modifications but requires a curve in the road.



**Best** – No channel modification, and the road is perpendicular to the culvert without a curve in the road alignment.

**a. Culvert alignment options.**




**Poor** – Single pipe concentrates flow in the broad channel or floodplain.

**Better** – Multiple pipes disperse the flow across the channel. Middle pipe may be slightly lower to pass the normal low flow and to promote fish passage.

**b. Culvert installation in a broad channel.**

S Dominguez  Gunnison County, CO
9/5/2012 3:09:05 PM
447

615250
Page 165 of 333
R 0.00 D 0.00

BLM_0053719

**Figure 8.2** (continued)



**NO – TOO DEEP**

**NO – TOO HIGH**

**YES**

Roadbed

$\frac{2}{\text{Slope}}$ 1

Seed and mulch or protect with riprap

30 cm min.

Do **not** change stream bottom elevation!

**c.  Install culverts at natural stream grade.**

**Figure 8.3** Culvert backfill and compaction. *(Adapted from Montana Department of State Lands, 1992)*



At least 30 cm of cover for CMP or one-third of diameter for large culverts. Use 60 cm cover for concrete pipe.

Roadbed

Base and sidewall fill material should be compacted. Compact the fill a minimum of one culvert diameter on each side of the culvert.

Tamp backfill material at regular intervals (lifts) of 15 to 20 cm.

Culvert

Level of natural streambed

Existing ground

gravel or soil culvert bed (no rock larger than 8 cm)

Low-Volume Roads BMPs:80

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 166 of 333
R 0.00 D 0.00



BLM_0053720

**Figure 8.4** Culvert inlet and outlet protection.





Geotextile or gravel filter (or both)

**a. Normal metal culvert installation using riprap around the inlet and outlet of culverts. Also use geotextile (filter fabric) or gravel filter beneath the riprap for most installations.** (*Adapted from Wisconsin's Forestry Best Management Practice for Water Quality, 1995*)

**b. Concrete box culvert with concrete wingwalls for inlet/outlet protection and fill retention.**

LOW-VOLUME ROADS BMPs: 81

S Dominguez   Gunnison County, CO
9/5/2012 3:09:05 PM
447

615250
Page 167 of 333
R 0.00 D 0.00



BLM_0053721

**Figure 8.5** Culvert installation and outlet protection details with splash apron or rirap lined plunge pool.



Typical culvert installation with headwalls and splash apron or plunge pool with riprap for energy dissipation and scour control.

or



Detail of outlet with riprap and plunge pool.

Detail of splash apron with scour cutoff key.

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 168 of 333
R 0.00 D 0.00

BLM_0053722

**Figure 8.6** Trash rack options for culverts to prevent plugging from debris. Note that some trash racks are located at the pipe and others are located upstream of the pipe, depending on site conditions and access for cleaning and maintenance. Location at the pipe is typically best.





**Photo 8.5** Use trash racks on culverts where a lot of debris is found in the channel. Remember that trash racks require cleaning and maintenance.



**Photo 8.6** Piping can occur under poorly installed culverts and lead to failure. Avoid the use of fine sand and silt bedding and backfill soil, and ensure that the material is well compacted. Use clay plugs or anti-seepage collars as needed.



Low-Volume Roads BMPs: 83

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 169 of 333
R 0.00 D 0.00

BLM_0053723



**Figure 8.7a** Headwater depth and capacity for **corrugated metal pipe culverts** with inlet control (metric system). *(Adapted from FHWA, HDS 5, 1998)*

EXAMPLE

D = 0.9 m
Q = 1.8 m³/sec

| Entrance Type | He/D | He (meters) |
|---|---|---|
| (1) | 1.8 | 1.67 |
| (2) | 2.1 | 1.89 |
| (3) | 2.2 | 1.98 |

He/D SCALES

| Scale He/D | Entrance Type |
|---|---|
| (1) | Headwall (with wingwalls) |
| (2) | Mitered (to conform to theslope) |
| (3) | Projecting |

To use Scale (2) or (3) project horizontally to scale (1), then use a straight inclined line through Scales D and Q, or reverse as illustrated in the example above.

Headwall and Wingwalls (Type 1)

Mitered (Type 2)

Projecting beyond the Embankment (Type 3)

S Dominguez   Gunnison County, CO          615250
9/5/2012 3:09:05 PM                    Page 170 of 333
447                                      R 0.00 D 0.00

BLM_0053724

**Figure 8.7b** Headwater depth and capacity for **concrete pipe culverts** with inlet control. *(Adapated from FHWA, HDS 5, 1998)*



S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 171 of 333
R 0.00 D 0.00

Low-Volume Roads BMPs:  85

BLM_0053725

**Figure 8.7c** Headwater depth and capacity for **concrete box culverts** with inlet control. *(Adapted from FHWA, HDS5, 1998)*



S Dominguez   Gunnison County, CO          615250
9/5/2012  3:09:05 PM                       Page 172 of 333
447                                        R 0.00 D 0.00

BLM_0053726

# RECOMMENDED PRACTICES

## Ditch Relief Cross-Drain Culverts

- Ditch relief cross-drain pipes should typically have a diameter of 45 cm (minimum diameter of 30 cm). In areas with debris, unstable cut slopes, and raveling problems, use 60 cm or larger pipes.

- Ditch relief cross-drain pipe grade should be at least 2% more (steeper) than the ditch grade and skewed 0 to 30 degrees perpendicular to the road (see *Figure 7.4*). This additional grade helps keep the pipe from plugging with sediment.

- Ditch relief cross-drains should exit at the toe of the fill near natural ground level, at least 0.5 meters beyond the toe of the fill slope. Armor the pipe outlet (see *Figures 7.6, 7.7*, and *Figure 8.1*). Don't discharge the pipe on unprotected fill material, unstable slopes, or directly into streams (*see Photo 8.1* vs. *Photo 8.9*).

- In large fills, culvert downdrains may be needed to move the water to the toe of the fill (*Figure 8.1*). Anchor downdrains to the slope with metal stakes, concrete anchor blocks, or cable. Pipes, flumes, or armored ditches may be used.

## Drainage Crossing Culverts

- Install permanent culverts with a size large enough to pass design flood flows plus anticipated debris. Design for 20- to 50-year storm events. Sensitive streams may require designs to pass a 100-year flood. Pipe size can be determined using general design criteria, such as *in Table 8.1*, but is ideally based upon site-specific hydrologic analysis.

- Consider impacts of any structure on fish passage and the aquatic environment. Select a structure such as a bridge or bottomless arch culvert that is as wide as the ordinary high water width (bankfull width), that minimizes channel disturbance, and that maintains the natural channel bottom material (*Photo 8.7*).

- Make road crossings of natural drainages perpendicular to the drainage to minimize pipe length and area of disturbance (*Figure 8.2a*).

- Use single large pipes or a concrete box versus multiple smaller diameter pipes to minimize plugging potential in most channels (unless roadway elevation is critical). In very broad channels, multiple pipes are desirable to maintain the natural flow spread across the channel (*Figure 8.2b*).

- For sites with limited height, use "squash pipe" or arch pipes and box culverts that maximize capacity while minimizing height.

- Use concrete or masonry headwalls on culvert pipes as often as possible. The advantages of headwalls include: preventing large pipes from floating out of the ground when they plug; reducing the length of the pipe; increasing pipe capacity; helping to funnel debris through the pipe; retaining the backfill material; and reducing the chances of culvert failure if it is overtopped (*Photo 8.8*).

- Install culverts long enough so that both ends of the culvert extend beyond the toe of the roadway fill (*Figure 8.2c*, *Photo 8.9*). Alternatively, use retaining walls (headwalls) to hold back the fill slope (*Figure 8.5*).

- Align culverts in the bottom and middle of the natural channel so that installation causes no change in the stream channel alignment or stream bottom elevation. Culverts should not cause

S Dominguez   Gunnison County,  CO
9/5/2012  3:09:05 PM
447

615250
Page 173 of 333
R 0.00 D 0.00

BLM_0053727

## RECOMMENDED PRACTICES (cont.)

damming or pooling or increase stream velocities significantly (*Figure 8.2*).

- Firmly compact well-graded fill material around culverts, particularly around the bottom half, using placement in layers to achieve a uniform density (*Figure 8.3*). Use slightly plastic sandy gravel with fines. Avoid the use of fine sand and silt rich soils for bedding material because of their susceptibility to piping. Pay particular attention to culvert bedding and compaction around the haunches of the pipe. Do not allow the compaction to move or raise the pipe. In large fills, allow for settlement by installing the pipe with camber.

- Cover the top of metal and plastic culvert pipes with fill to a depth of at least 30 cm to prevent pipe crushing by heavy trucks. Use a minimum cover of 60 cm of fill over concrete pipe (*Figure 8.3*). For maximum allowable fill height, follow the manufacturer's recommendations.

- Use riprap, flared metal end sections or masonry/concrete headwalls around the inlet

and outlet of culverts to prevent water from eroding the fill or undercutting the pipe, as well as to improve pipe efficiency. With riprap, use graded small rock, gravel or a geotextile filter under the coarse riprap slope protection (*Figure 8.4*).

- At culvert outlets where pipe velocities are accelerated, protect the channel with either a plunge pool (on gentle slopes), rock armoring (riprap) or with a splash apron with a rough or rock inset surface and cutoff key (*Figure 8.5*).

- On existing pipes with plugging potential, add a trash rack upstream of the pipe or at the pipe entrance (inlet) to trap debris before plugging the pipe (*Figure 8.6*, *Photo 8.5*). Trash racks may be constructed with logs, pipe, rebar, angle iron, railroad rail, H-Piles, and so on. However, trash racks typically require additional maintenance and cleaning. They are undesirable if other alternatives, such as installing a larger pipe, are available.

- Examine stream channels for the amount of debris, logs, and brushy vegetation. In channels with large amounts of debris, consider using a **low-water ford**, oversized pipes, or placing a trash rack upstream of the pipe entrance.

- Install overflow dips off the side of the culvert in drainage channels with a large fill that could be overtopped. Also use overflow dips on long sustained road grades where a plugged culvert could divert water down the road, plugging subsequent culverts and causing extensive off-site damage (see Chapter 7, *Figure 7.11*).

- Temporary log culverts ("Humboldt" culverts) usually have very little flow capacity. When used, ensure that the structure and all fill material are removed from the channel before the rainy season or expected large runoff events (*Photo 8.10*).

- Do periodic maintenance and channel cleaning to keep culverts protected and clear of debris that could plug the pipe.

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 174 of 333
R 0.00 D 0.00

BLM_0053728

## PRACTICES TO AVOID

- Discharging cross-drain pipes on a fill slope unless the slope is protected or a down drain is used.

- Using non-cohesive fine sands and silt bedding materials that are very susceptible to piping.

- Placing pipes improperly (i.e. buried or aligned with the natural stream channel bottom).

- Using pipes undersized for the expected flow and amount of debris.

- Installing pipes too short to fit the site.

- Leaving low-capacity temporary drainage crossing structures in place over the rainy season.



**Photo 8.7** Use structures with natural stream bottoms, such as arch pipes, bottomless arches, or concrete box culverts, to promote fish passage and minimize impacts to the stream.



**Photo 8.8** Install culverts with adequate capacity. Use headwalls to improve culvert capacity, protect the roadway fill, resist overtopping damage, and prevent bank scour, particularly at a bend in the channel.

S Dominguez   Gunnison County, CO          615250
9/5/2012  3:09:05 PM                       Page 175 of 333
447                                        R 0.00 D 0.00

BLM_0053729



**Photo 8.9** Avoid culvert outlets in the middle of a fill slope. Use culverts long enough to extend to the toe of the slope, or use headwall structures to retain the fill material and minimize the pipe length.



**Photo 8.10** Most log culverts have very little flow capacity. Remove temporary log (Humboldt) culverts before major rainstorms or before the rainy season.

S Dominguez   Gunnison County, CO          615250
9/5/2012 3:09:05 PM                          Page 176 of 333
447                                          R 0.00 D 0.00

BLM_0053730

Chapter 9

# Fords and Low-Water Crossings

*"Keep the ford profile low, armor the driving surface,
and protect against scour."*

Low water crossings, fords, or drifts, as they are commonly called, can offer a desirable alternative to culverts and bridges for stream crossings on low-volume roads where road use and stream flow conditions are appropriate. Like other hydraulic structures for stream crossings, they require specific site considerations and specific hydrologic, hydraulic, and biotic analyses. Ideally, they should be constructed at a relatively narrow, shallow stream location and should be in an area of bedrock or coarse soil for good foundation conditions. A ford can be narrow or broad, but should not be used in deeply incised drainages that require a high fill or excessively steep road approaches.

Low-water crossings may have a simple rock reinforced (armored) driving surface or an improved surface such as gabions or a concrete slab, as seen in *Figure 9.1a* and *Photo 9.1*. Vented fords combine the use of culvert pipes or box culverts to pass low flows and a reinforced driving surface over the culverts to support traffic and keep traffic out of the water most of the time, as seen in *Figures 9.1b* and *c*. The reinforced driving surface over the pipes also resists erosion during overtopping at high water flows (*Photo 9.2*). The entire wetted perimeter of the structure



**Photo 9.1** Use armored low-water crossings, fords, or drifts as often as possible to cross low flows in broad, shallow natural drainages, thus avoiding the use of pipes. Note that part of this reinforced driving surface needs repair.

S Dominguez   Gunnison County, CO     615250
9/5/2012  3:09:05 PM              Page 177 of 333
447                               R 0.00 D 0.00

BLM_0053731



**Photo 9.2** A vented ford, using multiple culvert pipes to handle low flows through the pipes, yet allow major flows and debris to overtop the entire structure.

should be protected to a level above the anticipated high water elevation.

Key factors to consider for the design and location of a ford include the following: low and high water levels; foundation conditions; scour potential; allowable traffic delays; channel cross-section shape and confinement; protection of the downstream edge of the structure against local scour; stream channel and bank stability; locally available construction materials; and grade control for fish passage.

## ADVANTAGES OF LOW-WATER CROSSINGS

- The major advantage is that a ford is usually not susceptible to plugging by debris or vegetation the way a culvert pipe may plug.

- Fords are typically less expensive structures than large culverts or bridges. They may be initially more expensive than culverts, but they require less fill in the channel, and they can ac-

commodate larger flows.

- Vented fords can be used to pass low flows and keep vehicles out of the water, avoiding water quality degradation.

- The structure can be designed as a broad-crested weir that can pass a large flow volume over the top of the ford. It is

not very sensitive to specific flow volumes since a small increase in flow depth greatly increases capacity. They can be more "forgiving" and accommodate more uncertainties in the design flow and thus are ideal for drainages with unknown or variable flow characteristics.

## DISADVANTAGES OF LOW-WATER CROSSINGS

- Ford-type structures imply some periodic or occasional traffic delays during periods of high flow.

- The shape is not easily suitable to deeply incised drainages that would require high fills.

- Since the shape of the structure involves a dip and periodic delays, they are typically not desirable for high use or high-speed roads.

- Vented fords may back up the bedload in a stream channel, causing culvert plugging, requiring maintenance, and

causing other channel adjustments.

- Fish passage may be difficult to incorporate into the design.

- Crossing the structure can be dangerous during periods of high flow (*Figure 9.2*).

S Dominguez   Gunnison County, CO          615250
9/5/2012  3:09:05 PM                Page 178 of 333
447                                 R 0.00 D 0.00



For fish or aquatic species passage, a natural or rough stream channel bottom should be maintained through the ford, and water velocities should not be accelerated. Ideal structures are either vented fords with box culverts and a natural stream bottom (see *Photo 9.5*) or simple on-grade fords with a reinforced, rough driving surface (*Figure 9.1a*).

**Figure 9.1** Basic low-water crossing (fords or drifts) options. Note: Armor the road surface (with rock, concrete reinforcement, etc.) to an elevation **above** the high water level!



**a. Simple Low-Water Crossing with Reinforced Roadbed of Rock or Concrete**



**b. Improved (Vented) Ford with Culvert Pipes in a Broad Channel**



**c. Vented Ford with Pipes or Box Culverts in an Incised Channel**

S Dominguez  Gunnison County, CO
9/5/2012 3:09:05 PM
447
615250
Page 179 of 333
R 0.00 D 0.00

BLM_0053733

**Figure 9.2** Danger of crossing a ford at high water. Fords require occasional traffic delays during periods of high water. *(Adapted from Martin Ochoa, 2000 and PIARC Road Maintenance Handbook, 1994)*



a.   **Low-water crossing at low water.**



b.   **Low-water crossing at high water – WAIT!**



c.   **Crossing during high water can be dangerous!**

S Dominguez   Gunnison County,  CO
9/5/2012  3:09:05 PM
447

615250
Page 180 of 333
R 0.00 D 0.00

BLM_0053734

## RECOMMENDED PRACTICES

• Use an adequately long slab or structure to protect the "wetted perimeter" of the natural flow channel. Add protection above the expected level of the high flow (*Photo 9.3*). Allow for some freeboard, typically 0.3 to 0.5 meters in elevation, between the top of the reinforced driving surface (slab) and the expected high water level (see *Figure 9.1*). The flow capacity of a ford, and thus the high water level, can be estimated using a "Broad-Crested Weir" formula.

• Protect the entire structure with cutoff walls, riprap, gabions, concrete slabs, or other scour protection. The downstream edge of a ford is a particularly critical location for scour and needs energy dissipators or riprap protection because of the typical drop in water level

off the structure and the accelerated flows across the slab.

• For simple rock fords, use large graded rock in the roadbed through the creek, large enough to resist the flow of water. Use criteria as shown in *Figure 6.1*. Fill the voids with clean, small rock or gravel to provide a smooth driving surface. This small rock will have to be periodically maintained and replaced.

• Use fords for crossing seasonally dry streambeds or streams with low flows during most periods of road use. Use improved (vented) fords with pipes or concrete box culverts to pass low water flows (*Photo 9.4*). Accommodate fish passage where needed using box culverts with a natural stream

channel bottom (*Figure 9.1c* and *Photo 9.5*).

• Locate fords where stream banks are low and where the channel is well confined. For moderately incised drainages, use improved fords with pipe or box culverts (*Figure 9.1c*).

• Place foundations into scour resistant material (bedrock or coarse rock) or below the expected depth of scour. Prevent foundation or channel scour with the use of locally placed heavy riprap, gabion baskets, concrete reinforcement or dense vegetation.

• Use well placed, sturdy depth markers at fords to advise traffic of dangerous water depths (*Figure 9.2*).

## PRACTICES TO AVOID

• Constructing sharp vertical curves on fords that can trap long trucks or trailers.

• Placing approach fill material in the drainage channel.

• Crossing fords during high water flows.

• Placing low-water crossings on scour susceptible, fine grained soil deposits, or using designs without scour protection.

• Constructing fords that block upstream and downstream passage of fish.

S Dominguez   Gunnison County, CO            615250
9/5/2012  3:09:05 PM                    Page 181 of 333
447                                     R 0.00 D 0.00

BLM_0053735



**Photo 9.3** With low-water crossings, the downstream edge of the structure typically must be protected against scour and the entire wetted perimeter (to a level above the high water level) should be reinforced.



**Photo 9.4** Use vented fords with pipes or openings to keep traffic out of the water most of the time, minimize traffic delays, and allow for fish passage. Note the downstream scour protection with gabions and rock.

**Photo 9.5** Some fords can be designed as "low-water bridge" structures. They must be designed to be occasionally overtopped and have an erosion resistance deck and approaches. This structure is ideal for fish passage.

Low-Volume Roads BMPs:96



Chapter 10
# Bridges

*"Bridges -- usually the best, but most expensive drainage crossing structure. Protect bridges against scour."*

**B**RIDGES ARE relatively expensive but often are the most desirable stream crossing structure because they can be constructed outside of the stream channel and thus minimize channel changes, excavation, or placement of fill in the natural channel. They minimize disturbance of the natural stream bottom and they do not require traffic delays once constructed. They are ideal for fish passage. They do require detailed site considerations and specific hydraulic analyses and structural design.

The bridge location and size should ideally be determined by an engineer, hydrologist, and fisheries biologist who are working together as a team. When possible, a bridge should be constructed at a narrow channel location and should be in an area of bedrock or coarse soil and rock for a bridge site with good foundation conditions. **Many bridge failures occur due to foundations placed upon fine materials that are susceptible to scour.**

Bridges should be designed to ensure that they have adequate structural capacity to support the heaviest anticipated vehicle or posted for load limits. Simple span bridges may be made of logs, timbers, glue-laminated wood beams, steel girders, railroad car beds, cast-in-place concrete slabs, pre-



**Photo 10.1** Culverts, fords, or bridges may be used for stream crossings. Use bridges to cross large permanent streams, minimize channel disturbance, and to minimize traffic delays. Use an opening wide enough to avoid constricting the natural channel. Locate the bridge foundation on bedrock or at an elevation below the anticipated depth of scour.

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447
615250
Page 183 of 333
R 0.00 D 0.00


BLM_0053737

**Figure 10.1** Cross-sections of typical types of bridges used on low-volume roads.



Brow Log

Shot Rock
Fill

Liner

Brow Log

Native Log
(typ.)

19mm Ø Cable

**Native Log Stringer Bridge**



Curb

Curb

Untreated Timber Running Surface
Treated Timber Decking

Steel Beam

W Shape
(typ.)

Stationary Diaphragm

Movable Diaphragm

Stationary Diaphragm

**Hamilton EZ Bridge (Modular)**



Curb

Curb

Untreated Timber Running Surface
Treated Timber Decking

Glulam Beam
(typ.)

Metal Diaphragm
(typ.)

**Treated Timber Glue Laminated Bridge**



Curb

Curb

Prestressed
Concrete
Double-T
(typ.)

**Prestressed Concrete Single or Double-T Bridge**

S Dominguez   Gunnison County, CO         615250
9/5/2012  3:09:05 PM                Page 184 of 333
447                                 R 0.00 D 0.00



BLM_0053738



**Photo 10.2** A bridge structure typically offers the best channel protection by staying out of the creek. Use local material for bridges as available, considering design life, cost, and maintenance. Inspect bridges regularly, and replace them when they are no longer structurally adequate.

fabricated concrete voided slabs or "T" beams, or using modular bridges such as Hamilton EZ or Bailey Bridges (see *Figure 10.1*). Many types of structures and materials are appropriate, so long as they are structurally designed (*Photo 10.1*).

"Standard designs" can be found for many simple bridges as a function of bridge span and loading conditions. Complex structures should be specifically designed by a structural engineer. Bridge designs often require the approval of local agencies or governments. Concrete structures are desirable because they can be relatively simple and inexpensive, require minimal maintenance, and have a relatively long design life (100+ years) in most environments. Log bridges are commonly used because of the availability of local materials, particularly in remote areas. However, keep in mind that they have relatively short spans and they have a relatively short

design life (20-50 years) (*Photo 10.2*).

Foundations for bridges may include simple log sills, gabions, masonry retaining walls, or concrete stem walls with footings. Some simple bridge foundation details are shown in *Figure 10.2*. Deep foundations often use drilled piers or driven piles. Most bridge failures occur either because of inadequate hydraulic capacity (too small) or because of scour and undermining of a foundation placed upon fine soils (*Photo 10.3*). Thus, **foundation considerations are critical**. Since bridge structures are typically expensive, and sites may be complicated, most bridge designs should be done with input from experienced structural, hydraulic, and geotechnical engineers.

Periodic bridge inspection (every 2-4 years) and maintenance is needed to ensure that the structure is safe to pass the anticipated vehicles, that the stream channel is clear, and to maximize the design life of the structure. Typical bridge maintenance items include cleaning the deck and "seats" of the girders, clearing vegetation and debris from the stream channel, re-



**Photo 10.3** Scour is one of the most common causes of bridge failure. Use an opening wide enough to minimize constriction of the natural channel. Locate the bridge foundation on bedrock when possible, or below the depth of scour, and use stream bank protection measures such as riprap.

S Dominguez  Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 185 of 333
R 0.00 D 0.00

BLM_0053739

placing object markers and signs, repairing stream bank protection measures, treating dry and checking wood, replacing missing nuts and bolts, and repainting the structure.

## PRACTICES TO AVOID

- Placing piers or footing in the active stream channel or mid-channel.

- Placing approach fill material in the drainage channel.

- Placing structural foundations on scour susceptible soil deposits such as silts and fine sands.

- Constricting or narrowing the width of the natural stream channel.

## RECOMMENDED PRACTICES

- Use an **adequately long bridge span** to avoid constricting the natural active (bankfull) flow channel. Minimize constriction of any overflow channel.

- Protect the upstream and downstream approaches to structures with wing walls, riprap, gabions, vegetation, or other slope protection where necessary (*Photo 10.4*).

- Place foundations onto non-scour susceptible material (ideally bedrock (*Photo 10.5*) or coarse rock) or below the expected maximum depth of scour. Prevent foundation or channel scour with the use of locally placed heavy riprap, gabion baskets, or concrete reinforcement. Use scour protection as needed.

- Locate bridges where the stream channel is narrow, straight, and uniform. Avoid placing abutments in the active stream channel. Where necessary, place in-channel abutments in a direction parallel to the stream flow.

- Consider natural channel adjustments and possible channel location changes over the design life of the structure. Channels that are sinuous, have meanders, or have broad flood plains may change location within that area of historic flow after a major storm event.

- For bridge abutments or footings placed on natural slopes, set the structure into firm natural ground (not fill material or loose soil) at least 0.5 to 2.0 meters deep. Use retaining structures as needed in steep, deep drainages to retain the approach fills, or use a relatively long bridge span (*Figure 10.2*).

- Design bridges for a 100- to 200-year storm flow. Expensive structures and structures with high impacts from failure, such as bridges, justify conservative designs.

- Allow for some freeboard, typically at least 0.5 to 1.0 meter, between the bottom of bridge girders and expected high water level and floating debris. Structures in a jungle environment with very high intensity rainfall may need additional freeboard. Alternatively, a bridge may be designed for overtopping, somewhat like a low water ford, and eliminate the need for freeboard, but increase the need for a erosion resistant deck and approach slabs (*Photo 10.6*).

- Perform bridge inspections every 2 to 4 years. Do bridge maintenance as needed to protect the life and function of the structure.

S Dominguez   Gunnison County, CO          615250
9/5/2012  3:09:05 PM                         Page 186 of 333
447                                          R 0.00 D 0.00



BLM_0053740

**Figure 10.2** Bridge installation with simple foundation details.



Install bottom of stringers at least 0.5 m above high water

**Typical Log Bridge Installation**

Ensure that the bridge has adequate flow capacity beneath the structure. Keep fill material and the abutments or footings out of the stream channel. Set footings into the streambank above the high water level or below the depth of scour if they are near the channel. Add protection against scour, such as riprap, gabions, or vegetation.

Set the stringers or deck slab at least 0.5 to 2.0 meters above the expected high water level to pass storm flow **plus** debris.

**Bridge Abutment Detail**

Set bridge foundation (gabion abutment, footings, or logs) into rock or firm, stable soil. Set footings 0.5-2.0 meters into firm material.



S Dominguez  Gunnison County, CO                 615250
9/5/2012  3:09:05 PM                     Page 187 of 333
447                                        R 0.00 D 0.00

BLM_0053741



**Photo 10.4** Concrete structures have a long design life and are typically very cost-effective for long bridge spans. Medium-length structures often combine a concrete deck placed upon steel girders. Use bank protection, such as riprap, to protect the entrance and outlet of structures.



**Photo 10.5** Locate the bridge foundation on bedrock or on non-scour susceptible material when possible. When it is necessary to locate the bridge foundation on materials susceptible to scour, use a deep foundation or design the bridge with scour protection.



**Photo 10.6** Here is a well built treated timber bridge with good streambank protection and adequate span to minimize stream channel impacts. The freeboard is marginally adequate.

LOW-VOLUME ROADS BMPS: 102

S Dominguez  Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 188 of 333
R 0.00 D 0.00

BLM_0053742

Chapter 11

# Slope Stabilization and Stability of Cuts and Fills

*"Construct cut and fill slopes that are flat enough to be stable over time and that can be revegetated."*

THE OBJECTIVES OF ROUTINE ROAD CUTS AND FILLS are 1) to create space for the road template and driving surface; 2) to balance material between the cut and fill; 3) to remain stable over time; 4) to not be a source of sediment; and 5) to minimize long-term costs. Landslides and failed road cuts and fills can be a major source of sediment, they can close the road or require major repairs, and they can greatly increase road maintenance costs (*Photo 11.1*). Vertical cut slopes should not be used unless the cut is in rock or very well cemented soil. Long-term stable cut slopes in most soils and geographic areas are typically made with about a 1:1 or 3/4:1 (horizontal: vertical) slope (*Photo 11.2*). Ideally, both cut and fill slopes should be constructed so that they can be vegetated (*Photo 11.3*), but cut slopes in dense, sterile soils or rocky material are often difficult to vegetate.

Fill slopes should be constructed with a 1 1/2:1 or flatter slope. Over-steep fill slopes (steeper than a 1 1/2 :1 slope), commonly formed by side-casting loose fill material, may continue to ravel with time, are diffi-cult to stabilize, and are subject to sliver fill fail-ures (*Photo 11.4*). A rock fill can be stable with a 1 1/3:1 slope. Ideally, fills should be constructed with a 2:1 or flatter slope to promote growth of vegetation and slope stability (*Photo 11.5*). Ter-races or benches are desirable on large fill slopes to break up the flow of surface water.



**Photo 11.1** Over-steep slopes, wet ares, or existing slide areas can cause instability problems for a road and increase repair and maintenance costs, as well as sediment production.

S Dominguez   Gunnison County, CO
9/5/2012 3:09:05 PM
447
615250
Page 189 of 333
R 0.00 D 0.00

BLM_0053743



**Photo 11.2** Construct cut slopes at a 3/4:1 or flatter slope in most soils for long-term stability. In well-cemented soils and rock, a 1/4:1 cut clope will usually be stable.



**Photo 11.3** A well-stabilized cut slope, with about a 1:1 slope, that is well covered with vegetation.



**Photo 11.4** Avoid loose, over-steep fill slopes (steeper than 1 1/5:1), particularly along streams and at drainage crossings.

Low-Volume Roads BMPs: 104



S Dominguez   Gunnison County, CO          615250
9/5/2012 3:09:05 PM                  Page 190 of 333
447                                      R 0.00 D 0.00

BLM_0053744

*Table 11.1* presents a range of commonly used cut and fill slope ratios appropriate for the soil and rock types described. Also *Figure 11.1* and *Figure 11.2* show typical cut slope and fill slope design options, respectively, for varying slope and site conditions. Note, however, that local conditions can vary greatly, so determination of stable slopes should be based upon local experience and judgment. Groundwater is the major cause of slope failures.

Slope failures, or landslides, typically occur where a slope is over-steep, where fill material is not compacted, or where cuts in natural soils encounter groundwater or zones of weak material. Good road location can often avoid landslide areas and reduce slope failures. When failures do occur, the slide area should be stabilized by removing the slide material, flattening the slope, adding drainage, or using structures, as discussed below. *Figure 11.3* shows some of the common causes of slope failures along with common solutions. Designs are typically site specific and may require input from geotechnical engineers and engineering geologists. Failures that occur typically impact road operations and can be costly to repair. Failures near streams and channel crossings have an added risk of impact to water quality.

A wide range of slope stabilization measures is available to the engineer to solve slope stability problems and cross an unstable area. In most excavation and embankment work, relatively flat slopes, good compaction, and adding needed drainage will typically eliminate routine instability problems (*Photo 11.6*). Once a failure has occurred,



**Photo 11.5  Construct fill slopes with a 1 1/2:1 or flatter slope (to promote vegetation growth) and stabilize the fill slope surface. Use benches (terraces) on large fill slopes to intercept any flow of surface water.**

**Table 11.1**

### COMMON STABLE SLOPE RATIOS FOR VARYING SOIL/ROCK CONDITIONS

| Soil/Rock Condition | Slope Ratio (Hor:Vert) |
|---|---|
| Most rock | ¼:1 to ½:1 |
| Very well cemented soils | ¼:1 to ½:1 |
| Most in-place soils | ¾:1 to 1:1 |
| Very fractured rock | 1:1 to 1 ½:1 |
| Loose coarse granular soils | 1 ½:1 |
| Heavy clay soils | 2:1 to 3:1 |
| Soft clay rich zones or wet seepage areas | 2:1 to 3:1 |
| Fills of most soils | 1 ½:1 to 2:1 |
| Fills of hard, angular rock | 1 1/3:1 |
| Low cuts and fills (<2-3 m. high) | 2:1 or flatter (for revegetation) |

S Dominguez  Gunnison County, CO
9/5/2012  3:09:05 PM
447
615250
Page 191 of 333
R 0.00 D 0.00
Low-Volume Roads BMPs: 105

BLM_0053745



**Figure 11.1** Cut slope design options.

**a. Balanced Cut and Fill**

Natural Ground

0-60% Ground slopes

Use a Balanced Cut and Fill Section for Most Construction on Hill Slopes.

Road

Cut

2:1 Typical

Fill

Typical Cut Slopes in Most Soils ¾:1 to 1:1

Typical Rock Cut Slopes ¼:1 to ½:1

60% +

**b. Full Bench Cut**

½:1

¼:1

¼:1

1:1

Road

Use Full Bench Cuts When the Ground Slopes Exceed +/- 60%

0 - 60%

**c. Through Cut**

2:1

Low Cut Can be Steep or Flatter

Road

¾:1 to 1:1

High Cut Typically Steeper Where Stable

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 192 of 333
R 0.00 D 0.00

BLM_0053746



**Figure 11.2** Fill slope design options

**a. Typical Fill**

Typically place fill on a 2:1 or flatter slope.

Road

Natural ground

0-40% Ground slope

Scarify and remove organic material

Slash

Note: Side-cast fill material only on gentle slopes, away from streams.

**b. Benched Slope Fill with Layer Placement**

Road

40-60%

1 1/2:1 Typical

Fill material placed in layers. Use lifts 15-30 cm thick. Compact to specified density or wheel roll each layer.

Slash

On ground where slopes exceed 40 - 45%, construct benches +/- 3 m wide or wide enough for excavation and compaction equipment.

Note: When possible, use a 2:1 or flatter fill slope to promote revegetation.

**c. Reinforced Fill**

Road

Typically 60% +

1:1

Reinforced fills are used on steep ground as an alternative to retaining structures. The 1:1 (Over-steep) face usually requires stabilization.

Geogrid or geotextile reinforcement layers

Drain

**d. Through Fill**

Long fill slope

2:1

Road

Short fill slope

3:1

0-40%

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 193 of 333
R 0.00 D 0.00

Low-Volume Roads BMPs:107

BLM_0053747

S Dominguez   Gunnison County, CO                615250
9/5/2012  3:09:05 PM                             Page 194 of 333
447                                              R 0.00 D 0.00

**Figure 11.3** Slope problems and solutions with stabilization measures.

## The Problem



## Solutions



Note: This drawing shows a variety of slope stabilization measures which can be used to stabilize cuts and fills.

BLM_0053748

S Dominguez    Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 195 of 333
R 0.00 D 0.00



**Photo 11.6** Simple hand compaction behind a low rock wall. Compaction is important behind any retaining structure or fill. It can be achieved by hand or, preferably, using equipment such as a wacker or small compactor.

the most appropriate stabilization measure will depend on site-specific conditions such as the size of the slide, soil type, road use, alignment constraints, and the cause of the failure. Here are a range of common slope stabilization options appropriate for low-volume roads, presented roughly from simplest and least expensive, to the most complex and expensive:

- Simply remove the slide material.

- Ramp over or align the road around the slide.

- Revegetate the slope and add spot stabilization (See *Photo 13.10*).

- Flatten or reconstruct the slope.

- Raise or lower the road level to buttress the cut or remove weight from the slide, respectively.

- Relocate the road to a new stable location.

- Install slope drainage such as deep cutoff trenches or dewater with horizontal drains.

- Design and construct buttresses (*Photo 11.7*), retaining structures, or rock anchors.

Retaining structures are relatively expensive but necessary in steep areas to gain roadway space or to support the roadbed on a steep slope, rather than make a large cut into the hillside. They can also be used for slope stabilization. *Figure 11.4 (a and b)* presents information on common types of retaining walls and simple design criteria for rock walls, where the base width is commonly **0.7 times the wall height** (*Photo 11.8*). *Figure 11.4c* presents common gabion gravity wall designs and basket configurations for varying wall heights. Gabion structures are very commonly used for walls up to 6 meters high, particularly because they use locally available rock and are labor intensive (*Photo 11.9*).

For low to high walls in many geographic areas today, Mechanically Stabilized Earth (MSE), or "Reinforced Soil" structures are the least expensive type of wall available. They are simple to build, and often they can use on-site granular backfill material. They are commonly constructed using layers of geotextile or welded wire placed in lifts 15 to 45 cm apart in the soil, thus adding tensile reinforce-



**Photo 11.7** A drained rock buttress can be used to stabilize a cut slope failure area.

BLM_0053749

**Figure 11.4 Construction of various types of retaining structures.** *(Adapted from Gray & Leiser, 1982)*



Brick or Masonry

Rock

**Gravity Walls**

Keys

Concrete

Reinforced Concrete

**Concrete with Counterforts**

Road

Piles

**"H" Piles**

Counterfort

**Gabion Wall**

Stretcher    Headers

**Crib Wall**

Facing    Reinforced Soil

**Reinforced Soil Wall**

**a.** Common Types of Retaining Structures.



**High Rock Wall Configuration**

Aggregate Fill

Rock

Hmax = 5 meters

0.3-0.5 m

0.7 H

½ : 1 to Vertical · Width (W)

For
H = 0.5 m, W = 0.2 m
H = 1.0 m, W = 0.4 m
H = 1.5 m, W = 0.7 m
H = 2.0 m, W = 1.0 m

± 70 cm

Rock

Height (H)

**Low Rock Wall Configuration**

**b.** Typical Rock Wall Construction.

LOW-VOLUME ROADS BMPs: 110



S Dominguez  Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 196 of 333
R 0.00 D 0.00

BLM_0053750

**Figure 11.4 Continued.** *(Adapted from Gray & Leiser, 1982)*



| No of levels | H | B | No. of gabions (per width) |
|---|---|---|---|
| 1 | 3' 3" | 3' 3" | 1 |
| 2 | 6' 6" | 4' 3" | 1 1/2 |
| 3 | 9' 9" | 5' 3" | 2 |
| 4 | 13' 1" | 6' 6" | 2 |
| 5 | 16' 4" | 8' 2" | 2 1/2 |
| 6 | 19' 7" | 9' 9" | 3 |

**Flat Backfill (smooth face)**



| No. of levels | H | B | No. of gabions (per width) |
|---|---|---|---|
| 1 | 3' 3" | 3' 3" | 1 |
| 2 | 6' 6" | 4' 11" | 1 1/2 |
| 3 | 9' 9" | 6' 6" | 2 |
| 4 | 13' 1" | 8' 2" | 2 1/2 |
| 5 | 16' 4" | 9' 9" | 3 |
| 6 | 19' 7" | 11' 5" | 3 1/2 |

**Fill at 1 1/2:1 (face with steps)**

Note: Loading conditions are for silty sand to sand and gravel back fill. For finer or clay rich soils, earth pressure on the wall will increase and the wall base width (B) will have to increase for each height. Backfill weight = 110 pcf. (1.8 Tons/m³) (1,762 kg/m³)
- Safe against overturning for soils with a minimum bearing capacity of 2 Tons/foot² (19,500 kg/m²)
- For flat or sloping backfills, either a flat or stepped face may be used.

**b. Standard design for Gabion Retaining Structures up to 20 feet in height (6 meters) with flat or sloping backfill.**

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 197 of 333
R 0.00 D 0.00

Low-Volume Roads BMPs:111



BLM_0053751

ment to the soil (see *Figure 6.3e*). Driven "H" piles or sheet piles, with or without tiebacks, are relatively expensive but are often the most environmentally acceptable type of wall. They cause less site disturbance than gravity or MSE structures that require a large foundation excavation. Most types of retaining structures and designs provided by manufacturers are internally stable for the specified use, site conditions, and height. Most wall failures occur due to **foundation failure**. Thus structures **must** be placed on a good foundation, such as bedrock or firm, in-place soil.

## PRACTICES TO AVOID

- Constructing vertical cut slopes (except in very well cemented soils and rock).

- Road locations and construction practices where the toe of the fill ends up in the creek. Do not use side-cast fill placement methods on steep slopes next to streams.

- Placing fills or "side-casting" materials on natural ground slopes steeper than 60%.

- Road locations in areas of known instability.

- Leaving cut slopes and, particularly, fill slopes and exposed to erosion.



**Photo 11.8** Use physical slope stabilization methods, such as retaining walls, reinforced fills, or rock buttresses where necessary in areas of space limitation on steep slopes.



**Photo 11.9** Gabions are a commonly used type of low gravity retaining structure because they use locally available rock and are relatively inexpensive.



S Dominguez   Gunnison County,  CO
9/5/2012  3:09:05 PM
447

615250
Page 198 of 333
R 0.00 D 0.00

BLM_0053752

## RECOMMENDED PRACTICES

• Use balanced cut and fill construction in most terrain to minimize earthwork (*Figure 11.1a*).

• On steep ground (>60% slope) use full bench construction. Consider constructing a narrow, single lane road with inter-visible turnouts to minimize excavation (*Figure 11.1b*).

• Construct cut slopes in most soils using a cut slope ratio of 3/4:1 to 1:1 (horizontal: vertical) (*Figure 11.1*). Use flatter cut slopes in coarse granular and unconsolidated soils, in wet areas, and in soft or clay-rich soils. Use relatively flat cut slopes (2:1 or flatter) for low (<2-3 meters high) cuts to promote growth of vegetation.

• Construct cut slopes in rock using a cut slope ratio of 1/4:1 to 1/2:1 (Figure 11.1).

• Use vertical cuts (1/4:1 or steeper) only in stable rock or in very well cemented soils, such as cemented volcanic ash or in-place decomposed granite soil, where the risk of surface erosion or continued ravel from a relatively flat cut slope is great and the risk of local failures in the steep cut is low.

• Where long-term examples are available, use local experience, as well as ideally materials testing and analysis, to determine the stable cut slope angle in a particular soil type.

• Direct concentrated surface water (runoff) away from cut and fill slopes.

• Place construction slash and rocks along the toe of fill slopes (See Road Design, *Figure 4.2*) (Do not bury the slash in the fill!).

• Dispose of unsuitable or excess excavation material in locations that will not cause water quality degradation or other resource damage.

• Construct fills with a fill slope ratio of 1 1/2:1 or flatter. In most soils, a 2:1 or flatter fill slope ratio will promote vegetative growth (*Figure 11.2a*). For clay-rich tropical soils in high rainfall areas, a 3:1 fill slope is desirable.

• Compact fill slopes in sensitive areas or when the fill is constructed with erosive or weak soils. Use specific compaction procedures, such as wheel rolling, layer placement of the fill (with 15 to 30 cm lifts), or use specific compaction equipment when available (*Figure 11.2b*).

• Remove organic surface material, construct a toe bench, and bench the natural ground surface on slopes of 40-60% before the fill is placed over the native soil (*Figure 11.2b*) to prevent a "sliver fill" failure at the contact of the native soil and fill. Once a fill failure occurs on a steep slope, a retaining structure or reinforced fill is typically needed for repairs (*Photo 11.10*).

• Consider the use of reinforced fills where a 1:1 fill slope will fit (catch) on natural, stable ground (see *Figure 11.2c*). Use reinforced fills as a cost saving alternative to retaining structures.

• Use physical and bio-technical slope stabilization measures such as retaining structures, buttresses, brush layering, and drainage, as needed to achieve stable slopes (see *Figure 11.3* and *Figure 13.4*). Retaining structures may be loose rock, gabions, reinforced concrete, piles, crib walls, soil nails, or mechanically stabilized soil walls with a variety of facings such as geotextile, welded wire, timber, concrete blocks, or tires (*Photo 11.11*). Wall backfill is typically compacted to 95% of the AASHTO T-99 maximum density.

• Use retaining structures to gain roadway width in steep terrain.

• Place retaining structures only upon good foundation materials, such as bedrock or firm, in-place soils (*Photo 11.12*).

S Dominguez  Gunnison County, CO       615250
9/5/2012  3:09:05 PM              Page 199 of 333
447                               R 0.00 D 0.00



BLM_0053753



**Photo 11.10** A road fill failure in steep terrain which now needs either a retaining structure or a large road cut around the failure.



**Photo 11.11** A tire-faced, mechanically stabilized earth (MSE) retaining wall, with layers of geotextile reinforcement, being used to gain road width in a fill failure area. MSE (reinforced soil) structures are often the least expensive retaining structure available. Welded wire MSE walls are also commonly used.



**Photo 11.12** A gabion retaining structure which will fail soon due to lack of a suitable foundation. All retaining structures, either mechanically stabilized earth (MSE) walls or gravity walls, require a **good foundation**.



S Dominguez   Gunnison County, CO          615250
9/5/2012  3:09:05 PM                    Page 200 of 333
447                                     R 0.00 D 0.00



BLM_0053754

Chapter 12

# Roadway Materials and Material Sources

*"Select quality roadway materials that are durable, well-graded, and perform well on the road. Maintain quality control."*

LOW-VOLUME ROAD surfaces and structural sections are typically built from native materials that must support light vehicles and may have to support heavy commercial truck traffic. In addition, low-volume roads should have a surface that, when wet, will not rut and will provide adequate traction for vehicles. The surface of native soil roads is also an exposed area that can produce significant amounts of sediment, especially if rutted (*Photo 12.1*).

### Roadway Materials

It is usually desirable and, in many cases, necessary to add subgrade structural support or to improve the roadbed native soil surface with materials such as gravel, coarse rocky soil, crushed aggregate, cobblestone, concrete block, or some type of bituminous seal coat or asphalt pavement, as shown in *Figure 12.1*. Surfacing improves the structural support and reduces road surface erosion. The selection of surfacing type depends upon the traffic volume, local soils, available materials, ease of maintenance, and, ultimately, cost.

A range of options exists for improving the structural capacity of the roadway in areas of soft soils or poor subgrades. These commonly include:

• Adding material of higher strength and quality over the soft soil, such as a layer of gravel or



**Photo 12.1** A rutting road caused either by soft subgrade soil or inadequate road drainage (or both).

S Dominguez  Gunnison County, CO
9/5/2012  3:09:05 PM
447
615250
Page 201 of 333
R 0.00 D 0.00

BLM_0053755



**Figure 12.1** Commonly used low-volume road surfacing types and structural sections.

a. Native Soil — Native (In-Place) Soil

b. Aggregate — Crushed Surface Aggregate or Gravel / Native Soil

c. Aggregate and Base — Crushed Surface Aggregate or Gravel / Aggregate Base / Native Soil

d. Cobblestone — Cobblestones / Sand / Native Soil

e. Concrete Block — Concrete Blocks / Sand / Native Soil

f. Asphalt Surfacing — Asphalt Pavement / Aggregate Base / Aggregate Sub-Base (Optional) / Native Soil

g. Typical Aggregate Surfaced Road Template — Fill Slope / Road Surface / Ditch

Low-Volume Roads BMPs:116


BLM_0053756

crushed aggregate;

• Improving the soft soil in place (in-situ) by mixing it with stabilization additives such as lime, cement, asphalt, or chemicals;

• Bridging over the soft soil with materials such as geotextiles or wood pieces (corduroy);

• Removing the soft or poor soil and replacing it with a high quality soil or rocky material;

• Limiting the use of the road during periods of wet weather when clay soils are soft;

• Compacting the native soil to increase its density and strength; and

• Keeping moisture out of the soil with effective roadway drainage or encapsulating the soil to keep water out.

Various soil stabilization materials such as oils, lime, cements, resins, lignin, chlorides, enzymes, and chemicals may be used to improve the material properties of the in-place soil. They may be very cost-effective in areas where aggregate or other materials are difficult to locate or are expensive. The best soil stabilization material to use depends on cost, soil type, performance and local experience. Test sections are often needed to determine the most desirable and cost-effective product. However, many soil stabilizers still



**Photo 12.2** Stabilize the roadway surface with crushed rock (or other surfacing) on steep grades, in areas of soft soil, or in erosive soils.

need some type of wearing surface. A stabilized road surface improves traction and offers erosion protection as well as structural support.

Gravel, pit run rock, select material, or crushed aggregate are the most common improved surfacing materials used on low-volume roads (*Photo 12.2*). Aggregate is sometimes used only as "fill" material in ruts. However, it is more desirable to place it as a full structural section, as shown in *Figure 12.2*. The roadway surfacing aggregate must perform two basic functions. It must have high enough quality and be thick enough to provide structural support to the traffic and prevent rutting, and it must be well graded and mixed with sufficient fines, preferably with some plasticity, to prevent raveling and washboarding.

Necessary aggregate thickness typically ranges from 10 to 30 cm, depending on soil strength, traffic, and climate. Specific aggregate thickness design procedures are found in the Selected References. Over very weak soils (CBR less than 3), aggregate thickness can be reduced with the use of geotextile or geogrid subgrade reinforcement. Also, geotextile layers are useful over soft soils to separate the aggregate from the soil, keep it uncontaminated, and extend the useful life of the aggregate.

*Figure 12.3* presents some of the physical properties and tradeoffs of various soil-aggregate mixtures, first with no fines (no material passing the #200 sieve, or .074 mm size), second with an ideal percentage of fines (6-15%), and finally with excessive fines (over 15 to 30%). *Figure 12.4* shows the typical gradation ranges of aggregates used in road construction, how the materials, ranging from coarse to fine, best perform for a road, and the approxi-

S Dominguez   Gunnison County, CO
9/5/2012 3:09:05 PM          615250
447                          Page 203 of 333
                             R 0.00 D 0.00

BLM_0053757

**Figure 12.2** Aggregate options to prevent rutting.

## POOR



**a.** Minimal aggregate filled into ruts when they develop.

## MEDIOCRE–ADEQUATE



**b.** Ruts filled plus addition of 10-15 cm-thick layer of aggregate.

## BEST

**c.** Full structural section placed upon a reshaped compacted subgrade.

If crushed rock or gravel is not available, use coarse soil, wood chips or soil stabilizers.

For surfacing aggregate use crushed rock, gravel or 3 cm minus rock with fines.

10-30 cm — Aggregate Surface or Asphalt Surfacing

Aggregate Base Course or Clean Fractured Rock (5-10 cm size or smaller)

0-30 cm min.

S Dominguez   Gunnison County, CO          615250
9/5/2012  3:09:05 PM                       Page 204 of 333
447                                        R 0.00 D 0.00



BLM_0053758

**Figure 12.3** Physical states of soil-aggregate mixtures. *(Adapted from Yoder and Witczak, 1975)*







**Aggregate with no Fines**

- Grain-to-grain contact
- Variable density
- High Permeability
- Non-Frost Susceptible
- High stability when confined, low if unconfined
- Not affected by water
- Difficult to compact
- Ravels easily

**Aggregate with Sufficient Fines for Maximum Density**

- Grain-to-grain contact with increased resistance against deformation
- Increased to maximum density
- Low permeability
- Frost susceptible
- Relatively high stability in confined or unconfined conditions
- Not greatly affected by adverse water conditions
- Moderately easy to compact
- Good road performance

**Aggregate with High Amount of Fines (>30 percent)**

- Grain-to-grain contact destroyed, aggregate is "floating" in soil
- Decreased density
- Low permeability
- Frost susceptible
- Low stability and low strength
- Greatly affected by water
- Easy to compact
- Dusts easily

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447
615250
Page 205 of 333
R 0.00 D 0.00
Low-Volume Roads BMPs : 119

BLM_0053759



**Figure 12.4** Gradation ranges of roadway surfacing materials and their performance characteristics. *(Adapted from R. Charles, 1997 and the Association of Asphalt Paving Technologists)*

NOTE: Gradation Ranges Shown Are Approximate.

The best roadbed surfacing materials have some plasticity and are well graded. They have gradations parallel to the curves shown above, and are closest to the "Ideal" dashed curve in the middle of the gradation ranges shown.

## PRACTICES TO AVOID

- Construction operations or heavy traffic during wet or rainy periods on roads with clay rich or fine-grained soil surfaces that form ruts.

- Allowing ruts and potholes to form over 5 to 10 cm deep in the roadway surface.

- Road surface stabilization using coarse rock larger than about 7.5 cm. Coarse rock is difficult to drive upon or keep stabilized on the road surface, and it damages tires.

- Using surfacing materials that are fine grain soils, soft rock that will degrade to fine sediment, or clean, poorly graded coarse rock that will erode, ravel, or washboard.

Low-Volume Roads BMPs:120

S Dominguez  Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 206 of 333
R 0.00 D 0.00



BLM_0053760

mate limitations to the desirable gradation ranges. Note that the desirable percentage of fines in an aggregate can be sensitive to the climate or road environment. In semi arid to desert regions, a relatively high percentage of fines, such as 15 to 20%, with moderate plasticity, is desirable. In a high rainfall "wet" environment, such as tropical, coastal mountain, or jungle areas, a low percentage, such as 5 to 10% fines, is desirable to prevent rutting and maintain a stable road surface.

Ideally, aggregate surfacing material is (1) hard, durable, and crushed or screened to a minus 5 cm size; (2) well graded to achieve maximum density; (3) contains 5-15% clayey binder to prevent raveling; and (4) has a Plasticity Index of 2 to 10. The

## RECOMMENDED PRACTICES

• Stabilize the roadway surface on roads that form ruts or ravel excessively. Common surface stabilization techniques include using 10-15 cm of crushed aggregate; local pit run or grid roll rocky material (*Photo 12.4*); cobblestone surfacing; wood chips or fine logging slash; or soils mixed and stabilized with cement, asphalt, lime, lignin, chlorides, chemicals, or enzymes.

• For heavy traffic on soft subgrade soils, use a single, thick structural section consisting of at least 20-30 cm of surfacing aggregate. Alternatively, use a structural section consisting of a 10-30 cm thick layer of base aggregate or coarse fractured rock, capped with a 10-15 cm thick layer of surfacing aggregate (*Figure 12.2*-BEST). Note that soft clay-rich tropical soils and heavy tire loads may require a thicker structural section. The structural depth needed is a function of the traffic volume, loads and soil type, and should

ideally be determined through local experience or testing, such as using the CBR (California Bearing Ratio) test.

• Maintain a 3-5% road cross-slope with insloping, outsloping, or a crown to rapidly move water off the road surface (see *Figure 7.1*).

• Grade or maintain the roadway surface before significant potholes, washboarding, or ruts form (see *Figure 4.5*).

• Compact the embankment material, road surface material or aggregate during construction and maintenance to achieve a dense, smooth road surface and thus reduce the amount of water that can soak into the road (*Photo 12.5*).

• "Spot" stabilize local wet areas and soft areas with 10-15 cm of coarse rocky material. Add more rock as needed (*Figure 12.2*).

• Stabilize the road surface in sensitive areas near streams and at drainage

crossings to minimize road surface erosion.

• Control excessive road dust with water, oils, wood chips, or use of other dust palliatives.

• Blend coarse aggregate and fine clay-rich soil (when available) to produce a desirable composite roadway material that is coarse yet well-graded with 5-15 % fines for binder (see *Figures 12.3* and *12.4*).

• Use project construction quality control, through visual observation and materials sampling and testing, to achieve specified densities and quality, well-graded road materials (*Photo 12.6*).

• On higher standard, high traffic volume roads (collectors, principals, or arterials) use appropriate, cost effective surfacing materials such as oils, cobblestone, paving blocks (*Photo 12.7*), bituminous surface treatments (chip seals) (*Photo 12.8*), and asphalt concrete pavements.

S Dominguez   Gunnison County,  CO            615250
9/5/2012  3:09:05 PM                          Page 207 of 333
447                                           R 0.00 D 0.00

BLM_0053761



**Photo 12.3** A road in need of maintenance and surfacing. Add roadway surface stabilization or do maintenance with grading and shaping of the surface to remove ruts and potholes before significant road damage occurs, to achieve good road surface drainage, and to define the roadbed.



**Photo 12.4** A grid roller can be used to produce a desirable surfacing material when the coarse rock is relatively soft. Level and compact the roadway surface aggregate to achieve a dense, smooth, well-drained riding surface.



**Photo 12.5** Compaction of soil and aggregate is typically the least expensive way to improve the strength and performance of the material. Compaction is useful and cost-effective both for the stability of fill embankments and for the road surface.

Low-Volume Roads BMPs:122

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 208 of 333
R 0.00 D 0.00





**Photo 12.6** Here, a "nuclear gauge" is being used to check the density of aggregate. Use project construction quality control, gradation and density testing, etc., as needed to achieve the desirable materials properties for the project.



**Photo 12.7** Concrete blocks (Adoquin) or cobblestone offer an intermediate alternative to aggregate and pavement road surfacing. These materials are labor intensive to construct and maintain, but are very cost-effective in many areas.



**Photo 12.8** A chip seal road surface being compacted. A variety of surfacing materials can be used, depending on availability, cost, and performance.

Low-Volume Roads BMPs : 123

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447
615250
Page 209 of 333
R 0.00 D 0.00



BLM_0053763

surfacing applied to the road must be maintainable in order to prevent rutting and erosion. Significant deterioration of the road can occur if ruts, raveling, washboarding, or surface erosion are not controlled (*Photo 12.3*). Road damage can be greatly reduced by restricting road use during wet conditions if road management allows for this option.

Compaction is usually the most cost-effective method to improve the quality, including strength and water resistance, of subgrade soils and to improve the performance of aggregate surfacing. It increases the density and reduces the void spaces in the material, making it less susceptible to moisture. Thus, compaction is useful to protect the investment in road aggregate, maximize its strength, minimize loss of fines, and prevent raveling. Road performance has been excellent in some semi-arid regions with the use of blended local materials, very high compaction standards, and a waterproof membrane such as a bituminous seal coat.

Compaction can best be achieved with a minimum of effort if the soil or aggregate is well graded and if it is moist. Ideally, it should be close to the "optimum moisture content" as determined by tests such as the "Proctor" Moisture-Density Tests. Expansive soils should be compacted on the wet side of optimum. Hand tamping can be effective, but only when done in thin lifts (2-8 cm) and ideally at a moisture content a few percent above optimum.

The best compaction equipment for granular soils and aggregate is a vibratory roller. A tamping, or sheepsfoot roller is most effective on clay soils. A smooth drum, steel wheel roller is ideal for compaction of the roadway surface. Vibratory plates or rammers, such as "wackers", are ideal in confined spaces. No one piece of equipment is ideal for all soils, but the best all-purpose equipment for earthwork in most mixed soils is a pneumatic tire roller that produces good compaction in a wide range of soil types, from aggregates to cohesive silty soils.

**Materials Sources**

The use of local materials sources, such as borrow pits and quarries, can produce major cost savings for a project compared to the cost of hauling materials from distant, often commercial, sources. However, the quarry or borrow pit material quality must be adequate. Sources may be nearby rock outcrops or granular deposits adjacent to the road or within the roadway. Road widening or lowering road grade in fractured, rocky areas may produce good construction materials in an area already impacted by construction. Rock excavation and production may be by hand (*Photo 12.9*), or with the use of various types of equipment, such as screens and crushers. Relatively low-cost, on-site materials can result in the application of considerably more roadway surfacing and more slope protection with rock since the materials are readily available and inexpensive. However, poor quality materials will require more road maintenance

and may have poor performance.

Borrow pits and quarries can have major adverse impacts, including sediment from a large denuded area, a change in land use, impacts on wildlife, safety problems, and visual impacts. Thus quarry site planning, location, and development should usually be done in conjunction with Environmental Analysis to determine the suitability of the site and constraints. A **Pit Development Plan** should be required for any quarry or pit development to define and control the use of the site and the materials being extracted. A pit development plan typically defines the location of the materials deposit, the working equipment, stockpile and extraction areas (*Photo 12.10*), access roads, property boundaries, water sources, and final shape of the pit and back slopes. Materials source extraction can cause long-term land use changes, so good site analysis is needed.

In-channel gravel deposits or stream terrace deposits are often used as materials sources. Ideally, deposits in or near streams or rivers should **not** be used. Gravel extraction in active stream channels can cause significant damage to the stream, both on-site and downstream (or upstream) of the site. However, it may be reasonable to remove some materials from the channel with adequate study of the fluvial system and care in the operation. Some gravel bar or terrace deposits may be appropriate for a materials source, particularly if taken from above the active river channel. Equip-

S Dominguez   Gunnison County, CO          615250
9/5/2012  3:09:05 PM                      Page 210 of 333
447                                       R 0.00 D 0.00

BLM_0053764



**Photo 12.9** Develop quarries and borrow sites (materials sources) close to the project area whenever possible. Either hand labor or equipment may be appropriate, depending on the site conditions and production rates.



**Photo 12.10** Quarries and borrow sites (materials sources) can provide an excellent, relatively inexpensive source of project materials. A site may require simple excavation, screening, or crushing to produce the desired materials. Control use of the area with a Pit Development Plan.

ment should not work in the water.

Site reclamation is typically needed after materials extraction, and reclamation should be an integral part of site development and included in the materials cost. Reclamation work should be defined in a **Pit Reclamation Plan**. Reclamation can include conserving and reapplying topsoil, reshaping the pit, revegetation, drainage, erosion control, and safety measures. Often, interim site use, clo-

sure, and future reuse must also be addressed. A site may be used for many years but be closed between projects, so interim reclamation may be needed. Roadside borrow areas are commonly used as close, inexpensive sources of material (*Photo 12.11*). These areas ideally should be located out of sight of the road, and they too need reclamation work after use.

The quality of the local material may be variable or marginal, and the use of local material of-

ten requires extra processing or quality control. Low quality material may be produced at a cost much lower than commercially available material, but may not perform well. Zones of good and bad material may have to be separated. The use of local materials, however, can be very desirable and cost-effective when available and suitable.

S Dominguez  Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 211 of 333
R 0.00 D 0.00

BLM_0053765

## RECOMMENDED PRACTICES

- Develop local borrow pits, quarries and pit-run material sources wherever practical in a project area. Ensure that Environmental Analysis has been done for the establishment of new materials sources.

- Use a **Pit Development Plan** to define and control the use of local materials. A Pit Development Plan should include the location of the site, extent of development, excavation, stockpiling and working areas, shape of the pit, volume of useable material, site limitations, a plan view, cross-sections of the area, and so on. A plan should also address interim or temporary closures and future operations.

- Develop a **Pit Reclamation Plan** in conjunction with pit planning to return the area to other long-term productive uses. A Pit Reclamation Plan should include information such as topsoil conservation and reapplication, final slopes and shaping, drainage needs, safety measures, revegetation, and erosion control measures (*Photo 12.12*).

- Reshape, revegetate and control erosion in roadside borrow areas to minimize their visual and environmental impacts (*Figure 12.5*). Locate materials sources either within the roadway or out of view of the road.

- Maintain project quality control with materials testing to guarantee the production of suitable quality material from quarry and borrow pit sources.

## PRACTICES TO AVOID

- In-stream channel gravel extraction operations and working with equipment in the stream.

- Developing materials sources without planning and implementing reclamation measures.

- Using low quality, questionable, or unproven materials without adequate investigation and testing.

S Dominguez   Gunnison County,  CO                   615250
9/5/2012  3:09:05 PM                        Page 212 of 333
447                                              R 0.00 D 0.00

BLM_0053766

**Figure 12.5** **Good and bad roadside quarry development practices.** *(Adapted from Visual Quality Best Management Practices for Forest Management in Minnesota, 1996)*

## Good Practices for Quarry Development



### DO!

- Screen pit area from road
- Leave gentle slopes
- Reshape and smooth the area
- Leave pockets of vegetation
- Seed and mulch the area
- Use drainage control measures
- Replace Topsoil

## Poor Practices for Quarry Development



### DO NOT!

- Expose large, open area
- Leave area barren
- Leave steep or vertical slopes

## Ideal Location and Sequence of Excavation



**Locate borrow areas out of sight of the road.**
(NOTE:  Safe backslope excavation height depends on soil type.
Keep backslopes low, sloped or terraced for safety purposes.)

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447
615250
Page 213 of 333
R 0.00 D 0.00



BLM_0053767



**Photo 12.11** This roadside borrow area lacks drainage and erosion control. Roadside quarry development can be inexpensive and useful, but the areas should be hidden if possible, and the areas should be reclaimed once the project is completed.



**Photo 12.12** A reclaimed and revegetated borrow site. Reshape, drain, plant vegetation, and rehabilitate borrow pits and quarries once the usable materials are removed and use of the area is completed.

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 214 of 333
R 0.00 D 0.00

LOW-VOLUME ROADS BMPs:128

BLM_0053768

Chapter 13
# Erosion Control

*"Erosion control -- one of the best, most inexpensive ways to protect the road and the environment. Just do it!"*

EROSION CONTROL on roads is fundamental for the protection of water quality (*Photo 13.1*). Soil stabilization and erosion control practices are needed and should be used in areas where soil is exposed and natural vegetation is inadequate. Bare ground should be covered, typically with grass seed and some form of matting or mulch. This will help prevent erosion and subsequent movement of sediment into streams, lakes and wetlands. This movement of sediment can occur during and after road construction, after road maintenance, during logging or mining activities, as the road is being used, if a road is closed but not stabilized, or from poor land management practices near the road (*Photo 13.2*). Roughly half of the erosion from a logging operation, for instance, comes from the associated roads. Also, most erosion occurs during the first rainy season after construction.

Erosion control measures need to be implemented immediately following construc-tion and every time an area is disturbed. Soil erosion prediction models such as the Water Erosion Prediction Project (WEPP) or Unified Soil Loss Equation (USLE) can be used to quantify erosion and compare the effectiveness of various erosion control measures. Concentrated water flow can begin as minor sheet flow, produce rills, and eventually result in major gully formation (See Chapter 14).



**Photo 13.1  Do not leave disturbed or barren areas exposed to rain-drops and runoff.  Use erosion control measures to protect the area and protect water quality.**

S Dominguez   Gunnison County,  CO
9/5/2012  3:09:05 PM
447
615250
Page 215 of 333
R 0.00 D 0.00

BLM_0053769



**Photo 13.2** Erosion on a slope adjacent to a highway due to lack of vegetation or poor land use practices. Note that vegetation is preventing erosion next to the highway.

Erosion control practices include surface armoring and ground cover with netting (*Photo 13.3*), vegetative material or slash (*Photo 13.4*), rock, and so on; installing water and sediment control structures; and mulching, seeding, and various forms of revegetation, as seen in *Figures 13.1* through *Figure 13.4*. Effective erosion control requires attention to detail, and installation work requires inspection and quality control.

**Physical methods** include such measures as armored ditches (*Photo 13.5*), berms, wood chips, ground cover mats, and silt or sediment fences (*Photo 13.6*). These control or direct the flow of water, protect the ground surface against erosion, or modify the soil surface to make it more resistant to erosion (*Photo 13.7*).

**Vegetative methods**, using grasses, brush, and trees, offer ground cover, root strength, and soil protection with inexpensive and aesthetic "natural" vegetation, as well as help control water and promote infiltration (*Photo 13.8*). Ideally, vegetation should be selected for good growth properties, hardiness, dense ground cover, and deep roots for slope stabilization. Local native species having the above mentioned properties should be used. However some grasses, such as Vetiver, have been used extensively worldwide because of their strong, deep roots, adaptability, and non-invasive properties (*Photo 13.9*).

**Biotechnical methods** such as brush layering, live stakes, and contour hedgerows (*Figure 13.4*) offer a combination of structures with vegetation for physical protection as well as additional long-term root support and aesthetics (*Photo 13.10*).

An **Erosion Control Plan** and use of erosion control measures should be an integral part of any road construction or resource extraction project. Most disturbed areas, including landings, construction storage areas, skid roads, road fills, some road cuts, drainage ditches, borrow pits, the road surface and shoulders, and other working areas should re-



**Photo 13.3** Cover fill slopes, work areas, and other exposed soil areas with straw, netting, rock, or other material to protect the ground and promote vegetative growth.

S Dominguez   Gunnison County, CO        615250
9/5/2012  3:09:05 PM                Page 216 of 333
447                                 R 0.00 D 0.00



BLM_0053770

**Table 13.1**

## Key Elements of an Erosion Control and Revegetation Plan for Road Projects

**A.** **Description of Project**
  1.  Project Objectives
  2.  Project Location
  3.  Description of Local Environment

**B.** **Planning**
  1.  Site Analysis
      a. Climate and Microclimate
      b. Vegetation Options
      c. Soils and Fertility
  2.  Developing the Revegetation Plan
      a. Suitable Plant Species
      b. Soil and Site Preparation
      c. Aesthetics vs. Erosion Control Needs
      d. Use of Local "Native" Species

**C.** **Implementation**
  1.  Planting Methods—Cuttings and Transplants
      a. Tools and Materials
      b. Planting Holes and Methods
  2.  Planting Methods—Seeding and Mulching
      a. Hand Broadcasting or Hydroseeding
      b. Range Drills
      c. Type / Quantity of Seed
      d. Type / Quantity of Mulch and Fertilizer
      e. Holding Mulch with Tackifiers or Netting
  3.  Plant Protection
      a. Wire Caging around Plants
      b. Fencing Around the Entire Site
  4.  Maintenance and Care After Planting
      a. Irrigation
      b. Weed Control
      c. Fertilization
  5.  Biotechnical Planting Methods
      a. Wattling
      b. Brush Layering or Brush Matting
      c. Live Stakes

**D.** **Obtaining Plants and Handling of Plant Materials**
  1.  Timing and Planning
      a. Fall versus Spring Planting
      b. Summer Plantings
  2.  Types of Plant Materials
      a. Cuttings
      b. Tublings
      c. Other Container Plants
  3.  Hardening-off and Holding Plants (Acclimatizing)
  4.  Handling Live Plants and Cuttings

ceive erosion control treatment. It is more cost effective and efficient to prevent erosion than to repair the damage or remove sediment from streams, lakes, or groundwater.

Elements of an Erosion Control and Revegetation Plan include project location and climate, soil types, type of erosion control measures, timing of implementation of the vegetative erosion control measures, source of seeds and plants, and planting methods. *Table 13.1* presents the many aspects of planning, implementation, and care involved in an Erosion Control Plan for roads projects.

## PRACTICES TO AVOID

- Disturbing unnecessarily large areas.

- Leaving native soil unprotected against erosion after new construction or ground disturbance.

- Earthwork and road construction during periods of rain or the winter.

Low-Volume Roads BMPs: 131

BLM_0053771

**Figure 13.1** Use of vegetation, woody material and rock for erosion control and ground cover. *(Adapted from Wisconsin's Forestry BMP for Water Quality, 1995)*



Vegetative contour hedgerow or wattles

Old landing or construction work area

Grass seed and mulch

Sediment catchment basin

Aggregate surfaced roadbed

Logging slash or woody material spread over the area

Grasses or other vegetation

**Perspective View**



Vegetative ground cover

Aggregate road surfacing or scarification, seed and mulch for closed roads

Grasses

Woody slash

Deep rooted vegetation for slope stabilization

**Cross-section**

**Various erosion control ground covers include seeding and straw mulch, grasses and other mulch, vegetation, rock, slash, chips, and leaves.**

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 218 of 333
R 0.00 D 0.00

BLM_0053772



**Photo 13.4** A disturbed work area covered with woody material such as brush from clearing or logging slash for erosion control . Ensure that the material is well mashed onto the ground.



**Photo 13.5** A roadside ditch armored with graded rock (riprap) for erosion control.



**Photo 13.6** Sediment control fences (silt fences), live vegetative barriers, or brush fences can all be used to control sediment movement on slopes (also see *Photo 6.6*).

LOW-VOLUME ROADS BMPs: 133



S Dominguez   Gunnison County,  CO
9/5/2012 3:09:05 PM
447

615250
Page 219 of 333
R 0.00 D 0.00

BLM_0053773



Photo 13.7 Rock armoring, placed on a very erosive soil fill slope adjacent to a creek, used for durable, permanent erosion control.



Photo 13.8 Seed and mulch (cover for seed protection and moisture retention) applied to the ground surface to promote grass growth on barren areas, closed roads, and on erosive soils.



Photo 13.9 Use of Vetiver grass for slope stabilization and erosion control. Choose vegetation that is adapted to the site, has strong roots, and provides good ground cover. Ideally, use native species.

S Dominguez   Gunnison County, CO          615250
9/5/2012  3:09:05 PM                     Page 220 of 333
447                                      R 0.00 D 0.00

BLM_0053774

**Figure 13.2a** Sediment control structures using hay bales or silt fences. Note that hay bales must be installed correctly and keyed into the ground! *(Adapted from Wisconsin's Forestry BMP for Water Quality)*

**a. Hay Bales (or bundles of grass)**



**Note: Problems can develop from water running between and under hay bales. Install them carefully. Long-term structures must be periodically cleaned and maintained.**

**b. Silt Fences**



S Dominguez   Gunnison County, CO
9/5/2012 3:09:05 PM
447

615250
Page 221 of 333
R 0.00 D 0.00

Low-Volume Roads BMPs: 135

BLM_0053775

**Figure 13.2b** Sediment control structures using brush barriers and brush fences.

**c. Brush Barrier**



Barrier constructed of small brush and limbs pushed to the ground at the toe of the fill slope

Outlet for Cross-Drain or Outsloped road



Overland Flow

Brush Fence (buried 10 cm deep into soil).

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 222 of 333
R 0.00 D 0.00



BLM_0053776



**Figure 13.3** Water control structures.



Ground protected with grasses

30-50 cm Deep

Ditch armored with rock, concrete, masonry or grass

30 cm Wide

Berm protected with grasses and brush

### a. Water Control with Ditches and/or Berms



**NO**

Masonry or rock walls

Field crops

Broken by runoff

Field crops

Road

**YES**

Vetiver grass contour hedges and rock walls

Field crops

Road

### b. Water Control with Vegetative Barriers (and Terracing) *(Adapted from Vetiver, 1990)*

Vetiver grass hedge

Masonry wall

Field crops or road

Deep roots for stabilization

*(Detail)*

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 223 of 333
R 0.00 D 0.00

BLM_0053777



**Photo 13.10** Use of grasses, planted on contour, to provide surface slope stabilization and erosion control on a steep road cut.



**Photo 13.11** Live vegetative barriers (contour hedgerows), using Vetiver, other grasses, or vegetation, located on contour to prevent down-slope erosion from barren or disturbed areas.



**Photo 13.12** A local nursery, developed in conjunction with a construction project, to provide a source of plants and grow appropriate (preferably native) vegetation for the erosion control work.

S Dominguez   Gunnison County, CO                 615250
9/5/2012  3:09:05 PM                      Page 224 of 333
447                                        R 0.00 D 0.00

BLM_0053778

# RECOMMENDED PRACTICES

- Develop a project **Erosion Control Plan** to address interim and final erosion control needs, specific measures, and how to implement or install those measures. Develop typical drawings for sediment traps, sediment fences, brush barriers, ground cover, check dams, armored ditches, and biotechnical measures.

- Disturb as little ground area as possible, stabilize that area as quickly as possible, control drainage through the area, and trap sediment on-site.

- Conserve topsoil with its leaf litter and organic matter, and reapply this material to local disturbed areas to promote the growth of local native vegetation.

- Apply local, native grass seed and mulch to barren erosive soil areas or closed road surfaces. Mulch material may be straw, wood chips, bark, brush, leaves and limbs, shredded paper, or gravel. (*Figure 13.1*).

- Apply erosion control measures before the rainy season begins and after each season of construction, preferably immediately following construction. Install erosion control measures as each road section is completed.

- Cover disturbed or eroding areas with limbs, tree tops and woody debris such as logging slash placed on contour and mashed down to achieve good contact with the soil (*Figure 13.1*).

- Install sediment control structures where needed to slow or redirect runoff and trap sediment until vegetation is established. Sediment control structures include windrows of logging slash, rock berms, sediment catchment basins, straw bales, brush fences, and silt fencing (see *Figures 13.1, 13.2a* and *13.2b*).

- Control water flow through construction sites or disturbed areas with ditches, berms, check structures, live grass barriers, and rock (*Figure 13.3*).

- Place windrows of logging or clearing slash along the toe of roadway fill slopes (See Low-Volume Roads Engineering, *Figure 4.2*).

- Stabilize cut and fill slopes, sliver fills, upland barren areas, or gullies with brush layers, rock structures with live stakes, vegetative contour hedgerows (*Photo 13.11*), wattling, or other biotechnical measures (*Figure 13.4*).

- Maintain and reapply erosion control measures until vegetation is successfully established. Do soil chemistry tests if necessary to determine available soil nutrients.

- Use fertilizers in areas of poor, nutrient deficient soils to promote faster growth and better erosion control. Fertilizer should be used only if needed. Add water or irrigation only if necessary to initially establish vegetation.

- Develop local plant sources and nurseries for vegetative erosion control materials. Use local native species whenever possible (*Photo 13.12*). Select species appropriate for the use, the site, and the bioregion.

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 225 of 333
R 0.00 D 0.00

Low-Volume Roads BMPs: 139

BLM_0053779

**Figure 13.4**  Biotechnical slope stabilization measures.





**a. Contour Hedges**
For Erosion Control and
Slope Stabilization *(Adapted
from Vetiver, 1990)*

**b. Brush Layering**
(for Stabilization of Gullies and Slides)





**c. Live Retaining Walls**
Constructed with Rock or
Gabions and Vegetation

Low-Volume Roads BMPs: 140

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 226 of 333
R 0.00 D 0.00



BLM_0053780

Chapter 14
# Stabilization of Gullies

*"A gram of erosion control and gully stabilization can prevent a kilogram of sediment loss."*

GULLIES ARE A SPECIFIC FORM OF SEVERE EROSION typically caused by concentrated water flow on erosive soils. *Figure 14.1* shows a typical gully on a hillside and how it can impact a road and land use. Concentrated water flow may begin as minor sheet flow, produce rills, and eventually result in major gully formation. Gullies can have major impacts on an area by taking land out of production and by lowering the groundwater table, as well as being a major source of sediment (*Photo 14.1*). They can be caused by concentrated water flowing off roads, or they can impact roads by necessitating extra drainage crossings and more frequent maintenance.

Once formed, gullies typically grow with time and will continue down-cutting until resistant material is reached. They also expand laterally as they deepen. Gullies often form at the outlet of culverts or cross-drains due to the concentrated flows and relatively fast water velocities. Also, gullies can form



**Figure 14.1** A gully caused by or impacting a road.

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447
615250
Page 227 of 333
R 0.00 D 0.00

BLM_0053781



**Photo 14.1 A typical gully caused by concentrated water on erosive soils and/or poor land use practices.**

upslope of culvert pipes, especially in meadows, if the pipe is set below the meadow elevation. This causes a drop in the meadow or channel elevation and subsequent headward migration of the gully. Gullies formed through meadows often lower the local water table and may dry up the meadow.

Stabilization of gullies typically requires **removing or reducing the source of water** flowing through the gully and refilling the gully with dikes, or small dams, built at specific inter-

**Figure 14.2** Spacing details of gully control structures. *(Adapted from D. Gray and A. Leiser, 1982)*



a.



L = Sufficient distance between points A and B so that the two dams have the same elevation (toe to top).

Note: Use a slope of 2:1 or flatter for rock dams structures.

b.

S Dominguez  Gunnison County, CO
9/5/2012 3:09:05 PM
447

615250
Page 228 of 333
R 0.00 D 0.00



BLM_0053782

vals along the gully. Reshaping and stabilizing over-steep banks may also be needed. Typical gully stabilization structures are constructed of rock, gabions, logs (*Photo 14.2*), wood stakes with wire or brush, bamboo, or vegetative barriers. Biotechnical methods offer a combination of physical structure along with vegetative measures for physical protection as well as additional long-term root support and aesthetics. A headcut structure also typically is needed to stabilize the upslope, or top-most portion of the gully, and prevent additional headward movement (see *Figure 14.1*).

The recommended spacing for structures depends on the slope of the terrain or gully channel and the height of each structure, as presented in *Figure 14.2*. *Figure 14.2a* shows the ideal spacing needed between structures for varying channel slope and structure height. *Figure 14.2b* shows the physical relationship between structure height and spacing in a sloped channel so that water and material stored behind the lower structure is level with the toe of the upper structure. Thus, water will spill over the crest of the upper structure into the pool behind the lower structure.

In gully prevention, **a "gram" of erosion control measures can prevent a "kilogram" of sediment loss** and damge caused by erosion. Take action to prevent the formation of gullies and to stabilize existing gullies before they grow larger! Once large, gully stabilization measures can be very difficult and expensive.



**Photo 14.2** Logs being used to build gully stabilization structures in a fire damaged area.  Physical or vegetative dams (dikes or debris retention structures) may be used to control sedmient and stabilize gullies.  Prevent water concentration **before** gullies form.

## SUCCESSFUL GULLY STABILIZATION

Design details important for successful gully stabilization structures begin with removing the source of water and, as shown on *Figures 14.2* and *14.3*, include:

- Having a weir, notched, or "U" shaped top on the structures to keep the water flow concentrated in the middle of the channel;

- Keying the structures into the adjacent banks tightly and far enough to prevent erosion around the ends of the structures (*Photo 14.3*);

- Burying the structures deep enough in the channel to prevent flow **under** the structure;

- Spilling the water over the structures onto a splash apron, protective layer of rock, or into a pool of water to prevent scour and undermining of the structure; and

- Spacing the structures close enough so that the flow over the structure spills into backwater caused by the next structure downstream (*Figure 14.2*).

**Note:** Rock commonly used in loose rock check dams should be hard, durable, well-graded with fines, and large enough to resist movement. A commonly used gradation is shown below.

| Size (cm) | Percent Passing |
|---|---|
| 60cm | 100 |
| 30cm | 50 |
| 15cm | 20 |
| 6 cm | 10 |

LOW-VOLUME ROADS BMPs : 143

S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447
615250
Page 229 of 333
R 0.00 D 0.00

BLM_0053783

## RECOMMENDED PRACTICES

- Remove the source of water. Control water flow as needed with ditches, berms, outsloping, and so on. to divert water away from the top of gullies.

- Use gully control check dam structures constructed of materials such as stakes, logs, gabions, or loose rock, live vegetative barriers or brush layering planted on contour in disturbed areas to control gully erosion (see *Figure 13.4b* and *Figure 14.3*).

- Install gully control structures as soon as possible after the initial formation of a gully. Gullies only get bigger with time!

- Ensure that gully control structures are installed with needed design details. Such structures should be properly spaced, well keyed into the banks and channel bottom, notched to keep flows over the middle of the structure, and protected from down slope scour (*Photo 14.4*).

- Install headcut structures at the top of the gully to prevent up-channel migration of gullies in meadows.

- Develop local plant sources and nurseries for native vegetation that can be used in gully control measures.

## PRACTICES TO AVOID

- Leaving gullies unprotected against continued erosion.

- Installing check dam structures with a straight, flat top, without scour protection, and without being well keyed into the banks.



**Photo 14.3** An expensive but failed gabion gully control structure that was not properly keyed into the banks of the gully. Further, the flow was not kept over the protected middle of the structure.



**Photo 14.4** Construct debris retention and gully control structures with a notched wier to keep flow over the middle of the structure, add scour protection at the outlet of each structure, and key the structures into the firm soil banks.

S Dominguez   Gunnison County, CO          615250
9/5/2012  3:09:05 PM                    Page 230 of 333
447                                      R 0.00 D 0.00



BLM_0053784

**Figure 14.3** Stabilization of gullies and severe erosion areas with check structures.

### a. Rock Check Structures



Side View

Key check structure into the native soil at the base of the gully. Add scour protection below each structure.

Front View

Key into native soil banks. Maintain a "U" or "V" shape over the top of the check structure.

### b. Vegetative Check Structures (Adapted from Vetiver Grass. "The Hedge Against Erosion," World Bank, 1993.)



S Dominguez   Gunnison County, CO
9/5/2012  3:09:05 PM
447

615250
Page 231 of 333
R 0.00 D 0.00

Low-Volume Roads BMPs : 145

BLM_0053785



*Depicted above is a loose rock gully control structure being used to stop headcutting up into the meadow. Note that the rock structure is well keyed into the banks and channel bottom.*

S Dominguez   Gunnison County,  CO
9/5/2012  3:09:05 PM
447

615250
Page 232 of 333
R 0.00 D 0.00

Low-Volume Roads BMPs:  146

BLM_0053786

# Selected References

## Arranged by Topic:

Best Management Practices - General     147
Environmental Analysis     148
Planning Issues and Special Applications     148
Basic Engineering Considerations for Low-Volume Roads     151
Hydrology for Drainage Crossing Design     152
Tools for Hydraulic Design: Manning's Formula, Riprap, Filters, & Geosynthetics     152
Drainage of Low-Volume Roads     153
Culvert Use, Installation, and Sizing     153
Fords and Low-Water Crossings     154
Bridges     155
Slope Stability and Stabilization of Cuts and Fills     155
Roadway Materials and Materials Sources     156
Erosion Control: Physical, Vegetative, and Biotechnical Methods     157
Stabilization of Gullies     158

## BEST MANAGEMENT PRACTICES- GENERAL

**Environmental Protection Agency.** Draft 2001. National Management Measures to Control Non-point Source Pollution from Forestry. EPA Contract No. 68-C7-0014, Work Assignment #2-20. Prepared for Office of Water, U.S. Environmental Protection Agency by Tetra Tech, Fairfax, Virginia. *A comprehensive guide to measures for reducing water pollution from roads and logging activities.*

**Michigan Department of Natural Resources.** 1994. Water Quality Management Practices on Forest Lands.

**Minnesota Department of Natural Resources, Division of Forestry.** 1994. Visual Quality Best Management Practices for Forest Management in Minnesota.

**Montana State University.** 1991. Montana Forestry Best Management Practices. Montana State University Extension Service. July *BMPs also produced by Montana Department of State Lands in 1992.*

**Ontario Ministry of Natural Resources.** 1988. Environmental Guidelines for Access Roads and Water Crossings. Queen's Printer for Ontario, Canada.

**U.S. Department of Agriculture, Forest Service.** 2000. Water Quality Management for National Forest System Lands in California-Best Management Practices. Vallejo, CA: Pacific Southwest Region, U.S. Department of Agriculture, Forest Service. 186 pp.

S Dominguez  Gunnison County, CO     615250     LOW-VOLUME ROADS BMPs: 147
9/5/2012 3:09:05 PM     Page 233 of 333
447     R 0.00 D 0.00

BLM_0053787

**U.S. Department of Agriculture, Forest Service.** Draft 2001. Best Management Practices for Forest Roads: A performance-based framework. Washington, DC: A cooperative effort between the U.S. Department of Agriculture, Forest Service, and U.S. Environmental Protection Agency. 24 pp.

**Vermont Department of Forests, Parks and Recreation.** 1987. Acceptable Management Practices for Maintaining Water Quality on Logging Jobs in Vermont.

**Wisconsin Department of Natural Resources.** 1995. Wisconsin's Forestry Best Management Practices for Water Quality-Field Manual for Loggers, Landowners and Land Managers. Publication No. FR093. March. Madison, WI. 76 pp.


## ENVIRONMENTAL ANALYSIS

**Bingham, Cc; Knausenberger, Wc; Fisher, W.** 1999. Environmental Documentation Manual for P.L.480, Title II Cooperating Sponsors Implementing Food-aided Development Programs, February. Food Aid Management, U.S. Agency for International Development, Washington, DC.

**Burpee, G.; Harrigan, P.; Remington, T.** Second Edition 2000. A Cooperatoring Sponsor's Field Guide to USAID Environmental Compliance Process- Based on Regulation 216 to the USAID Environmental Documentation Manual for PL 480 Title II Food for Development Programs. Published jointly by Catholic Relief Services and Food Aid Management. Baltimore, MD. 69 pp.

**Forman, R.T.; Sperling, D.; et al.** 2003. Road Ecology: Science and Solutions. Washington, DC: Island Press. 482 pp. (ISBN 1-55963-933-4) *A comprehensive and thoughtful book addressing the many ecological impacts of roads, their principles, and approaches to solving transportation problems.*

**Knausenberger, W.; et al.** 1996. Environmental Guidelines for Small-scale activities in Africa. SD Pub. Series, Technical Paper 18, Section 3.8, Rural Roads. June. Bureau for Africa, Office of Sustainable Development, U.S. Agency for International Development, Washington, DC. [Online] http://www.afr-sd.org/SDPublications.htm.

**Public Law 91-190.** [S. 1075]. National Environmental Policy Act of 1969. Act of January 1, 1970. [An act to establish a national policy for the environment, to provide for the establishment of a Council of Environmental Quality, and for other purposes.] In: United States statutes at large, 1969. 42 U.S.C. sec. 4231, et seq. (1970). Washington, DC: U.S. Government Printing Office; 1970: 852-856. Vol. 83.

**World Bank, The.** 1997. Roads and the Environment: A Handbook. Report TWU 13, and update WB Technical Paper No. 376. Washington, DC: The World Bank Environmentally Sustainable Development Vice-Presidency and Transportation, Water & Urban Development Department Transport Division. [Online] http://www.worldbank.org/transport/publicat/reh/toc.htm.


## PLANNING ISSUES AND SPECIAL APPLICATIONS

**Dykstra, D.; Heinrich, R.** 1996. FAO Model Code of Forest Harvesting Practice. Rome, Italy: Food and Agriculture Organization of the United Nations. 85 pp. (ISBN 92-5-103690-X). [Online] http://www.fao.org.

S Dominguez   Gunnison County, CO          615250
9/5/2012  3:09:05 PM                    Page 234 of 333
447                                      R 0.00 D 0.00



BLM_0053788

**Evans, W.; Johnston, B.** 1972. Fish Migration and Fish Passage:A Practical Guide to Solving Fish Passage Problems. EM-7100-12. Washington, DC: U.S. Department of Agriculture, Forest Service. 63 pp.

**Keller, G.; Sherar, J.** 2000. Practicas Mejoradas de Caminos Forestales (Manual of Best Management Practices for Forest Roads). Manual written in Spanish for US Agency for International Development (Forestry Development Project) and ESNACIFOR (Honduras National School for Forestry Sciences), Tegucigalpa, Honduras. 95 pp.

**Oregon Department of Forestry.** 2000. Forest Roads Manual. Forest Engineering Coordinator, State Forests Program, Oregon Dept. of Forestry, Salem, OR. (503-945-7371). *This manual provides basic logging road design, construction, and maintenance information.*

**PIARC World Roads Association.** 1999. Natural Disaster Reduction for Roads, Final Report 72.02B, Paris, FR: PIARC Working Group G2. 275 pp. (ISBN 2-84060-109-5) [Online] http://www.piarc.org. *Also see Comprehensive Report 72.01B, 1995.*

**Rajvanshi, A.; Mathur, V.; Teleki, G.; Mukherjee, S.** 2001.Roads, Sensitive Habitats and Wildlife: Environmental Guidelines for India and South Asia. Wildlife Institute of India, Dehradun, India, in collaboration with Canadian Environmental Collaborative Ltd. Toronto, Canada. [Phone # 1-416-488-3313] 215 pp. (ISBN 81-85496-10-2) *A comprehensive book on the issues of wildlife, their habitats, and roads, discussing problems,mitigations, and case histories.*

**U.S. Department of Agriculture, Forest Service.** 2000. Water/road Interaction Toolkit- FishXing: CD software and Interactive Learning for Fish Passage through Culverts. Water/Road Interaction Technology Series-SDTDC. November. Washington, DC: U.S. Department of Agriculture, Forest Service. San Dimas Technology & Development Program. [Online] http://www.stream.fs.fed.us/fishxing. *A CD covering various aspects of fish passage.*

**U.S. Department of Transportation, Federal Highway Administration.** 1996. Transportation and Wildlife: Reducing Wildlife Mortality and Improving Wildlife Passageways Across Transportation Corridors. Report No. FHWA-PD-96-041. Proceedings of the Florida Department of Transportation/Federal Highway Administration-Related Wildlife Mortality Seminar. Washington, DC. [Online] http://www.itre.ncsu.edu/cte/cte.html *Case histories and information on wildlife mortality and animal movements across roads. Also see www.wildlifecrossings.info for extensive information and links on the subject.*

**U.S. Department of Transportation, Federal Highway Administration.** 1990. Fish Passage through Culverts. FHWA-FL-90-006. San Dimas, CA: U.S. Department of Agriculture, Forest Service. San Dimas Technology and Development Center. *A good handbook on fish passage, with a literature review.*

**Walbridge, T.A.** 1997. The Location of Forest Roads. Virginia Polytechnical Institute and State University, Blacksburg, VA: Industrial Forestry Operations. 91 pp. *A primer on basic road planning, reconnaissance, location and drainage in mountainous terrain. Also available in Spanish.*