Gunnison Sage-grouse Rangewide Conservation Plan

<u>Mapped Seasonal Habitats</u>

If seasonal habitats have been mapped, the following guidance should be followed in, and relative to, the mapped habitat.  If there is overlap among different seasonal mapped habitats, whichever seasonal recommendations are the most restrictive should be observed.

**(1) Structures and/or Actions that May Modify GUSG Habitat, or That May Increase Mortality of GUSG**
(includes fences, roads, powerlines, housing development, wind power generation, oil and gas exploration and production, sagebrush removal and/or treatment)

<u>Fences</u>

*Breeding: Lek Habitat (within 0.6 miles active lek; see Fig. 1)*
- Fences should not be constructed within 0.60 miles of an active lek, if possible.  Fences that will be built closer to leks, or pre-existing fence within this buffer, should be fitted with visual devices to minimize grouse collisions.  Where possible, fences should be placed in areas where topographic features can be used that will deter collisions.

*Other Seasonal Habitats: (Breeding: Non-lek Habitat, Summer – Fall Habitat, or Winter Habitat)*
- If, in the course of other activities, it is determined that fences in a particular area might be causing collision danger to GUSG, avoid constructing new fences in that area, and move, or retrofit existing fences to increase visibility and decrease possibility of GUSG collisions.

<u>Roads</u>

*Breeding: Lek Habitat (within 0.6 miles active lek; see Fig. 1)*
- Local (generally, unpaved) roads should not be constructed within 0.60 miles of an active lek.  If this is impractical, roads should be placed so they and the associated traffic are not in direct line-of-sight of strutting males, and should be minimally developed.  Vehicles should not exceed 35 mph (adapted from Tessman et al. 2004) within 0.60 miles of an active lek on local or unpaved roads.

*Other Seasonal Habitats: (Breeding: Non-lek Habitat, Summer – Fall Habitat, or Winter Habitat)*
- Local (generally, unpaved) roads should be excluded when possible, and when not, road length and width should be minimized to the extent possible.  Vehicles should not exceed 35 mph (adapted from Tessman et al. 2004) on local or unpaved roads.

BLM_0054722

Gunnison Sage-grouse Rangewide Conservation Plan

Powerlines

Consultation with local biologists (state and federal) must occur before placement of any new powerlines in all GUSG habitats, to use local knowledge and options (such as local topographic features) to minimize impacts to GUSG.

*Breeding: Lek Habitat (within 0.6 miles active lek; see Fig. 1)*
- Powerlines should not be constructed within 0.60 miles of active leks.  If this is impractical, powerlines within 0.60 miles of any active lek should be buried or retrofitted to deter raptor perching.

*Other Seasonal Habitats: (Breeding: Non-lek Habitat, Summer – Fall Habitat, or Winter Habitat)*
- If possible, powerlines should be avoided in all other seasonal GUSG habitats.  If not possible, consider burying powerlines, placing raptor perching deterrents, and avoiding sage-grouse concentrated-use areas and riparian areas.

Housing Development

*Breeding: Lek Habitat (within 0.6 miles active lek; see Fig. 1)*
- No housing developments should occur within 0.60 miles of active leks.

*Other Seasonal Habitats: (Breeding: Non-lek Habitat, Summer – Fall Habitat, or Winter Habitat)*
- Housing developments should be discouraged in all GUSG habitat.  When this is not practical, houses should be clustered as much as possible to maintain larger areas of undisturbed habitat.

Wind Power Generation and Communication Towers

*Breeding: Lek Habitat (within 0.6 miles active lek; see Fig. 1)*
- Wind power turbines and communication towers should not be constructed within 0.60 miles of active leks.

*Other Seasonal Habitats: (Breeding: Non-lek Habitat, Summer – Fall Habitat, or Winter Habitat)*
- Wind power turbines and communication towers should be avoided in other GUSG seasonal habitat, if possible.  If not possible, retrofit all aspects of turbines and towers to deter raptor perching, and to decrease the possibility of GUSG collisions.

Oil and Gas Exploration and Production

BLM_0054723

Gunnison Sage-grouse Rangewide Conservation Plan

*Breeding: Lek Habitat (within 0.6 miles active lek; see Fig. 1)*
- All surface-disturbing activities should be prohibited within 0.60 miles of an active lek.  If not practical, any equipment should have minimal noise; compressors, vehicles, and other sources of noise should be equipped with effective mufflers or noise suppression devices.  Attempts should be made to minimize continuous noise by reducing noise levels to 10 dBA or less (adapted from Tessmann et al. 2004) because most grouse vocalizations are less than 20 dBA (Dantzker et al. 1999).

*Other Seasonal Habitats: (Breeding: Non-lek Habitat, Summer – Fall Habitat, or Winter Habitat)*
- Surface-disturbing activities should be avoided in other GUSG seasonal habitats.  If not possible, implement SMP's (see Appendix L) to minimize impacts to GUSG, and implement pertinent timing restrictions in this Appendix.
- Any necessary equipment should produce minimal noise; all compressors, vehicles, and other sources of noise should be equipped with effective mufflers or noise suppression devices.  Attempts should be made to minimize continuous noise by reducing noise levels to 10 dBA or less (adapted from Tessmann et al. 2004) because most grouse vocalizations are less than 20 dBA (Dantzker et al. 1999).
- Encourage remote monitoring to minimize human disturbance.


## Sagebrush Removal and/or Treatment

*Breeding: Lek Habitat (within 0.6 miles active lek; see Fig. 1)*
- Any sagebrush removal or treatment should be prohibited or limited within 0.60 miles of an active lek (Wallestad 1975), unless implemented to maintain or enhance the lek.

*Breeding: Non-lek Habitat (if not mapped, then within 4.0 miles of active leks, but outside of 0.6 mile buffer; see Fig. 1)*
- If seasonal habitat is uniform and not fragmented, then sagebrush loss, removal, treatments, or other surface-disturbing activities should be limited and not exceed 20-30% (Connelly et al. 2000) of the total mapped habitat.  Treatments must have recovery objectives that meet the habitat objectives listed in this RCP.  Treatment blocks should be small (< 50 acres), interspersed across the landscape, and irregular in shape.  Treatment areas should not be distributed systematically or predictably across the landscape.
- If > 40% of the original mapped breeding habitat has been lost (Connelly et al. 2000) to other factors, all remaining habitat should be protected.

*Summer – Fall Habitat (if not mapped, then within 4.0 miles of active leks; see Fig. 1)*
- Maintain sagebrush communities within 0.25 miles (based on Connelly et al. 2000, Hausleitner 2003) of known summer - fall habitat (such as riparian, wet meadows, or agricultural areas).  Sagebrush treatment is not discouraged but must be planned to achieve the habitat objectives outlined in the RCP.

BLM_0054724

Gunnison Sage-grouse Rangewide Conservation Plan

*Winter Habitat (if not mapped, then entire area within 6.0 miles of active leks; see Fig. 1)*
- Any treatments should be small (<10 acres) in size and sagebrush loss, removal, treatments, or other surface-disturbing activities should not exceed 10% of the delineated winter habitat. Treatments should be irregular in shape and not distributed predictably or systematically on the landscape. Treatments in the shape of rows or strips should be avoided.

**(2) Timing Restriction Recommendations for Human Disturbance in GUSG Habitat (e.g., anthropogenic noise or movement). Does not include agency-conducted research and population monitoring, or formal lek viewing sites; these activities are covered by separate guidelines.**

*Breeding Habitat: Lek Habitat*
The following activities should be restricted as stated from mid-March through late-May (precise dates should be obtained from a local biologist).
- Any activities that could be categorized as "line of sight" or in direct view of the lek would need to follow more restrictive guidelines than situations where a topographical configuration interrupts the line of sight. Direct line of sight activities should be limited to > 300 feet from the edge of the lek. If topographical features interrupt the line of sight, the aforementioned distance can be reduced to 150 feet. Human activities that would be repetitive (occurring every day, or every other day) could be more detrimental than activities or disturbances that occur sporadically or occur equal to or less than 1 time/week.
- All activities, motorized or non-motorized, should be limited between sunset the evening before to 2 hours after sunrise the next morning (modified from Lyon and Anderson 2003, A.D. Apa, CDOW, personal communication). There should be complete exclusions from 2 hours before sunrise to 2 hours after sunrise. Any activities that create noise > 20 dBA should be severely limited (adapted from Dantzker et al. 1999).

*Breeding Habitat: Non-Lek Habitat*
 The following activities should be restricted as stated from mid-April through June.
- Limit activities, motorized or non-motorized, when hens with broods are most active, from ½ hour before sunrise to 2 hours after sunrise, and 1 hour before sunset to sunset when hens with broods are most active.
- Activities should be confined to established roads and trails.

*Summer - Fall Habitat*
The following activities should be restricted as stated from July – September.
- Limit activities, if possible to established roads and trails.

*Winter Habitat*
The following activities should be restricted as stated during October - mid-March.

I-7

BLM_0054725

Gunnison Sage-grouse Rangewide Conservation Plan

- All activities, except foot and horse traffic, should be limited to established roads and trails in areas of known winter concentration of GUSG.

I-8

BLM_0054726

Gunnison Sage-grouse Rangewide Conservation Plan

# APPENDIX J

# GUSG HABITAT USE DATA

BLM_0054727

Gunnison Sage-grouse Rangewide Conservation Plan

## GUSG HABITAT USE DATA

This appendix illustrates GUSG habitat use data from 3 different studies (NPS unpublished data, Young 1994, Apa 2004). Apa (2004) studied GUSG in 5 population areas, and the other 2 studies focused on the Gunnison Basin (NPS unpublished data, Young 1994). Data from Young (1994) and NPS (unpublished data) are limited to nest locations only. Data from this Appendix were used to develop the "GUSG Disturbance Guidelines", Appendix I.

### Nesting Habitat Use

Female Gunnison sage-grouse were captured in 3 different studies (NPS unpublished data, Young 1994, Apa 2004) and their nest locations were identified. Fig. 1 illustrates a frequency distribution of the number of nests located at differing distances from the lek of capture. A majority of females (85.2%, n = 69/81) sampled across the range of the species nested within 4 miles of the lek of capture.



Fig. 1.  DISTRIBUTION OF GUNNISON SAGE-GROUSE NESTS
Rangewide (2002-2004; Apa 2004, NPS unpublished data) (n = 53)
Gunnison Basin (1990-1993; Young 1994) (n = 28)

BLM_0054728

Gunnison Sage-grouse Rangewide Conservation Plan

## Seasonal Habitat Use

*Rangewide Data*

Four seasons of seasonal use data are depicted in the following figures. Breeding habitat includes not only nesting habitat, but also very early brood habitat used from 1 March – 30 June, and habitat used during this same period by males and non-brooding females. In other sections of the RCP, summer and fall habitats are combined, but for the purpose of the following figures summer and fall habitat are separated. Summer habitat includes areas used by males, non-brooding females, and brood females, from 1 July – 30 August. Fall habitat includes all of the areas used by the aforementioned grouse groups from 1 September - 28 September. Winter habitat is areas used by all age and sex classes of GUSG from 1 October – 28 February.

All seasonal habitat locations (from 5 separate GUSG populations) were summarized and graphed against distance (Fig. 2). Seasonal use data are from nest locations (NPS unpublished data, Young 1994, Apa 2004), and telemetry habitat use data (Apa 2004). From a rangewide perspective, 81.3% of all seasonal habitat locations rangewide were located within 4 miles of the lek of capture and 29.8% of the rangewide locations were found within 0.6 miles of the lek of capture.

Fig. 2.  RANGEWIDE DATA: DISTRIBUTION OF GUNNISON SAGE-GROUSE SEASONAL USE LOCATIONS



J-3

Gunnison Sage-grouse Rangewide Conservation Plan

*Gunnison Basin Data*

In the Gunnison Basin, the pattern of habitat use within 4 miles of the lek of capture is similar for all seasons (breeding, summer, fall, and winter, Fig. 3). Approximately 80% of all seasonal habitat locations were found within 4 miles of the lek of capture, while 27.5% of the seasonal habitat locations were located within 0.6 miles from the lek of capture.

Fig. 3. GUNNISON BASIN: DISTRIBUTION OF GUNNISON SAGE-GROUSE SEASONAL USE LOCATIONS



*Appendix J:*
*GUSG Habitat Use Data*

BLM_0054730

Gunnison Sage-grouse Rangewide Conservation Plan

*San Miguel Basin Data*

Gunnison sage-grouse in the San Miguel Basin illustrated a greater dispersion of movement patterns, although 83.2% of the seasonal habitat locations were found within 4 miles of the lek of capture (Fig. 4). Approximately 35% of all habitat use locations were located within 0.6 miles of the lek of capture.

Fig. 4. SAN MIGUEL BASIN: DISTRIBUTION OF GUNNISON SAGE-GROUSE SEASONAL USE LOCATIONS



*Appendix J:*
*GUSG Habitat Use Data*

BLM_0054731

Gunnison Sage-grouse Rangewide Conservation Plan

*Glade Park / Piñon Mesa Data*

   Although sample sizes were lower in Glade Park/Piñon Mesa, nearly 71% of habitat use locations were found within 4 miles of the lek of capture (Fig. 5). In contrast, 31.2% of the seasonal habitat use locations were found within 0.6 miles of the lek of capture.

Fig. 5. PIÑON MESA: DISTRIBUTION OF GUNNISON SAGE-GROUSE SEASONAL USE LOCATIONS
Glade Park/Piñon Mesa (2002-2003) (n = 19 grouse)



*Appendix J:*
*GUSG Habitat Use Data*

BLM_0054732

Gunnison Sage-grouse Rangewide Conservation Plan

*Dove Creek Data*

At Dove Creek, Gunnison sage-grouse did not move as far from the lek of capture, with 98.7% of grouse locations located within 4 miles of the lek of capture (Fig. 6). Only 17.4% of seasonal habitat locations were found within 0.6 miles of the lek of capture.

Shorter distances traveled from lek of capture in the Dove Creek sub-population as compared to the other populations most likely are due to the limited and highly fragmented habitat. Sagebrush patches have progressively become smaller and fragmented, limiting available habitat and options for use by sage-grouse.

**Fig. 6.   DOVE CREEK: DISTRIBUTION OF GUNNISON SAGE-GROUSE SEASONAL USE LOCATIONS**
Dove Creek (2002-2003) (n = 21 grouse)



BLM_0054733

Gunnison Sage-grouse Rangewide Conservation Plan

*Crawford Data*

Gunnison sage-grouse in Crawford exhibited some longer movements to summer habitat, although 91% of seasonal habitat locations were found within 4 miles of the lek of capture (Fig. 7). Approximately 34% of locations were found within 0.6 miles of the lek of capture.

Fig. 7. CRAWFORD: DISTRIBUTION OF GUNNISON SAGE-GROUSE SEASONAL USE LOCATIONS
Crawford (2002-2003) (n = 7 grouse)



J-8

BLM_0054734

Gunnison Sage-grouse Rangewide Conservation Plan

*Summary Data*

Fig. 8 depicts an overall summary of GUSG locations within the following distances: 0.25 miles, 0.6 miles, and 4.0 miles.  When all locations were evaluated, only 9.1% of seasonal habitat locations were found within 0.25 miles of the lek of capture.

Fig. 8.  DISTRIBUTION OF GUNNISON SAGE-GROUSE SEASONAL USE LOCATIONS IN RELATION TO LEK OF CAPTURE.  GB: Gunnison Basin; SM: San Miguel Basin; GPPM: Glade Park / Piñon Mesa; DC: Dove Creek; CR: Crawford.



*Appendix J:*
*GUSG Habitat Use Data*

BLM_0054735

Gunnison Sage-grouse Rangewide Conservation Plan

# APPENDIX K
## TABLES OF CONTENT and INTRODUCTIONS
## FROM 2 SECTIONS IN MONSEN (2005)

BLM_0054736

Gunnison Sage-grouse Rangewide Conservation Plan

# Restoration Manual

## *For*

# Colorado Sagebrush and Associated Shrubland Communities

### Section I.  Attributes and Features of Select Grasses, Broadleaf Forbs and Selected Shrubs

## By

# Stephen B. Monsen



Published by
**Colorado Division of Wildlife**
Department of Natural Resource
6060 Broadway, Denver, CO 80216

Funding provided in part through
the U.S. Fish and Wildlife Service's State Wildlife Grant Program

*Appendix K:*
*Table of Contents and*
*Introductions from Monsen (2005)*

BLM_0054737

Gunnison Sage-grouse Rangewide Conservation Plan

# Introduction

Restoration of wildlife habitats is much more difficult and complicated than revegetation or enhancement of rangelands for livestock grazing or watershed protection. Recovery or reestablishment of wildlife habitats normally involves the treatment of a number of broad vegetative types. Animals are usually confined to a specific plant community, and remedial treatments often involve reestablishment of a number of plant associations. Restoring or improving any one plant or even a number of species may not be entirely satisfactory to maintain or improve the health of a particular animal population. Wildlife, particularly sage-grouse, seek and use individual species at different seasons both for cover and food (Appendix I). Sagebrush is a major part of the diet and cover for these animals, yet plant density, site location, height, and associated species significantly influence the value of the shrub. Planting or reestablishing sagebrush may not provide the age classes, plant structure, or density as required to support sage-grouse (Appendix I). Restoring the seasonal forage and cover species is difficult as a number of incidental or less common species are also required, but they are not easily established in the amounts needed.

Certain broadleaf herbs that are normally a minor part of most sagebrush communities are apparently vital to chicks and hens at particular seasons. To be effective, the plants must furnish green herbage or succulence in the spring and early summer months. To do so, these plants must occupy sites where additional moisture accumulates or exists as an understory with the shade provided by some shrubs. If the herbaceous species are not properly located in close proximity to the shrubs, their summer value is limited. Seeding to accomplish a specific arrangement of plants is difficult, as most broadleaf herbs are not easily established in combination with grasses and shrubs. Planting complexities are much more difficult when a number of plants with different life forms are being planted together.

Many sagebrush sites that require remedial treatments have been seriously altered or disrupted. In many situations the principal species have been replaced by competitive weeds, and a seed source for natural recovery is not present. In addition, many sagebrush communities occur in arid or semiarid environments. Annual and seasonal moisture is normally low and unpredictable. The lack of moisture in the spring months to support and sustain plant growth is critical to restoration. New plantings are dependent upon sufficient and continued amounts of moisture to germinate seeds and assure the uninterrupted growth of the young seedlings. Weed containment is also essential to assure young plantings can establish. Control of weedy species is often costly, and sites are frequently poorly accessible to most equipment and control measures.

Planting an assembly of native species is usually necessary to restore the desired plant communities. Presently seed of most native species is not universally available to support large projects. However, some native seed programs are being developed, particularly in Colorado that could improve this situation.

Even with these difficult restrictions, remedial treatments to improve and enhance sage-grouse habitats are feasible and possible. Many sites can be substantially improved and

K-3

*Appendix K:*
*Table of Contents and*
*Introductions from Monsen (2005)*

BLM_0054738

Gunnison Sage-grouse Rangewide Conservation Plan

returned to a native assembly if appropriate site preparation treatments, seeding practices, and adapted species are used.  Sufficient seed of sagebrush, and some native grasses and herbs are available for planting.  Site preparation and planting methods are well understood and can be accomplished with a high degree of success if properly instigated.  Many sites can be improved though proper management.  Plant recovery can be expected within a reasonable time period if areas are carefully managed.  Improvement of wildlife habitats will be a continuing and evolving process, but many areas can be improved with current resources.

Gunnison Sage-grouse Rangewide Conservation Plan

# Table of Contents

**CHAPTER I** ................................................................................................................ 1

**Selected Grasses** ........................................................................................................ 1
*Agropyron cristatum* ................................................................................................ 1
  **Areas of Occurrence** ........................................................................................ 3
  **Seed Germination, Seeding Requirements, Planting Practices** ..................... 4
  **Features and Attributes** ................................................................................. 6
  **Available Cultivars and Ecotypes** ................................................................. 8
    Fairway .......................................................................................................... 8
    Parkway ......................................................................................................... 9
    Ruff ............................................................................................................... 10
    Douglas ........................................................................................................ 10
    Ephraim ........................................................................................................ 11
    Hycrest ......................................................................................................... 11
*Agropyron dasytachyum* ......................................................................................... 13
  **Areas of Occurrence** ...................................................................................... 13
  **Seed Germination, Seedbed Requirements, Planting Practices** ................... 13
  **Features and Attributes** ................................................................................. 15
  **Available Cultivars and Ecotypes** ................................................................. 16
    Critana ......................................................................................................... 16
    Sodar ............................................................................................................ 16
    Bannock ........................................................................................................ 17
    Schwendimar ................................................................................................ 17
*Agropyron desertotum* ............................................................................................ 19
  **Areas of Occurrence** ...................................................................................... 20
  **Seed Germination, Seedbed Requirements, Planting Practices** ................... 21
  **Features and Attributes** ................................................................................. 22
  **Available Cultivars and Ecotypes** ................................................................. 24
    Nordan ......................................................................................................... 24
    Summit ......................................................................................................... 24
*Agropyron intermedium* .......................................................................................... 25
  **Areas of Occurrence** ...................................................................................... 25
  **Seed Germination, Seedbed Requirements, Planting Practices** ................... 26
  **Features and Attributes** ................................................................................. 26
  **Available Cultivars and Ecotypes** ................................................................. 28
    Chief ............................................................................................................. 28
    Clarke ........................................................................................................... 29
    Greenar ......................................................................................................... 29
    Oahe .............................................................................................................. 29
    Reliant .......................................................................................................... 30
    Rush ............................................................................................................. 30
    Slate ............................................................................................................. 30
    Tegmar ......................................................................................................... 30
    Greenleaf ...................................................................................................... 31
    Luna ............................................................................................................. 31
    Topar ............................................................................................................ 32
*Agropyron fragile* ................................................................................................... 33
  **Areas of Occurrence** ...................................................................................... 34
  **Seed Germination, Seedbed Requirements, Planting Practices** ................... 34
  **Features and Attributes** ................................................................................. 35
  **Available Cultivars and Ecotypes** ................................................................. 35
    P-27 ............................................................................................................. 35
    Vavilov ......................................................................................................... 36

BLM_0054740

Gunnison Sage-grouse Rangewide Conservation Plan

***Agropyron smithii*** .......................................................................................................................37
   **Areas of Occurrence** ...........................................................................................................37
   **Seed Germination, Seedbed Requirements, Planting Practices** .......................................38
   **Features and Attributes** ......................................................................................................39
   **Available Cultivars and Ecotypes** ......................................................................................41
      Arriba ..............................................................................................................................41
      Barton .............................................................................................................................41
      Flintlock ..........................................................................................................................41
      Rodan .............................................................................................................................41
      Rosana ...........................................................................................................................42
      Walsh .............................................................................................................................42
***Agropyron spicatum*** ....................................................................................................................43
   **Areas of Occurrence** ...........................................................................................................43
   **Seed Germination, Seedbed Requirements, Planting Practices** .......................................44
   **Features and Attributes** ......................................................................................................45
   **Available Cultivars and Ecotypes** ......................................................................................47
      Anatone ..........................................................................................................................47
      Goldar ............................................................................................................................48
      Secar ..............................................................................................................................48
      Whitmar ..........................................................................................................................49
***Agropyron trachycaulum*** ...........................................................................................................50
   **Areas of Occurrence** ...........................................................................................................50
   **Seed Germination, Seedbed Requirements, Planting Practices** .......................................51
   **Features and Attributes** ......................................................................................................52
   **Available Cultivars and Ecotypes** ......................................................................................53
      Adanac ...........................................................................................................................53
      Primar .............................................................................................................................54
      Pryor ...............................................................................................................................54
      Revenue .........................................................................................................................54
      San Luis .........................................................................................................................54
***Bouteloua gracilis*** .......................................................................................................................55
   **Areas of Occurrence** ...........................................................................................................56
   **Seed Germination, Seedbed Requirements, Planting Practices** .......................................56
   **Features and Attributes** ......................................................................................................57
   **Available Cultivars and Ecotypes** ......................................................................................57
      Lovington ........................................................................................................................58
      Hachita ...........................................................................................................................58
***Bromus carinatus*** .......................................................................................................................59
   **Areas of Occurrence** ...........................................................................................................59
   **Seed Germination, Seedbed Requirements, Planting Practices** .......................................59
   **Features and Attributes** ......................................................................................................61
   **Available Cultivars** .............................................................................................................61
***Bromus inermus*** .........................................................................................................................62
   **Areas of Occurrence** ...........................................................................................................62
   **Seed Germination, Seedbed Requirements, Planting Practices** .......................................63
   **Attributes and Features** ......................................................................................................63
   **Available Cultivars and Ecotypes** ......................................................................................64
      Southern ........................................................................................................................64
      Northern .........................................................................................................................65
      Lincoln' and 'Manchur .....................................................................................................65
***Dactylis glomerata*** .....................................................................................................................66
   **Areas of Occurrence** ...........................................................................................................66
   **Seed Germination, Seedbed Requirements, Planting Practices** .......................................66
   **Features and Attributes** ......................................................................................................66
   **Available Cultivars and Ecotypes** ......................................................................................68
      Potomac' and 'Latar ......................................................................................................68

BLM_0054741

Gunnison Sage-grouse Rangewide Conservation Plan

Berber ................................................................................................ 68
Paiute ................................................................................................ 68
**_Elymus cinereus_** ............................................................................... 69
   **Areas of Occurrence** ............................................................ 69
   **Seed Germination, Seedbed Requirements, Planting Practices** ....... 69
   **Features and Attributes** ....................................................... 69
   **Available Cultivars and Ecotypes** ....................................... 71
     Magnar ........................................................................ 71
     Trailhead ..................................................................... 71
**_Elymus junceus_** ................................................................................ 72
   **Areas of Occurrence** ............................................................ 72
   **Seed Germination, Seedbed Requirements, Planting Practices** ....... 72
   **Features and Attributes** ....................................................... 72
   **Available Cultivars and Ecotypes** ....................................... 74
     Vinall ......................................................................... 74
     Bozoisky - select ......................................................... 74
     Cabree ........................................................................ 74
     Mankota ...................................................................... 74
     Swift .......................................................................... 74
     Tetracan ...................................................................... 75
     Mayak ......................................................................... 75
**_Koeleria macrantha_** .......................................................................... 76
   **Areas of Occurrence** ............................................................ 77
   **Seed Germination, Seedbed Requirements, Planting Practices** ....... 77
   **Features and Attributes** ....................................................... 77
   **Available Cultivars and Ecotypes** ....................................... 77
**_Oryzopsis hymenoides_** ...................................................................... 78
   **Areas of Occurrence** ............................................................ 78
   **Seed Germination, Seedbed Requirements, Planting Practices** ....... 78
   **Features and Attributes** ....................................................... 79
   **Available Cultivars and Ecotypes** ....................................... 81
     Paloma ........................................................................ 81
     Nezpar ........................................................................ 81
     Rimrock ...................................................................... 81
**_Poa fendleriana_** ............................................................................... 82
   **Areas of Occurrence** ............................................................ 82
   **Seed Germination, Seedbed Requirements, Planting Practices** ....... 83
   **Features and Attributes** ....................................................... 85
   Available Cultivars and Ecotypes ............................................ 85
**_Poa secunda_** ................................................................................... 86
   **Areas of Occurrence** ............................................................ 86
   **Seed Germination, Seedbed Requirements, Planting Practices** ....... 88
   **Features and Attributes** ....................................................... 88
   **Available Cultivars and Ecotypes** ....................................... 89
     Canbar ........................................................................ 89
     High Plains .................................................................. 89
     Service ........................................................................ 89
**_Sitanion hystrix_** .............................................................................. 90
   **Area of Occurrence** ............................................................. 90
   **Seed Germination, Seedbed Requirements, Planting Practices** ....... 90
   **Features and Attributes** ....................................................... 91
   **Available Cultivars and Ecotypes** ....................................... 92
     Sand Hollow ................................................................ 92
     9040187' and '9090189 ................................................. 92
**_Sporobolus cryptandrus_** ................................................................... 93
   **Areas of Occurrence** ............................................................ 94

*Appendix K:*
*Table of Contents and*
*Introductions from Monsen (2005)*

BLM_0054742

Gunnison Sage-grouse Rangewide Conservation Plan

**Seed Germination, Seedbed Requirements, Planting Practices** ...................................................94
**Features and Attributes** ..............................................................................................................95
**Available Cultivars and Ecotypes** .............................................................................................95
*Stipa comata* .......................................................................................................................................96
**Areas of Occurrence** ...................................................................................................................96
**Seed Germination, Seedbed Requirements, Planting Practices** ...................................................96
**Features and Attributes** ..............................................................................................................97
**Available Cultivars and Ecotypes** .............................................................................................97
*Stipa lettermanii* ...............................................................................................................................99
**Areas of Occurrence** ...................................................................................................................99
**Seed Germination, Seedbed requirements, Planting Practices** ..................................................100
**Features and Attributes** ............................................................................................................101
**Available Cultivars and Ecotypes** ...........................................................................................101
Lodorm .........................................................................................................................................101

**CHAPTER II** ...................................................................................................... **115**

**Broadleaf Forbs** ...................................................................................................................... **115**
*Achillea millefolium ssp. lanulosa* ...................................................................................................117
**Areas of Occurrence** .................................................................................................................118
**Seed Germination, Seedbed Requirements, Planting Practices** .................................................118
**Features and Attributes** ............................................................................................................118
**Available Cultivars and Ecotypes** ...........................................................................................119
*Aster chilensis* ...................................................................................................................................120
**Areas of Occurrence** .................................................................................................................120
**Seed Germination, Seedbed Requirements, Planting Practices** .................................................120
**Features and Attributes** ............................................................................................................121
**Available Cultivars and Ecotypes** ...........................................................................................122
*Aster glaucodes* ................................................................................................................................123
**Areas of Occurrence** .................................................................................................................123
*Balsamorhiza sagittata* ....................................................................................................................124
**Areas of Occurrence** .................................................................................................................124
**Seed Germination, Seedbed Requirements, Planting Practices** .................................................125
**Features and Attributes** ............................................................................................................126
**Available Cultivars and Ecotypes** ...........................................................................................126
*Balsamorhiza macrophylla* ..............................................................................................................127
**Areas of Occurrence** .................................................................................................................127
*Balsamorhiza hookeri var. neglecta* ................................................................................................129
*Eriogonum heracleoides* ..................................................................................................................130
**Areas of Occurrence** .................................................................................................................130
**Seed Germination, Seedbed Requirements, Planting Practices** .................................................130
**Features and Attributes** ............................................................................................................131
**Available Cultivars and Ecotypes** ...........................................................................................132
*Eriogonum umbellatum* ....................................................................................................................133
**Areas of Occurrence** .................................................................................................................133
**Seed Germination, Seedbed Requirements, Planting Practices** .................................................134
**Features and Attributes** ............................................................................................................134
**Available Cultivars and Ecotypes** ...........................................................................................134
*Hedysarum boreale* ..........................................................................................................................135
**Areas of Occurrence** .................................................................................................................135
**Seed Germination, Seedbed Requirements, Planting Practices** .................................................135
**Features and Attributes** ............................................................................................................137
**Available Cultivars and Ecotypes** ...........................................................................................137
Timp .............................................................................................................................................137
*Linum perenne ssp. lewisii* ..............................................................................................................138
**Areas of Occurrence** .................................................................................................................138
**Seed germination, Seedbed requirements, planting Practices** ...................................................138

BLM_0054743

Gunnison Sage-grouse Rangewide Conservation Plan

**Features and Attributes** ........................................................................................................ 139
**Available Cultivars and Ecotypes** ...................................................................................... 140
Appar ........................................................................................................................... 140
*Medicago sativa* ............................................................................................................. 141
**Areas of Occurrence** ............................................................................................................. 141
**Seed Germination, Seedbed Requirements, Planting Practices** .............................. 143
**Features and Attributes** ........................................................................................................ 144
**Available Cultivars and Ecotypes** ...................................................................................... 145
Ladak .......................................................................................................................... 145
Spreader .................................................................................................................... 145
Spreader ll ................................................................................................................. 145
Rhizoma ..................................................................................................................... 145
Runner ....................................................................................................................... 145
Travois ....................................................................................................................... 145
Teton .......................................................................................................................... 145
Drylander .................................................................................................................. 145
*Penstemon palmeri* ...................................................................................................... 146
**Areas of Occurrence** ............................................................................................................. 146
**Seed Germination, Seedbed Requirements, Planting Practices** .............................. 146
**Features and Attributes** ........................................................................................................ 148
**Available Cultivars and Ecotypes** ...................................................................................... 148
*Penstemon eatonii* ......................................................................................................... 149
**Areas of Occurrence** ............................................................................................................. 149
**Seed Germination, Seedbed Requirements, Planting Practices** .............................. 150
*Sanguisorba minor* ....................................................................................................... 151
**Areas of Occurrence** ............................................................................................................. 152
**Seed Germination, Seedbed Requirements, Planting Practices** .............................. 152
**Features and Attributes** ........................................................................................................ 153
**Available Cultivars and Ecotypes** ...................................................................................... 154
Delar ........................................................................................................................... 154

**CHAPTER III** .............................................................................................................. 157

**Selected Shrubs** .................................................................................................................... 157
*Amelanchier alnifolia* ................................................................................................. 157
**Areas of Occurrence** ............................................................................................................. 157
**Seed Germination, Seedbed Requirements, Planting Practices** .............................. 157
**Features and Attributes** ........................................................................................................ 159
**Available Cultivars and Ecotypes** ...................................................................................... 160
*Amelanchier utahensis* ................................................................................................ 161
**Areas of Occurrence** ............................................................................................................. 162
**Seed Germination, Seedbed Requirements, Planting Practices** .............................. 162
**Features and Attributes** ........................................................................................................ 162
**Available Cultivars and Ecotypes** ...................................................................................... 163
*Artemisia spp.* ............................................................................................................... 164
**Sagebrush Seed Features and Plant Culture of Artemisia, (sagebrush)** ................. 164
*Artemisia arbuscula* .................................................................................................... 166
**Areas of Occurrence** ............................................................................................................. 166
**Seed Germination, Seedbed Requirements, Planting Practices** .............................. 166
**Features and Attributes** ........................................................................................................ 167
**Available Cultivars and Ecotypes** ...................................................................................... 168
*Artemisia cana* .............................................................................................................. 169
**Areas of Occurrence** ............................................................................................................. 169
**Seed Germination, Seedbed Requirements, Planting Practices** .............................. 169
**Features and Attributes** ........................................................................................................ 169
**Available Cultivars and Ecotypes** ...................................................................................... 170
*Artemisia nova* .............................................................................................................. 171

BLM_0054744

Gunnison Sage-grouse Rangewide Conservation Plan

**Areas of Occurrence** ...........................................................................................171
**Seed Germination, Seedbed Requirements, Planting Practices** ..........................171
**Features and Attributes** .....................................................................................171
**Available Cultivars and Ecotypes** ....................................................................172
*Artemisia tridentata ssp. tridentata* ..........................................................................174
**Areas of Occurrence** ...........................................................................................175
**Seed Germination, Seedbed Requirements, Planting Practices** ..........................175
**Features and Attributes** .....................................................................................175
**Available Cultivars and Ecotypes** ....................................................................176
Hobble Creek ......................................................................................................176
*Artemisia tridentata ssp. vaseyana* ..........................................................................177
**Areas of Occurrence** ...........................................................................................177
**Seed Germination, Seedbed Requirements, Planting Practices** ..........................177
**Features and Attributes** .....................................................................................178
**Available Cultivars and Ecotypes** ....................................................................178
*Artemisia tridentata ssp. wyomingensis* ..................................................................179
**Areas of Occurrence** ...........................................................................................179
**Seed Germination, Seedbed Requirements, Planting Practices** ..........................179
**Features and Attributes** .....................................................................................180
**Available Cultivars and Ecotypes** ....................................................................181
Gordon Creek ....................................................................................................181
*Atriplex canescens* ..................................................................................................182
**Areas of Occurrence** ...........................................................................................182
**Seed Germination, Seedbed Requirements, Planting Practices** ..........................183
**Features and Attributes** .....................................................................................184
**Available Cultivars and Ecotypes** ....................................................................185
Rincon ...............................................................................................................185
Marana ...............................................................................................................185
Wytana ...............................................................................................................185
*Atriplex confertifolia* ...............................................................................................186
**Areas of Occurrence** ...........................................................................................186
**Seed Germination, Seedbed Requirements, Planting Practices** ..........................186
**Features and Attributes** .....................................................................................188
**Available Cultivars and Ecotypes** ....................................................................188
*Chrysothamnus nauseosus* ......................................................................................189
**Areas of Occurrence** ...........................................................................................189
**Seed Germination, Seedbed Requirements, Planting Practices** ..........................190
**Features and Attributes** .....................................................................................190
**Available Cultivars and Ecotypes** ....................................................................191
*Ceratoides lanata* ....................................................................................................192
**Areas of Occurrence** ...........................................................................................192
**Seed Germination, Seedbed Requirements, Planting Practices** ..........................192
**Features and Attributes** .....................................................................................194
**Available Cultivars and Ecotypes** ....................................................................194
*Prunus virginiana* ...................................................................................................196
**Areas of Occurrence** ...........................................................................................196
**Seed Germination, Seedbed Requirements, Planting Practices** ..........................196
**Features and Attributes** .....................................................................................197
**Available Cultivars and Ecotypes** ....................................................................199
*Purshia tridentata* ...................................................................................................200
**Areas of Occurrence** ...........................................................................................200
**Seed Germination, Seedbed Requirements, Planting Practices** ..........................202
**Features and Attributes** .....................................................................................203
**Available Cultivars and Ecotypes** ....................................................................204
Lassen ...............................................................................................................204
Moffat County ..................................................................................................204

BLM_0054745

Gunnison Sage-grouse Rangewide Conservation Plan

***Symphoricarpos oreophilus*** ........................................................................................ 205

    **Areas of Occurrence** ........................................................................ 206

    **Seed germination, Seedbed requirements, Planting Practices** ................................... 206

    **Features and Attributes** ........................................................... 206

    **Available Cultivars and Ecotypes** ............................................... 207

**APPENDIX I** ................................................................................................. ***209***

BLM_0054746

Gunnison Sage-grouse Rangewide Conservation Plan

# Restoration Manual

*For*

# Colorado Sagebrush and Associated Shrubland Communities

## Section II.  Developing Objectives to Manage and Improve Plant Communities and Wildlife Habitats

## By

## Stephen B. Monsen



Published by
**Colorado Division of Wildlife**
Department of Natural Resource
6060 Broadway, Denver, CO 80216

K-12

*Appendix K:*
*Table of Contents and*
*Introductions from Monsen (2005)*

BLM_0054747

Gunnison Sage-grouse Rangewide Conservation Plan

# Introduction

Improvement of sage-grouse and other wildlife habitats usually involves the treatment and management of a number of associated shrubland communities.  However, big sagebrush communities and other shrubland associations occupy quite different environments and climatic conditions.  It is important to understand the different community associations that may occur together to effectively implement remedial treatments.  Although natural recovery of disturbances is most effective and ecologically sound, this may not be possible in many situations, particularly some sagebrush, pinyon-juniper woodlands, and salt desert shrublands.  Often, the vegetation in these plant associations has been so altered that few remnant plants are left to repopulate the sites.  Active control measures are needed to reduce the presence of weeds and other invaders.  Desirable species must be restored by introducing seed in an effective manner to assure reestablishment.

Active restoration normally involves the physical removal of competitive species, preparation of seedbeds, and seeding of desired species.  Since a number of species are normally planted, it is essential to understand the principles required to restore all seeded species.  Sagebrush is a major species in many projects and requires specific seedbed environments to establish.  Failure to adhere to all aspects of site preparation and planting practices will result in widespread failures.

In many situations, improvement or protection of plant communities is related to wildfires and other disturbances.  Many sagebrush and associated shrubland communities are subjected to fires, grazing, drought, and other influences that can create considerable change in species composition.  Wildfires are particularly common and quickly reduce the presences of sagebrush and other woody species.  Fires are also being promoted as a means to change the composition of many shrublands.  It is important to understand the conditions that must occur to allow sites to recover, particularly to regain shrub dominance.  Utilizing effective seedbed preparation and planting techniques are essential to site restoration.  Planting at appropriate seasons and utilizing techniques that are more likely to be successful are critical to any restoration project.  Techniques and practices must be employed that promote initial establishment of seeded species, but also facilitates the recovery and growth of residual species.  Reestablishment of native communities is largely dependent upon the species that initially establish, including the recovery of surviving plants and the development of plants from intact seed banks.  The manner that sites are treated significantly influences the species that become established as well as the plants than recover naturally.  Remedial treatments, including management of sites to promote natural recovery, must be carefully planned and directed.

BLM_0054748

Gunnison Sage-grouse Rangewide Conservation Plan

# Table of Contents

*CHAPTER I* .................................................................................................................... *1*

*OBJECTIVES* .............................................................................................................. *1*

   **Environmental Considerations** ................................................................................. 1

   **Defining Wildlife Habitats** ...................................................................................... 4

   **Remedial Treatments** .............................................................................................. 5

*CHAPTER II* ................................................................................................................. *7*

*SELECTION OF MANAGEMENT AND REMEDIAL TREATMENT PRACTICES* ........ *7*

   **Developing Strategies and Decision Making Processes to Effectively Manage and Improve Sagebrush Communities and Associated Shrubland Communities** ........................................... 7
      **Introduction** ............................................................................................................ 7
      **Sagebrush Species and Species Variation** ................................................................. 8
      **Plant Associations** .................................................................................................. 8
      **Climate and Soils** ................................................................................................... 9
      **Seral Stage** .......................................................................................................... 10
      **Other Considerations** .............................................................................................. 11

   **Deciding on Management Practices** ....................................................................... 12
      **Introduction** .......................................................................................................... 12
      **Management Practices to Achieve Natural Recovery** .................................................. 12
      **Use of Remedial Treatments** .................................................................................. 13
         General Considerations ....................................................................................... 13
         Seeding as a Remedial Treatment ......................................................................... 14
            *Climate* ...................................................................................................... 14
            *Weeds* ......................................................................................................... 14
            *Availability and Quality of Seeds* ................................................................... 16
            *Seedbed Preparation* ................................................................................... 16
            *Timing* ........................................................................................................ 17
      **Factors to Consider in Developing Management Strategies and Remedial Treatments to Enhance Wildlife Habitats** ........................................................................................... 18
         **Define Areas of Concern** .................................................................................... 18
         **Define the Ecological Status of the Major Plant Communities** .................................. 18
         **Define Factors That are Altering or Have Changed the Plant Communities** ................. 19
         **Define the Physical Features of the Proposed Area** ................................................ 19
         **Define the Wildlife Habitat Values Including Surrounding or Interregnal Sites** ............ 19
      **Determining the Status and Potential of Plant Communities to Recover Utilizing Management Practices or Remedial Treatments** ........................................................................ 20
         **A Check List of Concerns** ................................................................................... 20

*CHAPTER III* ............................................................................................................. *22*

*ECOLOGICAL CONDITIONS AND REMEDIAL TREATMENTS OF MAJOR PLANT COMMUNITIES* ......................................................................................................... *22*

   **Mountain Brush Communities** .............................................................................. 22
      **Gambel Oak (*Quercus gambelii*)** .......................................................................... 22
         Disturbances ...................................................................................................... 23
         Restoration Measure and Practices ....................................................................... 23
      **True Mountain Mahogany (*Cercocarpus montanus*)** .................................................. 29
         Restoration Measures and Practices ..................................................................... 29

BLM_0054749

Gunnison Sage-grouse Rangewide Conservation Plan

Species Selection ........................................................................................ 31
**Antelope Bitterbrush (*Purshia tridentata*)** ................................................. 32
Remedial Treatments ................................................................................. 35
Species Selection ..................................................................................... 38

# Pinyon-Juniper Woodlands ................................................................. 38
Pinyon-Juniper (*Pinus-Juniperus*) ...................................................... 38
Remedial Treatments ............................................................................ 40
Remedial Treatments ............................................................................ 43
Seeding Recommendations .................................................................... 46

# BIG SAGEBRUSH ................................................................................. 49
Some Important Features of Sagebrush that Influence .......................... 49
Seed Production .................................................................................... 49
Flowering, Seed Dispersal, and Seed Banks ......................................... 50
Harvesting, Processing and Storage ..................................................... 51
Seed Germination & Planting ............................................................... 52
Seedling Establishment ......................................................................... 54
Treatment Measures ............................................................................. 57
General Guidelines for Seeding and Treating Big Sagebrush Disturbances ........... 58
Sites supporting a preponderance of shrubs ......................................... 59
Restoration of Sites Supporting Some Herbaceous Plants but Lacking Sagebrush ........ 68
Restoration of Mixed Sagebrush-herb Communities Supporting Annual or Perennial Weeds ........ 69
Seeding Recommendations .................................................................... 71
Mountain Big Sagebrush (*Artemisia tridentata ssp. vaseyana*) ............ 78
Disturbed Conditions ........................................................................... 79
Basin Big Sagebrush (*Artemisia tridentata ssp. tridentata*) ................ 82
Remedial Treatments ............................................................................ 85
Species Recommendations .................................................................... 88
Wyoming Big Sagebrush (*Artemisia tridentata spp. wyomingensis*) ..... 89
Features of Wyoming Big Sagebrush Communities .............................. 89
Ecological Difference of Natural and Altered Sagebrush Communities ........ 90
Defining Ecological Status of Selected Sites ........................................ 90
Species Composition ......................................................................... 90
Shrub Density and Cover .................................................................. 91
Restoration Practices and Principals ................................................. 94
Factors to Consider in Developing Remedial Treatments ..................... 95
Ecological stability ........................................................................... 95
Reestablishment of native species ................................................... 95
Sustaining and Reestablishment of Big sagebrush ........................... 96
Seeding Practicality .......................................................................... 96
Creating Suitable Seedbeds .............................................................. 97
Effects of Treatments on Wildlife Habitats ...................................... 97
Weed Control and Prevention .......................................................... 98
Restoration of Wyoming Big Sagebrush Disturbances ....................... 98
Natural Recovery ............................................................................. 98
Remedial Treatments ........................................................................ 100
*Ecotype differences* ..................................................................... 100
*Seed harvesting and processing* ................................................... 100
*Planting Seasons* .......................................................................... 100
*Seed germination and establishment* ........................................... 101
*Seedbed preparation and seeding* ................................................ 101
*Selection and seeding of associated plants* .................................. 101
*Management of treated areas* ...................................................... 104

# BLACK SAGEBRUSH (*ARTEMISIA NOVA*) AND ............................... 105

Gunnison Sage-grouse Rangewide Conservation Plan

Black sagebrush ............................................................................................................ 105
  Remedial treatments .................................................................................................. 107
  Seeding Recommendation and Practices .................................................................. 107
**SALT DESERT SHRUBS** ................................................................................................ **111**
  **Black Greasewood (*Sarcobatus vermiculatus*)** ..................................................... 112
    Treatment Measures .................................................................................................. 113
    Seeding Recommendations ....................................................................................... 115
  **Shadscale Saltbush (*Atriplex canescens*)** ............................................................ 117
  **Winterfat (*Ceratoides lanata*)** .............................................................................. 121
  **Fourwing Saltbush (*Atriplex canescens*)** ............................................................ 123
**UNIQUE SITUATIONS** .................................................................................................. **128**
  **Special Conditions Associated with Sagebrush and Associated Shrubland Communities** ............ 128
    **Grazing Disturbances** ........................................................................................... 128
    **Weed Infestations** ................................................................................................. 129
    **Encroachment of Pinyon-Juniper** ......................................................................... 131
    **Burns** ...................................................................................................................... 133
    **Restoration of Sites Occupied by Introduced Grasses** ......................................... 139
      Status and Conditions ........................................................................................... 139
      Measures to Replace Introduced Plantings ........................................................... 142
    **Restoration of Sites Impacted by Drought, Insects, and Other Agents** ............... 144
***CHAPTER IV*** .............................................................................................................. ***147***
***TREATMENT MEASURE AND PRACTICES*** ........................................................... ***147***
  **EQUIPMENT AND PRACTICES FOR CONTROLLING** ......................................... **147**
    **Anchor Chains – Smooth** ...................................................................................... 147
      Description .............................................................................................................. 147
      Primary Function .................................................................................................... 147
    **Chain Swivels** ......................................................................................................... 151
      Description .............................................................................................................. 151
      Primary Function .................................................................................................... 151
    **Ely Chains** .............................................................................................................. 152
    **Dixie Sager** ............................................................................................................ 153
    **Cables** .................................................................................................................... 154
      Description .............................................................................................................. 154
      Primary Function .................................................................................................... 155
    **Roller Chopper** ...................................................................................................... 155
      Description .............................................................................................................. 155
      Primary Function .................................................................................................... 155
    **Aerators** ................................................................................................................. 157
      Description .............................................................................................................. 157
      Primary Function .................................................................................................... 157
    **Hydro-ax** ................................................................................................................ 158
      Description .............................................................................................................. 158
      Primary Function .................................................................................................... 158
    **Clearing Blades, Hula Dozers, and Grubbers** ...................................................... 159
      Description .............................................................................................................. 159
      Primary Function .................................................................................................... 160
    **Pipe Harrows** ......................................................................................................... 161
      Description .............................................................................................................. 161
      Primary Function .................................................................................................... 162
    **Shredders and Mowers** ......................................................................................... 163
      Description .............................................................................................................. 163
      Primary Function .................................................................................................... 164
    **Brushland Plow** ...................................................................................................... 165

Gunnison Sage-grouse Rangewide Conservation Plan

Description ..............................................................................................................................165
Primary Function......................................................................................................................166
**Offset Disk** ....................................................................................................................................166
Description ..............................................................................................................................166
Primary Function......................................................................................................................167
**Chisel Plows** ................................................................................................................................167
Description ..............................................................................................................................167
Primary Function......................................................................................................................168
**Disk Chains**.................................................................................................................................168
Description ..............................................................................................................................168
Primary Function......................................................................................................................168
**Spring Tooth Harrows**.................................................................................................................168
Description ..............................................................................................................................168
Primary Function......................................................................................................................170

**FIRE AS MEANS OF PLANT CONTROL** ..........................................................................171
**Features, Attributes, and Limitations of Burning**.........................................................172
**Weaknesses and Disadvantages**..................................................................................174

**SEEDING AND PLANTING EQUIPMENT** .......................................................................176
**Commercial Grain Drills**.........................................................................................................176
Description ..............................................................................................................................176
Primary Function......................................................................................................................176
**Rangeland Drill**........................................................................................................................177
Description ..............................................................................................................................177
Primary Function......................................................................................................................178
**Truax Rough Rider Drill**.........................................................................................................179
Description ..............................................................................................................................179
Primary Function......................................................................................................................181
**Flex or Standard Unit Planters**..............................................................................................181
Description ..............................................................................................................................181
Primary Function......................................................................................................................182
**Standard Cultipack Seeders**....................................................................................................183
Description ..............................................................................................................................183
Primary Functions ....................................................................................................................183
**Auto Tire Compaction Seeder**................................................................................................184
**Brillion or Grass Seeders**.........................................................................................................185
Description ..............................................................................................................................185
Primary Function......................................................................................................................186
**Oregon Press Seeder**...............................................................................................................187
Description ..............................................................................................................................187
Primary Function......................................................................................................................187
**Land Imprinter**.........................................................................................................................188
Description ..............................................................................................................................188
Primary Function......................................................................................................................188
**Seed Dribblers**.........................................................................................................................189
Description ..............................................................................................................................189
Primary Function......................................................................................................................190
**Range Interseeders**..................................................................................................................191
Description ..............................................................................................................................191
Primary Function......................................................................................................................193
**Fixed-Wing Aircraft Seeding**.................................................................................................194
Description ..............................................................................................................................194
Primary Function......................................................................................................................195
**Helicopter Seeders**..................................................................................................................195
Description ..............................................................................................................................195
Principal Function ....................................................................................................................196

K-17

BLM_0054752

Gunnison Sage-grouse Rangewide Conservation Plan

**Broadcast Seeders** ............................................................................................ 197
Descriptions ........................................................................................................... 197
Primary Function ................................................................................................. 197

*Appendix I* .......................................................................................................... *199*

**Equipment for Chemical Control of Plants** .......................................... **199**

*Appendix II* ......................................................................................................... *211*

**Sagebrush Species Characteristics and Response to Burning,** ...................... **211**

*LITERATURE CITED* ..................................................................................... *240*

*Cited Literature and Other Useful References* ................................................. *248*

BLM_0054753

Gunnison Sage-grouse Rangewide Conservation Plan

*Appendix K:*
*Table of Contents and*
*Introductions from Monsen (2005)*

BLM_0054754

Gunnison Sage-grouse Rangewide Conservation Plan

# APPENDIX  L

## SUGGESTED MANAGEMENT PRACTICES APPLICABLE FOR OIL AND GAS DEVELOPMENT, WITHIN LEASE RIGHTS

L-1

BLM_0054755

Gunnison Sage-grouse Rangewide Conservation Plan

## Suggested Management Practices (SMP's) Applicable for Oil and Gas Development, within Lease Rights

This is a partial list of suggested management practices that may be applied to oil and gas operations, or other surface-disturbing activities, to aid in meeting the habitat guidelines outlined in Appendix G (BLM Best Management Practices for public lands are available at http://www.blm.gov/bmp).

1. Minimize impacts on habitat through road construction standards, design and placement in all occupied and vacant/unknown sage grouse habitat. (exploration, drilling and production)
   A. Minimize construction of new roads
   B. Utilize minimum construction and maintenance standards appropriate for the operation.
   C. Minimize visual/auditory impacts by placing roads below ridgelines or along topographic features.
   D. Place roads outside of riparian areas.
   E. Conduct exploration along existing roads where possible.

2. Minimize impacts to sage grouse through road use (patterns) and seasonal restrictions. (exploration, drilling, production)
   A. Sign roads to prevent off road travel.
   B. Set seasonal closures during critical SG use periods.
   C. Encourage remote monitoring.
   D. Develop travel plan to minimize vehicular traffic.
   E. Place speed bumps, dips etc. to slow traffic as needed.
   F. Construct or maintain any roads outside of critical seasonal use periods.
   G. Encourage road rehabilitation or realignment to minimize impacts to sage grouse.

3. Overlay lease map with Gunnison sage-grouse habitat to determine vacant and occupied leases. (drilling and production)
   A. Add lease notice 'This lease may require a full development plan as determined by an interdisciplinary team.

4. Implement noise mitigation from research and/or state regulations.

5. Create an educational video about sage grouse habitat and ecology to increase awareness for oil and gas employees. (exploration, drilling, production)

6. Avoid or minimize impacts to riparian, wetland, or wet meadow habitats to limit impacts to brood rearing areas. (exploration, drilling, production)
   A. Locate equipment, facilities, and roads outside of riparian zones which may serve as late brood rearing habitat (1000 ft buffer where feasible).
   B. Drive over woody vegetation at stream crossings rather than remove it wherever possible.
   C. Bore pipeline crossings under perennial streams rather than trenching.

L-2

*Appendix L:*
*Oil and Gas SMP's*

BLM_0054756

Gunnison Sage-grouse Rangewide Conservation Plan

7.  Use reclamation standards (interim and final) that are beneficial to restoring sage grouse habitat.  (drilling, and production)
   A.  Incorporate sagebrush, desired forbs and grass species into seed mix. Use native species wherever possible or non-natives when approved via state or federal biologists.
   B.  Replace soil manually for shot holes. (exploration)
   C.  rip and/or recontour and reclaim operation sites, and access roads.
   D.  Retain and 'manage' topsoil as appropriate for reclamation.
   E.  Reclaim riparian areas with native vegetation.
   F.  Mimic vegetation patterns during reclamation.
   G.  Develop a reclamation plan with CDOW and UDWR.
   H.  Investigate opportunities to utilize suitable produced water in accordance with state water laws.

8.  Prevent or minimize raptor perching on oil and gas facilities and structures in important sage grouse habitat. (drilling and production)
   A.  Design power poles to prevent raptor perching.
   B.  Minimize height of dry hole markers in SG habitat. (flush with ground or < 1')

9.  Components of a Comprehensive Development Plan (production)
   A.  Map all road infrastructure for area to be developed.
   B.  Map seasonal sage-grouse habitat within area of development.
   C.  Consider cumulative habitat loss to date in determining future development opportunities.
   D.  Consider topographic features when recommending areas to protect for sage-grouse.
   E.  Delineate maximum wellpad spacing (e.g., "No more than 1 wellpad per 'xx' acres") for areas when research identifies that threshold.
   F.  Establish incremental development thresholds where possible (e.g. no more than 10% breeding habitat impacted over 10 year period)
   G.   Coordinate planning among companies operating in the same field.
   H.  Cluster development where possible to minimize impacts.
   I.  Encourage alternative drilling or production methods to minimize acres of habitat directly or indirectly affected  (e.g. directional drilling).
   J.  Encourage remote monitoring of production sites to reduce harassment of birds during critical seasons.

10.   Develop a fire response plan for oil and gas operations within sage-grouse habitat. (production)

11.  Use BTI (*Bacillus thurgensis israelsis*)  for mosquito control in water pits associated with oil & gas operations where appropriate. (production)
12.  Implement measures to ensure water quality is maintained, and hazardous spills are minimized in sage-grouse habitat and associated riparian areas. (drilling and production)

L-3

BLM_0054757

Gunnison Sage-grouse Rangewide Conservation Plan

    A. Encourage use of water tanks instead of open pits.
    B. Line open water pits.
    C. Minimize SG contact with produced water.

13. Design well pad, storage facilities, and site locations to minimize degradation of sage-grouse habitat and visual/actual obstructions in the area. (production)
    A. Use low profile storage tanks.
    B. Paint wells to camouflage in background.

14. Minimize impacts on local watersheds & local water sources during local drilling and reclamation activities (includes minimizing surface & sub-surface water depletion impacts). (drilling and production)

L-4

*Appendix L:*
*Oil and Gas SMP's*

BLM_0054758



**Promoting the Science of Ecology**

Potential Effects of Climate Change on Ecosystem and Tree Species Distribution in British Columbia
Author(s): Andreas Hamann and Tongli Wang
Source: *Ecology*, Vol. 87, No. 11 (Nov., 2006), pp. 2773-2786
Published by: Ecological Society of America
Stable URL: http://www.jstor.org/stable/20069297
Accessed: 12/03/2010 16:03

Your use of the JSTOR archive indicates your acceptance of JSTOR's Terms and Conditions of Use, available at
http://www.jstor.org/page/info/about/policies/terms.jsp. JSTOR's Terms and Conditions of Use provides, in part, that unless
you have obtained prior permission, you may not download an entire issue of a journal or multiple copies of articles, and you
may use content in the JSTOR archive only for your personal, non-commercial use.

Please contact the publisher regarding any further use of this work. Publisher contact information may be obtained at
http://www.jstor.org/action/showPublisher?publisherCode=esa.

Each copy of any part of a JSTOR transmission must contain the same copyright notice that appears on the screen or printed
page of such transmission.

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of
content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms
of scholarship. For more information about JSTOR, please contact support@jstor.org.



*Ecological Society of America* is collaborating with JSTOR to digitize, preserve and extend access to *Ecology.*

http://www.jstor.org

*Ecology*, 87(11), 2006, pp. 2773–2786
© 2006 by the Ecological Society of America

# POTENTIAL EFFECTS OF CLIMATE CHANGE ON ECOSYSTEM AND TREE SPECIES DISTRIBUTION IN BRITISH COLUMBIA

Andreas Hamann[1] and Tongli Wang

*Centre for Forest Gene Conservation, Department of Forest Sciences, University of British Columbia,
Vancouver, British Columbia V5Y 2X8 Canada*

*Abstract.* A new ecosystem-based climate envelope modeling approach was applied to assess potential climate change impacts on forest communities and tree species. Four orthogonal canonical discriminant functions were used to describe the realized climate space for British Columbia's ecosystems and to model portions of the realized niche space for tree species under current and predicted future climates. This conceptually simple model is capable of predicting species ranges at high spatial resolutions far beyond the study area, including outlying populations and southern range limits for many species. We analyzed how the realized climate space of current ecosystems changes in extent, elevation, and spatial distribution under climate change scenarios and evaluated the implications for potential tree species habitat. Tree species with their northern range limit in British Columbia gain potential habitat at a pace of at least 100 km per decade, common hardwoods appear to be generally unaffected by climate change, and some of the most important conifer species in British Columbia are expected to lose a large portion of their suitable habitat. The extent of spatial redistribution of realized climate space for ecosystems is considerable, with currently important sub-boreal and montane climate regions rapidly disappearing. Local predictions of changes to tree species frequencies were generated as a basis for systematic surveys of biological response to climate change.

    *Key words: bioclimatic analysis; British Columbia; climate change; climate envelope; predictive vegetation mapping; spatial predictions; species distributions and ranges.*

## Introduction

A growing number of studies suggests that global climate warming affects a wide range of species and ecosystems (Walther et al. 2002, Parmesan and Yohe 2003, Root et al. 2003). Biological response is particularly prevalent in the northern sub-boreal, boreal, and subarctic ecosystems where the warming signal is strongest (Zhou et al. 2001, Bogaert et al. 2002, Lloyd et al. 2002, Lloyd and Fastie 2003). Over the past decade, British Columbia (49°–60° latitude) has experienced a warming trend that approximately matches climate change predictions from general circulation models published in the mid 1990s (Johns et al. 1997, Mote 2003). This relatively small increase in mean annual temperature, ~0.7°C for British Columbia, already appears to have had remarkable economic and ecological impacts. The current mountain pine beetle epidemic is the largest documented for this species, spreading over $4.1 \times 10^6$ ha (Ebata 2004). This outbreak may be partially caused by lack of low winter minimum temperatures, which would normally reduce the popu-

lations of this native-insect pest by killing the larvae, and by the beetle's temperature-controlled development cycles and lack of diapause (Logan and Powell 2001, Powell et al. 2000, Carroll et al. 2004). A minor native disease, *Dothistroma* needle blight, which is starting to cause widespread damage in northeast British Columbia, has been causally linked to increased frequency of warm and moist conditions that were experimentally found to be favorable for infections by this fungus (Woods et al. 2005). In southern and interior British Columbia, substantial reforestation failures and high frequency of wildfires were attributed to drought in combination with record temperatures, particularly in 1998 and 2003 (Filmon 2004). Natural variability in climate and nonclimatic factors may play a role in these incidents; nevertheless, the current problems raise the question of whether a continued warming trend, predicted to show an increase of ~0.5°C per decade, could threaten British Columbia's ecosystems and forest resources.

One way to address this issue is through bioclimate envelope studies, which use climate data as independent predictor variables and biological data as dependent variables to generate a predictive model for species or ecosystem distributions. Climate change predictions overlaid on interpolated baseline climate data are then used to generate maps of current and future species distributions, which can be evaluated with geographical

Manuscript received 29 April 2005; revised 20 April 2006; accepted 2 May 2006. Corresponding Editor: J. A. Jones.
   [1] Present address: Department of Renewable Resources, University of Alberta, 775 General Services Building, Edmonton, Alberta, T6G 2H1 Canada.
   E-mail: andreas.hamann@ualberta.ca

BLM_0054760

information systems. Such studies generally show that temperate tree species will expand their range northward and into higher elevations and that they will lose suitable habitat at the southern end of their original distribution (Talkkari and Hypen 1996, Iverson and Prasad 1998, 2001, 2002, Iverson et al. 1999). It is widely understood that shifts in vegetation zones are not entirely determined by shifts in climate. It has been shown that soil, local topography, groundwater level, and other factors may influence plant species distributions (Talkkari and Hypen 1996, Iverson and Prasad 1998). Furthermore, under climate change the interactions between climate variables and those additional factors might become relevant (Ferguson and George 2003). Also, elevated atmospheric $CO_2$ levels could significantly increase growth rates of species under drought stress, although the effect might be negligible otherwise (Knapp and Soule 1996, Idso 1999, Saxe et al. 2001, Polley et al. 2003). In addition, different tree species or populations may have different potentials to respond to climate change through plasticity and genetic adaptation (Rehfeldt et al. 1999, 2001, 2002). Species also have different capabilities of migrating through complex landscapes to favorable habitats (Schwartz et al. 2001, Nathan et al. 2002). Finally, the realized niche of a species on a landscape unit is determined through competitive exclusion, integrating all of the above-mentioned factors and their interactions (Loehle and LeBlanc 1996, Loehle 2003, Schmitz et al. 2003).

It is obviously impossible and also not necessary to consider all of these processes when modeling the impacts of climate change on a large geographic scale. Climate envelope models can be instructive, not by predicting changes literally, but by quantifying differences among current distributions and potential habitats under potential climate change scenarios (Pearson and Dawson 2003). Also, despite the shortcomings of climate envelope models, the general patterns of predicted species range shifts often match observed biological trends (Parmesan et al. 2005). Climate envelope modeling can also be useful in another, more practical way. For ecosystem restoration, conservation planning, plantation forestry, or genetic resource management many fundamental limitations of bioclimate envelope studies do not apply. Natural resource managers are free to match species and genotypes to environments for which they are optimally adapted and can facilitate seedling survival, control competition, and direct successional processes with various management techniques. Bioclimate envelope modeling is well suited to assisting these programs in matching management objectives for specific sites with anticipated future climates or observed climate change trends for these locations.

Techniques that have been employed for bioclimate envelope modeling include generalized linear models (Bakkenes et al. 2002), generalized additive models (Frescino et al. 2001), regression tree analysis (Iverson and Prasad 1998, Thuiller et al. 2003b), and artificial

neural networks (Berry et al. 2002, Pearson et al. 2002). Different models sometimes result in different predictions, and individual species may show an optimummodel fit using any of these models (Moisen and Frescino 2002, Thuiller et al. 2003a). Some experts have suggested evaluating several models for each species and choosing the best method for making predictions (Thuiller 2003). In this study, we present a different approach. We explore whether relatively straightforward modeling methods at the ecosystem level rather than the species level can result in accurate predictions of species habitat. For this purpose, we use the Biogeoclimatic Ecological Classification (BEC) system (Ministry of Forests and Range, British Columbia, Canada, *available online*),[2] which hierarchically delineates major forest types, plant communities, and climatic variants of these communities. BEC system maps at a scale of 1:250 000 are widely used as a common framework for natural resource management and ecological research (Meidinger et al. 1991). The three main objectives of this paper are (1) to determine the ability of climate variables to distinguish plant communities and delineate the realized environment of ecosystems; (2) to analyze how the realized climate space of current ecosystems changes in extent, elevation, and spatial distribution under climate change scenarios; and (3) to evaluate the implications for potential tree species habitat. In addition, we make predictions of changes to tree species frequencies for each ecosystem as a basis for systematic surveys of biological response to climate change. Community-wide predictions in combination with systematic field assessments could provide a powerful tool to test the hypothesis that observed biological trends are causally related to climate change.

## METHODS

### Baseline climate data

Our baseline climate data are derived from commercially available coverages that were generated using the Parameter Regression of Independent Slopes Model (PRISM; *available online*)[3] (Oregon Climate Service, Oregon State University, Corvalis, Oregon, USA) to interpolate climate normal data observed at weather stations for the period 1961–1990 (Daly et al. 2000, 2002). While this methodology is generally considered "state of the art" for generating baseline climate data, we find that available data sets at ~2- and 4-km resolution are not sufficient for mountainous environments such as British Columbia. Because PRISM climate estimates are based on a considerably smoothed elevation surface, the inferred climatic envelopes for species or ecosystems are too narrow, leading to overestimates of climate change impacts and possibly to false inferences that predicted future climates have no

---

[2] ⟨http://www.for.gov.bc.ca/hre/becweb/⟩
[3] ⟨http://www.ocs.oregonstate.edu/prism/contacts.phtml⟩

BLM_0054761

analogue to current climates (Hamann and Wang 2005). To overcome this problem we developed simple elevation adjustment formulas that allow "intelligent" downscaling of the PRISM model using high-resolution digital elevation models (Hamann and Wang 2005, Wang et al. 2006). For this study, we generated a 400-m resolution climate data set in the British Columbia Albers Equal Area Conic projection (information *available online*),[4] covering the study area with ~6 million tiles. Starting with 36 monthly variables (climate normal measurements of mean minimum temperature, mean maximum temperature, and precipitation as defined by the World Meteorological Organization) we calculated or estimated 15 biologically relevant and interpretable variables for this study, including various degree-days, frost-free period, dryness indices, temperature extremes, and snowfall according to Wang et al. (2006). Spatial coverages of 75 monthly, seasonal, annual, and derived climate variables are publicly available through British Columbia's Ministry of Forests and Range data warehouse (*available online*).[5]

*Climate change data*

Most statistics in this study are based on an ensemble simulation of the older general circulation model CGCM1gax of the Canadian Centre for Climate Modeling and Analysis (Flato et al. 2000), which implements the IS92a emission scenario for the 30-year periods ca. 2025, 2055, and 2085 (IPCC 2001). Predictions of precipitation and temperature variables for British Columbia from this model are "middle of the road" values compared to other implementations of the IS92a scenario. The Intergovernmental Panel on Climate Change (IPCC 2001) recommends using a variety of other models to obtain a range of predictions reflecting uncertainty arising from forecasting $CO_2$ emissions and general circulation model implementations. We also evaluate two newer scenarios, the more optimistic SRES B2 "stewardship" emission scenario and the more pessimistic A2 "enterprise" emission scenario implemented through the general circulation models CGCM2 and HadCM3 and available through the Canadian Institute of Climate Studies (CICS 2004). An even greater magnitude of uncertainty than from alternate emission scenarios arises from the discrepancies among very coarse-scale predictions of directional climate change by GCMs and the observed local changes due to new weather patterns in a complex landscape such as British Columbia. We therefore also applied stronger, systematic changes to groups of related climate variables in order to explore the sensitivity of model predictions to changes that might locally be more pronounced than predicted by any GCM, particularly in precipitation. All predictions of climate change generat-

ed by GCMs were expressed as anomalies (deviations from the 1961–1990 normals). In order to add them to high-resolution baseline data without artifacts at GCM tile boundaries, anomalies were interpolated to the same 400-m resolution data using Anusplin software (Hutchinson 2005).

*Ecosystem delineation*

The Biogeoclimatic Ecological Classification (BEC) system is a hierarchical classification system that subdivides the land base of British Columbia into 14 zones, 97 subzones, and 152 variants (Pojar et al. 1987, Meidinger et al. 1991). Subzones are the basic unit of this system, representing plant communities that were defined using a Braun-Blanquet type approach (Krajina 1959, 1976, Klinka et al. 1991). Ecosystems were then spatially mapped using empirical rules based on latitude, longitude, elevation, slope, and aspect (Eng and Meidinger 1999). The finer division of BEC subzones into BEC variants accounts for climatic differences within subzones that are not distinctly reflected in plant community composition. BEC zones, the higher hierarchical division, represent major forest types, each having a homogeneous macroclimate. Predictions of ecosystems based on climate data were carried out at the BEC variant level, and all results are summarized or displayed at the BEC zone level for clarity and concise reporting. We used version four of this coverage, available online through the Ministry of Sustainable Resource Management of British Columbia (MSRM 2002). The coverage was rasterized at a 400-m resolution according to the BEC variant present at the tile center.

Predictions of ecosystems based on climate data require the landscape to be subdivided into relatively homogeneous (with regard to climate) spatial units that should span only a limited elevation range (not more than a few hundred meters). The BEC variants used in this study typically cover $0.5–1 \times 10^6$ ha. A few variants of the interior plateau and the prairies are much larger, and some submontane variants (around mountain tops) are much smaller as well as highly discontinuous. Only the Alpine Tundra zone of this ecosystem delineation did not meet the requirements for this analysis, representing all areas above tree line throughout British Columbia. We therefore subdivided the Alpine Tundra zone according to the following mountain ranges: South Coast, Mid Coast, North Coast, Northern Rocky Mountains, Southern Rocky Mountains, Central Interior (leeward side of South Coast and Mid Coast), Columbia, and Cassiar. Each of these "subzones" was then divided into "variants" by division into two elevation bands at the point where permanent glaciers typically form in each subzone if the topography is suitable.

*Bioclimate envelope modeling*

For identification of relevant climate variables, we used canonical discriminant analysis (Hand 1981),

[4] ⟨http://srmwww.gov.bc.ca/gis/bceprojection.html⟩
[5] ⟨http://www.genetics.forestry.ubc.ca/cfgc/climate-models.html⟩

implemented through PROC CANDISC and PROC DISCRIM of the SAS Statistical Software Package (SAS Institute 2001). As opposed to principal component analysis, which maximizes the variance explained among all observations, discriminant analysis maximizes the variance between groups (BEC variants), and therefore indicates which of the original variables differentiate ecosystems best. First, we used weather station data to test which climate variables meet statistical assumptions for discriminant analysis (univariate normality and homogeneity of covariance matrices among groups; we omitted tests of multivariate normality). This is not possible with interpolated climate coverages, because the statistical power of the tests is inflated by using a very large number of highly autocorrelated observations. Also, the tests of assumptions were not strictly necessary because we were only interested in the capability of PROC DISCRIM to assign observations to groups, and we did not use any inferential statistics in this study. However, satisfying these assumptions is generally beneficial because doing so minimizes misclassification error rates. As a result, precipitation variables and heat–moisture indices were log$_{10}$-transformed for all subsequent analysis.

Next, we used interpolated climate data to develop four discriminant functions with PROC CANDISC and used these functions instead of the original climate variables as input for PROC DISCRIM to avoid overparameterization. (This step is a precaution and did not prove necessary in this case.) PROC DISCRIM assigns individual observations (tiles of multivariate climate data) to groups (BEC variants), according to the Mahalanobis distance between an observation and the mean vector of the closest group, which may not necessarily be the original BEC variant. The classification procedure was repeated after climate change scenarios were applied. If the Mahalanobis distance exceeds the distance observed among a group mean vector and its original members, PROC DISCRIM still carries out the classification. Therefore, we recalculated the Mahalanobis distance between the observation and the mean vector of the assigned group using the algorithm 7.2.2. in Falk et al. (1995) implemented through PROC IML. If the maximum distance to its original members was exceeded, the observation was marked as not matching any current climatic conditions in British Columbia. The percentage of correct allocations and the misclassification error among groups was subsequently summarized with PROC UNIVARIATE at the BEC zone level because the matrices would be too large to be informative at the variant level. Similarly, all changes from a current BEC variant to a predicted BEC variant after climate change were summarized at the BEC zone level.

### Maps of potential habitat for tree species

Maps of species distribution and frequencies were generated by simply replacing current and predicted BEC variants with known species frequencies for these variants (Hamann et al. 2005). These species frequencies were obtained by overlaying the BEC system coverage with a database of 34 000 botanical inventory plots, each 0.4 ha in area. This database contained a measure of percentage ground cover for each species for several vegetation layers, and we used this measure to calculate an expected percentage ground cover for each species in each BEC variant (Hamann et al. 2005). Unlike distribution maps that delineate actual forest stands and include changes due to human disturbance, our range maps delineate the potential habitat of a species with frequencies expected under a natural disturbance regime. Predicted changes in species frequencies were summarized by BEC zone with PROC UNIVARIATE evaluating a from–to matrix of BEC variant changes after applying climate change scenarios.

## RESULTS AND DISCUSSION

### Relevance of climate variables

Four orthogonal canonical discriminant functions are required to account for most of the variance in climate variables among ecosystems in British Columbia. These independent climate dimensions account for 90% and 92% of the total variance in weather station data and interpolated climate coverages, respectively. Virtually identical discriminant functions were obtained for weather stations and interpolated climate coverages, indicating that the analysis works properly with autocorrelated data, as well. The linear combinations are plotted in Fig. 1 (upper left, weather station data; lower left, interpolated data) and the correlations among the canonical functions and the original climate variables are given in Table 1. The first canonical discriminant function for interpolated data (eigenvalue = 9.8, variance explained = 0.56) reflects a gradient from maritime to continental climate with milder winters and more precipitation on the coast due to a strong oceanic influence (Fig. 1, Map CAN1, where tiles of interpolated climate data are colored according to the discriminant function score). The second, independent canonical discriminant function (eigenvalue = 4.9, variance explained = 0.23) mainly reflects a temperature gradient and shows particularly high correlations with temperature variables measured during the growing season such as degree-days and summer temperature (Table 1). This climate dimension, independent from the first, can be observed along elevational gradients (Fig. 1, Map CAN2). The third and fourth discriminant functions with eigenvalues >1 explain 9% and 4%, respectively, of the variance and are significant at levels of $P < 0.05$. The third and fourth functions are important to reliably separate some interior BEC variants. All other canonical discriminant functions can be dropped without affecting the predictions or misclassification error rates.

It is generally assumed that the choice of climate variables is an important decision for bioclimate envelope modeling. Parmesan et al. (2000) points out

BLM_0054763



Fig. 1.   Canonical discriminant analysis of weather station data (top) and PRISM data (bottom) for Biogeoclimatic Ecological Classification (BEC) zones. Positive scores in CAN1 indicate continental conditions; negative scores indicate maritime conditions. Positive scores in CAN2 indicate cold/wet climate; negative scores indicate warm/dry climate. For complete names of BEC zones, refer to Fig. 2.

that extreme climatic events are responsible for ecological responses to general climatic trends, and that such climate variables should therefore be included in this type of analysis. However, average measurements, such as growing degree-days or mean annual temperature, may be effective drivers of species ranges. These variables do not directly "kill" individuals (as would

extreme cold or extreme drought), but under certain average conditions, give a competitive advantage to individuals, populations, or species with maximum fitness. While this type of analysis provides some indication of what climate variables are relevant to distinguish ecosystems (and by implication relevant to determine species ranges in general), it should be noted

BLM_0054764

Case No. 1:20-cv-02484-MSK   Document 43-11   filed 04/28/21   USDC Colorado   pg 44 of 166

TABLE 1.   Loadings of canonical discriminant functions with weather station data and interpolated data.

| Climate normal | Code | Weather station data | | | | Interpolated data | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | CAN1 | CAN2 | CAN3 | CAN4 | CAN1 | CAN2 | CAN3 | CAN4 |
| Mean annual temperature | MAT | −0.72 | **0.54** | −0.38 | −0.07 | −0.55 | **0.82** | −0.01 | 0.00 |
| Mean coldest month temperature | MCMT | **−0.88** | 0.39 | −0.12 | −0.16 | **−0.82** | 0.47 | −0.06 | 0.01 |
| Extreme minimum temperature | MIN | **−0.90** | 0.14 | −0.17 | −0.15 | **−0.92** | 0.45 | −0.05 | −0.17 |
| Mean warmest month temperature | MWMT | −0.01 | **0.66** | −0.54 | 0.02 | 0.07 | **0.88** | −0.24 | −0.05 |
| Extreme maximum temperature | MAX | 0.24 | **0.55** | −0.28 | 0.06 | | | | |
| Continentality† | CONT | **0.93** | −0.16 | −0.08 | 0.18 | **0.90** | −0.05 | −0.17 | −0.13 |
| Mean annual precipitation (ln) | MAP | **−0.86** | −0.20 | 0.30 | 0.29 | **−0.89** | −0.23 | 0.40 | −0.19 |
| Mean summer precipitation (ln) | MSP | −0.48 | −0.32 | 0.43 | **0.57** | −0.66 | −0.40 | 0.41 | **0.51** |
| Mean winter precipitation (ln) | MWP | **−0.91** | −0.12 | 0.28 | 0.20 | **−0.90** | −0.17 | 0.29 | 0.12 |
| Precipitation as snow (ln) | PAS | 0.45 | −0.12 | **0.69** | 0.27 | −0.41 | −0.63 | **0.61** | 0.27 |
| Annual heat moisture index (ln)‡ | AHM | 0.68 | 0.43 | −0.45 | −0.31 | 0.68 | 0.62 | −0.44 | −0.15 |
| Summer heat moisture index (ln)§ | SHM | 0.40 | 0.46 | −0.53 | **−0.46** | 0.58 | 0.66 | −0.42 | **0.49** |
| Number of frost-free days | NFFD | −0.86 | **0.59** | −0.39 | −0.05 | −0.60 | **0.70** | −0.39 | −0.05 |
| Degree-days >5°C | DD5 | −0.40 | **0.54** | **−0.56** | −0.08 | −0.15 | **0.90** | **−0.53** | −0.12 |
| Degree-days <0°C | DD0 | **0.90** | −0.14 | 0.25 | 0.15 | **0.82** | −0.63 | 0.32 | 0.14 |

*Note:* Log-transformed climate variables are designated as (ln); boldface indicates the most important variables.
† MWMT − MCMT.
‡ (MAT + 10)/(MAP × 1000).
§ (MWMT)/(MSP × 1000).

that many climate variables are highly correlated (Table 2). To an even greater degree, this correlation applies to monthly and seasonal averages (data not shown), making it impossible to determine the variable that is the actual driver of biological response, as pointed out by Parmesan et al. (2005). In fact, we can randomly drop up to 10 of the 15 variables used in that analysis, and the canonical discriminant analysis still "forces" any set of remaining variables into composites virtually identical to CAN1 and CAN2, shown in Fig. 1.

We interpret these results as a good illustration that bioclimate envelope studies can only assist in determining which factors limit the extent of an ecosystem or a species range. We can reliably extract composite variables that represent relevant variables, but the mechanistic drivers of changes to ecosystem and species distribution remain unknown and have to be determined through experimental studies or empirical observations (Parmesan et al. 2005). For climate change modeling,

this is unproblematic as long as correlations among measured variables and the unknown mechanistic drivers remain constant under future scenarios. It has been suggested that the frequency of extreme events may increase disproportionately compared to changes in average variables (Schaer et al. 2004). However, we find no indication that the correlation matrix of climate variables for British Columbia (Table 2) changes when GCM predictions are added to baseline data (data not shown), and currently we have no quantitative basis for modeling under a different assumption.

*Model fit and model limitations*

Misclassification error rates in this analysis are defined by the multivariate technique that we used, although other measures are available to evaluate the predictive capability of ecosystem-based (or biome-based) climate envelope models (Sykes et al. 1999). Misclassification error rates range from 10% for

TABLE 2.   Correlation coefficients for 15 biologically relevant climate normals (1961–1990) measured at 440 weather stations in British Columbia, Canada.

| Climate variable | Code | MCMT | MIN | MWMT | MAX | CONT | MAP | MSP | MWP | PAS |
|---|---|---|---|---|---|---|---|---|---|---|
| Mean annual temperature | MAT | **0.93** | 0.82 | 0.66 | 0.27 | −0.73 | 0.40 | 0.01 | 0.48 | −0.68 |
| Mean coldest month temperature | MCMT | | **0.92** | 0.36 | 0.00 | **−0.93** | 0.61 | 0.21 | 0.68 | −0.62 |
| Extreme minimum temperature | MIN | | | 0.23 | −0.19 | −0.89 | 0.68 | 0.31 | 0.74 | −0.58 |
| Mean warmest month temperature | MWMT | | | | 0.72 | 0.01 | −0.41 | −0.16 | −0.16 | −0.36 |
| Extreme maximum temperature | MAX | | | | | 0.28 | −0.35 | −0.43 | −0.30 | −0.01 |
| Continentality | CONT | | | | | | −0.74 | −0.38 | −0.79 | 0.52 |
| Mean annual precipitation (log) | MAP | | | | | | | 0.82 | **0.99** | −0.06 |
| Mean summer precipitation (log) | MSP | | | | | | | | 0.73 | 0.20 |
| Mean winter precipitation (log) | MWP | | | | | | | | | −0.12 |
| Precipitation as snow (log) | PAS | | | | | | | | | |
| Annual heat moisture index (log) | AHM | | | | | | | | | |
| Summer heat moisture index (log) | SHM | | | | | | | | | |
| Number of frost-free days | NFFD | | | | | | | | | |
| Degree-days >5°C | DD5 | | | | | | | | | |
| Degree-days <0°C | DD0 | | | | | | | | | |

*Note:* Log$_{10}$-transformed climate variables are designated as (log); boldface indicates correlation coefficients >0.90.

ecosystems in areas of low topographic relief to 60% for ecosystems that occupy narrow elevation bands in steep mountains (Appendix A: Table 1). Even large misclassification errors occur only among immediately adjacent zones and on a very small spatial scale resulting in an apparently almost-perfect match when visualized on a map (Appendix A: Fig. A1). Note that an independent model test, e.g., randomly subdividing the data set for model development and model testing is not possible in our case, because neither interpolated climate data nor rasterized BEC variants are independent variables. The misclassification error rates remain identical even if we use a random 1% subset of the data (60 000 observations) to develop a model and then predict the remaining 99%. To save computing time we build models using a systematically subsampled data set containing 6.25% of the tiles. Because the BEC delineation is spatially explicit at a map scale of 1:250 000 we had to work at ~100 to 1000 times higher spatial resolution than most other bioclimate envelope-type studies in order to obtain reasonably low misclassification error rates. When working at lower resolutions, for example the PRISM data native 1.25 arcmin resolution, misclassification was very high (Appendix A: Fig. A1). Also, BEC zones were classified into narrower climatic envelopes because PRISM predictions are based on a considerably smoothed elevation surface, which leads to overestimating the effect of climate change (Hamann and Wang 2005).

Because we had no independent statistical test to evaluate the model and explore its limitations, we used a different assessment. A good indication of the model's suitability to predict ecosystem and species distributions under climate-warming scenarios should be its capability of predicting ecological zones and implied species distributions south of British Columbia, extrapolating into warmer climate conditions (Appendix A2: Fig. A2). We compared these extrapolations visually using Little's (1971) approximate species range maps (Appendix A: Figs. A3–7). If the prediction for an ecosystem in these maps is dotted, it means that it has been marked as having no exact match to current ecosystems in British Columbia. For example, orange dots in California (Appendix A: Fig. 2) indicate that no similar climatic conditions are observed in British Columbia, and no ecosystem can be properly matched to what, in fact, is an oak savannah; however, the ecosystem that is climatically most similar is coastal Douglas-fir (CDF, orange). Because Douglas-fir (*Pseudotsuga menziesii*) is present in the CDF ecosystem, the model will predict the presence of the species for this area in California, but it extrapolates beyond data coverage (indicated by a dotted distribution).

We examined a number of representative species distributions, starting with a common interior species, *Pinus contorta*. Extrapolations to the south appear to be mostly correct, including the prediction of two small, outlying populations as far away as southern California (Appendix A: Fig. A3). That is possible because climatic conditions equivalent to southern desert conditions can be found in British Columbia, resulting in a more or less complete bracketing of the species' southern climatic limits within British Columbia. On the other hand, our extrapolations overpredicted the species range in the north and the Prairies, which could be due to (1) lack of data to accurately model northern range limits; (2) factors other than climate, e.g., soils, that limit the species distribution in the prairies; (3) the species still being in the process of expanding north into correctly predicted habitat. It is likely that the last explanation applies to *Pinus contorta* in that example (Cwynar and Macdonald 1987). However, for climatically more homogeneous regions, such as the Canadian prairies or the Great Plains in the United States, we expect that additional factors have to be included to accurately model species distributions. Next, we investigated an example for a common coastal species *Alnus rubra* (Appendix A: Fig. A4). Small, outlying populations in Idaho are correctly predicted, but the model fails to appropriately delineate the southern coastal range limit in California. In that case we had a clear example of lack of equivalent climate in British Columbia (indicated by the dotted areas) to accurately model the species' southern range limit. *Pseudotsuga menziesii* (Appendix A: Fig. A5) serves as an example for a species that has only about half of its range inside British Columbia. It has both a coastal and interior distribution, and similar limitations as discussed for the two examples above apply for extrapolations beyond British Columbia (overprediction for the Great Plains and inability to simulate the southern coastal range limit). Observations described in the previous examples apply to two more examples for species that occur infrequently in British Columbia, *Larix occidentalis* in the interior and *Arbutus menziesii* on the coast (Appendix A: Figs. A6 and 7). At least for high-elevation species where we only had data from the northern edge of the distribution, we could predict reasonably well the southern range limit,

TABLE 2. Extended.

| AHM | SHM | NFFD | DD5 | DD0 |
|---|---|---|---|---|
| −0.07 | 0.18 | **0.91** | **0.90** | −0.85 |
| −0.33 | −0.07 | **0.92** | 0.69 | **−0.94** |
| −0.46 | −0.20 | **0.92** | 0.58 | **−0.93** |
| 0.48 | 0.63 | 0.39 | 0.89 | −0.23 |
| 0.48 | 0.57 | −0.04 | 0.51 | 0.14 |
| 0.54 | 0.33 | −0.83 | −0.38 | **0.91** |
| **−0.94** | −0.76 | 0.59 | 0.08 | −0.65 |
| −0.88 | **−0.97** | 0.22 | −0.24 | −0.25 |
| **−0.90** | −0.66 | 0.65 | 0.16 | −0.71 |
| −0.16 | −0.28 | −0.72 | −0.64 | 0.72 |
|  | 0.89 | −0.33 | 0.22 | 0.41 |
|  |  | −0.08 | 0.45 | 0.15 |
|  |  |  | 0.74 | **−0.95** |
|  |  |  |  | −0.61 |

presumably because of equivalent low-elevation range boundaries that can be observed in British Columbia. On the other hand, predictions of coastal distributions are marked as unreliable for Washington (although they are usually correctly predicted), and the model always fails to correctly predict southern range limits of coastal species in California. These limitations do not seem to be of concern because climate predicted by GCMs for British Columbia do not approach conditions equivalent to those observed in California, where a large portion of the species covered in this study have their southern range limits.

We find it astonishing that many unexpected and apparently random features of species distributions can be predicted using climate variables alone and by extrapolating far beyond the area sampled. To give another example, *Alnus tenuifolia* (not shown) has an entirely interior distribution except for a small coastal population in the northern corner of the Alaska Panhandle. That is correctly predicted without any data from this region. The model appears to support the view that climate is the primary factor controlling the distribution of plants (Tuhkanen 1980, Woodward 1987, Woodward and Williams 1987). At least in landscapes with strong climatic gradients, such as the Pacific Northwest, distributions for many species can be quite accurately modeled without other environmental parameters, provided that high-resolution climate data and accurate species frequency maps or ecosystem maps are available.

*Effect of climate change on ecosystem distribution*

Fig. 2 and Table 3 summarize how the climatic envelope of current ecosystems would shift according to the general circulation model CCGA1gax of the Canadian Centre for Climate Modelling and Analysis (additional statistics, results from other models, and high-resolution regional maps are available in Appendix B). Many zones that are partially or entirely in mountainous areas shift upward (AT, CWH, ICH, SWB, and MH). The Mountain Hemlock zone, which consists of a narrow band on the east side of the coast mountains, appears to be particularly vulnerable. By 2055 there is almost no spatial overlap with the zone's current climatic envelope (Table 3, Appendix B: Table B2 and Fig. B1). A notable exception to this pattern of upward elevation shifts is the climatic envelope of the Montane Spruce (MS) ecosystem, which only shows minor changes in average elevation but is largely reduced in extent by its changing to IDF and SBS climates (Table 3, Appendix B: Fig. B1). The largest shifts of climatic envelopes toward the north can be observed in ESSF, PP, and IDF zones (Table 3). The north shift statistics in Table 3 for AT and MS have to be interpreted in conjunction with the maps (Fig. 2). Since the measurements represent average locations of ecosystems modeled only within British Columbia, the shift also reflects whether a climate region disappears

more rapidly in the north or in the south. The largest absolute area changes are the initial expansion of the climatic envelope for Interior Cedar Hemlock (ICH) and the rapid reduction of the Alpine Tundra (AT) and Spruce–Willow–Birch (SWB) climates by 2025. Subsequently, Interior Douglas-fir (IDF) and Ponderosa Pine (PP) climate regions expand throughout the interior plateau, replacing current climate envelopes of sub-boreal and boreal ecosystems (SBS, SBPS, and BWBS).

In this analysis, we do find climate regions under climate change scenarios that today have no equivalent in British Columbia. However, they are restricted to small areas within the predicted Coastal Douglas-fir (CDF) and Bunchgrass (BG) zones and have not been treated separately. Equivalent ecosystems that fit the descriptions of those zones exist farther south in the United States. The shift of the realized climate space may be approximately visualized by shifting the coordinate system of plots in Fig. 1 down (towards warmer temperatures) and slightly left (toward less continental conditions). Only the warmest and driest ecosystems plotted at the bottom of the graph (CDF and BG) lack equivalents today. That also applies in theory to the bottom fringe (warmest areas) of the transition zone between coastal (left) and interior ecosystems (right). However, those transition zones occur only in valleys that cross the coast mountains into the interior. The zones have almost no spatial representation in the actual landscape and are usually not mapped. (Note the open scatter of relatively few tiles where CAN1 = −2 to 0 between the solid blocks representing the coastal and interior ecosystems in Fig. 1, bottom plot.) The situation may be different for climatically more uniform landscapes, where the realized climate space may be small relative to predicted or past climate change. In that case, climate change might lead predominantly to new realized climate space that has no current equivalent, as described by Jackson and Overpeck (2000).

Similar are the effects of climate change on the climatic envelope of ecosystems in British Columbia according to two other emission scenarios and a different implementation of these scenarios by the Hadley Centre (Appendix B: Fig. B3), simply reflecting slightly different predicted rates of warming. The climate change predictions of the IS92a scenario and the CGCM1 implementation are virtually identical to the newer SRES A2 scenario and the CGCM2 implementation. The more optimistic SRES B2 scenario results in a slightly reduced rate of change and the HadCM3 implementation of the SRES A2 scenario predicts more warming and slightly less precipitation, resulting in accelerated zone shifts. In order to better understand the model's sensitivity to changes in precipitation variables, we applied a series of arbitrary changes to all variables. A uniform 2°C increase to all temperature variables has an effect similar to general circulation model predictions of the same magnitude and appears to be the main driver of zone shifts



FIG. 2.   Shift of the climatic envelope of ecological zones based on the ensemble simulation CGCM1gax for the normal periods 2011–2040 (2025), 2041–2070 (2055), and 2071–2100 (2085). The ecological zones are: CDF, Coastal Douglas-fir; CWH, Coastal Western Hemlock; BG, Bunchgrass; PP, Ponderosa Pine; IDF, Interior Douglas-fir; ICH, Interior Cedar–Hemlock; SBPS, Sub-boreal Pine and Spruce; SBS, Sub-boreal Spruce; BWBS, Boreal White and Back Spruce; MH, Mountain Hemlock; ESSF, Engelmann Spruce–Subapline Fir; MS, Montane Spruce; SWB, Spruce–Willow–Birch; AT, Alpine Tundra.

(Appendix B: Fig. B3). An additional precipitation increase or decrease by 10, 25, 50, and 100% (more than predicted by GCMs) can slow or reverse the anticipated expansion of grassland habitat and dry interior ecosystems (Appendix B: Fig. B3). Although these values are far beyond expectations from GCMs, they may approximate the effect of increased water use efficiency due to elevated atmospheric $CO_2$ concentration if water is a limiting factor for growth and

survival (Knapp and Soule 1996, Idso 1999, Saxe et al. 2001, Polley et al. 2003). As expected, there is no effect from increased or decreased precipitation for wet coastal ecosystems or the moist inland mountain ranges.

*Tree species distribution and frequencies*

Table 4 provides statistics for changes in distribution and frequency of all tree species in British Columbia (a

ANDREAS HAMANN AND TONGLI WANG   Ecology, Vol. 87, No. 11

TABLE 3.  Changes in biogeoclimatic ecological zone distribution according to ensemble model CCGA1gax for the normal periods 2011–2040 (2025), 2041–2070 (2055), and 2071–2100 (2085).

| Ecological zone | Code | Elevation shift (m) | | | North shift (km) | | | Area change (%) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2025 | 2055 | 2085 | 2025 | 2055 | 2085 | 2025 | 2055 | 2085 |
| Alpine Tundra | AT | +168 | +303 | +542 | −5 | −67 | −210 | −60 | −85 | −97 |
| Bunchgrass | BG | +104 | +179 | +243 | 14 | 16 | 9 | 159 | 418 | 773 |
| Boreal White and Blue Spruce | BWBS | +37 | +56 | +199 | 18 | 53 | 78 | 4 | −11 | −44 |
| Coastal Douglas-fir | CDF | +0 | +4 | +7 | 23 | 87 | 156 | 62 | 176 | 336 |
| Coastal Western Hemlock | CWH | +134 | +224 | +317 | 30 | 44 | 56 | 27 | 40 | 50 |
| Engelmann Spruce–Subalpine Fir | ESSF | +86 | +143 | +225 | 154 | 224 | 287 | 6 | 3 | −27 |
| Interior Cedar Hemlock | ICH | +113 | +194 | +307 | 72 | 94 | 105 | 112 | 154 | 207 |
| Interior Douglas-fir | IDF | +40 | −42 | +55 | 85 | 264 | 349 | 38 | 160 | 149 |
| Mountain Hemlock | MH | +263 | +418 | +597 | 35 | 69 | 109 | −24 | −52 | −79 |
| Montane Spruce | MS | −28 | −22 | +85 | 149 | 302 | 446 | −19 | −40 | −68 |
| Ponderosa Pine | PP | +175 | +186 | +218 | 10 | 278 | 614 | 12 | 53 | 452 |
| Sub-boreal–Boreal Pine and Spruce | SBPS | +143 | +282 | +471 | −15 | −13 | −11 | −49 | −82 | −98 |
| Sub-boreal–Boreal Spruce | SBS | +44 | +191 | +384 | 40 | 198 | 126 | −13 | −69 | −85 |
| Spruce–Willow–Birch | SWB | +179 | +410 | +516 | 63 | 53 | 38 | −69 | −93 | −99 |

*Note:* Elevation and north shifts are measured as averages of ecological zones within British Columbia, relative to averages modeled under 1961–1990 climate.

breakdown of statistics by ecological zones and maps is provided in Appendix C). The model fit statistic provided in this table is not comparable to the error of omission accuracy statistic of other studies, except in a purely descriptive sense. In our case, the statistic is just a different way of summarizing ecosystem misclassification rates (Table 3) and is not based on independent data. Our model fit for species ranges is quite comparable to other climate envelope type studies (Iverson and Prasad 1998), and one should note that at least a portion of that misclassification occurs at a very fine scale. Rates appear to be acceptable except for *Pinus flexilis* and *Larix lyallii*, which reach British Columbia only at the very northern tip of their ranges and occur only in a single variant. In those two cases the "lost habitat" and "frequency change" statistics are not meaningful. The other instance of a species occurring in a single variant is *Quercus garryana*. Neither are statistics meaningful for that species. In particular, the statistic "frequency change" cannot be reliable for species that are not well represented in British Columbia over several of BEC variants. However, we kept these species in the table to illustrate the method's limitations.

The maps and statistics reveal the following general trends: (1) many hardwoods that have their current northern range limit within British Columbia gain large amounts of new potential habitat, increase in frequency where they already occur, and rarely lose a significant amount of habitat, for example *Acer macrophyllum* (mapped in Appendix C: Fig. C4) for the coast and *Corylus cornuta* (Appendix C: Fig. C9) for the interior; (2) most hardwoods that already occur throughout British Columbia appear to be relatively unaffected in their overall frequency by climate change but could potentially occupy higher elevations, for example *Alnus tenuifolia* (Appendix C: Fig. C5) and *Populus balsami-fera* (Appendix C: Fig. C13); (3) some of the most important conifer species in British Columbia are

expected to significantly decrease in frequency and/or lose a large portion of their suitable habitat, for example *Abies lasiocarpa* (Appendix C: Fig. C3), *Picea glauca* (Appendix C: Fig. C11), *Picea engelmanii*, *Picea mariana*, and *Pinus contorta* (Appendix C: Fig. C12); (4) along with hardwoods, conifers that currently have a more southern distribution are expected to gain suitable habitat toward the north at a pace of at least 100 km per decade and to increase in frequency where they already occur, for example *Abies grandis* (Appendix C: Fig. C2), *Pseudotsuga menziesii* (Appendix C: Fig. C14) and *Thuja plicata* (Appendix C: Fig. C15); and (5) species that occur along elevation bands in mountainous terrain lose potential habitat faster than they gain new habitat and are expected to rapidly decline in frequency at their current elevations, for example *Chamaecyparis nootka-tensis* (Appendix C: Fig. C8), *Pinus albicaulis*, and *Tsuga mertensiana*.

Predicted increases or decreases in species frequencies for each ecosystem will, of course, not literally be observed, even if climate changes over the next decades follow predictions. It is inherent to the analysis that we model the realized niche of species (and usually only a portion), while the fundamental (and potential) niche space is unknown. If the fundamental niche space of a particular species is much larger than the realized niche, there may not be any observable biological response. Mature individuals of all tree species have, in fact, a wide physiological tolerance to warmer climatic conditions. Nevertheless, a predicted decrease in frequency may be observable as (1) decreased growth rate of a species relative to others, (2) decreased natural recruitment, (3) higher reforestation failure for a species relative to others, or (4) increased disease problems or other types of mortality. Tree species highlighted in Appendix C: Table C1 can be used to contrast species with an opposite expected response within each ecosystem. For example, in the Sub-boreal Pine and Spruce

BLM_0054769

November 2006          CLIMATE CHANGE BC ECOSYSTEMS          2783

TABLE 4.   Changes in tree species distribution and frequency according to ensemble model CCGA1gax for the normal periods 2011–2040 (2025), 2041–2070 (2055), and 2071–2100 (2085).

| Species | Model Fit† | Habitat lost (%)‡ | | | New habitat (%)‡ | | | Frequency change (%)§ | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2025 | 2055 | 2085 | 2025 | 2055 | 2085 | 2025 | 2055 | 2085 |
| *Abies amabilis* (Dougl. ex Loud.) Forbes | 80 | 9 | 14 | 16 | 38 | 53 | 50 | −10 | −23 | −47 |
| *Abies grandis* (Dougl. ex D. Don) Lindl. | 82 | 3 | 9 | 19 | 80 | 240 | 595 | 31 | 36 | 26 |
| *Abies lasiocarpa* (Hook.) Nutt. | 87 | 12 | 32 | 54 | 16 | 20 | 19 | −24 | −50 | −75 |
| *Acer circinatum* Pursh | 50 | 26 | 38 | 35 | 77 | 166 | 272 | 12 | 41 | 74 |
| *Acer glabrum* Torr. | 76 | 8 | 10 | 24 | 57 | 100 | 127 | 43 | 102 | 79 |
| *Acer macrophyllum* Pursh | 77 | 1 | 2 | 3 | 77 | 149 | 216 | 31 | 69 | 97 |
| *Alnus tenuifolia* Nutt. | 81 | 13 | 17 | 31 | 25 | 36 | 52 | −3 | −24 | −56 |
| *Alnus rubra* Bong. | 85 | 3 | 5 | 4 | 37 | 55 | 72 | 10 | 33 | 72 |
| *Alnus viridis* (Chaix.) D. C. | 84 | 12 | 24 | 47 | 22 | 29 | 32 | −12 | −32 | −71 |
| *Arbutus menziesii* Pursh | 81 | 0 | 0 | 0 | 73 | 209 | 318 | 42 | 73 | 95 |
| *Betula neoalaskana* Sarg. | 82 | 12 | 34 | 71 | 16 | 6 | 1 | 1 | −15 | −59 |
| *Betula occidentalis* Hook. | 65 | 33 | 39 | 41 | 47 | 102 | 149 | 4 | 27 | −19 |
| *Betula papyrifera* Marsh. | 83 | 7 | 9 | 5 | 41 | 53 | 66 | 64 | 80 | 62 |
| *Chamaecyparis nootkatensis* (D. Don) Spach | 82 | 11 | 16 | 21 | 24 | 33 | 31 | −32 | −55 | −75 |
| *Cornus nuttallii* Aud. ex T. & G. | 70 | 2 | 3 | 4 | 80 | 154 | 229 | 20 | 53 | 88 |
| *Corylus cornuta* Marsh. | 65 | 8 | 16 | 29 | 166 | 343 | 524 | 79 | −25 | −14 |
| *Crataegus* spp. | 49 | 55 | 53 | 51 | 122 | 198 | 468 | −71 | −54 | −37 |
| *Juniperus scopulorum* Sarg. | 69 | 23 | 42 | 67 | 93 | 261 | 389 | −5 | −25 | −64 |
| *Larix laricina* (Du Roi) K. Koch | 85 | 9 | 32 | 68 | 13 | 52 | 75 | −4 | −28 | −65 |
| *Larix lyallii* Parl.‖ | 28 | 84 | 98 | 100 | 58 | 38 | 19 | −98 | −100 | −100 |
| *Larix occidentalis* Nutt. | 54 | 43 | 44 | 61 | 107 | 343 | 508 | −17 | −20 | −49 |
| *Malus fusca* (Raf.) Schneid. | 85 | 3 | 5 | 3 | 48 | 74 | 86 | 64 | 77 | 43 |
| *Picea engelmannii* Parry ex Engelm. | 75 | 28 | 32 | 41 | 49 | 80 | 81 | −7 | −10 | −55 |
| *Picea glauca* (Moench) Voss | 78 | 21 | 40 | 68 | 20 | 17 | 14 | −23 | −52 | −77 |
| *Picea mariana* (P. Mill.) B.S.P. | 84 | 22 | 43 | 67 | 21 | 21 | 17 | −7 | −14 | −42 |
| *Picea sitchensis* (Bong.) Carr. | 81 | 8 | 10 | 9 | 27 | 36 | 40 | 17 | 3 | −29 |
| *Pinus albicaulis* Engelm. | 54 | 59 | 70 | 73 | 52 | 73 | 76 | −66 | −90 | −98 |
| *Pinus contorta* Dougl. | 88 | 7 | 9 | 27 | 16 | 24 | 31 | −13 | −24 | −50 |
| *Pinus flexilis* Engelm.‖ | 19 | 89 | 100 | 100 | 108 | 381 | 218 | −83 | −100 | −100 |
| *Pinus monticola* Dougl. ex D. Don | 66 | 10 | 10 | 10 | 80 | 178 | 227 | 24 | 52 | 39 |
| *Pinus ponderosa* Dougl. ex P.& C. Lawson | 68 | 15 | 6 | 1 | 79 | 311 | 597 | 83 | 179 | 321 |
| *Populus balsamifera* L. | 81 | 10 | 17 | 16 | 30 | 39 | 48 | 1 | −8 | −1 |
| *Populus tremuloides* Michx. | 85 | 9 | 12 | 22 | 18 | 25 | 34 | 15 | −16 | −43 |
| *Prunus emarginata* (Dougl.) Walp. | 57 | 21 | 28 | 32 | 130 | 279 | 488 | 24 | 55 | 80 |
| *Prunus pennsylvanica* L. f. | 59 | 41 | 76 | 97 | 54 | 42 | 17 | −44 | −78 | −98 |
| *Prunus virginiana* L. | 70 | 11 | 3 | 1 | 69 | 126 | 212 | 14 | 55 | 142 |
| *Pseudotsuga menziesii* (Mirbel) Franco | 79 | 10 | 11 | 10 | 48 | 82 | 124 | 36 | 76 | 77 |
| *Quercus garryana* Dougl.‖ | 81 | 0 | 0 | 0 | 73 | 209 | 318 | 0 | 0 | 0 |
| *Rhamnus purshiana* DC. | 57 | 19 | 29 | 29 | 113 | 219 | 282 | 17 | 48 | 74 |
| *Salix bebbiana* Sarg. | 79 | 19 | 18 | 28 | 26 | 37 | 49 | −13 | −25 | −51 |
| *Salix discolor* Muhl. | 67 | 38 | 79 | 95 | 85 | 56 | 20 | −32 | −64 | −91 |
| *Salix lucida* Muhl. | 52 | 41 | 55 | 71 | 69 | 81 | 77 | −63 | −66 | −77 |
| *Salix scouleriana* Barratt ex Hook. | 78 | 21 | 34 | 60 | 25 | 35 | 36 | −29 | −49 | −76 |
| *Salix sitchensis* Sanson ex Bong. | 56 | 33 | 46 | 38 | 56 | 76 | 71 | −20 | −51 | −53 |
| *Taxus brevifolia* Nutt. | 81 | 8 | 5 | 11 | 57 | 136 | 195 | −8 | −16 | −39 |
| *Thuja plicata* Donn ex D. Don | 82 | 5 | 5 | 8 | 54 | 94 | 124 | 14 | 24 | 32 |
| *Tsuga heterophylla* (Raf.) Sarg. | 77 | 6 | 5 | 7 | 47 | 90 | 109 | 6 | 1 | −13 |
| *Tsuga mertensiana* (Bong.) Carr. | 66 | 29 | 48 | 73 | 34 | 37 | 37 | −50 | −80 | −91 |

† Overlap of observed and predicted range as percentage of observed range.
‡ Overlap of observed and predicted range as percentage of current predicted range.
§ Change in frequency as percentage of current frequency, new habitat excluded from calculation.
‖ Statistics for these species, particularly change in frequency, have limited meaning because they are based on a single ecosystem variant.

Zone (SBPS) of the interior plateau, we predict the largest decrease in frequency for *Pinus contorta,* while at the same time *Pseudotsuga menziesii* is predicted to increase in frequency. Systematic surveys of biological response that reflect these contrasting predictions could forcefully support (or reject) the hypothesis that observed biological changes are causally related to climate change.

Another interesting observation from this analysis is that species do not change their distribution or frequency in concert, which has similarly been concluded from fossil records (Webb 1987, Davis and Shaw 2001) and can be explained by niche theory (Jackson and Overpeck 2000). Differential reproductive rates and dispersal abilities may be important factors in determining the response of individual species to climate change, but modeling of the realized niche alone can account for independent geographical shifts of species, as well as for disassembly and reassembly of species into various communities under directional climate change. The

BLM_0054770

Case No. 1:20-cv-02484-MSK   Document 43-11   filed 04/28/21   USDC Colorado   pg 50 of 166

study is a particularly good illustration of that effect because species response is not modeled separately, but is simply inferred from modeling the realized climate space of current ecosystems. Response to climate change is therefore not expected to be uniform throughout communities, and Parmesan and Yohe's (2003) finding that about one-third of the species reviewed had no statistically significant change in distribution does not appear to have been an unexpected result, even considering niche theory alone as an explanation.

## Conclusions

We developed an ecosystem-based climate envelope modeling approach to assess potential climate change impact on forest ecosystems and tree species. The model was capable of predicting species ranges at high resolution far beyond the study area, including southern range limits and outlying populations for many species, which supports the view that climate is the primary factor controlling the distribution of plants. Four orthogonal canonical discriminant functions were required to describe the realized climate space for British Columbia's ecosystems and to model the realized niche space for tree species under current and predicted future climates.

Tree species within their northern range limits in British Columbia gained potential habitat at a pace of at least 100 km per decade; frequently occurring hardwoods appeared to be generally unaffected by climate change; and some of the most important conifer species in British Columbia were expected to lose a large portion of their suitable habitat. Despite the fact that response to climate change was not modeled separately for each species, species changed their distribution and frequency individualistically as expected from niche theory. The results supported the theoretical expectation that in community-wide surveys of biological response to climate change, a certain proportion of species will show no response or a reversed response.

The predicted spatial redistribution of realized climate space for British Columbia's ecosystems appears to be considerable even at the zone level, which represents major forest types. Ecosystems in mountainous areas appear to be particularly vulnerable, spatially shifting out of their current climatic envelope within 50 years. Other notable predictions are the initial expansion of the climatic envelope for Interior Cedar Hemlock within ~25 years, followed by expansion of the Interior Douglas-fir and Ponderosa Pine climate regions throughout the interior plateau replacing the current climate space of sub-boreal and boreal ecosystems.

The magnitude of predicted changes, climate change trends already observed in British Columbia, and presumed biological impacts, such as the current mountain pine beetle epidemic, strongly suggest that ecosystems and forest resources are threatened by continued global warming. If currently observed climate trends continue or accelerate, major changes to management of natural resources will become necessary. Because of modeling uncertainties at small spatial scales, systematic field monitoring of biological response to climate change guided by our model predictions may be the best indicator for the need to implement management changes.

## Acknowledgments

We thank Del Meidinger for provision of data from the BC Provincial Ecology Program. Support by project leader Sally Aitken is gratefully acknowledged. Funding for this study was provided by a joint Strategic Grant from NSERC and the BIOCAP Canada Foundation, and by the Forest Investment Account through both the BC Forest Science Program and the Forest Genetics Council of British Columbia. We also thank two anonymous reviewers for their excellent suggestions and thorough editing.

## Literature Cited

Bakkenes, M., J. R. M. Alkemade, F. Ihle, R. Leemans, and J. B. Latour. 2002. Assessing effects of forecasted climate change on the diversity and distribution of European higher plants for 2050. Global Change Biology 8:390–407.

Berry, P. M., T. P. Dawson, P. A. Harrison, and R. G. Pearson. 2002. Modelling potential impacts of climate change on the bioclimatic envelope of species in Britain and Ireland. Global Ecology and Biogeography 11:453–462.

Bogaert, J., L. Zhou, C. J. Tucker, R. B. Myneni, and R. Ceulemans. 2002. Evidence for a persistent and extensive greening trend in Eurasia inferred from satellite vegetation index data. Journal of Geophysical Research–Atmospheres 107:(D11).

Carroll, A. L., S. W. Taylor, J. Régnière, and L. Safranyik. 2004. Effects of climate change on range expansion by the mountain pine beetle in British Columbia. Pages 223–232 in T. L. Shore, J. E. Brooks, and J. E. Stone, editors. Mountain pine beetle symposium: challenges and solutions. Natural Resources Canada, Canadian Forest Service, Pacific Forestry Centre, Information Report BC-X-399, Victoria, British Columbia, Canada.

CICS. 2004. Canadian climate impacts and scenarios project data. Canadian Institute for Climate Studies, University of Victoria, Victoria, British Columbia, Canada. ⟨http://www.cics.uvic.ca/scenarios/⟩

Cwynar, L. C., and G. M. Macdonald. 1987. Geographical variation of lodgepole pine in relation to population history. American Naturalist 129:463–469.

Daly, C., W. P. Gibson, G. H. Taylor, G. L. Johnson, and P. Pasteris. 2002. A knowledge-based approach to the statistical mapping of climate. Climate Research 22:99–113.

Daly, C., G. H. Taylor, W. P. Gibson, T. W. Parzybok, G. L. Johnson, and P. A. Pasteris. 2000. High-quality spatial climate data sets for the United States and beyond. Transactions of the Asae 43:1957–1962.

Davis, M. B., and R. G. Shaw. 2001. Range shifts and adaptive responses to Quaternary climate change. Science 292:673–679.

Ebata, T. 2004. Current status of mountain pine beetle in British Columbia. Pages 52–56 in T. L. Shore, J. E. Brooks, and J. E. Stone, editors. Mountain Pine Beetle Symposium: Challenges and Solutions. Natural Resources Canada, Canadian Forest Service, Pacific Forestry Centre, Information Report BC-X-399, Victoria, British Columbia, Canada.

Eng, M., and D. V. Meidinger. 1999. A method for large-scale biogeoclimatic mapping in British Columbia. Research Branch, British Columbia Ministry of Forest and Range, Victoria, British Columbia, Canada.

Falk, M., R. Becker, and F. Marohn. 1995. Angewandte Statistik mit SAS. Springer Verlag, Berlin, Germany.

Case No. 1:20-cv-02484-MSK   Document 43-11   filed 04/28/21   USDC Colorado   pg 51 of 166

Ferguson, G., and S. S. George. 2003. Historical and estimated ground water levels near Winnipeg, Canada, and their sensitivity to climatic variability. Journal of the American Water Resources Association 39:1249–1259.

Filmon, G. 2004. Firestorm 2003. Provincial review of the 2003 fire season. ⟨http://www.2003firestorm.gov.bc.ca/⟩

Flato, G. M., G. J. Boer, W. G. Lee, N. A. McFarlane, D. Ramsden, M. C. Reader, and A. J. Weaver. 2000. The Canadian Centre for Climate Modelling and Analysis global coupled model and its climate. Climate Dynamics 16:451–467.

Frescino, T. S., T. C. Edwards, and G. G. Moisen. 2001. Modeling spatially explicit forest structural attributes using generalized additive models. Journal of Vegetation Science 12:15–26.

Hamann, A., P. Smets, A. D. Yanchuck, and S. N. Aitken. 2005. An ecogeographic framework for *in situ* conservation of forest trees in British Columbia. Canadian Journal of Forest Research 35:2553–2561.

Hamann, A., and T. L. Wang. 2005. Models of climatic normals for geneecology and climate change studies in British Columbia. Agricultural and Forest Meteorology 128:211–221.

Hand, D. J. 1981. Discrimination and classification. John Wiley and Sons, New York, New York, USA.

Hutchinson, M. F. 2005. ANUSPLIN Version 4.3. ⟨http://cres.anu.edu.au/outputs/anusplin.php⟩

Idso, S. B. 1999. The long-term response of trees to atmospheric $CO_2$ enrichment. Global Change Biology 5:493–495.

IPCC. 2001. Third Assessment Report of the Intergovernmental Panel on Climate Change IPCC (WG I & II). Cambridge University Press, Cambridge, UK.

Iverson, L. R., and A. M. Prasad. 1998. Predicting abundance of 80 tree species following climate change in the eastern United States. Ecological Monographs 68:465–485.

Iverson, L. R., and A. M. Prasad. 2001. Potential changes in tree species richness and forest community types following climate change. Ecosystems 4:186–199.

Iverson, L. R., and A. M. Prasad. 2002. Potential redistribution of tree species habitat under five climate change scenarios in the eastern US. Forest Ecology and Management 155:205–222.

Iverson, L. R., A. Prasad, and M. W. Schwartz. 1999. Modeling potential future individual tree-species distributions in the eastern United States under a climate change scenario: a case study with *Pinus virginiana*. Ecological Modelling 115:77–93.

Jackson, S. T., and J. T. Overpeck. 2000. Responses of plant populations and communities to environmental changes of the late Quaternary. Paleobiology 26:194–220.

Johns, T. C., R. E. Carnell, J. F. Crossley, J. M. Gregory, J. F. B. Mitchell, C. A. Senior, S. F. B. Tett, and R. A. Wood. 1997. The second Hadley Centre coupled ocean atmosphere GCM: model description, spinup and validation. Climate Dynamics 13:103–134.

Klinka, K., J. Pojar, and D. V. Meidinger. 1991. Revision of biogeoclimatic units of coastal British Columbia. Northwest Science 65:32–47.

Knapp, P. A., and P. T. Soule. 1996. Vegetation change and the role of atmospheric CO2 enrichment on a relict site in central Oregon: 1960–1994. Annals of the Association of American Geographers 86:387–411.

Krajina, V. J. 1959. Bioclimatic zones in British Columbia. University of British Columbia, Vancouver, British Columbia, Canada.

Krajina, V. J. 1976. Biogeoclimatic zones of British Columbia. VanDusen Botanical Gardens, Vancouver, British Columbia, Canada.

Little, E. L. 1971. Atlas of United States trees. Miscellaneous Publication No. 1146. USDA Forest Service, Washington, D.C., USA

Lloyd, A. H., and C. L. Fastie. 2003. Recent changes in treeline forest distribution and structure in interior Alaska. Ecoscience 10:176–185.

Lloyd, A. H., T. S. Rupp, C. L. Fastie, and A. M. Starfield. 2002. Patterns and dynamics of treeline advance on the Seward Peninsula, Alaska. Journal of Geophysical Research–Atmospheres 108(D2):2-1–2-15.

Loehle, C. 2003. Competitive displacement of trees in response to environmental change or introduction of exotics. Environmental Management 32:106–115.

Loehle, C., and D. LeBlanc. 1996. Model-based assessments of climate change effects on forests: critical review. Ecological Modelling 90:1–31.

Logan, J., and J. A. Powell. 2001. Ghost forests, global warming, and the mountain pine beetle (*Coleoptera: Scolytidae*). American Entomologist 47:160–173.

Meidinger, D. V., and J. Pojar, British Columbia Ministry of Forests. 1991. Ecosystems of British Columbia. Research Branch, British Columbia Ministry of Forests, Victoria, British Columbia, Canada.

Moisen, G. G., and T. S. Frescino. 2002. Comparing five modelling techniques for predicting forest characteristics. Ecological Modelling 157:209–225.

Mote, P. W. 2003. Trends in temperature and precipitation in the Pacific northwest during the twentieth century. Northwest Science 77:271–282.

MSRM. 2002. Ministry of Sustainable Resource Management GIS data ftp site. Biogeoclimatic ecosystem classification coverage version 4. Victoria, British Columbia, Canada. ⟨http://srmwww.gov.bc.ca/gis/arcftp.html⟩

Nathan, R., G. G. Katul, H. S. Horn, S. M. Thomas, R. Oren, R. Avissar, S. W. Pacala, and S. A. Levin. 2002. Mechanisms of long-distance dispersal of seeds by wind. Nature 418:409–413.

Parmesan, C., S. Gaines, L. Gonzalez, D. M. Kaufman, J. Kingsolver, A. Townsend Peterson, and R. Sagarin. 2005. Empirical perspectives on species borders: from traditional biogeography to global change. Oikos 108:58–75.

Parmesan, C., T. L. Root, and M. R. Willig. 2000. Impacts of extreme weather and climate on terrestrial biota. Bulletin of the American Meteorological Society 81:443–450.

Parmesan, C., and G. Yohe. 2003. A globally coherent fingerprint of climate change impacts across natural systems. Nature 421:37–42.

Pearson, R. G., and T. P. Dawson. 2003. Predicting the impacts of climate change on the distribution of species: are bioclimate envelope models useful? Global Ecology and Biogeography 12:361–371.

Pearson, R. G., T. P. Dawson, P. M. Berry, and P. A. Harrison. 2002. SPECIES: a spatial evaluation of climate impact on the envelope of species. Ecological Modelling 154:289–300.

Pojar, J., K. Klinka, and D. V. Meidinger. 1987. Biogeoclimatic ecosystem classification in British Columbia. Forest Ecology and Management 22:119–154.

Polley, H. W., H. B. Johnson, and C. R. Tischler. 2003. Woody invasion of grasslands: evidence that CO2 enrichment indirectly promotes establishment of *Prosopis glandulosa*. Plant Ecology 164:85–94.

Powell, J., B. Kennedy, P. White, B. Bentz, J. Logan, and D. Roberts. 2000. Mathematical elements of attack risk analysis for mountain pine beetles. Journal of Theoretical Biology 204:601–620.

Rehfeldt, G. E., N. M. Tchebakova, Y. I. Parfenova, W. R. Wykoff, N. A. Kuzmina, and L. I. Milyutin. 2002. Intraspecific responses to climate in *Pinus sylvestris*. Global Change Biology 8:912–929.

Rehfeldt, G. E., W. R. Wykoff, and C. C. Ying. 2001. Physiologic plasticity, evolution, and impacts of a changing climate on *Pinus contorta*. Climatic Change 50:355–376.

Rehfeldt, G. E., C. C. Ying, D. L. Spittlehouse, and D. A. Hamilton. 1999. Genetic responses to climate in *Pinus*

BLM_0054772

*contorta*: niche breadth, climate change, and reforestation. Ecological Monographs 69:375–407.

Root, T. L., J. T. Price, K. R. Hall, S. H. Schneider, C. Rosenzweig, and J. A. Pounds. 2003. Fingerprints of global warming on wild animals and plants. Nature 421:57–60.

SAS Institute. 2001. SAS/STAT user's guide, release 8.2. SAS Institute, Cary, North Carolina, USA.

Saxe, H., M. G. R. Cannell, B. Johnsen, M. G. Ryan, and G. Vourlitis. 2001. Tree and forest functioning in response to global warming. New Phytologist 149:369–399.

Schaer, C., P. L. Vidale, D. Luethi, C. Frei, C. Haeberli, M. A. Liniger, and C. Appenzeller. 2004. The role of increasing temperature variability in European summer heatwaves. Nature 427:332–336.

Schmitz, O. J., E. Post, C. E. Burns, and K. M. Johnston. 2003. Ecosystem responses to global climate change: moving beyond color mapping. BioScience 53:1199–1205.

Schwartz, M. W., L. R. Iverson, and A. M. Prasad. 2001. Predicting the potential future distribution of four tree species in Ohio using current habitat availability and climatic forcing. Ecosystems 4:568–581.

Sykes, M. T., I. C. Prentice, and F. Laarif. 1999. Quantifying the impact of global climate change on potential natural vegetation. Climatic Change 41:37–52.

Talkkari, A., and H. Hypen. 1996. Development and assessment of a gap-type model to predict the effects of climate change on forests based on spatial forest data. Forest Ecology and Management 83:217–228.

Thuiller, W. 2003. BIOMOD: optimizing predictions of species distributions and projecting potential future shifts under global change. Global Change Biology 9:1353–1362.

Thuiller, W., M. B. Araujo, and S. Lavorel. 2003a. Generalized models vs. classification tree analysis: predicting spatial distributions of plant species at different scales. Journal of Vegetation Science 14:669–680.

Thuiller, W., J. Vayreda, J. Pino, S. Sabate, S. Lavorel, and C. Gracia. 2003b. Large-scale environmental correlates of forest tree distributions in Catalonia (NE Spain). Global Ecology and Biogeography 12:313–325.

Tuhkanen, S. 1980. Climatic parameters and indices in plant geography. Acta Phytogeographica Suecica 67:1–105.

Walther, G. R., E. Post, P. Convey, A. Menzel, C. Parmesan, T. J. C. Beebee, J. M. Fromentin, O. Hoegh-Guldberg, and F. Bairlein. 2002. Ecological responses to recent climate change. Nature 416:389–395.

Wang, T., A. Hamann, D. L. Spittlehouse, and S. N. Aitken. 2006. Development of scale-free climate data for western Canada for use in resource management. International Journal of Climatology 26:383–397.

Webb, T. 1987. The appearance and disappearance of major vegetational assemblages: long-term vegetational dynamics in eastern North America. Vegetatio 69:177–187.

Woods, A., K. D. Coates, and A. Hamann. 2005. Is an unprecedented *Dothistroma* needle blight epidemic related to climate change? BioScience 55:761–769.

Woodward, F. I. 1987. Climate and plant distribution. Cambridge University Press, Cambridge, UK.

Woodward, F. I., and B. G. Williams. 1987. Climate and plant distribution at global and local scales. Vegetatio 69:189–197.

Zhou, L. M., C. J. Tucker, R. K. Kaufmann, D. Slayback, N. V. Shabanov, and R. B. Myneni. 2001. Variations in northern vegetation activity inferred from satellite data of vegetation index during 1981 to 1999. Journal of Geophysical Research-Atmospheres 106:20069–20083.

## APPENDIX A

A table and seven figures illustrating model fit and model limitations (*Ecological Archives* E087-169-A1).

## APPENDIX B

Three tables and three figures showing the effect of climate change on ecosystems (*Ecological Archives* E087-169-A2).

## APPENDIX C

A table and 14 figures showing the effect of climate change on tree species (*Ecological Archives* E087-169-A3).

BLM_0054773

NEW!

Handbook of **Metabolic Pathways of Xenobiotics**

Print & Online

Further information and sample content available here

WILEY

# Impact of selenium and other trace elements on the endangered adult razorback sucker[†]

1. Steven J. Hamilton[1,*],
2. Kathy M. Holley[2],
3. Kevin J. Buhl[1],
4. Fern A. Bullard[1],
5. L. Ken Weston[3] and
6. Susan F. McDonald[1]

Article first published online: 25 JUL 2002

DOI: 10.1002/tox.10064

Copyright © 2002 Wiley Periodicals, Inc.

Issue



# Environmental Toxicology

Volume 17, Issue 4, (/doi/10.1002/tox.v17:4/issuetoc) pages 297–323, 2002

BLM_0054774

(http://www.altmetric.com/details.php?
domain=onlinelibrary.wiley.com&doi=10.1002/tox.10064)

Additional Information

**How to Cite**

Hamilton, S. J., Holley, K. M., Buhl, K. J., Bullard, F. A., Weston, L. K. and McDonald, S. F. (2002), Impact of selenium and other trace elements on the endangered adult razorback sucker. Environ. Toxicol., 17: 297–323. doi: 10.1002/tox.10064

**Author Information**

1

U.S. Geological Survey, Columbia Environmental Research Center, Field Research Station, 31247 436th Avenue, Yankton, SD 57078-6364 USA

2

U.S. Fish and Wildlife Service, 764 Horizon Drive, Suite 228, Grand Junction, CO 81506 USA

3

U.S. Bureau of Reclamation, 2765 Compass Drive, Suite 106, Grand Junction, CO 81506 USA

Email: Steven J. Hamilton (steve_hamilton@usgs.gov)

*U.S. Geological Survey, Columbia Environmental Research Center, Field Research Station, 31247 436th Avenue, Yankton, SD 57078-6364 USA

† This article is a US Government work and, as such, is in the public domain in the United States of America.

**Publication History**

1. Issue published online: 25 JUL 2002
2. Article first published online: 25 JUL 2002
3. Manuscript Accepted: 15 MAR 2002
4. Manuscript Received: 23 AUG 2001

BLM_0054775

- Abstract
- References (/doi/10.1002/tox.10064/references)
- Cited By (/doi/10.1002/tox.10064/citedby)

Get PDF (218K) (/doi/10.1002/tox.10064/pdf)

## Keywords:

razorback sucker; selenium; endangered fish; Colorado River; eggs; inorganic elements; irrigation

# Abstract

A study was conducted with endangered the razorback sucker (*Xyrauchen texanus*) to determine if environmental exposure to selenium in flooded bottomland sites affected survival, growth, and egg-hatching success. Adults were stocked at three sites adjacent to the Colorado River near Grand Junction, Colorado, in July 1996: hatchery ponds at Horsethief Canyon State Wildlife Area (referred to here as Horsethief; the reference site), a diked tertiary channel at Adobe Creek, and North Pond at Walter Walker State Wildlife Area (WWSWA). Fish were collected in April 1997 and spawned. After two spawnings adults from the three sites were held at Horsethief for an 86-day selenium depuration period. Selenium concentrations at Horsethief were 1.4–3.0 $\mu$g/L in water, 0.8–0.9 $\mu$g/g in sediment, 4.5 $\mu$g/g in muscle plug, and 6.0 $\mu$g/g in eggs; at Adobe Creek, <0.7–4.5 $\mu$g/L in water, 1.2–2.5 $\mu$g/g in sediment, 16–20 $\mu$g/g in zooplankton, 9.6 $\mu$g/g in muscle plug, and 40 $\mu$g/g in eggs; and at North Pond, 3.2–17 $\mu$g/L in water, 16–94 $\mu$g/g in sediment, 32–48 $\mu$g/g in zooplankton, 14 $\mu$g/g in muscle plug, and 55 $\mu$g/g in eggs. During the depuration period, when adults from Adobe Creek and North Pond were held at Horsethief, the fish lost 7%–13% of their selenium burden in 59 days and 14%–21% in 86 days. Larvae from North Pond adults had the most deformities, followed by Adobe Creek adults, with the fewest deformities found in the Horsethief adults. © 2002 Wiley Periodicals, Inc. Environ Toxicol 17: 297–323, 2002; Published online in Wiley InterScience (www.interscience.wiley.com). DOI 10.1002/tox.10064

Get PDF (218K) (/doi/10.1002/tox.10064/pdf)

## More content like this

Find more content:

- like this article (/advanced/search/results?articleDoi=10.1002/tox.10064&scope=allContent&start=1&resultsPerPage=20)

Find more content written by:

- Steven J. Hamilton (/advanced/search/results?searchRowCriteria[0].queryString="Steven J. Hamilton"&searchRowCriteria[0].fieldName=author&start=1&resultsPerPage=20)
- Kathy M. Holley (/advanced/search/results?searchRowCriteria[0].queryString="Kathy M. Holley"&searchRowCriteria[0].fieldName=author&start=1&resultsPerPage=20)
- Kevin J. Buhl (/advanced/search/results?searchRowCriteria[0].queryString="Kevin J. Buhl"&searchRowCriteria[0].fieldName=author&start=1&resultsPerPage=20)
- Fern A. Bullard (/advanced/search/results?searchRowCriteria[0].queryString="Fern A. Bullard"&searchRowCriteria[0].fieldName=author&start=1&resultsPerPage=20)

BLM_0054776

- <u>L. Ken Weston (/advanced/search/results?searchRowCriteria[0].queryString="L. Ken Weston"&searchRowCriteria[0].fieldName=author&start=1&resultsPerPage=20)</u>
- <u>Susan F. McDonald (/advanced/search/results?searchRowCriteria[0].queryString="Susan F. McDonald"&searchRowCriteria[0].fieldName=author&start=1&resultsPerPage=20)</u>
- <u>All Authors (/advanced/search/results?searchRowCriteria[0].queryString="Steven J. Hamilton" "Kathy M. Holley" "Kevin J. Buhl" "Fern A. Bullard" "L. Ken Weston" "Susan F. McDonald"&searchRowCriteria[0].fieldName=author&start=1&resultsPerPage=20)</u>

BLM_0054777

# Amphibians

second

## and Reptiles

edition

# in Colorado

Geoffrey A. Hammerson

University Press of Colorado & Colorado Division of Wildlife
1999

BLM_0054778

Copyright © 1999 by the University Press of Colorado

Published by the University Press of Colorado
P.O. Box 849
Niwot, Colorado 80544

All rights reserved.

Printed in Hong Kong

The University Press of Colorado is a cooperative publishing enterprise supported, in part, by Adams State College, Colorado State University, Fort Lewis College, Mesa State College, Metropolitan State College of Denver, University of Colorado, University of Northern Colorado, University of Southern Colorado, and Western State College of Colorado.

The paper used in this publication meets the minimum requirements of the American National Standard for Information Sciences—Permanence of Paper for Printed Library Materials. ANSI Z39.48–1984

Library of Congress Cataloging-in-Publication Data

Hammerson, Geoffrey A.
    Amphibians and reptiles in Colorado / Geoffrey A. Hammerson. — 2nd ed.
        p.   cm.
    Includes bibliographical references (p.     ) and index.
    ISBN 0-87081-521-0 (alk. paper). — ISBN 0-87081-534-2 (pbk. : alk. paper)
    1. Reptiles—Colorado.  2. Amphibians—Colorado.  I. Title.
QL653.C6H35   1999
597.9'09788—dc21                                    99-10312
                                                    CIP

08 07 06 05 04 03 02 01 00 99    10 9 8 7 6 5 4 3 2 1

BLM_0054779

# ALLEN'S BIG-EARED BAT (*IDIONYCTERIS PHYLLOTIS*) DOCUMENTED IN COLORADO BASED ON RECORDINGS OF ITS DISTINCTIVE ECHOLOCATION CALL

Mark A. Hayes,* Kirk W. Navo, Lea' R. Bonewell, Cyndi J. Mosch, and Rick A. Adams

*School of Biological Sciences, University of Northern Colorado, Greeley, CO 80639 (MAH, RAA)*
*Colorado Division of Wildlife, Monte Vista, CO 81144 (KWN)*
*United States Geological Survey, Biological Research Division, Fort Collins Science Center,*
*Fort Collins, CO 80526 (LRB)*
*Rocky Mountain Cave Resources, Loveland, CO 80538 (CJM)*
*Correspondent: haye4932@bears.unco.edu*

Abstract—Allen's big-eared bat (*Idionycteris phyllotis*) inhabits much of the southwestern USA, but has not been documented in Colorado. We recorded echolocation calls consistent with *I. phyllotis* near La Sal Creek, Montrose County, Colorado. Based on characteristics of echolocation calls and flight behavior, we conclude that the echolocation calls described here were emitted by *I. phyllotis* and that they represent the first documentation of this species in Colorado.

Resumen—El murciélago-mula de Allen (*Idionycteris phyllotis*) habita gran parte del sudoeste de USA, pero no ha sido documentado en el estado de Colorado. Grabamos las señales de ecolocación consistentes con *I. phyllotis* cerca de La Sal Creek, condado de Montrose, en Colorado. Basados en características de las señales de ecolocación y el comportamiento de vuelo, concluimos que las señales de ecolocación descritas aquí fueron emitidas por *I. phyllotis* y que representan el primer registro de esta especie en el estado de Colorado.

Allen's big-eared bat (*Idionycteris phyllotis*) is the only species in North America known to emit long, constant frequency-frequency modulated echolocation calls (Simmons and O'Farrell, 1977; Simmons and Stein, 1980). Characteristics of these long calls include a long (duration 20–200 ms) constant frequency (CF) component that occurs at ca. 27 kHz and a frequency modulated (FM) component at the end of the call that sweeps from ca. 24 to 12 kHz. On 18 August 2006, echolocation calls consistent with *I. phyllotis* were recorded along an unimproved road next to La Sal Creek, Montrose County, Colorado (elevation 1,715 m) with a Pettersson Ultrasound Detector D240× (Pettersson Elektronik AB, Uppsala, Sweden) and analyzed using SonoBat™ 2.5.6 software for analysis of bat calls (DNDesign, Arcata, California). The location was characterized by riparian habitat in a narrow canyon within a piñon-juniper dominated landscape. Eleven sequences of calls were recorded from one or more bats during 0009–0220 h. The bat or bats emitted audible long-CF/FM calls while foraging within a riparian canopy using slow, maneuverable flight.

Echolocation calls recorded at La Sal Creek consisted of CF and FM sounds. Many calls exhibited long-CF components that closely match calls of *I. phyllotis* described by Simmons and O'Farrell (1977) and Simmons and Stein (1980), and calls recorded in central New Mexico (Museum of Southwestern Biology, Acoustic Call Library, http://www.msb.unm.edu/mammals/batcall/html/speciesaccounts.html) and elsewhere in the southwestern USA (W. Gannon, pers. comm.). For example, one call that was recorded had duration of 88 ms and mean CF component of 26 kHz followed by a short FM component that swept from 29 to 13 kHz (Fig. 1). Short-CF/FM calls and calls with only an FM component also were recorded, and were consistent with calls of *I. phyllotis* described by Simmons and O'Farrell (1977). The FM component of all calls was similar regardless of presence or length of the CF component. Some calls exhibited a slight to strong trill pattern in the CF component. Lewis (2006) suggests that a trill >20 kHz definitively differentiates *I. phyllotis* from other species, such as the spotted bat (*Euderma maculatum*). Spectrographs we recorded at La Sal Creek

BLM_0054780



Fig. 1—An 88-ms call made by a foraging bat at 0015 h on 18 August 2006 at La Sal Creek, Montrose County, Colorado. The constant-frequency component of the call was at 26 kHz followed by a frequency-modulated component that swept from 29 to 13 kHz.

were shown to other biologists with experience recording and identifying echolocation calls of this species (C. Corben, L. Lewis, T. Snow, and J. Szewczak), all of whom identified the species as *I. phyllotis*.

*Idionycteris phyllotis* inhabits much of the southwestern USA (Czaplewski, 1983), but the species has not been documented in Colorado (Armstrong et al., 1994; Adams, 2003). Czaplewski (1983) included extreme southwestern Colorado in the geographical distribution map of *I. phyllotis*, and Armstrong et al. (1994), Fitzgerald et al. (1994), and Adams (2003) also speculated that this species likely resides in southwestern Colorado. Nevertheless, the nearest records for this species are from Canyonlands National Park, Utah (Armstrong, 1974), 74 km WSW La Sal Creek and from 8 km N Blanding, Utah (Black, 1970), 85 km SSW La Sal Creek. However, *I. phyllotis* has been observed traveling long distances during nightly foraging bouts (Brown and Berry, 2004), so dispersal into southwestern Colorado would not be surprising. This species has been associated with a variety of habitats, including ponderosa pine forests, piñon-juniper woodlands, lowland riparian areas, and desert shrublands (Commissaris, 1961; Findley and Jones, 1961; Hayward and Johnson, 1961; Cockrum and Musgrove, 1964; Black, 1970; Armstrong, 1974; Poché, 1975; Hoffmeister, 1986; Cockrum et al., 1996; Foster et al., 1997;

Mollhagen and Bogan, 1997; Rabe et al., 1998; Brown and Berry, 2004). Vegetation formations and landscape features in southwestern Colorado are contiguous with those in southeastern Utah. There is no major obstacle that would impede dispersal of *I. phyllotis* from southeastern Utah where the species is known to reside, and elsewhere on the Colorado Plateau, into areas of southwestern Colorado.

Given that this is the only species in North America known to use long-CF/FM calls with the characteristics described above, and that the flight behavior and calls recorded at La Sal Creek are consistent with *I. phyllotis* observed elsewhere in the southwestern USA, we conclude that the echolocation calls described here were emitted by *I. phyllotis*. These calls represent the first documentation of this species from Colorado.

We thank members of the Colorado Bat Working Group, including K. Philbrook, R. Ghormley, and N. LaMantia-Olson for their assistance with field work. We also are appreciative of C. Corben, L. Lewis, T. Snow, and J. Szewczak for insightful discussions and advice and C. Jones, J. Gore, and J. Shaw for helpful comments on earlier drafts. W. Gannon and L. Robbins reviewed final drafts of the manuscript and made comments that improved the content. M. del Clouston translated the abstract to Spanish.

### Literature Cited

Adams, R. A. 2003. Bats of the Rocky Mountain West: natural history, ecology, and conservation. University Press of Colorado, Boulder.

Armstrong, D. M. 1974. Second record of the Mexican big-eared bat in Utah. Southwestern Naturalist 19: 114–115.

Armstrong, D. M., R. A. Adams, and J. Freeman. 1994. Distribution and ecology of bats of Colorado. University of Colorado Museum, Natural History Inventory of Colorado 15:1–83.

Black, H. L. 1970. Occurrence of the Mexican big-eared bat in Utah. Journal of Mammalogy 51:190.

Brown, P. E., and R. D. Berry. 2004. Foraging habitat and home range of Allen's big-eared bat (*Idionycteris phyllotis*) in the Arizona desert as determined by radio-telemetry. Bat Research News 45:207–208.

Cockrum, E. L., and B. F. Musgrove. 1964. Additional records of the Mexican big-eared bat, *Plecotus phyllotis* (Allen), from Arizona. Journal of Mammalogy 45:472–474.

Cockrum, E. L., B. Musgrove, and Y. Petryszyn. 1996. Bats of Mohave County, Arizona: populations and

BLM_0054781

Case No. 1:20-cv-02484-MSK   Document 43-11   filed 04/28/21   USDC Colorado   pg 61 of 166

movements. Occasional Papers, Museum of Texas Tech University 157:1–71.

COMMISSARIS, L. R. 1961. The Mexican long-eared bat in Arizona. Journal of Mammalogy 42:61–65.

CZAPLEWSKI, N. J. 1983. *Idionycteris phyllotis*. Mammalian Species 208:1–4.

FINDLEY, J. S., AND C. JONES. 1961. A new United States record of the Mexican long-eared bat. Journal of Mammalogy 42:97.

FITZGERALD, J. P., C. A. MEANEY, AND D. M. ARMSTRONG. 1994. Mammals of Colorado. Denver Museum of Natural History and University Press of Colorado, Niwot.

FOSTER, D. A., L. GRIGNON, E. HAMMER, AND B. WARREN. 1997. Inventory of bats in high plateau forests of central and southern Utah. Pages 63–72 in Proceedings of the third biennial conference of research on the Colorado Plateau (C. van Riper, III and E. T. Deshler, editors). National Park Service Transactions and Proceedings Series NPS/NRNAU/NRTP-97/12:1–256.

HAYWARD, B. J., AND R. JOHNSON. 1961. Notes on *Plecotus phyllotis* from Arizona. Journal of Mammalogy 42:402.

HOFFMEISTER, D. F. 1986. Mammals of Arizona. University of Arizona Press, Tucson.

LEWIS, L. 2006. Allen's lappet-eared bat (*Idionycteris phyllotis*): surveys in the Gila Wilderness. United States Fish and Wildlife Service, Ecological Services Field Office, Albuquerque, New Mexico.

MOLLHAGEN, T. R., AND M. A. BOGAN. 1997. Bats of the Henry Mountains region in southeastern Utah. Occasional Papers, Museum of Texas Tech University 170:1–13.

POCHÉ, R. M. 1975. New record of the bat *Plecotus phyllotis* from Utah. Great Basin Naturalist 35:452.

RABE, M. J., T. E. MORRELL, H. GREEN, J. C. DEVOS, JR., AND C. R. MILLER. 1998. Characteristics of ponderosa pine snag roosts used by reproductive bats in northern Arizona. Journal of Wildlife Management 62:612–621.

SIMMONS, J. A., AND M. J. O'FARRELL. 1977. Echolocation by the long-eared bat, *Plecotus phyllotis*. Journal of Comparative Physiology A: Neuroethology, Sensory, Neural, and Behavioral Physiology 122:201–214.

SIMMONS, J. A., AND R. A. STEIN. 1980. Acoustic imaging in bat sonar: echolocation signals and the evolution of echolocation. Journal of Comparative Physiology A: Neuroethology, Sensory, Neural, and Behavioral Physiology 135:61–84.

*Submitted 23 April 2008. Accepted 1 December 2008.
Associate Editor was Jennifer K. Frey.*

BLM_0054782

BATS IN THE PARADOX VALLEY AREA

AND GUNNISON GORGE NATIONAL CONSERVATION AREA:

RESULTS OF MIST-NETTING AND ACOUSTIC SURVEYS DURING 2008

Mark A. Hayes

School of Biological Sciences

Ross Hall

University of Northern Colorado

Greeley, CO

October 2008

1

BLM_0054783

INTRODUCTION

Western Colorado has a diverse bat fauna consisting of approximately 17 species (Fitzgerald et al.1994, Armstrong et al.1994, Adams 2003). The Bureau of Land Management's Colorado Uncompahgre Field Office lists Townsend's big-eared bat (*Corynorhinus townsendii*), spotted bat (*Euderma maculatum*), Allen's big-eared bat (*Idionycteris phyllotis*), fringed myotis (*Myotis thysanodes*), and Yuma myotis (*Myotis yumanensis*) as sensitive wildlife species (BLM 2007). Allen's big-eared bat has not been captured in Colorado, but was recently documented in the Paradox Valley area using recorded echolocation calls (Hayes et al., in press). Since the mid-1990's, the Colorado Division of Wildlife has conducted bat surveys at abandoned mines in western Colorado emphasizing the identification of Townsend's big-eared bat roosts (Navo et al. 1991, Navo and Krabacher 2005). However, little is know about the ecology of the four other BLM sensitive bat species in southwestern Colorado. In particular, BLM biologists have an interest in learning more about the occurrence and distribution of Allen's big-eared bat and spotted bat on lands managed the Uncompahgre Field Office.

In 2008, ten days of mist-netting surveys and acoustic monitoring were completed in the Paradox Valley area and the Gunnison Gorge National Conservation area. The two main objectives of this study focused on: (1) performing preliminary mist-net capture and acoustic monitoring in the BLM's area of interest in Paradox Valley, Colorado, and the surrounding area looking specifically for evidence of Allen's big-eared bat; and (2) performing preliminary mist-net capture and acoustic monitoring in the BLM's area of

2

interest in the Gunnison Gorge National Conservation Area, looking specifically for evidence of spotted bat on the Fruitland Mesa. This 2008 survey work was funded by the BLM's Uncompahgre Field Office in Montrose, Colorado.

The purpose of this report is to summarize the results of mist-net and acoustic sampling for bats in the Paradox Valley area and the Gunnison Gorge National Conservation Area during 2008. These areas are used by bats for roosting, foraging, and drinking, and the Bureau of Land Management's Uncompahgre Field Office has an interest in understanding the species occurrence and diversity of bats using these areas, especially the occurrence and activities of bat species that are listed as sensitive wildlife species by this BLM field office. This sampling effort adds to the species inventories of these areas and will help increase knowledge of the ecology of bats in southwestern Colorado.

Field work in 2008 involved mist-net capture work and acoustic monitoring of bat echolocation calls. Mist-netting was conducted in areas likely to be visited by bats and consisted of placing mist-nets over or near water and along roads. Once captured, standard data were recorded including species, age class, and reproductive status. Bat echolocation calls of bats flying over the survey sites were recorded each night. Calls were analyzed using SonoBat™ software for bat call analysis.

Allen's big-eared bat inhabits much of the southwestern United States (Czaplewski 1983), but the species has until recently not been documented in Colorado (Armstrong et al. 1994, Fitzgerald et al. 1994, Adams 2003, Hayes et al., in press). Czaplewski (1983) included extreme southwestern Colorado in the geographical

3

BLM_0054785

distribution map of Allen's big-eared bat, and Armstrong et al. (1994), Fitzgerald et al. (1994), and Adams (2003) also speculated that this species likely resides in southwestern Colorado. Nevertheless, the nearest capture records for this species are from Canyonlands National Park, Utah (Armstrong 1974; Museum of Southwestern Biology 2008; pers. comm. M. Siders concerning a capture by M. Bogan and others in Canyonlands National Park) and from 8 km north of Blanding, Utah (Black 1970).  Allen's big-eared bat is the only species in North America known to emit long constant frequency/frequency modulated echolocation calls with the following characteristics (Simmons and O'Farrell 1977, Simmons and Stein 1980): a long constant frequency (CF) component that occurs at approximately 27 kHz with duration of 20-200 milliseconds; and a frequency modulated (FM) component at the end of the call that sweeps from approximately 24 to 12 kHz. In 2006, Hayes et al. (in press) documented Allen's big-eared bat at La Sal Creek near Paradox Valley based on recorded echolocation calls that are consistent with these characteristics. Figures 15 and 16 of this report show spectrographs of Allen's big-eared bat echolocation calls recorded at La Sal Creek, Montrose County, Colorado by Hayes et al. on August 18, 2006.

Spotted bats inhabit much of the western United States and are usually associated with river canyon systems. This species has been documented in Colorado (Finley and Creasy 1982, Navo et al. 1992, Armstrong et al. 1994, Fitzgerald et al. 1994, Adams 2003, O'Shea pers. comm.) but has not been studied on the mesas adjacent to the Black Canyon of the Gunnison and the Gunnison Gorge.

BLM_0054786

## METHODS AND MATERIALS

Mist-netting was conducted in areas likely to be visited by bats and consisted of placing mist-nets over or near water and along roads. Once captured, standard data were recorded including species, age class, and reproductive status. Bat echolocation calls emitted by free-flying bats at the sampling sites were recorded using a Pettersson Ultrasound Detector D240x (Pettersson Elektronik AB, Uppsala, Sweden) combined with an iRiver IFP-895 digital MP3 player/recorder. Calls were analyzed using SonoBat™ 2.5.6 software for bat call analysis (DNDesign, Arcata, California). When adequate call information was available, call sequences were identified to species using echolocation call characteristics in comparison to reference information (Szewczak and Weller 2008, Szewczak 2008) and other known-species reference calls from western Colorado; otherwise calls were identified to genus. Call sequences without adequate information, or that only included call fragments, were not identified. Accurate and reliable identification of bat species using echolocation call recordings often requires the compilation of extensive echolocation call libraries of known-species call sequences from the geographical area of interest. Due to the present lack of such an echolocation call library for southwestern Colorado and the difficulty of identifying some bat call sequences to species (especially *Myotis* species) no effort has been made to list the number of echolocation sequences recorded for each species. However, for species where there is little or no ambiguity in species identification (i.e. spotted bats and big free-tailed bats), the number of call sequences recorded at a site is listed. Where appropriate I have added modifiers (such as "likely *Myotis yumanensis*") to the description of call sequences

5

BLM_0054787

recorded at a sampling location.  Maps of capture locations are shown on Maps 1 and 2 below. Capture information from each site are shown in "Appendix A: Capture and Acoustic Recording Results". For each capture location, the following information is included: survey location; date surveyed; UTM coordinates in North American Datum 1927 (NAD 27 CONUS); number and length of mist-net used; species, sex, age, weight, and reproductive status of each bat captured; genus and, when possible, species identity, of echolocation calls recorded during the survey.

Mark Hayes and Lea' Bonewell conducted mist-netting and acoustic sampling in the Paradox area from May 31 to June 4. Mark Hayes conducted sampling in the Gunnison Gorge National Conservation Area from June 17 to June 21; Missy Siders, Biologist with the BLM's Uncompahgre Field Office, assisted with sampling on June 17.

RESULTS

Detailed results from mist-netting and acoustic surveys at each site are shown in "Appendix A: Capture and Acoustic Recording Results". Information in this appendix includes the site name, sampling date, sampling location using UTM coordinates, number and length of nets deployed, species captured, and sex, age, weight, and reproductive condition of each individual captured. The genus and, when possible, species identity, of echolocation calls recorded during the survey are also listed.

6

BLM_0054788

Species diversity in the Paradox Valley area

A total of 23 individual bats were captured and released on 5 nights from May 31 to June 4 2008. Eight species were documented within the sampling area: big brown bat (*Eptesicus fuscus*), silver-haired bat (*Lasionycteris noctivagans*), California myotis (*Myotis californicus*), western small-footed myotis (*Myotis ciliolabrum*), long-eared myotis (*Myotis evotis*), long-legged myotis (*Myotis volans*), Yuma myotis (*Myotis yumanensis*), and western pipistrelle (*Pipistrellus hesperus*). Of the bat species listed on the BLM's Colorado Uncompahgre Field Office sensitive wildlife species list, we captured one species, Yuma myotis (*Myotis yumanensis*). We captured 1 big brown bat (4.3%), 3 silver-haired bats (13.0%), 1 California myotis (4.3%), 2 western small-footed myotis (8.6%), 4 long-eared myotis (17.2%), 5 long-legged myotis (21.7%), 4 Yuma myotis (17.2%), and 3 western pipistrelles (13.0%). The proportion of females to males captured was higher in California myotis (1F:0M), long-legged myotis (4F:1M), and western pipistrelle (3F:0M). The proportion of males to females was higher in big brown bat (0F:1M), silver-haired bat (0F:3M), and western small-footed myotis (0F:2M). The proportion of females to males captured was equal in long-eared myotis (2F:2M) and Yuma myotis (2F:2M). All females captured were pregnant or lactating, except for the one California myotis captured, which showed no obvious signs of being pregnant or lactating and was considered to be non-reproductive at the time of capture. All males captured were non-scrotal. All captured bats were adults.

Echolocation call sequences consistent with 12 species were recorded within the sampling area: Townsend's big-eared bat (*Corynorhinus townsendii*), big brown bat

7

(*Eptesicus fuscus*), spotted bat (*Euderma maculatum*), silver-haired bat (*Lasionycteris noctivagans*), western small-footed myotis (*Myotis ciliolabrum*), long-eared myotis (*Myotis evotis*), little brown myotis (*Myotis lucifugus*), fringed myotis (*Myotis thysanodes*), long-legged myotis (*Myotis volans*), Yuma myotis (*Myotis yumanensis*), big free-tailed bat (*Nyctinomops macrotis*), western pipistrelle (*Pipistrellus hesperus*), and Brazilian free-tailed bat (*Tadarida brasiliensis*). Of the bat species listed on the BLM's Colorado Uncompahgre Field Office sensitive wildlife species list, we recorded echolocation call sequences consistent with three species, spotted bat (*Euderma maculatum*), fringed myotis (*Myotis thysanodes*), and Yuma myotis (*Myotis yumanensis*). Audible spotted bat and big free-tailed bat calls were heard at the Paradox Valley cattle pond on June 3.

No evidence of Allen's big-eared bat was found during sampling of the Paradox Valley area.

Species diversity in the Gunnison Gorge National Conservation Area

A total of 3 individual bats were captured and released during sampling on the Fruitland Mesa on 5 nights from June 17 to June 21, 2008. Two species were captured within the sampling area: silver-haired bat (*Lasionycteris noctivagans*) and Yuma myotis (*Myotis yumanensis*). Of the bat species listed on the BLM's Colorado Uncompahgre Field Office sensitive wildlife species list, one species was captured, Yuma myotis (*Myotis yumanensis*). We captured 1 male, non-scrotal silver-haired bat, 1 pregnant

BLM_0054790

female Yuma myotis, and 1 small *Myotis* (*Myotis californicus* or *Myotis ciliolabrum*) that got away during removal from the net. All captured bats were adults.

Echolocation call sequences consistent with 10 species were recorded within the sampling area: big brown bat (*Eptesicus fuscus*), spotted bat (*Euderma maculatum*), silver-haired bat (*Lasionycteris noctivagans*), California myotis (*Myotis californicus*), western small-footed myotis (*Myotis ciliolabrum*), little brown myotis (*Myotis lucifugus*), long-legged myotis (*Myotis volans*), Yuma myotis (*Myotis yumanensis*), and big free-tailed bat (*Nyctinomops macrotis*). Of the bat species listed on the BLM's Colorado Uncompahgre Field Office sensitive wildlife species list, we recorded echolocation call sequences consistent with two species, spotted bat (*Euderma maculatum*) and Yuma myotis (*Myotis yumanensis*).

Spotted bats were not captured, but spotted bat echolocation calls were recorded and/or heard on three of five nights. Figure 3 shows a spectrograph of the distinctive echolocation calls of this species. All spotted bats heard were flying from the direction of the Gunnison Gorge and the Black Canyon across Fruitland Mesa, moving in a northerly direction. Spotted bats were seen drinking from one cattle pond.

Figures 1 – 14 show spectrographs of the bat species recorded in both study areas. These figures are organized alphabetically by species name.

DISCUSSION

Sampling of the bat fauna in the Paradox Valley area and the Gunnison Gorge National Conservation Area documented the presence of 13 species. Four of the bat

9

BLM_0054791

species listed on the BLM's Colorado Uncompahgre Field Office sensitive wildlife species list were documented in these two sampling areas. Echolocation calls consistent with Townsend's big-eared bat were recorded in the Paradox Valley area. Spotted bats were not captured during this sampling effort, but echolocation calls were recorded in both areas. Yuma myotis was captured in the Paradox Valley sampling area. Echolocation calls consistent with Yuma myotis were recorded in both the Paradox Valley and Gunnison Gorge National Conservation Areas. Fringed myotis were not captured, but echolocation calls consistent with this species were recorded in the Paradox Valley area. One sensitive species, Allen's big-eared bat was not captured and echolocation calls consistent with these species were not recorded.

Significantly more bat activity was observed in the Paradox Valley area than on the Fruitland Mesa in the Gunnison Gorge National Conservation Area. The sampling areas in the Paradox Valley included riparian areas along La Sal Creek, a cattle pond in a ponderosa pine forest on Ray Mesa, a cattle pond in Paradox Valley and near Long Park Ridge, and at a spring near Paradox Valley's Carpenter Ridge. All of these areas are near cliffs, rocky areas, large trees in riparian areas, and snag trees; there are extensive abandoned mines in the La Sal Creek area. All of these areas are likely to have suitable roosting refugia near them. This diversity of roosting options and variety of habitats sampled may explain why more bats were captured in the Paradox Valley Area than in the Gunnison Gorge National Conservation Area.

There do not appear to be major obstacles that would impede the dispersal of Allen's big-eared bats from the Canyonlands area of Utah, where this species is known to

10

reside, to the Paradox Valley area, and other areas of southwestern Colorado. The Paradox Valley area also offers similar habitat to what this species is known to use in other parts of the southwestern United States. A reasonable working hypothesis is that Allen's big-eared bats do reside in the Paradox Valley area and there are likely reproductive females in the area during the summer. My prediction is that more extensive sampling in the Paradox Valley area will reveal that this species does reside in this part of southwestern Colorado. Future sampling and research may also allow us to identify the roosting and foraging areas used by this species in southwestern Colorado.

Spotted bats were not captured during this sampling effort, but their echolocation calls were recorded and heard audibly at sites in the Paradox Valley area and the Gunnison Gorge National Conservation Area. It is probable that these bats are roosting in the high cliff walls of the Paradox Valley, Black Canyon of the Gunnison, and Gunnison Gorge. The spotted bats on the Fruitland Mesa appeared to be commuting from the direction of the Black Canyon and the Gunnison Gorge toward the north, perhaps to the agricultural lands near Hotchkiss or even to the lakes of the Grand Mesa. Spotted bats in other parts of the southwestern United States have been documented flying significant distances to forage and drink (Rabe et at. 1998). If spotted bats in southwestern Colorado are commuting long distances to forage and drink, as they are elsewhere, it will be important to identify these areas if appropriate management and conservation strategies are to be developed for this sensitive species.

Yuma myotis were captured in the Paradox Valley area and echolocation calls consistent with this species were recorded in both sampling areas. Both of the female

11

BLM_0054793

Yuma myotis captured were reproductively active indicating that there are maternity colonies of this species in the Paradox Valley area. This species is highly associated with the presence of open water and in Colorado is usually captured over open water and in riparian areas (Armstrong et al. 1994, Fitzgerald et al. 1994, Adams 2003). It is likely that the persistence of this species will in the long term depend on suitable and predictably available water sources.

Fringed myotis were not captured during this sampling effort, but echolocation calls consistent with this species were recorded at the Ray Mesa cattle pond on June 2. This species is known to inhabit piñon-juniper woodlands and ponderosa pine forests in western Colorado (Armstrong et al. 1994, Fitzgerald et al. 1994, Adams 2003, Navo pers. comm.). In the Front Range of the Southern Rocky Mountains this species forms maternity roosts in rock crevices, abandoned mines, and occasionally in buildings and cabins (Adams 2003, Hayes unpublished data). Little is known, however, about the roosting preferences of this species in western Colorado. Of the *Myotis* bats in western Colorado, fringed myotis have a distinctive echolocation call that is readily identifiable if good echolocation call sequences are available.

Townsend's big-eared bat is a species of significant conservation concern in the southwestern United States. This species was not captured during this survey, but echolocation calls consistent with this species were recorded at the Paradox Valley cattle pond. There are about 15 known maternity roosts of this species in Colorado (K. Navo, pers. comm.), at least 3 of which are located on lands managed by the Colorado BLM's Uncompahgre Field Office. Continued protection of these sites and the identification and

12

BLM_0054794

protection of other maternity sites in western Colorado may be important to the long-term persistence of populations of this species within Colorado and other States in the 4-Corner's region.

Four of the five bat species listed by the BLM's Uncompahgre Field Office as sensitive wildlife species are readily identifiable using echolocation call recordings (Townsend's big-eared bat, spotted bat, Allen's big-eared bat, and fringed myotis). Continued use of echolocation call recording and analysis will be an important tool in evaluating the occurrence and habitat associations of sensitive bat species in southwestern Colorado.

The two key goals of this study were to look for evidence of Allen's big-eared bat in the Paradox Valley area and spotted bat in the Gunnison Gorge National Conservation Area. Allen's big-eared bat was not captured and no echolocation call sequences consistent with this species were recorded. Spotted bats were not captured, but their echolocation calls were recorded in both sampling areas and were recorded on three of five survey nights in the Gunnison Gorge National Conservation Area. Knowledge is limited about the roosting needs, dietary preferences, and reproductive behavior of both of these species, as well as other sensitive bat species in western Colorado.  More extensive survey work is recommended, ideally over several years, if a better understanding of the conservation needs of these species is to be attained.

13

BLM_0054795

ACKNOWLEDGEMENTS

The support, assistance, and expertise of Missy Siders (BLM Biologist, Uncompahgre Field Office) are very much appreciated. Lea' Bonewell (USGS Biologist, Fort Collins Science Center) assisted with field work during the Paradox Valley area surveys and provided important input and expertise prior to and during this project. Kirk Navo (Colorado Division of Wildlife) provided thoughtful comments and encouragement. Rick Adams (University of Northern Colorado) kindly provided the Pettersson bat detectors that were used to record echolocation calls.

14

BLM_0054796

LITERATURE CITED

ADAMS, R. A. 2003. Bats of the Rocky Mountain West: Natural History, Ecology, and Conservation. University Press of Colorado, Boulder.

ARMSTRONG, D. M. 1974. Second record of the Mexican big-eared bat in Utah. Southwestern Naturalist 19:114-115.

ARMSTRONG, D. M., R. A. ADAMS, and J. FREEMAN. 1994. Distribution and ecology of bats of Colorado. University of Colorado Museum, Natural History Inventory of Colorado, No. 15:1-83.

BLACK, H. L. 1970. Occurrence of the Mexican big-eared bat in Utah. Journal of Mammalogy 51:190.

BUREAU OF LAND MANAGEMENT. 2007. BLM Colorado sensitive wildlife species of the Uncompahgre Field Office. http://www.blm.gov/co/st/en/fo/ufo/wildlife_and_vegetation/sensitive_wildlife.html

CZAPLEWSKI, N. J. 1983. *Idionycteris phyllotis*. Mammalian Species No. 208: 1-4.

FINDLEY, J. B. JR., AND J. CREASY. 1982. First specimen of the spotted bat (*Euderma maculatum*) from Colorado. The Great Basin Naturalist 42:360.

FITZGERALD, J. P., C. A. MEANEY and D. M. ARMSTRONG. 1994. Mammals of Colorado. Denver Museum of Natural History and University Press of Colorado, Niwot.

HAYES, M. A., K. W. NAVO, C. J. MOSCH, AND L. R. BONEWELL. 2008. Allen's big-eared bat (*Idionycteris phyllotis*) from Colorado based on its distinctive echolocation call. The Southwestern Naturalist, in press.

MUSEUM OF SOUTHWESTERN BIOLOGY. MSB Mammals Collection website, specimen 116466, *Idionycteris phyllotis*. Canyonlands National Park, Needles District, Cave Spring, Utah, San Juan County, Collected 01 Apr 1991. Website accessed October 2, 2008. http://arctos.database.museum/SpecimenDetail.cfm.

NAVO, K. W., J. A. GORE, AND G. T. SKIBA. 1992. Observations of the spotted bat, *Euderma maculatum*, in northwestern Colorado. Journal of Mammalogy 73:547-551.

BLM_0054797

NAVO, K. W., C. L. KNAPP, and J. SHEPPARD. 1991. Colorado's Bats/Inactive Mines Project. Bat Research News 32:81.

NAVO, K. W. and P. KRABACHER. 2005. The use of gates at abandoned mines in Colorado. Bat Research News 46:1-8.

RABE, M. J., M. S. SIDERS, C. R. MILLER, and T. K. SNOW. 1998. Long foraging distance for a spotted bat (*Euderma maculatum*) in northern Arizona. The Southwestern Naturalist 43:266-286.

SIMMONS, J. A. and M. J. O'FARRELL. 1977. Echolocation by the long-eared bat, *Plecotus phyllotis*. Journal of Comparative Physiology A 122:201-214.

SIMMONS, J. A. and R. A. STEIN. 1980. Acoustic imaging in bat sonar: echolocation signals and the evolution of echolocation. Journal of Comparative Physiology A 135:61-84.

SZEWCZAK, J. M. and T. J. WELLER. 2008. Echolocation call characteristics of western bats. Sonobat bat echolocation characteristics key.

SZEWCZAK, J. M. 2008. Western US reference views, compiled January 2008. SonoBat bat echolocation reference calls.

16

BLM_0054798



**Map 1**: Mist-net and acoustic survey locations in the Paradox Valley area May 31 to June 4, 2008.

17

BLM_0054799



**Map 2**: Mist-net and acoustic survey locations in the Gunnison Gorge National Conservation Area, June 17 to June 21, 2008.

18

BLM_0054800

# Sagegrouse/Spotted Bat ACEC

# Gunnison Gorge NCA, Colorado

## Legend

/ Roads

— Area of Interest

### Range Waters

**SYMBOL**

▲ Catchment
⊣ Dam
◆◆◆ Dike
⛆ Guzzler
● Reservoir
● Spring
● Stock Tank
▲ Tank

## LAND OWNERSHIP LEGEND

Private Lands
State Lands
City, State, County Parks
Other Federal Lands
National Grasslands
Indian Lands or Reservations
Bureau of Land Management (BLM)
National Forest Lands (USFS)
National Park Service (NPS)
USFW Service, National Wildlife Refuges
BLM Wilderness Area
BLM Wilderness Study Area
USFS Wilderness Area
USFS Special Protection Area
BLM National Monument
National Conservation Area
Military Reservations/Corps of Engineers
Bureau of Reclamation (BOR)

1:38,626

0   0.5   1   2   3   4 Miles

Map created on Jun 17, 2008

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
COLORADO STATE OFFICE

Map produced by the BLM, Colorado State Office
Mapping Sciences Group

Land Status updated as of May 1, 2008

CAUTION:
Land ownership data is derived from best
accurate data than the 1:24000 scale base
map. Therefore, land ownership may not be
shown for parcels smaller than 40 acres, and
land ownership lines may have plotting errors
due to source data.

No warranty is made by the Bureau of Land Management
for the use of the data for purposes not intended by the BLM.

BLM_0054007



# West Paradox Bat Survey Area

# Uncompahgre Field Office, Colorado

## Legend
### ufo_rip_s
**SYMBOL**

▲ Catchment
⊣ Dam
◆◆◆ Dike
▼ Guzzler
⊙ Reservoir
ᔕ Spring
◉ Stock Tank
⊗ Tank
〜〜 Roads

## LAND OWNERSHIP LEGEND

Private Lands
State Lands
City, State, County Parks
Other Federal Lands
National Grasslands

Indian Lands or Reservations
Bureau of Land Management (BLM)
National Forest Lands (USFS)
National Park Service (NPS)
USFW Service, National Wildlife Refuges

BLM Wilderness Area
BLM Wilderness Study Area
USFS Wilderness Area
USFS Special Protection Area

BLM National Monument
National Conservation Area
Military Reservations/Corps of Engineers
Bureau of Reclamation (BOR)

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
COLORADO STATE OFFICE

1:50,000

0  0.5  1    2    3    4
Miles

BLM_0054802



Figure 1. Spectrograph of a Townsend's big-eared bat (*Corynorhinus townsendii*) echolocation call recorded at Paradox cattle pond on June 3, 2008.

BLM_0054803



Figure 2. Spectrograph of a big brown bat (*Eptesicus fuscus*) echolocation call recorded at Ray Mesa Pond on June 2, 2008.

BLM_0054804



Figure 3. Spectrograph of a spotted bat (*Euderma maculatum*) echolocation call recorded near the Fruitland Mesa irrigation ditch on June 20, 2008.

BLM_0054805



Figure 4. Spectrograph of a silver-haired bat (*Lasionycteris noctivagans*) echolocation call recorded at the Fruitland Mesa irrigation ditch on June 20, 2008.

BLM_0054806



Figure 5. Spectrograph of a hoary bat (*Lasiurus cinereus*) echolocation call recorded near the Fruitland Mesa irrigation ditch on June 20, 2008.

BLM_0054807



Figure 6. Spectrograph of a California myotis (*Myotis californicus*) echolocation call recorded at the Fruitland Mesa cattle pond #3 on June 19, 2008.

BLM_0054808



Figure 7. Spectrograph of a western small-footed myotis (*Myotis ciliolabrum*) echolocation call recorded at the Fruitland Mesa irrigation ditch on June 20, 2008.

BLM_0054809



Figure 8. Spectrograph of a little brown bat (*Myotis lucifugus*) echolocation call recorded at La Sal Creek #2 on June 1, 2008.

BLM_0054810



Figure 9. Spectrograph of a fringed myotis (*Myotis thysanodes*) echolocation call recorded at Ray Mesa Pond on June 2, 2008.

BLM_0054811



Figure 10. Spectrograph of a long-legged myotis (*Myotis volans*) echolocation call recorded at La Sal Creek #1 on May 31, 2008.

BLM_0054812



Figure 11. Spectrograph of a Yuma myotis (*Myotis yumanensis*) echolocation call recorded at La Sal Creek #1 on May 31, 2008.

BLM_0054813



Figure 12. Spectrograph of a western pipistrelle (*Pipistrellus hesperus*) echolocation call recorded at La Sal Creek #1 on May 31, 2008.

BLM_0054814



Figure 13. Spectrograph of a big free-tailed bat (*Nyctinomops macrotis*) echolocation call recorded at the Paradox Valley Cattle Pond on June 3, 2008.

BLM_0054815



Figure 14. Spectrograph of a Mexican free-tailed bat (*Tadarida brasiliensis*) echolocation call recorded at La Sal Creek #2 on June 1, 2008.

BLM_0054816



Figure 15. Spectrograph of an Allen's big-eared bat (*Idionycteris phyllotis*) echolocation call recorded at La Sal Creek on August 18, 2006.

BLM_0054817



Figure 16. Spectrograph of an Allen's big-eared bat (*Idionycteris phyllotis*) echolocation call recorded at La Sal Creek on August 18, 2006.

BLM_0054818

**APPENDIX A: Capture and Acoustic Recording Results**

**PARADOX VALLEY AREA SURVEYS**

**La Sal Creek #1, May 31 2008**

UTM Coordinates: 12S/0676861/4243311; 5,627 ft.; Mist nets used: 1x3m, 1x6m.

| Species | Sex | Age | Weight | Reproductive Status |
|---|---|---|---|---|
| *Myotis ciliolabrum* | Male | Adult | 4.4g | Non-scrotal |
| *Myotis evotis* | Female | Adult | 5.1g | Lactating |
| *Myotis volans* | Female | Adult | 7.5g | Lactating |
| *Myotis yumanensis* | Female | Adult | 4.9g | Pregnant |
| *Pipistrellus hesperus* | Female | Adult | 4.2g | Lactating |

Acoustic calls recorded: multiple *Eptesicus fuscus, Lasionycteris noctivagans, Myotis ciliolabrum* and *Pipistrellus hesperus,* and likely *Myotis evotis, Myotis lucifugus, Myotis volans,* and *Myotis yumanensis* call sequences recorded.

Bats Captured: 5; Species captured: 5; Species recorded: ~8.

**La Sal Creek #2, June 1 2008**

UTM Coordinates: 12S/0676830/4243510; 5,656 ft.; Mist nets used: 1x3m, 1x6m.

| Species | Sex | Age | Weight | Reproductive Status |
|---|---|---|---|---|
| *Lasionycteris noctivagans* | Male | Adult | 10.9g | Non-scrotal |
| *Lasionycteris noctivagans* | Male | Adult | 10.3g | Non-scrotal |
| *Myotis yumanensis* | Female | Adult | 5.9g | Lactating |
| *Myotis yumanensis* | Male | Adult | 4.8g | Non-scrotal |
| *Myotis yumanensis* | Male | Adult | 5.7g | Non-scrotal |

Acoustic calls recorded: multiple *Lasionycteris noctivagans, Myotis lucifugus, Myotis volans, Myotis yumanensis* call sequences and one sequence of *Tadarida brasiliensis* recorded.

Bats Captured: 5; Species captured: 2; Species recorded: 5.

35

BLM_0054819

**Ray Mesa Pond, June 2, 2008**

UTM Coordinates: 12S/0672250/4239190; 7,287 ft.; Mist nets used: 2x3m, 1x6m.

| Species | Sex | Age | Weight | Reproductive Status |
|---|---|---|---|---|
| *Eptesicus fuscus* | Male | Adult | 13.6g | Non-scrotal |
| *Lasionycteris noctivagans* | Male | Adult | 8.1g | Non-scrotal |
| *Myotis californicus* | Female | Adult | 3.5g | Non-reproductive |
| *Myotis ciliolabrum* | Female | Adult | 4.5g | Lactating |
| *Myotis evotis* | Female | Adult | 6.3g | Pregnant |
| *Myotis evotis* | Male | Adult | 5.0g | Non-scrotal |
| *Myotis evotis* | Male | Adult | 5.5g | Non-scrotal |
| *Myotis volans* | Female | Adult | 7.6g | Pregnant |
| *Myotis volans* | Male | Adult | 6.6g | Non-scrotal |

Acoustic calls recorded: multiple *Eptesicus fuscus, Lasionycteris noctivagans, Myotis ciliolabrum, Myotis thysanodes*, and likely *Myotis evotis, Myotis lucifugus* and *Myotis volans* call sequences recorded.

Bats Captured: 9; Species captured: 6; Species recorded: ~7.


**Paradox Valley Cattle Pond, June 3, 2008**

UTM Coordinates: 12S/0689264/4242533; 5,104 ft., Mist nets used: 2x3m, 1x6m.

| Species | Sex | Age | Weight | Reproductive Status |
|---|---|---|---|---|
| *Myotis volans* | Female | Adult | 9.1g | Pregnant |
| *Myotis volans* | Female | Adult | 8.3g | Pregnant |
| *Pipistrellus hesperus* | Female | Adult | 4.6g | Pregnant |
| *Pipistrellus hesperus* | Female | Adult | 4.4g | Pregnant |

Acoustic calls recorded: *Myotis ciliolabrum, Myotis yumanensis, Myotis volans, Pipistrellus hesperus*, and 2 *Euderma maculatum*, 3 *Corynorhinus townsendii*, 1 *Nyctinomops macrotis* call sequences were recorded. Multiple audible *Euderma maculatum* and *Nyctinomops macrotis* calls heard.

Bats Captured: 4; Species captured: 2; Species recorded: ~7.

36

**Schneider Spring, June 4, 2008**

UTM Coordinates: 12S/0675600/4251300; 5,574 ft; Mist nets used: 1x3m, 1x6m.

| Species | Sex | Age | Weight | Reproductive Status |
|---|---|---|---|---|

No captures and no recorded calls. Rain off and on throughout day and night.

Bats Captured: 0; Species captured: 0; Species recorded: 0.


**GUNNISON GORGE NATIONAL CONSERVATION AREA SURVEYS**

**Fruitland Mesa Cattle Pond #1, June 17, 2008**

UTM Coordinates: 13S/0266300/4278400; 7,847 ft; Mist nets used: 1x6m, 1x18m.

| Species | Sex | Age | Weight | Reproductive Status |
|---|---|---|---|---|

No captures

Acoustic calls recorded: One *Myotis lucifugus* and 1 *Nyctinomops macrotis* call sequence recorded.

Bats Captured: 0; Species captured: 0; Species recorded: 2.


**Fruitland Mesa Cattle Pond #2, June 18, 2008**

UTM Coordinates: 13S/0261900/4277300; 8,096 ft; Mist nets used: 1x6m, 1x18m.

| Species | Sex | Age | Weight | Reproductive Status |
|---|---|---|---|---|
| *Lasionycteris noctivagans* | Male | Adult | 9.6g | Non-scrotal |
| *Myotis yumanensis* | Female | Adult | 6.2g | Pregnant |

Acoustic calls recorded: multiple *Myotis lucifugus* calls recorded.

Bats Captured: 2; Species captured: 2; Species recorded: 1.

BLM_0054821

**Fruitland Mesa Cattle Pond #3, June 19, 2008**

UTM Coordinates: 13S/0259110/4278714; 7,958 ft; Mist nets used: 1x6m, 1x3m.

| Species | Sex | Age | Weight | Reproductive Status |
|---|---|---|---|---|
| *Myotis* | Female | Adult | Not weighed | Pregnant (?) |

*This bat escaped from net during removal and was a *M. californicus* or *M. ciliolabrum*.

Acoustic calls recorded:  *Lasiurus cinerius*, *Myotis californicus*, *M. yumanensis*, probable *M. lucifugus*, *M. volans*, and *Lasionycteris noctivagans*. 13 *Euderma maculatum* and 1 *Nyctinomops macrotis* call sequences recorded. Multiple audible *Euderma maculatum* calls heard while a pair of these bats were foraging and drinking at the pond.

Bats Captured: 1; Species captured: 1; Species recorded: ~7.


**Fruitland Mesa Irrigation Ditch, June 20, 2008**

UTM Coordinates: 13S/0260097/4284723; 6,928 ft; Mist nets used: 2x3m.

| Species | Sex | Age | Weight | Reproductive Status |
|---|---|---|---|---|
| No captures | | | | |

Acoustic calls recorded: *Eptesicus fuscus*, *Lasiurus noctivagans*, *Myotis ciliolabrum*, *M. yumanensis*, and perhaps other *Myotis* species. 1 *Euderma maculatum* and 1 *Nyctinomops macrotis* call sequences recorded. On three occasions, audible calls were heard emitted by one *Euderma maculatum* flew rapidly through the area moving from south to north. This is either 3 separate bats or the same bat using a foraging route.

Bats Captured: 0; Species captured: 0; Species recorded: ~6.

38

BLM_0054822

**Fruitland Mesa Cattle Pond #4, June 21, 2008**

UTM Coordinates: 13S/0264596/4278270; 7,796 ft; Mist nets used: 2x3m, 1x6m.

| Species | Sex | Age | Weight | Reproductive Status |
|---------|-----|-----|--------|---------------------|

No captures

Acoustic calls recorded: *Eptesicus fuscus, Lasiurus noctivagans, Myotis ciliolabrum,* and perhaps other *Myotis* species. 3 *Euderma maculatum* and 2 *Nyctinomops macrotis* call sequences recorded. Audible *Euderma maculatum* calls emitted by one or more bats heard on three occasions.

Bats Captured: 0; Species captured: 0; Species recorded: ~5

39

BATS IN THE GUNNISON GORGE NATIONAL CONSERVATION AREA

AND WILDERNESS AND THE ESCALANTE STUDY AREA:

RESULTS OF MIST-NETTING AND ACOUSTIC SURVEYS DURING 2009

Prepared for Melissa Siders, Biological Staff Supervisor

Uncompahgre Field Office

2465 S. Townsend Ave., Montrose CO 81401

Mark A. Hayes

School of Biological Sciences

Ross Hall

University of Northern Colorado

Greeley, CO

November 2009

BLM_0054824

# INTRODUCTION

Western Colorado has a diverse bat fauna consisting of approximately 17 species (Fitzgerald et al.1994, Armstrong et al.1994, Adams 2003). The Bureau of Land Management's Colorado Uncompahgre Field Office lists Townsend's big-eared bat (*Corynorhinus townsendii*), spotted bat (*Euderma maculatum*), Allen's big-eared bat (*Idionycteris phyllotis*), fringed myotis (*Myotis thysanodes*), and Yuma myotis (*Myotis yumanensis*) as sensitive wildlife species (BLM 2007). Allen's big-eared bat has not been captured in Colorado, but was recently documented along La Sal Creek near the Paradox Valley area using recorded echolocation calls (Hayes et al. 2009). BLM biologists have an interest in learning more about the occurrence and distribution of sensitive bat species on lands managed by the Uncompahgre Field Office.

In 2009, eight days of mist-netting surveys and acoustic monitoring were completed in the BLM's Gunnison Gorge National Conservation Area and Wilderness and in the Escalante study area. The two main objectives of this study focused on: (1) performing continued mist-net capture and acoustic monitoring in the Colorado BLM's area of interest in the Gunnison Gorge National Conservation Area and Wilderness; and (2) performing preliminary mist-net capture and acoustic monitoring in the BLM's area of interest in the Escalante study area. This 2009 survey work was funded by the BLM's Uncompahgre Field Office in Montrose, Colorado.

The purpose of this report is to summarize the results of mist-net and acoustic sampling for bats in the Gunnison Gorge National Conservation Area and Wilderness, and in the Escalante study area during 2009. These areas are used by bats for roosting, foraging, and drinking, and the Bureau of Land Management's Uncompahgre Field Office has an interest in understanding the

BLM_0054825

species occurrence and diversity of bats using these areas, especially the occurrence and activities of bat species that are listed as sensitive wildlife species by this BLM field office. This sampling effort adds to the species inventories of these areas and will help increase knowledge of the ecology of bats in southwestern Colorado.

Field work in 2009 involved mist-net capture surveys and acoustic monitoring of bat echolocation calls. Mist-netting was conducted in areas likely to be visited by bats and consisted of placing mist-nets over or near water and along roads. Once captured, standard data were recorded including species, age class, and reproductive status. Echolocation calls of bats flying over the survey sites were recorded each night. Calls were analyzed using SonoBat™ software for bat call analysis.

## METHODS AND MATERIALS

Mist-netting was conducted in areas likely to be visited by bats and consisted of placing mist-nets over or near water and along roads. Once captured, standard data were recorded including species, age class, and reproductive status. Bat echolocation calls emitted by free-flying bats at the sampling sites were recorded using a Pettersson Ultrasound Detector D240x (Pettersson Elektronik AB, Uppsala, Sweden) combined with an iRiver IFP-895 digital MP3 player/recorder (see Photo 11). Calls were analyzed using SonoBat™ 2.5.6 software for bat call analysis (DNDesign, Arcata, California). When adequate call information was available, call sequences were identified to species using echolocation call characteristics in comparison to reference information (Szewczak and Weller 2008, Szewczak 2008) and other known-species reference calls from western Colorado (Hayes, unpublished data). Call sequences without

BLM_0054826

adequate information, or that only included call fragments, were not identified. Accurate and reliable identification of bat species using echolocation call recordings often requires the compilation of extensive echolocation call libraries of known-species call sequences from the geographical area of interest. However, due to the current lack of such a comprehensive echolocation call library for southwestern Colorado and the difficulty of identifying some bat call sequences to species (especially *Myotis* species), this information should be used cautiously. For species where there is little or no ambiguity in species identification the number of call sequences recorded at a site is listed. Where appropriate I have added modifiers (such as "likely *Myotis yumanensis*") to the description of call sequences recorded at a sampling location. Where I felt confident in identifying *Myotis* species, I have listed number of passes recorded. The two *Myotis* species that are listed by the BLM as sensitive (*Myotis thysanodes* and *M. yumanensis*) generally have calls that are distinguishable from other species in western Colorado.  Maps of capture locations are shown on Maps 1 and 2 below. Capture information from each site are shown in "Appendix A: Capture and Acoustic Recording Results" and summary information for all sites and species are shown in Table 1. For each capture location, the following information is included: survey location; date surveyed; UTM coordinates in North American Datum 1927 (NAD 27 CONUS); number and length of mist-net used; species, sex, age, weight, and reproductive status of each bat captured; genus and, when possible, species identity, of echolocation calls recorded during the survey.

Mark Hayes, Lea' Bonewell, Missy Siders, Meghan Rowe, and BLM river rangers Peter Dennett and Ryan Mathis conducted mist-netting and acoustic sampling in the Gunnison Gorge National Conservation Area and Wilderness from July 20 to July 22. Mark Hayes conducted

BLM_0054827

sampling in the Escalante area of interest from August 3 to 7; Meghan Rowe and Tony Cimaglio assisted with sampling on August 6.


RESULTS

Detailed results from mist-netting and acoustic surveys at each site are shown in "Appendix A: Capture and Acoustic Recording Results". Information in this appendix includes the site name, sampling date, sampling location using UTM coordinates, number and length of nets deployed, species captured, and sex, age, weight, and reproductive condition of each individual captured. The genus and, when possible, species identity, of echolocation calls recorded during the survey are also listed.


**Gunnison Gorge National Conservation Area and Wilderness**

In the Gunnison Gorge National Conservation Area and Wilderness, a total of 11 individual bats were captured and released on 3 nights from July 20 to 22, 2009. Four species were captured: western small-footed myotis (*Myotis ciliolabrum*), little brown or Occult myotis (*Myotis lucifugus* or *occultus*), Yuma myotis (*Myotis yumanensis*), and western pipistrelle (*Parastrellus* (*Pipistrellus*) *hesperus*). (Note: throughout the rest of this report, western pipistrelles will be referred to by the binomial "*Parastrellus hesperus*".) Of the bat species listed on the BLM's Colorado Uncompahgre Field Office sensitive wildlife species list, we captured one species, Yuma myotis (*Myotis yumanensis*). We captured 2 western small-footed myotis (18.2% of captures), 2 little brown or Occult myotis (18.2% of captures), 6 Yuma myotis (54.5% of captures), and 1 western pipistrelles (9.1% of captures). The proportion of females to males

Hayes 2009 BLM UFO Bat Survey
Page 4 of 49

BLM_0054828

captured was higher in little brown or Occult myotis (2F:0M) and western pipistrelle (1F:0M). The proportion of females to males captured was equal in western small-footed myotis (1F:1M) and Yuma myotis (3F:3M). Of 4 adult females captured, 1 was possibly pregnant, 2 were lactating, and 1 showed no obvious signs of being pregnant or lactating and was considered to be non-reproductive at the time of capture. Three of the females captured were juveniles. One of the males captured was an adult and did not show signs of descending testes. Three of the males were juveniles. There was an equal sex ratio of captured juveniles (3F:3M).

Echolocation call sequences consistent with 10 species were recorded within the sampling area: big brown bat (*Eptesicus fuscus*), spotted bat (*Euderma maculatum*), hoary bat (*Lasiurus cinereus*), silver-haired bat (*Lasionycteris noctivagans*), California myotis (*Myotis californicus*),  western small-footed myotis (*Myotis ciliolabrum*), little brown or Occult myotis (*Myotis lucifugus* or *occultus*), Yuma myotis (*Myotis yumanensis*), big free-tailed bat (*Nyctinomops macrotis*), and western pipistrelle (*Parastrellus hesperus*). Of the bat species listed on the BLM's Colorado Uncompahgre Field Office sensitive wildlife species list, we recorded echolocation call sequences consistent with two species, spotted bat (*Euderma maculatum*) and Yuma myotis (*Myotis yumanensis*). No evidence of Allen's big-eared bat or fringed myotis was found during sampling of the Gunnison Gorge National Conservation Area and Wilderness.

Sounds were recorded that appear to be Townsend's big-eared bat (*Corynorhinus townsendii*) social calls (see Figure 16). However, more information will be needed to confirm that these are the social calls of this species. Also, 10 echolocation call sequences were recorded that could not be definitively identified, but that preliminarily look consistent with western red

BLM_0054829

bat (*Lasiurus blossevillii*) (see Figure 14). This species has not been documented in Colorado. See discussion for more details.

**Escalante study area**

In the Escalante study area, a total of 19 individual bats were captured and released on 5 nights from August 3 to 7, 2009. Seven species were captured: big brown bat (*Eptesicus fuscus*), silver-haired bat (*Lasionycteris noctivagans*), western small-footed myotis (*Myotis ciliolabrum*), little brown or Occult myotis (*Myotis lucifugus* or *occultus*), Yuma myotis (*Myotis yumanensis*), western pipistrelle (*Parastrellus hesperus*), and Mexican free-tailed bat (*Tadarida brasiliensis*). Of the bat species listed on the BLM's Colorado Uncompahgre Field Office sensitive wildlife species list, we captured 1 species (Yuma myotis) that is considered sensitive. We captured 3 big brown bats (15.8% of captures), 3 silver-haired bat (15.8% of captures), 1 western small-footed myotis (5.3% of captures), 2 little brown or Occult myotis (10.5% of captures), 6 Yuma myotis (31.6% of captures), 3 western pipistrelles (15.8% of captures), and 1 Mexican free-tailed bat (5.3% of captures). The proportion of females to males captured was higher in big brown bats (2F:1M), western small-footed myotis, (1F:0M), and Yuma myotis (3F:2M). The proportion of males to females captured was higher in silver-haired bat (0F:3M), little brown or Occult myotis (0F:2M), western pipistrelle (0F:4M), and Mexican free-tailed bat (0F:1M). Of 4 adult females captured, 2 were lactating, and 2 showed no obvious signs of being pregnant or lactating and were considered to be non-reproductive at the time of capture. Two of the females captured were juveniles and were both Yuma myotis. Three of the adult males captured were scrotal, two of which were silver-haired bats and one of which was a big brown bat. Three of the males were

BLM_0054830

juveniles. There were more male than female juveniles captured (2F:3M), and 4 of 5 juveniles captured were Yuma myotis.

Echolocation call sequences consistent with 12 species were recorded within the sampling area: Townsend's big-eared bat (*Corynorhinus townsendii*), big brown bat (*Eptesicus fuscus*), hoary bat (*Lasiurus cinereus*), silver-haired bat (*Lasionycteris noctivagans*), California myotis (*Myotis californicus*),  western small-footed myotis (*Myotis ciliolabrum*), little brown or Occult myotis (*Myotis or occultus*), fringed myotis (*Myotis thysanodes*), Yuma myotis (*Myotis yumanensis*), big free-tailed bat (*Nyctinomops macrotis*), western pipistrelle (*Parastrellus hesperus*), and Mexican free-tailed bat (*Tadarida brasiliensis*). Of the bat species listed on the BLM's Colorado Uncompahgre Field Office sensitive wildlife species list, we recorded echolocation call sequences consistent with two species, Townsend's big-eared bat (*Corynorhinus townsendii*) and Yuma myotis (*Myotis yumanensis*). Echolocation calls were also recorded that may have been pallid bat (*Antrozous pallidus*).

As with the Gunnison Gorge study area, echolocation call sequences were recorded that could not be definitively identified, but that preliminarily appear to be consistent with western red bat (*Lasiurus blossevellii*) (see Figure 14). Seventeen files consistent with this species were recorded, 7 at the Escalante Boat Launch Bridge and 10 at Escalante Forks. This species has not been documented in Colorado. See discussion for more details.

No evidence of Allen's big-eared bat was found during sampling of the Gunnison Gorge National Conservation Area and Wilderness or the Escalante study area.

Hayes 2009 BLM UFO Bat Survey
Page 7 of 49

BLM_0054831

Figures 1 – 14 show spectrographs of the bat species recorded in both study areas. These figures are organized alphabetically by species names. Social calls of presumed Yuma myotis and Townsend's big-eared bats are shown in Figures 15 and 16.

Species captured and recorded at each location in the Gunnison Gorge National Conservation Area and Wilderness (Big Eddy, Teepee, and Smith Fork) and in the BLM's Escalante area of interest (Escalante Camp #2, Escalante Bridge, Escalante Forks, Escalante Rim, and Club Park Cattle Pond) during 2009 are shown in Table 1. A bar graph comparing the proportion of species captured using mist-netting and acoustic recording techniques for each survey location is shown in Figure 17. Photographs of some of the survey locations and equipment can be found at the end of the report.

## DISCUSSION

Sampling of the bat fauna in Gunnison Gorge National Conservation Area and Wilderness (GGNCA) documented the presence of 13 species. Four of the bat species listed on the BLM's Colorado Uncompahgre Field Office sensitive wildlife species list were documented in these two sampling areas. Echolocation calls consistent with Townsend's big-eared bat were recorded in the Escalante area at Escalante Forks, and social calls that are consistent with this species were recorded at the Big Eddy and Teepee Ranger Camp sites in the Gunnison Gorge and at the Escalante Boat Launch Bridge in the Escalante study area. Spotted bats were not captured during this sampling effort, but echolocation calls were recorded at the Big Eddy site in the Gunnison Gorge. This species was not recorded at any of the other sites, but its audible calls were heard at all three GGNCA sites. Yuma myotis was captured in both study areas at the

BLM_0054832

Teepee, Smith Fork, Escalante Bridge, Escalante Forks, and Escalante Rim sites. Echolocation calls consistent with Yuma myotis were recorded in both the GGNCA and the Escalante study area. Fringed myotis was not captured, but echolocation calls consistent with this species were recorded only at the Escalante Forks site. One sensitive species, Allen's big-eared bat, was not captured and echolocation calls consistent with these species were not recorded.

Bat activity was observed at all 8 sites. During 3 nights of survey work in the GGNCA, between 1 and 4 species were captured nightly using mist-netting and between 7 and 9 species were identified using acoustic recording techniques. The highest species richness in the GGNCA using mist-netting was at the Smith Fork site, while the highest species richness using acoustic monitoring was at the Teepee Ranger Camp site. During 5 nights of survey work in the Escalante study area, between 0 and 7 species were captured using mist-netting and between 1 and 11 species were identified using acoustic recording techniques. The highest species richness using both mist-netting and acoustic recording was documented at the Escalante Forks site.

Spotted bats were not captured during this sampling effort, and their echolocation calls were recorded only at the Big Eddy camp site in the GGNCA. However, spotted bats were heard audibly at all three GGNCA sites. It is probable that these bats are roosting in the high cliff walls of the Gunnison Gorge. I suspect that more intensive acoustic recording over a longer time period would reveal significant spotted bat activity in the GGNCA. Spotted bats were not recorded during sampling in the Escalante study area.

Yuma myotis were captured, and echolocation calls consistent with this species were recorded, in the GGNCA and the Escalante study area. Twelve Yuma myotis were captured, including 3 adult females, 9 juveniles, and one bat that escaped before sex and age could be

Hayes 2009 BLM UFO Bat Survey
Page 9 of 49

BLM_0054833

determined. Of the adult females captured, 2 were lactating and 1 was possibly pregnant. Reproductive females and/or juveniles were captured at 4 sites (Teepee Ranger Camp, Smith Fork, Escalante Boat Launch Bridge, and Escalante Rim) suggesting that maternity colonies of this species are near these sites. There appears to be a large maternity roost of Yuma myotis using the Escalante Boat Launch Bridge (see photos 5 and 6). Numerous Yuma myotis were observed emerging from a crevice within the concrete structural supports of the bridge, and fresh guano was observed under the bridge. A 6-meter mist-net was set under this bridge and 3 Yuma myotis were captured (1 adult lactating female and 2 juvenile females). Numerous echolocation calls of this species were recorded at the site. This roost site would be an excellent location for an infrared video survey, which would allow researchers to monitor bats emerging from the roost and conduct exit counts. This species is highly associated with the presence of open water and in Colorado is usually captured over open water and in riparian areas (Armstrong et al. 1994, Fitzgerald et al. 1994, Adams 2003). It is likely that the persistence of this species in Colorado will in the long term depend on suitable and predictably available water resources.

Fringed myotis were not captured during this sampling effort, but 1 echolocation call sequence consistent with this species was recorded at Escalante Forks. This species is known to inhabit piñon-juniper woodlands and ponderosa pine forests in western Colorado (Armstrong et al. 1994, Fitzgerald et al. 1994, Adams 2003, Navo pers. comm.). In the Front Range of the Southern Rocky Mountains this species forms maternity roosts in rock crevices, abandoned mines, and occasionally in buildings and cabins (Adams 2003, Hayes unpublished data). Little is known, however, about the roosting preferences of this species in western Colorado. Of the

BLM_0054834

*Myotis* species in western Colorado, fringed myotis have a distinctive echolocation call that is readily identifiable if good echolocation call sequences are available.

Townsend's big-eared bat is a species of significant conservation concern in the southwestern United States. This species was not captured during this survey, but echolocation calls consistent with this species were recorded at the Escalante Forks site. At Big Eddy, Teepee Ranger Camp, and Escalante Boat Launch Bridge sites, social calls were recorded that appear to be consistent with Townsend's big-eared bats. However, I do not yet have call files available to definitively identify these sequences to species. There are only about 15 known maternity roosts of this species in Colorado (K. Navo, pers. comm.). Continued identification and protection of maternity sites in western Colorado may be important to the long-term persistence of populations of this species within Colorado and other States in the 4-Corner's region.

The five bat species listed by the BLM's Uncompahgre Field Office as sensitive wildlife species are identifiable using echolocation call recordings. The continued use of echolocation call recording and analysis will be an important tool in evaluating the occurrence and habitat associations of sensitive bat species in southwestern Colorado.

Several other observations were made during this survey work. We captured a female western small-footed myotis in a net set at the opening of a small cave feature at the Big Eddy camp site. Presumed western small-footed myotis were observed flying around and possibly emerging from rock crevices above this cave. We did not capture a reproductively active female of this species, but it is possible that a maternity roost of this species occurs in rock crevices near this cave.

Hayes 2009 BLM UFO Bat Survey
Page 11 of 49

BLM_0054835

Presumed big free-tailed bat calls were heard and recorded at 5 sites. Little is known about this species in Colorado, but Navo and Gore (2001) proposed that this species is more widespread and common than is generally suggested in the Colorado bat literature (see for example, Armstrong et al. 1994, Fitzgerald et al. 1994, Adams 2003). Continued capture and acoustic surveys in western Colorado will help improve knowledge of this species' natural history and distribution in Colorado.

The Escalante Camp site looks like a good site for capturing and recording bats. However, only one species was captured and recorded. The night this site was surveyed was quite windy, which likely affected bat activity levels and captures. This site is near cliff walls and piñon-juniper woodlands, and would be expected to be a productive survey location. The Club Park Pond also looks like a good mist-net location, but the evening this site was surveyed was also quite breezy.

Western pipistrelles were commonly seen, captured, and recorded during these surveys. In the GGNCA, a number of presumed pipistrelles were observed flying near a rock face down river from the Teepee Ranger Camp site and it is possible that there is a maternity roost in this area.

Echolocation call sequences that could not be definitively identified were recorded at the Smith Fork (10 sequences), Escalante Bridge (7 sequences), and Escalante Forks (10 sequences) sites. These 27 call sequences preliminarily look consistent with western red bat (*Lasiurus blossevillii*) based on known species recordings included in the SonoBat echolocation call library of western North American bat species (Szewczak 2008). This species is known from eastern Utah, especially in association with major riparian corridors, but has not been documented in

Hayes 2009 BLM UFO Bat Survey
Page 12 of 49

BLM_0054836

Colorado. It is possible that this species moves along the Colorado River and other riparian corridors into western Colorado.

ACKNOWLEDGEMENTS

The support, assistance, and expertise of Missy Siders (BLM Biologist, Uncompahgre Field Office) are very much appreciated. Lea' Bonewell (USGS Biologist, Fort Collins Science Center), Meghan Rowe, and BLM river rangers Peter Dennett and Ryan Mathis assisted with mist-netting and acoustic sampling in the Gunnison Gorge National Conservation Area and Wilderness.  Meghan Rowe and Tony Cimaglio assisted with sampling in the Escalante study area.

BLM_0054837

## LITERATURE CITED

ADAMS, R. A. 2003. Bats of the Rocky Mountain West: Natural History, Ecology, and Conservation. University Press of Colorado, Boulder.

ARMSTRONG, D. M., R. A. ADAMS, and J. FREEMAN. 1994. Distribution and ecology of bats of Colorado. University of Colorado Museum, Natural History Inventory of Colorado, No. 15:1-83.

BUREAU OF LAND MANAGEMENT. 2007. BLM Colorado sensitive wildlife species of the Uncompahgre Field Office.
http://www.blm.gov/co/st/en/fo/ufo/wildlife_and_vegetation/sensitive_wildlife.html

FITZGERALD, J. P., C. A. MEANEY and D. M. ARMSTRONG. 1994. Mammals of Colorado. Denver Museum of Natural History and University Press of Colorado, Niwot.

HAYES, M. A., K. W. NAVO, L. R. BONEWELL, C. J. MOSCH, AND R. A. ADAMS. 2009. Allen's big-eared bat (*Idionycteris phyllotis*) documented in Colorado based on its distinctive echolocation call. The Southwestern Naturalist 54(4):501-503.

HAYES, M. A. 2008. Bats in the Paradox Valley and Gunnison Gorge National Conservation Area: results of mist-netting and acoustic monitoring in 2008. File report for BLM's Uncompahgre Field Office.

NAVO, K. S., AND J. A. GORE. 2001. Distribution of the big free-tailed bat (*Nyctinomops macrotis*) in Colorado. The Southwestern Naturalist 46(3):370-376.

SZEWCZAK, J. M. and T. J. WELLER. 2008. Echolocation call characteristics of western bats. Sonobat bat echolocation characteristics key.

SZEWCZAK, J. M. 2008. Western US reference views, compiled January 2008. SonoBat bat echolocation reference calls.

BLM_0054838

**APPENDIX A: Capture and Acoustic Recording Results**

**GUNNISON GORGE NATIONAL CONSERVATION AREA AND WILDERNESS SURVEYS**

**Big Eddy, Camp # 2, July 20 2009**

UTM Coordinates: 13S/0253076/4279256; 5,406 ft.; Mist nets used: 1x3m, 2x6m.

| Species | Sex | Age | Weight | Reproductive Status |
|---------|-----|-----|--------|---------------------|
| *Myotis ciliolabrum* | Female | Adult | 3.8g | Non-reproductive |

Acoustic calls recorded: multiple *Eptesicus fuscus*, 9 *Euderma maculatum*, 4 *Lasionycteris noctivagans*, multiple *Lasiurus cinereus*, numerous *Myotis californicus*, numerous *Myotis ciliolabrum*, numerous *Myotis yumanensis*, 6 presumed *Nyctinomops macrotis*, and numerous *Parastrellus hesperus* call sequences recorded. Note: A sequence of presumed social calls were recorded that are possible *Corynorhinus townsendii.*

Bats Captured: 1; Species captured: 1; Species recorded: At least 8.

**Teepee Ranger Camp, July 21 2009**

UTM Coordinates: 13S/0252404/4284757; 5,358 ft.; Mist nets used: 3x6m.

| Species | Sex | Age | Weight | Reproductive Status |
|---------|-----|-----|--------|---------------------|
| *Myotis yumanensis* | Female | Juvenile | 5.3g | Non-reproductive |
| *Myotis yumanensis* | Female | Adult | 8.0g | Lactating |

Acoustic calls recorded: several *Eptesicus fuscus*, 3 *Lasionycteris noctivagans*, 6 *Lasiurus cinereus*, multiple *Myotis californicus*, multiple *Myotis ciliolabrum*, 1 presumed *Myotis lucifugus* or *occultus,* 8 *Myotis yumanensis*, 2 presumed *Nyctinomops macrotis*, and numerous *Parastrellus hesperus* call sequences recorded. Note: As with Big Eddy, a sequence of presumed social calls were recorded that look like are possible *Corynorhinus townsendii.*

Bats Captured: 2; Species captured: 1; Species recorded: At least 9.

BLM_0054839

**Smith Fork, July 22 2009**

UTM Coordinates: 13S/02533261/4291222; 5,141 ft.; Mist nets used: 3x6m.

| Species | Sex | Age | Weight | Reproductive Status |
|---|---|---|---|---|
| *Myotis ciliolabrum* | Male | Adult | 4.8g | Non-scrotal |
| *Myotis lucifugus* or *occultus* | Female | Juvenile | 5.8g | Non-reproductive |
| *Myotis lucifugus* or *occultus* | Female | Juvenile | 6.3g | Non-reproductive |
| *Myotis yumanensis* | Male | Juvenile | 5.8g | Non-reproductive |
| *Myotis yumanensis* | Male | Juvenile | 5.5g | Non-reproductive |
| *Myotis yumanensis* | Male | Juvenile | 4.9g | Non-reproductive |
| *Myotis yumanensis* | Female | Adult | 7.3g | Possibly pregnant |
| *Parastrellus hesperus* | Female | Adult | 6.1g | Lactating |

Acoustic calls recorded: several *Eptesicus fuscus*, 2 *Lasionycteris noctivagans*, 4 *Lasiurus cinereus*, 7 *Myotis californicus*, 1 *Myotis ciliolabrum*, 1 presumed *Myotis lucifugus* or *occultus*, and 5 *Myotis yumanensis* call sequences recorded. Notes: 10 call sequences were recorded that could not definitively be identified and that preliminarily look consistent with Western red bat (*Lasiurus blossevillii*). See discussion for more information.  This site exhibited the least acoustic activity of the 3 Gunnison Gorge sites in 2009. This is likely due to the placement of the detector on a rock overlook just up-stream of the Smith Fork confluence where there was more background noise from water flowing among the rocks along Smith Fork. In the future, more activity would likely be recorded if the detector is placed away from the white noise generated by the creek.

Bats Captured: 8; Species captured: 4; Species recorded: ~7.

BLM_0054840

**ESCALANTE STUDY AREA**

**Escalante Camp # 2, August 3 2009**

UTM Coordinates: 12S/0733172/4283786; 5,442 ft; Mist nets used: 2x6m.

| Species | Sex | Age | Weight | Reproductive Status |
|---|---|---|---|---|
| *Parastrellus hesperus* | Male | Adult | 3.9g | Non-scrotal |
| *Parastrellus hesperus* | Male | Adult | 4.1g | Non-scrotal |

Acoustic calls recorded: 2 *Lasiurus cinereus* call sequence recorded.

Bats Captured: 2; Species captured: 1; Species recorded: 1.

**Escalante Boat Launch Bridge, August 4 2009**

UTM Coordinates: 12S/0738322/4293310; 4,830 ft; Mist nets used: 1x6m.

| Species | Sex | Age | Weight | Reproductive Status |
|---|---|---|---|---|
| *Myotis yumanensis* | Female | Adult | 7.3g | Lactating |
| *Myotis yumanensis* | Female | Juvenile | no weight | Non-reproductive |
| *Myotis yumanensis* | Female | Juvenile | 4.9g | Non-reproductive |

Acoustic calls recorded: 2 *Lasionycteris noctivagans*, 1 *Lasiurus cinereus*, 2 presumed *Myotis lucifugus* or *occultus,* numerous *Myotis yumanensis*, 2 presumed *Nyctinomops macrotis*, and numerous *Parastrellus hesperus* call sequences recorded. Notes: Several sequences of presumed *Corynorhinus townsendii* social calls were recorded; 7 call sequences were recorded that could not definitively be identified and that preliminarily look consistent with Western red bat (*Lasiurus blossevillii*). See discussion for more information.

Bats Captured: 3; Species captured: 1; Species recorded: At least 6.

Hayes 2009 BLM UFO Bat Survey
Page 17 of 49

**Escalante Forks, August 5 2009**

UTM Coordinates: 12S/0726776/4278434; 6,122 ft; Mist nets used: 2x6m.

| Species | Sex | Age | Weight | Reproductive Status |
|---|---|---|---|---|
| *Eptesicus fuscus* | Female | Adult | No Weight | Non-reproductive |
| *Eptesicus fuscus* | Female | Adult | No Weight | Non-reproductive |
| *Eptesicus fuscus* | Male | Adult | 17.7g | Scrotal |
| *Lasionycteris noctivagans* | Male | Adult | 8.8g | Scrotal |
| *Lasionycteris noctivagans* | Male | Adult | 8.8g | Scrotal |
| *Lasionycteris noctivagans* | Male | Adult | No weight | Non-scrotal |
| *Myotis ciliolabrum* | Female | Adult | 5.7g | Lactating |
| *Myotis lucifugus* or *occultus* | Male | Adult | 6.0g | Non-scrotal |
| *Myotis lucifugus* or *occultus* | Male | Adult/late Juv | 6.4g | Non-scrotal |
| *Myotis yumanensis* | Escaped while extracting another bat from the net | | | |
| *Parastrellus hesperus* | Male | Juvenile | No weight | Non-reproductive |
| *Tadarida brasiliensis* | Male | Adult | 11.1g | Non-scrotal |

<u>Acoustic calls recorded</u>:  3 presumed *Antrozous pallidus,* 4 *Corynorhinus townsendii,* 1 *Eptesicus fuscus*, numerous *Lasionycteris noctivagans*, numerous *Lasiurus cinereus*, numerous *Myotis californicus*, 1 *Myotis ciliolabrum*, 2 presumed *Myotis lucifugus* or *occultus, 1 Myotis thysanodes*, 10 presumed *Nyctinomops macrotis*, and 8 *Parastrellus hesperus*, and 3 *Tadarida brasiliensis,*  call sequences recorded. Note: 10 call sequences were recorded that could not definitively be identified and that preliminarily look consistent with Western red bat (*Lasiurus blossevillii*). See discussion for more information.

<u>Bats Captured: 12; Species captured: 7; Species recorded: At least 12.</u>

Hayes 2009 BLM UFO Bat Survey
Page 18 of 49

BLM_0054842

**Escalante Rim, August 6 2009**

UTM Coordinates: 12S/0737513/4289405; 4,965 ft; Mist nets used: 3x6m.

| Species | Sex | Age | Weight | Reproductive Status |
|---|---|---|---|---|
| *Myotis yumanensis* | Male | Juvenile | 4.8g | Non-scrotal |
| *Myotis yumanensis* | Male | Juvenile | 5.4g | Non-scrotal |

Acoustic calls recorded: 1 *Lasionycteris noctivagans*, 2 *Lasiurus cinereus*, 1 *Myotis californicus*, 1 presumed *Nyctinomops macrotis*, and 1 *Parastrellus hesperus* call sequences recorded.

Bats Captured: 2; Species captured: 1; Species recorded: 5.

**Club Park Cattle Pond, August 7 2009**

UTM Coordinates: 12S/0742830/4286511; 5,512 ft; Mist nets used: 2x6m.

| Species | Sex | Age | Weight | Reproductive Status |
|---|---|---|---|---|
| No captures | | | | |

Acoustic calls recorded: 2 *Lasiurus noctivagans* call sequences recorded.

Bats Captured: 0; Species captured: 0; Species recorded: 1

BLM_0054843

**TABLE 1.** Species captured and recorded at each location in the Gunnison Gorge National Conservation Area and Wilderness (Big Eddy, Teepee, and Smith Fork) and in the BLM's Escalante area of interest (Escalante Camp #2, Escalante Bridge, Escalante Forks, Escalante Rim, and Club Park Cattle Pond) during 2009. "C" means captured at this site, "R" means recorded, and "R?" means possibly, but not definitively, recorded.

| SPECIES | Big Eddy | Teepee | Smith Fork | Escalante Camp #2 | Escalante Bridge | Escalante Forks | Escalante Rim | Club Park Cattle Pond | TOTAL SITES |
|---|---|---|---|---|---|---|---|---|---|
| ANPA | | | | | | R? | | | C=0/R=0-1 |
| COTO | R? | R? | | | R? | R | | | C=0/R=1-4 |
| EPFU | R | R | R | | | C/R | | | C=1/R=4 |
| EUMA | R | | | | | | | | C=0/R=1 |
| LACI | R | R | R | R | R | R | R | | C=0/R=7 |
| LANO | R | R | R | | R | C/R | R | R | C=1/R=7 |
| MYCA | R | R | R | | | R | R | | C=0/R=5 |
| MYCI | C/R | R | C/R | | | C/R | | | C=3/R=4 |
| MYLU/OC | | R | C/R | | R | C/R | | | C=2/R=4 |
| MYTH | | | | | | R | | | C=0/R=1 |
| MYYU | | C/R | C/R | | C/R | C | C | | C=5/R=3 |
| NYMA | R | R | | | R | R | R | | C=0/R=5 |
| PAHE | R | R | C | C | R | C/R | R | | C=3/R=5 |
| TABR | | | | | | C/R | | | C=1/R=1 |
| LABO? | | | R? | | R? | R? | | | C=0/R=3? |
| TOTAL SPECIES | C=1/R=8+ | C=1/R=9+ | C=4/R=7+ | C=1/R=1 | C=1/R=6 | C=7/R=11 | C=1/R=5 | C=0/R=1 | |

Hayes 2009 BLM UFO Bat Survey
Page 20 of 49

BLM_0054844



**Map 1**: Mist-net and acoustic locations in the Gunnison Gorge National Conservation area and Wilderness July 20 to July22, 2009.

21

BLM_0054845



**Map 2**: Mist-net and acoustic survey locations in the Escalante study area, August 3 to 7, 2009.

22

BLM_0054846



Figure 1. Spectrograph of a Townsend's big-eared bat (*Corynorhinus townsendii*) echolocation call recorded at Escalante Forks on August 5, 2009.

23

BLM_0054847



Figure 2. Spectrograph of a big brown bat (*Eptesicus fuscus*) echolocation call recorded at Escalante Forks on August 5, 2009.

BLM_0054848



Figure 3. Spectrograph of a spotted bat (*Euderma maculatum*) echolocation call sequence recorded at Big Eddy Camp #2 on July 20, 2009.

BLM_0054849



Figure 4. Spectrograph of a silver-haired bat (*Lasionycteris noctivagans*) echolocation call sequence recorded at Escalante Forks on August 5, 2009.

BLM_0054850



Figure 5. Spectrograph of a hoary bat (*Lasiurus cinereus*) echolocation call sequence recorded at Big Eddy Camp # 2 on July 20, 2009.

BLM_0054851



Figure 6. Spectrograph of a California myotis (*Myotis californicus*) echolocation call recorded at Escalante Rim on August 6, 2009.

BLM_0054852



Figure 7. Spectrograph of a western small-footed myotis (*Myotis ciliolabrum*) echolocation call sequence recorded at Big Eddy Camp #2 on July 20, 2009. Note that this sequence includes a feeding buzz.

BLM_0054853



Figure 8. Spectrograph of a little brown bat or occult myotis (*Myotis lucifugus* or *M. occultus*) echolocation call recorded at Escalante Forks on August 5, 2009. This call is a good example of the multiple power centers and "clumpy" appearance of the calls typical of *M. lucifugus*.

BLM_0054854



Figure 9. Spectrograph of a fringed myotis (*Myotis thysanodes*) echolocation call sequence recorded at Escalante Forks on August 5, 2009.

BLM_0054855



Figure 10. Spectrograph of a Yuma myotis (*Myotis yumanensis*) echolocation call sequence recorded at the Escalante Boat Launch bridge on August 4, 2009.

BLM_0054856



Figure 11. Spectrograph of a presumed big free-tailed bat (*Nyctinomops macrotis*) echolocation call sequence recorded at Big Eddy camp # 2 on July 20, 2009.

BLM_0054857



Figure 12. Spectrograph of a western pipistrelle (*Pipistrellus hesperus*) echolocation call sequence recorded at the Escalante Boat Launch bridge on August 4, 2009.

BLM_0054858



Figure 13. Spectrograph of a Mexican free-tailed bat (*Tadarida brasiliensis*) echolocation call recorded at Escalante Forks on August 5, 2009.

BLM_0054859



Figure 14. Spectrograph of an unidentified echolocation call recorded at Escalante Forks on August 5, 2009. Of the species known to occur in western Colorado and eastern Utah, this echolocation call, and other similar sequences recorded at Escalante Forks, Smith Fork, and Escalante Boat Launch Bridge, appear consistent with western red bat (*Lasiurus blossevellii*). This species has not been documented in Colorado.

BLM_0054860



Figure 15. This sequence is likely to be the social call of a Yuma myotis (*Myotis yumanensis*) followed by a *M. yumanensis* echolocation pulse. Recorded at the Escalante Boat Launch bridge on August 4, 2009.

BLM_0054861



Figure 16. Unidentified ultrasound sequence. This sequence is possibly the social calls of Townsend's big-eared bat (*Corynorhinus townsendii*). The sets of three pulses at 15 kHz are insect sounds. Recorded at Teepee Ranger Camp on July 21, 2009.

BLM_0054862



**FIGURE 17**. Comparing the proportion of bat species captured using mist-netting and recorded using acoustic detections at each location in Gunnison Gorge National Conservation Area and Wilderness and the Escalante study area.

39

BLM_0054863



**PHOTO 1**: A 6-meter mist-net at the Big Eddy site in the Gunnison Gorge National Conservation Area. (Photo by M. A. Hayes).

BLM_0054864

 

**PHOTOS 2 & 3**: The rock outcrop where western pipistrelles were seen down river from Teepee Ranger Camp, Gunnison Gorge National Conservation Area. (Photos by L. R. Bonewell).

41

BLM_0054865



**PHOTO 4**: Two 6-meter nets set at the Smith Fork site at the confluence of Smith Fork and the Gunnison River. (Photo by L. R. Bonewell).

42

BLM_0054866



**PHOTO 5:** View from the Escalante Boat Launch Bridge looking to the northwest. (Photo by M. A. Hayes).

BLM_0054867



**PHOTO 6**: View from under the Escalante Boat Launch Bridge, from the boat launch side, looking across the Gunnison River to the southwest. There appears to be a large maternity colony of Yuma myotis using the underside of the bridge, indicated by the white arrow. (Photo by M. A. Hayes).

44

BLM_0054868



**PHOTO 7**: Two 6-meter mist-nets set along the creek at Escalante Forks. (Photo by M. A. Hayes).

BLM_0054869

 

**PHOTOS 8 & 9**: A male Mexican free-tailed bat (*Tadarida brasiliensis*) captured at Escalante Forks. (Photos by M. Hayes).

46

BLM_0054870



**PHOTO 10**: Club Park cattle pond. (Photo by M. A. Hayes).

47

BLM_0054871



**PHOTO 11**: Pettersson D240x bat detector set on a tripod with a iRiver digital mp3 recorder. (Photo by M. A. Hayes).

48

BLM_0054872

# Cattle Grazing Impacts on Annual Forbs and Vegetation Composition of Mesic Grasslands in California

GREY F. HAYES* AND KAREN D. HOLL

Environmental Studies Department, University of California at Santa Cruz, Santa Cruz, CA 95064, U.S.A.

**Abstract:** *Livestock grazing represents a major human alteration of natural disturbance regimes in grasslands throughout the world, and its impacts on plant communities have been highly debated. We investigated the impact of cattle grazing on the California coastal prairie plant community with a focus on native annual forbs, a number of which are of conservation concern. In spring 2000 and 2001, we surveyed the vegetation community composition, vegetation structure, and soil chemical parameters at 25 paired grazed and ungrazed sites over a 670-km range of the ecosystem. Native annual forb species richness and cover were higher in grazed sites, and this effect was concomitant with decreased vegetation height and litter depth. Soil properties explained less of the variation. Exotic annual grass and forb cover were higher in grazed sites. Native grass cover and species richness did not differ in grazed and ungrazed sites, but cover and species richness of native perennial forbs were higher in ungrazed sites. Our results suggest that cattle grazing may be a valuable management tool with which to conserve native annual forbs in the ecosystem we studied but that grazing differentially affects the various life-history guilds. Therefore, land managers must focus on creating a matrix of disturbance regimes to maintain the suite of species native to these mesic grasslands. The results of this and other studies highlight the importance of considering the adaptation of vegetation communities to disturbance in making recommendations for grazing management.*

Impactos del Pastoreo de Ganado sobre Hierbas Anuales y la Composición Vegetal de Pastizales Mésicos en California

**Resumen:** *El pastoreo de ganado representa una importante alteración humana de los regímenes de perturbación natural en los pastizales del mundo, y sus impactos sobre las comunidades vegetales han sido ampliamente debatidos. Investigamos el impacto del pastoreo de ganado sobre la comunidad de plantas en la pradera costera de California con énfasis en hierbas nativas anuales, de las cuales varias son de preocupación para la conservación. En la primavera de 2000 y 2001, estudiamos la composición de la comunidad vegetal, estructura de la vegetación y parámetros químicos del suelo en 25 pares de sitios con pastoreo y sin pastoreo en una extensión de 670 km del ecosistema. La riqueza y cobertura de hierbas nativas anuales fueron mayores en sitios pastoreados, y este efecto fue concomitante con una disminución en la altura de la vegetación y la profundidad de la hojarasca. La variación fue menos explicada por las propiedades del suelo. La cobertura de pasto y hierbas exóticas fue mayor en sitios con pastoreo. La cobertura y riqueza de especies de pasto nativo no difirió en sitios con y sin pastoreo pero la cobertura y riqueza de especies de hierbas perennes nativas fue mayor en sitios no perturbados. Nuestros resultados sugieren que el pastoreo de ganado puede ser una valiosa herramienta de gestión para conservar hierbas nativas anuales en el ecosistema que estudiamos pero que el pastoreo afecta diferencialmente a los distintos gremios de historia de vida. Por lo tanto, los gestores de la tierra deben enfocarse en crear una matriz de regímenes de perturbación para mantener al conjunto de especies nativas de estos pastizales mésicos. Los resultados de este y otros estudios resaltan la importancia de considerar la adaptación de comunidades vegetales a la perturbación al hacer recomendaciones de gestión del pastoreo.*

*email coastalprairie@aol.com
Paper submitted June 26, 2002; revised manuscript accepted February 5, 2003.

**1694**

BLM_0054873

## Introduction

There is increasing concern about the response of species and ecosystems to human-altered disturbance regimes (Foin et al. 1998). For example, extensive research focuses on the negative impacts of disturbances caused by introduced ungulates in grasslands in the western United States (Belsky 1992; Painter & Belsky 1993; Wilcove et al. 1998). In the arid Great Basin and Sonoran deserts, livestock grazing simultaneously results in shrub invasion and a decline in species diversity (Waser & Price 1981; Bahre 1995). Mostly because of the results of research in these arid areas of the western United States, public regulatory agencies and others implicate livestock grazing as a primary cause of the endangerment of many plant species (Czech et al. 1990; Wilcove et al. 1998; U. S. Fish & Wildlife Service 2000).

Despite clear negative effects of grazing in arid systems, data do not confirm similar responses in mesic grasslands. To the contrary, results from research in mesic grasslands suggest the importance of maintaining the types, frequencies, and intensities of disturbance regimes, including grazing, with which species have evolved (Denslow 1980; Collins 1987; Milchunas & Lauenroth 1993; Foin et al. 1998; Knapp et al. 1999).

There are several reasons why grazing may play a more critical role in promoting species richness in mesic than in arid grasslands. Mesic grasslands are more productive than xeric grasslands and thus accumulate higher levels of biomass. This accumulation is particularly acute in grasslands that have been invaded by exotic grasses (D'Antonio & Vitousek 1992). Also, mesic grasslands are prone to shrub and tree invasion, with a consequent loss of grassland species (Foin & Hektner 1986; Hobbs & Mooney 1986; Davis & Sherman 1992; Callaway & Davis 1993). For these reasons, grazing in mesic grasslands may help mitigate the concomitant effects of accumulation of higher levels of biomass, invasion of woody species, and decline of grassland species (Tilman 1993; Foster & Gross 1998; Howe 1999). For instance, the abundance of annual forbs may depend on grazing-mediated physical parameters, such as litter depth (Facelli & Pickett 1991), vegetation height (Foster & Gross 1998), and cover of bare soil (Watt & Gibson 1988; Meyer & Schiffman 1999).

Many previous studies of grazing in grasslands have focused on the effects of grazing on native caespitose grasses ("bunchgrasses"; Coffin & Lauenroth 1996), especially *Nassella pulchra* (Elliott & Wehausen 1974; Bartolome & Gemmill 1981; Heady et al. 1988*b*; Fossum 1990; Stromberg & Griffin 1996) and *Danthonia californica* (Kotanen 1996; Hatch et al. 1999), both of which are thought to have been dominant grass species in California prior to the greatly increased human-induced ecosystem alterations of the last 300 years (Burcham 1975; Bartolome 1986). These species and others appear more resilient to, and possibly even dependent upon, grazing pressure in the more mesic grasslands (Barry 1972; Bartolome & Gemmill 1981; Heady et al. 1988*a*), but there has been no systematic survey of their response to grazing.

Because forbs represent the majority of plant species native to grasslands, overlooking this guild could lead to misinterpretation of the effects of grazing on species richness in these communities. Despite this fact, the conservation, restoration, and management of native annual forbs has been largely overlooked, possibly because previous studies have focused on maximizing grassland productivity rather than species diversity (Talbot et al. 1939; Weaver & Rowland 1952; Burcham 1975; Huenneke & Mooney 1989). There have been few studies of the response of native annual forbs to grazing and other disturbances, but grassland-dependent annual forbs are increasingly endangered. Apart from the outright loss of grasslands to agriculture and urban development (Noss et al. 1995), grasslands also face major threats from the introduction of exotic species, changes in disturbance regimes, and habitat fragmentation (Burcham 1975; Foin & Hektner 1986).

Comparisons between adjacent grazed and ungrazed grasslands have been an important tool in determining the effects of grazing (Weaver & Rowland 1952; Fensham et al. 1999; Harrison 1999; Stohlgren et al. 1999; Safford & Harrison 2001). Few researchers, however, have examined these trends across a broad, geographic range and over the majority of the range of a specific vegetation community, a necessity for making conclusive management recommendations. We surveyed paired cattle-grazed and ungrazed sites over a range of 670 km to examine the impact of grazing (and cessation of grazing) on annual forbs native to coastal California grasslands. We focused on native annual forbs because of concern for the increasing rarity of a number of species and because of the paucity of prior documentation of the response of these species to grazing. We hypothesized that species richness and cover of native annual forbs would respond positively to cattle grazing as a result of decreasing vegetation height and litter depth and increasing bare soil area. We also compared the responses of other native and exotic life-history guilds to grazing.

## Methods

### Study System

Resilience to human impacts of changed disturbance regimes, fragmentation, and exotic species introductions appears relatively high in grasslands along the California coast ("California coastal prairie"), which contain the most intact floral assemblages of any California grassland areas (Heady et al. 1988*b*) and may contain the highest plant diversity of any North American grasslands

BLM_0054874

Case No. 1:20-cv-02484-MSK   Document 43-11   filed 04/28/21   USDC Colorado   pg 154 of 166

(Stromberg et al. 2002). Coastal prairies are located below 1000 m and within the moderating effects of the ocean (<100 km from the coast). Coastal prairies are patchily distributed from southern Oregon to the Channel Islands of California (Heady et al. 1988*b*). Characteristic coastal prairie grass species include the perennial *Danthonia californica, Deschampsia caespitosa, Festuca idahoensis,* and *Festuca rubra.* Coastal prairie hosts approximately 250 forb species, one-third of which are native annuals (Stromberg et al. 2002).

Presently, 25 species of annual forbs native to this ecosystem are in danger of extinction (Tibor 2001). Many of these species are not recovering despite increasing protection on publicly owned land, perhaps because of a lack of appropriate management of natural disturbance regimes (Foin et al. 1998; U.S. Fish and Wildlife Service 2000). Livestock have grazed most grassland in California since the late 1700s, but economic and social pressures have affected the industry in recent decades, so many areas have been subject to less grazing pressure since approximately 1950. Many remaining populations of these species occur primarily in areas grazed by livestock (Fellers & Follette 1990; California Department of Fish & Game 2001).

### Site Description

We conducted research in central coastal California from north of Fort Bragg, Mendocino County (lat 39°37′53″N; long 123°47′3″W), to south of Morro Bay, San Luis Obispo County (lat. 35°13′12″N; long 120°52′5″W). This is a 670-km stretch encompassing nearly the full extent of California coastal prairie (Fig. 1). For the years of the survey (2000 and 2001), precipitation averaged 49 cm from the beginning of the rainy season through the end of our survey; it ranged from 33 to 74 cm in 2000 and from 17 to 84 cm in 2001, which is slightly below normal for most of the sites. The increase in variation among sites is likely due to northward and southward extensions of the survey area in 2001. The dry season in this region lasts from May to October and is moderated by frequent fog.

We surveyed 17 paired grazed and ungrazed sites in spring 2000 and 25 paired sites in 2001. Surveys took place between March and June, when species identification and vegetation canopy development were optimal. We began surveys in the south and followed the season northward.

We selected paired sites that met the following criteria: (1) vegetation included plant species typical of coastal prairie (Stromberg et al. 2002); (2) paired plots were separated by <2 km on comparable slopes, soils, and aspects, with no evidence of prior mechanical disturbance; (3) soils were deeper than 40 cm and not ultramafic; (4) slopes were <30%; (5) cattle had been the only domestic animal grazing the grazed sites for at least 10 years; and (6) no domestic animals grazed the ungrazed sites for at



*Figure 1. Map of survey sites in eight counties along the California coast.*

least 5 years. From this pool of sites, we sampled those for which we could obtain access permission.

Information on grazing regimes was obtained from the landowners. Grazing regimes for the sites varied with respect to duration, stocking rate, and timing. This variation was consistent with our goal of making general conclusions about grazing impact. Most of the grazed areas we used were managed with grazing during the winter growing season only with a variety of grazing regimes.

### Community Composition

At each site, we placed five 50-m line transects at least 10 m from the borders of the site. We either randomly located transects where areas of comparable soils and exposures were extensive or systematically located transects where space was limited. In these more limited areas, we spaced the transects equally and as widely apart as possible on comparable soils and exposures. We employed the point-intercept method to quantify the community composition of dominant species. At 1-m intervals, we recorded all species intercepting a 1.8-mm-diameter pin, giving a total of 250 points per site. More than one plant species often intercepted the pin, so the total number of hits was >250. Every 5 m, we recorded litter depth and vegetation height. We sampled litter depth by

BLM_0054875

pushing a 1.8-mm pin through the litter to the soil surface and measuring the highest horizontal dead-plant material. We quantified vegetation height by lightly dropping a 23-cm-diameter (19-g) plastic disk until it rested on the vegetation and then measured the distance from the center of the disc to the soil surface (Davis 1989; Stewart et al. 2001). To quantify total species richness, we recorded species in a belt transect 1 m wide centered on the line transect if these species had not been recorded along the line transect. We used the Jepson Manual (Hickman 1995) as the reference for nomenclature and source of origin (native vs. exotic) of all species. We deposited specimens of many taxa, including all native annual forbs, at the herbarium of the University of California at Santa Cruz.

### Annual Forbs

Because annual forbs (the focus of this study) were patchily and sparsely distributed, we used a different methodology to quantify their species richness and cover. We recorded native annual forbs found in a belt transect 1-m wide centered along each line transect. Allotted survey times were approximately 7 and 22 minutes for grazed and ungrazed belt transects, respectively, following preliminary data on search success for known numbers of short-statured plants in areas of varying vegetation structure (G.F.H. & K.D.H., unpublished data). When we encountered native annual forbs, we recorded aerial cover within the belt transect, litter depth, and vegetation height (as detailed above).

### Soil Analysis

During the vegetation survey, we collected a soil sample at each site by mixing 50 cores (2.5 cm in diameter × 10 cm deep) taken at 5-m intervals along all transects. With standard soil analysis methods (Division of Agriculture & Natural Resources 2002), we analyzed samples for pH, cation-exchange capacity, organic matter, texture, total Kjeldahl nitrogen (TKN), and exchangeable phosphorus, potassium, calcium, and magnesium.

### Statistical Analyses

We used paired *t* tests to compare species richness and number of pin intercepts of various life-history guilds recorded along line transects in grazed and ungrazed sites. When we encountered non-normal data, we log-transformed data or arcsine-transformed percentages. If data still did not meet assumptions of normality and homogeneity of variances, we used Wilcoxon two-sample tests on ranked data. Because most species were sparsely distributed, we primarily compared life-history guilds. We also compared cover for a few of the more common species. We categorized species as forbs (all broadleaved monocots or dicots), grasses (monocots in the family

Poaceae), or sedges and rushes (monocots in the families Cyperaceae or Juncaceae).

We performed paired *t* tests to compare native annual forb abundance and diversity in grazed and ungrazed sites. To compare vegetation height and thatch depths in areas with and without native annual forbs, we used data from locations of annual forbs in the belt transect and compared those values with points without native annual forbs along line transects. We used multiple linear regression to analyze the effects of vegetation structure and soil characteristics on the richness and abundance of native annual forbs in all sites. Variables were entered into the model at a value of $p < 0.05$.

## Results

### Overview

We recorded 261 plant species in 2000 ($n = 17$) and 293 species in 2001 ($n = 25$). (A complete species list is available from G.F.H.). Generally, numbers of species in grazed and ungrazed sites were similar, except that the number of native and exotic annual forb species was higher in grazed sites (native annual forbs: grazed = 29, ungrazed = 18; exotic annual forbs: grazed = 60, ungrazed = 52), and the number of native perennial forb species was higher in ungrazed sites (grazed = 83, ungrazed = 107). None of the soil characteristics differed significantly between grazed and ungrazed sites. Soils were mostly acidic (pH = 5.4 ± 0.5) sandy loams, low in soil nutrients (TKN = 0.2 ± 0.1%, P = 8.8 ± 6.7 ppm), with low levels of organic matter (4.3 ± 1.8%) and low cation-exchange capacity (22.7 ± 7.1 meq/100 g). For both years surveyed, grazed sites had lower litter depth and vegetation height and a greater percentage of bare ground than did ungrazed areas (Table 1). Vegetation height and litter depth were highly correlated (Spearman $R^2 = 0.45$ in 2000, $R^2 = 0.77$ in 2001, $p < 0.0001$ in both years).

### Native Annual Forb Species Richness and Cover

Species richness and cover of native annual forbs was higher in sites grazed by cattle than in ungrazed sites (Fig. 2). In both grazed and ungrazed sites, native annual forbs represented a small percentage of cover (<0.1% in both years). Vegetation height and litter depth were lower where native annual forbs were found than where they were not found along the line transect (Table 1). Multiple linear regression of native annual forb species richness on vegetation height, litter depth, and soil characteristics (Ca, TKN, K, Mg, OM, pH) showed that species richness was higher in sites with reduced vegetation height in 2000 ($R^2 = 0.16$, $p = 0.0172$) and in sites with lower Ca and litter depth in 2001 ($R^2 = 0.43$, $p < 0.0001$). Native annual forb cover increased with reduced vegetation height and to a lesser degree with decreasing organic matter in

BLM_0054876

**1698**   *Grazing Impacts on Mesic Grasslands*                                                                      *Hayes & Holl*

Table 1.  Mean ($\pm$ SE) values for litter depth, vegetation height, and bare ground in grazed and ungrazed survey sites in 2000 ($n = 17$) and 2001 ($n = 25$), and litter depth and vegetation height in areas with and without native annual forbs in 2000 ($n = 672$ with; $n = 1973$ without) and 2001 ($n = 851$ with; $n = 2050$ without).

| Variable | Year | Grazed | Ungrazed | p[a] | Annual forbs | No annual forbs | p[b] |
|---|---|---|---|---|---|---|---|
| Litter depth (cm) | 2000 | $1.2 \pm 0.1$ | $4.0 \pm 0.2$ | <0.0001 | $0.7 \pm 0.0$ | $2.6 \pm 0.2$ | <0.0001 |
|  | 2001 | $1.3 \pm 0.1$ | $5.5 \pm 0.1$ | <0.0001 | $1.9 \pm 0.1$ | $3.5 \pm 0.1$ | <0.0001 |
| Vegetation height (cm) | 2000 | $15.2 \pm 0.3$ | $25.2 \pm 0.5$ | <0.0001 | $14.0 \pm 0.5$ | $20.1 \pm 0.8$ | <0.0001 |
|  | 2001 | $13.7 \pm 0.2$ | $27.5 \pm 0.6$ | <0.0001 | $14.4 \pm 0.4$ | $21.0 \pm 0.4$ | <0.0001 |
| Bare ground (%) | 2000 | $4.0 \pm 0.9$ | $1.6 \pm 0.3$ | 0.0076 |  |  |  |
|  | 2001 | $2.6 \pm 0.4$ | $1.5 \pm 0.4$ | 0.0368 |  |  |  |

[a] *Values from grazed and ungrazed sites were compared using paired t tests.*
[b] *Values from sites with and without native forbs were compared using unpaired t tests.*



*Figure 2.  Species richness and cover of native annual forbs in grazed and ungrazed sites in 2000 (n = 17) and 2001 (n = 25). Error bars indicate 1 SE. Paired t test used: $^+$p < 0.05, $^{***}$p < 0.001.*



*Figure 3.  Species richness of common life-history guilds in grazed and ungrazed sites in 2000 (n = 17) and 2001 (n = 25). Abbreviations: EAF, exotic annual forb; EPF, exotic perennial forb; EAG, exotic annual grass; EPG, exotic perennial grass; NPF, native perennial forb; NPG, native perennial grass; NPS, native perennial sedge or rush. Error bars indicate 1 SE. Paired t test used: $^+$p < 0.05, $^{**}$p < 0.01.*

BLM_0054877

both years (2000: $R^2 = 0.26$, $p = 0.0086$; 2001: $R^2 = 0.38$, $p < 0.0001$).

## Plant Community Measurements

The results of most community composition analyses were similar in both survey years; trends in species richness and cover generally paralleled each other (Figs. 3 & 4). Total number of vegetation intercepts was higher in grazed sites in both years (2000: grazed = 478.0 ± 19.1, ungrazed = 422.8 ± 13.5; 2001: grazed = 458.8 ± 11.6, ungrazed = 399.5 ± 9.3; $p < 0.05$ in both years). This is likely a result of the reduced vegetation height, which allows for multiple layers of species. Species richness and cover of exotic annual forbs, like those of native annual forbs, was higher in grazed than in ungrazed sites (Figs. 3 & 4). Both groups were comprised primarily of low-statured plants. Exotic perennial forb cover, but not

Table 2. Mean (± SE) values compared with $t$ tests for cover (number of intercepts/250 points) of dominant grass species in grazed and ungrazed sites in 2000 ($n = 17$) and 2001 ($n = 25$).

| Grass species | Year | Grazed | Ungrazed |
|---|---|---|---|
| *Danthonia californica* | 2000 | 64.9 ± 8.6[a] | 31.6 ± 7.6 |
|  | 2001 | 40.6 ± 6.2[a] | 18.5 ± 4.6 |
| *Nassella pulchra* | 2000 | 6.4 ± 2.6 | 9.1 ± 3.1 |
|  | 2001 | 7.2 ± 2.1 | 5.6 ± 1.6 |
| *Holcus lanatus* | 2000 | 10.8 ± 6.3 | 23.7 ± 11.1 |
|  | 2001 | 8.4 ± 3.2 | 36.5 ± 10.8[b] |
| *Bromus* spp. | 2000 | 16.5 ± 3.0 | 22.4 ± 7.5 |
|  | 2001 | 21.5 ± 3.7 | 41.9 ± 11.3 |
| *Vulpia* spp. | 2000 | 55.6 ± 9.6 | 62.9 ± 12.7 |
|  | 2001 | 48.0 ± 4.5 | 40.1 ± 7.7 |

[a]$p < 0.0001$.
[b]$p < 0.005$.

species richness, was higher in grazed sites. Exotic annual grass species richness and cover were higher in grazed sites in 2001 only, whereas exotic perennial grass cover and richness were similar in grazed and ungrazed sites in both years (Figs. 3 & 4).

Native perennial forbs showed a trend opposite to that of native annual forbs. Native perennial forb cover and species richness were higher in ungrazed sites. Interestingly, neither species richness nor cover of native perennial grasses and native perennial sedges and rushes was affected by grazing, except for slightly higher species richness of native grasses in grazed plots in 2001 (Figs. 3 & 4). The number of native annual grasses and forbs recorded along line transects was sufficiently small to preclude comparisons.

The two dominant native perennial grasses, *Danthonia californica* and *Nassella pulchra*, responded differently to grazing (Table 2). *Danthonia californica* had significantly higher cover in grazed areas during both survey years, whereas the cover of *Nassella pulchra* showed no response. The common exotic perennial grass *Holcus lanatus* had higher cover in ungrazed sites. The cover of both common exotic annual grass genera, *Bromus* and *Vulpia*, showed no response to grazing (Table 2).

## Discussion

### Native Annual Forbs

Our results with native annual forbs in California coastal prairie suggest that species richness and abundance increase in areas grazed by cattle. This agrees with other research suggesting that species richness responds positively to grazing in similar guilds, including studies of annuals (Grubb 1986; Collins 1987; McNaughton 1993), dicots (Knapp et al. 1999; Bullock et al. 2001), annual dicots (Talbot et al. 1939; Fensham et al. 1999), and other competitively disadvantaged species (Rorison 1971).



*Figure 4. Cover (number of intercepts/250 points) of common life-history guilds in grazed and ungrazed sites in 2000 (n = 17) and 2001 (n = 25). See Fig. 3 legend for x-axis abbreviations. Error bars indicate 1 SE. Paired t test used: *$p < 0.05$, ***$p < 0.001$.*

BLM_0054878

Our study, like previous, more localized studies (Talbot et al. 1939; Dunwiddie & Sferra 1991; Davis & Sherman 1992), illustrates the potential negative impacts of cessation of grazing on annual forbs in California coastal prairie. Past researchers have linked the decrease in forbs to increased competition with perennial grasses (Foin & Hektner 1986; Collins 1987; Howe 1999). In our study, cover of both native and exotic perennial grasses, as guilds, was unaffected by grazing. Grazing, however, may have decreased light competition with perennial grasses by reducing their stature.

Our research suggests that vegetation height and litter depth strongly influence the richness and abundance of native annual forb species. Past research also suggests that increased vegetation height and litter depth may limit grassland species richness and abundance (Talbot et al. 1939; Facelli et al. 1988; Weiss 1999), possibly as a result of decreased light levels (Tilman 1993). Litter accumulation is particularly acute in the mostly highly productive California coastal prairie because, with the prolonged dry season, the biomass produced may be slow to decompose (Heady et al. 1988*a*). Other studies suggest that bare soil is more important than decreasing amounts of litter in increasing species richness and abundance of native annual forbs (Meyer & Schiffman 1999). Although we found more bare soil in grazed sites at the peak of the growing season, the amount of bare soil at the time of seed germination is likely more important.

Whereas this and other research in mesic grasslands suggest that decreased litter depth and vegetation height and increased bare soil favor native annual forbs, these variables may have opposite effects in xeric grasslands. In xeric grasslands, increased plant-litter depth may have favorable effects on annual forbs because it provides shade that may ameliorate the impacts of the harsh microclimate of bare soil areas, increasing plant establishment and growth (Watt & Gibson 1988; Foster & Gross 1998). Correspondingly, research in more xeric grasslands suggests that grazing decreases the cover of annual forbs (Waser & Price 1981; Meyer & Schiffman 1999).

The noted divergence in the responses of xeric versus mesic grassland vegetation to grazing highlights the importance of considering the effects of disturbance regimes in the context of the ecosystem being studied. Varying responses to disturbance may reflect varying evolutionary histories with respect to grazing disturbance (Denslow 1980; Axelrod 1985; Milchunas & Lauenroth 1993). California's fossils record the presence of an extensive Pleistocene megafauna (Edwards 1992) that may have influenced the distribution of grasslands and the evolution of many species. The highly productive mesic grasslands along California's coast have historically sustained an extensive livestock industry. Over evolutionary time, this productivity could have attracted high grazing pressure, which would result in adaptation of plant species to grazing.

## Community Composition Response of Grasses and Forbs

Much of the debate regarding grassland grazing has centered around the relative effects of grazing on native and exotic grasses, although the majority of grassland species diversity is not in the grass family. In California, for example, overgrazing has been heralded as facilitating the invasion of exotic grasses (Bartolome 1986), whereas others recommend grazing as a management tool to favor native grasses (Menke 1992). Our results show relatively weak effects of grazing on exotic and native grasses when they are lumped together as guilds. Other studies show positive effects of grazing on exotic grasses in California grasslands (White 1967; Bartolome 1986; Fossum 1990). And research clearly shows that exotic grasses are key to preventing bunchgrass recovery (Bartolome & Gemmill 1981; Foin & Hektner 1986; Brown & Rice 2000; Maron & Jefferies 2001).

The lack of clear trends of grazing effects on grasses in our research is likely due to two factors. First, because of the variation in species across sites, we lumped species into guilds, which may have masked species-specific trends. When examining the native grass *Danthonia californica* separately, we confirmed previous findings that this species responds positively to grazing (Dwire 1984; Heady et al. 1988*a*; Hatch et al. 1999). Second, our surveys included varied grazing season and intensity, factors that influence community composition (Bukey & Weaver 1939; Fossum 1990; Ash & McIvor 1998).

Our analyses of vegetation community composition suggest much stronger impacts of grazing on forbs than on grasses. As with native annual forbs, exotic annual forbs had higher species richness and cover in grazed sites in both years. Low-statured annual plants may be favored by grazing (Noy-Meir et al. 1989; McIntyre et al. 1995). Most of the native and exotic annual forbs in our survey were low-statured, and, as discussed previously, annuals generally benefit from increased bare ground for recruitment in mesic systems.

Interestingly, exotic perennial forb cover was higher in grazed sites, whereas native perennial forb cover and species richness were higher in ungrazed sites. Most of the exotic perennial forbs we recorded were low-statured species common in disturbed areas. The native perennial forbs generally fell into one of two categories: tall-statured plants that do not reproduce when clipped or slower-growing species that primarily reproduce vegetatively. In contrast, others have found that native perennial forbs, especially low-statured species, respond negatively to increased plant litter and canopy height (Foster & Gross 1998; Maron & Jefferies 2001).

## Management Recommendations

Research on the effect of grazing across the majority of the range of an ecosystem type is critical to making broad

BLM_0054879

management recommendations. Studies at localized sites are important to tease out site-specific differences, which our results mask, but results are often misleading when they are generalized beyond their geographic sample extent (Hurlbert 1984).

Our research highlights the importance of considering the adaptation of the ecosystem to grazing disturbance rather than categorizing grazing as good or bad from a conservation standpoint. As discussed previously, evolutionary history and amount of precipitation are among the important factors determining an ecosystem's response to grazing.

Our research strongly demonstrates that a disturbance such as grazing may have positive and negative aspects on conservation of different native guilds and even different species within each guild. We originally sought to test the anecdotal observation that grazing was an important strategy for maintaining and increasing populations of a number of native annual forb species of concern. Our results support this hypothesis but also show that grazing has negative effects on native perennial forbs, which comprise a larger number of species in these grasslands. Unfortunately, this makes management for a full suite of native species more complicated. Conservation of the native California coastal prairie vegetation community requires a matrix of grazed and ungrazed grasslands in space and time. Because many of the remaining coastal grasslands are small parcels, land managers will need to cooperate on a landscape level to maintain such a mosaic.

## Acknowledgments

We thank C. E. Christian, B. Pavlik, and C. Shennan for valuable comments on the manuscript. We also thank L. Bush and the many landowners, ranchers, and property managers who variously led us to research sites, allowed us access, and supported us while we collected data. We appreciate the dedicated field assistance of E. Asarian and J. Coleman. Financial support for this research was provided by the U. S. Department of Agriculture (grant 99–35101–8234) and the Department of Environmental Studies, University of California, Santa Cruz.

## Literature Cited

Ash, A. J., and J. G. McIvor. 1998. How season of grazing and herbivore selectivity influence monsoon tall-grass communities of northern Australia. Journal of Vegetation Science **9:**123–132.

Axelrod, D. I. 1985. Rise of the grassland biome, central North America. Botanical Review **51:**163–201.

Bahre, C. J. 1995. Human impacts on the grasslands of southeastern Arizona. Pages 230–264 in M. P. McClaran and T. R. Van Devender, editors. The desert grassland. University of Arizona Press, Tucson.

Barry, W. J. 1972. The central valley prairie. California Department of Parks and Recreation, Sacramento, California.

Bartolome, J. W., S. E., Klukkert, and W. J., Barry. 1986. Opal phytoliths as evidence for displacement of native Californian grassland. Madroño **33:**217–222.

Bartolome, J. W., and B. Gemmill. 1981. The ecological status of *Stipa pulchra* (Poaceae) in California. Madroño **28:**172–184.

Belsky, A. J. 1992. Effects of grazing, competition, disturbance and fire on species composition and diversity in grassland communities. Journal of Vegetation Science **3:**187–200.

Brown, C. S., and K. J. Rice. 2000. The mark of zorro: effects of the exotic annual grass *Vulpia myuros* on California native perennial grasses. Restoration Ecology **8:**10–17.

Bukey, F. S., and J. E. Weaver. 1939. Effects of frequent clipping on the underground food reserves of certain prairie grasses. Ecology **20:**246–252.

Bullock, J. M., J. Franklin, M. J. Stevenson, J. Silvertown, S. J. Coulson, S. J. Gregory, and R. Tofts. 2001. A plant trait analysis of responses to grazing in a long-term experiment. Journal of Applied Ecology **38:**253–267.

Burcham, L. T. 1975. Climate, structure, and history of California's annual grassland ecosystem. Pages 16–31 in R. M. Love, editor. The California annual grassland ecosystem. Institute of Ecology, University of California, Davis.

California Department of Fish and Game (CDFG). 2001. California natural diversity database. CDFG, Sacramento.

Callaway, R. M., and F. W. Davis. 1993. Vegetation dynamics, fire, and the physical environment in coastal central California. Ecology **74:**1567–1578.

Coffin, D. P., and W. K. Lauenroth. 1996. Recovery of vegetation in a semiarid grassland 53 years after disturbance. Ecological Applications **6:**538–555.

Collins, S. L. 1987. Interaction of disturbances in tallgrass prairie: a field experiment. Ecology **68:**1243–1250.

Czech, B., P. R. Krausman, and P. K. Devers. 1990. Economic associations among causes of species endangerment in the United States. BioScience **50:**593–601.

D'Antonio, C. M., and P. M. Vitousek. 1992. Biological invasions by exotic grasses, the grass/fire cycle, and global change. Annual Review of Ecology and Systematics **23:**63–87.

Davis, B. N. K. 1989. Habitat creation for butterflies on a landfill site. Entomologist **108:**109–122.

Davis, L. H., and R. J. Sherman. 1992. Ecological study of the rare *Chorizanthe valida* (Polygonaceae) at Point Reyes National Seashore California. Madroño **39:**271–280.

Denslow, J. S. 1980. Patterns of plant species diversity during succession under different disturbance regimes. Oecologia **46:**18–21.

Division of Agriculture and Natural Resources (DANR). 2002. Methods of soil analysis. DANR, University of California, Davis. Available from http://danranlab.ucdavis.edu/methods/default.html (accessed June 2002).

Dunwiddie, P. W., and N. Sferra. 1991. Loss of rare butterfly and plant species in coastal grasslands. Natural Areas Journal **11:**119–120.

Dwire, K. A. 1984. What happens to native grasses when grazing stops? Fremontia **12:**23–25.

Edwards, S. W. 1992. Observations on the prehistory and ecology of grazing in California. Fremontia **20:**2–11.

Elliott, H. W. L., and J. D. Wehausen. 1974. Vegetational succession on coastal rangeland of Point Reyes Peninsula. Madroño **22:**231–238.

Facelli, J. M., and S. T. A. Pickett. 1991. Plant litter: its dynamics and effects on plant community structure. The Botanical Review **57:**1–32.

Facelli, J. M., C. M. Montero, and R. J. C. Leon. 1988. Effect of different disturbance regimen on seminatural grasslands from the subhumid pampa. Flora **180:**241–249.

Fellers, G. M., and W. C. Follette. 1990. Point Reyes National Seashore plant checklist. National Seashore Association, Point Reyes Station, California.

BLM_0054880

Case No. 1:20-cv-02484-MSK   Document 43-11   filed 04/28/21   USDC Colorado   pg 160 of 166

Fensham, R. J., J. E. Holman, and M. J. Cox. 1999. Plant species responses along a grazing disturbance gradient in Australian grassland. Journal of Vegetation Science **10:**77–86.

Foin, T. C., and M. M. Hektner. 1986. Secondary succession and the fate of native species in a California coastal prairie community. Madroño **33:**189–206.

Foin, T. C., S. P. D. Riley, A. L. Pawley, D. R. Ayres, T. M. Carlsen, P. J. Hodum, and P. V. Switzer. 1998. Improving recovery planning for threatened and endangered species. BioScience **48:**177–184.

Fossum, H. C. 1990. Effects of prescribed fire burning and grazing on *Stipa pulchra* (Hitchc.) seedling emergence and survival. Ph.D. dissertation. University of California, Davis.

Foster, B. L., and K. L. Gross. 1998. Species richness in a successional grassland: effects of nitrogen enrichment and plant litter. Ecology **79:**2593–2602.

Grubb, P. J. 1986. Problems posed by sparse and patchily distributed species in species-rich plant communities. Pages 207–225 in J. Diamond and T. J. Case, editors. Community ecology. Harper and Row, New York.

Harrison, S. 1999. Native and alien species diversity at the local and regional scales in a grazed California grassland. Oecologia **121:**99–106.

Hatch, D. A., J. W. Bartolome, J. S. Fehmi, and D. S. Hillyard. 1999. Effects of burning and grazing on a coastal California grassland. Restoration Ecology **7:**376–381.

Heady, H. F., J. W. Bartolome, M. D. Pitt, G. D. Savelle, and M. C. Stroud. 1988*a*. The California prairie. Pages 313–335 in R. T. Coupland, editor. Natural grasslands: introduction and Western Hemisphere. Elsevier, New York.

Heady, H. F., T. C. Foin, M. M. Hektner, D. W. Taylor, M. G. Barbour, and W. J. Barry. 1988*b*. Coastal prairie and northern coastal scrub. Pages 733–762 in M. G. Barbour and J. Major, editors. Terrestrial vegetation of California. California Native Plant Society, Sacramento.

Hickman, J., editor. 1995. The Jepson manual. University of California, Berkeley.

Hobbs, R. J., and H. A. Mooney. 1986. Community changes following shrub invasion of grassland. Oecologia **70:**508–513.

Howe, H. F. 1999. Dominance, diversity and grazing in tallgrass restoration. Ecological Restoration **17:**59–65.

Huenneke, L. F., and H. A. Mooney. 1989. The California annual grassland: an overview. Pages 213–218 in L. F. and H. M. Huenneke, editor. Grassland structure and function: California annual grassland. Kluwer Academic Publishers, Dordrecht, The Netherlands.

Hurlbert, S. H. 1984. Pseudoreplication and the design of ecological field experiments. Ecological Monographs **54:**187–211.

Knapp, A. K., J. M. Blair, J. M. Briggs, S. L. Collins, D. C. Hartnett, L. C. Johnson, and E. G. Towne. 1999. The keystone role of bison in North American tallgrass prairie. BioScience **49:**39–50.

Kotanen, P. M. 1996. Revegetation following soil disturbance in a California meadow: the role of propagule supply. Oecologia **108:**652–662.

Maron, J. L., and R. Jefferies. 2001. Restoring enriched grasslands: effects of mowing on species richness, productivity, and nitrogen retention. Ecological Applications **11:**1088–1100.

McIntyre, S., S. Lavorel, and R. M. Tremont. 1995. Plant life-history attributes: their relationship to disturbance response in herbaceous vegetation. Journal of Ecology **83:**31–44.

McNaughton, S. J. 1993. Grasses and grazers, science and management. Ecological Applications **3:**17–20.

Menke, J. W. 1992. Grazing and fire management for native perennial grass restoration in California grasslands. Fremontia **20:**22–25.

Meyer, M. D., and P. M. Schiffman. 1999. Fire season and mulch reduction in a California grassland: a comparison of restoration strategies. Madroño **46:**25–37.

Milchunas, D. G., and W. K. Lauenroth. 1993. Quantitative effects of grazing on vegetation and soils over a global range of environments. Ecological Monographs **63:**327–366.

Noss, R. F., E. T. LaRoe, and J. M. Scott. 1995. Endangered ecosystems of the United States: a preliminary assessment of loss and degradation. National Biological Service, Moscow, Idaho.

Noy-Meir, I., M. Gutman, and Y. Kaplan. 1989. Responses of Mediterranean grassland plants to grazing and protection. Journal of Ecology **77:**290–310.

Painter, E. L., and A. J. Belsky. 1993. Application of herbivore optimization theory to rangelands of the western United States. Ecological Applications **3:**2–9.

Rorison, I. H. 1971. The use of nutrients in the control of floristic composition of grassland. Pages 65–77 in E. Duffey and A. S. Watt, editor. The scientific management of animal and plant communities. Blackwell Scientific, Oxford, United Kingdom.

Safford, H. D., and S. P. Harrison. 2001. Grazing and substrate interact to affect native vs. exotic diversity in roadside grasslands. Ecological Applications **11:**1112–1122.

Stewart, K. E. J., N. A. D. Bourn, and J. A. Thomas. 2001. An evaluation of three quick methods commonly used to assess sward height in ecology. Journal of Applied Ecology **38:**1148–1154.

Stohlgren, T. J., L. D. Schell, and B. Vanden Heuvel. 1999. How grazing and soil quality affect native and exotic plant diversity in Rocky Mountain grasslands. Ecological Applications **9:**45–64.

Stromberg, M. R., and J. R. Griffin. 1996. Long-term patterns in coastal California grasslands in relation to cultivation, gophers, and grazing. Ecological Applications **6:**1189–1211.

Stromberg, M. R., P. Kephart, and V. Yadon. 2002. Composition, invasibility, and diversity in coastal California grasslands. Madroño **48:**236–252.

Talbot, M. W., H. H. Biswell, and A. L. Hormany. 1939. Fluctuations in the annual vegetation of California. Ecology **20:**394–402.

Tibor, D., editor. 2001. Inventory of rare and endangered plants. California Native Plant Society, Sacramento.

Tilman, D. 1993. Species richness of experimental productivity gradients: how important is colonization limitation? Ecology **74:**2179–2191.

U.S. Fish and Wildlife Service. 2000. Endangered and threatened wildlife and plants: threatened status for *Holocarpba macradenia* (Santa Cruz tarplant). Federal Register **65:**14898–14908.

Waser, N. M., and M. V. Price. 1981. Effects of grazing on diversity of annual plants in the Sonoran Desert. Oecologia **50:**407–411.

Watt, T. A., and C. W. D. Gibson. 1988. The effects of sheep grazing on seedling establishment and survival in grassland. Vegetatio **78:**91–98.

Weaver, J. E., and N. W. Rowland. 1952. Effects of excessive natural mulch on development, yield, and structure of native grassland. Botanical Gazette **114:**1–19.

Weiss, S. B. 1999. Cars, cows, and checkerspot butterflies: nitrogen deposition and management of nutrient-poor grasslands for a threatened species. Conservation Biology **13:**1476–1486.

White, K. L. 1967. Native bunchgrass (*Stipa pulchra*) on Hastings Reservation, California. Ecology **48:**949–954.

Wilcove, D. S., D. Rothstein, J. Dubow, A. Phillips, and E. Losos. 1998. Quantifying threats to imperiled species in the United States. BioScience **48:**607–611.

BLM_0054881

# A Profile of Agriculture

## County Region

Selected Geographies:

Delta County, CO; Gunnison County, CO; Mesa County, CO; Montrose County, CO; Ouray County, CO; San Miguel County, CO

Benchmark Geographies:

Colorado

Produced by

**Economic Profile System**

**EPS**

August 24, 2017

BLM_0054882

# About EPS

## About the Economic Profile System (EPS)

EPS is a free, easy-to-use software application that produces detailed socioeconomic reports of counties, states, and regions, including custom aggregations.

EPS uses published statistics from federal data sources, including Bureau of Economic Analysis and Bureau of the Census, U.S. Department of Commerce; and Bureau of Labor Statistics, U.S. Department of Labor.

The Bureau of Land Management and Forest Service have made significant financial and intellectual contributions to the operation and content of EPS.

See headwaterseconomics.org/EPS for more information about the other tools and capabilities of EPS.

For technical questions, contact Patty Gude at eps@headwaterseconomics.org, or 406-599-7425.



headwaterseconomics.org

**Headwaters Economics** is an independent, nonprofit research group. Our mission is to improve community development and land management decisions in the West.



www.blm.gov

**The Bureau of Land Management**, an agency within the U.S. Department of the Interior, administers 249.8 million acres of America's public lands, located primarily in 12 Western States.  It is the mission of the Bureau of Land Management to sustain the health, diversity, and productivity of the public lands for the use and enjoyment of present and future generations.



www.fs.fed.us

**The Forest Service**, an agency of the U.S. Department of Agriculture, administers national forests and grasslands encompassing 193 million acres. The Forest Service's mission is to achieve quality land management under the "sustainable multiple-use management concept" to meet the diverse needs of people while protecting the resource. Significant intellectual, conceptual, and content contributions were provided by the following individuals: Dr. Pat Reed, Dr. Jessica Montag, Doug Smith, M.S., Fred Clark, M.S., Dr. Susan A. Winter, and Dr. Ashley Goldhor-Wilcock.

BLM_0054883

# Table of Contents

Page

**Farm Employment**
What are the trends in farm employment?                    1

**Farm Income**
What are the trends in farm income?                        2
What are the trends in farm business income?               3

**Farm Land and Type**
How much land is occupied by farms?                        4
What are the major types of farms by land area?            5
What are the major types of farms by production?           6

**Farm Wages**
How do farm wages compare to wages in other sectors?       7
How do farm jobs and wages compare?                        8

**Farm Benchmarks**
How does regional farm employment compare to the U.S.?     9
How does farm employment change compare across geographies? 10

**Data Sources & Methods**                                 11

**Links to Additional Resources**                          12

The term "farm" in this report describes all forms of agricultural production, including livestock operations.

**Note to Users:**

This is one of fourteen reports that can be created and downloaded from EPS Web.  You may want to run another EPS report for either a different geography or topic.  Topics include land use, demographics, specific industry sectors, the role of non-labor income, the wildland-urban interface, the role of amenities in economic development, and payments to county governments from federal lands.  Throughout the reports, references to online resources are indicated in parentheses.  These resources are provided as hyperlinks on each report's final page.  The EPS reports are downloadable as Excel, PDF, and Word documents.  For further information and to download reports, go to:

headwaterseconomics.org/eps

BLM_0054884

**County Region**

**Farm Employment**

**What are the trends in farm employment?**

This page describes the number of farm jobs (full and part-time, and by place of work), including proprietors, and farm jobs as a share of total employment.  It also shows long-term trends for farm proprietors as a share of all farm jobs and for farm versus non-farm jobs at the regional level.

**Farm Employment, 2015**

| | Delta County, CO | Gunnison County, CO | Mesa County, CO | Montrose County, CO | Ouray County, CO | San Miguel County, CO | County Region | Colorado |
|---|---|---|---|---|---|---|---|---|
| Total Employment | 14,937 | 12,776 | 86,844 | 22,743 | 3,460 | 8,717 | 149,477 | 3,563,215 |
| Farm Employment | 1,348 | 282 | 2,433 | 1,270 | 135 | 141 | 5,609 | 42,697 |
| Farm Proprietors Employment | 1,082 | 198 | 1,988 | 1,015 | 87 | 120 | 4,490 | 31,064 |
| Non-Farm Employment | 13,589 | 12,494 | 84,411 | 21,473 | 3,325 | 8,576 | 143,868 | 3,520,518 |
| **Percent of Total** | | | | | | | | |
| Farm Employment | 9.0% | 2.2% | 2.8% | 5.6% | 3.9% | 1.6% | 3.8% | 1.2% |
| Farm Proprietors Employment | 7.2% | 1.5% | 2.3% | 4.5% | 2.5% | 1.4% | 3.0% | 0.9% |
| Non-Farm Employment | 91.0% | 97.8% | 97.2% | 94.4% | 96.1% | 98.4% | 96.2% | 98.8% |

All employment data on this page are reported by place of work.

- In 1970, farm proprietors represented 65.8 percent of all farm employment. By 2015, farm proprietors represented 80 percent of all farm employment.



- From 1970 to 2015, farm employment grew from 4,368 to 5,609 jobs, a 28.5 percent increase.

- From 1970 to 2015, non-farm employment grew from 36,373 to 143,868 jobs, a 295.6 percent increase.



- In 2015, Delta County, CO had the largest percent of total farm employment (9.02%), and Colorado had the smallest (1.2%).



Data Sources: U.S. Department of Commerce. 2014. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C.

BLM_0054885

## Study Guide and Supplemental Information

### What are the trends in farm employment?

**What do we measure on this page?**

This page describes the number of farm jobs (full and part-time and by place of work), including proprietors, and farm jobs as a share of total employment. It also shows long-term trends for farm proprietors as a share of all farm jobs and for farm versus non-farm jobs at the regional level.

Farm: This refers to all forms of agricultural production, including livestock operations.

Total Employment: This is all full and part-time workers, wage and salary jobs (employees), and proprietors (the self-employed).

Farm Employment: This is the number of workers (full and part-time) engaged in the production of agricultural commodities, either livestock or crops. It includes sole proprietors, partners, and hired laborers.

Farm Proprietors Employment: These are people who are self-employed (full and part-time) as non-corporate farm operators. They can be sole proprietors or partners. For the purpose of defining "farm" proprietors, a farm is an establishment that produces, or normally would be expected to produce, at least $1,000 worth of farm products in a typical year.

Non-Farm Employment: This is full and part-time non-farm wage and salary employment and non-farm self-employment.

**Why is it important?**

Farming and ranching can be a significant portion of the landscape and the local economy. Some forms of agriculture, such as ranching, may depend on public lands for grazing forage. Others, such as crop production, may rely on upstream public lands that provide water for irrigation.

While nationwide trends show that fewer people are work in farming, the land in farms is still valuable for a number of reasons, including the production of food (with gains in production efficiency, fewer farmers can produce more food than in the past) and the preservation of open space, scenic vistas, and wildlife habitat.

The growth or decline of farm proprietors could indicate new agricultural entrepreneurs and/or the consolidation of agricultural enterprises.

**Methods**

Data on this page are from the Bureau of Economic Analysis. We used these data because they provide long-term trends on employment and personal income from people employed in farming. In addition, this source also provides data on long-term trends in production expenses, different sources of crop and livestock income, and net profits, which are presented later in this report. The Census of Agriculture also provides employment information, but does so only every five years, most recently in 2002 and 2007. The Census of Agriculture is used elsewhere in this report because of its detailed information on the size and number of farms by type.

Bureau of Economic Analysis data on this and later pages describe only the employment and personal income from people working directly in agricultural operations, and do not include the subcategory Forestry, Fishing, Related Activites, and Other (BEA line code 100). We do not include BEA line code 100 because it mixes farm related categories (e.g., soil preparation) with non-farm related categories (e.g., hunting). It is not possible to disaggregate BEA line code 100.

**Additional Resources**

For an online listing of all NAICS codes, see: naics.com/search.htm *(1)*.

For additional online manuals and definitions of industry codes, see bls.gov/bls/NAICS.htm *(2)* and census.gov/eos/www/naics *(3)*.

The Economic Research Service of the U.S. Department of Agriculture provides a number of easy-to-use references on farm businesses and employment, and by form of production: ers.usda.gov/Publications *(4)*.

**Data Sources**

U.S. Department of Commerce. 2014. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C.

BLM_0054886

**County Region**                                                                                                     **Farm Income**

### What are the trends in farm income?

This page describes earnings (in real terms and by place of work) derived from farm employment, including farm proprietors, and farm earnings as a share of all labor earnings. It also shows long-term trends in farm proprietors' income as a share of all farm earnings and for farm versus non-farm earnings at the region level.

#### Labor Earnings from Farm Employment, 2015 (Thousands of 2016 $s)

| | Delta County, CO | Gunnison County, CO | Mesa County, CO | Montrose County, CO | Ouray County, CO | San Miguel County, CO | County Region | Colorado |
|---|---|---|---|---|---|---|---|---|
| Earnings by Place of Work ($1000) | 454,532 | 456,130 | 3,714,432 | 817,555 | 126,416 | 369,804 | 5,938,869 | 207,297,279 |
| Farm Earnings | 22,323 | 4,498 | 22,476 | 24,373 | 1,879 | 1,997 | 77,546 | 1,419,084 |
| Farm Proprietors' Income | 11,851 | 1,138 | 6,126 | 12,978 | -436 | 1,450 | 33,106 | 883,192 |
| Non-Farm Earnings | 432,209 | 451,632 | 3,691,956 | 793,182 | 124,537 | 367,807 | 5,861,322 | 205,878,195 |
| **Percent of Total** | | | | | | | | |
| Farm Earnings | 4.9% | 1.0% | 0.6% | 3.0% | 1.5% | 0.5% | 1.3% | 0.7% |
| Farm Proprietors' Income | 2.6% | 0.2% | 0.2% | 1.6% | -0.3% | 0.4% | 0.6% | 0.4% |
| Non-Farm Earnings | 95.1% | 99.0% | 99.4% | 97.0% | 99.5% | 99.5% | 98.7% | 99.3% |

All income data on this page are reported by place of work. Farm personal income shown here is different than business income shown on the next page.

- In 1970, farm proprietors' income represented 37 percent of all farm earnings. By 2015, farm proprietors' income represented 42.7 percent of all farm earnings.



- From 1970 to 2015, farm earnings grew from $65.9 million to $77.5 million, a 17.6 percent increase.

- From 1970 to 2015, non-farm earnings grew from $1,419.1 million to $5,861.3 million, a 313 percent increase.



- In 2015, Delta County, CO had the largest percent of total earnings from farm earnings (4.91%); and San Miguel County, CO had the smallest (0.54%).



Data Sources: U.S. Department of Commerce. 2014. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C.

BLM_0054887