**Study Guide and Supplemental Information**

**What are the trends in farm income?**

**What do we measure on this page?**

This page describes earnings (in real terms and by place of work) derived from farm employment, including farm proprietors, and farm earnings as a share of all labor earnings. It also shows long-term trends in farm proprietors' income as a share of all farm earnings and for farm versus non-farm earnings at the region level.

Farm: All forms of agricultural production, including livestock operations.

Earnings by Place of Work: This is the sum of wage and salary disbursements, supplements to wages and salaries, and proprietors' income (farm and non-farm).  It does not include non-labor sources of income.

Farm Earnings:  This is net income from sole proprietors, partners, and hired laborers arising directly from the production of agricultural commodities, either livestock or crops. It includes net farm proprietors' income, wages and salaries, pay-in-kind, and supplements to wages and salaries of hired farm laborers. It specifically excludes income from non-family farm corporations.

Farm Proprietors' Income:  This is income that is received by sole proprietorships and partnerships in the operation of farms. It excludes income that is received by corporate farms.

Non-Farm Earnings:  This is the sum of wage and salary disbursements, supplements to wages and salaries, and proprietors' income for all industries, excluding farms.

**Why Is It Important?**

The farm earnings trends shown on this page can be viewed alongside the employment trends on the previous page of this report. In some cases, farm earnings may decline, in absolute or relative terms, while farm employment stays the same or increases. In other cases, farm earnings may increase, in absolute or relative terms, while farm employment stays the same or declines.  These same trends apply to farm proprietors and their income, and point to declining or improving farm income. For more information on earnings, see the wages portion of this report.

**Methods**

The personal income information on this page does not include income received by corporate farms.  The U.S. Department of Commerce provides farm "business" income data on corporations, in terms of production expenses, sources of income, and net profits.  These data are presented in the next section of this report.

**Additional Resources**

The Economic Research Service of the U.S. Department of Agriculture provides a number of easy-to-use references on farm businesses and employment, and by form of production:  ers.usda.gov/Publications (4).

For the Economic Research Service's outlook on livestock, dairy, and poultry production, see: ers.usda.gov/Publications/LDP (5).

For the Economic Research Service's outlook on crop production, see: ers.usda.gov/topics/farm-economy/commodity-outlook.aspx (6)

**Data Sources**

U.S. Department of Commerce. 2014. Bureau of Economic Analysis, Regional Economic Accounts. Washington, D.C.

BLM_0054888

**County Region**                                                                                             **Farm Income**

**What are the trends in farm business income?**

This page describes components of farm business income and expenses (in real terms), and shows a ratio of gross income to production expenses as a measure of profitability. It also shows trends (in real terms) in net farm business income and for crops and livestock cash receipts for the region.

### Farm Business Income, 2015 (Thousands of 2016 $s)

| | Delta County, CO | Gunnison County, CO | Mesa County, CO | Montrose County, CO | Ouray County, CO | San Miguel County, CO | County region | Colorado |
|---|---|---|---|---|---|---|---|---|
| **Total Cash Receipts & Other Inc. ($1000)** | 77,483 | 17,204 | 109,135 | 126,617 | 6,784 | 7,769 | 344,981 | 8,883,347 |
| Cash Receipts from Marketing | 62,125 | 13,869 | 97,551 | 115,472 | 4,656 | 5,242 | 298,915 | 7,980,111 |
| Livestock & Products | 37,375 | 11,543 | 53,512 | 88,123 | 3,751 | 4,563 | 198,866 | 5,889,899 |
| Crops | 24,751 | 2,326 | 44,039 | 27,349 | 905 | 680 | 100,049 | 2,090,212 |
| Other Income | 15,358 | 3,335 | 11,575 | 11,145 | 2,128 | 2,525 | 46,066 | 823,236 |
| Government Payments | 4,298 | 1,243 | 1,763 | 4,381 | 873 | 674 | 13,232 | 221,486 |
| Imputed Rent & Misc. Income | 11,060 | 2,092 | 9,812 | 6,764 | 1,255 | 1,852 | 32,834 | 601,749 |
| **Total Production Expenses** | 68,233 | 18,863 | 107,528 | 118,242 | 8,410 | 7,008 | 328,284 | 8,068,049 |
| Realized Net Income (Receipts - Expenses) | 9,251 | -1,659 | 1,598 | 8,374 | -1,626 | 760 | 16,697 | 735,298 |
| Value of Inventory Change | 3,626 | 2,871 | 4,812 | 5,730 | 880 | 719 | 18,637 | 263,382 |
| **Total Net Income Including Corp. Farms** | 12,876 | 1,212 | 6,409 | 14,104 | -746 | 1,479 | 35,334 | 998,680 |
| **Ratio: Total Cash Receipts & Other Income/Total Production Expenses** | 1.14 | 0.91 | 1.01 | 1.07 | 0.81 | 1.11 | 1.05 | 1.09 |

Farm business income shown here is different than farm personal income shown on the previous page.

- From 1970 to 2015, net income including corporate farms grew from $29.6 million to $35.3 million, a 19.4 percent increase.



- From 1970 to 2015, cash receipts from livestock and products shrank from $249.3 million to $198.9 million, a 20.2 percent decrease.
- From 1970 to 2015, cash receipts from crops shrank from $100.5 million to $100.0 million, a 0.9 percent decrease.



Data Sources: U.S. Department of Commerce. 2014. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C.

BLM_0054889

**Study Guide and Supplemental Information**

**What are the trends in farm business income?**

### What do we measure on this page?

This page describes components of farm business income and expenses (in real terms), and shows a ratio of gross income to production expenses as a measure of profitability. It also shows trends (in real terms) in net farm business income and for crops and livestock cash receipts for the region.

Farm: This refers to all forms of agricultural production, including livestock operations.

Total Cash Receipts & Other Income: This is a measure of the gross cash receipts of all farms. It consists of the following items: the cash receipts from farm marketing of crops and livestock; the cash receipts from other farm-related activities, including recreational services, sales of forest products, and custom-feeding services performed by farm operators; the payments to farmers under several Federal Government farm subsidy programs; the imputed value of home consumption, which is the value of the farm productions produced and consumed on farms; and the imputed gross rental value of farm dwellings.

Total Production Expenses: These are expenditures incurred by farm operators in the production of agricultural commodities, including livestock and crops. The major categories of production expenses are intermediate product purchases, which provide inputs to the production process (feed, livestock and poultry, seed, fertilizer, etc.), labor expenses (cash wages, employer contributions to social security, perquisites, and contract labor expenses), and other expenses (interest, net rent paid to non-operator landlords, capital consumption, property taxes, etc.).

Realized Net Income: This consists of total cash receipts and other income less total production expenses.

Value of Inventory Change: This is the estimated value of the net change in the farm inventories of livestock and crops that are held for sale during a given calendar year. This estimate is added to the estimate of realized net income so that the estimate of farm proprietors' income for a given year will include only the farm income from production during that year, or from "current" production. This estimate is added to Realized Net Income to calculate Total Net Income including Corporate Farms.

Total Net Income Including Corporate Farms: This is the net income that is received by the sole proprietorships, partnerships, and corporations that operate farms. It is Realized Net Income plus the Value of Inventory Change.

Ratio (Total Cash Receipts & Other Income divided by Total Production Expenses): This is not an official Bureau of Economic Analysis calculation but is another measure of farm business profitability.

### Why Is It Important?

This page helps answer important questions concerning the long-term health of the farm economy. In many places, farm business profits have been highly volatile, and rising expenses and/or declining cash receipts have narrowed profitability.

In the early 1970s there was a period of high profitability in the agricultural sector, followed by a period of rapid decline (partly due to an embargo that prevented farmers from selling grain to Russia, and to rising production costs in subsequent years despite stagnant prices). For many geographies, this represented a unique, one-time high point in net profits. As a result, in the figures on this page, it can appear that farm business profits have declined since the early 1970s. It may be helpful to examine agricultural business income and expense trends, including volatility, in more recent years to grasp a more common range of profitability.

### Methods

The data on this page are from the U.S. Department of Commerce and provide detailed information on the sources of farm business income and expenses, as well as total net income. This dataset was used because of its high level of detail and because it provides long-term trends. The table on this page is an abbreviated version of REIS Table CA45, which contains additional information that is available on specific expenditures, such as how much is spent on hired farm labor, feed, fertilizer, petroleum products purchased, etc.

Farm business income shown on this page is not the same as farm personal income shown earlier in this report.

### Additional Resources

Detailed tables on farm income and expenses are available from the U.S. Department of Commerce at: bea.gov/regional/reis/default.cfm?selTable=CA45 (7).

The Economic Research Service of the U.S. Department of Agriculture provides a number of easy-to-use references on farm businesses and employment, and by form of production: ers.usda.gov/Publications (4).

### Data Sources

U.S. Department of Commerce. 2014. Bureau of Economic Analysis, Regional Economic Accounts. Washington, D.C.

BLM_0054890

**County Region**

**Farm Land and Type**

**How much land is occupied by farms?**

This page describes the number of farms, acres in farms, average farm size, total acres, and percent of total acres in farms.

### Number of Farms and Land in Farms (Acres), 2012

| | Delta County, CO | Gunnison County, CO | Mesa County, CO | Montrose County, CO | Ouray County, CO | San Miguel County, CO | County Region | Colorado |
|---|---|---|---|---|---|---|---|---|
| Number of Farms | 1,250 | 244 | 2,264 | 1,128 | 168 | 195 | 5,129 | 36,180 |
| Land in Farms (Acres) | 250,761 | 190,243 | 386,932 | 329,653 | 81,321 | 126,539 | 1,365,449 | 31,866,676 |
| Average Farm Size (Acres) | 201 | 780 | 171 | 292 | 753 | 937 | 266 | 881 |
| Approximate Land Area (Acres) | 730,518 | 2,073,089 | 2,130,575 | 1,434,051 | 346,621 | 823,407 | 7,538,661 | 66,331,210 |
| Approximate Percent of Land Area in Farms | 34.3% | 9.2% | 18.2% | 23.0% | 23.5% | 15.4% | 18.1% | 48.1% |

- In 2012, Colorado had the largest percent of land area in farms (48.1%), and Gunnison County, CO had the smallest (9.2%).



Approximate Percent of Land Area in Farms, 2012

Data Sources: U.S. Department of Agriculture. 2014. National Agricultural Statistics Service, Census of Agriculture, Washington, D.C.

BLM_0054891

**Study Guide and Supplemental Information**

## How much land is occupied by farms?

**What do we measure on this page?**

This page describes the number of farms, acres in farms, average farm size, total acres, and percent of total acres in farms.

Farm: This refers to all forms of agricultural production, including livestock operations.  These data exclude leased public land from total land in farms.

**Why is it Important?**

Even when agriculture is a small component of the economy, the industry can represent a large portion of the land base.  Farms and ranches on private lands can also have important implications for the management of public lands.  For example, agricultural operations often rely on public lands for summer grazing pasture and irrigation water.

Many areas are experiencing the conversion of private agricultural lands to other uses, including residential development.  This shrinks the farm and ranch land base, and can change the relationship between agricultural operations and public lands.  The conversion of farm and ranch land is important to public land managers for a number of reasons:  (1) the growth of the wildland-urban interface and the cost of protecting homes from wildfires; (2) the spread of weeds onto public lands; (3) the loss of access to public lands for recreation; (4) the loss of wildlife habitat and wildlife movement corridors that cross private-public land boundaries; and (5) the potential for conflict among user groups.

In places where agriculture increasingly operates alongside a larger, non-agricultural economy and greater range of adjacent land uses, farms and ranches continue to be important. They contribute to local economic diversity, the scenery they provide can be part of the mix of amenities that attract and retain people and businesses across a range of industries, and they are often an important part of local culture and community vitality.

**Methods**

Information on this page comes from the U.S. Department of Agriculture's Census of Agriculture.  The Census of Agriculture is conducted every five years, the last two in 2002 and 2007.  The advantage of the Census of Agriculture is that it provides a high level of detail that makes it possible to see what role farms play in the local economy and landscape, and to compare differences between geographies.  The disadvantages of this data source is that, like all forms of census, the accuracy of the data depends on the survey methods used and the quality of the responses given to the survey.  Also, with this data source it is not possible to display continuous long-terms trends.

**Additional Resources**

The Census of Agriculture can be viewed online: agcensus.usda.gov (8).

A useful portion of the Census of Agriculture web site allows for searches by state and county: agcensus.usda.gov/Publications/2007/Full_Report/Volume_1,_Chapter_2,_County_Level/ (9).

Several sources are available to help explain trends in land use:

The Economic Research Service of the U.S. Department of Agriculture provides a web site on Urban Development, Land Use, and Agriculture: ers.usda.gov/publications/eer-agricultural-economic-report/eer803.aspx (10).

To browse Economic Research Service publications by topic, see: ers.usda.gov/topics.aspx (11).

A useful Economic Research Service publication is "Major Uses of Land in the United States, 1945-2002": ers.usda.gov/data-products/major-land-uses.aspx (12).

To see how land is being converted to residential development, consult the EPS Land Use report.

**Data Sources**

U.S. Department of Agriculture. 2014. National Agricultural Statistics Service, Census of Agriculture, Washington, D.C.

BLM_0054892

**County Region**

<span style="color:darkred">**Farm Land and Type**</span>

**What are the major types of farms by land area?**

This page describes how much farm land (in acres) is used for different production purposes.

**Land in Farms According to Use (Acres), 2012**

| | Delta County, CO | Gunnison County, CO | Mesa County, CO | Montrose County, CO | Ouray County, CO | San Miguel County, CO | County Region | Colorado |
|---|---|---|---|---|---|---|---|---|
| **Land in Farms** | 250,781 | 190,243 | 388,932 | 329,683 | 81,321 | 128,539 | 1,385,449 | 31,886,676 |
| Cropland | 60,717 | 41,632 | 71,399 | 69,957 | 10,068 | 14,610 | 268,383 | 10,649,747 |
| Woodland | 40,678 | 26,271 | 33,380 | 31,145 | 11,213 | 7,839 | 150,826 | 1,365,119 |
| Land in Farmsteads & Buildings | 16,656 | 3,546 | 16,695 | 17,579 | 3,529 | 1,379 | 59,384 | 658,340 |
| Permanent Pasture & Rangeland | 132,410 | 118,794 | 265,458 | 210,972 | 56,511 | 102,711 | 886,856 | 19,223,470 |
| **Percent of Total** | | | | | | | | |
| Cropland | 24.2% | 21.9% | 18.5% | 21.2% | 12.4% | 11.5% | 19.7% | 33.4% |
| Woodland | 16.3% | 13.8% | 8.6% | 9.4% | 13.8% | 6.2% | 11.0% | 4.2% |
| Land in Farmsteads & Buildings | 6.6% | 1.9% | 4.3% | 5.3% | 4.3% | 1.1% | 4.3% | 2.1% |
| Permanent Pasture & Rangeland | 52.8% | 62.4% | 68.6% | 64.0% | 69.5% | 81.2% | 64.9% | 60.3% |

- In 2012, Colorado had the largest percent of land area in cropland (33.4%), and San Miguel County, CO had the smallest (11.5%).

- In 2012, Delta County, CO had the largest percent of land area in woodland (16.3%), and Colorado had the smallest (4.2%).

- In 2012, Delta County, CO had the largest percent of land area in farmsteads and buildings (6.6%) and San Miguel County, CO had the smallest (1.1%).

- In 2012, San Miguel County, CO had the largest percent of land area in permanent pasture and rangeland (81.2%), and Delta County, CO had the smallest (52.8%).



Land Area in Farms by Use, 2012

◼ Cropland   ◼ Woodland   ◼ Land in Farmsteads & Buildings   ◼ Permanent Pasture & Rangeland

Data Sources: U.S. Department of Agriculture. 2014. National Agricultural Statistics Service, Census of Agriculture, Washington, D.C.

BLM_0054893

## Study Guide and Supplemental Information

### What are the major types of farms by land area?

**What do we measure on this page?**

This page describes how much farm land (in acres) is used for different purposes.

Farm: This refers to all forms of agricultural production, including livestock operations.  These data exclude leased public land from total land in farms.

There are four main categories of farm land use: cropland, woodland, farmsteads and buildings, and permanent pastureland.

Cropland: This includes harvested cropland, cropland used only for pasture and grazing, and "other cropland" (i.e. idled cropland or cropland used for cover crops or soil improvement).

Woodland: This includes natural or planted woodlots or timber tracts, for wood products and woodland pasture.

Farmsteads and Buildings: This includes livestock facilities, ponds, roads (private access roads and driveways but not public roads),  and wasteland (e.g., ditches).

Permanent Pastureland and Rangeland:  This includes permanent pasture and rangeland, other than cropland and woodland, and encompasses grazable land that does not qualify as woodland pasture or cropland pasture.

**Why is it Important?**

Even when agriculture is a small component of the economy, the industry can represent a large portion of the land base.  Farms and ranches on private lands can also have important implications for the management of public lands.

Not all agricultural land is used in the same manner.  How farm and ranch lands are used can have important economic, environmental, and policy implications.  For example, cropland may require water from surrounding public lands; woodland can provide important habitat and store water; and pasturelands may be associated with public lands grazing and can provide open vistas that are important for attracting tourists and new migrants. Some lands may be less valuable (e.g., pastureland) and therefore more vulnerable to conversion for urban and suburban uses than other lands (e.g., cropland).

In places where agriculture increasingly operates alongside a larger, non-agricultural economy and greater range of adjacent land uses, farms and ranches continue to be important. They contribute to local economic diversity, the scenery they provide can be part of the mix of amenities that attract and retain people and businesses across a range of industries, and they are often an important part of local culture and community vitality.

**Additional Resources**

The Census of Agriculture can be viewed online: agcensus.usda.gov (9)

A useful portion of the Census of Agriculture web site allows for searches by state and county: agcensus.usda.gov/Publications/2007/Full_Report/Volume_1,_Chapter_2_County_Level/ (9).

Several sources are available to help explain trends in land use:

The Economic Research Service of the U.S. Department of Agriculture provides a web site on Urban Development, Land Use, and Agriculture: ers.usda.gov/publications/aer-agricultural-economic-report/aer803.aspx (10).

To browse Economic Research Service publications by topic, see: ers.usda.gov/topics.aspx (11).

A useful Economic Research Service publication is "Major Uses of Land in the United States, 1945-2002": ers.usda.gov/data-products/major-land-uses.aspx (12).

To see how land is being converted to residential development, consult the EPS Land Use report.

**Data Sources**

U.S. Department of Agriculture. 2014. National Agricultural Statistics Service, Census of Agriculture, Washington, D.C.

BLM_0054894

**County Region**  <span style="color:red">**Farm Land and Type**</span>

**What are the major types of farms by production?**

This page describes the number and percent of all farms according to what they produce.

**Number of Farms by Type, 2012**

| | Delta County, CO | Gunnison County, CO | Mesa County, CO | Montrose County, CO | Ouray County, CO | San Miguel County, CO | County Region | Colorado |
|---|---|---|---|---|---|---|---|---|
| All Farms | 1,250 | 244 | 2,264 | 1,128 | 108 | 135 | 5,129 | 36,180 |
| Oilseed & Grain Farming | 37 | 0 | 59 | 86 | 0 | 0 | 184 | 3,951 |
| Vegetable & Melon Farming | 33 | 0 | 30 | 22 | 1 | 0 | 86 | 455 |
| Fruit & Nut Tree Farming | 103 | 0 | 249 | 20 | 2 | 1 | 375 | 577 |
| Greenhouse, Nursery, etc. | 33 | 4 | 29 | 28 | 1 | 3 | 98 | 576 |
| Other Crop Farming | 361 | 78 | 661 | 342 | 19 | 30 | 1,491 | 10,323 |
| Beef Cattle Ranch. & Farm. | 340 | 83 | 571 | 359 | 48 | 58 | 1,459 | 10,528 |
| Cattle Feedlots | 9 | 2 | 6 | 8 | 0 | 0 | 25 | 268 |
| Dairy Cattle & Milk Prod. | 8 | 2 | 5 | 5 | 0 | 0 | 20 | 183 |
| Hog & Pig Farming | 16 | 2 | 30 | 15 | 2 | 2 | 67 | 343 |
| Poultry & Egg Production | 32 | 1 | 53 | 17 | 5 | 7 | 115 | 611 |
| Sheep & Goat Farming | 47 | 4 | 80 | 38 | 2 | 8 | 179 | 1,212 |
| Animal Aquaculture & Other Animal Prod. | 231 | 68 | 491 | 196 | 28 | 26 | 1,030 | 7,153 |

**Percent of Total**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Oilseed & Grain Farming | 3.0% | 0.0% | 2.6% | 7.6% | 0.0% | 0.0% | 3.6% | 10.9% |
| Vegetable & Melon Farming | 2.6% | 0.0% | 1.3% | 2.0% | 0.9% | 0.0% | 1.7% | 1.3% |
| Fruit & Nut Tree Farming | 8.2% | 0.0% | 11.0% | 1.8% | 1.9% | 0.7% | 7.3% | 1.6% |
| Greenhouse, Nursery, etc. | 2.6% | 1.6% | 1.3% | 2.5% | 0.9% | 2.2% | 1.9% | 1.6% |
| Other Crop Farming | 28.9% | 32.0% | 29.2% | 30.3% | 17.6% | 22.2% | 29.1% | 28.5% |
| Beef Cattle Ranch. & Farm. | 27.2% | 34.0% | 25.2% | 31.6% | 44.4% | 43.0% | 28.4% | 29.1% |
| Cattle Feedlots | 0.7% | 0.8% | 0.3% | 0.7% | 0.0% | 0.0% | 0.5% | 0.7% |
| Dairy Cattle & Milk Prod. | 0.6% | 0.8% | 0.2% | 0.4% | 0.0% | 0.0% | 0.4% | 0.5% |
| Hog & Pig Farming | 1.3% | 0.8% | 1.3% | 1.3% | 1.9% | 1.5% | 1.3% | 0.9% |
| Poultry & Egg Production | 2.6% | 0.4% | 2.3% | 1.5% | 4.6% | 5.2% | 2.2% | 1.7% |
| Sheep & Goat Farming | 3.8% | 1.6% | 3.5% | 3.4% | 1.9% | 5.9% | 3.5% | 3.3% |
| Aquaculture & Other Prod. | 18.5% | 27.9% | 21.7% | 16.5% | 25.9% | 19.3% | 20.1% | 19.8% |



• In 2012, Colorado had the largest percent of oilseed and grain farming (10.9%), and Gunnison County, CO had the smallest (0%).

• In 2012, Ouray County, CO had the largest percent of beef cattle ranching and farming (44.4%) and Mesa County, CO had the smallest (25.2%).



Percent of Farms by Type, 2012

■ Oilseed & Grain Farming   ▨ Vegetable & Melon Farming   ▨ Fruit & Nut Tree Farming   ▨ Greenhouse, Nursery, etc.   ▨ Other Crop Farming   ■ Beef Cattle Ranch. & Farm.
■ Cattle Feedlots   ■ Dairy Cattle & Milk Prod.   ▨ Hog & Pig Farming   ■ Poultry & Egg Production   ■ Sheep & Goat Farming   ▨ Aquaculture & Other Prod.

Data Sources: U.S. Department of Agriculture. 2014. National Agricultural Statistics Service, Census of Agriculture, Washington, D.C.

Page 6

BLM_0054895

**Study Guide and Supplemental Information**

**What are the major types of farms by production?**

**What do we measure on this page?**

This page describes the number and percent of all farms according to what they produce.

Farm: This refers to all forms of agricultural production, including livestock operations. These data exclude leased public land from total land in farms.

Beef Cattle Ranching & Farming: This category (NAICS code 112111) comprises establishments primarily engaged in raising cattle (including cattle for dairy herd replacements).

Other Animal Production: This category (NAICS code 1129) comprises establishments primarily engaged in raising animals and insects (except cattle, hogs and pigs, poultry, sheep and goats, and aquaculture) for sale or product production. These establishments are primarily engaged in one of the following: bees, horses and other equine, rabbits and other fur-bearing animals, etc., and producing products such as honey and other bee products. Establishments primarily engaged in raising a combination of animals with no one animal or family of animals accounting for one-half of the establishment's agricultural production are included in this industry group.

**Why Is It Important?**

Some forms of agricultural production are more closely associated with the use of public lands (e.g., cattle and sheep ranches that rely on public lands forage) or can be affected by activities on public lands (e.g., crop production using irrigation water that originates on higher elevation public lands). In areas where livestock production is significant, public lands grazing resources may be especially important to the agricultural economics of an operation or class of operations.

**Methods**

The Census of Agriculture data on farms by type are only reported by the number of farms. They are not reported by employment, income, or acreage.

**Additional Resources**

A description of the form used in the Census of Agriculture, and definitions of terms, is available at: agcensus.usda.gov/Publications/2007/Full_Report/Volume_1,_Chapter_1_US/usappxb.pdf (13).

No published federal database exists that accurately describes how dependent ranchers are on public lands grazing and what the trends have been in grazing over time. Because public lands grazing is an activity that requires a permit, both the Bureau of Land Management and Forest Service keep records of grazing activity. Additional information on these sectors may be available by contacting local offices. (The Census of Agriculture maintained data on the number of permittees on public lands until 2002, but these data were generally unreliable.)

The Forest Service hosts an online "Rangelands" resource, available at: fs.fed.us/rangelands (14).

One way to understand long-term trends in public lands grazing is to track grazing-related payments that are returned to county governments. To see these trends at the county level, run the EPS County Payments report.

**Data Sources**

U.S. Department of Agriculture. 2014. National Agricultural Statistics Service, Census of Agriculture, Washington, D.C.

BLM_0054896

**County Region**                                                                                                       **Farm Wages**

**How do farm wages compare to wages in other sectors?**

This page describes wages (in real terms) from farm employment, including sub-sectors, compared to wages from non-farm employment combined. It also describes the percent of jobs in each category. These are shown together to illustrate the relative wage levels in farming, including sub-sectors, and how many people are employed in each sub-sector.

**Average Annual Wages, 2015 (2016 $s)**

|  | Delta County, CO | Gunnison County, CO | Mesa County, CO | Montrose County, CO | Ouray County, CO | San Miguel County, CO | County Region | Colorado |
|---|---|---|---|---|---|---|---|---|
| **Total Private & Public** | $33,178 | $35,031 | $41,353 | $36,713 | $35,619 | $40,554 | $39,321 | $54,176 |
| **Total Private** | $31,114 | $33,014 | $40,287 | $34,472 | $35,467 | $39,894 | $38,131 | $54,512 |
| Farm | $27,185 | $37,413 | $24,159 | $29,470 | $0 | $0 | $27,358 | $34,670 |
| Crop Production | $24,126 | $29,087 | $22,065 | $23,744 | $0 | na | $23,143 | $32,361 |
| Animal Production | $30,410 | $40,636 | $32,158 | $32,504 | na | na | $33,036 | $37,027 |
| **Non-Farm** | $28,202 | $29,068 | $40,410 | $34,479 | $28,503 | $37,954 | $37,751 | $54,619 |

This table shows wage data from the Bureau of Labor Statistics, which does not report data for proprietors or the value of benefits and uses slightly different industry categories than those shown on previous pages of this report.

**Percent of Total Employment, 2015**

|  | Delta County, CO | Gunnison County, CO | Mesa County, CO | Montrose County, CO | Ouray County, CO | San Miguel County, CO | County Region | Colorado |
|---|---|---|---|---|---|---|---|---|
| **Total Private** | 71.5% | 77.0% | 84.5% | 78.4% | 77.7% | 84.9% | 81.8% | 84.1% |
| Farm | 3.2% | 1.1% | 0.6% | 1.3% | 0.0% | 0.0% | 0.9% | 0.5% |
| Crop Production | 1.7% | 0.3% | 0.5% | 0.4% | 0.0% | na | 0.5% | 0.3% |
| Animal Production | 1.6% | 0.8% | 0.1% | 0.8% | na | na | 0.4% | 0.2% |
| **Non-Farm** | 62.0% | 64.7% | 83.6% | 70.4% | 49.7% | 74.7% | 77.2% | 83.5% |

This table shows employment data from the Bureau of Labor Statistics, which does not report data for proprietors or the value of benefits and uses slightly different industry categories than those shown on previous pages of this report.

Data Sources: U.S. Department of Labor. 2016. Bureau of Labor Statistics, Quarterly Census of Employment and Wages, Washington, D.C.

BLM_0054897

**Study Guide and Supplemental Information**

**How do farm wages compare to wages in other sectors?**

**What do we measure on this page?**

This page describes wages (in real terms) from farm employment, including sub-sectors, compared to wages from non-farm employment combined.  It also describes the percent of jobs in each category.  These are shown together to illustrate the relative wage levels in farming, including sub-sectors, and how many people are employed in each sub-sector.

The primary purpose of this page is to compare the average annual wages between sectors, and to investigate the relative number of people employed in high and low-wage sectors.

<u>Farm:</u> This refers to all forms of agricultural production, including livestock operations.

**Why is it Important?**

Farm employment often pays below average wage rates, but this can vary by farm sub-sector and by geography.  Some important issues to consider are how farm industry wages compare to wages in other sectors, whether crop and animal production pay different wages, and if there are significant wage differences between geographies.

**Methods**

The wage and employment data on this page are from the Bureau of Labor Statistics, which does not report data for proprietors or the value of benefits and uses slightly different industry categories than those shown on the initial pages of this report.

What we show as Farm in the tables on this page is the sum of the following NAICS codes: crop production (111) and animal production (112). It does not include NAICS code 115 (support activities for agriculture and forestry) because this category mixes farm and non-farm services.

Depending on the geographies selected, some data may not be available due to disclosure restrictions.

Some data are withheld by the federal government to avoid the disclosure of potentially confidential information.  Occasionally, one or more data values underlying the data aggregations shown on this page are non-disclosed.  When this occurs, the values are indicated with tildes (~).

**Additional Resources**

For an overview of how the Bureau of Labor Statistics treats employment, see: bls.gov/bls/employment.htm *(15)*.

For an overview of how the Bureau of Labor Statistics treats pay and benefits, see: bls.gov/bls/wages.htm *(16)*.

Employment and wage estimates are also available from the Bureau of Labor Statistics for over 800 occupations.  Looking at farming by occupation, rather than by sector or industry, is helpful since wages can vary dramatically across occupations.  For more information on the most recent employment and wage estimates for Agriculture, Forestry, Fishing and Hunting (NAICS 11) by occupation, see: bls.gov/oes *(17)*.

The Census of Agriculture web site provides county-level farm data for counties, available at agcensus.usda.gov/Publications/2007/Full_Report/Volume_1,_Chapter_2_County_Level/ *(9)*.

For more information on employment and wages in non-farm industries, run the EPS Socioeconomic Measures report.

**Data Sources**

U.S. Department of Labor. 2016. Bureau of Labor Statistics, Quarterly Census of Employment and Wages, Washington, D.C.

BLM_0054898

**County Region**

**Farm Wages**

### How do farm jobs and wages compare?

This page describes average wages (in real terms) and employment levels in crop and animal production. It also shows average wage trends (in real terms) for these farm sectors.

- In 2015, average annual wages in crop production were $23,444 and average annual wages in animal production were $33,465.

- In 2015, crop production jobs were 0.5 percent of total employment and animal production jobs were 0.4 percent of total employment.



Avg. Annual Wages & Percent of Total Employment in Crop & Animal Production, County Region, 2015

- From 1990 to 2015, average annual wages in crop production grew from $18,243 to $23,444, a 28.5 percent increase.

- From 1990 to 2015, average annual wages in animal production grew from $23,988 to $33,465, a 39.5 percent increase.



Avg. Annual Wages in Crop & Animal Production, County Region

Data Sources: U.S. Department of Labor. 2016. Bureau of Labor Statistics, Quarterly Census of Employment and Wages, Washington, D.C.

BLM_0054899

## Study Guide and Supplemental Information

### How do farm jobs and wages compare?

#### What do we measure on this page?

This page describes average wages (in real terms) and employment levels in crop and animal production. It also shows average wage trends (in real terms) for these farm sectors.

The figure *Avg. Annual Wages and Percent of Total Employment in Crop and Animal Production* is useful for describing how many people are working in relatively high and low-wage farm sectors. The figure *Avg. Annual Wages in Crop and Animal Production* is useful for comparing wage trends by farm sector.

Farm: This refers to all forms of agricultural production, including livestock operations.

#### Why is it important?

Not all components of the farm industry pay the same wages or employ the same number of people. Some important issues to consider are how farm industry wages compare to wages in other sectors, whether crop and animal production pay different wages, and if there are significant wage differences between geographies.

A significant increase in farm jobs that pay below the average for all industries will decrease overall average earnings per job. On the other hand, a significant increase in farm jobs that pay above the average for all industries will increase overall average earnings per job. A modest change in farm employment, especially when this industry is a small share of total employment, will not likely affect average earnings in a local area.

#### Methods

The wage and employment data on this page are from the Bureau of Labor Statistics, which does not report data for proprietors or the value of benefits and uses slightly different industry categories than those shown on the initial pages of this report.

The components of farm on this page (NAICS 111 crop production and NAICS 112 animal production) do not include agricultural services (NAICS 115 support activities for agriculture and forestry) because this category mixes farm and non-farm services.

The figure *Avg. Annual Wages in Crop and Animal Production* starts in 1990 because this is the first year these wage data are available from the Bureau of Labor Statistics.

Depending on the geographies selected, some data may not be available due to disclosure restrictions.

#### Additional Resources

For an overview of how the Bureau of Labor Statistics treats employment, see: bls.gov/bls/employment.htm *(15)*.

For an overview of how the Bureau of Labor Statistics treats pay and benefits, see: bls.gov/bls/wages.htm *(16)*.

If there are significant undisclosed data on this page, options for ascertaining wages data for farm sectors include:

The Bureau of Labor Statistics' Quarterly Census of Employment and Wages data for industries at the state level is available at:data.bls.gov/pdq/VersionInfo.jsp?version=0.0.0 *(18)*.

The Bureau of Labor Statistics' Occupational Outlook Handbook, 2010-2011 Edition, which has detailed industry earnings and wages data at the national level, is available at bls.gov/oco *(19)*.

The Bureau of the Census' County Business Patterns database, which reports industry-level employment and payroll and can be used to estimate earnings, is available at census.gov/econ/cbp/index.html *(20)*.

#### Data Sources

U.S. Department of Labor. 2016. Bureau of Labor Statistics, Quarterly Census of Employment and Wages, Washington, D.C.

BLM_0054900

**County Region**

**Farm Benchmarks**

## How does regional farm employment compare to the U.S.?

This page describes whether the region is specialized in farm employment.  The figure illustrates the difference between the region and the U.S. by comparing farm jobs, including proprietors, as a share of total employment and with location quotients.

Location quotient: A ratio that compares an industry's share of total employment in a region to the national share.  More precisely, it is the percent of local employment in a sector divided by the percent of employment in the same sector in the U.S.  In other words, it is a ratio that measures specialization, using the U.S. as a benchmark.  A location quotient of more than 1.0 means the local area is more specialized in that sector relative to the U.S.  A location quotient of less than 1.0 means it is less specialized.

### Percent of Total Farm Jobs, County Region vs. Colorado, 2015

| | Employment Share | | Location Quotient | Employment Share | Location Quotient |
|---|---|---|---|---|---|
| | County Region | Colorado | | County Region vs. Colorado | County Region vs. Colorado |
| Farm Employment | 3.8% | 1.2% | 3.2 | | |
| Farm Proprietors Employment | 3.0% | 0.9% | 3.3 | | |



- In 2015, farm proprietors employment had the highest location quotient score (3.3) and farm employment had the lowest (3.2).

Data Sources: U.S. Department of Commerce. 2014. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C.

BLM_0054901

## Study Guide and Supplemental Information

### How does regional farm employment compare to the U.S.?

**What do we measure on this page?**

This page describes whether the region is specialized in farm employment. The figure illustrates the difference between the region and the U.S. by comparing farm jobs, including proprietors, as a share of total employment and with location quotients.

Location quotient: A ratio that compares an industry's share of total employment in a region to the national share. More precisely, it is the percent of local employment in a sector divided by the percent employment in the same sector in the U.S. In other words, it is a ratio that measures specialization, using the U.S. as a benchmark. A location quotient of more than 1.0 means the local area is more specialized in that sector relative to the U.S. A location quotient of less than 1.0 means it is less specialized.

Farm: This refers to all forms of agricultural production, including livestock operations.

The term "benchmark" in this report should not be construed as having the same meaning as in the National Forest Management Act (NFMA).

**Why is it important?**

Agricultural employment in most parts of the U.S. has been declining, largely as a result of mechanization and other efficiencies of scale, for most of the last century. Nevertheless, it is still an important source of jobs in many places. This page shows a measure of importance (employment share) relative to the U.S.

A useful way to think about location quotients is as a measure of whether a place or geography produces enough goods or services from an industry to satisfy local demand for those goods or services. Results above or below the 1.0 standard indicate the degree to which a place or geography may import or export a good or service. Although there is no precise cutoff, location quotients above 2.0 indicate a strong industry concentration (and that an area is likely exporting goods or services) and those less than .5 indicate a weak industry concentration (and that an area is likely importing goods or services).

A few caveats: (1) A large location quotient for a sector does not necessarily mean that sector is a significant contributor to the economy. (2) LQs greater than 1.0 suggest potential export capacity when compared to the U.S., but do not take into account local demand. Local demand may be greater than a national average, and therefore all goods and services may be consumed locally (i.e., not exported). (3) LQs can change from year to year. (4) LQs can vary when income or wage data are used rather than employment.

**Methods**

LQ = (ei/e) divided by (Ei/E)
Where: ei = Local employment in industry i; e = Total local employment; Ei = U.S. employment in industry i; E = Total U.S. employment.

**Additional Resources**

For a review of literature on economic diversity, see Sterling, Andrew. 1998. "On the Economics and Analysis of Diversity." Electronic Working Papers Series, University of Sussex, available at: sussex.ac.uk/Units/spru/publications/imprint/sewps/sewp28/sewp28.pdf *(21)*; and Malizia, E. E. and K. Shanzai. 2006. "The Influence of Economic Diversity on Unemployment and Stability." Journal of Regional Science. 33(2): 221-235.

A useful book on the evolving competitive environment for commodity industries in rural areas is: Gaston, William A., and Karen J. Baehler. 1995. Rural Development in the United States: Connecting Theory, Practice, and Possibilities. Washington: Island Press.

A succinct definition of a location quotient is offered by Florida State University's Department of Urban and Regional Planning: mailer.fsu.edu/~tchapin/garnet-tchapin/urp5261/topics/econbase/lq.htm *(22)*.

For an example of location quotients used in a regional economic study, see: wwjobcenter.org/2009%20SOW%20Report(FINAL).pdf *(23)*.

The Economic Research Service of the U.S. Department of Agriculture provides a number of easy-to-use references on farm businesses and employment, and by form of production: ers.usda.gov/Publications *(4)*.

**Data Sources**

U.S. Department of Commerce. 2014. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C.

BLM_0054902

**County Region**

# Farm Land and Type

## How does farm employment change compare across geographies?

This page compares the change in farm employment for the geographies selected and the U.S.  The information is indexed (1970=100) so that data from geographies with different-size economies can be compared and to make it easier to understand the relative rate of growth or decline of services employment over time.



Employment in Farming

Legend:
- Colorado
- County Region
- Delta County, CO
- Gunnison County, CO
- Mesa County, CO
- Montrose County, CO
- Ouray County, CO
- San Miguel County, CO

• From 1970 to 2015, County Region had the fastest rate of change in farm employment and Delta County, CO had the slowest.

Data Sources: U.S. Department of Commerce. 2014. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C.
Page 10

BLM_0054903

**Study Guide and Supplemental Information**

**How does farm employment change compare across geographies?**

## What do we measure on this page?

This page compares the change in farm employment for the geographies selected and the U.S.  The information is indexed (1970=100) so that data from geographies with different size economies can be compared and to make it easier to understand the relative rate of growth or decline of services employment over time.

Index: Indexed numbers are compared with a base value.  In the line chart, employment in 1970 is the base value, and is set to 100.  The employment values for subsequent years are expressed as 100 times the ratio to the base value.  The indexing used in the line chart enables easier comparisons between geographies over time.

Farm: This refers to all forms of agricultural production, including livestock operations.

The term "benchmark" in this report should not be construed as having the same meaning as in the National Forest Management Act (NFMA).

Note: If many geographies are selected, it may be difficult to read the figure on this page.

## Why is it important?

Agricultural employment in most parts of the U.S. has been declining, largely as a result of mechanization and other efficiencies of scale, for most of the last century.  However, this is not the case everywhere.  In addition, not all geographies have lost or attracted farm employment at the same rate.  An index makes it clear where the rate of farm decline or growth has been the fastest.  Lines below 100 indicate absolute decline while those below 100 show absolute growth.  The steeper the curve, the faster the rate of change.

It may be helpful to look for large year-to-year rises or dips in figure lines to identify rapid employment changes. If the reasons behind these fluctuations are not evident, it may be helpful to talk with regional experts or locals to learn more about what caused abrupt changes.

## Additional Resources

The Economic Research Service of the U.S. Department of Agriculture provides a number of easy-to-use references on farm businesses and employment, and by form of production: ers.usda.gov/Publications *(4)*.

For the Economic Research Service's outlook on livestock, dairy, and poultry production, see: ers.usda.gov/Publications/LDP *(5)*.

For the Economic Research Service's outlook on crop production, see: ers.usda.gov/topics/farm-economy/commodity-outlook.aspx *(6)*.

The Bureau of Labor Statistics provides an overview and outlook of the farm industry (as part of agriculture, forestry, and fishing).  See: bls.gov/oco/cg/cgs001.htm *(24)*.

A useful book on the evolving competitive environment for commodity industries in rural areas is: Gaston, William A., and Karen J. Baehler. 1995. Rural Development in the United States: Connecting Theory, Practice, and Possibilities. Washington: Island Press.

## Data Sources

U.S. Department of Commerce. 2014. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C.

BLM_0054904

# Data Sources & Methods

## Data Sources

The EPS Measures report uses published statistics from government sources that are available to the public and cover the entire country. All data used in EPS can be readily verified by going to the original source. The contact information for databases used in this profile is:

- **Regional Economic Information System**
  Bureau of Economic Analysis, U.S. Department of Commerce
  http://bea.gov/bea/regional/data.htm
  Tel. 202-606-9600

- **Quarterly Census of Employment and Wages**
  Bureau of Labor Statistics, U.S. Department of Labor
  http://www.bls.gov/cew
  Tel. 202-691-6567

- **Census of Agriculture**
  Nat. Agricultural Statistics Service, U.S. Dept. Agriculture
  http://www.agcensus.usda.gov
  Tel. 800-727-9540

## Methods

EPS core approaches: EPS is designed to focus on long-term trends across a range of important measures. Trend analysis provides a more comprehensive view of changes than spot data for select years. We encourage users to focus on major trends rather than absolute numbers. EPS displays detailed industry-level data to show changes in the composition of the economy over time and the mix of industries at points in time. EPS employs cross-sectional benchmarking, comparing smaller geographies such as counties to larger regions, states, and the nation, to give a sense of relative performance. EPS allows users to aggregate data for multiple geographies, such as multi-county regions, to accommodate a flexible range of user-defined areas of interest and to allow for more sophisticated cross-sectional comparisons.

Adjusting dollar figures for inflation: Because a dollar in the past was worth more than a dollar today, data reported in current dollar terms should be adjusted for inflation. The U.S. Department of Commerce reports personal income figures in terms of current dollars. All income data in EPS are adjusted to real (or constant) dollars using the Consumer Price Index. Figures are adjusted to the latest date for which the annual Consumer Price Index is available.

Data gaps and estimation: Some data are withheld by the federal government to avoid the disclosure of potentially confidential information. Headwaters Economics uses supplemental data from the U.S. Department of Commerce to estimate these data gaps. These are indicated in italics in tables. Documentation explaining methods developed by Headwaters Economics for estimating disclosure gaps is available at headwaterseconomics.org/eps.

BLM_0054905

# Links to Additional Resources

## For more information about EPS see:

headwaterseconomics.org/EPS

## Web pages listed under Additional Resources include:

Throughout this report, references to on-line resources are indicated with italicized numbers in parentheses.  These resources are provided as hyperlinks here.

1   www.naics.com/search.htm
2   www.bls.gov/bls/NAICS.htm
3   www.census.gov/eos/www/naics
4   www.ers.usda.gov/Publications
5   www.ers.usda.gov/Publications/LDP
6   www.ers.usda.gov/topics/farm-economy/commodity-outlook.aspx
7   www.bea.gov/regional/reis/default.cfm?selTable=CA45
8   www.agcensus.usda.gov
9   www.agcensus.usda.gov/Publications/2007/Full_Report/Volume_1,_Chapter_2_County_Level/
10  www.ers.usda.gov/publications/aer-agricultural-economic-report/aer803.aspx
11  www.ers.usda.gov/topics.aspx
12  www.ers.usda.gov/data-products/major-land-uses.aspx
13  www.agcensus.usda.gov/Publications/2007/Full_Report/Volume_1,_Chapter_1_US/usappxb.pdf
14  www.fs.fed.us/rangelands
15  www.bls.gov/bls/employment.htm
16  www.bls.gov/bls/wages.htm
17  www.bls.gov/oes
18  http://data.bls.gov/pdq/VersionInfo.jsp?version=0.0.0
19  www.bls.gov/oco
20  www.census.gov/econ/cbp/index.html
21  www.sussex.ac.uk/Units/spru/publications/imprint/sewps/sewp28/sewp28.pdf
22  www.mailer.fsu.edu/~tchapin/garnet-tchapin/urp5261/topics/econbase/lq.htm
23  www.wwjobcenter.org/2009%20SOW%20Report(FINAL).pdf
24  www.bls.gov/oco/cg/cgs001.htm

BLM_0054906

# A Literature Review of the Effects of Energy Development on Ungulates: Implications for Central and Eastern Montana



Prepared by:

**Mark Hebblewhite, PhD**

Wildlife Ecologist & Assistant Professor,
Ungulate Habitat Ecologist,
Wildlife Biology Program,
College of Forestry & Conservation,
University of Montana, Missoula, MT, 59812

Prepared for:

**Windy Davis**

Energy Specialist Biologist
Montana Fish, Wildlife and Parks
Region 7, Headquarters
Miles City, MT, 59301

BLM_0054907

# Acknowledgements

The author wishes to acknowledge Windy Davis, contract supervisor and energy-wildlife specialist for Montana Fish, Wildlife and Parks (MTFWP) for guidance and advice during this literature review, and Rick Dorvall, contracting officer for MTFWP for administering this literature review contract FWP # 080099. I also acknowledge the assistance of Darrin Newton, Zachary Voyles, and Jean Polfus for assistance in assembling the relevant scientific literature, and Kathryn Socie for editing the final version. I also thank colleagues Joel Berger, Kim Murray-Berger, Fiona Schmiegelow, Dave Naugle, Luigi Morgantini and Marco Musiani for ongoing discussions on the effects of energy development on wildlife in general.

**Please cite as:**

Hebblewhite, M. 2008. A literature review of the effects of energy development on ungulates: Implications for central and eastern Montana. Report prepared for Montana Fish, Wildlife and Parks, Miles City, MT.

Cover photos: M. Hebblewhite (elk, pronghorn, sheep, mule deer), J. Berger (pronghorn and energy development in the Jonah field).

BLM_0054908

# Table of Contents

Acknowledgements..............................................................................................2

Table of Contents..............................................................................................3

List of Figures ..................................................................................................5

List of Tables ...................................................................................................6

Executive Summary ..........................................................................................7

1.0 INTRODUCTION ........................................................................................9

    2.0 LITERATURE REVIEW METHODS AND SCOPE ....................................... 13

        2.1 Literature Review.................................................................. 14

3.0 RESULTS ................................................................................................ 16

    3.1 Literature Review Summary .................................................. 16

        3.1.1 Species and publication type.......................................... 16

        3.1.2 Study design, methods, sample size ............................. 17

        3.1.3 Types of Energy Development ...................................... 21

    3.2 Elk (Cervus elaphus) ........................................................... 23

        3.2.1 Sagebrush Steppe and Grasslands ............................... 23

        3.2.2 Mixed communities ..................................................... 27

        3.2.3 Mountains and Foothills .............................................. 28

        3.2.3 A Brief Review of Related Studies on the Effects of Human Activities Not Including Energy Development on Elk ............................. 31

        3.2.5 Effects of Hunting and Recreation on Elk ...................... 36

    3.3 Pronghorn Antelope (Antilocapra americana)........................ 44

        3.3.1 Grasslands ................................................................. 44

        3.3.2 Shrub-Steppe.............................................................. 45

        3.3.3 Semi-desert: effects of military activities ...................... 48

        3.4 Mule Deer (Odocoileus hemionus) ................................ 49

        3.4.1 Sagebrush-Steppe and Grasslands ............................... 49

        3.4.2 Mountain .................................................................... 53

    3.5 Combined Studies on Mule Deer and Pronghorn ................... 56

        3.5.1 Sagebrush-Steppe ...................................................... 56

BLM_0054909

3.6 Bighorn Sheep (Ovis canadensis) ............................................................. 65

3.7 Moose (*Alces alces*) ................................................................................ 67

3.8 Woodland Caribou (*Rangifer tarandus tarandus*) ................................... 69

4.0 DISCUSSION.............................................................................................82

4.1 Effects of Roads ...................................................................................... 85

4.2 Amount of Development ........................................................................... 87

4.3 Limitations ............................................................................................... 88

4.3.1 Experimental Design............................................................................. 88

4.3.2 Spatial Scale ........................................................................................ 92

4.4 Potential Toxicological Impacts ............................................................... 94

4.5 Conceptual Approach for Understanding the Effects of Energy Development on Wildlife ................................................................................. 95

4.6 Recommendations for Future Energy Development Impact Studies on Ungulates in Eastern Central Montana............................................................ 98

4.6.1 Meta Analyses ..................................................................................... 98

4.6.2 Habitat-linked cumulative effects assessment ......................................... 101

4.6.3 Large-scale, replicated experimental tests of the impact of energy development on ungulates. .......................................................................... 102

4.6.4 An Adaptive Management Framework for Assessing the Cumulative Impacts of Energy Development on Ungulates.............................................. 104

5.0 MANAGEMENT IMPLICATIONS ...............................................................108

6.0  LITERATURE REVIEW ............................................................................110

Appendix A: Electronic Database........................................................................122

Appendix B: Management Guidelines…………….…………………….…………125

BLM_0054910

# List of Figures

Fig.1. Study area for the literature review of the effects of energy development on ungulates, BLM (2003a,b). ..…………………………………………………………..……13

Fig. 2 & 3. Proportion of the studies that directly studied aspects of energy development on wildlife (n=70) by 2) publication type and 3) species, including literature reviews as a category. …………………………………………………………………......…………..16

Fig. 4. Frequency distribution of study area sizes for studies on the effects of energy development on ungulates (n=44). ……………………………………….……………....18

Fig. 5. Frequency distribution of study area duration for studies on the effects of energy development on ungulates where duration was reported (n=56)…………………………20

Fig. 6. Frequency distribution of study date for studies (n=60) on the effects of energy development on ungulates plotted against peak oil production in Montana (in millions of barrels of oil/year); source Oil and Gas Conservation Division ..................................……… 22

Fig. 7. Vegetation communities in which studies on the impacts of energy development on ungulates were conducted (n=69)……………………………………….……….……22

Fig. 8. Locations of the seven replicate study sites in the Montana Cooperative Elk-Logging study 1970-1985, reproduced from Lyon et al. (1985)..………………………….32

Fig. 9. Portion of the study area for Frair (2005) and Frair et al. (2007) in the central east slopes of Alberta's forested foothills …………………………………..…………………34

Fig. 10.  Meta-analysis model for woodland caribou population growth rate as a function of the % of the boreal caribou range that was burned and the % of the caribou range converted to non-habitat through industrial development... .…………………………….72

Fig.11. Simple algebraic models for the effects of increasing wildlife buffer avoidance size as a function of linear disturbance and the density of wells, assuming no overlap of buffers of disturbances. ……………………………………………………………..…….86

Fig. 12. Common experimental designs for studying impacts of energy development on wildlife in increasing order of scientific rigor (Underwood 1996)………………………92

Fig. 13. Conceptual trophic food web illustrating direct and indirect effects…....……96

Fig.14. Conceptual diagram illustrating the importance of indirect species interactions in understanding the effects of energy development on wildlife…………………………97

Fig.15. Analytical framework for the development of habitat linked PVA analysis to assess the impact of wildlife within a population undergoing energy development from Johnson & Boyce (2005)..………………………………………………………………....105

BLM_0054911

Fig.16 .  Conceptual diagram of adaptive resource management as defined by Walters (1986, adapted from http://www.cmar.csiro.au/research/mse). ……………………107

# List of Tables

Table 1. Summary statistics for literature on the effects of energy development and human disturbance on ungulates, n= 126 studies..…………………………………………19

Table 2. Review of scientific literature on the effects of energy development on Elk .....39

Table 3. Review of scientific literature on the effects of energy development on Mule deer and Pronghorn ……………………………………………………………..…….59

Table 4. Review of scientific literature on the effects of energy development on Moose, Bighorn Sheep, and Caribou . ……………………………..…………………………..…73

Table 5. Summary of ungulate studies showing avoidance of roads and well sites, averaging results across seasons and habitat types. ……………………..……………..86

Table 6. Summary of density of energy development disturbance in terms of density of active wellsites/km2 and linear kilometers of pipelines, seismic lines and roads/km2 from studies where such information was reported.……………………………………………88

Table 7. Summary of one-way migration distances recorded in selected reviewed studies, that were mainly summarized by Berger (2004). ……………………………..……94

BLM_0054912

# Executive Summary

A literature review of >160 scientific and technical reports was conducted to review the effects of energy development ungulates, separated by important seasonal and habitat types. Effects of energy development and human activity in general were assessed for elk, mule deer, pronghorn antelope, moose, bighorn sheep and woodland caribou. Weaknesses of the existing literature in addressing and providing guidelines for the management of energy development are presented.  A recommended course of action for management oriented research is presented. Finally, a searchable electronic database is developed of the literature including abstracts and digital copies to aid in evaluating future energy development on ungulates.

The current management policy for energy development makes two untested assumptions regarding the effects of energy development on wildlife. First, it assumes that negative impacts of energy development on wildlife can be mitigated through small-scale stipulations that regulate the timing and duration of activity, but not the amount. This current policy also assumes that wildlife populations can withstand continued, incremental development. Neither of these two assumptions are supported or refuted by evidence reviewed in the scientific literature as part of this review. Regardless, adaptive experiments to explicitly test these management hypotheses are needed.

There is currently no rigorous scientific evidence that energy development will have population-level impacts on pronghorn, mule deer or elk in eastern or central Montana. However, this is because there have been no properly designed, thoughtful, rigorous tests of the population-level impacts conducted to date. Instead, a host of observational studies on small-scale and short-term responses provides limited guidance to managers in search of the crucial question of population impacts. While theoretically justified, relying on the precautionary principle to restrict energy development will likely be unsuccessful as an energy development policy.

Short-term and small-scale impacts of energy development have been relatively well described in previous reviews and studies, albeit most often in poorly designed observational studies. GPS collar studies have aided attempts to document small-scale responses to development, and will continue to be useful in the future in this correlational framework. Ungulates predictably avoid areas during active exploration and drilling, moving to denser cover and areas farther from human activity. Recommendations from previous studies still hold, namely timing and seasonal restrictions for critical habitats and resources. Across studies, ungulates showed avoidance responses to human development an average of 1000m from the human disturbance.

BLM_0054913

Scaling up from small-scale/short-term studies to population-level impacts will be difficult. One of the key difficulties is scaling up responses of ungulates at low development densities to high densities present in heavily developed oilfields (e.g. Upper Green River Basin). Preliminary analyses suggest that thresholds for significant impacts on ungulates will occur between densities of 0.1 to 0.5 wells/km$^2$ and 0.2 to 1.0 linear km/km$^2$ of roads and linear developments. However, these results are preliminary, and more formal meta-analyses are suggested.

Building on the strong example of the Montana Cooperative Elk-Logging study that ran through the 1970's and 1980's, a series of research and management recommendations are made. First, a formal meta-analyses of the existing energy literature is recommended to allow scientifically defensible quantitative estimates of the effects of energy development on behavior, habitat and population dynamics.

Second, building on this meta-analysis, a power analysis of the optimal experimental design, level of replication, and duration of a energy-impact study design should be conducted to reveal the best approach for both short-term (behavior, habitat) and long-term impact assessment.

Third, a series of large-scale, population-level and long-term experimental comparisons similar to the Montana Cooperative Elk-Logging study should be initiated in eastern and central Montana on elk, mule deer and pronghorn. The study design should be replicated ideally across three levels of development; none – control, initial phases – low densities of wells/roads, and after at least a decade of intensive development, to allow a rigorous test of the population effects of energy development on wildlife. Partnerships with existing studies occurring in other developed areas should be developed (e.g., Upper Green River Basin studies), but control areas in Montana should be developed (e.g., Charles M. Russell Wildlife Refuge).

Fourth, implement an adaptive management experiment (in conjunction with the third point above) to test whether the current energy policy is sustainable from a wildlife population perspective. The de-facto energy policy being implemented in Montana (and elsewhere) makes a number of assumptions that may in fact be incorrect. However, no valid alternatives have been developed or put forward as serious contenders that could be compared in large management experiments to test whether different models for energy development are required. If the bleak situation for Alberta caribou is any suggestion, alternative energy development policies are sorely needed.

BLM_0054914

# 1.0 INTRODUCTION

Increased energy consumption and the perception of over-reliance of the United States on foreign oil deposits to meet domestic energy requirements lead to a national level policy to: increase energy efficiency, develop new energy resources, improve efficiency and extraction of energy from existing resources, and improve the efficiency of key international energy consumers (American Gas Association 2005). This national policy manifested in Montana in October of 2005 when Governor Brian Schweitzer revealed the Schweitzer Energy Policy (Governors Office of Economic Development 2005). This Montana Energy Policy emphasized the following energy development themes in Montana, calling for diversification, a commitment to renewable and cleaner development (including clean coal), increased energy efficiency and conservation, increasing supportive infrastructure and adherence to environmental laws and community acceptance.  Within the Department of Commerce, the Division of Energy Infrastructure, Promotion and Development's (DEIPD) mission statement is to:

> *"The Division's mission centers around promoting and developing additional energy distribution capacity so that potential jobs become actual jobs and Montana's tax base is further enhanced for the benefit of its citizens. Increased distribution capacity also paves the way for clean, green energy creation and utilization. We will work to facilitate the promotion and development of energy infrastructure that will allow the responsible development of Montana's abundant energy resources including wind, bio-fuels, geothermal, biomass and clean coal gasification, liquefaction and power production which use carbon sequestration technologies when possible." (DEIPD, Dept.of Commerce, Government of Montana, 2008)*

The effects of this government policy on energy development have been felt strongly in the energy sector. In Montana since 2005 oil production has increased 50% and a state renewable energy portfolio tax and incentive program to increase the growth and production of renewable energy was adapted. The state has increased tax incentives for energy development, earning itself recognition as one of the most favorable and lowest taxed places to develop energy in the world (Business Facilities Magazine 2007); initiated the Montana Alberta Tie electrical energy transmission project, and developed proposals to increase both renewable and non-renewable

BLM_0054915

energy resources throughout eastern and central Montana in conjunction with federal land management agencies such as the Bureau of Land Management (BLM). Between 2002 and 2006, oil production has increased 213% (barrels production), the number of oil wells 17%, and the number of natural gas wells 34% while production increased by 17% (Montana Board of Oil and Gas Conservation 2006). While this relative growth is impressive, comparison to the heavily developed oil and gas fields of Alberta (40% larger in area to Montana) reveals Montana production is <10% of currently active oil and gas wells in Alberta, which is also undergoing similar rates of growth (10-20%, Alberta Energy 2008). Thus, from an energy development perspective, Montana is just getting started.

This increase in development in Montana closely matches the nearly 60% increase in the number of permit applications throughout the Rocky Mountain West in the last decade (American Gas Association 2005), with much of it focused on Montana, Wyoming and Colorado. Montana is touted as having amongst the greatest undeveloped natural gas and oil fields in the country (American Gas Association 2005), much of it in the Montana Thrust Belt (north-east Montana), Powder River basin (south-central Montana), and East Front deposits. Despite the focus on renewable energy development by Montana's Schweitzer Energy Policy, however, federal-state policies will ensure that traditional, non-renewable energy development will constitute the bulk of the growth in energy development in Montana, especially in these key energy deposits.

For example, within the Powder River Basin region (~16,000 km$^2$) within the state of Montana (BLM 2003a, b), as many as 18,000 coal bed natural gas (CBNG) wells have been approved for drilling on federal lands by the Bureau of Land Management (BLM, 2003a, b). This massive increase in oil and gas development will be associated with similar increases in infrastructure and development. For example, each CBNG wellsite is accompanied by construction of 2-7 km of access roads and 7-22 km of power lines per km$^2$, as well as compressor stations, pipelines, holding ponds, etc. (Bureau of Land Management 2003a, b). Other types of energy development, such as traditional oilfield drilling, natural gas development, coal bed methane, and new renewable energy developments such as wind power are also associated with extensive road, power line and pipeline developments. Throughout Montana, similar resource

BLM_0054916

management plans focusing on energy development have been developed by the BLM, a key federal regulating agency on federal lands, ensuring the future expansion of energy development in eastern and central Montana, especially the Billings, Big Dry, Headwaters, Powder River Basin, and Judith Valley Phillips resource management planning areas administered by the BLM (BLM 2008, see Fig. 3 below).

Increased energy development, and the infrastructure associated with well sites, has the potential to have profound impacts on natural ecosystems in eastern and central Montana. Given this backdrop on intensive energy development, the Montana Department of Fish, Wildlife and Parks faces a huge policy, administrative and technical challenge to meet its goals to:

> *"Sustain our diverse fish, wildlife and parks resources and the quality recreational opportunities that are essential to a high quality of life for Montanans and our guests (MTFWP, 2008)."*

Energy development has been shown to impact almost all natural resources including surface and subsurface hydrological processes, natural disturbance regimes such as fire, wildlife habitat, soil erosion processes, and wildlife population dynamics themselves (e.g., BLM 2003 a,b; (Naugle et al. 2004, Bayne et al. 2005)). While regulatory processes are in place that can provide some effective mitigation for key wildlife species, such as the potentially threatened Greater Sage Grouse (*Centrocercus urophasianus*) (Aldridge and Brigham 2002, Naugle et al. 2004), mitigation strategies are usually implemented on a site-by-site basis at the scale of the individual well site, or at intermediate scales across several wellsites or adjacent oil fields. Regardless, with petitioning, even small-scale mitigation at the site of the individual wellsite can also be waived by federal agencies. And the situation is even less regulated on private lands, where a substantial portion of energy development is occurring; few to no guidelines exist to minimize the impacts of energy development to wildlife. Regardless of the small-scale regulations often applied to individual well site permits, the impacts of energy development on wildlife especially are most often felt through cumulative effects of not just one wellsite at a time, but across large landscape scales in the order of 1000's km$^2$ (Kennedy 2000, Schneider et al. 2003, Aldridge et al. 2004, Johnson et al. 2005, Frair et al. 2007, Walker et al. 2007). Thus, MTFWP faces the difficult task of sustaining

BLM_0054917

populations of wildlife at large landscape scales across Montana despite the regulatory and policy challenge of relatively small scale and piecemeal environmental impact assessment.

To aid the mission of MTFWP, a series of reviews of the effects of energy development on key wildlife species was initiated in 2007. This review constitutes part of this process and focuses on reviewing the effects of energy development on ungulates throughout the Rocky Mountain western with particular attention towards habitats in eastern and central Montana including sagebrush, grassland and pine-breaks habitats. The following ungulate species are considered the focus of this review, bighorn sheep (*Ovis canadensis*), American pronghorn (*Antilocapra antilocapra*), elk (*Cervus elaphus*) and mule deer (*Odocoileus hemionus*), although effects of energy development on the large mammal community in which these key ungulate species reside will also be considered.  Moreover, given the extensive literature on the effects of energy development on woodland caribou (*Rangifer tarandus*), particularly in Alberta, I review the impacts of energy development there with a focus on providing key insights to Montana in terms of developing effective mitigation and cumulative effects assessment strategies. Given the vast difference between both the means of energy development and wildlife present in the arctic (e.g., National Research Council 2003), I do not review the effects of energy development on arctic ungulates, but discuss where appropriate. The objectives of this literature review are:

1) Review the effects of energy development (including oil, gas, and wind development) on ungulates, separated by important seasonal and habitat types.
2) Review the weaknesses of the existing literature in addressing and providing guidelines for the management of energy development.
3) Provide a conceptual framework for understanding the effects of energy development on ungulates
4) Recommend a course of action for management oriented research on the effects of energy development on ungulates.

BLM_0054918

5)  Develop a searchable electronic database of the literature including abstracts and research summaries, where possible, that will be useful in evaluating future energy development on ungulates.

## 2.0 LITERATURE REVIEW METHODS AND SCOPE

Recent comparisons of literature reviews in ecology vs. those in the medical field revealed that ecological literature reviews often lack details of the methods used to search for studies, thus increasing potential bias in literature reviews, and made fewer efforts to review unpublished literature (potentially showing no effect because of the bias against negative results). Ecological reviews were also less likely to assess the relevance of the study in terms of quality of experimental design and made fewer efforts to quantitatively synthesize results using methods like meta-analyses (Roberts et al. 2006).

I follow the recommendations of Roberts et al. (2006) herein, by describing the methods used to conduct the literature review on the effects of energy development on bighorn sheep, elk, mule deer and pronghorn (as well as woodland caribou). I also assess rigor of study design following methods described below.



Fig. 1. Study area for the literature review of the effects of energy development on ungulates, BLM (2003a,b). This review focuses on areas in the Powder River Resource Management planning (RMP) area, the Big Dry RMP, the Judith Valley/Phillips RMP, the West-Hi Line RMP, Billings RMP, Headwaters RMP, and Garnet and Dillon RMP's.

BLM_0054919

## 2.1 Literature Review

I conducted a literature search of energy-ungulate impact studies using a variety of electronic, on-line databases, personal communications, and management reports from the period from 1970 to the present. Databases included: ISI web of science, Google scholar, Absearch, BIOABSTRACTS, Biological Abstracts, Environmental Sciences, Dissertation Abstracts, Government resources, Geology abstracts and Forestry abstracts.  I searched databases using combinations of the following keywords: bighorn sheep, elk, mule deer, pronghorn, energy development, petroleum development, oil development, gas development, wildlife, ungulate, and the western states (e.g., Wyoming, Montana, Idaho, Colorado, Utah) as well as Alberta and British Columbia. From this list of potential scientific literature, I screened studies to include at least one large ungulate species preferably within the same types of habitats as present in eastern and central Montana. I focused on studies applicable to the BLM resource management planning areas identified in Fig. 3. See appendix A for a summary of the types of literature reviewed.

To facilitate synthesis and review, from each study, I recorded information in the following categories: study area; methods, results, recommendations and implications. For each category I recorded the following variables:

Study area
- focal species, sex- and age-classes investigated
- study area size, location, and duration of study
- seasonal information (winter or summer range impacts),
- vegetation communities (sage steppe, grassland, mixed, pine breaks, forests – foothills and mountain)

Methods & Experimental Design
- type of development (oil wells, gas wells, coal bed methane, coal bed natural gas, wind power, coal, other)
- density of human developments (units/km$^2$)
- study design type (in increasing order of rigor starting with observational, correlative, comparative, experimental, pre- and post- data, before after control impact design (Underwood1997,Krebs1989)) and degree of replication (if any);
- field methods (e.g., observational, aerial survey, pellet surveys, snow track surveys, telemetry)
- response variables (e.g., group size, vigilance, habitat selection, population demography), and

BLM_0054920

- statistical methods

Results
- general results
- effect size(s) (see meta-analysis section below),
- sample size, and
- measures of variation in the effect size;

Conclusions
- imitations, both identified by the authors, and this review
- management recommendations
- conclusions of each study

I revisit concepts of experimental design in the discussion with recommendations for future adaptive management experiments about energy impacts on wildlife in Montana.

Furthermore, because of the importance of roads, and the avoidance of them by ungulates in the literature (Lyon 1983, Rowland et al. 2004,Frair et al. 2007,Edge and Marcum 1985,McCorquodale et al. 2003,Rost and Bailey 1979), I report the mean distance or distance classes avoided by ungulate species in each study for observational and experimental studies. The effects of roads in general are a huge subject and have been the target of dozens of ecological reviews (Forman and Alexander 1998,Trombulak and Frissell 2000), which similarly classify impacts of roads as direct (mortality) or indirect (avoidance). Moreover, human recreation associated with roads is a huge management topic with many excellent reviews even in Montana (Joslin and Youman 1999), so I do not attempt to review this literature. In this review, I only focus on synthesizing quantitative studies about the distance at which ungulates avoided roads in habitats similar to eastern Montana. Broad recreational and road impacts are discussed, but only in the context of potential impacts of energy development.

BLM_0054921

Literature Review on the Effects of Energy Development on Ungulates | Hebblewhite

# 3.0 RESULTS

## 3.1 Literature Review Summary

### 3.1.1 Species and publication type

I found 120 publications that met the search criteria and that I was able to locate for this review. However, not all of the literature was species specific or relevant to energy development, and are included in the literature database only for background reading. For example, studies of the cumulative effects of energy development on caribou in Alberta are included (Schneider et al. 2003), but not reviewed in detail here because the focus was on studies on the four main ungulate species. Literature reviews themselves were also not included in the literature review, often because we were reviewing the same limited literature, ironically. Finally, modeling or theoretical studies, while useful in the context of interpreting the results of field studies, were not included in the literature review of field studies that documented the effects of energy development on wildlife. Thus, of the 120 or so studies assembled, 70 were direct field studies that investigated aspects of energy





Fig. 2 & 3. Proportion of the studies that directly studied aspects of energy development on wildlife (n=70) by 2) publication type and 3) species, including literature reviews as a category.

BLM_0054922

development or more broadly human development or disturbance, on wildlife in habitats relevant to eastern Montana.

Of the 70 studies, almost 50% were peer reviewed scientific publications in the primary literature (Fig. 2). The second largest category were reports, 30% of all literature reviewed. Conference proceedings, specifically the Thorpe conference series prominent in the 1980's, constituted 11% of all literature, and a combination of book chapters, and graduate theses (MS, PhD) made up the rest of the sample. Considering graduate theses as peer reviewed, but conference proceedings, book chapters and reports as not, 53% of all literature was peer reviewed. While other authors consider graduate theses as unpublished, I disagree with this view, especially in contrast to management reports that undergo variable and undocumented peer review during the design, implementation, and analysis of the impacts of energy development. Peer review within a University department for a graduate thesis greatly exceeds the level of peer review for reports.

Elk were the most common ungulate in the literature reviewed the subject of study in 45 studies. Woodland caribou were the subject of 29 studies. Mule deer and pronghorn had a similar number of studies, 20 and 21, respectively, followed by Moose (4) and Bighorn Sheep (3). On average, each study examined the responses of 1.4 species to energy development (Table 1), with the most common ungulate combinations being mule deer and pronghorn, or mule deer, pronghorn and elk. A surprising number of literature reviews have been conducted on this scanty literature, and these constituted ~12% of all studies considered here.

### 3.1.2 Study design, methods, sample size

From a study design perspective, most studies (n=27, 47%) used a weak observational approach where the impacts of the development were inferred from correlations between human use activity levels and measures of ungulate responses to treatments. I defined comparative studies as those that compared ungulate responses to development by comparing effects before and after development, but without a suitable control, obviously a weaker design than with a control. Comparative designs were used in 19% (n=11) of the studies. I defined experimental designs where effects

BLM_0054923

were compared between an impacted and control group at the same time, so that the control was contemporaneous. However, in this design, effects of development before and after development are not discernable. To tease apart impacts before and after an energy development, only 10 studies (18%) used the most powerful experimental design, a before-after-control impact design (Underwood1997,Krebs1989). Half of both the comparative and experimental studies utilized a before-during-after study design, where the effects of the energy development phase was contrasted with both pre- and post- data. This was the most powerful design for determining the short term impacts of development on ungulates. **No studies were replicated at the level of impact type: all studies used only 1 replicate.** I return to the issue of experimental design in the discussion with recommendations for MTFWP.

A review of the most common methods used to evaluate the impacts of energy show a higher frequency of telemetry studies compared to other methods; 51% of all studies were conducted using radio telemetry, and most of these (95%) were with conventional VHF telemetry, GPS collars the other 5%. Approximately 51% of all studies used radio telemetry, collaring a total of 1537 animals throughout their duration, the most common of which were elk (48%), followed by pronghorn (26%), mule deer (18%), and lastly, caribou (4%). There were no published studies of moose or bighorn sheep responses to energy development using radiotelemetry. The most common alternate methods to assess effects of humans on ungulates were aerial surveys (15%) and pellet or sign/track surveys (20%).



The average sample size (n) used in energy-wildlife studies was 57.5, the median 39.5, and this did not differ much from the sample size of only telemetry studies, where sample size in

Fig. 4. Frequency distribution of study area sizes for studies on the effects of energy development on ungulates (n=44).

BLM_0054924

this case correctly represents the individual animal sample unit (Gillies et al. 2006, Otis and White 1999), not the number of sub-sample telemetry locations. However, considering the number of telemetry locations per individual animal, these were often quite low for VHF collared animals, with an average of only 22 VHF telemetry locations obtained per animal per study; for seasonal (winter, calving, summer) this sample size is even smaller. Across all studies, over 2000 ungulates were radiocollared to evaluate impacts of energy development, with mortality rates that ranged between 0% and 15% (mean 4% reported from n=10 studies, or approximately 80 mortalities).

Psuedoreplication (Hurlbert 1984) was a common problem in all studies. Approximately 30% of all studies committed psuedoreplication where enough data was presented (i.e., clear experimental design, sample sizes, etc.) were sullied somehow with pseudoreplication issues. Common pseudo replication occurred when authors confused the number of telemetry locations with the true sample unit, the individual animal. Other common instances of pseudoreplication were with pellet surveys or track count surveys.

Oddly, studies often failed to report the study area size, a key parameter in ecological studies– for example, study area size influences ungulate densities, spatial scale, and the density of disturbance. In the discussion I review this critical problem of scale. Where study area size was reported (n=56), study area size ranged from $26km^2$ to 190,000 $km^2$. Studies of boreal woodland caribou populations were the largest, averaging 28,000 $km^2$ (range 225 – 190,000$km^2$), and were statistically larger than all other ungulate species study areas (ANOVA P-value <0.01). Not including caribou, the largest study area size in the lower 48 was 15,000$km^2$ in Wyoming (Sawyer et al. 2005b), and there were no differences amongst species (ANOVA, P>0.3). However, mean study area size was strongly left-skewed; while the mean study area size appears large, 3382$km^2$, the median was significantly smaller, only 798$km^2$, shown in Fig 4.  This area is equivalent to a 15$km^2$ radius circle.

Table 1. Summary statistics for literature on the effects of energy development and human disturbance on ungulates, n= 126 studies.

| Metric | Mean | Median | Range | StDev |
|---|---|---|---|---|
| Sample size | 57.5 | 39.5 | 4-223 | 53.6 |

BLM_0054925

| Literature Review on the Effects of Energy Development on Ungulates | | | | Hebblewhite |
| --- | --- | --- | --- | --- |

| | | | | |
| --- | --- | --- | --- | --- |
| No. of collared animals in telemetry studies | 58.7 | 34.2 | 4-223 | 60 |
| Number of telemetry locations/animal | 22 | 17 | 1-55 | ?? |
| Population size | 3950 | 1000 | 35-48000 | 22058 |
| Study area size | 3882 km$^2$ | 798 | 26-20000 | 5924 |
| Study duration | 2.7 years | 2.1 | 0.15 - 11 | 2.28 |

The population size of inference for ungulates affected by energy development in the studies reviewed averaged 3950 animals, again, with a left-skewed distribution resulting in a much lower median of 1000 animals. The range of population sizes of ungulates impacted ranged from 35 to 48000, for mule deer in the Upper Green River valley of Wyoming (Sawyer et al. 2005b,Sawyer et al. 2002). From a sampling perspective, then, the average telemetry-based study sampled a mean of 1.5% of the population present, or a median of 4% of the study population of inference.

Study duration was also summarized across studies. Almost all studies were of extremely short, most often for the duration of active drilling activities, exploration, or mining development. Mean study duration was 2.6 years, and median duration 2.2 years. The range was basically 2 months to 11 years. The longest running study, consisting of annual aerial surveys by (Hayden-Wing 1990), ran from 1979 to 1990 in the Riley Ridge area of Western Wyoming: the study is no longer running. The earliest study reviewed occurred in 1969, when (Bruns 1977) conducted an observational study on pronghorn in SE



Fig. 5. Frequency distribution of study area duration for studies on the effects of energy development on ungulates where duration was reported (n=56).

BLM_0054926

Alberta. Altmann's (1958) classic study was not strictly on the effects of energy development on ungulates. The majority of studies were conducted in two peaks, the second of which we are in now, and the first, during the 1980's (Fig. 5). These two peaks in studies correspond closely with the peaks in energy exploration and development in the last three decades (American Gas Association 2005, Oil and Gas Conservation Division 2006).



Fig. 6. Frequency distribution of study date for studies (n=60) on the effects of energy development on ungulates plotted against peak oil production in Montana (in millions of barrels of oil/year; source Oil and Gas Conservation Division (2006).

### 3.1.3 Types of Energy Development

Of the types of energy development studied, by far the most frequently studied activity was the effects of active seismic exploration or well drilling on an ungulate species (n=25, 31%). The next most frequent studies examined the effects of roads associated with oil and gas or forestry development on wildlife, followed by oil or natural gas well impacts on ungulates.  There was an even mix of studies that investigated the effects of human activity in general, mining, logging, and military overflights on ungulates. There were 4 studies specifically designed to be pre-development studies, or in areas specifically at the beginning of energy development (e.g., Sawyer et al. 2002,

BLM_0054927

Amstrup 1978, Ihsle 1981), but either development has not occurred, or no follow up studies have been conducted yet (to the best of my knowledge).

Moreover, careful reading revealed that of just the studies designed to investigate effects of energy development activities (n=56, nearly 70%) were reactionary and designed largely as consultancies to monitor and mitigate the environmental concerns of the development as a condition of the drilling or exploration permit (e.g., van Dyke and Klein 1996, Irwin 1984, Johnson 1980, Johnson 1987,Morgantini 1885, Horesji 1979). The remainders of the studies were designed to investigate the impacts of development on ungulates after the fact on an ad-hoc manner. **There was not a single case of energy development and management-oriented research proceeding in an adaptive framework in a manner to directly feedback into management of energy development (see discussion).**



Fig. 6. Types of human disturbance and energy development studies that investigated impacts on ungulates (n=49).

Finally, from a vegetation community perspective, most studies were conducted in shrub-steppe vegetation communities and ecosystems (n=21, Fig. 7), followed by mountains (15), grasslands (11), and then pine breaks (e.g., Douglas Fir), boreal forest (caribou), foothills forests (e.g., Alberta), and other habitats such as present in Michigan.



Fig. 7. Vegetation communities in which studies on the impacts of energy development on ungulates were conducted (n=69).

BLM_0054928

## 3.2 Elk *(Cervus elaphus)*

I now summarize, by species, the results of individual studies reviewed, commenting on their location, species, study designs, methods, and general conclusions and especially, limitations. Results by species are then summarized in a table at the end of each of the main species reviewed in this review.



### 3.2.1 Sagebrush Steppe and Grasslands

In perhaps the longest conducted surveys of ungulate response to natural gas field development  (Hayden-Wing 1990) summarized results of 11 years of aerial survey monitoring of elk populations on two elk ranges in southwestern Wyoming (Snider Basin and Graphite Hollow) that were developed for oil/gas wells. Vegetation types included sage-steppe, grassland, pine breaks and mixed communities. They surveyed elk annually on winter range and spring calving ranges pre construction, during, and afterwards, with no control sites for comparison. Elk avoided areas during the construction phase on both the winter and calving ranges, but reoccupied these areas after intense construction ended, although variation in the degree of avoidance was high over time. Also in the Snider basin area of Wyoming, in 1978-80, (Johnson 1980) conducted an observational study of the effects of natural gas well development on elk using photo cameras, pellet surveys, and aerial and ground surveys. Elk were affected by activity on the access road, avoiding the area; cows moved calves at earlier age; elk were displaced away from drilling rig in 1979. However, a lack of pre-drilling data hampered interpretation, and the study was reactively designed in response to development.

Similarly, elk avoided roads, active gas and oil wellsites the most during summer months in the sage-steppe ecosystem of the Jack Marrow Hills, WY (Powell 2003), strongly selecting habitats greater than 2000m from these features. Avoidance of roads

BLM_0054929

and wellsites declined in the fall, winter and spring when elk only avoided areas <500m surrounding human development. During calving (15 May – 30 June), elk avoided areas <1000m from roads and wellsites. This study was observational, and only examined responses of elk following development, but makes the important observation that elk continued to show avoidance of wellsites long after the construction phase had been completed.

In Colorado, (Johnson 1986) conducted an experimental (n=1 replicates) study of the effects of coal mine development on elk over a 5-year period from 1981-1984. Vegetation types were a mix of sage steppe, grassland, shrub, aspen and conifer. Johnson (1986) compared calving home ranges, site fidelity, habitat use/selection, noise tolerance and cow/calf ratios between a treatment mining area and control areas within 20 miles of the mining development, and reported no statistical differences between any variables, and concluded that coal mine development did not influence elk. However, there was some evidence that elk near the coal mine displayed lower fidelity (5796m between successive home range centroids between years) than control elk (3723m). These results are consistent with displacement by the coal mine. Potential limitations of the study are confounding between the putative control and treatment locations which were close together and between which radiocollared elk mixed throughout the study (Johnson 1986). Regardless of these problems, elk selected reclaimed coal mine sites in proportion to their availability in the landscape, neither selecting nor avoiding reclaimed areas, emphasizing the importance of reclamation activities.

Ward (1986) conducted another observational, non-experimental, study on the effects of seismic exploration on elk in the known recoverable coal resource area of south central Wyoming over 4 years from 1981-84.  Vegetation types were sagebrush steppe and grasslands.  Ward (1986) used ground telemetry from an unreported number of elk with an unreported number of telemetry locations combined with an unreported number of ground and aerial surveys to examine the distance of elk to development. Ward (1986) also measured sound levels (dbA) at various distances from seismograph equipment. Elk were affected most by foot traffic; distance of elk displacement depended on line-of-sight of the elk to the disturbance. In places with no

BLM_0054930

topological barriers, elk displaced about 3.2 km, but where terrain yielded topological barriers, elk displaced 800 m. Following the cessation of seismic exploration, elk returned to areas of disturbance a few days after activity was concluded.  Ward (1986) concluded that elk in this study did not seem to be affected detrimentally.  However, where winter range habitat is limited, these disturbances have the potential to have major effects on elk. Limitations of this study are obvious; the number of collared elk, details of aerial or ground surveys, and statistical tests were all absent.

Hiatt (1981) conducted an observational study of the effects of drilling a single well on Crooks Mountain in Wyoming during late winter 1981 in response to concerns over drilling effects on ungulates in winter range. Hiatt (1981) used track counts, ground and aerial surveys and time-lapse camera's to quantify the response of elk and mule deer to development. The study was putatively a before-after comparative study, but was critically limited by only 9-days pre-development monitoring – the report gives the impression that this was an extremely reactionary study conducted at the 11th hour to ensure something was done to address environmental concerns. Hiatt (1982) concluded that both elk and mule deer shifted their ranges away from the well site, and that there was no evidence of avoidance of the access road by either species.  Limitations of this study are obviously the scanty pre-treatment data, lack of control, and lack of replication. Remote cameras were of limited utility, collecting few observations and being limited by the small number of cameras deployed.  Moreover, statistical analyses were psuedoreplicated at the level of the individual track-count, which were collected along transects – the true sample unit. Therefore, it is unclear whether the conclusions from this study are warranted, although it is consistent with previous literature that shows a decline in ungulate use during drilling operations.

Van Dyke and Klein (1996) also studied the effect of active drilling operations on elk in the grassland and shrub-steppe communities near Line Creek Plateau in Montana by comparing seasonal an annual home range characteristics and use of cover for 10 VHF collared elk from which they obtained 474 telemetry locations over the period from 1988 to 1991. They assumed this represented the population of 120 elk that used the entire study area. Van Dyke and Klein (1996) compared home range size, home range centroid, and coarse grain habitat use by elk before, during, and after development,

BLM_0054931

each phase lasting 1 year. Elk in both the study site and the control site had significantly different distributions within the ranges, suggesting a normal seasonal change rather that effects of drilling. In terms of resource selection, elk at the study site were rarely found outside of forested areas during the day while activity was taking place at the well sites. Elk responded to disturbances by shifting their use of the range, centers of activity, and use of habitat. Elk maintained a physical barrier between themselves and the well site during active drilling, and the authors concluded that elk do not abandon their home ranges during well site development, and quickly return to pre-development conditions following development.

Unfortunately, limitations of this study are many; 1) small sample sizes per elk to accurately estimate seasonal and annual home ranges – with only 474 locations/10 elk/ 2 seasons (winter/summer) over the ~4 years of the study yields approximately 6 locations, naively, per elk per season-year – woefully low for reliable home range and centroid estimation (Powell 2000); 2) scale – this study evaluated the effect of a single oil well in an approximately 500km$^2$ area (note study area size was not presented, but is estimated from figures in the paper), a density of 0.003 wells/km$^2$, a trivially low density for such a huge area!; 3) the choice of large-scale home range analysis methods to evaluate the results of a single small-scale concentrated development also limits the strength of inference. The utility of this study to current oilfield development, where multiple, often dozens of simultaneous wells are being drilled in an existing matrix of developed oil fields is questionable, and future studies should pay particular attention to this issue of scale.

In a recent and well designed observational telemetry study of elk resource selection in a grassland/shrub-steppe ecosystem in southwestern Wyoming, Sawyer et al. (2007) examined the response of elk in open habitats to distances to roads. This study system is important because while the area has low densities of oil and gas development at present, this region is considered to have moderate to high oil and gas development potential (see Sawyer et al. 2007). Thus, this study represents a well designed pre-treatment study if development proceeds in the future, and is a valuable insight into elk resource selection in shrub-steppe ecosystems under relatively low development. Sawyer et al. (2007) developed resource selection function (RSF, Boyce

BLM_0054932

and McDonald 1999, Manly et al. 2002,Boyce 2006) using telemetry locations from 33 GPS collared female elk during both winter and summer. Models were validated against 55 VHF collared elk telemetry locations. Elk selected for summer habitats with higher elevations in areas of high vegetative diversity, close to shrub cover, northerly aspects, moderate slopes, and away from roads. These results were generally consistent with the results of McCorquodale et al. (1986) in the shrub steppe of eastern Washington. Winter habitat selection patterns were similar, except elk shifted to areas closer to roads than in summer, indicating a strong response of road avoidance during summer. Results suggest that large (1,000) hunted elk populations can meet their year round forage and cover requirements in nonforested regions with low traffic, a range of elevations and shrub communities. They conclude that management of roads and related human disturbance is an important consideration for managing elk populations, especially in open habitats.

### 3.2.2 Mixed communities

In the mixedwood forests of Upper Peninsula of Michigan, (Knight 1981) studied the effects of initial seismic exploration and oil well development on reintroduced elk before and during development using radiotelemetry. This was the initial phase of oil well development and the study had very little previous energy development. Elk of all ages and sexes moved significantly greater distances in the presence of seismic exploration than when no disturbance was present; i.e. there was a significant negative correlation between distance to disturbance and mean daily movements of elk. Terrain and vegetation type was not a significant factor in elk movements. There was no significant difference in elk home ranges with/without seismic disturbance. Once wellsites were installed, there was no correlation found between distance to disturbance and mean daily movements. Elk appeared to become habituated to the stationary well sites, but not to the unpredictable seismic exploration activities. Knight (1981) concluded that seismic activity significantly affects the movements but not the distribution of elk; oil well activity does not significantly affect the movements nor the distribution of elk.

BLM_0054933

The effect of hydrocarbon development on elk and other wildlife in Northern Lower Michigan was further studied by Bennington et al. (1981) for 1 year from 1979 to 1980 using aerial surveys and ground track surveys. Wellsite densities were among the higher reported in the literature, approximately 0.22/km$^2$ (exception being Frair et al. 2005), and most wells were active and in production.  Despite a regional increasing population "trend" over previous 5 years, the subregional trend was a short-term decrease in elk activity following oil drilling, as revealed by significantly lower number of tracks at drilling vs. nondrilling sites. At each wellsite, Bennington et al. (1981) found temporary (2-4 wk.) relocation after development. Overall, Bennington et al. (1981) concluded there was no significant difference between pre-drilling and post-drilling activity at the given well density has only short-term relocation effects. Limitations of the study are potential pseudoreplication in the number of sub-transects analyzed at each site (the correct sample unit), and that the intensity and coverage of the ground and aerial methods varied from previous Michigan government surveys. Moreover, the study was an observational-correlational study, with no replication, control, or comparative design.

### 3.2.3 Mountains and Foothills

In the Bridger Teton National Forest in 1983, Irwin (1984) examined the preliminary effects of seismic exploration on 18 collared elk. Seven of 18 elk were displaced from their spring range after seismic activity was conducted.  The elk did not return during the activity, but instead migrated to the summer range.  Four other elk stayed on the spring range, but maintained a 1-2 ridge barrier between them and the disturbance.  Limitations of this study were lack of comprehensive pre-data, and unclear statistical analyses.

In a follow up study in the Bridger-Teton National Forest during summers of 1983-1985, Gillin (1989) studied the effects of multiple seismic exploration events on 21 radiocollared adult female elk in control and treatment groups. Over the spring and summer period, Gillin (1989) collected an average of 134 locations/events from 9 collared elk in the control group, and 184 locations from 10 elk in the treatment group. Elk avoided active exploration on average by 1.2km in spring and summer. They also

BLM_0054934

changed their habitat selection to select closed conifers 18% more and higher slopes 70% more (away from low elevation seismic) during seismic exploration than the control period. The author concluded that elk avoid seismic exploration, but do not shift their home range during exploration, but merely redistribute use within their home range.

The impacts of seismic exploration on elk were also investigated in the Badger Creek – South Fork of Two Medicine River of north central Montana during spring, summer and fall of 1981 by Olson (1981). Olson used a limited experimental design with small numbers of animals, comparing the effects of seismic exploration on 4 collared female elk against 2 collared elk in a 'control' area. Response variables were movement distances between aerial telemetry locations. Olson (1981) found that distances moved between successive aerial locations were 50% greater for elk affected by seismic exploration, and drew firm recommendations for restrictions to be placed on development based on these findings. However, no statistical tests were conducted, and more troubling, the metric used, distance between locations, was not corrected for the amount of time between locations to a movement rate. Thus, distance between locations is really a function of both disturbance level and days between locations, and there may have been an important bias for greater frequency of relocations for the 'treated' group (mean of 2.8 locations/month) vs the 'control' group 0.5 (locations/month). Because movement rates scale inversely with relocation interval (meaning that the longer the movement interval between locations, the 'lower' the movement rate), the observed difference between the treatment and control group is almost certainly a function of sampling design, not treatment effects. Regardless, with ridiculously low sample sizes (n=6 total elk), little reliable inference can be drawn from this study.

In a simulated mining study on elk calves, Kuck et al. (1985) studied the responses of elk calves through radiotelemetry to three treatments of mining, human disturbance, and a control group. Kuck et al. (1985) captured and collared 25 elk in the Dry Ridge area of Idaho, and compared movement rates, resource selection, and calf survival between the groups during summer for 2 years. Disturbed elk moved greater distances, showed strong selection for closed conifer, had reduced fidelity, but there was no difference in survival rates between treatments for calves. The authors conclude

BLM_0054935

that mining exploration will likely cause abandonment of spring calving ranges, but fell short of being able to connect these changes in behavior to demography, most likely because of small sample sizes of collared elk calves (n=25).

In a unique study, Morgantini and Hudson (1985) documented the effects of pipeline construction on movements of elk, moose, and deer in west-central Alberta. Using snow track surveys, Morgantini (1985) documented crossing attempts of 76 ungulate groups of the pipeline during construction. The pipeline was a barrier for 53.9% of ungulate groups that tried to cross them.  Elk appeared to be the most successful, while moose were the least successful.  Dirt berms did not appear to be a physical barrier to ungulates. The few encounters of ungulates and the pipeline during this study could be due to their avoidance of the development corridor at a larger spatial scale.  The pipelines did not alarm the animals that did come in contact with the pipelines, but did act as a physical crossing barrier.  The limitations of this study were the short duration, governed by the duration of construction, and the lack of information about the larger spatial scale and any broad-scale avoidance of the entire area (as found by many other studies) by ungulates. Regardless, Morgantini (1985) makes several practical recommendations to maintain periodic openings in pipelines under construction and even underpasses, or overpasses along pipeline to mitigate crossing barriers.

In the closed conifer forested foothills west of Rocky Mountain House Alberta, Lees (1989) studied the movements of 7 radiocollared elk along a pipeline right of way to investigate the effects of recreational disturbance (hiking, ATV's, etc) along the pipeline during winter. Lees (1989) used radiotelemetry, track counts during winter and remote camera's in an observational study design. The results of this study were largely inconclusive, due to the small sample size of collared elk (n=7) and remote cameras (n=5). However, the snow track surveys, which included a much larger sample size of track crossing locations (n=598) showed stronger avoidance by elk of areas within 350m of the pipeline right of way when human activity was high in the fall. Thus, human activity mediated the negative indirect effects of the pipeline on elk. This is the same study area of (Frair et al. 2007, Frair 2005), summarized below.

BLM_0054936

Finally, Berger (2004) did a literature review on the loss of migration amongst North American ungulates. In the Greater Yellowstone ecosystem, Berger documented 75% declines in ungulate migration for mule deer, elk, and pronghorn due to long-term human caused habitat fragmentation and overhunting. Threats to remaining long-distance migration include energy development, tourism development, sub/urban sprawl, highway mortality and habitat fragmentation.

### 3.2.3 A Brief Review of Related Studies on the Effects of Human Activities Not Including Energy Development on Elk

#### 3.2.4 Elk-forestry relationships



In a now-classic series of studies in seven replicated sites in Montana, (Lyon, 1979, Lyon 1979, Lyon et al. , 1985, Edge et al. 1985, Edge and Marcum 1985) conducted long-term research into the responses of elk to logging, human recreational disturbance, and climate (Fig. 8). The management implications of these studies were summarized for MTFWP in Lyon et al. (1985), and have provided much of the basis for elk management in Montana ever since. While these studies did not specifically investigate the effects of energy development on elk, they laid the foundation of much of modern elk management in forested mountain systems in the Northwest. As such, their methodologies, approaches, and conclusions offer great insights to MTFWP for understanding the effects of energy development on ungulates in eastern Montana. Although conducted in differing habitats, as I synthesize in the discussion, the general results of avoidance of human activity demonstrated by these studies in forested mountain habitats might be expected to be greater in open habitats. Moreover, I suggest in the discussion that a similarly large scale and coordinated effort will be required to understand the effects of energy development on wildlife as these studies did for elk-forestry relationships 25 years ago.

BLM_0054937



Fig. 8. Locations of the seven replicate study sites in the Montana Cooperative Elk-Logging study 1970-1985, reproduced from Lyon et al. (1985).

Over an eight year period from 1970 to 1977,  Lyon (1979a,b) used extensive repeat pellet count surveys to measure the response of elk to roads, cover, and weather in one of the study sites. A total of 2.5 km/km$^2$ of pellet transects were sampled across the 215km$^2$ study every year. Elk moved away from areas during active logging operations (Lyon 1979), and avoided areas adjacent to open forest roads especially when forest cover was low such as in open habitats (Lyon 1983). Lyon (1979) recommended reducing human activity on roads to enhance security for elk, and providing elk with a line of sight barrier between disturbances and refugia.

In another Montana study area, Edge (1982) and Edge and Marcum (1985) studied the annual response of elk to logging activities using 39 radiocollared elk by investigating aspects of home range habitat selection, distance to roads and human activity and cover. In the component of the study examining elk habitat selection as a function of human activity, vegetation type and cover, Edge (1982) found elk avoided forest roads with high human activity during all seasons, especially in the absence of cover from the disturbance provided by closed conifer forests and topography. Elk avoided areas within 750m of roads and 1000-1500m of active logging operations. Even

BLM_0054938

highly preferred foraging habitats were avoided within 500m of active logging operations and human activity of all types. Generalizing, Edge (1982) concluded that elk avoided a minimum of a 500m buffer from logging activity. In a unique comparison, Edge found elk were closer to active logging operations on weekends, when logging activities temporarily ceased, than during weekdays, showing a high degree of behavioral flexibility. During the hunting season, when human harvest pressure was greatest on forest access roads, elk avoidance of human activity increased to 2000m of roads. The recommended that road design avoid openings and take advantage of topography to benefit elk habitat effectiveness.

In their home range study, Edge et al. (1985) found that given increased logging disturbance, elk did not expand their home range size. In terms of home range fidelity, elk in disturbed locations were 40% more likely to shift home ranges than the control group (home range fidelity coefficient for disturbed elk = 0.58, for control elk 0.76). Although differences were not statistically significant, this was likely due to the very small sample size used in this analysis; only 10 elk that were tracked between successive years experienced disturbance (In this case, however, the exact sample size used to calculate statistical tests was unclear, to avoid pseudoreplication, sample size should be n=10 elk, but for the general coefficient of fidelity, Edge et al. (1985) used n=62 fidelity coefficients not n=39 different elk). This confusion makes it difficult to conduct meta-analysis on these data.

Other studies followed Lyon (1979) to estimate pellet densities as a function of distances to roads across the western US. In Colorado, for example, Rost and Bailey (1979) studied elk and mule deer. Rost (1979) found increasing pellet densities of elk and mule deer with increasing distance from roads in their shrub steppe ecosystem. Rost (1979) found in Colorado that elk and mule deer avoided areas up to 200m from roads.  Lyon (1983) synthesized these results with the results of other studies to develop a general model of habitat effectiveness for elk that modeled % habitat effectiveness as a function of road density. Declines in habitat effectiveness were non-linear – that is, much of the loss of habitat effectiveness occurred in the first 1.6km/km$^2$ of increasing road densities. This habitat effectiveness model, combined with similar

BLM_0054939

models for cover, formed the foundation of elk management in the western US for decades.

Recent work has started to question the generality and assumptions of the Lyon (1983) road density models, which while beneficial for elk management, have only been tested infrequently. Rowland (2000) tested the generality of the Lyon (1983) road density model by comparing observed habitat effectiveness against expected, under the model in Starkey Experimental Forest and Range in northeastern Oregon. Rowland et al. (2000) used >100,000 telemetry locations from 89 collared female elk to develop habitat selection models as a function of 0.1-km wide distance bands from roads open to human access. The predicted number of telemetry locations, however showed only weak correspondence to the Lyon (1983) habitat effectiveness models. Simulation results demonstrated that the failure of the simple habitat effectiveness models was because of the spatial patterns of roads, a covariate not considered in the original Lyon (1983) models. To be fair, recognition of the critical importance about spatially explicitly habitat models and the role of spatial dynamics in management has only emerged in the recent decade [spatial model; spatial population dynamics; habitat fragmentation], yet these results cast doubt on the generality and value of these earlier, non-spatial models. Regardless of these caveats, Rowland et al. (2000) reaffirms that the management of roads and human activity did influence elk in their study and should remain as a critical consideration in ungulate management, but that spatially explicit models are required to really



Fig. 9. Portion of the study area for Frair (2005) and Frair et al. (2007) in the central east slopes of Alberta's forested foothills. Home ranges of selected elk shown in black, against seismic cutlines (grey lines) and well sites (dots). From Frair et al. (2005).

BLM_0054940

capture the response of elk to roads at large scales.

Recent studies build on this paradigm shift in ungulate management that spatially explicit models are required to effectively mitigate the negative effects of human activity at large scales. In a follow up study also at Starkey experimental forest, Preisler et al. (2006) developed new spatially explicit methods, probabilistic flight response analysis, to analyze the effects of off-road vehicle recreation on elk movements.  Consistent with previous studies, Preisler et al. (2006) found that elk responded at relatively far distances >1000m to ATV recreation, and that elk movement speeds increased when closer to trails.  This study confirms the indirect effects of behavioral displacement by human activity on elk.

In the heavily developed foothills of Alberta, Frair (2005) and Frair et al. (2007) examined the responses of resident (and translocated elk, not discussed here) elk survival and movements to human activities, including seismic exploration cutlines, wellsites, and forestry. Their study area was $17,000km^2$ of lower and upper foothills consisting of primarily closed conifer forests that contained over 28,000km of seismic exploration lines and 7,000 wellsites, for average densities of 1.7 $km/km^2$ of seismic lines and 0.4 wellsites/$km^2$,(Fig. 4) on the higher end of many of the studies reviewed in this literature review. From a movement perspective, Frair et al. (2005) found that elk were more likely to move away from linear seismic lines, and forage and bed at greater distances, respectively, from seismic lines.

To determine mechanisms driving elk movement patterns, Frair et al. (2007) studied survival of >200 radiocollared elk, detecting 104 mortalities (many of translocated elk) from 2001-2005. Elk survival decreased as a function of distance to seismic line (Frair et al. 2007), as a function of increased human caused hunting mortality and wolf predation, both of which selected to be close to roads (e.g. Hebblewhite et al. 2005b, Frair et al. 2007, Hebblewhite and Merrill 2008). But, importantly, humans and wolves use roads and seismic lines differently, roads being more heavily used by human hunters, and seismic lines being more heavily used by wolves. This trade-off likely occurred because of the indirect effect of wolf avoidance of human activity; wolves themselves being hunted by humans (see Hebblewhite and Merrill 2008, Hebblewhite et al. 2005a). From an elk perspective, however, for each

BLM_0054941

100m increase in distance from seismic lines, elk were 0.68 and 0.78 times less likely (reported as odds ratios, odds <1 are reduced) to die from wolves and humans, respectively. Thus survival increased with distance away from seismic lines. When considering roads, however, mortality risks contrasted for wolf and human hunting. For every 500m increment farther from roads, elk were 0.84 less and 1.34 times more likely to die from human hunting and wolf predation, respectively. Failing to separate out mortality sources masked the different responses to different types of mortality and how different predators (human, wolf) used the landscape differently.



### 3.2.5 Effects of Hunting and Recreation on Elk

The mechanism behind road avoidance by elk in the above studies was hypothesized to be due to increased hunting mortality associated with open roads. This mechanism has been corroborated by numerous studies across western North America since (Unsworth et al. 1999, Frair et al. 2007, Cole et al. 1997, McCorquodale 2000). As an example, Morgantini and Hudson (1980) studied the effects of human disturbance on elk in a montane grassland in the eastern slopes of Alberta from 1977-1979 using a combination of observations, pellet surveys, diet studies, and telemetry on radiocollared elk. Their study area contained energy development, but this study specifically focused on the effects of hunting pressure on elk. They found, similar to the studies in Montana, that elk avoided human activity more during the hunting season, shifting to denser cover farther from roads, and adapted their activity patterns to forage only during dusk and dawn.

Reasonably strong experimental evidence supports an increased mortality risk to elk from human hunters on roads. Cole et al. (1997), tested the effects of an unreplicated (n=1) experimental road closures on survival of Roosevelt elk (*Cervus*

BLM_0054942

*elaphus nelsonii*) in Oregon from 1991-1995. Cole et al. (1997) determined home range size, movement rates, and survival differences between the pre- and post- road closure periods for 41 radiocollared adult female elk in a before after design without an contemporaneous control. By removing access to 128km of BLM roads (35% of roads in study area), Cole et al. (1997) documented a 12% reduction in home range size, a 18% reduction in daily movements, and a 7% reduction in mortality for elk, although the difference in survival  was not statistically significant with only 6 mortalities observed during the study. Limitations of the experimental design are 1) the lack of adequate controls for the treatment period – improvements to adult survival and reductions in home range size or other variables could have been because of more favorable climatic conditions (spring precipitation, etc.) or other unmeasured variables; 2) small sample sizes for making strong population inferences. In survival estimation, the number of mortalities strongly determines the level of confidence in survival estimates, and in long-lived ungulates with high annual survival rates, determining population level impacts requires substantial sample sizes. Despite the fact that this study is often cited as compelling evidence for the beneficial effects of road closures, these two weaknesses reduce the scientific merit of this study. Similar studies in Montana and elsewhere also examined the effects of hunter road restrictions on elk, including Basile (1979), but few made the difficult but important connection to demography that Cole et al. (1997) attempted.

　　Human recreation besides human hunting from roads can also affect elk populations, a subject that has been the focus of numerous studies and literature reviews in itself (Bjornlie and Garrott 2001, Cassirer et al. 1992, Joslin and Youman 1999,Oliff et al. 1999). Elk and other wildlife may view human recreation as a form of predation risk even without direct mortality because of indirect behavioral mechanisms (Frid and Dill 2002,Geist 2002). For example, Millspaugh et al. (2001) showed clear physiological stress responses of elk to proximity to roads and when in areas with higher road densities. Here, I only review a few recent key studies that exemplify proper experimental design and provide a beacon of scientific rigor to biologists considering improving studies of the effects of energy development on wildlife.

BLM_0054943

In a series of exceptionally well planned studies in the Beaver Creek and Vail areas of Colorado, Phillips and Alldredge (2000) and Shivley et al. (2005) conducted a well designed experimental (albeit only n=1 replicate) test of the effects of spring/summer hiking recreational disturbance on elk on calving and summer ranges. Phillips and Alldrege (2000) and Shivley et al. (2005) maintained a total sample of 75-85 radiocollared adult female elk across both the control and treatment areas and applied hiking disturbance to the control group in a before-after-control-impact (BACI) design as follows. In 1995, no treatment was applied to the treatment area (before), and the disturbance was applied in 1996 and 1997 (see discussion), then not applied in 1998 and 1999. In the control area, no treatments were applied. They then compared the effects of hiking disturbance on calf:cow ratio's, a key indicator of population performance in ungulates and elk in particular (Raithel et al. 2007, Gaillard et al. 2000).

Calf:cow ratio's were similar before hiking disturbance was applied in 1996. Calf:cow ratio's steadily declined for the two years of treatments for an average reduction in calf:cow ratio of 0.173, or 17 calves:100 cows, (95% CI: -0.32 to -0.03). Population modeling revealed that this reduction in calf survival could reduce population growth rates from 7%/year to 0%/year, confirming the substantial negative impacts of human disturbance during spring and summer to population dynamics of elk. On the basis of this exceptionally well designed study, the authors of both studies make strong recommendations to protect spring calving habitat, concluding "to ignore potential effects of human-induced disturbance to elk during calving seasons is to risk declining reproductive success in elk populations" (Phillips and Alldredge 2000).

Extending these results to the effects of human development in general, an observational study of the effects of increased ski resort development in the Vail area of Colorado (Morrison et al. 1995) showed that during ski area development, when human disturbance was the highest, elk avoided human activity and the development site more than afterwards. Elk use after development was still lowest when human activity was highest, indicating that while elk habituated to development to some degree, there may be long term negative impacts. These two examples illustrate the benefits of conducting well designed experimental studies to guide the interpretation of less intensive observational studies.

BLM_0054944

**Table 2. Review of scientific literature on the effects of energy development on Elk, summarizing study authors, location, vegetation type, species (Aa-** *Antilocapra* **sp., AlAl –** *Alces alces* **, Ce-** *Cervus elaphus,* **Oh-** *O. hemionus* **, Oc-** *Ovis canadensis* **), whether the study was peer reviewed or not, study area size, duration, development type, study design and sample size, general results and management recommendations.**

| Authors, location, Veg. type | Spp. | Peer Review | Study Area Size, Duration | Development Type | Study design & size | General Results | Management Recommendations |
|---|---|---|---|---|---|---|---|
| Bennington et al. 1981 MI, Mixedwood | Ce | No | 512 km$^2$ and 1.4 years | Oil drilling/well pumping | Observational, aerial surveys, track surveys, n=N/A | Short-term decrease in activity following oil drilling, temporary (2-4 wk.) relocation after development, no significant diff. between pre-drilling and post-drilling activity. | Avoid high impact habitat sites such as calving grounds; habitat mitigation required. |
| Cole et al. 1997 OR, Mountain | Ce | Yes | 972 km$^2$ and 3 years | Roads and human hunting | Experiment, radio-telemetry, n=41* | Core area and home range size, as well as movement rates decreased and elk survival increased with experimental road closures. | Increase road removal and road management areas, decrease illegal hunting on open roads, restrict human access to roads. |
| Edge et al. 1982 MT, Mountain | Ce | Yes | Unk, 5 years | Logging | Observational, radio-telemetry, n=36* | Avoided open habitats and logging especially in areas of high human activity. | Construct roads with cover and topography in mind, manage human recreational access, greatest impact in summer. |
| Edge et al. 1985 MT, Mountain | Ce | Yes | Unk, 5 years | Logging, human recreation | Observational, radio-telemetry, n=39* | Elk did not change home range size or fidelity with logging. | Logging activities limited to unoccupied seasonal habitats & logging restrictions the minimize time and overlap with elk winter ranges. |
| Frair et al. 2007 AB, Foothills | Ce | Yes | 17000 km$^2$ and 5 years | Siesmic, roads, wells, forestry | Comparative, GPS telemetry, n=40 resident elk | Mortality increased closer to roads by humans, closer to seismic cutlines by wolves. Landscape-scale changes from cumulative impacts in wolf and human predation risk survival. | Manage for lower human use on roads all year to improve elk survival. Impacts were cumulative with other land use changes from forestry. |

BLM_0054945

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Literature Review on the Effects of Energy Development on Ungulates** | | | | | Hebblewhite | | |

**Table 2. Cont.**

| Authors, location, Veg. type | Spp. | Peer Review | Study Area Size, Duration | Develop-ment Type | Sample design & size | General Results | Management Recommendations |
|---|---|---|---|---|---|---|---|
| Frair 2005 | *Ce* | Yes | 17000 km² and 5 years | Seismic, roads, wells, forestry | Comparative, GPS radio-telemetry, n=40 resident elk | Effects of roads were compounded by attraction to clearcuts associated with roads, elk avoided clearcuts within 200m of a road. Road network design became increasingly important as road density increased and accounted for as much as 30-55% of the change in mortality risk | Availability of core areas declined to 50% above road densities of 0.5-1km/km², and elk could not tolerate road densities >1.4km/km². Road network design that minimized roads and restricted human access could minimize risks to elk. |
| Gillin 1998 WY, Mountain | *Ce* | Yes | Unk, 2.2 years | Seismic exploration, roads | Experiment, radio-telemetry, n=21 | Elk were temporarily displaced during and after seismic activity for up to two weeks, but returned later. | Seismic spaced min 2, max 7-10 days apart; designated helicopter flight corridors w/ altitudes > 150m; avoid calving areas, foraging areas and open meadows; spring impacts greatest. |
| Hiatt et al. 1982 WY, Mountain | *Ce, Oh* | No | 101 km² and 0.25 years | Oil well | Comparative, radio-telemetry, Unk | Elk and mule deer shifted home ranges away from the well site, did not avoid access road. | Late winter spring were the greatest impact seasons |
| Hayden-Wing Associates 1991 Review | *Aa, Oh, Ce* | No | | Gas, oil, seismic exploration | Review, n=N/A | N/A, Literature review | Recommend restriction of exploration on occupied winter range from Nov 15 to April 30 as a precautionary principle Winter impacts greatest |
| Hayden-Wing Associates 1990 WY, shrub steppe | *Ce* | No | 96 km² and 11 years | Active wells | Comparative, aerial elk surveys, n=11 | No significant difference in elk population size over 11 years in response to drilling, but changes in distribution varied widely. | Need for long-term studies; recommended putting wells in low visibility areas; avoidance of calving and winter ranges |
| Irwin and Gillin 1984 WY, Mountain | *Ce* | No | Unk, 1 years | Seismic exploration | Observational, radio-telemetry n=21 | Elk partially avoided calving ranges after seismic, migrating to summer range. Elk avoided disturbance using topography and cover. | Restrictions on development during calving on calving ranges, road alignment should minimize visibility of the road using cover and topography. |

BLM_0054946

| Literature Review on the Effects of Energy Development on Ungulates | Hebblewhite |
|---|---|

**Table 2. Cont.**

| Authors, location, Veg. type | Spp. | Peer Review | Study Area Size, Duration | Develop-ment Type | Sample design & size | General Results | Management Recommendations |
|---|---|---|---|---|---|---|---|
| Johnson 1980 WY, Mountain, sagebrush steppe | *Ce* | No | Unk, 1 years | Oil and gas wells. | Observational, aerial telemetry & aerial surveys, n=4-56 | Elk were affected by activity on the access road; cows moved calves at earlier age; elk were displaced away from drilling rig in 1979. | Minimize drilling activities in spring and winter range, road mitigation required. |
| Johnson and Wollrab 1987 WY, sagebrush steppe | *Ce* | No | Unk, 8 years | Natural gas field | Comparative, radio-telemetry, n=16 | 80% of surveyed elk were on gas field prior to drilling; only 39% were on the field during drilling. Calving ground was also abandoned during the intense drilling. | Avoid drilling on calving and winter ranges. |
| Johnson et al. 1986  WY, mixed | *Ce* | No | 25.9 km$^2$ and 3.25 years | surface coal mine | Experimental, radio-telemetry n=64* | All measured variables showed no significant difference between control and mine study groups, winter impacts greatest | None. |
| Knight 1981 MI, mixedwood | *Ce* | Yes | 56 km$^2$ and 1 years | Seismic exploration; oil well drilling | Comparative, radio-telemetry n=12 | Elk moved away from seismic: terrain and vegetation type had no effect.  No significant difference in elk home ranges with/without disturbance, no correlation between distance to disturbance and mean daily movements. | Need to study effects of pipelines on wildlife, timing restrictions for seismic exploration to avoid winter range and calving. |
| Kuck et al. 1985  ID, Forests | Ce | Yes | 350 km$^2$ and 2 years | Simulated mining & human disturbance | Experimental, radio-telemetry n=25 | Disturbed calves moved greater distances, used larger areas, showed greater use of coniferous forest, and lacked selection for favorable physiographic parameters. Cow/calf pairs abandoned calving areas, Winter survival between groups and between years was similar. | Development restrictions during calving, spring summer greatest impacts. |

BLM_0054947

| Literature Review on the Effects of Energy Development on Ungulates | Hebblewhite |
|---|---|

**Table 2. Cont.**

| Authors, location, Veg. type | Spp. | Peer Review | Study Area Size, Duration | Develop-ment Type | Sample design & size | General Results | Management Recommendations |
|---|---|---|---|---|---|---|---|
| Lees 1989 AB, Foothills | Ce | No | Unk, and 1.25 years | oil pipeline | Observational, n=7* collars, 5 cameras, n=568 tracks | Telemetry: inconclusive; tracks: avoidance of human impacts; cameras: inconclusive, fall impacts greatest | Control public use and access through gating, improvements to forage on pipelines. |
| Lyon 1979 MT, Mountain | Ce | No | 215 km$^2$ and 8 years | logging; roads | Observational, pellet surveys, n= Unk | Elk consistently moved away from active logging. | Manage roads to reduce human hunting, avoid logging in winter, spatial overlap with elk winter range. |
| Morgantini and Hudson 1980 AB, Mountain | Ce | No | 35 km$^2$ and 0.5 years | Roads and human hunting | Observational, behavioral observations, n= Unk | Elk avoided roads in day, forage closer to them at dusk and dawn. Elk avoided the open grasslands near roads. | Restrict human activity to reduce negative impacts of roads. |
| Morgantini 1985 AB, Foothills | Alal, Ce, Oh, Ov | Yes | Unk, 0.33 years | oil pipeline | Observational, Snow track surveys, n=Unk | Pipeline was a barrier for 53.9% of ungulate groups that tried to cross them. Elk were least affected, moose the most impacted by the pipeline. | Have periodic openings, underpasses, or overpasses along pipeline to mitigate it as a crossing barrier. |
| Olson 1981 MT, Mountain | Ce | No | 503 km$^2$ and 0.5 years | Seismic exploration, natural gas | Comparative, radiotelemetry, n=4 | Elk avoided visual disturbances more than auditory; movement rates increased closer to disturbance. | Winter activity should be kept to a minimum; have specified flight paths for helicopters to minimize disturbance |
| Phillips and Alldrege 2000 CO, Mountain | Ce | Yes | 500 km$^2$ and 3 years | Human recreation on trails. | BACI, radio-telemetry n=80 | Average calf production was 0.23 calves/cow lower for elk disturbed by humans than control elk, reduced population growth rate 7%. | Calving-season closures for all human activity in elk habitat. |
| Powell 2003 WY, sagebrush steppe | Ce | No | 2521 km$^2$ and 3 years | active oil and gas wells, roads | Observational, n=40* | Elk avoided active wells and roads by 2 km in summer, showing 73% less use than expected. | Summer impacts greatest, seasonal road restrictions in summer habitat. |

BLM_0054948

| Literature Review on the Effects of Energy Development on Ungulates | | | | | | | Hebblewhite |

**Table 2. Cont.**

| Authors, location, Veg. type | Spp. | Peer Review | Study Area Size, Duration | Develop-ment Type | Sample design & size | General Results | Management Recommendations |
|---|---|---|---|---|---|---|---|
| Rowland et al. 2000  OR, Starkey, Mountain | *Ce* | Yes | 77.6 km$^2$ and 3 years | roads | Observational, radio-telemetry n=89* | Elk consistently selected areas away from open roads in both spring and summer. Model predictions of simple habitat effectiveness models corresponded only weakly with observed habitat effectiveness values. | Spatial distribution of roads must be considered for habitat effectiveness models for evaluating impacts. Summer road restrictions needed. Spring summer impacts greatest. |
| Sawyer et al. 2007  WY, shrubsteppe, grasslands | *Ce* | Yes | 2517 km$^2$ and 2 years | n/a | Observational, GPS telemetry, n=33* (55 VHF collars in validation sample) | Elk selected for summer habitats with higher elevations in areas of high vegetative diversity, close to shrub cover, northerly aspects, moderate slopes, and away from roads. Winter habitat selection patterns were similar, except elk shifted to areas closer to roads. | Management of roads and related human disturbance is an important consideration for managing elk populations. Summer impacts greatest |
| Shivley et al. 2005  CO, Mountain | *Ce* | Yes | 500 km$^2$ and 2 years | Human recreation. | BACI, radio-telemetry, n=145 | Productivity rebounded following release from disturbance, and full recovery was achieved by the second post-disturbance year. | Selective closures, or at least restrictions on recreational activity, may be warranted during calving season, when greatest impact occurred |
| Van Dyke 1996 MT, grasslands | *Ce* | Yes | 500 km$^2$ and 4years | Active oil well | BACI, n=10 | Minimal effect of drilling on elk home range use in a low density drilling area.  Elk used cover during drilling. | |
| Ward 1986 WY, sagebrush steppe, grasslands | *Ce* | No | Unk, 4years | Seismic exploration | Observational, few radio-collared elk, surveys, etc. n=Unk | Elk avoided human activity depending on line-of-sight; without topography, elk moved 3.2 km; with topography, 800 m. Elk returned to areas of disturbance a few days after activity was concluded. | Road, wellsites should be aligned in areas of low visibility in topography out of line of sight. |

BLM_0054949

## 3.3 Pronghorn Antelope (*Antilocapra americana*)

### 3.3.1 Grasslands

In one of the earliest studies of pronghorn considered in this literature review, Bruns (1977) investigated general patterns of pronghorn habitat use, movements, and effects of human developments using ground and aerial observational methods including snow tracking and behavioral observations. Bruns (1977) focused on short grass prairie in south eastern Alberta from 1968-69 during an exceptionally  severe winter. He found that pronghorn movements were restricted during winter months, and selected habitats that minimized snow depths during winter, had lower winds, and with softer snow that made pawing through snow to forage easier. Severe snowstorms caused rapid, long distance movements. Average herd sizes were 38 animals. Pronghorn often used plowed roads as movement corridors, but suffered effects of habitat fragmentation from fences and gates. Management recommendations included barbless wire fences, pronghorn specific designs in important migration and travel routes, and keeping gates open to facilitate movements.

Oil and gas exploration in the little Missouri grasslands have negatively impacted habitat for Mule deer, Elk, and White-tailed deer, reviewed in a study by Girard and Stotts (1986). Girard et al. (1985) summarized the effects of energy development as impacts during development and exploration phases, chemical spills that upset sensitive prairie grassland and stream ecology, and displacement of wildlife species. Approximately 1% of the entire area considered was physically lost because of energy development, and an undetermined area surrounding development was avoided by these ungulate species. Girard (et al. 1985) emphasized how critical site reclamation was for sensitive grasslands, the critical task of suppressing non-native invasive weed species, the danger of saltwater pond (associated with drilling operations) blowout on

BLM_0054950

downstream systems, and the negative effects of $H_2S$ (hydrogen sulphide) on wildlife species. I return to this important and understudied area in the discussion.

In a study that could be useful as a baseline to compare against development underway in eastern Montana, Armstrup (1978) studied the habitat use, movement patterns, and home range use of 102 pronghorns marked with VHF or visual collars on the border of Montana and Wyoming in and around the Powder River basin from 1976 to 1977. Armstrup (1978) found wide variation in selection for vegetation types seasonally, and that selection was largely a function of available vegetation. This corresponds with the concept of functional responses in resource selection that emphasize 'critical' habitat changes across regional gradients in availability (Mysterud and Ims 1998,Hebbleblwhite and Merrill 2008). Topography was not a big driver of pronghorn habitat selection. The most significant finding of this study was that all marked pronghorn used a completely different winter range during 1976 than in 1977 – confirming that long-term studies are required to evaluate key habitats and even to define areas of occupancy.

### 3.3.2 Shrub-Steppe

Approximately 10 studies on pronghorn ecology and energy impacts in sagebrush-steppe ecosystems were reviewed from a total of 4 study areas; the Northern Range of Yellowstone National Park (White et al. 2007a), the Upper Green River Basin (Berger 2004, Berger et al. 2006, 2007,Sawyer et al. 2002, 2005b,2006), in the Rattlesnake hills in Wyoming (Easterly 1991), and on a reclaimed coal mine in northeastern Wyoming (Medcraft and Clark 1986). The series of studies by Sawyer and colleagues in the Upper Green River focused on both mule deer and pronghorn, and so are summarized below in the combined section.

The series of studies by Berger and colleagues (Berger 2004, Berger et al. 2006a,b, 2007), examine the response of pronghorn to energy development in the Upper Green river basin overlapping the study area of Sawyer et al. (2002). This area is underlaid by the Jonah and Pinedale Anticline natural gas formations that are estimated to contain >10 trillion cubic feet of natural gas and coal bed methane deposits, and is undergoing rapid expansion in oil and gas development. Energy development only

BLM_0054951

started in 2001, so all of the studies of Berger, Sawyer and colleagues should be considered as assessing the early impacts of energy development.

The studies of Berger and colleagues were initiated in fall 2002 as a pilot study investigating migration in pronghorn (see Berger et al. (2004, 2006) summarized below), the study was expanded in 2005 to a five-year study of the effects of natural gas development on pronghorn behavior, migration, habitat selection, and, ultimately, the population consequences of development. Methods involved collaring ~50 pronghorn/year split evenly between a control (undeveloped area) and treatment (energy development area) area. In 2007, they increase the sample size to 100 VHF collars to estimate survival rates and to provide better longitudinal data on survival. They recovered 48 GPS collars in 2005 and 42 GPS collars in 2006, and in these preliminary progress reports, compare resource selection between the control and treatment groups. In their first (Berger et al. 2006) and second-year progress reports (Berger et al. 2007), the authors emphasize that results are preliminary and subject to change given long-term responses and final analysis. Regardless, their interim results can provide some important information about pronghorn responses to increasing development on winter ranges.

Berger et al. (2006, a,b) report that the overriding natural factor influencing distribution of pronghorn on the winter range was snow depth – pronghorn selected 60% shallower snow depths than available throughout the study area (e.g., 12cm versus 19cm). In terms of resource selection, while some individual animals continued to select habitat in the energy development areas, some animals avoided developed areas. At the population level, however, the authors did not find pronghorn were avoiding developed areas at the current levels of development. Identification of core areas of use by pronghorn, dictated by patterns in resource availability, may be useful tools to identify areas that are important to pronghorn for future energy development planning. From a population perspective, the authors found no differences in survival rates or body measurements of pronghorn between the control or treatment groups. While their results suggest energy development does not influence pronghorn within the Upper Green River Basin, the authors caution that results are preliminary, winter severity has been mild during the study (impacts may be greater during deeper winters

BLM_0054952

given pronghorn selection for shallower snow), the area of most intense development at present are not within prime pronghorn habitat, and responses may be expected to increase over longer periods of time for long-lived ungulates than the two year time-window reported on to date. A long-term commitment to understanding the effects of energy development on this and other populations of ungulates is required. Regardless of the equivocal results of energy development on winter ranges, these studies documented substantial potential impacts of energy development on migration both within this study area, and at the regional scale.

Berger's (2004) literature review on the loss of migration also mentions pronghorn migratory declines, especially in the GYE, where approximately 75% of all migrations have been lost. Berger (2004) illustrates the problem with a case study involving their long-term pronghorn study in the Pinedale area of WY. Both residential development and future potential energy development threatens one specific migratory corridor pinch point, the Trapper's Point bottleneck, where the migration corridor narrows to less than 800m. In a follow up study to this literature review, Berger et al. (2006) confirm that this particular migration corridor, from the Upper Green River through to Teton National Park, has likely been used for over 6000 years. Using archaeological data that confirms the presence of pronghorn in this migration corridor, Berger et al. (2006) argues that this migration route has likely persisted uninterrupted for at least 6000 years and likely since the end of the Pleistocene. Only by creating large scale migration corridors that are protected from development or managed specifically to mitigate energy development, will long-term migration, a critical ecological process that is declining across the Rocky Mountain west, persist.

The importance of migratory corridors for pronghorn is also emphasized by a recent study in Yellowstone National Park by White et al. (2007). Movements of 44 radio-collared pronghorn over 6 years revealed a similar 'pinch point' in the migration corridor between summer and fall ranges which resulted from topographic constrictions, habitat requirements of pronghorn for open habitats, and fidelity to historic migration routes. Development proposed within the park for increased tourist facilities and buildings threatens this migration corridor. White et al. (2007) also showed that this population was partially migratory with approximately 70% migratory, and 30% resident.

BLM_0054953

Migratory pronghorn showed some fidelity to summer ranges, but 20% switched between years and switched strategies from year to year from migrant to resident. This study clearly emphasizes how little we know about migration in most populations, and that migration is likely a condition dependent strategy that depends on density, population history, climate, and, potentially, disturbance regimes. Management implications of this study are that it takes a long-time to document migration patterns and that, combined with the studies of Berger (2004) above, pronghorn seem especially vulnerable to development within migration corridors.

### 3.3.3 Semi-desert: effects of military activities

The Sonoran pronghorn (*Antilocapra antilocapra sonoriensis*) is the most endangered subspecies of pronghorn, with population declines to <33 animals as recently as 2003 (Krausman et al. 2005). Despite being listed as an endangered species for over 30 years, reasons for the population declines are relatively unknown, but though to be linked to habitat and forage degradation, loss of water sources because of hydroelectric developments, and human development.  Forty percent of identified Sonoran pronghorn habitat occurs in military lands in southwestern Arizona, and a series of studies investigated the effects of military overflights and ground activities on pronghorn habitat use, behavior, hearing, and potential population consequences (Krausman et al. 2004, 2005, Landon et al. 2003). The most comprehensive study compared behavior of pronghorn on the military base to baseline behavior of animals in the closest population of pronghorn without military activity, albeit from a different subspecies. The study primarily relied on behavioral observations of pronghorn responses to human activities. Pronghorn exposed to military activity foraged less, stood alert and moved more than pronghorn not exposed to military activity. Pronghorn did not appear to respond to military overflights, and the study found that ungulates do not hear sounds from military aircraft as well as humans do.

These results contrasted with the results of (Landon et al. 2003) that found habitat use of 31 radiocollared pronghorn tended to be in areas with lower noise levels from military activities, although this study apparently pseudoreplicated, confusing the # of locations of animals with the true sample size instead of the # of animals. Landon et

BLM_0054954

al. (2003) acknowledge that more detailed habitat selection studies are certainly needed before firm conclusions could be drawn. Acting on these recommendations, Krausman et al. (2005) investigated habitat selection of Sonoran pronghorn using detailed behavioral observations (n=1203) of pronghorn collected over a 3 year period from 1999-2002. Sonoran pronghorn showed stronger selection for burned sites and sites previously disturbed by military activity (bombing ranges, fires, etc.) over undisturbed sites. They speculate that increase forage production, visibility and ease of movement all contribute to pronghorn selection for disturbed sites, and that declines in military activity that simulate natural disturbance may actually be detrimental to pronghorn. Overall, Krausman et al. (2004, 2005) found few impacts of military activities on Sonoran pronghorn, but conclude that the population remains in serious danger of extirpation and immediate conservation actions are needed.

## 3.4 Mule Deer (*Odocoileus hemionus*)



### 3.4.1 Sagebrush-Steppe and Grasslands

Berger's (2004) literature review on the loss of migration amongst North American ungulates also has implications for mule deer and energy development. In the Greater Yellowstone ecosystem, Berger documented 75% declines in ungulate migration for mule deer, elk, and pronghorn due to long-term human caused habitat fragmentation and overhunting. Threats to remaining long-distance migration include energy development, tourism development, sub/urban sprawl, and highway mortality and habitat fragmentation. Large scale migration corridors that are protected from

BLM_0054955

development or managed specifically to mitigate energy development are needed to protect the critical ecological process of long-term migration which is declining across the Rocky Mountain west.

In a series of studies on the effects of energy development in the same Jonah-Pinedale Anticline project area of western Wyoming, Berger and colleagues and Sawyer and colleagues conducted a series of related studies on the effects of energy development on mule deer and also pronghorn to a lesser degree (Sawyer et al. 2005a,b, 2006, 2007). This area is a winter range for large numbers of elk, mule deer and pronghorn and habitat for animals migrating from the entire Upper Green River Basin area, approximately 15,000km$^2$. Initial studies focused on migration of radiocollared mule deer (n=158) and pronghorn (n=32), and found seasonal migrations for 95% and 100% of all collared animals ranged an average of 84 and 177 km straight line distance between seasonal ranges. This study also noted the potential for energy development impacts on migration corridors, and documented the same narrow pinch point for the migration corridor of pronghorn migrating from the winter range to summer ranges in Grand Teton National Park that Berger et al. (2006, a,b) describe. The authors conclude, with similar recommendations as in other migratory ranges, to minimize development, remove barriers to migratory movements such as fences and pipelines, and potentially develop seasonal restrictions to avoid the peak months of migratory movements in May/June and October/November. This study echoes the results of Berger (2004), who found that impacts on migratory ranges may affect a huge area surrounding the localized development, and requires a regional-scale, cumulative effects assessment approach.

Focusing on winter range impacts was the focus of the studies by Sawyer et al. (2005b, 2006) collectively called the Sublette Mule deer study. The study was started in 1998 to examine the ecology of mule deer home range use, habitat selection, migration routes and demography during a pre-development phase that ended in 2001. From 2001-present, the study entered the second phase as a long-term study on the effects of energy development within the Pinedale area on mule deer ecology in an experimental comparison of areas with and without energy development. With the pre-data collected in phase 1 and two treatment areas in phase 2 (with, without

BLM_0054956

development), this study represents a well designed before-after-control impact study, albeit unreplicated.

Before development, the Sublette Mule deer population was a healthy and productive population, with adult female survival rates (0.85, n=14) and fawn:doe ratio's (>75:100) indicative of a growing population (Unsworth et al. 1999). In 2002, mule deer densities were similar between the control and energy development treatments, but have been diverging since 2002. In the developed area, mule deer densities declined significantly by ~47% over a 4-year period ending 2005, whereas in the control area, there was no negative trend and mule deer densities were constant and similar to pre-development density on the treatment area. This trend in density is suggestive of a demographic impact of energy development, yet survival differences between adult female and overwinter fawn survival were not statistically different between the two areas, although overwinter fawn survival tended to be higher, the differences reported to date in their preliminary progress report were not statistically different. Sawyer et al. (2005) speculate that the lack of demographic difference between treatments may be because 1) small scale demographic differences could explain the differences in population trend, but are preliminary and influenced more by small sample size, and will be verified at a later date by more detailed analysis, or 2) differences were driven by emigration or dispersal from the developed areas. Migration routes were also identified, as discussed above, in this first phase.

From a habitat perspective, Sawyer et al. (2006) reported expanding energy development over a 5-year period with an increase of 95km of roads, 324 ha of well pads, and a total of ~400 ha of lands directly lost to development footprints within the study area, an increase in density of 0.12km/km$^2$ and ~0.3 wells/km$^2$ (considering the study area size just the Pinedale Anticline project area of ~800km$^2$). Effects of energy development are summarized in their 2006 Journal of Wildlife Management paper (Sawyer et al. 2006), where they evaluated the effects of energy development on VHF and GPS collared mule deer collared from 1998 to 2003 over the first three years of development. Sample sizes of VHF and GPS collared mule deer ranged from 7-45 / year of the study. Mule deer avoided areas close to energy development during this study, responses to development occurred rapidly within 1-year of development, and

BLM_0054957

avoidance of energy development increased over the course of the 3–year study. Sawyer et al. (2006) found lower predicted probabilities of use within 2.7 to 3.7 km of an oil or gas well sites, confirming that indirect effects of habitat loss from energy development were much greater than the loss of the direct footprint of energy developments. Over the course of the study, areas that were classified as high quality habitat before development changed to low quality, and vice-versa, showing that mule deer shifted habitats away from favored high quality habitats because of energy development. Presumably, these population level habitat selection responses will eventually have important population implications to the total area of high quality habitat available in the study area. The authors recommend such demographic studies, as well as activities that reduce the footprint of energy development including; 1) directional drilling from single well pads to multiple gas sources to reduce surface impact, 2) limiting public access, 3) developing road networks with the goal of minimizing new road construction, and 4) guidelines to minimize human disturbance during the winter and on designated high quality ranges.

Several reviews of the effects of energy development, with specific focus on mule deer or pronghorn, were also reviewed. Bromley (1985) reviewed the effects of energy development in wildland environments for the USFS, and provides an annotated bibliography similar to this review, including more broadly, the effects of all human activities on wildlife. Generally, she makes the following conclusions; 1) many results are conflicting, yet few studies have quantitatively shown the effects of human activities on population dynamics of wildlife, likely because long-term demographic studies have been extremely rare in the environment; 2) It is often difficult to separate out naturally induced variation in response variables from human disturbance without adequate baseline (pre-development) data and experimental controls; 3) severity of the impacts of energy development are often site-specific and will require localized mitigation strategies in many cases; and 4) Effects of energy development may be most critical during sensitive periods including winter, spring calving, migration corridors, and for social species (no study reviewed in this review was actually replicated).

In a study on the effects of human activity on mule deer in the grassland and pine break vegetation communities in southeastern Colorado, Stephenson et al. (1996)

BLM_0054958

examined home range use and fidelity in response to military activity during ground training exercises over a three year period. Human activity during military exercises was extreme; during the seven 2-3 week military exercises, between 2624-6619 humans in 854-2397 vehicles used the 1040km$^2$ study area.  They used a comparative design where home range dynamics and fidelity were compared between times with and without human activity for 71 radiocollared female mule deer. Mule deer female and fawn home ranges were larger during military activities during winter and summer. However, only the 50% core areas used by mule deer males were larger during military activities. Forty percent of female deer shifted home ranges between military activities. This study shows that intense human activity can have large impacts on patterns of space use. However, the limitations of this study are the extreme human activity levels observed – few energy developments even at peak construction periods, would approach these human disturbance levels. Secondly, while this study showed large changes in home range behavior, they did not investigate population impacts.

### 3.4.2 Mountain

Freddy et al. (1986) conducted some comparative trials (without controls) to compare the effects of human hikers and snowmobiles in Colorado from 1979 to 1980 within a mule deer winter range.  They compared the responses of 7-11 mule deer to n=67 approaches to hikers and snowmobiles and documented the level of response. Mule deer took flight in response to snowmobiles at a greater distance, but showed a longer duration of response to human hikers than to snowmobiles, and showed a high response, running, more often to hikers than snowmobiles. Based on energetic calculations, each disturbance event cost between 0.2-5% of the daily metabolic requirements of mule deer.  When fleeing from hikers, deer moved an average of 907m, and consumed more energy than when responding to snowmobiles. Freddy et al. (1986) concluded that human activity on winter ranges should be severely restricted to minimize negative impacts. Limitations of this relatively well thought out study include psuedoreplication and small actual sample sizes. Sample sizes for tests were considered to be individual approach trials, whereas the true sample unit was the individual radiocollared deer. Therefore, a mixed-model that accounted for deer as the

BLM_0054959

sample unit should have been employed Gillies et al. (2006) and this may have affected results because of the lower effective sample size of 7 to 11 animals.

Evaluating the potential population responses of mule deer to energy development will be difficult because of broad scale declines in mule deer productivity across western North America (Gill 2001, Unsworth et al. 1999). Gill et al. (2001) reviewed the factors causing declines of mule deer populations in Colorado, and concluded declines could be caused by the following factors acting synergistically; 1) competition with increasing elk populations, 2) density dependence in vital rates caused by historic high population densities, 3) long-term declines in habitat quality for mule deer because of changes in fire history regimes in forest and shrub-steppe ecosystems, 4) overharvest in some key areas, 5) increasing predator populations, and finally, 6) diseases, such as chronic wasting disease. Co-authoring the review of causes of mule deer declines were Dr. N.T. Hobbs, Dr. G.C White and other noted experts in mule deer and population biology of ungulates. Given the difficulties of disentangling all these potentially interacting and confounding influences on mule deer population dynamics, the report concludes with a series of recommended large-scale adaptive management experiments designed to test the main hypotheses of predation and habitat change. The authors emphasize that long-term (6-8 year), large–scale (WMU scale, 1000km$^2$) will be required to rigorously assess reasons for mule deer declines.  The recommendations of this study are particularly relevant for considering the effects of energy development on large ungulates. To rigorously link energy development to changes in demography, long-term, large-scale, and well funded adaptive management experiments will be required.

From 1980 to 1981, Ihsle (1981) worked with MTFWP and the BLM to study the population ecology of mule deer along the east slope of the Rockies west of Choteau to determine the effects  of oil and gas drilling and development on mule deer. There study occurred early in development under extremely low densities of development – less than 0.003 wells/km$^2$ had been constructed within their 2725 km$^2$ study area at the beginning of the study, and their general results was almost no impacts of energy development on mule deer. They radiocollared 78 mule deer and considered home range, movement, habitat selection, migration, and fawn:doe ratio to determine the

BLM_0054960

effects of energy development in an observational correlation-based study design. They found no effects of development, generally because oil wells were restricted to a small part of the study, development density was very low, and the large spatial scale of the study area. Limitations of this study were the lack of a suitable treatment effect of development given the huge study area size. Perhaps focusing just on movements or habitat selection by mule deer in the area surrounding development would have provided more relevant results with respect to energy development. Regardless, while this study was designed as a pre-development study, to my knowledge there has not been any follow up, a similar theme in the review of many studies that were putatively pre-development. Hopefully data from this earlier study can be used in the future to evaluate the effects of energy development, albeit without controls.

Five-years later, in the same study area, Irby et al. (1988) reviewed the status of energy development, created guidelines for the mitigation of energy development on wildlife, and provided recommendations for energy development. Irby et al. (1988) reiterated the results of Ihsle (1981) and Irby et al. (1988) and found no detectable response to low density oil and gas development, but emphasized that this earlier study was largely conducted during the pre- or early phases of energy development. Irby et al. (1988) recommended that continued monitoring occur throughout the increasing development phase, and recommended that mitigation should occur on the scale of entire winter ranges prior to development occurring. Irby also reviewed the guidelines used by Interagency Technical Committee 1987 guidelines for wildlife that BLM used for mule deer, which I provide in Appendix B for an important historic perspective. Importantly, however, despite the existence of best practices guidelines, Irby et al. (1988) note that BLM often violated these guidelines, and frequently issues exceptions to these stipulations for exploration and well drilling operations.

In southeastern Idaho, Merrill et al. (1994) studied the effects of mining developments on migration by mule deer between seasonal ranges in the Dry Ridge area. Using a combination of track surveys and a small number of radiocollared mule deer (n=5-7), they evaluated movements of mule deer around a phosphate mine located in a migratory corridor. The found avoidance of mining developments during migration, and recommended providing adequate forest cover, travel fences to direct movements

BLM_0054961

away from development, and under or over-passes at specific locations to facilitate movements around human developments where required. They also caution that short term studies may fail to document effects in low snow winters, because migration was strongly influenced by snowfall.

In perhaps the first study on mitigating effects of highway caused habitat fragmentation on ungulates, Reed et al. (1975) studied the responses of mule deer approaching and attempting to cross a concrete highway underpass under I-70 in Colorado. The concrete underpass was not specifically designed for wildlife crossings, but observations suggested that it was being used by mule deer. Reed et al. (1975) used remote video camera's to record 4450 approaches by groups of mule deer that resulted in 1739 entrances/crossings (~40% success rate) of the structure. Sixty one percent of all individual mule deer that attempted to cross were successful, eventually. Animals that were unsuccessful at crossing were more vigilant and wary, reflecting the perceived risk of the crossing structure. This study laid a foundation for the development of the growing field of wildlife-highway mitigation (Clevenger et al. 2001,Clevenger and Waltho 2000). I do not review any additional studies of ungulate responses to roads, but summarize general results from the literature in the discussion.

## 3.5 Combined Studies on Mule Deer and Pronghorn



### 3.5.1 Sagebrush-Steppe

From 1988-91, Easterly (1991) conducted a study to examine the effects of energy development on both pronghorn and mule deer in the Rattlesnake hills of Wyoming, an area of sagebrush-steppe vegetation communities. Their study was in response to repeated violation by the BLM of the 1985 environmental impact statement

BLM_0054962

(EIS) on the Platte River Resource Area (which included the Rattlesnake hills) of their own policies regarding timing restrictions of energy development on crucial winter range for ungulates. Their policy, stated in the EIS, was that "no surface development will be allowed from Nov 15 through April 30 in critical pronghorn or mule deer winter range (BLM, 1985: 29). Despite this policy, BLM issued 18 permits in violation of this policy for drilling operations in crucial winter range between 1987 and 1991. Easterly et al. (1991) focused on testing whether violation of this policy was negatively affecting ungulates, but collected no pre-development data nor had any controls or comparison sites. Easterly et al. (1991) captured pronghorn and mule deer; they deployed 20 VHF collars, 175 neckbands, and ear tagged 28 males on pronghorn, and collared 29 mule deer all with VHF collars. They used a combination of radiotelemetry, and aerial and ground surveys to measure home range responses, densities, movements, and survival as a function of human development. Pronghorn densities were substantially lower closer to energy development and collared pronghorn avoided well sites during disturbance. Results for mule deer were more equivocal; densities of mule deer were similar close to and far from drilling activities, but mule deer were located farther from development during drilling, but not after, when they were the same distance as before development. This indicates some habituation response of mule deer to development. The authors attempted to draw some population consequences from their study, but were unable to. The prime limitation of this relatively well designed study was the lack of pre-development data on mule deer and pronghorn distribution in the region.

Medcraft and Clark (1986) studied the effects of reclamation of a 200ha coal mine on seasonal habitat use and diets over a 1 year period in northeastern Wyoming. The coal mine was reclaimed by a mix of native and non-native graminoids, forbs, and shrubs – only native shrubs were planted. Mule deer showed statistically significant selection for reclaimed lands more than expected based on availability, but pronghorn strongly avoided reclaimed lands.  This difference was thought to be because mule deer selected non-native plants during summer (e.g., alfalfa), whereas pronghorn preferred native forbs which occurred at lower frequencies on reclaimed lands. Through behavioral observation, the authors also concluded that remaining mining structures such as fences and berms did not impede mule deer or pronghorn movements. The

BLM_0054963

authors conclude by recommending reclamation of all disturbed sites with native species including graminoids, forbs and shrub species. To encourage shrub revegetation following development, Medcraft and Clark (1986) recommend concentrating shrub establishment efforts by patch seeding sites that are ecologically suitable such as draws, coulees, etc. Furthermore, cattle grazing of reclaimed lands should be minimized to allow re-vegetation and use by native ungulates.

BLM_0054964

| Literature Review on the Effects of Energy Development on Ungulates | Hebblewhite |
|---|---|

**Table 3. Review of scientific literature on the effects of energy development on Mule deer and Pronghorn, summarizing study authors, location, vegetation type, species (Aa- *Antilocapra* sp., Aas – *A. A. sonoranensis*, AlAl – *Alces alces*, Ce- *Cervus elaphus,* Oh-*O. hemionus*, Oc- *Ovis canadensis*), whether the study was peer reviewed or not, study area size, duration, development type, study design and sample size, general results and management recommendations.**

| Authors, location, Veg. type | Spp. | Peer Review ? | Study Area Size, Duration | Develop ment Type | Study design & size | General Results | Management Recommendations |
|---|---|---|---|---|---|---|---|
| Armstrup 1978 MT-WY, grassland, sagebrush steppe | *Aa* | No | 1036 km$^2$ and 2years | pre-develop ment | Pre-developme nt study, n=27 Ce; 75 Aa | General ecology study. Select sagebrush vegetation types in winter, fed for longer periods of time in winter, largely diurnal activity patterns, movements peaked during spring and fall, naturally shift between home ranges from year to year. | Sagebrush key for winter forage for pronghorn. Variation in winter range use makes long-term studies to identify critical habitat key. |
| Berger, 2004. Review | *Aa, Oh, Ce* | Yes | Review | Human habitat fragment ation, oil and gas. | Literature review of radio-telemetry studies | 75% of the historic migration routes for elk, mule deer, and pronghorn in the Greater Yellowstone ecosystem have been lost due to human caused habitat fragmentation. Local risks to the trapper point migration corridor in the Upper Green River basin. | Creation of network of long-distance migration corridors required to conserve existing long distance migrations. Impacts greatest during spring and fall migrations. |
| Berger et al. 2005, 2006a, WY, sagebrush steppe | *Aa* | No | 4000 km$^2$ and 2years | | Comparati ve, radiotelem etry, n>50 | First and second year progress reports on the effects of gas development on pronghorn in a control and treatment area in the Upper Green River basin. | Authors did not find pronghorn were avoiding developed areas at the current levels of development, but cautioned results are preliminary and ongoing and results of development should not be expected to occur instantly. |
| Berger et al. 2006b | *Aa* | Yes | ~15,000 and 2years | | Observatio nal, archaeolog y, radio-telemetry, n=10 | Compared migration routes identified with telemetry to archeological sites 6,000BP. Migration route has remained the same for at least 6000 years. Migration corridor has extremely narrow restrictions. | To protect critical migration routes, energy development needs to be restricted or removed to maintain long-term ecological processes. Migration seasons impacted most. |

BLM_0054965

| Literature Review on the Effects of Energy Development on Ungulates | Hebblewhite |
|---|---|

**Table 3.**

| Authors, location, Veg. type | Spp. | Peer Review? | Study Area Size, Duration | Development Type | Study design & size | General Results | Management Recommendations |
|---|---|---|---|---|---|---|---|
| Bromley 1985 Review | *Aa, Oh, Ce* | No | N/A | Gas, oil, seismic exploration | Review, n=N/A | Ungulates avoid areas during construction phases, road building, drilling, seismic. Responses to established oil field difficult to determine because of few long-term studies with adequate temporal and spatial controls. | Timing and location restrictions required to avoid conflicts with ungulates, but this requires detailed knowledge of ungulate ecology. Called for large scale, long-term studies. |
| Bruns 1977 Alberta, grasslands | *Aa* | Yes | 2500 km$^2$ and 0.3years | Roads | Observational, n=N/A | Avoidance of fences and highway; graded roads appeared to be selected by pronghorn, especially in deep snow winters. | Barbless fences not higher than 46 cm; farmers leave gates open (when unoccupied); improvement of winter microhabitat. Winter impacts greatest. |
| Easterly 1991 WY, shrubsteppe, grasslands | *Aa, Oh* | No | 632 km$^2$ and 4years | Oil | Observational, n=20 Aa, 29 Oh | Densities within oil fields were consistently lower than outside. The 2 most heavily used oil fields were used less than expected, but others were used in proportion to their availability. | Recommend drilling on crucial winter range during summer months only when area is less critical to ungulates. |
| Freddy et al. 1986, CO, mountain | *Oh* | Yes | 3 km$^2$, 2 years | Human disturbance | Comparative, radio-telemetry, n=7 | Compared flight responses of mule deer to snowmobiles and hikers. Mule deer responded more to hikers than to snowmobiles. | Human activity restrictions required on winter ranges, winter greatest impact. |
| Gill et al. 2001 CO, Review | *Oh* | No | N/A | oil and gas, seismic | Review | Evaluated different hypotheses for mule deer declines in Colorado, with relevance to Montana. Causes for declines could be long-term habitat changes, competition with expanding elk populations, harvest, density dependence, disease. | Large-scale replicated management experiments are required to disentangle complex interactions to understand ungulate ecology. Recommended study designs are presented that are very relevant to energy development in Montana. |

BLM_0054966

**Table 3.**

| Authors, location, Veg. type | Spp. | Peer Review? | Study Area Size, Duration | Develop ment Type | Study design & size | General Results | Management Recommendations |
|---|---|---|---|---|---|---|---|
| Girard et al. 1985 ND, grassland | Oh, Ov, Ce | No | 4068 km$^2$ and years | various oil/gas develop ment | Review | Early-development literature review. 1% of landbase in ND study area impacted directly by energy development, unknown how much area lost indirectly. | Avoid wooded areas; reclamation; mitigation required. Emphasized importance of understanding effects of environmental toxins on wildlife. |
| Hayden-Wing Associates 1991   Review | Aa, Oh, Ce | No | N/A | Gas, oil, seismic explorati on | Review, n=N/A | Ungulates respond the most during the construction phase, but are also displaced by human activities in the longterm, especially during winter and spring. | Recommend restriction of exploration on occupied winter range from Nov 15 to April 30 as a precautionary principle |
| Hiatt et al. 1982   WY, Mountain | Ce, Oh | No | 101 km$^2$ and 0.25 years | Oil well | Comparati ve, n= | Both elk and mule deer shifted their ranges away from the well site. There was no evidence of avoidance of the access road by either species. | Minimal |
| Ihsle et al. 1981   MT, grasslands, pine breaks | Oh | No | 2725 km$^2$ and 1.4 years | oil and gas, seismic | Observatio nal, n=78 | Impacts of gas and oil development difficult to assess because this was largely a pre-development study that has not been followed up. | None |
| Irby et al. 1988 MT, Review | Oh | No | 2725 km$^2$ and years | | | No detectable response to low density oil and gas development, study largely conducted during the pre- or early phases of energy development. | Mitigation should occur on the scale of entire winter ranges prior to development occurring. Review the Interagency Technical Committee 1987 guidelines for wildlife (see Appendix B of this review). |
| Krausman, et al. 2004   AZ, Semi desert | Aa, Oh | Yes | km$^2$ and 2.25year s | Military Operatio ns | Experimen tal, n=4 | No detectable difference between exposed/unexposed animals to either ambient or anthropogenic noise; no detectable difference in exposed/unexposed hearing thresholds | Reduce ground stimuli could help, but overall, drastic recovery measures beyond curtailing military activity are needed. |

BLM_0054967

| Literature Review on the Effects of Energy Development on Ungulates | Hebblewhite |
|---|---|

**Table 3.**

| Authors, location, Veg. type | Spp. | Peer Review? | Study Area Size, Duration | Development Type | Study design & size | General Results | Management Recommendations |
|---|---|---|---|---|---|---|---|
| Krausman, et al. 2004   AZ, Semi desert | *Aas* | Yes | 377 km$^2$ and 3years | Military Operations | Observational, n=UNK | Habitat use proportional to availability, but appeared to favor habitats previously disturbed by military activities. | Continued monitoring required, ; multi-species responses; coordinated military/wildife use required, may benefit from fires from military use. |
| Landon et al. 2003   AZ, Semi desert | *Aas* | No | km$^2$ and 4years | Military Operations | Observational, n=31 | Radiocollared pronghorn avoided high noise areas. | Potentially reduce overflights, study human disturbance in more detail. |
| Medcraft et al., 1986, WY, shrub steppe | *Oh* | Yes | 200ha, 1 year | Mining | Observational, diet studies, N=? | Mining site reclaimed with a mix of native and non-native plants. Deer selected reclaimed mining lands more than unmined lands, preferring non-native plants during summer. | Reclaim all mining sites including graminoids and shrub species.  Need to ensure cattle cannot access reclaimed lands or benefits lost. Focus on native species recommended. |
| Merrill et al. 1984, ID, Mountain | *Oh* | Yes | Unk, 5 years | Mining | Observational, tracks, telemetry, n = 5 | Mining operations curtailed migratory movements of mule deer. | Travel corridors with sufficient cover should be considered to mitigate disturbance caused by mines. |
| Reed et al. 1975. CO, Mountain | *Oh* | Yes | Unk, 1 year | Roads | Observational, video N=4450 | Videotaped mule deer responses to a concrete box underpass under I-70 in Colorado. Mule deer crossed underpass 40% of time at each attempt, 60% overall. | Underpasses can be useful to mitigate negative effects of habitat fragmentation and mortality caused by roads – first study of its kind. |
| Rost et el 1979 MT, pine breaks | *Oh, Ce* | Yes | km$^2$ and 2 years | roads | Observational, n=N/A | Deer and elk avoided roads, particularly areas within 200m of a road (based on abundance and density of fecal pellets). | Range improvement projects would benefit deer and elk more if they were located away from roads. |

BLM_0054968

| Literature Review on the Effects of Energy Development on Ungulates | Hebblewhite |
|---|---|

**Table 3.**

| Authors, location, Veg. type | Spp. | Peer Review ? | Study Area Size, Duration | Develop ment Type | Study design & size | General Results | Management Recommendations |
|---|---|---|---|---|---|---|---|
| Sawyer et al. 2002 WY, shrubsteppe, grassland | *Aa, Oh* | Yes | 798 km$^2$ and 4years | pre-develop ment | Pre-developme nt, n=171 Oh; 35 Aa | Mule deer populations traveled 64-161 km yearly; pronghorn traveled 161-241 km. | Energy development has the potential to impact travel corridors for pronghorn and mule deer. |
| Sawyer et al. 2004 WY, sagebrush, grasslands | *Oh* | Yes | 798, 3 years | Gas, seismic | Review, n=N/A | Review of the potential effects of oil and natural gas development on Pronghorn in Wyoming. | Recommends approach to determine the effects of energy development on wildlife that emphasizes long-term, well thought out management experiments between control and treatment areas. |
| Sawyer et al. 2005 WY, sagebrush, grasslands | *Oh* | No | ~800 km$^2$ and 4 years | natural gas develop ment | BACI, n=69 | Mule deer in the treatment area decreased 46% in 4 years under high densities of roads and well sites (see Table 5 below). | Higher densities of wellpads will negate the potential effectiveness of timing restrictions on drilling activities. |
| Sawyer et al. 2005 WY, sagebrush, grasslands | *Oh, Aa* | Yes | 15,000 km$^2$ and 3 years | roads, housing develop ments, mineral explorati on | Observatio nal, n=171 Oh; 34 Aa | Mule deer and pronghorn migrated 20-158 km and 116-258 km respectively, between seasonal ranges. A number of significant bottlenecks were observed on migration routes. | Migration routes are important components of mule deer and pronghorn ranges. Fences, road networks, and increased human disturbance associated with energy and housing developments influences the effectiveness of mule deer and pronghorn migration routes. |
| Sawyer et al. 2006 WY, sagebrush, grasslands | *Oh* | Yes | ~800 km$^2$ and 6 years | natural gas develop ment | Comparati ve, n=77 | Mule deer avoided areas in close proximity to well pads. Changes were immediate (i.e., year 1 of development), and no evidence of well-pad acclimation. Lower predicted probabilities of use within 2.7 to 3.7 km of well pads. | Higher densities of wellpads will negate the potential effectiveness of timing restrictions on drilling activities. |

BLM_0054969

| Literature Review on the Effects of Energy Development on Ungulates | Hebblewhite |
|---|---|

**Table 3.**

| Authors, location, Veg. type | Spp. | Peer Review ? | Study Area Size, Duration | Develop ment Type | Study design & size | General Results | Management Recommendations |
|---|---|---|---|---|---|---|---|
| Stephenson et al. 1996   CO, grasslands, pine breaks | *Oh* | Yes | 1040 km$^2$ and 3 years | Military Operatio ns | Comparati ve, n=71 | Mule deer in areas with active military operations (or previous activity) consistently had larger home ranges than those in areas with no activity.  40% of does shifted their home ranges and after military operations started in an area. | |
| White et al. 2007. MT/WY, mountain, sagebrush-steppe ecosystem | *Aa* | Yes | ~750 km$^2$, 6 years | Tourism develop ment | Observatio nal, radiotelem etry, n=44 | Yellowstone pronghorn were partially migratory, with 70% migrating 15-50km away to 4 different summer ranges from the same winter range. Individuals showed high fidelity to summer ranges, but 20% adopted a variable migration strategy from year to year.  Migration though to be condition dependent, influenced by weather, climate and density.  Migration corridor has extremely narrow restrictions. | Protection of critical migration corridors for pronghorn especially important because of threats to migration corridors in the study area and considering large scale loss of migration in the Greater Yellowstone ecosystem. |

BLM_0054970

## 3.6 Bighorn Sheep (Ovis canadensis)



No published studies were found on the effects of energy development on bighorn sheep. Most resource conflicts between development and bighorn sheep appear to be cause by mining, not energy development *per se*. A number of studies have been conducted on the effects of human development and recreation. Therefore, I focus on reviewing the effects of mining and energy development in general on bighorn sheep.

In general, bighorn sheep avoided habitats disturbed by human activities (hiking, etc) in Arizona (Etchberger et al. 1989), roads and highway traffic in Rocky Mountain National Park (Keller and Bender 2007), construction activities in Nevada (Leslie and Douglas 1980), human activities including vehicles, mountain bikers and hikers in Canyonlands National Park (Papouchis et al. 2001) and to human hikers or humans with dogs in Alberta (MacArthur et al. 1982). Sheep in Canyonlands avoided areas within ~500m of human development, a loss of access to 15% of high quality habitat. Dall sheep (*Ovis dalli nelsonii*) also showed responses to human activities, especially females, who rested less and foraged more when disturbed by humans. One of the most common forms of human disturbance investigated was the effects of aircraft overflights (helicopter, fixed-wing) on bighorn sheep. Studies on the effects of aircraft on bighorn and Dall sheep (Bleich 1990, Stockwell 1991, Frid 2003) as well as Mountain Goats (*Oreamnos oreamnos*) consistently show an impact on bighorn sheep at distances from 250-750 meters straightline distance (above ground level) for sheep, and even greater distances for mountain goats (Cote 1996), who responded to aerial disturbance at distances of up to 2000m. Based on these studies, clear recommendations to avoid overflights on mountain sheep and goat habitat were presented by all authors.

In terms of bighorn sheep response to mining development, results were equivocal. Jansen et al. (2006, 2007) showed behavioral differences in and out of a

BLM_0054971

copper mine in Arizona, where sheep fed less and bedded more within the mine site, controlling for the effects of age-class. However, despite these minor differences, Jansen et al. (2006, 2007) concluded that bighorn sheep may readily habituate to mining activity, and that reclamation was needed following mining activities.  In contrast, Oehler et al. (2007) found that at a mine in the semi-desert mountains of California, Desert bighorn were negatively impacted by mining activities, suffering reduced forage quality, increased signs of disturbance during summer, and potentially important population effects. They concluded that where water was limiting for desert bighorns, mines should avoid areas near permanent water sources for bighorn sheep.  In Alberta, a large open-pit mine was reclaimed following coal extraction using planting of native plants combined with extensive post-mining soil grading, seeding, and fertilization (MacCallum and Geist 1992). Sites were successfully reclaimed with native legume species (e.g., Astragalus spp. Smyth 1997), and forage biomass increased for sheep dramatically from 1700kg/ha on native grasslands to 4100kg/ha on reclaimed lands. bighorn sheep apparently responded at the population level, with higher local densities, increased horn growth, and lower lungworm counts. Therefore, sheep seem able to respond to reclamation very well.

BLM_0054972

## 3.7 Moose

There have been few studies of the impacts of energy development or human activity on moose in the regions considered as part of this literature review. In a classic study of the effects of human disturbance on moose, Altmann (1958) studied the effects of moose sex, age, reproductive status and season on the flight response of moose to human observers. Flight response measures the perceived risk of ungulates to disturbance; as flight response increases, i.e., ungulate flee an approaching human at a greater distance, the



perceived risk imposed by the disturbance are thought to also increase. Altmann (1956) found that female moose with calves at heel fled human disturbance at a farther distance than other age-classes, and that moose fled sooner during the hunting season because of increased risk of human caused mortality during this period. Flight responses varied seasonally, declining the most during the rut, and for moose females with <1 month old neonate calves at birthing sites. This study laid the foundation for research investigating flight response of ungulates, and provides an important foundation for understanding the potential population implications of development.

In the Kakwa River valley of Alberta's forested foothills Horesji (1979) conducted a brief observational study using snow track surveys of ungulate crossings of a seismic line before, during, and after the construction phase in winter. Four species, in order of track abundance, were recorded; Moose, Elk, Mule Deer and Woodland Caribou. Despite very small sample sizes for all species (n=26 total track crossings), Horesji (1979) concluded that Moose avoided the seismic line only during construction, use before and after did not appear affected, though inferences are weak at best because of the limited duration, scope, and sample size. Conclusions about other species could not be drawn because of low numbers of samples.

In the only other study of human activities on moose I review, Berger (2007) showed that the responses of moose to human activity were complex and mediated by

BLM_0054973

predation risk by grizzly bears in Grand Teton National Park, WY. Over a nine-year study, Berger (2007) documented selection by moose for distance to roads within the park, and showed that as the density of grizzly bears increased over this 9 year study, moose increased their selection for areas for calving close to roads within the study area. Because grizzly bears are an important predator of neonatal moose calves, and because grizzly bears avoided human activity, Berger (2007) argues that moose were selecting areas near human activity because grizzly bears avoided human activity. Thus, human caused refugia in predation risk by a natural predator emerged as an indirect effect of human activity on roads in this National Park ecosystem. This phenomenon, whereby human activity repels carnivores such as wolves and grizzly bears, thereby providing are refuge for ungulate prey, has been documented in other systems in North America. In Banff National Park, wolf avoidance of human activity created a refuge for elk, which benefited from increased adult and calf survival in areas where wolves avoided people. This refuge effect lead to a trophic cascade on vegetation, beavers, and other competitors with elk inside the refuge (Hebblewhite et al. 2005).

These studies emphasize the important consequences of human development on ungulates will often be mediated through the indirect effects of changes of the distribution of predators in response to roads and human activity.  In Montana, where natural predators such as coyotes, wolves, and mountain lions coexist with ungulate species, the responses of ungulates to energy development will often be mediated by human-induced changes to carnivore distribution and habitat use.

BLM_0054974

## 3.8 Woodland Caribou (*Rangifer tarandus tarandus*)



In this review I focus my efforts on studies on the effects of energy development on Boreal woodland caribou (*Rangifer tarandus tarandus*). I exclude, in the large, effects of energy development on Barrenground caribou (*Rangifer tarandus grantii*), focusing here mainly on the effects of development on Alberta woodland caribou populations. Energy impacts on migratory arctic caribou have been summarized by numerous authors, and focus on the effects of development of the Alaska north slope oil reserves (National Research Council 2003,Cronin et al. 2000,Cronin et al. 1998), although more recent efforts focus on impacts in the Canadian Arctic (Johnson et al. 2005). While I do not review them in detail in the text, I summarize Arctic caribou herd studies in Table 4.

Research on the effects of energy development on woodland caribou has progressed largely in these three phases; 1) studies on the effects of construction or seismic activities during exploration, 2) studies on altered ecosystem dynamics that influence caribou population viability, and 3) regional, cumulative effects assessment approaches that address caribou population viability at large regional scales. In the discussion I draw parallels between caribou research in Alberta and ungulate-energy impacts in the lower-48 states, where research is largely being conducted at the first or second step.

Studies that examined the impacts of well-site development or seismic exploration confirmed the negative impacts of these phases of energy development on caribou. Initial development restrictions in Alberta were similar to those put in place in the 1970's and 1980's in Montana for wildlife (e.g., Appendix B) – namely that it was the disturbance during development which posed the most significant impact on caribou. This formed the basis for early regulations designed to minimize the timing of

BLM_0054975

development overlap with key 'calving seasons' and late winter seasons.  In effect, this policy is a formulation of the hypothesis that the main impacts of development are behavioral only, and that through avoidance of key behavioral periods, development impacts can be minimized.  This policy was tested in a series of experimental and modeling studies. Bradshaw et al. (1997, 1998) showed the negative impacts of disturbance caused by seismic exploration explosions increased caribou movement rates, habitat shifts, and reduced feeding times. These behavioral changes resulted in potential loss of body mass and reduced reproduction, linking avoidance to population declines. Yet the magnitude of observed impacts in these simulation studies was less than the rate of declines of some caribou herds, suggesting the next round of studies that investigated dynamics at the level of the individual caribou herd.

A series of studies across the boreal forest now confirm that amongst the main reason caribou populations are declining through large-scale changes to predator-prey dynamics as a result of forestry and oil and gas development (Alberta woodland caribou recovery team2005, COSEWIC2002). Historically, caribou coexisted at large spatial scales with moose and wolves by adopting a spatial separation strategy whereby they selected large contiguous patches of habitats unsuitable for wolves and their primary prey, such as peatland bogs or large patches of old growth conifers (James et al. 2004). Increased forestry produces early-seral stands with abundant food for primary prey, moose, which increase in population density with increasing forestry. This in turn increases wolf population densities (Fuller et al. 2003), which, when they exceed a density of approximately 7 wolves/1000km$^2$ exert enough secondary predation influence on caribou to reduce survival rates and drive population declines (Stuart-Smith et al. 1997, McLoughlin et al. 2003, Alberta woodland caribou recovery team 2005, James and Stuart-Smith 2000). Oil and gas development exacerbates changes from forestry by providing high densities of oil and gas seismic exploration lines upon which wolves have been shown to have the following negative ecological impacts. Wolves travel at higher speeds on seismic lines (James et al. 2004), which increases kill rates on large ungulate prey species (Mckenzie 2006, Webb et al. In Press), and increases overlap of wolves and caribou (Neufeld 2006). As a result, caribou show strong avoidance of human development near roads and seismic lines, as well as well sites (Dyer et al.

BLM_0054976

2001, 2002). Dyer et al. (2001) documented maximum caribou avoidance of areas 250m from roads and seismic lines and 1000m from wells, which, when extrapolated to the entire study area, impacted from 22-48% of available caribou habitats with potential road avoidance effects. Dyer et al.'s (2000) results presented the first clues that human development impacts were operating cumulatively and at large spatial scales.

During the next phase, scientists began studying population dynamics of impacted caribou herds across Alberta, confirming that the majority were declining (Mcloughlin et al. 2003, Alberta woodland caribou recovery team 2005) due to the mechanisms described above (Mcloughlin et al. 2005). Both empirical (McLoughlin et al. 2005) and modeling research at this stage confirmed the grim predictions of the cumulative effects of landscape change on caribou (Lessard et al. 2005, Weclaw and Hudson 2004, Sorenson et al. 2008) – aggressive and dramatic changes to the status quo energy development policy and/or aggressive interim measures such as landscape restoration, core protected areas, and large-scale energy development restrictions may be necessary to recover this federally threatened species (Alberta woodland caribou recovery team 2005). Unfortunately, efforts to restore seismic lines using experimental line blocking experiments failed to achieve any measureable reduction in travel by wolves, and Neufeld (2006) concluded that seismic line restoration at the scale necessary to reduce predation risk on caribou was unfeasible.

Finally, cumulative effects assessment at large scales confirms the grim picture facing caribou conservation in the face of energy development in Alberta. Using data from the previously mentioned studies, Schneider et al. (2003) developed cumulative effects assessment scenario's for caribou herds in Alberta, and showed that even under optimistic scenario's in development rates, which that have been exceeded within the 5 years since Schneider et al. (2003), available caribou habitat would decline from 42% of the study area (59,000km$^2$) at present to around 6% within 100 years. Empirical cumulative effects models also confirm the dire straits caribou face. By comparing population growth rates of caribou populations against the total amount of industrial development within caribou ranges and the total amount of caribou ranges burned by fire, a management model was developed that predicted expected caribou population growth rate simply as a function of % industrial development and % area burned

BLM_0054977