(Sorenson et al. 2008, Fig. 10). **Therefore, from a simple management perspective, the key variables after decades of research boiled down to the amount of habitat lost, which disproves the policy hypothesis that energy development can be mitigated with timing or seasonal restrictions, and also refutes the hypothesis that incremental continued energy development is consistent with caribou persistence.**

Today, caribou are listed as a threatened species both federally and provincially, with over 60% of identified herds in Canada declining because of some form of industrial human development (Alberta woodland caribou recovery team 2005). Drastic recovery actions are being proposed, and the federal government is presently developing critical habitat designation that will undoubtedly result in recommendations for restrictions on the amount of industrial development allowed within caribou ranges (Alberta woodland caribou recovery team 2005). In summary, these studies emphasize several key points; 1) short-term disturbances from energy development are not necessarily the most significant population level impacts; 2) by the time population-level impacts were detected, it was almost too late to recover many populations, or the level of restoration activities required are not feasible; 3) it is the amount of habitat disturbed by humans, not habitat fragmentation effects per se, that drove caribou population declines, 4) the sample size is effectively the population of caribou both for statistical, biological, and planning reasons, 5) cumulative impacts were not always evident from individual studies, and required scaling up to regional scales.



Fig. 10. Meta-analysis model for woodland caribou population growth rate as a function of the % of the boreal caribou range that was burned and the % of the caribou range converted to non-habitat through industrial development. The regression model was developed using n=6 woodland caribou population ranges across a 20,000km$^2$ area in Northern Alberta, and is described by $\lambda$= 1.191 - (0.314 * IND) - (0.291 *BURN) ($R^2$ = 0.96, n = 6, $P$ = 0.008) [Sorenson et al. 2008].

BLM_0054978

**Table 4. Review of scientific literature on the effects of energy development on Moose, Bighorn Sheep, and Caribou, summarizing study authors, location, vegetation type, species (AlAl – *Alces alces* (Moose), Oc- *Ovis canadensis*, Rtc – *Rangifer tarandus caribou* (Newfoundland subspecies), Rtg – *Rangifer tarandus grantii* (Barrenground caribou), and Rtt- *Rangifer tarandus taranuds* (Woodland caribou), whether the study was peer reviewed or not, study area size, duration, development type, study design and sample size, general results and management recommendations.**

| Authors, location, Veg. type | Spp. | Peer Review? | Study Area Size, Duration | Develop-ment Type | Sample design & size | General Results | Management Recommendations |
|---|---|---|---|---|---|---|---|
| **Moose** | | | | | | | |
| Altmann 1958 WY, various | *AlAl* | Yes | Unk, 3years | Human recreation / hunting | Observation al | Hunting pressure increased flight response, and cows with calves were easily disturbed. Flight distance declines during rut, and with newborn calves. Both sexes became habituated to some degree to human disturbance. | Effects of human disturbance on moose could be great enough to affect population dynamics. |
| Berger 2007, WY Mountains | *AlAl* | Yes | ~500km$^2$, 9 years | Human activities | Comparative radioteleme try, n= 192 | Evaluated effects of predation by grizzly bears on selection by moose for roads. Moose selected to be closer to human activity as grizzly bear predation increased. Grizzly bears avoided human activity, providing a human-caused refugia from predation. | Effects of human activities on wildlife can be counter-intuitive in the presence of human-caused refugia from predation. Considering indirect effects of trophic interactions to gauge development impacts key. |
| Horesji 1981 Alberta, foothills | *AlAl, Oh, Rtt, Ce* | No | and 0.15years | Seismic exploratio n | Comparative (BDA), n=26 | | Moose only species with enough data, crossed less during than before/after exploration |

BLM_0054979

## Table 4. Bighorn Sheep

| Authors, location, Veg. type | Spp. | Peer Review? | Study Area Size, Duration | Develop-ment Type | Sample design & size | General Results | Management Recommendations |
|---|---|---|---|---|---|---|---|
| **Bighorn Sheep** | | | | | | | |
| Etchberger et al. 2007, AZ, semi desert | *Oc* | Yes | 250km$^2$, 2 years | Human disturbance | Observational | Compared landscape covariates between areas currently occupied by bighorn sheep in the Coronado forest vs. areas unoccupied. Habitats used by bighorn sheep have less human disturbance, and higher forage biomass. | Fire is important and restoration of fire could enhance sheep habitat. Reducing human activity in the abandoned areas could enhance restoration of this population. |
| Frid (2003) | *Oc* | Yes | Unk, 1 year | Helicopter & aircraft disturbance | Experimental, n=56 experimental overflights | Aircraft approaches that were more direct (relative to the sheep) were more likely to cause sheep to flee or disrupt resting, and latency to respond was longer. Sheep had a 10% chance of fleeing when aircraft were as close as 750m, and a 10% chance of disrupting rest as far as 1.5km away. | Recommend avoiding known sheep ranges by as much as 1.5 km based on disturbance to resting behavior instead of fleeing behavior – the most costly response. |
| Jansen et al. (2006, 2007), AZ, semi-desert | *Oc* | Yes | Unk, 2 years | Mining disturbance | Observational, radiotelemetry, n=12 | Minor differences in sheep behavior inside and outside the mining area; Sheep spent more time feeding and less bedding inside the mine. | Sheep appeared to habituate to mining activity rapidly. Emphasis placed on restoration, especially in desert or semi-desert environments. |
| Keller & Bender (2007), CO, mountain | *Oc* | Yes | ~500km$^2$, 2 years | Human recreational disturbance, roads | Observational, behavioral observation | The number of sheep groups visiting a key mineral lick adjacent to a road declined as human disturbance increased, and the time and number of attempts required by bighorn to reach Sheep Lakes was positively related to the number of vehicles and people present at Sheep Lakes. | Negative effects of road and human avoidance may affect population dynamics. Recommended seasonal human use restrictions to maintain sheep populations.. |

BLM_0054980

**Table 4. Bighorn Sheep**

| Authors, location, Veg. type | Spp. | Peer Review? | Study Area Size, Duration | Development Type | Sample design & size | General Results | Management Recommendations |
|---|---|---|---|---|---|---|---|
| Leslie & Douglas (1980), NV, semi-desert | Oc | Yes | Unk, 1 year | Human disturbance, Construction | Observational, telemetry, n=17 | Construction caused a significant shift in use of artificial water sources by 9 of 17 female marked sheep.  Productivity during construction did not depart from the long-term population mean; however, lamb survival may have been affected. | Particular care should be given to water sources for bighorn sheep during development, habituation may ameliorate long-term negative effects to some degree, but population declines could occur. |
| Loehr et al. (2005), YT, Subarctic mountains | Oc dalli | Yes | Unk, 1 year | Human disturbance by hikers | Observational, n =35 | Females rested less and foraged more under human disturbance and were more vigilant, but not males. | None. |
| MacArthur & Geist (1982), AB, Mountain | Oc | Yes | Unk, 2 years | Human disturbance, hikers and dogs | Observational, heart rate monitors, n=5 | Cardiac and behavioral responses were greatest to humans and humans with dogs or approached sheep from over a ridge. Reactions to road traffic were minimal, and no reactions to helicopters or fixed-wing aircraft were observed at distances exceeding 400 m from sheep. | Responses to disturbance were detected using HR telemetry that were not evident from behavioral cues alone. |
| MacCallum & Geist (1992), AB, Mountain | Oc | Yes | Unk, 1 year | Mining disturbance & restoration | Observational | Sheep seasonal movements were similar to those found on native ranges. They used the reclaimed areas as winter range and for the mineral licks exposed during mining. Two thirds of all sightings were confined to 1.3 km of reclaimed grassland; its average productivity (4190 kg/ha) exceeded native ranges (1700 kg/ha).  Infestation with lungworms was moderate. Lamb production and survival were high. | Design criteria should be: feeding areas should be dry and lie within 300 m of escape terrain, which should have a slope of 40% and contain at least three benches. Rock piles should be placed on grazing areas. Mineral licks, a vital welfare factor, already existed within the high walls created by strip mining. |

BLM_0054981

**Table 4. Bighorn Sheep**

| Authors, location, Veg. type | Spp. | Peer Review? | Study Area Size, Duration | Develop-ment Type | Sample design & size | General Results | Management Recommendations |
|---|---|---|---|---|---|---|---|
| Oehler et al. (2005), CA, semi-desert, mountain | *Oc* | No | Unk, 3 years | Mining disturbance | Comparative, treated vs. treated area, radiotelemetry n = 19 | Size of annual home ranges, composition of diet, and ratios of young to adult females did not differ between female sheep inhabiting mined and nonmined areas. Nonmined areas had higher forage biomass than mined sites, and in spring, female sheep had lower forage quality. Sheep were reliant on water adjacent to the mine which influenced results. | Greatest impacts were observed in the summer, recommended either providing alternate water sources away from the mine to mitigate negative impacts or ceasing mining activities during the summer. |
| Papouchis et al. (2001), UT, semi-desert | *Oc* | Yes | Unk, 2 years | Human disturbance, hiking | Comparative, behavioral avoidance | Hikers caused the most severe responses in desert bighorn sheep (animals fled in 61% of encounters), followed by vehicles (17% fled) and mountain bikers (6% fled). Bighorn sheep were avoided around 39% farther from roads (490 +/- 19 m vs. 354 +/- 36 m) than in the low-use area. | We recommend managers confine hikers to designated trails during spring lambing and the autumn rut in desert bighorn sheep habitat. |
| Smyth (1997) | *Oc* | Yes | Unk, 2 years | Mining, reclamation | Observational | Survival and success of high elevation legumes varied as a function of drought stress, root exposure by frost-heaving, and elevation. | Native Astragalus spp. species can be used for mining reclamation. |
| Stockwell (1991) | *Oc* | Yes | Unk, 1 year | Helicopter & aircraft disturbance | Observational | Bighorn were sensitive to disturbance during winter (43% reduction in foraging efficiency) but not during spring (no significant effect. Further analyses indicated a disturbance distance threshold of 250-450 m. | Restrictions on helicopter overflights are recommended for National Parks, recommended >500m linear distance between sheep and aircraft. |

BLM_0054982

## Table 4. Cont' Caribou

| Authors, location, Veg. type | Spp. | Peer Review? | Study Area Size, Duration | Develop-ment Type | Sample design & size | General Results | Management Recommendations |
|---|---|---|---|---|---|---|---|
| **Caribou** | | | | | | | |
| Alberta Caribou Recovery Team 2005, AB, boreal forest and foothills | *Rtt* | No | >100,000 km$^2$, endangered species recovery plan | Oil, gas, seismic, forestry, linear development | Review | Caribou populations declining across the province because of cumulative effects of energy development | Aggressive energy development restrictions and restoration activities required including reduced logging, road removal, rehabilitation of seismic lines, protected areas with no development, predator and ungulate control |
| Bradsaw et al. 1998, AB, boreal | *Rtt* | Yes | 20,000 km$^2$ and 5years | Petroleum exploration | Modeling, n=N/A | Potential loss of mass and increased energy costs | Model may serve as a template for future research |
| Bradsaw et al. 1997, AB, boreal | *Rtt* | Yes | 20,000 km$^2$ and 1years | Simulated Seismic explosions | Experimental, n=23 | Exposed animals showed higher mean movement rate; no effect of distance from animal to canon vs. movement; exposed animals showed higher habitat patch change; exposure to sound reduced feeding time. | Total avoidance of winter petroleum exploration rather than shorter activity restrictions |
| Cameron et al. 2005, Alaska, arctic | *Rtg* | Yes | 8,000 km$^2$ and 22years | Petroleum development | Review | calving caribou avoided roads and caribou exposed to petroleum development may have consumed less forage during the calving period. | Assessments of cumulative effects of petroleum development on caribou must incorporate the complex interactions with a variable natural environment. |
| Cronin et al. 1998, 2000 Alaska, arctic | *Rtg* | Yes | 17,000 km$^2$ and 20years | Oil fields, roads, well pads, infrastructure | Review | Herd-level impacts of the Prudhoe Bay oil fields are not apparent on the Central Arctic caribou herd. | Resource extraction and wildlife populations can be compatible when managed properly. |

BLM_0054983

Literature Review on the Effects of Energy Development on Ungulates | Hebblewhite

## Table 4. Cont' Caribou

| Authors, location, Veg. type | Spp. | Peer Review? | Study Area Size, Duration | Development Type | Sample design & size | General Results | Management Recommendations |
|---|---|---|---|---|---|---|---|
| Dyer et al. 2000, AB, boreal | Rtt | Yes | 6,000 km$^2$ and 1years | roads, seismic lines, pipelines | Observation al, n=36 | Seismic lines were semipermeable barriers to caribou movements, roads were barriers with high traffic. Caribou avoided human development by 250 – 1000 meters (seismic vs wells). 22% - 48% of study area impacted by roads. | Semi-permeable barrier effects may exacerbate functional habitat loss through avoidance behavior. Effects great year round. |
| Dyer et al. 2001, AB, boreal | Rtt | Yes | 6,000 km$^2$ and 1years | new/old well pads; roads; seismic | Observation al, n=36 | traffic indices inconclusive; disturbance sites showed bias towards habitat type; | Fewer human-used/created corridors; less industrial development; effects greatest during summer. |
| Haskell et al. 2006, Alaska, arctic | Rtg | Yes | 700 km$^2$ and 3years | Oil fields, roads, well pads | Observation al, n=up to 12,000 | Caribou are able to habituate to active oilfield infrastructure during and after the calving period depending on the timing of the spring snowmelt. Groups with calves were on average distributed farther from infrastructure than groups without calves. | Development of calving period-specific mitigation measures that are effective and flexible is important because annual rehabituation is correlated with timing of spring snowmelt. |
| James et al. 2005 | Rtt | Yes | 20,000 km$^2$, 4 years | Oil and gas, seismic lines | Observation al | Caribou avoided habitats selected by wolves and moose, but moose preferred habitats impacted by forestry. | Limit overlap of energy and forestry development with spatial refuge areas for caribou. |
| James & Stuart-Smith 2000, AB, boreal | Rtt | Yes | 20,000 km$^2$ and 7years | roads, trails, seismic lines, pipelines | Observation al, n=98 | Caribou mortalities attributed to wolf predation were closer to linear corridors. | Development of new corridors within caribou habitat should be minimized. Existing corridors should be made unsuitable as travel routes to reduce impacts. |
| Johnson et al. 2006, NWT, arctic | Rtg | Yes | 190,000 km$^2$ and 5years | Energy exploration, hunting, mines. | observation al, n=28 | Mines had the largest negative effect on species. During post-calving caribou had a 37% reduction in the area of the highest quality habitats and an 84% increase in the area of the lowest quality habitats. | Regional cumulative effects analyses serve as the coarsest framework for understanding the impacts of human developments on wide-ranging animals. |

BLM_0054984

## Table 4. Cont' Caribou

| Authors, location, Veg. type | Spp. | Peer Rev-iew? | Study Area Size, Duration | Develop-ment Type | Sample design & size | General Results | Management Recommendations |
|---|---|---|---|---|---|---|---|
| Joly et al. 2006, Alaska, arctic | Rtg | Yes | Ukn and 23 years | Oil field, roads, infrastructure | review | Calving caribou gradually abandoned the oilfield with a drop in abundance by at least 72% in spite of the fact that the total herd increased 4-5 fold. | |
| Mahoney et al. 2002, Newfoundland, boreal | Rtc | Yes | 12,000 $km^2$ and 7 years | Hydroelectric development | Observational before, during, after development, n=51 | Hydroelectric development caused a disruption of the migration timing during construction and longer-term diminished use of the range surrounding the project site. | Long-term studies of individually marked animals can aid in environmental assessments for migratory animals. |
| McLoughlin et al. 2005, AB, boreal | Rtt | Yes | Unk and 11 years | | Observational, n=195 | Uplands present caribou with higher than expected levels of predation risk. Caribou should max selection of peatlands. | Linking fitness measures to multivariate resource selection will enable us to ask questions of evolutionary ecology once restricted to only the finest ecological scales. |
| McLoughlin et al. 2003, AB, boreal | Rtt | Yes | Ukn and 10 years | human development | Observational, n=332 | Wolf predation most common cause of death. Calf production 75-95%, mean annual recruitment was ~20 calves per 100 cows. 4 of 6 herds declining. | New land-use guidelines to promote caribou conservation |
| Nellemann et al. 2001, Norway, arctic | Rtt | Yes | 2900 $km^2$ and 12 years | Roads, railroads, power lines | Observational, n=2500 | Density of reindeer was 79% lower within 2.5 km from power lines compared with background areas. Areas within 5km of development were avoided in all years. | Construction of roads, power lines and cabin resorts endanger the available winter ranges of reindeer in southern Norway. |
| Nellemann et al. 2003, Norway, arctic | Rtt | Yes | 1350 $km^2$ and 10 years | Hydroelectric development | Observational, before, during, after development n=>2000 | Reindeer densities within a 4km radius to infrastructure declined during winter and summer with a 217% increase in use of the few remaining sites located >4km from infrastructure. | Controlling piecemeal development in infrastructure is critical for the survival of the remaining European populations of wild mountain reindeer. |

BLM_0054985

| Literature Review on the Effects of Energy Development on Ungulates | Hebblewhite |

## Table 4. Cont' Caribou

| Authors, location, Veg. type | Spp. | Peer Review? | Study Area Size, Duration | Development Type | Sample design & size | General Results | Management Recommendations |
|---|---|---|---|---|---|---|---|
| Neufeld 2006, Boreal forest, foothills | *Rtt* | Yes | ~3500 km², 3 years | Oil and gas, seismic lines | Observational & Experimental | Experimental rehabilitation of seismic lines using logging equipment failed to elicit any reduced use of cutlines by wolves. Spatial overlap between wolves and caribou was enhanced by seismic lines. | Managers should not assume long-term impacts of oil and gas development can be restored or reclaimed. Cutline restoration will require large investment in funding to be successful. Better approach to reduce footprint initially. |
| Noel et al. 2004, Alaska, arctic | *Rtg* | Yes | 225 km² and 23 years | Oilfield development, roads | Observational, n=up to 1,259 | Caribou density after road construction was not lower < 1km of roads than pre-road. # calving caribou in the study area has declined since road construction. Distribution of caribou was not strongly influence by presence of the road. | |
| O'Brien et al. 2006, Manitoba, Boreal forest | *Rtc* | Yes | 900 km² and 4 years | forestry and road development | Modeling, n=11 | Strong relationship between large clusters of high-quality winter habitat patches and winter GPS telemetry locations from two herds in Manitoba | Results highlight importance of accounting for the spatial configuration of habitat on the landscape and the intervening land cover types when assessing range quality for woodland caribou. |
| Schaefer & Mahoney 2007, boreal | *Rtc* | Yes | 2700 km² and 9 years | clearcut logging | Observational, 68 years, n=237 animal-years | Females avoided cutovers and maintained an average of 9.2km from active cutovers, males had no response to clearcuts. | Long-term investigations are needed to enhance our capacity to evaluate anthropogenic habitat changes. |
| Schneider et al. 2003, AB, boreal | *Rtt* | Yes | 59,000 km² and model dependent | energy and forestry development | Modeling | Model predicts caribou habitat availability will decline from present levels of 43 to 6% in 40 years. | Substantial improvement in ecological outcomes can be achieved through alternative management scenarios while still maintaining a sustainable flow of economic benefits. |

BLM_0054986

| Literature Review on the Effects of Energy Development on Ungulates | Hebblewhite |
| --- | --- |

**Table 4. Cont' Caribou**

| Authors, location, Veg. type | Spp. | Peer Review? | Study Area Size, Duration | Development Type | Sample design & size | General Results | Management Recommendations |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Sorenson et al. 2008, Boreal forest | *Rtt* | Yes (In Press) | 50,000 km$^2$, 10 years | Oil and gas development, forestry | Comparative, n=6 caribou herds | Compared the cumulative amount of all industrial development and natural disturbance (fire) against caribou population growth rates (Lambda) in 6 different herds. Lambda well predicted by % industrial development. | 5 of 6 caribou herds declining in study because industrial development exceeded thresholds of a maximum of about 40-60% of the range impacted by industrial development. Recommend planning at the range level (~8,000km$^2$) scale. |
| Stuart-Smith et al. 1997, AB, boreal | *Rtt* | Yes | 20,000 km$^2$ and 4 years | n/a | Observational, n=65 | Adult survival averaged 0.88, calf survival was 18 calves/100 cows. Lambda was 0.92. Lower calf survival and smaller home ranges in landscape with less fen patches and a higher proportion of upland. | n/a |
| Vors et al. 2007, Ontario, boreal | *Rtc* | Yes | n/a and 15 years | roads, utility corridors, mines, pits and quarries, trails, rail lines | Modeling | Forest cutovers were the best predictor of caribou occupancy with a tolerance threshold of 13 km to nearest cutover and a time lag of 2 decades between disturbance by cutting and caribou extirpation. | Buffers should be incorporated around habitat and range of occupancy should be monitored. |
| Weclaw & Hudson 2004, AB, boreal | *Rtt* | Yes | 20,000 km$^2$ | roads, infrastructure | Modeling | The most detrimental factor is the loss of habitat due to avoidance of good habitat in proximity of industrial infrastructure. | Wolf control is not a practical solution. Development thresholds to maintain habitat required. |
| Weir et al. 2007, Newfoundland, boreal | *Rtc* | Yes | 195 km$^2$ and 6 years | gold mine development | Observational, before, during development, n=~8000 | Caribou avoided areas within 4km of the site in most seasons. Group size and number decreases as mine activity progressed in late winter, pre-calving and calving seasons. | Importance of evaluating the year-round impact of human-induced environmental change. |

BLM_0054987

## 4.0 DISCUSSION

Wildlife managers, environmental planners, wildlife consultants, and energy developers who had hoped that this review would provide clear recommendations for approaches to mitigate the effects of energy development on wildlife populations are likely to be disappointed. A number of reviews have already been conducted on the impacts of energy development on wildlife, nearly 10% of all studies reviewed in this effort were previously conducted literature reviews on exactly the topic covered here (e.g., Hayden-Wing 1991, Berger 2004, Bromley 1985). If the preponderance of reviews on the subject is any indication, then there is a large demand for information about the effects of energy development on wildlife such as ungulates. Many of these previous reviews provide information about mitigation strategies for small-scale effects of energy disturbance on ungulate behavior, yet most conclude their reviews admonishing managers to conduct more long-term, population-oriented studies.  Unfortunately, my conclusions from reviewing the literature are that, at least for ungulates, there still remains no clear or effective management recommendations that will definitively mitigate the impacts of energy development on ungulate ***populations*** (emphasis added) in the habitats present in eastern and central Montana.

I draw this conclusion for the following main reasons. First, to date, there has not been one rigorously conducted study (e.g., a replicated experiment) of the effects of energy development on ungulates for a ***sufficient duration*** of both study and energy impact to be able to draw firm conclusions about the population impacts of development on ungulates species present in eastern and central Montana. The average duration of studies was very short (2.5 years) when compared to the lifespan of ungulates that may live for over 20 years. Few studies actually measured adult female survival, and *not one* study reported population growth rate for pronghorn, mule deer, elk or bighorn (caribou being the exception). The studies that did measure adult female survival failed to show any impact of energy development by and large, but were only conducted for a short time period, consistent with the low statistical power (Gerrodette 1987) expected for species with high and constant adult survival rates (Gaillard et al. 2000).  For long-lived species such as ungulates, impacts of changes to the environment may take up to

BLM_0054988

decades to manifest through cohort effects, compensatory reproduction by adult females, resilience in the adult age-cohort, and because ungulates in general have extremely high and constant adult survival, even despite large-scale changes in environmental conditions (Albon et al. 2000, Coulson et al. 2005, Festa-Bianchet et al. 2003, Gordon et al. 2004). Following from Gaillard et al. (2000) and Eberhardt (2002), energy impacts are expected to manifested first on the least sensitive, but most variable population vital rates such as calf survival and recruitment, not the most important, but least variable adult survival rates. In fact, ungulate life-history in general makes it extremely difficult, or almost impossible, to determine the effects of energy development on population parameters within a short 2-3 year study. Recent recommendations of reviews of ungulate demography studies suggest that a minimum of 50-60 marked adult female ungulates monitored over at least 5-years (Gordon et al. 2003, 2004) are required to gain a mechanistic understanding of changes in adult survival rates linked to environmental changes such as energy development. While population level surveys are capable of picking up important changes (Sawyer et al. 2005), without detailed demographic data, mechanisms driving changes will be cause for speculation. Thus, long-term changes in the way in which agencies and industry engage in research on energy impacts on wildlife need to occur.

My second major reason for why I conclude that impacts of energy development on populations are not possible at this point in time is because of the timing of many studies during early development phases. Following from the arguments above that the effects of energy development may take years to manifest on long-lived ungulates, most studies reviewed were conducted either during the pre- or first 1-5 years of development. This does not give populations long-enough to equilibrate to development and loss of habitat. A major additional problem with studying impacts of development only early during development is that density of development is confounded with duration of development – again confusing clear cause and effect relationships because of the period of equilibration that might be required for long-lived ungulates. An extreme example of this is the study by Van Dyke and Klein (1996) who investigated the impacts of the first oil well constructed in a nearly undeveloped area on elk behavior with a hope to estimate population-level impacts. At such low densities, population level responses

BLM_0054989

for a large bodied mobile herbivore would not be expected to occur because, as this review confirmed, ungulates can habituate to responses at low enough development thresholds.

Regardless of these conclusions about the **population-level** impacts of energy development, the review provides some conclusions about the behavior-level impacts of energy development on ungulate species that will be useful to planners at the site-level of the individual wellsite or road alignment. Many of these behavior-level impacts were already summarized by previous literature reviews (Bromley 1985, Hayden-Wing 1991, National Research Council 2003,Girard and Stotts 1986). However, the real question is whether such small-scale mitigations, referred to as 'death by a thousand cuts' (e.g., Lustig 2002) are useful to scale up to population level responses.

At the small scale, most ungulates displayed behavioral responses that weakly to strongly avoided energy development activities during the development phase (seismic blasting, road construction, mining construction, forest operations, and well drilling), although responses varied. Pronghorn, elk, and mule deer generally showed the strongest avoidance responses, in that order, while bighorn sheep were equivocal in their responses to the construction phases of energy development (Table 2, 3, 4). Seasonal impacts were variable, and occurred year round during winter ranges, calving ranges, migratory corridors, and summer ranges. Early studies tended to focus on effects of development on winter ranges, and restrictions on 'crucial' winter ranges are still enforced as small-scale mitigation measures to minimize the impacts of energy development on wildlife. However, recent studies seem to show increasing effects of energy development on spring calving ranges of ungulates, during summer, and especially in migration corridors (discussed below). This may reflect the growing appreciation within the literature of the importance of summer nutrition to ungulate demography (Cook et al. 2004, Parker et al. 2005). Regardless, clear recommendations for timing restrictions on spring calving ranges and critical winter ranges were echoed by a majority of studies for all species, especially elk, mule deer and pronghorn. Therefore, timing restrictions already developed to minimize the effects of development on ungulates during these key times should probably be kept in place and continued to be monitored for effectiveness (see below).

BLM_0054990

Also at the small-scale, energy development had impacts on ungulates through the effects of roads and the amount of development, which I review next.

## 4.1 Effects of Roads

Roads are one of the most pervasive impacts of human development on natural landscapes (Forman and Alexander 1998), and by far, their greatest impact lies in the indirect effects of habitat fragmentation and avoidance by wildlife. By current estimates of wildlife-road relationships, the lower continental USA has around 10-20% of available habitats impacted to some degree or another by wildlife. Impacts of roads on wildlife are not all or nothing, and extend in some continuous function of distance from roads that differ in the overall avoidance buffer size across species (Forman and Alexander 1998). In a preliminary attempt to extract information about ungulate responses to roads associated with energy development for this review, I summarized those studies that presented analyses of the effects of distance to energy development (road, wellsite) on measures of ungulate resource selection.

It is important to note that this zone of influence does not imply 100% avoidance (Schneider et al. 2003,Harron 2007), yet from the information presented in many of the studies reviewed, actual effective reductions in habitat use was not presented. For example, Dyer et al. (2001) found on average 40% reduction within 100m of a seismic line, and declines up to 250m away. Powell (2003) reported 73% reductions in use within 2000m of energy development, but other studies did not usually present enough information. In the 8 or so studies that did report some sort of avoidance effect of roads that was quantifiable, the average 'zone' of influence extended approximately 1000m from both roads and wells, though responses varied within seasons and between species (Table 5). In general, ungulates avoided roads more during the summer months than during winter, when they were often constrained to be closer to roads because of increased snow depths, etc. Regardless, even considering an effective loss of habitat of 50% within this zone of avoidance and a modest buffer size of 500m reveals that 10% of a study area can be effectively lost due to indirect avoidance of roads under optimistic assumptions. The role that overlap between well sites and roads plays on the effects of habitat loss due to avoidance is important and should be investigated in detail

BLM_0054991

in the kinds of habitats present in eastern Montana because of the importance of spatial configuration of habitats in determining road impacts (Rowland et al. 2000,Frair 2005).

Table 5. Summary of ungulate studies showing avoidance of roads and well sites, averaging results across seasons and habitat types.

| Author | Species | Avoidance Buffer (m) | |
|---|---|---|---|
| | | Roads | Wells |
| Gillan (1981) | Elk | 1200 | 500 |
| Edge (1982) | Elk | 500 | 1000 |
| Rost (1988) | Elk | 200 | |
| Dyer et al. (2000) | Caribou | 250 | 1000 |
| Sawyer et al. (2005) | Mule deer | 2700 | |
| Powell (1988) | Elk | 2000 | 2000 |
| Frair (2005) | Elk | 200 | |
| Ward (1986) | Elk | 2000 | |
| | Average | 1131 | 1125 |



Fig.11. Simple algebraic models for the effects of increasing wildlife buffer avoidance size as a function of linear disturbance and the density of wells, assuming no overlap of buffers of disturbances – an unlikely biological scenario. However, these are useful as guidelines because the actual effects of overlap will be landscape specific, although they will tend to cause the relationships to decline asymptotically to a lower % total area impacted. Studies of the effects of road and wellsite distribution in grassland and sage-steppe habitats are needed.

BLM_0054992

## 4.2 Amount of Development

I extracted the density of oil and gas development from studies where possible. Unfortunately, from the n=70 or so studies that investigated the direct impacts of development on wildlife, only a handful (n=12) presented sufficient information to be able to estimate either the density of wellsites or the density of linear disturbance (road, seismic Table 6). Undoubtedly, with additional research and perhaps change detection remote sensing studies, densities of development during the actual study could be backcast for meta-analyses (see below). For these 12 studies, I attempted a simple univariate meta-analysis of development densities for studies that reported a significant statistical effect of energy development on some response variable against those studies with no effect. I present these results only as preliminary results of univariate meta-analyses as an example what additional investment in meta-analyses of existing data could yield. Caveats of this simple summary are many; scale effects of study area size and determination were not accounted for, study duration was also not included, and sample size of the original study, and its variance, were not considered. Regardless, studies that showed a significant impact of energy development tended to have a much higher density of both wellsites and roads, consistent with ecological theory (Forman 1998) and results of individual studies. Somewhere between 0.1 and 0.4 wells/km$^2$ and between 0.18 and 1.05 linear km/km$^2$ of development significant impacts started to manifest on ungulate species including mule deer, pronghorn and elk. Additional research is necessary, however, to disentangle effects of sample size, study duration, and impact type (behavioral, habitat effect, population) on the relationship between development density and impacts. I review formal meta-analyses below as a next step in energy-wildlife research needs.

BLM_0054993

Table 6. Summary of density of energy development disturbance in terms of density of active wellsites/km2 and linear kilometers of pipelines, seismic lines and roads / km2 from studies where such information was reported.  Despite small sample sizes of studies that reported densities, ambiguities in definition of study areas, and simplification of impacts to a binary variable, densities of disturbance appears to be related to the impact of energy development.

| Study | Density of Wells/$km^2$ | Linear km of roads / pipelines / seismic / $km^2$ | Significant Impact?[3] |
|---|---|---|---|
| Knight et al. (1981) – Ce[1] | 0.088 | N/A | NO |
| Olson (1981) – Ce | N/A | 0.15 | NO |
| Rowland et al. (2000) - Ce | N/A | 0.62 | YES |
| Sawyer (2002)  - Aa, Oh | N/A | 0.62 | YES |
| Bennington (1981) – Ce | 0.20 | N/A | NO |
| Van Dyke & Klein (1996)  - Ce | <0.001 | N/A | NO |
| Sawyer (2005a, b)[2] – Oh | 1.01 | 1.36 | YES |
| Berger (2005, 2006)[2] – Aa | 0.25 | 0.20 | NO |
| Frair et al. (2005, 2007) – Ce | 0.20 | 1.6 | YES |
| | | | |
| Easterly et al. (1991) – Aa | 0.27 | N/A | YES |
| Ihlse et al. (1981) – Oh | 0.003 | N/A | NO |
| | | | |
| Summary Statistics | Mean (n) | Mean (n) | |
| Significant Impact – Yes | 0.49 (3) | 1.05 (4) | |
| Significant Impact – No | 0.10 (4) | 0.18 (2) | |

1- Species are as in Tables 3-4.
2- These two sets of studies occur in approximately the same area but defined different study area sizes based on species life history.
3- Significant impact is a simple binary variable confirming whether statistically significant effects of energy development were detected on key response variables.

## 4.3 Limitations

### 4.3.1 Experimental Design

Despite the useful information provided in the reviewed studies for developing preliminary guidelines to guide energy development to minimize impacts on ungulate species, my review revealed several major problems with previous studies including 1) poor experimental design including lack of replication, controls and pseudoreplication, 2) limitations of scale, 3) and poor execution and timing with respect to energy development. Gill (2001) provide an excellent review of experimental designs for large

BLM_0054994

scale adaptive management experiments required to tease apart reasons for mule deer declines in Colorado, many of which would be suitable designs for determining the effects of energy development on wildlife. I briefly touch on experimental design issues here (Krebs1989, Underwood1997, Gill 2001, Williams et al. 2002).

From a traditional scientific paradigm, reliable knowledge is generated through carefully thought out and planned replicated experiments that are designed to test a specific hypothesis, then revised once that hypothesis is accepted or rejected and a new experiment designed. In ecological systems, researchers and managers often do not have the luxury of conducting one at a time experiments just to test one hypothesis; instead, the philosophy of multiple working hypotheses is adopted (Chamberlain 1890, Burnham and Anderson 1998). Regardless, experimental controls in a replicated system provide the strongest inference.

Unfortunately, of the reviewed studies, the vast majority employed an observational or correlational-design (47%), where responses within one population to human disturbance are regressed against some covariate such as distance to roads (Fig 14). While useful, it is difficult to determine cause-and-effect relationships or mechanisms in such studies. Many observational studies were gray-literature reports designed as a mitigation strategy to permit development (which I discuss below). Reviewing these studies especially gives the impression of the following common scenario (summarized succinctly by Lustig (2002);

1) A permit for drilling a well is requested in an area defined as critical winter range for an ungulate.

2) The permit is granted with stipulations that minimize putative negative effects by minimizing temporal risks during critical times (calving).

3) Either because of violation of the stipulations, or in fact as an additional stipulation, a study is commissioned to investigate the effects of energy development activity X on wildlife species Y.

4) The correlative study is often designed hastily, with inadequate resources, sample size, temporal or spatial scope, without pre-development data, nor any commitment to monitoring beyond the intended life of the development phase.

BLM_0054995

In the course of my review, I have come to the conclusion that wildlife biologists, as a profession, are failing to live up to professional standards and guidelines of their chosen professional organization, The Wildlife Society, by agreeing to participate in these poorly-designed studies that are merely aimed at appeasing the small-scale regulatory process. The huge number of animals captured and handled (>2000), their capture-related mortality, the huge financial investments made by energy development companies, and the huge investment in personnel time do not weigh favorably against the meager conclusions about the effects of energy development on ungulate populations. Figure 6 reinforces the impression that the bulk of studies of wildlife-energy relationships have been reactive, driven by trends in oil production, not part of any pro-active adaptive management program. At the least, I hope this review convinces some of the need for better designed studies of energy-wildlife impacts.

Comparative studies provide stronger inference, for example, between the same population before and after without a control, and were employed in 19% of studies reviewed. The lack of a control makes it difficult to determine whether changes before and after development were due to the development, or some unmeasured covariate, for example, snow or weather. For this reason, comparative studies, while an improvement, will be unable to provide strong inference about the effects of development on populations.

The third kind of study design, experimental, is when effects of development on ungulates after development occurred are compared between a control and developed population, without before data on the development population (Fig. 14). Eighteen percent of studies reviewed used this design. This example was common when pre-development data were not available, usually because the study was designed as an afterthought to development or to allow violation of a stipulation for drilling during exploration. The problem with experimental comparisons this kind is that without data on the pre-development population, it is difficult to conclude that differences between treatments were not due to some additional, unmeasured variable present in the treatment population. This is a serious concern where experimental units cannot be randomized and where replication is difficult; both conditions are prevalent in all wildlife-energy studies. Randomization is so difficult to achieve at the level of assigning

BLM_0054996

treatments that I do not discuss it further here; but randomization of the assignment of control populations could conceivably occur, and randomization of animal's radiocollared within studies should also occur as possible. A good example of a strong experimental comparison amongst the studies reviewed were the Upper Green River Basin studies on pronghorn by Berger (2004, 2006) and colleagues. The study used a treatment and control group, but had limited data pre-development, although as energy development increases in the study area, the first year of the study may very well serve as pre-development conditions. If so, this would make this study design very powerful.

The most powerful design, that of a before-after-control-impact design (BACI, Underwood 1997) was employed in 18% of studies reviewed. BACI designs are amongst the most powerful experimental designs because effects of development are compared between a treatment and control simultaneously both before and after development. This design alleviates difficulties with previous designs controlling for spatial and temporal confounding. The best example of this BACI design in all the studies reviewed are epitomized by the studies on the Sublette mule deer herd because they had extensive pre-development data on mule deer survival and habitat use, compared to 5-years and running of post-development data between a control and treatment population (Sawyer et al. 2005, 2006). Priority should be given to maintaining funding for this study especially because of its relevance, large spatial scale (see below), and strong design.

Despite these compliments, a central tenant of experimental design, replication, was absent from all reviewed studies. Not one study was replicated at the level of treatment. Obviously replication at the spatial scale here is difficult to achieve, but future efforts should be made to initiate additional studies in areas with and without development to serve as meta-replicates; that is, replicates at the scale of meta-analyses between populations.

BLM_0054997



Fig. 13. Common experimental designs for studying the impacts of energy development on wildlife in increasing order of scientific rigor (Underwood 1996). 1) Observational studies simply observe relationships between a parameter and the level of development. 2) Comparative studies compare the effects of development before and after on a parameter without contemporaneous control. 3) Experimental designs compare a control and treatment group post development. 4) In a Before-After-Control Impact (BACI) design, 4 paired sites are used to compare effects of development on a parameter before development in both a control and pre-treatment site, and after development in both a control and post-development site. Note in this schematic, there is no replication.

### 4.3.2 Spatial Scale

A difficult problem in ecology is how to scale-up from short-term small scale behavioral decisions of animals to long-term landscape scale population and distributional responses. The difficulty in scaling up is why so few of the studies that showed short-term responses were able to measure or demonstrate these long-term or population level responses. A second scaling problem is presented by Berger et al. (2007) when discussing issues of spatial scale and habitat fragmentation, both of which are totally dependent on each other (Dale et al. 2000, Turner et al. 2001). Quantifying habitat fragmentation metrics will be completely determined by the study area size, and for this reason, many authors recommend conducting multi-scale analyses of the effects of habitat fragmentation on wildlife species (Turner et al. 2001, Harrison and Bruna 1999).

BLM_0054998

In many of the studies I reviewed, there was a third scaling problem – that of extrapolating responses. This occurred where the effects of a local point source disturbance (wellsite) was assessed at the population or at the home range scale, and results extrapolated well beyond the development densities under which the response was studied. For example, Van Dyke and Klein (1996) document the responses of elk home ranges to installation of a single well in a hitherto undeveloped grassland ecosystem in north central Montana. This was the first well to be installed in a $200km^2$ area, an extremely low well density. The authors basically found few impacts of the well installation on elk home range use, and no lasting impacts on behavior or habitat use. The results of this study have been extrapolated to other wells across Montana, yet the validity of extrapolating the finding of no significant impacts to areas of higher well density, for example, is questionable. This emphasizes the need to establish thresholds for development or broad, regional scale cumulative impact assessments as the density of well sites and development increases.

Finally, there was often a scale-mismatch between the spatial scale of the study in question, most often focused on some crucial winter range, and the spatial scale of the population under investigation. Assuming the goal of an impact study is to assess the impacts of a particular development on a population, unless the study area represents the annual range occupied by the ungulate population, it will become difficult to evaluate whether the changes in the population are occurring because of energy development on the winter range, or because of undocumented changes occurring elsewhere in the populations range, for example.

One potential solution to the issue of how to determine the appropriate study scale is to use the spatial scale of migration as a guideline in migratory populations. Berger (2004) reviews long-distance migration throughout western North America and worldwide, and migration distances for ungulates in western North America are presented in Table 7. While not all populations are migratory, the reported degree of partial migration ranged from 45 to 100%. Considering the one-way migration distances as a buffer of any particular energy development suggests that the correct spatial scale to consider evaluating the effects of energy development could range from $1500km^2$ for bighorn sheep to nearly $19,000km^2$ for pronghorn. Notably, when compared to the scale

BLM_0054999

of reported study areas in this review, these rough guidelines are much greater than reported by studies attempting to address development impacts in the literature. Surely, study area specific guidelines should be developed once migratory movements are determined, but these guidelines emphasize the large spatial scale required to understand population-level impacts.

**Table 7. Summary of one-way migration distances recorded in selected reviewed studies that were mainly summarized by Berger (2004). Assuming the goal of the energy-wildlife impact study is to make inferences to the population, the study area size and spatial scale that impacts should be assessed over can be calculated as the spatial scale of migration.**

| Study | Species | Distance (km) | SE | % Migrant | n |
|---|---|---|---|---|---|
| Sawyer et al. 2005 | Pronghorn | 177 | 2 | 95 | 34 pronghorn |
| Sawyer et al. 2005 | Mule deer | 84 | 5.1 | 100 | 158 deer |
| White et al. 2007 | Pronghorn | 35 | --- | 70% | 44 pronghorn |
| Berger 2004 | Pronghorn | 137 | 12.1 | N/A | 7 pops. |
| Berger 2004 | Mule deer | 73 | 5.2 | N/A | 16 pops. |
| Berger 2004 | Elk | 93 | 7.1 | N/A | 7 pops. |
| Berger 2004 | Bighorn | 39 | 4.1 | N/A | 5 pops. |
| Berger 2004 | Caribou | 71 | 7.9 | N/A | 4 pops. |
| Berger 2004 | Moose | 85 | 4.3 | N/A | 13 pops. |
| Hebblewhite et al. 2006 | Elk Summaries | 55 | 8.9 | 45% | 60 elk |

| Species | Study area size required to contain migratory movements |
|---|---|
| Elk | 8,464 km$^2$ |
| Mule Deer | 5,423 km$^2$ |
| Pronghorn | 18,769 km$^2$ |
| Bighorn | 1,521 km$^2$ |
| Caribou | 5,041 km$^2$ |

## 4.4 Potential Toxicological Impacts

Girard and Stotts (1986) are the only studies in this review that specifically mention the potential negative effects of $H_2S$ (hydrogen sulphide) on wildlife species. Yet recent studies have demonstrated the potential negative effects of $H_2S$ emitted from sour gas wells (natural gas fields) on domestic cattle in Alberta (Waldner et al. 2001a,b, Scott et al. 2003a), although results are equivocal at this point (Scott et al. 2003b).

BLM_0055000

Moreover, there is increasing interest in investigating the human health consequences of sour gas emissions from natural gas wells, with recent studies potentially linking $H_2S$ emissions to human health and increased risk of cancer, cardiovascular disease, and endocrine dysfunction (Saadat et al. 2006, Roth and Goodwin 2000, Waldner et al. 1998) and even real estate prices. A recent government sponsored study in Alberta emphasizes that $H_2S$ should be considered a broad-spectrum toxicant, and that repeated exposure may result in cumulative health impacts on the brain, lung, and heart (Roth and Goodwin 2000), although the report calls for increased medical research to establish cause-and-effect relationships. Regardless of the uncertainty regarding the effects of emissions from energy development on wildlife, it is surprising that no studies have investigated the effects of increased exposure to toxic chemicals emitted from oil and gas wells. Collaboration with ecotoxicologists is recommended as a future area of potentially important research

## 4.5 Conceptual Approach for Understanding the Effects of Energy Development on Wildlife

One of the conclusions from this review is that the effects of energy development on ungulate species will be manifested through changes in the ecological communities of species, including humans, in which they exist. As such, impacts of energy development on ungulates can be classified into direct impacts and indirect impacts. Distinguishing between *direct* effects and *indirect* effects and between species is critical to understanding the mechanisms of energy development impacts on ungulates, and to providing effective mitigation strategies to ensure the sustainability of energy development. In community ecology, *direct effects* between species (e.g., human, energy development, and elk) occur when there are no intermediary species between two interacting species, for example, through direct mortality associated with energy development (road kills, poaching, destruction of nests, etc Estes et al. 2004). Most direct effects are classified as either predation (energy development directly kills wildlife species) or habitat destruction, where the population size of wildlife is directly reduced because of the reduction in available forage as a result of development (area of habitat directly lost by well sites, roads, compressor stations, etc).

BLM_0055001

In contrast, *indirect effects* of energy development are where impacts on a wildlife species are mediated by an intermediate species. As an example of indirect effects, Fig. 12 illustrates the indirect effect of energy development on sage grouse and kit foxes (*Vulpes macrotis*) mediated by human caused changes in the densities of important predators in this terrestrial grassland community, such as coyotes (*Canis latrans*) or red-tailed hawks (*Buteo jamaicensis*, e.g., Fig. 12). In this example, raptors have increased predation rates on sage grouse because of increased perching habitat near attractive sink habitat near road ditches for sage grouse (Aldridge and Boyce 2007, Fletcher et al. 2003). Similarly, coyote populations increase following human development because of habitats associated with human development supports higher densities of small mammals, causing increased predation by coyotes on kit foxes (Haight et al. 2002a).

Effects of energy development will likely go far beyond direct impacts purely based on community ecology theory (Estes et al. 2004). Recent reviews have reminded ecologists that direct effects are but a fraction of the potential species interactions possible in even a simple food-web (Estes et al. 2004, Bascompte et al. 2005). For example, in Fig. 13, the total number of direct interactions (such as direct mortality) between the six species is 30, whereas the number of indirect species interactions is 1,920! (see Estes et al. (2004) for calculations). This emphasizes that wildlife managers should be very concerned about indirect effects of energy development in Montana and



Fig. 12. Conceptual trophic food web illustrating direct (solid lines) and indirect effects (dashed). Interaction strength of one trophic level on another is shown by the thickness of the arrow, and the magnitude of the effect by the sign whether positive (+) or negative (-). In this example, energy development benefits predators such as raptors and coyotes with additional foraging habitat, causing stronger negative indirect effects than direct effects on vulnerable Sage grouse and Kit fox.

design effective strategies to mitigate them.

Indirect effects of energy development can also arise because of behavioural changes by ungulates in response to energy development such as avoidance of roads and wellsites. These results have been corroborated across systems and at larger scales in ungulates confirming the importance of indirect behavioural effects, such as the avoidance of predation risk and human disturbance (i.e., energy development) by ungulates on ecosystem dynamics (Fortin et al. 2005, Rothley 2001, Hebblewhite et al. 2005).

Despite the theoretical support for the importance of indirect effects, a cursory review of the literature on the subject of impacts of energy on wildlife reveals a seemingly myopic focus of mitigation strategies on reducing direct effects such as road mortality and direct habitat destruction (BLM 2003a,b). A renewed focus on the indirect effects of energy development mediated by community level changes in species will underscore the influences of indirect effects in the cumulative impacts of energy development. In this literature review, I will test the hypothesis that indirect effects are more prevalent than direct effects of energy on ungulate species. If indirect effects are more common than direct effects, I expect to find evidence that the impacts of energy development on wildlife are mediated by changes in community dynamics of other species (i.e., increased human access during hunting season, increased coyote abundance, etc.,) or through behavioural changes of ungulates in response to energy development.



Fig.14 . Conceptual diagram illustrating the importance of indirect species interactions in understanding the effects of energy development on wildlife. A conceptual three-trophic level food web illustrating direct (solid) and indirect (dashed) interactions between human energy development, carnivores, herbivores, and plants is shown. Predation and other direct interactions (competition, etc) are illustrated by black and gray lines, respectively. Fourteen of 30 direct species interactions are shown, whereas only 1 of 1920 potential indirect effects are shown, in this case, the indirect effects of human energy development on plant species 1 mediated via changes in the abundance of herbivore 1.

BLM_0055003

## 4.6   Recommendations for Future Energy Development Impact Studies on Ungulates in Eastern Central Montana

### 4.6.1 Meta Analyses

Meta-analysis is the most rigorous form of synthesis and review in the scientific literature, and is used to combine results of analyses into one synthetic framework to test broad hypotheses in science (Hobbs and Hilborn 2006, Osenberg et al. 1997, Hedges et al. 1999, Arnqvist and Wooster 1995). Great advances have been made in the recent decade in ecology in particular by synthesizing results of single studies to test broad ecological hypotheses, for example about the effects of predators on ecosystems (e.g., Schmitz et al. 2000, Shurin et al. 2002).  In its simplest form, each study becomes one replicate in the meta-analysis, thus, meta-analysis is extremely useful for augmenting statistical power in hypothesis testing because multiple small-scale studies are combined effectively as a series of replicated studies.

Meta-analysis of the effects of energy development is the next logical step to take to quantify the impacts of energy development on ungulates following standard meta-analysis. Three basic pieces of information from published studies are required to conduct meta-analysis; the mean treatment effect, the sample size (n), and the standard deviation in the response (Schmitz et al. 2000, Gurevitch and Hedges 1999, Arnqvist and Wooster 1995). For advanced meta-analysis, extraction of more detailed information from each study area; such as road density, well density, date of initiation of development, etc., could help elucidate responses of wildlife to energy development in formal meta-analyses. For each study, the mean values are extracted for response variables from the experimental (energy development) treatment ($\overline{X}_j^E$ where E is experimental) and the control treatment ($\overline{X}_j^C$ where C is control). The difference between two treatments for the $j$th study, or the effect size, is calculated by the difference of the means following:

$$E_j = \overline{X}_j^E - \overline{X}_j^C \qquad \text{(equation 1).}$$

While effect size is an intuitive metric, it is difficult to compare across studies and different response variables because of scaling issues (Hedges et al. 1999); how does

BLM_0055004

one compare the magnitude of the difference in survival which may be small, especially with ungulates (e.g., 0.1) with the magnitude of flight response between studies? A better measure is the log response ratio, $L_j$, for several reasons (see Oseberg 1999 for details). Meta-analyses uses the response-ratio to estimate the effect size of the energy development between the treatment and control (Hedges et al. 1999, Gurevitch and Hedges 1999) following:

$$L_j = \log(\overline{X}_j^E / \overline{X}_j^C) \qquad \text{(equation 2)}$$

Response ratios less than 1 represent the hypothesis that energy development has a negative impact on the response variable, and vice versa for values greater than 1. For parameters that may be changing over the duration of energy development (i.e., as the ungulate population equilibrates to the new disturbance, lost habitat, changed predator-prey regimes, etc), it is important to consider trends over time in the response ratio (Osenberg et al. 1997). If effects are not constant, it is important to report the trend in effects. Variance in log response ratios are calculated following Hedges et al. (1999).

As an example, I illustrate meta-analysis using a hypothetical example of a review of the effects of energy development on survival of adult female pronghorn, elk and mule deer (Box 1). Meta-analysis of the literature reviewed in this study would help formalize the tantalizing syntheses presented in Tables 4 and 5 that are suggestive of thresholds in responses of wildlife to the amount of energy development, and calculate averaged responses of wildlife avoidance of roads associated with human development.

BLM_0055005

**Box 1. Meta-analysis illustrated with a hypothetical example of a review of the effect of energy development on survival rates of adult female pronghorn, elk and mule deer.**

The first figure (a) shows a well designed, replicated (see section 4.4) study on the effects of energy development on survival of adult pronghorn in a before-after-control impact design (BACI). The magnitude of the difference in survival between the control/before treatment and the impacted treatment (0.85-0.63 = 0.22) is termed the **effect size** of the treatment (see equation 1 above), in this case, energy development. Sample size is the number of collared animals, and the wider confidence intervals in the impact represent the common situation of greater variation in the treatment response, emphasizing the importance of sufficient sample size.

In the second figure (b) **the log response ratio** (see equation 2) from a number of different studies on ungulate survival have been summarized. Response ratio's greater than zero represent a net positive impact of energy development and values less than zero represent a net negative impact of the treatment across studies (n is now # of studies). Effect sizes are standardized with respect to the sample size and variance of the data in figure (a) for each study. Deer illustrate the case where too few studies were likely conducted to draw concrete conclusions.

In the final figure (c) the response ratio is now regressed against some consistent spatial measure of habitat fragmentation (in this case density of wellsites/km$^2$) to test for thresholds in the cumulative effects of development on, in this example, ungulate survival rates. In this example, if the standardized effect size, Z, corresponding to the maximum decrease in ungulate survival was -0.2 (which could correspond to a survival rate of 0.75), then the threshold for wellsite density would be approximately 3 wells/km$^2$.







BLM_0055006

### 4.6.2 Habitat-linked cumulative effects assessment

Johnson et al. (2005) and Johnson and Boyce (2005) provide a template for the assessment of regional cumulative environmental effects on 4 species of wildlife in the central Canadian Arctic in a region of rapidly increasing diamond mine (and oil) exploration and development. The area in which regional development impacts were assessed was a huge area, over a 190,000km$^2$ area for four wildlife species; caribou, grizzly bears, wolves and wolverines. Lack of adequately sized spatial or temporal controls, the sheer size and difficulty of collecting wildlife data in the study area,



Fig.15. From Johnson & Boyce (2005). Analytical framework for the development of habitat linked PVA analysis to assess the impact of wildlife within a population undergoing energy development.

and the availability of existing wildlife telemetry data lent themselves to a habitat-modeling based assessment of development impacts. Under the assumption that resource selection ultimately dictates population demography of wildlife species (Boyce and McDonald 1999, Manly et al. 2002), Johnson et al. (2005) developed habitat-based population viability model based on Resource Selection Functions (RSF). Briefly, once focal species are identified, RSF models that quantify the relationship to human activity are developed. Next, potential habitat disturbance caused by energy development is modeled as a function of future landscape scenarios (Johnson et al. 2005, Schneider et al. 2003), and the area of effective habitat loss is measured using the RSF model. The assumption that habitat

BLM_0055007

quality predicted by RSF models relate to population sizes has been recently supported in several studies on caribou (Seip et al. 2007) and grizzly bears (Ciarniello et al. 2007, Boyce and Waller 2003). Then, given a reduction in habitat quality revealed by the RSF model, a habitat-linked population viability model (Haight et al. 2006, Carroll et al. 2003) can be developed to evaluate the effects of competing energy development scenarios on wildlife. I agree with recent authors (Carroll and Miquelle 2006, Morris and Doak 2002) that caution against treating the predictions of such PVA as quantitative. Rather, recent studies show that habitat-linked PVA provides relative comparisons between alternate development scenarios. As such, habitat linked PVAs could be a useful modeling tool for adaptive management (see below). The limitations of this approach is the fundamentally correlative nature within one population undergoing energy development; whether relationships hold over future development patterns need to be assessed through continued monitoring, and whether the link between resource selection and fitness is necessarily held in wildlife populations impacted by human development (e.g., Mcloughlin et al. 2005) needs to be tested. A comparative study design between populations that are and are not impacted by development would be a stronger approach.

### 4.6.3 Large-scale, replicated experimental tests of the impact of energy development on ungulates.

As this literature review summarizes above, the current state of knowledge about the impacts of energy development on wildlife is woefully lacking on several critical fronts. First, knowledge of the effects of long-term impacts on wildlife population parameters is essentially absent – study duration averaged <3 years, an inadequate timeframe to assess the impacts of energy development on long-lived ungulates. With dozens of short-lived studies, we literally have almost no idea what population responses to energy development will be.

Second, by and large, studies conducted to date have suffered from extremely poor experimental design, lack of controls, and lack of replication, and when present, pseudoreplication; mismatches between the scale of the problem

BLM_0055008

and the scale of investigation, and a general tendency to be reactive, post-hoc designed studies developed as part of a mitigation strategy to allow continued development instead of an a-priori designed adaptive management process. These difficult problems provide managers little guidance on how to minimize the negative effects of continuing energy development at the population level.

Fortunately, Montana Fish Wildlife and Parks, along with other key partners, including industry, have a successful history of working together to assess the impacts of human development on ungulates at large scales. The Montana Cooperative Elk Forestry study epitomizes the cutting edge of forestry-wildlife relationships at its time, with 6 replicated studies across the state of Montana (Fig. 8). The study monitored the results of different management treatments on elk response to human activity across different spatial scales. This time, the stakes of development will be higher, with the projected impacts of energy development potentially exceeding impacts of logging in the western half of the state.

Clearly, designing long-term replicated studies across several locations in eastern and central Montana (potentially even replicated across states such as in the Upper Green River Basin of Wyoming) represents the next step in developing a scientific assessment of the effects of energy development on ungulates. Basic principles of experimental design should be followed, with control and replicate treatment populations monitored across similar habitats for a sufficient duration (10-years) to determine population level responses. Gill (2001) provides useful recommendations for large scale, population-level experiments in their review of the underlying causes of mule deer declines in Colorado. Building on the meta-analysis of the effects of energy development on wildlife, power-analyses (Gerrodette 1987) could be conducted to determine the appropriate study duration to ensure that population level responses are documented a-priori. This would alleviate the problem of uncertainty over impacts where ongoing studies fail to show any population responses in initial years of the study (Berger et al. 2007, Sawyer et al. 2006) – if a-priori power analysis confirmed that it will take 10 years to determine even small changes in adult female survival of ungulates

BLM_0055009

(e.g., 4%), then preliminary analyses would be interpreted within the limits of statistical power. In that case, based on the expected treatment responses and appropriate scales of investigation of the population (see migration section above), well designed, replicated experiments between developed and undeveloped areas could be implemented that would allow MTFWP to rigorously test for the effects of energy development on wildlife.

However, this approach will ultimately fail if the current policy for energy development is incompatible with wildlife conservation. Some have criticized the current policy as an incremental energy development policy where development is approved on a piecemeal and uncoordinated basis in a linearly increasing fashion (Lustig 2002, Nelleman et al. 2003). From a policy perspective, we are currently operating under the hypothesis that wildlife and continued incremental development are sustainable. If we really want to advance wildlife conservation under energy development, we should endeavor to test this hypothesis by comparing this policy against alternative policies. **To advance our understanding of how to mitigate energy-wildlife conflicts two things are required; 1) innovative new policies for large-scale energy development, and 2) an adaptive management approach.**

## 4.6.4 An Adaptive Management Framework for Assessing the Cumulative Impacts of Energy Development on Ungulates

Walters (1986) defined the adaptive management process as follows: "the central tenet that management involves a continual learning process that cannot conveniently be separated into functions like research' and ongoing regulatory activities,' and probably never converges to a state of blissful equilibrium involving full knowledge and optimum productivity." Adaptive management has often been co-opted by management agencies to mean "learning by doing," but Walters (1997) criticizes many management agencies for missing the critical point of adaptive management – experimentation, controls, and adequate monitoring – without these key steps, there is no difference between adaptive management and 'regular' management that seeks only to satisfy short-term

BLM_0055010

objectives without ensuring that long-term problems are adequately addressed. Walters (1986) describes the adaptive management process of:

1. Bounding management problems and recognizing constraints;
2. Representing existing knowledge in models of dynamic behavior that identify assumptions and predictions so experience can further learning;
3. Representing uncertainty and identify alternate hypotheses;
4. Designing policies to provide continued resource productivity and opportunities for learning in experimental comparisons of policies. (Fig. 16)

Adaptive management has been applied previously to large scale environmental problems in the United States with great success. Bormann et al. (1998) proposed an adaptive management process for the Pacific Northwest in response to concerns sparked by the spotted owl controversy - the Northwest Forest plan that affected a huge geographical area. The plan proposed 10 adaptive management areas with different management policies for forest management, and developed a framework for managers, scientists, and industry to determine improvements to policies that would allow societal goals for resource extraction to be met while minimizing negative environmental effects.

An adaptive management experiment on the effects of energy development on ungulates in Montana would help address proposed changes to energy regulation that are hypothesized to minimize negative effects of development. At present, the policy for energy development could be described as "incrementalist', where gradually, phased development increases at regional scales in incremental steps until the entire area is brought into energy development. Under this policy, the % area affected by development will increase continually over time. Impacts are only assessed at small, local scales, usually at the scale of individual wellsite developments. Small scale timing restrictions (i.e., no drilling on winter ranges, calving ranges, etc.) represent the policy hypothesis that the main impacts of development are behavioral only, and that through avoidance of key behavioral periods, development impacts can be minimized.

BLM_0055011

Moreover, management policies designed to minimize development impacts at these small scales are hypothesized to mitigate impacts at the larger, regional scale. Both the small and large-scale predictions of this management hypothesis are as yet untested. This model of development is the current favored policy alternative amongst federal and state energy regulators by default.

An alternate policy that has been proposed could be called 'phased' or spatially concentrated development where energy development is concentrated geographically to maximize extraction rates of resources, minimize the % area developed, and localize impacts. Under this policy, rehabilitation of the developments would be encouraged as policy before additional sites were developed, and the overall population level impacts on key wildlife species is hypothesized to be ameliorated compared to incremental development. The predicted area impacted would be expected to increase non-linearly to some asymptotic threshold determined by the rate of new phases coming on-line and cycling through the development and restoration phase.

A third policy could be described as a protected area policy that identifies core areas for multiple species (e.g., pronghorn, mule deer, sage grouse, sage brush) that are protected from oil and gas development to provide critical habitat for threatened or (potentially) endangered species, and the ecosystems on which they depend (i.e., sagebrush steppe). This would ensure viable populations at some large, landscape scale that maintained populations and connectivity while allowing incremental development outside of these protected core areas. This is a model that is gaining support for threatened boreal caribou based on the scientific evidence that present levels of industrial development in many herds exceeds critical thresholds, causing populations to decline. Predicted area impacted under this policy would be expected to asymptotically increase to some threshold similarly to the phased policy, but the threshold would be set by the % of the landscape protected under core areas.

Under adaptive management, these 'simplified' policy alternates could be scientifically evaluated by encouraging development under the three hypothetical policies in two ecologically similar areas, and by monitoring responses of key

BLM_0055012

wildlife (ungulate) populations at these two sites, and a similar experimental control population, over the duration of the energy development project (10-20 years long-term), in a replicated design. Whether these policy alternatives are indeed, reasonable is beyond the scope of this review. The critical point is that under adaptive management, resource extraction would be permitted to continue in a controlled fashion, embedded within an adaptive management framework that would ensure that 20 years from now, additional reviews on the effects of energy development on wildlife have something to report, and not just review another batch of poorly designed studies that fail to address the pressing policy decisions facing wildlife and land managers.



Fig.16 .  Conceptual diagram of adaptive resource management as defined by Walters (1986, adapted from http://www.cmar.csiro.au/research/mse). Critically, management experiments are designed that contrast results of management experiments on key ecological indicators between control and treatment areas.

BLM_0055013

## 5.0 MANAGEMENT IMPLICATIONS

Based on this review, I draw the following conclusions regarding the impacts of energy development on wildlife populations.

1) **The current management policy for energy development makes two untested assumptions regarding the effects of energy development on wildlife.** First, it assumes that negative impacts of energy development on wildlife can be mitigated through small-scale stipulations that regulate the timing and duration of activity, but not the amount. This current policy also assumes that wildlife populations can withstand continued, incremental development. Neither of these two assumptions are supported or refuted by evidence reviewed in the scientific literature as part of this review. Regardless, adaptive experiments to explicitly test these management hypotheses are needed.

2) **There is currently no rigorous scientific evidence that energy development will have population-level impacts on pronghorn, mule deer or elk in eastern or central Montana.** However, this is because there have been no properly designed, thoughtful, rigorous tests of the population-level impacts conducted to date. Instead, a host of observational studies on small-scale and short-term responses provides limited guidance to managers in search of the crucial question of population impacts. While theoretically justified, relying on the precautionary principle to restrict energy development will likely be unsuccessful as an energy development policy.

3) **Short-term and small-scale impacts of energy development have been relatively well described in previous reviews and studies, albeit most often in poorly designed observational studies.** GPS collar studies have aided attempts to document small-scale responses to development, and will continue to be useful in the future in this correlational framework. Ungulates predictably avoid areas during active exploration and drilling, moving to denser cover and areas farther from human activity. Recommendations from previous studies still hold, namely timing and seasonal restrictions for critical habitats and resources. Across studies, ungulates showed avoidance responses to human development an average of 1000m from the human disturbance.

4) **Scaling up from small-scale/short-term studies to population-level impacts will be difficult.** One of the key difficulties is scaling up responses of ungulates at low development densities to high densities present in heavily developed oilfields (e.g. Upper Green River Basin). Preliminary analyses suggest that thresholds for significant impacts on ungulates will occur between densities of 0.1 to 0.5 wells/km$^2$ and 0.2 to 1.0 linear km/km$^2$ of roads and linear developments. However, these results are preliminary, and more formal meta-analyses are suggested.

BLM_0055014

5) **Building on the strong example of the Montana Cooperative Elk-Logging study that ran through the 1970's and 1980's, a series of research and management recommendations are made.**

   a. First, a formal **meta-analyses** of the existing energy literature is recommended to allow scientifically defensible quantitative estimates of the effects of energy development on behavior, habitat and population dynamics.

   b. Second, building on this meta-analysis, a **power analysis** of the optimal experimental design, level of replication, and duration of a energy-impact study design should be conducted to reveal the best approach for both short-term (behavior, habitat) and long-term impact assessment.

   c. Third, a series of **large-scale, population-level and long-term experimental comparisons** similar to the Montana Cooperative Elk-Logging study should be initiated in eastern and central Montana on elk, mule deer and pronghorn. The study design should be replicated ideally across three levels of development; none – control, initial phases –low densities of wells/roads, and after at least a decade of intensive development, to allow a rigorous test of the population effects of energy development on wildlife. Partnerships with existing studies occurring in other developed areas should be developed (e.g., Upper Green River Basin studies), but control areas in Montana should be developed (e.g., Charles M. Russell Wildlife Refuge).

   d. Fourth, implement an **adaptive management experiment** (in conjunction with the third point above) to test whether the current energy policy is sustainable from a wildlife population perspective. The de-facto energy policy as being implemented in Montana (and elsewhere) makes a number of assumptions that may in fact be incorrect. However, no serious alternatives have been developed or put forward as serious contenders that could be compared in large management experiments to test whether different models for energy development are required. If the bleak situation for Alberta caribou is any suggestion, alternative energy development policies are sorely needed.

BLM_0055015

# 6.0 LITERATURE REVIEW

Alberta woodland caribou recovery team. 2005. Alberta woodland caribou recovery plan, 2004/05 - 2013/14. Alberta Sustainable Resource Development, Fish and Wildlife Division, Edmonton, AB, Canada.

Albon, S.D., T.N. Coulson, D. Brown, F.E. Guinness, J.M. Pemberton, and T.H. Clutton-Brock. 2000. Temporal Changes in Key Factors and Key Age Groups Influencing the Population Dynamics of Female Red Deer. Journal of Animal Ecology **69**:1099-1110.

Aldridge, C.L. and M.S. Boyce. 2007. Linking Occurrence and Fitness to Persistence: Habitat-Based Approach for Endangered Greater Sage-Grouse. Ecological Applications **17**:508-526.

Aldridge, C.L., M.S. Boyce, and R.K. Baydack . 2004. Adaptive Management of Prairie Grouse: How Do We Get There? Wildlife Society Bulletin **32**:92-103.

Aldridge, C.L. and R.M. Brigham. 2002. Sage-Grouse Nesting and Brood Habitat Use in Southern Canada. Journal of Wildlife Management **66**:433-444.

Altmann, M. the flight distance in free-ranging big game. The Journal of Wildlife Management 22(2), 207-209. 1958.

American Gas Association. 2005. Natural gas: balancing supply, demand and the environment. White paper delivered at the Natural Gas: Balancing Supply, Demand and the Environment Forum, May 24, 2005, Washington DC, USA.

Amstrup, S.C. 1978. Activities and Habitat Use of Pronghorns on Montana-Wyoming Coal Lands. *in* Anonymous, Proceedings of the Eighth Biennial Pronghorn Antelope Workshop. U.S. Fish and Wildlife Service.

Arnqvist, G. and D. Wooster. 1995. Metaanalysis - Synthesizing Research Findings in Ecology and Evolution. Trends in Ecology & Evolution **10**:236-240.

Bascompte, J., C.J. Melian, and E. Sala. 2005. Interaction Strength Combinations and the Overfishing of a Marine Food Web. Proceedings of the National Academy of Sciences of the United States of America **102**:5443-5447.

Basile, J. V. vehicle restrictions influence elk and hunter distribution in montana. Journal of Forestry 77, 155-159. 1979.

Bayne, E.M., S. Boutin, B. Tracz, and K. Charest. 2005. Functional and Numerical Responses of Ovenbirds (*Seiurus aurocapilla*) to Changing Seismic Exploration Practices in Alberta's Boreal Forest. Ecoscience **12**:216-222.

Berger, J.. 2004. The Last Mile: How to Sustain Long-Distance Migration in Mammals. Conservation Biology **18**:320-331.

Berger, J.. 2007. Fear, human shields, and the re-distribution of prey and predators in protected areas. Biology Letters  3: 620-623.

Berger, J., K.M. Berger, and J. Beckmann. 2006. Wildlife and Energy Development: Pronghorn of the Upper Green River Basin - Year 1 Summary. Wildlife Conservation Society, Bronx, NY.

Berger, J., S.L. Cain, and K.M. Berger. 2006. Connecting the Dots: an Invariant Migration Corridor Links

BLM_0055016

the Holocene to the Present. Biology Letters **2**:528-531.

Berger, K. M., Beckman, J., and Berger, J. wildlife and energy development: pronghorn of the upper green river basin - year 2 summary. Report . 2007. Bronx, NY, Wildlife Conservation Society.

Bernard T. Bormann, Patrick G. Cunningham, Martha H. Brookes, Van W. Manning, and Michael W. Collopy, 1994, Adaptive Ecosystem Management in the Pacific Northwest, Pacific Northwest Research Station, General Technical Report PNW-GTR-341, Forest Service, U.S. Department of Agriculture. Further development of the adaptive management process outlined in FEMAT.

Bjornlie, D. and A. Garrott. 2001. Effects of Winter Road Grooming on Bison in Yellowstone National Park. Journal of Wildlife Management **65**:560-572.

Bleich, V.. 1990. Responses of mountain sheep to helicopter surveys. California Fish and Game 76: 197.

Boyce, M.S.. 2006. Scale for Resource Selection Functions. Diversity and Distributions **12**:269-276.

Boyce, M.S. and J.S. Waller. 2003. Grizzly Bears for the Bitterroot: Predicting Potential Abundance and Distribution. Wildlife Society Bulletin **31**:670-683.

Boyce, M.S. and L.L. McDonald. 1999. Relating populations to habitats using resource selection functions. Trends in ecology and evolution 14: 268-272.

Bradshaw, C., S. Boutin, and D. Hebert. 1998. Energetic Implications of Disturbance Caused by Petroleum Exploration to Woodland Caribou. Canadian Journal of Zoology-Revue Canadienne De Zoologie **76**:1319-1324.

Bradshaw, C.J.A., S. Boutin, and D.M. Hebert . 1997. Effects of Petroleum Exploration on Woodland Caribou in Northeastern Alberta. Journal of Wildlife Management **61**:1127-1133.

Bromley, M. wildlife management implications of petroleum exploration and development in wildland environments. 1985. Ogden, UT, USFS.

Bruns, E. winter behavior of pronghorns in relation to habitat. The Journal of Wildlife Management 41(3), 560-571. 1977.

Bureau of Land Management [BLM]. 2003*a*. Final Environmental Impact Statement and Proposed Plan Amendment for the Powder River Basin Oii and Gas Project. http://www.blm.gov/wy/st/en/info/NEPA/bfodocs/prb-feis.html. Accessed 18 March2007.

Bureau of Land Management [BLM]. 2003*b*. Montana Statewide Final Oil and Gas EIS Amendment of the Powder River and Biliings Resource Management Plans.http://www.mt.blm.gov/mcfo/cbm/eis/index.html. Accessed 18 March 2007.

Burnham, K.P. and D.R. Anderson. 1998. Model selection and inference: a practical information-theoretic approach. Springer-Verlag, New York.

Carroll, C. and D.G. Miquelle. 2006. Spatial Viability Analysis of Amur Tiger Panthera Tigris Altaica in the Russian Far East: the Role of Protected Areas and Landscape Matrix in Population Persistence. Journal of Applied Ecology **43**:1056-1068.

Carroll, C., R.F. Noss, P.C. Paquet, and N.H. Schumaker. 2003. Use of population viability analysis and reserve selection algorithms in regional conservation plans. Ecological Applications 13: 1773-1789.

BLM_0055017

Cassirer, F., Freddy, D., and Ables, E. elk responses to disturbance by cross-country skiers in yellowstone national park. Wildlife Society Bulletin 20(4), 375-381. 1992. Allen Press.

Chamberlain, T.C.. 1890. The method of multiple working hypotheses. Science 15: 93.

Ciarniello, L.M., N.S. Boyce, D.C. Heard, and D.R. Seip. 2007. Components of Grizzly Bear Habitat Selection: Density, Habitats, Roads, and Mortality Risk. Journal of Wildlife Management **71**:1446-1457.

Clevenger, A.P., B. Chruszcz, and K. Gunson. 2001. Highway mitigation fencing reduces wildlife-vehicle collisions. Wildlife Society Bulletin 29: 646-653.

Clevenger, A.P. and N. Waltho. 2000. Factors influencing the effectiveness of wildlife underpasses in Banff National Park, Alberta, Canada. Conservation Biology 14: 47-56.

Cole, E., Pope, M., and Anthony, R. effects of road management on movement and survival of roosevelt elk. The Journal of Wildlife Management 61(4). 1997.

Cook, J.G., B.K. Johnson, R.C. Cook, R.A. Riggs, T. Delcurto, L.D. Bryant, and L.L. Irwin. 2004. Effects of Summer-Autumn Nutrition and Parturition Date on Reproduction and Survival of Elk. Wildlife Monographs 1-61.

COSEWIC. 2002. COSEWIC assessment and update status report on the Woodland Caribou, *Rangifer tarandus* caribou, in Canada. Committee on the status of endangered wildlife in Canada, Environment Canada, Ottawa, Ontario, Canada.

Cote, S.D.. 1996. Mountain Goat Responses to Helicopter Disturbance. Wildlife Society Bulletin **24**:681-685.

Coulson, T., J.M. Gaillard, and M. Festa-Bianchet. 2005. Decomposing the Variation in Population Growth Into Contributions From Multiple Demographic Rates. Journal of Animal Ecology **74**:789-801.

Cronin, M.A., W.B. Ballard, J.D. Bryan, B.J. Pierson, and J.D. McKendrick. 1998. Northern Alaska oil fields and caribou: a commentary. Biological Conservation 83: 195-208.

Cronin, M.A., H.A. Whitlaw, and W.B. Ballard . 2000. Northern Alaska Oil Fields and Caribou. Wildlife Society Bulletin **28**:919-922.

Dale, V.H., S. Brown, R.A. Haeuber, N.T. Hobbs, N. Huntly, R.J. Naiman, W.E. Riebsame, M.G. Turner, and T.J. Valone. 2000. Ecological principles and guidelines for managing use of the land. Ecological Applications 10: 639-670.

Dyer, S., J. O'Neill, S. Wasel, and S. Boutin. 2001a. Avoidance of industrial development by woodland caribou. Journal of Wildlife Management 65: 531-542.

Dyer, S.J., J.P. O'Neill, S.M. Wasel, and S. Boutin. 2001b. Avoidance of industrial development by woodland caribou. Journal of Wildlife Management 65: 531-542.

Dyer, S.J., J.P. O'neill, S.M. Wasel, and S. Boutin. 2002. Quantifying Barrier Effects of Roads and Seismic Lines on Movements of Female Woodland Caribou in Northeastern Alberta. Canadian Journal of Zoology-Revue Canadienne De Zoologie **80**:839-845.

Easterly, T.A.A.W.T.L. 1991. Responses of Pronghorn and Mule Deer to Petroleum Development on Crucial Winter Range in the Rattlesnake Hills. Wyoming Game and Fish Department, Cheyenne.

BLM_0055018

Eberhardt, L.L.. 2002. A paradigm for population analysis of long-lived vertebrates. Ecology 83: 2841-2854.

Edge, W..1982. Distribution, Habitat Use, and Movements of Elk in Relation to Roads and Human Disturbances in Western Montana. University of Montana. Missoula, MT.

Edge, W., Marcum, C., and Olson, S. effects of logging activities on home-range fidelity of elk. The Journal of Wildlife Management 49(3), 741-744. 1985.

Edge, W.D. and C.L. Marcum. 1985. Movements of Elk in Relation to Logging Disturbances. Journal of Wildlife Management **49**:926-930.

Estes, J.A., E.M. Danner, D.F. Doak, B. Konar, A.M. Springer, P.D. Steinberg, M.T. Tinker, and T.M. Williams. 2004. Complex Trophic Interactions in Kelp Forest Ecosystems. Bulletin of Marine Science **74**:621-638.

Etchberger, R. C., Krausman, P. R., and Mazaika, R. 1989. Mountain sheep habitat characteristics in the pusch ridge wilderness, arizona. The Journal of Wildlife Management 53(4). 1- 14.

Festa-Bianchet, M., J.M. Gaillard, and S.D. Cote. 2003. Variable Age Structure and Apparent Density Dependence in Survival of Adult Ungulates. Journal of Animal Ecology **72**:640-649.

Fletcher, Q.E., C.W. Dockrill, D.J. Saher, and C.L. Aldridge. 2003. Northern Harrier, *Circus Cyaneus*, Attacks on Greater Sage-Grouse, *Centerocercus urophasianus,* in Southern Alberta. Canadian Field-Naturalist **117**:479-480.

Forman, R.T.T. and L.E. Alexander. 1998. Roads and Their Major Ecological Effects. Annual Review of Ecology and Systematics **29**:207-+.

Fortin, D., H. Beyer, M.S. Boyce, D.W. Smith, T. Duchesne, and J.S. Mao. 2005. Wolves influence elk movements: behavior shapes a trophic cascade in Yellowstone National Park. Ecology 86: 1320-1330.

Frair, J., E. Merrill, J. Allen, and M. Boyce. 2007. Know thy enemy: experience affects elk translocation success in risky landscapes. Journal of Wildlife Management **71**:541-554.

Frair, J.L..2005. Survival and movement behaviour of resident and translocated wapiti (*Cervus elaphus*): implications for their management in west-central Alberta, Canada. University of Alberta. Edmonton, Alberta, Canada.

Frair, J.L., E.H. Merrill, J.R. Allen, and M.S. Boyce. 2007. Know Thy Enemy: Experience Affects Elk Translocation Success in Risky Landscapes. Journal of Wildlife Management **71**:541-554.

Frid, A. and L. Dill. 2002. Human-caused disturbance stimuli as a form of predation risk. Conservation Ecology 6: 11.

Frid, A. dall's sheep responses to overflights by helicopter and fixed-wing aircraft. Biological Conservation 110(3), 387-399. 2003.

Fuller, T.K., Mech, L.D., and Cochrane, J.F. 2003. Wolf population dynamics. Pages 161-190. *in* L. D. Mech and L. Boitaini editors. Wolves: behavior, ecology and conservation. University of Chicago Press, Chicago, IL, USA.

Gaillard, J.-M., M. Festa-Bianchet, N.G. Yoccoz, A. Loison, and C. Toigo. 2000. Temporal variation in fitness components and population dynamics of large herbivores. Annual Review of Ecology and Systematics 31: 367-393.

BLM_0055019

Gaillard, J.M., A. Loison, C. Toigo, D. Delorme, and G. Van Laere. 2003. Cohort Effects and Deer Population Dynamics. Ecoscience **10**:412-420.

Geist, V. 2002. Adaptive behavioral strategies. Pages 219-277. *in* J. W. T. D. E. Thomas editor., Elk of North America - ecology and management. Stackpole books, Herrisburg, Penn.

Gerrodette, T.. 1987. A power analysis for detecting trends. Ecology 68: 1364-1372.

Gill, R. B. declining mule deer populations in colorado: reasons and responses. 2001. Denver, CO, Colorado Division of Wildlife.

Gillies, C., M. Hebblewhite, S.E. Nielsen, M. Krawchuk, C. Aldridge, J. Frair, C. Stevens, D.J. Saher, and C. Jerde. 2006. Application of random effects to the study of resource selection by animals. Journal of Animal Ecology  75: 887-898.

Gillin, C..1989. Response of elk to seismograph exploration in the Wyoming range, Wyoming. University of Wyoming. United States -- Wyoming.

Girard, M. and Stotts, B. 1986. Managing Impacts of Oil and Gas Development on Woodland Wildlife Habitats on the LIttle Missouri Grasslands, North Dakota. Pages 128-130. *in* Anonymous, Proceedings II: Issues and Technology in the Management of Impacted Western Wildlife. Thorne Ecological Institute, Boulder, CO.

Gordon, I.J., A.J. Hester, and M. Festa-Bianchet. 2004. The Management of Wild Large Herbivores to Meet Economic, Conservation and Environmental Objectives. Journal of Applied Ecology **41**:1021-1031.

Governors Office of Economic Development. 2006. Tapping Montana's Power Potential: The Schweitzer Energy Policy. Government of Montana. [available at URL http://commerce.mt.gov/energy/energypolicy.asp]

Gurevitch, J. and L.V. Hedges. 1999. Statistical Issues in Ecological Meta-Analyses. Ecology **80**:1142-1149.

Haight, R.G., B. Cypher, P.A. Kelly, S. Phillips, H.P. Possingham, K. Ralls, A.M. Starfield, P.J. White, and D. Williams. 2002b. Optimizing Habitat Protection Using Demographic Models of Population Viability . Conservation Biology **16**:1386-1397.

Harrison, S. and E. Bruna. 1999. Habitat fragmentation and large-scale conservation: what do we know for sure? Ecography 22: 225-232.

Harron, D.E.. 2007. Assumptive error and overestimation of effects of in wildlife model output. Ecology and Society 12: [Online].

Hayden-Wing Associates. 1990. Response of Elk to Exxon's Field Development in the Riley Ridge Area of Western Wyoming, 1979-1988. Exxon Company, U.S.A., Wyoming Game and Fish Department,

Hayden-Wing Associates. 1991. Review and Evaulation of the Effects of Geophysical Exploration on Some Wildlife Species in Wyoming. Geophyisical Acquisition Workshop, Rawlins, WY.

Hebblewhite, M. and E. Merrill. 2008. Modelling wildlife-human relationships for social species with mixed-effects resource selection models. Journal of Applied Ecology Accepted October 2007.

Hebblewhite, M., E. Merrill, and T. McDonald. 2005a. Spatial decomposition of predation risk using resource selection functions: an example in a wolf-elk system. Oikos 111: 101-111.

BLM_0055020

Hebblewhite, M., C.A. White, C. Nietvelt, J.M. McKenzie, T.E. Hurd, J.M. Fryxell, S. Bayley, and P.C. Paquet. 2005c.  Human activity mediates a trophic cascade caused by wolves.  Ecology 86: 2135-2144.

Hedges, L.V., J. Gurevitch, and P.S. Curtis. 1999.  The meta-analysis of response ratio's in experimental ecology.  Ecology 80: 1150-1156.

Hiatt, G. and D. Baker. 1981. Effects of Oil/Gas Drilling on Elk and Mule Deer Winter Distributions on Crooks Mountain, Wyoming. Wyoming Game and Fish Department, Cheyenne.

Hobbs, N.T. and R. Hilborn. 2006.  Alternatives to Statistical Hypothesis Testing in Ecology: a Guide to Self Teaching.  Ecological Applications 16:5-19.

Horesji, B. 1979. Seismic operations and their impacts on large mammals: results of a monitoring program. 1979. Calgary, Alberta, Western wildlife environments.

Hurlbert, S.H.. 1984.  Pseudoreplication and the Design of Ecological Field Experiments.  Ecological Monographs 54:187-211.

Ihsle, H..1981.  Population Ecology of Mule Deer with Emphasis on Potential Impacts of Gas and Oil Development along the East Slope of the Rocky Mountains, Northcentral Montana.  Montana State University. Bozeman, MT.

Interagency Technical Committee. 1987. Management guidelines for seleted species: Rocky Mountain Front Studies. Bureau of Land Management, publication BLM-MT-PT-87-003-4111. Great Falls, MT, 71pp.

Irby, L., Mackie, R., Ihsle Pac, H., and Kasworm, W. 1988. Management of Mule Deer in Relation to Oil and Gas Development in Montana's Overthrust Belt. Pages 113-121.  in Anonymous, Issues and Technology in the Management of Impacted Wildlife; Proceedings of a National Symposium. Thorne Ecological Institute, Boulder, CO.

Irwin, L. and C. Gillian. 1984. Response of Elk to Seismic Exploration in the Bridger-Teton Forest, Wyoming. The University of Wyoming,

James, A., S. Boutin, D. Hebert, and A. Rippin. 2004.  Spatial Separation of Caribou From Moose and Its Relation to Predation by Wolves.  Journal of Wildlife Management 68:799-809.

James, A. and Stuart-Smith, A. distribution of caribou and wolves in relation to linear corridors. The Journal of Wildlife Management 64(1), 154-159. 2000.  Allen Press.

Jansen, B.D., P.R. Krausman, J.R. Heffelfinger, and J.C. De Vos. 2007.  Influence of Mining Influence, on Behavior of Bighorn Sheep.  Southwestern Naturalist 52:418-423.

Jansen, B.D., P.R. Krausman, J.R. Heffelfinger, and J.C. Devos. 2006.  Bighorn Sheep Selection of Landscape Features in an Active Copper Mine.  Wildlife Society Bulletin 34:1121-1126.

Johnson, B. 1980. Response of Elk During Calving to Oil Gas Drilling Activity in Snider Basin, Wyoming. Wyoming Game and Fish Department,

Johnson, B. and L. Wolrab. 1987. Response of Elk to Development of a Natural Gas Field in Western Wyoming. Wyoming Game and Fish Department, Cheyenne.

Johnson, C., Boyce, M., Case, R., Cluff, H., Gau, R., Gunn, A., and Mulders, R. culmulative effects of human developments on arctic wildlife. 160(1), 1-36. 2005.

BLM_0055021

Johnson, T. 1986. Impacts of Surface Coal Mining on Calving Elk. Pages 255-269.   *in* Anonymous, Issues and Technology in the Management of impacted Western Wildlife. Thorne Ecological Institute, Glenwood Springs, CO.

Joslin, G. and Youman, H.  effects of recreation on rocky mountain wildlife: a review for Montana.  1999. Committee on the effects of recreation on wildlife, Montana Chapter of the Wildlife Society.

Keller, B.J. and L.C. Bender. 2007.  Bighorn Sheep Response to Road-Related Disturbances in Rocky Mountain National Park, Colorado.  Journal of Wildlife Management  **71**:2329-2337.

Kennedy, A.J. 2000. Cumulative environmental effects management: tools and approaches.  Hignell Printing, Calgary, Alberta.

Krausman, P., Harris, L., Blasch, C., Koenen, K., and Francine, J. effects of military operations on behavior and hearing of endangered sonoran pronghorn. Wildlife Monographs (157), 1-41. 2004. Allen Press.

Krausman, P., Harris, L., Haas, S., Koenen, K., Devers, P., Bunting, D., and Barb, M. 2005. Sonoran pronghorn habitat use on landscapes disturbed by military activities. Wildlife Society Bulletin 33(1), 16-23.

Krebs, C.J. 1989. Ecological Methodology.  Harper Collings Publishers, New York.

Kuck, L., Hompland, G., and Merrill, E. elk calf response to simulated mine disturbance in southeast idaho. The Journal of Wildlife Management 49(3), 751-757. 1985.  Allen Press.

Landon, D., Krausman, P., Koenen, K., and Harris, L. pronghorn use of areas with varying sound pressure levels. The Southwestern Naturalist 48(4), 725-728. 2003.  Southwestern Association of Naturalists.

Leslie, D. and Douglas, C. human disturbance at water sources of desert bighorn sheep. Wildlife Society Bulletin 8(4), 284-290. 1980.

Lessard, R.B., S.J.D. Martell, C.J. Walters, T.E. Essington, and J.F. Kitchell. 2005.  Should ecosystem management involve active control of species abundances?  Ecology and Society  10: 1-21.

Lustig, T. 2002.  Where would you like the holes drilled into your crucial winter range?  Transactions of the 67th North American Wildlife and Natural Resources Conference  **67**:317-325.

Lyon, J. 1983.  Road density models describing habitat effectiveness for elk.   Journal of Forestry  22: 592-595.

Lyon, L. 1979.  Habitat Effectiveness for Elk as Influenced by Roads and Cover.  Journal of Forestry  **77**:658-660.

Lyon, L. 1979. Influences of Logging and Weather on Elk Distribution in Western Montana. Intermountain Forest and Range Experiment Station, Ogden, Utah.

Lyon, L. road density models describing habitat effectiveness for elk. Journal of Forestry 81, 592-613. 1983.

Lyon, L., T. Lonner, J. Weigand, C. Marcum, D. Edge, J. Jones, D. McCleerey, and L. Hicks. 1985. Coordinating Elk and Timber Management. Montana Department of Fish, Wildlife, and Parks, Bozeman, MT.

MacArthur, R., Geist, V., and Johnston, R. cardiac and behavioral responses of mountain sheep to

BLM_0055022

human disturbance. The Journal of Wildlife Management 46(2), 351-358. 1982.  Allen Press.

MacCallum, B.N. and V. Geist. 1992.  Mountain restoration: soil and surface wildlife habitat.  GeoForum 27: 23-46.

Manly, B.F.J., L.L. McDonald, D.L. Thomas, T.L. McDonald, and W.P. Erickson. 2002. Resource selection by animals: statistical analysis and design for field studies. Second Edition.  Kluwer, Boston, USA.

McCorquodale, S., Raedeke, K., and Taber, R. elk habitat use patterns in the shrub-steppe of washington. The Journal of Wildlife Management 50(4), 664-669. 1986.  Allen Press.

McCorquodale, S.M., R. Wiseman, and L. Marcum. 2003.  Survival and harvest vulnerability of elk in the Cascade range of Washington.  Journal of Wildlife Management  67: 248-257.

McCorquodale, S.M..2000.   Habitat ecology and vulnerability to hunting mortality of elk in the southcentral Washington Cascades .  Wildlife Biology Program, School of Forestry, University of Montana. Missoula, MT .

Mckenzie, H..2006.  Linear features impact predator-prey encounters: analysis with first passage time. University of Alberta. Edmonton, AB.

Mcloughlin, P.D., J.S. Dunford, and S. Boutin. 2005.  Relating Predation Mortality to Broad-Scale Habitat Selection.  Journal of Animal Ecology  74:701-707.

Mcloughlin, P.D., E. Dzus, B. Wynes, and S. Boutin. 2003.  Declines in Populations of Woodland Caribou.  Journal of Wildlife Management  67:755-761.

Medcraft, J. and Clark, W. big game habitat use and diets on a surface mine in northeastern wyoming. The Journal of Wildlife Management 50(1), 135-142. 1986.  Allen Press.

Merrill, E., Hemker, T., Woodruff, K., and Kuck, L. impacts of mining facilities on fall migration of mule deer. Wildlife Society Bulletin 22(1), 68-73. 1994.  Allen Press.

Millspaugh, J., Woods, R., Hunt, K., Raedeke, K., Brundige, G., Washburn, B., and Wasser, S. fecal glucocorticoid assays and the physiological stress response in elk. Wildlife Society Bulletin 29(3), 899-907. 2001.  Allen Press.

Montana Board of Oil and Gas Conservation. 2006. Annual Review 2006, volume 50. Board of Oil and Gas Conservation, Department of Natural Resources and Conservation, State of Montana Oil and Gas Conservation Division. Accessed 1/1/2008,  [URL http://bogc.dnrc.mt.gov/PDF/AR_2006.pdf].

Morgantini, L. 1885.  Ungulate Encounters with Construction Materials (Pipe, Berms, etc.) During the Building of an Underground Gas Pipeline in Western Alberta, Canada.  Alces  21:215-230.

Morgantini, L.E. and R.J. Hudson. 1985.  Changes in diets of wapiti during a hunting season.  Journal of Range Management  38: 77-79.

Morris, W.F. and D.F. Doak. 2002. Quantitative conservation biology: theory and practice of population viability analysis.  Sinauer Associates, Inc., Sunderland, Massachusetts, USA.

Morrison, J., de Vergie, W., Alldredge, A., Byrne, A., and Andree, W. the effects of ski area expansion on elk. Wildlife Society Bulletin 23(3), 481-489. 1995.  Allen Press.

Mysterud, A. and R.A. Ims. 1998.  Functional Responses in Habitat Use: Availability Influences Relative

BLM_0055023

Use in Trade-Off Situations.  Ecology **79**:1435-1441.

National Research Council. 2003. Cumulative Environmental Effects of Oil and Gas Activities on Alaska's North Slope. The National Academic Press, Washington, D.C.

Naugle, D.E., C.L. Aldridge, B.L. Walker, T.E. Cornish, B.J. Moynahan, M.J. Holloran, K. Brown, G.D. Johnson, E.T. Schmidtmann, R.T. Mayer, C.Y. Kato, M.R. Matchett, T.J. Christiansen, W.E. Cook, T. Creekmore, R.D. Falise, E.T. Rinkes, and M.S. Boyce. 2004.  West Nile Virus: Pending Crisis for Greater Sage-Grouse.  Ecology Letters **7**:704-713.

Neufeld, L..2006.  Spatial dynamics of wolves and woodland caribou in an industrial forest landscape in west-central Alberta.  University of Alberta. Edmonton, AB.

Oliff, T., Legg, K., and Kaeding, B. 1999. Effects of winter recreation on wildlife of the greater yellowstone area: a literature review and assessment.  Yellowstone National Park, Wyoming, National Parks Service . Report to the greater Yellowstone coordinating committee.

Olson, G. 1981. Effects of Seismic Exploration on Summering Elk in the Two Medicine - Badger Creek Area, Northcentral Montana. Montana Department of Fish, Wildlife, and Parks.

Osenberg, C.W., O. Sarnelle, and S.D. Cooper. 1997.  Effect size in ecological experiments: the application of biological models in meta-analysis.  American Naturalist  150: 798-812.

Otis, D.L. and G.C. White. 1999.  Autocorrelation of location estimates and the analysis of radiotracking data.  Journal of Wildlife Management  63: 1039-1044.

Papouchis, C.M., F.J. Singer, and W.B. Sloan . 2001.  Responses of Desert Bighorn Sheep to Increased Human Recreation.  Journal of Wildlife Management  **65**:573-582.

Parker, K.L., P.S. Barboza, and T.R. Stephenson. 2005.  Protein Conservation in Female Caribou (Rangifer Tarandus): Effects of Decreasing Diet Quality during Winter.  Journal of Mammalogy **86**:610-622.

Phillips, G. and Alldredge, A. reproductive success of elk following disturbance by humans during calving season. The Journal of Wildlife Management 64(2), 521-530. 2000.  Allen Press.

Powell, J..2003.  Distribution, Habitat Use Patterns, and Elk Response to Human Disturbance in the Jack Marrow Hills, Wyoming.  University of Wyoming. Laramie, Wyoming.

Powell, R.A. 2000. Animal home ranges and territories and home range estimators. in L. Boitani and T. K. Fuller editors.  Research Techniques in Animal Ecology: Controversies and Consequences. Columbia University Press, New York.

Preisler, H., A. Ager, and M. Wisdom. 2006.  Statistical Methods for Analyzing Responses of Wildlife to Human Disturbance.  Journal of Applied Ecology  **43**:164-172.

Raithel, J.D., M.J. Kauffman, and D.H. Pletscher. 2007.  Impact of Spatial and Temporal Variation in Calf Survival on the Growth of Elk Populations.  Journal of Wildlife Management  **71**:795-803.

Reed, D., Woodard, T., and Pojar, T. behavioral response of mule deer to a highway underpass. The Journal of Wildlife Management 39(2), 361-367. 1975.  Allen Press.

Roberts, P.D., G.B. Stewart, and A.S. Pullin . 2006.  Are Review Articles a Reliable Source of Evidence to Support Conservation and Environmental Management? A Comparison With Medicine. Biological Conservation  **132**:409-423.

BLM_0055024

Rost, G. and Bailey, J. distribution of mule deer and elk in relation to roads. The Journal of Wildlife Management 43(3), 634-641. 1979.  Allen Press.

Roth, S. and Goodwin, V. health effects of hydrogen sulphide.  2000. Edmonton ,Alberta, Alberta Ministry of the Environment.

Rothley, K.D.. 2001.  Manipulative, Multi-Standard Test of a White-Tailed Deer Habitat Suitability Model. Journal of Wildlife Management  **65**:953-963.

Rowland, M., Wisdom, M., Johnson, B., and Kie, J. elk distribution and modeling in relation to roads. The Journal of Wildlife Management 64(3), 672-684. 2000.  Allen Press.

Rowland, M., M. Wisdom, B. Johnson, and M. Penninger. 2004.  Effects of Roads on Elk: Implications for Management in Forested Ecosystems.  Transactions of the Sixty-ninth North American Wildlife and Natural Resources Conference  **69**:491-508.

Rowland, M.M., M.J. Wisdom, B.K. Johnson, and J.G. Kie. 2000.  Elk Distribution and Modeling in Relation to Roads.  Journal of Wildlife Management  **64**:672-684.

Saadat, M., Z. Zendeh-Boodi, and M.A. Goodarzi. 2006.  Environmental Exposure to Natural Sour Gas Containing Sulfur Compounds Results in Elevated Depression and Hopelessness Scores. Ecotoxicology and Environmental Safety  **65**:288-291.

Sargeant, G.A. and M.W. Oehler. 2007.  Dynamics of Newly Established Elk Populations.  Journal of Wildlife Management  **71**:1141-1148.

Sawyer, H., Lindzey, F., and McWhirter, D. mule deer and pronghorn migration in western wyoming. 33(4), 1266-1273. 2005.

Sawyer, H., F. Lindzey, and D. Mcwhirter. 2005b.  Mule Deer and Pronghorn Migration in Western Wyoming.  Wildlife Society Bulletin  **33**:1266-1273.

Sawyer, H., F. Lindzey, D. McWhirter, and K. Andrews. 2002.  Potential Effects of Oil and Gas Development on Mule Deer and Pronghorn Populations in Western Wyoming.  Trans. of the 67th NA Wildlife and Natural Resources Conference  **67**:350-365.

Sawyer, H., Nielson, R., Lindzey, F., Keith, L., Powell, J., and Abraham, A. habitat selection of rocky mountain elk in a nonforested environment. Journal of Wildlife Management 71(3), 868-874 . 2007.

Sawyer, H., Nielson, R., Lindzey, F., and Mcdonald, L. winter habitat selection of mule deer before and during development of a natural gas field. Journal of Wildlife Management 70(2), 396-403. 2006.

Sawyer, H., R. Nielson, D. Stickland, and L. McDonald. 2005. Mule Deer Study (Phase II): Long-term Monitoring Plan to Assess Potential Impacts of Energy Development on Mule Deer in the Pinedale Anticline Project Area . Western Ecosystems Technology, Inc., Cheyenne, WY.

Sawyer, H., R.M. Nielson, F. Lindzey, and L.L. Mcdonald. 2006.  Winter Habitat Selection of Mule Deer Before and During Development of a Natural Gas Field.  Journal of Wildlife Management  **70**:396-403.

Sawyer, H., R.M. Nielson, F.G. Lindzey, L. Keith, J.H. Powell, and A.A. Abraham. 2007.  Habitat Selection of Rocky Mountain Elk in a Nonforested Environment.  Journal of Wildlife Management  **71**:868-874.

Schmitz, O.J., P.A. Hämback, and A.P. Beckerman. 2000.  Trophic cascades in terrestrial systems: a

BLM_0055025

review of the effects of carnivore removals on plants. The American Naturalist 155: 141-153.

Schneider, R.R., J.B. Stelfox, S. Boutin, and S. Wasel. 2003. Managing the cumulative impacts of land uses in the western Canadian sedimentary basin: a modeling approach. Conservation Ecology 7: 8.

Scott, H.M., C.L. Soskolne, K.D. Lissemore, S.W. Martin, M.M. Shoukri, R.W. Coppock, and T.L. Guidotti. 2003a. Associations Between Air Emissions From Sour Gas Processing Plants and Indices of Cow Retainment and Survival in Dairy Herds in Alberta. Canadian Journal of Veterinary Research-Revue Canadienne De Recherche Veterinaire **67**:1-11.

Scott, H.M., C.L. Soskolne, S.W. Martin, J.A. Basarab, R.W. Coppock, T.L. Guidotti, and K.D. Lissemore. 2003b. Lack of Associations Between Air Emissions From Sour-Gas Processing Plants and Beef Cow-Calf Herd Health and Productivity in Alberta, Canada. Preventive Veterinary Medicine **57**:35-68.

Seip, D.R., C.J. Johnson, and G.S. Watts. 2007. Displacement of Mountain Caribou From Winter Habitat by Snowmobiles. Journal of Wildlife Management **71**:1539-1544.

Shivley, K., A.W. Alldredge, and G.E. Phillips. 2005. Elk reproductive response to removal of calving season disturbance by humans. Journal of Wildlife Management 69: 1073-1080.

Shurin, J.B., E.T. Borer, E.W. Seabloom, K. Anderson, C.A. Blanchette, B. Broitman, D. Cooper, and S. Halpern. 2002. A cross-system comparison of the strength of trophic cascades. Ecology Letters 5: 785-791.

Smyth, C.R.. 1997. Native Legume Transplant Survivorship and Subsequent Seedling Recruitment on Unammended Coal Mine Soils in the Canadian Rocky Mountains. Mountain Research and Development **17**:145-157.

Sorenson, T., McLoughlin, P., Hervieux, D., Dzus, E., Nolan, J., Wynes, B., and Boutin, S. determining sustainable levels of cumulative effects for boreal caribou: a management model. Journal of Wildlife Management (In Press). 2008.

Stephenson, T., Vaughan, M., and Andersen, D. mule deer movements in response to military activity in southeast colorado. The Journal of Wildlife Management 60(4), 777-787. 1996.

Stockwell, C.A.. 1991. Conflicts in National Parks: a case-study of helicopters and bighorn sheep time budgets at the grand canyon. Biological Conservation 56: 317-325.

Stuart-Smith, A.K., C.J.A. Bradshaw, S. Boutin, D.M. Hebert, and A.B. Rippin. 1997. Woodland Caribou Relative to Landscape Patterns in Northeastern Alberta. Journal of Wildlife Management **61**:622-633.

Trombulak, S. and Frissell, C. review of ecological effects of roads on terrestrial and aquatic communities. Conservation Biology 14(1), 18-30. 2000. Blackwell Publishing.

Turner, M.G., R.H. Gardner, and R.V. O'Neill. 2001. Landscape ecology in theory and practice: pattern and process. Springer-Verlag, NY, NY.

Underwood, A.J. 1997. Experiments in ecology: their logical design and interpretation using analysis of variance/. Cambridge University Press, Cambridge, UK.

Unsworth, J.A., D.F. PAc, G.C. White, and R.M. Bartmann. 1999. Mule deer survival in Colorado, Idaho, and Montana. Journal of Wildlife Management 63: 315-326.

BLM_0055026

U.S. Departments of Interior, Agriculture, and Energy. 2003. Energy policy and conservation act report: scientific inventory of onshore federal lands' oil and gas resources and reserves and the extent and nature of restrictions or impediments to their development. <http://www.doi.gov/epca> (26 April 2004).

van Dyke, F. and Klein, W. response of elk to installation of oil wells. Journal of Mammalogy 77(**4**), 1028-1041. 1996.

Waldner, C.L., C.S. Ribble, and E.D. Janzen. 1998.  Disaster Medicine - Evaluation of the Impact of a Natural Gas Leak From a Pipeline on Productivity of Beef Cattle.  Journal of the American Veterinary Medical Association **212**:41-48.

Waldner, C.L., C.S. Ribble, E.D. Janzen, and J.R. Campbell. 2001a.  Associations Between Oil- and Gas-Well Sites, Processing Facilities, Flaring, and Beef Cattle Reproduction and Calf Mortality in Western Canada.  Preventive Veterinary Medicine **50**:1-17.

Walker, B.L., D.E. Naugle, and K.E. Doherty. 2007.  Greater Sage-Grouse Population Response to Energy Development and Habitat Loss.  Journal of Wildlife Management **71**:2644-2654.

Walters, C. 1997. Challenges in adaptive management of riparian and coastal ecosystems. Conservation Ecology, 2:1. [Online].

Walters, C. 1986. Adaptive Ecosystem Management. Toronto, ON, Canada.

Ward, L. 1986. Displacement of Elk Related to Seismograph Activity in South-central Wyoming. Pages 246-254.  *in* Anonymous, Proceedings II: Issues and Technology in the Management of Impacted Western Wildlife. Thorne Ecological Institute, Glenwood Springs, CO.

Webb, N., M. Hebblewhite, and E.H. Merrill. In Press.  Statistical methods for identifying wolf kill sites in a multiple prey system using GPS collar locations.  Journal of Wildlife Management

Weclaw, P. and R.J. Hudson. 2004.  Simulation of Conservation and Management of Woodland Caribou. Ecological Modelling **177**:75-94.7

White, P. J., Davis, T. L., Barnowe-Meyer, K. K. , Crabtree, R. L., and Garrott, R. A. 2007. Partial migration and philopatry of Yellowstone pronghorn. Biological Conservation 135(4), 502-510.

Williams, E.S., M.W. Miller, T.J. Kreeger, R.H. Kahn, and E.T. Thorne. 2002.  Chronic Wasting Disease of Deer and Elk: a Review With Recommendations for Management.  Journal of Wildlife Management  **66**:551-563.

BLM_0055027

# Appendix A: Electronic Database

## Ungulate Energy Development Literature Citation Database

This searchable electronic database contains literature and research summaries on all aspects of the effects of energy development on ungulates. This exhaustive database contains all journal papers, conference proceedings, M.S. and Ph.D. theses, government reports, and other unpublished manuscripts concerning ungulates (Bighorn Sheep (*Ovis canadensis*), American pronghorn (*Antilocapra antilocapra*), Elk (*Cervus elaphus*), Mule deer (*Odocoileus hemionus*), woodland caribou (*Rangifer tarandus*)). The database was made using multiple search methods and bibliographic sources.

The database utilizes ProCite 5, a commercial reference management software.

## To open the Wild Energy database:

1. Start ProCite

2. A file **Open** dialog displays for you to locate and open a database. If not, go to the **File** menu and choose **Open.**

The database window displays a record list of abbreviated records. By default the first Author field, Title field and Date field are shown from each record.



BLM_0055028

A status line at the bottom of the window indicates the sort order (Author/Title/Date in ascending order by default), the number of records marked, the number of records displayed in the current list and the total number of records in the database.

Double click on a specific reference to view the detailed data record.

## Searching the database:

1. Click on the **Search** tab at the bottom of the window.



You can enter search terms, use Boolean operators, and limit your search to certain fields. All records that fit your search will be presented as a group in the results box at the bottom of the screen.

## To launch a PDF found in ProCite's Location/URL field:

1. Double-click a record to display the full record.

2. Locate the *Location/URL (38)* field.

3. If there is a file path location in the field, the PDF is linked to the record.

4. From the **Tools** menu, choose **Open File/URL** or click the toolbar icon. ProCite launches the application that opens the PDF.

**Note:** You are not required to display the full record. You can launch a URL from a record list by highlighting the record and using the Open File/URL toolbar icon.

## Assistance with ProCite:

BLM_0055029

| Literature Review on the Effects of Energy Development on Ungulates | Hebblewhite |
|---|---|

1. ProCite Web Site - http://www.procite.com

The ProCite web site has a great deal of useful information on using ProCite, including a frequently asked questions page, a user email discussion list, and a free demo version of ProCite.

2. Using ProCite 5: A Guided Tour - http://www.procite.com/support/docs/ProCite%205%20Guided%20Tour-2005.pdf

This tour contains detailed information on how to manipulate and utilize the ProCite database.

BLM_0055030

| Literature Review on the Effects of Energy Development on Ungulates | Hebblewhite |
| --- | --- |

# Appendix B: Management Guidelines

Management guidelines developed to minimize the impacts of oil and gas development in north-central Montana (Interagency Technical Committee 1987) cited in Irby et al. (1988).

Table 3. Management guidelines developed to minimize the impacts of oil and gas development in north-central Montana (Interagency Technical Committee 1987).

GENERAL GUIDELINES

1. Identify and evaluate for each project proposal the cumulative effects of all activities, both existing uses and other planned projects.

2. Evaluate human activities, combinations of activities, or the zones of influence of such activities that occur on seasonally important wildlife habitats and avoid those which may adversely impact the species or reduce habitat effectiveness.

3. Space concurrent active seismograph lines at least 9 miles apart to allow an undisturbed corridor into which wildlife can move when displaced.

4. Establish helicopter flight patterns of not more than 1/2 mile in width along all seismographic lines ....

5. Helicopters will maintain a minimum altitude of 600 feet above ground level between landing zones and work areas....

6. Designate landing zones for helicopters in areas where helicopter traffic and associated human disturbance will have minimum impact on wildlife populations.

7. The use of helicopters instead of new road contruction to accomplish energy exploration and development is encouraged.

8. Base road construction on a completed transportation plan ....

9. Use minimum road and site construction specifications based on projected transportation needs. Schedule construction to avoid seasonal use periods for wildlife ....

10. Locate roads, drill sites, landing zones, etc. to avoid important wildlife components ...

11. Insert "doglegs" or visual barriers on pipelines and roads built through dense vegetation to prevent open, straight corridors >1/4 mile.

12. Roads which are not compatible with area management objectives and are no longer needed .... will be closed and reclaimed.

13. Keep roads which are in use during oil and gas exploration and development activity closed to unauthorized use.

14. Impose seasonal closures or vehicle restrictions based on wildlife or other resource needs on roads which remain open.

15. Bus crews to and from drill sites to reduce activity on roads.

16. Keep noise levels to a minimum by muffling such things as engines, generators, and energy production facilities.

17. Prohibit dogs during work periods.

18. Prohibit firearms during work periods or in vehicles traveling to and from work locations.

19. Seismographic and exploration companies should keep a daily log of activities.

SPECIFIC GUIDELINES FOR MULE DEER

1. Avoid disturbance related to human activities on ....
   A. Primary and secondary winter ranges - December 1 - May 15
   B. Transitional ranges - October 15 - December 31
   C. Migration corridors - May 15 - June 15.

2. Population units should be monitored to detect changes in population size, productivity, mortality, and distribution associated with changes in land use. Intensive monitoring should be initiated if gas/oil well density exceeds 1 well/section on 25% of secondary winter/transition range or 10% of a primary winter range supporting high mule deer densities.

BLM_0055031

*Special Section*

# Five Potential Consequences of Climate Change for Invasive Species

JESSICA J. HELLMANN,* JAMES E. BYERS,† BRITTA G. BIERWAGEN,‡ AND JEFFREY S. DUKES§

*Department of Biological Sciences, University of Notre Dame, Notre Dame, IN 46556, U.S.A., email hellmann.3@nd.edu
†Department of Zoology, University of New Hampshire, Durham, NH 03824, U.S.A.
‡Global Change Research Program, National Center for Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, 1200 Pennsylvania Avenue, NW (MC8601 N), Washington, D.C. 20460, U.S.A.
§Department of Biology, University of Massachusetts, Boston, MA 02125, U.S.A.

**Abstract:** *Scientific and societal unknowns make it difficult to predict how global environmental changes such as climate change and biological invasions will affect ecological systems. In the long term, these changes may have interacting effects and compound the uncertainty associated with each individual driver. Nonetheless, invasive species are likely to respond in ways that should be qualitatively predictable, and some of these responses will be distinct from those of native counterparts. We used the stages of invasion known as the "invasion pathway" to identify 5 nonexclusive consequences of climate change for invasive species: (1) altered transport and introduction mechanisms, (2) establishment of new invasive species, (3) altered impact of existing invasive species, (4) altered distribution of existing invasive species, and (5) altered effectiveness of control strategies. We then used these consequences to identify testable hypotheses about the responses of invasive species to climate change and provide suggestions for invasive-species management plans. The 5 consequences also emphasize the need for enhanced environmental monitoring and expanded coordination among entities involved in invasive-species management.*

**Keywords:** climate change, invasion pathway, invasive species, invasive-species management

Cinco Consecuencias Potenciales del Cambio Climático para Especies Invasoras

**Resumen:** *Los enigmas científicos y sociales dificultan la predicción de los efectos de los cambios ambientales globales, como el cambio climático y las invasiones biológicas, sobre los sistemas ecológicos. En el largo plazo, estos cambios pueden tener efectos que interactúen y componer la incertidumbre asociada con cada factor individual. Sin embargo, es probable que las especies invasoras respondan de maneras que serían pronosticables cualitativamente, y algunas de esas respuestas serán distintas a las de sus contrapartes nativas. Utilizamos las etapas de invasión conocidas como la "vía de invasión" para identificar 5 consecuencias no exclusivas del cambio climático sobre especies invasoras: (1) mecanismos de transporte e introducción alterados; (2) establecimiento de especies invasoras nuevas; (3) alteración en el impacto de las especies invasoras existentes; (4) alteración en la distribución de especies invasoras existentes; y (5) alteración en la efectividad de las estrategias de control. Posteriormente utilizamos estas consecuencias para identificar hipótesis comprobables sobre las respuestas de especies invasoras al cambio climático y aportar sugerencias para planes de manejo de especies invasoras. Las 5 consecuencias también enfatizan la necesidad de un monitoreo ambiental mejorado y la expansión de la coordinación entre entidades involucradas en el manejo de especies invasoras.*

**Palabras Clave:** cambio climático, especies invasoras, manejo de especies invasoras, vía de invasión

*Paper submitted October 23, 2007; revised manuscript accepted January 2, 2008.*

*Conservation Biology*, Volume 22, No. 3, 534–543
©2008 Society for Conservation Biology
DOI: 10.1111/j.1523-1739.2008.00951.x

BLM_0055032

## Introduction

Climate change is expected to substantially alter biodiversity, causing changes in phenology, genetic composition, and species ranges, and affecting species interactions and ecosystem processes (Walther et al. 2002; Root et al. 2003). Most treatments of species responses focus on native species for which preservation is the primary concern (e.g., Thomas et al. 2004; Botkin et al. 2007). Other authors consider how climate change might affect pests of economically important crops or species causing human disease, some of which are non-native (e.g., Rosenzweig et al. 2001). Invasive species will also respond to climate change, and their responses will have ecological and economic implications.

For several reasons it is useful to examine climate-change responses of invasive species separately from those of native species. Invasive species typically are successful and abundant, whereas many native species are rare. Many invasive species also have characteristics that differ from non-invasive species. For example, many invasive plants have broad climatic tolerances and large geographic ranges (Rejmanek 1995; Goodwin et al. 1999; Qian & Ricklefs 2006), and these characteristics may affect their responses to climate change. Invasive plant species also often have characteristics that facilitate rapid range shifts, such as low seed mass and short time to maturity (Rejmanek & Richardson 1996). Lastly, invasive species are managed in a fundamentally different way than most native species, and this leads to virtually opposite sets of concerns under climate change (i.e., control vs. conservation).

Although some previous publications suggest that climate change is likely to favor some invasive species (e.g., Dukes & Mooney 1999; Thuiller et al. 2007; Vilà et al. 2007), few authors have identified specific consequences of climate change for invasive species. These potential consequences are important to (1) stimulate discussion about the distinctive (and nondistinctive) consequences of climate change for invasive species, (2) identify key hypotheses that must be tested to develop general theories about invasive species and climate change, and (3) inform adaptive management. We used the stages of invasion known as the "invasion pathway" (Theoharides & Dukes 2007; for variations on the invasion pathway, see, e.g., Williamson & Fitter 1996; Richardson et al. 2000) to identify 5 possible consequences of climate change. Several of the consequences are unique to invasive species because of traits and qualities associated with invasion (consequences 1, 4, and 5). In other cases the qualitative response of native and invasive species may be similar (consequences 2 and 3), but the mechanisms or the outcomes are distinct. Rather than offering a comprehensive review of the invasion literature, we used the existing literature to characterize the potential issues for invasive species and identified key hypotheses that are testable in research and adaptive-management frameworks.

## The Interaction of Climate Change and Invasion

Because of its pervasiveness and potential effect on fundamental biological processes, climate change will interact with other existing stressors to affect the distribution, spread, abundance, and impact of invasive species (Gritti et al. 2006). Climate change also will challenge the definition of invasive species because some taxa that were previously invasive may diminish in impact; other, previously noninvasive species, may become invasive; and many native species will shift their geographic distributions, moving into areas where they were previously absent. These are all reasons to specify carefully what is meant by an invasive species. We define invasive species as those taxa that have been introduced recently and exert substantial negative impact on native biota, economic values, or human health (Lodge et al. 2006). Therefore, we do not consider a native species that has expanded its range under climate change to be invasive unless it causes discernable damage.

A key research question is whether or not climate change will be a zero-sum game for invasive species, causing the emergence of new invasive species but also reducing the impact of extant invasive species such that they may no longer be invasive. Anecdotal evidence suggests that climate change is not likely to substantially decrease the impact of current invasive species because many of them already span a range of environmental conditions (e.g., Qian & Ricklefs 2006). Meanwhile, for example, new species with the potential to invade will likely arrive as climate change alters which species are successfully transported. Even if climate change leads to the demise of some invasive species and the rise of others, leaving the richness of invasive species the same, it would be valuable to identify *which* species are likely to change. The framework of consequences and hypotheses delineated here can facilitate such distinctions.

## The Invasion Pathway

To identify how invasive species may respond to climate change, we started by examining the crucial stages in the invasion process. A species must pass through a variety of environmental filters to become invasive (e.g., Vermeij 1996; Williamson 2006; Williamson & Fitter 1996; Theoharides & Dukes 2007; Fig. 1, dashed lines), and success at each of these phases depends on a distinct set of mechanisms, some of which are likely to be affected by climate change (Rahel & Olden 2008 [this issue]).

BLM_0055033



*Figure 1. Conceptual model of the process of species invasion. Transition probabilities between 4 distinct stages of invasion are marked $P_i$. Arrows indicate key transitions that could be affected by climate change.*

First, a species must travel across major geographic barriers to its new location. The ability of a species to pass through the transport stage depends on the rate at which propagules are moved from one site to another and their viability upon arrival. Second, a species must survive and tolerate environmental conditions at the ar-

rival site. Third, a species must acquire critical resources, survive interactions with natural enemies, and possibly form mutualistic relationships at the new site. Invasive species that are more successful in establishing and that consequently become more abundant are likely to have larger effects on the local community. Finally, the species must spread, establishing populations in new sites across the landscape. The emergence of populations in new locations depends on establishment success, the connectivity of viable habitat patches, and the mode and pattern of dispersal. The rate at which a species spreads depends on many system- and species-specific factors, and these factors make it difficult to form broad generalizations. Nevertheless, the presence of disturbance corridors across the landscape can be important in terrestrial systems (D'Antonio et al. 2000), and land-use changes, flow-driven disturbance, and water quality may be important in aquatic ecosystems (Kim et al. 2001; Schreiber et al. 2003). Because the overall impact of an invasive species is partly determined by the area it occupies, factors that affect the spread of an invasive species across a landscape can influence its effect (Parker et al. 1999).

## Consequences for Invasive Species under Climate Change

On the basis of the invasion pathway (Fig. 1), we specified 5 possible consequences of climate change for invasive species (Fig. 2): (1) altered mechanisms of transport and introduction, (2) altered climatic constraints on invasive, species, (3) altered distribution of existing invasive species, (4) altered impact of existing invasive species,



*Figure 2. Relationship between the invasion pathway (Fig. 1) and the 5 consequences described for invasive species under climate change. Numbers refer to consequences described in text (△, change in).*

BLM_0055034

and (5) altered effectiveness of management strategies for invasive species. These consequences are not mutually exclusive because more than one outcome is likely, but they are comprehensive. The consequences focus on climatic change (i.e., temperature and precipitation), but the effects of elevated $CO_2$ itself also can be incorporated into the 5 groupings. Specific examples for each scenario appear in Table 1, and key hypotheses arising from the consequences that require empirical testing are listed in Table 2.

### Altered Mechanisms of Transport and Introduction

Invasive species typically reach new regions via human-aided transport. Species are purposefully introduced for a variety of reasons (e.g., biocontrol, sport fishing, horticulture, agriculture, aquaculture), and accidental introductions occur during the course of other economic activities. Climate change could alter patterns of human transport, changing the propagule pressure of species with the potential to become invasive (Fig. 1; Tables 1 & 2). Propagule pressure could grow because of new or increased transport between a source and target region or because of enhanced survivorship of propagules during transport. In the former, climate change could link geographic areas previously separated; in the latter, climate change could affect biological processes associated with transport events.

Three examples illustrate the potential for new geographic regions to be linked by climate change. First, climate change could alter tourism or commerce. The use of particular geographic regions for recreation may be altered by climate change or climate could alter demand for nursery species on the basis of changing hardiness zones or precipitation levels (Van der Veken et al.

2008). Further research is needed, but the results of several studies suggest that economic choices are sensitive to climate (e.g., Fukushima et al. 2002). Second, pathways of international transport could change. If warming leads to loss of Arctic sea ice, a viable Northwest Passage will substantially cut travel time for some ships. This could affect survival rates of organisms in ballast water and on ships' hulls (Pyke et al. 2008 [this issue]). Third, extreme weather or altered circulation patterns could enhance dispersal of some invasive species to regions that received few propagules previously (e.g., Schneider et al. 2005). Hurricanes sometimes carry birds, marine larvae, and insects considerable distances from their native range (Richardson & Nemeth 1991; Michener et al. 1997; Green & Figuerola 2005), for example, and hurricanes may become more frequent or intense under climate change (IPCC 2007).

For many species the process of transport itself is fatal or reduces the efficacy of arriving propagules. Wonham et al. (2001) show that over 98% of organisms collected in ballast water at the start of vessel voyages are not detected at the end of voyages, and starvation, predation, low light availability, and altered temperature are likely sources of mortality during transport. Climate change may alter these odds.

In other cases humans intentionally help many non-native species through the transport and colonization phases of invasion. A classic case of purposeful introduction is the sport-fishing industry (Rahel 2000; Ruesink 2005). As new areas become suitable for such fish under climate change, future introductions can be anticipated (Rahel & Olden 2008). Several ecologists and resource managers also suggest intentionally moving species to climatologically favorable areas outside their historical geographic range for conservation purposes (Hulme 2005;

**Table 1. Examples of the 5 consequences of climate change for invasive species.**

| Potential consequences | Example species[a] |
|---|---|
| 1. Altered transport of invasive species | monkey goby (*Neogobius fluviatilis*): longer shipping season in Great Lakes could create greater propagule pressure of this potential invader (Kolar & Lodge 2002); Florida torreya (*Torreya taxifolia*): endangered endemic that might be moved northward for conservation (McLachlan et al. 2007); switchgrass (*Panicum virgatum*): prairie species that may be planted for biofuel outside its native range (Tilman et al. 2006) |
| 2. Altered climatic constraints on invasive species | white-cloud mountain minnow (*Tanichthys albonubes*): aquarium-trade fish could invade the Great Lakes region if water temperatures increase (Rixon et al. 2005) |
| 3. Altered distributions of existing invasive species | brook (*Salvelinus fontinalis*) and brown (*Salmo trutta*) trout: impacts are highly temperature dependent (Rahel & Olden 2008) |
| 4. Altered impact of existing invasive species | exotic ascidians (*Styela clava* and *Molgula manhattensis*) (Carlton 2000); red imported fire ant (*Solenopsis invicta*) (Morrison et al. 2005) |
| 5. Altered effectiveness of management strategies | water hyacinth (*Eichhornia* spp.): may overwinter in New England rendering mechanical control ineffective (U.S. EPA 2008); salt cedar leaf beetle (*Diorhabda elongata*): biocontrol agent may tolerate increased temperatures (U.S. EPA 2008) |

[a]*These examples focus on temperature change, but changes in precipitation and other climatic factors also will affect invasion.*

BLM_0055035

Table 2.  Key hypotheses associated with the 5 consequences of climate change for invasive species.[a]

| *Consequences* | *Key hypotheses* |
|---|---|
| 1. Altered mechanisms of transport & introduction | Human transport due to altered commercial and recreational activities will increase the propagule pressure of some non-native species from zero (e.g., connecting new regions) or increase propagule pressure beyond a threshold that allows for establishment. Survivorship of propagules during transport will be enhanced. Longer shipping seasons will increase the number of voyages with non-native propagules. There will be more purposeful introductions for recreation or conservation purposes. |
| 2. Altered climatic constraints on invasive species | Some, currently unsuccessful, non-native species will be able to colonize if conditions become more like the species' native range. Some non-native species will be able to overcome historic biotic constraints and establish persistent populations. Some mutualistic relationships among native species will be weakened, reducing their fitness and competitive ability; as fewer non-native species depend on mutualistic relationships, they will be less affected by this mechanism. Invasive species are more likely than noninvasive species to have traits that favor them in a changing environment; these traits include broad environmental tolerances, short juvenile periods, and long-distance dispersal. |
| 3. Altered distribution of existing invasive species | Cold-temperature constraints on invasive species will be reduced at their higher-latitude or upper-elevation range limits. Warm-temperature constraints on invasive species will increase at their lower-latitude or lower-elevation range limits. Hydrologic constraints on invasive species will be altered by changing precipitation patterns and the frequency (timing & volume) of stream flow. Hydrologic constraints on invasive species will be altered through changes in salinity. Many invasive species are fast-growing and responsive to resources and will be favored by environmental changes that increase resource availability, which will facilitate their spread. Many invasive species have been selected for traits that facilitate long-distance dispersal, but this is less true for native species; shifts in suitable climatic zones will thus tend to favor invasive species. Other environmental changes will interact with climate change to affect range expansion of invasive species; these interactions will be nonlinear. |
| 4. Altered impact of existing invasive species | The population densities of some invasive species and thus their impact on native species will be altered. Per capita or per biomass impacts of some invasive species will be altered through effects on their competitive interactions with native species. Relative impact of some invasive species will increase when the abundance of valued native species or resources decrease in response to the invader. |
| 5. Altered effectiveness of management strategies for invasive species | Mechanical control will become less effective for invasive species that are currently limited by cold, hard freezes, or ice cover. Fate and behavior of pesticides and their effectiveness in controlling invasive species will change. The tolerance of some invasive species to some herbicides will increase (e.g., due to increases in $CO_2$). Relationships between some biocontrol agents and their targets will decouple. Effectiveness of other biocontrol agents will increase as greater portions of species ranges overlap. Utility of natural disturbance regimes to control invasive species will be altered (e.g., simulated flooding will be more effective in areas with increased precipitation). |

[a]*Several of these hypotheses have been posed elsewhere, but few have been tested.*

McLachlan et al. 2007). This "assisted migration" is a drastic measure aimed to address a catastrophic problem, but assisted species could become invasive and negatively affect taxa native to the introduced region. An analysis of historical invasions in North America suggests that the risk of causing new invasions by assisted migration may be relatively small, however (Mueller & Hellmann 2008 [this issue]).

## Altered Climatic Constraints on Invasive Species

Climate change can lead to the establishment of new invasive species via 3 mechanisms. First, species currently unable to persist in a location because of climatic constraints may be increasingly able to survive and colonize that area (Fig. 1; Tables 1 & 2). For example, Lee and Chown (2007) show that *Mytilus galloprovincialis*, an invasive mussel species in South Africa, has traveled to

Antarctica inside storage chests of a support ship for a scientific expedition. Presumably, this species has not yet taken hold in Antarctica because temperatures are too severe for successful establishment, but warming could increase the probability of establishment. A similar situation exists for plants and animals kept by humans. Some of these species inevitably escape (Mack 2000) but do not establish because of an unsuitable climate.

Second, arriving species that can tolerate the climate may have a greater chance of overcoming biotic constraints on their growth and establish persistent populations under climate change. Because climate change is expected to shift native species out of the conditions to which they are adapted, competitive resistance from native species may lessen (Byers 2002).

Third, established non-native species could become invasive if climate change increases their competitive ability or rate of spread. The "lag phase" in invasions, in

BLM_0055036

which species that establish small seemingly non-invasive populations shortly after arrival and later become aggressively invasive, is well recognized (Crooks & Soulé 1999). Explanations for the phenomenon are diverse and difficult to distinguish (Pyšek & Hulme 2005), but it is likely that strong selection for tolerance of local environmental conditions takes place in these initial populations. Climate change could move small populations closer to, or farther from, environmental conditions to which they are optimally adapted, thus influencing lag times. (For discussion of existing invasive species changing their impact under climate change, see "Altered Impact of Existing Invasive Species.")

### Altered Distribution of Existing Invasive Species

For invasive species with established populations, range change results from successful spread into new areas (Fig. 1; Tables 1 & 2). Spread is likely to follow changes in temperature constraints that occur with warming or changes in hydrologic constraints as a result of altered precipitation patterns. For example, Byers and Pringle (2006) show that warmer ocean temperatures increase development times of marine larvae, altering their spread by currents. Other environmental constraints such as soil moisture, wildfire frequency, and salinity of coastal estuaries also may shift under climate change (Burkett & Kusler 2000; Vörösmarty et al. 2000; IPCC 2007).

Warmer conditions are of particular concern in temperate regions because many invasive species have range limits set by extreme cold temperatures or ice cover (Grodowitz et al. 1991; Owens & Madsen 1995; Ayres & Lombardero 2000; Owens et al. 2004). Managers in the northeastern United States are concerned that aquatic invasive species such as hydrilla (*Hydrilla verticillata*) and water hyacinth (*Eichhornia crassipes*) will be able to overwinter if temperatures increase, snowfall is reduced, the frequency of freeze–thaw cycles increase or seasonal ice cover melts earlier in the year (Hayhoe et al. 2007; U.S. EPA 2008). Milder winters would not only increase survival but also create longer growing seasons, potentially increasing reproductive output.

We also expect that, on average, dispersal traits and other mechanisms enabling invasion will allow existing invasives to expand their ranges into newly suitable habitat more quickly than native species. Species that shift ranges quickly could have a competitive advantage if native populations become progressively poorer competitors for resources in a changing climate.

Range changes of several invasive species related to climate already have been described. For example, on the U.S. Pacific coast, 2 species of exotic ascidians (*Styela clava, Molgula manhattensis*) have moved substantially northward in the last 20–50 years (Carlton 2000). This trend is similar for other exotic taxa, including Cnidarians, bryozoans, crustaceans, and mollusks (Carlton 2000). The distributions of invasive species are particularly difficult to relate to climate, however, because they may not have had time to spread to their climatic limits.

### Altered Impact of Existing Invasive Species

Invasive species are a problem because they affect ecosystem properties, ecosystem processes, and community structure (Perrings et al. 2000; Levine et al. 2003; Lodge et al. 2006). The total impact of an invasive species on a community, ecosystem, or resource can be defined as the product of 3 terms: the size of the range occupied by the invasive species (its spatial extent), its average abundance within that range, and its per capita (or per-unit biomass) impact (Parker et al. 1999). The significance of this impact on a target native species or resource depends on the size of the native population or scarcity of native resources, factors that may be affected by climate change (Fig. 3).

A limited body of literature examines how climate change could alter invasive species impacts via changes in range, abundance, and per capita effect (Tables 1 & 2). We discussed possible effects of climate change on range sizes in sections above on climatic constraints and distribution of existing invasive species. Few researchers have examined whether invasive species will become more abundant with climate change, although there are several reasons to think this may occur (Theoharides & Dukes 2007; Vila et al. 2007). Results of one study show that warmer winter conditions lead to earlier and increased recruitment of non-native tunicates, facilitating their expansion and dominance in New England coastal waters (Stachowicz et al. 2002). In general, climate change may



*Figure 3. Conceptual diagram of mechanisms through which climate change can affect the ecological and economic impacts of invasive species. The absolute impact describes the actual change in populations, processes, or ecosystem services caused by the invasive species. The relative impact scales the importance of any absolute impact and can be expressed as a unitless proportion. More complex economic models should be used to accurately estimate the value of impacts (e.g., Zavaleta 2000).*

BLM_0055037

put native species at a disadvantage because they will no longer experience the ranges of environmental variables to which they are best adapted (Byers 2002).

Under some conditions, climate change could alter the relative impact of an invasive species. For example, water shortages in the southwestern United States will affect the perceived impact of the invasive species *Tamarix* spp. (Seager et al. 2007). *Tamarix* are thought to use more water than native riparian taxa (Zavaleta 2000), and increasing scarcity of water under climate change could enhance the relative impact of water uptake by this species. Despite evidence that impacts from invasive species will change, however, there are few good predictions of which invasive species will have greater effects under climate change.

### Altered Effectiveness of Management Strategies for Invasive Species

A key difference between invasive species and their native counterparts is management—the former require control and some of the latter require preservation. Management strategies therefore differ for invasive versus native species, with invasive species being managed to prevent their establishment and spread (Fig. 1; Tables 1 & 2). Management includes mechanical, chemical, and biological tools and restoration of natural disturbance regimes.

Mechanical control is useful for some species in particular portions of their range (Hulme 2003), but the effectiveness of this technique may change in some locations. For example, the geographic distribution of water hyacinth (*E. crassipes*) and water lettuce (*Pistia stratiotes*) is currently limited by cold, hard freezes, or ice cover (Grodowitz et al. 1991; Owens & Madsen 1995; Owens et al. 2004); in these areas hand pulling is sufficient control. If warmer winter temperatures allow these plants to overwinter, management will need to be more aggressive, sustained, and expensive. Further monitoring is needed at the margin of invasive species' ranges, where thresholds in generation number are likely to occur. Increased survival rates and numbers of generation times will likely necessitate the use of other control methods.

Chemical control is effective for several invasive species, including hydrilla. If climatic change enhances some invasive plants, increased use of herbicides may be required, which may amplify negative effects on nontarget organisms (e.g., sublethal effects of glyphosate on amphibians; Howe et al. 2004; Cauble & Wagner 2005). In general, however, the effect of climate change on the fate and behavior of pesticides is not well understood (Bloomfield et al. 2006). There is also some evidence in terrestrial invasive species that increasing carbon dioxide concentrations may enhance their tolerance to certain herbicides, undermining the effectiveness of chemical treatments (Ziska et al. 1999, 2004).

Climate change also may alter the effectiveness of biocontrol. Successful biocontrol agents are highly specific to the invasive species they are targeted to control, and changes in climatic factors may alter these interspecific interactions (Bryant et al. 2002; Stireman et al. 2005; van Asch & Visser 2007). Taxa currently controlled by a predator or herbivore, therefore, may reemerge as problem species. For example, managers in Colorado are concerned that the saltcedar leaf beetle (*Diorhabda elongata*) will stop being effective at controlling Tamarisk (*Tamarix ramosissima*) if air temperatures increase (U.S. EPA 2008). Conversely, climate change may increase the effectiveness of biocontrol agents in some locations. For example, one of the most effective biological control agents for alligator weed (*Alternanthera philoxeroides*) in the southeastern United States is the alligator weed flea beetle (*Agasicles hygrophila*). Climatic tolerances for the beetle and plant do not match exactly, and the beetle is only effective in the warmer part of the invasive plant's distribution (Julien et al. 1995; Stewart et al. 1999). Warmer temperatures could allow this biocontrol agent to become effective in a larger part of the invasive species' range (Hruska et al. 1985). Unfortunately, these warming trends are likely to also allow alligator weed to spread northward. Future biocontrol attempts must consider climate variables in evaluating long-term effectiveness (Zalucki & van Klinken 2006).

Finally, climate change may alter the utility of restoring natural disturbance regimes as a way to control invasive species. For example, natural resource managers have simulated natural flood regimes through dam releases to increase native biodiversity and control invasive species, but if these areas see a significant decrease in water availability, conflicts between human and environmental uses may reduce the acceptability of this tool (Seager et al. 2007). In contrast, sea-level rise may be an example of how managers can use climate change for their benefit, at least in the short term. Restoration of tidal flows in coastal wetlands is one strategy that may effectively control *Phragmites australis* and purple loosestrife (*Lythrum salicaria*), particularly for wetlands along the U.S. Atlantic coast that were previously dominated by smooth cordgrass (*Spartina alterniflora*) (Chambers et al. 2002; Konisky & Burdick 2004; Vasquez et al. 2006). Managers of invasive species in Connecticut use this restoration technique to control these invasive plants in areas where native vegetation is more salt tolerant (U.S. EPA 2008). Detailed maps of estimated sea-level rise and distributions of *Spartina*-dominated salt marshes would inform where tidal management could be used effectively.

The potential for changes in temperature, precipitation, and sea level to affect invasive-species management will necessitate coordinated responses at large spatial scales, new research, and more extensive monitoring. Regional panels, such as the Northeast Aquatic Nuisance

BLM_0055038

Species Panel, are attempting to share data on regionally problematic species, success stories, management plans, and eradication efforts (U.S. EPA 2008), activities that can help determine changing management effectiveness and disseminate novel techniques.

## Conclusions

The future of management of invasive species will involve new tools developed from research that integrates invasion and climate-change biology (Table 2). Increased monitoring and more interagency and interstate coordination will also be necessary (Bierwagen et al. 2008 [this issue]). Monitoring and coordination similar to the Early Detection and Rapid Response System envisioned by the National Invasive Species Management Plan may be a useful vehicle for new vigilance under climate change (NISC 2001; Westbrooks 2004). Some states, such as Kansas, already communicate with their southern and northern neighbors to determine species distributions and share successful management activities (U.S. EPA 2008). Delaware also is performing surveys to detect changes over time in aquatic invasive species (U.S. EPA 2008), and these activities will need to be more widespread. Finally, risk assessments over a broader geographic area than have traditionally been performed will be essential. It will be considerably easier to prevent the introduction of harmful non-native species than to project their impact in novel and changing environments.

Many problems with invasive species are immediate and severe. Climate change, in contrast, is more subtle and long term, and resource managers have a difficult time knowing when to start addressing it. It will take more research to understand how specific invasive species may behave under an altered climate and which new species will emerge as invasive (Table 2). The 5 consequences described earlier provide a starting point for that research. Unfortunately, the timescale for pursuing that research and using it to inform novel management techniques is short.

## Acknowledgments

For discussing invasive species and climate change with us, we thank J. Carlton and participants in a workshop sponsored by the U.S. Environmental Protection Agency (EPA), Assessing Gaps and Needs for Invasive Species Management in a Changing Climate, held at the Environmental Law Institute in 2006. We also thank J. Mueller and anonymous reviewers for comments on the manuscript. The findings and conclusions in this report are those of the authors and do not necessarily represent the views of the U.S. EPA.

## Literature Cited

Ayres, M. P., and M. J. Lombardero. 2000. Assessing the consequences of global change for forest disturbance from herbivores and pathogens. The Science of the Total Environment **262:**263–286.

Bierwagen, B. G., R. Thomas, and A. Kane. 2008. Capacity of management plans for aquatic invasive species to integrate climate change. Conservation Biology **22:** in press.

Bloomfield, J. P., R. J. Williams, D. C. Gooddy, J. N. Cape, and P. Guha. 2006. Impacts of climate change on the fate and behaviour of pesticides in surface and groundwater—a U.K. perspective. Science of the Total Environment **369:**163–177.

Botkin, D. B., et al. 2007. Forecasting the effects of global warming on biodiversity. BioScience **57:**227–236.

Bryant, S. R., C. D. Thomas, and J. S. Bale. 2002. The influence of thermal ecology on the distribution of three nymphalid butterflies. Journal of Applied Ecology **39:**43–55.

Burkett, V., and J. Kusler. 2000. Climate change: potential impacts and interactions in wetlands of the United States. Journal of the American Water Resources Association **36:**313–320.

Byers, J. E. 2002. Impact of non-indigenous species on natives enhanced by anthropogenic alteration of selection regimes. Oikos **97:**449–458.

Byers, J. E., and J. M. Pringle. 2006. Going against the flow: retention, range limits and invasions in advective environments. Marine Ecology Progress Series **313:**27–41.

Carlton, J. T. 2000. Global change and biological invasions in the oceans. Pages 31–53 in H. A. Mooney and R. J. Hobbs, editors. Invasive species in a changing world. Island Press, Covelo, California.

Cauble, K., and R. S. Wagner. 2005. Sublethal effects of the herbicide glyphosate on amphibian metamorphosis and development. Bulletin of Environmental Contamination and Toxicology **75:**429–435.

Chambers, R. M., D. T. Osgood, and N. Kalapasev. 2002. Hydrologic and chemical control of Phragmites growth in tidal marshes of SW Connecticut, USA. Marine Ecology-Progress Series **239:**83–91.

Crooks, J. A., and M. E. Soulé. 1999. Lag times in population explosions of invasive species: causes and implications. Pages 103–126 in O. T. Sandlund et al., editors. Invasive species and biodiversity management. Kluwer, New York.

D'Antonio, C. M., T. Dudley, and M. Mack. 2000. Disturbance and biological invasions: direct effects and feedbacks. Pages 429–468 in L. R. Walker, editor. Ecosystems of disturbed ground. Elsevier, New York.

Dukes, J. S., and H. A. Mooney. 1999. Does global change increase the success of biological invaders? Trends in Ecology & Evolution **14:**135–139.

Fukushima, T., M. Kureha, N. Ozaki, Y. Fujimori, and H. Harasawa. 2002. Influences of air temperature change on leisure activities—case study on ski activities. Mitigation and Adaptation Strategies for Global Change **7:**173–189.

Goodwin, B. J., A. J. McAllister, and L. Fahrig. 1999. Predicting invasiveness of plant species based on biological information. Conservation Biology **13:**422–426.

Green, A. J., and J. Figuerola. 2005. Recent advances in the study of long-distance dispersal of aquatic invertebrates via birds. Diversity and Distributions **11:**149–156.

Gritti, E. S., B. Smith, and M. T. Sykes. 2006. Vulnerability of Mediterranean Basin ecosystems to climate change and invasion by exotic plant species. Journal of Biogeography **33:**145–157.

Grodowitz, M. J., R. M. Stewart, and A. F. Cofrancesco. 1991. Population-dynamics of water-hyacinth and the biological-control agent neochetina-eichhorniae (*Coleoptera, Curculionidae*) at a southeast Texas location. Environmental Entomology **20:**652–660.

Hayhoe, K., et al. 2007. Past and future changes in climate and hydrological indicators in the U.S. Northeast. Climate Dynamics **28:**381–407.

BLM_0055039

Howe, C. M., M. Berrill, B. D. Pauli, C. C. Helbing, K. Werry, and N. Veldhoen. 2004. Toxicity of glyphosate-based pesticides to four North American frog species. Environmental Toxicology and Chemistry **23:**1928–1938.

Hruska, A. J., S. M. Gladstone, and K. G. Wilson. 1985. Expanded range of the alligatorweed flea beetle (*Agasicles-Hygrophila* Selman and Vogt) in South Carolina. Journal of Aquatic Plant Management **23:**92–93.

Hulme, P. E. 2003. Biological invasions: winning the science battles but losing the conservation war? Oryx **37:**178–193.

Hulme, P. E. 2005. Adapting to climate change: is there scope for ecological management in the face of a global threat? Journal of Applied Ecology **42:**784–794.

IPCC (Intergovernmental Panel on Climate Change). 2007. Climate change 2007: the physical science basis. Contribution of Working Group I to the Fourth assessment report of the IPCC. Cambridge University Press, Cambridge, United Kingdom.

Julien, M. H., B. Skarratt, and G. F. Maywald. 1995. Potential geographical-distribution of alligator weed and its biological-control by *Agasicles Hygrophila*. Journal of Aquatic Plant Management **33:**55–60.

Kim, J. G., E. Rejmánková, and H. J. Spanglet. 2001. Implications of a sediment-chemistry study on subalpine marsh conservation in the Lake Tahoe basin, USA. Wetlands **21:**379–394.

Kolar, C. S., and D. M. Lodge. 2002. Ecological predictions and risk assessment for alien fishes in North America. Science **298:**1233–1236.

Konisky, R. A., and D. M. Burdick. 2004. Effects of stressors on invasive and halophytic plants of New England salt marshes: a framework for predicting response to tidal restoration. Wetlands **24:**434–447.

Lee, J. E., and S. L. Chown. 2007. *Mytilus* on the move: transport of an invasive bivalve to the Antarctic. Marine Ecology Progress Series **339:**307–310.

Levine, J.M., M. Vila, C.M. D'Antonio, J.S. Dukes, K. Grigulis, and S. Lavorel. 2003. Mechanisms underlying the impacts of exotic plant invasions. Proceedings of the Royal Society of London Series B-Biological Sciences **270:**775–781.

Lodge, D. M., et al. 2006. Biological invasions: recommendations for U.S. policy and management. Ecological Applications **16:**2035–2054.

Mack, R. N. 2000. Cultivation fosters plant naturalization by reducing environmental stochasticity. Biological Invasions **2:**111–122.

McLachlan, J. S., J. J. Hellmann, and M. W. Schwartz. 2007. Assisted migration in an era of climate change. Conservation Biology **21:**297–302.

Michener, W. K., E. R. Blood, K. L. Bildstein, M. M. Brinson, and L. Gardner. 1997. Climate change, hurricanes and tropical storms, and rising sea level in coastal wetlands. Ecological Applications **7:**770–801.

Morrison, L. W., M. D. Korzukhin, and S. D. Porter. 2005. Predicted range expansion of the invasive fire ant, *Solenopsis invicta*, in the eastern United States based on the VEMAP global warming scenario. Diversity and Distributions **11:**199–204.

Mueller, J. M., and J. J. Hellmann. 2008. An assessment of invasion risk from assisted migration. Conservation Biology **22:** in press.

National Invasive Species Council (NISC). 2001. Meeting the invasive species challenge: National Invasive Species Management Plan. Pages 1–80. NISC, Washington, D.C..

Owens, C. S., and Madsen J. D. 1995. Low-temperature limits of water-hyacinth. Journal of Aquatic Plant Management **33:**63–68.

Owens, C. S., R. M. Smart, and R. M. Stewart. 2004. Low temperature limits of giant salvinia. Journal of Aquatic Plant Management **42:**91–94.

Parker, I. M., et al. 1999. Impact: toward a framework for understanding the ecological effects of invaders. Biological Invasions **1:**3–19.

Perrings, C., M.H. Williamson, and S. Dalmazzone. 2000. The Economics of Biological Invasions. Edward Elgar, Cheltenham, United Kingdom.

Pyke, C. R., R. Thomas, R. D. Porter, J. J. Hellmann, J. S. Dukes, D. M. Lodge, and G. Chavarria. 2008. Current practices and future opportunities for policy on climate change and invasive species. Conservation Biology **22:** in press.

Pyšek, P., and P. E. Hulme. 2005. Spatio-temporal dynamics of plant invasions: linking pattern to process. Ecoscience **12:**302–315.

Qian, H., and R. E. Ricklefs. 2006. The role of exotic species in homogenizing the North American flora. Ecology Letters **9:**1293–1298.

Rahel, F.J. 2000. Homogenization of fish faunas across the United States. Science **288:**854–856.

Rahel, F. J., and J. D. Olden. 2008. Assessing the effects of climate change on aquatic invasive species. Conservation Biology **22:** in press.

Rejmánek, M. 1995. What makes a species invasive? Pages 3–13 in P. Pysek, K. Prach, M. Rejmánek, and M. Wade, editors. Plant invasions: general aspects and special problems. SPB Academic Publishing, Amsterdam.

Rejmánek, M., and D. M. Richardson. 1996. What attributes make some plant species more invasive? Ecology **77:**1655–1661.

Richardson, D. M., P. Pysek, M. Rejmánek, M. G. Barbour, F. D. Panetta, and C. J. West. 2000. Naturalization and invasion of alien plants: concepts and definitions. Diversity and Distributions **6:**93–107.

Richardson, H., and D. J. Nemeth. 1991. Hurricane-borne African locusts (*Schistocerca gregaria*) on the windward islands. GeoJournal **23:**349–357.

Rixon, C. A. M., I. C. Duggan, N. M. N. Bergeron, A. Ricciardi, and H. J. Macisaac. 2005. Invasion risk posed by the aquarium trade and live fish markets in the Laurentian Great Lakes. Biodiversity and Conservation **14:**1365–1381.

Root, T. L., J. T. Price, K. R. Hall, S. H. Schneider, C. Rosenzweig, and J. A. Pounds. 2003. Fingerprints of global warming on animals and plants. Nature **421:**57–60.

Rosenzweig, C., A. Iglesias, X. B. Yang, P. R. Epstein, and E. Chivian. 2001. Climate change and extreme weather events: implications for food production, plant diseases, and pests. Global Change and Human Health **2:**90–104.

Ruesink, J. L. 2005. Global analysis of factors affecting the outcome of freshwater fish introductions. Conservation Biology **19:**1883–1893.

Schneider, R. W., C. A. Hollier, H. K. Whitam, M. E. Palm, J. M. McKemy, J. R. Hernandez, L. Levy, and R. DeVries-Paterson. 2005. First report of soybean rust caused by *Phakopsora pachyrhizi* in the continental United States. Plant Disease **89:**774.

Schreiber, E.S.G., G.P. Quinn, P.S. Lake. 2003. Distribution of an alien aquatic snail in relation to flow variability, human activities, and water quality. Freshwater Biology **48:**951–961.

Seager, R. M., et al. 2007. Model projections of an imminent transition to a more arid climate in southwestern North America. Science **316:**1181–1184.

Stachowicz, J. J., J. R. Terwin, R. B. Whitlatch, and R. W. Osman. 2002. Linking climate change and biological invasions: ocean warming facilitates nonindigenous species invasions. Proceedings of the National Academy of Sciences of the United States of America **99:**15497–15500.

Stewart, C. A., R. B. Chapman, R. M. Emberson, P. Syrett, and C. M. A. Frampton. 1999. The effect of temperature on the development and survival of *Agasicles hygrophila* Selman & Vogt (*Coleoptera: Chrysomelidae*), a biological control agent for alligator weed (*Alternanthera philoxeroides*). New Zealand Journal of Zoology **26:**11–20.

Stireman, J. O., et al. 2005. Climatic unpredictability and parasitism of caterpillars: implications of global warming. Proceedings of the National Academy of Sciences of the United States of America **102:**17384–17387.

Theoharides, K. A., and J. S. Dukes. 2007. Plant invasion pattern and process: factors affecting plant invasion at four spatio-temporal stages. New Phytologist **176:**256–273.

BLM_0055040

Thomas, C. D., et al. 2004. Extinction risk from climate change. Nature **427:**143–148.

Thuiller, W., D. M. Richardson, and G. F. Midgley. 2007. Will climate change promote alien invasions? Pages 197–211 in W. Nentwig, editor. Biological invasions. Springer-Verlag, Berlin.

Tilman, D., J. Hill, and C. Lehman. 2006. Carbon-negative biofuels from low-input high-diversity grassland biomass. Science **314:**1598–1600.

U.S. EPA (Environmental Protection Agency). 2008. Effects of climate change on aquatic invasive species and implications for management and research. EPA, Office of Research and Development, Washington, D.C.

van Asch, M., and M. E. Visser. 2007. Phenology of forest caterpillars and their host trees: the importance of synchrony. Annual Review of Entomology **52:**37–55.

Van Der Veken, S., M. Hermy, M. Velland, A. Knapen, and K. Verheyen. 2008. Garden plants get a head start on climate change. Frontiers in Ecology and the Environment **6:**212–216.

Vasquez, E. A., E. P. Glenn, G. R. Guntenspergen, J. J. Brown, and S. G. Nelson. 2006. Salt tolerance and osmotic adjustment of *Spartina alterniflora* (Poaceae) and the invasive M haplotype of *Phragmites australis* (Poaceae) along a salinity gradient. American Journal of Botany **93:**1784–1790.

Vermeij, G. J. 1996. An agenda for invasion biology. Biological Conservation **78:**3–9.

Vilà, M., J. D. Corbin, J. S. Dukes, J. Pino, and S. D. Smith. 2007. Linking plant invasions to global environmental change. Pages 93–102 in J. Canadell, D. Pataki, and L. Pitelka, editors. Terrestrial ecosystems in a changing world. Springer-Verlag, New York.

Vörösmarty, C. J., P. Green, J. Salisbury, and R. Lammers. 2000. Global water resources: vulnerability from climate change and population growth. Science **289:**284–288.

Walther, G.-R., E. Post, P. Convey, A. Menzel, C. Parmesan, T. J. C. Beebee, J.-M. Fromentin, O. Hoegh-Guldberg, and F. Bairlein. 2002. Ecological responses to recent climate change. Nature **416:**389–395.

Westbrooks, R. G. 2004. New approaches for early detection and rapid response to invasive plants in the United States. Weed Technology **18:**1468–1471.

Williamson, M. 2006. Explaining and predicting the success of invading species at different stages of invasion. Biological Invasions **8:**1561–1568.

Williamson, M., and A. Fitter. 1996. The varying success of invaders. Ecology **77:**1661–1666.

Wonham, M. J., W. C. Walton, G. M. Ruiz, A. M. Frese, and B. S. Galil. 2001. Going to the source: role of the invasion pathway in determining potential invaders. Marine Ecology Progress Series **215:**1–12.

Zalucki, M. P., and R. D. van Klinken. 2006. Predicting population dynamics of weed biological control agents: science or gazing into crystal balls? Australian Journal of Entomology **45:**331–344.

Zavaleta, E. 2000. The economic value of controlling an invasive shrub. Ambio **29:**462–467.

Ziska, L. H., J. R. Teasdale, and J. A. Bunce. 1999. Future atmospheric carbon dioxide may increase tolerance to glyphosate. Weed Science **47:**608–615.

Ziska, L. H., S. Faulkner, and J. Lydon. 2004. Changes in biomass and root:shoot ration of field-grown Canada thistle (*Cirsium arvense*), a noxious, invasive weed, with elevated $CO_2$: implications for control with glyphosate. Weed Science **52:**584–588.



BLM_0055041



**CHOICES**

The magazine of food, farm, and resource issues

4th Quarter 2014 • 29(4)

A publication of the
Agricultural & Applied
Economics Association



**AAEA**
Agricultural & Applied
Economics Association

# Shale Development and Agriculture

Claudia Hitaj, Andrew Boslett, and Jeremy G. Weber

*JEL Classifications: Q1, Q3, Q4*
*Keywords: Agriculture, Royalties, Shale Development*

**S**hale formations rich in oil and gas cover parts of many agriculturally rich states. Since farmers own or operate more than half of the non-urban land in the 48 lower states (U.S. Department of Agriculture, Economic Research Service (USDA, ERS), 2013), the potential for oil and gas drilling to affect the well-being of farmers and the profitability of their farms is high. Most onshore oil and gas production is concentrated in the south-central United States, the western Plains, and the Appalachian Mountain region in the east. The value of this production often dwarfs the local agricultural economy. In 2012, the value of energy production was, on average, 16 times greater than the value of agriculture in energy-producing counties, up from 6 times in 2002 (USDA, National Agricultural Statistics Service (NASS), 2012; USDA, NASS, 2002; and USDA, ERS, 2014).

The overall effect of shale development on agriculture is uncertain and depends on local and individual factors. The energy industry makes large payments to farmers who own mineral rights or land needed for pipelines or access roads. However, energy companies also compete for inputs, such as water and labor, which may weaken the profitability of farms, particularly in remote and dry areas. For example, farmers and drilling companies will compete for water in dry parts of Texas and other western states. In rural areas far from population centers, farmers might find it hard to retain hired workers who can make higher wages driving semi-trucks or pouring concrete for well pads. In North Dakota, competition for trains given the use of rail for transporting oil has led to lower local grain prices and mounting concerns over future backlogged shipments of



**Figure 1.** Value of Energy in 2011

Source: USDA-ERS, 2014.

**Figure 2.** Change in Agricultural Variables from 2002 to 2012 across Shale and Non-Shale Counties

■ Shale Counties  ▢ Non-Shale Counties

Source: Based on USDA, NASS, 2002 and 2012 Censuses of Agriculture. Note: Includes counties with shale plays in AR, CO, LA, MO, NM, ND, OK, and TX.

©1999–2014 CHOICES. All rights reserved. Articles may be reproduced or electronically distributed as long as attribution to *Choices* and the Agricultural & Applied Economics Association is maintained. *Choices* subscriptions are free and can be obtained through http://www.choicesmagazine.org.

BLM_0055042



**Figure 3.** Change in Irrigated Acreage from 2002 to 2012 in Northeastern Colorado

Source: Based on USDA, NASS, 2002 and 2012 Censuses of Agriculture and the Colorado Geological Survey (2014).

grain (Nixon, 2014). Drilling pads and access roads can also reduce the surface area available for crops or pasture.

Shale development from 2002 to 2012 appears to have diverse impacts on agriculture. Farms in shale counties experienced a larger increase in the value of their land and buildings than those outside of shale plays. This suggests that growth in the value of the oil and gas rights has outpaced any decline in the value of land associated with loss of land for agricultural use and potential environmental degradation of the land related to drilling. In addition, within the shale area, the value of machinery and equipment increased compared to non-shale areas. This could be the result of a wealth increase through lease and royalty payments to farmers owning their mineral rights. While crop and livestock production remain unchanged, there is some evidence of farm consolidation in shale areas. Competition for water may explain why shale areas had a smaller increase in irrigated acres, while competition for labor could account for the relatively larger increase in hired labor

expenses in shale areas relative to non-shale areas.

The descriptive comparisons, of course, mask exactly why and how shale development may be affecting agriculture.

## Water Quantity and Quality

Much of the concern with the recent wave of oil and gas development regards its potential impacts on water quantity and quality. Shale development uses large quantities of water because of its reliance on hydraulic fracturing to create fissures in rocks to release the oil and gas trapped within. A typical horizontal shale gas well requires 2 to 4 million gallons of water during the fracturing process (U.S. Department of Energy, 2009). Although water use associated with shale development is small at the state level, it may cause large increases in water demand in specific areas (Nicot and Scanlon, 2012). This is especially a concern for water-scarce areas in Texas and other western states where many shale wells have been drilled (Freyman, 2014).

The use of water in hydraulic fracturing has also led to concerns about water quality. In Pennsylvania, Osborn et al. (2011) found evidence that drilling can affect groundwater through methane migration or faulty well casings. It can also affect surface water quality through spills at drilling sites or if drilling wastewater is not properly processed by treatment plants before it is discharged into rivers and streams (Kargbo, Wilhelm, and Campbell, 2010; and Olmstead et al., 2013).

Water quality and quantity concerns associated with shale development may affect farming and ranching in several ways. Farmers may face higher water prices due to competition with energy companies. In certain areas of the country, such as Texas and Colorado, farmers and ranchers may sell their water rights to energy producers thereby diverting water use from agriculture (Gold and Campoy, 2011; and Healy, 2012). Greater demand for water in general could cause farmers to transition from water-intensive crops such as cotton and rice to crops requiring less irrigation or none at all. In particularly dry areas dependent on irrigation, farmers may stop growing crops altogether and switch to ranching. In Weld County, Colo., for example, large-scale drilling accompanied a large decline in irrigation (Figure 3).

Concerns associated with water quality may also affect the decisions of farmers. The Food Safety and Modernization Act of 2010 requires pre-testing of all water used for irrigation. Any decrease in water quality caused by nearby shale development could reduce the water available for irrigation or force farmers to find alternative sources of water that meet the Act's quality standards. In addition, many farms are also valued for their use as a rural residence, not for production. The potential human health implications described in Finkel and Law (2011) could make such

BLM_0055043

farms less desirable as residences, thereby lowering their value and the well-being of their residents.

Livestock farms are also sensitive to changes in water quality. A recent study by Bamberger and Oswald (2012) suggests that livestock are highly susceptible to water quality impacts from shale gas development. Water contamination effects on livestock health may encourage some livestock farmers to transition to growing crops or to relocate their farms. In addition, organic farmers in areas with shale development areas may face consumers' fears regarding the quality of their products. This concern has led the Pennsylvania Association for Sustainable Agriculture to call for a moratorium on shale development until the state has fully evaluated its impacts on water quality, food safety, and farmer well-being. Some organic food companies have expressed concern that they could lose their organic accreditation due to nearby unconventional gas development (Miller, 2012).

## Competition for Inputs: Labor, Land, Infrastructure, Supplies

Aside from water, shale development can affect the price of other agricultural inputs such as labor, land, and infrastructure. Weber (2012) finds that shale gas development added about 1,780 jobs and $69 million in wages in counties in Colorado, Texas, and Wyoming that experienced a boom in natural gas production. While the workers directly involved in drilling, completing, and operating a well are highly specialized, demand for labor in supporting services, such as driving and construction, could force farms to pay higher wages to retain their similarly skilled workers. There is evidence that greater shale development caused the average wage per job in a county to increase, though the effect varies by region (Brown, 2014; and Weber, 2014). In the Bakken Shale

region of North Dakota, in particular, finding seasonal workers has become difficult and most farmers are resorting to labor from foreign countries who work under H-2A visas (Deede, 2014). Temporary workers around drilling areas typically rent housing, which has caused rental prices to escalate. In Bradford County of Pennsylvania, houses that previously rented for $500/month could rent for $4,500/month due to the increased demand from the industry (Drohan et al., 2012).

Shale development requires land for drilling sites, gas processing facilities, pipelines, access roads, and water impoundments. Drilling itself occupies relatively little land. Five acres from which multiple wells are drilled can provide the capability to extract gas from about 500 to 1,000 acres (U.S. Department of Energy, National Energy Technology Laboratory (NETL), 2013). Other infrastructure, however, such as access roads and water impoundment areas, also requires land. Companies must clear the right of way over any pipelines they wish to install (Williams, 2012). Many agricultural activities can occur on top of pipeline rights of way, though the disturbing of the soil can lower crop yields. Drohan et al. (2012) find that if all the wells permitted in the Marcellus Shale area in Pennsylvania by June 2011 were developed, it would convert at least 1,600 to 2,600 acres of agricultural land and 1,300 to 2,200 acres of forest land into industrial land.

When farmers do not own the mineral rights to their land, they are unable to direct where wells are placed on their property. Gibson (2013) finds that oil companies in North Dakota drilling in the Bakken often do not respond to even modest requests for change, such as moving a well pad to the other side of a fence to allow for calving. In one North Dakota example documented by Gibson, a farmer could not profitably

farm around a 7-acre well pad that was built in the middle of a 20-acre field. Although he received compensation for the loss of use created by the well pad area, it did not cover his losses.

Farms are also affected by an increase in the price of inputs that are used in shale gas development. For example, mulch and straw are used for erosion and sedimentation control on gas sites, but also for animal bedding (Drohan et al., 2012). On the other hand, lower natural gas prices can bring down the cost of nitrogen-based fertilizers since natural gas accounts for about 70% to 90% of the estimated cost of producing them (Pirog and Ratner, 2012). However, the high demand for fertilizers in recent years has translated mainly into increased profits for fertilizer producers compared to cost savings for fertilizer consumers (Pirog and Ratner, 2012).

Greater demand for transportation infrastructure from the oil and gas industry can affect farmers in several ways. Produced oil and gas can be transported by rail, increasing competition for rail resources that farmers rely on for marketing their crops. Olson (2014) estimates that rail shipment delays have caused a loss of $66.6 million in North Dakota's farm-level revenue for crops that were sold from January through April 2014. In addition, increased truck traffic damages roads, particularly dirt roads, which farmers rely on to move their machinery and agricultural products. Abramzon et al. (2014) find that a new well in Pennsylvania required on average about 600 to 1,100 one-way loaded heavy truck trips. They estimate that heavy truck traffic on Pennsylvania's state-maintained roadways from shale gas development in 2011 created roughly $13,000 to $23,000 worth of damages per well. Other costs from truck traffic include declining health of livestock due to air pollution. In

BLM_0055044

North Dakota, Bakken-related truck traffic on red-rock gravel roads creates dust. Gibson (2013) found that cattle sometimes reject the dust-laden feed, refuse to lay in the dusty hay, and even die from dust pneumonia. In the long run, farmers could benefit from the subsequent repair of a damaged road or the conversion of dirt roads to asphalt. Similarly, farmers gain from railroad and highway expansions driven by the demand from the oil and gas industry.

## Farmer Wealth

In 2011, energy lease and royalty payments to farmers amounted to $2.3 billion, almost half the value of payments provided by the USDA's direct payment commodity program, which was on average the largest federal farm income support program in the 2000s (Weber, Brown, and Pender, 2013). This increased wealth, in turn, may have various effects on farmer decisions. Payments may provide farmers with the money to expand and upgrade their operations, thereby improving their farms' long-term financial viability. Alternatively, the payments may allow marginally profitable farmers to retire early or switch to less labor intensive activities, for example, from dairy to beef cattle. The combination of early retirement among farmers and greater investment for others may cause the consolidation of production and land ownership.

Subsurface rights in most of the continental United States are privately owned. Before drilling for oil and gas, companies must lease the rights from the owner through a lease contract, which specify a payment to the owner for signing the lease (often called a bonus payment) and a percentage of the value of production to be paid to the owner (the royalty). The lease will also state a time after which the lease expires if production has not occurred. Upon expiration, the farmer may sign a new lease,

earning a new bonus payment. Bonus payments may range from a few dollars to $9,000 an acre (Andrews, 2009; and Pronko, 2013). The standard royalty rate is 12.5%, though this rate can be much higher if there is a strong likelihood of marketable production (Fitzgerald and Rucker, 2013).

Because royalty payments are based on the value of production, they will vary substantially over time as the productivity of wells and energy prices change. A typical shale gas well can produce between 1 and 5 million cubic feet per day during the first month, but production can decline by nearly 70% by the end of the first year (King, 2014). After the initial rapid decline in production, wells can continue to produce gas at a slowly declining rate. There are differences in the methodology and parameters used in life-cycle analyses of well productivity (Branosky, Stevens, and Forbes, 2012), leading to production forecasts that vary from 20 (King, 2014) to 70 years (Fuquay, 2013). For a well that produces 2 million cubic feet of gas per day in the first month and an assumed natural gas price of $4 per thousand cubic feet, annual royalties would start at $200,000, drop to $80,000 in the first and second years, and decline to $23,000 in the sixth year (King, 2014). Since 2008, the wellhead price of natural gas has varied from $3 to $11 per million cubic feet.

Farmers, however, may not always own the rights to the oil and gas beneath the land that they own. In places where oil and gas rights have at one time held meaningful value, they were often severed from the surface rights in what is known as splitting the estate. Where oil and gas rights have value, a landowner may split the estate by selling a property but retaining the rights. Most of the areas with shale oil and gas resources have some history of drilling, making it less likely that the surface owners own the

rights to the oil and gas below. Recently, Weber and Hitaj (2014) found small effects of shale gas development on farm real estate values in Texas' Barnett Shale. In contrast, shale development had a large positive effect on farm real estate in northeastern Pennsylvania, which does not have a history of drilling. The contrasting results likely reflect the prevalence of split estates.

## Community Well-Being

Aside from affecting the profitability of farms, shale development can influence the well-being of farm households if the livability of their surrounding communities changes. The extraction, processing, and transportation of oil and gas have led to substantial decreases in air quality in some areas (Litovitz et al., 2013; and Rich, Grover, and Sattler, 2014), which have been implicated as the potential cause of nearby infant health issues (Hill, 2012). Noise and light pollution occur near shale wells and processing facilities (Clark et al., 2013). Differences in regulations across states can affect the magnitude of these negative impacts (Richardson et al., 2013). In New York and Pennsylvania, residents have expressed concern about the effects of a large influx of workers, and there is evidence that criminal activity can increase in counties experiencing drilling (Stedman et al., 2012; and James and Smith, 2014). Both prostitution and drug use have risen in the Bakken Shale (Boyce, 2014), while the fracking boom in Texas has been connected with a rise in fatal traffic accidents (Olsen, 2014).

Shale development can also create community tensions by increasing inequality (Schafft et al., 2014). Kelsey, Metcalf, and Salcedo (2012) found that lease and royalty income is heavily skewed to a small portion of residents in the Marcellus Shale. In some counties, only 11.3% of lease and royalty income accrues to the

BLM_0055045

bottom 90% of landowners residing in the county.

Despite its various community costs, shale development has improved state and municipal finances through driller fees, severance taxes on gas production, or well fees. In 2011 and 2012, for example, Pennsylvania raised over $400 million in revenue through a per-well impact fee, some of which is allocated to local governments that host drilling operations (McNulty, 2013) to help off-set some of the aforementioned infrastructure that can occur with rapid business expansions in areas not prepared for the boom. Moreover, in some states, local governments can tax the value of oil and gas rights as property. Looking at the Barnett Shale in Texas, Weber, Burnett, and Xiarchos (2014) found that expansion in the local property tax base through appreciation of oil and gas rights led to greater school spending and higher housing values in shale areas.

## Much Uncertainty Remains

Shale development has a range of diverse consequences for agriculture. They can be positive or negative and vary at the regional, local, and even farm levels. Farms in the Marcellus Shale are unlikely to face water quantity issues, compared to areas in North Dakota or Colorado, where water is scarce. Even there, the impact can vary across farms and over time. Farmers in areas without prior oil or gas drilling experience, such as northeastern Pennsylvania, are more likely to own their mineral rights and receive royalty income, which they can then invest in the farm.

The long-term effects of development, both economic and environmental, are still unclear since large-scale drilling began only in the early 2000s in Texas and later elsewhere. By financing investment, expansion, or retirement, the wealth created through lease and royalty payments may have long-term consequences

for the agricultural landscape even after well production stops. Likewise, spills or other environmental mishaps could degrade some parcels of land for decades. In balance, shale development comes with challenges and opportunities for farmers and their rural communities with uncertain, long-term effects.

## For More Information

Abramzon, S., C. Samaras, A. Curtright, A. Litovitz, and N. Burger. 2014. "Estimating the Consumptive Use Costs of Shale Natural Gas Extraction on Pennsylvania Roadways." *Journal of Infrastructure Systems* 20 (3).

Andrews, A. 2009. *Unconventional Gas Shales: Development, Technology, and Policy Issues*. Darby, Pa.: Diane Publishing.

Bamberger, M., and R.E. Oswald. 2012. "Impacts of Gas Drilling on Human and Animal Health" *New Solutions* 22 (1): 51-77.

Boyce, D. 2014. "Booming Oil Fields May be Giving Sex Trafficking a Boost." National Public Radio. Available online: http://www.npr.org/2014/02/01/265698046/booming-oil-fields-may-be-giving-sex-trafficking-a-boost.

Branosky, E., A. Stevens, and S. Forbes. 2012. *Defining the Shale Gas Life Cycle: A Framework for Identifying and Mitigating Environmental Impacts*. World Resources Institute Working Paper. Available online: http://www.wri.org/publication/shale-gas-life-cycle-framework-for-impacts.

Brown, J.P. 2014. "Production of Natural Gas from Shale in Local Economies: A Resource Blessing or Curse?" *Economic Review* (1). Federal Reserve Bank of Kansas City.

Clark, C., A. Burnham, C. Harto, and R. Horner. 2013. *Hydraulic Fracturing and Shale Gas Production: Technology, Impacts, and Regulations*. Argonne National Laboratory: ANL/EVS/R-12/5.

Colorado Geological Survey. 2014. Oil and Gas Wells Drilled by July 2014. Colorado School of Mines, Golden, CO.

Deede, J. 2014. *Balancing Oil and Agriculture*. Shale Plays Media, 1 August. Available online: www.eaglefordtexas.com.

Drohan, P.J., M. Brittingham, J. Bishop, and K.Yoder. 2012. "Early Trends in Landcover Change and Forest Fragmentation Due to Shale-Gas Development in Pennsylvania: A Potential Outcome for the Northcentral Appalachians." *Environmental Management* 49 (5): 1061-1075.

Finkel, M.L., and A. Law. 2011. "The Rush to Drill for Natural Gas: A Public Health Cautionary Tale." *Public Health* 101(5): 784-785.

Fitzgerald, T. and R.R. Rucker. 2013. *Estimates of U.S. Private Oil and Natural Gas Royalties*. Montana State University, Department of Agricultural Economics/Department of Economics staff paper.

Freyman, M. 2014. *Hydraulic Fracturing and Water Stress: Water Demand by the Numbers*. A Ceres Report.

Fuquay, J. 2013. "Report Questions Long-Term Productivity of Gas Wells in Barnett Shale." *Fort Worth Star Telegram*. Available online: http://www.star-telegram.com/2013/02/12/4617558/report-questions-long-term-productivity.html.

Gibson, J.W. 2013. "Bombing North Dakota: Living Amid the Bakken Oil Boom." *Earth Island Journal* 27(4).

BLM_0055046

Gold, R. and A. Campoy. 2011. "Oil's growing thirst for water." Wall Street Journal. Available from: http://online.wsj.com/news/articles/SB1000142405297020452820457700993022284746.

Healy, J. 2012. "For farms in the west, oil wells are thirsty rivals." The New York Times. Available from: http://www.nytimes.com/2012/09/06/us/struggle-for-water-in-colorado-with-rise-in-fracking.html?pagewanted=all&_r=0.

Hill, E. 2012. "Unconventional natural gas development and infant health: Evidence from Pennsylvania." Charles H. Dyson School of Applied Economics and Management Working Paper 12.

James, A., and B. Smith. 2014. "There Will be Blood: Crime Rates in Shale-Rich U.S. Counties." Oxford Centre for the Analysis of Resource Rich Economics Research Paper 140.

Kargbo, D.M., R.G. Wilhelm, and D.J. Campbell. 2010. "Natural Gas Plays in the Marcellus Shale: Challenges and Potential Opportunities." *Environmental Science and Technology* 44: 5679-5684.

Kelsey, T.W., A. Metcalf, and R. Salcedo. 2012. *Marcellus Shale: Land Ownership, Local Voice, and the Distribution of Lease and Royalty Dollars*. Pennsylvania State Center for Economic and Community Development Research Paper Series.

King, H. 2014. "Production and Royalty Declines in a Natural Gas Well Over Time." *Geology.com*. Available online: http://geology.com/royalty/production-decline.shtml.

Litovitz, A., A. Curtright, S. Abramzon, N. Burger, and C. Samaras. 2013. "Estimation of Regional Air-Quality Damages from Marcellus Shale Natural Gas Extraction in Pennsylvania." *Environmental Research Letters* 8: 1-8.

McNulty, T. 2013. "Marcellus Shale Drillers to Pay $202.47M in Per-Well Impact Fees for 2012." *Pittsburgh Post-Gazette*. Available online: http://www.post-gazette.com/local/region/2013/06/13/Marcellus-Shale-drillers-to-pay-202-47M-in-per-well-impact-fees-for-2012/stories/201306130392.

Miller, J. 2012. " 'Fracking' a Big Concern for Growing Nunda Organic Foods Company." *Hornell Evening Tribune*. Available online: http://www.eveningtribune.com/x430730443/-Fracking-a-big-concern-for-growing-Nunda-organic-foods-company.

Nicot, J., and B.R. Scanlon. 2012. "Water Use for Shale-Gas Production in Texas, U.S." *Environmental Science and Technology* 46 (6): 3580-3586.

Nixon, R. 2014. "Grain Piles up, Waiting for a Ride, as tTains Move North Dakota Oil." *The New York Times*. Available online: http://www.nytimes.com/2014/08/26/us/grain-piles-up-waiting-for-a-ride-as-trains-move-north-dakota-oil.html?_r=1.

Osborn, S.G., A. Vengosh, N.R. Warner, and R.B. Jackson. 2011. "Methane Contamination of Drinking Water Accompanying Gas-Well Drilling and Hydraulic Fracturing." *Proceedings of the National Academy of Sciences* 108 (20): 8172-8176.

Olmstead, S.M., L.A. Muehlenbachs, J. Shih, J.Z Chu, and A.J. Krupnick. 2013. "Shale Gas Development Impacts on Surface Water Quality in Pennsylvania." *Proceedings of the National Academy of Sciences* 110 (13): 4962-4967.

Olsen, L. 2014. "Fracking Boom Increases 'Triple Tragedies' on Texas Highways." *Houston Chronicle*. Available online: http://www.houstonchronicle.com/news/science-environment/article/Fracking-boom-increases-triple-tragedies-on-5760588.php#/0.

Olson, F. 2014. "Effects of 2013/14 Rail Transportation Problems on North Dakota Farm Income." North Dakota State University, requested by Senator Heidi Heitkamp.

Pacsi, A.P., N.S. Alhajeri, D. Zavala-Araiza, M.D. Webster, and D.T. Allen. 2013. "Regional Air Quality Impacts of Increased Natural Gas Production and Use in Texas." *Environmental Science and Technology* 47: 3521-3527.

Pirog, R., and M. Ratner. 2012. *Natural Gas in the US Economy: Opportunities for Growth*. R42814, Congressional Research Service, U.S. Congress, Washington, D.C.

Pronko, R.B. 2013. "Landowner Lease Groups: Finding Strength in Numbers." *Pennsylvania Business Central*. Available online: http://www.pabusinesscentral.com/landowner-lease-groups-finding-strength-in-numbers/.

Rich, A., J.P. Grover, and M.L. Sattler. 2014. "An Exploratory Study of Air Emissions Associated with Shale Gas Development and Production in the Barnett Shale." *Journal of the Air and Waste Management Association* 64 (1): 61-72.

BLM_0055047

Richardson, N., M. Gottlieb, A. Krupnick, and H. Wiseman. 2013. *The State of State Shale Gas Regulation*. Resources for the Future Report.

Schafft, K.A., L.L. Glenna, B. Green, and Y. Borlu. 2014. "Local Impacts of Unconventional Gas Development within Pennsylvania's Marcellus Shale Region: Gauging Boomtown Development through the Perspectives of Educational Administrators." *Society and Natural Resources: An International Journal* 27 (4): 389-404.

Stedman, R.C., J.B. Jacquet, M.R. Filteau, F.K. Willits, K.J. Brasier, and D.K. McLaughlin. 2012. "Marcellus Shale Gas Development New Boomtown Research: Views of New York and Pennsylvania Residents." *Environmental Practice* 14 (4): 382-393.

U.S. Department of Agriculture, Economic Research Service. 2014. "County-Level oil and gas production in the U.S." Available online: http://www.ers.usda.gov/data-products/county-level-oil-and-gas-production-in-the-us.aspx#.VCW3jfldXF8. Washington, D.C.

U.S. Department of Agriculture, Economic Research Services. 2013. *Major Land Uses: Overview*. Available online: http://www.ers.usda.gov/data-products/major-land-uses.aspx#25962. Washington, D.C.

U.S. Department of Agriculture, National Agricultural Statistics Service. 2012. Census of Agriculture. Available online: http://www.agcensus.usda.gov/Publications/. Washington, D.C.

U.S. Department of Agriculture, National Agricultural Statistics Service. 2002. Census of Agriculture. Available online: http://www.agcensus.usda.gov/Publications/. Washington, D.C.

U.S. Department of Energy. 2009. "Modern shale gas development in the United States: A primer." Work prepared under DE-FG26-04NT15455 by Ground Water Protection Council and ALL Consulting.

U.S. Department of Energy, National Energy Technology Laboratory. 2013. *Modern Shale Gas Development in the United States: An Update*. Available online: http://www.netl.doe.gov/File%20Library/Research/Oil-Gas/shale-gas-primer-update-2013.pdf.

Weber, J.G. 2014. "A Decade of Natural Gas Development: The Makings of a Resource Curse?" *Resource and Energy Economics* 37: 168-183.

Weber, J.G., J.W. Burnett, and I.M. Xiarchos. 2014. "Shale Gas Development and Housing Values over a Decade: Evidence from the Barnett Shale." 2014 U.S. Association for Energy Economics Proceedings Paper. Available online: http://works.bepress.com/wesley_burnett/9.

Weber, J.G., J.P. Brown, and J. Pender. 2013. "Rural Wealth Creation and Emerging Energy Industries: Lease and Royalty Payments to Farm Households and Businesses." Federal Reserve Bank of Kansas City Working Paper RWP 13-07.

Weber, J.G. and C. Hitaj. 2014. "What can we learn about shale gas development from land values? Opportunities, challenges, and evidence from Texas and Pennsylvania." Paper presented at the Agricultural & Applied Economics Association's 2014 AAEA & CAES Joint Annual Meeting.

Weber, J.G. 2012. "The Effects of a Natural Gas Boom on Employment and Income in Colorado, Texas, and Wyoming." *Energy Economics* 34(5): 1580-1588.

Williams, S. 2012. Discovering Shale Gas: An Investor Guide to Hydraulic Fracturing. Sustainable Investments Institute and Investor Responsibility Research Center Institute.

*Claudia Hitaj (cmhitaj@ers.usda.gov) is Economist, Economic Research Service, U.S. Department of Agriculture, Washington, D.C. Andrew Boslett (aboslet1@gmail.com) is a Ph.D. candidate, Department of Environmental and Natural Resource Economics, University of Rhode Island, Kingston. Jeremy Weber (jgw99@pitt.edu) is Assistant Professor, Graduate School of Public and International Affairs, University of Pittsburgh, Pennsylvania.*

*The analysis and conclusions expressed here are those of the authors and may not be attributed to the Economic Research Service of the U.S. Department of Agriculture.*

BLM_0055048

 **BioOne**

SEARCH    [ Quick Search ]
Advanced Search

ABOUT    RESOURCES    CONTACT US

My Account : Log in | Admin | Help

# Browse | Subscribe | Publish

WILDLIFE
MANAGEMENT
List of Issues
Current Issue
Category: BioOne.1
Aims & Scope

**Print ISSN:** 0022-541X

**Online ISSN:** 1937-2817

**Current:** Nov 2011 : Volume 75 Issue 8

**BioOne Member Since:** 2005 *(Active through 2011)*

**Frequency:** Eight times per year

**Impact Factor:** 1.611

**2014 ISI Journal Citation Reports® Rankings:**

87/140 - Ecology

39/152 - Zoology

**Eigenfactor™:** *Journal of Wildlife Management*

## Title Tools

⊟ 🌿 **Most Read Articles** ❓

HABITAT SELECTION BY ELK BEFORE AND AFTER WOLF REINTRODUCTION IN YELLOWSTONE NATIONAL PARK

Patterns of Bat Fatalities at Wind Energy Facilities in North America

Resource Selection Functions Based on Use–Availability Data: Theoretical Motivation and Evaluation Methods

Home / All Titles / Journal of Wildlife Management / Jan 2010 / pg(s) 65-72

# Journal of Wildlife Management

Published by: **The Wildlife Society**

**« previous article : next article »**

Select Language ▼
translator disclaimer

Journal of Wildlife Management 74(1):65-72. 2010

doi: http://dx.doi.org/10.2193/2008-291

## Yearling Greater Sage-Grouse Response to Energy Development in Wyoming

Matthew J. Holloran[a,1], Rusty C. Kaiser[b,2], and Wayne A. Hubert[c]

[a]Wyoming Wildlife Consultants LLC, 4402 Cheyenne Drive, Laramie, WY 82072, USA

[b]United States Geological Survey Wyoming Cooperative Fish and Wildlife Research Unit, Department 3166, E University Avenue, Laramie, WY 71, USA

[c]United States Geological Survey Wyoming Cooperative Fish and Wildlife Research Unit, Department 3166, E University Avenue, Laramie, WY 71, USA

Associate Editor: Vangilder.

[1]E-mail: matth@wyowildlife.com

[2]Present address: Bureau of Land Management, 1625 W Pine Street, Pinedale, WY 82941, USA

**Article Views** ⊟

» **Abstract & References**

Full Text

PDF (606 KB)

**Social Tools** ⊟

 Print Friendly

**Article Tools**

Email

Disable search highlighting

Add to Favorites

Sign Up for E-alerts

Download to Citation Manager

Alert me when

BLM_0055049

RESEARCH AND MANAGEMENT VIEWPOINT: WHY COMPENSATING WILDLIFE DAMAGES MAY BE BAD FOR CONSERVATION

USE AND INTERPRETATION OF LOGISTIC REGRESSION IN HABITAT-SELECTION STUDIES

⊟ Most Cited Articles 

Resource Selection Functions Based on Use–Availability Data: Theoretical Motivation and Evaluation Methods

Uninformative Parameters and Model Selection Using Akaike's Information Criterion

NONINVASIVE GENETIC SAMPLING TOOLS FOR WILDLIFE BIOLOGISTS: A REVIEW OF APPLICATIONS AND RECOMMENDATIONS FOR ACCURATE DATA COLLECTION

USE AND INTERPRETATION OF LOGISTIC REGRESSION IN HABITAT-SELECTION STUDIES

Patterns of Bat Fatalities at Wind Energy Facilities in North America

More

**Sign up for e-alerts**

🔶 **RSS Feeds**

this article is cited: Email | RSS

Citing Articles ➕

## Abstract

Sagebrush (*Artemisia* spp.)-dominated habitats in the western United States have experienced extensive, rapid changes due to development of natural-gas fields, resulting in localized declines of greater sage-grouse (*Centrocercus urophasianus*) populations. It is unclear whether population declines in natural-gas fields are caused by avoidance or demographic impacts, or the age classes that are most affected. Land and wildlife management agencies need information on how energy developments affect sage-grouse populations to ensure informed land-use decisions are made, effective mitigation measures are identified, and appropriate monitoring programs are implemented (Sawyer et al. 2006). We used information from radio-equipped greater sage-grouse and lek counts to investigate natural-gas development influences on 1) the distribution of, and 2) the probability of recruiting yearling males and females into breeding populations in the Upper Green River Basin of southwestern Wyoming, USA. Yearling males avoided leks near the infrastructure of natural-gas fields when establishing breeding territories; yearling females avoided nesting within 950 m of the infrastructure of natural-gas fields. Additionally, both yearling males and yearling females reared in areas where infrastructure was present had lower annual survival, and yearling males established breeding territories less often, compared to yearlings reared in areas with no infrastructure. Our results supply mechanisms for population-level declines of sage-grouse documented in natural-gas fields, and suggest to land managers that current stipulations on development may not provide management solutions. Managing landscapes so that suitably sized and located regions remain undeveloped may be an effective strategy to sustain greater sage-grouse populations affected by energy developments.

**Keywords:** *Centrocercus urophasianus*, energy development, greater sage-grouse, sage-grouse, Wyoming, yearling

BLM_0055050

GREATER SAGE-GROUSE (*Centrocercus urophasianus*) POPULATION RESPONSE TO
NATURAL GAS FIELD DEVELOPMENT IN WESTERN WYOMING

by
Matthew J. Holloran

A dissertation submitted to the Department of Zoology and Physiology
and The Graduate School of The University of Wyoming
in partial fulfillment of the requirements
for the degree of

DOCTOR OF PHILOSOPHY
in
ZOOLOGY AND PHYSIOLOGY

Laramie, Wyoming
December, 2005

BLM_0055051

To The Graduate School:

The members of the committee approve the dissertation of Matthew J. Holloran presented on October 20, 2005.

_____

Stanley H. Anderson, Chair in Memoriam

_____

Wayne A. Hubert, Co-Chair

_____

David E. Legg

_____

David B. McDonald

_____

Archie F. Reeve

_____

Daniel C. Rule

APPROVED:

_____

Graham Mitchell, Head, Department of Zoology and Physiology

_____

Don A. Roth, Dean, The Graduate School

Holloran, Matthew J., <u>Greater Sage-Grouse (*Centrocercus urophasianus*) Population Response to Natural Gas Field Development in Western Wyoming</u>.  PhD, Department of Zoology and Physiology, December, 2005.

Sage-grouse (*Centrocercus* spp.) populations have declined dramatically throughout the western United States since the 1960s.  Increased gas and oil development during this time has potentially contributed to the declines.  I investigated impacts of development of natural gas fields on greater sage-grouse (*C. urophasianus*) breeding behavior, seasonal habitat selection, and population growth in the upper Green River Basin of western Wyoming.  Greater sage-grouse in western Wyoming appeared to be excluded from attending leks situated within or near the development boundaries of natural gas fields.  Declines in the number of displaying males were positively correlated with decreased distance from leks to gas-field-related sources of disturbance, increased levels of development surrounding leks, increased traffic volumes within 3 km of leks, and increased potential for greater noise intensity at leks.  Displacement of adult males and low recruitment of juvenile males contributed to declines in the number of breeding males on impacted leks.  Additionally, responses of predatory species to development of gas fields could be responsible for decreased male survival on leks situated near the edges of developing fields and could extend the range-of-influence of gas fields.  Generally, nesting females avoided areas with high densities of producing wells, and brooding females avoided producing wells.  However, the relationship between selected nesting sites and proximity to gas field infrastructure shifted between 2000 – 2003 and 2004, with females selecting nesting habitat farther from active drilling rigs and producing wells in 2004.  This suggests that the long-term response of nesting populations is avoidance of natural gas development.  Most of the variability in population growth between populations that were impacted and non-impacted by natural gas development was explained by lower annual survival buffered to some extent by higher productivity in impacted populations.  Seasonal survival differences between impacted and non-impacted individuals indicates that a lag period occurs between when an individual is impacted by an anthropogenic disturbance and when survival probabilities are influenced, suggesting negative fitness consequences for females subjected to natural gas development during the breeding or nesting periods.  I suggest that currently imposed development stipulations are inadequate to protect greater sage-grouse, and that stipulations need to be modified to maintain populations within natural gas fields.

BLM_0055053

TABLE OF CONTENTS

Acknowledgments _____ x

Preface _____ 1
    Goals and Objectives _____ 2
    Dissertation Organization _____ 3
    Literature Cited _____ 5

Chapter 1:  GREATER SAGE-GROUSE POPULATION RESPONSE TO NATURAL GAS FIELD DEVELOPMENT IN WESTERN WYOMING:  ARE REGIONAL POPULATIONS AFFECTED BY RELATIVELY LOCALIZED DISTURBANCES?

    Introduction _____ 6
    Greater Sage-grouse Population Response to Gas Development _____ 8
    Are Regional Populations Affected? _____ 10
    Concluding Comments _____ 11
    Acknowledgments _____ 13
    References _____ 13

Chapter 2:  GREATER SAGE-GROUSE RESPONSE TO NATURAL GAS FIELD DEVELOPMENT IN WESTERN WYOMING.

    Introduction _____ 16
    Study Area _____ 18
    Field Methods
        Lek Analyses _____ 19
            Lek Counts _____ 19
            Trapping _____ 19
            Male Habitat Selection _____ 19
        Female Habitat Selection and Demographic Analyses _____ 20
            Female Nesting Habitat Selection _____ 20
            Female Brood-rearing Habitat Selection and Productivity _ 21
            Female Annual Survival _____ 21
            Female Chick Winter Survival _____ 21

BLM_0055054

Statistical Methods

Lek Analyses _____ 21

      Male Habitat Selection _____ 23

First Level:  Initial Determination of Treatment and Control
Leks _____ 24

Second Level:  Refinement of Potential Treatment Effect and Within
Treatment Level Influences _____ 25

      Drilling Rig _____ 25

      Producing Well _____ 26

      Main Haul Road _____ 26

Third Level:  Inclusive Gas Field Infrastructure Impacts _____ 27

Female Habitat Selection Analyses _____ 28

Consecutive Years' Nests _____ 29

Adult versus Yearling Nest _____ 30

Used versus Available and Successful versus Unsuccessful Nest
Locations _____ 30

Used versus Available and Successful versus Unsuccessful Early
Brood-rearing Locations _____ 32

Female Demographic Analyses

Vital Rate Estimation _____ 33

Deterministic Analysis _____ 35

Life Table Response Experiment _____ 37

Stochastic Simulations _____ 37

Results

Lek Analyses _____ 38

First Level:  Initial Determination of Treatment and Control
Leks _____ 38

Second Level:  Refinement of Potential Treatment Effect and Within
Treatment Level Influences

      Drilling Rig _____ 39

      Producing Well _____ 39

      Main Haul Road _____ 40

Third Level:  Inclusive Gas Field Infrastructure Impacts _____ 42

BLM_0055055

Female Habitat Selection Analyses _____ 42

    Consecutive years' nests _____ 43

    Adult versus Yearling Nest _____ 43

    Used versus Available Nests _____ 44

    Successful versus Unsuccessful Nests _____ 44

    Used versus Available and Successful versus Unsuccessful Early

    Brood-rearing Locations _____ 45

Female Demographic Analyses _____ 45

    Vital Rate Estimation _____ 45

    Deterministic Analysis _____ 47

    Life Table Response Experiment _____ 48

    Stochastic Simulations _____ 48

Discussion

    Lek Analyses _____ 49

    Female Habitat Selection Analyses _____ 52

    Female Demographic Analyses _____ 54

    Summary _____ 56

Management Implications _____ 57

Acknowledgements _____ 60

Literature Cited _____ 60

Tables

    Table 1.  List of acronyms. _____ 68

    Table 2.  Mean annual declines in the number of greater sage-grouse males attending leks in western Wyoming, 1998-2004 by the total number of potential natural gas field-related impacts occurring within specified distances of the lek. _____ 70

    Table 3.  Mean nest-to-natural gas field related disturbance distances for adult and yearling greater sage-grouse in western Wyoming, 2000-2004. _____ 71

    Table 4.  Parameter coefficients for $AIC_c$ weighted logistic regression models comparing selected nesting sites and random locations for greater sage-grouse in western Wyoming, 2000-2004. _____ 72

    Table 5.  Parameter coefficients and cumulative $AIC_c$ weights for independent variables included in $AIC_c$ weighted logistic regression models comparing successful to unsuccessful nesting sites for greater sage-grouse in western Wyoming,

BLM_0055056

2000-2004. _____   73

Table 6.  Mean distances to natural gas field related disturbances for early brood-rearing used and available sites, and mean nest-to-disturbance source distances for successful and unsuccessful brooding greater sage-grouse in western Wyoming, 2000-2004. _____   74

Table 7.  Apparent nest propensity, adjusted nest success probabilities, and brood survival probabilities for adult and yearling greater sage-grouse females in southwestern Wyoming, 1998-2004. _____   75

Table 8.  Investigation of year, age and breeding status effect on annual survival of greater sage-grouse broods and females in southwestern Wyoming, 1998-2004. _____   76

Table 9.  Annual survival estimates for yearling and adult female greater sage-grouse based on nesting status in southwestern Wyoming, 1998-2004. _____   77

Table 10.  Annual survival estimates for female greater sage-grouse based on brooding status in southwestern Wyoming, 1998-2004. _____   78

Table 11.  Seasonal period survival estimates for female greater sage-grouse in southwestern Wyoming, 1998-2004. _____   79

Table 12.  Lower level vital rate estimates for female greater sage-grouse in southwestern Wyoming, 1998-2004. _____   80

Table 13.  Upper level elacticities and stable age distribution for matrix population growth models analyzing demographic information collected from female greater sage-grouse in southwestern Wyoming, 1998-2004. _____   81

Table 14.  Population growth rate estimates ($\lambda$) and treatment effect for matrix population growth models analyzing demographic information collected from female greater sage-grouse in southwestern Wyoming, 1998-2004. _____   83

Table 15.  Mean extinction time and estimated change in population growth ($\lambda$) with the addition of stochasticity to demographic information collected from female greater sage-grouse in southwestern Wyoming, 1998-2004. _____   84

Figures

Figure 1.  Greater sage-grouse study location in southwestern Wyoming, 1998-2004. _____   85

v

BLM_0055057

Figure 2.  Greater sage-grouse study location in southwestern Wyoming, 1998-2004 (illustrating the level of natural gas development that occurred during the duration of the study). _____   87

Figure 3.  Greater sage-grouse study location in southwestern Wyoming, 1998-2004 (representing the spatial area used for nesting and early brood-rearing habitat selection analyses). _____   89

Figure 4.  Regression relationship between overall change in the number of greater sage-grouse males attending leks in southwestern Wyoming, 1998-2004 and principal component 1 scores. _____   91

Figure 5.  Regression relationships between overall change in the number of greater sage-grouse males attending leks in southwestern Wyoming, 1998-2004 and average annual distance from leks to closest drilling rig active during the breeding season, closest producing natural gas well, and closest point on a main haul road. _____   93

Figure 6.  Mean annual change in the number of greater sage-grouse males attending leks in southwestern Wyoming, 1998-2004 by lek-to-closest drilling rig active during the breeding season distance categories, lek-to-closest producing natural gas well distance categories, and lek-to-closest point on a main haul road distance categories. _____   95

Figure 7.  Nest probabilities relative to natural gas development levels generated from an $AIC_c$ weighted logistic regression model comparing selected nesting sites and random locations for greater sage-grouse nesting in southwestern Wyoming, 2000-2004. _____   97

Figure 8.  Annual sample size and percent normal precipitation for female greater sage-grouse in southwestern Wyoming, 1998-2004. _____   99

Figure 9.  Life-cycle diagram and matrix for a 5 stage population growth model of female greater sage-grouse in southwestern Wyoming, 1998-2004. _____   101

Figure 10.  Life table response experiment results from population growth models analyzing demographic information collected from female greater sage-grouse in southwestern Wyoming, 1998-2004 (groups considering all individuals). _____   103

Figure 11.  Life table response experiment results from population growth models analyzing demographic information collected from female greater sage-grouse in southwestern Wyoming, 1998-2004 (groups considering nesting

vi

BLM_0055058

individuals). _____ 105

Chapter 3:  NATURAL GAS DEVELOPMENT IMPACTS TO GREATER SAGE-GROUSE POPULATIONS:  A SUMMARY OF RESEARCH CONDUCTED IN WESTERN WYOMING WITH THOUGHTS ON MANAGEMENT AND FUTURE RESEARCH OPTIONS.

Introduction _____ 107

Results _____ 108

Discussion _____ 109

Management Considerations _____ 111

Research Needs _____ 112

Literature Cited _____ 113

Appendix A:  SPATIAL DISTRIBUTION OF GREATER SAGE-GROUSE NESTS IN RELATIVELY CONTIGUOUS SAGEBRUSH HABITATS. _____ A1 - A18

Abstract _____ A1

Introduction _____ A2

Methods

Study Area _____ A4

Field Techniques _____ A4

Statistical Analysis _____ A5

Results _____ A7

Discussion _____ A9

Acknowledgments _____ A13

Literature Cited _____ A13

Figures

Figure 1.  Distribution of Greater Sage-Grouse nests based on lek-of-capture to nest distances in central and western Wyoming, 1994-2003 and expected numbers assuming uniformly distributed nests within 8.5 km of a lek. _____ A17

Appendix B:  GREATER SAGE-GROUSE EARLY BROOD-REARING HABITAT USE AND PRODUCTIVITY IN WYOMING. _____ B1 - B19

Abstract _____ B1

Introduction _____ B2

vii

BLM_0055059

Study Area _____ B4

Methods _____ B4

Statistical Analysis _____ B6

    Habitat Use _____ B6

    Productivity _____ B7

Results _____ B8

    Habitat Use _____ B8

    Productivity _____ B9

Discussion _____ B9

Acknowledgments _____ B13

Literature Cited _____ B13

Tables

    Table 1. Candidate models used to explain early brood-rearing habitat use of greater sage-grouse in Pinedale (1999-00, 2002-03), Lander (2001-2003), and Kemmerer (2002), WY. _____ B18

    Table 2. Total and standardized cumulative $AIC_c$ weights of variables used to predict juveniles per female and the proportion of females with confirmed chicks 14 days post-hatch of greater sage-grouse in Pinedale (1999-00, 2002-03), Lander (2001-2003), and Kemmerer (2002), WY. _____ B19

Appendix C:  GREATER SAGE-GROUSE RESEARCH IN WYOMING:  AN OVERVIEW OF STUDIES CONDUCTED BY THE WYOMING COOPERATIVE FISH AND WILDLIFE RESEARCH UNIT BETWEEN 1994 AND 2005. _____ C1 - C59

    Abstract _____ C1

    Acknowledgements _____ C2

    Table of Contents _____ C3

    Introduction _____ C4

    Historical Sage-grouse Information _____ C6

    Factors Potentially Contributing to Historic Population Changes _____ C8

    Study Areas and Objectives by Study

        Farson _____ C10

        Rawlins _____ C10

        Casper _____ C11

BLM_0055060

Pinedale _____ C12

Kemmerer _____ C12

Jackson _____ C13

Lander _____ C14

Pinedale _____ C15

Seasonal Habitat Selection

Nesting Habitat Selection _____ C15

Nesting Success _____ C18

Early Brood-rearing Habitat Selection and Success _____ C20

Late Brood-rearing Habitat Selection and Success _____ C22

Winter Habitat Selection _____ C23

Seasonal Adult Survival _____ C25

Livestock Grazing _____ C26

Sagebrush Manipulation _____ C29

Mineral Extractive Activities _____ C32

Predator Control _____ C36

Future Sage-grouse Research in Wyoming _____ C39

Literature Cited _____ C41

Tables

Table 1.  Productivity estimates for greater sage-grouse populations studied by the Wyoming Cooperative Research Unit in central and western Wyoming, 1994-2004. _____ C57

Figures

Figure 1.  Study area locations for greater sage-grouse research projects conducted by the Wyoming Cooperative Research Unit, 1994-2005. _____ C58

BLM_0055061

## ACKNOWLEDGMENTS

I have specifically acknowledged those that made each portion of this dissertation possible within each chapter; thus I will use this space to acknowledge those that made the entire project successful.  The students and faculty associated with the Wyoming Cooperative Research Unit have been a tremendous help from the beginning.  I would especially like to thank Linda Ohler, Amanda Barry, and Laurie Kempert for all of their technical assistance.  Mark McKinstry, Michael Quist, Steven Slater, Charles Anderson, and David Edmunds deserve special recognition.  Kristen Thompson has been especially helpful during the long writing process.  I also want to give special recognition to my advisor, Stanley H. Anderson; his guidance throughout the process was invaluable.  My original committee members, Dr. David Legg, Dr. David McDonald, Dr. Daniel Rule, Dr. Archie Reeve, and Dr. Elizabeth Williams have assisted greatly in their own unique ways, even if it was to make me sweat during my prelims.  Additionally, Dr. Wayne Hubert assisted when times were difficult towards the end of the dissertation.  Most of all, I would like to thank my beautiful family.  Alison and Sage have provided the emotional support necessary to bring this ordeal to fruition.

x

BLM_0055062

**PREFACE**

According to the U.S. Department of Energy (www.doe.gov), natural gas consumption in North America is projected to increase by 1.5% annually between 2002 and 2025. The American Gas Association (AGA; www.aga.org) reports that domestic natural gas production is expected to account for at least 60% of the total U.S. supply through 2025. Much of the onshore natural gas in the 48 contiguous states is in the Uinta-Piceance Basin of Colorado and Utah, the Green River Basin of southwestern Wyoming, the San Juan Basin of New Mexico and Colorado, the Montana Thrust Belt, and the Powder River Basin of Wyoming and Montana (Connelly et al. 2004). Most of these Intermountain West reserves are under Bureau of Land Management (BLM) jurisdiction (Connelly et al. 2004) and in sagebrush dominated landscapes (Knick et al. 2003). The Federal Land Policy and Management Act of 1976 established the BLM's multiple-use mandate to serve present and future generations. Multiple-use includes natural resource conservation, recreation, livestock grazing, and resource extraction (www.blm.gov).

The Energy Policy Act of 2005 was signed into law by President George W. Bush in August of 2005, and represents the first major energy legislation passed by Congress since the original Energy Policy Act of 1992. One of the primary focuses of the new law is to increase production of domestic fossil fuels (natural gas, oil and coal). According to the AGA, the law will result in increased domestic oil and gas production on non-park federal lands by increasing leasing, expediting the permitting process in the Intermountain West, and removing stipulations on exploration and development operations.

Currently, Wyoming's economy depends heavily upon natural resource industries, with mining (including oil and gas extraction) generating approximately 23% of the state's gross state product for 2001 (Federal Deposit Insurance Corporation; www.fdic.gov). According to the Petroleum Association of Wyoming (www.pawyo.org), in fiscal year 2004 Wyoming's petroleum industry directly employed 18,000 people with an annual payroll of $730 million, and oil and gas production contributed $1.27 billion to state and local governments. However, natural gas, oil, and coal are non-renewable natural resources. Although the Wyoming state government is attempting to ensure that the current petroleum-based "boom" is not followed by a "bust" as has been historically experienced by the state, this type of cycle is inevitable given the non-renewable nature of fossil fuels.

Quantifying the monetary value of Wyoming's wildlife and open spaces is difficult, but these natural resources are vital for long-term sustainable state revenue. The Wyoming state office of travel and tourism (www.wyomingbusiness.org) estimated that in 2004 tourists spent $2 billion in Wyoming, and the tourism industry employed over 28,600 people with an annual payroll of $540 million. Of the

BLM_0055063

marketable overnight stays, between 51 and 73% of those visiting the state were interested in outdoor type experiences including wildlife, natural environments, and wilderness areas. Additionally, the Wyoming Game and Fish Department estimated that over 230,000 hunting and fishing licenses were sold, hunting accounted for 3.36 million recreation days, and hunters spent $380 million in license fees and expenditures in Wyoming in 2004 (2005 Annual Report; Wyoming Game and Fish Department, Cheyenne, WY, USA).

Sagebrush ecosystems dominate much of Wyoming, and they are critical to the survival of many of the state's most charismatic wildlife. Approximately 100 bird species and 70 mammal species rely on sagebrush-dominated habitats during at least portions of their life-cycle (Braun et al. 1976, Paige and Ritter 1999). Many of the state's big game herds (including elk [*Cervus canadensis*], mule deer [*Odocoileus hemionus*], and pronghorn [*Antilocapra americana*]) depend on sagebrush habitats during the winter. Additionally, several species of concern within the state are sagebrush obligates (including greater sage-grouse [*Centrocercus urophasianus*] and pygmy rabbits [*Brachylagus idahoensis*]) and rely on sagebrush habitats throughout all life stages.

The magnitude of energy development impacts on wildlife resources throughout North America is relatively unknown. Generally, gregarious species are more severely affected by disturbances than are solitary species, and hunted species will exhibit a greater avoidance of road-related disturbances than will their unhunted conspecifics (PRISM Environmental Management Consultants 1982). Sagebrush-obligate bird species may be important indicators of the health of an ecosystem, and changes in their population levels may be symptomatic of long-term regional habitat condition (Knick et al. 2003, Crawford et al. 2004). Given that the health of sagebrush-dominated ecosystems is paramount to maintaining viable populations of many species of wildlife, the reaction of greater sage-grouse populations to habitat alterations caused by energy development could imply reactions of a wide array of wildlife species.

**Goals and Objectives**

This study investigating the potential impacts of natural gas development to greater sage-grouse was initiated by the U.S. Department of Energy and the Bureau of Land Management in 1998. The goal was to determine if and how the development of natural gas resources was influencing greater sage-grouse populations in the upper Green River Basin of western Wyoming. The study was designed to compare differences between areas where natural gas disturbance potentially influenced greater sage-grouse behavior (i.e., treatment areas) and areas where there was no gas related disturbance (i.e., control areas). The assumption was made that the behavior of birds in control areas mimicked that of birds in a

2

BLM_0055064

natural setting with natural variation, thus the study could identify changes in behavior resulting from gas development regardless of annual variations in habitat conditions, weather, grazing, or other factors. Each question and hypothesis was centered on control versus treatment comparisons, thereby isolating the measured effects of the potential impacts of natural gas field development on greater sage-grouse.

I organized the objectives based on several increasingly specific questions:  Are breeding greater sage-grouse populations impacted by natural gas development?  What aspects of a developing field are influencing breeding populations?  Are individuals dispersing from natural gas development or are population sizes declining?

Objective 1:  Determine if breeding populations of greater sage-grouse are negatively influenced by the development of a natural gas field.

Objective 2:  Determine responses of breeding populations to three independent components of natural gas field development:  (1) drilling rigs, (2) producing wells, and (3) main haul roads.  To determine if specific characteristics of each component influenced breeding populations, I investigated the influence of distance, density (i.e., well density, total length of main haul road), visibility, and direction of these natural-gas-field developments.  I also investigated the influence of traffic levels on main haul roads.

Objective 3:  Determine if breeding season habitat selection, survival, and lek tenacity of individual male greater sage-grouse are influenced by natural gas field development.

Objective 4:  Determine if nesting and early brood-rearing habitat selection of individual female greater sage-grouse are influenced by natural gas field development.

Objective 5:  Determine if growth of female greater sage-grouse populations is influenced by natural gas field development.

Objective 6:  Assess the adequacy of BLM-imposed development stipulations.

I used variation in the maximum number of males occupying leks to address objectives 1 and 2, and collected data from radio-equipped individuals to address objectives 3 through 5.

**Dissertation Organization**

The objectives outlined above are addressed in chapters 1 through 3 of the dissertation.  I included as appendices manuscripts written with non-gas field related information collected during the study to support methods used in chapters 2 and 3.  Throughout the dissertation, I used "greater sage-grouse" or "Gunnison sage-grouse" (*Centrocercus minimus*) when reporting information from other

3

BLM_0055065

studies or results from this study that were specific to the species, and used "sage-grouse" to suggest both species in general.

Chapter 1 was written in conjunction with a presentation given at the 70th North American Wildlife and Natural Resource Conference, and is to be published in the transactions from that conference (Wildlife Management Institute, Washington DC, USA). I included this manuscript because it introduces the overriding question plaguing those dealing with the impacts of natural resource extraction: Are sage-grouse dispersing from anthropogenic disturbances or are regional population levels negatively influenced? The manuscript also introduces potential mitigation options not presented elsewhere in the dissertation. Chapter 1 is presented verbatim to the manuscript submitted for publication; this chapter could be altered slightly in published form per the editor's final comments.

I present the bulk of the information on the impacts of natural gas development in Chapter 2. This chapter is organized the same as the objectives, and progresses from the question "are breeding populations influenced?" to "what specific aspects or components of a developing field appear to be influencing populations?" and concludes with "how are individual birds and populations responding to development (i.e., dispersal or population size influences?)". The management implications section of Chapter 2 addresses the adequacy of currently imposed stipulations (objective 6). The chapter is written in *Journal of Wildlife Management* (The Wildlife Society, Bethesda, MD, USA) format.

I include a summary of information on natural gas impacts as Chapter 3. This chapter is formatted as an executive summary, and includes introductory material as well as a summary of Chapters 1 and 2. It also includes sections on potential mitigation options and future research needs.

Three appendices that represent supporting or non-natural gas field related analyses are included. These appendices are included as separate documents, thus page numbering for each is unique. Appendix A presents an investigation of the spatial distribution of greater sage-grouse nests relative to lek location using data collected from throughout Wyoming since 1994. The manuscript is to be published in *The Condor* (Cooper Ornithological Society, Bend, OR, USA; Condor 107:742-752), and is presented here verbatim to the published manuscript. I used the results presented in this manuscript to establish the spatial area of interest for investigating female greater sage-grouse nesting and early brood-rearing habitat selection relative to natural gas field development (discussed in Chapter 2).

Appendix B is an investigation of habitat selection during the early brood-rearing period in terms of vegetative and invertebrate conditions. The analyses used data collected from throughout southwestern Wyoming from 1999 to 2003. Kristin M. Thompson was the primary author of the manuscript, which is to be published in the *Western North American Naturalist* (Brigham Young

BLM_0055066

University, Provo, UT, USA).  The appendix is verbatim to the submitted manuscript, and could be altered slightly in published form per the editor's final comments.

Appendix C summarizes eight completed and two ongoing projects related to greater sage-grouse conducted by the Wyoming Cooperative Fish and Wildlife Research Unit since 1994.  I included this appendix so that land and wildlife managers in Wyoming had relatively easy access to the major results from the separate studies.  The chapter is formatted as a report for ease of reproduction, and includes a title page and table of contents.

**LITERATURE CITED**

Braun, C. E., M. F. Baker, R. L. Eng, J. S. Gashwiler, and M. A. Schroeder.  1976.  Conservation committee report on effects of alteration of sagebrush communities on the associated avifauna. Wilson Bulleting 88:165-171.

Connelly, J. W., S. T. Knick, M. A. Schroeder, and S. J. Stiver.  2004.  Conservation assessment of greater sage-grouse and sagebrush habitats.  Western Association of Fish and Wildlife Agencies.  Unpublished Report.  Cheyenne, WY, USA.

Crawford, J. A., R. A. Olson, N. E. West, J. C. Mosley, M. A. Schroeder, T. D. Whitson, R. F. Miller, M. A. Gregg, and C. S. Boyd.  2004.  Ecology and management of sage-grouse and sage-grouse habitat.  Journal Range Management 57:2-19.

Knick, S. T., D. S. Dobkin, J. T. Rotenberry, M. A. Schroeder, W. M. Vander Haegen, and C. Van Riper III.  2003.  Teetering on the edge or too late?  Conservation and research issues for avifauna of sagebrush habitats.  Condor 105:611-634.

Paige, C., and S. A. Ritter.  1999.  Birds in a sagebrush sea:  managing sagebrush habitats for bird communities.  Partners in Flight Western Working Group, Boise, ID, USA.

PRISM Environmental Management Consultants.  1982.  A review of petroleum industry operations and other land use activities affecting wildlife.  The Canadian Petroleum Association, Calgary, Alberta, Canada.

BLM_0055067

# CHAPTER 1

**Greater Sage-grouse Population Response to Natural Gas Development in Western Wyoming: Are Regional Populations Affected by Relatively Localized Disturbance?**

**Matthew J. Holloran**

Wyoming Cooperative Fish and Wildlife Research Unit, Laramie, Wyoming.

**Stanley H. Anderson**

Wyoming Cooperative Fish and Wildlife Research Unit, Laramie, Wyoming.

Holloran, M. J., and S. H. Anderson. *In Press.* Greater Sage-grouse Population Response to Natural Gas Development in Western Wyoming: Are Regional Populations Affected by Relatively Localized Disturbance? Transactions North American Wildlife and Natural Resources Conference 70:000-000.

## Introduction

Current sage-grouse (<u>Centrocercus</u> spp.) breeding populations throughout western North America are approximately two to three times lower than those during the late 1960s, and populations have declined 2% annually from 1965 to 2003 (Connelly et al. 2004). In 2000, greater sage-grouse (<u>Centrocercus</u> <u>urophasianus</u>) occupied 56% of their pre-European settlement distribution (Schroeder et al. 2004). Throughout Wyoming since 1965, greater sage-grouse populations have declined 5.2% annually and the average number of males per lek has declined 49% (Connelly et al. 2004). Although no single factor has been responsible for sage-grouse population declines, the discovery and subsequent development of gas and oil fields throughout the western United States beginning in the 1930s and 1940s has been identified as one potential causative agent (Braun 1987, Connelly et al. 2004). Generally, gregarious [e.g., sage-grouse during the breeding season] and hunted species are more severely affected by land use disturbances than are solitary and unhunted species (PRISM Environmental Management Consultants 1982). Additionally, Braun et al. (2002) indicate that a review of available information suggests that all sagebrush obligate species are negatively influenced by habitat alterations resulting in sagebrush (<u>Artemesia</u> spp.) removal and reduced shrub patch size.

Potential impacts of gas and oil development to sage-grouse include direct habitat loss and fragmentation from well, road, and pipeline construction, and increased human activity causing the displacement of individuals through avoidance behavior. In addition, these impacts may vary through time in that development may negatively influence sage-grouse populations over the short-term (site

BLM_0055068

preparation and drilling), long-term (road development and producing well maintenance), and permanently (processing facilities and pumping stations; Braun 1987). Braun et al. (2002) suggested that greater sage-grouse leks within 0.25 miles (0.4 km) of coalbed methane wells in Wyoming had significantly fewer males per lek and lower annual rates of population growth compared to less disturbed leks. Additionally, the extirpation of three different lek complexes within 220 yards (0.2 km) of oil field infrastructure in Alberta, Canada, was associated with the arrival of oil field-related disturbance sources (Braun et al. 2002).

Coal mining activity and oil field development in North Park, Colorado, resulted in decreased greater sage-grouse lek attendance on leks within 1.2 miles (2 km) of development activities relative to leks located more than 1.2 miles (2 km) from these activities (Braun 1986, 1987, Remington and Braun 1991). Braun (1986) attributed declines to decreased recruitment of juvenile males (i.e., first-year breeders). Failure to recruit juvenile males could have resulted from juvenile male dispersal to different lek sites, poor nesting success or decreased survival of young resulting in fewer available replacement juveniles, or acoustical or physical factors that deterred juveniles from becoming established (Schoenburg and Braun 1982, Braun 1986, 1987). Although Remington and Braun (1991) indicated that leks closely associated with mining activity declined relative to control leks, overall greater sage-grouse population trends in the area did not change, suggesting that the distribution rather than the number of breeding grouse was altered.

Greater sage-grouse females disturbed on leks during the breeding season by natural gas field-related activity in western Wyoming exhibited lower nest initiation rates and those that initiated a nest selected nesting habitats farther from the lek compared to females breeding on undisturbed leks (Lyon and Anderson 2003). Reduced initiation rates, when combined with inherently low probabilities of reproductive success in sage-grouse (Connelly and Braun 1997), could potentially lower annual productivity rates below sustainable levels. Additionally, if leks are located within or adjacent to potential nesting habitat (Connelly et al. 2000) and gas field-related activities result in females nesting farther from leks, then these impacted females may use sub-optimal nesting sites and thus experience lower nest success. Further, sage-grouse lekking behavior, combined with annual nest site fidelity potentially passed to female offspring (Lyon 2000), could result in relatively clumped nest distributions on a landscape scale. As a result, isolated habitat alterations could impact a relatively large number of nesting individuals.

If declines in the number of males on disturbed leks can be attributed to decreased juvenile male recruitment, what happens to these juvenile males? Remington and Braun (1991) theorize that they disperse to different lek sites. However, Lyon and Andersons' (2003) observations suggest decreased

7

BLM_0055069

productivity resulting in fewer available replacement juveniles. This paper investigates the response of greater sage-grouse populations to natural gas development in western Wyoming. We examine changes in the number of males on leks relative to the level of activity occurring around those leks, and use these relative changes to ascertain how individual birds and regional populations might be influenced by natural gas field development.

**Greater Sage-grouse Population Response to Gas Development in Western Wyoming**

We investigated the potential impacts of gas field development on greater sage-grouse populations on a study area designated by 3.1-mile (5-km) buffers around known leks in the upper Green River Basin near the town of Pinedale, in western Wyoming. The study area was located primarily within the boundaries of the Pinedale Anticline Project Area (PAPA), but included portions of the Jonah I and Jonah II gas fields (Bureau of Land Management 2000). The study area encompassed approximately 421 square miles (1090 km$^2$), and was dominated by big sagebrush (Artemesia tridentata spp.) and high-desert vegetation. The first natural gas well was drilled in the PAPA in 1939, but only 23 additional wells had been drilled in the project area by 1997. In May 1998, the Bureau of Land Management (BLM) approved limited exploratory drilling of 45 wells prior to completion of the Environmental Impact Statement (EIS). The final EIS was approved in July 2000. Full development of the field is expected to continue for the next 10 to 15 years and be concentrated within a 3.1 mile (5-km) buffer around the anticline crest. However, areas designated as "hot spots" outside the buffer may also be developed as the BLM has leased all but 7.3 square miles (19 km$^2$) of the PAPA (total area approximately 313 square miles [810 km$^2$]) for potential development. The BLM's record of decision approved the construction of 700 producing well pads with minimum spacing of 40 acres (16 ha) between pads (equivalent to 16 wells per section; Bureau of Land Management 2000). In the spring of 1999, approximately 75 producing gas wells were situated within the designated study area; by the summer of 2004, the study area contained approximately 450 producing wells.

One of the primary objectives of this study was to determine if increased levels of gas field development near known greater sage-grouse leks influenced breeding behavior. We categorized each lek based on the total number of producing gas wells located within 3.1 miles (5 km) of the lek by year (i.e., because gas field development continued through the project, the number of producing wells for each lek year was a unique value), and we considered leks with less than 5 wells to be controls (minimal gas field-related disturbance; n = 49 lek years), leks with 5 to 15 wells to be lightly impacted (n = 19 lek years), and leks with greater than 15 wells to be heavily impacted (n = 31 lek years). We assessed lek attendance as the annual maximum number of males estimated through lek counts

8

BLM_0055070

(Connelly et al. 2003). Gas development influences on breeding greater sage-grouse were estimated by calculating either the total change in the maximum number of males attending all leks within a given impact status from the year prior to impact through 2004, or by calculating average annual change in the maximum number of males by lek impact status. In certain instances the impact status of individual leks changed as the field developed (i.e., from lightly to heavily impacted). We calculated overall change in the number of attending males by impact status for these leks using lek counts from the year prior to impact status change.

The total maximum number of males declined 51% on heavily impacted leks from the year prior to impact to 2004 (control leks declined 3% during the same time period). Further, the total maximum number of males on three heavily impacted leks situated centrally within the developing field declined 89%, and two of the three leks were essentially inactive in 2004 (one male counted on one of the leks on one morning in 2004). Additional anecdotal evidence from southern and western Wyoming has also indicated that leks historically situated within areas developed for natural gas extraction became inactive as well densities increased (Jonah gas fields, K.J. Andrews, personal communication 2001; Great Divide Basin gas fields, G.S. Hiatt, personal communication 2000). The evidence appears to suggest greater sage-grouse are ultimately excluded from breeding within the development boundaries of natural gas fields.

This leads us to a fundamental question associated with the ultimate extirpation and subsequent exclusion of greater sage-grouse leks from a region as the probable result of an anthropogenic disturbance source: are greater sage-grouse displaced from impacted leks to breed on leks away from the disturbance source; or does the disturbance result in the impacted birds not breeding? Braun (1986) hypothesized that adult males (i.e., individuals over 1.5 years old, or at least second-year breeders) returned to leks where they had established territories until they died and juvenile males establishing territories replaced those adults, and attributed declines on leks influenced by coal mining activity in northern Colorado to decreased juvenile male recruitment. Our results generally support Braun's (1986) hypothesis. Zablan et al. (2003) used band return rates over 18 years in Colorado to estimate adult male annual survival and found that survival varied from 35 to 45% (95% CI). Following inclusion in the heavy impact category, average annual declines on the three leks located centrally within the developing Anticline field was 48% ($\pm$SE; $\pm$9%). Further, using maximum male lek counts from the year prior to inclusion in the heavily impacted category as a starting value and assuming 37% adult male annual survival (Zablan et al. 2003), we were able to reproduce observed overall declines on these leks with 15.6% annual recruitment (approximately 55 to 65% annual recruitment required for

9

BLM_0055071

stability).  These observations suggest that declines on the three centrally situated leks resulted from adult male tenacity with minimal juvenile male recruitment.

**Are Regional Populations Affected?**

Average annual declines in the maximum number of males differed relative to impact status [heavy 16% (excluding the three centrally situated leks discussed above); light 19%; control 2%], suggesting that juvenile males were being displaced by gas field-related disturbance.  This leads to an amendment of the fundamental question:  are displaced juvenile males establishing territories on less-impacted leks, or are they not breeding?

To investigate this question, an annual male population growth rate estimate is needed to compare with annual changes in the number of strutting males throughout the region.  We assessed average annual change in the regional number of strutting males by combining annual estimates (2000-2004) of the maximum number of males from 20 leks with consistently accurate counts (Connelly et al. 2003) situated within the study area.  Annual male population growth was estimated using average demographic information from 190 radio-equipped females captured (Wakkinen et al. 1992) throughout the study area between 1999 and 2003 in the following equation:

$$\lambda = [(Initiate \times Success \times Brood) \times \male Chick] + (\male\ Annual\ Survival)$$

Where $\lambda$ is male population growth rate; *Initiate* is annual nest initiation; *Success* is annual nest success; *Brood* is annual brooding period chick survival; $\male$*Chick* is male chicks produced annually [based on average August brood size, a brood sex ratio of 45.4 males to 54.6 females (Swenson 1986) and 75% chick winter survival (J.W. Connelly, personal communication 1998)]; and $\male$ *Annual Survival* is adult and juvenile male annual survival (56.4%; survival estimate is average from Schroeder et al. 1999 and Zablan et al. 2003).  Demographic values derived from our data were apparent values.

The regional number of strutting males counted on leks declined annually by an average of 13% (±5%).  Using the demographic information, male population growth rates declined 8% (±4%) annually.  The interval estimates for population growth and annual change in the number of strutting males overlapped, suggesting that a proportion of the displaced juveniles were establishing territories on leks somewhere within the study area.  However, the 5% difference in the annual estimates and the population growth rate interval being skewed to the left of the male count interval further implies that a proportion of the juvenile males were not counted on leks, suggesting that these individuals were not establishing breeding territories.

Two potential alternative explanations to the conclusion that a proportion of the juvenile population was not breeding exist.  These birds may have established territories on leks beyond the

10

BLM_0055072

spatial scope of the study area. The sub-sample of leks used to formulate the estimate for the regional change in the number of males included eight leks that we had designated as controls. The average distance between these control leks and heavily impacted leks was 15.5 miles (25 km), and average distance from control to closest heavily impacted lek was 6.2 miles (10 km [±0.5 miles [±0.8 km]]). In Colorado, juvenile males typically established on natal leks (63%), with the remaining juveniles establishing on leks within 8.1 miles (13 km) of their natal lek (Dunn and Braun 1985). Additionally, 82% of interlek movements (i.e., movement of individual males between different leks during the breeding season) were between leks separated by less than 5 miles (8 km; Dunn and Braun 1985). These results suggest that the scope of our study area was sufficient to encompass the area typically exploited by juvenile males searching for lek establishment sites. The second possibility is that these birds were breeding without visiting a lek. Because sage-grouse males provide neither resources nor parental care to their mates, mate choice does not provide direct benefits to the females, suggesting that indirect benefits may be the main evolutionary force behind females' mate selection (Gibson 1990). The ability of females to recognize high relative fitness in individual males potentially requires a venue for direct comparison (i.e., the lek; Beehler and Foster 1988), and the possibility that off-lek breeding was occurring would constitute a significant change in breeding behavior. We cannot be certain that a proportion of the displaced population abstained from breeding, but the alternatives would represent unlikely deviations from normal behavior.

**Concluding Comments**

Although it is difficult, if not impossible to implicate a single factor or group of factors responsible for recent range-wide sage-grouse population declines, Braun (1998) suggests that complexities of factors related to human-caused habitat changes are responsible. Changes rendered across the landscape include habitat loss (e.g., agricultural conversion, mineral and energy development, community building, roads, reservoirs), fragmentation (e.g., fences, power lines, roads), and degradation (e.g., sagebrush treatments, grazing, exotic plant species introduction), with other factors such as drought, hunting, and predation playing contributory roles. Greater sage-grouse populations in southern and western Wyoming appear to be ultimately displaced to surrounding areas by the development of natural gas fields. A proportion of the displaced birds appeared to establish on leks adjacent to the developed area. However, a proportion of the displaced population apparently did no breed. These conclusions suggest that natural gas field development contributes to localized greater sage-grouse extirpations, but that regional population levels, although negatively impacted, are not as severely influenced.

11

BLM_0055073

Research investigating juvenile responses to a developing gas field would improve our understanding of specifics. For example: what proportion of the juvenile male population does not breed; what is the spatial extent of the area searched by disturbed juvenile males prior to establishing a territory on a lek (spatial extent of gas field influence); is territorial establishment timing of juvenile males influenced by displacement; what are the well densities within a given distance from an active lek when juvenile male establishment probabilities become negatively influenced; do increased rates of dispersal influence juvenile male survival? Future research should further address potential impacts to the juvenile female cohort. In addition to the questions asked concerning juvenile males, information relative to female seasonal habitat selection and productivity is needed. What is the proportion of the juvenile female population displaced from their natal nesting or natal brooding areas; are vital rates (i.e., survival, nesting initiation and success probabilities, and chick productivity rates) of the juvenile females displaced from their natal lek, nesting, or brooding areas negatively influenced? These and additional questions are currently (2005-06) being investigated by researchers at the University of Wyoming with assistance from the BLM, Department of Energy, and Wyoming Game and Fish Department.

Braun et al. (2002) suggest that the oil and gas industry should mitigate for habitat and population decreases associated with mineral extraction activities, considering potential cumulative effects [e.g., livestock impacts to surrounding landscapes (Kuipers 2004), habitat treatment consequences (Slater 2003)]. Additionally, mitigation measures aimed at increasing not only productivity in but carrying capacity of surrounding areas could be important because of potential density-dependent difficulties (i.e., nest spacing influences on nest success probabilities; Holloran and Anderson 2005) arising from artificially high populations caused by the shifting of some of the juvenile cohort. Mitigation measures aimed at minimizing the negative numerical consequences of gas development to regional sage-grouse populations implies a refugia approach to species conservation. By protecting and enhancing these reservoir populations surrounding the developing gas field, mitigation theoretically ensures that sage-grouse will be present to recolonize the field following reclamation. However, this approach requires lengthening the time-frame between the development of additional gas fields surrounding the one currently under construction to the life-expectancy of the original field, thus ensuring that surrounding refugia areas are maintained (individual gas well life-expectancy estimated at 25 to 40 years for the types of formations encountered in the Pinedale Anticline area; Wyoming Oil and Gas Conservation Commission, personal communication 2005). Following reclamation of the existing field, the area then potentially becomes a refuge for reservoir populations associated with the next gas field slated for development.

BLM_0055074

The current energy situation in the United States will likely encourage the development of natural gas reserves in many western states harboring substantial sage-grouse populations. According to the American Gas Association (www.aga.org), natural gas consumption in the U.S. is expected to increase by 50 to 60% over the next 20 years, and that to ensure economic stability and energy security, the U.S. must reduce its dependence on unstable imports of foreign petroleum. However, the environmentally safe development of America's natural gas reserves is of equal importance to the strength and perseverance of this country. Sage-grouse population maintenance initially requires a recognition of the intrinsic value of sagebrush dominated landscapes, followed by the development of a comprehensive approach to sagebrush habitat conservation that involves commitments and partnerships between state and federal agencies, academia, industry, private organizations, and landowners; "only through this concerted effort and commitment can we afford to be optimistic about the future of sagebrush ecosystems and their avifauna" (Knick et al. 2003:627).

## ACKNOWLEDGMENTS

Financial support was provided by the Bureau of Land Management, Department of Energy, Wyoming Game and Fish Department, Ultra Petroleum, Yellowstone-to-Yukon Initiative, EnCana Oil & Gas Inc., and the Cowboy 3-Shot Sage-Grouse Foundation. We thank all the landowners in the upper Green River Basin that allowed access. Field assistance was provided by R. A. Holloran, B. K. Holtby, R. C. Powell, M. S. Stotts, C. G. Taber, and G. L. Wilson. Telemetry flights and lek surveys were conducted with the assistance of Mountain Air Research (Driggs, Idaho). Our manuscript was greatly improved through reviews by A. G. Lyon, M. C. Quist, T. E. Rinkes, and S. J. Slater.

## REFERENCES

Beehler, B.M., and R.S. Foster. 1988. Hotshots, hotspots, and female preference in organization of lek mating systems. *The American Naturalist* 131:203-219.

Braun, C.E. 1986. Changes in sage grouse lek counts with advent of surface coal mining. In *Proceedings: Issues and Technology in the Management of Impacted Western Wildlife,* 227-231. Boulder, Colorado: Thorne Ecological Institute.

Braun, C.E. 1987. Current issues in sage grouse management. In *Proceedings of the Western Association of Fish and Wildlife Agencies,* 134-144. Cheyenne, Wyoming: Western Association of Fish and Wildlife Agencies.

13

BLM_0055075

Braun, C.E.  1998.  Sage grouse declines in western North America:  what are the problems?  *Proceedings Western Association of Fish and Wildlife Agencies,* 139-156.  Cheyenne, Wyoming:  Western Association of Fish and Wildlife Agencies.

Braun, C.E., O.O. Oedekoven, and C.L. Aldridge.  2002.  Oil and gas development in western North America:  effects on sagebrush steppe avifauna with particular emphasis on sage grouse.  In *Transactions North American Wildlife and Natural Resources Conference,* 337-349.  Washington, DC:  Wildlife Management Institute.

Bureau of Land Management.  2000.  *Record of decision, environmental impact statement for the Pinedale anticline oil and gas exploration and development project Sublette County, Wyoming.*  Pinedale Field Office, Wyoming.

Connelly, J.W., and C.E. Braun.  1997.  Long-term changes in sage grouse (Centrocercus urophasianus) populations in western North America. *Wildlife Biology* 3:229-234.

Connelly, J.W., S.T. Knick, M.A. Schroeder, and S.J. Stiver.  2004.  *Conservation assessment of greater sage-grouse and sagebrush habitats.*  Cheyenne, Wyoming:  Western Association of Fish and Wildlife Agencies.

Connelly, J.W., K.P. Reese, and M.A. Schroeder.  2003.  *Monitoring of Greater Sage-grouse habitats and populations.*  College of Natural Resources Experiment Station publication No. 979, Moscow, Idaho:  University of Idaho.

Connelly, J.W., M.A. Schroeder, A.R. Sands, and C.E. Braun.  2000.  Guidelines to manage sage grouse populations and their habitats. *Wildlife Society Bulletin* 28:967-985.

Dunn, P.O., and C.E. Braun.  1985.  Natal dispersal and lek fidelity of sage grouse. *Auk* 102:621-627.

Gibson, R.M.  1990.  Relationships between blood parasites, mating success and phenotypic cues in male sage grouse Centrocercus urophasianus. *American Zoologist* 30:271-278.

Holloran, M.J., and S.H. Anderson.  2005.  Spatial distribution of greater sage-grouse nests in relatively contiguous sagebrush habitats. *Condor* 107:742-752.

Knick, S.T., D.S. Dobkin, J.T. Rotenberry, M.A. Schroeder, W.M. Vander Haegen, and C. Van Riper III.  2003.  Teetering on the edge or too late?  Conservation and research issues for avifauna of sagebrush habitats. *Condor* 105:611-634.

Kuipers, J.L.  2004.  *Grazing system and linear corridor influences on greater sage-grouse (Centrocercus urophasianus) habitat selection and productivity.*  M. S. Thesis, Laramie, Wyoming:  Department of Zoology and Physiology, University of Wyoming.

BLM_0055076

Lyon, A.G.  2000.  *The potential effects of natural gas development on sage grouse (Centrocercus urophasianus) near Pinedale, Wyoming.*  M. S. Thesis, Laramie, Wyoming:  Department of Zoology and Physiology, University of Wyoming.

Lyon, A.G., and S.H. Anderson.  2003.  Potential gas development impacts on sage grouse nest initiation and movement.  *Wildlife Society Bulletin* 31:486-491.

PRISM Environmental Management Consultants.  1982.  *A review of petroleum industry operations and other land use activities affecting wildlife.*  Calgary, Alberta:  The Canadian Petroleum Association.

Remington, T.E., and C.E. Braun.  1991.  How surface coal mining affects sage grouse, North Park, Colorado.  In *Proceedings, Issues and Technology in the Management of Impacted Western Wildlife,* 128-132.  Boulder, Colorado:  Thorne Ecological Institute.

Schoenburg, T.J., and C.E. Braun.  1982.  *Potential impacts of strip mining on sage grouse movements and habitat use.*  Federal Aid Project W-37-R-35, Denver, Colorado:  Colorado Division of Wildlife.

Schroeder, M.A., C.L. Aldridge, A.D. Apa, J.R. Bohne, C.E. Braun, S.D. Bunnell, J.W. Connelly, P.A. Deibert, S.C. Gardner, M.A. Hilliard, G.D. Kobriger, S.M. McAdam, C.W. McCarthy, J.J. McCarthy, D.L. Mitchell, E.V. Rickerson, and S.J. Stiver.  2004.  Distribution of sage-grouse in North America.  *Condor* 106:363-376.

Schroeder, M.A., J.R. Young, and C.E. Braun.  1999.  Sage grouse (Centrocercus urophasianus).  In *The birds of North America, No. 425,* eds.  A. Poole and F. Gill, 1-28.  The Birds of North America, Inc., Philadelphia:  Pennsylvania.

Slater, S.J.  2003.  *Sage-grouse (Centrocercus urophasianus) use of different-aged burns and the effects of coyote control in southwestern Wyoming.*  M. S. Thesis, Laramie, Wyoming:  Department of Zoology and Physiology, University of Wyoming.

Swenson, J.E.  1986.  Differential survival by sex in juvenile sage grouse and gray partridge.  *Ornis Scandinavica* 17:14-17.

Wakkinen, W.L., K.P. Reese, J.W. Connelly, and R.A. Fischer.  1992.  An improved spotlighting technique for capturing sage grouse.  *Wildlife Society Bulletin* 20:425-426.

Zablan, M.A., C.E. Braun, and G.C. White.  2003.  Estimation of greater sage-grouse survival in North Park, Colorado.  *Journal of Wildlife Management* 67:144-154.

BLM_0055077

# CHAPTER 2

# GREATER SAGE-GROUSE RESPONSE TO NATURAL GAS FIELD DEVELOPMENT IN WESTERN WYOMING

Populations of greater sage-grouse (*Centrocercus urophasianus*) throughout North America are one half to one third the size of those during the late 1960s (Connelly et al. 2004). Populations currently occupy 56% of the species' pre-European settlement distribution (Schroeder et al. 2004). Throughout Wyoming between 1965 and 2003, greater sage-grouse populations declined an average of 5.2% annually and the average number of males per lek declined 49% (Connelly et al. 2004). Among the potential causes of these declines are habitat alterations associated with oil and gas development (Braun 1998).

Currently the BLM controls approximately 2.7 million ha that are in production status for oil, natural gas, or geothermal energy (Knick et al. 2003). Connelly et al. (2004) estimated that in 2003 a minimum of 25-28% of the total area delineated by a 50-km buffer around the pre-settlement distribution of sage-grouse (*Centrocercus* spp.) within western North America was influenced by oil and natural gas well pads, pipelines, and roads. Development of oil resources began in Wyoming in the early 1880s (Salt Creek and Dallas Dome oil fields), but the industry has placed emphasis on the development of natural gas resources since the 1960s (Braun et al. 2002, Connelly et al. 2004, T. E. Rinkes, Bureau of Land Management, Lander, Wyoming; personal communication). In 2003, 6 major oil and gas producing fields in the Green River Basin of southwestern Wyoming covered over 8,740 $km^2$, and active and potential wells numbered 7,890; by 2015, natural gas development in the region is expected to increase by 40% (Connelly et al. 2004).

Potential impacts of gas and oil development to sage-grouse include physical habitat loss, habitat fragmentation, spread of exotic plants, increased predation probabilities, and greater anthropogenic activity and noise resulting in displacement of individuals through avoidance behavior (Connelly et al. 2004). Greater sage-grouse leks within 0.4 km of coalbed methane (CBM) wells in northern Wyoming had fewer males per lek and lower annual rates of population growth compared to leks situated >0.4 km from a CBM well (Braun et al. 2002). The extirpation of 3 lek complexes within 0.2 km of oil field infrastructure in Alberta, Canada, was believed to be associated with oil-field-related disturbances (Braun et al. 2002, Aldridge and Brigham 2003). Additionally, the number of displaying males on 2 leks within 2 km of active coal mines in northern Colorado declined by 94% over a 5-year period following an increase in mining activity (Braun 1986, Remington and Braun 1991).

BLM_0055078

Identifying causes of population declines has remained elusive. Remington and Braun (1991) theorized that regional distributions rather than numbers of breeding greater sage-grouse were altered by coal mining activity in Colorado. This displacement theory is supported by several studies. Female greater sage-grouse disturbed on leks during the breeding season by natural gas development activities in Wyoming moved farther from the lek to nest compared to less disturbed females (Lyon and Anderson 2003). Greater sage-grouse in Alberta, Canada avoided nesting in areas with increased levels of human development (e.g., roads, well sites, urban habitats, cropland), and females with chicks avoided areas with high densities of visible oil wells (Aldridge 2005). Lesser prairie-chickens (*Tympanuchus pallidicinctus*) in Kansas selected habitats removed from anthropogenic features (Hagen 2003). Patch occupancy probabilities of Gunnison sage-grouse (*Centrocercus minimus*) in Colorado were positively correlated with distance to roads (Oyler-McCance 1999).

However, potential negative effects on population levels also have been suggested. Female greater sage-grouse disturbed at leks had lower nesting propensity relative to less disturbed individuals in Wyoming (Lyon and Anderson 2003). Aldridge (2005) reported that greater sage-grouse chick survival decreased as well densities within 1 km of brooding locations increased in Canada. Hagen (2003) suggested that a lesser prairie-chicken population impacted by anthropogenic activity in Kansas had lower nest success and female survival probabilities compared to a non-impacted population.

In central and western Wyoming, greater sage-grouse populations and habitats are considered to be an internationally significant stronghold for the species (Connelly et al. 2004). Currently, existing and proposed oil and gas wells in Wyoming are located primarily within sagebrush (*Artemisia* spp.) dominated landscapes (Knick et al. 2003) that are important for greater sage-grouse populations. Although evidence exists that greater sage-grouse are negatively influenced by the development of oil and gas reserves (Braun et al. 2002, Aldridge and Brigham 2003), the reaction of populations to specific components of developing fields are not well understood, and it is unknown if population declines are resulting from displacement or reduced population growth. Additionally, land management agencies stipulate restrictions on some types of development during breeding and nesting seasons to protect sage-grouse, but the effectiveness of those stipulations is unknown.

I investigated potential impacts of natural-gas-field development on greater sage-grouse populations in the upper Green River Basin of western Wyoming. The specific gas-field components that I investigated were drilling rigs, producing wells, and main haul roads. I compared temporal changes in the number of displaying males with respect to lek-to-drilling rig, producing-well, and main-haul-road distances, producing-well and haul-road densities within specific distances of leks, and traffic activity levels and timing on main haul roads near leks to test the null hypothesis that natural gas

17

BLM_0055079

development has no effect on greater sage-grouse breeding populations. I also investigated survival, lek tenacity, and breeding season habitat selection by males relative to cumulative levels of gas field development surrounding leks to address the question of individual male responses to energy development.

Because natural gas development in the upper Green River Basin occurs primarily within sagebrush dominated landscapes, my investigation of the responses of female greater sage-grouse to energy development concentrated on 2 demographic stages dependent on these habitats (nesting and early brood-rearing [hatch through 2 weeks post-hatch]). I examined distances moved between consecutive years' nests, used versus available nesting and early brood-rearing habitats, and successful (i.e., hatched or survived) versus unsuccessful nests and broods with respect to gas-field-development levels to test the null hypothesis that natural gas development has no effect on greater sage-grouse nesting and brooding habitat selection, nest success probabilities, or brood survival. Finally, I used population modeling and life table response experiments to investigate the effect of natural gas development on female greater sage-grouse population growth. I compared populations of individuals impacted by natural gas infrastructure during the breeding and nesting season(s) to individuals in non-impacted populations to test the null hypothesis that natural gas development has no effect on growth or demographic rates of female greater sage-grouse populations.

**STUDY AREA**

The study area (42°60′ N, 109°75′ W) was primarily within the boundaries of the Pinedale Anticline Project Area (PAPA), but included portions of the Jonah II gas field (Figure 1; Bureau of Land Management 2000). The study area encompassed 51,550 ha and was dominated by big sagebrush (*Artemesia tridentata* spp.) and high-desert vegetation. Elevations ranged from 2,100 to 2,350 m and precipitation averaged 30 cm annually (Western Regional Climate Center, Reno, Nevada, USA). The first natural gas well was drilled in the PAPA in 1939, but only 23 additional wells were drilled in the area by 1997. In May 1998, the BLM approved exploratory drilling of 45 wells prior to completion of the Environmental Impact Statement (EIS). The final EIS and the BLM's Record of Decision were approved in 2000. Full development of the PAPA is expected to continue for the next 10-15 years, and the minimum life-expectancy of the field has been estimated at 59 years. The BLM's record of decision approved construction of 700 producing well pads with maximum densities of 1 well pad per 16 ha (equivalent to 16 well pads per 2.59 km$^2$ [1 mile$^2$]), 645 km of pipeline, and 445 km of road (Bureau of Land Management 2000). According to information supplied by the Wyoming Oil and Gas

18

Conservation Commission (Casper, WY, USA), 780 natural gas wells were drilled within the PAPA
and Jonah gas fields between 1998 and 2004.

## FIELD METHODS

### Lek Analyses

*Lek Counts.*--Known leks within 6.4 km of the PAPA borders were used for the lek count
analyses (Figure 2; Bureau of Land Management 2000). The 6.4 km represents twice the distance
suggested in the sage-grouse management guidelines (Connelly et al. 2000b) for non-manipulation
surrounding a lek in contiguous habitats. Annual lek counts were conducted by personnel with the
Wyoming Cooperative Fish and Wildlife Research Unit (COOP), the Wyoming Game and Fish
Department (WGFD), and the BLM Pinedale Field Office. Lek counts were conducted according to
standardized methods outlined by the WGFD's Sage-Grouse Technical Committee (Cheyenne, WY,
USA; also see Connelly et al. 2003:19-20). Each lek was visited ≥3 times from March 20 through May
15. Data recorded during each visit included: (1) total number of males; (2) total number of females;
(3) total number of unclassifiable grouse; (4) ground condition (i.e., snow, clear) on lek at time of
count; (5) precipitation (i.e., snow, rain, sleet) at time of count; (6) percent cloud cover at time of count;
(7) estimated wind speed at time of count; (8) estimated temperature at time of count; (9) the time of
day the count was conducted; and (10) any comments relevant to the count.

In addition, the number of vehicles using haul roads between 0 and 1.3 km from a lek was
recorded during each count (i.e., early morning hours) for 7 leks counted from a main haul road. To
monitor traffic volumes, I installed pneumatic axle counters from April 1 through April 30 on roads
closely associated with 9 leks. Since the pneumatic counters counted axles, not vehicles, and much of
the traffic associated with the Pinedale Anticline gas field consisted of vehicles with multiple axles (i.e.,
tractor-trailers), the numbers represent an index of traffic volumes rather than actual vehicles.

*Trapping.*--I captured male and female greater sage-grouse on or near 14 leks from mid-March
through April, 2000-2004 by spot-lighting and hoop-netting (Giesen et al. 1982, Wakkinen et al. 1992).
Each captured grouse was classified as a yearling (first breeding season) or adult (≥ second breeding
season) based on the shape of the outermost wing primaries (Eng 1955). I secured radio transmitters
with a PVC-covered wire necklace (Advanced Telemetry Systems Inc., Isanti, MN, USA).
Transmitters weighed 19.5 or 25.5 g with a battery life expectancy of 530 or 610 days, respectively, and
were equipped with motion sensors (i.e., radio-transmitter pulse rate influenced by activity).

*Male Habitat Selection.*--To identify roost locations of males during the day, I used hand-held
receivers and Yagi antennae to locate radio-equipped males between 1000 and 1500 hrs 1 to 2 times

BLM_0055081

from April 1 to April 30.  Locations were recorded with a hand-held, 12-channel Global Positioning System (GPS; Garmin 12; Garmin International, Olathe, KS, USA).

**Female Habitat Selection and Demographic Analyses**

*Female Nesting Habitat Selection.*--I monitored radio-marked females at least twice weekly through pre-laying (April) and nesting (May-June).  I located nests of radio-marked birds by circling the signal source until females could be visually observed.  Rubber boots were worn while confirming nest locations to reduce human scent.  I monitored incubating females after nest identification from a distance of 60 m or more to minimize the chance of human-induced nest predation or nest abandonment.  I recorded nest fate (successful or unsuccessful) when radio monitoring indicated the female had left the nesting area.  Nests were considered successful if $\geq 1$ egg hatched, indicated by presence of detached eggshell membranes (Wallestad and Pyrah 1974).  Nest locations were recorded with a hand-held, 12-channel GPS.  The area around depredated nests was searched for hairs, scat, tracks, or other signs left by the predatory species, and condition of the nest area and eggshell fragments were noted.  Hairs and scat were sent to the Wyoming Game and Fish Laboratory (Laramie, WY, USA) for species identification.  Sargeant et al. (1998) described nest conditions following depredation by several species and I used their descriptions to assist in identification of nest predators.  I monitored unsuccessful females twice weekly to assess re-nesting attempts.

I evaluated vegetation between late May and early June at nest sites.  To minimize differences resulting from herbaceous growth, I measured vegetation at successful and unsuccessful nests concurrently beginning from the first successful hatch.  I evaluated vegetation along 2 perpendicular 30-m transects that intersected the nest bowl.  Orientation of the first transect was randomly assigned.  I measured herbaceous vegetation characteristics within a 20×50-cm quadrat using the Daubenmire (1959) canopy-cover method at 0.0 m (transect intersection), 1.0 m, and 2.5 m from the intersection along each 15-m portion of the 30-m transect radiating from the nest (12 points measured).  Herbaceous vegetation variables included total herbaceous cover, standing grass cover, and forb cover (including winterfat [*Eurotia lanata*] and fringed sagewort [*A. frigida*]).  I grouped and classified grass species as either new or residual (i.e., standing-dead).  I estimated maximum droop height (i.e., the highest naturally growing portion of the plant excluding flowering stalks) of new and residual grasses by measuring the average tallest grasses (estimated visually) occurring within each quadrat.  Categorical estimates of herbaceous cover were converted to percentages (1 = 2.5%, 2 = 15%, 3 = 37.5%, 4 = 62.5%, 5 = 85%, 6 = 97.5%; Daubenmire 1959) for each of 12 quadrats, and I averaged height and converted cover estimates from the 12 points to derive a single estimate for each variable per nest.

20

*Female Brood-rearing Habitat Selection and Productivity.*--I located females that nested successfully weekly from hatch through 15 August.  Females with ≥1 chick were considered successful through each brooding stage (week).  Brooding locations of females successful through early brooding stages (i.e., ≥1 chick 14 days post-hatch) were recorded with a hand-held, 12-channel GPS.  I based chick existence on either visual confirmation of chick(s) or reactions of brooding females to the presence of a potential predator (i.e., researcher; Schroeder et al. 1999).  Successfully nesting females recorded as having no chicks were relocated 2-4 days following the initial location to confirm brood loss.  Fledge estimates were obtained through flush counts during the last 2 weeks in August, and were an estimate of the number of chicks produced per brood.

*Female Annual Survival.*—Survival of brooding females was assessed weekly from hatch through August.  Non-brooding females were monitored from long-range weekly from nest loss through June, and bi-weekly from 1 July through August.  I assessed female survival from 1 September through March using a fixed-wing aircraft (Mountain Air Research, Driggs, ID, USA); flights were conducted at least bi-monthly during fall and winter.  I used mortality sensors to evaluate female survival during these stages.

*Female Chick Winter Survival.*--I captured chicks (birds hatched that spring) in August 2004 by spotlighting radio-equipped brood-rearing females.  Chicks present with the brooding females were captured using hoop-nets (Giesen et al. 1982, Wakkinen et al. 1992).  Blood samples were collected from captured chicks and sent to the Wyoming Game and Fish Laboratory (Laramie, WY, USA) to determine sex.  I secured 16-g radio transmitters with a battery life expectancy of 500 days and equipped with motion-sensors to chicks with PVC-covered wire necklaces (ATS, Isanti, MN, USA).  Chicks were weighed to ensure radio transmitters could be safely attached (Caccamise and Hedin 1985).  I assessed chick survival from 1 September through March using a fixed-wing aircraft (Mountain Air Research, Driggs, ID, USA), and used the motion-sensors to evaluate survival.

## STATISTICAL METHODS

### Lek Analyses

I defined the area of interest as the area within 10 km of study leks (Figure 2; Bureau of Land Management 2000).  Gas field infrastructure was spatially mapped within the area of interest using ArcGIS 9 (Environmental Systems Research Institute, Redlands, CA, USA).  Well locations were obtained from the Wyoming Oil and Gas Conservation Commission (WOGCC; Casper, WY, USA); because the WOGCC well locations sometimes represent bottom-hole versus well-head (i.e., location on surface) location, I verified well locations using a hand-held, 12-channel GPS (Garmin 12; Garmin

21

BLM_0055083

International, Olathe, KS, USA). Road locations were provided by the BLM (Pinedale Field Office, Pinedale, WY, USA) and verified using maps provided by Western EcoSystems Technology, Inc. (Cheyenne, WY, USA). Dates corresponding to well pad construction, drilling, and production timing were obtained from the Wyoming Oil and Gas Conservation Commission. The information associated with each well was sent to the responsible gas company (i.e., operator) to verify location, date, and well status. Road construction dates were estimated as occurring 1 week prior to initiation of drilling for the well accessed by that road. Gas-field-infrastructure layers were dynamic and were modified annually.

I considered the annual breeding period to be from March 1–April 30. Sites with drilling rigs operating during any portion of the strutting period were considered drilling locations; sites with gas wells yielding gas during any portion of the strutting period were considered producing gas well locations; and roads built prior to or during the strutting period were considered active road locations. Producing well locations represent all producing wells and do not represent well pads (i.e., multiple wells located on a single well pad are considered independently). Roads accessing $\geq 5$ producing wells were categorized as main haul roads, and those accessing $<5$ wells were categorized as secondary roads. Traffic volumes on main haul roads during the breeding season were estimated as average axle hits per day (axle/day). I categorized leks as having vehicle influence during the strutting period if $\geq 1$ vehicle was recorded on roads within 1.3 km during $\geq 1$ lek counts.

Measured variables are summarized in Table 1. Lek-to-drilling-location distances (km; Drill_Dist) and lek-to-producing-well-location distances (km; Well_Dist) were estimated from lek center to well-head location, and lek-to-main-haul-road distances (km; Road_Dist) were estimated from lek center to the closest point along main haul roads. Direction to drilling locations and producing well locations were direct bearings. Direction to roads was the bearing to the closest point along the road. The total length of main haul road (km; Road_TotalLength) and the total number of producing wells (Well_Density) were calculated within 1-km buffers radiating from lek centers (i.e., total length of main haul road within 1 km, within 2 km, etc.). To quantify the position of a lek in relation to gas field infrastructure, the number of quadrats (i.e., directionally based quarter circle wedges delineated by the 4 cardinal directions radiating from leks) occupied by $\geq 1$ producing well (1 through 4; Well_Occupied) was estimated within 1-km buffers radiating from lek centers.

To guard against clumped (i.e., contagious) data distribution effects (Sokal and Rohlf 1995) for the variables estimated within 1-km buffers (i.e., Well_Occupied and Road_TotalLength), I selected the first buffer distance at which $\geq 67\%$ of the leks had non-zero values for the 2 independent variables. The number of quadrats containing a well within 5 km (Well_Occupied5) and total length of main haul

BLM_0055084

road within 3 km (Road_TotalLength3) of the lek were the first distance buffers containing $\geq$67% non-zero values; these selected distance buffers were used for subsequent analyses.

Digital elevation maps (DEM; Wyoming Geographic Information Science Center [WyGISC], University of Wyoming, Laramie, WY, USA) were used to identify viewsheds (i.e., the area visible from lek centers) from ground level at lek centers to ground level and to a height of 50 m at drilling locations. Drilling locations visible at ground level were considered to be within full view of leks (Full_Sight), drilling locations visible at 50 m but not at ground level were considered to be within partial view of leks (Partial_Sight), and drilling locations not visible at ground level or 50 m were considered to be blocked from view of leks (No_Sight). I also used the viewsheds for each lek at ground level to estimate the total linear distance of main haul road visible from the lek. All distance, direction, visibility, and numerical estimates were calculated using ArcGIS 9 (ESRI, Redlands, CA, USA), Animal Movement 2.04 (Hooge and Eichenlaub 2000) and Hawth's Analysis Tools 3.04 (Beyer 2004).

Greater sage-grouse response was estimated as the change in the maximum number of males attending an individual lek through time. For lek counts to be considered reliable, leks had to be counted $\geq$3 times annually and the counts had to be separated by $\geq$5 days (Connelly et al. 2003). I used the average number of males from the 3 highest male counts annually to estimate the maximum number of males attending a lek. Overall change in the number of males attending an individual lek (Overall_Change) was estimated as the proportional change in the maximum number of males from 1999 to 2004. For leks where reliable counts were not available in 1999, Overall_Change was calculated from the first year with reliable counts. Annual change in the number of males attending an individual lek (Annual_Change) was estimated as the proportional change in the maximum number of males annually (i.e., maximum male attendance estimate differences between 1999 and 2000, 2000 and 2001, etc.). I calculated Annual_Change for years with reliable counts; if lek counts on an individual lek for a specific year were deemed unreliable, Annual_Change was not calculated for that lek that year or the following year. Overall_Change and Annual_Change were apparent estimates. I did not weight proportional change estimates by the maximum number of males occupying the lek, thus the actual numerical change in the number of males represented by the proportional change estimate was dependent on lek size. Annual variation in the number of males attending an individual lek was estimated as the standard deviation of all counts from that lek.

*Male Habitat Selection.*--Adult male lek tenacity (i.e., probability of a male remaining on a lek throughout the breeding season) and breeding season survival probabilities were assessed using radio-equipped individuals. I considered those individuals that were never located on or near the lek where

23

BLM_0055085

they were captured (i.e., lek-of-capture), but documented alive during the breeding season, to have deserted the originally attended lek (assumed to be the lek-of-capture). I did not attempt to document these individuals at alternative leks, thus desertion probability estimates solely reflect the probability of not attending the lek-of-capture. Breeding season (March 15-April 30) survival probabilities were calculated using known-fate models (logit link functions) in program MARK (White and Burnham 1999) for those individuals that remained at the lek-of-capture. Three 2-week observation occasions were used and survival data were left-censored to date-of-capture. I estimated the annual percentage of yearling males as the ratio of trapped yearlings to total number of trapped males by lek, and annual date of peak male attendance was estimated as the date when the annual high count was recorded. Distances (km) from lek to male roost locations were estimated from lek-of-capture centers for those individuals attending the original lek.

I used an ordered approach to the statistical analyses. Results from each level of analysis were used to designate treatment and control categories for subsequent analyses. Initially, I considered leks as the sample units and investigated relationships between Overall_Change and independent gas-field-related variables averaged by lek (Drill_Dist, Well_Dist, Road_Dist, Well_Occupied5, and Road_TotalLength3). Using control levels suggested from these analyses, I investigated differences in mean Annual_Change by categories defined by the independent variables (e.g., lek-years categorized by annual Drill_Dist, annual Well_Dist, etc.). For these second-level analyses, categories were used as the sample units, and results from the first-level analyses were used to delineate treatment and control leks by year. Second-level analyses were used to refine treatment effect levels and investigate within-treatment-level influences (e.g., direction to drilling rig, drilling rig visibility, etc.). The final analyses investigated gas-field-infrastructure impacts by comparing mean Annual_Change of leks categorically delineated by the total number of potential gas-field-related influences. The second-level results were used to designate treatment and control leks for third-level analyses. I also used the third-level categorization to compare lek tenacity, survival, and habitat selection of individual males. Because of the nature of this approach, results necessary for explaining how I investigated second- and third-level relationships are presented in the methods.

**First Level:  Initial Determination of Treatment and Control Leks**

I used a principal components analysis (PCA) to summarize covariation patterns present in the 5 primary gas field-related independent variables (Drill_Dist, Well_Dist, Road_Dist, Well_Occupied5, Road_TotalLength3) because of potential collinearity problems identified through correlation analysis

BLM_0055086

(Philippi 1993).  Principal components (PC) with eigenvalues >1 were retained (Hair et al. 1995), and Overall_Change was regressed against retained PC scores.

Using leks as the sample units, I regressed Overall_Change against Drill_Dist, Well_Dist, Road_Dist, Well_Occupied5, and Road_TotalLength3 independently.  General relationships were initially assessed by plotting mean distance and numerical estimates against Overall_Change using SigmaPlot (SPSS Inc., Chicago, IL, USA).  I used the scatterplot-suggested shape of the relationship to determine regression equations, and refined those equations using PROC NLIN or PROC REG (SAS Institute Inc., 1990).

To estimate the level at which male lek attendance appeared to be influenced by independent variables for curvilinear relationships, I used the portion of the regression equation that approximated independent variable effect.  This effect is approximated by the slope coefficient [$b$] portion of equation with general form of [$e^{(-bX)}$] (see Figure 5).  I determined the variation in Overall_Change expected from a non-impacted group of leks through visual assessment of the curved relationships.  Variation among non-impacted populations was estimated as the standard deviation of the Overall_Change for the group of leks located obviously within the flattened portion of the curve.  By setting the effect portion of the regression equation [$e^{(-bX)}$] equal to control variation and solving for $X$, I estimated the level of the independent variable where the total change in the slope of the regression line past that point was equal to the expected variance in the Overall_Change of the control population.  This point represented the level of independent variable effect influencing male lek attendance.  These techniques are similar to those used to find range-of-influence distances in geostatistical analyses of semivariograms (Royle et al. 1980).

**Second Level:  Refinement of Potential Treatment Effect and Within Treatment Level Influences**

I investigated univariate relationships using independent variables designated by distance or numerical categories as sample units.  The impact distances of lek-to-disturbance-source estimated from the curvilinear relationships were used to designate treatment and control categories for the distance relationships (Drill_Dist; Well_Dist; Road_Dist).  Within the treatment distances, each lek-year was categorized into 1-km designated groups based on annual distance to individual disturbance source.  Control leks for the distance relationships were situated beyond impact distances estimated from the curvilinear relationships.

*Drilling Rig.*--Drill_Dist treatment categories included 6 groups:  0-1.0 km, 1.1-2.0 km, 2.1-3.0 km, 3.1-4.0 km, 4.1-5.0 km, 5.1-6.2 km; leks situated >6.2 km from a drilling rig were considered controls.  Mean differences in Annual_Change between individual treatment groups and controls were

BLM_0055087

assessed using separate-variance two sample $t$-tests ($t_{df}$, $p$-value; $t$-tests). Treatment leks were additionally compared in terms of direction from lek to drilling rig and drilling rig visibility. The directions from leks to drilling rigs were categorized northeast, northwest, southeast, or southwest based on cardinal direction from the closest drilling rig. To ensure that direction and visibility relationships were not compounded by distances to drilling rigs, I used one-way analysis of variance ($F_{df}$, $p$-value) to compare Drill_Dist between direction and visibility categories. If drill distances differed significantly, lek-years were removed from the category with the largest sample until Drill_Dist were statistically similar between categories. Mean differences in Annual_Change between direction and visibility categories were assessed using one-way analysis of variance, and mean differences in Annual_Change between treatment categories and controls were assessed using $t$-tests.

*Producing Well.*--Well_Dist treatment categories included 5 groups: 0-1.0 km, 1.0-2.0 km, 2.1-3.0 km, 3.1-4.0 km, 4.1-4.7 km; leks situated >4.7 km from a producing gas well were considered controls. Mean differences in Annual_Change between individual treatment groups and controls were assessed using $t$-tests. Mean total number of producing wells within 3 km (Well_Density3; 3 km based on Dist_Well $t$-test results) was compared to Overall_Change using regression. Because the relationship was curvilinear, the number of wells at which male lek attendance was influenced was estimated using methods previously outlined. Additionally, Well_Density3 was categorized to reflect the distribution of the data (1-3, 4-6, 7-9, 10-15, >15 wells). Mean differences in Annual_Change between Well_Density3 treatment groups and controls (i.e., leks >4.7 km from a producing well) were assessed using $t$-tests. Total number of quadrats containing wells within 5 km (Well_Occupied5) was categorized as 1, 2, 3, or 4 well-occupied quadrats. Mean difference in Annual_Change between Well_Occupied5 categories and controls (i.e., leks with no wells within 5 km) were assessed using $t$-tests. Annual_Change was additionally compared in terms of categorical direction to closest producing well within 3 km. The directions from leks to producing wells were categorized northeast, northwest, southeast, or southwest based on cardinal direction from closest well to lek. To ensure that direction relationships were not compounded by distance to producing well, I used one-way analysis of variance to compare Well_Dist between direction categories. If well distances differed significantly, lek-years were removed from the category with the largest sample until Well_Dist were statistically similar between categories. Mean differences in Annual_Change between direction categories were assessed using one-way analysis of variance.

*Main Haul Road.*--Road_Dist treatment categories included 6 groups: 0-1.0 km, 1.1-2.0 km, 2.1-3.0 km, 3.1-4.0 km, 4.1-5.0 km, 5.1-6.1 km. Treatment categories for total length of main haul road within 3 km (Road_TotalLength3) were developed to represent the distribution in the data (0.1-5.0 km,

BLM_0055088

5.1-7.0 km, 7.1-9.0 km, 9.1-12.0 km, >12.1 km).  Leks situated >6.1 km from a main haul road were considered controls for both comparisons.  Mean differences in Annual_Change between Road_Dist and Road_TotalLength3 treatment groups and controls were assessed using $t$-tests.  The total length of main haul road visible within 3 km of a lek (Road_Visible3) was expressed as a proportion of Road_TotalLength3; proportional differences were compared between treatment groups using Chi-squared analysis.  Additionally, Road_Visible3 was categorized to represent the distribution in the data (0-0.5 km, 0.6-1.0 km, 1.1-2.0 km, >2.1 km) and direction to closest point on main haul road was categorized based on the cardinal directions (i.e., 1 through 4); mean differences in Annual_Change among treatment groups were assessed using one-way analysis of variance.

Traffic volume influences on male lek attendance were assessed by regressing mean axle/day against Overall_Change.  Mean axle/day were additionally categorized to represent the distribution in the data (1-20, 21-50, 51-100, 101-200, >200 axle/day) and mean Annual_Change of treatment categories were compared to controls (i.e., leks >6.1 km from a main haul road) using $t$-tests.  Mean Annual_Change of treatment leks within 1.3 km of a main haul road categorized as having vehicle influence during the strutting period were compared to treatment leks categorized as not having vehicle influence during the strutting period using $t$-tests.

**Third Level:  Inclusive Gas Field Infrastructure Impacts**

Using estimated potential influence distances from the categorical analyses, I refined the total distance of potential impact for each of the 5 primary impact sources:  Drill_Dist ≤5 km, Well_Dist ≤3 km, Road_Dist ≤3 km, Well_Density3 ≥5 wells, and Well_Occupied5 ≥3 occupied quadrats.  Each lek-year was subsequently categorized based on the number of potential influences occurring within these distances (i.e., ≤2 impacts and ≥3 impacts); control lek-years were those with none of these factors occurring within the specified levels.  Mean Annual_Change of overall treatment categories was compared to controls using $t$-tests.  Expected adult male desertion probabilities were estimated using the proportion of deserting control individuals.  Observed desertion probabilities were compared to expected probabilities inclusively and by treatment category using Chi-squared analysis; due to sample sizes <25 in certain instances, I corrected Chi-square estimates with a continuity correction (Dowdy and Wearden 1991).  Male breeding season survival differences between treatment categories were based on confidence interval overlap.  Because the magnitude of the standard deviation could be related to lek size, I standardized annual lek attendance variation estimates by dividing the standard deviation by the maximum number of males attending the lek.  Mean standardized annual variation in male lek attendance and mean lek-to-day roost distances were compared between treatment categories and

BLM_0055089

control leks using *t*-tests. Average annual differences in the Julian date of peak lek attendance were compared between treatment leks combined (i.e., ≤2 and ≥3 impact categories combined; combined due to sample size constraints) and controls using paired *t*-tests. The average annual proportion of yearling males was compared between treatment categories combined and controls using Chi-squared analysis. Expected annual proportions were estimated from yearling to total male proportions captured from non-impacted leks.

All statistical procedures in the lek analyses were performed using SAS 8.2 (Statistical Analysis Software, Cary, NC, USA) and MINITAB 13.1 (Minitab Inc., State College, PA, USA); statistical significance was assumed at $p < 0.05$.

**Female Habitat Selection Analyses**

I delineated the spatial area of interest based on the potential for female habitat selection to be influenced by gas field infrastructure because delineating the boundaries used to define the area of available habitat (i.e., the spatial scale of resource availability) could influence selection analyses (Erickson et al. 2001). I used known leks ($n = 12$) within 3.2 km (distance the sage-grouse management guidelines [Connelly et al. 2000b] suggest for non-manipulation surrounding a lek in contiguous habitats) of the Pinedale Anticline crest (Figure 3; Bureau of Land Management 2000) as an initial delineation of the area of interest. Because greater sage-grouse nests are spatially associated with lek location within 5 km (Holloran and Anderson 2005), I delineated the final area of interest with 5-km buffers around those leks. Females that nested within this area between 2000 and 2004 were used for analyses.

To identify potentially suitable nesting habitat within this area, I initially used Gap Analysis Program (GAP) landcover layers (WyGISC, University of Wyoming, Laramie, WY, USA) to identify all areas dominated by sagebrush. Within these sagebrush dominated areas, I identified potentially suitable (i.e., available) nesting habitat as all areas within 1 standard deviation of the mean slope and aspect of the nest sample ($n = 162$) using digital elevation maps (DEM; WyGISC, University of Wyoming, Laramie, WY, USA). Identification of suitable early brood-rearing habitat initially considered all areas within the area of interest except those areas dominated by bare ground or exposed rock (GAP; WyGISC, University of Wyoming, Laramie, WY, USA). Within these areas, I designated available early brood-rearing habitats as those areas within 1 standard deviation of the mean slope and aspect (DEM; WyGISC, University of Wyoming, Laramie, WY, USA) of identified early brood-rearing sites ($n = 49$).

28

BLM_0055090

I spatially mapped gas field infrastructure within the delineated area of interest (5-km buffer around known leks within 3.2 km of Pinedale Anticline crest). Locations of drilling rigs, producing wells, and roads established for the lek analyses described above were used for the analyses of females. I considered the annual nest initiation period to be from April 15-May 15, the annual nest incubation period to be May 1-June 15, and the annual early brood-rearing period to be June 1-July 1. Sites with drilling rigs operating during any portion of these periods were considered drilling locations. Sites with gas wells yielding gas during any portion of these periods were considered producing gas well locations. Roads built prior to or during these periods were considered active road locations and were categorized as main haul roads if they accessed ≥5 individual producing wells. Distances from nests and early brood-rearing locations to drilling rigs and producing gas wells were estimated to well-head locations. Distances to main haul roads were estimated to the closest point on the roads.

The potential area of influence surrounding nests was estimated as twice the mean distance between consecutive years' nests (1,480 m; Holloran and Anderson 2005). The potential area of influence surrounding early brood-rearing locations was estimated as the maximum daily distance traveled by broods during the early brood-rearing period (1,000 m; N. A. Burkepile, University of Idaho, Moscow, ID, USA; personal communication). I calculated the total number of producing wells and the total length of main haul road within these distances. Distance variables used for nesting and early brood-rearing habitat selection analyses included: distance from nest or early brood-rearing site to closest active drilling rig (Drill_Dist), distance to closest producing gas well (Well_Dist), and distance to closest point on a main haul road (Road_Dist). Density variables used for nesting habitat selection analyses included the total number of producing gas wells within 1,480 m of the nest (Well_Density1480) and the total length of main haul road within 1,480 m of the nest (Road_TotalLength1480). Density variables used for early brood-rearing habitat selection included the total number of producing gas wells within 1,000 m of the early brood-rearing site (Well_Density1000) and the total length of main haul road within 1,000 m of the early brood-rearing site (Road_TotalLength1000). Spatial mapping of gas-field-related variables was accomplished using ArcGIS 9.0 (ESRI, Redlands, CA, USA). I calculated distance and numerical estimates using Animal Movement 2.04 (Hooge and Eichenlaub 2000) and Hawth's Analysis Tools 3.04 (Beyer 2004) within ArcView GIS 3.3 (ESRI, Redlands, CA, USA). See Table 1 for variable summary.

*Consecutive Years' Nests.*--To investigate whether temporal changes in the level of development within an individual female's nesting area (i.e., potential area of influence surrounding nests; 1,480 m radius area) influenced habitat selection, I used individuals with identified consecutive years' nests. I calculated Drill_Dist, Well_Dist, Road_Dist, Well_Density1480, and

BLM_0055091

Road_TotalLength1480 during the nest initiation period from the first year's nest location for that year and the following year. Because of differing development levels surrounding first year nests and the need to standardize for these initial levels, I investigated distances moved between consecutive years' nests in terms of changes in the level of development (versus total development levels) between years. For example, if an individual female nested in 2000 and 2001, was the distance between these 2 nests related to changes in the level of gas field development that occurred within the individual's nesting area between these 2 years? I categorized females based on the total number of differences in gas field infrastructure that occurred between years: $\geq 3$ gas field factors numerically higher or closer, 2 factors changed, 1 factor changed; nests where no change in gas field infrastructure occurred between years were considered controls. One-way analysis of variance ($F_{df}$, $p$-value) was used to assess consecutive years' nest-to-nest distance differences between change categories. I used Chi-squared analysis ($\chi^2_{df}$, $p$-value) to investigate proportional differences in the number of females that moved >930 m (95% confidence interval around mean nest-to-nest distance upper limit; Holloran and Anderson 2005) among categories; expected proportions were estimated from the control sample. Because fate of the first year's nest could influence the distance moved between consecutive years' nests (Holloran and Anderson 2005), I used a Chi-squared test of homogeneity (Dowdy and Wearden 1991) to test for proportional differences in first year successful and unsuccessful nests by treatment category.

*Adult versus Yearling Nest.--*I compared adult and yearling females in terms of Drill_Dist, Well_Dist, Road_Dist, Well_Density1480, and Road_TotalLength1480 during the nest initiation period using 2-sample separate-variance $t$-tests ($t$-value$_{df}$, $p$-value; $t$-test). Due to potential lack of independence associated with nest site fidelity (Holloran and Anderson 2005), consecutive year nests ($n$ = 47) and re-nests ($n$ = 3) were not included in the comparison.

*Used versus Available and Successful versus Unsuccessful Nest Locations.--*I used logistic regression to compare used and available nesting locations from 2000-2004. Again, due to potential lack of independence associated with nest site fidelity (Holloran and Anderson 2005), consecutive year and re-nests were removed from analyses. Available nesting locations were obtained from randomly generated points located within potentially suitable nesting habitat (Beyer 2004). The number of generated random locations equaled the number of nests used for analyses ($n$ = 112). To ensure that random points were distributed throughout the area of interest, I stratified the area into 1.6-km$^2$ blocks based on existing township and range section boundaries (BLM 2000). No more than 2 random points per section were generated. Because of proportional differences in the amount of potentially suitable nesting habitat identified within sections, the stratified technique was employed to guard against excessive clumping of random points. The gas field related variables used to compare used and

30

available nesting locations included:  Drill_Dist, Well_Dist, Road_Dist, Well_Density1480, and Road_TotalLength1480 during the nest initiation period (April 15-May 15).

Logistic regression was also used to compare successful and unsuccessful nests identified from 2000-2003 (2004 data were incomplete and therefore were removed from analyses).  Nests of unknown fate (e.g., female killed while feeding during incubation but nest not disturbed; $n = 2$) and nests abandoned due to researcher disturbance ($n = 2$) were removed from the nest fate analyses.  All remaining identified nests ($n = 108$; includes consecutive year [$n = 31$] and re-nests [$n = 3$]) were considered.  The gas field related variables used to compare successful and unsuccessful nests included Drill_Dist, Well_Dist, Road_Dist, Well_Density1480, and Road_TotalLength1480 during the nest incubation period (May 1-June 15); the habitat variables included residual grass cover and residual grass height (Holloran et al. 2005).

Because gas-field-development variables potentially differed among years (due to increased levels of development through time), I investigated variable differences by year using one-way analysis of variance.  Values of gas-development variables for identified nest and available locations were combined for the used versus available analysis.  Only variable values for identified nest locations were used for the successful versus unsuccessful analysis.  If >2 variables differed significantly by year, I investigated used versus available and successful versus unsuccessful relationships among years independently.  If ≤2 variables differed significantly among years, those variables that differed were standardized by year (Sokal and Rohlf 1995) and years were combined for analysis.  Due to inherent annual differences in residual grass cover and height resulting from differing environmental conditions (i.e., precipitation levels), I standardized these habitat variables by year.

I considered 18 logistic regression models for the used versus available and 56 models for the successful versus unsuccessful analyses.  Models included all 1-, 2- and 3-variable combinations, except where combinations included variables correlated by Pearson's Correlation Coefficients ($r$) ≥ 0.7.  To avoid over-parameterizing models (Hosmer and Lemeshow 1989), combinations of 4 variables or more were not investigated.  I ranked models using a small-sample size bias adjusted Akaike's Information Criterion ($AIC_c$), and calculated Akaike weights ($w_i$) for each model (Burnham and Anderson 2002).  I calculated a relative importance estimate for each independent variable by summing $w_i$-values for all models containing the variable (Burnham and Anderson 2002).  I also used a model averaging procedure to calculate weighted mean parameter coefficients for each variable, weights were based on the $w_i$-likelihood for each model in the group of models considered (Burnham and Anderson 2002).

BLM_0055093

Where I had standardized and combined data among years, I calculated 90% CI around weighted average parameter coefficients (using weighted average standard error estimates) to investigate individual variable potential affect on nest site selection or success probabilities.  Averaged model fit was assessed using correct classification contingency tables (predicted probability = 0.5; Menard 1995) adjusted for chance agreement due to differences in sample sizes (Titus et al. 1984).

Where I had separated logistic regression analyses by year, the same group of 18 or 56 models was investigated annually.  I obtained a weighted average model for each year, and investigated annual differences in nest site selection or success probabilities through a comparison of 90% confidence intervals (90% CI; calculated using $AIC_c$ weighted average standard errors).  Differences in individual gas field related variable parameter coefficients were based on 90% CI overlap.  To investigate overall differences associated with annual models by year (i.e., the relationship between probability of a nest or a successful nest and the 5 gas field related variables inclusively), I generated 350 random points in potentially suitable nesting habitat (Beyer 2004).  This random sample was run through each year's model and estimated probabilities per random sample point were obtained.  Standard errors per probability estimate were generated following Hosmer and Lemeshow (1989) and used to estimate 90% CI around each probability.  Averaged annual models were subsequently compared based on the proportion of confidence interval overlap.  Nest and random data from years with ≥95% overlap were combined, and the same set of models was used to generate a single overall weighted average model for investigating the relationship of nest site selection or success probabilities relative to gas field infrastructure through the duration of the study.  To investigate the relationship suggested by the overall model, I plotted the probability estimates associated with the range of independent variable values against the level of development (e.g., probability of a nest in the presence of inclusively high to low levels of development).  To assess averaged model(s) fit, I used correct classification contingency tables (predicted probability = 0.5; Menard 1995).

*Used versus Available and Successful versus Unsuccessful Early Brood-rearing Locations.--* Because of limited chick mobility during the initial stages of brooding (Patterson 1952), available early brood-rearing habitat depends on nest location (i.e., the entire study area does not represent available early brood-rearing habitat).  Therefore, a buffer equal to the upper 95% CI limit of the mean nest-to-early brood-rearing location distance was created around nesting locations for each successfully nesting female with an identified early brood-rearing location (i.e., females with ≥1 living chick 14 days post-hatch).  Within each nest buffer area, I generated 1 random point within potentially suitable early brood-rearing habitat; random points were paired with early brood-rearing locations.  Used and available locations were compared using paired *t*-tests.  Only females included in the nesting analyses

32

BLM_0055094

were considered for the early brood-rearing analyses (i.e., females nesting within 5 km of leks located within 3.2 km of Pinedale Anticline crest). Because the fate of the brood was unknown for females killed during the early brood-rearing period, these birds were removed from the early brood-rearing analyses (6 birds). Additionally, females that lost their entire brood prior to our identifying early brood-rearing locations (15 birds) potentially were not selecting brooding habitat, and were removed from the used versus available analysis (these individuals represented the unsuccessful sample in the early brood-rearing chick survival analysis). The gas field related variables for the early brood-rearing selected versus available analysis included Drill_Dist, Well_Dist, Road_Dist, Well_Density1000, and Road_TotalLength1000 during the early brood-rearing period (June 1-July 1).

Because females that lost their entire brood prior to the identification of early brood-rearing locations (15 birds) potentially were not selecting brooding habitat, I did not have accurate brood-rearing locations for these individuals. Therefore, I used levels of development surrounding successful nests to compare successful (i.e., females with $\geq 1$ living chick 14 days post-hatch) and unsuccessful (i.e., females that hatched successfully but with no living chicks 14 days post-hatch) brooding females. I estimated the total number of producing wells and total length of main haul road within the area designated by the upper 95% CI limit of the mean nest-to-early brood-rearing location distance. Additional gas field related variables included Drill_Dist, Well_Dist, and Road_Dist during the early brood-rearing period (June 1-July 1). Successful and unsuccessful brooding females were compared using *t*-tests.

All statistical procedures in the female analyses were performed using SAS 8.2 (Statistical Analysis Software, Cary, NC, USA) and MINITAB 13.1 (Minitab Inc., State College, PA, USA); statistical significance was assumed at $p < 0.05$.

**Female Demographic Analyses**

*Vital Rate Estimation.*--For matrix population modeling (examples: Crouse et al. 1987, McDonald and Caswell 1993, Johnson and Braun 1999, Wisdom et al. 2000, Hoekman et al. 2002, and Hagen 2003), individuals were classified into discrete age or life-history stages, and stage importance was evaluated based on the sensitivity of population growth to variations in stage-specific vital rates (i.e., survival, chick production). The first step in population modeling is to accurately estimate stage-specific vital rates.

The latest recorded hatch date for a first nest (vs. re-nest) was 1 July. Assuming 27 days to incubate (Schroeder et al. 1999), the latest documented initiation of incubation occurred on 4 June. Therefore, I estimated apparent nesting propensity as the number of nesting females divided by the total

BLM_0055095

number of females surviving to 4 June.  Potential age and year effects on nesting propensity were investigated by 95% confidence limit overlap; standard errors were calculated using annual nesting propensity differences between yearling and adult females and between years.

The total number of eggs per clutch was estimated from counts conducted at nests where females were flushed during nest site identification field procedures.  Because I attempted not to flush females from nests during the nest search process, clutch size estimates are a sub-sample of individuals. I estimated the number of female eggs per clutch based on juvenile sex ratios established from fall harvest data (54.6% female; Swenson 1986).

Nest success probability estimates were adjusted following Mayfield (1975).  For this adjustment, I estimated length of incubation period at 27 days (Schroeder et al. 1999).  Because of small sample sizes, re-nests were not considered independently and were grouped with initial nests for annual nest success estimates.  Potential age and year effects to nest success probabilities were investigated by 95% confidence interval overlap; standard error estimates for yearling and adult females and per year were calculated following Hensler and Nichols (1981).  Because I typically identified a nest following the initiation of incubation (i.e., following clutch completion) and I potentially missed nests destroyed during the egg-laying or early incubation stages (females classified as non-nesters), apparent nesting propensity was a minimum and adjusted nest success could be overestimated.

Survival of broods from hatch through 15 August and associated standard error were estimated using known-fate models in program MARK (White and Burnham 1999); models were developed using design matrices and logit link functions (Cooch and White 2004).  Broods were considered to have survived the weekly censor period if chick presence was suggested (see Field Methods).  Because the first documented successful hatch was 17 May, I left-censored (staggered entry) broods from 17 May based on hatch date.  Additionally, the fate of a brood was unknown if the brooding female was killed during the brooding period, thus I right-censored these broods to date of female mortality.  I investigated potential effects of brooding female age and year on brood survival by comparing models using a small-sample size bias adjusted Akaike's Information Criterion (AIC$_c$; Burnham and Anderson 2002).  I used respective model ranking to determine potential age and year effects.

Apparent fledge rates (chicks per brood) were estimated by dividing the total number of chicks produced by the total number of females with ≥1 chick the end of August; females that lost their entire brood during brooding stages were not included in chick per brood estimates.  Potential age and year effects on fledge rates were investigated by 95% confidence interval overlap; standard errors were calculated from brood size distribution differences between yearling and adult females and between years.  Chick summer survival (from eggs to fledge [15 Aug]) was calculated by dividing chick per

BLM_0055096

brood estimates by the total number of eggs per clutch. Standard error estimate for chick summer survival was calculated following error propagation techniques outlined by Burrough and McDonnell (1998).

Annual survival of females (April-March) and associated standard error were estimated using known-fate models in program MARK (White and Burnham 1999); models were developed using design matrices and logit link functions (Cooch and White 2004). I based survival on monthly census intervals, staggered individual entry into census periods based on date-of-capture, and right-censored lost individuals. Spring and summer mortalities were assumed to have occurred mid-way between census dates (outlined above). Because of relatively long time intervals between winter flights and to be conservative, mortalities documented during the winter flights were assumed to have occurred 1 day after the previous flight date. I investigated potential annual survival effects of age, breeding status (i.e., nesting or non-nesting; brooding or non-brooding), and year by comparing models using $AIC_c$ values (Burnham and Anderson 2002). I used respective model ranking to determine potential age, breeding status, and year effects. Chick winter survival (September - March) also was estimated using program MARK (White and Burnham 1999). Chick loss within 2 weeks of capture was assumed to have been caused by trapping-related influences or lost radio transmitters; these individuals were removed from the sample.

*Deterministic Analysis.*--Individual females were categorized as treatments or controls based on the level of natural gas field development occurring within given distances of the lek-of-capture or nest location. Designation of these groups was based on results obtained from the third level lek analyses and the female habitat selection analyses. Females breeding on leks found to be influenced by natural gas development were categorized as lek treatment individuals; females breeding on non-impacted leks were categorized as control. Additionally, females nesting within 1,480 m of any gas field related structure (i.e., drilling rig, producing well, main haul road) were considered nest treatment individuals; females nesting farther than 1,480 m from gas field development were categorized as controls.

I categorized all individuals potentially impacted either on the lek or at the nest as treatments (All_Treat). All individuals not impacted by natural gas development on the lek or at the nest were categorized controls (All_Control). Females were further separated into treatment groups to isolate the potential effects of gas field related disturbance during specific demographic periods. Individuals that were impacted on the lek but not at the nest were considered lek treatments (Lek_Treat); individuals impacted at the nest but not on the lek were nest treatments (Nest_Treat); and individuals impacted both on the lek and at the nest were lek and nest treatments (LekNest_Treat). Because these groups required individuals to survive the breeding period (required a nest), they were represented by a biased sub-

35

BLM_0055097

sample of the population. To remain consistent between group comparisons, I used the nesting sub-sample of the lek impacted individuals, and compared these treatment groups to the nesting portion of the control population (Nest_Control). Additionally, because these groups required a nest (i.e., the sub-sample represented by these groups had 100% nesting propensity rates), I used apparent nesting propensity estimates from all females combined for demographic modeling (constant between groups). Between 1998-2004, females were captured from 5 leks where gas field development levels surrounding leks changed from a control to a treatment situation during the study. Individuals captured from these leks were categorized as pre (Pre_Treat) and post-treatment (Post_Treat) based on annual lek-of-capture impact status. Variables are summarized in Table 1.

I constructed female-based, stage-class population matrices (best visualized by life-cycle graphs) based on vital rate comparisons outlined above. Different life-stages were developed based on potential age or breeding status effects detected through comparison of the vital rates (e.g., if an age effect was detected for annual survival, individuals were differentiated into yearling [1st year breeder] or adult stages). Transfer of individuals between stages was based on the probability of remaining in a stage. Demographic models for separated groups (i.e., treatments and controls) were analyzed using similarly structured matrices. Given the potential bias associated with the sub-sample of individuals represented in the groups requiring a nest (Nest_Control, Lek_Treat, Nest_Treat, LekNest_Treat), population growth estimates for these groups should not be interpreted beyond the life table response experiment comparisons outlined below.

Investigating the sensitivity of population growth to variation in vital rates is a method of evaluating life-stage importance (Wisdom and Mills 1997). By standardizing sensitivity values (the effect on $\lambda$ of absolute changes in vital rates) to a scale between 0 and 1 (represented by elasticity values), proportional effects of vital rate variation on population growth can be investigated (Wisdom and Mills 1997, Mills et al. 1999); elasticity values have the advantage of allowing interpretable comparisons between vital rates (Wisdom and Mills 1997). I used upper level (i.e., matrix entries) elasticity values to compare relative sensitivities between matrix elements within and between groups. Deterministic analysis of the population matrices was accomplished using program MatrixCrunch (D. B. McDonald, University of Wyoming, Laramie, WY, USA) with Mathematica 4.2 (Wolfram Research Inc., Champaign, IL, USA) software.

Because of the annual shift associated with the pre- vs. post-treatment comparison data, population growth could have been influenced by environmental factors not related to gas field development level differences between these groups (i.e., drought). I graphically compared annual sample sizes of pre and post-treatment categories with annual percent normal precipitation levels to

BLM_0055098

investigate the potential for drought related population growth effects.  I averaged monthly precipitation totals from weather stations within and near the study area, and calculated percent normal precipitation by dividing annual levels by long-term averages (average period of record 24 years) to standardize these estimates (Western Regional Climate Center, Reno, NV, USA).  Other group comparisons were made between individuals impacted concurrently, thus extrinsic concerns beyond the level of development were essentially standardized.

*Life Table Response Experiment.*--Life table response experiments can be used to quantify population level effects of potential impacts on populations by comparing matrix models developed using vital rates collected from individuals subjected to differing environmental conditions (i.e., treatment vs. control; Caswell 1989, 1996).  I was interested in comparing lower-level vital rates (e.g., nesting propensity, nest success, brood survival; as compared to the matrix entries themselves) and the relative effect of variation in each to differences in population growth between treatment and control populations.  For these analyses, I followed life table response experiment methods outlined by Caswell (1989 and 1996).  For each comparison (e.g., All_Treat vs. All_Control), I calculated a mean matrix using the projection matrices of the groups being compared; sensitivities of these mean matrices were computed.  Using the sensitivity values computed from the mean matrix, I derived partial sensitivities for the mean of each lower level vital rate (Caswell 1989).  I multiplied the difference (control subtracted from treatment) of each vital rate to the lower level sensitivity to establish the contribution changes in each vital rate had to the overall treatment effect on population growth (Caswell 1996).  Caswell (1996) suggests that the contributions represent a measure of the effect of the treatment on the vital rate relative to the sensitivity of population growth to that effect.

*Stochastic Simulations.*--I assessed the effect of demographic stochasticity for each group by conducting simulations using program BetaStoch05 (D. B. McDonald, University of Wyoming, Laramie, WY, USA) with Mathematica 4.2 (Wolfram Research Inc., Champaign, IL, USA) software.  The mean and standard error of each vital rate were used to establish beta distributions; for each of 1,000 iterations, a value for each vital rate was selected from these distributions and used in matrix building procedures.  Starting population size for each simulation was 1,000,000 individuals, and each simulation was followed for 2,000 years.  I investigated differences in population growth between the different groups through 95% confidence interval overlap of the mean time (years) to population extinction.  The effect of variability in vital rates on each group was assessed through the estimated change in population growth occurring as a result of the addition of stochasticity.  I additionally investigate mean time to extinction of the estimated size of the Pre_Treat population under Post_Treat conditions.  Pre-treatment population size was estimated from the maximum number of males on

37

BLM_0055099

Pre_Treat leks the year prior to entering Post_Treat status.  I assumed the maximum male counts represented 75% of the male population, and assumed twice as many females as males (C. E. Braun; Colorado Division of Wildlife, Denver, CO, USA; personal communication).  This population estimate was used as the starting population size for 5,000 iterations through the stochastic model developed for the Post_Treat population.

## RESULTS

### Lek Analyses

I used lek-count information from 21 leks.  Overall_Change was calculated from 1999-2004 for 8 leks, from 2000-2004 for 8 leks, from 2001-2004 for 4 leks, and from 2002-2004 for 1 lek, yielding Annual_Change data for 86 lek years.  Maximum male lek attendance for the first year of reliable information ranged from 20 to 131 males.  I captured and radio-equipped 78 males from 12 leks between 2000-2003.

### First Level:  Initial Determination of Treatment and Control Leks

Because of high correlations between independent variables (Pearson's correlation values ≥0.67), I used principal components analysis.  The first principal component (PC1) explained 82.3% of the variability among independent variables; based on eigenvalues (>1.0), none of the other principal components were considered.  The loadings associated with the independent variables ranged between 0.42 and 0.46, suggesting nearly equal weight was associated with each of the variables (Ramsey and Schafer 1997).  The regression relationship between PC1 scores and Overall_Change had a positive slope (Figure 4).  The loadings associated with Drill_Dist, Well_Dist, and Road_Dist were positive, whereas those with Well_Occupied5 and Road_TotalLength3 were negative.  In general, the loadings suggest that as Drill_Dist, Well_Dist, and Road_Dist decreased, and Well_Occupied5 and Road_TotalLength3 increased, Overall_Change approached a 100% decline (Figure 4).

The relationships between Overall_Change and Drill_Dist, Well_Dist, and Road_Dist were curvilinear (Figure 5).  Based on the slope coefficients, the distance from leks at which drilling rigs appeared to have no influence on overall male lek attendance (i.e., variation in the regression relationship equaled control variation) was >6.2 km.  For producing gas wells, the regression relationship suggested no influence on leks >4.7 km from a well.  Main haul roads did not influence leks >6.1 km from a road.  Regression relationships between Overall_Change and Well_Occupied5 (Overall_Change = -0.014 - 0.197[Well_Occupied5]; $R^2$ = 54.6%) and Road_TotalLength3 (Overall_Change = -0.073 - 0.066[Road_TotalLength3]; $R^2$ = 60.6%) were linear with negative slopes.

BLM_0055100

**Second Level:  Refinement of Potential Treatment Effect and Within Treatment Level Influences**

*Drilling Rig.*--The number of males occupying leks within 5 km of a drilling rig declined relative to controls with the exception of leks between 2.1-3.0 km from a drilling rig.  Mean Annual_Change among leks categorized by 1-km Dist_Drill buffers and leks >6.2 km from a drilling rig (i.e., controls) suggested that leks within 0-1.0 km ($n = 3$, $t_{18} = -12.49$, $p < 0.000$), 1.1-2.0 km ($n = 5$, $t_8 = -4.72$, $p = 0.002$), 3.1-4.0 km ($n = 11$, $t_{11} = -2.38$, $p = 0.037$), and 4.1-5.0 km ($n = 9$, $t_{13} = -3.79$, $p = 0.002$) of a drilling rig had significantly greater annual rates of decline than control leks ($n = 34$). Average annual rates of change on leks within the 2.1-3.0 km ($n = 10$, $t_{11} = -1.64$, $p = 0.130$) and 5.0-6.2 km ($n = 12$, $t_{24} = -1.96$, $p = 0.061$) buffers did not differ significantly from controls (Figure 6).

There did not appear to be visual effects of drilling rigs on lek attendance by males, but the number of males occupying leks generally east of drilling rigs declined.  There were no significant differences ($F_3 = 0.55$, $p = 0.649$) among average Annual_Change in terms of the direction from leks to drilling rigs after standardizing for distance.  However, the comparisons between directions to drilling rig categories and controls Annual_Change indicated that leks situated southeast (mean change -24.7%, $n = 10$, $t_{11} = -2.50$, $p = 0.029$) and northeast (mean change -20.7%, $n = 15$, $t_{25} = -3.66$, $p = 0.001$) of an operating drilling rig had significantly greater annual rates of decline, while leks situated southwest (mean change -11.4%, $n = 13$, $t_{17} = -1.76$, $p = 0.096$) and northwest (mean change -11.8%, $n = 10$, $t_{11} = -1.47$, $p = 0.171$) of a drilling rig did not differ from controls (mean change +4.7%, $n = 34$). Additionally, there were no mean Annual_Change differences ($F_2 = 0.72$, $p = 0.493$) among treatment leks in terms of drilling rig visibility.  However, all three visibility categories declined significantly compared to controls (Full_Sight mean change -27.1%, $n = 10$, $t_{11} = -2.65$, $p = 0.023$; Partial_Sight mean change -14.2%, $n = 17$, $t_{35} = -3.15$, $p = 0.003$; No_Sight mean change -14.8%, $n = 21$, $t_{30} = -2.40$, $p = 0.023$; control mean change +4.7%, $n = 34$).

*Producing Well.*--The number of males occupying leks within 3 km of a producing well declined relative to controls.  The relationships between distance to the closest producing gas well and average annual change in the number of males indicated that leks 0-1.0 km ($n = 15$, $t_{20} = -3.24$, $p = 0.004$), 1.1-2.0 km ($n = 11$, $t_{21} = -3.83$, $p = 0.001$), and 2.1-3.0 km ($n = 16$, $t_{37} = -2.47$, $p = 0.018$) from a well had significantly greater average annual declines in male numbers relative to control leks (i.e., leks >4.7 km from a producing well; $n = 30$).  Average annual change in the number of males on leks situated 3.1-4.0 km ($n = 4$, $t_4 = 1.22$, $p = 0.290$) and 4.1-4.7 km ($n = 9$, $t_{16} = -0.38$, $p = 0.708$) did not differ significantly from controls (Figure 6).

Well densities were also related to annual changes in the number of males.  The number of males occupying leks declined where there were more than 5 wells within 3 km of the lek.  Leks with

BLM_0055101

>15 producing wells within 3 km (mean change -33.1%, $n = 9$, $t_9 = -2.28$, $p = 0.048$), 10-15 producing wells within 3 km (mean change -37.5%, $n = 4$, $t_6 = -5.12$, $p = 0.002$), 7-9 producing wells within 3 km (mean change -23.2%, $n = 6$, $t_7 = -2.37$, $p = 0.050$), and 4-6 producing wells within 3 km (mean change -26.8%, $n = 7$, $t_{11} = -3.46$, $p = 0.005$) had significantly greater average annual declines compared to control leks (leks >4.7 km from a producing well; mean change +3.5%, $n = 30$).   Average annual change in the number of males on leks with 1-3 producing wells within 3 km did not differ significantly from controls (mean change -9.5%, $n = 17$, $t_{35} = -1.76$, $p = 0.088$).   The regression relationship between Overall_Change and average number of wells within 3 km (Well_Density3) was curvilinear [Overall_Change = -0.73+0.66($e^{-0.47(Well\_Density3)}$); $R^2 = 61.1\%$].   Using the slope coefficient to solve for the number of wells where total variation in the regression line reached control variation indicated that leks with ≥4.7 producing wells within 3 km were negatively influenced by those wells.

Male lek attendance declined on leks where at least half of the directions from the lek were occupied by a producing well within 5 km.   The relationships between the number of quadrats containing a producing well within 5 km and mean Annual_Change indicated that leks with wells in 3 quadrats (mean change -17.9%, $n = 21$, $t_{38} = -2.65$, $p = 0.012$) and 4 quadrats (mean change -28.5%, $n = 12$, $t_{15} = -2.87$, $p = 0.012$) had significantly greater declines in male numbers compared to control leks (leks >5 km from a producing well; mean change +3.5%, $n = 30$).   Mean Annual_Change on leks with wells located in 1 quadrat (mean change +2.4%, $n = 9$, $t_{15} = -0.13$, $p = 0.900$) and 2 quadrats (mean change -12.1%, $n = 14$, $t_{24} = $    -1.85, $p = 0.076$) did not differ from controls.   Mean Annual_Change did not differ in terms of direction to producing well ($F_3 = 1.41$, $p = 0.254$).

*Main Haul Road.*--The number of males occupying leks within 3 km of a main haul road declined relative to controls.   The relationships between distances to nearest main haul road and average annual change in the number of males revealed that leks located within 0-1.0 km ($n = 9$, $t_{19} = -4.02$, $p = 0.001$), 1.1-2.0 km ($n = 30$, $t_{51} = -3.53$, $p = 0.001$), and 2.1-3.0 km ($n = 6$, $t_{15} = -2.70$, $p = 0.017$) of a main haul road declined significantly compared to control leks (leks >6.1 km from a main haul road; $n = 24$).   Mean Annual_Change on leks 3.1-4.0 km ($n = 5$, $t_4 = -0.20$, $p = 0.851$), 4.1-5.0 km ($n = 6$, $t_{12} = -1.55$, $p = 0.146$) and 5.1-6.1 km ($n = 6$, $t_7 = -0.40$, $p = 0.703$) from a main haul road did not differ significantly from controls (Figure 6).

When there was more than 5 km of main haul road within 3 km of a lek numbers of males were negatively influenced, but male lek attendance was not influenced by the proportion of road visible from a lek or the direction from the lek to the closest main haul road.   The relationships between the total length of main haul road within 3 km and mean Annual_Change indicated that leks with 5.1-7.0 km of main haul road (mean change -14.7%, $n = 11$, $t_{20} = -2.46$, $p = 0.023$), 7.1-9.0 km of main haul

40

road (mean change -20.2%, $n = 10$, $t_{17} = -3.03$, $p = 0.008$), 9.1-12.0 km of main haul road (mean change -28.4%, $n = 11$, $t_{16} = -3.32$, $p = 0.004$), and >12.1 km of main haul road (mean change -56.4%, $n = 4$, $t_3 = -3.86$, $p = 0.031$) had significantly greater declines compared to changes on control leks (leks >6.1 km from a main haul road; mean change +7.2%, $n = 24$). Average Annual_Change on leks with 0.1-5.0 km of main haul road within 3 km (mean change -1.6%, $n = 14$, $t_{29} = -1.08$, $p = 0.286$) did not differ from controls. The proportion of visible main haul road within 3 km of treatment leks did not differ between treatment buffer groups ($\chi^2_4 = 8.23$, $p = 0.083$). Additionally, categorizing treatment leks by total distance of visible main haul road within 3 km and comparing average annual change in the number of males by category indicated no significant differences ($F_3 = 0.11$, $p = 0.957$). Mean Annual_Change for leks with 0-0.5 km of road visible was -19.9% ($n = 31$), 0.6-1.0 km of road visible was -15.0% ($n = 10$), 1.1-2.0 km of road visible was -20.2% ($n = 5$), and >2.1 km of main haul road visible was -13.9% ($n = 4$). Mean Annual_Change on road treatment leks where the closest main haul road was generally east (-18.5%, $n = 20$), west (-15.5%, $n = 23$), north (-11.8%, $n = 10$), and south (-9.7%, $n = 9$) did not differ significantly ($F_3 = 0.23$, $p = 0.874$).

The rate of male lek attendance decline was related to traffic volumes, and vehicle activity on roads during the daily strutting period had an influence on male lek attendance. The regression relationship between average number of axle hits per day (axle/day) and Overall_Change was linear with a negative slope (Overall_Change = -0.18-0.005[axle/day]; $R^2 = 73.3\%$). After categorizing lek years based on average number of axle hits per day, I found that leks with 1 to 20 axle/day (mean change -12.8%, $n = 9$, $t_{22} = -2.72$, $p = 0.013$), 21 to 50 axle/day (mean change -13.2%, $n = 8$, $t_{16} = -2.46$, $p = 0.025$), 51 to 100 axle/day (mean change -45.8%, $n = 3$, $t_3 = -4.98$, $p = 0.016$), 101 to 200 axle/day (mean change -21.0%, $n = 3$, $t_5 = -3.55$, $p = 0.016$), and >200 axle/day (mean change -57.5%, $n = 7$, $t_8 = -4.73$, $p = 0.001$) all differed significantly from average annual change on control leks (leks >6.1 km from main haul road; mean change +7.2%, $n = 24$). Additionally, average axle hits per day for all traffic categories differed significantly ($p \leq 0.041$) from controls designated by leks >3 km from a main haul road (mean change +4.2%, $n = 41$). Comparing mean Annual_Change between leks at which vehicles used or did not use main haul road within 1.3 km during the daily strutting time period (i.e., vehicle activity during the early morning) indicated that average Annual_Change on leks with traffic (mean change -34.8%; $n = 16$) declined significantly more than leks without traffic (mean change -11.0%; $n = 11$, $t_{24} = 2.22$, $p = 0.036$).

BLM_0055103

**Third Level:  Inclusive Gas Field Infrastructure Impacts**

Desertions of leks by adult males were higher where there were 3 or more impacts compared to control leks.  Average annual change in the number of males on leks with $\geq 3$ impacts ($t_{65} = -4.85$, $p = 0.000$) declined significantly relative to changes in control leks; change on leks with $\leq 2$ impacts did not differ from control changes ($t_{19} = -2.91$, $p = 0.072$; Table 2).  Lek desertion probabilities of adult males captured on treatment leks differed significantly from desertion probabilities of control adult males (i.e., expected desertion probabilities; $\chi^2_1 = 9.41$, $p = 0.002$).  Males deserted leks impacted by $\geq 3$ factors significantly more than expected ($\chi^2_1 = 6.10$, $p = 0.014$; Table 2).

Male survival probabilities during the breeding season were lower for lightly impacted compared to heavily impacted leks, but habitat selection by males during the breeding season was not influenced by development levels surrounding a lek.  Male survival probabilities did not differ at the 70% level between treatment and control leks; however, male survival differed between leks impacted by $\geq 3$ factors and leks impacted by $\leq 2$ factors at the 80% level (Table 2).  Additionally, survival probabilities of leks impacted by $\leq 2$ factors and control leks combined (42.2% [$\pm 11.6$]; combined due to small sample sizes; Table 2) differed from leks impacted by $\geq 3$ factors at the 70% level.  Mean standardized variation in lek counts was significantly higher at leks impacted by $\leq 2$ factors compared to control leks (mean standard deviation 0.46; $n = 13$, $t_{16} = 2.48$, $p = 0.023$), but did not differ significantly between leks impacted by $\geq 3$ factors (mean standard deviation 0.35; $n = 35$, $t_{69} = 1.11$, $p = 0.270$) and controls (mean standard deviation 0.30; $n = 37$).  Additionally, mean distance from lek to day roost locations during the breeding season did not differ significantly between leks impacted by $\geq 3$ factors (mean distance 753 m; $n = 22$, $t_4 = 0.13$, $p = 0.903$) and leks impacted by $\leq 2$ (mean distance 783 m; $n = 3$, $t_4 = 0.24$, $p = 0.819$) relative to control leks (mean distance 727 m; $n = 4$).

Treatment leks had fewer yearling males and earlier peak attendance dates compared to control leks.  The average annual ratio of trapped yearling males to total number of trapped males was 20.3% higher for controls compared to treatment leks combined, but did not significantly differ ($\chi^2_3 = 5.81$, $p = 0.121$).  Average annual date of peak male attendance was significantly later on control leks compared to treatment leks combined (mean difference 4.5 days; paired-$t = 2.61$, $p = 0.048$).

**Female Habitat Selection Analyses**

I captured and radio-equipped 209 females from 14 leks between 2000-2004.  The proportions of radio-equipped adults to yearlings for birds captured from leks used to delineate the area of interest (i.e., leks within 3.2 km of the Pinedale Anticline crest) were 0.4 in 2000, 2.0 in 2001, 3.2 in 2002, 5.4 in 2003, and 1.2 in 2004; adult-to-yearling ratios were 1.2 in 1998 and 0.8 in 1999 (A. G. Lyon,

42

BLM_0055104

unpublished data).  I located 213 total nests and 162 nests within the delineated area of interest (i.e., nests ≤5 km from leks within 3.2 km of the Pinedale Anticline crest).  Mean apparent annual nest success (±standard error [SE]) for all nests was 46.2% (±4.7%) and for nests within the area of interest was 46.9% (±6.3%).  Mean adjusted annual nest success (Mayfield 1975) was 43.3% (±1.9%) and 44.1% (±2.7%), respectively.  Based on conditions at destroyed nests (Sargeant et al. 1998), I identified predators (mammalian or avian) responsible for the destruction of 82% of the 78 unsuccessful nests within the designated area of interest; mammals were responsible for 77% and birds for 23% of the depredated nests (avian predators were responsible for 13% of the destroyed nests in 2000 [$n = 8$ total predator identified nests], 11% in 2001 [$n = 9$], 13% in 2002 [$n = 16$], 33% in 2003 [$n = 21$], 40% in 2004 [$n = 10$]).  I used 47 consecutive years' nests (7 in 2000-01, 9 in 2001-02, 15 in 2002-03, 16 in 2003-04) for the consecutive years analyses, 112 nest and random locations (16 in 2000, 13 in 2001, 25 in 2002, 27 in 2003, 31 in 2004) for the nest habitat selection and adult versus yearling habitat selection analyses, and 108 nests (16 in 2000, 20 in 2001, 30 in 2002, 42 in 2003) for the nest success analyses.  For the early brood-rearing habitat selection analysis, I used 49 early brood-rearing locations (6 in 2000, 5 in 2001, 7 in 2002, 10 in 2003, 21 in 2004); 64 females were used for the early brood fate analysis.

*Consecutive years' nests.*--Nesting adult females remained within selected nesting areas regardless of gas development levels within those areas.  Mean consecutive years' nest-to-nest distances did not differ significantly relative to the level of development change between years ($F_3 = 0.59$, $p = 0.62$); mean (±SE) nest-to-nest distance for females where ≥3 changes occurred within the nesting area between years was 565 m (±153 m; $n = 10$), where 2 changes occurred 933 m (±282 m; $n = 7$), where 1 change occurred 664 m (±164 m; $n = 20$), and where no changes occurred 879 m (±240 m; $n = 6$).  The proportion of control females moving >930 m between nesting locations was 33% (proportion used to estimate expected proportions); the proportion of females moving >930 m relative to the number of changes occurring within nesting areas between years did not differ from expected ($\chi^2_2 = 2.67$, $p = 0.26$).  The proportion of successful to unsuccessful nests by treatment category did not differ ($\chi^2_3 = 1.69$, $p = 0.64$), suggesting that distances moved between nests were not biased by first year's nest fate.

*Adult versus Yearling Nest.*--Nesting yearling females showed avoidance of road related disturbances compared to adults.  Yearling females nested significantly farther from main haul roads compared to adult females ($t_{48} = 2.4$, $p = 0.02$) and nested in areas with significantly less total length of main haul road within 1480 m compared to adult females ($t_{75} = 3.5$, $p < 0.01$).  Mean Drill_Dist ($t_{34} = $

BLM_0055105

1.9, $p = 0.07$), Well_Dist ($t_{59} = 0.3$, $p = 0.74$), and Well_Density1480 ($t_{75} = 1.3$, $p = 0.21$) did not differ significantly by age (Table 3).

*Used versus Available Nests.*--Compared to available sites, nests were located farther from drilling rigs and gas wells in 2004, whereas nests were closer to these structures in 2000-2003. When used and available nesting sites were combined, mean Drill_Dist ($F_4 = 35.0$, $p < 0.01$), Well_Dist ($F_4 = 4.0$, $p < 0.01$), Road_Dist ($F_4 = 5.7$, $p < 0.01$), and Road_TotalLength1480 ($F_4 = 4.5$, $p < 0.01$) differed significantly by year; mean Well_Density1480 did not differ significantly by year ($F_4 = 1.7$, $p = 0.16$). Therefore, AIC$_c$ weighted logistic regression models with 90% CI around the parameter estimates were produced by year (Table 4). The annual models correctly classified between 54 and 76% of the points used to build the models (63% correct 2000, 65% correct 2001, 76% correct 2002, 54% correct 2003, 74% correct 2004). Based on 90% CI overlap, the parameter estimates associated with Drill_Dist and Well_Dist for the 2004 model differed consistently from the parameter estimates for all other years' models. The parameter estimate for Road_Dist associated with the 2002 model differed consistently from other years (Table 4).

Nests were closer to wells but in areas with decreased well densities compared to available sites. Between 97 and 100% of the 90% CI around the probability estimates for the annual averaged models computed for the sample of 350 random locations overlapped. Therefore, nests (used) and available locations for all years were combined to derive an AIC$_c$ weighted overall logistic regression model assessing the relationship between selected and available habitats relative to overall gas field infrastructure levels (Table 4; Figure 7). The overall model correctly classified 55% of the points used to build the model. Relative importance of the independent variables suggested that Well_Dist and Well_Density1480 best distinguished used from available sites (Table 4).

*Successful versus Unsuccessful Nests.*--Successful nests had increased residual grass cover and height and were closer to wells but in areas with lower well densities relative to unsuccessful nests. For nest (used) sites only, mean Drill_Dist differed significantly among years ($F_4 = 27.5$, $p < 0.01$); mean Well_Dist ($F_4 = 0.7$, $p = 0.58$), Road_Dist ($F_4 = 1.8$, $p = 0.15$), Well_Density1480 ($F_4 = 1.4$, $p = 0.26$), and Road_TotalLength1480 ($F_4 = 2.7$, $p = 0.05$) did not differ among years. Therefore, Drill_Dist was standardized by year, and nest data were combined across years for logistic regression analysis. The AIC$_c$ weighted model (Table 5) correctly classified 58% of the points used to build the model, which was 37% better than chance ($K = 0.37$, $Z = 5.3$). Although the relative importance estimates associated with the independent variables suggested that variables were similar, the skewed nature of the 90% CI around Well_Dist, Well_Density1480, residual grass cover, and residual grass height suggested these variables could have influenced nest success (Hosmer and Lemeshow 1989; Table 5). However, the

BLM_0055106

difference in $AIC_c$ between the best and worst ranked models was 5.56, and 36 of the 56 models considered were within 4 $AIC_c$ units of the best model. Considerable empirical evidence exists suggesting that models within 4 units of the AIC ranked best model should be considered as candidates for the Kullback-Leibler best model (Burnham and Anderson 2002). Because 64% of the models considered could potentially be the best model and high model selection uncertainty was indicated (Burnham and Anderson 2002), relationships between variables and nest success probabilities were not conclusive.

*Used versus Available and Successful versus Unsuccessful Early Brood-rearing Locations.*-Brooding females avoided producing wells during early brood-rearing, but development levels surrounding nesting locations did not appear to influence brood success. Mean distance from nest-to-early brood-rearing location was 1,033 m (95% CI 549-1,582 m). Therefore, random points were generated within 1,580 m of successful nests in suitable early brood-rearing habitat. Additionally, the 1,580 m buffer was used to estimate the total number of producing wells (Well_Density1580) and total length of main haul road (Road_TotalLength1580) for the successful versus unsuccessful brood analyses. Early brood-rearing locations were significantly farther from producing wells compared to random locations (paired-$t$ = 3.2; $p$ < 0.01). Mean difference in Drill_Dist (paired-$t$ = 0.9; $p$ = 0.37), Road_Dist (paired-$t$ = 1.7; $p$ = 0.10), Well_Density1000 (paired-$t$ = 1.4; $p$ = 0.16), and Road_TotalLength1000 (paired-$t$ = 1.6; $p$ = 0.11) did not differ significantly (Table 6). None of the 5 variables describing gas field development differed significantly between successful and unsuccessful early brooding hens (Drill_Dist $t_{19}$ = 0.1, $p$ = 0.90; Well_Dist $t_{17}$ = 0.6, $p$ = 0.54; Road_Dist $t_{26}$ = 1.3, $p$ = 0.22; Well_Density1580 $t_{19}$ = 1.0, $p$ = 0.32; Road_TotalLength1580 $t_{22}$ = 1.2, $p$ = 0.24; Table 6).

**Female Demographic Analyses**

I collected data for 428 individual radio-equipped female-years between 1998 and 2004 (41 in 1998, 40 in 1999, 37 in 2000, 46 in 2001, 76 in 2002, 91 in 2003, 97 in 2004). Because transmitter battery-life allowed birds to be monitored for multiple years, sample sizes represent the annual number of radio-equipped birds with working transmitters, not the number of distinct individuals marked. By treatment group, I included 148 female-years in All_Control, 73 in Nest_Control, 254 in All_Treat, 51 in Lek_Treat, 57 in Nest_Treat, 81 in LekNest_Treat, 88 in Pre_Treat, and 117 in Post_Treat.

*Vital Rate Estimation.*--Reported nesting propensity estimates in greater sage-grouse range from 68 to 93% (Connelly et al. 1993, Schroeder 1997), and fewer 1st year breeding females may initiate nests compared to adults (Connelly et al. 1993). Mean apparent nesting propensity [± standard error (SE)] of adult ($n$ = 244; 84.6% ±2.2) and yearling females ($n$ = 76; 67.2% ±6.3) suggested an age

45

BLM_0055107

difference at the 95% level. Using the standard error generated from year differences (±2.1), a year effect was detected at the 95% level (1998 nesting propensity 90.3%, 1999 78.8%, 2000 73.9%, 2001 84.4%, 2002 85.0%, 2003 84.4%, 2004 76.6%). Apparent nesting propensity was estimated separately for adult and yearling females, and SE was generated through year differences (Table 7); this standard error was used for stochastic simulations.

From females flushed during nest site identification (n = 66), I estimated 7.41 (±0.14) eggs per clutch, similar to 7.43 eggs/clutch reported in the literature (Schroeder et al. 1999). Correcting for male to female ratios (Swenson 1986), I estimated 3.96 (±0.16 propagated SE) female eggs per clutch; this estimate was used for all demographic comparisons (i.e., constant between groups).

My nest success estimates fall within the range of those reported for greater sage-grouse, which are typically between 40 and 60% (Wakkinen 1990, Connelly et al. 1991, Connelly et al. 1993, Sveum et al. 1998b, Schroeder et al. 1999). Mayfield (1975) corrected nest success estimates (±SE) of adult ($n$ = 211; 43.7% ±0.8) and yearling females ($n$ = 53; 41.7% ±1.7) suggested no age differences at the 95% level; however a year effect was detected (1998 nest success 43.6 ±2.0, 1999 38.8 ±2.3, 2000 41.3 ±2.9, 2001 37.6 ±2.2, 2002 41.8 ±1.6, 2003 49.5 ±1.5, 2004 44.1 ±1.9). Adult and yearling females were combined for group nest success estimation, and SE was generated through year differences (Table 7).

Limited information exists on sage-grouse chick survival from hatch to 1st breeding attempt; however, Connelly and Braun (1997) reported that long-term (≥17 years pre-1996) chick to female ratios in the fall harvest throughout western North America ranged between approximately 1.3 and 2.5 chicks/female. For all broods ($n$ = 123), the $AIC_c$ (Burnham and Anderson 2002) ranking of brood survival models suggested no year or age effects (White and Burnham 1999; Table 8); both age categories and years were combined for group brood survival estimates (Table 7). Fledge estimates suggested no age (adult 2.39 ±0.19; yearling 2.25 ±0.34 chicks/brood) or year (1998 2.70 ±0.45; 1999 2.50 ±0.87; 2000 2.83 ±0.79; 2001 2.17 ±0.40; 2002 1.94 ±0.30; 2003 2.56 ±0.48; 2004 2.30 ±0.28) effect at the 95% level. Therefore, I pooled ages and years ($n$ = 86 broods) and estimated 2.36 (±0.16) chicks per brood. Although fledge estimates could be biased by difficulty finding chicks (Schroeder 1997), brood mixing, and flock size (i.e., several brooding females summering in a given flock), I believe the estimate is accurate because I was able to pool adults, yearlings, and years. Comparing brood and clutch estimates, I estimated 31.9% (±17.3 propagated SE) summer chick survival. Using chick females captured in fall 2004 ($n$ = 35), I estimated 70.9% (±7.7) winter survival. Female chick summer and winter survival estimates were used for all demographic comparisons (i.e., constant between groups).

BLM_0055108

For all females ($n = 404$), survival model $AIC_c$ (Burnham and Anderson 2002) ranking suggested an age and nest status (i.e., nesting vs. non-nesting females) effect (White and Burnham 1999; Table 8); annual survival was calculated separately for nesting and non-nesting adult and yearling females for groups that included all females (All_Control, All_Treat, Pre_Treat, Post_Treat; Table 9). Nesting female ($n = 262$) survival model ranking suggested a brood effect but no age effect (Table 8); adult and yearling females were combined, and annual survival was estimated separately for brooding and non-brooding females for groups requiring a nest (Nest_Control, Lek_Treat, Nest_Treat, LekNest_Treat; Table 10). Documented age and breeding status effects were used for classifying stages present in the life-cycle graph (see deterministic analysis below).

Annual survival estimates (95% confidence interval) for all adult [54.1% (48.2, 60.0); $n = 300$] and yearling females [64.5% (54.4, 73.3); $n = 104$] were similar to those reported in the literature [adult 59.2% (57.1, 61.3); 1st year 77.7% (71.8, 75.3); Zablan et al. 2003]. Comparisons of survival among periods between All_Control and All_Treat groups suggested differential survival primarily during early brooding and summer periods (Table 11). Comparing annual sample size for Pre_Treat and Post_Treat groups and percent normal annual precipitation (Figure 8) suggested that below normal precipitation levels during 2001 and 2002 may have influenced population growth estimates. However, because samples of pre-treatment individuals were included during 2001-2002, potential drought effects in terms of the pre- versus post-treatment comparison were probably minimal. Through the remaining years, annual environmental variation was similar relative to sample size differences between the 2 groups.

*Deterministic Analysis.*--The potential effect comparisons suggest that for groups including all females (All_Control, All_Treat, Pre_Treat, Post_Treat), nesting and non-nesting adult and yearling females had differential survival. Among groups that nested (Nest_Control, Lek_Treat, Nest_Treat, LekNest_Treat), brooding and non-brooding females had different survival. Therefore, a 5-node, stage-based life-cycle diagram and corresponding matrix was constructed for pre-breeding, birth-pulse demographic modeling of greater sage-grouse females (Figure 9). Females entered the model as eggs (m). For groups including all females, the chick (1st year female; node 1) survival associated matrix entry ($P_1$) was the product of nest success, brood survival, and chick female summer and winter survival. Yearling (second year; nodes 2 and 3) and adult (nodes 4 and 5) females were separated into nesting (yearling $P_{2Y}$; adult $P_{AY}$) and non-nesting (yearling $P_{2N}$; adult $P_{AN}$) individuals. Probabilities of breeding matrix entries were adult ($B_A$) and yearling female ($B_2$) nesting propensity (Table 12). For groups requiring a nest, the chick survival associated matrix entry ($P_1$) was the product of brood survival and chick female summer and winter survival. Yearling and adult females were separated into

BLM_0055109

brooding (yearling $P_{2Y}$; adult $P_{AY}$) and non-brooding (yearling $P_{2N}$; adult $P_{AN}$) individuals; age related survival did not differ.  Probabilities of breeding entries ($B_2$ and $B_A$) were the product of nesting propensity (for all individuals) and nest success (Table 12).

The elasticity analysis of the deterministic matrices suggested that population growth was most elastic to relatively consistent arcs between models considering similar groups of birds (Table 13).  For groups considering all females, between 52 and 68% of the elasticity in population growth was included in proportional changes to nesting adult productivity and survival and nesting yearling female survival. Between 41 and 56% of the elasticity in $\lambda$ was included in proportional changes to brooding and non-brooding adult and non-brooding yearling female survival for groups requiring a nest.  For the populations considering all birds (versus nesting birds only), between 37.7 and 51.5% of the total proportional sensitivity was present in the survival and subsequent productivity of nesting adult females.  Approximately 28% of the total elasticity in populations impacted on the lek (Lek_Treat and LekNest_Treat) was present in the survival and subsequent productivity of non-brooding adult females. And, for Nest_Control and Nest_Treat populations, adult female survival accounted for 34.5 and 46.2% of the total elasticity, respectively.

*Life Table Response Experiment.*--The effect of treatment on population growth was generally negative when using control groups as reference populations (Table 14).  There were relatively consistent negative contributions from adult and yearling female survival.  Nest success (NS) had generally negative contributions except the comparison between LekNest_Treat vs. Nest_Control. Brood survival (BS) had generally positive contributions, which acted to buffer the treatment effect, in all comparisons except Nest_Treat vs. Nest_Control, where its contribution was distinctly negative.  A distinctly positive contribution of adult nest propensity [NP(a)] occurred in the All_Treat vs. All_Control comparison (Figures 10 and 11).

*Stochastic Simulations.*--Mean extinction times generated through stochastic simulations suggested that population growth rates between groups were different at the 95% level (Table 15). Large changes in population growth resulting from the addition of stochasticity to All_Control, Lek_Treat, and LekNest_Treat suggested relatively high variability in these groups' vital rates.  Mean extinction time (±SE) for the Pre_Treat population (estimated population size = 1,203 individuals) under Post_Treat conditions was 19 (±0.09) years.

BLM_0055110

## DISCUSSION

### Lek Analyses

My results support the suggestion that greater sage-grouse leks situated relatively near extractive mineral developments ultimately will become unoccupied.  The evidence suggests that natural gas field development within 3-5 km of an active greater sage-grouse lek will lead to dramatic declines in breeding populations.  Overall declines in male lek attendance approached 100% (i.e., lek inactivity) when distances from leks to drilling rigs, producing wells, and main haul roads decreased, and as the number of quadrats containing wells within 5 km and the total length of main haul road within 3 km of leks increased.  Conversely, as distances from leks to disturbance sources increased and the level of development surrounding leks decreased, male lek attendance remained stable.  These observations were similar to 3 lek complexes in southern Canada that were disturbed by oil and gas activities occurring within 200 m between 1983-1985; none of these leks has been active since the disturbance (Braun et al. 2002, Aldridge and Brigham 2003).  In northern Colorado, the numbers of males counted on 3 of 4 leks within 2 km of coal mine development declined as mining activity increased (Braun 1986, Remington and Braun 1991).  Following the increase in activity, 1 lek became inactive in 3 years, 1 lek became inactive in 5 years, and 1 lek declined by approximately 88% in 4 years (Braun 1986, Remington and Braun 1991).  Further, 2 of the 3 most heavily impacted leks in my study became essentially inactive over a 3-4 year period (Holloran and Anderson *In Press*).

Greater sage-grouse leks appeared to be negatively influenced if situated within 5 km of a drilling rig that was operating during the breeding season.  Male lek attendance declines were not associated with drilling rig visibility, suggesting that something other than the potentially negative effects of structure (Braun 1998) were influencing drill-disturbed leks.  Attendance on leks situated generally east of operating drilling rigs (i.e., drilling rig-to-lek directions northeast and southeast) declined significantly relative to control leks, whereas when drilling rig-to-lek directions were generally west, male lek attendance changes did not statistically differ from controls.  Using hourly wind direction estimates from March 15 through April 30, 2000-2004 at a station approximately 18 km from the study area (Western Regional Climate Center, Reno, NV, USA; Big Piney AP station), I estimated that the wind blew from the west 62% of the time during the breeding season.  Sound waves propagating upwind of the source enter a shadow zone >100 m from the source, resulting in substantial reductions (typically ≥20 dB) in sound intensity; downwind on the other hand, sound waves are bent in the opposite direction resulting in the opposite effect (Taylor 1970, Piercy and Daigle 1991).  This suggests that noise emitted from drilling rigs could negatively influence male lek attendance.

49

BLM_0055111

Well densities exceeding 1 well every 283 ha (1 well/699 acres) appeared to negatively influence male lek attendance. Male lek attendance declined on leks situated where at least half of the quadrats radiating from that lek contained a producing well within 5 km. Additionally, leks located within 3 km of ≥5 producing gas wells were negatively influenced. Because lek-to-producing well direction did not influence male lek attendance, I combined these results and assumed equal well spacing (i.e., assumed 5 wells located within a 3 km radius semicircle). This resulted in a conservative well density estimate.

Main haul roads within 3 km of leks, and a length of >5 km of main haul road within 3 km of leks negatively influenced greater sage-grouse male lek attendance. Although there was no confounding influence of road visibility from leks or road direction to leks, the number of displaying males declined in response to road activity (i.e., traffic volume). Rates of male lek attendance were negatively associated with increased traffic volumes. Additionally, vehicle activity on roads during the daily strutting period (i.e., early morning) had a greater influence on male lek attendance compared to those roads with no vehicle activity during the daily strutting period. Although portions of 2 of the leks used for the traffic analyses were located on main haul roads, direct mortalities resulting from vehicle collisions were rarely observed. Further, because declines were associated with traffic volumes, they appeared to be related to male avoidance of traffic activity. Remington and Braun (1991) reported that the upgrade of haul roads associated with surface coal mining activity in Colorado was correlated with declines in the number of displaying males on leks situated relatively near the road.

Male lek attendance on heavily impacted leks (i.e., leks influenced by ≥3 gas field-related factors) declined significantly relative to control leks. Lek desertion probabilities were higher than expected for adult males captured on leks impacted by ≥3 gas field-related factors, suggesting that adult male displacement partially explained lek attendance declines. Braun (1986) attributed the witnessed rates of lek attendance decline on leks disturbed by coal mining activity to adult male lek tenacity with decreased annual recruitment of yearling males. Using information from the same study, Remington and Braun (1991) theorized that the distribution rather than the number of breeding grouse was altered, suggesting that males were being displaced by anthropogenic disturbances. However, desertion probabilities were not high enough to explain witnessed rates of decline on impacted leks in Pinedale.

Although not significant, the proportion of yearling males captured from impacted leks was 20% lower than that from non-impacted leks. Additionally, because yearling males establish territories on leks later in the breeding season compared to adults (Walsh et al. 2004), peak male attendance occurring 4.5 days earlier on impacted compared to non-impacted leks further suggests lower yearling male numbers on impacted leks. Therefore, lek attendance declines could also be explained by reduced

BLM_0055112

yearling male recruitment onto impacted leks, supporting the hypothesis of Braun (1986). Annual declines in the number of displaying males on leks influenced by gas field development could be partially explained by adult male displacement and reduced yearling male recruitment, however, the proportion of displaced adult and yearling males that established breeding territories on leks beyond the gas field's influence is unknown. Using data collected during this study, Holloran and Anderson (*In Press*) suggested that a proportion of the displaced yearlings were establishing territories on leks somewhere within the study area.

Lek count variability and potential breeding season male survival differences on lightly impacted leks suggest cumulative impacts resulting from predator responses to development. Mean standardized variation in daily male lek attendance was significantly higher at lightly impacted leks (i.e., leks influenced by ≤2 gas field-related factor) compared to heavily impacted (i.e., leks influenced ≥3 factors) and control leks. Based on field observations, days when few or no males were counted on a lek were often days that the lek had been influenced by a predator, typically a golden eagle (*Aquila chrysaetos*) in the study area (field observations supported by Schroeder et al. 1999 and Boyko et al. 2004). These low counts were responsible for increased variation in daily lek attendance. Additionally, breeding season survival probabilities were approximately 32% lower for males captured on leks impacted by ≤2 gas field-related factors compared to heavily impacted leks. These results suggest that predators were responding to gas field development by shifting core-area use patterns away from development, and thus impacting leks situated on the perimeter of the developing field proportionally more than leks situated near development. Golden eagles, Swainson's hawks (*Buteo swainsoni*) and red-tailed hawks (*Buteo jamaicensis*) have been documented avoiding anthropogenic disturbances (Fitzner 1985, Andersen et al. 1986, Andersen et al. 1990, Marzluff et al. 1997). Lek attendance on leks influenced by ≤2 gas field-related factors did not differ from controls, but increased predation pressure on the lightly impacted leks could have been partially masked by establishment of displaced adult males and proportionally increased yearling recruitment. Changes in raptor foraging behavior could additionally account for the relatively extended influence of gas field-related factors in terms of lek-to-disturbance source distances. Research investigating predator core-area use pattern changes as a result of development is needed to understand potential synergistic effects resulting from the development of natural gas fields.

Greater sage-grouse leks appeared to be negatively influenced if situated within 5 km of a drilling rig. Interestingly, however, average annual changes in male lek attendance on leks situated within 2.1-3.0 km of a drilling rig did not differ from average annual changes witnessed on control leks, but leks situated 3.1-5.0 km from a drilling rig declined significantly relative to controls. The number

BLM_0055113

of males on leks within 2.1 to 3 km of a drilling rig could have been augmented by adult males displaced from more heavily impacted leks. Additionally, proportionally increased predator pressure on leks 3.1 to 5 km from an operating drilling rig could have resulted in male lek attendance declines through decreased grouse survival probabilities. The results suggest that the witnessed pattern in male lek attendance changes on leks potentially influenced by a drilling rig (Figure 6) probably resulted from a combination of displaced male reestablishment and decreased survival.

The leks I used for these analyses were selected to control for extraneous factors that could influence changes in male lek attendance beyond the potential effects of natural gas development (i.e., habitat condition differences); thus I excluded leks farther than 6.4 km from the Pinedale Anticline Project Area. However, given the potential nature of the breeding population response to natural gas development, my control population could have been influenced by the gas fields. Depending on the range searched by males establishing breeding territories (Dunn and Braun 1985), disproportionate establishment by displaced adult and yearling males could have occurred on control leks. Additionally, my control population could have been subjected to artificially increased predation pressure. These possibilities may have biased lek attendance estimates on control leks.

**Female Habitat Selection Analyses**

Female greater sage-grouse in my study area avoided nesting near the infrastructure of natural gas fields. Aldridge (2005) reported that nesting females avoided areas with high levels of anthropogenic development, and Lyon and Anderson's (2003) results suggested that nesting females avoided road-related disturbances. However, investigating the gas field related factors individually suggested that avoidance was not absolute. Nesting females did not appear to be influenced by distance to main haul road or distance to drilling rig, and selected nest locations tended to be closer to producing gas wells. But, given the high cumulative $AIC_c$ weight (0.874; Table 4) associated with the total number of producing gas wells within 1,480 m, the results here suggest that nesting females were strongly avoiding areas with high well densities.

Site fidelity in breeding birds could delay population response to habitat changes, and a clear response may require the death of most site-tenacious individuals (Wiens et al. 1986). Greater sage-grouse adult females have strong nest site fidelity (Holloran and Anderson 2005), and appear to be tied to specific nesting areas regardless of temporal changes in the level of gas field development occurring within those areas. Mean annual survival estimates for female greater sage-grouse range from 59 to 75% (Connelly et al. 1994, Zablan et al. 2003), suggesting that 5 to 9 years could be required to realize ultimate nesting population responses to gas field development. Investigating habitat selection relative

BLM_0055114

to gas development levels between years indicated that parameter coefficients associated with distance to an active drilling rig and producing gas well differed at the 90% level in 2004 compared to models generated for 2000 through 2003 (Table 4).  Compared to available sites, nests were located farther from drilling rigs and gas wells in 2004, whereas nests were closer in 2000 – 2003.  If the 2004 nesting cohort consisted of a substantial number of individual females produced following the onset of extensive development (2000), this suggests that the eventual nesting population response could be avoidance of natural gas development.  However, potential long-term avoidance patterns were detected for only 1 year's data; additional research is needed to assess the ultimate response to gas field development.

Relative to adults, yearling females nested farther from main haul roads and in areas with less total length of main haul road within 1,480 m.  There did not appear to be age-related avoidance of other aspects of gas field development.  Dunn and Braun (1985) suggest that a majority of yearlings attend natal leks (i.e., leks attended by female parent), thus the yearling sample could have consisted primarily of chicks produced by adult females nesting near gas field development (due to capture protocol that concentrated trapping effort on leks relatively close to gas development; Figure 2).  Because yearling females could form an affinity for the parent's nesting area (Wiens et al. 1986, Lyon 2000), my yearling sample could have overestimated individuals with an affinity for areas near gas field infrastructure, biasing yearling nesting habitat selection results.  However, although not statistically significant in all cases (Table 3), yearling females had a tendency to avoid gas field infrastructure relative to adults.  Yearling site affinity could have acted to diminish the magnitude of avoidance.

Nests with dense, tall residual grass that were near a producing well, but were located in areas with low well densities, had higher probabilities of success.  However, high model selection uncertainty suggested that the independent variables considered did not conclusively distinguish successful from unsuccessful nests.  Aldridge (2005) also found inconclusive effects of anthropogenic features on greater sage-grouse nest success in Canada.

Female greater sage-grouse avoided producing wells during the early brood-rearing period (Table 6).  However, early brood survival probabilities were not related to levels of development surrounding successful nests.  Aldridge (2005) suggested that greater sage-grouse chick survival decreased as well densities within 1 km of brooding locations increased in Canada.  In contrast to Aldridge's (2005) methods, I did not attempt to document the number of chicks per brood during the early brood-rearing stages, but merely assessed if successfully nesting females had chick(s) 2 weeks post-hatch.  Therefore, my early brood-rearing success analysis was based on a dichotomous categorization of brood survival (chicks or no chicks), not on the actual number of chicks surviving the

BLM_0055115

early brood-rearing period. Although I was unable to determine if individual chick survival was affected by development levels surrounding the nest, my results suggest that survival of the entire brood was not influenced. However, brooding females were selecting areas farther from wells compared to available early brood-rearing habitat within 1 km of the nest. Thus, using the levels of development surrounding nests to compare successful and unsuccessful broods might have inaccurately described areas selected by brooding females and could have influenced my ability to detect brood survival differences relative to gas development levels.

**Female Demographic Analyses**

Natural-gas-related impacts negatively influenced female greater sage-grouse population growth. In general, most of the differences in population growth between treatment and control populations were explained by lower annual survival buffered to some extent by higher productivity in treatment populations.

Differences in population growth between females subjected to natural gas development activity near selected nest sites but not influenced by development activity on the lek and individuals nesting and breeding away from development were primarily due to decreased nest success, brood survival, and nesting adult female survival for nest-impacted females. Nest success and brood survival probabilities for females selecting habitats within a 5-km buffer around known leks within 3.2 km of the Pinedale Anticline crest were not influenced by the presence of gas field-related infrastructure within approximately 1.5 km of the nest. However, the successful versus unsuccessful nest and brood analyses (presented in the female habitat selection analyses section) only considered birds occupying areas relatively close to the gas field. This suggests that gas field-related activity negatively influenced greater sage-grouse nesting and brooding potential at least within the spatial scale considered (i.e., areas ≤8.2 km of the Pinedale Anticline crest).

However, the comparison between females breeding and nesting near development and those breeding and nesting far from development indicated that individuals influenced throughout the spring had higher nest success and brood survival probabilities compared to non-impacted individuals. Because the pattern of increased nest success and brood survival was not consistent through the nest-only impacted comparison, this appears to suggest that females impacted both on the lek and at the nest had increased breeding success probabilities compared to individuals impacted only at the nest. Both groups of treatment individuals (i.e., Nest_Treat and LekNest_Treat) were selecting nesting habitats near gas field-related infrastructure, suggesting that breeding success differences were not a result of habitat condition differences (i.e., predator numbers) between treatment and control populations.

54

BLM_0055116

Additionally, because nest-site fidelity was likely the reason treatment females selected to nest relatively near gas field infrastructure (Holloran and Anderson 2005), differences in breeding success between treatment groups probably cannot be explained by age related influences (Connelly et al. 2000b). This suggests that individuals subjected to natural gas field impacts throughout the breeding and nesting seasons potentially became habituated to natural gas field-related disturbance. Research investigating avian species' reactions to anthropogenic disturbance (primarily ecotourism related disturbance) demonstrated that individuals frequently subjected to high levels of human-related activity do not respond as strongly to disturbance compared to individuals subjected to lower levels of activity (Fowler 1999, Lord et al. 2001, Müllner et al. 2004), suggesting habituation. However, differential survival that I observed between control and treatment individual greater sage-grouse overrode the potential influence of habituation on productivity.

The direct demographic response of a greater sage-grouse population to the development of a natural gas field was probably best described by the pre- versus post-treatment comparison. The decline in population growth (21%) between these groups was primarily attributed to decreased nest success and adult female annual survival. Although severe drought conditions in 2001 and 2002 may have influenced population growth (Braun 1998), drought effect differences between the 2 groups were probably minimized by having a sample of each during the severe drought years and by precipitation level similarities in 1998-1999 and 2003-2004 (Figure 8). Treatment effect was especially noticeable on annual survival of nesting adults (Figure 10), or those individuals influenced by both anthropogenic and breeding related stressors.

Seasonal survival differences between treatment and control individuals (Table 11) suggests a lag period between the time an individual was impacted by an anthropogenic disturbance and when survival probabilities were influenced. Individuals were directly influenced by natural gas development activity primarily during the breeding and nesting periods, while differential survival occurred primarily during the early brooding and summer periods. Because of limited chick mobility during the early brooding stage (Patterson 1952), females impacted at the nest could have been influenced by gas field development during this period. However, treatment and control individuals summered in the same general areas, and these areas were removed from the gas field. Females that die during the early brooding and summer periods typically are killed by predators (Schroeder et al. 1999), thus disturbance during the spring may predispose individuals to predation later in the year. Increased predation probabilities suggest increased exposure, possibly through a change in foraging behavior (i.e., spending more time feeding), a change in habitat selection (i.e., selecting areas with greater food resources and reduced cover), or a change in self-preservation behavior (i.e., reduced alertness). If these behavioral

55

BLM_0055117

changes occurred, it suggests body condition of females subjected to anthropogenic disturbance may have been negatively compromised.

Avian species respond to environmental stress stimuli with elevated blood corticosteroid levels (Siegel 1980). Research investigating the hormonal response of birds to anthropogenic disturbance is limited; however, Northern Spotted Owls (*Strix occidentalis caurina*) subjected to increased logging activity within their home ranges had elevated fecal corticosteroid concentrations relative to non-impacted individuals (Wasser et al. 1997). Although temporary increases of corticosterone in response to acute stress are thought to enhance self-maintenance behavior (i.e., result in a reallocation of effort to foraging and energy uptake; Wingfield et al. 1995, Brown et al. 2005), chronically high levels can be detrimental. Increased corticosteroid levels over an extended period of time negatively affect metabolic processes, reducing fitness of adult individuals by resulting in weight loss, reduced reproductive capabilities, and suppressed immune function (Bartov et al. 1980, Siegel 1980, Fowles et al. 1993). Brown et al. (2005) and Silverin (1986), respectively, reported that cliff swallow (*Petrochelidon pyrrhonota*) and pied flycatcher (*Ficedula hypoleuca*) annual survival was negatively correlated with high corticosterone levels during the breeding season. If female greater sage-grouse were stressed by natural gas development activity and were entering the brooding and summering seasons in a state of reduced condition, they may have responded by altering foraging or vigilance behaviors, thereby increasing predation probabilities. Research investigating hormone level (Wasser et al. 1997, Washburn et al. 2003) and diurnal activity pattern differences relative to anthropogenic disturbance levels is needed to determine stress related responses and consequences of energy development to female greater sage-grouse.

**Summary**

My results suggest that greater sage-grouse in western Wyoming avoid breeding within or near the development boundaries of natural gas fields. The number of displaying males declined as distances from leks to gas-field-related disturbance sources (i.e., drilling rigs, producing wells, and main haul roads) decreased and as traffic volumes within 3 km of leks increased. Well densities exceeding 1 well per 283 ha within 3 km of leks negatively influenced male lek attendance, and rates of decline increased on leks located relatively centrally within the developing gas field (i.e., producing wells occupying ≥3 directions around leks). The results further suggest that increased noise intensity at leks negatively influenced male lek attendance. Although potential gas field-related disturbances were investigated independently, a developing natural gas field simultaneously consists of all the disturbance factors considered plus others not investigated (i.e., well completion activity, compressor stations).

BLM_0055118

Therefore, greater sage-grouse breeding populations were probably reacting to a combination of these factors' effects.

The evidence suggests that displacement of adult males and low recruitment of yearling males contributed to declines on impacted leks. Additionally, predatory species' responses to gas field development could be responsible for decreased survival of males on leks situated near the edges of developing fields. The results further suggest that although site-tenacious adult females did not engage in breeding dispersal in response to increased levels of gas development, subsequent generations avoided nesting near gas field infrastructure.

Mean extinction time for the population of birds that was present before gas field development was estimated at 19 years. Leks that became inactive during this study (2 leks) did so in 3-4 years (Holloran and Anderson *In Press*). Additionally, the number of males breeding on heavily impacted leks declined on average 24% annually (Table 2), compared to the 8-21% decline in population growth predicted from the effects of gas development on vital rates (Table 14). These comparisons suggest that the extirpation of leks near anthropogenic disturbances resulted from a combination of emigration and decreased survival. Regional greater sage-grouse population levels as well as population distributions appeared to be influenced negatively by the development of natural gas fields.

## MANAGEMENT IMPLICATIONS

The Pinedale Anticline Record of Decision (ROD; Bureau of Land Management 2000) outlined the following development stipulations for protection of greater sage-grouse leks: (1) operators will avoid surface disturbance within 0.25 miles (0.4 km) of greater sage-grouse leks; permanent (life of the project), high profile facilities (i.e., buildings and storage tanks) should not be constructed within 0.25 miles of a lek. (2) From March 1 through May 15, surface use and activities are not allowed between 0000 (i.e., midnight) and 0900 hrs within a 0.5-mile (0.8-km) radius of active leks (i.e., leks occupied by mating birds). (3) Operators will restrict construction and drilling activities from March 1 through May 15 within a 1.0-mile (1.6-km) radius of active leks. To protect nesting and brooding females, the Pinedale Anticline ROD (Bureau of Land Management 2000) stipulated that gas field related construction activities will be restricted from March 1 through July 31 in suitable nesting habitat within 2 miles (3.2 km) of active greater sage-grouse leks; a suitable habitat designation requires that an active nest be located during an on-site review of the proposed development area.

My results suggest that current development stipulations are inadequate to maintain greater sage-grouse breeding populations in natural gas fields. A minimal level of development within 3 km of a lek negatively influences breeding activity. Maintaining well densities of $\leq 1$ well per 283 ha

BLM_0055119

(approximately 1 well per section) within 3 km of a lek could reduce the negative consequences of gas field development. The distance from disturbance sources that produced substantial levels of noise (i.e., drilling rigs, compressor stations, heavy construction equipment) during the breeding season was conservatively estimated at 5 km, especially if the source was located where sound propagation towards leks was intensified by environmental factors. Therefore, sound muffling devices or other techniques of sound reduction on noisy gas field structures within 5 km of a lek could reduce the negative consequences of these structures on breeding grouse. Declines in lek attendance were positively correlated with vehicle traffic levels, and vehicular activity during the daily strutting period on roads within 1.3 km of a lek intensified the negative influence of traffic. Reducing overall traffic volumes (i.e., offsite condensate collection facilities, car-pooling) and isolating traffic disturbance (i.e., restricting travel to and from the gas field to 1 major artery) within gas fields could reduce road effects. Additionally, enforcement of daily travel timing restrictions could further dampen road effects.

Barring direct disturbance resulting in nest abandonment, the stipulation aimed at protecting nesting females protects only philopatric individuals. Basing suitable designation on habitat conditions rather than habitat occupancy could assist in maintaining nesting areas for future generations. At a minimum, all areas within 5 km (Holloran and Anderson 2005) of known leks meeting the breeding habitat shrub requirements outlined by the sage-grouse habitat management guidelines (Connelly et al. 2000b) should be considered suitable and protected from development. Although adequate buffer distances are unknown, because of the tendency for brooding females and nesting yearling females to avoid gas field infrastructure, areas designated as suitable breeding habitats need to be buffered from gas field development. Additionally, nesting females avoid areas with high well densities. Although actual densities resulting in avoidance are unknown, my results suggest that areas with relatively high well densities present within the area of interest during this study (i.e., 16 ha well spacing present in the Jonah fields; Figure 3) contained well densities that were high enough to exclude nesting females. Because a developing natural gas field consists of multiple disturbance sources that all may influence greater sage-grouse leks and nests, managers need to ensure that all potential factors are addressed concomitantly.

The increase in relative occurrence of nest destruction by avian predators suggests that gas development attracts corvid species. Breeding and non-breeding individuals may be attracted to human developments due to food source availability (Andren 1992, Linz et al. 1992). Ensuring that potential corvid food sources (i.e., trash, road-killed carrion) are removed from the gas field and installing perching deterrents (Avery and Genchi 2004) on gas field related structures could reduce corvid densities within the gas field.

58

BLM_0055120

The results from this study suggest that dispersal from developed areas could be contributing to population declines. Although the proportion of potentially displaced adult and yearling males and yearling females breeding and nesting in areas removed from gas field infrastructure is unknown, offsite populations could be artificially enhanced by gas development. Because of potential density-dependent influences on breeding and nesting success probabilities (LaMontagne et al. 2002, Holloran and Anderson 2005), maintenance of these enhanced populations could require increasing the carrying capacity of offsite habitats. Additionally, the deterministic investigation of separate matrices using elasticity values suggested population growth was generally most sensitive to proportional changes in adult female survival. Subsequent productivity associated with the most elastic adult female cohort (i.e., nesting or non-brooding adult females) was also relatively elastic for most groups. Thus, proportional changes in adult female survival and subsequent productivity would have the most pronounced influence on population growth for all populations considered.

Sage-grouse survival and fecundity have been linked to sagebrush-steppe habitat quality. Sage-grouse distributions are clearly aligned with the distribution of big sagebrush (Schroeder et al. 2004), and the dependence of the species on sagebrush through all seasonal periods has been well documented (see Connelly et al. 2004 for review). Suitable sagebrush cover is especially important during the nesting (Wallestad and Pyrah 1974, Connelly et al. 1991, Gregg et al. 1994, Sveum et al. 1998b, Aldridge and Brigham 2002, Holloran et al. 2005), early brood-rearing (Sveum et al. 1998a, Thompson et al. *In Press*), and wintering periods (Patterson 1952, Eng and Schladweiler 1972, Beck 1977, Crawford et al. 2004). Residual herbaceous cover within suitable sagebrush stands has been positively linked with increased nest success probabilities (Connelly et al. 1991, Gregg et al. 1994, Sveum et al. 1998b, Moynahan 2004, Holloran et al. 2005); and brood survival has been positively linked to increased invertebrate abundance and forb cover (Johnson and Boyce 1990, Drut et al. 1994, Fischer et al. 1996, Huwer 2004, Thompson et al. *In Press*). Other factors influencing sage-grouse survival and productivity include the potential additive nature of hunting mortality, West Nile virus, extreme weather conditions, and non-native herbaceous and predatory species proliferation (Braun 1998, Johnson and Braun 1999, Connelly et al. 2000a, Connelly et al. 2000b, Crawford et al. 2004, Moynahan 2004, Naugle et al. 2004). These habitat issues need to be considered to increase greater sage-grouse survival and fecundity and mitigate for population declines.

Regional levels and distributions of greater sage-grouse populations were affected negatively by the development of natural gas fields. Based on the demographic information collected, increasing adult female survival and subsequent productivity would have the most pronounced influence on population growth. I recommend intact sagebrush-dominated habitats be protected and managed for

59

BLM_0055121

suitable understory conditions.  Managing for high quality seasonal habitats should maximize survival and productivity, could counteract density-dependent consequences of artificially high offsite populations, and may be the best management option for offsetting regional population declines and distributional changes resulting from natural gas field development.

**ACKNOWLEDGEMENTS**

Financial support was provided by the Bureau of Land Management, U.S. Department of Energy, Wyoming Game and Fish Department, Ultra Petroleum, Yellowstone-to-Yukon Initiative, EnCana Oil & Gas Inc., and the Cowboy 3-Shot Sage-Grouse Foundation.  We thank all the landowners in the upper Green River Basin who allowed access.  Field assistance was provided by R. A. Holloran, B. K. Holtby, R. C. Kaiser, A. G. Lyon, R. C. Powell, S. J. Slater, M. S. Stotts, C. G. Taber, and G. L. Wilson.  Technical assistance was provided by TRC Mariah Associates, Inc. (Laramie, WY, USA), Western EcoSystems Technology, Inc. (Cheyenne, WY, USA), BLM Pinedale field office (Pinedale, WY, USA), WGFD Jackson/Pinedale regional office (Pinedale, WY, USA), and Wyoming Wildlife Consultants, LLC (Pinedale, WY, USA).  Statistical assistance was provided by K. G. Gerow and D. E. Legg (University of Wyoming, Laramie, WY, USA); D. B. McDonald provided extensive sensitivity analysis assistance; and K. M. Thompson provided extensive GIS assistance.  Pneumatic axle counters were provided by the Wyoming Highway Department (Cheyenne, WY, USA).  Telemetry flights and lek surveys were conducted with the assistance of Mountain Air Research (Driggs, ID, USA).  Our manuscript was greatly improved through reviews by T. J. Christiansen, D. R. Edmunds, W. A. Hubert, D. E. Legg, D. B. McDonald, A. F. Reeve, T. E. Rinkes, D. C. Rule, S. J. Slater, and K. M. Thompson.

**LITERATURE CITED**

Aldridge, C. L.  2005.  Identifying habitats for persistence of greater sage-grouse (*Centrocercus urophasianus*) in Alberta, Canada.  PhD Dissertation, University of Alberta, Edmonton, Alberta, Canada.

Aldridge, C. L., and R. M. Brigham.  2002.  Greater sage-grouse nesting and brood habitat use in southern Canada.  Journal Wildlife Management 66:433-444.

Aldridge, C. L., and R. M. Brigham.  2003.  Distribution, abundance, and status of the greater sage-grouse, *Centrocercus urophasianus*, in Canada.  Canadian Field-Naturalist 117:25-34.

Andersen, D. E., O. J. Rongstad, and W. R. Mytton.  1986.  The behavioral response of a red-tailed hawk to military training activity.  Raptor Research 20:65-68.

BLM_0055122

Andersen, D. E., O. J. Rongstad, and W. R. Mytton. 1990. Home-range changes in raptors exposed to increased human activity levels in southeastern Colorado. Wildlife Society Bulletin 18:134-142.

Andren, H. 1992. Corvid density and nest predation in relation to forest fragmentation: a landscape perspective. Ecology 73:794-804.

Avery, M. L., and A. C. Genchi. 2004. Avian perching deterrents on ultrasonic sensors at airport wind-shear alert systems. Wildlife Society Bulletin 32:718-725.

Bartov, I., L. S. Jensen, and J. R. Veltmann, Jr. 1980. Effect of corticosterone and prolactin on fattening in broiler chicks. Poultry Science 59:1328-1334.

Beck, T. D. I. 1977. Sage grouse flock characteristics and habitat selection in winter. Journal Wildlife Management 41:18-26.

Beyer, H. L. 2004. Hawth's Analysis Tools for ArcGIS. Available at http://www.spatialecology.com/htools.

Boyko, A. R., R. M. Gibson, and J. R. Lucas. 2004. How predation risk affects the temporal dynamics of avian leks: greater sage-grouse versus golden eagles. American Naturalist 163:154-165.

Braun, C. E. 1986. Changes in sage grouse lek counts with advent of surface coal mining. Proceedings: Issues and Technology in the Management of Impacted Western Wildlife, Thorne Ecological Institute 2:227-231.

Braun, C. E. 1998. Sage grouse declines in western North America: what are the problems? Proceedings of the Western Association of State Fish and Wildlife Agencies 78:139-156.

Braun, C. E., O. O. Oedekoven, and C. L. Aldridge. 2002. Oil and gas development in western North America: effects on sagebrush steppe avifauna with particular emphasis on sage grouse. Transactions North American Wildlife and Natural Resources Conference 67:337-349.

Brown, C. R., M. B. Brown, S. A. Raouf, L. C. Smith, and J. C. Wingfield. 2005. Effects of endogenous steroid hormone levels on annual survival in Cliff Swallows. Ecology 86:1034-1046.

Bureau of Land Management. 2000. Record of decision, environmental impact statement for the Pinedale anticline oil and gas exploration and development project Sublette County, Wyoming. United States Bureau of Land Management, Pinedale, WY, USA.

Burnham, K. P. and D. R. Anderson. 2002. Model selection and multimodel inference: a practical information-theoretic approach. Second edition. Springer-Verlag, New York, NY, USA.

Burrough, P. A., and R. A. McDonnell. 1998. Principles of geographical information systems. Oxford University Press Inc., New York, USA.

BLM_0055123

Caccamise, D. F., and R. S. Hedin.  1985.  An aerodynamic basis for selecting transmitter loads in birds.  Wilson Bulletin 97:306-318.

Caswell, H.  1989.  Analysis of life table response experiments I.  decomposition of effects on population growth rate.  Ecological Modelling 46:221-237.

Caswell, H.  1996.  Analysis of life table response experiments II.  alternative parameterizations fro size- and stage-structured models.  Ecological Modelling 88:73-82.

Connelly, J. W., A. D. Apa, R. B. Smith, and K. P. Reese.  2000a.  Effects of predation and hunting on adult sage grouse *Centrocercus urophasianus* in Idaho.  Wildlife Biology 6:227-232.

Connelly, J. W., and C. E. Braun.  1997.  Long-term changes in sage grouse Centrocercus urophasianus populations in western North America.  Wildlife Biology 3:229-234.

Connelly, J. W., S. T. Knick, M. A. Schroeder, and S. J. Stiver.  2004.  Conservation assessment of Greater Sage-grouse and sagebrush habitats.  Western Association of Fish and Wildlife Agencies.  Unpublished Report.  Cheyenne, WY, USA.

Connelly, J. W., K. P. Reese, and M. A. Schroeder.  2003.  Monitoring of greater sage-grouse habitats and populations.  College of Natural Resources Experiment Station publication No. 979, University of Idaho, Moscow, ID, USA.

Connelly, J. W., K. P. Reese, W. L. Wakkinen, M. D. Robertson, and R. A. Fischer.  1994.  Sage grouse ecology.  Idaho Department Fish and Game Job Completion Report W-160-R-19.  Boise, ID, USA.

Connelly, J. W., M. A. Schroeder, A. R. Sands, and C. E. Braun.  2000b.  Guidelines to manage sage grouse populations and their habitats.  Wildlife Society Bulletin 28:967-985.

Connelly, J. W., W. L. Wakkinen, A. D. Apa, and K. P. Reese.  1991.  Sage grouse use of nest sites in southeastern Idaho.  Journal Wildlife Management 55:521-524.

Connelly, J. W., W. L. Wakkinen, A. D. Apa, K. P. Reese, and J. W. Fischer.  1993.  Re-nesting by sage grouse in southeastern Idaho.  Condor 94:1041-1043.

Cooch, E., and G. C. White.  2004.  Program MARK:  a gentle introduction.  Available online at: www.cnr.colostate.edu/~gwhite.

Crawford, J. A., R. A. Olson, N. E. West, J. C. Mosley, M. A. Schroeder, T. D. Whitson, R. F. Miller, M. A. Gregg, and C. S. Boyd.  2004.  Ecology and management of sage-grouse and sage-grouse habitat.  Journal Range Management 57:2-19.

Crouse, D. T., L. B. Crowder, and H. Caswell.  1987.  A stage-based population model for Loggerhead Sea Turtles and implications for conservation.  Ecology 68:1412-1423.

BLM_0055124

Daubenmire, R. F.  1959.  A canopy-coverage method of vegetation analysis.  Northwest Science 33:224-227.

Dowdy, S. M., and S. Wearden.  1991.  Statistics for research second edition.  John Wiley & Sons, Inc., New York, NY, USA.

Drut, M. S., W. H. Pyle, and J. A. Crawford.  1994.  Diets and food selection of sage grouse chicks in Oregon.  Journal Range Management 47:90-93.

Dunn, P.O., and C.E. Braun.  1985.  Natal dispersal and lek fidelity of sage grouse.  Auk 102:621-627.

Eng, R. L.  1955.  A method for obtaining sage grouse age and sex ratios from wings.  Journal Wildlife Management 19:267-272.

Eng, R. L., and P. Schladweiler.  1972.  Sage grouse winter movements and habitat use in central Montana.  Journal Wildlife Management 36:141-146.

Erickson, W. P., T. L. McDonald, K. G. Gerow, S. Howlin, and J. W. Kern.  2001.  Statistical issues in resource selection studies with radio-marked animals.  Pages 209-242 *in* J. J. Millspaugh and J. M. Marzluff [eds.], Radio Tracking and Animal Populations.  Academic Press, San Diego, CA, USA.

Fischer, R. A., K. P. Reese, and J. W. Connelly.  1996.  An investigation on fire effects within xeric sage grouse brood habitat.  Journal Range Management 49:194-198.

Fitzner, R. E.  1985.  Responses of birds of prey to large-scale energy development in southcentral Washington.  Issues and Technology in the Management of Impacted Western Wildlife National Symposium Proceedings.  February 4-6, Glenwood Springs, Colorado, USA.

Fowler, G. S.  1999.  Behavioral and hormonal responses of Magellanic penguins (*Spheniscus magellanicus*) to tourism and nest site visitation.  Biological Conservation 90:143-149.

Fowles, J. R., A. Fairbrother, M. Fix, S. Schiller, and N. I. Kerkvliet.  1993.  Glucocorticoid effects on natural and humoral immunity in Mallards.  Developmental and Comparative Immunology 17:165-177.

Giesen, K. M., T. J. Schoenberg, and C. E. Braun.  1982.  Methods for trapping sage grouse in Colorado.  Wildlife Society Bulletin 10:224-231.

Gregg, M. A., J. A. Crawford, M. S. Drut, and A. K. DeLong.  1994.  Vegetational cover and predation sage grouse nests in Oregon. Journal Wildlife Management 58:162-166.

Hagen, C. A.  2003.  A demographic analysis of Lesser Prairie-Chicken populations in southwestern Kansas:  survival, population viability, and habitat use.  PhD Dissertation, Kansas State University, Manhattan, KS, USA.

BLM_0055125

Hair, J. F. Jr., R. E. Anderson, R. L. Tatham, and W. C. Black.  1995.  Multivariate data analysis fourth edition.  Simon & Schuster Company, Englewood Cliffs, NJ, USA.

Hensler, G. L., and J. D. Nichols.  1981.  The Mayfield method of estimating nesting success:  a model, estimators and simulation results.  Wilson Bulletin 93:42-53.

Hoekman, S. T., L. S. Mills, D. W. Howerter, J. H. Devries, and I. J. Ball.  2002.  Sensitivity analyses of the life cycle of midcontinent Mallards.  Journal Wildlife Management 66:883-900.

Holloran, M. J., and S. H. Anderson.  2005.  Spatial distribution of greater sage-grouse nests in relatively contiguous sagebrush habitats.  Condor 107:742-752.

Holloran, M. J., and S. H. Anderson.  *In Press*.  Greater sage-grouse population response to natural gas development in Western Wyoming:  are regional populations affected by relatively localized disturbances?  Transactions 70th North American Wildlife and Natural Resources Conference, Wildlife Management Institute, Washington DC, USA.

Holloran, M. J., B. J. Heath, A. G. Lyon, S. J. Slater, J. L. Kuipers, and S. H. Anderson.  2005.  Greater sage-grouse nesting habitat selection and success in Wyoming.  Journal Wildlife Management 69:638-649.

Hooge, P. N., and B. Eichenlaub. 2000. Animal movement extension to ArcView version 2.04. Alaska Science Center, Biological Science Office, U.S. Geological Survey, Anchorage, USA.

Hosmer, D. W., and S. Lemeshow.  1989.  Applied logistic regression.  John Wiley & Sons, New York, NY, USA.

Huwer, S. L.  2004.  Evaluating greater sage-grouse brood habitat using human-imprinted chicks.  MS Thesis, Colorado State University, Fort Collins, CO, USA.

Johnson, G. D., and M. S. Boyce.  1990.  Feeding trials with insects in the diet of sage grouse chicks.  Journal of Wildlife Management 54:89-91.

Johnson, K. H. and C. E. Braun.  1999.  Viability and conservation of an exploited sage grouse population. Conservation Biology 13:77-83.

Knick, S. T., D. S. Dobkin, J. T. Rotenberry, M. A. Schroeder, W. M. Vander Haegen, and C. Van Riper III.  2003.  Teetering on the edge or too late?  Conservation and research issues for avifauna of sagebrush habitats.  Condor 105:611-634.

LaMontagne, J. M., R. L. Irvine, and E. E. Crone.  2002.  Spatial patterns of population regulation in sage grouse (*Centrocercus* spp.) population viability analysis.  Journal Animal Ecology 71:672-682.

Linz, G. M., C. E. Knittle, and R. E. Johnson.  1992.  Home range of breeding common ravens in coastal southern California.  Southwestern Naturalist 37:199-202.

BLM_0055126

Lord, A., J. R. Waas, J. Innes, and M. J. Whittingham. 2001. Effects of human approaches to nests of northern New Zealand dotterels. Biological Conservation 98:233-240.

Lyon, A. G. 2000. The potential effects of natural gas development on sage grouse near Pinedale, Wyoming. MS Thesis, University of Wyoming, Laramie, WY, USA.

Lyon, A. G., and S. H. Anderson. 2003. Potential gas development impacts on sage grouse nest initiation and movement. Wildlife Society Bulletin 31:486-491.

Marzluff, J. M., S. T. Knick, M. S. Vekasy, L. S. Schueck, and T. J. Zarriello. 1997. Spatial use and habitat selection of golden eagles in southwestern Idaho. Auk 114:673-687.

Mayfield, H. F. 1975. Suggestions for calculating nest success. Wilson Bulletin 87:456-466.

McDonald, D. B. and H. Caswell. 1993. Matrix methods for avian demography. Current Ornithology 10:139-185.

Menard, S. W. 1995. Applied logistic regression analysis. Sage Publications, Thousand Oaks, CA, USA.

Mills, L. S., D. F. Doak, and M. J. Wisdom. 1999. Reliability of conservation actions based on elasticity analysis of matrix models. Conservation Biology 13:815-829.

Moynahan, B. J. 2004. Landscape-scale factors affecting population dynamics of greater sage-grouse (*Centrocercus urophasianus*) in north-central Montana, 2001-2004. PhD Dissertation, University of Montana, Missoula, MT, USA.

Müllner, A., K. E. Linsenmair, and M. Wikelski. 2004. Exposure to ecotourism reduces survival and affects stress response in hoatzin chicks (*Opisthocomus hoazin*). Biological Conservation 118:549-558.

Naugle, D. E., C. L. Aldridge, B. L. Walker, T. E. Cornish, B. J. Moynahan, M. J. Holloran, K. Brown, G. D. Johnson, E. T. Schmidtmann, R. T. Mayer, C. Y. Dato, M. R. Matchett, T. J. Christiansen, W. E. Cook, T. Creekmore, R. D. Falise, E. T. Rinkes, and M. S. Boyce. 2004. West Nile virus: pending crisis for greater sage-grouse. Ecology Letters 7:704-713.

Oyler-McCance, S. J. 1999. Genetic and habitat factors underlying conservation strategies for Gunnison sage-grouse. PhD Dissertation, Colorado State University, Fort Collins, CO, USA.

Patterson, R. L. 1952. The Sage grouse in Wyoming. Sage Books, Inc., Denver, CO, USA.

Philippi, T. E. 1993. Multiple regression: herbivory. *In* S. M. Scheiner and J. Gurevitch (eds.). Design and analysis of ecological experiments. Chapman and Hall, New York, NY, USA.

Piercy, J. E., and G. A. Daigle. 1991. Sound propagation in the open air. *In* C. M. Harris (ed.). Handbook of acoustical measurements and noise control, third edition. McGraw Hill, Inc., New York, NY, USA.

BLM_0055127

Remington, T. E. and C. E. Braun. 1991. How surface coal mining affects sage grouse, North Park, Colorado. Proceedings, Issues and Technology in Management of Impacted Western Wildlife. Thorne Ecological Institute 5:128-132.

Royle, A., I. Clark, P. I. Brooker, H. Parker, A. Journel, J. M. Rendu, and P. Mousset-Jones. 1980. Geostatistics. McGraw-Hill, Inc., New York, NY, USA.

Sargeant, A. B., M. A. Sovada, and R. J. Greenwood. 1998. Interpreting evidence of depredation of duck nests in the prairie potholes region. U.S. Geological Survey, Northern Prairie Wildlife Research Center, Jamestown, ND, USA, and Ducks Unlimited, Inc., Memphis, TN USA.

SAS Institute Inc. 1990. SAS/STAT® User's Guide, Version 6, Fourth Edition, Volume 2. Sas Institute Inc., Cary, NC, USA.

Schroeder, M. A. 1997. Unusually high reproductive effort by sage grouse in a fragmented habitat in north-central Washington. Condor 99:933-941.

Schroeder, M. A., C. L. Aldridge, A. D. Apa, J. R. Bohne, C. E. Braun, S. D. Bunnell, J. W. Connelly, P. A. Deibert, S. C. Gardner, M. A. Hilliard, G. D. Kobriger, S. M. McAdam, C. W. McCarthy, J. J. McCarthy, D. L. Mitchell, E. V. Rickerson, and S. J. Stiver. 2004. Distribution of Sage-grouse in North America. Condor 106:363-376.

Schroeder, M. A., J. R. Young, and C. E. Braun. 1999. Sage grouse (*Centrocercus urophasianus*). Pages 1-28 *in* A. Pool and F. Gill [eds.], The Birds of North America, No. 425. The Birds of North America, Inc. Philadelphia, PA, USA.

Siegel, H. S. 1980. Physiological stress in birds. BioScience 30:529-534.

Silverin, B. 1986. Corticosterone-binding proteins and behavioral effects of high plasma levels of corticosterone during the breeding period in the Pied Flycatcher. General and Comparative Endocrinology 64:67-74.

Sokal, R. R., and F. J. Rohlf. 1995. Biometry: the principles and practices of statistics in biological research. Third edition. W. H. Freeman and Company, New York, NY, USA.

Sveum, C. M., J. A. Crawford, and W. D. Edge. 1998a. Use and selection of brood-rearing habitat by sage grouse in south-central Washington. Great Basin Naturalist 58:344-351.

Sveum, C. M., W. D. Edge, and J. A. Crawford. 1998b. Nesting habitat selection by sage grouse in south-central Washington. Journal Range Management 51:265-269.

Swenson, J. E. 1986. Differential survival by sex in juvenile sage grouse and grey partridge. Ornis Scandinavica 17:14-17.

Taylor, R. 1970. Noise. Penguin Books Ltd., Harmondsworth, Middlesex, England.

BLM_0055128

Thompson, K. M., M. J. Holloran, S. J. Slater, J. L. Kuipers, and S. H. Anderson. *In Press*. Greater sage-grouse early brood-rearing habitat use and productivity in Wyoming. Western North American Naturalist, Brigham Young University, Provo, UT, USA.

Titus, K., J. A. Mosher, and B. K. Williams. 1984. Chance-correct classification for use in discriminant analysis: ecological applications. American Midland Naturalist 111:1-7.

Wakkinen, W. L. 1990. Nest site characteristics and spring-summer movements of migratory sage grouse in southeastern Idaho. MS Thesis, University of Idaho, Moscow, ID, USA.

Wakkinen, W. L., K. P. Reese, J. W. Connelly, and R. A. Fischer. 1992. An improved spotlighting technique for capturing sage grouse. Wildlife Society Bulletin 20:425-426.

Wallestad, R. O., and D. B. Pyrah. 1974. Movement and nesting of sage grouse hens in central Montana. Journal Wildlife Management 38:630-633.

Walsh, D. P., G. C. White, T. E. Remington, and D. C. Bowden. 2004. Evaluation of the lek-count index for greater sage-grouse. Wildlife Society Bulletin 32:56-68.

Washburn, B. E., J. J. Millspaugh, J. H. Schulz, S. B. Jones, and T. Mong. 2003. Using fecal glucocorticoids for stress assessment in Mourning Doves. Condor 105:696-706.

Wasser, S. K., K. Bevis, G. King, and E. Hanson. 1997. Noninvasive physiological measures of disturbance in the Northern Spotted Owl. Conservation Biology 11:1019-1022.

White, G. C., and K. P. Burnham. 1999. Program MARK: survival estimation from populations of marked animals. Bird Study 46:120-138.

Wiens, J. A., J. T. Rotenberry, and B. Van Horne. 1986. A lesson in the limitations of field experiments: shrubsteppe birds and habitat alteration. Ecology 67:365-376.

Wingfield, J. C., K. M. O'Reilly, and L. B. Astheimer. 1995. Modulation of the adrenocortical responses to acute stress in Arctic birds: a possible ecological basis. American Zoologist 35:285-294.

Wisdom, M. J. and L. S. Mills. 1997. Sensitivity analysis to guide population recovery: prairie-chickens as an example. Journal of Wildlife Management 61:302-312.

Wisdom, M. J., L. S. Mills, and D. F. Doak. 2000. Life stage simulation analysis: Estimating vital-rate effects on population growth for conservation. Ecology 81:628-641.

Zablan, M. A., C. E. Braun, and G. C. White. 2003. Estimation of greater sage-grouse survival in North Park, Colorado. Journal Wildlife Management 67:144-154.

BLM_0055129

Table 1.  List of acronyms.  Order presented reflects the order the acronym was encountered in the text.

| Acronym | Description | Analyses |
|---------|-------------|----------|
| Drill_Dist | Distance (km) to active drilling rig. | Lek, Nest, Early Brood-rearing |
| Well_Dist | Distance (km) to producing well. | Lek, Nest, Early Brood-rearing |
| Road_Dist | Distance (km) to closest point on main haul road. | Lek, Nest, Early Brood-rearing |
| Well_Occupied5 | Total number of quadrats (1-4) occupied by a producing well within 5 km (quadrats delineated by cardinal directions). | Lek |
| Road_TotalLength3 | Total length of main haul road (km) within 3 km. | Lek |
| Full_Sight | Drilling locations within full view of lek. | Lek |
| Partial_Sight | Drilling locations within partial view of lek (i.e., top half of drilling rig visible from lek). | Lek |
| No_Sight | Drilling locations not visible from lek. | Lek |
| Overall_Change | Proportional change in maximum number of males occupying a lek between 1999 and 2004. | Lek |
| Annual_Change | Proportional change in maximum number of males occupying a lek annually (i.e., between 1999 and 2000, 2000 and 01, etc.). | Lek |
| Well_Density3 | Total number of producing wells (well) within 3 km. | Lek |
| Road_Visible3 | Total length of main haul road (km) visible within 3 km. | Lek |
| Well_Density1480 | Total number of producing wells (well) within 1480 m. | Nest |
| Road_TotalLength1480 | Total length of main haul road (km) within 1480 m. | Nest |
| Well_Density1000 | Total number of producing wells (well) within 1000 m. | Early Brood-rearing |
| Road_TotalLength1000 | Total length of main haul road (km) within 1000 m. | Early Brood-rearing |
| Well_Density1580 | Total number of producing wells (well) within 1580 m. | Early Brood-rearing |
| Road_TotalLength1580 | Total length of main haul road (km) within 1580 m. | Early Brood-rearing |
| All_Treat | Group of individual females impacted by natural gas development either on the lek or at the nest. | Demographic |
| All_Control | Group of individual females not impacted by natural gas development on the lek or at the nest. | Demographic |
| Lek_Treat | Group of individual females impacted by natural gas development on the lek but not on the nest. | Demographic |
| Nest_Treat | Group of individual females impacted by natural gas development at the nest but not on the lek. | Demographic |
| LekNest_Treat | Group of individual females impacted by natural gas development both on the lek and at the nest. | Demographic |
| Nest_Control | The nesting portion of the All_Control group. | Demographic |

Table 1 continued on next page.

BLM_0055130

Table 1 (Continued).  List of acronyms.  Order presented reflects the order the acronym was encountered in the text.

| Acronym | Description | Analyses |
|---------|-------------|----------|
| Pre_Treat | Group of individual females captured from leks that were considered controls in 1999 but were considered treatment by 2004 during the years the lek was considered a control. | Demographic |
| Post_Treat | Group of individual females captured from Pre_Treat leks during the years the lek was considered a treatment. | Demographic |

69

BLM_0055131

Table 2.  Mean annual declines (%) in the number of greater sage-grouse males (Annual_Chng) attending leks in western Wyoming, 1998-2004 by the total number of potential natural gas field-related impacts (Number of Impacts) occurring within specified distances of the lek.  The probabilities of lek desertion (Prob_Desert; %) and breeding season survival (Prob_Survive; %) of radio-equipped individual males captured on leks by impact category are additionally provided.

| Number of Impacts[a] | n[b] | Annual_Chng | n[c] | Prob_Desert | n[b] | Prob_Survive (±SE) |
|---|---|---|---|---|---|---|
| ≥3 Impacts | 36 | -24.4 | 62 | 19.4 | 59 | 61.5 (±6.4) |
| ≤2 Impacts | 13 | -8.7 | 8 | 25.0 | 6 | 29.6 (±18.1) |
| 0 Impacts (Control) | 37 | 6.2 | 11 | 9.1 | 13 | 48.5 (±14.4) |

[a] Natural gas field-related impacts included:  lek-to-drilling rig distance ≤5 km, lek-to-producing gas well distance ≤3 km, lek-to-main haul road distance ≤3 km, well densities within 3 km ≥5 wells, and ≥3 quadrates containing a well within 5 km.

[b] Number of lek years.

[c] Number of radio-equipped individual males.

70

BLM_0055132

Table 3.  Mean (SE) nest-to-natural gas field related disturbance distances for adult (≥second breeding season; $n = 83$) and yearling (first breeding season; $n = 29$) greater sage-grouse nesting within 5 km of leks located within 3.2 km of the Pinedale Anticline crest (Bureau of Land Management 2000) in western Wyoming, 2000-2004.  Note that nesting yearling females generally avoided natural gas related disturbances relative to adult females.

| Variable[ab] | Adult | Yearling |
|---|---|---|
| Drill_Dist (km) | 5.13 (0.53) | 8.22 (1.55) |
| Well_Dist (km) | 2.00 (0.16) | 1.91 (0.22) |
| Road_Dist (km) | 1.34 (0.12) | 1.92 (0.20)[c] |
| Well_Density1480 (wells) | 2.08 (0.43) | 1.28 (0.48) |
| Road_TotalLength1480 (km) | 2.04 (0.19) | 1.07 (0.21)[c] |

[a] Independent variables included:  distance to closest active drill rig (Drill_Dist), distance to closest producing gas well (Well_Dist), distance to closest point on a main haul road (Road_Dist), total number of producing gas wells within 1480 m (Well_Density1480) and total linear distance of main haul road within 1480 m (Road_TotalLength1480).

[b] Variables were measured for gas related factor active during the nest incubation period (May 1 through June 15).

[c] Differed significantly from adults (2-sample separate-variance $t$-tests; $p < 0.05$).

71

BLM_0055133

Table 4.  Parameter coefficients (90% confidence intervals) for $AIC_c$ weighted logistic regression models comparing selected nesting sites and random locations for greater sage-grouse nesting within 5 km of leks located within 3.2 km of the Pinedale Anticline crest (Bureau of Land Management 2000) in western Wyoming, 2000-2004.  Models were developed by year and for all years combined (Overall model).  Cumulative $AIC_c$ weights ($AIC_c$ weights) for independent variables in the global model were estimated by adding $AIC_c$ weight-values for all models containing the variable.  Nesting females were avoiding areas with high well densities (Overall model); note that nests were farther from drilling rigs and gas wells in 2004, whereas nests were closer to these structures in 2000-2003 (annual models).

| Model[a,b] | n[c] | Drill_Dist (90% CI) | Well_Dist (90% CI) | Road_Dist (90% CI) | Well_Density1480 (90% CI) | Road_TotalLength1480 (90% CI) |
|---|---|---|---|---|---|---|
| 2000 | 16 | -0.002 (0.005, -0.009) | -0.601 (0.010, -1.211) | 0.044 (0.212, -0.125) | -0.144 (0.094, -0.382) | -0.156 (0.044, -0.355) |
| 2001 | 13 | -0.022 (0.037, -0.081) | -0.118 (0.058, -0.293) | -0.021 (0.089, -0.130) | 0.011 (0.255, -0.233) | -0.009 (0.097, -0.114) |
| 2002 | 25 | -0.041 (-0.004, -0.078) | -0.529 (-0.165, -0.863) | -0.838 (-0.189, -1.487) | -0.324 (-0.081, -0.566) | 0.029 (0.068, -0.011) |
| 2003 | 27 | -0.017 (0.046, -0.080) | -0.017 (0.057, -0.091) | -0.053 (0.064, -0.170) | -0.019 (0.018, -0.056) | -0.014 (0.042, -0.070) |
| 2004 | 31 | 0.183 (0.308, 0.058) | 0.297 (0.496, 0.097) | 0.013 (0.074, -0.048) | -0.083 (-0.016, -0.149) | -0.121 (0.009, -0.250) |
| Overall | 112 | 0.001 (0.053, -0.056) | -0.073 (0.716, -0.861) | -0.023 (0.438, -0.484) | -0.063 (0.397, -0.522) | -0.025 (0.365, -0.415) |
| $AIC_c$ Weights | | 0.161 | 0.458 | 0.279 | 0.874 | 0.302 |

[a] Independent variables included:  distance to closest active drill rig (Drill_Dist), distance to closest producing gas well (Well_Dist), distance to closest point on a main haul road (Road_Dist), total number of producing gas wells within 1480 m (Well_Density1480) and total linear distance of main haul road within 1480 m (Road_TotalLength1480).

[b] Variables were measured for gas related factor active during the nest initiation period (April 15 through May 15).

[c] Number of nests (random sample sizes equal).

Table 5.  Parameter coefficients (90% confidence intervals) and cumulative $AIC_c$ weights for independent variables included in $AIC_c$ weighted logistic regression models ($n = 56$) comparing successful ($n = 45$) to unsuccessful ($n = 63$) nesting sites for greater sage-grouse nesting within 5 km of leks located within 3.2 km of the Pinedale Anticline crest (Bureau of Land Management 2000) in western Wyoming, 2000-2004.  Cumulative $AIC_c$ weights for independent variables were estimated by adding $AIC_c$ weight-values for all models containing the variable.  Note the skewed nature of the 90% CI around Well_Dist, Well_Density1480, residual grass cover, and residual grass height which suggests these variables could have influenced nest success.

| Independent variable[ab] | Parameter coefficient | 90% Confidence interval | $AIC_c$ cumulative weight |
|---|---|---|---|
| Drill_Dist | -0.023 | (0.066, -0.112) | 0.247 |
| Well_Dist | -0.097 | (0.025, -0.220) | 0.419 |
| Road_Dist | 0.002 | (0.066, -0.061) | 0.188 |
| Well_Density1480 | -0.040 | (0.008, -0.088) | 0.411 |
| Road_TotalLength1480 | 0.019 | (0.070, -0.033) | 0.273 |
| RGHT | 0.038 | (0.129, -0.054) | 0.241 |
| RGRS | 0.048 | (0.144, -0.048) | 0.257 |

[a] Independent variables included:  distance to closest active drill rig (Drill_Dist), distance to closest producing gas well (Well_Dist), distance to closest point on a main haul road (Road_Dist), total number of producing gas wells within 1480 m (Well_Density1480), total linear distance of main haul road within 1480 m (Road_TotalLength1480), residual grass height (RGHT), and residual grass cover (RGRS).

[b] Gas field related variables were measured for gas related factor active during the nest incubation period (May 1 through June 15).

73

BLM_0055135

Table 6. Mean (SE) distances to natural gas field related disturbances for early brood-rearing used (between 6 and 14 days post-hatch; $n = 49$) and available (within 1 km of nesting location; $n = 49$) sites, and mean (SE) nest-to-disturbance source distances for successful (i.e., females that successfully hatched and had $\geq 1$ living chick 14 days post-hatch; $n = 49$) and unsuccessful (i.e., females that successfully hatched but had 0 living chicks 14 days post-hatch; $n = 15$) brooding greater sage-grouse nesting within 5 km of leks located within 3.2 km of the Pinedale Anticline crest (Bureau of Land Management 2000) in western Wyoming, 2000-2004. Brooding females avoided producing wells; note that development levels did not influence brood success.

| Variable[ab] | Use | Available | Successful | Unsuccessful |
|---|---|---|---|---|
| Drill_Dist (km) | 4.23 (0.41) | 4.06 (0.42) | 3.92 (0.34) | 4.03 (0.81) |
| Well_Dist (km) | 1.84 (0.21)[c] | 1.38 (0.14) | 1.51 (0.14) | 1.78 (0.40) |
| Road_Dist (km) | 1.75 (0.22) | 1.48 (0.15) | 1.62 (0.16) | 1.25 (0.24) |
| Well_Density1000 (wells) | 0.61 (0.21) | 1.12 (0.33) | | |
| Well_Density1580 (wells) | | | 2.65 (0.54) | 4.00 (1.21) |
| Road_TotalLength1000 (km) | 0.45 (0.12) | 0.63 (0.13) | | |
| Road_TotalLength1580 (km) | | | 1.92 (0.25) | 2.56 (0.46) |

[a] Independent variables included: distance to closest active drill rig (Drill_Dist), distance to closest producing gas well (Well_Dist), distance to closest point on a main haul road (Road_Dist), total number of producing gas wells within 1000 m (Well_Density1000; use vs. available) and within 1580 m (Well_Density1580; successful vs. unsuccessful), and total linear distance of main haul road within 1000 m (Road_TotalLength1000; use vs. available) and 1580 m (Road_TotalLength1580; successful vs. unsuccessful).

[b] Variables were measured for gas related factor active during the early brood-rearing period (June 1 through July 1).

[c] Differed significantly from available distance (paired $t$-tests; $p < 0.05$).

74

BLM_0055136

Table 7.  Apparent nest propensity (±SE), adjusted nest success probabilities (±SE), and brood survival probabilities (±SE) for adult and yearling greater sage-grouse females in southwestern Wyoming, 1998-2004.  Individual female separation based on potential gas field development impacts (Group Designation as defined in Statistical Methods section; Table 1).

| Group Designation | Age | Apparent Nest Propensity[a] | Adjusted Nest Success[b,c] | Brood Survival[d,e] |
|---|---|---|---|---|
| All_Control | Adult | 75.3 (±8.4) | 43.8 (±4.9) | 60.8 (±9.1) |
| | Yearling | 71.4 (±11.2) | | |
| Nest_Control | Adult | 84.8 (±2.2)[e] | 43.8 (±4.9) | 60.8 (±9.1) |
| | Yearling | 72.4 (±6.3)[e] | | |
| All_Treat | Adult | 90.5 (±2.7) | 39.0 (±4.0) | 63.4 (±5.9) |
| | Yearling | 74.0 (±6.9) | | |
| Lek_Treat | Adult | 84.8 (±2.2)[e] | 40.3 (±9.1) | 73.2 (±11.4) |
| | Yearling | 72.4 (±6.3)[e] | | |
| Nest_Treat | Adult | 84.8 (±2.2)[e] | 38.2 (±3.7) | 47.8 (±11.8) |
| | Yearling | 72.4 (±6.3)[e] | | |
| LekNest_Treat | Adult | 84.8 (±2.2)[e] | 49.6 (±4.5) | 67.1 (±8.1) |
| | Yearling | 72.4 (±6.3)[e] | | |
| Pre_Treat | Adult | 80.4 (±6.0) | 51.6 (±7.1) | 54.4 (±10.5) |
| | Yearling | 68.4 (±13.8) | | |
| Post_Treat | Adult | 82.2 (±3.7) | 42.6 (±5.9) | 61.5 (±10.0) |
| | Yearling | 70.0 (±8.1) | | |

[a] Estimated as the number of nesting females divided by the total number of females surviving to June 4.

[b] Nest success probabilities adjusted following Mayfield (1975).  Length of incubation estimated at 27 days; re-nests included in nest success calculation.

[c] No age effect detected; adult and yearling birds grouped for estimate.

[d] Brood survival estimated from hatch – August 15 using program MARK (White and Burnham 1999); broods survived censor period if ≥1 chick documented.

[e] Estimates derived from all individuals as group designation required a nest (see Statistical Methods).

BLM_0055137

Table 8.  Investigation of year, age and breeding status (i.e., nesting or non-nesting; brooding or barren females) effect on annual survival of greater sage-grouse broods and females in southwestern Wyoming, 1998-2004.  Effect models were developed in program MARK (White and Burnham 1999) and compared using $AIC_c$ weights of evidence (Burnham and Anderson 2002).  Constant models predicted no effect; Year models predicted year effect; Age models predicted age effect (adult vs. yearling); Nest models predicted nesting status effect (nesting vs. non-nesting); and Brood models predicted brooding status effect (brooding vs. barren).

| EFFECT | Model | $AIC_C$ | Delta $AIC_C$ | $AIC_C$ Weights | Model Likelihood | Number Parameters | Deviance |
|---|---|---|---|---|---|---|---|
| YEAR (Brood Survival) | | | | | | | |
| | Constant[a] | 568.081 | 0.000 | 0.685 | 1.000 | 1 | 99.776 |
| | Year[b] | 569.630 | 1.550 | 0.315 | 0.461 | 7 | 89.263 |
| AGE (Brood Survival) | | | | | | | |
| | Constant[a] | 553.079 | 0.000 | 0.697 | 1.000 | 1 | 56.161 |
| | Age[b] | 554.746 | 1.667 | 0.303 | 0.435 | 2 | 55.823 |
| YEAR (All Female Survival) | | | | | | | |
| | Constant[a] | 2414.393 | 0.000 | 0.590 | 1.000 | 1 | 237.903 |
| | Year[b] | 2415.123 | 0.730 | 0.410 | 0.694 | 7 | 226.616 |
| AGE, NEST, BROOD (All Female Survival) | | | | | | | |
| | Age[b] | 1841.135 | 0.000 | 0.298 | 1.000 | 2 | 193.041 |
| | Nest[b] | 1841.152 | 0.017 | 0.295 | 0.992 | 2 | 193.058 |
| | Constant[a] | 1841.164 | 0.029 | 0.293 | 0.986 | 1 | 195.071 |
| | Brood[b] | 1843.052 | 1.916 | 0.114 | 0.384 | 2 | 194.957 |
| YEAR (Nesting Female Survival)[c] | | | | | | | |
| | Constant[a] | 1381.157 | 0.000 | 0.507 | 1.000 | 1 | 163.098 |
| | Year[b] | 1381.215 | 0.058 | 0.493 | 0.971 | 7 | 151.132 |
| AGE, BROOD (Nesting Female Survival)[c] | | | | | | | |
| | Brood[b] | 1211.198 | 0.000 | 0.687 | 1.000 | 2 | 117.070 |
| | Constant[a] | 1213.643 | 2.445 | 0.202 | 0.295 | 1 | 121.517 |
| | Age[b] | 1214.856 | 3.659 | 0.110 | 0.161 | 2 | 120.729 |

[a] Model predicting no effect (i.e., constant annual survival across years, age or breeding status).

[b] Models predicting effect [i.e., annual survival differed between years, age classes (yearling or adult), or breeding status].

[c] No nesting effect investigated as groups required a nest (e.g., no non-nesting individuals represented).

BLM_0055138

Table 9.  Annual survival (±SE) estimates for yearling and adult female greater sage-grouse based on nesting status (Nest; No Nest) in southwestern Wyoming, 1998-2004.  Individual female separation based on potential gas field development impacts; survival estimates for groups considering all individuals are included (Group Designation as defined in Statistical Methods section; Table 1).

| Group Designation | Adult Nest ($P_{AY}$) | Adult No Nest ($P_{AN}$) | Yearling Nest ($P_{2Y}$) | Yearling No Nest ($P_{2N}$) |
|---|---|---|---|---|
| All_Control | 67.8 (±6.6) | 58.5 (±7.8) | 88.8 (±7.5) | 62.8 (±11.0) |
| All_Treat | 61.5 (±4.1) | 23.0 (±6.9) | 74.7 (±7.3) | 38.5 (±9.8) |
| Pre_Treat | 73.4 (±7.6) | 59.3 (±15.5) | 91.8 (±7.8) | 69.1 (±18.0) |
| Post_Treat | 53.0 (±6.5) | 24.9 (±9.3) | 85.4 (±9.5) | 31.9 (±16.3) |

BLM_0055139

Table 10.  Annual survival (±SE) estimates for female greater sage-grouse based on brooding status (Brood; Barren) in southwestern Wyoming, 1998-2004.  Individual female separation based on potential gas field development impacts; survival estimates for groups considering nesting individuals are included (Group Designation as defined in Statistical Methods section; Table 1).

| Group Designation | Adult and Yearling Brood ($P_{AY}$, $P_{2Y}$) | Adult and Yearling Barren ($P_{AN}$, $P_{2N}$) |
|---|---|---|
| Nest_Control | 75.1 (±8.1) | 85.5 (±6.0) |
| Lek_Treat | 54.5 (±10.5) | 60.9 (±10.1) |
| Nest_Treat | 62.2 (±10.4) | 87.1 (±6.0) |
| LekNest_Treat | 50.5 (±8.4) | 77.2 (±6.7) |

BLM_0055140

Table 11.  Seasonal period survival (±SE) estimates for female greater sage-grouse in southwestern Wyoming, 1998-2004.  Individual female separation based on potential gas field development impacts; survival estimates for groups including all individuals (Group Designation as defined in Statistical Methods section; Table 1).  The treatment population (All_Treat) was impacted by natural gas development during the breeding and nesting seasons, but note that differential survival between treatment and control (All_Control) populations occurred during the early brooding and summer seasons.

| Group Designation | Breeding Survival[a] | Nesting Survival[b] | Early Brooding Survival[c] | Summer Survival[d] | Winter Survival[e] |
|---|---|---|---|---|---|
| All_Control | 93.2 (±2.3) | 84.9 (±3.0) | 99.2 (±0.8) | 98.2 (±1.2) | 82.5 (±3.9) |
| All_Treat | 96.2 (±1.3) | 89.0 (±2.0) | 92.6 (±1.8) | 90.3 (±2.1) | 77.2 (±3.3) |

[a] April 1 – April 30.

[b] May 1 – May 31.

[c] June 1 – June 30.

[d] July 1 – August 31.

[e] September 1 – March 31.

BLM_0055141

Table 12.  Lower level vital rate estimates for female greater sage-grouse in southwestern Wyoming, 1998-2004 (see Figures 10 and 11).  Individual female separation based on potential gas field development impacts (Group Designation as defined in statistical methods section; Table 1). Probability of surviving from egg[a] or chick[b] to yearling ($P_1$), nesting[a] or brooding[b] yearling and adult female annual survival ($P_{2Y}$, $P_{AY}$ respectively), non-nesting[a] or barren[b] yearling and adult female annual survival ($P_{2N}$, $P_{AN}$ respectively), probability of yearling and adult nesting[a] or successfully hatching[b] ($B_2$, $B_A$ respectively), and the estimated number of female eggs per clutch (m) are presented.

| Group Designation | $P_1$ | $P_{2Y}$ | $P_{2N}$ | $P_{AY}$ | $P_{AN}$ | $B_2$ | $B_A$ | m |
|---|---|---|---|---|---|---|---|---|
| All_Control[1] | 6.0 | 88.8 | 62.8 | 67.8 | 58.5 | 71.4 | 75.3 | 3.96 |
| Nest_Control[2] | 13.7 | 75.1 | 85.5 | 75.1 | 85.5 | 31.7 | 37.2 | 3.96 |
| All_Treat[1] | 5.6 | 74.7 | 38.5 | 61.5 | 23.0 | 74.0 | 90.5 | 3.96 |
| Lek_Treat[2] | 16.6 | 54.5 | 60.9 | 54.5 | 60.9 | 29.1 | 34.2 | 3.96 |
| Nest_Treat[2] | 10.8 | 62.2 | 87.1 | 62.2 | 87.1 | 27.6 | 32.4 | 3.96 |
| LekNest_Treat[2] | 15.2 | 50.5 | 77.2 | 50.5 | 77.2 | 35.9 | 42.1 | 3.96 |
| Pre_Treat[1] | 6.3 | 91.8 | 69.1 | 73.4 | 59.3 | 68.4 | 80.4 | 3.96 |
| Post_Treat[1] | 5.9 | 85.4 | 31.9 | 53.0 | 24.9 | 70.0 | 82.2 | 3.96 |

[a] Estimates for groups including all individuals (Group Designation [1]).

[b] Estimates for groups including nesting individuals (Group Designation [2]).

80

BLM_0055142

Table 13.  Upper level (i.e., matrix entry) elasticities and stable age distribution (see Figure 4) for matrix population growth models analyzing demographic information collected from female greater sage-grouse in southwestern Wyoming, 1998-2004.  Individual female separation based on potential gas field development impacts (Group Designation as defined in Statistical Methods section; Table 1). Relatively large elasticities suggest that changes to the vital rates within a stage have a proportionally large influence on population growth.

| Matrix Entries | Arc Type[a] | Group Designation | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | All_Control | Nest_Control | All_Treat | Lek_Treat | Nest_Treat | LekNest_Treat | Pre_Treat | Post_Treat |
| $P_1B_2m$ | Fertility (yearling) | 0.046 | 0.033 | 0.052 | 0.062 | 0.019 | 0.063 | 0.042 | 0.069 |
| $P_{2Y}B_Am$ | Fertility (2nd year)[b] | 0.035 | 0.009 | 0.045 | 0.014 | 0.004 | 0.015 | 0.033 | 0.067 |
| $P_{2N}B_Am$ | Fertility (2nd year)[c] | 0.010 | 0.022 | 0.008 | 0.039 | 0.015 | 0.040 | 0.012 | 0.011 |
| $P_{AY}B_Am$ | Fertility (adult)[b] | 0.110 | 0.044 | 0.141 | 0.046 | 0.028 | 0.047 | 0.118 | 0.141 |
| $P_{AN}B_Am$ | Fertility (adult)[c] | 0.031 | 0.084 | 0.006 | 0.099 | 0.080 | 0.099 | 0.023 | 0.014 |
| $P_1B_2$ | Survival (1st year)[b] | 0.146 | 0.046 | 0.169 | 0.054 | 0.027 | 0.054 | 0.138 | 0.201 |
| $P_1(1-B_2)$ | Survival (1st year)[c] | 0.041 | 0.112 | 0.031 | 0.145 | 0.100 | 0.147 | 0.048 | 0.032 |
| $P_{2Y}B_A$ | Survival (2nd year)[b] | 0.086 | 0.013 | 0.119 | 0.012 | 0.006 | 0.013 | 0.088 | 0.122 |
| $P_{2N}B_A$ | Survival (2nd year)[c] | 0.024 | 0.031 | 0.022 | 0.034 | 0.022 | 0.034 | 0.030 | 0.019 |
| $P_{AY}B_A$ | Survival (adult)[b] | 0.267 | 0.061 | 0.374 | 0.040 | 0.040 | 0.040 | 0.310 | 0.255 |
| $P_{AN}B_A$ | Survival (adult)[c] | 0.076 | 0.118 | 0.015 | 0.086 | 0.118 | 0.085 | 0.061 | 0.026 |
| $P_{2Y}(1-B_A)$ | Survival (2nd year)[b] | 0.024 | 0.024 | 0.005 | 0.027 | 0.017 | 0.027 | 0.017 | 0.012 |
| $P_{2N}(1-B_A)$ | Survival (2nd year)[c] | 0.007 | 0.059 | 0.001 | 0.073 | 0.063 | 0.073 | 0.006 | 0.002 |
| $P_{AY}(1-B_A)$ | Survival (adult)[b] | 0.076 | 0.118 | 0.015 | 0.086 | 0.118 | 0.085 | 0.061 | 0.026 |
| $P_{AN}(1-B_A)$ | Survival (adult)[c] | 0.021 | 0.227 | 0.001 | 0.184 | 0.344 | 0.179 | 0.012 | 0.003 |

Table 13 continued on next page.

BLM_0055143

Table 13 (Continued).  Upper level (i.e., matrix entry) elacticities and stable age distribution (see Figure 4) for matrix population growth models analyzing demographic information collected from female greater sage-grouse in southwestern Wyoming, 1998-2004.  Individual female separation based on potential gas field development impacts (Group Designation as defined in Statistical Methods section; Table 1). Relatively large elacticities suggest that changes to the vital rates within a stage have a proportionally large influence on population growth.

| Matrix Entries | Arc Type[a] | Group Designation | | | | | | | |
| | | All_Control | Nest_Control | All_Treat | Lek_Treat | Nest_Treat | LekNest_Treat | Pre_Treat | Post_Treat |
|---|---|---|---|---|---|---|---|---|---|
| Stable Age Distribution | | | | | | | | | |
| Node 1 | 1st year | 0.747 | 0.589 | 0.774 | 0.565 | 0.557 | 0.616 | 0.755 | 0.758 |
| Node 2 (2Y) | 2nd year[b] | 0.037 | 0.025 | 0.041 | 0.034 | 0.018 | 0.037 | 0.035 | 0.044 |
| Node 3 (2N) | 2nd year[c] | 0.015 | 0.054 | 0.014 | 0.083 | 0.047 | 0.066 | 0.016 | 0.019 |
| Node 4 (AY) | Adult[b] | 0.151 | 0.123 | 0.155 | 0.109 | 0.123 | 0.118 | 0.155 | 0.148 |
| Node 5 (AN) | Adult[c] | 0.050 | 0.208 | 0.016 | 0.209 | 0.256 | 0.163 | 0.038 | 0.032 |

[a] Reference Figure 9.

[b] Nesting or brood-rearing females.

[c] Non-nesting or barren females.

BLM_0055144

Table 14.  Population growth rate estimates ($\lambda$) and treatment effect (life table response experiment; Caswell 1989, 1996) for matrix population growth models analyzing demographic information collected from female greater sage-grouse in southwestern Wyoming, 1998-2004.  Individual female separation based on potential gas field development impacts (Group Comparison as defined in Statistical Methods section; Table 1); individuals potentially impacted by gas development designated treatments, non-impacted individuals designated controls.  Note that natural gas development had a consistently negative effect on population growth (Treatment Effect).

| Group Comparison | Treatment $\lambda$ | Control $\lambda$ | Treatment Effect |
|---|---|---|---|
| All_Treat vs. All_Control | 0.7874 | 0.8659 | -0.0785 |
| Lek_Treat vs. Nest_Control | 0.8031 | 1.0140 | -0.2109 |
| Nest_Treat vs. Nest_Control | 0.9277 | 1.0140 | -0.0863 |
| LekNest_Treat vs. Nest Control | 0.9066 | 1.0140 | -0.1074 |
| Pre_Treat vs. Post_Treat | 0.7207 | 0.9317 | -0.2110 |

BLM_0055145

Table 15.  Mean extinction time (years) and estimated change in population growth ($\lambda$) with the addition of stochasticity[a] to demographic information[b] collected from female greater sage-grouse in southwestern Wyoming, 1998-2004.  Individual female separation based on potential gas field development impacts (Group Designation as defined in Statistical Methods section; Table 1).  Note the change in $\lambda$ values; relatively large values suggest increased variation was present in vital rate estimates.

| Group Designation | Runs Resulting in Extinction (of 1000) | Mean Extinction Time (95% CI) | Change in $\lambda$ |
|---|---|---|---|
| All_Control | 1000 | 94 (96.3, 91.7) | 1.407% |
| Nest_Control | 86 | 826 (917.1, 734.9) | 0.559% |
| All_Treat | 1000 | 55 (55.6, 54.4) | 0.363% |
| Lek_Treat | 1000 | 49 (49.9, 48.1) | 5.549% |
| Nest_Treat | 1000 | 121 (123.2, 118.8) | 0.075% |
| LekNest_Treat | 1000 | 114 (116.3, 111.7) | 1.985% |
| Pre_Treat | 1000 | 219 (226.1, 211.9) | 0.063% |
| Post_Treat | 1000 | 40 (40.6, 39.4) | 0.878% |

[a] Stochasticity added to 1000 iterations, starting population size for each simulation was 1,000,000 individuals; each simulation followed for 2000 years.

[b] The mean and standard error of each vital rate for each population were used to establish beta distributions; for each of 1000 iterations, vital rate values were selected from these distributions and used in matrix building procedures.

BLM_0055146

Figure 1.  Greater sage-grouse study location in southwestern Wyoming, 1998-2004.  General outlines of the Pinedale Anticline Project Area (PAPA) and the Jonah II natural gas field (gas field boundaries adapted from Bureau of Land Management 2000), and general study lek ($n = 21$) locations are provided for reference.

BLM_0055147

Figure 1



BLM_0055148

Figure 2.  Greater sage-grouse study location in southwestern Wyoming, 1998-2004 (reference Figure 1).  This figure illustrates the level of natural gas development that occurred during the duration of the study (1998-2004), and additionally illustrates lek locations in relation to natural gas field infrastructure.  The road network represents natural gas field related roads within 10 km of study leks and state highways.  Well locations were obtained from the Wyoming Oil and Gas Conservation Commission (Casper, WY, USA), and road locations were provided by the Bureau of Land Management (Pinedale Field Office, Pinedale, WY, USA).

BLM_0055149

Figure 2




BLM_0055150

Figure 3.  Greater sage-grouse study location in southwestern Wyoming, 1998-2004 (reference Figure 1).  The dashed lines are 5 km buffers around known leks located within 3.2 km of the Pinedale Anticline crest, and represent the spatial area used for nesting and early brood-rearing habitat selection. This figure illustrates the level of natural gas development that occurred during the female habitat selection portion of the study (2000-2004).  The road network represents natural gas field related roads within 10 km of study leks and state highways.  Well locations were obtained from the Wyoming Oil and Gas Conservation Commission (Casper, WY, USA), and road locations were provided by the Bureau of Land Management (Pinedale Field Office, Pinedale, WY, USA).

BLM_0055151