Figure 3





BLM_0055152

Figure 4.  Regression relationship between overall change (%) in the number of greater sage-grouse males attending leks in southwestern Wyoming, 1998-2004 and principal component 1 scores. Principal component 1 included:  average annual distance (km) from leks to closest drilling rig active during the breeding season, distance (km) to closest producing gas well, and distance (km) to closest point on a main haul road; the total number of quadrats (categorized by the cardinal directions) occupied by a producing well within 5 km of leks; and the total length (km) of main haul road within 3 km of leks.  Note that the relationship suggests that as natural gas development levels increase relatively near a greater sage-grouse lek, male lek attendance approaches 100% decline (i.e., lek inactivity; notice Y-axis scale).

91

BLM_0055153

Figure 4



BLM_0055154

Figure 5.  Regression relationships between overall change (%) in the number of greater sage-grouse males attending leks in southwestern Wyoming, 1998-2004 and average annual distance from leks to closest drilling rig active during the breeding season, closest producing natural gas well, and closest point on a main haul road.  Notice scale differences on X-axes.  Note that the curvilinear relationships suggest a distance-effect to greater sage-grouse male lek attendance relative to natural gas field-related structures.

BLM_0055155

Figure 5 



BLM_0055156

Figure 6.  Mean annual change (%) in the number of greater sage-grouse males attending leks in southwestern Wyoming, 1998-2004 by lek-to-closest drilling rig active during the breeding season distance categories, lek-to-closest producing natural gas well distance categories, and lek-to-closest point on a main haul road distance categories.  Solid bars differed significantly from controls (separate variance, 2-sample $t$-tests; $p \leq 0.05$).  Error bars represent 95% confidence intervals.  Control distances were determined from curvilinear regression relationships (Figure 3) using geostatistical methods (Royle et al. 1980).  Note that drilling rigs within 5 km, producing wells within 3 km, and main haul roads within 3 km of a lek negatively influenced greater sage-grouse male lek attendance.

95

BLM_0055157

Figure 6





BLM_0055158

Figure 7.  Nest probabilities relative to natural gas development levels generated from an $AIC_c$ weighted logistic regression model comparing selected nesting sites ($n$ = 112) and random locations ($n$ = 112) for greater sage-grouse nesting within 5 km of leks located within 3.2 km of the Pinedale Anticline crest (Bureau of Land Management 2000) in southwestern Wyoming, 2000-2004. Independent variables included:  distance to closest active drill rig (Drill_Dist), distance to closest producing gas well (Well_Dist), distance to closest point on a main haul road (Road_Dist), total number of producing gas wells within 1480m (Total_Well1480) and total linear distance of main haul road within 1480m (Total_Road1480).  Variables were measured for gas related factor active during the nest initiation period (Apr 15 through May 15).  Average $AIC_c$ weighted logistic regression model used to estimate probabilities:  Nest probability = e^[0.364 – 0.001(Drill_Dist) – 0.073(Well_Dist) – 0.023(Road_Dist) – 0.063(Total_Well1480) – 0.025(Total_Road1480)].  Levels of gas field development (X-axis) represent the range of values witnessed for nesting females, and ranged between: 0.7 – 38.0 km for Drill_Dist, 0.1 – 9.2 km for Well_Dist, 0.01 – 6.2 for Road_Dist, 0 – 21 wells for Total_Well1480, and 0 – 7.1 km for Total_Road1480.

97

BLM_0055159

Figure 7



Figure 8.  Annual sample size and percent normal precipitation for female greater sage-grouse in southwestern Wyoming, 1998-2004.  Pre_Treat and Post_Treat groups (defined in Statistical Methods section) compared.  Note sample sizes in 2001 and 2002, suggesting that population growth differences pre- versus post-treatment were not unduly confounded by drought conditions.

BLM_0055161

Figure 8



BLM_0055162

Figure 9.  Life-cycle diagram and matrix for a 5 stage population growth model of female greater sage-grouse in southwestern Wyoming, 1998-2004.  Notations for matrix entries defined in Statistical Methods section and Table 12.  Separation into stages based on differential survival estimated using program MARK (White and Burnham 1999; Table 8).

101

BLM_0055163

Figure 9



$$A = \begin{pmatrix} P_1B_2m & P_{2Y}B_Am & P_{2N}B_Am & P_{AY}B_Am & P_{AN}B_Am \\ P_1B_2 & & & & \\ P_1(1-B_2) & & & & \\ & P_{2Y}B_A & P_{2N}B_A & P_{AY}B_A & P_{AN}B_A \\ & P_{2Y}(1-B_A) & P_{2N}(1-B_A) & P_{AY}(1-B_A) & P_{AN}(1-B_A) \end{pmatrix}$$

BLM_0055164

Figure 10.  Life table response experiment (Caswell 1989, 1996) results from population growth models analyzing demographic information collected from female greater sage-grouse in southwestern Wyoming, 1998-2004.  Bars indicate the contribution of vital rates to the difference in population growth between treatment and control populations.  Vital rates include:  yearling and adult nesting propensity [NP(y) and NP(a) respectively], the number of female eggs per clutch (#Eggs), nest success probability (NS), brood survival probability (BS), Chick summer (CS) and winter (CW) survival, nesting yearling and adult female annual survival [P2y and Pay respectively], and non-nesting yearling and adult annual survival [P2n and Pan respectively].  Groups considering all individuals (as defined in Statistical Methods section) are presented.  Note that lower annual survival of nesting and non-nesting adult treatment females was primarily responsible for differences in population growth (Table 14).

BLM_0055165

Figure 10



Figure 11.  Life table response experiment (Caswell 1989, 1996) results from population growth models analyzing demographic information collected from female greater sage-grouse in southwestern Wyoming, 1998-2004.  Bars indicate the contribution of vital rates to the difference in population growth between treatment and control populations.  Vital rates include:  yearling and adult nesting propensity [NP(y) and NP(a) respectively], the number of female eggs per clutch (#Eggs), nest success probability (NS), brood survival probability (BS), Chick summer (CS) and winter (CW) survival, nesting yearling and adult female annual survival [P2y and Pay respectively], and non-nesting yearling and adult annual survival [P2n and Pan respectively].  Groups considering nesting individuals (as defined in Statistical Methods section) are presented.  Note that lower annual survival of nesting and non-nesting adult treatment females and lower brood survival (Nest_Treat vs. Nest_Control) were primarily responsible for differences in population growth (Table 14).

BLM_0055167

Figure 11



BLM_0055168

# CHAPTER 3

# NATURAL GAS DEVELOPMENT IMPACTS TO GREATER SAGE-GROUSE POPULATIONS:  A SUMMARY OF RESEARCH CONDUCTED IN WESTERN WYOMING WITH THOUGHTS ON MANAGEMENT AND FUTURE RESEARCH OPTIONS.

Natural gas development in western North America has been escalating since the 1960s (Braun et al. 2002, Connelly et al. 2004), and the current U.S. political climate suggests that development of domestic fossil fuels reserves will continue to expand through the first half of the 21st century.  Given that reducing the U.S. dependence on foreign sources of petroleum, the use of natural gas (versus oil or coal) as an energy source has air quality benefits, and the protection of natural ecosystems and the wildlife that depend on these habitats are of equivalent importance to the future of the country, it behooves us to develop extractive techniques that minimize extraneous consequences.  This study concentrated on natural gas development impacts to a single species, but the results imply potential responses of an array of wildlife populations dependent on sagebrush-dominated landscapes.

Scientific and anecdotal evidence suggest that sage-grouse (*Centrocercus* spp.) leks situated within a developing natural resource field become unoccupied over a relatively short period of time (Braun et al. 2002, Aldridge and Brigham 2003); however, the specific components of a developing field that result in declines, as well as the root causes of lek abandonment, remain unidentified. Remington and Braun (1991) studied the effects of coal mining on breeding greater sage-grouse (*Centrocercus urophasianus*) in North Park, Colorado, and theorized that regional distributions were altered by this disturbance.  This displacement theory is supported by several other studies.  In Wyoming, Lyon and Anderson (2003) reported that female greater sage-grouse disturbed on a lek by road-related activity in natural gas fields moved farther from leks to nest compared to undisturbed females.  Greater sage-grouse in Canada avoided nesting in areas with increased levels of human development and brooding females avoided areas with increased levels of visible oil wells (Aldridge 2005).  Lesser prairie-chickens (*Tympanuchus pallidicinctus*) in Kansas selected habitats removed from anthropogenic features (Hagen 2003), and patch occupancy probabilities of Gunnison sage-grouse (*Centrocercus minimus*) in Colorado have been positively correlated with distance to roads (Oyler-McCance 1999).  There is also evidence to suggest negative effects at the population scale.  Female greater sage-grouse disturbed by natural gas development during the breeding season had lower nest initiation rates compared to undisturbed females in Wyoming (Lyon and Anderson 2003), and chick survival decreased as oil well densities within 1 km of brooding locations increased in Canada (Aldridge 2005).  Hagen (2003) reported that a lesser prairie chicken population subjected to

107

anthropogenic activity in Kansas had population growth rates 21% lower than an undisturbed population, and suggested that the difference was primarily due to decreased nest success and female survival in the disturbed area.

I investigated potential impacts of development of natural gas fields to greater sage-grouse populations in the upper Green River Basin of western Wyoming. The populations and habitats within this area are currently considered internationally significant strongholds for the species (Connelly et al. 2004). Natural gas development throughout the Intermountain West is occurring primarily within the sagebrush-dominated landscapes important for sage-grouse survival (Knick et al. 2003). Our objectives were to investigate several increasingly specific questions: Are breeding greater sage-grouse populations impacted by natural gas development? What aspects of developing fields are influencing breeding populations? Are individuals dispersing from natural gas development or are population sizes declining? Additionally, land management agencies stipulate restrictions on some types of development during breeding and nesting seasons to protect sage-grouse; so I addressed the adequacy of these stipulations. I investigated population and individual bird response to natural gas drilling rigs, producing wells, and main haul roads (i.e., roads accessing at least 5 producing natural gas wells).

I assessed temporal changes in the number of displaying males with respect to distance and direction from leks to drilling rigs, producing wells, and main haul roads, producing well and main haul road densities, and traffic activity levels and timing. I also investigated male survival probabilities, lek tenacity, and habitat selection during the breeding season relative to cumulative levels of gas field development surrounding leks. My investigation of female habitat selection response to energy development concentrated on 2 demographic stages, nesting and early brood-rearing (hatch through 2 weeks post-hatch). I examined distances moved between nests in consecutive years, used versus available nesting and early brood-rearing habitats, and successful (i.e., hatched or survived) versus unsuccessful nests and broods with respect to differing levels of gas field development. Finally, I used matrix population modeling and life-table-response procedures (Caswell 1989, 1996) to investigate the effects of natural gas development on female greater sage-grouse population growth. I compared populations potentially impacted by natural gas infrastructure during the breeding or nesting season to non-impacted populations.

## Results

Investigating changes in the number of male greater sage-grouse occupying a lek relative to cumulative gas field development levels using principal components analysis suggested that as the distance from leks to drilling rigs, producing wells, and main haul roads decreased, and as main haul

BLM_0055170

road densities within 3 km and the number of directions to producing wells within 5 km (i.e., the lek became more centrally located within the developing field) increased, lek attendance by males approached zero. The number of males occupying leks within 5 km of drilling rigs declined relative to non-impacted leks. There did not appear to be visual effects of drilling rigs on lek attendance by males, but the number of males declined on leks east of drilling rigs (i.e., generally downwind based on prevailing wind direction). The number of males occupying leks within 3 km of producing wells also declined. Male lek attendance declined if well densities within 3 km of the lek exceeded approximately 5 wells and if producing wells within 5 km occurred in over half of the directions from leks. Male lek occupancy also declined on leks within 3 km of main haul roads. Rates of decline increased as traffic volumes increased, and vehicle activity on roads during the daily strutting period (i.e., early morning) had a greater influence on attendance compared to roads with no vehicle activity during early morning.

Probabilities of adult male desertion (i.e., males captured from a particular lek and not documented on that lek following capture) were higher from leks impacted by at least 1 gas-field-related factor compared to non-impacted leks, and male breeding season survival probabilities were lower for lightly impacted (i.e., leks impacted by 1 or 2 factors) compared to heavily impacted leks (i.e., leks impacted by more than 2 factors). Additionally, impacted leks had fewer yearling males trapped and earlier peak attendance dates compared to non-impacted leks.

Greater sage-grouse nesting sites were close to wells in areas with low well densities compared to available sites. Temporally, nests were located farther from drilling rigs and gas wells in 2004 compared to available sites, whereas nests were closer to these structures in 2000-2003. Adult females nested within previously selected nesting areas regardless of changes in gas development levels within those areas, but nesting yearlings avoided road-related disturbances. Brooding females avoided producing wells during the early brood-rearing period. The effect of natural gas development on female population growth was generally negative. There were relatively consistent negative contributions to population growth from adult and yearling female annual survival, whereas productivity contributions were generally positive. This suggests that reduced population growth was attributable to decreased annual survival of both adult and yearling females.

## Discussion

The evidence suggests that current natural gas development techniques lead to greater sage-grouse population declines. Male lek attendance declined as the distance from leks to drilling rigs, producing wells, and main haul roads decreased and as densities of these features increased. Lek attendance also declined as traffic volumes and potential for greater noise increased, and when well

BLM_0055171

densities exceeded 1 well per 283 ha within 3 km of leks. Developing natural gas fields simultaneously consists of all the disturbance factors considered plus others not investigated (i.e., well completion activity, compressor stations). Greater sage-grouse breeding populations were probably reacting to a combination of these factors' effects.

Adult male displacement and low juvenile male recruitment appear to contribute to declines in the number of breeding males on impacted leks. Additionally, avoidance of gas field development by predators could be responsible for decreased male survival probabilities on leks situated near the edges of developing fields (i.e., lightly impacted leks). Although site-tenacious adult females did not engage in breeding dispersal in response to increased levels of gas development, subsequent generations avoided gas fields, as suggested by the temporal shift in nesting habitat selection and differences in habitat selection by yearling and adult females. This suggests that the nesting population response is delayed avoidance of natural gas development. The results suggest that male and female greater sage-grouse displacement from developing natural gas fields contributes to breeding population declines.

Population growth differences between impacted and non-impacted populations suggest that natural gas development negatively impacts population growth of females. Most of the variability in population growth was explained by lower annual survival buffered to some extent by higher productivity in impacted populations. Development effect was especially noticeable on annual survival of nesting adults. Seasonal survival differences suggested a lag period between when an individual was impacted by disturbance and when survival probabilities were influenced. Individuals were influenced by natural gas development primarily during the breeding and nesting periods, while differential survival occurred primarily during the early brooding and summer periods. Impacted and non-impacted populations summered in the same general areas, and predators were responsible for most summer mortalities. Increased predation probabilities during the summer suggest increased exposure, possibly through a change in foraging behavior (i.e., spending more time feeding), habitat selection (i.e., selecting areas with greater food resources and reduced cover), or self-preservation behavior (i.e., reduced alertness).

The evidence suggests that breeding population declines and eventual extirpation of leks near disturbances resulted from both displacement and decreased survival. Regional greater sage-grouse population levels as well as population distributions are likely to be influenced negatively by development of natural gas fields.

BLM_0055172

**Management Considerations**

To protect breeding greater sage-grouse, the Bureau of Land Management (2000) stipulates the following restrictions to development: (1) no surface disturbance with 0.4 km of a lek; (2) no activity within a 0.8-km radius of active leks between 0000 and 0900 hrs during the breeding season; (3) no construction or drilling activities during the breeding season within 1.6 km of active leks. To protect nesting and brooding females, the Bureau of Land Management (2000) stipulates that gas field related construction activities will be restricted during the breeding and nesting seasons in suitable nesting habitat within 3.2 km of active leks; a suitable habitat designation requires that an active nest be located during an on-site review of the proposed development area. This study suggests that current stipulations are inadequate to maintain greater sage-grouse breeding populations within natural gas fields. The effect-distance from disturbance sources to leks during the breeding season could be conservatively estimated at 3-5 km, especially if that source was located where sound propagation towards a lek was intensified by environmental factors (i.e., prevailing wind direction). Therefore, sound muffling devices installed on noisy gas field structures could reduce the negative consequences on breeding grouse. Declines in lek attendance were positively correlated with traffic levels and vehicular activity during the daily strutting period. Reducing overall traffic volumes (i.e., offsite condensate collection facilities, car-pooling) and isolating the timing and location of traffic disturbance (i.e., restricting travel to and from the gas field to 1 major artery, enforcing daily travel timing restrictions) within gas fields could reduce road effects.

Barring direct disturbance resulting in nest abandonment, the stipulation (Bureau of Land Management 2000) aimed at protecting nesting females protects only philopatric individuals. Basing designations on habitat conditions rather than habitat occupancy could assist in maintaining nesting areas. Although adequate buffer distances are unknown, our findings suggest that areas designated as suitable breeding habitats (Connelly et al. 2000) within 5 km of known leks (Holloran and Anderson 2005) need to be protected and buffered from gas field development. Additionally, nesting females avoided areas with high well densities. Although actual densities resulting in avoidance are unknown, this result suggests that 16 ha well-spacing excludes nesting females. Because a developing natural gas field consists of multiple disturbance sources, all of which potentially influence greater sage-grouse leks and nests, managers need to ensure that all potential factors are addressed concomitantly.

Our results suggest that protection and enhancement of greater sage-grouse populations inhabiting areas adjacent to natural gas fields could be required to maintain regional population levels. Off-site mitigation measures aimed at minimizing the negative consequences of natural gas development on regional populations imply the need for a refugia approach to species conservation. By

111

BLM_0055173

protecting and enhancing reservoir populations surrounding developing gas fields, greater sage-grouse could be present to re-colonize the field following reclamation. However, managers need to ensure that these reservoir populations are protected through the life-expectancy of the developing field (minimum life-expectancy of the Pinedale Anticline natural gas field has been estimated at 59 years; Bureau of Land Management 2000). We suggest delaying development of natural gas fields surrounding the original field until populations within the original field following reclamation are substantial enough to re-colonize subsequently developed fields. The staggered development of gas fields across a landscape could not only ensure refugia for wildlife, but could ensure long-term financial stability for states dependent on fossil fuels generated revenue (at least until alternatives to fossil fuels are developed).

**Research Needs**

Results from this study identified several questions for future research. Of utmost importance is determining natural gas development options that reduce detrimental consequences to greater sage-grouse populations. An investigation of greater sage-grouse population and individual response to differing development strategies in an experimental context is required for accurate conclusions. The study design would need to ensure both adequate pre-treatment data for development threshold identification and spatial independence to guard against potential dispersal consequences. Investigating potential development options in this manner will require substantial cooperation between researchers, land managers, and operators.

Research investigating yearling responses to a developing gas field would improve our understanding of regional consequences. For example: what proportion of the yearling male population does not breed? What is the spatial extent of the area searched by disturbed yearling males prior to establishing a territory on a lek (spatial extent of gas field influence)? Is territorial establishment timing and survival of yearling males influenced by displacement? Future research should further address potential impacts to the yearling female cohort. In addition to the questions asked concerning yearling males, information relative to female seasonal habitat selection and productivity is needed. What is the proportion of the yearling female population displaced from their natal nesting or natal brooding areas? Are vital rates (i.e., survival, nesting initiation and success probabilities, and chick productivity rates) of the yearling females displaced from their natal lek, nesting, or brooding areas negatively influenced?

Research investigating the consequences of dispersal is also needed. If the majority of displaced adult and recruited yearling males are establishing on non-impacted leks surrounding the developing gas field, and the eventual nesting population response is avoidance of natural gas development,

BLM_0055174

populations surrounding the gas field may be artificially high. Are density-dependant processes occurring that affect greater sage-grouse survival, breeding potential, and productivity in sagebrush habitats with potentially artificially high populations adjacent to natural gas fields (LaMontagne et al. 2002)? And do these processes influence the ability to conduct off-site mitigation for natural gas development?

Finally, investigating long-term impacts of natural gas development is warranted. Do breeding populations reoccupy abandoned leks after development stages are completed and the field enters primarily production phases (i.e., determination of a gas field's temporal extent of influence)? Braun et al. (2002) reported that 2 leks in Canada remained inactive for $\geq 10$ years after gas or oil well site reclamation; however, Remington and Braun (1991) suggested that 2 leks where coal mining activity potentially caused substantial male lek attendance declines in the early 1980s recovered to some extent over a 5-year period following the reduction in mining activity in 1985. Research investigating potential cumulative effects (i.e., influence of gas development on predator core-area use patterns, produced water and West Nile Virus prevalence [Naugle et al. 2004]) of natural gas field development is additionally needed. These studies are required to accurately evaluate mitigation options.

## Literature Cited

Aldridge, C. L. 2005. Identifying habitats for persistence of greater sage-grouse (*Centrocercus urophasianus*) in Alberta, Canada. PhD Dissertation, University of Alberta, Edmonton, Alberta, Canada.

Aldridge, C. L., and R. M. Brigham. 2003. Distribution, abundance, and status of the greater sage-grouse, *Centrocercus urophasianus*, in Canada. Canadian Field-Naturalist 117:25-34.

Braun, C. E., O. O. Oedekoven, and C. L. Aldridge. 2002. Oil and gas development in western North America: effects on sagebrush steppe avifauna with particular emphasis on sage grouse. Transactions North American Wildlife and Natural Resources Conference 67:337-349.

Bureau of Land Management. 2000. Record of decision, environmental impact statement for the Pinedale anticline oil and gas exploration and development project Sublette County, Wyoming. United States Bureau of Land Management, Pinedale, WY, USA.

Caswell, H. 1989. Analysis of life table response experiments I. decomposition of effects on population growth rate. Ecological Modelling 46:221-237.

Caswell, H. 1996. Analysis of life table response experiments II. alternative parameterizations fro size- and stage-structured models. Ecological Modelling 88:73-82.

BLM_0055175

Connelly, J. W., S. T. Knick, M. A. Schroeder, and S. J. Stiver. 2004. Conservation assessment of Greater Sage-grouse and sagebrush habitats. Western Association of Fish and Wildlife Agencies. Unpublished Report. Cheyenne, WY, USA.

Connelly, J. W., M. A. Schroeder, A. R. Sands, and C. E. Braun. 2000. Guidelines to manage sage grouse populations and their habitats. Wildlife Society Bulletin 28:967-985.

Hagen, C. A. 2003. A demographic analysis of Lesser Prairie-Chicken populations in southwestern Kansas: survival, population viability, and habitat use. PhD Dissertation, Kansas State University, Manhattan, KS, USA.

Holloran, M. J., and S. H. Anderson. 2005. Spatial distribution of greater sage-grouse nests in relatively contiguous sagebrush habitats. Condor 107:742-752.

Knick, S. T., D. S. Dobkin, J. T. Rotenberry, M. A. Schroeder, W. M. Vander Haegen, and C. Van Riper III. 2003. Teetering on the edge or too late? Conservation and research issues for avifauna of sagebrush habitats. Condor 105:611-634.

LaMontagne, J. M., R. L. Irvine, and E. E. Crone. 2002. Spatial patterns of population regulation in sage grouse (*Centrocercus* spp.) population viability analysis. Journal Animal Ecology 71:672-682.

Lyon, A. G., and S. H. Anderson. 2003. Potential gas development impacts on sage grouse nest initiation and movement. Wildlife Society Bulletin 31:486-491.

Naugle, D. E., C. L. Aldridge, B. L. Walker, T. E. Cornish, B. J. Moynahan, M. J. Holloran, K. Brown, G. D. Johnson, E. T. Schmidtmann, R. T. Mayer, C. Y. Dato, M. R. Matchett, T. J. Christiansen, W. E. Cook, T. Creekmore, R. D. Falise, E. T. Rinkes, and M. S. Boyce. 2004. West Nile virus: pending crisis for greater sage-grouse. Ecology Letters 7:704-713.

Oyler-McCance, S. J. 1999. Genetic and habitat factors underlying conservation strategies for Gunnison sage-grouse. PhD Dissertation, Colorado State University, Fort Collins, CO, USA.

Remington, T. E. and C. E. Braun. 1991. How surface coal mining affects sage grouse, North Park, Colorado. Proceedings, Issues and Technology in the Management of Impacted Western Wildlife. Thorne Ecological Institute 5:128-132.

BLM_0055176

APPENDIX A

*Abridged Title.*  Greater Sage-Grouse Nest Distribution

## SPATIAL DISTRIBUTION OF GREATER SAGE-GROUSE NESTS IN RELATIVELY CONTIGUOUS SAGEBRUSH HABITATS

MATTHEW J. HOLLORAN, Wyoming Cooperative Fish and Wildlife Research Unit, University of Wyoming, Department 3166, Laramie, WY 82071.  307 766 2091 (voice); 307 766 5400 (fax); holloran@uwyo.edu (e-mail).

STANLEY H. ANDERSON, Wyoming Cooperative Fish and Wildlife Research Unit, University of Wyoming, Department 3166, Laramie, WY 82071.

*Abstract.*  Degradation of nesting habitat has been proposed as a factor contributing to Greater Sage-Grouse (*Centrocercus urophasianus*) population declines throughout North America.  Delineating suitable nesting habitat across landscapes with relatively contiguous sagebrush cover is difficult but important to identify areas for protection.  We used radio-telemetry to locate Greater Sage-Grouse nests in relatively contiguous sagebrush habitats in Wyoming to investigate the spatial arrangement of nests relative to lek and other nest locations.  Nest distributions were spatially related to lek location within 3 and 5 km of a lek, and a 5-km buffer included 64% of the nests.  There was no relationship between lek size and lek-to-nest distance, suggesting that accurate population trend evaluation might require lek surveys in addition to lek counts.  Closest known lek-to-nest distance was greater for successfully hatched compared to destroyed nests, and closely spaced nests tended to experience lower success and have higher probabilities of both nests experiencing the same fate compared to isolated nests, suggesting that a mechanism of enhanced prey detection occurred at higher nest densities.  A low probability that a given individual's consecutive-year nest spacing occurred randomly suggested nesting site-area fidelity.  Although a grouped pattern of nests occurred within 5 km of a lek, the proportion of nesting females located farther than 5 km could be important for population viability.  Managers should limit strategies that negatively influence nesting habitat regardless of lek locations, and preserve adequate amounts of unaltered nesting habitat within treatment boundaries to maintain nest dispersion and provide sites for philopatric individuals.

BLM_0055177

*Key words:* Centrocercus urophasianus, *fidelity*, *lek-to-nest distance*, *nest distribution, nest spacing*, *Greater Sage-Grouse, Wyoming.*

INTRODUCTION

Shrubland and grassland bird species are declining faster than any other group of species in North America, primarily due to human caused destruction and degradation of their habitats (i.e., livestock grazing, land conversion, natural resource development, habitat treatment; Knick et al. 2003). However, because of the perceived uniformity of relatively contiguous sagebrush dominated and grassland ecosystems, accurate delineation of areas supporting habitat conditions seasonally required by obligate bird species across landscapes is difficult. Greater Sage-Grouse (*Centrocercus urophasianus*) currently occupy 56% of their pre-European settlement distribution (Schroeder et al. 2004), and breeding populations throughout North America are two to three times lower than those during the late 1960s (Connelly et al. 2004); the loss of suitable nesting habitat may be contributing to these declines (Crawford et al. 2004). Because recognizing suitable nesting areas based on habitat structural cues throughout the core of the species' range is often difficult, managers have long used leks to identify nesting habitats. The 1977 Sage-Grouse habitat management guidelines (Braun et al. 1977) recommend protecting all areas within 3 km of a lek as potential nesting habitat. The current management guidelines (Connelly et al. 2000) suggest using leks as focal points for nesting habitat management efforts, and recommend protecting the sagebrush (*Artemisia* spp.) overstory and herbaceous understory within 3.2 km of occupied leks in areas with uniformly distributed habitats. In non-uniformly distributed habitats, the current guidelines (Connelly et al. 2000) recommend protecting the area within 5 km of a lek.

The spatial dependence between an organism and a suspected influential component of its environment is a fundamental question in ecology (Rossi et al. 1992). The development of theories on spatial organization revolves around the discovery of patterns (Levin 1992), and because patterns change as a function of spatial resolution, the scale of observation can alter the description of species distributions (Trani 2002). Although Wakkinen et al. (1992a) concluded that the distribution of Greater Sage-Grouse nests was random with respect to lek location because of no statistical differences between closest known lek-to-nest and lek-to-random point distances in Idaho, the spatial scale of interest was restricted to the study area. If the area of interest was expanded, at some spatial scale a non-random distribution of nests relative to lek location should have become discernable. The spatial scale at which a discernable pattern exists (where the distribution of nests become non-random with respect to lek location) could be used to quantify the area surrounding an occupied lek where female Greater Sage-

A2

Grouse are likely to select a nesting site; this could be used by land managers as a preliminary designation of potential nesting habitat in areas where differentiating habitats is difficult.

Several theories exist concerning the relationship between the probability of hatching success and nest placement relative to the location of the lek, another individual's nest, and an individual's previous nesting location. Bergerud (1988) suggested that, to lower nest depredation probabilities, nesting females should avoid leks to minimize disturbance by males and evade increased predator activity associated with leks. Mean lek-to-nest distance was greater for successful compared to unsuccessful Greater Sage-Grouse nests in California (Popham and Gutierrez 2003). In vulnerable species, the optimal dispersion pattern for avoiding detection in continuous habitats should be towards well-spaced, solitary individuals (Taylor 1976, Andersson and Wiklund 1978, Bergerud and Gratson 1988). Niemuth and Boyce (1995) suggested that nest detection by predators was greater at high-density compared to low-density artificial Greater Sage-Grouse nest situations in Wyoming. Fidelity to nesting areas could have potential advantages, including increased familiarity with a site and its predators and competitors and reduced dispersal costs (Bergerud and Gratson 1988). Fischer et al. (1993), in Idaho, reported that distances between Greater Sage-Grouse nests in consecutive years represented 3.5% of median annual movements, suggesting fidelity for specific nesting areas.

Because of Greater Sage-Grouse population declines (Connelly et al. 2004, Schroeder et al. 2004) and the numerous potential deleterious impacts occurring to nesting habitats (Braun 1998), identifying potential nesting areas and characteristics favorable for increased productivity could be important for population sustainability. We used Greater Sage-Grouse nest sites located in relatively contiguous sagebrush habitats in central and western Wyoming to investigate the spatial arrangement of nests relative to lek and other nest locations. Our primary objective was to determine the spatial scale at which nests become non-randomly distributed around leks. As predicted by the optimal nest dispersion pattern theory (Taylor 1976, Andersson and Wiklund 1978, Bergerud and Gratson 1988), we hypothesized that lek-to-nest distances, and thus the distance from a lek where a non-random nest distribution pattern was detected, would be positively correlated with lek size. We further hypothesized that hatching success probabilities would be positively correlated with lek-to-nest distances, that isolated nests would experience higher rates of success than closely-spaced nests, and that females would exhibit fidelity to specific nesting-areas.

A3

BLM_0055179

METHODS

STUDY AREA

We studied Greater Sage-Grouse at seven sites located in central and southwestern Wyoming in 1994-2003 (detailed description in Holloran et al. *in press*). Although habitat manipulations (i.e., fire, herbicide application) and livestock grazing occurred in the areas (Holloran 1999, Lyon 2000, Slater 2003, Kuipers 2004), large scale habitat conversions (i.e., cropland, human dwellings) were not present, and the areas were dominated by uniformly distributed sagebrush habitats. Areas fragmented by natural gas development were removed from consideration. Vegetation was dominated by Wyoming big sagebrush (*A. tridentata wyomingensis*). Black sagebrush (*A. nova*) and low sagebrush (*A. arbuscula*) were located on relatively flat terrain in shallow soils, basin big sagebrush (*A. t. tridentata*) and silver sagebrush (*A. cana*) were located in deeper soils, and mountain big sagebrush (*A. t. vaseyana*) was found in mixed stands with Wyoming big sagebrush at higher elevations. Rabbitbrush (*Chrysothamnus* spp.), black greasewood (*Sarcobatus vermiculatus*), antelope bitterbrush (*Purshia tridentata*), snowberry (*Symphoricarpos* spp.), and serviceberry (*Amelanchier alnifolia*) were interspersed throughout study areas. Dominant grasses included bluebunch wheatgrass (*Pseudoroegneria spicata*), western wheatgrass (*Agropyron smithii*), junegrass (*Koeleria pyramidata*), needlegrasses (*Stipa* spp.), bluegrasses (*Poa* spp.), Indian ricegrass (*Oryzopsis hymenoides*), Idaho fescue (*Festuca idahoensis*), and cheatgrass (*Bromus tectorum*). Common understory forbs included lupine (*Lupinus* spp.), phlox (*Phlox* spp.), buckwheat (*Eriogonum* spp.), common dandelion (*Taraxacum officinale*), milkvetch (*Astragalus bisulcatus*), sandwort (*Arenaria capillaris*), and several species of Asteraceae.

FIELD TECHNIQUES

Female Greater Sage-Grouse were captured on and near leks each year from mid-March through April by spot-lighting and hoop-netting (Giesen et al. 1982, Wakkinen et al. 1992b). Each captured female was classified as a juvenile (first breeding season) or adult ($\geq$ second breeding season) based on the shape of the outermost wing primaries (Eng 1955). Radio transmitters were secured to females with a PVC-covered wire necklace (Advanced Telemetry Systems Inc. [ATS], Isanti, MN). Transmitters used between 1994 and 1997 weighed 12 g and had a battery life expectancy of 305 days. In 1998, transmitters weighing 25 g with a battery life expectancy of 610 days were developed by ATS and used between 1998 and 2003.

Hand-held receivers and Yagi antennas were used to monitor radio-marked females at least twice weekly through pre-laying (April) and nesting (May-June). Nests of radio-marked birds were located by circling the signal source until females could be directly observed. Nest locations were

A4

recorded in Universal Transverse Mercator (UTM) coordinates using a hand-held 12 channel Global
Positioning System (GPS; Garmin 12; Garmin International, Olathe, KS) or 7.5 minute topographic
maps (US Geological Survey, Denver, CO). We wore rubber boots while confirming nest locations to
reduce human scent, and monitored incubating females after nest identification from a distance of >60
m to minimize the chance of human-induced nest predation or nest abandonment. Nest fate (successful
or unsuccessful) was recorded when radio monitoring indicated the female had left the area. Nests were
considered successful if at least one egg hatched, indicated by presence of detached eggshell
membranes (Wallestad and Pyrah 1974). Unsuccessful hens were monitored twice-weekly to detect
renesting attempts.

STATISTICAL ANALYSES

The spatial scale at which nests became associated with lek location was assessed using Chi-square
tests with continuity corrections (due to sample sizes <25 in certain instances; Dowdy and Wearden
1991). We compared the number of nests (observed locations) to the number of expected points
(assuming a uniform distribution) occurring within 0.5-km bands radiating from the lek. Lek-to-nest
distance was estimated from the lek-of-capture. Because repeated anthropogenic disturbance near a lek
during the breeding season may influence how far a female moves from the lek to nest (Lyon and
Anderson 2003), we excluded any female captured on a lek ≤500 m from a maintained road or other
anthropogenic disturbance source (e.g., natural gas wells; $n = 9$ leks). Due to a potential lack of
independence, all re-nests ($n = 19$) and nests from the same individual in years following her first
identified nest ($n = 78$) were omitted from the lek association analysis. Because each successive 0.5-
km band radiating from the lek encompasses more total area (e.g., 0 to 0.5 km band = 79 ha, 0.5 to 1
km band = 236 ha, 1 to 1.5 km band = 393 ha), the number of expected nests per 0.5-km band will
increase proportionally to the amount of area included in each band. Therefore, using the spatial scale
required to encompass all nests could result in an expected distribution biased away from the lek. We
calculated the total spatial area to consider for the analysis using the upper limit of the 90% confidence
interval around the mean number of nests within each 0.5-km band. We truncated the spatial area of
interest at the point where all successive bands contained fewer nests than designated by this upper
limit (hereafter referred to as the truncated area). Nests situated outside the truncated area ($n = 59$)
were removed from the analysis. Expected numbers of nests within 0.5-km bands were estimated
assuming a uniform distribution within the truncated area. Given our trapping protocol, nesting (versus
breeding) females could have been radio-tagged (especially those individuals captured later in the
breeding season) which could result in nest distributional estimations biased towards the lek. To test

A5

BLM_0055181

for this possibility, we removed all individuals radio-tagged later than the median annual date-of-capture and compared proportional nest numbers per 0.5-km band between this reduced and the full data sets.

Linear regression was used to evaluate the relationship between lek-to-nest distances and lek size. Annual median and mean lek-to-nest distance by lek (independent variable) were calculated using all nests of females captured from a given lek during a given year. To ensure a relatively accurate mean lek-to-nest distance estimate, only lek years with $\geq 5$ identified nests were used ($n = 26$). Lek size (dependent variable) was estimated as the maximum number of males counted during the breeding period and lek-to-nest distance was estimated from the lek-of-capture. Lek counts were conducted by researchers according to standardized methods outlined by the Wyoming Game and Fish Department's (WGFD) Sage-Grouse technical committee (WGFD, Cheyenne, WY; Connelly et al. 2003).

Separate-variance, two-sample $t$-tests (Dowdy and Wearden 1991) were used to compare mean lek-to-nest distance differences between successful and unsuccessful nests. In contiguous habitats, females may nest closer to a lek other than where bred (i.e., lek-of-captured; Wakkinen et al. 1992a) and success probabilities may be influenced by the proximate lek; therefore, lek-to-nest distance was estimated from the closest known lek (versus the lek-of-capture) for this analysis. Radio-marked individual females dispersing long distances from the lek-of-capture could be difficult to locate, and thus located late during incubation stages. Because nests located later in the nesting cycle have fewer days at risk of nest failure (Nur et al. 2004), apparent nest success probabilities could be biased by distance. To investigate the possibility of distance-biased apparent success probabilities, we compared the total number of days successfully nesting females were documented incubating (i.e., number of days between nest identification and hatch) and closest known lek-to-nest distances using Pearson's correlation coefficients ($r$).

The influence of nest density on the probability of nest success was evaluated using nest spacing distances (i.e., known nest-to-nest distances). To ensure relatively representative nest-to-nest distance estimations, we included only those nests located within the truncated area, and used lek years with $\geq 10$ individual identified nests ($n = 9$ lek years; mean female sample by lek = 13 [range 10 to 20 females]). Individual nests ($n = 114$) and nest pairs ($n = 86$) were classified into 0.5-km categories based on distance to closest known nest and distance between nest pair, respectively (i.e., nest-to-nest distance 0 to 500 m, 501 to 1000 m). Expected probabilities of nest success were estimated using overall nest success probabilities (all nests) and expected probabilities of nest pairs experiencing the same fate were estimated as chance (50%); apparent nest success probabilities (observed probabilities) were compared to expected probabilities by category and inclusively using Chi-square tests with continuity corrections

A6

(Dowdy and Weardon 1991). Because our nest density estimates could have been influenced by lek size or trapping effort, we investigated relationships between mean nest-to-nest distances and maximum number of males and total number of identified nests by lek year using Pearson's correlation coefficients.

To examine female fidelity to specific nesting areas, we compared distances between consecutive-years' nests to distances expected given random between-year nest placements within the truncated area. We generated a uniform distribution of random points (numerically equal to the number of nests; $n = 78$) within the truncated area using Animal Movement (Hooge and Eichenlaub 1997) in ArcGIS 9 (Environmental Systems Research Institute, Redlands, CA) and calculated the distance between each point and a randomly chosen additional point. The point-to-point distances were binned into 0.5-km categories and a probability distribution was produced based on the cumulative number of point-to-point distances occurring within each 0.5-km band radiating to the maximum possible distance between two points (i.e., diameter of the truncated area). We used this random point spacing probability distribution to assess the probability that mean and median consecutive-year nest-to-nest distances were random. Additionally, Mann-Whitney $U$-tests (Sokal and Rohlf 1995) were used to investigate median consecutive-year movement differences between adult and yearling, and both 1st and 2nd year successful and unsuccessful females. Values reported in the results section are medians and means (± standard error). All statistical procedures were performed with MINITAB 13.1 (Minitab Inc., State College, PA). Statistical significance was assumed at $\alpha \leq 0.05$, and tendencies were assumed at $\alpha \leq 0.10$.

RESULTS

Between 1994 and 2003, we located 437 Greater Sage-Grouse nests of females captured from 30 relatively undisturbed leks throughout central and western Wyoming. Median and mean lek-of-capture to nest distance for all nests was 3506 and 4700 m (± 204 m), respectively (range 282 m to 27.4 km). Mean number of nests per 0.5-km band was 6.2 (± 1.2), and suggested that the area of interest should be truncated at 8.5 km (Fig. 1). Twenty-six leks ranging in size from 9 to 102 males were used for the spatial distribution relative to lek size analysis. After removing all nests of unknown fate and abandoned nests, 415 total nests (187 successful; 228 unsuccessful) and 384 nests within 8.5 km of the closest known lek (168 successful; 216 unsuccessful) were used for the nest fate analysis. We used 78 consecutive-year pairs of nests for the nesting-area fidelity analysis.

Significantly greater numbers of nests than expected occurred in all 0.5-km bands ≤3 km of the lek ($\chi^2_1 \geq 7.6$; $P < 0.01$); in all bands between 3 and 5 km of the lek, the number of nests did not differ

A7

from expected ($\chi^2_1 \leq 1.8$; $P > 0.17$); and there were significantly fewer nests than expected ($\chi^2_1 \geq 4.0$; $P < 0.05$) within all bands between 5 and 8.5 km of the lek (Fig. 1). Forty-five and 64% of all nests ($n = 437$) were within 3 and 5 km of the lek, respectively. After removing all nests of individuals radio-tagged later than the median annual date-of-capture, we found that proportional differences were $\leq 2\%$ except the 1 to 1.5-km band, where proportional nest numbers were 5% lower for the reduced compared to full data set. However, the reduced number of nests within the 1 to 1.5-km band was still greater than expected given a uniform distribution ($\chi^2_1 = 12.3$; $P < 0.01$). There was no relationship between lek size and median ($R^2 = 1.0\%$) or mean ($R^2 = 0.2\%$) lek-to-nest distance.

Closest known lek-to-nest distance was not highly correlated with the number of days females were documented incubating ($r = 0.22$), suggesting no distance-bias associated with apparent success probability estimates; therefore, apparent nest success probabilities were used for fate analyses. For all nests, mean closest known lek-to-nest distance was significantly greater for successful (3978 m) compared to unsuccessful (3338 m) nests ($t_{334} = 2.0$; $P = 0.04$). However, comparing successful and unsuccessful nests within 8.5 km of a lek indicated no differences in mean lek-to-nest distances (successful 3087 m; unsuccessful 2952 m; $t_{358} = 0.6$; $P = 0.53$). We additionally investigated hatching success probabilities for nests within 5 km of a lek post-hoc, and found no differences in mean lek-to-nest distances between successful (2183 m; $n = 133$) and unsuccessful (2092 m; $n = 174$) nests ($t_{284} = 0.6$; $P = 0.52$).

Inclusively, nest success probabilities for nests categorized by distance to another known nest did not differ from success probabilities expected by overall nest success rates (45%; $\chi^2_4 = 5.9$; $P = 0.21$). Additionally, inclusive probabilities of both nests experiencing the same fate did not differ from probabilities expected by chance (50%; $\chi^2_4 = 4.7$; $P = 0.32$). However, nests located $\leq 1$ km from another known nest ($n = 58$) tended to have lower than expected probability of success (cumulative 28%; $\chi^2_1 = 3.5$; $P = 0.06$), and the probability of both nests ($n = 38$ pairs) experiencing the same fate (cumulative 71%) tended to be greater than expected by chance ($\chi^2_1 = 3.0$; $P = 0.08$). Nest success probabilities (cumulative 41%) for nests >1 km from another known nest ($n = 56$) did not differ from overall nest success probabilities ($\chi^2_1 = 0.1$; $P = 0.73$), and paired fate for nests >1 km (cumulative 56%; $n = 48$ pairs) did not differ from chance ($\chi^2_1 = 0.4$; $P = 0.61$). Mean nest-to-nest distances by lek year were not highly correlated with lek size ($r = 0.37$), but were highly correlated with female sample size ($r = 0.75$). The relationship between mean nest-to-nest distance and female sample size was positive (i.e., longer mean nest-to-nest distances for leks with larger sample sizes). There was low correlation between lek size and sample size ($r = 0.27$).

A8

BLM_0055184

Median and mean distance between consecutive-year nests for all females was 415 and 740 m ($\pm$ 97 m), respectively (range 40 to 4966 m). Based on the cumulative probability distribution assuming random annual nest placement within the truncated area, the probability that a female selected a nest site within 0.5 km from the previous year's nest was 1.2% (median distance probability); the probability that between year nest movements were $\leq$1 km was 2.6% (mean distance probability). Median distances moved between consecutive-year nests by adults (391 m; $n = 50$) and yearlings (540 m; $n = 28$) were similar ($U = 832$; $P = 0.17$). Females moved significantly farther ($U = 825$; $P < 0.01$) to subsequent-year nests following an unsuccessful nesting attempt (median = 512 m; $n = 40$) compared to movements following a successful nesting attempt (median = 283 m; $n = 28$). However, there was no relationship between distance moved and subsequent-year nest success for all nests (2nd year successful median = 382 m, $n = 27$; 2nd year unsuccessful median = 415 m, $n = 41$; $U = 625$; $P = 0.37$) or for females whose first documented nest was unsuccessful (2nd year successful median = 497 m, $n = 15$; 2nd year unsuccessful median = 532 m, $n = 25$; $U = 208$; $P = 0.58$).

DISCUSSION

Protection of Greater Sage-Grouse nesting habitat within 3.2 km of occupied leks has been a standard management recommendation since the 1970s (Braun et al. 1977, Connelly et al. 2000). However, research in fragmented (Schroeder et al. 1999, Aldridge and Brigham 2001) and contiguous (Bradbury et al. 1989, Wakkinen et al. 1992a) habitats suggest these recommendations offer limited or unsubstantiated protection to nesting areas. Bradbury et al. (1989) and Wakkinen et al. (1992a) argue that females select nest sites independent of lek location. However, as the spatial resolution of interest expands from a lek, a point should be reached where a discernable pattern of nest placement relative to lek location becomes apparent.

Greater Sage-Grouse nest distributions were grouped relative to lek location at multiple spatial scales. The question thus becomes, which distance (3 or 5 km) represents the spatial scale that effectively delineates the amount of area surrounding a lek that encompasses the proportion of nesting individuals required for population viability? The proportion of nests located within 3 versus 5 km (45 vs. 64%, respectively) suggested that a 5-km buffer around a lek was required to encompass a relative majority of nests. Additionally, nests located within 1 km of another known nest tended to have lower success probabilities, suggesting that increased nest densities could negatively influence the probability of a successful hatch. Given the number of nests relative to the amount of area within 0 to 3 km (2827 ha) versus 3 to 5 km (5027 ha) from a lek (Fig. 1), nest densities decreased as lek-to-nest distance

BLM_0055185

increased.  This further indicates that a 5-km buffer could be required, and suggests that the area between the 3 and 5-km buffers could be especially important.

Although the observed distribution of nests relative to a uniform distribution surrounding a lek indicated that a pattern of landscape scale spatial association of nests relative to lek location occurred at 5 km, only 64% of the nests were located within this buffer distance.  Additionally, lek-to-nest distance and hatching success probabilities were not related for nests within 5 km, but were positively correlated for all nests, suggesting increased success probabilities for individuals nesting far from a known lek. Survival of nests located far from a lek may be influenced by factors other than lek proximity (Moynahan 2004).  However, regardless of the mechanism responsible for increased success probabilities, the segment of the population nesting beyond the 5-km distance may be important for population sustainability.  Our results suggested that 5-km buffers around leks located within relatively contiguous habitats could be used by land managers as a preliminary designation of potential nesting areas.  Additionally, nesting habitats located beyond 5 km from a lek may be important for population viability, suggesting protection (Connelly et al. 2000) should also be afforded to these areas.

Our trapping protocol potentially resulted in the capture of nesting (versus breeding) females within approximately 1 to 2 km (typical area trapped) of the lek.  Although statistical results were not influenced, this potential bias suggested nest numbers within 0 to 3 km were overestimated.  The lack of a relationship between lek-to-nest distances and documented incubation duration suggested that there was no distance bias associated with our fate analyses.  Mean nest-to-nest distance correlations by lek year suggested no nest density estimate bias associated with lek size, but a potential bias associated with female sample size.  However, the relationship between nest spacing and sample size was positive, opposite of the relationship expected if trapping effort influenced nest density estimates.

The mutual avoidance hypothesis (Taylor 1976, Andersson and Wiklund 1978, Bergerud and Gratson 1988) predicts that females should disperse nests to decrease detection probabilities.  Our results suggest that Greater Sage-Grouse nests located relatively near (within 1 km) another known nest tended to be less likely to successfully hatch, supporting this hypothesis.  Additionally, lek-to-nest distances were not related to lek size, suggesting a negative correlation between nest spacing and the number of females breeding on a lek.  Theoretically, nest densities would eventually reach a threshold, suggesting that the spatial association between nest and lek location could be a mechanism restraining maximum lek size and leading to range expansion during population increases.  Research in Minnesota suggested that, during a population increase, nest-spacing tendencies of greater prairie chickens (*Tympanuchus cupido pinnatus*) resulted in formation of new leks rather than changes in mean number of males per lek (Bergerud and Gratson 1988).  Given that maximum lek size could be constrained by

A10

BLM_0055186

female nest spacing tendencies, the number of males using a lek may be influenced by parameters other than population size, and new or historical (unoccupied) leks could become active during population increases.  The current Sage-Grouse management guidelines recommend using annual lek counts to assess numerical trends in breeding population levels (Connelly et al. 2000).  Our results suggest that surveys for new leks and monitoring of historical (unoccupied) leks in addition to annual lek counts could be important for accurate population trend evaluation.

Bergerud (1988) hypothesized that leks act as predator attractants and nesting females should avoid leks to improve hatching probabilities, an idea supported by research in California (Popham and Gutierrez 2003).  Although closest known lek-to-nest distances did not influence hatching success for Greater Sage-Grouse nests within 8.5 km, there was a positive correlation between distance and success probabilities for all nests, suggesting increased success rates for nests >8.5 km from a lek (61% success >8.5 km, 44% success ≤8.5 km).  It is probably unreasonable to assume that leks acted as predator attractants out to 8.5 km, and that decreased nesting success probabilities were being caused by increased predator numbers within this area.  However, the development of prey detection enhancing behaviors by those predatory individuals residing within the truncated region could be possible. Locally increased predation could be explained through the development of a search image (Pietrewicz and Kamil 1981, Allen 1989) or reduced search rate (i.e., predators enhance cryptic prey detection probabilities by spending more time searching a particular area; Guilford and Dawkins 1987).  Pairs of nests spaced relatively closely within 8.5 km of a lek tended to experience the same fate more frequently than was expected by chance, suggesting area-concentrated search and enhanced prey detection (Niemuth and Boyce 1995) and supporting the idea of behavioral changes by predators.  Our results suggest that a mechanism of enhanced prey detection occurs at higher nest concentrations, and that increased nest densities could result in increased nest depredation probabilities.

Quantifying fidelity to a specific nesting area is difficult (Greenwood and Harvey 1982), given that female Greater Sage-Grouse are probably not territorial (Schroeder et al. 1999) and do not select the same shrub for nesting in consecutive years (i.e., Fischer et al. 1993 and this study).  Fischer et al. (1993) used a comparison between consecutive-year nest and annual straight-line movement distances to suggest that females in Idaho exhibited fidelity for specific nesting areas.  However, seasonal movements are generally in response to changing habitat requirements (Patterson 1952), which in our study sites resulted in movements between distinct areas that provided resources.  Thus, movements between seasonal ranges might not accurately reflect expected movements within a specific habitat type in Wyoming.  We chose to investigate the question of nesting-area fidelity by creating a probability distribution with the assumption of random between year nest placement within 8.5 km of a lek.  The

A11

BLM_0055187

probability that observed consecutive-year nest spacing occurred randomly was between 1.2 and 2.6%, strongly suggesting nesting site-area fidelity. Reasons for site-attachment could include familiarity with food and cover (refuges from predators) resources, allowing individuals to exploit the area more efficiently (Greenwood and Harvey 1982).

Our data additionally support Bergerud and Gratson's (1988) hypothesis that females should shift nesting areas following an unsuccessful nesting attempt. Unsuccessful females moved farther between consecutive-year nests in Washington (Schroeder and Robb 2003). Additionally, females moved 85% farther in Idaho (Fischer et al. 1993) and 81% farther in Colorado (Hausleitner 2003) following an unsuccessful compared to a successful nesting attempt. However, the relatively long movements in Wyoming following an unsuccessful nesting attempt did not influence subsequent-year nesting success probabilities, results similar to those reported from Washington (Schroeder and Robb 2003). The lack of a positive response following a shift in nesting sites could be related to an individual's initial unfamiliarity with the new area and the inability to optimally exploit the area's resources. However, the consistency of the shifting behavior following an unsuccessful breeding attempt implies that such breeding dispersal may be advantageous in the long term (Greenwood and Harvey 1982).

Implicit in the recommendation to use leks as focal points for identifying potential Greater Sage-Grouse nesting habitat (Connelly et al. 2000) is that nest distributions are related to lek location, which at some spatial scale will be inherently true. Nest distributions exhibited a grouped pattern across relatively contiguous sagebrush landscapes within 5 km of a lek; however, the substantial number of females nesting farther than 5 km from a lek could be important for population viability. Nest distribution patterns may change as a result of habitat alteration and fragmentation (Schroeder and Robb 2003), thus a 5-km buffer should be considered relevant only within contiguous sagebrush habitats. To protect and maintain Greater Sage-Grouse populations residing in relatively contiguous habitats, our results imply that managers should initially minimize or halt actions that reduce suitability of nesting habitats within 5 km of a lek. Managers should additionally identify all potential nesting areas, regardless of proximity to a lek, and consider those for protection. Further, if sagebrush manipulating proactive treatments are prescribed within potential nesting habitats, treated blocks need to be relatively small (i.e., less than 54 to 172 ha based on consecutive-year nest movements) and widely dispersed to provide suitable sites for philopatric individuals and maintain nest spacing.

A12

BLM_0055188

ACKNOWLEDGMENTS

The Bureau of Land Management, Wyoming Game and Fish Department, U.S. Department of Energy, Ultra Petroleum, Animal Damage Management Board, Yellowstone-to-Yukon Initiative, EnCana Oil & Gas Inc., and Cowboy 3-Shot Sage-Grouse Foundation provided financial support for this study. We thank the following landowners for access: Bates Creek Cattle Company; Bousman Ranch; Carney Ranch; Ferris Mountain Ranch; Garrott Ranch; Julian Sheep Company; Little Sandy Grazing Association; Luther Ranch; Miles Cattle Company; Miller Estate; Red Bluff Ranch; Ruby Ranch; Sealy/Sawyer Ranch; Sommers Ranch; Stone Ranch; and the Three-quarter Circle Ranch. Additional lek count and nest location data were supplied by B. J. Heath, J. L. Kuipers, A. G. Lyon, and S. J. Slater. Field assistance was provided by K. D. Downs, M. B. Hicks, R. A. Holloran, B. K. Holtby, M. A. Kaeminglk, Mr. and Mrs. T. W. Malmberg, T. E. McCollum, R. C. Powell, C. M. Sazama, M. S. Stotts, C. G. Taber, Mr. and Mrs. N. A. Tratnik, C. T. Weibel, G. L. Wilson, and J. A. Wyllie. Cheney Flying Service (Casper, WY), France Flying Service (Rawlins, WY), and Mountain Air Research (Driggs, ID) flew telemetry flights and lek surveys. P. T. McLean (University of Wyoming, Laramie, WY) provided the abstract translation. D. S. Dobkin, F. G. Lindzey, M. C. Quist, T. E. Rinkes, S. J. Slater, K. M. Thompson, and 2 anonymous reviewers improved the manuscript greatly.

LITERATURE CITED

Aldridge, C. L., and R. M. Brigham. 2001. Nesting and reproductive activities of Greater Sage-Grouse in a declining northern fringe population. Condor 103:537-543.

Allen, J. A. 1989. Searching for search image. Trends in Ecology and Evolution 4:361.

Andersson, M., and C. G. Wiklund. 1978. Clumping versus spacing out: experiments on nest predation in Fieldfares (*Turdus pilaris*). Animal Behaviour 26:1207-1212.

Bergerud, A. T. 1988. Increasing the numbers of grouse, p. 686-731. *In* A. T. Bergerud and M. W. Gratson [eds.], Adaptive strategies and population ecology of northern grouse. University of Minnesota Press, Minneapolis, MN.

Bergerud, A. T., and M. W. Gratson. 1988. Survival and breeding strategies of grouse, p. 473-577. *In* A. T. Bergerud and M. W. Gratson [eds.], Adaptive strategies and population ecology of northern grouse. University of Minnesota Press, Minneapolis, MN.

Bradbury, J. W., R. M. Gibson, C. E. McCarthy, and S. L. Vehrencamp. 1989. Dispersion of displaying male Sage Grouse II: the role of female dispersion. Behavioral Ecology and Sociobiology 24:15-24.

A13

Braun, C. E.  1998.  Sage Grouse declines in western North America: what are the problems?  Proceedings of the Western Association of State Fish and Wildlife Agencies 78:139-156.

Braun, C. E., T. Britt, and R. O. Wallestad.  1977.  Guidelines for maintenance of Sage Grouse habitats.  Wildlife Society Bulletin 5:99-106.

Connelly, J. W., S. T. Knick, M. A. Schroeder, and S. J. Stiver.  2004.  Conservation assessment of Greater Sage-Grouse and sagebrush habitats.  Western Association of Fish and Wildlife Agencies, Unpublished Report, Cheyenne, WY.

Connelly, J. W., K. P. Reese, and M. A. Schroeder.  2003.  Monitoring of Greater Sage-Grouse habitats and populations.  College of Natural Resources Experiment Station publication No. 979, University of Idaho, Moscow, ID.

Connelly, J. W., M. A. Schroeder, A. R. Sands, and C. E. Braun.  2000.  Guidelines to manage Sage Grouse populations and their habitats.  Wildlife Society Bulletin 28:967-985.

Crawford, J. A., R. A. Olson, N. E. West, J. C. Mosley, M. A. Schroeder, T. D. Witson, R. F. Miller, M. A. Gregg, and C. S. Boyd.  2004.  Ecology and management of Sage-Grouse and Sage-Grouse habitat.  Journal of Range Management 57:2-19.

Dowdy, S. M., and S. Wearden.  1991.  Statistics for research.  Second edition.  John Wiley & Sons, Inc., New York, NY.

Eng, R. L.  1955.  A method for obtaining Sage Grouse age and sex ratios from wings.  Journal of Wildlife Management 19:267-272.

Fischer, R. A., A. D. Apa, W. L. Wakkinen, and K. P. Reese.  1993.  Nesting-area fidelity of Sage Grouse in southeastern Idaho.  Condor 95:1038-1041.

Giesen, K. M., T. J. Schoenberg, and C. E. Braun.  1982.  Methods for trapping Sage Grouse in Colorado.  Wildlife Society Bulletin 10:224-231.

Greenwood, P. J., and P. H. Harvey.  1982.  The natal and breeding dispersal of birds.  Annual Review of Ecology and Systematics 13:1-21.

Guilford, T., and M. S. Dawkins.  1987.  Search images not proven:  a reappraisal of recent evidence.  Animal Behaviour 35:1838-1845.

Hausleitner, D.  2003.  Population dynamics, habitat use and movements of Greater Sage-Grouse in Moffat County, Colorado.  M.S. thesis, University of Idaho, Moscow, ID.

Holloran, M. J.  1999.  Sage Grouse (*Centrocercus urophasianus*) seasonal habitat use near Casper, Wyoming.  M.S. thesis, University of Wyoming, Laramie, WY.

BLM_0055190

Holloran, M. J., B. J. Heath, A. G. Lyon, S. J. Slater, J. L. Kuipers, and S. H. Anderson. *In press.* Greater Sage-Grouse nesting habitat selection and success in Wyoming. Journal of Wildlife Management 00:000-000.

Hooge, P. N., and B. Eichenlaub. 1997. Animal movement extension to ArcView Version 1.1. Alaska Science Center, Biological Science Office, U.S. Geological Survey, Anchorage, AK.

Knick, S. T., D. S. Dobkin, J. T. Rotenberry, M. A. Schroeder, W. M. Vander Haegen, and C. van Riper III. 2003. Teetering on the edge or too late? Conservation and research issues for avifauna of sagebrush habitats. Condor 105:611-634.

Kuipers, J. L. 2004. Grazing system and linear corridor influences on Greater Sage-Grouse (*Centrocercus urophasianus*) habitat selection and productivity. M.S. thesis, University of Wyoming, Laramie, WY.

Levin, S. A. 1992. The problem of pattern and scale in ecology. Ecology 73:1943-1967.

Lyon, A. G. 2000. The potential effects of natural gas development on Sage Grouse near Pinedale, Wyoming. M.S. thesis, University of Wyoming, Laramie, WY.

Lyon, A. G., and S. H. Anderson. 2003. Potential gas development impacts on Sage Grouse nest initiation and movement. Wildlife Society Bulletin 31:486-491.

Moynahan, B. J. 2004. Landscape-scale factors affecting population dynamics of Greater Sage-Grouse (*Centrocercus urophasianus*) in north-central Montana, 2001-2004. Ph.D. dissertation, University of Montana, Missoula, MT.

Niemuth, N. D., and M. S. Boyce. 1995. Spatial and temporal patterns of predation of simulated Sage Grouse nests at high and low nest densities: an experimental study. Canadian Journal of Zoology 73:819-825.

Nur, N., A. L. Holmes, and G. R. Geupel. 2004. Use of survival time analysis to analyze nesting success in birds: an example using Loggerhead Shrikes. Condor 106:457-471.

Patterson, R. L. 1952. The Sage Grouse in Wyoming. Sage Books, Inc., Denver, CO.

Pietrewicz, A. T., and A. C. Kamil. 1981. Search images and the detection of cryptic prey: an operant approach, p. 311-331. *In* A. C. Kamil and T. D. Sargent [eds.], Foraging behavior: ecological, ethological, and psychological approaches. Garland STPM Press, New York, NY.

Popham, G. P., and R. J. Gutierrez. 2003. Greater Sage-Grouse *Centrocercus urophasianus* nesting success and habitat use in northeastern California. Wildlife Biology 9:327-334.

Rossi, R. E., D. J. Mulla, A. G. Journel, and E. H. Franz. 1992. Geostatistical tools for modeling and interpreting ecological spatial dependence. Ecological Monographs 62:277-314.

BLM_0055191

Schroeder, M. A., C. L. Aldridge, A. D. Apa, J. R. Bohne, C. E. Braun, S. D. Bunnell, J. W. Connelly, P. A. Deibert, S. C. Gardner, M. A. Hilliard, G. D. Kobriger, S. M. McAdam, C. W. McCarthy, J. J. McCarthy, D. L. Mitchell, E. V. Rickerson, and S. J. Stiver. 2004. Distribution of Sage-Grouse in North America. Condor 106:363-376.

Schroeder, M. A., and L. A. Robb. 2003. Fidelity of Greater Sage-Grouse *Centrocercus urophasianus* to breeding areas in a fragmented landscape. Wildlife Biology 9:291-299.

Schroeder, M. A., J. R. Young, and C. E. Braun. 1999. Sage Grouse (*Centrocercus urophasianus*). *In* A. Poole and F. Gill [eds.], The Birds of North America, No. 425. The Birds of North America, Inc., Philadelphia, PA.

Slater, S. J. 2003. Sage-Grouse (*Centrocercus urophasianus*) use of different-aged burns and the effects of Coyote control in southwestern Wyoming. M.S. thesis, University of Wyoming, Laramie, WY.

Sokal, R. R., and F. J. Rohlf. 1995. Biometry: the principles and practices of statistics in biological research. Third edition. W. H. Freeman and Company, New York, NY.

Taylor, J. 1976. The advantage of spacing-out. Journal of Theoretical Biology 59:485-490.

Trani, M. K. 2002. The influence of spatial scale on landscape pattern description and wildlife habitat assessment, p. 141-155. *In* J. M. Scott, P. J. Heglund, M. L. Morrison, et al., [eds.], Predicting species occurrences: issues of accuracy and scale. Island Press, Washington, DC.

Wakkinen, W. L., K. P. Reese, and J. W. Connelly. 1992a. Sage Grouse nest locations in relation to leks. Journal of Wildlife Management 56:381-383.

Wakkinen, W. L., K. P. Reese, J. W. Connelly, and R. A. Fischer. 1992b. An improved spotlighting technique for capturing Sage Grouse. Wildlife Society Bulletin 20:425-426.

Wallestad, R. O., and D. B. Pyrah. 1974. Movement and nesting of Sage Grouse hens in central Montana. Journal of Wildlife Management 38:630-633.

BLM_0055192

FIGURE 1.  Distribution of Greater Sage-Grouse nests ($n = 340$) based on lek-of-capture to nest distances in central and western Wyoming, 1994-2003 and expected numbers assuming uniformly distributed nests ($n = 296$) within 8.5 km of a lek.

BLM_0055193



BLM_0055194

APPENDIX B

Wyoming Cooperative Fish and Wildlife Research Unit

University of Wyoming, Department 3166

Laramie, WY 82071

Telephone: (307) 766-5415; FAX: (307) 766-5400

Email (corresponding author): kmthomps@uwyo.edu

RH: Sage-grouse early brooding

# GREATER SAGE-GROUSE EARLY BROOD-REARING HABITAT USE
# AND PRODUCTIVITY IN WYOMING

Kristin M. Thompson, Corresponding Author, Wyoming Cooperative Fish and Wildlife Research Unit, University of Wyoming, Laramie, WY 82071.

Matthew J. Holloran, Wyoming Cooperative Fish and Wildlife Research Unit, University of Wyoming, Laramie, WY 82071.

Steven J. Slater, Wyoming Cooperative Fish and Wildlife Research Unit, University of Wyoming, Laramie, WY 82071.

Jarren L. Kuipers, Wyoming Cooperative Fish and Wildlife Research Unit, University of Wyoming, Laramie, WY 82071; Present address: Nebraska Game and Parks Commission, Beatrice, NE 68310.

Stanley H. Anderson, Wyoming Cooperative Fish and Wildlife Research Unit, University of Wyoming, Laramie, WY 82071.

ABSTRACT.—Populations of greater sage-grouse (*Centrocercus urophasianus*) have been declining throughout their range since the 1960s. Productivity, which includes the production and survival of young, is often cited as a factor in these declines. Greater sage-grouse at three sites in western Wyoming were radio-equipped and monitored to assess early brood-rearing (i.e, through 14 days post-

BLM_0055195

hatch) habitat use and productivity. Logistic and linear regression with Akaike's Information Criterion were used to evaluate early brood-rearing habitat use and to examine relationships between productivity and vegetation, insect, and weather parameters. Females with broods were found in areas with greater sagebrush canopy and grass cover, but lower numbers of invertebrates compared to random areas. The number of juveniles per female (estimated from wing barrel collections during fall harvest) was positively associated with the abundance of medium-length Hymenoptera and grass cover, and the proportion of females with confirmed chicks 14 days post-hatch was positively related to the abundance of medium-length Coleoptera and total herbaceous cover. Although the specific parameters varied slightly, greater sage-grouse productivity in Wyoming appeared to be associated with a combination of insect and herbaceous cover elements. Managing for abundant and diverse insect communities within dense protective sagebrush stands should help ensure high quality early brood-rearing habitat and increased greater sage-grouse productivity.

*Key words:  Greater sage-grouse, early brood-rearing,* Centrocercus urophasianus, *habitat, productivity, sagebrush, invertebrate, forb*

Over the past 50 years, populations of greater sage-grouse (*Centrocercus urophasianus*) have experienced widespread declines (Patterson 1952, Braun 1998, Connelly et al. 2004). Extirpated from three states and one Canadian province by 1998, the bird is now the focus of conservation and management concern in much of its remaining range (Connelly et al. 2004). Wyoming remains a stronghold for greater sage-grouse, where breeding bird numbers were estimated at >20,000 in 1998 (Braun 1998). However, populations throughout the state have also suffered declines; breeding male numbers decreased by an average of 5.2% annually between 1965 and 2003 (Connelly et al. 2004).

Population declines in tetraonids are often attributed to changes in productivity (Blank et al. 1967, Bergerud 1988). Productivity (i.e., the production and survival of young) may be affected by a variety of mainly extrinsic factors, including food availability and weather. Invertebrates are essential in the first several weeks post-hatch, when chicks require a high-protein diet (Johnson and Boyce 1990). Insects dominated the diet of one-week old greater sage-grouse chicks in Idaho (Klebenow and Gray 1968), Montana (Peterson 1970), and Colorado (Huwer 2004). Greater sage-grouse broods were documented using areas with high arthropod abundance in Idaho (Fischer et al. 1996). A study using captive greater sage-grouse chicks in Wyoming found that all chicks denied insects during the first 10 days post-hatch died, whereas all chicks given insects during this time survived (Johnson and Boyce 1990).

B2

BLM_0055196

After the first 1 or 2 weeks, forbs begin to gain importance in the diet of chicks. Forbs comprised 75% of the diet of juvenile greater sage-grouse in Montana (Peterson 1970), and were found in 100% of the crops of two-week-old greater sage-grouse chicks sampled in Idaho (Klebenow and Gray 1968). Productivity of greater sage-grouse in Oregon was higher in areas where chicks consumed a greater proportion of forbs and insects (Drut et al. 1994a), and the mass gain of human-imprinted chicks in Colorado was positively correlated with forb abundance in the diet (Huwer 2004). Forbs may also provide a food source for chicks by attracting invertebrates (Blenden et al. 1986, Hull et al. 1996, Jamison et al. 2002). Forb cover, including food forb cover, was higher at sites used by greater sage-grouse broods compared to non-brood sites in Colorado (Schoenberg 1982), Idaho (Klebenow 1969), Oregon (Drut et al. 1994b), Washington (Sveum et al. 1998), and Wyoming (Holloran 1999).

Weather may additionally influence productivity during the nesting and brood-rearing periods (April through August). Cold temperatures may delay nest initiation (Neave and Wright 1969) or stress incubating females (Smyth and Boag 1984). Spruce grouse (*Dendragapus canadensis*) incubating in cold and wet environments produced fewer chicks per hen (Smyth and Boag 1984), whereas productivity of sharp-tailed grouse (*Tympanuchus phasianellus*) was positively correlated with May average temperature (Flanders-Wanner et al. 2004). Newly hatched chicks have poorly developed thermoregulatory systems (Myhre et al. 1975, Aulie 1976), so they are vulnerable to extreme weather conditions during the early post-hatch period. A combination of low temperatures, continuous winds, and precipitation negatively influenced greater sage-grouse brood size during the early hatching period in Idaho (Dalke et al. 1963). The number of juveniles per adult sharp-tailed grouse harvested was positively associated with June average temperatures, but negatively correlated with June precipitation (Flanders-Wanner et al. 2004), and fall harvest numbers of ruffed grouse (*Bonasa umbellus*) were positively linked to temperatures in June (Ritcey and Edwards 1963).

Several studies have shown a relationship between brood habitat use and the availability of invertebrates (Erikstad 1985, Storch 1994, Fischer et al. 1996, Haulton et al. 2003) and forbs (Klebenow 1969, Peterson 1970, Wallestad 1971, Drut et al. 1994b, Sveum et al. 1998, Holloran 1999). Other vegetation variables, including sagebrush or shrub canopy cover (Klebenow 1969, Wallestad 1971, Schoenberg 1982, Klott and Lindzey 1990, Holloran 1999), shrub height (Dunn and Braun 1986, Martin 1970, Sveum et al. 1998, Holloran 1999), and grass or residual grass cover (Sveum et al. 1998, Holloran 1999) may also act to influence brood habitat use. Literature exists on the importance of vegetation, invertebrates, and weather to various grouse species. However, research investigating the influence of these factors on greater sage-grouse early brood-rearing habitat use is lacking, and some of the factors potentially influencing productivity remain largely speculative. Additionally, most work has

B3

BLM_0055197

focused on the independent importance of these variables; little has been done to examine their relative importance, or their interactions. Our objectives were to determine the specific habitat components associated with greater sage-grouse early brood habitat use and establish which factors were most strongly related to greater sage-grouse productivity.

## STUDY AREA

The research was conducted at three sites in western Wyoming. The 30,400 ha Pinedale study area (42°45′N, 109°55′W) is located at elevations ranging between 2140 and 2300 m, has a mean temperature during the nesting/brood-rearing period (April-August) of 10.1° C, and April-August precipitation averages 14.7 cm. The 45,900 ha Lander site (42°33′N, 108°29′W) is located at elevations ranging between 1730 and 2470 m. Temperatures during the nesting and brood-rearing periods average 15.7° C, and mean precipitation between April and August is 17.8 cm. The 55,000 ha Kemmerer site (45°53′N, 110°54′W) is located at elevations ranging between 1900 and 2510 m. Mean temperature between April and August is 11.4° C, and the average precipitation during this same time is 14 cm (Western Regional Climate Center, Reno, NV). For detailed description of study areas see Lyon 2000, Slater 2003, and Kuipers 2004.

All three sites are dominated by sagebrush (*Artemisia* spp.), mainly Wyoming big sagebrush (*A. tridentata wyomingensis*). Other common shrub species include basin big sagebrush (*A. t. tridentata*), mountain big sagebrush (*A. t. vaseyana*), saltbrush (*Atriplex* spp.), rabbitbrush (*Chrysothamnus* spp.), and bitterbrush (*Purshia* spp.). Wheatgrass (*Elymus* and *Agropyron* spp.) and brome (*Bromus* spp.) dominate the grass family, while western yarrow (*Achillea millefolium*), dandelion (*Taraxacum officinale*), and lupine (*Lupinus* spp.) are among the most common forbs (taxonomy Stubbendieck et al. 2003).

## METHODS

Data were collected at the Pinedale site between 1999 and 2003, at the Lander site between 2000 and 2003, and at the Kemmerer site between 2000 and 2002, for a total of 12 site-years (e.g., Pinedale 1999, Pinedale 2000, Pinedale 2001, etc.). Female greater sage-grouse were captured at leks in the early spring of each year using spotlighting and hoop-netting techniques (Giesen et al. 1982, Wakkinen et al. 1992). Females were fitted with 19.5 or 25.5-g wire-necklace radio-transmitters (Advanced Telemetry Systems, Inc., Isanti, MN) and tracked with hand-held radio-telemetry receivers and three-element Yagi antennas. Females were located within the first two weeks of incubation to determine nest locations, and nest fate (successful or unsuccessful) was determined when the female left the

B4

nesting area.  A nest was considered successful if ≥1 egg hatched, determined by presence of detached eggshell membranes (Girard 1939).  Early brood use locations were obtained between 6 and 14 days post-hatch for females whose nests successfully hatched.  For comparison with early brood locations (i.e., use habitat plots), random habitat locations were obtained by random generation of easting and northing locations within the study areas.

Vegetation and insect characteristics were measured at both use and random plots.  Sagebrush canopy cover (%) was estimated at each plot using the line-intercept method (Canfield 1941), in which two perpendicular 30-m transects were centered on each plot.  A 1 m-wide belt transect was created over the 30-m transects to estimate live sagebrush density as the number of plants per square meter (counted plants included all plants where ≥50% of the plant was within the belt transect).  Live sagebrush height (cm) was estimated as the maximum height, excluding flowering stalks, of each sagebrush plant encountered during the line-intercept sampling.  Ground cover (%) of herbaceous species (new [i.e., current year's growth] grasses, residual [i.e., standing dead] grasses, and forbs) was estimated using the Daubenmire (1959) method:  a 20×50-cm open-ended frame was placed over sampling plots located at 0, 1, and 2.5 m from the center of each transect (12 total frames per plot).  We converted categorical estimates of herbaceous cover to percentages (1 = 2.5%, 2 = 15%, 3 = 37.5%, 4 = 62.5%, 5 = 85%, 6 = 97.5%; Daubenmire 1959) for each of the 12 frames per plot; converted cover estimates from the 12 frames were averaged to derive a single estimate for each variable per plot. Herbaceous vegetation variables included total herbaceous cover (all new and residual grasses and forbs), forb cover (including winterfat [*Eurotia lanata*] and fringed sagewort [*A. frigida*]), new grass cover, and residual grass cover.  Ground cover estimates were also calculated for litter and bare ground. The height of new and residual grasses (cm) was determined by measuring the tallest grasses that occurred relatively frequently within each Daubenmire frame (heights were meant to be representative of the herbaceous community; single very tall blades were not included).  Height estimates from the 12 Daubenmire frames were averaged to derive single grass height estimates per plot.

Arthropods were sampled using pitfall traps (Greenslade 1964) established along the vegetation transects at distances of 0, 1, 2.5, 7, and 15 m from the center (17 total pitfall traps per plot).  Traps remained open for 48 hours.  Isopropanol was used to kill and preserve trapped insects.  Trap contents were sorted to order, except for arachnids, which were sorted to class.  Arthropods were further sorted into three length categories using guidelines developed from Patterson (1952) and Whitmore et al. (1986).  Arthropods <3 cm were considered small, 3 to 11 cm were considered medium, and those >11 cm were classified as large.  Soft-bodied larva, such as grubs and caterpillars, were an exception; the medium length category contained arthropods between 3 and 15 cm, and only those >15 cm were

B5

BLM_0055199

considered large. The medium length class was considered the length class of invertebrate most likely to be selected for and eaten by foraging chicks. Per plot abundances were calculated for each order and length category of invertebrates.

<center>STATISTICAL ANALYSIS</center>

All site-years with five or fewer use plots were removed because the small sample size did not allow for accurate representation of the site; this removal left 8 site-years for use in further analyses. The data for these remaining site-years were winsorized (i.e., outliers in an ordered array were replaced by their neighboring values; Sokal and Rohlf 1995). Data were winsorized because examination of the data revealed that single outlying data points (e.g., pitfall traps located on anthills) were unduly influencing site values in certain instances.

HABITAT USE.—Data were standardized by site (by subtracting the mean and dividing by the standard deviation; Sokal and Rohlf 1995) to minimize any influence of site on the results. We used logistic regression to examine habitat use relationships (use vs. random; $n = 262$). From our original group of variables, we selected 11 variables to represent three vegetation and insect components. Variable selection was based on both correlation analyses and published literature (including Klebenow 1969, Dunn and Braun 1986, Klott and Lindzey 1990, Drut et al. 1994$b$, Fischer et al. 1996, Pyle and Crawford 1996, and Holloran 1999). Where correlation analyses revealed strong correlations between variables (e.g., between sagebrush canopy cover, total shrub canopy cover, and litter cover), one variable from the group was selected based on its importance in the literature. The abundances of several insect variables, including Orthoptera, were too small to be used in analyses. Sagebrush canopy cover, live sagebrush density, and sagebrush height represented the shrub component, total forb cover, total grass (new + residual grass) cover, mean grass (new + residual grass) height, and total herbaceous cover represented the herbaceous component, and total invertebrate abundance, total Hymenoptera abundance, medium-length Hymenoptera abundance, and medium-length Coleoptera abundance represented the insect component. Because this research was primarily exploratory in nature, all possible two and three variable combinations were used in logistic regression analyses. To reduce multicollinearity, we did not include variable combinations containing variables correlated by a Pearson's correlation coefficient ($r$) >0.70. Our suite of candidate models included 62 models. Models were ranked using a small-sample size bias adjusted Akaike's Information Criterion (AIC$_c$; Burnham and Anderson 2002). Akaike weights ($w_i$) were used to assess the relative importance of each vegetation and insect variable in distinguishing between use and random sites (Burnham and Anderson 2002). Cumulative Akaike weights were estimated from the entire set of models.

<center>B6</center>

BLM_0055200

PRODUCTIVITY.—Productivity was measured by two variables: juveniles per female and the proportion of females with confirmed chicks 14 days post-hatch. Juveniles per female numbers were obtained from the Wyoming Game and Fish Department and were calculated using juvenile to adult ratios in wing barrel collections in the fall harvest (Autenrieth et al. 1982, Connelly et al. 2000; data from Wyoming Game and Fish Department harvest reports, Cheyenne, WY). To ensure that juveniles per female estimates were comparable to our habitat measurements, we only used harvest estimates from areas where radio-equipped females were located during the hunting season. The proportion of females with confirmed chicks was defined as the percentage of successfully nesting females with ≥1 chick alive 14 days post-hatch. The presence of chicks was based on visual confirmation and brooding females' reaction to researcher presence (Schroeder et al. 1999). We relocated successfully nesting females recorded as having no chicks alive 2 to 5 days following the initial location to confirm brood loss. Vegetation, insect, and weather variables were again selected based on correlation analyses and their importance in the literature (including Dalke et al. 1963, Klebenow and Gray 1968, Peterson 1970, and Drut et al. 1994$a$). Vegetation parameters included total forb cover, total grass cover, mean grass height, and total herbaceous cover; the insect component was comprised of total invertebrate abundance, total Hymenoptera abundance, medium-length Hymenoptera abundance, and medium-length Coleoptera abundance. We used one-way analysis of variance (ANOVA) to examine the effect of site and year on the variables; those variables that differed significantly by site or year ($P \leq 0.1$) were standardized by site (Sokal and Rohlf 1995).

Weather data were obtained from the Western Regional Climate Center (Western Regional Climate Center, Reno, NV). Where data were unavailable, we extrapolated (using kriging techniques in a GIS; Burrough and McDonnell 1998) using data from nearby weather stations. To minimize any effects of site, both temperature and precipitation variables were calculated as a percent of average (period of record 1948 – 2004). It seemed likely that the interaction of temperature and precipitation could have a greater effect on productivity than either variable alone, so we created a combination temperature/precipitation (TempPre) variable, calculated by dividing temperature by precipitation. Therefore, a hot and dry month would have a high TempPre value, whereas a wet and cold month would have a low TempPre value. The TempPre variable was developed for April – May (AprMay_TempPre), June (Jun_TempPre), and July – August (JulAug_TempPre). Because estimates of the proportion of females with confirmed chicks were generated by mid-June, JulAug_TempPre was included only in the juveniles per female analysis.

We generated a suite of models using our selected vegetation, insect, and weather variables. To avoid over-parameterizing the models (Hosmer and Lemeshow 1989), variable combinations were

B7

BLM_0055201

limited to 2 variables. All possible 2-variable combinations (except those in which the variables were correlated to each other by $r > 0.70$) were included in the multiple regression analysis, with either juveniles per female or the proportion of females with confirmed chicks as the dependent variable. Our suite of candidate models included 39 models for use in the juveniles per female analysis and 32 models for the proportion of females with confirmed chicks analysis. Mean site-year data ($n = 8$ site-years) were used for all productivity analyses. Akaike's Information Criterion with a small-sample bias adjustment ($AIC_c$) was used to select the most parsimonious model(s), and Akaike weights ($w_i$) were used to determine the relative importance of the habitat and insect components (Burnham and Anderson 2002). Cumulative variable weights were estimated from the entire set of models. Productivity analyses were conducted using mean site-year data obtained from random plots (vs. use plots). The weather variables and the juveniles per female numbers used in our analyses were site-level data, and we believed that data collected from random plots were more representative of annual site conditions.

All spatial analyses were conducted using ArcView GIS v3.2 (ESRI, Inc. 1998), and statistical analyses were conducted using Minitab Release 13 (Minitab, Inc. 1994) and SAS v8.2 (SAS Institute, Inc. 1990).

<div align="center">RESULTS</div>

Data used in habitat use analyses (i.e., site-years with more than 5 use plots) included Pinedale 1999 ($n = 9$ use plots [i.e., locations for 9 different females with broods], 9 random plots), 2000 ($n = 8$ use, 8 random), 2002 ($n = 16$ use, 22 random), and 2003 ($n = 15$ use, 24 random); Lander 2001 ($n = 7$ use, 29 random), 2002 ($n = 9$ use, 19 random), and 2003 ($n = 10$ use, 39 random); and Kemmerer 2002 ($n = 8$ use, 30 random). Productivity analyses were conducted using mean data from these years ($n = 8$ site-years). Hymenoptera were the most common arthropods sampled, making up nearly 60% of the total arthropod abundance in both use and random habitats. Coleoptera were also fairly common, comprising just over 20% of the total arthropod abundance. Most Hymenoptera (73%) and Coleoptera (62%) collected were adults, and were within the medium-length category. The majority of the shrub cover was comprised of sagebrush; mean sagebrush canopy cover from use and random locations combined was 20.0% ($\pm s_{\bar{x}}$; $\pm 0.7$). Mean live sagebrush density was 1.7 ($\pm 0.1$) plants/m$^2$; mean sagebrush height was 27.2 ($\pm 0.6$) cm. Total herbaceous cover averaged 26.2% ($\pm 1.1$); total forb cover and total grass cover averaged 4.9% ($\pm 0.4$) and 9.0% ($\pm 0.3$), respectively. Mean grass + residual grass height was 10.7 ($\pm 0.2$) cm.

HABITAT USE.—Fourteen of our 62 models had $AIC_c$ values within 2 units of the minimum $AIC_c$ value (Table 1), suggesting substantial support (Burnham and Anderson 2002). Thirteen of the 14

<div align="center">B8</div>

models statistically fit the data (Hosmer-Lemeshow goodness-of-fit test statistics). In accordance with AIC principles (Burnham and Anderson 2002) all models were retained in the analysis (post hoc examination of the data after removing models that did not statistically fit the data [Hosmer and Lemeshow 1989] indicated that conclusions did not differ from the original analysis: cumulative Akaike weights indicating relative variable importance were virtually unaffected). Based on $AIC_c$ weights, the top model was only marginally better in predicting habitat use than were the other 13 candidate models (i.e., evidence ratios ≤2.7; Burnham and Anderson 2002). However, although none of the models was clearly the best, the cumulative Akaike weight was fairly substantial for the sagebrush cover variable (0.71), indicating that it may be a good predictor of habitat use. Examination of regression data directional trends suggested that broods were using areas with increased sagebrush canopy cover and density, total grass cover, and mean grass height, and decreased invertebrate abundance compared to random areas (Table 1). Forb abundance was slightly positive, but appeared in only one of the top 14 models.

PRODUCTIVITY.—Two models in the juveniles per female analysis fell within 2 units of the minimum $AIC_c$ value (Burnham and Anderson 2002). The top model contained the terms medium-length Hymenoptera abundance and total grass cover, and had an $AIC_c$ weight of 0.46. The second-ranked model included the variables medium-length Hymenoptera abundance and medium-length Coleoptera abundance ($AIC_c$ weight 0.17). The number of juveniles per female was positively associated with each of the independent variables in these top models. Based on cumulative $AIC_c$ weights, the most important parameters influencing juveniles per female appeared to be medium-length Hymenoptera abundance and total grass cover (Table 2).

The analysis of the proportion of females with confirmed chicks 14 days post-hatch yielded one highly plausible model, which contained the variables total herbaceous cover and medium-length Coleoptera abundance. The $AIC_c$ weight associated with this model was 0.98 and the evidence ratio was 57.3, suggesting that, given the data, this model was likely to be the best model (Burnham and Anderson 2002). The proportion of females with confirmed chicks was positively associated with both total herbaceous cover and medium-length Coleoptera abundance. Total herbaceous cover and medium-length Coleoptera abundance were also the most important individual parameters, based on cumulative $AIC_c$ weights (Table 2).

DISCUSSION

Greater sage-grouse broods in Wyoming used habitats with greater sagebrush and grass cover, but fewer insects compared to random sites. The abundance of forbs did not appear to play a large role in

B9

BLM_0055203

early brood habitat use.  Though numerous researchers have examined habitat use by broods, results are somewhat inconsistent.  Similar to the results of our study, greater sage-grouse in Colorado used areas with greater sagebrush canopy cover than random sites (Dunn and Braun 1986); however, that study included not only females with broods, but juveniles and unsuccessfully nesting females.  Schoenberg (1982) found no significant difference in sagebrush cover between brood use sites and random sites, whereas Klebenow (1969), Klott and Lindzey (1990), and Holloran (1999) documented brood use of sites with lower sagebrush or shrub cover than random sites.  Greater sage-grouse broods in Idaho used areas with greater abundance of Hymenoptera than non-brood locations (Fischer et al. 1996).  Numerous studies of other galliform species have found similar results:  capercaillie (*Tetrao urogallus*), black grouse (*Tetrao tetrix*), lesser prairie-chicken (*Tympanuchus pallidicinctus*), and ruffed grouse broods have been documented selecting areas with greater invertebrate abundances than available areas (Storch 1994, Baines et al. 1996, Jamison et al. 2002, Haulton et al. 2003).  In contrast, our broods were found in areas with lower amounts invertebrates than were generally available.

One potential reason for discrepancies between our results and those from other studies is that investigator presence had an effect on habitat use.  Although we made every attempt to avoid disturbance to birds while radio-tracking, it is possible that once broods heard or sighted investigators, the birds changed their focus from foraging to escape.  This could have biased our results toward security cover (i.e., increased sagebrush cover) and away from foraging habitat (i.e., increased arthropods and forbs).  Greater sage-grouse are often found near habitat edges (Dunn and Braun 1986), so even small-scale movements of 5 to 10 m may have been enough to shift birds between different habitat types.  Although we do not believe that we influenced brood habitat use, if broods did move during the tracking process it would suggest that they were feeding in areas closely associated with suitable security cover.

We believe a more likely explanation is based on temporal differences between studies.  Our study examined brood habitat use early in the brood-rearing period (before chicks were two weeks old).  Holloran (1999) collected data on chicks between 2 and 4 weeks of age, Klebenow (1969) examined habitat use by broods up to 7 weeks of age, and Klott and Lindzey (1990) obtained brood locations throughout the summer.  Grouse chicks experience heavy losses within the first few weeks of life.  Survival of greater sage-grouse chicks to 21 days old in Idaho ranged from 21 to 50% (Burkepile et al. 2002), and between 14 and 33% of chicks survived to 50 days of age in Washington and Canada (Schroeder 1997, Aldridge and Brigham 2001).  Crawford et al. (2004) averaged the results of 3 studies to come up with an estimated 10% survival rate from hatch to the first potential breeding season.  These studies did not examine how much mortality occurred during the first 14 days; however, Holloran

B10

(1999) documented the majority of chick loss during the first 2 to 3 weeks. Patterson (1952) suggested that although a myriad of factors may be involved, losses to predation potentially account for the greatest amount of juvenile mortality in greater sage-grouse. In addition, several authors suggest that predation may be one factor limiting annual tetraonid productivity (Batterson and Morse 1948, Marcström et al. 1988, Baines 1991).

Greater sage-grouse broods in Wyoming appeared to be selecting habitats with increased security cover during the first two weeks post-hatch. Chicks are generally not capable of flight before 10 days to two weeks of age (Girard 1937, Wallestad 1975), thus the presence of dense protective cover may be even more important for females with younger broods than for older broods that have alternate means of escape. The need for foraging areas in close proximity to protective cover has been well documented (Klebenow 1969, Wallestad 1971, Klott and Lindzey 1990, Sveum et al. 1998, Holloran 1999). Insect abundances were negatively correlated with sagebrush cover ($r$ = -0.15 total arthropods; -0.12 optimal-length Hymenoptera; -0.11 total Hymenoptera), thus lower levels of this component in brood use areas in Wyoming were likely an artifact of these correlations and not selection.

Forb cover did not appear to be a driving factor in early brood habitat use. Although many studies have documented brood use of sites with high forb abundance (Klebenow 1969, Klott and Lindzey 1990, Sveum et al. 1998, Holloran 1999), these studies examined habitat use later in the brood-rearing period. Because we estimated early brood habitat use to 14 days post-hatch, forbs may not yet have been the main component of the diet. Patterson (1952) suggests that vegetation begins to gain importance in chick diets after the first few weeks of life. Klebenow and Gray (1968), Peterson (1969) and Huwer (2004) found that invertebrates dominated the diet of greater sage-grouse chicks during the first week, before forbs began to gain importance as a food source.

The ratio of juveniles to adult females in the fall harvest appeared to be most strongly influenced by invertebrate abundance and grass cover. Our top two models both included medium-length Hymenoptera abundance. Hymenoptera, which in our study consisted mainly of ants (Formicidae), have been shown to be an important food item for young chicks; ants were found in 75% of the crops of birds 1 to 4 weeks old in Montana (Peterson 1970) and in up to 100% of the crops of juvenile greater sage-grouse collected in Idaho (Klebenow and Gray 1968). Johnson and Boyce (1990) found that insects were crucial for survival of young sage grouse chicks, and studies of several other galliform species have found that invertebrate abundance was positively associated with productivity (Green 1984, Hill 1985, Park et al. 2001). Total grass cover was the top vegetation variable; nearly 60% of the $AIC_c$ weight was attributed to models that included this variable. It likely served a protective function by screening foraging broods from potential predators.

B11

BLM_0055205

The factors associated with the proportion of females with confirmed chicks appeared to be well defined. AIC analysis yielded only one highly plausible model containing the variables medium-length Coleoptera abundance and total herbaceous cover. Like Hymenoptera, Coleoptera are often a principal component in juvenile greater sage-grouse diets (Klebenow and Gray 1968, Peterson 1970). Total herbaceous cover was comprised of both grasses and forbs. Therefore, it may have served a dual function of providing both protection and food sources. Total forb cover was positively correlated with both medium-length Hymenoptera ($r = 0.68$) and medium-length Coleoptera ($r = 0.81$) abundances. Whereas forb cover did appear in a second-tier model (i.e., $\Delta AIC_c$ between 2 and 4) in the juveniles per female analysis, it was not strongly related to the proportion of females with confirmed chicks. Again, because we examined this measure of productivity by 14 days post-hatch, forbs may not yet have been the major component of the diet.

We found virtually no relationship between weather and productivity. It is possible that short-lived, extreme weather conditions (e.g., heavy rainfall, severe cold spell) influenced productivity, but these occurrences were not detectable using annual weather data. However, the trends we did see were consistent; all weather variables were positively associated with our two measures of productivity. Warm and dry conditions appeared to be more favorable for productivity than cold and wet conditions.

Our study suggests that abundant medium-length insects within heavy sagebrush cover will be most beneficial to juvenile greater sage-grouse. During the early brood-rearing period, broods used sites within or near dense (average 20% canopy cover) sagebrush cover, and increased productivity was positively associated with abundance of insects and herbaceous cover. Although managing directly for invertebrates is likely not feasible, it may be possible to indirectly manage for insect abundance through the manipulation of vegetation. Invertebrate biomass has been found to be positively correlated to forb abundance (Southwood and Cross 1969, Blenden et al. 1986, Hull et al. 1996, Jamison et al. 2002); thus, enhancement of the forb component could serve a dual function by directly providing a food resource while ensuring the availability of insects. Development and maintenance of a productive forb layer should not come at the expense of sagebrush cover, however. The overriding factor affecting habitat use by greater sage-grouse broods appeared to be the presence of protective sagebrush cover; therefore, this cover should be maintained while increasing the understory herbaceous layer. Managing for a productive, diverse understory within dense sagebrush stands should help ensure high quality early brood-rearing habitat, and enhance the potential for increased greater sage-grouse productivity.

BLM_0055206

ACKNOWLEDGMENTS

Funding was provided by the Wyoming Game and Fish Department, Bureau of Land Management, Department of Energy, 3-Shot Sage-grouse Foundation, Yellowstone-to-Yukon Initiative, EnCana Oil and Gas, and the Animal Damage Management Board.  We thank D.R. Edmunds, R.A. Holloran, B.K. Holtby, M.A. Kaemingk, A.G. Lyon, Mr. and Mrs. T.W. Malmberg, C.M. Sazama, C.G. Taber, Mr. and Mrs. N.A. Tratnik, and G.L. Wilson for assistance with field research.  France Flying Service (Rawlins, WY) and Mountain Air Research (Driggs, ID) provided logistical support.  We thank A.D. Apa, A.J. Carlson, J.W. Connelly, W.A. Hubert, D.D. Paulson, S.E. Richman, and an anonymous reviewer for valuable comments on earlier versions of this manuscript.

## LITERATURE CITED

ALDRIDGE, C.L. AND R.M. BRIGHAM.  2001.  Nesting and reproductive activities of greater sage-grouse in a declining northern fringe population.  Condor 103:537-543.

AULIE, A.  1976.  The pectoral muscles and the development of thermoregulation in chicks of willow ptarmigan (*Lagopus lagopus*).  Comparative Biochemistry and Physiology 53A:343-346.

AUTENRIETH, R., M. MOLINI, AND C. BRAUN.  1982.  Sage grouse management practices.  Western States Sage Grouse Committee, Technical Bulletin 1.  Twin Falls, Idaho.  42 pp.

BAINES, D.  1991.  Factors contributing to local and regional variation in black grouse breeding success in northern Britain.  Ornis Scandinavica 22:264-269.

——, I.A. WILSON, AND G. BEELEY.  1996.  Timing of breeding in Black Grouse *Tetrao tetrix* and Capercaillie *Tetrao urogallus* and distribution of insect food for the chicks.  Ibis 138:181-187.

BATTERSON, W.M. AND W.B. MORSE.  1948.  Oregon sage grouse.  Oregon Fauna Serv. 1.  Oregon Game Commission, Portland.  29 pp.

BERGERUD, A.T.  1988.  Population ecology of North American grouse.  Pages 578-685 *in* A.T. Bergerud and M.W. Gratson, editors, Adaptive strategies and population ecology of northern grouse.  University of Minnesota Press, Minneapolis.

BLANK, T.H., T.R.E. SOUTHWOOD, AND D.J. CROSS.  1967.  The ecology of the partridge. I. Outline of population processes with particular reference to chick mortality and nest density.  Journal of Animal Ecology 36:549-556.

BLENDEN, M.D., M.J. ARMBRUSTER, T.S. BASKETT, AND A.H. FARMER.  1986.  Evaluation of model assumptions: the relationship between plant biomass and arthropod abundance.  Pages 11-14 *in* J. Verner, M.L. Morrison, and C.J. Ralph, editors, Modeling habitat relationships of terrestrial vertebrates.  University of Wisconsin Press, Madison.

BLM_0055207

BRAUN, C.E. 1998. Sage grouse declines in western North America: what are the problems? Pages 139-156 *in* Proceedings of the 1998 Western Association of State Fish and Wildlife Agencies, Jackson, WY.

BURKEPILE, N.A., J.W. CONNELLY, D.W. STANLEY, AND K.P. REESE. 2002. Attachment of radiotransmitters to one-day-old sage grouse chicks. Wildlife Society Bulletin 30:93-96.

BURNHAM, K.P. AND D.R. ANDERSON. 2002. Model selection and multimodel inference: a practical information-theoretic approach. 2nd edition. Springer-Verlag, New York, NY. 488 pp.

BURROUGH, P.A. AND R.A. MCDONNELL. 1998. Principles of geographical information systems. Oxford University Press, New York, NY. 333 pp.

CANFIELD, R. 1941. Application of the line intercept method in sampling of range vegetation. Journal of Forestry 39:386-394.

CONNELLY, J. W., M.A. SCHROEDER, A.R. SANDS, AND C.E. BRAUN. 2000. Guidelines to manage sage grouse populations and their habitats. Wildlife Society Bulletin 28:967-985.

——, S.T. KNICK, M.A. SCHROEDER, AND S.J. STIVER. 2004. Conservation assessment of greater sage-grouse and sagebrush habitats. Western Association of Fish and Wildlife Agencies. Unpublished Report. Cheyenne, WY. 601 pp.

CRAWFORD, J.A., R.A. OLSON, N.E. WEST, J.C. MOSLEY, M.A. SCHROEDER, T.D. WHITSON, R.F. MILLER, M.A. GREGG, AND C.S. BOYD. 2004. Ecology and management of sage-grouse and sage-grouse habitat. Journal of Range Management 57:2-19.

DALKE, P.D., D.B. PYRAH, D.C. STANTON, J.E. CRAWFORD, AND E.F. SCHLATTERER. 1963. Ecology, productivity, and management of sage grouse in Idaho. Journal of Wildlife Management 27:811-841.

DAUBENMIRE, R.F. 1959. A canopy-coverage method of vegetational analysis. Northwest Science 33:43-64.

DRUT, M.S., W.H. PYLE, AND J.A. CRAWFORD. 1994*a*. Technical note: diets and food selection of sage grouse chicks in Oregon. Journal of Range Management 47:90-93.

——, J.A. CRAWFORD, AND M.A. GREGG. 1994*b*. Brood habitat use by sage grouse in Oregon. Great Basin Naturalist 54:170-176.

DUNN, P.O. AND C.E. BRAUN. 1986. Summer habitat use by adult female and juvenile sage grouse. Journal of Wildlife Management 50:228-235.

ERIKSTAD, K.E. 1985. Growth and survival of willow grouse chicks in relation to home range size, brood movements and habitat selection. Ornis Scandinavica 16:181-190.

BLM_0055208

ESRI, INC. 1998. Introduction to ArcView® GIS. Environmental Systems Research Institute, Inc., Redlands, CA. 604 pp.

FISCHER, R.A., K.P. REESE, AND J.W. CONNELLY. 1996. An investigation of fire effects within xeric sage grouse brood habitat. Journal of Range Management 49:194-198.

FLANDERS-WANNER, B.L., G.C. WHITE, AND L.L. MCDANIEL. 2004. Weather and prairie grouse: dealing with effects beyond our control. Wildlife Society Bulletin 32:22-34.

GIESEN, K.M., T.J. SCHOENBERG, AND C.E. BRAUN. 1982. Methods for trapping sage grouse in Colorado. Wildlife Society Bulletin 10:224-231.

GIRARD, G.L. 1937. Life history, habits and food of the sage grouse, Centrocercus urophasianus Bonaparte. University of Wyoming Publications, Publication 3. University of Wyoming, Laramie. 56 pp.

——. 1939. Notes on life history of the shoveler. Transactions of the North American Wildlife Conference 4:364-371.

GREEN, R.E. 1984. The feeding ecology and survival of partridge chicks (*Alectoris rufa* and *Perdix perdix*) on arable farmland in East Anglia. Journal of Applied Ecology 21:817-830.

GREENSLADE, P.J.M. 1964. Pitfall trapping as a method for studying populations of Carabidae (Coleoptera). Journal of Animal Ecology 33:301-310.

HAULTON, G.S., D.F. STAUFFER, R.L. KIRKPATRICK, AND G.W. NORMAN. 2003. Ruffed grouse (*Bonasa umbellus*) brood microhabitat selection in the southern Appalachians. American Midland Naturalist 150:95-103.

HILL, D.A. 1985. The feeding ecology and survival of pheasant chicks on arable farmland. Journal of Applied Ecology 22:645-654.

HOLLORAN, M.J. 1999. Sage grouse (*Centrocercus urophasianus*) seasonal habitat use near Casper, Wyoming. Master's thesis, University of Wyoming, Laramie.

HOSMER, D.W. AND S. LEMESHOW. 1989. Applied logistic regression. John Wiley & Sons, New York, NY. 307 pp.

HULL, S.D., R.J. ROBEL, AND K.E. KEMP. 1996. Summer avian abundance, invertebrate biomass, and forbs in Kansas CRP. Prairie Naturalist 28:1-12.

HUWER, S.L. 2004. Evaluating greater sage-grouse brood habitat using human-imprinted chicks. Master's thesis, Colorado State University, Fort Collins.

JAMISON, B.E., R.J. ROBEL, J.S. PONTIUS, AND R.D. APPLEGATE. 2002. Invertebrate biomass: associations with lesser prairie-chicken habitat use and sand sagebrush density in southwestern Kansas. Wildlife Society Bulletin 30:517-526.

B15

BLM_0055209

JOHNSON, G.D. AND M.S. BOYCE.  1990.  Feeding trials with insects in the diet of sage grouse chicks.  Journal of Wildlife Management 54:89-91.

KLEBENOW, D.A.  1969.  Sage grouse nesting and brood habitat in Idaho.  Journal of Wildlife Management 33:649-661.

—— AND G.M. GRAY.  1968.  Food habits of juvenile sage grouse.  Journal of Range Management 21:80-83.

KLOTT, J.H. AND F.G. LINDZEY.  1990.  Brood habitats of sympatric sage grouse and Columbian sharp-tailed grouse in Wyoming.  Journal of Wildlife Management 54:84-88.

KUIPERS, J.L.  2004.  Grazing system and linear corridor influences on greater sage-grouse (*Centrocercus urophasianus*) habitat selection and productivity.  Master's thesis, University of Wyoming, Laramie.

LYON, A.G.  2000.  The potential effects of natural gas development on sage grouse near Pinedale, Wyoming.  Master's thesis, University of Wyoming, Laramie.

MARCSTROM, V., R.E. KENWARD, AND E. ENGREN.  1988.  The impact of predation on boreal tetraonids during vole cycles: an experimental study.  Journal of Animal Ecology 57:859-872.

MARTIN, N.S.  1970.  Sagebrush control related to habitat and sage grouse occurrence.  Journal of Wildlife Management 34:313-320.

MINITAB, INC.  1994.  Minitab® User's Guide, Release 10 for Windows.  State College, PA.  268 pp.

MYHRE, K., M. CABANAC AND G. MYHRE.  1975.  Thermoregulatory behavior and body temperature in chicks of willow grouse (*Lagopus lagopus lagopus*).  Poultry Science 54:1174-1179.

NEAVE, D.J. AND B.S. WRIGHT.  1969.  The effects of weather and DDT spraying on a ruffed grouse population.  Journal of Wildlife Management 33:1015-1020.

PARK, K.J., P.A. ROBERTSON, S.T. CAMPBELL, R. FOSTER, Z.M. RUSSELL, D. NEWBORN, AND P.J. HUDSON.  2001.  The role of invertebrates in the diet, growth and survival of red grouse (*Lagopus lagopus scoticus*) chicks.  Journal of Zoology, London 254:137-145.

PATTERSON, R.L.  1952.  The sage grouse in Wyoming.  Wyoming Game and Fish Commission.  Sage Books, Inc., Denver, CO.  341 pp.

PETERSON, J.G.  1970.  The food habitats and summer distribution of juvenile sage grouse in central Montana.  Journal of Wildlife Management 34:147-155.

PYLE, W.H. AND J.A. CRAWFORD.  1996.  Availability of foods of sage grouse chicks following prescribed fire in sagebrush-bitterbrush.  Journal of Range Management 49:320-324.

BLM_0055210

RITCEY, R.W. AND R.Y. EDWARDS. 1963. Grouse abundance and June temperatures in Wells Gray Park, British Columbia. Journal of Wildlife Management 27:604-606.

SAS INSTITUTE, INC. 1990. SAS/STAT® User's Guide, Version 6. 4th edition. Volume 2. SAS Institute, Cary, NC. 846 pp.

SCHOENBERG, T.J. 1982. Sage grouse movements and habitat selection in North Park, Colorado. Master's thesis, Colorado State University, Fort Collins.

SCHROEDER, M.A. 1997. Unusually high reproductive effort by sage grouse in a fragmented habitat in north-central Washington. Condor 99:933-941.

——, J.R. YOUNG, and C.E. BRAUN. 1999. Sage grouse (*Centrocercus urophasianus*). Pages 1-28 *in* A. Poole and F. Gill, editors, The Birds of North America, No. 425. The Birds of North America, Inc., Philadelphia, PA.

SLATER, S.J. 2003. Sage grouse (*Centrocercus urophasianus*) use of different-aged burns and the effects of coyote control in southwestern Wyoming. Master's thesis, University of Wyoming, Laramie.

SMYTH, K.E. AND D.A. BOAG. 1984. Production in spruce grouse and its relationship to environmental factors and population parameters. Canadian Journal of Zoology 62:2250-2257.

SOKAL, R.R. AND F.J. ROHLF. 1995. Biometry. 3rd edition. W. H. Freeman, New York, NY. 887 pp.

SOUTHWOOD, T.R.E. AND D.J. CROSS. 1969. The ecology of the partridge. III. Breeding success and the abundance of insects in natural habitats. Journal of Animal Ecology 38:497-509.

STORCH, I. 1994. Habitat and survival of capercaillie *Tetrao urogallus* nests and broods in the Bavarian Alps. Biological Conservation 70:237-243.

STUBBENDIECK, J., S.L. HATCH, AND L.M. LANDHOLT. 2003. North American wildland plants: a field guide. 6th edition. University of Nebraska Press, Lincoln. 501 pp.

SVEUM, C.M., J.A. CRAWFORD, AND W.D. EDGE. 1998. Use and selection of brood-rearing habitat by sage grouse in south central Washington. Great Basin Naturalist 58:344-351.

WAKKINEN, W.L., K.P. REESE, J.W. CONNELLY, AND R.A. FISCHER. 1992. An improved spotlighting technique for capturing sage grouse. Wildlife Society Bulletin 20:425-426.

WALLESTAD, R.O. 1971. Summer movements and habitat use by sage grouse broods in central Montana. Journal of Wildlife Management 35:129-136.

——. 1975. Life history and habitat requirements of the sage grouse in central Montana. Division of Wildlife, Montana Department of Game and Fish. 65 pp.

WHITMORE, R.W., K.P. PRUESS, AND R.E. GOLD. 1986. Insect food selection by 2-week-old ring-necked pheasant chicks. Journal of Wildlife Management 50:223-228.

BLM_0055211

TABLE 1. Candidate models used to explain early brood-rearing habitat use of greater sage-grouse in Pinedale (1999-00, 2002-03), Lander (2001-2003), and Kemmerer (2002), WY. Models ($n = 62$) were based on logistic regression analyses in which habitat type (use [$n = 82$] or random [$n = 180$]) was the dependent variable. Models were ranked according to $AIC_c$ methods (Burnham and Anderson 2002); only models with $\Delta AIC_c \leq 2$ are presented.

| Model[a] | K[b] | $\Delta AIC_c$ [c] | $w_i$[d] | $\log_e L$ [e] | Goodness-of-fit [f] | Dir.[g] |
|---|---|---|---|---|---|---|
| Sage, invert | 3 | 0.00 | 0.07 | -159.45 | 7.46, 8, 0.49 | +, − |
| Sage, Hymenopt | 3 | 0.49 | 0.06 | -159.69 | 13.01, 8, 0.11 | +, − |
| Grass hgt, sage | 3 | 0.55 | 0.05 | -159.72 | 7.02, 8, 0.53 | +, + |
| Grass hgt, sage, invert | 4 | 0.87 | 0.05 | -159.85 | 7.42, 8, 0.49 | +, +, − |
| Grass cover, sage | 3 | 1.12 | 0.04 | -160.01 | 8.54, 8, 0.38 | +, + |
| Grass hgt, sage, Hymenopt | 4 | 1.18 | 0.04 | -159.01 | 8.75, 8, 0.36 | +, +, − |
| Grass cover, sage, invert | 4 | 1.34 | 0.04 | -159.09 | 5.84, 8, 0.67 | +, +, − |
| Sage, medium Hymenopt | 3 | 1.53 | 0.03 | -160.21 | 9.36, 8, 0.31 | +, − |
| Sage, herb | 3 | 1.56 | 0.03 | -160.23 | 11.22, 8, 0.19 | +, + |
| Herb, sage, invert | 3 | 1.57 | 0.03 | -160.69 | 4.89, 8, 0.77 | +, +, − |
| Sage, grass cover, Hymenopt | 3 | 1.67 | 0.03 | -159.20 | 7.67, 8, 0.47 | +, +, − |
| Liv_den, grass hgt | 3 | 1.72 | 0.03 | -159.25 | 16.94, 8, 0.03 | +, + |
| Sage, medium Coleopt | 3 | 1.78 | 0.03 | -160.30 | 12.48, 8, 0.13 | +, − |
| Forb, sage | 4 | 1.93 | 0.03 | -160.34 | 13.28, 8, 0.10 | +, + |

[a] Variables included in the presented models are live sagebrush canopy cover (sage), live sagebrush density (liv_den), mean grass height (grass hgt), total grass cover (grass cover), total forb cover (forb), total herbaceous cover (herb), total invertebrate abundance (invert), total Hymenoptera abundance (Hymenopt), medium-length Hymenoptera abundance (medium Hymenopt), and medium-length Coleoptera abundance (medium Coleopt). Medium-length insects were those $\geq 3$ cm and $\leq 11$ cm.

[b] Number of variables in model + intercept.

[c] Difference in Akaike's Information Criterion (with small-sample bias adjustment) values.

[d] Percent of total weight (from all 62 models) that can be attributed to specified model.

[e] Log-likelihood.

[f] Hosmer-Lemeshow (1989) goodness-of-fit test statistic, df, $P$-value.

[g] Direction of trend. Plus symbol indicates females with broods were using habitat with greater amounts of the variable; minus symbol indicates broods used habitats with lesser amounts.

B18

TABLE 2.  Total and standardized cumulative $AIC_c$ weights of variables used to predict juveniles per female (in fall wing barrel collections) and the proportion of females with confirmed chicks (14 days post-hatch) of greater sage-grouse in Pinedale (1999-00, 2002-03), Lander (2001-2003), and Kemmerer (2002), WY.  Weights were standardized by the number of times a model (in the entire set of models) included the variable.

| Variable[a] | Juveniles per female | | Prop. of females w/confirmed chicks | |
|---|---|---|---|---|
| | Cum. $w_i$[b] | Std. cum. $w_i$[c] | Cum. $w_i$[b] | Std. cum. $w_i$[c] |
| Medium Hymenopt | 0.66 | 0.11 | 0.00 | 0.00 |
| Medium Coleopt | 0.28 | 0.04 | 0.98 | 0.16 |
| Hymenopt | 0.10 | 0.02 | 0.00 | 0.00 |
| Invert | 0.14 | 0.03 | 0.00 | 0.00 |
| Herb | 0.02 | 0.00 | 0.99 | 0.12 |
| Forb | 0.08 | 0.02 | 0.00 | 0.00 |
| Grass cover | 0.58 | 0.06 | 0.00 | 0.00 |
| Grass hgt | 0.02 | 0.00 | 0.00 | 0.00 |
| AprMay_TempPre | 0.02 | 0.00 | 0.02 | 0.00 |
| Jun_TempPre | 0.07 | 0.01 | 0.00 | 0.00 |
| JulAug_TempPre | 0.03 | 0.00 | NA | NA |

[a] Variables included in the table are medium-length Hymenoptera abundance (medium Hymenopt), medium-length Coleoptera abundance (medium Coleopt), total Hymenoptera abundance (Hymenopt), total invertebrate abundance (invert), total herbaceous cover (herb), total forb cover (forb), total grass cover (grass cover), mean new and residual grass height (grass hgt), percent of average April + May temperature/percent of average April + May precipitation (AprMay_TempPre), percent of average June temperature/percent of average June precipitation (Jun_TempPre), and percent of average July + August temperature/percent of average July + August precipitation (JulAug_TempPre). Medium-length insects were those $\geq 3$ cm and $\leq 11$ cm.

[b] Cumulative Akaike weight (Burnham and Anderson 2002).

[c] Standardized cumulative Akaike weight.

BLM_0055213

APPENDIX C

GREATER SAGE-GROUSE RESEARCH IN WYOMING:  AN OVERVIEW OF STUDIES
CONDUCTED BY THE WYOMING COOPERATIVE FISH AND WILDLIFE RESEARCH UNIT
BETWEEN 1994 AND 2005

Matthew J. Holloran, Wyoming Cooperative Fish and Wildlife Research Unit, University of Wyoming,
Box 3166 University Station, Laramie, WY, 82071, USA.
holloran@uwyo.edu; 307 766 5415 (voice); 307 766 5400 (fax).

Stanley H. Anderson, Wyoming Cooperative Fish and Wildlife Research Unit, University of Wyoming,
Box 3166 University Station, Laramie, WY, 82071, USA.




BLM_0055214

ABSTRACT

Greater sage-grouse (*Centrocercus urophasianus*) populations have been declining throughout Wyoming since the 1960s. Game and land managers, sportsmen organizations, and Wyoming citizens have been concerned over the plight of the sage-grouse for over a half-century, but this concern has escalated within the last decade. In 1994, the first of a series of 10 research projects on greater sage-grouse in Wyoming was initiated; the Wyoming Cooperative Research Unit was responsible for conducting these studies. The projects have focused on a wide array of objectives, including greater sage-grouse microsite and landscape scale seasonal habitat use and the identification of limiting seasonal habitats, the effects of mineral extraction activity on greater sage-grouse populations, greater sage-grouse seasonal use of habitats manipulated by fire, livestock grazing management system influences on greater sage-grouse productivity, and the response of greater sage-grouse populations to predator control programs. This report is a synopsis of the results from the research conducted by the Wyoming Cooperative Research Unit on greater sage-grouse since 1994. Detailed information pertaining to methods and site-specific results are found in the original job completion reports (Wyoming Game and Fish Department, Cheyenne, WY, USA) and theses (University of Wyoming, Laramie, WY, USA).

C1

BLM_0055215

## ACKNOWLEDGMENTS

Financial support was provided by the Wyoming Game and Fish Department, Bureau of Land Management, U.S. Department of Energy, Ultra Petroleum, Yellowstone-to-Yukon Initiative, EnCana Oil and Gas Inc., Shell Rocky Mountain Production LLC, Animal Damage Management Board, National Park Service, and Cowboy 3-Shot Sage-Grouse Foundation.  We thank the following landowners for access:  Bates Creek Cattle Company, Bousman Ranch, Carney Ranch, Ferris Mountain Ranch, Garrott Ranch, Julian Sheep Company, Little Sandy Grazing Association, Luther Ranch, Miles Cattle Company, Miller Estate, Red Bluff Ranch, Reed Ranch, Ruby Ranch, Sealy/Sawyer Ranch, Sommers Ranch, Stone Ranch, Mayo Ranch, Luman Ranch, Carney Ranch, Pope Cattle Company, and the Three-quarter Circle Ranch.  Field assistance and technical support were provided by K. D. Downs, M. B. Hicks, R. A. Holloran, B. K. Holtby, M. A. Kaemingk, Mr. and Mrs. T. W. Malmberg, T. E. McCollum, R. C. Powell, C. M. Sazama, M. S. Stotts, C. G. Taber, K. M. Thompson, Mr. and Mrs. N. A. Tratnik, C. T. Weibel, G. L. Wilson, and J. A. Wyllie.  We thank T. D. Moore (Wyoming Game and Fish Department) for laboratory analysis of hair and scat samples.  Telemetry flights and lek surveys were conducted with the assistance of Cheney Flying Service (Casper, WY), France Flying Service (Rawlins, WY), and Mountain Air Research (Driggs, ID).  Although I have specifically recognized those who were hired to assist with these projects, the people and organizations that voluntarily assisted with these projects would take volumes to list in their entirety; to all those with the Wyoming Game and Fish Department, Bureau of Land Management, National Park Service, Wyoming Cooperative Research Unit, and interested citizens, I personally want you to know that your assistance was sincerely appreciated.

C2

BLM_0055216

TABLE OF CONTENTS

Abstract — 1

Acknowledgements — 2

Table of Contents — 3

Introduction — 4

Historical Sage-grouse Information — 6

Factors Potentially Contributing to Historic Population Changes — 8

Study Areas and Objectives by Study

    Farson — 10

    Rawlins — 10

    Casper — 11

    Pinedale — 12

    Kemmerer — 12

    Jackson — 13

    Lander — 14

    Pinedale — 15

Seasonal Habitat Selection

    Nesting Habitat Selection — 15

    Nesting Success — 18

    Early Brood-rearing Habitat Selection and Success — 20

    Late Brood-rearing Habitat Selection and Success — 22

    Winter Habitat Selection — 23

Seasonal Adult Survival — 25

Livestock Grazing — 26

Sagebrush Manipulation — 29

Mineral Extractive Activities — 32

Predator Control — 36

Future Sage-grouse Research in Wyoming — 39

Literature Cited — 41

Table 1: Productivity estimates for greater sage-grouse populations studied by the Wyoming Cooperative Research Unit in central and western Wyoming, 1994-2004. — 57

Figure 1: Study area locations for greater sage-grouse research projects conducted by the Wyoming Cooperative Research Unit, 1994-2005. — 58

BLM_0055217

## INTRODUCTION

The sage-grouse (*Centrocercus* spp.) is North America's largest grouse, and is a species uniquely adapted to and dependent on sagebrush (*Artemisia* spp.) for survival. Sage-grouse are renowned for their spectacular breeding displays, and have inspired Native Americans, naturalists, behavioral ecologists, photographers, and hunters throughout history (Schroeder et al. 1999). Recently, greater sage-grouse (*Centrocercus urophasianus*) entered the American spotlight because of the potential for listing under the Endangered Species Act (ESA). If the species were listed as nationally threatened, the management of millions of acres of sagebrush dominated land would be affected, with dramatic implications for the grazing, mining, farming, recreation, and other activities occurring on those lands (Johnsgard 2002). In January 2005, the U.S. Fish and Wildlife Service (USFWS) announced a not warranted 12-month finding for 3 petitions to list the greater sage-grouse as threatened or endangered throughout its current range. Although the best available scientific information suggested to the USFWS that greater sage-grouse were not currently warranted for protection under the ESA, concern for the species has remained high. Sage-grouse population maintenance requires a recognition of the intrinsic value of sagebrush dominated landscapes and the development of a comprehensive approach to sagebrush habitat conservation that involves commitments and partnerships between state, federal and tribal governments, academia, industry, private organizations, and landowners; "only through this concerted effort and commitment can we afford to be optimistic about the future of sagebrush ecosystems and their avifauna" (Knick et al. 2003:627).

Substantial areas in Wyoming, especially the southwestern portions of the state, are currently considered greater sage-grouse breeding population strongholds (Figure 1); compared to other states harboring sage-grouse populations, Wyoming currently has the highest percentage (67%) of potential sagebrush vegetation still in sagebrush habitats (Connelly et al. 2004). Braun (1998) estimated that in the spring of 1998, only Wyoming, Montana and Oregon contained greater sage-grouse (hereafter, "sage-grouse" refers to greater sage-grouse unless specifically indicated) populations of more than 20,000 birds. Additionally, Connelly et al. (2004) suggested that Wyoming currently represents a "key sage-grouse state." However, evidence suggests that sage-grouse populations in Wyoming have been declining over the last half of the 20th century.

Since 1965, sage-grouse breeding populations, as estimated through changes in the number of males occupying leks statewide, have declined by 5.2% annually and the average number of males per lek has declined 49% (Connelly et al. 2004). Between 1975-79 and 1990-94, Wyoming's statewide sage-grouse harvest declined 55%. Additionally, the number of harvested birds per hunter day (an index that accounts for hunter effort and participation) declined 52% between 1975-79 and 1995-99

BLM_0055218

(harvest and birds/day value comparisons made between the indicated 5-year period means; Wyoming Game and Fish Department harvest reports 1979-99, Cheyenne, WY, USA). Examples of relatively localized sage-grouse population changes in Wyoming during the latter half of the 20th century are common. From 1994-96, the Wyoming Cooperative Research Unit (University of Wyoming; WyCOOP) conducted a sage-grouse study in western Wyoming on the same study location as a portion of Robert Patterson's landmark study that culminated in his book *The Sage Grouse in Wyoming* (1952). When Patterson began his work on the Dry Sandy-Pacific Creek study area (northeast of Farson, WY) in 1949, he knew of 22 leks used during the breeding season by 1167 strutting males. In 1994, 5 leks comprising 210 males (Heath et al. 1997) were known to exist on the same study area, a decline of 77% in the number of active leks and 82% in the number of strutting males over 45 years. In the southeastern part of the state, the average total number of males strutting on 3 lek complexes (i.e., a group of closely spaced leks where inter-lek movements during a breeding season potentially occur) declined 46% between 1968-69 and 2000-01; additionally, average lek size, defined as the number of males per known lek within the complexes, declined 91% over the same time period (Bob Lanka, Wyoming Game and Fish Department Laramie Region, personal communication). Prior to the 1950s, Patterson (1952) estimated that 500 individual sage-grouse were resident in the Jackson Hole area (a relatively isolated population residing within and around Grand Teton National Park and the National Elk Refuge). In 2002-03, populations were conservatively estimated at less than 182 individuals, 64% below pre-1950 estimates. Additionally, the number of male sage-grouse counted on leks in the Jackson Hole area declined 76% over a 12-year period between 1990-91 and 2002-03 (Holloran and Anderson 2004). Although Wyoming wildlife and land managers have suspected that statewide sage-grouse populations have been declining for many decades, the identification of specific cause(s) for the declines have remained elusive.

Given the importance of Wyoming's sage-grouse populations and habitats, statewide declining populations, and the inability to identify specific reasons for the declines, game and land management agencies in the state initiated several studies beginning in 1994; the WyCOOP was responsible for conducting these studies. The general focus of these studies was to identify limiting seasonal habitats and investigate the potential effects of specific management actions on sage-grouse populations. Results from research projects conducted by the WyCOOP have played a pivotal role in the state's sage-grouse management goals, and were used extensively during the writing of the statewide Wyoming Greater Sage-grouse Conservation Plan (http://gf.state.wy.us/wildlife/wildlife_management/sagegrouse). These projects have resulted in 3 job completion reports, 4 masters' theses, and a dissertation; additionally, 2 students are currently working on their masters' projects at the University

BLM_0055219

of Wyoming. The following report consists of a synopsis of the sage-grouse studies conducted by the WyCOOP since 1994. I have organized the report around objectives investigated by the studies instead of around each study, thus the sections are focused on specific topics and not on specific study areas within the state. Each section consists of a brief literature review pertaining to the topic, followed by a discussion of the general findings from the Wyoming studies. For more detailed information pertaining to specific results and methods, consult the original job completion reports (Wyoming Game and Fish Department, Cheyenne, WY, USA) or theses (University of Wyoming, Laramie, WY, USA).

## HISTORICAL SAGE-GROUSE INFORMATION

Sage-grouse were historically distributed throughout the intermountain and northwestern states and southern regions of 3 Canadian provinces (Schroeder et al. 2004). Pre-settlement distributions included western Nebraska and the Dakotas, all of Montana, Idaho, Wyoming, Nevada and Utah, northwestern New Mexico, northern Arizona, western Colorado, portions of eastern California, Oregon and Washington, and southern British Columbia, Alberta, and Saskatchewan. In Wyoming, greater sage-grouse were historically found in all 23 counties (Patterson 1952). The original range of sage-grouse closely followed that of the historical distribution of big sagebrush (*Artemesia tridentata* sub-spp.), and was not continuous throughout the previously outlined area due to the presence of other habitat types (i.e, forested mountains; Patterson 1952).

The only information relating to the historical abundance of sage-grouse throughout the intermountain west and Wyoming comes from early anecdotal reports, which suggest that the bird was abundant throughout its range. Lewis and Clark were the first Europeans to encounter the species: "I [Lewis] saw a flock of the mountain cock, or a large species of heath hen [*Tympanuchus cupido cupido*] with a long pointed tail which the Indians informed us were common in the Rocky Mountains…" (Moulton 1987). John C. Fremont mentioned that the Crow Indians had named the upper Green River after the sage-grouse, and reported that the birds were "very abundant" in 1843; and in 1874, Elliott Coues suggested that sage-grouse were generally well known to early western explorers (Patterson 1952). Patterson and Cram (1949) indicated that old-time residents in Wyoming typically recalled historic sage-grouse numbers using expressions such as "flocks that blackened the sky" and "rode for miles horseback without being out of sight of birds." McDowell (1956) reported that in Goshen County, Wyoming, he interviewed an old-time resident who said that before eastern parts of the state (the area around Torrington, WY) were settled to farms and ranches, sage-grouse were so numerous that people gathered the eggs during the laying season for table use. One of the more interesting accounts is given by Dr. George B. Grinnell, relating his experience in central Wyoming (near Bates

BLM_0055220

Hole south of Casper, WY) during the fall of 1886: "The number of grouse which flew over the camp reminded me of the old time flights of Passenger Pigeons [*Ectopistes migratorius*] that I used to see when I was a boy. I have no means whatever of estimating the number of birds which I saw, but there must have been thousands of them" (Patterson 1952: after Bent 1932).

It is commonly believed that the sage-grouse began to decline over much of its range during the late 1890s and early 1900s, and continued to decline until the late 1930s (Griner 1939, Patterson 1952, Autenrieth 1981). In the mid-1910s, Hornaday (1916) wrote: "the fact is beyond controversy that unless something on a very broad scale is immediately done, they [sage-grouse] are doomed to early extinction" and demanded that western lawmakers take action to save the species. Similarly, William L. Simpson believed that under protections present in the early 1900s, the "sage hen will be practically extinct" in a decade (Hornaday 1916). Simpson further indicated that he "was over a large portion of the Shoshone Reservation [in central Wyoming] this last year [mid-1910s], and saw only a few [sage-grouse] where there used to be thousands" (Hornaday 1916). Fuller and Bole (1930) suggested that the "stately sage grouse must either radically change its attitude towards man, or face ultimate extermination…local hunters admit that the birds are ever on the decline, and are certainly far less plentiful now [late 1920s] than in 1914." Perhaps Girard (1937) best captured the current mood of the day when he commented that the "impending fate [of the sage-grouse] is extinction and has become so apparent within recent years that the time for words has passed and need for immediate action is imperative."

By the late 1930s, continued concern for the species by conservationists and increasing concern by sportsmen and managers led to widespread hunting season restrictions and closures; by 1937, only Montana had a regular open hunting season (Griner 1939). In 1937, the Wyoming Game and Fish Department issued the following statement concerning sage-grouse hunting in Wyoming (Anonymous 1937): "The commission regrets the necessity of having to take this action [hunting season closure]. However, in view of the rapid depletion of this magnificent game bird, its extinction in many parts of its former range, and the conditions found in all parts of the State, some drastic action becomes necessary if we are to save this fine game bird." Wyoming's sage-grouse hunting season was closed between 1937 and 1948 (Patterson 1952), similar to most states where the restrictions imposed on hunting initiated in the 1930s continued into the 1950s (Braun 1998).

Open hunting seasons in 7 states in the early 1950s coincided with an apparent widespread upward turn in sage-grouse population trends beginning in the late 1940s (Patterson 1952). In 1949, Patterson (1952) counted over 3241 males on 49 study leks in central Wyoming, and had one study lek where he estimated over 400 strutting cocks. Additionally, during the 1947-48 aerial census of

C7

BLM_0055221

wintering pronghorn (*Antilocapra americana*), crews reported concentrations of sage-grouse flocks containing from "several hundred to several thousand birds" in Johnson, Natrona, Sweetwater, Carbon and Fremont counties, WY (Patterson 1952).   However, it is generally believed that sage-grouse populations entered a second period of decline within a few years of this temporary reprieve.

Current sage-grouse breeding populations throughout western North America are approximately two to three times lower than those during the late 1960s, and populations declined on average 2% annually from 1965 to 2003 (Connelly et al. 2004).  In 2000, greater sage-grouse occupied 56% of their pre-European settlement distribution (Schroeder et al. 2004).  Connelly and Braun (1997) reported that long-term population declines prior to 1994 in states historically supporting the largest sage-grouse populations (Colorado, Idaho, Montana, Oregon, Wyoming) averaged 30%; in states and Canadian provinces historically supporting smaller populations, breeding populations declined by an average of 37%.  Although harvest and lek count estimations should not be interpreted as absolute, they suggest that sage-grouse populations throughout North American have been trending downward at least since the late 1960s.


FACTORS POTENTIALLY CONTRIBUTING TO HISTORIC POPULATION CHANGES

The list of potential factors contributing to sage-grouse range-wide declines essentially includes every imaginable human caused impact on the species and its habitats.  Braun (1998) grouped the factors into 3 main categories:  habitat loss, habitat degradation, and habitat fragmentation.  Habitat loss includes agricultural conversion, energy and mineral development, and the building of towns, ranches, roads and reservoirs.  Habitat degradation can result from sagebrush treatments (mechanical, chemical and fire), grazing, and the introduction of exotic plant species.  And habitat fragmentation, defined as a process during which large expanses of habitat are transformed into a number of smaller patches (Fahrig 2003), is commonly caused by fences, power lines, roads, sagebrush treatments, as well as the presence of habitat loss factors previously outlined.  Other factors such as hunting, predation, and drought have also been implicated (Braun 1998).  The relative importance of these individual factors most likely has varied over the range of the sage-grouse as well as through time.

The factors most commonly implicated in the early declines between the 1900s and 1930s are excessive harvest, overgrazing, and agricultural development (Girard 1937, Rasmussen and Griner 1938, Patterson 1952).  The first regulations providing protection for sage-grouse from hunting were established around the turn of the century; early protective measures were largely concerned with the establishment of closed seasons and not bag limits (Patterson 1952).  An early account of a lone hunter in Wyoming harvesting 100 birds a day (Patterson 1952: after Burnett 1905) serves to illustrate the

C8

BLM_0055222

level of pressure populations may have experienced during the early 1900s. Even when states began to expand hunting regulations, early opening dates, extended season length, high bag limits, and lack of enforcement acted to afford little real protection to the species (Hornaday 1916, Patterson 1952). The early decline of the sage-grouse also coincided with a period of intensive livestock grazing and agricultural development and settlement that likely fragmented and degraded the quality of sagebrush habitats (Griner 1939, Patterson 1952). Rangelands supporting the greatest numbers of sage-grouse were often those with the most productive soils; because of the soil conditions, these areas were commonly the first to be developed. Additionally, the drought of the 1930's likely further degraded sagebrush dominated areas and compounded the negative effects of poor quality habitats on sage-grouse populations (Patterson 1952).

Population recoveries in the late 1940s and 1950s were likely a result of improved range conditions; however, potential improvements in all 3 factors suggested as responsible for the early declines occurred during this period. Widespread hunting season closures, range improvement as the result of the Taylor Grazing Act of 1934 (Patterson 1952), and range reversion resulting from land abandonment after the drought and depression of the 1930s (Wallestad 1975) were probably responsible for the temporary range-wide increase in sage-grouse populations.

The beginning of the second period of decline could have been in response to increased sagebrush treatment. Aerial application of herbicides (primarily 2,4-D) and mechanical treatments gained popularity during the 1950s and resulted in the widespread eradication of sagebrush that continued into the 1960s (Wallestad 1975). Although the intensity of sagebrush treatment programs declined in the late 1960s, these programs in combination with renewed agricultural development during this period resulted in the degradation, alteration, and loss of substantial portions of the sagebrush dominated rangelands (Braun et al. 1976, Klebenow 1969).

It is more difficult to determine a single factor or group of factors responsible for sage-grouse population declines in recent decades and into the present. Braun (1998) suggests that a complexity of factors related to human caused habitat changes is responsible. Each population is likely subjected to habitat degradation arising from the long-term consequences of historic use of sagebrush habitats that may be influencing current conditions plus unique circumstances compounding the negative influence of suboptimal habitats. Although range-management techniques have improved over the last half of the 20th century, providing or managing sagebrush habitats for pre-settlement conditions is likely impossible as many key elements may no longer exist (Connelly et al. 2004). Connelly et al. (2004) estimated that approximately 47% (>234,700 km$^2$) of the area within the western United States that

C9

BLM_0055223

potentially could be dominated by sagebrush was either in agricultural, urban, or industrial areas or in unsuitable habitats in 2003 (i.e., exotic grassland, burn, juniper woodland, etc.).

STUDY AREAS and OBJECTIVES by STUDY (FIGURE 1)

1. FARSON

Heath, B. J., R. Straw, S. H. Anderson, and J. Lawson. 1997. *Sage grouse productivity, survival, and seasonal habitat use near Farson, Wyoming. Job Completion Report, Wyoming Game and Fish Department, Cheyenne, WY, USA.*

The Farson study area was selected primarily because of the existence of historical population and vegetation data collected by Patterson (1952) during the late 1940s and early 1950s. The area supported some of the highest sage-grouse densities in the state, and had contiguous sagebrush cover that had not been drastically altered within the last 30 to 40 years. The primary objectives established for the study were to identify seasonal habitat components that limit sage-grouse productivity and decrease survival.

The study area was located approximately 30 km northeast of Farson, Wyoming in portions of Sweetwater, Sublette, and Fremont Counties. Annual precipitation averaged between 20 cm in the southwestern portions of the study area to 35 cm in the northeast, and was approximately 119% of normal during the study years (1994-96). Topography of the area was characterized by flat plains interrupted by rolling hills, ridges, and drainages. Overstory vegetation was dominated by Wyoming big sagebrush (*A. t. wyomingensis*), with mountain big sagebrush (*A. t. vaseyana*), basin big sagebrush (*A. t. tridentata*), black sagebrush (*A. nova*), low sagebrush (*A. arbuscula*), greasewood (*Sarcobatus vermiculatus*), and rabbitbrush (*Chrysothamnus* spp.) interspersed throughout.

2. RAWLINS

Heath, B. J., R. Straw, S. H. Anderson, J. Lawson, and M. J. Holloran. 1998. *Sage-grouse productivity, survival, and seasonal habitat use among three ranches with different livestock grazing, predator control, and harvest management practices. Job Completion Report, Wyoming Game and Fish Department, Cheyenne, WY, USA.*

The sagebrush steppe communities adjacent to Rawlins, Wyoming historically supported abundant sage-grouse populations. However, population declines within the area prompted local residents, especially members of a local sportsmen's organization (Cowboy 3-shot Sage Grouse

BLM_0055224

Foundation), to voice concern.  In response to these concerns, the Wyoming Game and Fish Department initiated the Rawlins sage-grouse study.  The overriding objectives of the study were to evaluate differences in sage-grouse productivity, habitat selection, and survival on 3 ranches with distinct grazing management, predator control, and harvest levels and provide insight into how these management strategies effected sage-grouse populations.

The study area was located approximately 25 km northeast of Rawlins, Wyoming in portions of Carbon County.  Annual precipitation averaged 25 cm, and was approximately 104% of normal during the study years (1997-98).  Topography of the area was generally flat to gently rolling hills with a predominantly Wyoming big sagebrush overstory.  The foothills of the Ferris Mountains in the northern end of the study area were dominated by sand dunes with predominantly a silver sagebrush (*A. cana* spp.) and rabbitbrush overstory.

Grazing management between the 3 ranches differed in terms of livestock and level of use.  One ranch grazed both cattle and sheep, and rotated pastures after a specific number of use-days; the other 2 ranches grazed cattle, and rotated pastures after 30% or 40% of the herbaceous vegetation was removed.  Predator control differences were primarily between the cattle-sheep and cattle-only ranches. The ranch raising sheep employed a federal predator control program aimed primarily at coyote (*Canis latrans*) control; the other 2 ranches had no organized predator control programs, but allowed recreational predator hunting.  Sage-grouse hunting opportunities between the 3 ranches ranged from unrestricted access to no hunting allowed.

## 3.  CASPER

*Holloran, M. J.  1999.  Sage grouse (Centrocercus urophasianus) seasonal habitat use near Casper, Wyoming.  MS Thesis, University of Wyoming, Laramie, WY, USA.*

The final project concentrating primarily on sage-grouse seasonal habitat selection was conducted in an area with personal significance for people in the Wyoming Game and Fish Department. The primary objectives established for this study were to determine habitat conditions that were selected by sage-grouse and that influenced sage-grouse productivity and survival.  Another objective of this study was to evaluate late-incubation chronology and identify nest predators using remote sensing cameras.

The study area was located approximately 35 km south of Casper, Wyoming in portions of Natrona County.  Annual precipitation averaged 28 cm, and was approximately 125% of normal during the study years (1997-98).  Topography was generally flat to gently rolling hills with predominantly

C11

BLM_0055225

north and south aspects.  The vegetation overstory was dominated by Wyoming big sagebrush, with silver sagebrush, Wyoming threetip sagebrush (*A. tripartita*), black sagebrush, and rabbitbrush dispersed throughout the study area.

## 4.  PINEDALE

Lyon, A. G.  2000.  *The potential effects of natural gas development on sage grouse near Pinedale, Wyoming.  MS Thesis, University of Wyoming, Laramie, WY, USA.*

The emphasis of the studies changed from habitat selection to the investigation of specific land-use effects on sage-grouse beginning with this first of several Pinedale studies.  The primary objective of the study was to quantify the potential effects of natural gas development activity on male and female sage-grouse seasonal habitat selection.

The study area was situated approximately 5 km south of Pinedale, Wyoming on an area locally known as the Mesa in Sublette County; the Mesa was situated within the Pinedale Anticline Project Area (PAPA) natural gas field.  Annual precipitation averaged 30 cm, and was approximately 112% of normal during the study years (1998-99).  Topographically, the Mesa was relatively flat with a series of north/south-running draws circumventing the southern and northern portions of the study area.  Overstory vegetation was dominated by Wyoming big sagebrush.

The first natural gas well was drilled in the PAPA in 1939; however, only 23 additional wells were drilled in the project area prior to 1997.  In May, 1998, the BLM approved limited exploratory drilling of 45 wells prior to completion of the Environmental Impact Statement (EIS); the EIS was being drafted during this study and was not completed until after the conclusion of the study.  Therefore, the primary gas related disturbance during the years of the study was traffic related, and the results pertained primarily to the influence traffic had on breeding male and female sage-grouse.

## 5.  KEMMERER

Slater, S. J.  2003.  *Sage-grouse (Centrocercus urophasianus) use of different-aged burns and the effects of coyote control in southwestern Wyoming.  MS Thesis, University of Wyoming, Laramie, WY, USA.*

The lack of agreement among land management personnel as to the appropriate role of prescribed fire in Wyoming's sage-grouse habitats necessitated the Kemmerer study.  The primary objectives of the study were to document seasonal sage-grouse use, and describe the vegetation and

BLM_0055226

insect characteristics of burned areas compared to the overall landscape. An additional objective for this study was to determine the effect a coyote control program had on sage-grouse productivity and survival and on predator species composition.

The study area was situated approximately 30 km west of Kemmerer, Wyoming in Lincoln County. Annual precipitation averaged 26 cm, and was approximately 50% of normal during the study years (2000-02). Topography varied throughout the area with ridges, basins and draws as common features. Overstory vegetation was dominated by Wyoming and mountain big sagebrush, with low, basin big, and black sagebrush, serviceberry (*Amelanchier alnifolia*), rabbitbrush, and snowberry (*Symphoricarpos* spp.) interspersed throughout the study area.

Four different burns ranging in age from 2 to 26 years were present within the study area; between approximately 20 and 80% of the shrub overstory was removed by fire from these burns. Intensive coyote control by aerial gunning and other means was performed within the study area during the study to protect domestic sheep. A control area (located approximately 25 km south of the main study area) with no organized predator control was established for comparison purposes.

6. JACKSON

*Holloran, M. J., and S. H. Anderson. 2004. Greater sage-grouse seasonal habitat selection and survival in Jackson Hole, Wyoming. Job Completion Report, Wyoming Game and Fish Department, Cheyenne, WY, USA.*

A relatively unique, isolated population of sage-grouse in the Jackson Hole valley has experienced substantial declines since the early 1990s; the population is currently approximately 65% below sustainable (Connelly et al. 2000b) levels. Because of the recreational importance of this population (situated within and around Grand Teton National Park), the Jackson study was initiated to investigate possible reasons for the declines. The primary objectives of this study were to document sage-grouse seasonal habitat selection and survival, identify the limiting seasonal range(s), and quantify the habitat conditions associated with sustainable and increasing productivity.

The study area was situated primarily within Grand Teton National Park and the National Elk Refuge approximately 10 km north of Jackson, Wyoming in Teton County. Annual precipitation averaged 51 cm, and was between 77 and 111% of normal during the study years (1999-2002). Topography varied substantially throughout the study area, with relatively flat valley floors traversing quickly into generally east and west facing foothills. Overstory vegetation was dominated by mountain and Wyoming big sagebrush, with basin big, low and tall threetip (*A. tripartita tripartita*) sagebrush

BLM_0055227

interspersed throughout. A substantial antelope bitterbrush (*Purshia tridentata*) community covered portions of the study area. Additionally, the sagebrush dominated areas were interspersed with pockets of aspen (*Populus tremuloides*), conifer (*Pinus, Pseudotsuga, Picea* spp.), and cottonwood (*Populus angustifolia*), predominantly on northern and northwestern aspects and along watercourses.

## 7. LANDER

*Kuipers, J. L. 2004. Grazing system and linear corridor influences on greater sage-grouse (Centrocercus urophasianus) habitat selection and productivity. MS Thesis, University of Wyoming, Laramie, WY, USA.*

One of the primary questions facing western land management agencies is the potential influence of livestock grazing on sagebrush dominated habitats and sage-grouse populations; the Lander study tackled this subject. The primary objectives of the study were to describe the response of sagebrush dominated ecosystems to livestock grazing under 4 different grazing schemes, and to describe sage-grouse habitat use, productivity and survival relative to these grazing systems. An additional objective was to determine the influence linear corridors (i.e., livestock trails, roads, fence lines) had on sage-grouse nest success probabilities.

The study area was situated approximately 25 km southeast of Lander, Wyoming in Fremont County. Annual precipitation averaged 34 cm, and was approximately 68% of normal during the study years (2000-03). Topography consisted of several relatively flat benches stepping upwards in elevation into the foothills of the Wind River Mountains. A series of north-south running draws were prominent features throughout the study area. Overstory vegetation was dominated by Wyoming big sagebrush, with patches of snowberry, aspen, and conifer (*Juniperus osteosperma, J. scopulorum*) interspersed throughout the study area.

Three different livestock (cattle) gazing systems were present on the study area; a 4th area was included as a non-livestock grazed control. The 3 grazing systems were rotational with 4.5 month grazing periods from mid-May through September. Rotation systems included: (1) differed rotational (spring deferment alternated annually in a 2 paddock system with >45% forage utilization); (2) summer grazed rest rotational [livestock rotation between a 10 paddock system, paddocks grazed primarily during the summer, complete rest from livestock in 2 to 10 paddocks annually during the study, 1 paddock twice-over grazed (same paddock grazed twice in a grazing season) during the study, and 35 to 45% forage utilization]; and (3) spring and fall grazed rest rotational (rotation between a 10 paddock system, paddocks grazing primarily during spring and fall, complete rest from livestock in 1 to 3

BLM_0055228

paddocks annually during the study, 27% of the paddocks twice-over grazed during the study, and 35 to 45% forage utilization).

8.  PINEDALE

*Holloran, M. J.  In Preparation.  Greater sage-grouse (Centrocercus urophasianus) population response to natural gas field development in western Wyoming.  PhD Dissertation, University of Wyoming, Laramie, WY, USA.*

The amount of sagebrush dominated lands potentially influenced by natural gas and oil development has increased dramatically in recent years; however, limited information exists as to the response of sage-grouse to this development.  The second Pinedale study was initiated as a continuation of Lyon's (2000) research outlined above.  The primary objective of the study was to quantify the potential effects of natural gas development activity on sage-grouse populations and seasonal habitat selection.

The study area was expanded approximately 35 km south and east from the original concentration of areas on the Mesa.  Annual precipitation was approximately 87% of normal during the study years (2000-04).  Overstory vegetation within the expanded portions of the study area was also dominated by Wyoming big sagebrush, with rabbitbrush, greasewood and saltbush (*Atriplex* spp.) interspersed throughout.

The final EIS for the PAPA was approved in July 2000.  Full development of the PAPA is expected to continue for the next 10 to 15 years.  The BLM's record of decision approved construction of 700 producing wells with minimum densities of 1 well per 16 ha (equivalent to 16 wells per section), 645 km of pipeline, and 445 km of road.  According to information supplied by the Wyoming Oil and Gas Conservation Commission (Casper, WY, USA), between 1998 and 2004 approximately 340 natural gas wells were drilling on the PAPA; if surrounding areas are included, approximately 780 wells became active during the study (i.e., including the substantial development occurring within the Jonah natural gas fields situated south of the PAPA).

SEASONAL HABITAT SELECTION
*NESTING HABITAT SELECTION*

Sage-grouse females retire into the vicinity of their nest location within a few days of being bred, and remain relatively sedentary until they nest (Patterson 1952).  No concealment strategies are attempted at the nest except that afforded by natural cover and the hen's cryptic plumage coloration

BLM_0055229

pattern (Rassmussen and Griner 1938). Egg laying takes 7 to 10 days, incubation lasts 25 to 29 days, and average clutch sizes are between 6.5 and 9.1 eggs (Patterson 1952, Schroeder et al. 1999). Reproductive effort (nesting propensity) estimates in sage-grouse range from 68 to 93% (Connelly et al. 1993, Schroeder 1997). However, research on follicular development indicates that between 91 and 98% of females breed annually (Braun 1979). The differences may hinge on the nutritional status of pre-laying hens, as a higher nutrient composite diet (sagebrush and forbs) results in increased nesting effort and clutch sizes (Barnett and Crawford 1994). See Table 1 for nesting propensity estimates from throughout Wyoming. Re-nesting rates <25% are typically reported (Patterson 1952, Eng 1963, Hulet 1983, Connelly et al. 1993, Sveum et al. 1998b); however, Schroeder (1997) reported re-nesting rates >80% in Washington. Reduced male lek attendance and infertility (caused by reductions in testis development) are associated with the timing of rebreeding attempts, suggesting that limitations to re-nesting are imposed by the male (Eng 1963). Sage-grouse are relatively long lived tetraonids, thus re-nesting is not necessarily beneficial after weighing the benefits and costs of the increased parental investment in a second clutch (Bergerud 1988).

Sage-grouse nesting habitat is often a broad area between winter and summer range (Klebenow 1969). Average distances between nests and nearest known leks vary from 1.1 to 6.2 km (Autenrieth 1981, Wakkinen et al. 1992, Fischer 1994), but distance from lek of female capture to nest may be >80 km (Lyon 2000). Protection of sage-grouse nesting habitat within 3.2 km of occupied leks has been a standard management recommendation since the 1970s (Braun et al. 1977, Connelly et al. 2000b); however, research in fragmented (Aldridge and Brigham 2001, Schroeder and Robb 2003) and contiguous (Bradbury et al. 1989, Wakkinen et al. 1992) habitats suggest these recommendations may offer limited or unsubstantiated protection to nesting areas. Using data collected throughout Wyoming, Holloran and Anderson (2005) investigated the spatial relationship between lek location and nest distributions. The authors concluded that nest distributions were related to lek location within 5 km of the lek, but cautioned that, because of increased nest success probabilities for dispersing individuals (i.e., females nesting >5 km from a lek), nesting habitats situated beyond the 5 km lek buffer could be important for population viability.

Most sage-grouse nests are located under sagebrush plants (Girard 1937, Patterson 1952, Rothenmaier 1979). In southeastern Idaho, however, Connelly et al. (1991) reported that 21% of sage-grouse hens nested under shrub species (rabbitbrush, snowberry, and bitterbrush) other than sagebrush, but hatching success for non-sagebrush nests was 22% compared to 53% for sagebrush nests. In California, Wyoming big sagebrush and mixed shrub communities were used for nesting in proportion to their availability (Popham and Gutierrez 2003). A congregation of several individual shrubs of

C16

BLM_0055230

different heights and decadence stages are normally selected as nest sites (Pyrah 1970). To reduce conspicuousness, it is advantageous for sage-grouse hens to choose patches with uniform sagebrush heights and sizes if these plants meet nesting requirements (Wakkinen 1990).

Distances between consecutive-year nests (individual females followed through consecutive nesting seasons) suggest female fidelity to specific nesting areas. Fischer et al. (1993), in Idaho, reported that distances between sage-grouse nests in consecutive years represented 3.5% of median annual movements, suggesting fidelity for specific nesting areas. In Wyoming, the probability that observed consecutive-year nest spacing occurred randomly was between 1.2 and 2.6%, suggesting nesting site-area fidelity for consecutive year nesting females (Holloran and Anderson 2005). Additionally, although sample sizes were low (n = 3), yearling females nested in the same general area as their mother (Lyon 2000), suggesting fidelity for a specific area could carry over to subsequent generations.

Selection of specific habitat features within a landscape by nesting sage-grouse has been extensively documented. Connelly et al. (2000b) suggested that sagebrush nesting habitat should range between 15 and 25% canopy cover. Females preferentially selected areas with sagebrush 36 to >63.5 cm tall and with canopies 15 to >50% for nesting in Utah (Rasmussen and Griner 1938). Rothenmaier (1979) reported that mean sagebrush canopy cover was 21.6% and average sagebrush height was 30.6 cm at nests in southeastern Wyoming. In western Wyoming, 83% of nests were under bushes between 25 and 51 cm tall (average nest bush height 35.6 cm; Patterson 1952). In central Montana, all nests were located in areas with >15% sagebrush canopy cover (Wallestad and Pyrah 1974). And, in northeastern California, sage-grouse avoided low sagebrush for nesting and used big sagebrush and mixed shrub cover in proportion to their availability (Popham 2000).

In southeastern Idaho, nests within a threetip sagebrush vegetation type were found in areas with increased big sagebrush density, basal area of grasses, and threetip sagebrush canopy cover relative to random plots within the same habitat type; overall, total shrub canopy cover was greater at nests relative to random locations (Klebenow 1969). In southeastern Idaho, Wakkinen (1990) reported that nests had taller grasses compared to random locations. Adding a year of data to Wakkinen's (1990) study, Fischer (1994) indicated that nests had increased nest bush total area, increased ground obstructing cover (from 5 m), increased lateral obstructing cover (from 2.5 m), and increased total shrub canopy cover relative to random sites. In southcentral Washington, nests were consistently located in areas with increased shrub cover and taller shrubs compared to randomly-selected sites (Sveum et al. 1998b). The cover of short (<18 cm) grasses and bare ground were consistently lower, and vertical cover height (obstructing cover from 4 m) and litter cover were consistently greater at nests

BLM_0055231

relative to available sites (Sveum et al. 1998b). Nests were located in areas with taller average sagebrush relative to random plots in central Montana (Wallestad and Pyrah 1974). And, in southern Canada, nests were located in areas with increased sagebrush canopy cover and sagebrush density compared to random locations (Aldridge and Brigham 2002).

Combining vegetation data collected at sage-grouse nest sites from 7 different areas in central and southwestern Wyoming between 1994 and 2002 (studies mentioned below), Holloran et al. (2005) reported that a combination of increased total shrub canopy cover, sagebrush height, and residual grass cover and height were important determinants of sage-grouse selected nesting habitat relative to available nesting habitat. Nests near Casper, Rawlins, Farson, and Jackson, Wyoming had increased total shrub canopy cover relative to available nesting habitats. Live sagebrush heights were taller at nests compared to random locations in Casper, Pinedale, Jackson, and Kemmerer. Additional shrub variable differences reported in Wyoming included increased live sagebrush and dead sagebrush density at nests compared to available habitat. Herbaceous differences at nests relative to random plots included: taller live and residual grasses, increased live and residual grass cover, increased total herbaceous cover, increased non-food forb and total forb cover, and decreased bare ground.

Consistently throughout the range of studied sage-grouse populations, nests were located under larger sagebrush bushes with more obstructing cover relative to within patch characteristics. Selected nesting habitat had more sagebrush canopy cover and taller sagebrush compared to available habitats. Other relatively consistent differences included: increased sagebrush density, taller live and residual grasses, increased live and residual grass cover, and decreased bare ground at selected nesting sites compared to randomly-selected sites (Klebenow 1969, Wallestad and Pyrah 1974, Wakkinen 1990, Fischer 1994, Sveum et al. 1998b, Aldridge and Brigham 2002, Holloran et al. 2005).

*NESTING SUCCESS*

Nesting success in sage-grouse ranges from 15 to 86% (Schroeder et al. 1999); apparent nest success within Wyoming varied from 6 to 79% (Table 1). In Utah, nesting success was highest in areas with sagebrush >46 cm tall, with canopies >50%, and "where a good understory of grasses and weeds were present;" the presence of a good herbaceous understory interspersed throughout sagebrush stands increased the probability of a successful hatch relative to sagebrush stands of equal density without the understory (Rasmussen and Griner 1938). Sagebrush canopy cover was greater at successful vs. unsuccessful sage-grouse nests in Montana (Wallestad and Pyrah 1974). Sveum et al. (1998b) reported that successful nests in Washington had increased residual herbaceous cover compared to unsuccessful nests. In Oregon, tall (>18 cm) residual grass cover and medium height (40 to 80 cm) shrub cover were

C18

BLM_0055232

greater at successful vs. unsuccessful nests (Crawford et al. 1992, Gregg et al. 1994), and a combination of shrub and herbaceous screening cover were important for nest success in Idaho (Connelly et al. 1991). Successful nests in southern Canada had taller grasses, taller palatable forbs, and decreased grass cover relative to unsuccessful nests (Aldridge and Brigham 2002). In California, percent rock cover, total shrub height, and visual obstruction were greater at successful than unsuccessful nest sites (Popham 2000). Hausleitner (2003) reported that successful nests in northwestern Colorado had increased average forb and grass cover and taller grasses compared to unsuccessful nests.

Successful artificial sage-grouse nests consistently (variable included in $\geq 2$ logistic regression models) had more forb and total sagebrush canopy cover, taller grasses, and decreased numbers of sagebrush plants within 0.5 m compared to unsuccessful artificial nests (Watters et al. 2002). DeLong et al. (1995) reported that a combination of greater amounts of tall (>18 cm) grass and medium height (40 to 80 cm) shrub cover at artificial sage-grouse nests in southeastern Oregon increased the probability of success.

Heath et al. (1996) maintained that the chance of a sagebrush nest successfully hatching will increase 30% if it is within herbaceous vegetation exhibiting 20% canopy cover and heights of 15 to 30 cm. The residual herbaceous component is important during the initial stages of incubation because nests are initiated prior to the growing season for most grasses and forbs (Crawford et al. 1992, Heath et al. 1996).

Barnett and Crawford (1994) suggest that consumption of forbs during the pre-laying period may affect reproductive success by improving nutritional status of hens. Braun (1981) reported that less than 50% of yearling hens were successful, whereas at least 50% of the adult hens were successful in Colorado, and adult hens in Montana experienced higher nest success than yearlings (Wallestad and Pyrah 1974). However, no significant differences in nest success between different age groups were reported in Idaho and Washington (Connelly et al. 1993, Schroeder 1997).

Batterson and Morse (1948), after extensive nest studies concluded that "the greatest single limiting factor of sage-grouse is nest predation by ravens (*Corvus corax*);" 51% nest success was realized on raven control areas compared to 6% on uncontrolled areas. Conversely, Patterson (1952) reported that 42% of sage-grouse nest predation in Wyoming was due to Richardson's and thirteen-lined ground squirrels (*Spermophilus* spp.). Interestingly, the percentage of bird and eggshell fragments in most coyote (*Canis latrans*) prey base studies ranges from 2 to 5%, suggesting minimal impact (Johnson and Hansen 1979, Reichel 1991, Heath et al. 1996). Common ravens, black-billed magpies (*Pica pica*), ground squirrels, red foxes (*Vulpes vulpes*) and badgers (*Taxidea taxus*) are reported as

C19

BLM_0055233

predominant sage-grouse nest predators (Patterson 1952, Autenrieth 1981, Connelly et al. 1991, Heath et al. 1996).

Data from 7 different areas in central, western, and southwestern Wyoming combined suggested that a combination of increased residual grass cover and height were the best determinants of successful compared to unsuccessful sage-grouse nests (Holloran et al. 2005). Successful nests had taller residual grasses, and increased residual grass and forb cover relative to unsuccessful nests near Farson, Wyoming. In Casper, food-forb cover tended to be higher at successful nests relative to unsuccessful nests. Nests destroyed by avian predators near Kemmerer, Wyoming consistently had decreased overhead cover (live sagebrush and total shrub canopy cover) and increased lateral cover (herbaceous cover and height) relative to nests in general and mammalian destroyed nests. Successful nests in Jackson had increased live and residual grass height and residual grass cover compared to unsuccessful nests.

Vegetation consistently higher at successful compared to unsuccessful sage-grouse nests throughout the range of studied populations included: live and residual grass height, residual vegetative cover, forb cover and visual obstruction (Wakkinen 1990, Gregg et al. 1994, Sveum et al. 1998b, Popham 2000, Aldridge and Brigham 2002, Hausleitner 2003, Holloran et al. 2005). These observations suggest that sage-grouse nesting success is influenced predominantly by the herbaceous understory; this conclusion, given that sage-grouse nesting success varies annually (Connelly et al. 2000b) while the sagebrush overstory does not change dramatically between years, seems sensible.

*EARLY BROOD-REARING HABITAT SELECTION and SUCCESS*

I consider early brood-rearing the time broods remain within the sagebrush dominated uplands associated with nesting locations; the amount of time broods spend in these habitats varies annually and throughout the range of the species. A key factor associated with sage-grouse productivity is brood-rearing habitat availability (Crawford et al. 1992). Low chick recruitment has been proposed as a factor limiting sage-grouse population stability (Connelly and Braun 1997), and most chick mortality occurs prior to the flight stage (2 to 3 weeks) when decreased mobility increases vulnerability to predation and starvation (Patterson 1952, Autenrieth 1981). Sage-grouse chicks require protein-rich foods, including insects and forbs, for survival (1 to 10 days post-hatch) and optimal development (10 to 45 days post-hatch; Johnson and Boyce 1990). Sage-grouse productivity in Oregon was higher in areas where chick diets consisted of 80% forbs and insects compared to where chicks ate primarily (65%) sagebrush (Drut et al. 1994a).

C20

BLM_0055234

Sage-grouse chicks are precocial and move immediately following hatch to search for food (Patterson 1952); early brood-rearing areas occur in upland sagebrush habitats relatively close to nest sites (Connelly 1982, Berry and Eng 1985). Early brood-rearing areas (between 2 weeks post-hatch and prior to July 8) were located between 1.6 and 3.2 km of the nest near Rawlins (Heath et al. 1998), and between 0.2 and 5.0 km of the nest during the first 4 weeks post-hatch near Pinedale, Wyoming (Lyon 2000). In Kemmerer, 80% of early brood locations were within 1.5 km of the nest (Slater 2003). During June and July in central Montana, brood use areas averaged 86 ha and there were no apparent movements that indicated a daily use of free water (Wallestad 1971).

Brood-use sites within big sagebrush dominated habitat type in southeastern Idaho had decreased big sagebrush density and canopy cover, and increased percent frequency of yarrow (*Achillea lanulosa*), lupine (*Lupinus caudatus*), dandelion (*Taraxacum officinale*) and salsify (*Tragopogon dubius*) compared to random locations within the same habitat type (mean brood ages between 1 to 8 weeks; Klebenow 1969). Conversely, early brood-rearing (hatch through 7 weeks) locations had increased sagebrush cover compared to random locations in southern Canada (Aldridge and Brigham 2002). Total forb and food forb cover were higher, and residual herbaceous cover and height were lower at early brooding areas relative to random locations in south-central Washington (Sveum et al. 1998a).

Dead sagebrush density was higher at early brood-rearing (habitat use prior to July 8) compared to random locations near Farson, Wyoming. Near Rawlins, early brood use areas had increased sagebrush height, increased live grass and total herbaceous cover, and decreased effective vegetation height (Robel pole read from 10m) compared to random locations. A combination of increased residual grass and total forb cover, and decreased effective vegetation height were the best predictors of selected early brood-rearing (between 2 and 4 weeks post-hatch) compared to available habitats near Casper. Early brood-rearing locations had decreased live sagebrush and total shrub canopy cover, increased residual grass and total herbaceous cover, and food-forb cover tended to be higher, relative to available habitats. Near Pinedale, early brood-rearing (through 4 weeks post-hatch) locations had decreased live sagebrush density, live sagebrush and total shrub canopy cover, and bare ground and increased total herbaceous cover compared to available habitat. And, in Jackson, brooding females (hatch through 2 weeks post-hatch) selected areas with increased total shrub canopy cover and sagebrush height, food forb cover and forb diversity, and decreased live and residual grass cover. Chick survival during brooding stages in Wyoming is presented in Table 1.

Thompson et al. (*in review*) combined early brood-rearing (hatch through 2 weeks post-hatch) data collected from 3 sites in central and southwestern Wyoming between 1999 and 2003, and found

BLM_0055235

that during the early brood-rearing period, broods used sites within or near dense (average 20% canopy cover) sagebrush cover, and increased productivity was positively associated with abundance of insects and herbaceous cover.  Females with broods were found in areas with greater sagebrush canopy and grass cover, but lower numbers of invertebrates compared to random areas.  However, the number of juveniles per female (estimated from wing barrel collections during fall harvest) was positively associated with the abundance of Hymenoptera and grass cover, and the proportion of females with confirmed chicks 14 days post-hatch was positively related to Coleoptera abundance and total herbaceous cover.

*LATE BROOD-REARING HABITAT SELECTION and SUCCESS*

Sage-grouse broods remain in sagebrush habitats until range desiccation induces them to move to riparian habitats still supporting succulent vegetation (Peterson 1970, Wallestad 1971, Neel 1980, Fisher et al. 1997).  However, brooding females may remain in upland habitats if suitable microsite conditions (i.e., swales, ditches, springs) are found (Wallestad 1971).  Stand structure and food availability are characteristics most frequently associated with habitat selection by brooding hens during the summer (Klebenow 1969, Autenrieth 1981, Aldridge and Brigham 2002).  Chick diets during the summer consist of primarily forbs and insects (Klebenow and Grey 1968, Drut et al. 1994b), while sagebrush stands provide escape and thermal cover (Peterson 1970, Wallestad 1971, Crawford et al. 1992).

Open water has been suggested as a limiting factor for summering sage-grouse.  Autenrieth et al. (1982) inferred that water was important to sage-grouse, and Patterson (1952) suggested that water markedly affected the species' summer distribution.  However, movements to agricultural lands or high elevation summer range are probably in response to lack of succulent forbs in an area rather then a lack of free water (Connelly and Doughty 1989).  It has been suggested that grouse do not commonly use water developments even during relatively dry years, but instead obtain moisture from consuming succulent vegetation (Connelly 1982, Connelly and Doughty 1989).  Moreover, water developments tend to attract other animals and thus may serve as a predator "sink" for grouse (Connelly and Doughty 1989).  Free water reservoirs can, however, provide islands of succulent vegetation (Wallestad 1971) and this use of water developments may be enhanced by placing them along migration routes or close to summer range (Connelly and Doughty 1989).

In Farson, Wyoming, visual obstruction (from 10 m), food forb, total forb, and litter cover were higher, and grass cover was lower at selected late brood-rearing locations compared to available summering habitats (i.e., areas potentially suitable for summering grouse, or areas with succulent

BLM_0055236

herbaceous vegetation throughout the summer).  Near Casper, brooding females selected areas with increased food forb cover and decreased residual grass cover relative to available summering areas. Late-brooding females in the Pinedale area selected locations with increased total shrub canopy cover, and in Jackson, used summer habitats were in areas with proportionally increased food forb cover (relative to total cover) compared to available summering habitats.  No differences were detected between used and available late brooding locations near Rawlins.

In areas where riparian habitats were limiting, drought conditions concentrated birds, resulting in increased predation rates and increased adult hen fall mortality.  Fall mortality was caused by hunting and predation, the majority of which occurred during September.  In 1994, 62% of the annual mortality occurred during September, presumably because drought conditions concentrated birds on riparian areas.  Results from Casper in 1998 and Pinedale in 2004 indicated that sage-grouse preferred to remain within sagebrush dominated habitats throughout the summer, and resorted to concentrating on riparian corridors only after upland forb desiccation.  This information suggests that riparian area (and associated succulent vegetation) distribution and extent could be important to sage-grouse survival.

*WINTER HABITAT SELECTION*

Sage-grouse may travel many kilometers or only short distances between seasonal ranges (Eng and Schladweiler 1972); migratory populations often travel 80 to 160 km (50 to 100 miles) to winter ranges (Patterson 1952), while sedentary populations merely increase flock size and move from meadows into sagebrush during the winter (Autenrieth 1981).  A precipitation event (usually snow) or a drop in the temperature initiates migration, which begins in late August (in advance of snow accumulation) and continues until December (Dalke et al. 1960, Berry and Eng 1985, Connelly et al. 1988).  Winter habitat is probably the most limiting seasonal habitat (Patterson 1952, Beck 1977), with sage-grouse over a broad summering area congregating on smaller, traditional wintering grounds (Beck 1977, Berry and Eng 1985).

Selection of wintering habitats by sage-grouse is influenced by snow depth and hardness, topography (i.e., elevation, slope, and aspect), and vegetation height and density (Batterson and Morse 1948, Gill 1965, Greer 1990, Schroeder et al. 1999).  The primary requirement of wintering sage-grouse is sagebrush exposure above the snow (Patterson 1952, Hupp and Braun 1989, Schroeder et al. 1999, Connelly et al. 2000b, Crawford et al. 2004).  During the winter, sage-grouse could be restricted to <10% of the sagebrush dominated lands in any given area (Beck 1977).  Sage-grouse populations will utilize critical winter habitat once every 8 to 10 years, these locations providing food and thermal protection when increased snow pack has covered most surrounding areas (Heath et al. 1996).  Winter

C23

BLM_0055237

ranges are characterized by large expanses of dense sagebrush (>20% sagebrush canopy cover) on land with south to west-facing slopes of <5% gradient (Eng and Schladweiler 1972, Beck 1977). Robertson (1991) reported that sage-grouse in Idaho selected areas with increased Wyoming big sagebrush canopy cover and average height compared to available habitats during the winter.

During severe winters, flat area usage diminishes after snow pack exceeds 30 cm, and drainages and steeper southwest facing slopes are used (Autenrieth 1981, Hupp and Braun 1989). Drainages are sheltered from the wind and contain taller sagebrush stands, snow drifts (used for roosting to escape extreme cold), and closed shrub canopies, which combined provide food and reduce thermoregulatory costs (Hupp and Braun 1989, Homer et al. 1993, Heath et al. 1996). Because sagebrush exposure is critical for feeding, wind scoured ridge-tops provide suitable foraging areas until wind velocities exceeding 15 to 25 kph force grouse off these areas (Eng and Schladweiler 1972, Beck 1977). Sage-grouse distribution during the winter is primarily a reflection of sagebrush exposure and topographic categories (slope and aspect).

Sage-grouse feed during almost all weather conditions and subsist on a diet consisting solely of sagebrush during the winter (Patterson 1952, Beck 1977). Remington and Braun (1985) contend that sage-grouse selectively feed on Wyoming big sagebrush due to its relatively high crude protein (nitrogen) content and reduced monoterpene levels compared to other big sagebrush sub-species. But, Welch et al. (1991), comparing food selection by captured wild birds, found that sage-grouse prefer mountain big sagebrush. However, because of the high elevation requirements for mountain big sagebrush growth, this shrub is typically covered by snow during the winter, and not available. Sage-grouse express preference while selecting both foraging plants and sites, but are capable of shifting their eating habits when either sagebrush quantity or quality becomes limiting (Remington and Braun 1985, Welch et al. 1991). Again, sage-grouse distribution is affected by sagebrush exposure rather than differences in nutritional quality of forage (Hupp and Braun 1989).

In Wyoming, the Jackson area has the best possibility of sage-grouse limiting winter habitats; based on the correlation between winter precipitation and changes in the number of males occupying leks, winter habitat could be limiting this population. In Jackson, sage-grouse selected areas with increased sagebrush canopy cover and height, and decreased sagebrush density relative to available sagebrush dominated areas. Additionally, 89% of wintering locations were on southern or western aspects, and 98% of the selected winter sites were on slopes <10%.

BLM_0055238

## SEASONAL ADULT SURVIVAL

Zablan et al. (2003), using band-recovery data from over 6,000 banding individuals in Colorado, estimated 59% annual survival for adult females, 78% for yearling females, 37% for adult males, and 63% for yearling males.  In Wyoming, 67% annual survival for females and 59% for males was estimated from over 3,000 banded individuals (Schroeder et al. 1999 after June 1963).  Moynahan (2004) investigated factors influencing monthly survival of female sage-grouse in Montana, and reported that breeding status (nesting or non-nesting), environmental condition, and exposure to hunting resulted in variable seasonal survival probabilities.  Environmentally, severe winter weather (heavy snow and extreme cold) and the emergence of West Nile virus (Naugle et al. 2004) reduced sage-grouse survival during an annual winter and fall period, respectively, whereas drought conditions (throughout the year) resulted in increased annual survival (Moynahan 2004).

In Farson, survival from April through October (period length due to battery life of radio-transmitters) varied seasonally and annually; survival ranged from 50% to 80%.  During the Farson study, 49% of the females that nested successfully survived from May through October, with 60% of the mortalities occurring in September; only 22% of brooding females survived September 1994.  Heath et al. (1997) suggested that drought conditions during 1994 resulted in birds concentrating on limited available summering habitat, facilitating prey search for both hunters and natural predators.  Regardless, because of the apparent susceptibility of brooding females during an early September hunting season (although harvest was not identified specifically as the primary source of mortality), the Wyoming Game and Fish Department shifted the sage-grouse season opener from September 1 to the 2nd weekend in the month throughout Wyoming in 1995.

Female sage-grouse survival from April to October in Rawlins averaged 73%, with no apparent seasonal variability.  In Jackson, female summer (April through August) and winter (September through March) survival averaged 88% and 83% respectively; however, the Jackson study was conducted during 4 years of below normal winter precipitation.  Changes in long-term lek counts correlated well with winter precipitation levels, suggesting that reported winter survival probabilities were higher than typically experienced in the Jackson Hole area.  Seasonal survival in Lander ranged from 69 to 94%, with the lowest survival occurring during April through June (average 79%).  However, there was no apparent variability in spring survival during breeding (April 81%), nesting (May 86%), or brooding (June 83%) periods.  Female annual survival (April through March) in Kemmerer ranged from 54 to 80%; the greatest proportion of mortalities occurred during April and September.

C25

BLM_0055239

## LIVESTOCK GRAZING

Livestock grazing and its potential effect on sagebrush-dominated ecosystems is one of the most contentious and argued issues underlying the management and use of these habitats (Connelly et al. 2004). Domestic livestock have grazed over most sage-grouse occupied habitats, and this use is typically repetitive with annual or biennial grazing periods of varying timing and length (Braun 1998). Scientific evidence suggests that livestock grazing did not increase sagebrush distributions (Peterson 1995), but reduced the herbaceous understory and increased sagebrush densities (Vale 1975, Tisdale and Hironaka 1981). Some argue that sagebrush steppe ecosystems within the intermountain west (and their associated plant communities) did not evolve with heavy wild ungulate grazing as did the grasslands of central North America, and conclude historic and present livestock utilization has probably resulted in vegetative changes (Mack and Thompson 1982, Miller et al. 1994) and declines in species richness (Reynolds and Trost 1980). Part of this reasoning is that grazing by large ungulates results in the permanent loss of cryptogamic crusts (non-vascular plants of algae, lichens, mosses and diatoms; Pieper 1994) through trampling (Mack and Thompson 1982). Mack and Thompson (1982) maintain that if the crusts represent a component in the evolutionary process of plant establishment throughout the intermountain west, than large ungulates could not have been present, even at low densities.

However, paleoecological records support that the intermountain west evolved with large ungulate grazing (Burkhardt 1995). At the time of the Pleistocene Ice Age (2.5 million years ago), the flora was essentially the same as modern flora, including sagebrush, grass and forb species (as indicated by pollen core samples; Tidewell et al. 1972, Barnosky et al. 1987). There is evidence to support abundant, widespread bison herds within the intermountain west prior to the 1800s (Schroedl 1973, Agenbroad 1978, Butler 1978), and that there was an ecological void (relatively small numbers of large ungulates) when the first Europeans arrived in the area (Burkhardt 1995). Savory (1988) argues that historic movement and grazing patterns were different from recent patterns due to predator influences resulting in tightly packed ungulate herds (a theory supported in part by changes in elk movement patterns when wolves were reintroduced into Yellowstone National Park).

Johnson (1987), comparing 56 photographs taken in Wyoming in 1870 with present day photographs, reported that the ecological change has been relatively small, and the overall impression was one of stability (as cited in Bennett 1992). Additionally, a study examining the vegetative differences between grazed and exclosed plots (excluded from grazing for 31 years, on average) throughout the intermountain west found no landscape scale differences in: (1) native or exotic species richness, (2) species diversity, (3) species evenness, and (4) cover of grasses, forbs, and shrubs

BLM_0055240

(Stohlgren et al. 1999). However, Pieper (1994) maintains that removing livestock from rangelands grazed from the early 1900's is unlikely to return ecosystems to their pristine conditions; and Connelly et al. (2004) contend that our previous history of livestock grazing has influenced soils and plant composition which continue to influence current patterns and processes.

There is little scientific data linking grazing practices to sage-grouse population levels (Connelly and Braun 1997). However, comparing sage-grouse seasonal habitat requirements (outlined above) to studies investigating the response of the habitat to livestock grazing can provide suggestions. Short-term rotational grazing patterns (vs. continuous grazing patterns) benefit native grass and forb production (Derner et al. 1994), which are key habitat features associated with hatching success and hen pre-laying nutrition. However, heavy spring and spring-fall grazing are detrimental to upland herbaceous understories essential for sage-grouse nesting success, whereas fall utilization is neither detrimental nor advantageous (Mueggler 1950, Laycock 1979, Owens and Norton 1990). Insect diversity and density are positively correlated with herbaceous density and diversity (Hull et al. 1996, Jamison et al. 2002), thus spring or spring-fall grazing could also negatively impact young chick survival. Stocking rate appears to be the variable impacting residual grass stubble height (important during the initial stages of nest incubation), with high stocking rates reducing heights (Owens and Norton 1990, Derner et al. 1994). Conversely, spring grazing at high stocking rates is potentially beneficial on sage-grouse winter range, while heavy fall utilization is detrimental (because of differing impacts to sagebrush densities; Wright 1970, Owens and Norton 1990, Angell 1997). Holloran et al. (2005) reported that reducing the amount of residual grass in sagebrush habitats could negatively impact the quantity and quality of sage-grouse nesting habitat, and suggested annual grazing in nesting habitat, regardless of the timing, could negatively impact the following year's nesting success. The importance of annual and seasonal range monitoring and subsequent removal of livestock as utilization reaches capacity cannot be over-emphasized (Holechek 1996, Thurow and Taylor 1999).

Livestock distribution patterns (which are directly linked with water availability) and impacts to riparian habitats primarily influence sage-grouse late brood-rearing and summering habitats. The transition zones or ecotones between types (upland sagebrush and wet meadow) provide food forbs with associated protective cover and are important areas for sage-grouse broods (Klebenow 1982). However, meadows that are heavily invaded by sagebrush and heavy vegetation on ungrazed meadows are not utilized by sage-grouse (Oakleaf 1971, Klebenow 1982). High stocking rates in areas with limited water resource availability are detrimental to forage productivity surrounding water sources (Hall and Bryant 1995, Dobkin et al. 1998). Summer grazing on riparian habitats also appears to concentrate livestock on riparian corridors, resulting in decreased low vegetative growth (typically the

BLM_0055241

forb communities essential in sage-grouse summer diets) and the extent of the hyporheic zone (reducing the lateral extent of succulent vegetation associated with the riparian corridor). However, sage-grouse use grazed instead of ungrazed meadows where protective cover conditions are otherwise equal (Neel 1980). Grazing increases the quality of the forb resource (by interrupting and delaying maturation) and increases accessibility to low-growing food forbs (by producing patchy small openings) sought by sage-grouse (Neel 1980, Evans 1996). Bryant (1982) suggests that stocking pastures containing riparian zones with cow/calf pairs (vs. yearlings) during the cooler part of the grazing season will decrease adverse livestock impacts to the riparian habitats. Additionally, Neel (1980) maintains that rest-rotation grazing can beneficially impact sage-grouse summering habitat if moderate stocking levels are maintained, and rest is afforded a given meadow every 3 years.

The Lander, Wyoming study was primarily focused on the potential effects of livestock grazing management practices on sage-grouse productivity (Kuipers 2004). The study suggested that reduced forage utilization, extended periods of rest, and reduced spring grazing could provide conditions suitable for sage-grouse nesting and early brooding during periods of extensive drought (precipitation 68% of normal during study). Grazing system (based on rotation period) appeared to be less important than stocking rates and season of use. Herbaceous cover and height estimates were consistently lower in livestock grazed relative to non-grazed pastures; residual and live grass height and cover and forb cover were lower in deferred (essentially season long grazing) compared to rotation systems, and grass and forb cover were lower in spring – fall grazed compared to summer grazed rotation systems. Interestingly, bare ground doubled during the time of the study in pastures grazed season long. Shrub components did not appear to be influenced by grazing system. Kuipers (2004) concluded that pastures grazed during the summer and the non-grazed control pastures best mimicked suitable sage-grouse nesting and early brood-rearing habitat during an extensive drought.

The Rawlins study compared 3 ranches with differing grazing management schemes; a non-grazed control was not available for this study (Heath et al. 1998). Live grass height appeared to be least impacted by rotating cattle after 30 instead of 40% forage utilization. Average live and residual grass heights were shorter on the sheep and cattle ranch with >50% utilization compared to the cattle only ranches with <40% utilization. Shrub and herbaceous cover variables did not differ between ranches. Heath et al. (1998) concluded that ranches where the only grazing management difference was 30 compared to 40% forage utilization did not differ in terms of nesting and early brood-rearing habitat condition, but that >50% utilization reduced nesting and brooding habitat quality.

C28

BLM_0055242

SAGEBRUSH MANIPULATION

The current consensus (although highly speculative) is that historic sagebrush-steppe ecosystems were a mosaic of successional shrub age classes created and maintained by fire regimes ranging in frequency from 10-110 years (Klebenow 1972, Wright et al. 1979, Winward 1991). Selective (patchy) fires appear to have been normal in most sagebrush shrublands, while larger fires at lower frequencies occurred in other areas, depending on the climate, topography, plant composition, and aridity of the site (Paige and Ritter 1999). However, after a review of the ecological literature pertaining to sagebrush ecosystems, Tisdale and Hironaka (1981) concluded that because most sagebrush species are sensitive to fire and that early explorers found sagebrush abundant throughout the region, fire must have been historically infrequent.

During most of the 20th century, the sagebrush habitat management consent was that fire should be used to control shrubs (sagebrush) to increase productivity, nutritional quality, and forage availability for livestock (Harniss and Murray 1973, Bunting 1989). Presently, the landscape goal for sagebrush systems in Wyoming is to promote a mosaic of shrub age classes and canopy covers across large, contiguous stands; prescribed fire has been identified as a management option to accomplish this goal (Kilpatrick 2000, Wyoming Interagency Vegetation Committee 2002). However, Lommasson (1948), after studying sagebrush stands for 31 years (1915-45) in Montana, concluded that sagebrush will continue to reproduce and maintain itself indefinitely under natural conditions; over time, sites favorable for sagebrush growth will eventually become (and be maintained in) a multi-aged stand.

Burning results in the greatest reduction of sagebrush cover and has the most protracted effect on sagebrush when compared to other treatments (Watts and Wambolt 1996). Since most species of big sagebrush can only recover by seed, burning significantly lengthens the time required for re-establishment (Vale 1974, Braun 1987). Recovery from a burn to a 20% sagebrush canopy exceeds 35-40 years in Wyoming big sagebrush habitat types, 25 years in basin big sagebrush types, and 15-25 years in mountain big sagebrush sites (Harniss and Murray 1973, Wright and Bailey 1982, Bunting et al. 1987, Winward 1991, Watts and Wambolt 1996). Additionally, Watts and Wambolt (1996) reported that Wyoming big sagebrush canopy cover had reestablished at levels below original levels 30 years post-burn, which indicates that historic wildfires had to have been infrequent for current sagebrush canopies (in untreated sagebrush) to be maintained. Although sagebrush in a burn in Idaho was approaching pre-burn density 30 years post-burn, the majority of the plants in the burned plots were less than 6 inches tall (Harniss and Murray 1973), indicating that the plant community was far from a climax community. However, these fire recovery intervals were estimated from plant recovery evidence. Combining fire-scar data with these recovery estimates, Baker (*in press*) reported that the

C29

BLM_0055243

best available estimates of fire rotation (i.e., the average interval in which fire would impact each point in a landscape) are 100 to 240 years in Wyoming big sagebrush and 70 to 200 years in mountain big sagebrush. The author went on to conclude that fire suppression likely has had little effect in most sagebrush communities, and that the reintroduction of fire into these systems is currently not a restoration need (Baker *in press*).

The overall effect of sagebrush treatments on sage-grouse populations is largely dependent on the vegetative response, the status of the population, and the type of habitat treated. Increasing sage-grouse populations and populations below their potential carrying capacity do not appear to be adversely affected by the treatment of sagebrush (Wallestad 1975, Martin 1990). However, neither do they show a positive response through an increase in relative abundance (Wallestad 1975, Martin 1990, Fischer et al. 1996). In contrast, Connelly et al. (1994) found that a declining population declined to a much greater extent in treated areas relative to untreated areas. Destruction of wintering and nesting habitat is believed to have the greatest potential to reduce the total capacity of an area to support a sage-grouse population (Wallestad 1975, Connelly and Braun 1997).

Relatively large treatment areas typically result in sage-grouse declines (Klebenow 1970). A >20% sagebrush crown reduction on >350 ha treatment blocks caused a reduction in the number of cocks on adjacent strutting grounds in Montana (Martin 1970, Wallestad 1975). Connelly et al. (2000a) reported that the negative effects of a 57% sagebrush crown removal project on a sage-grouse breeding population (estimated by lek counts) included: (1) increased loss of leks; (2) increased decline in average cock lek attendance; and (3) increased decline in the mean number of cocks per lek when comparing treatment to control areas in Idaho (findings applicable to low precipitation zones dominated by Wyoming big sagebrush). In Montana, sage-grouse use of a treatment area (2,4-D spray strips) was restricted almost exclusively to remnant sagebrush patches (Martin 1970). And, the loss of a relatively large portion of wintering sagebrush dominated habitat to plowing resulted in a substantial decline (73%) in the number of strutting male sage-grouse on adjacent leks in Montana (Swenson et al. 1987).

There is almost no justification for removing sagebrush in areas where winter cover for sage-grouse is limited (Klebenow 1972). Sagebrush removal on winter range can significantly reduce the availability of tall sagebrush that provides critical cover and food, especially during severe winters (Schneegas 1967, Robertson 1991). In Idaho, the removal of 60% of the sagebrush cover (in a mosaic pattern) resulted in a significant decline in the use of these sites for winter range (34 and 42% of locations pre- versus 6% post-burn; Connelly et al. 1994).

There is disagreement regarding the result of sagebrush removal on the breeding activities of sage-grouse. Some researchers have reported a significant decrease in lek attendance by cocks

C30

BLM_0055244

(Wallestad 1975, Connelly et al. 1994), whereas others have found no clear effect (Gates 1983, Martin 1990, Benson et al. 1991, Fischer 1994). Shrub removal reduced the availability of cover surrounding leks (breeding adults avoided manipulated areas for feeding, loafing, and roosting; Martin 1990), and birds migrated from altered breeding grounds earlier than normal in Idaho (Fischer et al. 1997). However, in areas with limited suitable lekking grounds, sagebrush removal could be an effective tool to create open areas for breeding, provided there is sagebrush nearby for escape and feeding (Dalke et al. 1960, Connelly et al. 1981, Phillips et al. 1986).

Nesting habitat is especially susceptible to burning because of relatively high fuel loads characteristic of this habitat (Connelly et al. 1994). Sage-grouse restrict their nesting use of manipulated areas to remaining patches of live sagebrush (Connelly et al. 1994, Fischer 1994). Although some research has found similar nesting densities and success between burned and unburned areas (Klebenow 1970, Fischer 1994), large reductions in the amount of available nesting habitat will reduce the capacity of an area, and result in the clustering of nests within the remaining sagebrush patches and increasing predatory pressure (Niemuth and Boyce 1995). In addition, coyotes (*Canis latrans*) are reportedly able to increase following sagebrush treatment (Wright 1974), and habitat fragmentation and the creation of edges may reduce the difficulty of foraging by predators (Burger et al. 1994, Braun 1998). However, lower nest predation rates may occur in recovering treated sagebrush as the sagebrush treatment reduces the long-term density of larger mammalian prey (rabbits; *Lepus* and *Sylvilagus* spp. and ground squirrels; *Spermophilus* spp.) and subsequently reduces predator densities (Ritchie et al. 1994).

The inability of sagebrush removal treatments to consistently increase forbs or insects limits their utility as a tool for sage-grouse brood-rearing habitat management (Gates 1983, Martin 1990, Connelly et al. 1994, Nelle 1998). Klebenow (1970) reported that broods did not use treated areas for 2 years post-treatment. Additionally, Connelly et al. (1994) reported that the abundance and biomass of ants was reduced the 2nd and 3rd years post-treatment in southeastern Idaho (Fischer et al. 1996); grasshopper densities were reduced by 60% the first year after a prescribed burn in Arizona (Bock and Bock 1991); and 6 years after a big sagebrush wildfire in southeastern Washington, half of the ground dwelling beetle species were less abundant on burned sites, and overall beetle abundance was reduced by 20% (Rickard 1970). In contrast, the abundance of ants and beetles on the Upper Snake River Plain in Idaho was significantly greater in a 1-year old burn, but had returned to unburned levels 3 to 5 years post-burn (Nelle et al. 2000).

Relative to unburned control sites, burning in sagebrush habitats near Kemmerer, Wyoming, resulted in reduced sagebrush and total shrub cover, increased common burn shrub (i.e., rabbitbrush in

BLM_0055245

particular) cover, and did not stimulate herbaceous production during drought conditions (precipitation 50% of normal during study; Slater 2003). However, sage-grouse did not avoid burned habitats for nesting providing that adequate structural cover (shrub overstory cover) within the burns existed, and nesting within burned areas (relative to outside burns) did not negatively influence the probability of a successful hatch. Although burning did not improve relative (to non-burned habitats) forb or herbaceous cover or insect numbers, females nesting within a burn moved shorter distances from nests to early brooding sites, suggesting that burning created areas attractive for brood-rearing. General grouse burn-use observations (throughout spring and summer periods) suggested birds feed and loaf in both burned and unburned portions of the burns, with locations concentrated relatively close (within 60 m) to the interface between these two habitats. Slater (2003) concluded by cautioning that drought likely played a significant role in shaping the findings reported in the study, and that low nest success (average 24% during study) and productivity (average 0.3 chicks fledged in August per female), although probably impacted by the drought, suggested that burning could influence sage-grouse beyond the spatial scale of the burn itself.

MINERAL EXTRACTION ACTIVITIES

The magnitude of energy development impacts on wildlife resources throughout North America is relatively unknown. Generally, gregarious species (i.e., sage-grouse during the breeding season) are more severely affected by a disturbance than are solitary species, and hunted species will exhibit a greater avoidance of road-related disturbances than will their unhunted conspecifics (PRISM Environmental Management Consultants 1982). Potential impacts of mineral extraction development to sage-grouse include: (1) direct habitat loss from well, road, pipeline, and transmission line construction, (2) the replacement of mature plant and animal communities with lower successional stages of plants and associated fauna, (3) increased human activity causing avoidance and displacement, (4) pumping noise causing displacement and reducing breeding efficiency, (5) increased legal and illegal harvest (it has been estimated that game violations increase by 3 times in remote areas undergoing intensive development; Bay 1989), (6) direct mortality associated with evaporation ponds and associated diseases (Naugle et al. 2004), and (7) reduced water tables resulting in herbaceous vegetation loss (USDI BLM 1979, Schoenburg and Braun 1982, Braun 1986, Braun 1987, TRC Mariah Associates Inc. 1997, Connelly et al. 2004). Sage-grouse leks within 0.4 km of coalbed methane (CBM) wells in northern Wyoming had significantly fewer males per lek and lower annual rates of population growth compared to leks situated >0.4 km from a CBM well (Braun et al. 2002). The extirpation of 3 lek complexes within 0.2 km of oil field infrastructure in Alberta, Canada, was

BLM_0055246

associated with the arrival of oil field-related disturbance sources (Braun et al. 2002, Aldridge and Brigham 2003). Additionally, the number of displaying males on 2 leks within 2 km of active coal mines in northern Colorado declined by approximately 94% over a 5-year period following an increase in mining activity (Braun 1986, Remington and Braun 1991).

Roads constructed for mineral exploration and production may result in the development of permanent travel routes, improved public access, increased long-term traffic related disturbance to previously inaccessible regions, indirect noise impacts (to leks ≤1 km from the road; Braun 1998), and direct mortality (USDI BLM 1979, PRISM Environmental Management Consultants 1982, Braun 1998). Generally, road effect-distances (the distance from a road at which a population density decrease is detected) are positively correlated with increased traffic density and speed, and are more severe in years when wildlife population sizes are low (Forman and Alexander 1998). However, Ingelfinger (2001), studying the potential effects of road disturbance on sagebrush steppe passerines along the Pinedale Anticline, reported that sagebrush obligate bird densities were reduced within 100 m of a road, regardless of traffic volumes. The author suggested that habitat edge avoidance or changes in passerine species composition along the roads (i.e., increased horned lark abundance) explained sagebrush obligate declines (Ingelfinger 2001). The upgrade of haul roads associated with surface coal mining activity in North Park, Colorado resulted in one sage-grouse lek (50 m from a road) becoming inactive, and an 83% reduction in the number of displaying cocks on another lek (500 m from a road) within 3 years post-upgrade (Braun 1986, Remington and Braun 1991). Additionally, patch occupancy probabilities of Gunnison sage-grouse (*Centrocercus minimus*) in Colorado were positively correlated with distance to roads, suggesting avoidance (Oyler-McCance 1999).

Although transmission line construction does not cause direct habitat loss, sage-grouse avoidance of vertical structure, due to altered raptor distributions and raptor species composition within relatively flat landscapes, results in habitat exclusion (≤1 km wide band centered on power lines; USDI BLM 1979, Braun 1998). The construction of transmission line structures located within 200 m of an active sage-grouse lek and between the lek and cock day use areas in northeastern Utah resulted in a 72% decline in the mean number of strutting cocks and an alteration in daily dispersal patterns during the breeding season within 2 years (Ellis 1985). The frequency of raptor-sage-grouse interactions during the breeding season increased 65%, and golden eagle (*Aquila chrysaetos*) interactions increased 47% between pre- and post-transmission line construction (Ellis 1985). Transmission lines constructed in southeastern Colorado significantly increased: (1) raptor density within 400 m of the towers, and (2) overall raptor populations in the total census area; although the towers represented <2% of the available perches, 81% of all perched raptors recorded were on them (Stahlecker 1978).

C33

The effects of noise on wildlife include: (1) masking signals that influence courtship, grouping, escape, etc., and (2) direct effects on behavioral and physiological processes (Bromley 1985 after Memphis State University 1971). Masking vocal communication of birds, especially sounds that may mask acoustic cues necessary for reproduction, may be the most negative influence of noise (Reijnen et al. 1995). Gibson and Bradbury (1985) reported that male sage-grouse mating success was more closely related to individual differences in strut display effort and sound characteristics (i.e., lek attendance, strut display rate, and the temporal and frequency characteristics of the whistle emitted towards the end of the strut display) than to territorial or morphological characteristics. Gibson (1989) further indicated that the acoustic component of the strut display alone (produced by hidden audio speakers situated on a lek) was attractive to females. Although it is unknown if unnatural noises associated with anthropogenic activity (i.e., gas and oil development operations, traffic) disrupt females' ability to evaluate males' displays, it seems reasonable that noises within the range of those emitted by sage-grouse males (within the frequency bands 300-1200 Hz; Dantzker et al. 1999) could mask courtship acoustics and influence breeding behavior and lek attendance.

Sage-grouse populations apparently decline in response to mineral development activity; however, establishing causality has remained elusive. Remington and Braun (1991) theorized that regional distributions rather than numbers of breeding sage-grouse were altered by coal mining activity in Colorado. This displacement theory is additionally supported by several studies: greater sage-grouse in Alberta, Canada avoided nesting in areas with increased levels of human development (i.e., roads, well sites, urban habitats, cropland), and females with chicks avoided areas with high densities of visible oil wells (Aldridge 2005); lesser prairie-chickens (*Tympanuchus pallidicinctus*) in Kansas selected habitats removed from anthropogenic features (Hagen 2003); and Gunnison sage-grouse in Colorado avoided roads (Oyler-McCance 1999). Potential negative effects to population levels also have been suggested: Aldridge (2005) reported that greater sage-grouse chick survival decreased as well densities within 1 km of brooding locations increased in Canada, and Hagen (2003) suggested that a lesser prairie-chicken population impacted by anthropogenic activity in Kansas had lower nest success and female survival probabilities compared to a non-impacted population.

Sage-grouse response to natural gas field development has been studied in the Pinedale area since 1998. The first 2 years (1998-99) of the study were concentrated on the northern end of the Pinedale Anticline Project Area (the Mesa), and were primarily investigating the reaction of female sage-grouse breeding on road-disturbed compared to undisturbed leks (Lyon 2000, Lyon and Anderson 2003). Females breeding on disturbed leks initiated nests less frequently (65%) than undisturbed individuals (89%); additionally, for females that were followed for consecutive nesting seasons, 56%

C34

breeding on disturbed leks initiated nests both years compared to 82% of the females breeding on undisturbed leks.  Females disturbed during the breeding season moved on average twice as far from the lek to nest compared to undisturbed females (4.1 vs. 2.1 km, respectively); 26% of the disturbed females nested within 3 km of the lek compared to 91% of the undisturbed females.  For those females that nested, hatching success and early brood-rearing brood survival probabilities did not differ between disturbed and undisturbed females.  Lyon (2000) also reported that sage-grouse breeding and summering throughout the entire upper Green River region (including areas extending north of Pinedale approximately 70 km to Green River Lakes) were concentrating on the Mesa and areas approximately 15 km south of the New Fork River during the winter.

The second phase of the Pinedale study incorporated data from Lyon's (2000) study, expanded the study area to include the entire Pinedale Anticline Project Area, and continued to investigate the response of sage-grouse populations to the development of a natural gas field (Holloran *in preparation*). Because the EIS was completed in 2000, we were able to investigate all aspects of gas development versus concentrating on road related disturbance impacts.  Over the long-term, sage-grouse in the Pinedale area apparently were excluded from breeding within or near the development boundaries of a natural gas field.  Declines in the number of displaying males were positively correlated with decreased lek-to-gas field-related disturbance source (i.e., active drilling rig, producing well pad, main haul road) distances, increased traffic volumes within 3 km of leks, and increased potential for greater noise intensity at leks.  The results suggested that well densities exceeding 1 well per 283 ha within 3 km of a lek negatively influence male lek attendance, and rates of lek attendance decline increased on leks located relatively centrally within the developing gas field (i.e., producing wells occupying ≥3 directional quadrates around the lek).  Adult male displacement and minimal juvenile male recruitment could be contributing to declines in the number of breeding males on impacted leks.  Additionally, predatory species' responses to gas field development could be responsible for decreased male survival probabilities on leks situated on the edges of the developing field and could be extending the gas field's range-of-influence.

Female nest site selection results suggested that site-tenacious adult females did not disperse in response to increased levels of gas development within selected nesting locations; however, subsequent generations apparently avoided gas field infrastructure during the nesting period.  Additionally, portions of the yearling female breeding cohort apparently avoided breeding on leks situated relatively near the developing field.  Population growth differences between impacted and non-impacted populations of individuals suggest that natural gas related impacts negatively influenced female greater sage-grouse population growth.  In general, most of the variability in population growth differences between

C35

BLM_0055249

treatment and control populations was explained by lower annual survival (especially of adult females) buffered to some extent by higher productivity in treatment populations. Interestingly, disturbed female annual survival was primarily influenced during the early brooding and summering stages, after and not during actual gas development impact (individuals were primarily subjected to natural gas activity during the breeding and nesting seasons). Because treatment and control individuals summered in generally the same areas (and these areas were not situated close to the developing gas field), this suggests that individuals subjected to gas development activity during the spring were reacting hormonally and that the hormonal reaction was predisposing them to predation during the summer (most birds that died were killed by predators vs. dying from other causes). Holloran (*in preparation*) concluded that regional sage-grouse population levels as well as population distribution were negatively influenced by the development of a natural gas field.

PREDATOR CONTROL

Predation is commonly believed to have played an important role in shaping nearly every aspect of avian life history. Mortality due to predation can be high, particularly during early life stages (Cote and Sutherland 1997). The loss of nests to predators is the most damaging to sage-grouse populations, as production of young and recruitment may be affected (Braun 1998). However, although predation could play a role in reducing sage-grouse production, the quality of breeding habitat is believed to be an overriding factor controlling the importance of predation (Connelly et al. 1994, Braun 1998).

Despite the number of factors influencing predation rates, there is little doubt that the majority of unsuccessful nests are lost to predation (Patterson 1952, Gregg et al. 1994, Heath et al. 1997, Holloran 1999). Throughout Wyoming, >95% of 246 failed nests were attributed to predators (Holloran et al. 2005). Additionally, studies in Oregon report a high incidence of chick predation during the early brood-rearing period (Willis et al. 1993). Ravens and various hawks are known to take young grouse during this stage (Girard 1937, Patterson 1952). Also, preliminary findings in Idaho suggest that a significant portion of young chick loss results from red fox predation (J. W. Connelly, Idaho Department of Fish and Game, personal communication).

Vegetation consistently higher at successful compared to unsuccessful sage-grouse nests throughout the range of studied populations included live and residual grass height, residual vegetative cover, forb cover and visual obstruction (Wakkinen 1990, Gregg et al. 1994, Sveum et al. 1998b, Popham 2000, Aldridge and Brigham 2002, Hausleitner 2003, Holloran et al. 2005). Other studies on ground nest predation suggest that the penetrability of vegetation surrounding nests, as influenced by spatial heterogeneity, may be more important than concealment at the nest (Bowman and Harris 1980,

BLM_0055250

Schranck 1972, Crabtree et al. 1989).  Additionally, high nest densities due to habitat fragmentation or the lack of quality nesting habitat, habitat size, and the presence of edges, fencerows, or trails may increase predation rates by reducing foraging difficulty for predators (Mankin and Warner 1992, Burger et al. 1994, Niemuth and Boyce 1995, Braun 1998, Holloran and Anderson 2005).

The density and distribution of predators is also likely to affect nest predation rates.  Nest and brood predation, as influenced by changes in coyote and raven abundance in particular, have been identified by some researchers as an important factor limiting annual productivity (Batterson and Morse 1948, Willis et al. 1993).  High predator densities may also cause some predators to increase their use of foods that are normally of less importance.  The alternative prey hypothesis predicts that predators shift their diet from usual prey sources to alternative prey sources during times of primary prey scarcity (Angelstam et al. 1984, Lindstrom et al. 1986).  High predator densities, overall or relative to preferred prey sources, may result in increased consumption of normally unimportant food sources.  Nest losses of black grouse were low (11%) in a small rodent peak years and high (78%) in a small rodent crash years (Angelstam et al. 1984).

Due to its effect on bird populations and the difficulty of controlling other factors, predation is often seen as an important source of mortality that can be reduced if necessary (Cote and Sutherland 1997).  Predator control is currently conducted in many areas used by sage-grouse to reduce predation on livestock that share these ranges.  Predation is generally of greatest concern to sheep and various studies have documented the significant impact of predators on these range animals (Tigner and Larson 1977, McAdoo and Klebenow 1978, Scrivner et al. 1985).  In a review of 20 studies on the effectiveness of predator removal in protecting bird populations, it was found that removal can reduce early mortality, but that it may not increase the breeding bird population to any great extent (Cote and Sutherland 1997).  The effectiveness of predator control appears to be influenced by the status of the target population.  Stable and increasing populations appear to respond positively to predator removal, while declining populations are likely to continue declining (Cote and Sutherland 1997).

Commonly cited mammalian sage-grouse and nest predators, namely red foxes, coyotes, bobcats (*Felis rufus*), and badgers, have a great overlap of diets (Patterson 1952, Voigt and Earle 1983, Major and Sherburne 1987, Dibello et al. 1990).  As a result, resource competition likely exists and the failure to remove all predator species may simply allow the remaining species to increase in their absence.  Using trapping as an index to population, Robinson (1961) found that a decrease in coyote numbers over a 20-year period corresponded to an increase of bobcat, badger, skunk (*Mephitis mephitis*), and other carnivores.  Other species interactions must be considered as well.  Studies of red fox/coyote interactions have shown that red foxes strongly avoid the territories of coyotes.  Because

C37

BLM_0055251

coyotes generally have much larger home ranges, their presence may seriously limit the fox population of an area (Voigt and Earle 1983, Major and Sherburne 1987, Sargeant et al. 1987, Harrison et al. 1989). As coyote control became more effective during the 1930s and 1940s, the number of coyotes in farmland areas was reduced and red fox populations began to expand, with red fox becoming more numerous relative to recorded history beginning in the late 1940's (Sargeant et al. 1987). Predator removal is generally focused on the coyote because it is responsible for the vast majority of sheep predator kills (Tigner and Larson 1977, Taylor et al. 1979). However, it may not be an important sage-grouse nest predator (Patterson 1952). Diet studies of the coyote indicate that birds as a whole contribute <7% of the yearly dry weight consumed (Johnson and Hansen 1979, Reichel 1991). In contrast, the red fox is known to be a significant predator of ground nesting ducks and eggs (Sargeant 1972).

In Casper, remote-sensing cameras were placed at 33 sage-grouse nests to identify nest predators (Holloran 1999, Holloran and Anderson 2003). Four of the monitored nests were unsuccessful; an elk (*Cervus elaphus*), badger, and black-billed magpie were directly responsible for 3 of the 4 losses, and repeated disturbance by cattle caused the 4th female to abandon. Interestingly, Patterson (1952) reported that most sage-grouse nest loss in Wyoming was attributable to ground squirrels; however, both thirteen-lined and Richardson's ground squirrels were documented at sage-grouse nests in Casper, yet none of these nests were destroyed. The probability of a successful hatch was negatively related to the amount of time females spent away from the nest during incubation-feeding times, and food forb cover tended to be higher at successful compared to unsuccessful nests. This suggests that forb cover within dense sagebrush patches could reduce the amount of time a female remains off the nest during incubation and result in increased nest success probabilities.

Comparing ranches with different predator control management (intensive vs. recreational predator control) near Rawlins, Heath et al. (1998) reported that control measures could potentially have counteracted some of the effect of substandard nesting habitat (primarily in terms of short residual grass heights on the sheep and cattle ranch). However, predator control did not influence brooding period chick or adult annual survival. Heath et al. (1998) concluded that predator control had limited value to sage-grouse populations.

In Kemmerer, Slater (2003) compared predator density and species composition and sage-grouse productivity in 2 areas, 1 with extensive coyote control and 1 with limited recreational predator control. The results suggested that the coyote control program decreased coyote abundance, but that badger abundance was increased in the coyote control area (although a direct link between decreased coyote and increased badger abundance was not established). However, nest success and brood

C38

BLM_0055252

survival did not differ between the 2 areas, suggesting reduced coyote abundance and coyote control did not benefit sage-grouse populations.

An interesting theory pertaining to nest depredation probabilities and the presence of potential predator travel corridors (i.e., trails) was investigated in Lander (Kuipers 2004). In terms of trail configuration within 100 m of sage-grouse nests, important predictors of nest success were trail absence within 25 m, and trail presence at 100 m. Kuipers (2004) theorized that if trails represented attractive travel paths for predators, trail presence close to a nest would increase nest detection probabilities, whereas trails farther away would act to draw predators away from a nest and increase hatching probabilities.

## FUTURE SAGE-GROUSE RESEARCH in WYOMING

Although the WyCOOP has recently been involved in numerous research projects investigating questions from general sage-grouse seasonal habitat use and survival to specific aspects of sagebrush habitat management and how they influence sage-grouse biology, several questions that surfaced as a result of those projects remain uninvestigated. The WyCoop currently is addressing 3 of these questions.

Results from the first 2 Pinedale studies suggest that sage-grouse leks situated relatively near extractive mineral developments ultimately become unoccupied. However, indications from these studies are that adult birds are reluctant to disperse from a disturbance, both during the breeding and nesting/early brood-rearing seasons. During the initial phases of the study, birds were captured from leks along the Pinedale Anticline that were either being impacted by gas development, or had the potential to be impacted in the future. This resulted in one of two possible scenarios for the sample population. (1) If a lek was being impacted during the year in question, all the birds using that lek during that year were willing to disregard the potential impact, and our entire sample consisted of these individuals. Thus, we do not know if the sample population was representative of the population as a whole, or consisted solely of individuals able to ignore the presence of gas field activity (presumably adults, which is supported by data collected by Braun 1986). Or, (2) if a lek was impacted one year following initial capture of individuals from that lek (i.e., a pre- vs. post-treatment type of comparison), all the collared individuals returning would be adult birds, and less willing to disperse. Therefore, the first 2 phases of the Pinedale study may not have accurately documented the response of the yearling population to natural gas field development. A scenario where limited yearling recruitment was occurring on leks within gas fields could result in the gradual declines to extinction witnessed at highly impacted leks on the Pinedale Anticline. Thus, a major question remains: "Are juvenile (i.e., yearling)

C39

BLM_0055253

sage-grouse that would normally be using a lek disturbed by gas development using the impacted lek, moving to another lek, or not breeding?"  By radio-equipping juvenile sage-grouse in the fall, and tracking those individuals through the following breeding season, the potential influence of natural gas development on the yearling cohort is currently being investigated by the WyCOOP.

The scale of the landscape used by sage-grouse changes throughout seasons and differs between populations.  Site area fidelity [established for nesting habitat (Berry and Eng 1985, Fischer et al. 1993, Holloran and Anderson 2005) and surmised for other seasonal habitats (Berry and Eng 1985)] suggests that the "landscape" for an individual hen during different life-history stages is relatively small.  The overall landscape requirements for an individual are the conglomeration of these seasonal habitats combined with the necessary migration corridors (the length of these corridors will be different between and within populations).  Thus, the landscape question becomes one of seasonal habitat requirements on a relatively small scale, the juxtapositional requirements of those seasonal habitats, and the habitats required to move between those seasonal ranges.  The majority of the published research has been concerned with describing microsite selection within seasonal habitats and microsite adequacy of those selected habitats (i.e., use vs. available and successful vs. unsuccessful studies).  Little information is available on gross selection parameters within seasonal ranges (i.e., distance to edge, sagebrush patch size requirements, spatial extent of nesting habitat required), juxtapositional requirements between seasonal ranges (i.e., distances between nesting and brooding habitats and the relationship between distances moved and productivity, summer habitat dispersion and adult/chick survival), or the habitat requirements of transitional ranges (i.e., habitat use and requirements during migration).  The other 2 questions currently being investigated by the WyCOOP are concerned with gross seasonal habitat selection and habitat use during the spring and fall transition periods.  Seasonal locations from the studies conducted by the WyCOOP since 1994 are being used to quantify habitat selection at the scale of the landscape, essentially investigating the question:  "Are sage-grouse females selecting seasonal habitats based on landscape features beyond the spatial scale of microsite habitat conditions?" Additionally, radio-equipped birds from migratory and sedentary populations in the Lander area are being used to investigate transitional-range habitat use, and to investigate survival and productivity differences between migratory and non-migratory individuals.

Additional sage-grouse research is being conducted in Wyoming by personnel from other universities.  In the northern part of the state (from the Sheridan region south to Gillette), research investigating the potential effects of coal bed methane (CBM) development on sage-grouse distributions and population growth is being conducted by the University of Montana.  Sage-grouse population level impacts of West Nile virus (WNv) outbreaks and the potential influence CBM

C40

BLM_0055254

evaporation ponds have on WNv prevalence are also being investigated (Dr. David E. Naugle, University of Montana, Missoula, MT, USA).  In the Pinedale and Lander areas, a project aimed at experimentally determining the behavioral response of breeding sage-grouse to noise associated with natural gas development activity is being conducted by the University of California, Davis (Dr. Gail L. Patricelli, University of California Davis, Davis, CA, USA).  Wyoming is currently at the forefront of research investigating the impacts certain land-use management practices have on sage-grouse populations, especially the potential effects of resource extraction activity.  The concern over sage-grouse is not likely to dissipate in the near future; the need for continued research and modifications to land-use practices remains high.

LITERATURE CITED

Agenbroad, L. D.  1978.  Buffalo jump complexes in Owyhee County, Idaho.  Plains Anthropologist 23:313-321.

Aldridge, C. L.  2005.  Identifying habitats for persistence of greater sage-grouse (*Centrocercus urophasianus*) in Alberta, Canada.  PhD Dissertation, University of Alberta, Edmonton, Alberta, Canada.

Aldridge, C. L., and R. M. Brigham.  2001.  Nesting and reproductive activities of Greater Sage-Grouse in a declining northern fringe population.  Condor 103:537-543.

Aldridge, C. L., and R. M. Brigham.  2002.  Sage-grouse nesting and brood habitat use in southern Canada.  Journal Wildlife Management 66:433-444.

Aldridge, C. L., and R. M. Brigham.  2003.  Distribution, abundance, and status of the greater sage-grouse, *Centrocercus urophasianus*, in Canada.  Canadian Field-Naturalist 117:25-34.

Angell, R. F.  1997.  Crested wheatgrass and shrub response to continuous or rotational grazing. Journal Range Management 50:160-164.

Angelstam, P., E. Lindstrom, and P. Widen.  1984.  Role of predation in short-term population fluctuations of some birds and mammals in Fennoscandia.  Oecologia 62:199-208.

Anonymous.  1937.  Sage hen season closed.  Wyoming Wildlife 2.

Autenrieth, R. E.  1981.  Sage grouse management in Idaho.  Wildlife Bulletin 9, Idaho Department of Fish and Game, Boise, ID, USA.

Autenrieth, R., W. Molini, and C. Braun (eds.).  1982.  Sage grouse management practices.  Western States Sage Grouse Committee Technical Bulletin Number 1.  Twin Falls, ID, USA.

Baker, W. L.  *In Press*.  Fire and restoration of sagebrush ecosystems.  Wildlife Society Bulletin 00:000-000.

BLM_0055255

Barnett, J. K., and J. A. Crawford.  1994.  Pre-laying nutrition of sage grouse hens in Oregon.  Journal Range Management 47:114-118.

Barnosky, C. W., P. M. Anderson, and P. J. Bartleim.  1987.  The northwestern U. S. during deglaciation:  vegetational history and paleoclimate implications.  Geology of North America Volume K3, North America and adjacent oceans during the last deglaciation.  The Geological Society of America, Boulder, CO, USA.

Batterson, W. M., and W. B. Morse.  1948.  Oregon sage grouse.  Oregon Fauna Series 1, Oregon Game Commission, Portland, OR, USA.

Bay, K. G.  1989.  Writing the rules of progress:  a look at oil and gas development in the midwest.  Proceedings of the 43rd Midwest Fish and Wildlife Conference, Wichita, KS, USA.

Beck, T. D. I.  1977.  Sage grouse flock characteristics and habitat selection in winter.  Journal Wildlife Management 41:18-26.

Bennett, L. E.  1992.  Soil conservation service (SCS) brush project:  final report.  Wyoming Fish and Wildlife Research Unit, University of Wyoming, Laramie, WY, USA.

Benson, L. A., C. E. Braun, and W. C. Leininger.  1991.  Sage grouse response to burning in the big sagebrush type. Proceedings:  Issues and Technology in the Management of Impacted Western Wildlife, Thorne Ecological Institute 5:97-104.

Bergerud, A. T.  1988.  Survival and breeding strategies of grouse. Pages 473-577 *in* A. T. Bergerud and M. W. Gratson, (eds.).  Adaptive Strategies and population ecology on northern grouse.  University of Minnesota Press, Minneapolis, MN, USA.

Berry, J. D., and R. L. Eng.  1985.  Interseasonal movements and fidelity to seasonal use areas by female sage grouse.  Journal Wildlife Management 49:237-240.

Bock, C. E. and J. H. Bock. 1991. Response of grasshoppers (Orthoptera: Acrididae) to wildfire in a southeastern Arizona grassland.  American Midland Naturalist 125:162-167.

Bowman, G. B., and L. D. Harris. 1980.  Effect of spatial heterogeneity on ground-nest predation.  Journal Wildlife Management 44:806-813.

Bradbury, J. W., R. M. Gibson, C. E. McCarthy, and S. L. Vehrencamp.  1989.  Dispersion of displaying male sage grouse II:  the role of female dispersion.  Behavioral Ecology and Sociobiology 24:15-24.

Braun, C. E.  1979.  Evolution of the effects of changes in hunting regulations on sage grouse populations.  Game Research Report, Project W-37-R-32. Job 9a., Colorado Division of Wildlife, Denver, CO, USA.

BLM_0055256

Braun, C. E. 1981. Vulnerability and population characteristics of sage grouse in Moffat County. Final Report, Federal Aid Project W-37-R-34, Work Plan 3, Job 11. Colorado Division of Wildlife, Denver, CO, USA.

Braun, C. E. 1986. Changes in sage grouse lek counts with advent of surface coal mining. Proceedings: Issues and Technology in the Management of Impacted Western Wildlife, Thorne Ecological Institute 2:227-231.

Braun, C. E. 1987. Current issues in sage grouse management. Proceedings of the Western Association of State Fish and Wildlife Agencies 67:134-144.

Braun, C. E. 1998. Sage grouse declines in western North America: what are the problems? Proceedings of the Western Association of State Fish and Wildlife Agencies 78:139-156.

Braun, C. E., M. F. Baker, R. L. Eng, J. S. Gashwiler, and M. H. Schroeder. 1976. Conservation committee report on effects of alteration of sagebrush communities on the associated avifauna. Wilson Bulletin 88:165-171.

Braun, C. E., T. E. Britt, and R. O. Wallestad. 1977. Guidelines for maintenance of sage grouse habitats. Wildlife Society Bulletin 5:99-106.

Braun, C. E., O. O. Oedekoven, and C. L. Aldridge. 2002. Oil and gas development in western North America: effects on sagebrush steppe avifauna with particular emphasis on sage grouse. Transactions North American Wildlife and Natural Resources Conference 67:337-349.

Bromley, M. 1985. Wildlife management implications of petroleum exploration and development in wildland environments. U.S. Department of Agriculture, Forest Service, Intermountain Research Station General Technical Report INT-191. Ogden, UT, USA.

Bryant, L. D. 1982. Response of livestock to riparian zone exclusion. Journal Range Management 35:780-785.

Bunting, S. C. 1989. Forest site preparation and range improvement. Pages 103-106 in D. M. Baumgartner, D. W. Breuer, B. A. Zamora, L. F. Neuenschwander, and R. H. Wakimoto (eds.). Proceedings: Prescribed fire in the intermountain region symposium.

Bunting, S. C., B. M. Kilgore, and C. L. Bushey. 1987. Guidelines for prescribed burning in sagebrush-grass rangelands in the northern Great Basin. U.S. Department of Agriculture, General Technical Report. INT-231, Forest Service Intermountain Research Station. Ogden, UT, USA.

Burger, L. D., L. W. Burger, Jr., and J. Faaborg. 1994. Effects of prairie fragmentation on predation of artificial nests. Journal Wildlife Management 58:249-254.

BLM_0055257

Burkhardt, J. W.  1995.  Herbivory in the intermountain west:  an overview of evolutionary history, historic cultural impacts and lessons from the past.  Pacific Northwest Range Short Course, Boise, ID, USA.

Butler, R. B.  1978.  Bison hunting in the desert west before 1800:  the paleoecological potential and the archaeological reality.  Plains Anthropologist 23:106-112.

Connelly, J. W.  1982.  An ecological study of sage grouse in southeastern Idaho.  PhD Dissertation, Washington State University, Pullman, WA, USA.

Connelly, J. W., W. J. Arthur, and O. D. Markham.  1981.  Sage grouse leks on recently disturbed sites.  Journal Range Management 52:153-154.

Connelly, J. W., H. W. Browers, and R. J. Gates.  1988.  Seasonal movements of sage grouse in southeastern Idaho. Journal Wildlife Management 52:116-122.

Connelly, J. W., and L. A. Doughty.  1989.  Sage grouse use of wildlife water developments in southeastern Idaho.  Pages 167-172 *in* G. K. Tsukamoto and S. J. Striver (eds.).  Wildlife water development:  a proceedings of the wildlife water development symposium.

Connelly, J. W., W. L. Wakkinen, A. D. Apa, and K. P. Reese.  1991.  Sage grouse use of nest sites in southeastern Idaho.  Journal Wildlife Management 55:521-524.

Connelly, J. W., W. L. Wakkinen, A. D. Apa, K. P. Reese, and J. W. Fischer.  1993.  Re-nesting by sage grouse in southeastern Idaho.  Condor 94:1041-1043.

Connelly, J. W., K. P. Reese, W. L. Wakkinen, M. D. Robertson, and J. W. Fischer.  1994.  Sage grouse ecology report.  Job Completion Report W-160-R-19 Subproject 9, Idaho Department of Fish and Game, Boise, ID, USA.

Connelly, J. W., and C. E. Braun.  1997.  Long-term changes in sage grouse (*Centrocercus urophasianus*) populations in western North America.  Wildlife Biology 3:229-234.

Connelly, J. W., K. P. Reese, R. A. Fischer, and W. L. Wakkinen.  2000a.  Response of sage grouse breeding population to fire in southeastern Idaho.  Wildlife Society Bulletin 28:90-95.

Connelly, J. W., M. A. Schroeder, A. R. Sands, and C. E. Braun.  2000b.  Guidelines to manage sage grouse populations and their habitats.  Wildlife Society Bulletin 28:1-19.

Connelly, J. W., S. T. Knick, M. A. Schroeder, and S. J. Stiver.  2004.  Conservation assessment of greater sage-grouse and sagebrush habitats.  Western Association of Fish and Wildlife Agencies.  Unpublished Report.  Cheyenne, WY, USA.

Cote, I. M., and W. J. Sutherland.  1997.  The effectiveness of removing predators to protect bird populations. Conservation Biology 11:395-405.

BLM_0055258

Crabtree, R. L., L. S. Broome, and M. L. Wolfe. 1989. Effects of habitat characteristics on gadwall nest predation and nest-site selection. Journal Wildlife Management 53:129-137.

Crawford, J. A., M. A. Gregg, M. S. Drut, and A. K. DeLong. 1992. Habitat use by female sage grouse during the breeding season in Oregon. Final Report. Department of Fisheries and Wildlife, Oregon State University, Corvallis, OR, USA.

Crawford, J. A., R. A. Olson, N. E. West, J. C. Mosley, M. A. Schroeder, T. D. Witson, R. F. Miller, M. A. Gregg, and C. S. Boyd. 2004. Ecology and management of sage-grouse and sage-grouse habitat. Journal Range Management 57:2-19.

Dalke, P. D., D. B. Pyrah, D. C. Stanton, J. E. Crawford, and E. F. Schlatterer. 1960. Seasonal movements and breeding behavior of sage grouse in Idaho. Transactions of North American Wildlife and Natural Resource Conference 25:396-407.

Dantzker, M. S., G. B. Deane, and J. W. Bradbury. 1999. Directional acoustic radiation in the strut display of male sage grouse *Centrocercus urophasianus*. Journal Environmental Biology 202:2893-2909.

DeLong, A. K., J. A. Crawford, and D. C. DeLong. 1995. Relationship between vegetational structure and predation of artificial sage grouse nests. Journal Wildlife Management 59:88-92.

Derner, J. D., R. L. Gillen, F. T. McCollum, and K. W. Tate. 1994. Little bluestem tiller defoliation patterns under continuous and rotational grazing. Journal Range Management 47:220-225.

Dibello, F. J., S. M. Arthur, and W. B. Krohn. 1990. Food habits of sympatric coyotes, *Canis latrans*, red foxes, *Vulpes vulpes*, and bobcats, *Lynx rufus*, in Maine. Canadian Field Naturalist 104:403-408.

Dobkin, D. S., A. C. Rich, and W. H. Pyle. 1998. Habitat and avifaunal recovery from livestock grazing in a riparian meadow system of the northwest Great Basin. Conservation Biology 12:209-221.

Drut, M. S., J. A. Crawford, and M. A. Gregg. 1994a. Brood habitat use by sage grouse in Oregon. Great Basin Naturalist 54:170-176.

Drut, M. S., W. H. Pyle, and J. A. Crawford. 1994b. Diets and food selection of sage grouse chicks in Oregon. Journal Range Management 47:90-93.

Ellis, K. L. 1985. Distribution and habitat selection of breeding male sage grouse in northeastern Utah. MS Thesis, Brigham Young University, Provo, UT, USA.

Eng, R. L. 1963. Observations on the breeding biology of male sage grouse. Journal Wildlife Management 27:841-846.

Eng, R. L., and P. Schladweiler. 1972. Sage grouse winter movements and habitat use in central

BLM_0055259

Montana.  Journal Wildlife Management 36:141-146.

Evans, C. C.  1986.  The relationship of cattle grazing to sage-grouse use of meadow habitat on the Sheldon National Wildlife Refuge.   MS Thesis, University of Nevada, Reno, NV, USA.

Fahrig, L.  2003.  Effects of habitat fragmentation on biodiversity.  Annual Review Ecology, Evolution, and Systematics 34:487-515.

Fischer, R. A.  1994.  The effects of prescribed fire on the ecology of migratory sage grouse in southeastern Idaho.  PhD Dissertation, University of Idaho, Moscow, ID, USA.

Fischer, R. A., A. D. Apa, W. L. Wakkinen, and K. P. Reese.  1993.  Nesting-area fidelity of sage grouse in southeastern Idaho.  Condor 95:1038-1041.

Fischer, R. A., K. P. Reese, and J. W. Connelly.  1996.  An investigation of fire effects within xeric sage grouse brood habitat.  Journal Range Management 49:194-198.

Fischer, R. A., W. L. Wakkinen, K. P. Reese, and J. W. Connelly.  1997.  Effects of prescribed fire on movements of female sage grouse from breeding to summer ranges.  Wilson Bulletin 109:82-91.

Forman, R. T. T., and L. E. Alexander.  1998.  Roads and their major ecological effects. Annual Review of Ecological Systems 29:207-231.

Fuller, A. B., and B. P. Bole, Jr.  1930.  Centrocercus urophasianus (Bonaparte).  Sage grouse. Observations on some Wyoming Birds, Cleveland Museum Natural History Science Publication 1:37-80.

Gates, R. J.  1983.  Sage grouse, lagomorph, and pronghorn use of a sagebrush grassland burn site on the Idaho National Engineering Laboratory.  MS Thesis, Montana State University, Bozeman, MT, USA.

Gibson, R. M.  1989.  Field playback of male display attracts females in lek breeding sage grouse. Behavioral Ecology and Sociobiology 24:439-443.

Gibson, R. M. and J. W. Bradbury.  1985.  Sexual selection in lekking sage grouse:  phenotypic correlates of male mating success.  Behavioral Ecology and Sociobiology 18:177-123.

Gill, R. B.  1965.  Distribution and abundance of a population of sage grouse in North Park, Colorado. MS Thesis, Colorado State University, Fort Collins, CO, USA.

Girard, G. L.  1937.  Life history, habits, and food of the sage grouse *Centrocercus urophasianus* Bonaparte. University of Wyoming Publication 3.  University of Wyoming, Laramie, WY, USA.

Greer, R.  1990.  Sage grouse habitat requirements and development.  Habitat Extension Bulletin Number 31.  Habitat Extension Services, Wyoming Game and Fish Department, Laramie, WY, USA.

BLM_0055260

Gregg, M. A., J. A. Crawford, M. S. Drut, and A. K. DeLong. 1994. Vegetational cover and predation of sage grouse nests in Oregon. Journal Wildlife Management 58:162-166.

Griner, L. A. 1939. A study of the sage grouse (*Centrocercus urophasianus*), with special reference to the life history, habitat requirements, and numbers and distribution. MS Thesis, Utah State Agricultural College, Logan, UT, USA.

Hagen, C. A. 2003. A demographic analysis of Lesser Prairie-Chicken populations in southwestern Kansas: survival, population viability, and habitat use. PhD Dissertation, Kansas State University, Manhattan, KS, USA.

Hall, F. C., and L. Bryant. 1995. Herbacious stubble height as a warning of impending cattle grazing damage to riparian areas. U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station, General Technical Report PNW-GTR-362. Portland, OR, USA.

Harniss, R. O. and R. B. Murray. 1973. 30 years of vegetal change following burning of sagebrush-grass range. Journal Range Management 26:322-325.

Harrison, D. J., J. A. Bissonette, and J. A. Sherburne. 1989. Spatial relationships between coyotes and red foxes in eastern Maine. Journal Wildlife Management 53:181-185.

Hausleitner, D. 2003. Population dynamics, habitat use and movements of greater sage-grouse in Moffat County, Colorado. MS Thesis, University of Idaho, Moscow, ID, USA.

Heath, B., R. Straw, S. Anderson, and J. Lawson. 1996. Proceedings of sage grouse workshop. Pinedale, WY, USA.

Heath, B. J., R. Straw, S. H. Anderson, and J. Lawson. 1997. Sage grouse productivity, survival, and seasonal habitat use near Farson, Wyoming. Job Completion Report. Wyoming Game and Fish Department, Cheyenne, WY, USA.

Heath, B. J., R. Straw, S. H. Anderson, J. Lawson, and M. J. Holloran. 1998. Sage-grouse productivity, survival, and seasonal habitat use among three ranches with different livestock grazing, predator control, and harvest management practices. Job Completion Report. Wyoming Game and Fish Department, Cheyenne, WY, USA.

Holechek, J. L. 1996. Drought in New Mexico: prospects and management. Rangelands 18:225-227.

Holloran, M. J. 1999. Sage grouse (*Centrocercus urophasianus*) seasonal habitat use near Casper, Wyoming. MS Thesis, University of Wyoming, Laramie, WY, USA.

Holloran, M. J., and S. H. Anderson. 2003. Direct identification of Northern sage-grouse, *Centrocercus urophasianus*, nest predators using remote sensing cameras. Canadian Field-Naturalist 117:308-310.

BLM_0055261

Holloran, M. J., and S. H. Anderson.  2004.  Greater sage-grouse seasonal habitat selection and survival in Jackson Hole, Wyoming.  Job Completion Report, Wyoming Game and Fish Department, Cheyenne, WY, USA.

Holloran, M. J., and S. H. Anderson.  2005.  Spatial distribution of greater sage-grouse nests in relatively contiguous sagebrush habitats.  Condor 107:742-752.

Holloran, M. J., B. J. Heath, A. G. Lyon, S. J. Slater, J. L. Kuipers, and S. H. Anderson.  2005.  Greater sage-grouse nesting habitat selection and success in Wyoming.  Journal Wildlife Management 69:638-649.

Holloran, M. J.  In Preparation.  Greater sage-grouse (*Centrocercus urophasianus*) population response to natural gas field development in western Wyoming.  PhD Dissertation, University of Wyoming, Laramie, WY, USA.

Homer, C. G., T. C. Edwards, Jr., R. D. Ramsey, and K. P. Reese.  1993.  Use of remote sensing methods in modeling sage grouse winter habitat.  Journal Wildlife Management 57:78-84.

Hornaday, W. T.  1916.  Save the sage grouse from extinction, a demand from civilization to the western states.  New York Zoological Park Bulletin 5:179-219.

Hulet, B. V.  1983.  Selected responses of sage-grouse to prescribed fire, predation and grazing by domestic sheep in southeastern Idaho.  MS Thesis, Brigham Young University, Provo, UT, USA.

Hull, S. D., R. J. Robel, and K. E. Kemp.  1996.  Summer avian abundance, invertebrate biomass, and forbs in Kansas CRP.  Prairie Naturalist 28:1-12.

Hupp, J. W., and C. E. Braun.  1989.  Topographic distribution of sage grouse foraging in winter.  Journal Wildlife Management 53:823-829.

Ingelfinger, F. M.  2001.  The effects of natural gas development on sagebrush steppe passerines in Sublette County, Wyoming.  MS Thesis, University of Wyoming, Laramie, WY, USA.

Jamison, B.E., R.J. Robel, J.S. Pontius, and R.D. Applegate.  2002.  Invertebrate biomass: associations with lesser prairie-chicken habitat use and sand sagebrush density in southwestern Kansas.  Wildlife Society Bulletin 30:517-526.

Johnsgard, P. A.  2002.  Grassland grouse and their conservation.  Smithsonian Institution Press, Washington D.C., USA.

Johnson, K. L.  1987.  Sagebrush over time:  a photographic study of vegetation change in Wyoming 1870-1986.  Agricultural Experimental Station Publication 50, University of Wyoming, Laramie, WY, USA.

Johnson, G.D. and M. S. Boyce.  1990.  Feeding trials with insects in the diet of sage grouse chicks.

C48

BLM_0055262

Journal Wildlife Management 54:89-91.

Johnson, M. K. and R. M. Hansen. 1979. Coyote food habits on the Idaho National Engineering Laboratory. Journal Wildlife Management 43:951-956.

Kilpatrick, S. 2000. Using prescribed fire to manage sagebrush communities in occupied sage grouse habitats of Wyoming. 22nd Western States Sage and Columbian Sharp-tailed Grouse Symposium, Redmond, OR, USA.

Klebenow, D. A. 1969. Sage grouse nesting and brood habitat in Idaho. Journal Wildlife Management 33:649-662.

Klebenow, D. A. 1970. Sage grouse vs. sagebrush control in Idaho. Journal Range Management 23:396-400.

Klebenow, D. A. 1972. The habitat requirements of sage grouse and the role of fire in management. Tall Timbers Fire Ecology Conference 12:305-315.

Klebenow, D. A. 1982. Livestock grazing interactions with sage grouse. Pages 113-123 *in* J. M. Peck and P. D. Dalke (eds.). Wildlife-Livestock Relationships Symposium: Proceedings 10, Coeur d'Alene, ID, USA.

Klebenow, D. A., and G. M. Gray. 1968. Food habits of juvenile sage grouse. Journal Range Management 21:80-83.

Knick, S. T., D. S. Dobkin, J. T. Rotenberry, M. A. Schroeder, W. M. Vander Haegen, and C. van Riper III. 2003. Teetering on the edge or too late? Conservation and research issues for avifauna of sagebrush habitats. Condor 105:611-634.

Kuipers, J. L. 2004. Grazing system and linear corridor influences on greater sage-grouse (*Centrocercus urophasianus*) habitat selection and productivity. MS Thesis, University of Wyoming, Laramie, WY, USA.

Laycock, W. A. 1979. Management of sagebrush. Rangelands 1:207-210.

Lindstrom, E., P. Angelstam, P. Widen, and H. Andren. 1986. Do predators synchronize vole and grouse fluctuations? An experiment. Oikos 48:121-124.

Lommasson, T. 1948. Succession in sagebrush. Journal Range Management 1:19-21.

Lyon, A. G. 2000. The potential effects of natural gas development on sage grouse near Pinedale, Wyoming. MS Thesis, University of Wyoming, Laramie, WY, USA.

Lyon, A. G., and S. H. Anderson. 2003. Potential gas development impacts on sage grouse nest initiation and movement. Wildlife Society Bulletin 31:486-491.

Mack, R. N., and J. N. Thompson. 1982. Evolution in steppe with few large, hooved mammals. American Naturalist 119:757-773.

C49

Major, J. T. and J. A. Sherburne.  1987.  Interspecific relationships of coyotes, bobcats, and red foxes in western Maine.  Journal Wildlife Management 51:606-616.

Mankin, P. L., and R. E. Warner. 1992. Vulnerability of ground nests to predation on an agricultural habitat island in east-central Illinois.  American Midland Naturalist 128:281-291.

Martin, N. S.  1970.  Sagebrush control related to habitat and sage grouse occurrence.  Journal Wildlife Management 34:313-320.

Martin, R. C.  1990.  Sage grouse responses to wildfires in spring and summer habitats.  MS Thesis, University of Idaho, Moscow, ID, USA.

McAdoo, J. K., and D. A. Klebenow.  1978.  Predation on range sheep with no predator control.  Journal Range Management 31:111-114.

McDowell, K.  1956.  The proud strutter.  Wyoming Wildlife 20:4-7.

Miller, R. F., T. J. Svejcar, and N. E. West.  1994.  Implications of livestock grazing in the intermountain sagebrush region:  plant composition.  Pages 101-146 *in* M. Vavra, W. A. Laycock, and R. D. Pieper (eds.).  Ecological Implications of livestock herbivory in the west.  Society for Range Management, Denver, CO, USA.

Moulton, G. E. (ed.).  1987.  Journals of the Lewis and Clark Expedition.  Volume 4.  University of Nebraska Press, Lincoln, NE, USA.

Moynahan, B. J.  2004.  Landscape-scale factors affecting population dynamics of greater sage-grouse (*Centrocercus urophasianus*) in north-central Montana, 2001-2004.  PhD Dissertation, University of Montana, Missoula, MT, USA.

Mueggler, W. F.  1950.  Effects of spring and fall grazing by sheep on vegetation of the upper snake river plains.  Journal Range Management 3:308-315.

Naugle, D. E., C. L. Aldridge, B. L. Walker, T. E. Cornish, B. J. Moynahan, M. J. Holloran, K. Brown, G. D. Johnson, E. T. Schmidtmann, R. T. Mayer, C. Y. Dato, M. R. Matchett, T. J. Christiansen, W. E. Cook, T. Creekmore, R. D. Falise, E. T. Rinkes, and M. S. Boyce.  2004.  West Nile virus:  pending crisis for greater sage-grouse.  Ecology Letters 7:704-713.

Neel, L. A.  1980.  Sage grouse response to grazing management in Nevada.  MS Thesis, University of Nevada, Reno, NV, USA.

Nelle, P. J.  1998.  The long-term effects of fire on sage grouse nesting and brood –rearing habitats on the Upper Snake River Plain.  MS Thesis, University of Idaho, Moscow, ID, USA.

Nelle, P. J., K. P. Reese, and J. W. Connelly.  2000.  Long-term effect of fire on sage grouse nesting and brood-rearing habitats in the Upper Snake River Plain. Journal Range Management 53-586-591.

BLM_0055264

Niemuth, N. D., and M. S. Boyce. 1995. Spatial and temporal patterns of predation of simulated sage grouse nests at high and low nest densities: an experimental study. Canadian Journal Zoology 73:819-825.

Oakleaf, R. J. 1971. The relationship of sage grouse to upland meadows in Nevada. Job Final Report, Federal Aid Project W-48-2, Nevada Department of Fish and Game, Reno, NV, USA.

Owens, M. K., and B. E. Norton. 1990. Survival of juvenile basin big sagebrush under different grazing regimes. Journal Range Management 43:132-135.

Oyler-McCance, S. J. 1999. Genetic and habitat factors underlying conservation strategies for Gunnison sage-grouse. PhD Dissertation, Colorado State University, Fort Collins, CO, USA.

Paige, C., and S. A. Ritter. 1999. Birds in a sagebrush sea: managing sagebrush habitats for bird communities. Partners in Flight Western Working Group, Boise, ID, USA.

Patterson, R. L. 1952. The sage grouse in Wyoming. Wyoming Game and Fish Commission and Sage Books. Denver, CO, USA.

Patterson, R. L., and D. Cram. 1949. Sage grouse in the west. Wyoming Wildlife 8:10-13.

Peterson, J. G. 1970. The food habits and summer distribution of juvenile sage grouse in central Montana. Journal Wildlife Management 34:147-155.

Peterson, J. G. 1995. Ecological implications of sagebrush manipulation. Wildlife Management Division Montana Fish, Wildlife, and Parks, Federal Aid in Wildlife Restoration Project W-101-R-2, Helena, MT, USA.

Phillips, R. L., D. E. Biggins and A. B. Hoag. 1986. Coal surface mining and selected wildlife-a ten year study near Decker, Montana. Proceedings, Issues and Technology in the Management of Impacted Western Wildlife. Thorne Ecological Institute 2:235-244.

Pieper, R. 1994. Ecological implications of livestock grazing. Pages 177-211 in M. Vavra, W. A. Laycock, and R. D. Pieper (eds.). Ecological Implications of livestock herbivory in the west. Society for Range Management, Denver, CO, USA.

Popham, G. P. 2000. Sage grouse nesting habitat in northeastern California. MS Thesis, Humboldt State University, Arcata, CA, USA.

Popham, G. P. and R. J. Gutierrez. 2003. Greater sage-grouse Centrocercus urophasianus nesting success and habitat use in northeastern California. Wildlife Biology 9:327-334.

PRISM Environmental Management Consultants. 1982. A review of petroleum industry operations and other land use activities affecting wildlife. The Canadian Petroleum Association, Calgary, Alberta, Canada.

BLM_0055265

Pyrah, D. B. 1970. Sage grouse habitat research in central Montana. *In* E. F. Schlatterer and D.B. Pyrah (eds.). Ecological effects of chemical and mechanical sagebrush control. Montana Fish and Game Department Completion Report, Project W-105-R-4:293-300, Helena, MT, USA.

Rassmussen, D. I., and L. A. Griner. 1938. Life history and management studies of the sage grouse in Utah, with special reference to nesting and feeding habits. Transactions of the North American Wildlife and Natural Resources Conference 3:852-864.

Reichel, J. D. 1991. Relationships among coyote food habits, prey populations, and habitat use. Northwest Science 65(3):133-137.

Reijnen, R., R. Foppen, C. ter Braak, and J. Thissen. 1995. The effects of car traffic on breeding bird populations in woodland. III. Reduction of density in relation to the proximity of main roads. Journal Applied Ecology 32:187-202.

Remington, T. E., and C. E. Braun. 1985. Sage grouse food selection in winter, North Park, Colorado. Journal Wildlife Management 49:1055-1061.

Remington, T. E. and C. E. Braun. 1991. How surface coal mining affects sage grouse, North Park, Colorado. Proceedings, Issues and Technology in the Management of Impacted Western Wildlife. Thorne Ecological Institute 5:128-132.

Reynolds, R. T., and C. H. Trost. 1980. The response of native vertebrate populations to crested wheatgrass planting and grazing by sheep. Journal Range Management 33:122-125.

Rickard, W. H. 1970. Ground dwelling beetles in burned and unburned vegetation. Journal Range Management 23:293-294.

Ritchie, M. E., M. L. Wolfe, and R. Danvir. 1994. Predation of artificial sage grouse nests in treated and untreated sagebrush. Great Basin Naturalist 54:122-129.

Robertson, M. D. 1991. Winter ecology of migratory sage grouse and associated effects of prescribed fire in southern Idaho. MS Thesis, University of Idaho, Moscow, ID, USA.

Robinson, W. B. 1961. Population changes of carnivores in some coyote-control areas. Journal Mammalogy 42:510-515.

Rothenmaier, D. 1979. Sage grouse reproductive ecology: breeding season movements, strutting ground attendance and site characteristics, and nesting. MS Thesis, University of Wyoming, Laramie, WY, USA.

Sargeant, A. B. 1972. Red fox spatial characteristics in relation to waterfowl predation. Journal Wildlife Management 36:225-236.

C52

BLM_0055266

Sargeant, A. B., M. A. Sovada, and R. J. Greenwood. 1987. Responses to three prairie ground squirrel species, *Spermophilus franklinii, S. richardsonii, and S. tridecemlineatus*, to duck eggs. Canadian Field-Naturalist 101:95-97.

Savory, A. 1988. Holistic resource management. Island Press. Washington D. C., USA.

Schneegas, E. R. 1967. Sage grouse and sagebrush control. Transactions North American Wildlife and Natural Resource Conference 32:270-274.

Schoenburg, T. J., and C. E. Braun. 1982. Potential impacts of strip mining on sage grouse movements and habitat use. Job Completion Report. Federal Aid Project W-37-R-35, Work Plan 3, Job 12, Colorado Division of Wildlife, Denver, CO, USA.

Schranck, B. W. 1972. Waterfowl nest cover and some predation relationships. Journal Wildlife Management 36:182-186.

Schroeder, M. A. 1997. Unusually high reproductive effort by sage grouse in a fragmented habitat in north-central Washington. Condor 9:378-385.

Schroeder, M. A., J. R. Young, and C. E. Braun. 1999. Sage grouse (*Centrocercus urophasianus*). Pages 1-28 *in* A. Poole and F. Gill, editors. The birds of North America, No. 425. The Birds of North America, Philadelphia, PA, USA.

Schroeder, M. A., and L. A. Robb. 2003. Fidelity of greater sage-grouse *Centrocercus urophasianus* to breeding areas in a fragmented landscape. Wildlife Biology 9:291-299.

Schroeder, M. A., C. L. Aldridge, A. D. Apa, J. R. Bohne, C. E. Braun, S. D. Bunnell, J. W. Connelly, P. A. Deibert, S. C. Gardner, M. A. Hilliard, G. D. Kobriger, S. M. McAdam, C. W. McCarthy, J. J. McCarthy, D. L. Mitchell, E. V. Rickerson, and S. J. Stiver. 2004. Distribution of Sage-grouse in North America. Condor 106:363-376.

Schroedl, G. F. 1973. The archeological occurrence of bison in the Southern Plateau. Washington State University Lab of Anthropology, Report of Investigation 51, Pullman, WA, USA.

Scrivner, J. H., W. E. Howard, A. H. Murphy, and J. R. Hays. 1985. Sheep losses to predators on a California range, 1973-1983. Journal Range Management 38:418-421.

Slater, S. J. 2003. Sage-grouse (*Centrocercus urophasianus*) use of different-aged burns and the effects of coyote control in southwestern Wyoming. MS Thesis, University of Wyoming, Laramie, WY, USA.

Stahlecker, D. W. 1978. Effect of a new transmission line on wintering prairie raptors. Condor 80:444-446.

Stohlgren, T. J., L. D. Schell, and B. Vanden Heuvel. 1999. How grazing and soil quality affect native and exotic plant diversity in Rocky Mountain grasslands. Ecological Applications 9:45-64.

BLM_0055267

Sveum, C. M., J. A. Crawford, and D. Edge. 1998a. Use and selection of brood-rearing habitat by sage grouse in south-central Washington. Great Basin Naturalist 58: 344-351.

Sveum, C. M., W. D. Edge, and J. A. Crawford. 1998b. Nesting habitat selection by sage grouse in south-central Washington. Journal Range Management 51:265-269.

Swenson, J. E., C. A. Simmons, and C. D. Eustace. 1987. Decrease of sage grouse *Centrocercus urophasianus* after ploughing of sagebrush steppe. Biological Conservation 41:125-132.

Taylor, R. G., J. R. Workman, and J. E. Bowns. 1979. The economics of sheep predation in southwestern Utah. Journal Range Management 32:317-321.

Thompson, K. M., M. J. Holloran, S. J. Slater, J. L. Kuipers, and S. H. Anderson. *In Review*. Greater sage-grouse early brood-rearing habitat use and productivity in Wyoming. Western North American Naturalist 00:000-000.

Thurow, T. L. and C. A. Taylor. 1999. Viewpoint: the role of drought in range management. Journal Range Management 52:413-419.

Tidewell, W. D., S. R. Rashforth, and D. Simper. 1972. Evolution of floras in the intermountain region. Volume 1 *in* A. Cronquist, A. H. Cronquist, H. H. Holmgren, and J. L. Reveal (eds.). Intermountain flora, Hafner Publishing Company, New York, NY, USA.

Tigner, J. R. and G. E. Larson. 1977. Sheep losses on selected ranches in southern Wyoming. Journal Range Management 30:244-252.

Tisdale, E. W., and M. Hironaka. 1981. The sagebrush-grass region: a review of the ecological literature. Idaho Forest, Wildlife and Range Experiment Station Bulletin 33, Moscow, ID, USA.

TRC Mariah Associates Inc. 1997. Environmental impact statement for the Jonah Field II natural gas development project, Sublette County, Wyoming. Draft Wildlife Technical Report, Laramie, WY, USA.

United States Department of Interior Bureau of Land Management. 1979. Kemmerer resource area oil and gas leasing environmental assessment record. Bureau of Land Management, Rock Springs District, WY, USA.

Vale, T. R. 1974. Sagebrush conversion projects: an element of contemporary environmental change in the western United States. Biological Conservation 6:274-284.

Vale, T. R. 1975. Presettlement vegetation in the sagebrush-grass area of the intermountain west. Journal Range Management 28:32-36.

Voigt, D.R. and B.D. Earle. 1983. Avoidance of coyotes by red fox families. Journal Wildlife Management 47:852-857.

BLM_0055268

Wakkinen, W. L.  1990.  Nest site characteristics and spring-summer movements of migratory sage grouse in southeastern Idaho.  MS Thesis, University of Idaho, Moscow, ID, USA.

Wakkinen, W. L., K. P. Reese, and J. W. Connelly.  1992.  Sage grouse nest locations in relation to leks.  Journal Wildlife Management 56:381-383.

Wallestad, R. O.  1971.  Summer movements and habitat use by sage grouse broods in central Montana.  Journal Wildlife Management 35:129-136.

Wallestad, R. O.  1975.  Life history and habitat requirements of sage grouse in central Montana.  Montana Fish and Game Department Technical Bulletin, Helena, MT, USA.

Wallestad, R. O., and D. B. Pyrah.  1974.  Movement and nesting of sage grouse hens in central Montana.  Journal Wildlife Management 38:630-633.

Watters, M. E., T. L. McLash, C. L. Aldridge, and R. M. Brigham.  2002.  The effect of vegetation structure on predation of artificial greater sage-grouse nests.  Ecoscience 9:314-319.

Watts, M. J., and C. L. Wambolt.  1996.  Long-term recovery of Wyoming big sagebrush after four treatments.  Journal Environmental Management 46:95-102.

Welch, B. L., F. J. Wagstaff, and J. A. Robertson.  1991.  Preference of wintering sage grouse for big sagebrush.  Journal Range Management 44:462-465.

Willis, M. J., G. P. Keister, Jr., D. A. Immell, D. M. Jones, R. M. Powell, and K. R. Durbin.  1993.  Sage grouse in Oregon.  Wildlife Research Report 15, Oregon Department of Fish and Wildlife, Portland, OR, USA.

Winward, A. H.  1991.  A renewed commitment to management of sagebrush grasslands.  Agricultural Experiment Station Special Report 880.  Oregon State University, Corvallis, OR, USA.

Wright, H. A.  1970.  Responses of big sagebrush and three-tip sagebrush to season of clipping.  Journal Range Management 23:20-22.

Wright, H. A.  1974.  Range burning.  Journal Range Management 27:5-11.

Wright, H. A., and A. W. Bailey.  1982.  Fire ecology:  United States and southern Canada.  Wiley and Sons, New York, NY, USA.

Wright, H. A., L. F. Nuenschwander, and C. M. Britton.  1979.  The role and use of fire in sagebrush grass and pinyon juniper plant communities.  A state-of-the-art review, U.S. Department of Agriculture, Forest Service, General Technical Report INT-58.

Wyoming Interagency Vegetation Committee.  2002.  Wyoming guidelines for managing sagebrush communities with emphasis on fire management.  Wyoming Game and Fish Department and Wyoming Bureau of Land Management, Cheyenne, WY, USA.

BLM_0055269

Zablan, M. A., C. E. Braun, and G. C. White.  2003.  Estimation of greater sage-grouse survival in North Park, Colorado.  Journal Wildlife Management 67:144-154.

BLM_0055270

Table 1:  Productivity estimates for greater sage-grouse populations studied by the Wyoming Cooperative Research Unit in central and western Wyoming, 1994-2004.  Nesting propensity is the apparent number of potential females documented incubating, nesting success is the apparent probability of hatching $\geq 1$ egg, and brood success is the apparent number of successfully nesting females fledging $\geq 1$ chick the last 2 weeks in August.

| Study Area | Year | n[a] | Nesting Propensity | Nesting Success | Brooding Success | Chicks per Female[b] |
|---|---|---|---|---|---|---|
| Farson | 1994 | 29 | 24/29 (83%) | 9/24 (38%) | 4/9 (44%) | 8/29 (0.28) |
| | 1995 | 41 | 33/37 (89%) | 9/36 (25%) | 8/9 (89%) | 24/37 (0.65) |
| | 1996 | 25 | 21/24 (88%) | 11/23 (48%) | 10/11 (91%) | 38/24 (1.58) |
| Rawlins | 1996 | 24 | 19/23 (83%) | 15/19 (79%) | 11/15 (73%) | 38/23 (1.65) |
| | 1997 | 32 | 21/30 (70%) | 15/23 (65%) | 6/15 (40%) | 24/30 (0.80) |
| Casper | 1997 | 40 | 32/38 (84%) | 16/31 (52%) | 11/16 (69%) | 41/38 (1.08) |
| | 1998 | 55 | 50/54 (93%) | 29/43 (67%) | 16/29 (55%) | 57/54 (1.06) |
| Pinedale | 1998 | 41 | 28/31 (90%) | 14/32 (44%) | 10/13 (77%) | 27/31 (0.87) |
| | 1999 | 40 | 26/33 (79%) | 12/27 (44%) | 3/10 (30%) | 10/33 (0.30) |
| | 2000 | 37 | 17/23 (74%) | 7/16 (44%) | 5/7 (71%) | 17/23 (0.74) |
| | 2001 | 46 | 27/32 (84%) | 10/27 (37%) | 6/8 (75%) | 13/32 (0.41) |
| | 2002 | 76 | 51/60 (85%) | 21/52 (40%) | 14/20 (70%) | 33/60 (0.55) |
| | 2003 | 91 | 54/64 (84%) | 24/53 (45%) | 12/20 (60%) | 37/64 (0.58) |
| | 2004 | 97 | 59/77 (77%) | 36/57 (63%) | 25/33 (76%) | 62/77 (0.81) |
| Kemmerer | 2000 | 27 | 16/25 (64%) | 1/17 (6%) | 1/1 (100%) | 1/25 (0.04) |
| | 2001 | 45 | 29/38 (76%) | 10/30 (33%) | 5/10 (50%) | 11/38 (0.29) |
| | 2002 | 57 | 42/48 (88%) | 13/50 (26%) | 9/13 (69%) | 26/48 (0.54) |
| Jackson | 1999 | 9 | 7/8 (88%) | 4/7 (57%) | 3/4 (75%) | 7/8 (0.88) |
| | 2000 | 14 | 11/13 (85%) | 5/11 (45%) | 1/4 (25%) | 0 |
| | 2001 | 20 | 13/17 (76%) | 6/15 (40%) | 4/6 (67%) | 11/17 (0.65) |
| | 2002 | 10 | 9/10 (90%) | 4/10 (40%) | 3/4 (75%) | 8/10 (0.80) |
| Lander | 2000 | 26 | 16/23 (70%) | 7/16 (44%) | 4/7 (57%) | 9/23 (0.39) |
| | 2001 | 31 | 21/27 (78%) | 8/21 (38%) | 6/9 (67%) | 17/27 (0.63) |
| | 2002 | 24 | 23/24 (96%) | 12/23 (52%) | 9/12 (75%) | 21/14 (0.88) |
| | 2003 | 48 | 36/42 (86%) | 16/36 (44%) | 12/16 (75%) | 35/42 (0.83) |

[a] Potential breeding females (i.e., number of females alive the first 2 weeks in April).

[b] Number of chicks fledged (last 2 weeks August) divided by the total number of females that could have produced a chick (i.e., number of potentially nesting females).

C57

BLM_0055271

Figure 1:  Study area locations for greater sage-grouse research projects conducted by the Wyoming Cooperative Research Unit, 1994-2005.  Consult the text for study area description corresponding to numbers present on map.  Inset map (Connelly et al. 2004) outlines sage-grouse breeding population strongholds as of 2003; the darkest shades represent the greatest densities of males / km$^2$.

C58

BLM_0055272

Figure 1



BLM_0055273




**COLLEGE OF AGRICULTURE & LIFE SCIENCES**
Cooperative
Extension

AZ1136                                                                                     Reviewed 2016

# Rangeland Management Before, During, and After Drought

*Larry D. Howery*

## Introduction

Rangeland and livestock management in the southwestern U.S. presents many formidable challenges. Environmental regulations, cattle prices, and drought are just a few factors that contribute to the management challenges of the range-livestock industry. Although rangeland and livestock managers have little control over any of these variables, drought may be the least controllable or predictable.

Drought is defined by the Society for Range Management as "…*prolonged dry weather when precipitation is less than 75% of the average amount*" (SRM 1989). Using this criterion, drought occurred with the following frequency over a 40-year period from 1944-1984: 43% of the time in the southwestern U.S., 27% of the time in the southern great plains, 21% of the time in the northern great plains, and 13% of the time in the northwestern U.S. (Holechek et al., 1998). It is obvious that when it comes to drought in the southwestern U.S., it is not a question if drought will occur, but rather when will it occur, how long will it last, and are you prepared? Livestock operators must plan for drought as a normal part of the range-livestock business.

## Principles of Drought and Range-Livestock Management

Ranchers depend upon the natural production of rangeland grass and other forage plants to feed their free-ranging livestock. In reality, ranchers utilize domestic livestock to market the forage that is produced on the range. When you think about drought management from this viewpoint, it becomes obvious why it is important to have an understanding of how drought affects rangeland forage production, and more importantly, how your management practices can help buffer the consequences of drought when it comes.

### Drought Affects Individual Plants

- #### General Plant Response

  Drought or water stress affects virtually every physiological and biochemical process in plants (Hanselka and White 1986). As water stress progresses, cell division slows down, enzyme levels decline, and chlorophyll formation may cease. Leaf stomata close, slowing transpiration and photosynthesis, which in turn, slows shoot and leaf growth. Buds of perennial grasses may be damaged to such a degree that they cannot produce shoots (i.e., forage) in subsequent years. Seed heads may not develop, or, extra-dry soil conditions may prohibit seed germination altogether. In extreme cases, carbon dioxide assimilation ceases, senescence is induced, and plants die.

- #### Root and Shoot Growth

  To survive, perennial plants must accumulate both above ground (shoot growth) and below ground (root growth) biomass through the processes of photosynthesis, transpiration, and respiration. During drought, healthy root systems are essential to extract remaining soil moisture. Under extreme drought conditions, however, limited soil moisture may be inadequate to support shoot growth. When shoot growth is limited, adequate carbohydrates (i.e., plant food) may not be manufactured to replace roots that normally die back a little each year. The combined effect of drought is a downward spiral where roots are unable to extract moisture and minerals from the soil, which, in turn, limits shoot growth and food production of plants. In severe cases, wide-spread plant death may occur across parched landscapes

### Rangeland Condition and Drought

Although all rangelands are adversely affected by drought regardless of condition, rangeland in fair or poor condition is more adversely affected and recovers more slowly than rangeland in good and excellent condition (Fig.

1). There are several reasons for this. Higher range condition ratings may mean higher diversity of plants that possess different growing seasons (e.g., warm and cool season plants) and rooting habits (e.g., shallow-, medium-, and deep-rooted plants). This increases opportunities for plant communities to exploit the various temperature and soil moisture regimes

BLM_0055274



Figure 1. The influence of range condition (excellent vs. fair) and drought on perennial grass and forb production (lb/acre) on a clayey range site near Cottonwood, South Dakota (Hanson et al., 1978).



Figure 2. Roots of different grassland plants draw their moisture from different soil layers (Stefferud 1948). Roots of some native plants extend to depths of 20 feet or more. Al, narrow-leafed 4-o'clock (Allionia linearis); Kg, prairie false boneset (Kuhnia gultinosa); Bg, blue grama (Bouteloua gracilis); Mc, globemallow (Malvastrum coccineum); Pt, a legume (Psoralea tenuiflora); Ss, (Sideranthus spinulosis); Bd, buffalo grass (Buchloe dactyloides);Ap, western ragweed (Ambrosia psilostachya); and Li, skeleton weed (Lygodesmia juncea).

that occur across arid and semi-arid rangelands (Fig. 2). With improved range condition there is usually adequate cover (i.e., vegetation, litter, rocks) to prevent accelerated soil erosion. Better soil stability improves the capacity of range sites to retain soil moisture and grow the kinds and amounts of plant species they are inherently capable of producing.

## Intensity, Frequency, and Timing of Grazing

The degree to which drought impairs the range's potential for future forage production depends on the intensity, frequency, and timing of grazing. Range-livestock managers can control each of these factors through their management practices.

The phrase, "intensity of grazing" refers to the number of animals and duration of grazing on a particular pasture (i.e., stocking rate). Heavily grazed pastures show greater reductions in forage production during drought than lightly or moderately grazed pastures. Excessive removal of green leafy material during the growing season reduces root growth and replacement, decreasing the ability of plants to harvest solar energy and soil moisture needed for maintenance and growth. Conversely, moderate grazing causes little reduction in root growth or plant vigor (Fig. 3). For example, moderately grazed grasses can continue to extract soil moisture even when it drops as low as 1-2% (Hanselka and White 1986). On the other hand, heavy grazing can cause plants to permanently wilt when there is still 6-8% soil moisture available.

Frequency of grazing refers to the number of times individual plants are grazed during the growing season. Frequency of grazing is closely related to grazing intensity because the probability of a plant being grazed more than once increases with higher stocking rates. Plants that are grazed

repeatedly while photosynthetically active may have little or no opportunity to grow new leaf material between successive defoliations and become stressed for similar reasons described for grazing intensity.

Timing of grazing deals with the time of year that plants are grazed, and therefore, their physiological or morphological stage of development. Plants are more susceptible to grazing during certain times of their life cycle. For example, many native perennial grasses are most sensitive to grazing from the late boot to early heading stage (Fig. 4). This is when meristems (i.e., growing points) in many rangeland grasses become elevated and are most susceptible to removal by grazing animals. Once meristems are removed, plants must initiate growth from basal buds which requires much more of the plant's energy than regrowth from meristems. Plants that are continually forced to regrow from buds may reduce or even eliminate the production of new buds which can limit forage production in subsequent years.

BLM_0055275



Figure 3. Root development in relation to top removal (Leithead 1979).



Figure 4. Herbage yield in 1987 in relation to herbage removed in 1986 (Reece et al., 1991). Precipitation was above average in both years. Needle-and-thread (Stipa comata) plants were clipped to a 2 or 4-inch stubble height. Plants were clipped only once on May 15 (late boot stage) or on June 15 (fully headed stage). Notice that production was greatly reduced in 1987 significantly when plants were clipped to a 2-inch height during the "boot" stage in 1986

## Management Before Drought

### Advance Planning is Critical

Planning for the "next" drought must occur in advance because management options decline as drought intensifies. The primary goal in every drought management plan should be to protect rangeland plants before and during drought years so that fast recovery can be achieved in years of higher precipitation. Each individual operation should tailor a drought management plan in accord with the ranch's unique vegetation, topography, and management objectives.

### Stocking Rate

Stocking rate, because of its relation to grazing intensity and frequency, is considered the most important of all range management decisions (Holechek et al., 1998). Stocking rates should be calculated to leave enough standing residual vegetation (i.e., plant material from previous year's growth) after the grazing season to protect the soil and ensure sustainable forage production. Although it is obviously impossible to grow forage without rain, residual vegetation and associated litter (i.e., detached plant material) can improve the effectiveness of rainfall received and reduce drought impacts in several ways. To illustrate, after a raindrop reaches the soil surface it either: 1) soaks into the soil (infiltration and percolation), 2) evaporates, or 3) runs off. Infiltration and percolation are critical to forage production because water must penetrate the soil profile before it can be used by a plant's root system. Residual vegetation facilitates infiltration and percolation by reducing evaporation losses (i.e., residual vegetation lowers soil surface temperatures), protecting the soil from erosion (i.e., residual vegetation provides more soil cover and less bare ground), and providing a favorable micro-climate for seedling growth (i.e., residual vegetation is a source of organic matter). The converse is true for overgrazed areas. Hence, residual vegetation left ungrazed is not wasted because it enhances the ability of the land to endure drought conditions and to be more productive in the long-term.

In a perfect world, you could reduce stocking rates to prevent excessive grazing during dry times, and increase stocking rates to take advantage of more abundant forage during high precipitation years. However, this may not be practical in unpredictable arid environments because cattle numbers must be determined before forage production for the next growing season is known. Fluctuating cattle prices further complicate the feasibility of flexible stocking rates. To deal with this uncertainty in southeastern Arizona, Martin and Cable (1974) recommended a constant stocking rate at or below 90% of the average long-term carrying capacity, with appropriate reductions during prolonged severe droughts. They ascertained the 90% stocking level during a 10-year-study where cattle utilized 40% of the available key forage production, (leaving behind approximately 60% of the annual production as residual vegetation). The 40% utilization level resulted in improved range condition, economic stability, and permitted a gradual increase in stocking rate.

### Grazing System

Every grazing management plan should include a proper grazing system that promotes stable or improved range condition. Grazing system decisions, like stocking rate decisions, are site specific and must consider the unique vegetation, topography, and management goals and objectives for the range. Grazing systems should be planned to give grazed areas periodic deferment or rest, and to set aside ungrazed areas to be used during drought emergencies. No grazing system will be biologically or economically sustainable if stocking rates exceed forage supply. Holechek et al. (1998) discusses several grazing systems that have been implemented in the southwestern U.S.

### Watch for Drought Signs

No one can predict droughts. Even meteorologists, with all their sophisticated equipment, have difficulty pinpointing

BLM_0055276

when droughts will occur within a particular geographical region. Drought is not obvious during the initial stages, but is easily observed after reaching full impact. Good managers recognize potential drought signs and take action before this occurs. This process begins with keeping good records to track monthly trends in a few key environmental variables.

**Rainfall** is obviously the most important variable to monitor. Install several rain gauges in strategic locations on the range. Permanent vegetation monitoring sites are good places to install rain gauges. Placing a known amount of light machine oil or transmission fluid in the rain gauge will help prevent recent rainfall from evaporating and facilitate periodic monitoring. Placing a known amount of antifreeze will prevent precipitation from freezing during colder months. Subtract the inches of oil, transmission fluid, or antifreeze placed in the gauge before taking a rainfall reading.

**Soil moisture** readings taken from 3 rooting depths of key forage species (e.g., 6 inches, 1 foot, and 3 feet) will indicate whether various key forage species have adequate moisture for growth. Squeeze the soil in your hand. Does it form a ball? If so, you probably have adequate soil moisture for growth. If it doesn't form a ball, but your hand feels cool, you probably have some soil moisture left. If the soil is completely dry and blows away, there is likely not enough moisture to sustain plant growth.

**Plant growth** can be monitored by placing a small exclosure (sometimes called a utilization cage) in a pasture. A utilization cage can be used to estimate forage production in a particular year (and pasture) without grazing. Periodically measure and record the height of key forage species within the cage. Every inch of growth equates to pounds of forage available for animal consumption. To estimate the average forage production within a pasture, you will need to clip, dry, and weigh forage from several small sample plots (Interagency Monitoring Manual, 1996). Utilization cages must be moved every year to prevent accumulation of decadent plant material which can bias yearly forage production estimates.

Low **air temperatures** occurring several nights in a row during the growing season can greatly slow plant growth and mimic drought conditions. Several nights of less than 600 F may slow growth of warm-season plants (e.g., blue grama, side oats grama), while several nights of less than 40-500 F may slow growth of cool season plants (e.g., western wheatgrass, needle grasses). On the other hand, prolonged hot daytime temperatures can increase evapo-transpiration and accelerate drought conditions.

Although some of these measurements may appear crude, they can provide a harbinger of drought when considered collectively and compared to monthly trends over several years. The more years of data you can collect, the better idea you will have of how key environmental variables will affect your operation. Keep in mind that while drought is generally considered below average rainfall for an entire year across a broad geographic area, drought conditions may also occur locally when timing or amount of rainfall is unfavorable for plant growth, or where temperatures are abnormally low or high. This is why it is important to monitor monthly trends in environmental variables at several key locations.

# Management During Drought

Ranchers should consider a variety of management options to minimize the effects of drought. The more options you have, the greater flexibility there will be to survive drought conditions. Following is a summary of drought management suggestions (adapted from Hanselka and White 1986, unless otherwise indicated). Although there is no "cookbook" approach to drought management, many of these points are range management principles that can be applied to all ranches. Other suggestions may not be practical for some operations for a variety of reasons (e.g., legality, costs, and benefits). No one knows better than the ranch manager what will or will not work on a particular ranching enterprise. The following is merely a laundry list for consideration.

## Rangeland/Forage Management

1) **Continue to monitor and maintain plant vigor and range condition to the extent possible.** Drought increases the rate of natural die-off of plant roots. However, healthy vigorous perennial grasses with a good root system suffer less damage and maintain production longer into drought. They also recover more quickly once rainfall occurs.

2) **Monitor utilization of preferred plants (sometimes called "key forage" species).** Moderate use of key forage plants can serve as a warning to determine when livestock moves or adjustments are needed. Careful monitoring of utilization levels of these plants can help avoid the critical mistake of over-utilizing an entire pasture when plants are drought-stressed.

3) **Provide adequate, accessible, good-quality water.** Poor quantity and quality of water can decrease animal distribution, intake, and performance. A well-designed pipeline system with a good source of clean water is the best way to ensure that adequate water is strategically located throughout the range. Consider hauling water to areas with adequate forage if good quality water is not available during drought (Bartlett et al., 1994).

4) **Use emergency forage that has been set aside for drought conditions.** Rest pastures specifically for this purpose. Buy and store hay or other feeds while plentiful and inexpensive. Dense cactus growth in certain areas may present an opportunity for cactus to be burned to provide emergency feed (e.g., cholla, prickly pear). Keep in mind that high rainfall years may present an opportunity to seed abandoned fields or barren areas with adapted forage plants that can be used during emergency drought conditions.

## Livestock Management

1) **Develop an annual (flexible) timetable for making decisions** on stocking rates, livestock movements, range improvement practices, supplementation, and marketing in relation to seasonal patterns in forage production and

BLM_0055277

quality. Evaluate several options pertaining to each of these factors. For example, you may need to drastically alter your grazing management plan during drought by moving animals out of pastures early, or by reducing your herd, but you may be able to graze pastures that have received localized rainfall. Every drought will result in a different set of circumstances so it pays to monitor each situation and adjust your management practices accordingly.

2) **Use range management techniques to distribute livestock more uniformly.** Herding, drifting, and strategic placement of salt, supplements, along with water developments, and strategic fencing can be used to promote better animal distribution.

3) **Determine the amount of money that can be spent on animal feed and supplements.** During extreme droughts, determine if it is economical to implement "substitute feeding" of hay or other supplements in a drylot. This relieves grazing pressure on plants that are already stressed and reduces energy expenditure of animals searching for scarce rangeland forage. See Sprinkle (1998) for recommendations on rangeland supplementation during drought.

4) **Select and cull cows and replacement heifers on the basis of behavioral characteristics.** Some individual animals use only a very small amount of the available range, while others use the range more extensively (Howery et al., 1996). These behaviors are apparently passed from mother to offspring and may be used as a basis to select or cull cows and replacement heifers based on desirable and undesirable behavioral traits (Howery et al., 1998).

5) **Once drought is recognized, reduce the herd as soon as possible so it is in balance with forage supply.** Market prices tend to be highest at the beginning of a regional drought. If stocking has historically been heavy, the number of animals removed will probably need to be greater than in areas where light or moderate stocking has been implemented.

- Sell before animals have lost excessive weight so that sufficient rangeland forage is available to carry the breeding herd.

- Sell weaned calves, inferior or nonbreeding cows, low fertility bulls, and inferior heifers that will not contribute to building the herd.

- Wean early so that productive cows can regain condition and cycle sooner. This prevents delays or reductions in breeding and calving activities. Animal condition is one of the most important factors in next year's breeding success. Weaning also reduces forage demand and decreases nutrient requirements because dry animals eat less than lactating animals.

## Management After Drought

After drought finally breaks, surviving plants may grow to above average heights and produce a legion of seed stalks.

Drought-induced mortality thins plant communities and reduces competition for nutrients and moisture. This gives the surviving plants an opportunity to become more productive and vigorous. Although surviving plants may be more vigorous after drought breaks, total forage production may actually be lower than normal because there are less plants per unit area (Reece et al., 1991). This trend may continue for several years following severe droughts.

After drought, the color green can have a profound psychological effect, tempting you to deviate from your best-laid drought recovery plans. However, you should resist the temptation to restock to pre-drought levels no matter how "green" the range appears. Animals graze forage, not acres, and stocking rates considered to be moderate during a "normal" precipitation year may be heavy during and following dry years. Overgrazing after drought will damage surviving plants and ultimately require a much longer period of rest and recovery than with conservative, incremental restocking strategies. The year following drought should be devoted as much as possible to improving plant vigor and restoring protective residual vegetation and plant litter. Pastures most likely to provide the largest increases in forage production should receive highest priority.

Grazing management practices that benefit plant recovery in the years immediately following drought (listed in order of efficacy) include (adapted from Reece et al., 1991):

1) **Rest pastures for an entire growing season or more following severe droughts.** Complete rest is the most effective and fastest way to achieve range recovery.

2) **Use pastures only when key forage species are dormant for one or more growing seasons.** The dormant season is typically the least harmful time to graze perennial grasses.

3) **Use pastures when the least desirable species are green and palatable.** By manipulating timing of grazing in this way, you can shift grazing pressure away from key forage plants. For example, animals are likely to prefer green (but less desirable) plants over key forage plants when they are dormant.

4) **Defer grazing until after key forage species have produced mature seed.** After herbaceous plants produce mature seed, they are usually not as highly prized by livestock. Perennial grasses can generally tolerate grazing better during this period because they have completed their life cycle for the current growing season.

5) **Graze early growth after perennial grasses have reached the 4 to 5 leaf stage.** As this phrase suggests, this is when perennial grasses have produced at least 4-5 leaves during the vegetative stage. Perennial grasses are usually more tolerant of grazing during this period because their growing points have not been elevated. Animals should be removed from the grazing unit before key forage plants reach the early heading/late boot stage.

BLM_0055278

## Summary

Droughts are a guaranteed but unpredictable phenomenon in the southwestern U.S. occurring, on average, about 4 out of every 10 years. Successful management depends on anticipating that drought will occur and planning in advance how to deal with it. Advance planning is critical because it allows you to consider a variety of options and make decisions early to avoid crisis situations. Delays in decision making often leads to intensification of the problem, economic loss, and long-term damage to rangeland resources.

There is no cookbook approach for proper drought management. It really boils down to the fact that sound range management practices that sustain or improve range condition will ultimately result in good drought management. Well-planned grazing practices that promote conservative forage use while sustaining high vigor of desirable plants is good insurance against drought.

## Acknowledgements

Many thanks to Drs. Robert Kattnig, Richard Rice, George Ruyle, and Jim Sprinkle who reviewed an earlier draft of this manuscript. Their comments and suggestions greatly improved the paper.

## Literature Cited

Bartlett, E. T., W. C. Leininger, and L. R. Roath. 1994. Planning for drought on Colorado rangeland. Colorado State University Cooperative Extension Publication Number 6.103.

Hanselka, C. W. and L. D. White. 1986. Rangeland in dry years: drought effects on range, cattle, and management in Livestock and wildlife management during drought. R. D. Brown (ed.). Caesar Kleberg Wildlife Research Institute, Texas A&I University, Kingsville.

Hanson, C. L., A. R. Kuhlman, and J. K. Lewis. 1978. Effect of grazing intensity and range condition on hydrology of western South Dakota ranges. South Dakota State University Ag. Exp. Sta. Bull. 647. 54pp.

Holechek, J. L., R. D. Pieper, and C. H. Herbel. 1998. Range management principles and practices. 3rd edition. Prentice Hall. 542pp.

Howery, L. D., F. D. Provenza, R. E. Banner, and C. B. Scott. 1996. Differences in home range and habitat use among individuals in a cattle herd. Appl. Anim. Behav. Sci. 49:305–320.

Howery, L. D., F. D. Provenza, R. E. Banner, and C. B. Scott.1998. Social and environmental factors influence cattle distribution on rangeland. Appl. Anim. Behav. Sci.55:231–244.

Interagency Technical Reference. 1996. Utilization studies and residual measurements. BLM/RS/ST–96/004+1730.

Leithead, H. L. 1979. Grass: how it grows. USDA-SCS Bulletin. U. S. Govt. Printing Office 17pp.

Martin, S. C., and D. R. Cable. 1974. Managing semidesert grass-shrub ranges: vegetation responses to precipitation, grazing, soil texture, and mesquite control. U. S. Dept. Agric. Tech. Bull. 1480.

NRC. 1994. Rangeland health: new methods to classify, inventory, and monitor rangelands. National Academy Press. Washington D. C. 180pp.

Reece, P. E., J. D. Alexander III, and J. R. Johnson. 1991. Drought management on range and pastureland: a handbook for Nebraska and South Dakota. University of Nebraska Cooperative Extension publication EC 91–123.

Society for Range Management. 1989. A glossary of terms used in range management (Third ed.). Society for Range Management, Denver, Colo.

Stefferud, A. (ed.) 1948. Grass: The yearbook of agriculture. USDA. Washington D. C.



**COLLEGE OF AGRICULTURE & LIFE SCIENCES**
**Cooperative Extension**

THE UNIVERSITY OF ARIZONA
COLLEGE OF AGRICULTURE AND LIFE SCIENCES
TUCSON, ARIZONA  85721

LARRY D. HOWERY
*Assistant Rangeland Management Specialist*

CONTACT:
LARRY D. HOWERY
lhowery@cals.arizona.edu

This information has been reviewed by University faculty.
extension.arizona.edu/pubs/az1136-2016.pdf

Originally published: 1999

Other titles from Arizona Cooperative Extension can be found at:
extension.arizona.edu/pubsion can be found at:
cals.arizona.edu/pubs

*Any products, services, or organizations that are mentioned, shown, or indirectly implied in this publication do not imply endorsement by The University of Arizona.*

Issued in furtherance of Cooperative Extension work, acts of May 8 and June 30, 1914, in cooperation with the U.S. Department of Agriculture, Jeffrey C. Silvertooth, Associate Dean & Director, Extension & Economic Development, College of Agriculture Life Sciences, The University of Arizona.
The University of Arizona is an equal opportunity, affirmative action institution. The University does not discriminate on the basis of race, color, religion, sex, national origin, age, disability, veteran status, or sexual orientation in its programs and activities.

BLM_0055279

Western United States Geothermal Resources
Publication No. - INEEL/MISC-03-01046 Rev. 1
November 2003

# Western United States Geothermal Resources



Alaska

### Aleutian Islands



Kauai

Oahu

Maui

Hawaii



Washington

Montana

Oregon

Idaho

Wyoming

Nevada

Utah

California

Colorado

Arizona

New Mexico



## Legend

~ Rivers/Streams
County Boundaries
State Boundaries
Lakes/Reservoirs

## Geothermal Categories

▪ Electrical Generation
‖ Regions of Known or Potential Geothermal Resources
● Wells > 50 Degrees C
● Springs > 50 Degrees C

## Ownership

State and Private Lands
Bureau of Land Management and Other Federal Lands
Major Lakes and Reservoirs
Native American Lands
U.S. Forest Service Lands

Map Prepared by Patrick Laney and Julie Brizzee at the Idaho National Engineering and Environmental Laboratory
For
The U.S. Department of Energy Office of Energy Efficiency and Renewable Energy
Geothermal Technologies Program

Western United States Geothermal Resources
Publication No. - INEEL/MISC-0301046 Rev. 1
November 2003

Map Projection Information:
Projection: Albers
Central Meridian: -96.00
Standard Parallel 1: 20.00
Standard Parallel 2: 60.00
Latitude Of Origin: 40.00

BLM_0005280

**Spreadsheet Placeholder(file available in native format)**

**File Name:**          0_IHS-Enerdeq2016_O&G_Production.xlsx

BLM_0055281



OCS Study
BOEM 2017-039

# Consumer Surplus and Energy Substitutes for OCS Oil and Gas Production: The 2017 Revised Market Simulation Model (MarketSim)

## Model Description

US Department of the Interior
Bureau of Ocean Energy Management
Headquarters
May 2017



BLM_0055282

*[This page intentionally left blank.]*

BLM_0055283

OCS Study
BOEM 2017-039

# Consumer Surplus and Energy Substitutes for OCS Oil and Gas Production: The 2017 Revised Market Simulation Model (MarketSim)

## Model Description

Prepared under BOEM Order No.
M16PD00032

by

Industrial Economics, Incorporated
2067 Massachusetts Avenue
Cambridge, MA 02140

under subcontract to

SC&A, Incorporated
1608 Spring Hill Road, Suite 400
Vienna, VA 22182

US Department of the Interior
Bureau of Ocean Energy Management
Headquarters



BLM_0055284

## DISCLAIMER

Study concept, oversight, and funding were provided by the US Department of the Interior, Bureau of Ocean Energy Management, Environmental Studies Program, Washington, DC, under Contract Number GS-10F-0093K, order number M16PD00032. This report has been technically reviewed by BOEM and it has been approved for publication. The views and conclusions contained in this document are those of the authors and should not be interpreted as representing the opinions or policies of the US Government, nor does mention of trade names or commercial products constitute endorsement or recommendation for use.

## REPORT AVAILABILITY

To download a PDF file of this report, click on the Environmental Studies Program Information System link on the US Department of the Interior, Bureau of Ocean Energy Management website at www.boem.gov/Environmental-Studies-EnvData/ and search on 2017-039.

## CITATION

Industrial Economics, Inc. 2017. Consumer surplus and energy substitutes for OCS oil and gas production: the 2017 revised Market Simulation Model (MarketSim). US Department of the Interior, Bureau of Ocean Energy Management. OCS Study BOEM 2017-039.

# Table of Contents

| | | |
|---|---|---|
| 1. | Background | 1 |
| 2. | Model Description | 1 |
| 3. | Baseline Supply and Demand Projections | 2 |
| 4. | Model Framework | 2 |
| 5. | Oil Market | 2 |
| | 5.1 U.S. Oil Demand | 3 |
| | 5.2 Non-U.S. Oil Demand | 3 |
| | 5.3 U.S. Oil Supply | 4 |
| | 5.4 Non-U.S. Oil Supply | 4 |
| | 5.5 Oil Imports Delivered via Tanker | 4 |
| | 5.6 U.S. Crude Oil Exports | 5 |
| | 5.7 U.S. Exports of Refined Petroleum Products | 6 |
| 6. | Natural Gas Market | 7 |
| | 6.1 U.S. Natural Gas Demand | 7 |
| | 6.2 Demand for U.S. Natural Gas Exports | 8 |
| | 6.3 U.S. Natural Gas Supply | 8 |
| 7. | Coal Market | 8 |
| | 7.1 U.S. Coal Demand | 9 |
| | 7.2 Demand for U.S. Coal Exports | 9 |
| | 7.3 U.S. Coal Supply | 9 |
| 8. | Electricity Market | 9 |
| | 8.1 U.S. Electricity Demand | 10 |
| | 8.2 U.S. Electricity Supply | 10 |
| | 8.3 Demand for Fossil Fuel Energy to Produce Electricity | 11 |
| 9. | Model Calibration | 11 |
| 10. | Equilibrium | 11 |
| 11. | Adjustment Rates and Elasticities | 12 |
| | 11.1 Derivation of Default Adjustment Rates | 12 |
| | 11.2 Selection of Default Elasticity Values | 12 |
| | 11.2.1 Demand Elasticities | 17 |
| | 11.2.2 Supply Elasticities | 19 |
| 12. | Consumer Surplus in MarketSim | 22 |
| | 12.1 Primary Versus Secondary Markets | 22 |
| | 12.2 Effects of Persisting Quantity on Consumer Surplus | 25 |
| | 12.3 Exclusion of Domestic Producer Surplus Losses | 27 |
| | 12.3.1 Oil | 27 |
| | 12.3.2 Natural Gas | 27 |
| | 12.3.3 Electricity | 28 |
| | 12.3.4 Coal | 28 |
| References | | 29 |

BLM_0055286

## List of Tables

Table 1.  U.S. Crude Oil Production and Imports by API Gravity Category ................................................ 6
Table 2.  Adjustment Rates for Energy Demand ...................................................................... 13
Table 3.  Adjustment Rates for Energy Supply ....................................................................... 15
Table 4.  MarketSim Default Demand Elasticities .................................................................. 18
Table 5.  MarketSim Default Supply Elasticities .................................................................... 20

## List of Figures

Figure 1.  Primary Market Consumer Surplus Change ............................................................ 23
Figure 2.  Secondary Market Consumer Surplus Change (reduced quantity and price)
Figure 3.  Secondary Market Consumer Surplus Change (reduced quantity, increase in price)

## Abbreviations and Acronyms

| | |
|---|---|
| AEO | Annual Energy Outlook |
| API | American Petroleum Institute |
| BOEM | Bureau of Ocean Energy Management |
| DOE | Department of Energy |
| E&D | Exploration and Development |
| EIA | Energy Information Administration |
| EMF | Energy Modeling Forum |
| IEA | International Energy Agency |
| LNG | Liquefied Natural Gas |
| MarketSim | Market Simulation Model |
| NETL | National Energy Technology Laboratory |
| NEMS | National Energy Modeling System |
| OCS | Outer Continental Shelf |
| OECM | Offshore Environmental Cost Model |
| UNLV | University of Nevada, Las Vegas |

ii

BLM_0055287

# 1. Background

The Bureau of Ocean Energy Management (BOEM) is charged with assisting the U.S. Secretary of the Interior in carrying out the mandates of the Outer Continental Shelf (OCS) Lands Act, which calls for expedited exploration and development of the OCS to, among other goals, "reduce dependence on foreign sources and maintain a favorable balance of payments in world trade." The OCS Lands Act also requires that BOEM prepare forward-looking five-year schedules of proposed OCS lease sales that define as specifically as possible the size, timing, and location of the OCS area(s) to be offered for lease.

As part of the development of these "Five-Year Programs," BOEM completes an analysis of the energy market's response to production anticipated to emerge from leases issued under these programs. This document comprises a detailed description of the methodology used by BOEM to measure the energy market response to new production on leases issued in different planning areas under a specific program. The analytical tool which BOEM employs internally to estimate this market response is called the Market Simulation Model (MarketSim). As might be expected, key inputs to the model are the anticipated amounts of new annual OCS oil and gas production. The magnitudes of these production estimates are based on assessments of the non-leased, economically recoverable oil and gas resources in each planning area, and on historical trends in leasing and production.

The timing of these production estimates emerges from stipulated Exploration and Development (E&D) scenarios in each planning area. An E&D scenario defines the incremental level of OCS exploration, development and production activity anticipated to occur within planning areas expected to be made available for leasing in the BOEM Five-Year OCS Oil and Gas Leasing Program. Elements of an E&D scenario include the number of exploration wells drilled, the number of platforms installed, the number of development wells drilled, miles of new pipeline constructed, anticipated aggregate oil and gas production, and the number of platforms removed. A crucial output of the model calculations based on the E&D scenario production is the net change in consumer surplus, which is an important part of the measure of net social benefits from adoption of the Five-Year Program.

A companion document (*Forecasting Environmental and Social Externalities Associated with OCS Oil and Gas Development*) describes the calculations and supporting data for another model BOEM uses to estimate the net environmental and social costs attributable to the program proposal, net of the environmental and social costs attributable to the No Action Alternative, that is, from energy sources that would substitute for OCS production in the absence of the Five-Year Program (Industrial Economics 2015). The outputs of this model's calculations represent another important part of the measure of net social benefits from adoption of the Five-Year Program.

# 2. Model Description

What follows is the general framework for MarketSim's economics-based model representation of U.S. energy markets. The model simulates end-use domestic consumption of oil, natural gas, coal and electricity in four sectors (residential, commercial, industrial and transportation); primary energy production; and the transformation of primary energy into electricity. The model mostly represents U.S. energy markets, but it also captures interaction with world energy markets as appropriate. As in the previous version, the current MarketSim takes current measures of energy production, consumption, and prices assuming no new OCS leasing as a baseline to which a given scenario of OCS production is added. Accounting for substitution between different sources of energy, the model calculates equilibrating prices

1

for oil, natural gas, coal, and electricity based upon the user-specified increase in OCS production of oil and gas.

As a point of departure for scenario analyses, MarketSim is calibrated to reproduce a specified baseline projection, such as the reference case in the Energy Information Administration's (EIA) *Annual Energy Outlook (AEO)* or other output produced by the EIA's National Energy Modeling System (NEMS), for the baseline projection. The user-specified offshore production scenario then is added to the production side of the market equilibration, and the model adjusts prices until all markets converge on a new equilibrium.

# 3. Baseline Supply and Demand Projections

The baseline supply and demand projections in MarketSim were obtained from a customized model run of EIA's NEMS model.[1] The standard NEMS runs conducted for EIA's *AEO* series assume the issuance of new leases for OCS oil and natural gas production. Given that the purpose of MarketSim is to assess the market impacts of new leases relative to a scenario without new leasing, these new leases should not be included in the MarketSim baseline. Thus, the customized NEMS runs developed for use in MarketSim deviated from the reference case in the *AEO* by removing new offshore leasing on the OCS off the lower 48 states from the model's calculations.[2] The results of this NEMS run constitute the baseline data incorporated into the model.

# 4. Model Framework

MarketSim's approach to developing an energy model for policy evaluation is to represent the observed conditions prevailing at any moment in the market as observable short-run conditions that are the result of a market equilibrating process and the partial adjustment toward long-run demand and supply conditions. These long-run conditions are not directly observable, but can be inferred from observed market conditions and the underlying parameters of the model. The result is a model that is characterized by partial adjustment toward a long-run equilibrium in each time period.

To create such a model, it is necessary to provide a set of assumed long-run elasticities and partial adjustment parameters. These are developed by reviewing the appropriate economic research, using technology assessments and by making comparisons across existing runs of NEMS to infer elasticities (see below). The supply and demand equations in the sections that follow show how MarketSim applies these partial adjustment parameters and long-run supply and demand elasticities.

# 5. Oil Market

MarketSim represents the world oil market with sector detail for the United States, a single supply equation for non-U.S. production, and a small number of demand equations for non-U.S. consumption. Oil use for electricity generation is represented in the section on electricity below. The equations that follow specify MarketSim's estimation of U.S. oil demand, non-U.S. oil demand, U.S. oil supply, non-U.S. oil supply, oil imports delivered to the U.S. by tanker, U.S. crude oil exports, and U.S. exports of refined petroleum products.

---

[1] The MarketSim model extrapolates the baseline data provided in the NEMS projection forecasts to cover the life of leases issued in the Five-Year Program.
[2] See supporting documentation accompanying the delivery of prior NEMS output (Gruenspecht 2009). The data incorporated into the current version of MarketSim are consistent with the "Constrained Supply" scenario described in this document.

BLM_0055289

## 5.1 U.S. Oil Demand

$$Q_{Doi,t} = A_{oi,t} \cdot P_{o,t}^{\eta_{oi}} \cdot \prod_j P_{j,t}^{\eta_{oji}} + (1 - \gamma_{Doi})Q_{Doi,t-1}$$

for each U.S. end-use sector $i$; and $j = g$ (gas), $c$ (coal), and $e$ (electricity) where:

$Q_{Doi,t}$ represents the quantity of oil demanded in sector $i$ at time $t$,

$A_{oi,t}$ is a constant calibrated to baseline data,

$P_{o,t}$ is the price of oil at time $t$,

$\eta_{oi}$ is the long-run price elasticity of oil demand in sector $i$,

$P_{j,t}$ is the price of energy source $j$ at time $t$,

$\eta_{oji}$ is the long-run elasticity of demand for oil with respect to the price of energy source j in sector i, and

$\gamma_{Doi}$ is the rate at which demand for oil in sector $i$ adjusts.[3]

The four U.S. end-use sectors $i$ are residential, commercial, industrial, and transportation.

## 5.2 Non-U.S. Oil Demand

$$Q_{Dox,t} = A_{ox,t} \cdot P_{o,t}^{\eta_{ox}} + (1 - \gamma_{Dox})Q_{Dox,t-1}$$

where

$Q_{Dox,t}$ represents the quantity of non-U.S. oil demand at time $t$,

$A_{ox,t}$ is a constant calibrated to baseline data,

$\eta_{ox}$ is the long-run price elasticity of non-U.S. oil demand, and

$\gamma_{Dox}$ is the rate at which non-U.S. oil demand adjusts.

Non-U.S. oil demand is strictly a function of the oil price, and no other prices, domestic or foreign. MarketSim specifies three categories of non-U.S. oil demand: (1) non-U.S. demand for U.S. crude oil, (2) non-U.S. demand for U.S. refined products, and (3) non-U.S. demand for non-U.S. oil. The model assumes that these three categories are mutually exclusive.

---

[3] Note that this deviates from standard notation used in the empirical literature on demand and supply estimation by using gammas to represent adjustment rather than persistence.

3

BLM_0055290

## 5.3 U.S. Oil Supply

$$Q_{Sou,t} = B_{ou,t} \cdot P_{o,t}^{\eta_{ou}} + (1 - \gamma_{Sou})Q_{Sou,t-1}$$

for each domestic source $u$ = lower 48 onshore, lower 48 offshore, Alaska onshore, Alaska offshore, biofuels, other, rest of world; where

> $Q_{Sou,t}$ represents the quantity of oil supplied from U.S. source $u$ at time $t$,
> $B_{ou,t}$ is a constant calibrated to baseline data,
> $\eta_{ou}$ is the long-run elasticity of oil supply from source $u$, and
> $\gamma_{Sou}$ is the rate at which U.S. oil supply $u$ adjusts.

Consistent with the EIA classification, the term "oil" includes all liquid fuels that are close substitutes for petroleum products (e.g., biofuels).

## 5.4 Non-U.S. Oil Supply

$$Q_{Soy,t} = B_{oy,t} \cdot P_{o,t}^{\eta_{oy}} + (1 - \gamma_{Soy})Q_{Soy,t-1}$$

where

> $Q_{Soy,t}$ represents the quantity of non-U.S. oil supplied at time $t$,
> $B_{oy,t}$ is a constant calibrated to baseline data,
> $\eta_{oy}$ is the long-run elasticity of non-U.S. oil supply, and
> $\gamma_{Soy}$ is the rate at which non-U.S. oil supply adjusts.

Non-U.S. oil supply is estimated in MarketSim's equilibrating equations as a separate value that represents tanker imports and pipeline imports combined, consistent with *AEO* reporting.

## 5.5 Oil Imports Delivered via Tanker

MarketSim uses the equations outlined above to find changes in oil market consumption, production, and prices under a given E&D scenario. These equilibrating equations do not distinguish between pipeline and tanker imports of oil. To assess the environmental impacts of the No Action Alternative, however, the Offshore Environmental Cost Model (OECM) requires estimates of the change in imports delivered via tanker.[4] MarketSim therefore uses a post-processing approach to estimate the change in oil tanker imports. Under this approach, MarketSim assumes that all pipeline imports of oil are produced in Canada. Based on this assumption, MarketSim estimates the change in tanker imports as the difference between total imports (estimated as U.S. consumption less U.S. production) and imports from Canada. The model's calculation for imports from Canada is similar to the non-U.S. oil supply formula except with its own parameter, elasticity, and adjustment rate.

$$Q_{Soc,t} = B_{oc,t} \cdot P_{o,t}^{\eta_{oc}} + (1 - \gamma_{Soc})Q_{Soc,t-1}$$

where

> $Q_{Soc,t}$ represents the quantity of Canadian pipeline oil imports supplied at time $t$,
> $B_{oc,t}$ is a constant,

---

[4] The No Action Alternative is defined as the scenario in which BOEM holds no OCS oil and gas lease sales during the 5-year period covered by the program or, in other words, in which the No Sale Option is selected for each program area.

BLM_0055291

$\eta_{oc}$ is the long-run elasticity of Canadian pipeline oil imports, and

$\gamma_{Soc}$ is the rate at which Canadian pipeline oil import supply adjusts.

## 5.6 U.S. Crude Oil Exports

As described above, MarketSim models oil as a global market with supply and demand specified separately for the U.S. and the rest of the world. To facilitate the estimation of changes in oil exports, MarketSim's demand equations specify the three categories of non-U.S. demand identified above: (1) non-U.S. demand for U.S. crude oil, (2) non-U.S. demand for U.S. refined petroleum products, and (3) non-U.S. demand for non-U.S. oil. The first of these items represents U.S. crude oil exports. Therefore, to estimate the impact of a given E&D scenario on U.S. crude oil exports, MarketSim calculates the difference between non-U.S. demand for U.S. crude oil between the E&D scenario and the model's baseline projection.

While this method for estimating the change in U.S. crude oil exports is incorporated into MarketSim's balancing equations, it does not distinguish between exports of OCS crude oil and exports of crude from other sources. Modeling crude oil exports at this level of detail would require information on the quality of OCS crude relative to other crudes (i.e., API gravity and sulfur content) and various location-specific factors that may influence the relative cost of refining different U.S. crudes domestically versus exporting them to non-U.S. refineries. Incorporating these details into MarketSim's balancing equations is not currently feasible.

Nevertheless, to approximate OCS crude oil exports, MarketSim includes a series of post-processing calculations that parse the model's estimates of the change in crude oil exports into crude oil produced on the OCS and crude oil produced by other sources. These post-processing calculations are based on the assumption that export is most likely for those types of crude oil that are imported in small quantities relative to the total amount (of that oil type) used as feedstock by U.S. refineries, given that the U.S. is a net importer of crude oil. For the purposes of these post-processing calculations, oil type is defined according to API gravity, as this is the only metric of oil quality for which BOEM has data across all OCS crude oils. More specifically, these post-processing calculations distinguish between heavy crude (API gravity less than 27), medium crude (API gravity greater than or equal to 27 but less than 35), and light crude (API gravity greater than or equal to 35).

The specific steps in the post-processing calculations are as follows:

- Based on recent EIA data on crude oil production and crude oil imports by API gravity category (examined as a proxy for U.S. refinery feedstock; see Table 1), MarketSim assumes that light crude produced on the OCS may be exported but not medium or heavy crude. This reflects the fact that U.S. imports for heavy and medium crudes are fairly large (86 and 47 percent, respectively) relative to the total amount used by U.S. refineries. For light crudes, however, imports represent only 10 percent of the total feedstock for U.S. refineries.

5

BLM_0055292

**Table 1.  U.S. Crude Oil Production and Imports by API Gravity Category**

| API GRAVITY TYPE | TOTAL IMPORTS (THOUSANDS OF BARRELS) [A] | PRODUCTION (THOUSANDS OF BARRELS) [B] | TOTAL (THOUSANDS OF BARRELS) [C=A+B] |
|---|---|---|---|
| Heavy | 1,607,176 | 261,927 | 1,869,103 |
| Medium | 836,060 | 960,881 | 1,796,941 |
| Light | 244,173 | 2,181,004 | 2,425,177 |
| **TOTAL** | **2,687,409** | **3,403,812** | **6,091,221** |
| *Data Sources: Import data presented here are derived from EIA (2015a).  Production data by API gravity category derived from EIA (2015b).* | | | |

- Due to uncertainty regarding the exact percentage of light OCS crude likely to be exported, MarketSim specifies this percentage as a range, with a low end of 25 percent and a high end of 75 percent. These values are applied to all light crude oil included in the user-specified E&D scenario.

- If either of the resulting values exceeds the total change in crude exports estimated by MarketSim, the estimate is capped at the total change in exports (i.e., so that the change in OCS crude oil exports does not exceed the total change in exports estimated by MarketSim).

# 5.7 U.S. Exports of Refined Petroleum Products

MarketSim estimates U.S. exports of refined petroleum products based on the specification of non-U.S. demand for refined petroleum products in the model's balancing equations.[5] For a given E&D scenario, the change in U.S. refined product exports is equal to the estimated change in non-U.S. demand for U.S. refined petroleum products. This approach is similar to that outlined above for U.S. exports of crude oil, which MarketSim estimates based on the change in non-U.S. demand for U.S. crude oil.

As a post-processing calculation to MarketSim's specification of the new market equilibrium, the model parses the estimated change in refined product exports between refined products derived from OCS oil and refined products derived from other sources. To make this distinction, MarketSim assumes that the probability that a given barrel of refined product from U.S. refineries is derived from OCS crude oil is proportional to OCS oil's total share of the feedstock used by U.S. refineries (i.e., OCS oil used as feedstock divided by the total feedstock amount). Based on this assumption, the quantity of refined product exports derived from OCS crude is estimated as follows:

$$Q_{R,X,OCS} = F_{OCS} \times Q_{RL,X}$$

where

$\qquad$ $Q_{R,X,OCS}$ is the change in refined product exports derived from OCS crude oil.
$\qquad$ $F_{OCS}$ is OCS crude oil's share of total U.S. refinery feedstock.
$\qquad$ $Q_{RL,X}$ is MarketSim's estimate of the change in U.S. refined product exports.

---

[5] As noted above, this category of non-U.S. demand represents one of three included in the model. The other two categories are non-U.S. demand for U.S. crude oil and non-U.S. demand for non-U.S. oil.

BLM_0055293

Applying this approach requires information on OCS crude oil as a share of U.S. refinery feedstock ($F_{OCS}$ in the above equation). To derive $F_{OCS}$, MarketSim would ideally use the projected amount of OCS crude oil used by U.S. refineries and the projected amount of feedstock that these refineries use. These specific projections, however, are not readily available. In the absence of such data, MarketSim approximates OCS crude as a share of total refinery feedstock as follows, based on MarketSim projections under the E&D scenario:

$$F_{OCS} = \frac{Q_{o,off}}{Q_{o,on} + Q_{o,off} + Q_{o,ni}}$$

where

> $F_{OCS}$ is OCS crude oil's share of total U.S. refinery feedstock.
>
> $Q_{o,off}$ is offshore crude oil production in the U.S. projected by MarketSim under the E&D scenario over the model's full analytic time horizon.
>
> $Q_{o,on}$ is onshore crude oil production in the U.S. projected by MarketSim under the E&D scenario over the model's full analytic time horizon.
>
> $Q_{o,ni}$ is U.S. net imports of oil projected by MarketSim under the E&D scenario over the model's full analytic time horizon.

The numerator on the right-hand side of this equation approximates OCS crude used as feedstock at U.S. refineries (because the U.S. exports only a small portion of the crude oil it produces), and the denominator represents an approximation of total U.S. refinery feedstock. MarketSim uses projections from the E&D scenario to populate this equation rather than baseline EIA data because onshore and offshore production quantities, as well as net imports, may change significantly under a given E&D scenario relative to the baseline.

MarketSim applies this approach after the model converges on a new market equilibrium and estimates new world oil prices, by year ($P_{o,t}$).

# 6.   Natural Gas Market

MarketSim represents the U.S. natural gas market with exports and imports. This stands in contrast to the oil market, which MarketSim simulates as a global market. Natural gas use for electricity generation is represented in the section on electricity below. The equations that follow specify MarketSim's estimation of U.S. natural gas demand, demand for U.S. natural gas exports, and U.S. natural gas supply.

## 6.1 U.S. Natural Gas Demand

$$Q_{Dgi,t} = A_{gi,t} \cdot P_{g,t}^{\eta_{gi}} \cdot \prod_j P_{j,t}^{\eta_{gji}} + (1 - \gamma_{Dgi})Q_{Dgi,t-1}$$

for each U.S. end-use sector $i$; and $j = o$ (oil), $c$ (coal), and $e$ (electricity) where

> $Q_{Dgi,t}$ represents the quantity of natural gas demanded in sector $i$ at time $t$,

7

BLM_0055294

$A_{gi,t}$ is a constant calibrated to baseline data,
$P_{g,t}$ is the price of natural gas at time $t$,
$\eta_{gi}$ is the long-run price elasticity of natural gas demand in sector $i$,
$P_{j,t}$ is the price of energy source $j$ at time $t$,
$\eta_{gji}$ is the long-run elasticity of demand for natural gas with respect to the price of energy source $j$ in sector $i$, and
$\gamma_{Dgi}$ is the rate at which demand for natural gas in sector $i$ adjusts.

The U.S. natural gas demand sectors represented in MarketSim include the residential, commercial, industrial, and transportation sectors.

## 6.2 Demand for U.S. Natural Gas Exports

$$Q_{Dgx,t} = A_{gx,t} \cdot P_g^{\eta_{gx}} + (1 - \gamma_{Dgx})Q_{Dgx,t-1}$$

where

$Q_{Dgx,t}$ represents the quantity of U.S. natural gas exports at time $t$,
$A_{gx,t}$ is a constant calibrated to baseline data,
$\eta_{gx}$ is the long-run price elasticity of export demand for U.S. natural gas, and
$\gamma_{Dgx}$ is the rate at which export demand for natural gas adjusts.

U.S. natural gas exports are dependent only upon the domestic price of natural gas and no other prices, domestic or international.

## 6.3 U.S. Natural Gas Supply

$$Q_{Sgu,t} = B_{gu,t} \cdot P_{g,t}^{\eta_{gu}} + (1 - \gamma_{Sgu})Q_{Sgu,t-1}$$

for each domestic and imported source, $u$ where

$Q_{Sgu,t}$ represents the quantity of natural gas supplied to the U.S. market from domestic or imported source $u$ at time $t$,
$B_{gu,t}$ is a constant calibrated to baseline data,
$\eta_{gu}$ is the long-run elasticity of natural gas supply to the U.S. market from source $u$, and
$\gamma_{Sgu}$ is the rate at which natural gas from source $u$ adjusts.

Natural gas production categories included in MarketSim are (1) lower 48 conventional, (2) lower 48 unconventional, (3) Alaska, (4) offshore, (5) other, (6) pipeline imports, and (7) tanker imports.

# 7. Coal Market

MarketSim represents the U.S. coal market with exports and imports. Coal use for electricity generation is represented in the section on electricity below. The equations that follow present the model's estimation of U.S. coal demand, demand for U.S. coal exports, and U.S. coal supply.

8

BLM_0055295

## 7.1 U.S. Coal Demand

$$Q_{Dci,t} = A_{ci,t} \cdot P_{c,t}^{\eta_{ci}} \cdot \prod P_{j,t}^{\eta_{cji}} + (1 - \gamma_{Dci}) Q_{Dci,t-1}$$

for each U.S. end-use sector $i$; and $j = g$ (gas), $o$ (oil), and $e$ (electricity) where

> $Q_{Dci,t}$ represents the quantity of coal demanded in sector $i$ at time $t$,
> $A_{ci,t}$ is a constant calibrated to baseline data,
> $P_{c,t}$ is the price of coal at time $t$,
> $\eta_{ci}$ is the long-run price elasticity of coal demand in sector $i$,
> $P_{j,t}$ is the price of energy source $j$ at time $t$,
> $\eta_{cji}$ is the long-run elasticity of demand for coal with respect to the price of energy source $j$ in sector $i$, and
> $\gamma_{Dci}$ is the rate at which demand for coal in sector $i$ adjusts.

Other than the electricity sector, whose coal demand is modeled separately, MarketSim's domestic demand sectors for coal include industrial and other.

## 7.2 Demand for U.S. Coal Exports

$$Q_{Dcx,t} = A_{cx,t} \cdot P_c^{\eta_{cx}} + (1 - \gamma_{Dcx}) Q_{Dcx,t-1}$$

where

> $Q_{Dcx,t}$ represents the quantity of U.S. coal exports at time $t$,
> $A_{cx,t}$ is a constant calibrated to baseline data,
> $\eta_{cx}$ is the long-run price elasticity of export demand for U.S. coal, and
> $\gamma_{Dcx}$ is the rate at which export demand for coal adjusts.

Exports are dependent only upon the domestic price of coal. No other energy prices, domestic or international, affect exports of coal.

## 7.3 U.S. Coal Supply

$$Q_{Scu,t} = B_{cu,t} \cdot P_{c,t}^{\eta_{cu}} + (1 - \gamma_{Scu}) Q_{Scu,t-1}$$

for each domestic and imported source, $u$ where

> $Q_{Scu,t}$ represents the quantity of coal supplied to the U.S. market from domestic or imported source $u$ at time $t$,
> $B_{cu,t}$ is a constant calibrated to baseline data,
> $\eta_{cu}$ is the long-run elasticity of coal supply to the U.S. market from source $u$, and
> $\gamma_{Scu}$ is the rate at which coal from source $u$ adjusts.

# 8.  Electricity Market

MarketSim represents the U.S. electricity market and models U.S. exports and imports of electricity as net imports. The electricity sector in MarketSim also provides additional demand for oil, natural gas and coal.

9

The equations below present MarketSim's approach for estimating U.S. electricity demand, U.S. electricity supply, and demand for fossil fuels for electricity production.

## 8.1 U.S. Electricity Demand

$$Q_{Dei,t} = A_{ei,t} \cdot P_{e,t}^{\eta_{ei}} \cdot \prod P_{j,t}^{\eta_{eji}} + (1 - \gamma_{Dei}) Q_{Dei,t-1}$$

for each U.S. end-use sector $i$; and $j = g$ (gas), $c$ (coal), and $o$ (oil) where

> $Q_{Dei,t}$ represents the quantity of electricity demanded in sector $i$ at time $t$,
> $A_{ei,t}$ is a constant calibrated to baseline data,
> $P_{e,t}$ is the price of electricity at time t,
> $\eta_{ei}$ is the long-run price elasticity of electricity demand in sector $i$,
> $P_j$ is the price of energy source $j$,
> $\eta_{eji}$ is the long-run elasticity of demand for electricity with respect to the price of energy source $j$ in sector $i$, and
> $\gamma_{Dei}$ is the rate at which demand for electricity in sector $i$ adjusts.

The U.S. demand sectors for electricity in MarketSim include (1) residential, (2) commercial, (3) industrial, (4) transport, and (5) other.

## 8.2 U.S. Electricity Supply

MarketSim uses separate approaches for the estimation of electricity derived from fossil fuels and electricity derived from other sources. While the quantity of electricity generated from fossil fuels is dependent on fossil fuel prices, changes in these prices do not factor into the generation of electricity from non-fossil energy sources. To account for this difference in the economics of electricity generation for different types of power producers, MarketSim specifies electricity supply as follows:

$$Q_{Sej,t} = C_{j,t} \cdot (P_{e,t} / P_{j,t})^{\eta_{ej}} + (1 - \gamma_{Sej}) Q_{Sej,t-1} \qquad \text{for } j = \text{oil, natural gas and coal}$$

$$Q_{Sel,t} = C_{l,t} \cdot P_{e,t}^{\eta_{el}} + (1 - \gamma_{Sel}) Q_{Sel,t-1} \qquad \text{for } l = \text{nuclear, hydro, wind, solar, other electric, net imports}$$

where

> $Q_{Sej,t}$ represents the quantity of electricity supplied from fossil fuel energy source $j$ at time $t$,
> $Q_{Sel,t}$ represents the quantity of electricity supplied from source $l$ at time $t$,
> $C_{j,t}$ and $C_{l,t}$ are constants calibrated to baseline data,
> $P_{e,t}$ is the price of electricity at time $t$,
> $P_{j,t}$ is the price of fossil fuel energy source $j$ at time $t$,
> $\eta_{ej}$ is the long-run elasticity of electricity supply from fuel $j$,
> $\eta_{el}$ is the long-run elasticity of electricity supply from source $l$,
> $\gamma_{Sej}$ is the rate at which electric power from fossil energy $j$ adjusts, and
> $\gamma_{Sel}$ is the rate at which electric power from source $l$ adjusts.

10

BLM_0055297

## 8.3 Demand for Fossil Fuel Energy to Produce Electricity

$$Q_{Dje,t} = K_{j,t} \cdot Q_{Sej,t} \qquad \text{for } j = \text{oil, natural gas and coal}$$

where $Q_{Dje,t}$ represents the quantity of energy source $j$ used to produce electricity at time $t$ and $K_{j,t}$ is a constant.

# 9.    Model Calibration

For a given set of elasticities, adjustment parameters, market quantities, and prices in the baseline projection, MarketSim uses the series of supply and demand equations outlined above to calculate the parameters $A$, $B$, $C$, and $K$ in these equations. These parameters, having been calculated on the baseline projection equilibrium state, calibrate the model formulas directly to the market conditions observed in the baseline projection data. MarketSim then uses these parameters as constants in the simulation supply and demand formulas that equilibrate all four fuel markets under a given E&D scenario.

The model automatically updates the calibration parameters to match new baseline projection data immediately when entered into the baseline projection worksheet tables.

# 10.   Equilibrium

The equilibration calculation of MarketSim selects $P_{o,t}$, $P_{g,t}$, $P_{c,t}$ and $P_{e,t}$ for each period $t$ such that the quantity of oil, natural gas, coal, and electricity demanded equals the quantity supplied in each period $t$:

$$Q_{Doe,t} + Q_{Dox,t} + \sum_i Q_{Doi,t} = Q_{Soy,t} + \sum_u Q_{Sju,t} \qquad \text{World Oil Market}$$

$$Q_{Dge,t} + \sum_i Q_{Dgi,t} + Q_{Dgx,t} = \sum_u Q_{Sgu,t} \qquad \text{U.S. Natural Gas Market (with exports and imports)}$$

$$Q_{Dce,t} + \sum_i Q_{Dci,t} + Q_{Dcx,t} = \sum_u Q_{Scu,t} \qquad \text{U.S. Coal Market (with exports and imports)}$$

$$\sum_i Q_{Dei,t} = \sum_j Q_{Sej,t} + \sum_l Q_{Sel,t} \qquad \text{U.S. Electricity Market (with net imports)}$$

To initiate the equilibration process for a given E&D scenario, MarketSim first adds the incremental increase in OCS production to the oil and gas supply terms in the above equilibrating equations. Because supply has changed, markets are not in equilibrium under the original baseline prices. Using Excel's solver function, MarketSim then uses reduced gradient methods to iterate through several combinations of the four fuel prices until it can bring all four fuel markets' supply and demand into equilibrium. During this process, all simulated supply and demand values are calculated using the same elasticity, adjustment, and parameter values used to represent the baseline. When zero disparity between supply and demand across all four fuel markets is achieved, MarketSim saves the market-clearing prices and proceeds to the next year to perform the same equilibration.

11

# 11.   Adjustment Rates and Elasticities

All elasticities and adjustment rates in MarketSim have default values that are obtained from the literature, inferred from NEMS output, or provided by energy economist Dr. Stephen Brown (2011) of the University of Nevada, Las Vegas (UNLV). In addition, all values can be edited easily by the user to incorporate the user's best judgment for any given elasticity value or adjustment rate. Further, all default values can be automatically restored after editing to return the values to their original settings. The sections below document the derivation of the default adjustment rates and elasticities included in MarketSim.

## 11.1 Derivation of Default Adjustment Rates

As described above, MarketSim uses a series of adjustment rates to capture the transition from short-run to long-run market effects. These adjustment rates account for the portion of demand or supply that is allowed to change per time period. In the case of this model, the time period is one year. No data on the adjustment rates for specific energy sources were readily available. In the absence of such data, MarketSim assumes that the adjustment rate is related to the retirement of energy producing and consuming capital (i.e., equipment that produces energy or consumes energy), as indicated by its lifespan. Based on lifespan values obtained from the literature, adjustment rates are calculated as follows:

$$\gamma_{Dji} = \frac{1}{L_{Dji}} \qquad \text{or} \qquad \gamma_{Sju} = \frac{1}{L_{Sju}}$$

where $\gamma_{Dji}$ is the rate at which the quantity demanded adjusts in each U.S. end-use sector $i$ for each fuel $j$ and $L_{Dji}$ is the lifespan of the main consumption capital in each submarket. Similarly, $\gamma_{Sju}$ is the rate at which the quantity supplied adjusts from each production source $u$ for each fuel $j$ and $L_{Sju}$ is the lifespan of the main production capital equipment in each submarket.

Tables 2 and 3 present the adjustment rates included in MarketSim as well as the lifespan values supporting each adjustment rate.

For non-U.S. oil demand, MarketSim assumes an adjustment rate equal to that for the U.S. transport sector, under the assumption that transportation-related uses dominate oil consumption in non-U.S. markets.

## 11.2 Selection of Default Elasticity Values

To the extent possible, MarketSim relies upon demand and supply elasticities obtained from peer-reviewed studies in the empirical economics literature. Using peer-reviewed values is central to ensuring that MarketSim's simulation of energy markets reflects the best information available on the demand and supply responses that result from changes in energy prices. As suggested above, in the few cases where peer-reviewed values are not available, elasticity estimates were derived from NEMS outputs or from expert input provided by Dr. Stephen Brown of UNLV.

12

BLM_0055299

**Table 2.  Adjustment Rates for Energy Demand**

| SECTOR | ADJUSTMENT RATE | SUPPORTING LIFESPAN INFORMATION |
|---|---|---|
| **Oil** | | |
| Residential | 0.10 | Adjustment rate based on low end of residential oil boiler lifespan range (10 years) presented in U.S. DOE (2007). The low end of the lifespan range from this document was chosen to allow for the possibility of early boiler replacement in response to changes in energy prices. |
| Commercial | 0.05 | Value reflects 20-year service life of oil-fired commercial boilers obtained from U.S. DOE EIA (2009). |
| Industrial | 0.04 | Adjustment rate reflects the low end of the 25 to 40 year life of industrial oil-fired boilers as reported in International Energy Agency (2010).  The low end of the lifespan range from this document was chosen to allow for maximum energy substitution. |
| Transport | 0.11 | Value reflects median age of automobiles in operation in the U.S. (9.2 years), as reported in Bureau of Transportation Statistics (2008). Median age used rather than lifespan to allow for greater demand response to price changes within MarketSim. The adjustment rate implied by the median age of automobiles in operation (0.11) is similar to the 5 percent reduction in transport sector petroleum consumption between 2007 and 2008, as reported in U.S. DOE EIA (2011). The reduction between 2007 and 2008 was the largest reported in DOE's time series extending back to 1949. |
| Non-U.S. Demand for U.S. Refined Product Exports | 0.11 | Assumed to be same as value for U.S. transportation sector, under the assumption that transportation-related uses are dominant in non-U.S. markets. |
| Non-U.S. Demand for U.S. Crude Oil Exports | 0.11 | Assumed to be same as value for U.S. transportation sector, under the assumption that transportation-related uses are dominant in non-U.S. markets. |
| Non-U.S. Demand for non-U.S. Oil | 0.11 | Assumed to be same as value for U.S. transportation sector, under the assumption that transportation-related uses are dominant in non-U.S. markets. |
| **Natural Gas** | | |
| Residential | 0.10 | Adjustment rate based on low end of residential gas boiler lifespan range (10 years) presented in U.S. DOE (2007).  The low end of the lifespan range from this document was chosen to allow for the possibility of early boiler replacement in response to changes in energy prices. |
| Commercial | 0.05 | Value reflects 20-year service life of gas-fired commercial boilers obtained from U.S. DOE EIA (2009). |

13

BLM_0055300

**Table 2. Adjustment Rates for Energy Demand**

| SECTOR | ADJUSTMENT RATE | SUPPORTING LIFESPAN INFORMATION |
|---|---|---|
| Industrial | 0.04 | Adjustment rate reflects the low end of the 25 to 40 year life of industrial gas-fired boilers as reported in International Energy Agency (2010). The low end of the lifespan range from this document was chosen to allow for maximum energy substitution. |
| Transport | 0.08 | Value based on 12-year lifespan for gas powered buses obtained from U.S. Department of Transportation, Federal Transit Administration (2007). |
| Exports | 0.04 | Assumed same as industrial value. |
| **Electricity** | | |
| Residential | 0.10 | Based on expert input of Dr. Stephen Brown (2011). |
| Commercial | 0.10 | Based on expert input of Dr. Stephen Brown (2011). |
| Industrial | 0.20 | Based on expert input of Dr. Stephen Brown (2011). |
| Transport | 0.10 | Assumed value. |
| Other | 0.10 | Assumed value. |
| **Coal** | | |
| Industrial | 0.04 | Adjustment rate reflects the low end of the 25 to 40 year life of industrial coal-fired boilers as reported in International Energy Agency (2010). The low end of the lifespan range from this document was chosen to allow for maximum energy substitution. |
| Exports | 0.04 | Assumed same as industrial value. |
| Other | 0.04 | Assumed same as industrial value. |

14

**Table 3.  Adjustment Rates for Energy Supply**

| SECTOR | ADJUSTMENT RATE | SUPPORTING LIFESPAN INFORMATION |
|---|---|---|
| **Oil** | | |
| Lower 48 Onshore | 0.15 | Based on expert input of Dr. Stephen Brown (2011). |
| Lower 48 Offshore | 0.15 | Based on expert input of Dr. Stephen Brown, UNLV (2011). |
| Alaska Onshore | 0.15 | Based on expert input of Dr. Stephen Brown, UNLV (2011). |
| Alaska Offshore | 0.15 | Based on expert input of Dr. Stephen Brown, UNLV (2011). |
| Other | 0.15 | Based on expert input of Dr. Stephen Brown, UNLV (2011). |
| Biodiesel | 0.15 | Based on expert input of Dr. Stephen Brown, UNLV (2011). |
| Rest of World | 0.15 | Based on expert input of Dr. Stephen Brown, UNLV (2011). |
| Pipeline Imports | 0.15 | Assumed to be same as other oil categories. |
| **Natural Gas** | | |
| Lower 48 Conventional | 0.15 | Adjustment rate based on lifespan of 5 to 10 years for conventional gas production as reported by Encana in U.S. Department of Interior, National Park Service (2008). |
| Lower 48 Unconventional | 0.30 | Based on expert input of Dr. Stephen Brown, UNLV (2011). |
| Lower 48 Offshore | 0.15 | Assumed to be same as Lower 48 Conventional. |
| Alaska Onshore | 0.15 | Assumed to be same as Lower 48 Conventional. |
| Alaska Offshore | 0.15 | Assumed to be same as Lower 48 Conventional. |
| Other | 0.15 | Assumed to be same as Lower 48 Conventional. |
| Imports - Pipeline | 0.15 | Assumed to be same as Lower 48 Conventional. |
| Imports – Liquefied Natural Gas (LNG) | 0.15 | Assumed to be same as Lower 48 Conventional. |
| **Electricity** | | |
| Oil | 0.03 | Adjustment rate based on an assumed 30-year lifespan for oil-fired electricity generation units, consistent with the values below for natural gas and coal units. |
| Natural Gas | 0.03 | Adjustment rate reflects 30-year gas-fired power plant life, as reported in U.S. DOE, National Energy Technology Laboratory (2007). |

15

BLM_0055302

**Table 3. Adjustment Rates for Energy Supply**

| SECTOR | ADJUSTMENT RATE | SUPPORTING LIFESPAN INFORMATION |
|---|---|---|
| Coal | 0.03 | Adjustment rate reflects 30-year coal-fired power plant life, as reported in U.S. DOE, National Energy Technology Laboratory (2007). |
| Nuclear | 0.02 | Based on 60-year nuclear power plant life, as reported in U.S. DOE EIA (2010). |
| Hydro | 0.01 | Value reflects assumed 75-year lifespan of hydroelectric facilities, based on the 50 to 100 year range presented in US Geologic Survey (2010). |
| Wind (Offshore) | 0.05 | Value assumes 20-year lifespan for wind power units, based on American Wind Energy Association (undated). |
| Wind (Onshore) | 0.05 | |
| Solar | 0.04 | Adjustment rate reflects an effective 25-year lifespan for solar systems. This reflects the 30-year operational life of crystalline modules, adjusted for the approximate 20 percent output degradation over a module's lifetime. Lifespan and output degradation estimates from Dankoff and Schwartz (2007). |
| Other Electric | 0.031 | Adjustment rate is the average of the values for electricity produced from oil, natural gas, coal, nuclear energy, hydro, solar, and wind. |
| Imports | 0.026 | Adjustment rate is the average of the values for electricity produced from oil, natural gas, coal, nuclear energy, and hydro. Solar and wind were not included in the calculation under the assumption that little solar or wind energy is imported into the United States. |
| **Coal** | | |
| Domestic | 0.10 | Based on expert input of Dr. Stephen Brown, UNLV (2011). |
| Imports | 0.10 | Based on expert input of Dr. Stephen Brown, UNLV (2011). |

16

BLM_0055303

## 11.2.1 Demand Elasticities

To capture the complex interactions between different segments of U.S. energy markets, MarketSim requires own-price and cross-price demand elasticities for every energy source included in the model. For each major energy consuming sector (e.g., the residential sector), BOEM strove to use own-price and cross-price demand elasticities from the same empirical study to ensure that a sector's simulated responses to energy price changes were based on price sensitivities derived from the same methods and data. The selection of demand elasticities also considered the quality of the estimates produced by each study. BOEM's assessment of quality for individual elasticity estimates considered, among other factors, (1) whether they are statistically significant, (2) methods by which they were derived, and (3) the richness of the data supporting each estimate (e.g., whether they are based on a multi-year panel or reflect energy market data for a single year).

Based on these criteria, MarketSim relies heavily on own-price and cross-price demand elasticities from Serletis *et al.* (2010) for the residential and commercial sectors and Jones (2014) for the industrial sector. Serletis *et al.* (2010) investigate inter-fuel substitution possibilities for energy demand across four fuels (i.e., oil, gas, electricity, and coal) using EIA data for the 1960–2007 period. Based on these data, Serletis *et al.* estimated own-price and cross-price elasticities for the commercial, residential, and industrial sectors, using a flexible translog functional form. Across most sectors, Serletis *et al.* produced statistically significant elasticity values of the expected sign.

Jones (2014) focuses on inter-fuel substitution in the industrial sector, using EIA data for the 1960–2011 period for the same fuels included in Serletis *et al.* (2010) plus biomass. Jones specifies a dynamic linear logit model to estimate own-price and cross-price elasticities, and within this framework, estimates both short-run and long-run elasticities. In addition, to assess the role of biomass in industrial sector inter-fuel substitution, Jones develops two sets of models, one including the four fuels traditionally included in industrial sector energy models (i.e., natural gas, oil, coal, and electricity) and another that includes these energy sources plus biomass. Jones finds that the addition of biomass reduces both the own-price and cross-price elasticities of demand for the four traditionally modeled fuels. The effect is most significant for those values associated with electricity. In both models, the four traditional fuels are found to be substitutes with each other with the exception of electricity and oil; the cross-price elasticities for these energy sources are not statistically significant.

Table 4 presents the default own-price and cross-price demand elasticities included in MarketSim for the residential, commercial, industrial, and transport sectors. The table also shows the default elasticity values for miscellaneous demand sectors included in MarketSim (e.g., natural gas demand in U.S. export markets). As indicated in the table, MarketSim uses results from Serletis *et al.* (2010) as defaults for the commercial and residential sectors, except for the elasticity of demand for natural gas with respect to the price of oil and the elasticity of demand for oil with respect to the price of natural gas. The estimates for these cross-price elasticities in Serletis *et al.* were of the unexpected sign (negative) and were not statistically significant. Therefore, in lieu of Serletis *et al.*, MarketSim uses results from Newell and Pizer (2008) for these values, for both the commercial and residential sectors. Newell and Pizer (2008) estimate these cross-price relationships for the commercial sector only. While MarketSim would ideally use default values specific to the residential sector, alternative values for these cross-price elasticities were not readily available for the residential sector. Given the similarities between the commercial and residential sectors, MarketSim uses these two cross-price demand elasticities from Newell and Pizer (2008) as a reasonable approximation of the corresponding residential sector values.

17

**Table 4.  MarketSim Default Demand Elasticities**

| | ELASTICITY WITH RESPECT TO CHANGE IN OIL PRICE | ELASTICITY WITH RESPECT TO CHANGE IN GAS PRICE | ELASTICITY WITH RESPECT TO CHANGE IN ELECTRICITY PRICE | ELASTICITY WITH RESEPCT TO CHANGE IN COAL PRICE |
|---|---|---|---|---|
| *Commercial Sector[1]* | | | | |
| Oil | -0.939 | 0.2 | 1.08 | - |
| Natural Gas | 0.07 | -0.296 | 0.419 | - |
| Electric | 0.092 | 0.041 | -0.134 | - |
| Coal | - | - | - | - |
| *Residential Sector[1]* | | | | |
| Oil | -1.002 | 0.2 | 1.151 | - |
| Natural Gas | 0.07 | -0.313 | 0.507 | - |
| Electric | 0.214 | 0.072 | -0.287 | - |
| Coal | - | - | - | - |
| *Industrial Sector[2]* | | | | |
| Oil | -0.264 | 0.249 | 0.01 | 0.090 |
| Natural Gas | 0.172 | -0.468 | 0.178 | 0.050 |
| Electric | 0.009 | 0.118 | -0.125 | 0.061 |
| Coal | 0.440 | 0.351 | 0.652 | -1.468 |
| *Miscellaneous Demand Categories* | | | | |
| Oil – Transport Sector[3] | -0.300 | - | - | - |
| Oil – Rest of World Demand for U.S. Crude[4] | -0.45 | - | - | - |
| Oil – Rest of World Demand for U.S. Refined Products[4] | -0.45 | | | |
| Oil – Rest of World Demand for non-U.S. oil[4] | -0.45 | | | |
| Natural Gas – Transport[7] | - | -1.00 | - | - |
| Natural Gas – U.S. Export Markets[4] | - | -0.89 | - | - |
| Electricity – Transport[7] | - | - | -1.00 | - |
| Electricity – "Other"[5] | - | - | -0.18 | - |
| Coal – Other[6] | - | - | - | -1.468 |
| Coal – U.S. Export Markets[7] | - | - | - | -1.00 |

Notes:
1. Commercial and residential sector values are from Serletis *et al.* (2010), except for the cross-price elasticity for gas in response to oil prices and the cross-price elasticity of oil in response to gas prices. For these latter two values, MarketSim uses demand elasticities from Newell and Pizer (2008).
2. For the industrial sector, MarketSim uses demand elasticities from Jones (2014), except for the cross-price elasticity of electricity in response to oil prices and the cross-price elasticity of oil in response to electricity prices. For these values, MarketSim uses demand elasticities from Serletis *et al.* (2010).
3. Dahl (2012)
4. Dahl (2010)
5. Assumed to be average of own-price elasticity values for industrial, commercial, and residential sectors.
6. Industrial sector value from Jones (2014).
7. Assumed to be -1.00.

18

For the industrial sector, MarketSim relies almost exclusively on demand elasticities from Jones (2014) as defaults. Although Serletis *et al.* (2010) estimate elasticity values for the industrial sector, the values in Jones (2014) are based on fuel consumption data that exclude fuel use for purposes other than energy (e.g., petroleum products used as lubricants). As described above, Jones (2014) estimates long-run demand elasticities with two specifications, one including biomass as a substitute and another excluding biomass. Based on the statistical significance of the elasticities with biomass included, MarketSim uses the elasticities from the specification that includes biomass. The two exceptions to this are the cross-price elasticity of demand for oil with respect to the price of electricity and the cross-price elasticity of electricity in response to oil prices, as Jones' estimates for these values are not statistically significant. For these values, MarketSim uses estimates from Serletis *et al.* (2010).

Table 4 also shows MarketSim's default own-price demand elasticities for the transport sector and various miscellaneous demand categories. For these categories, MarketSim relies upon elasticity values from multiple sources. For oil demand in the transportation sector, MarketSim uses a U.S.-specific elasticity value obtained from Dahl's (2012) review of price elasticities estimated for more than 100 countries. This value represents the average of the elasticity values identified in the empirical literature. For non-U.S. oil demand and U.S. natural gas exports, MarketSim uses estimates from Dahl's prior (2010) review of the elasticity literature as defaults.

Two categories for which appropriate demand elasticity values were not identified in the literature are miscellaneous coal demand and demand for U.S. coal exports. MarketSim uses the same industrial sector value obtained from Jones (2014) for the former and assumes a value of -1.00 for the latter.

## 11.2.2 Supply Elasticities

MarketSim includes default supply elasticities, summarized in Table 5, for every production category modeled for a given fuel (e.g, onshore oil production in the lower 48 states). Consistent with the demand elasticities summarized above, several of MarketSim's supply elasticities were obtained from the economic literature. In particular, many of these values are from Brown (1998), which includes representative long-run supply elasticities obtained from the literature for petroleum-based oil and coal. Brown (1998) includes a single supply elasticity for each of these fuels but does not report values specific to individual regions (i.e., Alaska versus the lower 48 states) or production methods. Supply elasticities that reflect these geographic and technological differences were not readily available from other studies in the empirical literature. In the absence of such data, MarketSim uses the supply elasticies from Brown (1998) for most domestic production sources of petroleum-based oil and all domestically sourced coal. For oil production in Alaska, MarketSim uses supply elasticities derived from specialized simulations of NEMS, as described in detail below.

19

BLM_0055306

**Table 5. MarketSim Default Supply Elasticities**

| FUEL | SOURCE | SUPPLY ELASTICITY |
|---|---|---|
| **Oil** | Lower 48 Onshore[1] | 0.51 |
| | Lower 48 Offshore[1] | 0.51 |
| | Alaska Onshore[3] | 2.85 |
| | Alaska Offshore[3] | 2.20 |
| | Other[1] | 0.51 |
| | Biodiesel[2] | 0.24 |
| | Rest of World[7] | 0.40 |
| | Canadian Pipeline Imports[6] | 1.00 |
| **Natural Gas** | Lower 48 Conventional[4] | 0.29 |
| | Lower 48 Unconventional[5] | 1.60 |
| | Lower 48 Offshore[4] | 0.29 |
| | Alaska Onshore[3] | 1.35 |
| | Alaska Offshore[3] | 1.35 |
| | Other[1] | 0.51 |
| | Pipeline Imports[3] | 0.52 |
| | LNG Tanker Imports[6] | 1.00 |
| **Electricity** | Oil[3] | 0.46 |
| | Natural Gas[6] | 1.00 |
| | Coal[3] | 1.07 |
| | Nuclear[6] | 1.00 |
| | Other Electric[6] | 1.00 |
| | Hydro[3] | 0.13 |
| | Wind Onshore[6] | 1.00 |
| | Wind Offshore[6] | 1.00 |
| | Solar[8] | 1.24 |
| | Imports[3] | 0.06 |
| **Coal** | Domestic[1] | 1.86 |
| | Imports[6] | 1.00 |

Notes:
1. Brown (1998).
2. Luchansky and Monks (2009).
3. Derived from specialized NEMS runs provided to BOEM by EIA, July 2016.
4. Medlock (2012).
5. Medlock (2012) and EMF (2013).
6. Assumed value.
7. Brown et. al (2014).
8. Derived from *AEO 2014.*

For many sources of domestic gas production, MarketSim uses supply elasticities obtained from Medlock (2012). Medlock (2012) develops a basic international trade framework to assess the consequences of allowing U.S. LNG exports. As an initial step in developing this analysis, Medlock considers the shape of U.S. natural gas supply curves, noting that the U.S. supply elasticity has grown substantially larger since the emergence of shale gas. Using data from a separate study,[6] Medlock estimates that the elasticity of supply has risen by a factor of five from 0.29 pre-2000 to 1.52 in 2000 and thereafter. Assuming that the pre-2000 estimate is indicative of the elasticity for conventional production methods (i.e., before shale-

---

[6] See Medlock III et al. (2011).

20

based production became so prevalent), MarketSim uses the elasticity value of 0.29 for the lower 48 conventional and offshore production categories. For unconventional gas production, MarketSim applies a supply elasticity of 1.6, which is based on the value of 1.52 reported in Medlock (2012) and the range of values reported in Energy Modeling Forum (EMF) Report 26 (2013). The EMF report presents multiple elasticity values, by year, inferred by 12 separate energy models. For onshore and offshore production in Alaska, MarketSim uses elasticity values derived from specialized simulations of NEMS, as detailed below. For other gas production, MaretkSim applies the supply elasticity reported in Brown (1998).

Luchansky and Monks (2009) serves as the source for MarketSim's default supply elasticity for domestic biodiesel. This paper uses monthly data for 1997 through 2006 to estimate the market supply and demand for ethanol at the national level. Applying these data to four specifications of supply, Luchansky and Monks (2009) estimated supply elasticities ranging from 0.224 to 0.258. MarktSim uses the midpoint of this range (0.24) as the default supply elasticity for biodiesel.

Where appropriate economic research does not exist or could not be obtained for a specific supply elasticity value, projections from the constrained NEMS runs of the *AEO 2016* low-world price, high-world price, and reference cases were used to infer these values.[7] Elasticity estimates may be inferred from the *AEO* projection for a given year by comparing the differences in energy prices between two scenarios with the differences in energy quantities. For a given energy source and fuel, an annual inferred elasticity value was calculated three times: (1) based on the low oil price case vs. the high oil price case, (2) the low price case vs. the reference case, and (3) the reference case vs. the high price case, for all *AEO 2016* projection years from 2017 through 2040. The formula for this annual inferred elasticity is as follows.

$$\eta_t = \frac{\ln\left(\frac{Q_{A,t}}{Q_{B,t}}\right)}{\ln\left(\frac{P_{A,t}}{P_{B,t}}\right)}$$

Where $\eta_t$ is the inferred elasticity in year $t$, $Q_{A,t}$ and $Q_{B,t}$ represent the quantities supplied in year $t$ for cases $A$ and $B$ respectively (each case is compared with both of the other cases), and $P_{A,t}$ and $P_{B,t}$ are the prices at time $t$ for cases $A$ and $B$. The resulting series of inferred elasticities are averaged, excluding extreme outlier results derived from the *AEO* data.[8]

For a limited number of producing sectors, elasticity values were unavailable from the literature and the data generated by the constrained NEMS run or recent editions of the AEO yielded elasticity values that appeared unrealistically high or were insufficient to support estimation of a supply elasticity. In such cases, MarketSim uses a default supply elasticity of 1.0.

---

[7] In some cases, the supply elasticities were derived from *AEO 2014* rather than *AEO 2016* when results from the 2016 data resulted in unrealistic elasticity values.
[8] More specifically, elasticities were estimated based on differentials between the low-price case and reference case, the reference case and the high-price case, and the low-price case and the high-price case. They then were averaged across these three variants and across years.

21

BLM_0055308

## 12.   Consumer Surplus in MarketSim

To assess changes in the welfare of U.S. consumers[9] under a given E&D scenario, MarketSim estimates the change in consumer surplus for each of the end-use energy markets included in the model (e.g., residential sector gas, industrial sector oil, etc.). For a given energy source, these changes in consumer surplus reflect changes in both price and quantity relative to baseline conditions. Under the model structure outlined above, price and quantity may change due to shifts in supply functions driven by the E&D scenario itself or from shifts in demand functions associated with cross-price effects. In addition, changes in quantity and price for a given year (relative to the baseline) reflect the assumption in MarketSim that the amount of energy consumed and produced in a given year depends partially on the quantity consumed and produced in the prior year.

MarketSim's estimation of the change in consumer surplus focuses on welfare changes associated with the consumption of energy within the United States. Although the model accounts for international trade in oil, natural gas, electricity, and coal, it distinguishes between U.S. and non-U.S. consumers of each energy source. This is consistent with the structure of the baseline energy demand projections from EIA that serve as the foundation of MarketSim. These projections reflect U.S. consumption within the residential, commercial, industrial, and transportation sectors. MarketSim's assessment of changes in consumer surplus is limited to these specific demand sectors. None of the model's consumer surplus calculations consider changes in consumption in non-U.S. markets.

## 12.1 Primary Versus Secondary Markets

With four types of energy included in the model (oil, natural gas, electricity, and coal), MarketSim's calculation of the market equilibrium associated with new OCS oil and gas production accounts for spillover effects to other segments of U.S. energy markets. For example, increased OCS oil production would likely reduce oil prices and lead to a reduction in coal demand due to cross-price effects. Changes in this and other indirectly affected markets may also have feedback effects on oil and natural gas markets. Estimating changes in consumer surplus associated with a given E&D scenario therefore requires careful consideration of surplus changes across multiple markets.

To estimate changes in consumer surplus within the model's multi-market structure, MarketSim draws on the approach outlined in Boardman *et al.* (1996).[10] Recognizing that government interventions in one market (i.e., the primary market) may have spillover effects on other markets (i.e., secondary markets), Boardman *et al.* (1996) present a systematic approach for appropriately estimating welfare changes in general equilibrium. Putting the Boardman *et al.* approach in the context of OCS oil and gas production, BOEM's Five-Year Program leads to an outward shift in the supply function within one or more primary markets such as oil and/or natural gas. This shift leads to a price reduction in the primary market, as shown by the change from $P_{P0}$ to $P_{P1}$ in Figure 1. Due to cross-price effects, this reduction in price in the primary market causes the demand function for substitutes to shift inward, as shown in Figure 2, reducing the quantity of substitutes demanded from $Q_{S0}$ to $Q_{S1}$. As explained in Boardman *et al.* (1996), this

---

[9] MarketSim was designed to estimate changes in consumer surplus for U.S. consumers only. The model results do not include changes in consumer surplus for foreign consumers.

[10] This approach is highlighted in Boardman et al. (1996), Gramlich (1998), Mohring (1993), Thurman (1991), and Thurman and Wohlgenant (1989).

BLM_0055309

reduction in quantity demanded for substitutes does not lead to a change in consumer surplus that is not already reflected in the primary market surplus change (described below), because the location of the demand curve within the primary market reflects the existence of substitutes. Due to the budget constraint faced by consumers, willingness to pay at a given quantity along the primary market demand function reflects the incremental utility derived from consuming more in the primary market, net of the utility lost from reducing consumption in the secondary market. Thus, changes in consumer welfare associated with changes in quantity in the primary market reflect not only the quantity changes in the primary market but also the corresponding quantity changes in secondary markets. Put differently, the demand function in the primary market is located further to the left than it would be in the absence of substitutes. Without substitutes, the quantity demanded by consumers in the primary market would be higher at each price point.

The shift in demand in the secondary market also leads to a reduction in price within that market, from $P_{S0}$ to $P_{S1}$ in Figure 2. As described in Boardman *et al.* (1996), this reduction in price leads to an increase in consumer surplus represented by area $P_{S0}deP_{S1}$ in Figure 2. This surplus change is not reflected in the primary market. Within MarketSim, this area is estimated as two components. For the rectangle $P_{S0}dfP_{S1}$, this portion of consumer surplus is simply $\Delta P \times Q^*$. To calculate the area of *def*, MarketSim calculates the definite integral of $D_{S1}$ over the range $[Q^*, Q_{S1}]$ and subtracts the area of the rectangle $Q^*feQ_{S1}$.



**Figure 1.  Primary Market Consumer Surplus Change**

23

BLM_0055310

Boardman *et al.* (1996) suggest a different approach for estimating consumer surplus changes within the primary market. Returning to the context of BOEM's Five-Year Program, the program itself causes a shift in supply, which, as described above, causes a reduction in price for substitutes (see Figure 2). As the price of substitutes decreases, demand within the primary market declines, as represented by the inward shift in demand in Figure 1. Equilibrium in the primary market therefore changes from point *a* in the baseline to point *b* following implementation of the Five-Year Program. Boardman *et al.* (1996) suggest that the associated change in consumer surplus should be estimated along the equilibrium demand curve represented by the line D* connecting points *a* and *b* in Figure 1. Unlike $D_{P0}$ and $D_{P1}$, which hold the prices of all other goods constant, the equilibrium demand curve shows demand once prices in other markets have fully adjusted to the change in the primary market. Using the equilibrium demand curve, the change in the primary market's consumer surplus includes two components. First, the price effect on the baseline quantity is represented by rectangle $P_{P0}acP_{P1}$, calculated as $\Delta P \times Q_{P0}$. Second, the additional consumer surplus associated with the increase in quantity is calculated as triangle *abc*, calculated as $0.5(\Delta Q \times \Delta P)$. In total, the change in consumer surplus for this primary market is the trapezoid $P_{P0}abP_{P1}$.



**Figure 2.   Secondary  Market  Consumer  Surplus  Change  (reduced**

24

To estimate the changes in consumer surplus associated with BOEM's Five-Year Program, MarketSim applies the approach from Boardman *et al.* (1996) outlined in Figures 1 and 2. One complicating factor in the application of this approach is that oil and natural gas may be both primary and secondary markets. That is, OCS production of oil may affect natural gas markets and OCS natural gas production may affect oil markets. Similarly, because electricity may be produced with OCS natural gas and, to a much lesser extent OCS oil, the electricity market may be both a primary and secondary market.[11] A key distinction between primary and secondary markets in Boardman *et al.* (1996), however, is that primary markets see an increase in the equilibrium quantity demanded while secondary markets experience a reduction in quantity.[12] For the purposes of estimating the change in consumer surplus, MarketSim therefore treats oil, natural gas, or electricity as primary markets if the quantity demanded under the E&D scenario increases relative to the baseline. For example, if the equilibrium quantity of oil in the 2020 transportation market is higher in the E&D scenario than the baseline EIA NEMS projection quantity, the 2020 oil transportation market will be treated as a primary market and its change in consumer surplus will be calculated based on the approach shown in Figure 1. Conversely, if the quantity of oil, natural gas, or electricity demanded decreases from the baseline to the E&D scenario, MarketSim calculates the consumer surplus change based on the secondary market approach.[13]

This rule does not apply to coal which always is treated as a secondary market in MarketSim. Because E&D oil and natural gas production effects on coal markets are only indirect, coal is never considered a primary market for the purposes of MarketSim's consumer surplus change calculations.

## 12.2 Effects of Persisting Quantity on Consumer Surplus

MarketSim's supply and demand equations include lagged or persisting quantities such that the minimum quantity of fuel demanded or supplied in any given year is a certain percentage of the quantity demanded or supplied, respectively, during the previous year. In cases of large quantities added or removed from the E&D scenario production schedule year-on-year, the lagged structure of the model may result in short-term swings in price in certain markets as the model responds to these changes in OCS production. This sometimes leads to counterintuitive results within the model. For example, in some years, particularly those following a sharp reduction in production associated with the OCS program, the quantity demanded may decline relative to the baseline while price increases. As shown above in Figure 2, however, reductions in demand in secondary markets typically are accompanied by reductions in price instead of an increase—the inward shift in demand reduces both quantity and price.

To estimate the consumer surplus change in secondary markets under these conditions of declining quantity with increasing price, we follow the approach shown in Figure 3. Similar to the situation depicted in Figure 2 where price declines, the approach shown in Figure 3 limits estimation of the change in consumer surplus to effects associated with the change in price projected by MarketSim for the portion

---

[11] To avoid double counting consumer surplus changes associated with oil and natural gas used for electricity production, MarketSim's estimation of the consumer surplus changes for oil and natural gas does not include oil and gas used for electricity generation. Changes in consumer surplus associated with oil and natural gas used for this purpose are reflected in the model's consumer surplus calculations for electricity consumers.
[12] The opposite would be true for policies that reduce supply.
[13] MarketSim may treat a given market as a primary market one year and as a secondary market in other years. For any given year, MarketSim determines primary/secondary market status based on the change in quantity demanded relative to the baseline.

25

BLM_0055312

of the quantity demanded that remains unchanged relative to the baseline, as represented by rectangle $P_{S1}ghP_{S0}$ in Figure 3. Surplus changes associated with the reduction in quantity are reflected in the estimated surplus change in primary markets.[14]

The lagged quantities in MarketSim's demand equations also may lead to situations where consumer surplus decreases following sharp reductions in E&D production after the E&D peak. For example, as E&D production peaks, the quantity of energy demanded increases in response to lower energy prices. After the E&D production peak, however, the subsequent reduction in energy consumption for any given year is limited by the lagged quantities in MarketSim's demand equations and cannot drop below a certain threshold defined by $(1-\gamma)Q_{t-1}$. To meet this demand following the sharp reductions in E&D production, supply must increase from other sources, but an increase in price is necessary to achieve such an increase. Thus, price and the quantity demanded may both increase relative to the baseline, leading to a reduction in consumer surplus. These reactions to sudden increases and decreases can be minimized by smoothing E&D production schedules over time, or by setting all of the adjustment rates ($\gamma$ values) to 1 in the model.



**Figure 3. Secondary Market Consumer Surplus Change (reduced quantity, increase in price)**

---

[14] In primary markets with increasing quantity, increased prices imply a consumer surplus loss. MarketSim estimates such losses using the general approach outlined in Figure 1, but estimates a reduction in consumer surplus for the baseline quantity ($Q_{P0}$) and over the increase in quantity ($Q_{P1}-Q_{P0}$).

26

BLM_0055313

## 12.3 Exclusion of Domestic Producer Surplus Losses

Following the approach described above, MarketSim estimates the full change in consumer surplus associated with a given E&D scenario. This includes transfers in surplus from (or to) energy producers resulting from changes in energy prices. For example, if the price of energy declines as shown above in Figure 1, the portion of the consumer surplus impact represented by rectangle $P_{P0}acP_{P1}$ in Figure 1 is a transfer of surplus from producers to consumers. To the extent that consumer surplus gains such as those represented by rectangle $P_{P0}acP_{P1}$ are a transfer from *U.S.* producers, they do not represent a welfare gain for the U.S., as the gain to U.S. consumers is offset by the loss to U.S. producers. In contrast, transfers from non-U.S. producers to U.S. consumers do represent an increase in U.S. welfare.

To enable model users to estimate changes in U.S. consumer surplus net of transfers from U.S. producers, MarketSim generates an alternative set of consumer surplus estimates that exclude welfare transfers from (or to) U.S. energy producers. To generate these estimates, MarketSim multiplies the portion of the consumer surplus impact that represents a transfer from (or to) producers by the fraction of demand met by non-U.S. sources. In situations where a given energy source is treated as a primary market, the transfer portion of the consumer surplus impact is rectangle $P_{P0}acP_{P1}$ in Figure 1. When MarketSim treats an energy source as a secondary market, the entire change in consumer surplus represents a transfer.

Following this approach, an important step in evaluating consumer surplus net of transfers from domestic producers is estimating the fraction of demand met by non-U.S. sources. Because the specification of supply and demand differs somewhat across oil, gas, electricity, and coal markets in MarketSim (e.g., oil is modeled as a global market, whereas natural gas is modeled for the U.S. market with imports and exports), our approach for estimating the fraction of U.S. demand met by non-U.S. sources varies by energy source, as detailed below.

### 12.3.1 Oil

MarketSim models the world oil market but distinguishes between supply and demand in the U.S. and in other countries. Based on this information, we estimate the fraction of U.S. oil demand met by non-U.S. sources as follows:

$$L_f = \frac{(D_{L,W} - D_{L,ROW}) - (S_{L,W} - S_{L,ROW})}{(D_{L,W} - D_{L,ROW})}$$

Where  $L_f$ = fraction of U.S. oil demand met by non-U.S. sources of supply,
$D_{L,W}$ = global oil demand,
$D_{L,ROW}$ = non-U.S. oil demand,
$S_{L,W}$ = global oil supply, and
$S_{L,ROW}$ = non-U.S. oil supply.

The numerator of this formula represents oil consumed in the U.S. but produced in other countries, estimated as the difference between U.S. demand and U.S. production. The denominator represents U.S. oil demand.

### 12.3.2 Natural Gas

For natural gas, MarketSim simulates the U.S. market (rather than the global market) but estimates U.S. imports and exports of natural gas. Based on this specification of the market, we estimate the percentage of U.S. natural gas demand met by non-U.S. sources as follows:

27

BLM_0055314

$$G_f = \frac{S_{G,I}}{\left(D_{G,T} - D_{G,X}\right)}$$

Where $G_f$ = fraction of U.S. natural gas demand met by non-U.S. sources of supply,
$S_{G,I}$ = U.S. natural gas imports,
$D_{G,T}$ = Total U.S. natural gas demand, including demand for U.S. natural gas exports, and
$D_{G,X}$ = Demand for U.S. natural gas exports.

## 12.3.3 Electricity

MarketSim models the U.S. electricity market at the national level and includes net imports in its specification of electricity supply. We therefore estimate the share of U.S. demand satisfied by non-U.S. generation as follows:

$$E_f = \frac{S_{E,NI}}{D_{E,T}}$$

Where $E_f$ = fraction of U.S. electricity demand met by non-U.S. sources of supply,
$S_{E,NI}$ = U.S. net imports of electricity, and
$D_{E,T}$ = total U.S. demand for electricity (including net imports).[15]

## 12.3.4 Coal

Similar to its treatment of natural gas markets, MarketSim simulates coal as a national market and estimates imports and exports separately (rather than estimating net imports). Based on this model structure, we estimate the percentage of U.S. coal demand met by non-U.S. producers as follows:

$$C_f = \frac{S_{C,I}}{\left(D_{C,T} - D_{C,X}\right)}$$

Where $C_f$ = fraction of U.S. coal demand met by non-U.S. sources of supply,
$S_{C,I}$ = U.S. coal imports,
$D_{C,T}$ = Total U.S. coal demand, including demand for U.S. exports, and
$D_{C,X}$ = Demand for U.S. coal exports.

---

[15] Given the structure of MarketSim, the total U.S. demand for electricity is equal to the U.S. electricity supply (including net imports). Thus, the formula for $E_f$ could be re-written with the U.S. supply of electricity in the denominator.

28

BLM_0055315

# References

American Wind Energy Association. Wind turbine operations & maintenance. http://awea.org/learnabout/publications/upload/O-M-PPR_1-pager-3.pdf.

Boardman AE, Greenberg DH, Vining AR, Weimer D. 1996. Cost-benefit analysis concepts and practice. Upper Saddle River (NJ): Prentice Hall.

Brown SPA. 1998. Global warming policy: some economic implications. Federal Reserve Bank of Dallas Economic Review. Fourth Quarter 1998.

Brown SPA, Mason C, Krupnick A , Mares J. 2014. Crude behavior: how lifting the export ban reduces gas prices in the United States. Resources for the Future Issue Brief 14-03. http://www.rff.org/RFF/Documents/RFF-IB-14-03-REV.pdf

Bureau of Transportation Statistics. 2008. National transportation statistics 2008. US Department of Transportation, Bureau of Transportation Statistics.

Dahl CA. 2010. Review and critique of elasticities used in the world energy projections plus model. US Department of Energy, Energy Information Administration. Office of Integrated Forecasting and Analysis.

Dahl CA. 2012. Measuring global gasoline and diesel price and income elasticities. Energy Policy. 41: 2–13.

Dankoff W, Schwartz J. 2007. Ask the experts: PV longevity & degradation. Home Power Magazine. April/May 2007. http://homepower.com/article/?file=HP118_pg12_AskTheExperts_1.

[DOE] US Department of Energy. 2007. Final Rule: Furnaces and Boilers Technical Support Document.

[EIA] Energy Information Administration. 2009. The National Energy Modeling System: an overview. The commercial demand module. US Department of Energy, Energy Information Administration. http://www.eia.gov/oiaf/aeo/overview/commercial.html#equip.

EIA. 2010. Annual energy outlook 2010.

EIA. 2011. Annual energy outlook 2011.

EIA. 2014. Annual energy review 2014.

EIA. 2015a. Company level imports. https://www.eia.gov/petroleum/imports/companylevel/archive/.

EIA. 2015b. US crude oil projections to 2025: updated projections of crude types.

Gramlich EM. 1998. A guide to benefit-cost analysis, second edition. Prospect Heights (IL): Waveland Press, Inc.

Gruenspecht H. 2009. Alternate scenarios of energy markets under various offshore crude oil and natural gas resource assumptions. Letter to Walter D. Cruickshank, Acting Director. Mineral Management Service, 4 June.

[IEA] International Energy Agency. 2010. Technology brief 101: industrial combustion boilers. http://www.iea-etsap.org/web/E-TechDS/PDF/I01-ind_boilers-GS-AD-gct1.pdf.

29

Industrial Economics, Inc., Applied Sciences Associates, Inc., Northern Economics, Muller NZ, SC&A, Inc. 2015. Forecasting environmental and social externalities associated with Outer Continental Shelf (OCS) oil and gas development. Volume 1: The 2015 revised Offshore Environmental Cost Model (OECM). US Department of the Interior, Bureau of Ocean Energy Management. OCS Study BOEM 2015-052.

Jones CT. 2014. The role of biomass in US industrial interfuel substitution. Energy Policy. 69:122-126.

Luchansky MS, Monks J. 2009. Supply and demand elasticities in the US ethanol fuel market. Energy Economics. 31(3):403-410.

Medlock III KB. 2012. US LNG exports: truth and consequence. James A. Baker III Institute for Public Policy, Rice University.

Medlock III KB, Jaffe AM, Hartley PR. 2011. Shale gas and US national security. Energy Forum, James A. Baker III Institute for Public Policy, Rice University.

Mohring H. 1993. Maximizing, measuring, and not double counting transportation-improvement benefits: a primer on closed-and open-economy cost-benefit analysis. Transportation Research Part B: Methodological. 27(6):413-424.

National Park Service. 2008. Potential development of the natural gas resources in the Marcellus shale New York, Pennsylvania, West Virginia, and Ohio. US Department of the Interior, National Park Service.

[NETL] National Energy Technology Laboratory. 2007. Cost and performance baseline for fossil energy plants: volume 1: bituminous coal and natural gas to electricity final report. US Department of Energy, National Energy Technology Laboratory.

Newell RG, Pizer WA. 2008. Carbon mitigation costs for the commercial building sector: Discrete–continuous choice analysis of multifuel energy demand. Resource and Energy Economics. 30(4):527-539.

Personal communication with Stephen P. A. Brown, University of Nevada at Las Vegas, July 2011.

Serletis A, Timilsina GR, Vasetsky O. 2010. Interfuel substitution in the United States. Energy Economics. 32(3):737-745.

Stanford University. 2013. Changing the game?: emissions and market implications of new natural gas supplies. Energy Modeling Forum Report 26.

Thurman WN. 1991. Applied general equilibrium welfare analysis. American Journal of Agricultural Economics. 73(5):1508-1516.

Thurman WN, Wohlgenant MK. 1989. Consistent estimation of general equilibrium welfare effects. American Journal of Agricultural Economics. 71(4):1041-1045.

US Department of Transportation, Federal Transit Administration. 2007. Transit bus life cycle cost and year 2007 emissions estimation. http://www.trb.org/Main/Blurbs/159061.aspx.

US Geologic Survey. 2010. Advantages of hydroelectric power production and usage.

BLM_0055317

# FLOWER MOUND WELL SITE IMPACT STUDY

### PREPARED FOR:
Kent Collins, P.E.
Assistant Town Manager
Town of Flower Mound
2121 Cross Timbers Rd.
Flower Mound, TX 75028

### REPORT FORMAT:
Summary Consultation Report

## INTEGRA REALTY RESOURCES - DFW
File Number: 116-2010-0511



INTEGRA Realty Resources

*LOCAL EXPERTISE...NATIONALLY*

BLM_0055318



8/17/2010

Kent Collins, P.E.
Assistant Town Manager
Town of Flower Mound
2121 Cross Timbers Rd.
Flower Mound, TX 75028

SUBJECT:     Well Site Impact Consultation
             Integra – DFW File Number 116-2010-0511

Dear Mr. Collins:

Integra Realty Resources – DFW is pleased to submit the accompanying consultation report concerning the impact of natural gas well sites. The purpose of this assignment is to develop an opinion of the general impact on improved residential properties in the Flower Mound area, as a result of their proximity to gas wells.

The consultation report is intended to conform with the Uniform Standards of Professional Appraisal Practice (USPAP), the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute, for real property consultation assignments.

To report the assignments results, we follow Standards Rule 5 of USPAP. Accordingly, this report contains summary discussions of the data, reasoning, and analyses that are used in the consulting process whereas supporting documentation is retained in our file. The depth of discussion contained in this report is specific to the needs of the client and the intended use of the report.

Our study results show that residential property in the Flower Mound market with price points over $250,000 and immediately adjacent to well sites can experience an impact from -3% to -14% in value based on the sales comparison method. Any influence on property values on a linear basis was found to dissipate at around 1,000 feet from the wellhead. Data from most well sites studied in this report outside Flower Mound suggests that there is little or no impact on residential property from proximity to well sites.

Sales comparison research indicated that a diminution in value due to proximity to natural gas sites occurs only for properties immediately adjacent to the site. Several sales where view of the well site was obstructed by buffers such as trees or other structures indicate that value is not measurably impacted, even when the property is in close proximity.

The range in property value decline found in price-distance relationships was observed to be about -1% to -9%. This methodology was less conclusive than the sales comparison method but still indicated the same general trends. Sites that resulted in negative impacts were in close proximity to houses and most were in the Flower Mound area. Impact on housing prices by price-distance method generally dissipated between 1,000 and 1,500 feet. The sales comparison method indicated the impact to dissipate at a closer proximity.

Statistical analysis resulted in no consistent and statistically significant diminution in value within the distances measured. This method illustrates how much variance in the data impacts the results. If there were a significant and sizeable diminution in value as a result of well proximity, the statistical analysis method likely would have revealed it.

*LOCAL EXPERTISE . . . NATIONALLY*

Park Central VII, 12750 Merit Drive, Suite 801 • Dallas, Texas 75251          930 West First Street, Suite 303 • Fort Worth, Texas 76102-2708
Phone: 972-960-1222 • 800-388-8162 • Fax: 972-960-2922                        Phone: 817-332-5522 • Fax: 817-336-1621
Email: dallas@irr.com                                                          Email: fortworth@irr.com

BLM_0055319



Please see the executive summary that follows for a summary of our findings and methodologies.

If you have any questions or comments, please contact the undersigned. Thank you for the opportunity to be of service.

Respectfully submitted,

**INTEGRA REALTY RESOURCES - DFW**

Daniel Wright, MAI
Certified General Real Estate Appraiser
Certificate # TX-1329321-G

Dalton Vann
General Real Estate Appraiser Trainee
Certificate # TX-1337867-Trainee

*LOCAL EXPERTISE . . . NATIONALLY*

Park Central VII, 12750 Merit Drive, Suite 801 • Dallas, Texas 75251
Phone: 972-960-1222 • 800-388-8162 • Fax: 972-960-2922
Email: dallas@irr.com

930 West First Street, Suite 303 • Fort Worth, Texas 76102-2708
Phone: 817-332-5522 • Fax: 817-336-1621
Email: fortworth@irr.com

BLM_0055320

FLOWER MOUND DRILL SITE STUDY

TABLE OF CONTENTS
GENERAL INFORMATION & SCOPE OF WORK.................................................................1
   IDENTIFICATION OF THE CLIENT ..................................................................................1
   INTENDED USERS AND INTENDED USE ..........................................................................1
   OBJECTIVE OF THE ASSIGNMENT ..................................................................................1
   INTRODUCTION ..............................................................................................................1
   MARKET AREA ANALYSIS .............................................................................................3
EXECUTIVE SUMMARY .......................................................................................................8
   PRICE-DISTANCE RELATIONSHIP ................................................................................ 9
   COMPARABLE SALES ANALYSIS ................................................................................ 10
   STATISTICAL ANALYSIS ............................................................................................. 11
SURVEY OF MARKET PARTICIPANTS...............................................................................13
PROJECT MAP ....................................................................................................................15
PRICE-DISTANCE RELATIONSHIP ....................................................................................16
   SUMMARY OF DISTANCE ARRAYS.............................................................................. 51
COMPARABLE SALES ANALYSIS.......................................................................................52
   COMPARABLE SALES SUMMARY ................................................................................ 80
STATISTICAL ANALYSIS ....................................................................................................85
   LINEAR REGRESSION RESULTS.................................................................................. 86
CONCLUSION .....................................................................................................................88
CERTIFICATION ................................................................................................................89
ASSUMPTIONS AND LIMITING CONDITIONS ..................................................................92
CORPORATE PROFILE ......................................................................................................94
DEFINITIONS ....................................................................................................................95

ADDENDA
   REGRESSION OUTPUT................................................................................................ 96
   AGGREGATES OF ALL OBSERVATIONS ..................................................................... 102



© 2010 by Integra Realty Resources

BLM_0055321

# GENERAL INFORMATION & SCOPE OF WORK

### IDENTIFICATION OF PROJECT AREA

The project area is identified as the Town of Flower Mound, for the purposes of this assignment. The purpose of this assignment is to determine what impact, if any, accrues to improved residential properties in the Town of Flower Mound as a result of their proximity to natural gas well sites. Therefore, the scope of this project includes possible well sites and their surrounding neighborhoods.

### IDENTIFICATION OF THE CLIENT

This consultation report is prepared for Kent Collins, P.E., Assistant Town Manager, The Town of Flower Mound, 2121 Cross Timbers Rd., Flower Mound, TX 75028.

### INTENDED USERS AND INTENDED USE

The intended users of this report include the client and its employees/agents. The intended use of this report is to assist the client in their determination of any impact on values of residential properties as a result of their proximity to natural gas facilities, particularly well sites. Others may receive a copy of this report due to legal requirements of disclosure, but the report is not intended for any other use or user.

This report is not intended to provide any indication of impact on land, whether residential or commercial, nor improved commercial properties. The findings contained in this report are limited only to the subject studied, which is improved residential property in the Flower Mound market. Misapplication of the results of this study applied to other property types may result in false conclusions.

### OBJECTIVE OF THE ASSIGNMENT

The objective of the assignment is to develop an opinion of the impact, if any, of the proximity of improved residential properties as a result of their proximity to natural gas well sites. This assignment and its conclusions apply only to the Town of Flower Mound, and any other areas as may be deemed comparable by the appraisers.

### WELL SITE VERSUS DRILL SITE DEFINITIONS

In this report, the terms "well site" and "drill site" may be used interchangeably, as is common in the marketplace. In reality, there is a notable difference between the two, namely that a "drill site" is a location where an active drilling rig has been assembled and drilling activities are in progress. A drill site has more activity than a well site and is noticeable by sound, vibration, and additional traffic. A "well site" consists of one or more wells that have been bored at the drill site but that no longer have drilling operations in progress. A typical well site has a visible well head and storage tanks. Drilling for one well can be completed in as little as 21 days and multiple wells can be bored from the same site. The active drilling stage is several months on average.

This study more accurately reflects the impacts of well sites on improved residential property but those sales that occurred nearest in time to the drill date of the well will reflect the impact of drilling operations on property values.

Some well sites are improved with compressors that vary greatly from site to site. Compressors essentially pressurize the gas to enable it to move through pipelines. Compressor sites typically do not stand alone but are located with wells on the same site. They are above-ground appurtenances that remain during the life of the well. Many municipalities regulate the placement of compressors and have requirements regarding noise emission, screening, etc. This study does not address specific effects of compressors on neighboring properties separate from well sites. Compressors are noted where present on well sites.

### INTRODUCTION

Denton County lies in the Barnett Shale rock formation that bears natural gas that is bound in various forms. Drilling in rural areas of Denton County has been ongoing for decades and most notably since the advent of new technology that has enabled horizontal drilling and fracturing of the rock formations bearing the natural gas. As this technology has progressed and as rural areas have become saturated with well sites, many gas companies seek to take advantage of the gas deposits in more urban areas, including Flower Mound.

Many natural gas wells have been permitted in the Flower Mound area. However, as a result of the drop in natural gas prices, many of these wells have not yet been drilled. What wells have been drilled are recent; many being drilled in 2008 or later.



BLM_0055322

The process of preparing a site for drilling includes the purchase of the land, public hearings for rezoning, registration with the Texas Railroad Commission, site preparation and finally, drilling. Most drill sites encompass three to five acres that allow for multiple wells to be drilled from the same site. Under optimal conditions, a well can be drilled in 21 days, but typically takes longer. Most sites have rigs in place for drilling for three to four months. Drilling activity may take longer in some locations because multiple "horizontal" wells can be drilled from the same site in varying directions. Most sites are clear cut, graded with a gravel base, and fenced with high sound mitigation walls. Well sites in Flower Mound, as other cities in Denton County, are required to establish sound mitigation plans and to screen the well site with earthen berms, brick walls, and/or landscaping.

The drilling phase is the most noticeable by neighboring residents and sometimes prompts complaints regarding nuisance and loss in property values. Once drilling has ceased, the greatest impact to the neighborhood is the increased truck traffic to empty tanks on site. In order to quantify potential affects on residential property values as a result of the drilling, sales of house around drill sites have been researched. The combination of the relatively immature natural gas industry in the Flower Mound area coupled with the low volume of market transactions results in limited market data in the immediate area. Therefore, part of this study takes into consideration markets with more mature natural gas fields in other parts of Denton County to determine the impact on residential property values from natural gas facilities.

The highlighted pushpins in the map below show the locations of most of the gas wells that were analyzed for our study. The blue area represents the approximate municipal boundaries for the Town of Flower Mound. Five of the twenty-two permitted gas well sites in Flower Mound were found to be drilled and located with sufficient proximity to recent sales of residential property for analysis.



## DATA SOURCES

Data regarding sales prices and property characteristics for most neighborhoods are gathered from North Texas Real Estate Information Systems, Inc (NTREIS, fka "MLS"). Sale data for the Trophy Club well are gathered from the Denton County Appraisal District. These sources are not *guaranteed* to be 100% correct but are believed to be reasonably accurate for the purposes of this assignment.



BLM_0055323

## MARKET AREA ANALYSIS

The subject region is located in the Lewisville-Flower Mound submarket of the Dallas/Fort Worth MSA, immediately northwest of Dallas/Fort Worth International Airport. This market area is generally delineated as follows:

| | |
|---|---|
| **North** | Lake Lewisville/FM 407 |
| **South** | Grapevine Lake |
| **East** | IH 35E |
| **West** | US 377 |

The Town of Flower Mound is located primarily in southern Denton County, approximately 28 miles northwest of downtown Dallas, 25 miles northeast of Fort Worth, and three miles north of the Dallas/Fort Worth (DFW) International Airport. These areas have a great influence on the subject's market area. The appeal of the market area includes its accessibility from several interstate highways to the Fort Worth and Dallas CBDs, and its proximity to Dallas/Fort Worth International Airport.

## ACCESS AND LINKAGES

Primary access to the area is provided by Interstate 35 East, a major arterial that crosses Denton County and the Dallas/Fort Worth metro area in a north/south direction. Access to the subject from Interstate 35 East is provided by Cross Timbers Road (FM 1171), and travel time from the major arterial to the subject is less than five minutes. Secondary north/south access to the subject is provided by Long Prairie Road (FM 2499). Overall, vehicular access is average.

Public transportation is not provided in the Town of Flower Mound. However, the Denton County Transportation Authority (DCTA) provides bus service from Downtown Denton to Downtown Dallas and the nearest bus station is located at the intersection of FM 407 and Interstate 35 East. In addition, the DCTA is also working on the A-Train project that will provide train service throughout the area. The local market perceives public transportation as average compared to other areas in the region. However, the primary mode of transportation in this area is the automobile.

The Dallas/Fort Worth International Airport is located approximately three miles from the property; travel time is about ten minutes, depending on traffic conditions. The Dallas and Fort Worth CBDs, the economic and cultural centers of the region, are approximately 25 miles from the market.

## DEMAND GENERATORS

Major employers in the Town of Flower Mound include Lewisville ISD, Town of Flower Mound, Stryker Communications, Best Buy Distribution Center, and HD Supply. In addition to its strong employment base, the area is easily accessible to the Dallas/Fort Worth Metroplex, all within one hour drive time. Access to employment centers in other submarkets is a major demand generator. These demand generators support the demographic profile described in the following section.

## DEMOGRAPHIC FACTORS

A demographic profile of the surrounding area, including population, households, and income data, is presented in the following tables, as provided by *Claritas Pop-Facts*. The data below is for the Town of Flower Mound, as compared to the DFW Metroplex four-county area.

| Population | Flower Mound, Texas | DFW Metroplex |
|---|---|---|
| 2015 Projection | 86,064 | 6,265,105 |
| 2010 Estimate | 72,350* | 5,723,721 |
| 2000 Census | 50,702 | 4,589,769 |
| 1990 Census | 15,788 | 3,560,474 |
| Growth 2010-2015 | 18.96% | 9.46% |
| Growth 2000-2010 | 42.70% | 24.71% |
| Growth 1990-2000 | 221.14% | 28.91% |



BLM_0055324

| Income | Flower Mound, Texas | | DFW Metroplex | |
|---|---|---|---|---|
| 2010 Est. Average Household Income | $143,913 | | $78,525 | |
| 2010 Est. Median Household Income | $119,771 | | $58,239 | |
| 2010 Est. Per Capita Income | $45,729 | | $28,424 | |
| **2010 Est. Tenure of Occupied Housing Units** | | | | |
| Owner Occupied | 21,445 | 93.48% | 1,267,844 | 61.64% |
| Renter Occupied | 1,495 | 6.52% | 788,934 | 38.36% |
| **2010 Est. All Owner-Occupied Housing Values** | | | | |
| Value Less than $20,000 | 157 | 0.73% | 18,683 | 1.47% |
| Value $20,000 - $39,999 | 208 | 0.97% | 38,239 | 3.02% |
| Value $40,000 - $59,999 | 161 | 0.75% | 70,721 | 5.58% |
| Value $60,000 - $79,999 | 76 | 0.35% | 95,156 | 7.51% |
| Value $80,000 - $99,999 | 153 | 0.71% | 121,734 | 9.60% |
| Value $100,000 - $149,999 | 2,393 | 11.16% | 336,167 | 26.51% |
| Value $150,000 - $199,999 | 5,399 | 25.18% | 215,895 | 17.03% |
| Value $200,000 - $299,999 | 6,789 | 31.66% | 205,643 | 16.22% |
| Value $300,000 - $399,999 | 3,957 | 18.45% | 77,223 | 6.09% |
| Value $400,000 - $499,999 | 958 | 4.47% | 32,555 | 2.57% |
| Value $500,000 - $749,999 | 844 | 3.94% | 34,224 | 2.70% |
| Value $750,000 - $999,999 | 237 | 1.11% | 12,031 | 0.95% |
| Value $1,000,000 or more | 113 | 0.53% | 9,573 | 0.76% |
| Value Greater Than $300,000 | 6,109 | 28.49% | 165,606 | 13.06% |

*Source: Claritas Pop-Facts: Demographic Snapshot*

\*As shown above, the current population for Flower Mound is estimated by Claritas to be about 72,350.  The Town of Flower Mound estimates the current population to be 62,950, a difference of 9,400.  This information is based on population trends based on the 2000 Census.  Once data is released from the 2010 Census, these estimates may be revised.

| Integra Estimates (based on Claritas data) | Flower Mound, Texas | | DFW Metroplex | |
|---|---|---|---|---|
| Interpolated Value $250,000-$299,999 | 3,395 houses | 15.83% | 102,822 houses | 8.11% |
| Homes Valued Greater Than $250,000 | 9,504 houses | 44.32% | 268,428 houses | 21.17% |
| **Town of Flower Mound Estimates** | | | | |
| 2010 Average Tax Value in Flower Mound (Categroy A Only) | | | $287,562 | |
| 2009 Average Tax Value in Flower Mound (Categroy A Only) | | | $290,642 | |
| 2010 Population | | | 62,950 | |
| 2015 Population Projection | | | 65,000 | |

Population in the area has grown over the past 20 years, and this trend is expected to continue in the foreseeable future. Population trends and income levels in the area are considered above average compared to the DFW Metro area as a whole.

Compared to other cities in the Flower Mound area, home values appear near the average of the data from the areas selected for this study.  The following table shows average sale prices of homes in each community from August 1, 2009 to the present.  This data is gathered from the North Texas Real Estate Information System.



BLM_0055325

| Location | Average Sale Price | Number of Sales |
|---|---|---|
| West Fort Worth MLS Area 112-3 | $108,237 | 418 |
| North Fort Worth MLS Area 102-1 | $161,069 | 669 |
| South Denton | $176,812 | 331 |
| Flower Mound | $294,114 | 1,034 |
| Keller | $306,475 | 633 |
| Lantana | $322,447 | 185 |
| Trophy Club | $327,240 | 220 |
| Bartonville/Double Oak | $370,088 | 34 |
| Argyle | $403,223 | 68 |
| Copper Canyon | $460,306 | 12 |
| **Average** | **$293,001** | |

## LAND USE

The immediate market area contains a mixture of uses. Other land use characteristics are summarized below.

| SURROUNDING AREA LAND USES | |
|---|---|
| Character of Area | Suburban |
| Predominant Housing Age (Both Ownership and Rental) | 2-10 years |
| Predominant Quality and Condition | Average |
| Approximate Percent Developed | 50% |
| Percent Developed by Land use | 80% Single Family; 20% Commercial |
| Infrastructure/Planning | Average |
| Prospective Change in Land Use | Not likely |
| Prevailing Direction of Growth | Northwest |

## DEVELOPMENT ACTIVITY AND TRENDS

The Multiple Listing Service (MLS) indicates that the for Southeast Denton County includes single-family housing values that are above average when compared to the greater Dallas/Fort Worth Metroplex area as a whole. The following chart reveals that from Q2 2007 to Q2 2010 the average Days On Market has increased by 12 days or 24%. However, the average days on the market for Q2 2010 have declined since Q1 2010, and which was lower than Q4 2009.



BLM_0055326

**FLOWER MOUND DRILL SITE STUDY**                                    **MARKET AREA ANALYSIS**



© 2009-2010 Terradatum

The number of for sale properties in Q2 2010 has increased since Q4 2009 but is down 19% from Q2 2007. Additionally, the number of sold properties is down 22% from Q2 2007, but is up from the previous quarter, Q1 2010.



© 2009-2010 Terradatum

The Chimney Rock Estates Addition on the south side of FM 1171, east of Post Oak Road was the first conservation easement subdivision in Flower Mound with 50% of the land set aside as an untouched nature preserve. It consists of 48 lots along meandering streets, adjoining about 50 acres of conservation easement and a community pond. The first homes were



**6**

BLM_0055327

constructed in 2003 on lot sizes of approximately one acre. The 2-acre minimum lot size required by the zoning ordinance was adjusted as a result of the amount of land allocated to the nature conservation area. As of April of 2010, all of the 48 lots were sold. Home sizes average about 5,000 square feet in size and since January 2008 sell for an average of about $773,191 or $146/SF.

The nearest shopping facilities serving the area are located less than one mile from the property. They offer basic convenience goods and personal services. Restaurants, principally along major arterials such as Starbuck's, Pizza Hut, and Quizno's, are within a five-minute travel time of the property. The closet lodging facilities are located within a five minute drive of the subject and include Hampton Inn, Select Inn, and Days Inn. The nearest fire and police stations are within two miles of the property.

The Estates at Tour 18 has several lots still for sale ranging from $299,900 to $359,000 and between 1.656 acres and 2.2661 acres currently.

FM 1171 is proposed to be widened to six lanes between FM 2499 and IH 35W, with construction to begin in phases from east to west that began in 2007. Right-of-way has been acquired in the subject vicinity and is incorporated into the subject planned development. Approximately 1.276 acres of land was acquired along the subject's highway frontage. A new arterial is proposed to be constructed from the north side of FM 1171, west of the subject property, curving northerly and then westerly to the east side of US 377. Another arterial is proposed to be constructed from the east side of IH 35W, curving easterly and then southerly to the north side of FM 1171 west of the existing railroad tracks. The current FM 1171 railroad crossing at grade is proposed to be replaced by an underpass.

## OUTLOOK AND CONCLUSIONS

The area is in the growth stage of its life cycle. Given the history of the area and the growth trends, it is anticipated that property values will stabilize in the near future.



BLM_0055328

## EXECUTIVE SUMMARY

Four methods for examining the impact of well sites on residential property values were employed.

1. Price-Distance Relationship: The sale prices of houses on a per square foot basis were compared to the distance to the well site in feet. A linear trend was developed and the relationship observed. Where possible, sales of houses outside a half-mile radius were utilized for comparison.

2. Comparable Sales Analysis: Sales adjacent to well sites were found and valued with four comparable properties, making adjustments for common value attribute differences. The actual sale price of the house adjacent to the well site was compared to the estimated value of the house were it not adjacent to a well site. Where possible, sales of houses outside a half-mile radius were utilized for comparison.

3. Statistical Analysis: In neighborhoods where there was a sufficient quantity of sales, linear regression analysis was performed to isolate the influence of the proximity of well sites on residential sale prices. This process produces an estimate of the influence on the houses in the sample as well as an estimate of the statistical significance of that distance.

4. Survey of Market Participants: Real estate agents in Flower Mound and surrounding communities were interviewed to determine if buyers considered proximity to gas well sites and if this is a pricing criteria for marketing purposes.

The type of natural gas facilities on the sites were observed from public rights-of-way where possible and from aerial photography. The facilities on site were identified visually where possible. The sites were classified by the type of facilities as follows:

### Sites by Facility Type

| Wells and tanks only | Gas Lift Facilities | Compressor Sites/Collection Stations |
|---|---|---|
| Acme | Alliance-Saratoga | Crow-Wright 4 |
| Aune | TW King | Sam Wilson 1 |
| Button | | Chapel Creek |
| Crow-Wright 6 | | |
| Connell | | |
| DCC | | |
| Engler | | |
| Bernice Jones 1 | | |
| Bernice Jones 2 | | |
| Lawrence | | |
| Meece | | |
| Sam Wilson 2 | | |
| Trophy Club | | |
| Whyburn Unit | | |
| Van Zandt Farms | | |

The following criteria were utilized for well sites selection and given precedence in the following order:

1. Sites in and around the Town of Flower Mound where drilling has occurred.

2. Sites where a sufficient number of transactions have transpired in neighborhoods near the site.

3. Geographic locations and markets thought to be similar to Flower Mound.

4. Sites that were known to have facilities similar to those in Flower Mound.

There existed a certain potential for bias to enter the site selection process which could have occurred for multiple reasons. First, only sites that were relatively close to established subdivisions and concentrated population centers were researched, thus introducing the possibility that some sales immediately adjacent to well sites may have been overlooked. Additionally, as the search for sites was broadened beyond the town limits of Flower Mound, areas that were thought to be similar in the opinion of the researcher(s) were studied. Other sources of bias may have been present during the site selection process. It is



BLM_0055329

important for the reader to note that any bias in the study is unintentional. Techniques employed in this study are intended to reduce subjectivity.

---

**STUDY SUMMARY**

Our study results show that residential property in the Flower Mound market with price points over $250,000 and immediately adjacent to well sites can experience an impact from -3% to -14% in value based on the sales comparison method. Any influence on property values on a linear basis was found to dissipate at around 1,000 feet from the wellhead. Data from most well sites studied in this report outside Flower Mound suggests that there is little or no impact on residential property from proximity to well sites.

Sales comparison research indicated that a diminution in value due to proximity to natural gas sites occurs only for properties immediately adjacent to the site. Several sales where view of the well site was obstructed by buffers such as trees or other structures indicate that value is not measurably impacted, even when the property is in close proximity.

The range in property value decline found in price-distance relationships was observed to be about -2% to -7%. This methodology was less conclusive than the sales comparison method but still indicated the same general trends. Sites that resulted in negative impacts were in close proximity to houses and most were in the Flower Mound area. Impact on housing prices by price-distance method generally dissipated between 1,000 and 1,500 feet. The sales comparison method indicated the impact to dissipate at a closer proximity.

Statistical analysis resulted in no consistent and statistically significant diminution in value within the distances measured. This method illustrates how much variance in the data impacts the results. If there were a significant and sizeable diminution in value as a result of well proximity, the statistical analysis method likely would have revealed it.

---

Not every well site included in this study provided sufficient data for analysis via each methodology. The following is a summary of the conclusions and observations drawn from available data in the Flower Mound area.

### PRICE-DISTANCE RELATIONSHIP

In order to quantify proximity impact we began by searching out well sites in the Flower Mound area. We found that because limited transactions have transpired that are adjacent to well sites, a more generalized approach is necessary for such an immature natural gas market. Accordingly, we applied the following methodology to examine the relationship between home prices and distance to well sites.

### METHODOLOGY FOR DISTANCE ARRAYS

1. Search for existing well sites in the Flower Mound region
2. Determine drilling commencement date
3. Search for all residential sales in subdivisions around well site
4. Exclude distressed sales
5. Measure distance from:
   a. center of well site to center of rooftops if well head not visible, or
   b. well head to center of rooftops if well head visible, or
   c. latitude and longitude coordinates as identified by GIS software if possible
6. Compare distance from well site to price per square foot
7. Utilize sum of least squares method for determining linear trend
8. Observe rate of change in price compared to distance

This methodology indicates that within the Flower Mound Market, there is a slight change in value between houses nearer the well site than those farther away. Six neighborhoods in our study were observed to have a sufficient number of market transactions that have occurred since the reported drill date to extract a measure of the impact. Well drill dates and production dates were acquired from Texas Railroad Commission records. A summary of our findings follows.



BLM_0055330

| Site | Location | Rate of Change at 1,000 feet* | Comments |
|------|----------|------------------------------|----------|
| Acme | Denton | -8.89% | Well not visible from subdivision |
| Lawrence | Denton | -7.35% | Well highly visible from adjacent homes |
| Hills of Argyle | *Argyle* | -6.96% | Wells visible from adjacent homes |
| Trophy Club | *Trophy Club* | -5.36% | Well immediately adjacent to the first sale |
| Whyburn | *Lantana* | -2.17% | Well highly visible from adjacent homes |
| Alliance-Saratoga | Fort Worth | -0.62% | High degree of variance in sale prices |
| Crow-Wright | Flower Mound | 0.71% | Tree buffer between wells and houses |
| Meece | Double Oak | 0.72% | Nearest sale 1,600 feet from well |
| Bunn | Flower Mound | 1.02% | Well not highly visible |
| Button | Copper Canyon | 1.25% | Well across road from first sale |
| Aune | Lantana | 3.32% | Well not visible from sales in sample |
| Rayzor (Magnolia) | Lantana | 3.60% | Well visible from nearest houses |
| Connell | Denton | 6.23% | Well immediately adjacent to the first sale |
| Sam Wilson 2 | Flower Mound | 6.60% | Tree buffer between wells and houses |
| Engler | Keller | 6.62% | Shared property line between site and sales |
| Rayzor | Lantana | 9.60% | Well not visible from houses |
| DCC | Argyle | 12.56% | Well clearly visible from closest street |

* Negative signs indicate that values decrease as proximity to a well site increases. Positive signs indicate that values increase as proximity to a well site increases. Locations with houses immediately adjacent to well sites and that indicate a negative impact are italicized.

We found that in the Flower Mound area, *when houses are immediately adjacent to well sites* there is a measurable impact on value. As distance from the well site increases, this affect quickly diminishes. On a straight-line basis, this impact was measured to be -2.17% to -6.96% in the samples taken. Variance in the data indicates that this impact is diluted at somewhere around 1,000 feet from the wellhead.

The price-distance methodology measures general trends and not specific transactions. It considers only proximity and price and cannot take into consideration other factors that influence value such as quality or year of construction. Therefore, more in-depth consideration of home sales adjacent to well sites is necessary. Yet, the lack of market transactions near completed wells has forced consideration of more well-established sites outside Flower Mound. As a result, we searched for well sites near urban areas in other areas of Denton and Tarrant Counties.

## COMPARABLE SALES ANALYSIS

In western parts of Flower Mound and other parts of Denton County, gas well drilling has been active and ongoing for several years. Subdivisions have been developed around gas drilling operations and new wells have been drilled near existing development. Several such locations were researched and residential transactions adjacent to well sites were located. Accordingly, we have applied the following methodology to compare the unit prices of these sales to other properties farther from well sites.

### METHODOLOGY FOR COMPARABLE SALES

1. Search for existing wells in Tarrant County.
2. Determine drilling start date.
3. Search for residential sales around well site.
4. If sales are located, search for comparable residential sales in same or similar subdivision that are not near well sites. Sales on same street are discouraged to reduce confounding variables.
5. Select comparable properties, excluding distressed sales.
6. Make basic adjustments and determine value of house adjacent to well site as if well were not present.
7. Compare results to actual sale price.

Few wells have been drilled in locations that are in predominantly residential areas. Most wells are located in agricultural or recreational areas. As a result, few well sites are in urban residential areas. Several residential markets thought to be similar to those found in Flower Mound were identified. When individual sales in these markets were analyzed, there is some variance in the values of houses immediately adjacent to well sites as compared to those with no well site influence. Natural gas facilities thought to be comparable to Flower Mound were found to have measurable impacts as follows:



BLM_0055331

**Flower Mound-Comparable Sales Results**

| Site | Set | Distance (ft) | Difference | Average Sale Price in Subdivision |
|------|-----|--------------|-----------|-----------------------------------|
| Hills of Argyle | 1 | 574 | 0.81% | $425,000 |
| | 2 | 597 | -6.57% | |
| | 3 | 624 | -12.53% | |
| | 4 | 620 | -3.46% | |
| Button | 1 | 581 | -13.45% | $390,000 |
| DCC | 1 | 948 | 9.41% | $505,000 |
| Sam Wilson 2 | 1 | 957 | 7.66% | $300,000 |
| Trophy Club | 1 | 246 | -13.71% | $390,000 |
| Whyburn Unit | 1 | 406 | -4.81% | $255,000 |

In some neighborhoods, multiple sales adjacent to well sites were found. Each set represents sales in near proximity to a well site and four comparable sales farther from the well site, utilized to value the affected property as if there were no well site influence. For each set, basic adjustments such as date of sale and size were adjusted for and the indicated values were averaged. In some cases, there is broad variation. However, most sets show little variation in the difference between the actual sale price of the residence adjacent to the well site and the comparable sales. The preponderance of evidence by the sales comparison method indicates that proximity to a well site has a -3% to -14% affect on property values in the Flower Mound area for properties over $250,000. Most average price points in neighborhoods that exhibited a negative impact were over $300,000. The Whyburn Unit is located at Lantana, a master-planned, golf course community, which is the only location showing a diminution in value for price points below $300,000. Additionally, resales of some homes adjacent to well sites indicated that any diminution in value due to proximity to the well site diminishes over time.



**STATISTICAL ANALYSIS**

We performed statistical analysis on houses that have sold in proximity to well sites, compressor stations, and collection facilities where possible to see how the distance from these facilities impacts sale prices. The statistical tool of choice is the multiple linear regression package in Microsoft Excel. Linear regression uses the processing power of computers to place an incremental value on one or more elements of comparison. Elements of comparison are things like the square footage of a building, the size of a lot, or the number of bathrooms. The regression model derives a formula from the data the appraiser collects. It works very much like paired sale analysis that appraisers often utilize.

**METHODOLOGY FOR LINEAR REGRESSION**

1. Search for existing wells in Denton County.
2. Determine drilling start date.
3. Search for residential sales around well site.
4. If sales are located, search for comparable residential sales in same or similar subdivision that are not near well sites. Sales on same street are discouraged to reduce confounding variables.
5. Exclude distressed sales.
6. Select elements of comparison.
7. Utilize Microsoft Excel to perform multiple linear regression analysis.



BLM_0055332

The focus of regression analysis is to find a linear relationship between all of the sales data that reduces variations in value (sum of least squares). The sample (sales utilized in the study) is analyzed to determine how likely it is to be different from the total population of all houses in the neighborhood. Two indicators of reliability are used to determine how likely the results of the sample are to be different from the total population. They are the "t-stat" and "p-value." For purposes of this study rule-of-thumb benchmarks were utilized to determine the significance of our findings. Widely accepted "rules of thumb," are +/- 2 for t-stats and less than or equal to 0.05 for p-values. This translates to a "margin of error" in our results of *about* 5% or a confidence level of *about* 95% that our results would be substantiated should the experiment be repeated.

### LINEAR REGRESSION RESULTS

| Site | Location | Number of Sales | Well Distance t-stat | Well Distance p-value | Significant? |
|------|----------|-----------------|--------|---------|--------------|
| Alliance-Saratoga | Fort Worth | 100 | -1.700 | 0.092 | No |
| Aune | Lantana | 80 | -1.379 | 0.172 | No |
| Hills of Argyle* | Argyle | 51 | 1.907 | 0.063 | No |
| Bunn | Flower Mound | 324 | -0.729 | 0.466 | No |
| Connell* | Denton | 67 | -2.493 | 0.016 | Yes |
| Crow-Wright* (Tour-18) | Flower Mound | 32 | -0.673 | 0.508 | No |
| Engler* | Keller | 19 | -0.845 | 0.418 | No |
| Lawrence | Denton | 29 | 3.895 | 0.001 | Yes |
| Meece | Double Oak | 24 | -1.976 | 0.067 | No |
| Lantana* | Lantana | 148 | -0.428 | 0.669 | No |

* Aggregation of sales near multiple gas wells in the same subdivision

On a linear basis, distance from a wellhead was not found to be a statistically significant determinant of property values in most cases. At the Connell site, well distance was found to be statistically significant in a negative direction. Contrarily, the Lawrence site indicated well distance was statistically significant in a positive direction. Most importantly, eight of the ten sites did not show well distance to be statistically significant. If proximity to a natural gas well was an important issue, one would expect most data to indicated well proximity to be statistically significant in a negative direction.



BLM_0055333

# SURVEY OF MARKET PARTICIPANTS

We surveyed market participants, including agents and builders, in Flower Mound and surrounding markets to determine if they have found that buyers consider the presence of well sites when making an offer on a house. Market participants generally state that the presence of a well/drill site has some impact on the marketability or marketing time for residential properties in the area. This trend is stronger for upscale homes on larger lots but most participants were hesitant to pinpoint a dollar value that would define between upscale homes and homes of lesser quality. The main impact on houses in the upper-middle to higher-end price ranges is marketing time because the house may have to be shown to more potential buyers before one can be found that is willing to purchase. Several respondents did not believe there to be a substantial impact on value especially in track homes because buyers are less concerned with outdoor living space.

Two notable themes arose from the interview process.

1. First, agents consistently agreed that during well drilling and hydraulic fracturing it is difficult to sell a home, thus increasing its marketing time. However, once drilling activity has ceased, houses are much easier to sell.

2. Secondly, many active market participants believed that the influence on property values of proximity to gas wells is over-estimated by home owners.

A cross-section of interview summaries is provided below.

**Kristen Summers, Agent**

Concerning an active listing at 830 Porter Road, Bartonville, Texas: The house is a unique and spacious home and on a heavily-treed tract across from an active drill site on Porter Road. At the time of our inspection in July of 2010, temporary sound walls were up and a drilling rig in place on the site. Ms. Summers noted that she has had great difficulty selling the house since drilling on the site has been going on for an extended period. She lives next door and said the site is loud and gives off an odor. She plans to lower the list price for the property but did not disclose by what amount.

**Tracy Clifton, Agent**

Concerning an active listing at 645 Porter Road, Bartonville, Texas: The house is a 3,000 square foot residence on two acres and is listed for $275,000, down from $295,000. Ms. Clifton noted that the house is not of particularly high quality but the land value in the area is quite high. She indicated that buyers in this price range are more selective. She expects interest in the property to pick up once drilling is complete and the compressor planned for the site is in a finished building. According to Ms. Clifton, buyers do not want to see or hear well sites.

**Vickie Farris, Agent**

Concerning the sale of 5804 Southern Hills Dr., Flower Mound, Texas: The house is located over 1,600 feet from the well site. Ms. Farris noted that at the time of sale in August of 2009, the site could be heard from this house and the lights could be seen over the treetops at night. However, no buyers ever mentioned that the site was an issue and the house sold for market value according to her. She noted that while drilling and fracturing is going on it is difficult to sell a house.





13

**Mary Bailey, Agent**

Concerning the sale of 8904 Baltusrol Dr., Flower Mound, Texas:  This was a foreclosure.  The location of the drill site was never an issue but the condition of the property was since it had a bad floor plan that would need to be redesigned.  No potential buyers ever mentioned the drill site or the compressor station.  Most houses have a tree buffer in this area.  The agent felt that while drilling is going on it is difficult to sell a property but after truck traffic dies down there is no affect.  She believes the impact of gas wells has been hyped.

**Kristen Dailey, Agent**

Concerning the sale of 8904 Baltusrol Dr., Flower Mound, Texas (shown in Sales Comparison section):  The buyer knew the drill site was present.  The compressor station can be seen through the trees and some from the second floor but it was not highly visible.  The site cannot be heard according to her, the selling agent.  It was not a factor in the sale of the property since the biggest concern was the remodel that needed to be done.

Ms. Dailey feels that especially when people are moving to the area from eastern areas of the Metrolpex the drill sites are a major concern.  She deals mostly in the Southlake area and several clients have told her they did not want to be shown property in an area where a site was being considered.  She has not sold any houses adjacent to well sites.

Ms. Dailey lives in Lantana and no drill sites can be seen now from the community in her estimation.  However, when they were being drilled and the fracturing was going on, it was noisy and the off-gasing could be seen at night.  According to Ms. Dailey it is a concern for herself and many people in the community but residents are hesitant to move because of the nice location and the schools.

**Adrian Verdin, Agent**

Concerning the sale of 1155 Crepe Myrtle Lane, Copper Canyon, Texas:  This 6,300 square foot house was a foreclosure.  It sold for $407,500 in April of 2010 because of its poor condition.  People did not care about the well because it was such a good deal.  It was originally listed for $800,000 and before that was a $1.2 million house.  Mr. Verdin said some people mentioned the well but it was not a major factor in this sale.

Below is an aerial depiction of the house at 1155 Crepe Myrtle and the neighboring well site, circa 2009.



In Mr. Verdin's experience, properties in the Flower Mound area are a little more difficult to sell when they are adjacent to a well because it is an eyesore.  He overcomes this by noting that the well will eventually be capped and will no longer be noticeable.  He considers well impact to be comparable to the impact of proximity to a major street.  It has increased traffic and noise so expect an additional six months for marketing time and drop the price about 10%.

**Ethan, Representative with Centex Homes in Trophy Club**

The representative stated that Centex Homes does not market the houses adjacent to the Trophy Club well site or any other well site in the area for any less simply because they back up to a well.  Drilling is complete and there is no activity in the area.  However, we found one Centex house adjacent to a well that indicated a diminution in value.


BLM_0055335

## PROJECT MAP





BLM_0055336

# PRICE-DISTANCE RELATIONSHIP

In an attempt to quantify the impact of well site proximity on residential properties, we began by searching out well sites in the Flower Mound area. We found that because so few transactions have transpired that are adjacent to well sites, a more generalized approach is necessary for such an immature natural gas market. We began by searching for existing wells in Flower Mound Area. We determined the drilling start date (commencement or "spud" date), utilizing Texas Railroad Commission records. Excluding distressed sales such as foreclosures, we collected data on market transactions that occurred in relatively homogenous neighborhoods around well sites to avoid wide variations in the year of construction, design standards, etc. We then measured from the rooftop of the house to either the center of the well site pad or to the well head, if visible, by aerial photography. Where possible, we utilized GIS software to "geocode" the addresses of the sales and measure the distance to well head coordinates. We then assembled tables with the price per square foot of the houses in the neighborhood and the linear distance in feet to the well site. Utilizing graphing software, we then derived a scatter-plot from that data with the distance on the X-axis and price per square foot on the Y-axis. Following which, a linear trend line was applied through the data, which utilizes the sum of least squares method to reduce the variance between points in the data sample. This method allows for a visual representation of the trend in home prices as distance from the well increases. The rate of change in the price by distance can then be observed.



Our research indicates that within the Flower Mound Market, there is a marginal change in value between houses nearer the well site than those farther away. Few wells in the Town of Flower Mound have been in existence long enough or are in sufficient proximity to residences for analysis. Therefore, we have also analyzed sales in other parts of southeast Denton County such as Argyle, Copper Canyon, and Denton, as well as Trophy Club and Fort Worth. Summaries of our findings in each subdivision/well site follow.



BLM_0055337

## ACME WELL SITE





*Acme Drill Site and Neighborhood Sales, Denton, Texas*



BLM_0055338

| | |
|---|---|
| Location Description: | South of Ryan Road and Duffy Way in Denton, Texas |
| Latitude and Longitude: | 33.152086,-97.114784 |
| Visible Facilities: | Four natural gas wells, eight storage tanks, in-ground water reservoir |
| Drill Commencement Date: | 2/01/07 |
| Current Operator: | Endeavor Energy Resources, L.P. |



The above chart shows the price per square foot of market transactions relative to the distance of each property from the well site. The general trend in this neighborhood is that the farther one gets from the well site, the more property values increase. However, it is interesting to note that the lowest values in price per square foot do not occur nearest the wells, but around 1,500 feet from them. Additionally the nearest house in this sample is about 870 feet from the well site. Our research indicates that at some distance, there is no perceptible impact due to the presence of natural gas facilities. The facilities are not visible from the neighborhood as there is a natural vegetative buffer between the site and the neighborhood. The following chart represents information about the linear trend line observed above.

| Distance Relationship | | |
|---|---|---|
| Average | | $79.81 |
| 500' | -4.44% | ($3.55) |
| 1,000' | -8.89% | ($7.09) |
| 2,000' | -17.77% | ($14.18) |

The trend line in the chart above indicates a rate of change for every foot of proximity to the well site of -$0.0071 per square foot of house size. When compared to the average sale price per square foot in this sample, this translates into -4.44% change in value for every 500 feet distance from the well, or an -8.89% change in value at 1,000 feet. Alternatively, it is an -$7.09 change in value per square foot of living area at 1,000 from the well site. In this case, it appears the trending pattern increases in variance (becomes less dependent upon proximity to the wells) after about 1,300 linear feet from the well site.


BLM_0055339

**FLOWER MOUND DRILL SITE STUDY**                    **PRICE-DISTANCE RELATIONSHIP**

## ALLIANCE-SARATOGA SITE





*Alliance-Saratoga Site and Neighborhood Sales, Fort Worth, Texas*



**19**

| Location Description: | South of SH 170 between Old Denton Rd. and Alta Vista in Fort Worth, Texas |
|---|---|
| Latitude and Longitude: | 32.962841,-97.28917 |
| Visible Facilities: | At least five natural gas wells, six storage tanks, meters and dehydrators, one gas lift station |
| Drill Commencement Date: | 9/24/2004 |
| Current Operator: | Quicksilver Resources |



The above chart shows the relationship between the price per square foot of single-family properties in the Saratoga neighborhood. The general trend is that the farther the property is from the well site, the greater the property value. However, the increase in value is slight and there is a wide variance in sale prices. The following chart represents information about the linear trend line observed above.

| Distance Relationship | | |
|---|---|---|
| Average | | $82.92 |
| 500' | -0.31% | ($0.26) |
| 1000' | -0.62% | ($0.51) |
| 2000' | -1.23% | ($1.02) |

The rate of change observed in the trend line above is -$0.26 per 500 feet of proximity to the well site. That is to say, based on the above data, the price per square foot of a house is expected to change by -$0.51 per square foot of a house size at 1,000 feet of distance from the well site. In the sample above, variance in the above data appears to be introduced almost immediately with the highest unit value being one of the sales closest to the site and several of the lowest being midway to farthest from the site. This would indicate there is no measurable impact on the value of surrounding homes.



BLM_0055341

## AUNE WELL SITE (LANTANA)





*Aune Site and Neighborhood Sales, Argyle (Lantana), Denton County, Texas*
*The Aune Site is indicated by a half-mile radius in blue.  The yellow rings indicate half-mile radii from other well sites.*



21

BLM_0055342

**FLOWER MOUND DRILL SITE STUDY**                                    **PRICE-DISTANCE RELATIONSHIP**

| | |
|---|---|
| Location Description: | West of Copper Canyon Road, North of Crepe Myrtle Ln., Argyle Texas |
| Latitude and Longitude: | 33.103788,-97.109053 |
| Visible Facilities: | One natural gas well, filter/separator unit, unidentified structure |
| Drill Commencement Date: | 5/8/08 |
| Current Operator: | Red Oak Gas Operating Company, L.P. |



The above chart shows the price per square foot of market transactions relative to the distance of each property from the well site. Four natural gas well sites are located within a close proximity to the Lantana master-planned subdivision. In order to reduce the influence of other well sites on property values, no sales were utilized within a half-mile radius of other wells. The general trend in this neighborhood is that the farther one gets from the well site, the more property values *decrease*. There appears to be a sizeable variance in the sales prices per square foot of living area. It is interesting to note that the lowest values in price per square foot occurs almost the farthest from the Aune Unit. However, the nearest house in this sample is almost 1,200 feet from the well site. It appears that either this sample lies outside that range impact or some other factor has greater offsetting influence on value than well proximity. The facilities are visible from the edges of the neighborhood but none of the sales in this sample were on the closest street. The following chart represents information about the linear trend line observed above.

| Distance Relationship | | |
|---|---|---|
| Average | | $91.71 |
| 1000' | 3.316% | $3.04 |
| 3000' | 9.949% | $9.12 |
| 5000' | 16.581% | $15.21 |

When compared to the average sale price per square foot in this sample, we observed a 3.316% change in value at 1,000 feet distance from the well, or $3.04 per square foot of living area. Given the broad variance in the data, it appears that distance from the well site has no measureable impact on residential values. Housing values in the Lantana community vary widely from around $200,000 to over $1,000,000 and the data may be picking up this variation.



BLM_0055343

## BUNN WELL SITE (WELLINGTON ESTATES)





*Bunn Well Site and Wellington Estates Sales, Flower Mound, Denton, Texas*
*Yellow circle represents a half-mile radius*



23

**FLOWER MOUND DRILL SITE STUDY**                                      **PRICE-DISTANCE RELATIONSHIP**

Location Description:          Northeast of Flower Mound Rd., North of Quail Run, Flower Mound, Texas
Latitude and Longitude:       33.040666,-97.105079
Visible Facilities:           One natural gas well, two storage tanks, one lift station, metering station
Drill Commencement Date:      10/03/2004
Current Operator:             Williams Prod. Gulf Coast, L.P.



The above chart shows the price per square foot of market transactions relative to the distance of each property from the well site. The general trend in this neighborhood is that the farther one gets from the well site, the more property values *decrease*. The sales nearest the well range from $88.97 to $120.00 per square foot so there is a good deal of variance even for the nearest sales. Additionally, sales with the lowest values occur over 4,000 feet from the well. The downward trend in the data indicates that the proximity to the well is inconsequential at this distance. The sale nearest the well is 1,827 feet. The logical conclusion is that this distance is too far from the neighborhood to impact values. The following chart represents information about the linear trend line observed above.

| Distance Relationship | | |
|---|---|---|
| Average | | $100.87 |
| 1000' | 1.02% | $1.03 |
| 2000' | 2.05% | $2.06 |
| 5000' | 5.12% | $5.16 |

The trend line in the above charts indicates that proximity to the well site has a positive influence on value. That is not to say that the well site contributes positively but that houses in that area are more valuable, for any number of reasons. When compared to the average sale price per square foot in this sample, we observed a 1.02% change in value at 1,000 feet distance from the well, or a $1.03 change in value for every 1,000 feet of distance. The trend pattern from the Wellington Estates (nearest subdivision to well) neighborhood indicates there is no impact on value as a result of proximity to the well site.



BLM_0055345

## BUTTON WELL SITE (CANYON OAKS SUBDIVISION)





*Button Well Site and Canyon Oaks Sales, Argyle, Texas*
*Blue circle represents a half-mile radius from the well.  Yellow represents half-mile radius from neighboring well.*



Location Description:            Southeast of intersection of Copper Canyon Rd. and Canyon Oaks, Copper Canyon, Texas
Latitude and Longitude:         33.080768,-97.108989
Visible Facilities:             Two natural gas wells, unidentified structure
Spud Date:                      6/14/2008
Current Operator:               Red Oak Gas Operating Company, L.P.



The above chart shows the price per square foot of market transactions relative to the distance of each property from the well site. The general trend in this neighborhood is that the farther one gets from the well site, the more property values decrease. The lowest unit value occurs at one of the farthest distances from the well. One sale that appeared to be an unexplained outlier at the low end of the range around 2,500 feet was removed from the dataset. The nearest house in this sample is located at 500 Canyon Oaks and is at a distance of about 580 feet from the well site. It has a direct view of the site from the back yard. The next closest sale is 440 Canyon Oaks and is about 740 feet from the site. It is shaded from view by a series of fences and trees. Although it is only slightly farther from the well site than 500 Canyon Oaks, it's sale price appears to be unaffected. The following chart represents information about the linear trend line observed above.

| Distance Relationship | | |
|---|---|---|
| Average | | $113.25 |
| 500 feet | 0.627% | $0.71 |
| 1,000 feet | 1.254% | $1.42 |
| 2,000 feet | 2.508% | $2.84 |

The trend line in the chart above indicates a rate of change of 1.254% at 1,000 feet, when compared to the average sale price per square foot in this sample. This translates into a $1.42 change in value per square foot of living area at 1,000 of distance from the well site. In this case, the general trend show that as distance from the well site increases, value decreases, which is counter-intuitive. That is to say, proximity to the well has no measurable impact on residential values.

Further analysis of the sale at 500 Canyon Oaks is discussed in the Sales Comparison section.



BLM_0055347

## CONNELL WELL SITE (LEXINGTON PARK SUBDIVISION)





*Connell Well Site and Lexington Park Sales, Denton, Texas*



27

| | |
|---|---|
| Location Description: | Southern terminus of Bay Meadow Dr., Denton, Texas |
| Latitude and Longitude: | 33.149901,-97.108926 |
| Visible Facilities: | One natural gas well, two storage tanks |
| Drill Commencement Date: | 3/21/2003 |
| Current Operator: | Endeavor Energy Resources, L.P. |



The Connell Unit and the Acme Unit are both located near the Lexington Park subdivision. The above chart shows the price per square foot of market transactions relative to the distance of each property from the nearest well site. The general trend in this neighborhood is that the farther one gets from the well site, the more property values decrease. The trend direction is quite strong in this sample, indicating that there is a notable factor contributing to value as a result of location. It is quite possible that the newer homes were constructed near the well site, the small lake in that area is a positive externality, or there is some other unforeseen influence. In this case, the nearest house is immediately adjacent to the well site and is about 295 from the well head to the center of the rooftop. This house also backs up to a small lake, making it a desirable location. It is not the highest value sale in the neighborhood but is almost 10% higher than the average. It appears that the location adjacent to the lake is at least offsetting the proximity to the well. The following chart represents information about the linear trend line observed above.

| Distance Relationship | | |
|---|---|---|
| Average | | $80.99 |
| 500 feet | 3.12% | $2.52 |
| 1,000 feet | 6.23% | $5.05 |
| 2,000 feet | 12.46% | $10.09 |

The trend line in the chart above indicates a rate of change of $2.52 per square foot of house size for every 500 feet of distance from the well. When compared to the average sale price per square foot in this sample, this translates into 6.23% or $5.05 change in value per square foot at 1,000. In this case, it appears the trending pattern increases in variance somewhere around 1,300 linear feet from the well site. However, since the trend pattern indicates that houses nearer the well have higher unit values, this observation is likely irrelevant. It is relevant to note that the Connell site was drilled in 2003 and therefore experiences very little truck traffic. However, access to the site is from Bay Meadow drive, which means trucks must pass the front door of the nearest house.

The most recent sale of 4316 Bay Meadow Drive is further discussed in the sales comparison section.



## CROW-WRIGHT SITE (TOUR 18)





*Crow-Wright Well Sites and Tour 18 Sales, Flower Mound, Texas*
*Blue circles represent a half-mile radius around the wells*
*Point A in the aerial map represents the well head at Pad Site 4*



**FLOWER MOUND DRILL SITE STUDY**                                    **PRICE-DISTANCE RELATIONSHIP**

| Location Description: | West of Tour 18 Golf Course, North of FM 1171, Flower Mound, Texas |
|---|---|
| Latitude and Longitude: | Pad 4 - 33.065563,-97.170952, Pad 6 - 33.050354,-97.169611 |
| Visible Facilities: | Three natural gas wells, metering station, compressor station, and related structures |
| Drill Commencement Date: | Pad 4 – 4/8/07, Pad 6 – 2/26/08 |
| Current Operator: | Red Oak Gas Operating Company, L.P. |



The above chart shows the price per square foot of market transactions relative to the distance of each property from the nearest well site. The general trend in this neighborhood is that the farther one gets from the well site, the more property values *decrease*. However, the trend is very slight and variation is introduced even in the nearest sales. This variance is to be expected given the nature of the development. It is a master-planned golf course community with custom, high-end homes. There will be a great deal of variation in sizes and amenities in a development such as this. Therefore, one would expect the method of measuring the price-distance relationship to be less useful in this situation. The facilities are not visible from the neighborhood as there is a natural vegetative buffer between the site and the neighborhood. However, the compressor station is visible from the second floor of a few houses. The following chart represents information about the linear trend line observed above.

| Distance Relationship | | |
|---|---|---|
| Average | | $171.14 |
| 1,000 feet | 0.7057% | $1.21 |
| 2,000 feet | 1.4114% | $2.42 |
| 5,000 feet | 3.5285% | $6.04 |

The trend line in the chart above indicates a rate of change of $1.21 per square foot of living area at 1,000 feet of distance from the well. When compared to the average sale price per square foot in this sample, this translates into -.7057% change in value for every 1,000 feet distance from the well, or an 1.41% change in value at 2,000 feet of distance. Given the wide variation of data and the counterintuitive trend direction, there appears to be no evidence of impact of well and compressor station proximity on residential values. The house nearest the well, 8904 Baltusrol, has sold recently. According to the listing agent, it was a foreclosure sale and the house must be remodeled. Buyers did not indicate the proximity to the well facilities or compressor station were factors in consideration for the purchase. This sale is further discussed in the sales comparison section.



30

**FLOWER MOUND DRILL SITE STUDY**                    **PRICE-DISTANCE RELATIONSHIP**

## DENTON COUNTRY CLUB WELL SITE





*DCC Well Site and Neighborhood Sales, Denton, Texas*



BLM_0055352

**FLOWER MOUND DRILL SITE STUDY**                                    **PRICE-DISTANCE RELATIONSHIP**

| | |
|---|---|
| Location Description: | Southeast of Fairway Dr. and SH 377, North of Country Club Rd., Denton, Texas |
| Latitude and Longitude: | 33.140799,-97.167425 |
| Visible Facilities: | Three natural gas wells, three storage tanks, metering stations |
| Drill Commencement Date: | 10/25/2006 |
| Current Operator: | Dune Operating Company |



The above chart shows the price per square foot of market transactions relative to the distance of each property from the well site. The general trend in this neighborhood is that the farther one gets from the well site, the more property values *decrease*. The downward trend is fairly strong, possibly due to the fact that the well is also located near the golf course and therefore houses with a view of the golf course exhibit greater values. This is indeed the case for the two closest sales. None of the houses border the well site but it is clearly visible from Fairway Drive. The following chart represents information about the linear trend line observed above.

| Distance Relationship | | |
|---|---|---|
| Average | | $124.49 |
| 500 feet | 6.28% | $7.82 |
| 1,000 feet | 12.56% | $15.64 |
| 2,000 feet | 25.12% | $31.27 |

The trend line in the chart above indicates a rate of change of $7.82 per square foot of house size for every 500 feet of distance from the well. When compared to the average sale price per square foot in this sample, this translates into 6.28% change in value for every 500 feet distance from the well, or a 12.56% change in value at 1,000 feet of distance. In the case of the Country Club Estates subdivision, it appears that the well site has no influence on the sale prices in the sample.



BLM_0055353

FLOWER MOUND DRILL SITE STUDY                                    PRICE-DISTANCE RELATIONSHIP

## ENGLER WELL SITE (MARSHALL RIDGE)





*Engler Well Site and Marshall Ridge Sales, Denton, Texas*


Integra Realty Resources

**33**

Location Description:         East of US 377. North of Ridge Point Dr., Keller, Texas
Latitude and Longitude:      32.965328,-97.246318
Visible Facilities:          Three natural gas wells, three storage tanks
Drill Commencement Date:     4/16/2006
Current Operator:            XTO Energy Inc.



The above chart shows the price per square foot of market transactions relative to the distance of each property from the well site. The general trend in this neighborhood is that the farther one gets from the well site, the more property values *decrease*. This subdivision began construction in 2009 and home values in this sample range from $220,000 to $470,000. Two homes in the sample share a property line with the Engler site, one of which exhibits the lowest unit value in the sample. However, it is also one of the largest homes, which typically results in a lower unit value. The homes around the drill site also sit on larger lots than most of the interior sales in the sample, which will increase unit values and prop up the value of homes near the drill site. The two nearest homes are 225 and 280 feet from the well head. The following chart represents information about the linear trend line observed above.

| Distance Relationship | | |
|---|---|---|
| Average | | $92.97 |
| 100 Feet | 0.662% | $0.62 |
| 1,000 Feet | 6.620% | $6.16 |
| 2,000 Feet | 13.241% | $12.31 |

The trend line in the chart above indicates a rate of change of -$0.62 per square foot of house size for every 100 feet of distance from the well. When compared to the average sale price per square foot in this sample, this translates into -$0.62% change in value for every 100 feet distance from the well, or a -$6.16 change in value for every 1,000 feet of distance. Given that the trend is negative as distance from the well increases and that substantial variance for the sample size is introduced immediately, this data set indicates the affect of well proximity on residential values is not the most important value determinant in this neighborhood, if it is a factor at all.



BLM_0055355

## THE HILLS OF ARGYLE SITES





*B Jones and TW King Well Sites and The Hills of Argyle Sales, Argyle, Texas*



**35**

BLM_0055356

**FLOWER MOUND DRILL SITE STUDY**                                      **PRICE-DISTANCE RELATIONSHIP**

| | |
|---|---|
| Location Description: | East of US 377, North of Brush Creek Rd., Argyle, Texas |
| Latitude and Longitude: | B. Jones 1 - 33.154311,-97.159267, B. Jones 2 - 33.149926,-97.159098 |
| Visible Facilities: | Three natural gas wells, three storage tanks |
| Drill Commencement Date: | 4/21/2004, 9/15/2006 |
| Latitude and Longitude: | TW King - 33.149888,-97.14908 |
| Visible Facilities: | Natural Gas Well, lift station, two storage tanks, separators, unidentified structure |
| Current Operator: | Dark Horse Operating Co., LLC & Adkins, R.L. Corp. |



The above chart shows the price per square foot of market transactions relative to the distance of each property from the well site. The general trend in this neighborhood is that the farther one gets from the well site, the more property values *increase*. Four homes in the sample are around 600 feet from the nearest well and fifteen homes are within 1,000 feet from the nearest well. It is important to note that only sales that occurred after the drill date of the nearest well were utilized. This subdivision indicates a positive trend as distance increases. Variance in the data appears after about 1,000 feet from the nearest well. The following chart represents information about the linear trend line observed above.

| Distance Relationship | | |
|---|---|---|
| Average | | $114.99 |
| 500' | -3.46% | ($3.98) |
| 1,000' | -6.91% | ($7.95) |
| 2,000' | -13.83% | ($15.90) |

The trend line in the chart above indicates a rate of change of -$7.95 per square foot of house size at 1,000 feet of distance from the well. When compared to the average sale price per square foot in this sample, this translates into a -6.91% change in value at 1,000 feet. This sample indicates that in this neighborhood, proximity to a natural gas well is an important factor in determining the value of residential property. However, the measured value change is limited to around 7% at around 1,000 feet. After this distance, the data shows that other factors become more relevant to the valuation of the homes than proximity to the well, so as to be either insignificant or immeasurable.



BLM_0055357

## LAWRENCE WELL SITE (BRAEWOOD AT OAKMONT)





*Lawrence Well Site and Braewood at Oakmont Sales, Denton, Texas*



**37**