Hamilton, W. J., Jr. 1939. Observations on the life history of the red squirrel in New York. American Midland Naturalist 22:732–745.

Hamilton, W. J., Jr. and A. H. Cook. 1955. The biology and management of the fisher in New York. New York Fish and Game Journal 2:13–35.

Hann, W. J., J. L. Jones, M. G. Karl, P. F. Hessburg, R. E. Keane, D. G. Long, J. P. Menakis, C. H. McNicoll, J. P. Menakis, and C. H. McNicoll. 1997. Landscape dynamics of the basin in T. M. Quigley and S. J. Arbelbide, editors. An assessment of the ecosystem components in the Interior Columbia Basin and portions of the Klamath and Great Basins, Volume II. USDA Forest Service, Pacific Northwest Research Station. General Technical Report PNW-GTR-405. Portland, Oregon, USA.

Hannah, L., and T. E. Lovejoy. 2003. Climate change and biodiversity: synergistic impacts. Advances in Applied Biodiversity Science 4:1-123.

Hanski, I., H. Henttonen, E. Korpimäki, L. Oksanen, and P. Turchin. 2001. Small-rodent dynamics and predation. Ecology 82:1505–1510.

Hanson, K. and R. Moen. 2008. Diet of Canada lynx in Minnesota estimated from scat analysis. Natural Resource Research Institute, NRRI TR-2008/13. University of Minnesota, Duluth, Minnesota, USA.

Hardy, C. C., J. P. Menakis, J. K. Brown, and D. L. Bunnell. 1998. Mapping historic fire regimes for the Western United States: Integrating remote sensing and biophysical data. Pages 288–300 in J. D. Greer, editor. Natural resource management using remote sensing and GIS, Proceedings of the Seventh Forest Service Remote Sensing Applications Conference; 1998 April 6-10; Nassau Bay, Texas. American Society for Photogrammetry and Remote Sensing, Bethesda, Maryland, USA.

Harger, E. M. 1965. The status of the Canada lynx in Michigan. The Jack-Pine Warbler 43:150–153.

Harper, S. C., L. L. Falk, and E. W. Rankin. 1990. The northern forest lands study of New England and New York. USDA Forest Service. Rutland, Vermont, USA.

Harris, J. A., R. J. Hobbs, E. Higgs, and J. Aronson. 2006. Ecological restoration and global climate change. Restoration Ecology 14:170–176.

Hatt, R. T. 1929. The red squirrel: its life history and habits, with special reference to the Adirondacks of New York and the Harvard Forest. Roosevelt Wild Life Annal 2:3–146.

Hatt, R. T. 1945. The pine squirrel in Colorado. Journal of Mammalogy 24:311–345.

Hayhoe, K., C. P. Wake, T. G. Huntington, L. Luo, M. Schwartz, J. Sheffield, E. Wood, B. Anderson, J. Bradbury, A. DeGaetano, T. Troy, and D. Wolfe. 2007. Past and future changes in climate and hydrological indicators in the U. S. Northeast. Climate Dynamics 28:381-407.

Heinselman, M. L. 1996. The boundary waters wilderness ecosystem. University of Minnesota Press. Minneapolis, Minnesota, USA.

Henderson, C. 1978. Minnesota Canada Lynx report, 1977. Minnesota Wildlife Research Quarterly 38:221-242.

Hessburg, P. F., J. K. Agee, and J. F. Franklin. 2005. Dry forests and wildland fires of the inland Northwest USA: Contrasting the landscape ecology of the pre-settlement and modern eras. Forest Ecology and Management. 211:117–139.

Hessburg, P. F., B. G. Smith, S. D. Kreiter, C. A. Miller, B. R. Salter, C. H. McNicoll, and W. J. Hann. 1999. Historical and current forest and range landscapes in the interior Columbia River basin and portions of the Klamath and Great Basins. Part 1: Linking vegetation patterns and landscape vulnerability to potential insect and pathogen disturbances. USDA Forest Service, Pacific Northwest Research Station, General Technical Report PNW-GTR-458. Portland, Oregon, USA.

Hik, D. S. 1994. Predation risk and the snowshoe hare cycle. Dissertation, University of British Columbia, Vancouver. British Columbia, Canada.

Hik, D. S. 1995. Does risk of predation influence population dynamics? Evidence from cyclic decline of snowshoe hares. Wildlife Research 22:115–129.

Hodges, K. E. 1998. Snowshoe hare demography and behavior during a cyclic population low phase. Dissertation, Uni-

BLM_0055536

versity of British Columbia, Vancouver, British Columbia, Canada.

Hodges, K. E. 2000a. The ecology of snowshoe hares in northern boreal forests. Pages 117–161 In L. F. Ruggiero, K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, editors. Ecology and conservation of lynx in the United States. University Press of Colorado. Boulder, Colorado, USA.

Hodges, K. E. 2000b. Ecology of snowshoe hares in southern boreal and montane forests. Pages 163–206 in L. F. Ruggiero, K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, editors. Ecology and conservation of lynx in the United States. University Press of Colorado. Boulder, Colorado, USA.

Hodges, K. E., C. J. Krebs, D. S. Hik, C. I. Stefan, E. A. Gillis, and C. E. Doyle. 2001. Snowshoe hare demography. Pages 141–178 in Krebs C. J., S. Boutin, and R. Boonstra (editors). Ecosystem Dynamics of the Boreal Forest: the Kluane Project. Oxford University Press, New York, USA.

Hodges, K. E. and L. S. Mills. 2008. Designing fecal pellet surveys for snowshoe hares. Forest Ecology and Management 256:1918–1926.

Hodges, K. E., L. S. Mills, and K. M. Murphy. 2009. Distribution and abundance of snowshoe hares in Yellowstone National Park. Journal of Mammalogy 90:870–878.

Hodges, K. E. and A.R.E. Sinclair. 2003. Does predation risk cause snowshoe hares to modify their diets? Canadian Journal of Zoology 81:1973–1985.

Hodges, K. E. and A. R. E. Sinclair. 2005. Browse site selection by snowshoe hares: effects of food supply and predation risk. Canadian Journal of Zoology. 83:280–292.

Hoffman, J. D. and H. H. Genoways. 2005. Recent records of formerly extirpated carnivores in Nebraska. Prairie Naturalist, Brookings, South Dakota, USA, 37:225–244.

Hoffman, R. S. and A. T. Smith. 2005. Order Lagomorpha. Pages 185–211 in D. E. Wilson and D. M. Reeder, editors. Mammal Species of the World a Taxonomic and Geographic Reference. Johns Hopkins University Press, Baltimore, Maryland, USA.

Holter, J. B., G. Tyler, and T. Walski. 1974. Nutrition of the snowshoe hare (Lepus americanus). Canadian Journal of Zoology 52:1553–1558.

Homyack, J. A. 2003. Effects of precommercial thinning on snowshoe hares, small mammals, and forest structure in northern Maine. Thesis, University of Maine, Orono, Maine, USA.

Homyack, J. A., D. J. Harrison, and W. B. Krohn. 2004. Structural differences between precommercially thinned and unthinned conifer stands. Forest Ecology and Management. 194:131–143.

Homyack, J. A., D. J. Harrison, and W. B. Krohn. 2005. Long-term effects of precommercial thinning on small mammals in northern Maine. Forest Ecology and Management 205:43–57

Homyack, J. A., D. J. Harrison, and W. B. Krohn. 2007. Effects of precommercial thinning on snowshoe hares in Maine. Journal of Wildlife Management 71:4–13.

Homyack, J. A., D. J. Harrison, J. A. Litvaitis, and W. B. Krohn. 2006. Quantifying densities of snowshoe hares in Maine using pellet plots. Wildlife Society Bulletin 34:74–80.

Homyack, J. A., J. H. Vashon, C. Libby, E. L. Lindquist, S. Loch, D. F. McAlpine, K. L. Pilgrim, and M. K. Schwartz. 2008. Canada lynx-bobcat (Lynx canadensis × L. rufus) hybrids at the southern periphery of lynx range in Maine, Minnesota and New Brunswick. The American Midland Naturalist 159:504–508.

Honacki, J. H., K. E. Kinman, and J. W. Koeppi, editors. 1982. Mammal species of the world: a taxonomic and geographic reference. Allen Press, Incorporated and Association of Systematics Collections, Lawrence, Kansas, USA.

Houben, J. M., M. Holland, S. W. Jack, and C. R. Boyle. 1993. An evaluation of laminated offset jawed traps for reducing injuries to coyotes. Proceedings of Great Plains Wildlife Damage Control Workshop, University of Nebraska, Lincoln, Nebraska.

Houston, A. I., J. M. McNamara, J. M. C. Hutchinson 1993. General results concerning the trade-off between gaining energy and avoiding predation. Philosophical Transactions of Royal Society Biological Sciences, London, United Kingdom 341:375–397.

Hoving, C. L. 2001. Historical occurrence and habitat ecology of Canada lynx (Lynx canadensis) in eastern North Ameri-

BLM_0055537

ca. Thesis, University of Maine. Orono, USA.

Hoving, C. L., R. A. Joseph, and W. B. Krohn. 2003. Recent and historical distributions of Canada lynx in Maine and the Northeast. Northeastern Naturalist 10(4):363-382.

Hoving, C. L., D. J. Harrison, W. B. Krohn, W. J. Jakubas, and M. A. McCollough. 2004. Canada lynx (*Lynx canadensis*) habitat and forest succession in northern Maine, USA. Wildlife Biology 10: 285–294.

Hoving, C. L., D. J. Harrison, W. B. Krohn, R. A. Joseph, and M. O'Brien. 2005. Broad-scale predictors of Canada lynx occurrence in eastern North America. Journal of Wildlife Management 69:739–751.

Ims, R. A., J. Henden, and S. T. Killengree. 2008. Collapsing population cycles. Trends in Ecology and Evolution 23:79-86.

Inkley, D. B., M. G. Anderson, A. R. Blaustein, V. R. Burkett, B. Felzer, B. Griffith, J. Price, and T. L. Root. 2004. Global climate change and wildlife in North America. Wildlife Society Technical Review 04-2. The Wildlife Society, Bethesda, Maryland, USA.

Ivan, J. S. 2011a. Density, demography, and seasonal movements of snowshoe hares in central Colorado. Dissertation, Colorado State University, Fort Collins, Colorado, USA.

Ivan, J. S. 2011b. Putative Canada lynx (*Lynx canadensis*) movements across Hwy 50 near Monarch Ski Area, Colorado. Unpublished report, Colorado Parks and Wildlife. http://wildlife.state.co.us/SiteCollectionDocuments/DOW/Research/Mammals/Publications/LynxMovementsNearMonarchSkiArea.pdf Accessed August 2013.

Ivan, J. S. 2011c. Putative Canada lynx (*Lynx canadensis*) movements across Hwy 114 near North Pass, Colorado. Unpublished report, Colorado Parks and Wildlife. http://wildlife.state.co.us/SiteCollectionDocuments/DOW/Research/Mammals/Publications/LynxMovementsNearNorthPassColorado.pdf Accessed August 2013.

Ivan, J. S. 2012. Putative Canada lynx (*Lynx canadensis*) movements across Hwy 40 near Berthoud Pass, Colorado. Unpublished report, Colorado Parks and Wildlife. http://wildlife.state.co.us/SiteCollectionDocuments/DOW/Research/Mammals/Publications/LynxMovementsnearBerthoudPassColorado.pdf Accessed August 2013.

Ivan, J., M. Rice, T. Shenk, D. Theobald and E. Odell. 2012. Predictive map of Canada lynx habitat use in Colorado. Unpublished Report. Colorado Parks and Wildlife. http://wildlife.state.co.us/SiteCollectionDocuments/DOW/Research/Mammals/Publications/CPWPredictiveLynxMapReport.pdf Accessed August 2013.

Iverson, L., A. Prasad, and S. Matthews. 2008. Modeling potential climate change impacts on the trees of the northeastern United States. Mitigation and Adaptations Strategies for Global Change 13:487-516.

Ives, W. G. H. and C. L. Rentz. 1993. Factors affecting the survival of immature lodgepole pine in the foothills of west-central Alberta. Forestry Canada, Northwest Region, Northern Forestry Centre, Information Report NOR-X330, Edmonton, Alberta, Canada.

Jacobson, G. L., I. J. Fernandez, P. A. Mayewski, and C. V. Schmitt, editors. 2009. Maine's climate future: an initial assessment. University of Maine, Orono, Maine, USA.

Johnson, C. G. and S. A. Simon. 1987. Plant associations of the Wallowa-Snake Province, Wallowa-Whitman National Forest. USDA Forest Service, R6-ECOL-TP-255B-86, Portland, Oregon, USA.

Johnson, W. J. 1969. Food habits of the Isle Royale red fox and populations aspects of three of its principal prey species. Dissertation, Purdue, West Lafayette, Indiana, USA.

Johnstone, W. D. 1981. Effects of spacing 7-year-old lodgepole pine in west-central Alberta. Forestry Canada, Northwest Region, Northern Forestry Centre, Nor-X-236, Edmonton, Alberta, Canada.

Kays, R.W. and D.E. Wilson. 2002. Mammals of North America. Princeton University Press, New Jersey, USA.

Keith, L. B. 1963. Wildlife's ten-year cycle. University of Wisconsin Press, Madison, USA.

Keith, L. B. 1981. Population dynamics of hares. Proceedings of World Lagomorph Conference, University of Guelph, Ontario, Canada 395–440.

Keith, L. B. 1990. Dynamics of snowshoe hare populations. Pages 119–195 In H. H. Genoways, editor. Current mammalogy. Plenum Press, New York, New York, USA.

Keith, L. B., S. E. M. Bloomer, and T. Willebrand. 1993. Dynamics of a snowshoe hare population in a fragmented habitat. Canadian Journal of Zoology 71:1385–1392.

BLM_0055538

Keith, L. B., J. R. Cary, O. J. Rongstad, and M. C. Brittingham. 1984. Demography and ecology of a declining snowshoe hare population. Wildlife Monographs 90:3–43.

Keith, L. B. and D. C. Surrendi.1971. Effects of fire on a snowshoe hare population. Journal of Wildlife Management 35:16–26.

Keith, L. B., A. W. Todd, C. J. Brand, R. S. Adamcik, and D. H. Rusch. 1977. An analysis of predation during cyclic fluctuation of snowshoe hares. Proceedings XIII International Congress of Game Biologists. Athens, Georgia, USA.

Keith, L. B. and L. A. Windberg. 1978. A demographic analysis of the snowshoe hare cycle. Wildlife Monographs 58:1–70.

Kelsall, J. P., E. S. Telfer, and T. D. Wright. 1977. The effects of fire on the ecology of the boreal forest, with particular reference to the Canadian north: a review and selected bibliography. Canadian Wildlife Service, Occasional Paper No. 32. Ottawa, Canada.

Kemp, G. A. and L. B. Keith. 1970. Dynamics and regulation of red squirrel (*Tamiasciurus hudsonicus*) populations. Ecology 51:763–779.

Kendall, K. C. and K. S. McKelvey. 2008. Hair Collection. Pages 141–182. in Long, R. A., P. MacKay, J. C. Ray, and W. J. Zielinski (eds.). Noninvasive Survey Methods for North American Carnivores. Island Press, Washington D.C., USA.

Kerr, J. T. and L. Packer 1998. Effects of climate change on Canadian mammal species richness. Environmental Monitoring and Assessment 49:263–270.

Kesterson, M. B.1988. Lynx home range and spatial organization in relation to population density and prey abundance. Thesis, University of Alaska, Fairbanks, Alaska, USA.

Kilgore, B. M. and M. L. Heinselman.1990. Fire in wilderness ecosystems. Pages 297–335 in Hendee, J. C., G. H. Stankey, and R. C. Lucas editors. Wilderness management. 2nd Edition. North American Press, Golden, Colorado, USA.

Kilham, L.1954.Territorial behaviour of red squirrel. Journal of Mammalogy 35:252–253.

Kleiman, D. G. and J. F. Eisenberg. 1973. Comparisons of canid and felid social systems from an evolutionary perspective. Animal Behaviour 21:637–659.

Klenner, W. and C. J. Krebs. 1991. Red squirrel population dynamics. I. The effect of supplemental food on demography. Journal of Animal Ecology 60:961–978.

Klugh, A. B. 1927. Ecology of the red squirrel. Journal of Mammalogy 8:1–32.

Koch, P. 1996. Lodgepole pine in North America. Volume I. Forest Products Society, Madison, Wisconsin.

Koehler, G. M.1990*a*. Population and habitat characteristics of lynx and snowshoe hares in north central Washington. Canadian Journal of Zoology 68:845–851.

Koehler, G. M. 1990*b*. Snowshoe hare, *Lepus americanus*, use of forest successional stage and population changes during 1985-1989 in north-central Washington. Canadian Field-Naturalist 105:291-293.

Koehler, G. M. and K. B. Aubry. 1994. Lynx. Pages 74-98 In L. F. Ruggiero, K. B. Aubry, S. W. Buskirk, and W. J. Zielinski, editors. The scientific basis for conserving forest carnivores: American marten, fisher, lynx, and wolverine. USDA Forest Service, Rocky Mountain Forest and Range Experimental Station, Fort Collins, Colorado, USA.

Koehler, G. M. and J. D. Brittell. 1990. Managing spruce-fir habitat for lynx and snowshoe hares. Journal of Forestry 88:10–14.

Koehler, G. M., M. G. Hornocker, and H. S. Hash. 1979. Lynx movements and habitat use in Montana. Canadian Field-Naturalist 93:441–442.

Koehler, G. M., B. T. Maletzke, J. A. von Kienast, K. B. Aubry, R. B. Wielgus, and R. H. Naney. 2008. Habitat fragmentation and the persistence of lynx populations in Washington State. Journal of Wildlife Management 72:1518–1524.

Kolbe, J.A. and J.R. Squires. 2006. A longevity record for Canada lynx, *Lynx canadensis*, in western Montana. Western North American Naturalist 66:535–536.

Kolbe, J. A. and J. R. Squires. 2007. Circadian activity patterns of Canada lynx in western Montana. Journal of Wildlife Management 71:1607–1611.

BLM_0055539

Kolbe, J. A., J. R. Squires, and T. W. Parker. 2003. An effective box trap for capturing lynx. Wildlife Society Bulletin 31:980-985.

Kolbe, J. A., J. R. Squires, D. H. Pletscher, and L. F. Ruggiero. 2007. The effect of snowmobile trails on coyote movements within lynx home ranges. Journal of Wildlife Management 71:1409–1418.

Korpimäki, E., K. Norrdahl, and T. Rinta-Jaskari. 1991. Responses of stoats and least weasels to fluctuating food abundances: is the low phase of the vole cycle due to mustelid predation? Oecologia 88:552–561.

Krebs, C. J. 2011. Of lemmings and snowshoe hares: the ecology of northern Canada. Philosophical Transactions of Royal Society Biological Sciences, London, United Kingdom 278:481–489.

Krebs, C. J., R. Boonstra, S. Boutin, and A. R. E. Sinclair. 2001a. What drives the 10-year cycle of snowshoe hares? BioScience pp. 25–35.

Krebs, C. J., R. Boonstra, S. Boutin, and A. R. E. Sinclair. 2001b. Conclusions and future directions. Pages 491–501 in Krebs, C. J., S. Boutin, and R. Boonstra, Ecosystem Dynamics of the Boreal Forest: The Kluane Project, Oxford University Press, New York, NY. 511 pp.

Krebs, C. J., S. Boutin, R. Boonstra, A. R. E. Sinclair, J. N. M. Smith, M. R. T. Dale, K. Martin, and R. Turkington. 1995. Impact of food and predation on the snowshoe hare cycle. Science 269:1112–1115.

Krebs, C. J., S. Boutin, and B. S. Gilbert. 1986. A natural feeding experiment on a declining snowshoe hare population. Oecologia 70:194–197.

Krefting, L.W.1975. The effect of white-tailed deer and snowshoe hare browsing on trees and shrubs in northern Minnesota. Technical Bulletin 302, Forestry Series 18, Agricultural Experiment Station, University of Minnesota, St. Paul, USA.

Kreyling, J., A. Schmiedinger, E. MacDonald, and C. Beiekuhnlein. 2008. Potential of natural tree regeneration after clearcutting in subalpine forests. Western Journal of Applied Forestry 23:46–52.

Krohn, W. B. and C. L. Hoving. 2010. Early Maine wildlife. Historical accounts of Canada lynx, moose, mountain lion, white-tailed deer, wolverine, wolves, and woodland caribou, 1603 – 1930. University of Maine Press, Orono, Maine, USA.

Kuchler, A. W. 1964. Potential natural vegetation of the conterminous United States (map and manual). American Geographical Society Special Publication 36. Brooklyn, New York, USA.

Kuehn, D. W.1989. Winter foods of fishers during a snowshoe hare decline. Journal of Wildlife Management 53:688–692.

Lachowski H. J. 1997. Relationships among prey abundance, habitat, and American marten in northern Maine. M. S. Thesis, University of Maine, Orono, Maine, USA.

Lair, H. 1985. Mating seasons and fertility of red squirrels in southern Quebec Canadian Journal of Zoology 63:2323–2327.

Lariviere, S. and L. R. Walton. 1997. *Lynx rufus*. Mammalian Species 563:1–8.

Larsen, J. A. 1980. The boreal ecosystem. Academic Press, Inc. New York. 500 pp.

Larsen, K. W. and S. Boutin. 1995. Exploring territory quality in the North American red squirrel through removal experiments. Canadian Journal of Zoology 73:1115–1122.

Layne, J. N. 1954. The biology of the red squirrel, *Tamiasciurus hudsonicus loquax* (Bangs), in central New York. Ecological Monographs 24:227–267.

Lewis, C. W., K. E. Hodges, G. M. Koehler, and L. S. Mills. 2011. Influence of stand and landscape features on snowshoe hare abundance in fragmented forests. Journal of Mammalogy 92:561–567.

Lillybridge, T. R., B. L. Kovalchik, C. K. Williams, and B. G. Smith. 1995. Field guide for forested plant associations of the Wenatchee National Forest. USDA Forest Service, Pacific Northwest Research Station. General Technical Report PNW-GTR-359, Portland, Oregon, USA.

Linden, D. W. 2006. Modeling current and historic habitat for Canada lynx (*Lynx canadensis*) in the upper peninsula of Michigan. Thesis, Michigan State University Lansing, Michigan, USA.

Linden, D. W., H. Campa, G. J. Roloff, D. E. Beyer, and K. F. Millenbah. 2011. Modeling habitat potential for Canada

BLM_0055540

lynx in Michigan. Wildlife Society Bulletin 35:20–26.

Litvaitis, J. A. 1984. Bobcat movements in relation to prey density. Dissertation, University of Maine, Orono, Maine, USA.

Litvaitis, J. A. 1992. Niche relations between coyotes and sympatric Carnivora. Pages 73-85 in A. H. Boer, editor. Ecology and management of the eastern coyote. University of New Brunswick Wildlife Research Unit, Fredericton, New Brunswick, Canada.

Litvaitis, J. A. and D. J. Harrison. 1989. Bobcat-coyote niche relationships during a period of coyote population increase. Canadian Journal of Zoology 67:1180–1188.

Litvaitis, J. A., D. Kingman, Jr., J. Lanier, and E. Orff. 1991. Status of lynx in New Hampshire. Transactions of the Northeast Section of The Wildlife Society 48:70–75.

Litvaitis, J. A., J. A. Sherbourne, and J. A. Bissonette. 1985. Influence of understory characteristics on snowshoe hare habitat use and density. Journal of Wildlife Management 49:866–873.

Litvaitis, J. A., J. A. Sherbourne, and J. A. Bissonette. 1986. Bobcat habitat use and home range size in relation to prey density. Journal of Wildlife Management 50:110-117.

Long, R. A., T. M. Donovan, P. MacKay, W. J. Zielinski, and J. S. Buzas. 2007. Effectiveness of scat detection dogs for detecting forest carnivores. Journal of Wildlife Management 71:2007–2017.

Lorimer, C. G. and A. S. White. 2003. Scale and frequency of natural disturbances in the northeastern U.S.: implications for early successional forest habitats and regional age distributions. Forest Ecology and Management 185:41-64.

Losensky, J. B. 1993. Historical vegetation in Region One by climatic section, draft revision 2. Unpublished report, USDA Forest Service, Northern Region. Missoula, Montana, USA.

Luttich, S., D. H. Rusch, E. C. Meslow, and L. B. Keith. 1970. Ecology of red-tailed hawk predation in Alberta. Ecology 51:190–203.

Major, A. R. 1989. Lynx, *Lynx canadensis canadensis* (Kerr) predation patterns and habitat use in the Yukon Territory, Canada. Thesis, State University of New York, Syracuse, New York, USA.

Major, J. T. and J. A. Sherburne. 1987. Interspecific relationships of coyotes, bobcats and foxes in western Maine. Journal of Wildlife Management 51:606–616.

Malaney, J. L. and J. K. Frey. 2006. Summer habitat use by snowshoe hare and mountain cottontail at their southern zone of sympatry. Journal of Wildlife Management 70:877–883.

Maletzke, B. T. 2004. Winter habitat selection of lynx (*Lynx canadensis*) in northern Washington. Thesis, Washington State University, Pullman, Washington, USA.

Maletzke, B. T., G. M. Koehler, R .B. Wielgus, and K .B. Aubry. 2008. Habitat conditions associated with lynx hunting behavior during winter in Northern Washington. Journal of Wildlife Management 72:1473–1478.

Malloy, J. C. 2000. Snowshoe hare, *Lepus americanus*, fecal pellet fluctuations in western Montana. Canadian Field-Naturalist 114:409–412.

Marshall, W. H. 1946. Winter food habits of the pine marten in Montana. Journal of Mammalogy 27:83–84.

McCann, N. P. 2006. Using pellet counts to predict snowshoe hare density, snowshoe hare habitat-use, and Canada lynx habitat-use in Minnesota. Thesis, University of Minnesota, Duluth, Minnesota, USA.

McCann, N. P. and R. A. Moen. 2011. Mapping potential core areas for lynx (*Lynx canadensis*) using pellet counts from snowshoe hares (*Lepus americanus*) and satellite imagery. Canadian Journal of Zoology 89:509–516.

McCann, N. P., R. A. Moen, and G. J. Niemi. 2008. Using pellet counts to estimate snowshoe hare numbers in Minnesota. Journal of Wildlife Management 72: 955–958.

McCord, C. M. and J. E. Cardoza. 1982. Bobcat and lynx. Pages 728–766 in Chapman, J. A. and G. A. Feldhamer, editors. Wild Mammals of North America. Johns Hopkins University Press, Baltimore, Maryland, USA.

McIntyre, C. L. and L. G. Adams. 1999. Reproductive characteristics of migratory golden eagles in Denali National Park, Alaska. Condor 101:115-123.

McKelvey, K. S., K. B. Aubry, J. K. Agee, S. W. Buskirk, L. F. Ruggiero, and G. M. Koehler. 2000a. Lynx conservation in an ecosystem management context. Pages 419–441 in L. F. Ruggiero, K. B. Aubry, S. W. Buskirk, G. M. Koehler,

BLM_0055541

C. J. Krebs, K. S. McKelvey, and J. R. Squires, editors. Ecology and conservation of lynx in the United States. University Press of Colorado. Boulder, Colorado, USA.

McKelvey, K. S., K. B. Aubry, and Y. K. Ortega. 2000*b*. History and distribution of lynx in the contiguous United States. Pages 207–264 in L. F. Ruggiero, K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, editors. Ecology and conservation of lynx in the United States. University Press of Colorado. Boulder, Colorado, USA.

McKelvey, K. S., S. W. Buskirk, and C. J. Krebs. 2000*c*. Theoretical insights into the population viability of lynx. Pages 21–37 in L. F. Ruggiero, K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, editors. Ecology and conservation of lynx in the United States. University Press of Colorado. Boulder, Colorado, USA.

McKelvey, K. S., J. J. Claar, G. W. McDaniel, and G. Hanvey. 1999. National lynx detection protocol. USDA Forest Service, Rocky Mountain Research Station, Missoula, Montana, USA.

McKelvey, K. S., J. P. Copeland, M. K. Schwartz, J. S. Littell, K. B. Aubry, J. R. Squires, S. A. Parks, M. M. Elsner, and G. S. Mauger. 2011. Climate change predicted to shift wolverine distributions, connectivity, and dispersal corridors. Ecological Applications 21(8):2882-2897.

McKelvey, K.S., J. Kienast, K. B. Aubry, G. M. Koehler, B. T. Maletzke, J. R. Squires, E. L. Lindquist, S. Loch, and M. K. Schwartz. 2006: DNA analysis of hair and scat collected along snow tracks to document the presence of Canada lynx. Wildlife Society Bulletin 34: 451-455.

McKelvey, K. S., G. W. McDaniel, L. S. Mills, and P. C. Griffin. 2002. Effects of plot size and shape on pellet density estimates for snowshoe hares. Wildlife Society Bulletin 30(3):751–755.

McKelvey, K. S., Y. K. Ortega, G. M. Koehler, K. B. Aubry, and J. D. Brittell. 2000*d*. Canada lynx habitat and topographic use patterns in north central Washington: a reanalysis. Pages 307–336 in L. F. Ruggiero, K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, editors. Ecology and conservation of lynx in the United States. University Press of Colorado. Boulder, Colorado, USA.

McKenzie, D., Z. Gedalof, D. L. Peterson, and P. Mote. 2004. Climatic change, wildfire, and conservation. Conservation Biology 18:890–902.

McNab, W. H. and P. E. Avers (comps.). 1994. Ecological subregions of the United States: Section descriptions. Admin. Publication WO-WSA-5. USDA Forest Service, Washington, D.C. 267 pp.

McNab, W. H., D. T. Cleland, J.A. Freeouf, J. E. Keys, Jr., G. J. Nowacki, and C. A Carpenter, compilers. 2005. Description of ecological subregions: sections of the conterminous United States [CD-ROM]. Washington, DC: U.S. Department of Agriculture, Forest Service. 80 p.

Meaney, C. and G. P. Beauvais. 2004. Species Assessment for Canada Lynx (*Lynx canadensis*) in Wyoming. USDI Bureau of Land Management, Cheyenne, Wyoming, USA.

Mech, L. D. 1973. Canadian lynx invasion of Minnesota. Biological Conservation 5:151–152.

Mech, L. D. 1980. Age, sex, reproduction, and spatial organization of lynxes colonizing northeastern Minnesota. Journal of Mammalogy 61:261–267.

Meng, H. 1959. Food habits of nesting Cooper's hawks and goshawks in New York and Pennsylvania. Wilson Bulletin 71:169–174.

Meslow, E. C. and L. B. Keith. 1968. Demographic parameters of a snowshoe hare population. Journal of Wildlife Management 32:812–834.

Miller, M.A. 2005. Snowshoe hare habitat relationships in successional stages of spruce-fir, lodgepole pine, and aspen cover types in northwest Colorado. Thesis, Colorado State University, Fort Collins, Colorado, USA.

Miller, G. S. and J. R. Kellogg.1955. List of North American recent mammals. U. S. National Museum Bulletin. 205. 954 pp.

Mills, L. S, P. G. Griffin, K. E. Hodges, K. S. McKelvey, L. F. Ruggiero, C. Henderson, and T. Ulizio. 2005. Pellet count indices compared to mark-recapture estimates for evaluating snowshoe hare density. Journal of Wildlife Management 69:1053–1062.

BLM_0055542

Ministère de l'Environement et de la Faune. 1995. Plan de gestion du lynx du Canada au Québec 1995 : Objectifs de gestion et stratégie d'exploitation. Ministère de l'Environnement et de la Faune du Québec.

Ministry of Forests, Lands, and Natural Resource Operations. 2012. 2012–2014 hunting and trapping regulation synopsis-complete. Ministry of Forests, Lands, and Natural Resource Operations, Victoria, British Columbia, Canada.

Minnesota Department of Natural Resources. 2006. Canada lynx sightings in Minnesota (March 2000 – November 14, 2006). Unpublished report. http://www.dnr.state.mn.us/eco/nhnrp/research/lynx_sightings.html Accessed August 2013.

Moen, R. 2009. Canada Lynx in the Great Lakes Region 2008 Annual Report. NRRI Technical Report No.NRRI/TR-2009-06, Release 1.0, 1-34.

Moen, R. and C. L. Burdett. 2009. Den sites of radiocollared Canada lynx in Minnesota 2004-2007. NRRI Technical Report No. NRRI/TR-2009/07.

Moen, R., C. L. Burdett, and G. J. Niemi. 2008. Movement and habitat use of Canada lynx during denning in Minnesota. Journal of Wildlife Management 72:1507–1513.

Moen, R., G. Niemi, J. Palakovich and C. L. Burdett. 2006. Snowtrack surveys for Canada lynx presence in Minnesota west of Highway 53. 2005 Annual Report to Minnesota Department of Natural Resources. NRRI Technical Report No. NRRI/TR-2006-17. 29 pp.

Moen, R., J. M. Rasmussen, C. L. Burdett, and K. M. Pelican. 2010a. Hematology, serum chemistry, and body mass of free-ranging and captive Canada lynx in Minnesota. Journal of Wildlife Diseases 46:13-22.

Moen, R., L. Terwilliger, A. R. Dohmen, and S. C. Catton. 2010b. Habitat and road use by Canada lynx making long-distance movements. Natural Resource Research Institute, NRRI TR-2010/02 University of Minnesota, Duluth, USA. http://www.nrri.umn.edu/lynx/publications/Moen_etal_NRRI_TR_2010_02.pdf Accessed August 2013.

Moen, R. A., S.K. Windels, B. Hansen. 2012. Suitability of Voyageurs National Park as Canada lynx habitat. Natural Areas Journal 32(4):348-355.

Monthey, R. W. 1986. Responses of snowshoe hares, Lepus americanus, to timber harvesting in northern Maine. Canadian Field-Naturalist 100:568–570.

More, G. 1976. Some winter food habits of lynx (Felis lynx) in the southern Mackenzie District, Northwest Territories. Canadian Field-Naturalist 90:499–500.

Morgan, P., S. C. Bunting, A. E. Black, T. Merrill, and S. Barrett. 1998. Past and present fire regimes in the Interior Columbia River Basin. In K. Close and R. A. Bartlette, editors. Fire management under fire (adapting to change), Proceedings for the 1994 Interior West Fire Council meeting and program; 1994 November 1–4; Coeur d'Alene, ID. International Association of Wildland Fire, Fairfield, Washington, USA.

Mowat, G., K. G. Poole, and M. O'Donoghue. 2000. Ecology of lynx in northern Canada and Alaska. Pages 265–306 in L. F. Ruggiero, K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, editors. Ecology and conservation of lynx in the United States. University Press of Colorado. Boulder, Colorado, USA.

Mowat, G. and B. G. Slough. 1998. Some observations on the natural history and behaviour of the Canada lynx, Lynx canadensis. Canadian Field Naturalist 112:32–36.

Mowat, G. and B. G. Slough. 2003. Habitat preference of Canada lynx through a cycle in snowshoe hare abundance. Journal of Zoology 81:1736–1745.

Mowat, G., B. G. Slough, and S. Boutin. 1996. Lynx recruitment during a snowshoe hare population peak and decline in southwest Yukon. Journal of Wildlife Management 60:441–452.

Mowat, G. G. B. Slough, and R. Rivard. 1994. A comparison of three live capturing devices for lynx: capture efficiency and injuries. Wildlife Society Bulletin 22:644-650.

Murray, D. L. 2000. A geographic analysis of snowshoe hare population demography. Canadian Journal of Zoology 78:1207–1217.

Murray, D.L. 2003. Snowshoe hare and other hares. Pages 147–175 in Feldhamer, G.A. and B. Thompson, editors. Wild mammals of North America. Vol. II. Johns Hopkins University Press, Baltimore, Maryland, USA.

Murray, D. L. and S. Boutin. 1991. The influence of snow on lynx and coyote movements: does morphology affect be-

BLM_0055543

havior? Oecologia. 88:463–469.

Murray, D. L., S. Boutin, and M. O'Donoghue. 1994. Winter habitat selection by lynx and coyotes in relation to snowshoe hare abundance. Canadian Journal of Zoology 72:1444–1451.

Murray, D. L., S. Boutin, M. O'Donoghue, and V. O. Nams. 1995. Hunting behavior of sympatric felid and canid in relation to vegetative cover. Animal Behavior 50:1203–1210.

Murray, D. L., J. R. Cary and L. B. Keith. 1997. Interactive effects of sublethal nematodes and nutritional status on snowshoe hare vulnerability to predation. Journal of Animal Ecology 66:250–264.

Murray, D. L., Roth, J. D., Ellsworth E., Wirsing, A. J., and Steury, T. D. 2002. Estimating low-density snowshoe hare populations using fecal pellet counts. Canadian Journal of Zoology 80:771-781.

Murray, D. L., T. D. Steury, and J. D. Roth. 2008. Assessment of Canada Lynx research and conservation needs in the southern range: another kick at the cat. Journal of Wildlife Management 72:1463–1472.

Nagorsen, D. W. 1985. A morphometric study of geographic variation in the snowshoe hare (*Lepus americanus*). Canadian Journal of Zoology 63:567–579.

Nellis, C. H., S. P. Wetmore, and L. B. Keith.1972. Lynx-prey interactions in central Alberta. Journal of Wildlife Management 36:320–329.

Newbury, T. L. and N. P. P. Simon. 2005. The effects of clearcutting on snowshoe hare (*Lepus americanus*) relative abundance in central Labrador. Forest Ecology and Management 210:131–142.

Nybakk, K., M. Kjorstad, K. Overskaug, T. Kvam, J. D. C. Linnell, R. Andersen, and F. Bernsten. 1996. Experiences with live-capture and radio collaring of lynx Lynx lynx in Norway. Fauna Norv. Ser. A. 17:17-26.

Obbard, M.E. 1987. Red squirrel. Pages 264-281 in M. Novak, J.A. Baker, M.E. Obbard, and B. Malloch, eds. Wild furbearer management and conservation in North America. Ontario Trappers Association, North Bay.

O'Donoghue, M. 1994. Early survival of juvenile snowshoe hares. Ecology 75:1582–1592.

O'Donoghue, M. 1997. Responses of coyotes and lynx to the snowshoe hare cycle. Dissertation, University of British Columbia. Vancouver, British Columbia, Canada.

O'Donoghue, M., S. Boutin, C. J. Krebs, and E. J. Hofer. 1997. Numerical responses of coyotes and lynx to the snowshoe hare cycle. Oikos 74:115–121.

O'Donoghue, M., S. Boutin, C. J. Krebs, G. Zuleta, D. L. Murray, and E. J. Hofer. 1998. Functional responses of coyotes and lynx to the snowshoe hare cycle. Ecology 79:1193–1208.

O'Donoghue, M., S. Boutin, D. L. Murray, C. J. Krebs, E. J. Hofer, U. R. S. Breitenmoser, C. Breitenmoser-Wuersten, G. Zuleta, C. Doyle, and V. O. Nams. 2001. Coyotes and Lynx. Pages 275–316 in Krebs, C. J., S. Boutin, and R. Boonstra, Ecosystem Dynamics of the Boreal Forest: The Kluane Project, Oxford University Press, New York, New York, USA.

O'Donoghue, M. and C. J. Krebs. 1992. Effects of supplemental food on snowshoe hare reproduction and juvenile growth at a cyclic population peak. Journal of Animal Ecology 61:631–641.

Obbard, M. E. 1987. Red squirrel. Pages 264-281 in M. Novak, J. A. Baker, M. E. Obbard and B. Malloch, editors. Wild furbearer management and conservation in North America. Ontario Trappers Association, North Bay, Canada.

Oldemeyer, J. L. 1983. Browse production and its use by moose and snowshoe hares at the Kenai Moose Research Center, Alaska. Journal of Wildlife Management 47:486–496.

Ollinger, S. V., C. L. Goodale, K. Hayhoe, and J. P. Henkins. 2008. Potential effects of climate change and rising $CO_2$ on ecosystem processes in northeastern US forests. Mitigation and Adaptations Strategies for Global Change 13:467-485.

Oliver, C. D. 1980. Forest development in North America following major disturbances. Forest Ecology and Management 3:153–168.

Oliver, C.D. and B.C. Larson. 1996. Forest Stand Dynamics. John Wiley and Sons, Inc. 520 pp.

Olsen, G. H., R. G. Linscombe, V. L. Wright, and R. A. Holmes. 1988. Reducing injuries to terrestrial furbearers using padded foothold traps. Wildlife Society Bulletin 16:303–307.

Olson, L. E., J. R. Squires, N. J. DeCesare and J. A. Kolbe. 2011. Den use and activity patterns in female Canada lynx

BLM_0055544

(*Lynx canadensis*) in the Northern Rocky Mountains. Northwest Science 85:455–462.

Oosting, H. J. 1956. The study of plant communities. W. H. Freeman and Co., San Francisco, California, USA.

Organ, J. F., J. H. Vashon, J. E. McDonald, Jr., A. D. Vashon, S. M, Crowley, W. J. Jakubas, G. J. Matula, Jr., and A. L. Meehan. 2008. Within-stand selection of Canada lynx natal dens in Northwest Maine, USA. Journal of Wildlife Management 72:1514–1517.

Ozoga, J. J. and E. M. Harger. 1966. Winter activities and feeding habits of northern Michigan coyotes. Journal of Wildlife Management 30:809–818.

Parker, G. R. 1981. Winter habitat use and hunting activities of lynx (*Lynx canadensis*) on Cape Breton Island, Nova Scotia. Pages 221-248 in J. A. Chapman and D. Pursley, editors. Proceedings Worldwide Furbearer Conference, August 3–11, 1980. Frostburg, Maryland, USA.

Parker, G. R. 1984. Use of spruce plantations by snowshoe hare in New Brunswick. Forestry Chronicle 60:162–166.

Parker, G. R. 1986. The importance of cover on use of conifer plantations by snowshoe hares in northern New Brunswick. Forestry Chronicle 62:159–163.

Parker, G. R., J. W. Maxwell, L. D. Morton, and G. E. J. Smith. 1983. The ecology of the lynx (*Lynx canadensis*) on Cape Breton Island. Canadian Journal of Zoology 61:770–786.

Parmesan, C. 2006. Ecological and evolutionary responses to recent climate change. Annual Review of Ecology, Evolution, and Systematics 37:637–669.

Pastor, J. and D. J. Mladenoff. 1992. The southern boreal-northern hardwood forest border. Pages 216-240 in H. H. Shugart, R. Leemans, and G.B. Bonan, editors. A systems analysis of the global boreal forest. Cambridge Univ. Press, Cambridge, England.

Patton, G. 2006. Idaho Snow track survey, winter 2006. Unpublished report. Idaho Dept. of Fish and Game. 31 pp.

Pauls, R. W. 1978. Behavioural strategies relevant to the energy economy of the red squirrel (*Tamiasciurus hudsonicus*). Canadian Journal of Zoology 56:1519–1525.

Pease, J. L., R. H. Vowles, and L. B. Keith.1979. Interaction of snowshoe hares and woody vegetation. Journal of Wildlife Management 43:43–60.

Pehrson, A. 1983. Digestibility and retention of food components in caged mountain hares *Lepus timidus* during the winter. Ecography 6:395–403.

Pennak, R. 1963. Ecological and radiocarbon correlations in some Colorado mountain lake and bog deposits. Ecology 44:1–15.

Peterson, R. L. 1966. The mammals of eastern Canada. Oxford University Press, Toronto, Ontario, Canada.

Pfister, R. D., B. L. Kovalchik, S. F. Arno, and R. C. Presby. 1977. Forest habitat types of Montana. USDA Forest Service, Intermountain Forest and Range Experiment Station, General Technical Report INT-34. Ogden, Utah, USA.

Pietz, P. J. and J. R. Tester. 1983. Habitat selection by snowshoe hares in north central Minnesota. Journal of Wildlife Management 47(3):686-696.

Poole, K. G.1994. Characteristics of an unharvested lynx population during a snowshoe hare decline. Journal of Wildlife Management 58:608–618.

Poole, K. G. 1997. Dispersal patterns of lynx in the Northwest Territories. Journal of Wildlife Management 61:497–505.

Poole, K.G. and R. P. Graf. 1996. Winter diet of marten during a snowshoe hare decline. Canadian Journal of Zoology 74:456–466.

Poole, K. G., L. A. Wakelyn, and P. N. Nicklen. 1996. Habitat selection by lynx in the Northwest Territories. Canadian Journal of Zoology 74:845–850.

Poszig, D., C.D. Apps, A. Dibb. 2004. Predation on two mule deer, *Odocoileus hemionus*, by a Canada lynx, *Lynx canadensis* in the southern Canadian Rocky Mountains. Canadian Field-Naturalist 118:191–194.

Potvin, F., L. Breton, and R. Courtois. 2005. Response of beaver, moose, and snowshoe hare to clear-cutting in a Quebec boreal forest: a reassessment 10 years after cut. Canadian Journal of Forestry Resources 35:151–160.

BLM_0055545

Powell, D. C., C. G. Johnson, Jr., E. A. Crowe, A. Wells, and D. K. Swanson. 2007. Potential vegetation hierarchy for the Blue Mountains Section of northeastern Oregon, southeastern Washington, and west-central Idaho. Pacific Northwest Research Station, General Technical Report PNW-GTR-709, Portland, Oregon, USA.

Prasad, A. M., L. R. Iverson, S. Matthews, and M. Peters. 2007. A climate change atlas for 134 forest tree species of the eastern U.S., Delaware, OH. USDA Forest Service, Northern Research Station.

Pruitt, Q. O., Jr., and C. V. Lucier. 1958. Winter activity of red squirrels in interior Alaska. Journal of Mammalogy 39:443–444.

Quick, H. F. 1955. Food habits of marten (*Martes americana*) in northern British Columbia, Canadian Field-Naturalist 69:144–147.

Quigley, T. M., R. Haynes, R. W. Graham, and T. Russell, technical editors. 1996. Integrated scientific assessment for ecosystem management in the interior Columbia basin and portions of the Klamath and Great Basins. USDA Forest Service, Pacific Northwest Research Station. General Technical Report PNW-GTR-382. Portland, Oregon, USA.

Quinn, N. W. S. and G. Parker. 1987. Lynx. Pages 683–694 in Novak, N. and M. Obbard editors. Wild furbearer management and conservation in North America. Ministry of Natural Resources, Toronto, Ontario, Canada.

Quinn, N. W. S. and J. E. Thompson. 1987. Dynamics of an exploited Canada lynx population in Ontario. Journal of Wildlife Management 51:297–305.

Radwan, M. A. and D. L. Campbell. 1968. Snowshoe hare preference of spotted catsear flowers in western Washington. Journal of Wildlife Management 32:104–108.

Raffa, K. F., B. K. Aukema, B. J. Bentz, A. L. Carroll, J. A. Hicke, M. G. Turner, and W. H. Romme. 2008. Cross-scale drivers of natural disturbances prone to anthropogenic amplification: the dynamics of bark beetle eruptions. BioScience 58:501-517.

Raine, R. M. 1987. Winter food habits and foraging behaviour of fishers (*Martes pennanti*) and martens (*Martes americana*) in southeastern Manitoba. Canadian Journal of Zoology 65:745–747.

Ranta, E., V. Kaitala, and P. Lundberg. 1997. The spatial dimension in population fluctuations. Science 278:1621–1623.

Rausch, R. A. and A. M. Pearson. 1972. Notes on the wolverine in Alaska and the Yukon Territory. Journal of Wildlife Management 36:249–268.

Ray, J. C., J. E. Organ, and M. S. O'Brien. 2002. Canada lynx (*Lynx canadensis*) in the northern Appalachians: current knowledge, research priorities, and a call for regional cooperation and action. Report of a meeting held in Portland, Maine April, 2002. Wildlife Conservation Society, Toronto, Ontario, Canada. http://carnivorecology.free.fr/pdf/WCSlynx.pdf Accessed August 2013.

Reichard, T. A. 1976. Spring food habits and feeding behavior of fox squirrels and red squirrels. American Midland Naturalist 96:443–450.

Robinson, L. 2006. Ecological relationships among partial harvesting, vegetation, snowshoe hares, and Canada lynx in Maine. M. S. Thesis, University of Maine, Orono, Maine, USA.

Rodgers, A. R. and A. R. E. Sinclair. 1997. Diet choice and nutrition of captive snowshoe hares (*Lepus americanus*): Interactions of energy, protein, and plant secondary compounds. Ecoscience 4:163–169.

Rogowitz, G. L. 1988. Forage quality and use of reforested habitats by snowshoe hares. Canadian Journal of Zoology 66:2080–2083.

Rohner, C. and C. J. Krebs. 1996. Owl predation on snowshoe hares: consequences of antipredator behavior. Oecologia 108(2):303–310.

Root, T. L., J. T. Price, K. R. Hall, S. H. Schneider, C. Rosenzweig, and J. A. Pounds. 2003. Fingerprints of global warming on wild animals and plants. Nature 421:57–60.

Rosenzweig, C., G. Casassa, D.J. Karoly, A. Imeson, C. Liu, A. Menzel, S. Rawlins, T.L. Root, B. Seguin, and P. Tryjanowski. 2007. Assessment of observed changes and responses in natural and managed systems. Climate Change 2007: Impacts, Adaptation and Vulnerability. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change. M.L. Parry, O.F. Canziani, J.P. Palutikof, P.J.

BLM_0055546

van der Linden and C.E. Hanson, editors. Cambridge University Press, Cambridge, UK, 79-131. http://www.ipcc.ch/pdf/assessment-report/ar4/wg2/ar4-wg2-chapter1.pdf Accessed August 2013.

Roth, J. D., J. D. Marshall, D. L. Murray, D. M. Nickerson, and T. D. Steury. 2007. Geographical gradients in diet affect population dynamics of Canada lynx. Ecology. 88:2736–2743.

Rothwell, R. 1979. Nest sites of red squirrels (*Tamiasciurus hudsonicus*) in the Laramie Range of southeastern Wyoming. Journal of Mammalogy 60:404–405.

Route, B., S.K. Windels, and J. Schaberl. 2009. Status of Canada lynx in Voyageurs National Park, Minnesota, 2000-2004. NPS/GLKN/NRTR 172, 1-27. National Park Service, Natural Resources, Fort Collins, CO.

Row, J. R., C. Gomez, E. L. Koen, J. Bowman, D. L. Murray, and P. J. Wilson. 2012. Dispersal promotes high gene flow among Canada lynx populations across mainland North America. Conservation Genetics 13:1259-1268.

Rowe, J. S. 1972. Forest regions of Canada. Canadian Forestry Service, Publication 1300, Ottawa, Canada.

Royama. T.1992. Analytical population dynamics. Chapman and Hall Publishing Company, London, United Kingdom.

Ruediger, B., J. Claar, S. Gniadek, B. Holt, L. Lewis, S. Mighton, B. Naney, G. Patton, T. Rinaldi, J. Trick, A. Vandehey, F. Wahl, N. Warren, D. Wenger, and A. Williamson. 2000. Canada lynx conservation assessment and strategy. USDA Forest Service, USDI Fish and Wildlife Service, USDI Bureau of Land Management, and USDI National Park Service. Forest Service Publication Number R1-00-53, Missoula, Montana, USA.

Rueness, E. K., N. C. Stenseth, M. O'Donoghue, S. Boutin, H. Ellegren, and K. S. Jakobsen. 2003. Ecological and genetic spatial structuring in the Canadian lynx. Nature 425:69-72.

Ruggiero, L. F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, techical editors. 2000a. Ecology and conservation of lynx in the United States. University Press of Colorado. Boulder, USA.

Ruggiero, L. F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires. 2000b. The scientific basis for lynx conservation: qualified insights. Pages 443–454 in L. F. Ruggiero, K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, editors. Ecology and conservation of lynx in the United States. University Press of Colorado. Boulder, Colorado, USA.

Rusch, D. A. and W. G. Reeder. 1978. Population ecology of Alberta red squirrels. Ecology 59:400–420.

Rusch, D. H., E. C. Meslow, P. D. Doerr, and L. B. Keith. 1972. Response of great horned owl populations to changing prey densities. Journal of Wildlife Management 36:282–296.

Saunders, J. K., Jr. 1963a. Food habits of the lynx in Newfoundland. Journal of Wildlife Management 27:384–390.

Saunders, J. K., Jr. 1963b. Movements and activities of the lynx in Newfoundland. Journal of Wildlife Management 2:390–400.

Schauffler, M. and G. L. Jacobson. 2002. Persistence of coastal spruce refugia during the Holocene in northern New England, USA, detected by stand-scale pollen stratigraphies. Journal of Ecology 90:235–250.

Schmitz, O. J., E. Post, C. E. Burns, and K. M. Johnston. 2003. Ecosystem responses to global climate change: moving beyond color mapping. BioScience 53:1199–1205.

Schoennaagel, T., T. T. Veblen, and W. H. Romme. 2004. The interaction of fires, fuels, and climate across Rocky Mountain forests. BioScience 54:661–676.

Schwartz, M. K., L. S. Mills, K. S. McKelvey, L. F. Ruggiero, and F. W. Allendorf. 2002. DNA reveals high dispersal synchronizing the population dynamics of Canada lynx. Nature 415:520–522.

Schwartz, M. K., L. S. Mills, Y. Ortega, L. F. Ruggiero, and F. W. Allendorf. 2003. Landscape location affects genetic variation of Canada lynx (*Lynx canadensis*). Molecular Ecology 12:1807-1816.

Schwartz, M. K., K. L. Pilgrim, K. S. McKelvey, E. L. Linquist, J. J. Claar, S. Loch, L. F. Ruggiero. 2004. Hybridization between Canada lynx and bobcats: genetic results and management implications. Conservation Genetics 5:349–355.

Scott, D. P. and R., H. Yahner. 1989. Winter habitat and browse use by snowshoe hares, *Lepus americanus*, in a marginal habitat in Pennsylvania. Canadian Field-Naturalist 103:560–563.

Scott, S. A. 2009. Spatio-temporal dynamics of snowshoe hare density and relationships to Canada lynx occurrence in northern Maine. M. S. Thesis, University of Maine, Orono, Maine, USA.

BLM_0055547

Seccombe-Hett, P. and R. Turkington. 2008. Summer diet selection of snowshoe hares: a test of nutritional hypotheses. Oikos 117:1874–1884.

Seton, E. T. 1910. Life-histories of northern animals. Vol. 1. Grass-eaters. Constable and Company, London, United Kingdom.

Severaid, J. H. 1945. Pelage changes in the snowshoe hare (*Lepus americanus strutopus* Bangs). Journal of Mammalogy 26 (1):41-63.

Seymour, R. S. 1992. The red spruce-balsam fir forest of Maine: evolution of silvicultural practice in response to stand development, patterns and disturbances. Pages 217-244 in the Ecology and Silviculture of Mixed-Species Forests: A Festschrift for David M. Smith. Kelly, M. J., B. C. Larson, and C. D. Oliver, editors. Kluver Academic Publishers, Netherlands.

Seymour, R. S. and M. L. Hunter Jr. 1992. New forestry in eastern spruce-fir forests: principles and applications in Maine. Maine Agricultural and Forest Experiment Station. University of Maine. Miscellaneous Publication 716. Orono, Maine, USA.

Seymour, R. S., A. S. White and P. G. DeMaynadier. 2002. Natural disturbance regimes in northeastern North America – evaluating silvicultural systems using natural scales and frequencies. Forest Ecology and Management 155:357-367.

Shenk, T. M. 2006. Wildlife research report: post release monitoring of lynx (*Lynx canadensis*) reintroduced to Colorado. July 1, 2005–June 30, 2006. Colorado Division of Wildlife. http://wildlife.state.co.us/SiteCollectionDocuments/DOW/WildlifeSpecies/SpeciesOfConcern/Lynx/Reports/0506LynxResearchReport.pdf Accessed August 2013.

Shenk, T. M. 2007. Wildlife research report: post release monitoring of lynx (*Lynx canadensis*) reintroduced to Colorado. July 1, 2006–June 30, 2007. Colorado Division of Wildlife. http://wildlife.state.co.us/SiteCollectionDocuments/DOW/WildlifeSpecies/SpeciesOfConcern/Lynx/Reports/ShenkFinal2006-07AnnualReportsecure.pdf Accessed August 2013.

Shenk, T. M. 2008. Wildlife research report: post release monitoring of lynx (*Lynx canadensis*) reintroduced to Colorado. July 1, 2007–June 30, 2008. Colorado Division of Wildlife. http://wildlife.state.co.us/SiteCollectionDocuments/DOW/WildlifeSpecies/SpeciesOfConcern/Lynx/Reports/LynxAnnualReport2007-08.pdf Accessed August 2013.

Shenk, T. M. 2009. Wildlife research report: post release monitoring of lynx (*Lynx canadensis*) reintroduced to Colorado. July 1 2008–August 31, 2009. Colorado Division of Wildlife. http://wildlife.state.co.us/SiteCollectionDocuments/DOW/WildlifeSpecies/SpeciesOfConcern/Lynx/Reports/LynxAnnualReport2008-2009.pdf Accessed August 2013.

Sherriff, M.J., C.J. Krebs, R. Boonstra. 2009. The sensitive hare: sublethal effects of predator stress on reproduction in snowshoe hares. Journal of Animal Ecology 78:1249–1258.

Sievert, P. R. and L. B. Keith. 1985. Survival of snowshoe hares at a geographic range boundary. Journal of Wildlife Management 49:854–866.

Simons, E. M. 2009. Influences of past and future forest management on the spatiotemporal dynamics of habitat supply for Canada lynx and American martens in northern Maine. Ph.D. dissertation, University of Maine, Orono, Maine USA.

Simons-Legaard, E. M., D. J. Harrison, W. B. Krohn, and J. H. Vashon. 2013. Canada lynx occurrence and forest management in the Acadian forest. Journal of Wildlife Management 77:567–578.

Sinclair, A. R. E., J. M. Gosline, G. Holdsworth, C. J. Krebs, S. Boutin, J. N. M. Smith, R. Boonstra, and M. Dale. 1993. Can the solar cycle and climate synchronize the snowshoe hare cycle in Canada? Evidence from tree rings and ice cores. The American Naturalist 141:173–198.

Sinclair, A. R. E, C. J. Krebs, J. N. M. Smith, and S. Boutin. 1988. Population biology of snowshoe hares. III. Nutrition, plant secondary compounds and food limitation. Journal of Animal Ecology 57:787–806.

Singleton, P. H., W. L. Gaines, and J. F. Lehmkuhl. 2002. Landscape permeability for large carnivores in Washington: a

BLM_0055548

geographic information system weighted-distance and least-cost corridor assessment. USDA Forest Service, Pacific Northwest Research Station, General Technical Report PNW-GTR-549. Portland, Oregon, USA.

Slough, B. G. 1999. Characteristics of Canada lynx, *Lynx canadensis*, maternal dens and denning habitat. Canadian Field-Naturalist 113:605–608.

Slough, B. G. and G. Mowat. 1996. Lynx population dynamics in an untrapped refugium. Journal of Wildlife Management 60:946–961.

Smith, C. C. 1968*a*. The adaptive nature of social organization in the genus of three squirrels *Tamiasciurus*. Ecological Monographs 38:31–63.

Smith, C.H. 1983. Spatial trends in Canadian snowshoe hare, *Lepus americanus*, population cycles. Canadian Field-Naturalist 97:151–160.

Smith, D. S. 1984. Habitat use, home range, and movements of bobcats in western Montana. Thesis, University of Montana, Missoula, Montana, USA.

Smith, J. K. and W. C. Fischer. 1997. Fire ecology of the forest habitat types of northern Idaho. USDA Forest Service, Intermountain Research Station, General Technical Report INT-GTR-363. Ogden, Utah, USA.

Smith, J. N. M., C. J. Krebs, A. R. E. Sinclair, and R. Boonstra. 1988. Population biology of snowshoe hares. II. Interactions with winter food plants. Journal of Animal Ecology 57:269–286.

Smith, M. C. 1968*b*. Red squirrel responses to spruce cone failure in interior Alaska. Journal of Wildlife Management 32:305–317.

Soutiere, E. C. 1979. Effects of timber harvesting on marten in Maine. Journal of Wildlife Management 43:850–860.

Sprugel, D. G. 1976. Dynamic structure of wave-regenerated *Abies balsamea* forests in the North-eastern United States. Journal of Ecology 64:889-911.

Squires, J. R., N. J. Decesare, J. A. Kolbe, and L. F. Ruggiero. 2008. Hierarchical den selection of Canada lynx in western Montana. Journal of Wildlife Management 72:1497–1506.

Squires, J. R., N. J. DeCesare, J. A. Kolbe, and L. F. Ruggiero. 2010. Seasonal resource selection of Canada lynx in managed forests of the Northern Rocky Mountains. Journal of Wildlife Management 74:1648–1660.

Squires, J. R., N. J. DeCesare, L. E. Olson, J. A. Kolbe, M. Hebblewhite, and S. A. Parks. 2013. Combining resource selection and movement behavior to predict corridors for Canada lynx at their southern range periphery. Biological Conservation 157:187–195.

Squires, J. R., DeCesare, N. J., Tomson, S., Oakleaf, B., and L. F. Ruggiero. 2003. Distribution of lynx and other forest carnivores in the Wyoming Range, southcentral Wyoming: Final Report. USDA Forest Service, Rocky Mountain Research Station, Missoula, Montana, USA.

Squires, J. R. and T. Laurion. 2000. Lynx home range and movements in Montana and Wyoming: preliminary results. Pages 337-349 in L. F. Ruggiero, K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, editors. Ecology and conservation of lynx in the United States. University Press of Colorado. Boulder, Colorado, USA.

Squires, J. R., K. S. McKelvey, and L. F. Ruggiero. 2004. A snow-tracking protocol used to delineate local lynx, *Lynx canadensis*, distributions. Canadian Field-Natualist 118:583–589.

Squires, J. R. and R. Oakleaf. 2005. Movements of a male Canada lynx crossing the Greater Yellowstone Area, including highways. Northwest Science. 79:196–201.

Squires, J. R, L. E. Olson, D. L. Turner, N. J. DeCesare, and J. A. Kolbe. 2012. Estimating detection probability for Canada lynx *Lynx canadensis* using snow-track surveys in the northern Rocky Mountains, Montana, USA. Wildlife Biology 18:215–224.

Squires, J. R. and L. F. Ruggiero. 2007. Winter prey selection of Canada lynx in northwestern Montana. Journal of Wildlife Management 71:310–315.

Staples, W. R. 1995. Lynx and coyote diet and habitat relationships during a low hare population on the Kenai Peninsula, Alaska. Thesis, University of Alaska, Fairbanks, Alaska, USA.

Steele, R., R. D. Pfister, R. A. Ryker, and J. A. Kittams. 1981. Forest habitat types of central Idaho. USDA Forest Ser-

BLM_0055549

vice, Intermountain Forest and Ranger Experiment Station, General Technical Report INT-114. Ogden, Utah, USA.

Stefan, C. I. 1998. Reproduction and pre-weaning survival in a cyclic population of snowshoe hares. Thesis, University of British Columbia, Vancouver, Canada.

Stefan, C. I. and C. J. Krebs. 2001. Reproductive changes in a cyclic population of snowshoe hares. Canadian Journal of Zoology 79:2101–2108.

Stenseth, N. C. 1995. Snowshoe hare populations: squeezed from below and above. Science 269:1061–1062.

Stenseth, N. C., K. Chan, H. Tong, R. Boonstra, S. Boutin, C. J. Krebs, E. Post, M. O'Donoghue, N. G. Yoccoz, M. C. Forchhammer, and J. W. Hurrell. 1999. Common dynamic structure of Canada lynx populations within three climatic regions. Science 285:1071–1073.

Stenseth, N. C., D. Ehrich, E. K. Rueness, O. C. Lingjaerde, K. Chan, S. Boutin, M. O'Donoghue, D. A. Robinson, H. Viljugrein, and K. S. Jakobsen. 2004. The effect of climatic forcing on population synchrony and genetic structuring of the Canadian lynx. Proceedings National Academy of Sciences 101:6056–6061.

Stenseth, N. C., W. Falck, O. N. Bjørnstad, and C. J. Krebs. 1997. Population regulation in snowshoe hare and Canadian lynx: Asymmetric food web configurations between hare and lynx. Proceedings National Academy of Sciences 94:5147–5152.

Stephenson, R. O. 1984. The relationship of fire history to furbearer populations and harvest. Final Report, Federal Aid in Wildlife Restoration, Project W-22-2, Job 7.13R Alaska Dept. of Fish and Game, Juneau, Alaska, USA.

Steury, T. D. and D. L. Murray. 2004. Modeling the reintroduction of lynx to the southern portion of its range. Biological Conservation 117:127–141.

Stinson, D. W. 2001. Washington state recovery plan for the lynx. Washington Department of Fish and Wildlife, Olympia, Washington. 78 pp. + 5 maps. http://wdfw.wa.gov/publications/00394/ Accessed August 2013.

Strohm, S. and R. Tyson. 2009. The effects of habitat fragmentation on cyclic population dynamics: a numerical study. Bulletin of Mathematical Biology 71:1323–1348.

Sullivan, T. P. and R. A. Moses. 1986. Red squirrel populations in natural and managed stands of lodgepole pine. Journal of Wildlife Management 50:595–601.

Sullivan, T. P. and D. S. Sullivan. 1982. Barking damage by snowshoe hares and red squirrels in lodgepole pine stands in central British Columbia. Canadian Journal of Forest Research 12:443–448.

Sullivan, T. P. and D. S. Sullivan. 1983. Use of index lines and damage assessments to estimate population densities of snowshoe hares. Canadian Journal of Zoology 61:163–167.

Sullivan, T. P. and D. S. Sullivan. 1988. Influence of stand thinning on snowshoe hare population dynamics and feeding damage in lodgepole pine forest. Journal of Applied Ecology 25:791–805.

Sullivan, T. P., D. S. Sullivan, P. MF Lindgren, and D. B. Ransome. 2006. Influence of repeated fertilization on forest ecosystems: relative habitat use by snowshoe hares (Lepus americanus). Canadian Journal of Forest Resources 36:2080–2089.

Tang, G. and B. Beckage. 2010. Protecting the distribution of forests in New England in response to climate change. Diversity and Distributions 16:144-158.

Taylor, S. W. and A. L. Carroll. 2004. Disturbance, forest age, and mountain pine beetle outbreak dynamics in BC: A historical perspective. Pages 41–56 in T. L. Shore, J. E. Brooks, and J. E. Stone, editors. Mountain pine beetle symposium: challenges and solutions. Natural Resources Canada, Canadian Forest Service, Pacific Forestry Centre, Information Report BC-X-399, Victoria, British Columbia, Canada.

Telfer, E. S.1972. Browse selection by deer and hares. Journal of Wildlife Management 36:1344–1349.

Telfer, E. S.1974. Vertical distribution of cervid and snowshoe hare browsing. Journal of Wildlife Management 38:944–946.

Terwilliger, L. A. and R. Moen. 2012. Canada lynx (Lynx canadensis) in Minnesota: road use and movements within home range. NRRI Technical Report No. NRRI/TR-2012/31 Release 1.0.

Theobald, D. M. and T. M. Shenk. 2011. Areas of high habitat use from 1999-2010 for radio-collared Canada lynx rein-

BLM_0055550

troduced to Colorado. Unpublished report. Colorado Parks and Wildlife. 19 pp. http://wildlife.state.co.us/SiteCollectionDocuments/DOW/Research/Mammals/Publications/LynxHabitatUseMapReport.pdf Accessed August 2013.

Thibault, I. and J. P. Ouellet. 2005. Hunting behaviour of eastern coyotes in relation to vegetation cover, snow conditions, and hare distribution. Ecoscience 12:466–475.

Thomas, J. A., J. G. Hallett, and M. A. O'Connell. 1997. Habitat use by snowshoe hares in managed landscapes of northeastern Washington. Unpublished report. Washington Department of Fish and Wildlife, Olympia, Washington and USDA Forest Service, Colville, Washington, USA.

Tumlison, R. 1987. *Felis lynx*. Mammalian Species 269:1–8.

Ulizio, T. J. Squires and J. Claar. 2007. Nez Perce National Forest 2007 Lynx Surveys Final Report. Unpublished report. 5 pp.

USDA Forest Service. 2008. Southern Rockies Lynx Amendment Final Environmental Impact Statement and Record of Decision. http://www.fs.fed.us/r2/projects/lynx/documents/index.shtml Accessed August 2013.

USDA Forest Service. 2009. Preliminary assessment of environmental attributes necessary to support a viable lynx population on National Forest System Lands in Northern New Mexico for LCAS revision. Unpublished internal report, March 10, 2009. Southwestern Region, Albuquerque, NM.

USDA Forest Service. 2010. The Okanogan-Wenatchee National Forest restoration strategy: adaptive ecosystem management to restore landscape resiliency, 2010 Final Version. Okanogan-Wenatchee National Forest, Wenatchee, Washington, USA.

USDA Forest Service. 2011. Western bark beetle strategy: human safety, recovery and resiliency. Unpublished report. http://www.fs.usda.gov/Internet/FSE_DOCUMENTS/stelprdb5337222.pdf Accessed August 2013.

U.S. Fish and Wildlife Service. 2001. Formal ten-year Biological Opinion on the effects of the CITES export program for Appendix-II Furbearer Species on the contiguous United States Distinct Population Segment of the Canada Lynx. Washington, D.C. 19 pp.

U.S. Fish and Wildlife Service. 2005. Recovery outline: contiguous United States Distinct Population Segment of Canada lynx. U.S. Fish and Wildlife Service Region 6, Montana Field Office, Helena, Montana, USA. http://www.fws.gov/mountain-prairie/species/mammals/lynx/final%20lynx%20RecoveryOutline9-05.pdf Accessed August 2013.

U.S. Fish and Wildlife Service. 2011. Environmental assessment for issuance of a 10(a)(1)(B) permit for the incidental take of the Canada lynx (*Lynx canadensis*). Maine Field Office, Orono, Maine, USA.

U.S. Fish and Wildlife Service. 2012. Canada lynx (*Lynx canadensis*) incidental take in Minnesota. Unpublished database, Bloomington, Minnesota. Accessed September 5, 2012.

Vahle, J. R. and D. R. Patton. 1983. Red squirrel cover requirements in Arizona mixed conifer forests. Journal of Forestry 81:14–15, 22.

van Zyll de Jong, C. G. 1966. Food habits of the lynx in Alberta and the Mackenzie District, Northwest Territories. Canadian Field-Naturalist 80:18–23.

Vashon, J., S. McLellan, S. Crowley, A. Meehan, and K. Laustsen. 2012. Canada lynx assessment. Maine Department of Inland Fish and Wildlife, Research and Assessment Section, Bangor, ME.

Vashon, J. H., A. L. Meehan, W. J. Jakubas, J. F. Organ, A. D. Vashon, C. R. McLaughlin, G. J. Matula, Jr., and S. M. Crowley. 2008*a*. Spatial ecology of a Canada lynx population in northern Maine. Journal of Wildlife Management 72:1479–1487.

Vashon, J. H., A. L. Meehan, J. F. Organ, W. J. Jakubas, C. R. McLaughlin, A. D. Vashon, and S. M. Crowley. 2008*b*. Diurnal habitat relationships of Canada lynx in an intensively managed private forest landscape in northern Maine. Journal of Wildlife Management 72:1488–1496.

Veblen, T. T, K. S. Hadley, E. M. Nel, T. Kitzberger, M. Reed, and R. Villalba. 1998. Disturbance regimes and disturbance interactions in a Rocky Mountain subalpine forest. Journal of Ecology 82:125–135.

von Kienast, J.A. 2003. Winter habitat selection and food habits of lynx on the Okanogan Plateau, Washington. Thesis, University of Washington, Seattle, Washington, USA.

BLM_0055551

Walker, C. J. 2005. Influences of landscape structure on snowshoe hare populations in fragmented forests. Thesis, University of Montana. Missoula, Montana, USA.

Walker, E. P. 1968. Mammals of the world. 2 vols. Johns Hopkins University Press, 2nd edition. Baltimore, Maryland, USA.

Walski, T. W. and W. W. Mautz. 1977. Nutritional evaluation of three winter browse species of snowshoe hares. Journal of Wildlife Management 41:144–147.

Ward, R. P. M. and C. J. Krebs. 1985. Behavioural responses of lynx to declining snowshoe hare abundance. Canadian Journal of Zoology 63:2817-2824.

Westerling A. L., H. G. Hidalgo, D. R. Cayan, T.W. Swetnam. 2006. Warming and earlier spring increase western U.S. wildfire activity. Science 313: 940–943.

Whitlock, C. 2004. Land management: forests, fires, and climate. Nature. 432:28–29.

Wild, M.A., T.M. Shenk, and T.R. Spraker. 2006. Plague as a mortality factor in Canada lynx (*Lynx canadensis*) reintroduced to Colorado. Journal of Wildlife Diseases. 42:646–650.

Williams, A. B. 1936. The composition and dynamics of a beech-maple climax community. Ecological Monographs 6:317–408.

Williams, C. K. and T. R. Lillybridge.1983. Forested plant associations of the Okanogan National Forest. USDA, Forest Service, Pacific Northwest Region. R6-Ecol-132b-1983, Portland, Oregon, USA.

Williams, C. K., Kelley, B. F., Smith, B. G., and T. R. Lillybridge.1995. Forested plant associations of the Colville National Forest. USDA Forest Service, Pacific Northwest Research Station, General Technical Report, PNW-GTR-360, Portland, Oregon, USA.

Windberg, L. A. and L. B. Keith. 1976. Experimental analyses of dispersal in snowshoe hare populations. Canadian Journal of Zoology 54:2061–2081.

Wirsing, A.J. and D.L. Murray. 2002. Patterns in consumption of woody plants by snowshoe hares in the northwestern United States. Ecoscience 9:440–449.

Wirsing, A. J., T. D. Steury, and D. L. Murray. 2002. A demographic analysis of a southern snowshoe hare population in a fragmented habitat: evaluating the refugium model. Canadian Journal of Zoology 80:169-177.

Wolff, J. O. 1978. Food habits of snowshoe hares in interior Alaska. Journal of Wildlife Management 42:148–153.

Wolff, J. O. 1980. The role of habitat patchiness in the population dynamics of snowshoe hares. Ecological Monographs 50:111–130.

Wolff, J.O. 1981. Refugia, dispersal, predation and geographic variation in snowshoe hare cycles. in K. Meyers and C.D. MacInnes, editors. Proceedings of the International Lagomorph Conference, Guelph, Ontario, Canada.

Wolfe, M. L., N. V. Debyle, C. S. Winchell, and T. R. McCabe. 1982. Snowshoe hare cover relationships in northern Utah. Journal of Wildlife Management 46:662–670.

Wrigley, R. E. 1969. Ecological notes on the mammals of southern Quebec. Canadian Field-Naturalist 83:201-211.

Yahner, R. H. 1980. Burrow system use by red squirrels. American Midland Naturalist 103:409–411.

Zahratka, J. L. 2004. The population and habitat ecology of snowshoe hares (*Lepus americanus*) in the southern Rocky Mountains. Thesis, University of Wyoming, Laramie, Wyoming, USA.

Zahratka, J. L. and T. M. Shenk. 2008. Population estimates of snowshoe hares in the Southern Rocky Mountains. Journal of Wildlife Management 72:906–912.

Zimmer, J. P. 2004. Winter habitat use and diet of snowshoe hares in the Gardiner, Montana area. Thesis, Montana State University. Bozeman, Montana, USA.

Zimmer, J. P., D. B. Tyers, and L. R. Irby. 2008. Winter snowshoe hare habitat use within a silviculturally impacted area. Intermountain Journal of Sciences 14:40–50.

Zirul, D. L. 1970. Ecology of a northern population of the red squirrel *Tamiasciurus hudsonicus preblei* (Howell). Thesis, University of Alberta, Edmonton, Canada.

BLM_0055552

## Glossary

**Boreal forest** – Homogeneous arboreal stands, dominated by conifers during later stages of succession, and by arboreal members of the birch and willow families in early succession (Agee 2000). The arctic tundra defines the northern border of boreal forest, but the southern border is less clear. Here we use the term boreal forest to include the transition into subalpine forests in the western part of the continent, mixed-coniferous-deciduous forests in the mid-continent, and mixed-coniferous and deciduous temperate forests of the Acadian forest region in the northeastern part of the continent.

**Canopy cover** (canopy closure) – The percentage of ground surface that is shaded by the live foliage of plants as seen from above. This measurement or estimate is used to describe how open or dense a stand of trees is.

**Carr** – Deciduous woodland or shrubland occurring on permanently wet, organic soil.

**Clearcut** – A regeneration tree harvest method that cuts and removes all merchantable trees in a single step, except for certain trees or snags retained for wildlife use.

**Coarse woody debris** – Any piece(s) of dead woody material, e.g., dead boles, limbs, and large root masses on the ground or in streams.

**Competition** – An interaction that occurs when 2 or more individuals make demands of the same resources that are in short supply. Exploitation competition occurs when 1 species uses common resources in a manner that reduces the fitness of the other species, for example by causing starvation or reduced reproductive success. Interference competition occurs when 1 species, almost invariably the species with larger body size, acts aggressively toward another, denying it access to a resource.

**Composition (of forest vegetation)** – The proportion of each tree species in a stand, expressed as a percentage of the total number, basal area, or volume of all tree species in the stand.

**Conservation measures** – Recommendations to alleviate or reduce the adverse effects of anthropogenic influences on lynx or lynx habitat.

**Core area** – Areas with the strongest long-term evidence of the persistence of lynx populations over time within the contiguous United States, as identified in the Canada Lynx Recovery Outline.

**Cover type** – The present vegetation composition of an area, described by the dominant plant species.

**Crepuscular** – Active during the twilight hours of early morning or early evening.

**Critical habitat** – Specific areas legally designated by the Secretary of the Interior within the area occupied by Canada lynx at the time they were listed under the Endangered Species Act that contain the physical or biological features that are essential to the conservation of the species and may require special management considerations or protection.

**Cumulative effects** – Effects on lynx or lynx habitat that result from the incremental impact of the proposed action when added to other past, present, and/or reasonably foreseeable future actions. Cumulative effects can be significant even when direct and indirect effects are minor.

**Denning habitat** – The environment lynx use when giving birth and rearing kittens until they are mobile. The most common component is large amounts of coarse woody debris to provide escape and thermal cover for kittens. Denning habitat may occur within mature and old growth forests, young regenerating forests, or areas where down trees are jack-strawed. Denning habitat must be located within daily travel distance of an adult female lynx (typical distance is 5-10 km [3-6 mi]) to snowshoe hare habitat.

**Depauperate** – Lacking in numbers, biomass or diversity of species.

BLM_0055553

**Designated over-the-snow routes and designated snowmobile play areas** – Areas managed under permit or agreement or by the agency, where use is encouraged, either by on-the-ground marking or by publication in brochures, recreation opportunity guides or maps (other than travel maps), or in electronic media produced or approved by the agency. The routes identified in outfitter and guide permits are designated by definition; groomed routes also are designated by definition. This definition does not apply to permitted ski areas.

**Developed recreation** – Recreational activities requiring facilities that result in concentrated use. For example, skiing requires lifts, parking lots, buildings, and roads; campgrounds require roads, picnic tables, and toilet facilities.

**Dispersal** – Movement of an individual away from its parent or an existing population to establish a home range.

**Disturbance** – Events that alter the structure, composition, or function of terrestrial or aquatic habitats. Natural disturbances include drought, floods, wind, fires, wildlife grazing, and insects and pathogens. Human-caused disturbances include actions such as timber harvest, livestock grazing, road construction, and the introduction of exotic species.

**Ecological processes** – The flow and cycling of energy, materials, and organisms through an ecosystem.

**Ecological restoration** – Management practices to reestablish sustainable and resilient vegetation communities.

**Endangered Species Act** – A law passed in 1973, and subsequently amended, for the purposes of conserving the ecosystems upon which endangered species and threatened species depend, and providing a program for the conservation of such species.

**Facultative predator** – Capable of exploiting more than one type of prey by changing its behavior.

**Fire suppression** – Any act taken to slow, stop, or extinguish a fire.

**Fire regime** – A characterization of the combination of fire frequency and fire severity under which plant communities evolved and were maintained.

**Foraging habitat (for lynx)** – Habitat that supports the primary prey (snowshoe hare) of lynx and has the vegetation structure suitable for lynx to capture prey. These conditions may occur in early successional stands following some type of disturbance, or in older forests with a substantial understory of shrubs and young conifer trees. Coarse woody debris, especially in early successional stages (created by harvest regeneration units and large fires), provides important cover for snowshoe hares and other prey.

**Forb** – A broad-leaved, herbaceous plant other than grasses, sedges, and rushes.

**Forest and backcountry roads** – Roads that are generally not paved with vehicle speeds typically less than 35 miles per hour. The surface can be gravel or natural materials.

**Forest cover type** – A description of the composition and structure of an area, focusing primarily on the dominant overstory tree species.

**Four-season resort** – Recreational facility on national forest land, permitted to operate during more than one season of the year. Resorts with either a winter or summer emphasis may be authorized to allow facilities to remain open to allow additional recreation use during other seasons.

**Fragmentation (of habitat)** – Human-caused alterations of natural landscape patterns that result in a reduction of the total area of habitat, increased isolation of habitat patches, and impaired ability of wildlife to effectively move between those patches of habitat. Depending on the cause, fragmentation of habitat may be temporary or permanent.

**Fuels treatment** – A type of vegetation management that reduces the threat of ignition, fire intensity, or rate of

BLM_0055554

spread, and is used to restore fire-adapted ecosystems.

**Geographic Area (for lynx)** – A broad area that contains ecological conditions that may support lynx and snowshoe hares. The geographic areas identified for lynx are the Northeast, Great Lakes, Northern Rocky Mountains, Southern Rocky Mountains, and Cascade Mountains, which have uniquely different forest ecosystems, management histories, and current lynx population status.

**Habitat** – The complete suite of biotic and abiotic components of the environment where an animal lives.

**Habitat connectivity (for lynx)** – Vegetation cover in sufficient quantity and arrangement to facilitate lynx movements. Connectivity may be affected by human developments.

**Highway** – All roads that are part of the National Highway System (23 CFR 470.107(b)).

**Historical range of variability** – The condition of vegetation at some reference point in the past.

**Home range** – The area used by an individual, either during the entire calendar year or seasonally, in its normal activities of foraging, mating, and rearing of young. Female home ranges typically do not overlap, but female offspring may establish a home range in part of her mother's.

**Horizontal cover** – The visual obscurity provided by vegetation that extends to the ground or snow surface, primarily provided by tree stems and tree boughs, but may also be provided by shrubs, herbaceous vegetation, and landscape topography.

**Incidental trapping or snaring** – Capture of non-target species. Lynx are susceptible to being captured in traps or snares intended for other species such as wolverine, coyote, fox, fisher, American marten, bobcat, and wolf.

**Infrastructure** – Facilities, utilities, and transportation systems required to meet public and administrative needs.

**Irruption** – A drastic and rapid increase in the density of a population.

**Landscape** – A specific geographic area with characteristic traits, patterns, and structure, including its biological composition, its physical environment, and its anthropogenic or social patterns.

**Linkage areas** – Areas that facilitate movements of lynx beyond their home range, such as dispersal, breeding season movements or exploratory movements. Linkage areas may incorporate topographic features that tend to funnel animal movements and may encompass areas of non-lynx habitat.

**Long bed** – A site where a lynx lays in the snow for an extended period, characterized by having an iced surface. May also be referred to as a long-duration bed.

**Lynx Analysis Unit (LAU)** – Landscape units that approximate the size of a female lynx annual home range (appropriate to the Geographic Area) and encompass all seasonal habitats. These may also contain areas of non-lynx habitat, such as open meadows, especially in mountainous regions. An LAU is a unit for which the effects of a project would be analyzed; its boundaries should remain constant.

**Lynx habitat –** Boreal forest with gentle rolling topography, dense horizontal cover, deep snow, and moderate to high (>0.5 hares/ha [0.2 hares/ac]) snowshoe hare densities. In the northeastern United States, lynx habitat includes coniferous and mixed-coniferous/deciduous forests dominated by white, black, and red spruce, balsam fir, pine, northern white cedar, hemlock, sugar maple, aspen, and paper birch. In Minnesota, lynx habitat includes coniferous and mixed-coniferous/deciduous vegetation types dominated by pine, balsam fir, black and white spruce, northern white cedar, tamarack, aspen, and paper birch. In the western United States, forest cover types dominated by Engelmann spruce, subalpine fir and lodgepole pine provide habitat for lynx.

**Lynx habitat in suitable condition –** Areas within the boreal forest providing lynx habitat in all seasons. Forest

BLM_0055555

stands may be in various ages or structural stages (i.e., young saplings in stand initiation structural stage, pole-size stands in stem exclusion structural stage, mature multi-story forest) provided that, following a stand-replacing disturbance or treatment that reduced the dense horizontal cover required by snowshoe hares, trees have grown tall enough and dense enough to protrude above the snow and provide food and cover for snowshoe hares and lynx in winter.

**Lynx habitat currently in unsuitable condition** – Areas within the boreal forest that are in the early stand initiation stage (typically less 30 years old) or have been silviculturally treated to remove cover, in which the vegetation has not developed sufficiently to support snowshoe hare populations during all seasons. Stand-replacing fire, insect epidemics or wind events can create stand initiation structural stage. Vegetation management projects that may create unsuitable conditions for a period of time include clearcuts, seed tree harvest, precommercial thinning, or understory removal.

**Matrix** – Matrix (e.g., hardwood forest, dry forest, non-forest) occurs between patches of boreal forest in close juxtaposition (at the scale of a lynx home range) such that lynx are likely to travel through matrix while accessing patches of boreal forest within a home range.

**Mature multi-story forest** – A structural stage characterized by understory reinitiation, resulting in several age classes and vegetation layers. Fallen trees may be present, creating gaps in the overstory canopy. In lynx habitat, these stands typically have high horizontal cover from young understory trees and lower limbs of mature trees that reach the ground or snow level.

**Mid-seral stage** – A successional stage in a plant community that is the midpoint in the progression from bare ground to climax. In riparian areas, willows or other shrubs have become established and have grown to protrude above the snow.

**Monitoring** – Systematic sampling, testing or collection of information on a regular or ongoing basis.

**Mosaic** – A dynamic, heterogeneous pattern of vegetation and other habitat elements within a given area, such as a LAU.

**Patch** – An area of uniform vegetation that differs from what surrounds it in structure and composition.

**Peripheral areas** – Areas where the majority of historical lynx records are sporadic and generally correspond to periods following cyclic lynx population highs in Canada. There is no evidence of long-term presence or reproduction that might indicate colonization or sustained use of these areas by lynx.

**Plant succession** – A relatively predictable process by which a series of different plant communities, and their associated animals and microbes, successively occupy and replace each other over time in a particular ecosystem or landscape location following a disturbance event.

**Potential vegetation type** – The community of plants that would become established if all successional sequences were completed, without interference by humans, under existing environmental conditions at the site including soils, topography, and climate. Potential vegetation types are typically named by using one or more species from the dominant (overstory) vegetation layer and one or more indicator plants from the subordinate (undergrowth) layer (e.g., subalpine fir/grouse huckleberry or ABLA/VASC).

**Precommercial thinning** – A management technique that does not yield trees of commercial value, usually designed to reduce stem density to promote the growth of the more desirable trees.

**Recovery outline** – An interim strategy to guide recovery efforts and inform the critical habitat designation process until a draft recovery plan has been completed. Recovery outlines are intended primarily for internal FWS use.

**Red squirrel habitat** – Coniferous forests of seed and cone-producing age that usually contain snags and downed woody debris, generally mature or older forests.

BLM_0055556

**Regeneration harvest** – The cutting of trees and creating an entire new age class; an even-age harvest. The major methods are clearcutting, seed tree, shelterwood, and group selection cuts.

**Riparian area** – Area with distinctive soil and vegetation between a stream or other body of water and the adjacent upland; includes wetlands and those portions of floodplains and valley bottoms that support riparian vegetation.

**Salvage harvest** – Removal of dead trees or trees being damaged or dying due to injurious agents other than competition, in order to recover value that would otherwise be lost. Collecting firewood for personal use is not considered salvage harvest.

**Secondary areas** – Areas with historical records of lynx presence but with no record of reproduction; or areas with historical records and no recent surveys to document the presence of lynx or reproduction.

**Self-sustaining population** – A population that remains viable without human intervention.

**Sinuosity** – A statistical measurement of movement paths that are curved or crooked.

**Ski area** – A site and attendant facilities expressly developed to accommodate alpine or Nordic skiing. Operation of Nordic and alpine ski areas for up to 40 years and encompassing such acreage as the Forest Officer determines sufficient and appropriate is authorized by the National Ski Area Permit Act of 1986.

**Skid trail** – A linear feature in a forest environment resulting from removing cut trees/logs from the site of cutting to a gathering site.

**Snow compaction** – Human activities, such as travel on designated snowmobile routes, that compress the snow and reduce its penetrability.

**Snow cover** – The area of land that is covered by snow at any given time.

**Snow pack** – The thickness of snow that accumulates on the ground.

**Snow penetrability** – A measure of the resistance of the snow column to compression.

**Snowshoe hare habitat** – Boreal and upper montane forests in North America with cold, moderately deep winter snowpack and dense horizontal cover in the understory. During the winter, hares are restricted to areas where young trees or shrubs grow densely (thousands of woody stems per ha) and are tall enough to protrude above the snow during winter, or where numerous overhanging boughs of mature conifer trees touch the snow surface provide cover and browse. Winter snowshoe hare habitat develops primarily in the later phase (15 to 40 years post-disturbance) of stand initiation structural stage and in multi-story mature and old stands.

**Specialist** – A species that can only thrive in a narrow range of environmental conditions or has a limited diet. The lynx is a specialist predator of snowshoe hare.

**Stand** – A group of trees or other vegetation occupying a specific area and sufficiently uniform in composition, age, spatial arrangement, and conditions as to be distinguishable from the vegetation on adjoining lands.

**Stand initiation structural stage** – Following a stand-replacing disturbance or regeneration timber harvest, a new single-story layer of shrubs, tree seedlings, and saplings establish and develop, reoccupying the site. Trees that need full sun are likely to dominate these even-aged stands. [In the years immediately following the disturbance, tree seedlings are too small to provide food and cover for snowshoe hares and lynx, particularly during the winter (see also the definition for *lynx habitat currently in unsuitable condition*). As time progresses, the trees grow tall and dense enough to provide food and cover for snowshoe hares and lynx during all seasons (see also the definition for *lynx habitat in suitable condition*).]

**Stand-replacing fire** – A fire that kills aboveground parts of the dominant vegetation. Approximately 80 percent or

BLM_0055557

more of the aboveground dominant vegetation is either consumed or dies as a result of fire.

**Stem exclusion structural stage** – A phase of forest development following the typically rapid establishment of an initial cohort of trees, during which new establishment is precluded and competition occurs within the existing cohort for light, nutrients and space.

**Structure (of forest vegetation)** – The horizontal and vertical distribution of plants in a stand, including height, diameter, crown layers, and stems of trees, shrubs, herbaceous understory, snags, and coarse woody debris.

**Structural stage** – A recognizable condition in forest stand development describing the physical size and arrangement (both vertical and horizontal) of trees occupying the site.

**Subnivean habitat** – Habitat that is under the snow surface.

**Topographic relief** – The difference in elevation in a landscape from the lowest point to the highest point. Lynx habitat typically has low topographic relief, described by Squires et al. (2013) as low surface roughness and by Maletzke et al. (2008) as <30° slopes.

**Understory re–initiation structural stage** – Establishment of a new age class of trees after overstory trees begin to die, are removed, or no longer fully occupy their growing space. The stand of trees begins to stratify into vertical layers, with some small shade-tolerant trees in the understory.

**Wildland urban interface (WUI)** – Defined in the Healthy Forests Restoration Act. Basically, the wildland urban interface is the area adjacent to an at-risk community that is identified in the community wildfire protection plan. If there is no community wildfire protection plan in place, the WUI is the area 0.5 mile from the boundary of an at-risk community; or within 1.5 miles of the boundary of an at-risk community if the terrain is steep, or there is a nearby road or ridgetop that could be incorporated into a fuel break, or the land is in condition class 3, or the area contains an emergency exit route needed for safe evacuations. (Condensed from HFRA. For full text see HFRA § 101.)

BLM_0055558

5/22/2018                                                    AQRV Summaries

Search



Home      Overview      Data      Data Resources      Publications

Meetings      Special Studies

# AQRV Summaries

## Visibility Status and Trends Following the Regional Haze Rule Metrics

IMPROVE Aerosol, Regional Haze Rule II (New Equation), with substituted data ▼



Great Smoky Mountains NP, TN
(GRSM1)

Reset view    De-select all (1)                        Latitude:38.5, Longitude:-96, Zoo

| Dv Trends | Haze Budgets, Clear Days | Haze Budgets, Hazy Days | Haze Budgets, Most Impaired Days (D |

Set the year range for the report:

BLM_0055559

5/22/2018                                                    AQRV Summaries



## Visibility Trends  ℹ️



IMPROVE Monitor ID: GRSM1, TN

+ Show chart data  Chart data in Microsoft Excel

**Chart Data:**

| Parameter | Statistic | Year | Value | Units | Network | Monitor ID | State |
|---|---|---|---|---|---|---|---|
| Visibility | Annual average haze index, haziest days | 1990 | 33.9 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, haziest days | 1991 | 30.4 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, haziest days | 1992 | 31.6 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, haziest days | 1993 | 32 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, haziest days | 1994 | 32.5 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, haziest days | 1995 | 31.2 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, haziest days | 1996 | 32.2 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, haziest days | 1997 | 31.6 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, haziest days | 1998 | 33.1 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, haziest days | 1999 | 31.5 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, haziest days | 2000 | 30.7 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, haziest days | 2001 | 30.6 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, haziest days | 2002 | 29.9 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, haziest days | 2003 | 30.5 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, haziest days | 2004 | 29.6 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, haziest days | 2005 | 31.6 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, haziest days | 2006 | 30.5 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, haziest days | 2007 | 30.6 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, haziest days | 2008 | 26.7 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, haziest days | 2009 | 23.2 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, haziest days | 2010 | 23.8 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, haziest days | 2011 | 24.3 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, haziest days | 2012 | 21 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, haziest days | 2013 | 20.2 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, haziest days | 2014 | 20.1 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, haziest days | 2015 | 19 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, haziest days | 2016 | 18 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, clearest days | 1990 | 15.3 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, clearest days | 1991 | 13.8 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, clearest days | 1992 | 13.4 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, clearest days | 1993 | 14.2 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, clearest days | 1994 | 13.8 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, clearest days | 1995 | 13.2 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, clearest days | 1996 | 15.4 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, clearest days | 1997 | 14.8 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, clearest days | 1998 | 13.8 | dv | IMPROVE | GRSM1 | TN |

BLM_0055560

5/22/2018                                            AQRV Summaries

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Visibility | Annual average haze index, clearest days | 1999 | 14.8 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, clearest days | 2000 | 14.8 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, clearest days | 2001 | 13.4 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, clearest days | 2002 | 13.9 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, clearest days | 2003 | 12 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, clearest days | 2004 | 13.7 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, clearest days | 2005 | 14.3 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, clearest days | 2006 | 12.7 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, clearest days | 2007 | 13.2 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, clearest days | 2008 | 11.6 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, clearest days | 2009 | 10.1 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, clearest days | 2010 | 12.6 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, clearest days | 2011 | 11.1 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, clearest days | 2012 | 10.4 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, clearest days | 2013 | 9 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, clearest days | 2014 | 10.6 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, clearest days | 2015 | 7.3 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Annual average haze index, clearest days | 2016 | 8.6 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Natural condition haze index, haziest days | | 11.2 | dv | IMPROVE | GRSM1 | TN |
| Visibility | Natural condition haze index, clearest days | | 4.6 | dv | IMPROVE | GRSM1 | TN |

## Great Smoky Mountains NP
### Visibility on Clearest Days

BLM_0055561

IMPROVE Contacts | IMPROVE Data Acknowledgment | Disclaimer

BLM_0055562



INTERGOVERNMENTAL PANEL ON climate change

# CLIMATE CHANGE 2014

## *Synthesis Report*



**A REPORT OF THE**

**INTERGOVERNMENTAL PANEL ON CLIMATE CHANGE**

 

BLM_0055563

# Climate Change 2014
## Synthesis Report

**Edited by**

---

**The Core Writing Team**
Synthesis Report
IPCC

**Rajendra K. Pachauri**
Chairman
IPCC

**Leo Meyer**
Head, Technical Support Unit
IPCC

## Core Writing Team

Rajendra K. Pachauri (Chair), Myles R. Allen (United Kingdom), Vicente R. Barros (Argentina), John Broome (United Kingdom), Wolfgang Cramer (Germany/France), Renate Christ (Austria/WMO), John A. Church (Australia), Leon Clarke (USA), Qin Dahe (China), Purnamita Dasgupta (India), Navroz K. Dubash (India), Ottmar Edenhofer (Germany), Ismail Elgizouli (Sudan), Christopher B. Field (USA), Piers Forster (United Kingdom), Pierre Friedlingstein (United Kingdom/Belgium), Jan Fuglestvedt (Norway), Luis Gomez-Echeverri (Colombia), Stephane Hallegatte (France/World Bank), Gabriele Hegerl (United Kingdom/Germany), Mark Howden (Australia), Kejun Jiang (China), Blanca Jimenez Cisneros (Mexico/UNESCO), Vladimir Kattsov (Russian Federation), Hoesung Lee (Republic of Korea), Katharine J. Mach (USA), Jochem Marotzke (Germany), Michael D. Mastrandrea (USA), Leo Meyer (The Netherlands), Jan Minx (Germany), Yacob Mulugetta (Ethiopia), Karen O'Brien (Norway), Michael Oppenheimer (USA), Joy J. Pereira (Malaysia), Ramón Pichs-Madruga (Cuba), Gian-Kasper Plattner (Switzerland), Hans-Otto Pörtner (Germany), Scott B. Power (Australia), Benjamin Preston (USA), N.H. Ravindranath (India), Andy Reisinger (New Zealand), Keywan Riahi (Austria), Matilde Rusticucci (Argentina), Robert Scholes (South Africa), Kristin Seyboth (USA), Youba Sokona (Mali), Robert Stavins (USA), Thomas F. Stocker (Switzerland), Petra Tschakert (USA), Detlef van Vuuren (The Netherlands), Jean-Pascal van Ypersele (Belgium)

---

## Technical Support Unit for the Synthesis Report

Leo Meyer, Sander Brinkman, Line van Kesteren, Noëmie Leprince-Ringuet, Fijke van Boxmeer

*Referencing this report*
IPCC, 2014: *Climate Change 2014: Synthesis Report. Contribution of Working Groups I, II and III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Core Writing Team, R.K. Pachauri and L.A. Meyer (eds.)]. IPCC, Geneva, Switzerland, 151 pp.

BLM_0055564

**THE INTERGOVERNMENTAL PANEL ON CLIMATE CHANGE**

© Intergovernmental Panel on Climate Change, 2015

First published 2015

ISBN 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-143-2

This publication is identical to the report that was approved (Summary for Policymakers) and adopted (longer report) at the 40th session of the Intergovernmental Panel on Climate Change (IPCC) on 1 November 2014 in Copenhagen, Denmark, but with the inclusion of copy-edits and errata that have been corrected prior to this publication. These pre-publication errata are available at: http://www.ipcc.ch.

The designations employed and the presentation of material on maps do not imply the expression of any opinion whatsoever on the part of the Intergovernmental Panel on Climate Change concerning the legal status of any country, territory, city or area or of its authorities, or concerning the delimitation of its frontiers or boundaries.

The mention of specific companies or products does not imply that they are endorsed or recommended by IPCC in preference to others of a similar nature, which are not mentioned or advertised.

The right of publication in print, electronic and any other form and in any language is reserved by the IPCC. Short extracts from this publication may be reproduced without authorization provided that complete source is clearly indicated. Editorial correspondence and requests to publish, reproduce or translate articles in part or in whole should be addressed to:

IPCC
c/o World Meteorological Organization (WMO)
7bis, avenue de la Paix          Tel.: +41 22 730 8208
P.O. Box 2300                    Fax: +41 22 730 8025
CH 1211 Geneva 2, Switzerland    E-mail: IPCC-Sec@wmo.int
www.ipcc.ch

Cover: Design by Laura Biagioni, IPCC Secretariat, WMO

Photos:



I -  Folgefonna glacier on the high plateaus of Sørfjorden, Norway (60°03' N - 6°20' E).
     © Yann Arthus-Bertrand / Altitude | www.yannarthusbertrand.org | www.goodplanet.org
II - Planting of mangrove seedlings in Funafala, Funafuti Atoll, Tuvalu. © David J. Wilson
III - China, Shanghai, aerial view. © Ocean/Corbis

BLM_0055565

# Foreword, Preface and Dedication

BLM_0055566

BLM_0055567

# Foreword

Foreword

The Synthesis Report (SYR) distils and integrates the findings of the three Working Group contributions to the Fifth Assessment Report (AR5) of the Intergovernmental Panel on Climate Change (IPCC), the most comprehensive assessment of climate change undertaken thus far by the IPCC: *Climate Change 2013: The Physical Science Basis*; *Climate Change 2014: Impacts, Adaptation, and Vulnerability*; and *Climate Change 2014: Mitigation of Climate Change*. The SYR also incorporates the findings of two Special Reports on *Renewable Energy Sources and Climate Change Mitigation* (2011) and on *Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation* (2011).

The SYR confirms that human influence on the climate system is clear and growing, with impacts observed across all continents and oceans. Many of the observed changes since the 1950s are unprecedented over decades to millennia. The IPCC is now 95 percent certain that humans are the main cause of current global warming. In addition, the SYR finds that the more human activities disrupt the climate, the greater the risks of severe, pervasive and irreversible impacts for people and ecosystems, and long-lasting changes in all components of the climate system. The SYR highlights that we have the means to limit climate change and its risks, with many solutions that allow for continued economic and human development. However, stabilizing temperature increase to below 2°C relative to pre-industrial levels will require an urgent and fundamental departure from business as usual. Moreover, the longer we wait to take action, the more it will cost and the greater the technological, economic, social and institutional challenges we will face.

These and the other findings of the SYR have undoubtedly and considerably enhanced our understanding of some of the most critical issues in relation to climate change: the role of greenhouse gas emissions; the severity of potential risks and impacts, especially for the least developed countries and vulnerable communities, given their limited ability to cope; and the options available to us and their underlying requirements to ensure that the effects of climate change remain manageable. As such, the SYR calls for the urgent attention of both policymakers and citizens of the world to tackle this challenge.

The timing of the SYR, which was released on 2nd November 2014 in Copenhagen, was crucial. Policymakers met in December 2014 in Lima at the 20th Conference of Parties under the United Nations Framework Convention on Climate Change (UNFCCC) to prepare the groundwork for the 21st Session in 2015 in Paris, when they have been tasked with concluding a new agreement to deal with climate change. It is our hope that the scientific findings of the SYR will be the basis of their motivation to find the way to a global agreement which can keep climate change to a manageable level, as the SYR gives us the knowledge to make informed choices, and enhances our vital understanding of the rationale for action – and the serious implications of inaction. Ignorance can no longer be an excuse for tergiversation.

As an intergovernmental body jointly established in 1988 by the World Meteorological Organization (WMO) and the United Nations Environment Programme (UNEP), the Intergovernmental Panel on Climate Change (IPCC) has provided policymakers with the most authoritative and objective scientific and technical assessments in this field. Beginning in 1990, this series of IPCC Assessment Reports, Special Reports, Technical Papers, Methodology Reports and other products have become standard works of reference.

The SYR was made possible thanks to the voluntary work, dedication and commitment of thousands of experts and scientists from around the globe, representing a range of views and disciplines. We would like to express our deep gratitude to all the members of the Core Writing Team of the SYR, members of the Extended Writing Team, and the Review Editors, all of whom enthusiastically took on the huge challenge of producing an outstanding SYR on top of the other tasks they had already committed to during the AR5 cycle. We would also like to thank the staff of the Technical Support Unit of the SYR and the IPCC Secretariat for their dedication in organizing the production of this IPCC report.

We also wish to acknowledge and thank the governments of the IPCC member countries for their support of scientists in developing this report, and for their contributions to the IPCC Trust Fund to provide the essentials for participation of experts from developing countries and countries with economies in transition. We would like to express our appreciation to the government of Wallonia (Belgium) for hosting the Scoping Meeting of the SYR, to the governments of Norway, the Netherlands, Germany and Malaysia for hosting drafting sessions of the SYR, and to the government of Denmark for hosting the 40th Session of the IPCC where the SYR was approved. The generous financial support from the governments of Norway and the Netherlands, from the Korea Energy Economics Institute, and the in-kind support by the Netherlands Environmental Assessment Agency and The Energy and Resources Institute, New Delhi (India), enabled the smooth operation of the Technical Support Unit of the SYR. This is gratefully acknowledged.

We would particularly like to express our thanks to Dr Rajendra K. Pachauri, Chairman of the IPCC, for his leadership and constant guidance throughout the production of this report.

**Michel Jarraud**
Secretary General
World Meteorological Organization

**Achim Steiner**
Executive Director
United Nations Environmental Programme

v

BLM_0055568

BLM_0055569

# Preface

The Synthesis Report (SYR), constituting the final product of the Fifth Assessment Report (AR5) of the Intergovernmental Panel on Climate Change (IPCC), is published under the title *Climate Change 2014*. This report distils, synthesizes and integrates the key findings of the three Working Group contributions – *The Physical Science Basis*, *Impacts, Adaptation, and Vulnerability* and *Mitigation of Climate Change* – to the AR5 in a concise document for the benefit of decision makers in the government, the private sector as well as the public at large. The SYR also draws on the findings of the two Special Reports brought out in 2011 dealing with *Renewable Energy Sources and Climate Change Mitigation*, and *Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation*. The SYR, therefore, is a comprehensive up-to-date compilation of assessments dealing with climate change, based on the most recent scientific, technical and socio-economic literature in the field.

## Scope of the Report

This document is the result of coordinated and carefully connected cross Working Group efforts to ensure coherent and comprehensive information on various aspects related to climate change. This SYR includes a consistent evaluation and assessment of uncertainties and risks; integrated costing and economic analysis; regional aspects; changes, impacts and responses related to water and earth systems, the carbon cycle including ocean acidification, cryosphere and sea level rise; as well as treatment of mitigation and adaptation options within the framework of sustainable development. Through the entire length of the SYR, information is also provided relevant to Article 2, the ultimate objective of the United Nations Framework Convention on Climate Change (UNFCCC).

Other aspects of climate change covered in this report include direct impacts of climate change on natural systems as well as both direct and indirect impacts on human systems, such as human health, food security and security of societal conditions. By embedding climate change risk and issues of adaptation and mitigation within the framework of sustainable development, the SYR also highlights the fact that nearly all systems on this planet would be affected by the impacts of a changing climate, and that it is not possible to draw boundaries around climate change, its associated risks and impacts on the one hand and on the other, development which meets the needs of the present generation without compromising the ability of future generations to meet their own needs. The Report, therefore, also focuses on connections between these aspects and provides information on how climate change overlaps with and mainstreams into other developmental issues.

## Structure

The Report comprises a Summary for Policymakers (SPM) and a longer report from which the SPM is derived, as well as annexes. Even though the SPM follows a structure and sequence similar to that in the longer report, some specific issues covered under more than one topic of the longer report are summarized in one particular section of the SPM. Each paragraph of the SPM contains references to the respective text in the longer report. In turn, the latter contains extensive references to relevant chapters of the underlying Working Group Reports or the two Special Reports mentioned above. The SYR is essentially self-contained, and its SPM includes the most policy relevant material drawn from the longer report and the entire AR5.

All the three contributions to the AR5 including each Summary for Policymakers, each Technical Summary, frequently asked questions as well as the Synthesis Report in all official UN languages are available online on the IPCC website and in electronic offline versions. In these electronic versions, references in the SYR to relevant parts of the underlying material are provided as hyperlinks, thereby enabling the reader to easily find further scientific, technical and socio-economic information. A user guide, glossary of terms used and listing of acronyms, authors, Review Editors and Expert Reviewers are provided in the annexes to this report.

To facilitate access to the findings of the SYR for a wide readership and to enhance their usability for stakeholders, each section of the SPM carries highlighted headline statements. Taken together, these 21 headline statements provide an overarching summary in simple and completely non-technical language for easy assimilation by readers from different walks of life. These headline statements have been crafted by the authors of the Report, and approved by the member governments of the IPCC.

The longer report is structured around four topic headings as mandated by the Panel:

*Observed changes and their causes (Topic 1)* integrates new information from the three Working Groups on observed changes in the climate system, including changes in the atmosphere, oceans, cryosphere and sea level; recent and past drivers and human influences affecting emission drivers; observed impacts, including changes in extreme weather and climate events; and attribution of climate changes and impacts.

*Future climate changes, risks and impacts (Topic 2)* presents information about future climate change, risks and impacts. It integrates information about key drivers of future climate, the relationship between cumulative emissions and temperature change, and projected changes in the climate system in the 21st century and beyond. It assesses future risks and impacts caused by a changing climate and the interaction of climate-related and other hazards. It provides information about long-term changes including sea-level rise and ocean acidification, and the risk of irreversible and abrupt changes.

*Future Pathways for Adaptation, Mitigation and Sustainable Development (Topic 3)* addresses future pathways for adaptation and mitigation as complementary strategies for reducing and managing the risks of climate change and assesses their interaction with sustainable development. It describes analytical approaches for effective

vii

BLM_0055570

Preface

decision-making and differences in risks of climate change, adaptation and mitigation in terms of timescale, magnitude and persistence. It analyses the characteristics of adaptation and mitigation pathways, and associated challenges, limits and benefits, including for different levels of future warming.

*Adaptation and Mitigation (Topic 4)* brings together information from Working Groups II and III on specific adaptation and mitigation options, including environmentally sound technologies and infrastructure, sustainable livelihoods, behaviour and lifestyle choices. It describes common enabling factors and constraints, and policy approaches, finance and technology on which effective response measures depend. It shows opportunities for integrated responses and links adaptation and mitigation with other societal objectives.

## Process

The SYR of the AR5 of the IPCC has been prepared in accordance with the procedures of the IPCC to ensure adequate effort and rigor being achieved in the process. For the AR5 the preparation of the SYR was taken in hand a year earlier than was the case with the Fourth Assessment Report (AR4) – while the Working Group Reports were still being completed – with a view to enhancing integration and ensuring adequate synthesis. A scoping meeting specifically for proposing the detailed outline of the AR5 Synthesis Report was held in Liège, Belgium in August, 2010, and the outline produced in that meeting was approved by the Panel in October, 2010 in Busan, Republic of Korea. In accordance with IPCC procedures, the IPCC Chair in consultation with the Co-Chairs of the Working Groups nominated authors for the Core Writing Team (CWT) of the SYR and a total of 45 CWT members and 9 Review Editors were selected and accepted by the IPCC Bureau in March, 2012. In addition, 14 Extended Writing Team (EWT) authors were selected by the CWT with the approval of the Chair of the IPCC, and this latter group contributed substantially to the material and the text provided in this report. During evolution of the contents of the SYR the IPCC Bureau was approached and it approved the inclusion of 6 additional CWT members and an additional Review Editor. This further enhanced and deepened the expertise required for the preparation of the Report. The final draft report which has undergone a combined review by experts and governments was submitted to the 40th Session of the IPCC, held from 27 October to 1 November 2014 in Copenhagen, Denmark, where governments approved the SPM line by line and adopted the longer report section by section.

## Acknowledgements

Our profound gratitude and deep indebtedness goes to the members of the Core Writing Team and the substantial help from the Extended Writing Team members, for their tireless efforts, expertise, and amazing level of dedication throughout the production of the SYR. The SYR could not have been completed successfully without their inspirational commitment to excellence and integrity, and their meticulous attention to detail. We also wish to thank the Review Editors for their invaluable help ensuring that the SYR provides a balanced and complete assessment of current information relevant to climate change. Their role was crucial to ensure transparency of the process which the IPCC

can pride itself on. Our thanks go also to all authors of the AR5 and the two Special Reports because without their careful assessment of the huge body of literature on various aspects of climate change and their comments on the draft report, the preparation of the SYR would not have been possible.

Throughout the AR5, we benefitted greatly from the wisdom and insight of our colleagues in the IPCC leadership, especially Dr Thomas Stocker and Dr Qin Dahe, Working Group I Co-Chairs; Dr Chris Field and Dr Vicente Barros, Working Group II Co-Chairs; and Dr Ottmar Edenhofer, Dr Ramón Pichs-Madruga and Dr Youba Sokona, Working Group III Co-Chairs. Their cooperation on issues related to knowledge from the reports of all three Working Groups was a definite asset for the production of a high-quality final document.

We also wish to thank Fredolin Tangang, David Wratt, Eduardo Calvo, Jose Moreno, Jim Skea and Suzana Kahn Ribeiro, who acted as Review Editors during the Approval Session of the SYR, ensuring that the edits made to the SPM during the Session were correctly reflected in the longer report. Their important work guaranteed the high level of trust between the scientists and the governments, enabling them to work smoothly in symbiosis, which is a unique feature of the IPCC and its credibility.

We extend our deep appreciation of the enthusiasm, dedication and professional contributions of Gian-Kasper Plattner, Melinda Tignor and Judith Boschung from the Technical Support Unit of Working Group I, Katie Mach and Eren Bilir from the Technical Support Unit of Working Group II, Ellie Farahani, Jussi Savolainen and Steffen Schlömer from the Technical Support Unit of Working Group III, and Gerrit Hansen from the Potsdam Institute for Climate Impact Research during the Approval Session of the SYR, working as a team with the Technical Support Unit of the SYR, which was indispensable in the successful outcomes of the Session. A special thanks goes to Adrien Michel from the Technical Support Unit of Working Group I for his work on the SYR figures.

Our thanks go to Leo Meyer, Head of the Technical Support Unit of the Synthesis Report, and the members of the Technical Support Unit Sander Brinkman, Line van Kesteren, Noemie Leprince-Ringuet and Fijke van Boxmeer for their capacity to expand their strengths and carry out the mammoth task of coordinating the development and production of the SYR. Each one of them put in tireless efforts, displaying deep commitment and dedication to ensure the production of an outstanding SYR.

We would like to acknowledge the work and innumerable tasks performed in support of the preparation, release and publication of the Report by the staff of the IPCC Secretariat: Gaetano Leone, Carlos Martin-Novella, Jonathan Lynn, Brenda Abrar-Milani, Jesbin Baidya, Laura Biagioni, Mary Jean Burer, Annie Courtin, Judith Ewa, Joelle Fernandez, Nina Peeva, Sophie Schlingemann, Amy Smith and Werani Zabula. Thanks are also due to Francis Hayes and Elhousseine Gouaini for acting as conference officers at the approval Session.

We are appreciative of the member governments of the IPCC who graciously hosted the SYR scoping meeting, four of our Core Writing Meetings and the 40th Session of the IPCC: Belgium, Norway, The Netherlands, Germany, Malaysia and Denmark. We express our thanks

BLM_0055571

to the governments, WMO, UNEP and the UNFCCC for their contributions to the Trust Fund which supported various elements of expenditure. We wish to particularly thank the Governments of Norway and The Netherlands, and the Korea Energy Economics Institute for their generous financial support of the SYR Technical Support Unit, and The Netherlands Environmental Assessment Agency PBL and The Energy and Resources Institute, New Delhi, for their in-kind support of the SYR Technical Support Unit. We also acknowledge the support of IPCC's parent organizations, UNEP and WMO, and particularly WMO for hosting the IPCC Secretariat and our first Core Writing Team meeting. May we convey our deep gratitude to the UNFCCC for their cooperation at various stages of this enterprise and for the prominence they give to our work in several appropriate fora.

R.K. Pachauri
Chairman of the IPCC

Renate Christ
Secretary of the IPCC

BLM_0055572

BLM_0055573

# Dedication



**Stephen H. Schneider**
**(11 February 1945 – 19 July 2010)**

The Synthesis Report of the Fifth Assessment Report of the Intergovernmental Panel on Climate Change (IPCC) is dedicated to the memory of Stephen H. Schneider, one of the foremost climate scientists of our time.

Steve Schneider, born in New York, trained as a plasma physicist, embraced scholarship in the field of climate science almost 40 years ago and continued his relentless efforts creating new knowledge in the field and informing policymakers and the public at large on the growing problem of climate change and solutions for dealing with it. At all times Steve Schneider remained intrepid and forthright in expressing his views. His convictions were driven by the strength of his outstanding scientific expertise. He was highly respected as Founding Editor of the interdisciplinary journal *Climatic Change* and authored hundreds of books and papers, many of which were co-authored with scientists from diverse disciplines. His association with the IPCC began with the First Assessment Report which was published in 1990, and which played a major role in the scientific foundation of the UN Frame-work Convention on Climate Change. Subsequently, he was Lead Author, Coordinating Lead Author and Expert Reviewer for various Assessment Reports and a member of the Core Writing Team for the Synthesis Report of the Fourth Assessment Report. His life and accomplishments have inspired and motivated members of the Core Writing Team of this Report. Steve Schneider's knowledge was a rare synthesis of several disciplines which are an essential part of the diversity inherent in climate science.

BLM_0055574

BLM_0055575

# Contents

**Front matter**

Foreword .................................................................................................................................... v

Preface .................................................................................................................................... vii

Dedication ............................................................................................................................... xi

**SPM**

**Summary for Policymakers** .................................................................................................... 2

SPM 1.   Observed Changes and their Causes ................................................................... 2

SPM 2.   Future Climate Changes, Risks and Impacts ......................................................... 8

SPM 3.   Future Pathways for Adaptation, Mitigation and Sustainable Development ............. 17

SPM 4.   Adaptation and Mitigation .................................................................................. 26

**Topics**

**Introduction** ....................................................................................................................... 35

Box Introduction.1 | Risk and the Management of an Uncertain Future ............................... 36

Box Introduction.2 | Communicating the Degree of Certainty in Assessment Findings ........... 37

**Topic 1: Observed Changes and their Causes** ....................................................................... 39

1.1      Observed changes in the climate system ............................................................. 40

1.1.1    Atmosphere ...................................................................................................... 40

1.1.2    Ocean ............................................................................................................... 40

1.1.3    Cryosphere ....................................................................................................... 42

1.1.4    Sea level ........................................................................................................... 42

Box 1.1 |   Recent Temperature Trends and their Implications ............................................. 43

1.2      Past and recent drivers of climate change ............................................................ 44

1.2.1    Natural and anthropogenic radiative forcings ..................................................... 44

1.2.2    Human activities affecting emission drivers ......................................................... 45

1.3      Attribution of climate changes and impacts ......................................................... 47

1.3.1    Attribution of climate changes to human and natural influences on the climate system ... 48

1.3.2    Observed impacts attributed to climate change ................................................... 49

1.4      Extreme events .................................................................................................. 53

1.5      Exposure and vulnerability .................................................................................. 54

1.6      Human responses to climate change: adaptation and mitigation ............................ 54

**Topic 2: Future Climate Changes, Risk and Impacts** ............................................................. 56

2.1      Key drivers of future climate and the basis on which projections are made ............. 56

Box 2.1 |   Advances, Confidence and Uncertainty in Modelling the Earth's Climate System .... 56

Box 2.2 |   The Representative Concentration Pathways .................................................... 57

BLM_0055576

| | | |
|---|---|---|
| 2.2 | Projected changes in the climate system | 58 |
| 2.2.1 | Air temperature | 58 |
| Box 2.3 \| | Models and Methods for Estimating Climate Change Risks, Vulnerability and Impacts | 58 |
| 2.2.2 | Water cycle | 60 |
| 2.2.3 | Ocean, cryosphere and sea level | 60 |
| 2.2.4 | Carbon cycle and biogeochemistry | 62 |
| 2.2.5 | Climate system responses | 62 |
| 2.3 | Future risks and impacts caused by a changing climate | 64 |
| 2.3.1 | Ecosystems and their services in the oceans, along coasts, on land and in freshwater | 67 |
| 2.3.2 | Water, food and urban systems, human health, security and livelihoods | 67 |
| Box 2.4 \| | Reasons For Concern Regarding Climate Change | 72 |
| 2.4 | Climate change beyond 2100, irreversibility and abrupt changes | 73 |

**Topic 3: Future Pathways for Adaption, Mitigation and Sustainable Development** ...... **75**

| | | |
|---|---|---|
| 3.1 | Foundations of decision-making about climate change | 76 |
| 3.2 | Climate change risks reduced by adaptation and mitigation | 77 |
| 3.3 | Characteristics of adaptation pathways | 79 |
| Box 3.1 \| | The Limits of the Economic Assessment of Climate Change Risks | 79 |
| 3.4 | Characteristics of mitigation pathways | 81 |
| Box 3.2 \| | Greenhouse Gas Metrics and Mitigation Pathways | 87 |
| Box 3.3 \| | Carbon Dioxide Removal and Solar Radiation Management Geoengineering Technologies—Possible Roles, Options, Risks and Status | 89 |
| 3.5 | Interaction among mitigation, adaptation and sustainable development | 90 |
| Box 3.4 \| | Co-benefits and Adverse Side effects | 91 |

**Topic 4: Adaptation and Mitigation** ...... **93**

| | | |
|---|---|---|
| 4.1 | Common enabling factors and constraints for adaptation and mitigation responses | 94 |
| 4.2 | Response options for adaptation | 95 |
| 4.3 | Response options for mitigation | 98 |
| 4.4 | Policy approaches for adaptation and mitigation, technology and finance | 102 |
| 4.4.1 | International and regional cooperation on adaptation and mitigation | 102 |
| 4.4.2 | National and sub-national policies | 106 |
| 4.4.3 | Technology development and transfer | 109 |
| 4.4.4 | Investment and finance | 110 |
| 4.5 | Trade-offs, synergies and integrated responses | 112 |

BLM_0055577

**Annexes**

**Annexes** ................................................................................................................ 113
I.      User Guide ..................................................................................................... 115
II.     Glossary ......................................................................................................... 117
III.    Acronyms, Chemical Symbols and Scientific Units ......................................... 131
IV.     Authors and Review Editors ........................................................................... 135
V.      Expert Reviewers ........................................................................................... 139
VI.     Publications by the Intergovernmental Panel on Climate Change .................. 143

**Index** ...................................................................................................................... **147**

BLM_0055578

**Sources cited in this Synthesis Report**

References for material contained in this report are given in italicized curly brackets *{}* at the end of each paragraph.

In the Summary for Policymakers, the references refer to the numbers of the sections, figures, tables and boxes in the underlying Introduction and Topics of this Synthesis Report.

In the Introduction and Topics of the longer report, the references refer to the contributions of the Working Groups I, II and III (WGI, WGII, WGIII) to the Fifth Assessment Report and other IPCC Reports (in italicized curly brackets), or to other sections of the  Synthesis Report itself (in round brackets).

The following abbreviations have been used:
SPM:    Summary for Policymakers
TS:        Technical Summary
ES:        Executive Summary of a chapter
Numbers denote specific chapters and sections of a report.

Other IPCC reports cited in this Synthesis Report:
SREX:   Special Report on Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation
SRREN: Special Report on Renewable Energy Sources and Climate Change Mitigation
AR4:     Fourth Assessment Report

BLM_0055579

# Climate Change 2014

# Synthesis Report

# Summary for Policymakers

BLM_0055580

**SPM**

# Introduction

This Synthesis Report is based on the reports of the three Working Groups of the Intergovernmental Panel on Climate Change (IPCC), including relevant Special Reports. It provides an integrated view of climate change as the final part of the IPCC's Fifth Assessment Report (AR5).

This summary follows the structure of the longer report which addresses the following topics: Observed changes and their causes; Future climate change, risks and impacts; Future pathways for adaptation, mitigation and sustainable development; Adaptation and mitigation.

In the Synthesis Report, the certainty in key assessment findings is communicated as in the Working Group Reports and Special Reports. It is based on the author teams' evaluations of underlying scientific understanding and is expressed as a qualitative level of confidence (from *very low* to *very high*) and, when possible, probabilistically with a quantified likelihood (from *exceptionally unlikely* to *virtually certain*)[1]. Where appropriate, findings are also formulated as statements of fact without using uncertainty qualifiers.

This report includes information relevant to Article 2 of the United Nations Framework Convention on Climate Change (UNFCCC).

## SPM 1.   Observed Changes and their Causes

> **Human influence on the climate system is clear, and recent anthropogenic emissions of greenhouse gases are the highest in history. Recent climate changes have had widespread impacts on human and natural systems.** *{1}*

### SPM 1.1   Observed changes in the climate system

> **Warming of the climate system is unequivocal, and since the 1950s, many of the observed changes are unprecedented over decades to millennia. The atmosphere and ocean have warmed, the amounts of snow and ice have diminished, and sea level has risen.** *{1.1}*

Each of the last three decades has been successively warmer at the Earth's surface than any preceding decade since 1850. The period from 1983 to 2012 was *likely* the warmest 30-year period of the last 1400 years in the Northern Hemisphere, where such assessment is possible (*medium confidence*). The globally averaged combined land and ocean surface temperature data as calculated by a linear trend show a warming of 0.85 [0.65 to 1.06] °C[2] over the period 1880 to 2012, when multiple independently produced datasets exist (Figure SPM.1a). *{1.1.1, Figure 1.1}*

In addition to robust multi-decadal warming, the globally averaged surface temperature exhibits substantial decadal and interannual variability (Figure SPM.1a). Due to this natural variability, trends based on short records are very sensitive to the beginning and end dates and do not in general reflect long-term climate trends. As one example, the rate of warming over

---

[1]   Each finding is grounded in an evaluation of underlying evidence and agreement. In many cases, a synthesis of evidence and agreement supports an assignment of confidence. The summary terms for evidence are: limited, medium or robust. For agreement, they are low, medium or high. A level of confidence is expressed using five qualifiers: very low, low, medium, high and very high, and typeset in italics, e.g., *medium confidence*. The following terms have been used to indicate the assessed likelihood of an outcome or a result: virtually certain 99–100% probability, very likely 90–100%, likely 66–100%, about as likely as not 33–66%, unlikely 0–33%, very unlikely 0–10%, exceptionally unlikely 0–1%. Additional terms (extremely likely 95–100%, more likely than not >50–100%, more unlikely than likely 0–<50%, extremely unlikely 0–5%) may also be used when appropriate. Assessed likelihood is typeset in italics, e.g., *very likely*. See for more details: Mastrandrea, M.D., C.B. Field, T.F. Stocker, O. Edenhofer, K.L. Ebi, D.J. Frame, H. Held, E. Kriegler, K.J. Mach, P.R. Matschoss, G.-K. Plattner, G.W. Yohe and F.W. Zwiers, 2010: Guidance Note for Lead Authors of the IPCC Fifth Assessment Report on Consistent Treatment of Uncertainties, Intergovernmental Panel on Climate Change (IPCC), Geneva, Switzerland, 4 pp.

[2]   Ranges in square brackets or following '±' are expected to have a 90% likelihood of including the value that is being estimated, unless otherwise stated.

2

SPM



**Figure SPM.1 | The complex relationship between the observations (panels a, b, c, yellow background) and the emissions (panel d, light blue background) is addressed in Section 1.2 and Topic 1.** Observations and other indicators of a changing global climate system. Observations: **(a)** Annually and globally averaged combined land and ocean surface temperature anomalies relative to the average over the period 1986 to 2005. Colours indicate different data sets. **(b)** Annually and globally averaged sea level change relative to the average over the period 1986 to 2005 in the longest-running dataset. Colours indicate different data sets. All datasets are aligned to have the same value in 1993, the first year of satellite altimetry data (red). Where assessed, uncertainties are indicated by coloured shading. **(c)** Atmospheric concentrations of the greenhouse gases carbon dioxide ($CO_2$, green), methane ($CH_4$, orange) and nitrous oxide ($N_2O$, red) determined from ice core data (dots) and from direct atmospheric measurements (lines). Indicators: **(d)** Global anthropogenic $CO_2$ emissions from forestry and other land use as well as from burning of fossil fuel, cement production and flaring. Cumulative emissions of $CO_2$ from these sources and their uncertainties are shown as bars and whiskers, respectively, on the right hand side. The global effects of the accumulation of $CH_4$ and $N_2O$ emissions are shown in panel c. Greenhouse gas emission data from 1970 to 2010 are shown in Figure SPM.2. {Figures 1.1, 1.3, 1.5}

3

BLM_0055582

**SPM**

the past 15 years (1998–2012; 0.05 [–0.05 to 0.15] °C per decade), which begins with a strong El Niño, is smaller than the rate calculated since 1951 (1951–2012; 0.12 [0.08 to 0.14] °C per decade). *{1.1.1, Box 1.1}*

Ocean warming dominates the increase in energy stored in the climate system, accounting for more than 90% of the energy accumulated between 1971 and 2010 (*high confidence*), with only about 1% stored in the atmosphere. On a global scale, the ocean warming is largest near the surface, and the upper 75 m warmed by 0.11 [0.09 to 0.13] °C per decade over the period 1971 to 2010. It is *virtually certain* that the upper ocean (0–700 m) warmed from 1971 to 2010, and it *likely* warmed between the 1870s and 1971. *{1.1.2, Figure 1.2}*

Averaged over the mid-latitude land areas of the Northern Hemisphere, precipitation has increased since 1901 (*medium confidence* before and *high confidence* after 1951). For other latitudes, area-averaged long-term positive or negative trends have *low confidence*. Observations of changes in ocean surface salinity also provide indirect evidence for changes in the global water cycle over the ocean (*medium confidence*). It is *very likely* that regions of high salinity, where evaporation dominates, have become more saline, while regions of low salinity, where precipitation dominates, have become fresher since the 1950s. *{1.1.1, 1.1.2}*

Since the beginning of the industrial era, oceanic uptake of $CO_2$ has resulted in acidification of the ocean; the pH of ocean surface water has decreased by 0.1 (*high confidence*), corresponding to a 26% increase in acidity, measured as hydrogen ion concentration. *{1.1.2}*

Over the period 1992 to 2011, the Greenland and Antarctic ice sheets have been losing mass (*high confidence*), *likely* at a larger rate over 2002 to 2011. Glaciers have continued to shrink almost worldwide (*high confidence*). Northern Hemisphere spring snow cover has continued to decrease in extent (*high confidence*). There is *high confidence* that permafrost temperatures have increased in most regions since the early 1980s in response to increased surface temperature and changing snow cover. *{1.1.3}*

The annual mean Arctic sea-ice extent decreased over the period 1979 to 2012, with a rate that was *very likely* in the range 3.5 to 4.1% per decade. Arctic sea-ice extent has decreased in every season and in every successive decade since 1979, with the most rapid decrease in decadal mean extent in summer (*high confidence*). It is *very likely* that the annual mean Antarctic sea-ice extent increased in the range of 1.2 to 1.8% per decade between 1979 and 2012. However, there is *high confidence* that there are strong regional differences in Antarctica, with extent increasing in some regions and decreasing in others. *{1.1.3, Figure 1.1}*

Over the period 1901 to 2010, global mean sea level rose by 0.19 [0.17 to 0.21] m (Figure SPM.1b). The rate of sea level rise since the mid-19th century has been larger than the mean rate during the previous two millennia (*high confidence*). *{1.1.4, Figure 1.1}*

## SPM 1.2    Causes of climate change

**Anthropogenic greenhouse gas emissions have increased since the pre-industrial era, driven largely by economic and population growth, and are now higher than ever. This has led to atmospheric concentrations of carbon dioxide, methane and nitrous oxide that are unprecedented in at least the last 800,000 years. Their effects, together with those of other anthropogenic drivers, have been detected throughout the climate system and are *extremely likely* to have been the dominant cause of the observed warming since the mid-20th century. *{1.2, 1.3.1}***

Anthropogenic greenhouse gas (GHG) emissions since the pre-industrial era have driven large increases in the atmospheric concentrations of carbon dioxide ($CO_2$), methane ($CH_4$) and nitrous oxide ($N_2O$) (Figure SPM.1c). Between 1750 and 2011, cumulative anthropogenic $CO_2$ emissions to the atmosphere were $2040 \pm 310$ GtCO$_2$. About 40% of these emissions have remained in the atmosphere ($880 \pm 35$ GtCO$_2$); the rest was removed from the atmosphere and stored on land (in plants and soils) and in the ocean. The ocean has absorbed about 30% of the emitted anthropogenic $CO_2$, causing ocean acidification. About half of the anthropogenic $CO_2$ emissions between 1750 and 2011 have occurred in the last 40 years (*high confidence*) (Figure SPM.1d). *{1.2.1, 1.2.2}*

4

SPM



**Figure SPM.2 |** Total annual anthropogenic greenhouse gas (GHG) emissions (gigatonne of $CO_2$-equivalent per year, GtCO$_2$-eq/yr) for the period 1970 to 2010 by gases: $CO_2$ from fossil fuel combustion and industrial processes; $CO_2$ from Forestry and Other Land Use (FOLU); methane ($CH_4$); nitrous oxide ($N_2O$); fluorinated gases covered under the Kyoto Protocol (F-gases). Right hand side shows 2010 emissions, using alternatively $CO_2$-equivalent emission weightings based on IPCC Second Assessment Report (SAR) and AR5 values. Unless otherwise stated, $CO_2$-equivalent emissions in this report include the basket of Kyoto gases ($CO_2$, $CH_4$, $N_2O$ as well as F-gases) calculated based on 100-year Global Warming Potential (GWP$_{100}$) values from the SAR (see Glossary). Using the most recent GWP$_{100}$ values from the AR5 (right-hand bars) would result in higher total annual GHG emissions (52 GtCO$_2$-eq/yr) from an increased contribution of methane, but does not change the long-term trend significantly. *{Figure 1.6, Box 3.2}*

Total anthropogenic GHG emissions have continued to increase over 1970 to 2010 with larger absolute increases between 2000 and 2010, despite a growing number of climate change mitigation policies. Anthropogenic GHG emissions in 2010 have reached 49 ± 4.5 GtCO$_2$-eq/yr [3]. Emissions of $CO_2$ from fossil fuel combustion and industrial processes contributed about 78% of the total GHG emissions increase from 1970 to 2010, with a similar percentage contribution for the increase during the period 2000 to 2010 (*high confidence*) (Figure SPM.2). Globally, economic and population growth continued to be the most important drivers of increases in $CO_2$ emissions from fossil fuel combustion. The contribution of population growth between 2000 and 2010 remained roughly identical to the previous three decades, while the contribution of economic growth has risen sharply. Increased use of coal has reversed the long-standing trend of gradual decarbonization (i.e., reducing the carbon intensity of energy) of the world's energy supply (*high confidence*). *{1.2.2}*

The evidence for human influence on the climate system has grown since the IPCC Fourth Assessment Report (AR4). It is *extremely likely* that more than half of the observed increase in global average surface temperature from 1951 to 2010 was caused by the anthropogenic increase in GHG concentrations and other anthropogenic forcings together. The best estimate of the human-induced contribution to warming is similar to the observed warming over this period (Figure SPM.3). Anthropogenic forcings have *likely* made a substantial contribution to surface temperature increases since the mid-20th century over every continental region except Antarctica [4]. Anthropogenic influences have *likely* affected the global water cycle since 1960 and contributed to the retreat of glaciers since the 1960s and to the increased surface melting of the Greenland ice sheet since 1993. Anthropogenic influences have *very likely* contributed to Arctic sea-ice loss since 1979 and have *very likely* made a substantial contribution to increases in global upper ocean heat content (0–700 m) and to global mean sea level rise observed since the 1970s. *{1.3, Figure 1.10}*

---

[3]   Greenhouse gas emissions are quantified as $CO_2$-equivalent (GtCO$_2$-eq) emissions using weightings based on the 100-year Global Warming Potentials, using IPCC Second Assessment Report values unless otherwise stated. *{Box 3.2}*

[4]   For Antarctica, large observational uncertainties result in *low confidence* that anthropogenic forcings have contributed to the observed warming averaged over available stations.

5

BLM_0055584

Summary for Policymakers

SPM



**Figure SPM.3** | Assessed *likely* ranges (whiskers) and their mid-points (bars) for warming trends over the 1951–2010 period from well-mixed greenhouse gases, other anthropogenic forcings (including the cooling effect of aerosols and the effect of land use change), combined anthropogenic forcings, natural forcings and natural internal variability (which is the element of climate variability that arises spontaneously within the climate system even in the absence of forcings). The observed surface temperature change is shown in black, with the 5 to 95% uncertainty range due to observational uncertainty. The attributed warming ranges (colours) are based on observations combined with climate model simulations, in order to estimate the contribution of an individual external forcing to the observed warming. The contribution from the combined anthropogenic forcings can be estimated with less uncertainty than the contributions from greenhouse gases and from other anthropogenic forcings separately. This is because these two contributions partially compensate, resulting in a combined signal that is better constrained by observations. *{Figure 1.9}*

## SPM 1.3    Impacts of climate change

> **In recent decades, changes in climate have caused impacts on natural and human systems on all continents and across the oceans. Impacts are due to observed climate change, irrespective of its cause, indicating the sensitivity of natural and human systems to changing climate.** *{1.3.2}*

Evidence of observed climate change impacts is strongest and most comprehensive for natural systems. In many regions, changing precipitation or melting snow and ice are altering hydrological systems, affecting water resources in terms of quantity and quality (*medium confidence*). Many terrestrial, freshwater and marine species have shifted their geographic ranges, seasonal activities, migration patterns, abundances and species interactions in response to ongoing climate change (*high confidence*). Some impacts on human systems have also been attributed to climate change, with a major or minor contribution of climate change distinguishable from other influences (Figure SPM.4). Assessment of many studies covering a wide range of regions and crops shows that negative impacts of climate change on crop yields have been more common than positive impacts (*high confidence*). Some impacts of ocean acidification on marine organisms have been attributed to human influence (*medium confidence*). *{1.3.2}*

6

BLM_0055585

SPM



**Figure SPM.4 |** Based on the available scientific literature since the IPCC Fourth Assessment Report (AR4), there are substantially more impacts in recent decades now attributed to climate change. Attribution requires defined scientific evidence on the role of climate change. Absence from the map of additional impacts attributed to climate change does not imply that such impacts have not occurred. The publications supporting attributed impacts reflect a growing knowledge base, but publications are still limited for many regions, systems and processes, highlighting gaps in data and studies. Symbols indicate categories of attributed impacts, the relative contribution of climate change (major or minor) to the observed impact and confidence in attribution. Each symbol refers to one or more entries in WGII Table SPM.A1, grouping related regional-scale impacts. Numbers in ovals indicate regional totals of climate change publications from 2001 to 2010, based on the Scopus bibliographic database for publications in English with individual countries mentioned in title, abstract or key words (as of July 2011). These numbers provide an overall measure of the available scientific literature on climate change across regions; they do not indicate the number of publications supporting attribution of climate change impacts in each region. Studies for polar regions and small islands are grouped with neighbouring continental regions. The inclusion of publications for assessment of attribution followed IPCC scientific evidence criteria defined in WGII Chapter 18. Publications considered in the attribution analyses come from a broader range of literature assessed in the WGII AR5. See WGII Table SPM.A1 for descriptions of the attributed impacts. *[Figure 1.11]*

### SPM 1.4    Extreme events

> Changes in many extreme weather and climate events have been observed since about 1950. Some of these changes have been linked to human influences, including a decrease in cold temperature extremes, an increase in warm temperature extremes, an increase in extreme high sea levels and an increase in the number of heavy precipitation events in a number of regions. *{1.4}*

It is *very likely* that the number of cold days and nights has decreased and the number of warm days and nights has increased on the global scale. It is *likely* that the frequency of heat waves has increased in large parts of Europe, Asia and Australia. It is

7

BLM_0055586

**SPM**

*very likely* that human influence has contributed to the observed global scale changes in the frequency and intensity of daily temperature extremes since the mid-20th century. It is *likely* that human influence has more than doubled the probability of occurrence of heat waves in some locations. There is *medium confidence* that the observed warming has increased heat-related human mortality and decreased cold-related human mortality in some regions. *{1.4}*

There are *likely* more land regions where the number of heavy precipitation events has increased than where it has decreased. Recent detection of increasing trends in extreme precipitation and discharge in some catchments implies greater risks of flooding at regional scale (*medium confidence*). It is *likely* that extreme sea levels (for example, as experienced in storm surges) have increased since 1970, being mainly a result of rising mean sea level. *{1.4}*

Impacts from recent climate-related extremes, such as heat waves, droughts, floods, cyclones and wildfires, reveal significant vulnerability and exposure of some ecosystems and many human systems to current climate variability (*very high confidence*). *{1.4}*

## SPM 2.    Future Climate Changes, Risks and Impacts

> **Continued emission of greenhouse gases will cause further warming and long-lasting changes in all components of the climate system, increasing the likelihood of severe, pervasive and irreversible impacts for people and ecosystems. Limiting climate change would require substantial and sustained reductions in greenhouse gas emissions which, together with adaptation, can limit climate change risks. *{2}***

### SPM 2.1    Key drivers of future climate

> **Cumulative emissions of $CO_2$ largely determine global mean surface warming by the late 21st century and beyond. Projections of greenhouse gas emissions vary over a wide range, depending on both socio-economic development and climate policy. *{2.1}***

Anthropogenic GHG emissions are mainly driven by population size, economic activity, lifestyle, energy use, land use patterns, technology and climate policy. The Representative Concentration Pathways (RCPs), which are used for making projections based on these factors, describe four different 21st century pathways of GHG emissions and atmospheric concentrations, air pollutant emissions and land use. The RCPs include a stringent mitigation scenario (RCP2.6), two intermediate scenarios (RCP4.5 and RCP6.0) and one scenario with very high GHG emissions (RCP8.5). Scenarios without additional efforts to constrain emissions ('baseline scenarios') lead to pathways ranging between RCP6.0 and RCP8.5 (Figure SPM.5a). RCP2.6 is representative of a scenario that aims to keep global warming *likely* below 2°C above pre-industrial temperatures. The RCPs are consistent with the wide range of scenarios in the literature as assessed by WGIII[5]. *{2.1, Box 2.2, 4.3}*

Multiple lines of evidence indicate a strong, consistent, almost linear relationship between cumulative $CO_2$ emissions and projected global temperature change to the year 2100 in both the RCPs and the wider set of mitigation scenarios analysed in WGIII (Figure SPM.5b). Any given level of warming is associated with a range of cumulative $CO_2$ emissions[6], and therefore, e.g., higher emissions in earlier decades imply lower emissions later. *{2.2.5, Table 2.2}*

---

[5]    Roughly 300 baseline scenarios and 900 mitigation scenarios are categorized by $CO_2$-equivalent concentration ($CO_2$-eq) by 2100. The $CO_2$-eq includes the forcing due to all GHGs (including halogenated gases and tropospheric ozone), aerosols and albedo change.

[6]    Quantification of this range of $CO_2$ emissions requires taking into account non-$CO_2$ drivers.

BLM_0055587

SPM





**Figure SPM.5 |** **(a)** Emissions of carbon dioxide ($CO_2$) alone in the Representative Concentration Pathways (RCPs) (lines) and the associated scenario categories used in WGIII (coloured areas show 5 to 95% range). The WGIII scenario categories summarize the wide range of emission scenarios published in the scientific literature and are defined on the basis of $CO_2$-eq concentration levels (in ppm) in 2100. The time series of other greenhouse gas emissions are shown in Box 2.2, Figure 1. **(b)** Global mean surface temperature increase at the time global $CO_2$ emissions reach a given net cumulative total, plotted as a function of that total, from various lines of evidence. Coloured plume shows the spread of past and future projections from a hierarchy of climate-carbon cycle models driven by historical emissions and the four RCPs over all times out to 2100, and fades with the decreasing number of available models. Ellipses show total anthropogenic warming in 2100 versus cumulative $CO_2$ emissions from 1870 to 2100 from a simple climate model (median climate response) under the scenario categories used in WGIII. The width of the ellipses in terms of temperature is caused by the impact of different scenarios for non-$CO_2$ climate drivers. The filled black ellipse shows observed emissions to 2005 and observed temperatures in the decade 2000–2009 with associated uncertainties. *[Box 2.2, Figure 1; Figure 2.3]*

9

BLM_0055588

**SPM**

Multi-model results show that limiting total human-induced warming to less than 2°C relative to the period 1861–1880 with a probability of >66%[7] would require cumulative $CO_2$ emissions from all anthropogenic sources since 1870 to remain below about 2900 $GtCO_2$ (with a range of 2550 to 3150 $GtCO_2$ depending on non-$CO_2$ drivers). About 1900 $GtCO_2$[8] had already been emitted by 2011. For additional context see Table 2.2. *{2.2.5}*

## SPM 2.2   Projected changes in the climate system

**Surface temperature is projected to rise over the 21st century under all assessed emission scenarios. It is *very likely* that heat waves will occur more often and last longer, and that extreme precipitation events will become more intense and frequent in many regions. The ocean will continue to warm and acidify, and global mean sea level to rise. *{2.2}***

*The projected changes in Section SPM 2.2 are for 2081–2100 relative to 1986–2005, unless otherwise indicated.*

Future climate will depend on committed warming caused by past anthropogenic emissions, as well as future anthropogenic emissions and natural climate variability. The global mean surface temperature change for the period 2016–2035 relative to 1986–2005 is similar for the four RCPs and will *likely* be in the range 0.3°C to 0.7°C (*medium confidence*). This assumes that there will be no major volcanic eruptions or changes in some natural sources (e.g., $CH_4$ and $N_2O$), or unexpected changes in total solar irradiance. By mid-21st century, the magnitude of the projected climate change is substantially affected by the choice of emissions scenario. *{2.2.1, Table 2.1}*

Relative to 1850–1900, global surface temperature change for the end of the 21st century (2081–2100) is projected to *likely* exceed 1.5°C for RCP4.5, RCP6.0 and RCP8.5 (*high confidence*). Warming is *likely* to exceed 2°C for RCP6.0 and RCP8.5 (*high confidence*), *more likely than not* to exceed 2°C for RCP4.5 (*medium confidence*), but *unlikely* to exceed 2°C for RCP2.6 (*medium confidence*). *{2.2.1}*

The increase of global mean surface temperature by the end of the 21st century (2081–2100) relative to 1986–2005 is *likely* to be 0.3°C to 1.7°C under RCP2.6, 1.1°C to 2.6°C under RCP4.5, 1.4°C to 3.1°C under RCP6.0 and 2.6°C to 4.8°C under RCP8.5[9]. The Arctic region will continue to warm more rapidly than the global mean (Figure SPM.6a, Figure SPM.7a). *{2.2.1, Figure 2.1, Figure 2.2, Table 2.1}*

It is *virtually certain* that there will be more frequent hot and fewer cold temperature extremes over most land areas on daily and seasonal timescales, as global mean surface temperature increases. It is *very likely* that heat waves will occur with a higher frequency and longer duration. Occasional cold winter extremes will continue to occur. *{2.2.1}*

---

[7]   Corresponding figures for limiting warming to 2°C with a probability of >50% and >33% are 3000 $GtCO_2$ (range of 2900 to 3200 $GtCO_2$) and 3300 $GtCO_2$ (range of 2950 to 3800 $GtCO_2$) respectively. Higher or lower temperature limits would imply larger or lower cumulative emissions respectively.

[8]   This corresponds to about two thirds of the 2900 $GtCO_2$ that would limit warming to less than 2°C with a probability of >66%; to about 63% of the total amount of 3000 $GtCO_2$ that would limit warming to less than 2°C with a probability of >50%; and to about 58% of the total amount of 3300 $GtCO_2$ that would limit warming to less than 2°C with a probability of >33%.

[9]   The period 1986–2005 is approximately 0.61 [0.55 to 0.67] °C warmer than 1850–1900. *{2.2.1}*

BLM_0055589





**Figure SPM.6 |** Global average surface temperature change **(a)** and global mean sea level rise[10] **(b)** from 2006 to 2100 as determined by multi-model simulations. All changes are relative to 1986–2005. Time series of projections and a measure of uncertainty (shading) are shown for scenarios RCP2.6 (blue) and RCP8.5 (red). The mean and associated uncertainties averaged over 2081–2100 are given for all RCP scenarios as coloured vertical bars at the right hand side of each panel. The number of Coupled Model Intercomparison Project Phase 5 (CMIP5) models used to calculate the multi-model mean is indicated. {2.2, Figure 2.1}

Changes in precipitation will not be uniform. The high latitudes and the equatorial Pacific are *likely* to experience an increase in annual mean precipitation under the RCP8.5 scenario. In many mid-latitude and subtropical dry regions, mean precipitation will *likely* decrease, while in many mid-latitude wet regions, mean precipitation will *likely* increase under the RCP8.5 scenario (Figure SPM.7b). Extreme precipitation events over most of the mid-latitude land masses and over wet tropical regions will *very likely* become more intense and more frequent. {2.2.2, Figure 2.2}

The global ocean will continue to warm during the 21st century, with the strongest warming projected for the surface in tropical and Northern Hemisphere subtropical regions (Figure SPM.7a). {2.2.3, Figure 2.2}

---

[10]  Based on current understanding (from observations, physical understanding and modelling), only the collapse of marine-based sectors of the Antarctic ice sheet, if initiated, could cause global mean sea level to rise substantially above the *likely* range during the 21st century. There is *medium confidence* that this additional contribution would not exceed several tenths of a meter of sea level rise during the 21st century.

BLM_0055590

**SPM**



**Figure SPM.7** | Change in average surface temperature **(a)** and change in average precipitation **(b)** based on multi-model mean projections for 2081–2100 relative to 1986–2005 under the RCP2.6 (left) and RCP8.5 (right) scenarios. The number of models used to calculate the multi-model mean is indicated in the upper right corner of each panel. Stippling (i.e., dots) shows regions where the projected change is large compared to natural internal variability and where at least 90% of models agree on the sign of change. Hatching (i.e., diagonal lines) shows regions where the projected change is less than one standard deviation of the natural internal variability. {2.2, Figure 2.2}

Earth System Models project a global increase in ocean acidification for all RCP scenarios by the end of the 21st century, with a slow recovery after mid-century under RCP2.6. The decrease in surface ocean pH is in the range of 0.06 to 0.07 (15 to 17% increase in acidity) for RCP2.6, 0.14 to 0.15 (38 to 41%) for RCP4.5, 0.20 to 0.21 (58 to 62%) for RCP6.0 and 0.30 to 0.32 (100 to 109%) for RCP8.5. {2.2.4, Figure 2.1}

Year-round reductions in Arctic sea ice are projected for all RCP scenarios. A nearly ice-free[11] Arctic Ocean in the summer sea-ice minimum in September before mid-century is *likely* for RCP8.5[12] (*medium confidence*). {2.2.3, Figure 2.1}

It is *virtually certain* that near-surface permafrost extent at high northern latitudes will be reduced as global mean surface temperature increases, with the area of permafrost near the surface (upper 3.5 m) projected to decrease by 37% (RCP2.6) to 81% (RCP8.5) for the multi-model average (*medium confidence*). {2.2.3}

The global glacier volume, excluding glaciers on the periphery of Antarctica (and excluding the Greenland and Antarctic ice sheets), is projected to decrease by 15 to 55% for RCP2.6 and by 35 to 85% for RCP8.5 (*medium confidence*). {2.2.3}

---

[11]   When sea-ice extent is less than one million km² for at least five consecutive years.

[12]   Based on an assessment of the subset of models that most closely reproduce the climatological mean state and 1979–2012 trend of the Arctic sea-ice extent.

BLM_0055591

SPM

There has been significant improvement in understanding and projection of sea level change since the AR4. Global mean sea level rise will continue during the 21st century, *very likely* at a faster rate than observed from 1971 to 2010. For the period 2081–2100 relative to 1986–2005, the rise will *likely* be in the ranges of 0.26 to 0.55 m for RCP2.6, and of 0.45 to 0.82 m for RCP8.5 (*medium confidence*)[10] (Figure SPM.6b). Sea level rise will not be uniform across regions. By the end of the 21st century, it is *very likely* that sea level will rise in more than about 95% of the ocean area. About 70% of the coastlines worldwide are projected to experience a sea level change within ±20% of the global mean. {2.2.3}

### SPM 2.3   Future risks and impacts caused by a changing climate

**Climate change will amplify existing risks and create new risks for natural and human systems. Risks are unevenly distributed and are generally greater for disadvantaged people and communities in countries at all levels of development.** {2.3}

Risk of climate-related impacts results from the interaction of climate-related hazards (including hazardous events and trends) with the vulnerability and exposure of human and natural systems, including their ability to adapt. Rising rates and magnitudes of warming and other changes in the climate system, accompanied by ocean acidification, increase the risk of severe, pervasive and in some cases irreversible detrimental impacts. Some risks are particularly relevant for individual regions (Figure SPM.8), while others are global. The overall risks of future climate change impacts can be reduced by limiting the rate and magnitude of climate change, including ocean acidification. The precise levels of climate change sufficient to trigger abrupt and irreversible change remain uncertain, but the risk associated with crossing such thresholds increases with rising temperature (*medium confidence*). For risk assessment, it is important to evaluate the widest possible range of impacts, including low-probability outcomes with large consequences. {1.5, 2.3, 2.4, 3.3, Box Introduction.1, Box 2.3, Box 2.4}

A large fraction of species faces increased extinction risk due to climate change during and beyond the 21st century, especially as climate change interacts with other stressors (*high confidence*). Most plant species cannot naturally shift their geographical ranges sufficiently fast to keep up with current and high projected rates of climate change in most landscapes; most small mammals and freshwater molluscs will not be able to keep up at the rates projected under RCP4.5 and above in flat landscapes in this century (*high confidence*). Future risk is indicated to be high by the observation that natural global climate change at rates lower than current anthropogenic climate change caused significant ecosystem shifts and species extinctions during the past millions of years. Marine organisms will face progressively lower oxygen levels and high rates and magnitudes of ocean acidification (*high confidence*), with associated risks exacerbated by rising ocean temperature extremes (*medium confidence*). Coral reefs and polar ecosystems are highly vulnerable. Coastal systems and low-lying areas are at risk from sea level rise, which will continue for centuries even if the global mean temperature is stabilized (*high confidence*). {2.3, 2.4, Figure 2.5}

Climate change is projected to undermine food security (Figure SPM.9). Due to projected climate change by the mid-21st century and beyond, global marine species redistribution and marine biodiversity reduction in sensitive regions will challenge the sustained provision of fisheries productivity and other ecosystem services (*high confidence*). For wheat, rice and maize in tropical and temperate regions, climate change without adaptation is projected to negatively impact production for local temperature increases of 2°C or more above late 20th century levels, although individual locations may benefit (*medium confidence*). Global temperature increases of ~4°C or more[13] above late 20th century levels, combined with increasing food demand, would pose large risks to food security globally (*high confidence*). Climate change is projected to reduce renewable surface water and groundwater resources in most dry subtropical regions (*robust evidence, high agreement*), intensifying competition for water among sectors (*limited evidence, medium agreement*). {2.3.1, 2.3.2}

---

[13]   Projected warming averaged over land is larger than global average warming for all RCP scenarios for the period 2081–2100 relative to 1986–2005. For regional projections, see Figure SPM.7. {2.2}

13

BLM_0055592



**Figure SPM.8 |** Representative key risks[14] for each region, including the potential for risk reduction through adaptation and mitigation, as well as limits to adaptation. Each key risk is assessed as very low, low, medium, high or very high. Risk levels are presented for three time frames: present, near term (here, for 2030–2040) and long term (here, for 2080–2100). In the near term, projected levels of global mean temperature increase do not diverge substantially across different emission scenarios. For the long term, risk levels are presented for two possible futures (2°C and 4°C global mean temperature increase above pre-industrial levels). For each timeframe, risk levels are indicated for a continuation of current adaptation and assuming high levels of current or future adaptation. Risk levels are not necessarily comparable, especially across regions. {Figure 2.4}

---

[14]   Identification of key risks was based on expert judgment using the following specific criteria: large magnitude, high probability or irreversibility of impacts; timing of impacts; persistent vulnerability or exposure contributing to risks; or limited potential to reduce risks through adaptation or mitigation.



**Figure SPM.9 |** **(a)** Projected global redistribution of maximum catch potential of ~1000 exploited marine fish and invertebrate species. Projections compare the 10-year averages 2001–2010 and 2051–2060 using ocean conditions based on a single climate model under a moderate to high warming scenario, without analysis of potential impacts of overfishing or ocean acidification. **(b)** Summary of projected changes in crop yields (mostly wheat, maize, rice and soy), due to climate change over the 21st century. Data for each timeframe sum to 100%, indicating the percentage of projections showing yield increases versus decreases. The figure includes projections (based on 1090 data points) for different emission scenarios, for tropical and temperate regions and for adaptation and no-adaptation cases combined. Changes in crop yields are relative to late 20th century levels. *{Figure 2.6a, Figure 2.7}*

Until mid-century, projected climate change will impact human health mainly by exacerbating health problems that already exist (*very high confidence*). Throughout the 21st century, climate change is expected to lead to increases in ill-health in many regions and especially in developing countries with low income, as compared to a baseline without climate change (*high confidence*). By 2100 for RCP8.5, the combination of high temperature and humidity in some areas for parts of the year is expected to compromise common human activities, including growing food and working outdoors (*high confidence*). *{2.3.2}*

In urban areas climate change is projected to increase risks for people, assets, economies and ecosystems, including risks from heat stress, storms and extreme precipitation, inland and coastal flooding, landslides, air pollution, drought, water scarcity, sea level rise and storm surges (*very high confidence*). These risks are amplified for those lacking essential infrastructure and services or living in exposed areas. *{2.3.2}*

15

BLM_0055594

**SPM**

Rural areas are expected to experience major impacts on water availability and supply, food security, infrastructure and agricultural incomes, including shifts in the production areas of food and non-food crops around the world (*high confidence*). {2.3.2}

Aggregate economic losses accelerate with increasing temperature (*limited evidence, high agreement*), but global economic impacts from climate change are currently difficult to estimate. From a poverty perspective, climate change impacts are projected to slow down economic growth, make poverty reduction more difficult, further erode food security and prolong existing and create new poverty traps, the latter particularly in urban areas and emerging hotspots of hunger (*medium confidence*). International dimensions such as trade and relations among states are also important for understanding the risks of climate change at regional scales. {2.3.2}

Climate change is projected to increase displacement of people (*medium evidence, high agreement*). Populations that lack the resources for planned migration experience higher exposure to extreme weather events, particularly in developing countries with low income. Climate change can indirectly increase risks of violent conflicts by amplifying well-documented drivers of these conflicts such as poverty and economic shocks (*medium confidence*). {2.3.2}

### SPM 2.4    Climate change beyond 2100, irreversibility and abrupt changes

**Many aspects of climate change and associated impacts will continue for centuries, even if anthropogenic emissions of greenhouse gases are stopped. The risks of abrupt or irreversible changes increase as the magnitude of the warming increases.** *{2.4}*

Warming will continue beyond 2100 under all RCP scenarios except RCP2.6. Surface temperatures will remain approximately constant at elevated levels for many centuries after a complete cessation of net anthropogenic $CO_2$ emissions. A large fraction of anthropogenic climate change resulting from $CO_2$ emissions is irreversible on a multi-century to millennial timescale, except in the case of a large net removal of $CO_2$ from the atmosphere over a sustained period. *{2.4, Figure 2.8}*

Stabilization of global average surface temperature does not imply stabilization for all aspects of the climate system. Shifting biomes, soil carbon, ice sheets, ocean temperatures and associated sea level rise all have their own intrinsic long timescales which will result in changes lasting hundreds to thousands of years after global surface temperature is stabilized. *{2.1, 2.4}*

There is *high confidence* that ocean acidification will increase for centuries if $CO_2$ emissions continue, and will strongly affect marine ecosystems. *{2.4}*

It is *virtually certain* that global mean sea level rise will continue for many centuries beyond 2100, with the amount of rise dependent on future emissions. The threshold for the loss of the Greenland ice sheet over a millennium or more, and an associated sea level rise of up to 7 m, is greater than about 1°C (*low confidence*) but less than about 4°C (*medium confidence*) of global warming with respect to pre-industrial temperatures. Abrupt and irreversible ice loss from the Antarctic ice sheet is possible, but current evidence and understanding is insufficient to make a quantitative assessment. *{2.4}*

Magnitudes and rates of climate change associated with medium- to high-emission scenarios pose an increased risk of abrupt and irreversible regional-scale change in the composition, structure and function of marine, terrestrial and freshwater ecosystems, including wetlands (*medium confidence*). A reduction in permafrost extent is *virtually certain* with continued rise in global temperatures. *{2.4}*

16

BLM_0055595

## SPM 3.    Future Pathways for Adaptation, Mitigation and Sustainable Development

SPM

> **Adaptation and mitigation are complementary strategies for reducing and managing the risks of climate change. Substantial emissions reductions over the next few decades can reduce climate risks in the 21st century and beyond, increase prospects for effective adaptation, reduce the costs and challenges of mitigation in the longer term and contribute to climate-resilient pathways for sustainable development.** *{3.2, 3.3, 3.4}*

### SPM 3.1    Foundations of decision-making about climate change

> **Effective decision-making to limit climate change and its effects can be informed by a wide range of analytical approaches for evaluating expected risks and benefits, recognizing the importance of governance, ethical dimensions, equity, value judgments, economic assessments and diverse perceptions and responses to risk and uncertainty.** *{3.1}*

Sustainable development and equity provide a basis for assessing climate policies. Limiting the effects of climate change is necessary to achieve sustainable development and equity, including poverty eradication. Countries' past and future contributions to the accumulation of GHGs in the atmosphere are different, and countries also face varying challenges and circumstances and have different capacities to address mitigation and adaptation. Mitigation and adaptation raise issues of equity, justice and fairness. Many of those most vulnerable to climate change have contributed and contribute little to GHG emissions. Delaying mitigation shifts burdens from the present to the future, and insufficient adaptation responses to emerging impacts are already eroding the basis for sustainable development. Comprehensive strategies in response to climate change that are consistent with sustainable development take into account the co-benefits, adverse side effects and risks that may arise from both adaptation and mitigation options. *{3.1, 3.5, Box 3.4}*

The design of climate policy is influenced by how individuals and organizations perceive risks and uncertainties and take them into account. Methods of valuation from economic, social and ethical analysis are available to assist decision-making. These methods can take account of a wide range of possible impacts, including low-probability outcomes with large consequences. But they cannot identify a single best balance between mitigation, adaptation and residual climate impacts. *{3.1}*

Climate change has the characteristics of a collective action problem at the global scale, because most GHGs accumulate over time and mix globally, and emissions by any agent (e.g., individual, community, company, country) affect other agents. Effective mitigation will not be achieved if individual agents advance their own interests independently. Cooperative responses, including international cooperation, are therefore required to effectively mitigate GHG emissions and address other climate change issues. The effectiveness of adaptation can be enhanced through complementary actions across levels, including international cooperation. The evidence suggests that outcomes seen as equitable can lead to more effective cooperation. *{3.1}*

### SPM 3.2    Climate change risks reduced by mitigation and adaptation

> **Without additional mitigation efforts beyond those in place today, and even with adaptation, warming by the end of the 21st century will lead to high to very high risk of severe, widespread and irreversible impacts globally (*high confidence*). Mitigation involves some level of co-benefits and of risks due to adverse side effects, but these risks do not involve the same possibility of severe, widespread and irreversible impacts as risks from climate change, increasing the benefits from near-term mitigation efforts.** *{3.2, 3.4}*

Mitigation and adaptation are complementary approaches for reducing risks of climate change impacts over different timescales (*high confidence*). Mitigation, in the near term and through the century, can substantially reduce climate change

17

BLM_0055596

**SPM**

impacts in the latter decades of the 21st century and beyond. Benefits from adaptation can already be realized in addressing current risks, and can be realized in the future for addressing emerging risks. {3.2, 4.5}

Five Reasons For Concern (RFCs) aggregate climate change risks and illustrate the implications of warming and of adaptation limits for people, economies and ecosystems across sectors and regions. The five RFCs are associated with: (1) Unique and threatened systems, (2) Extreme weather events, (3) Distribution of impacts, (4) Global aggregate impacts, and (5) Large-scale singular events. In this report, the RFCs provide information relevant to Article 2 of UNFCCC. {Box 2.4}

Without additional mitigation efforts beyond those in place today, and even with adaptation, warming by the end of the 21st century will lead to high to very high risk of severe, widespread and irreversible impacts globally (*high confidence*) (Figure SPM.10). In most scenarios without additional mitigation efforts (those with 2100 atmospheric concentrations



(a) Risks from climate change...

(b) ...depend on cumulative CO₂ emissions...

(c) ...which in turn depend on annual GHG emissions over the next decades

**Level of additional risk due to climate change (see Box 2.4)**

Very high
High
Moderate
Undetectable

**Figure SPM.10** | The relationship between risks from climate change, temperature change, cumulative carbon dioxide (CO₂) emissions and changes in annual greenhouse gas (GHG) emissions by 2050. Limiting risks across Reasons For Concern **(a)** would imply a limit for cumulative emissions of CO₂ **(b)** which would constrain annual GHG emissions over the next few decades **(c)**. Panel a reproduces the five Reasons For Concern *{Box 2.4}*. **Panel b** links temperature changes to cumulative CO₂ emissions (in GtCO₂) from 1870. They are based on Coupled Model Intercomparison Project Phase 5 (CMIP5) simulations (pink plume) and on a simple climate model (median climate response in 2100), for the baselines and five mitigation scenario categories (six ellipses). Details are provided in Figure SPM.5. **Panel c** shows the relationship between the cumulative CO₂ emissions (in GtCO₂) of the scenario categories and their associated change in annual GHG emissions by 2050, expressed in percentage change (in percent GtCO₂-eq per year) relative to 2010. The ellipses correspond to the same scenario categories as in Panel b, and are built with a similar method (see details in Figure SPM.5). *{Figure 3.1}*

BLM_0055597

SPM

>1000 ppm $CO_2$-eq), warming is *more likely than not* to exceed 4°C above pre-industrial levels by 2100 (Table SPM.1). The risks associated with temperatures at or above 4°C include substantial species extinction, global and regional food insecurity, consequential constraints on common human activities and limited potential for adaptation in some cases (*high confidence*). Some risks of climate change, such as risks to unique and threatened systems and risks associated with extreme weather events, are moderate to high at temperatures 1°C to 2°C above pre-industrial levels. {2.3, Figure 2.5, 3.2, 3.4, Box 2.4, Table SPM.1}

Substantial cuts in GHG emissions over the next few decades can substantially reduce risks of climate change by limiting warming in the second half of the 21st century and beyond. Cumulative emissions of $CO_2$ largely determine global mean surface warming by the late 21st century and beyond. Limiting risks across RFCs would imply a limit for cumulative emissions of $CO_2$. Such a limit would require that global net emissions of $CO_2$ eventually decrease to zero and would constrain annual emissions over the next few decades (Figure SPM.10) (*high confidence*). But some risks from climate damages are unavoidable, even with mitigation and adaptation. {2.2.5, 3.2, 3.4}

Mitigation involves some level of co-benefits and risks, but these risks do not involve the same possibility of severe, widespread and irreversible impacts as risks from climate change. Inertia in the economic and climate system and the possibility of irreversible impacts from climate change increase the benefits from near-term mitigation efforts (*high confidence*). Delays in additional mitigation or constraints on technological options increase the longer-term mitigation costs to hold climate change risks at a given level (Table SPM.2). {3.2, 3.4}

## SPM 3.3    Characteristics of adaptation pathways

**Adaptation can reduce the risks of climate change impacts, but there are limits to its effectiveness, especially with greater magnitudes and rates of climate change. Taking a longer-term perspective, in the context of sustainable development, increases the likelihood that more immediate adaptation actions will also enhance future options and preparedness. {3.3}**

Adaptation can contribute to the well-being of populations, the security of assets and the maintenance of ecosystem goods, functions and services now and in the future. Adaptation is place- and context-specific (*high confidence*). A first step towards adaptation to future climate change is reducing vulnerability and exposure to present climate variability (*high confidence*). Integration of adaptation into planning, including policy design, and decision-making can promote synergies with development and disaster risk reduction. Building adaptive capacity is crucial for effective selection and implementation of adaptation options (*robust evidence, high agreement*). {3.3}

Adaptation planning and implementation can be enhanced through complementary actions across levels, from individuals to governments (*high confidence*). National governments can coordinate adaptation efforts of local and sub-national governments, for example by protecting vulnerable groups, by supporting economic diversification and by providing information, policy and legal frameworks and financial support (*robust evidence*, *high agreement*). Local government and the private sector are increasingly recognized as critical to progress in adaptation, given their roles in scaling up adaptation of communities, households and civil society and in managing risk information and financing (*medium evidence*, *high agreement*). {3.3}

Adaptation planning and implementation at all levels of governance are contingent on societal values, objectives and risk perceptions (*high confidence*). Recognition of diverse interests, circumstances, social-cultural contexts and expectations can benefit decision-making processes. Indigenous, local and traditional knowledge systems and practices, including indigenous peoples' holistic view of community and environment, are a major resource for adapting to climate change, but these have not been used consistently in existing adaptation efforts. Integrating such forms of knowledge with existing practices increases the effectiveness of adaptation. {3.3}

Constraints can interact to impede adaptation planning and implementation (*high confidence*). Common constraints on implementation arise from the following: limited financial and human resources; limited integration or coordination of governance; uncertainties about projected impacts; different perceptions of risks; competing values; absence of key adaptation leaders and advocates; and limited tools to monitor adaptation effectiveness. Another constraint includes insufficient research, monitoring, and observation and the finance to maintain them. {3.3}

19

BLM_0055598

**SPM**

Greater rates and magnitude of climate change increase the likelihood of exceeding adaptation limits (*high confidence*). Limits to adaptation emerge from the interaction among climate change and biophysical and/or socio-economic constraints. Further, poor planning or implementation, overemphasizing short-term outcomes or failing to sufficiently anticipate consequences can result in maladaptation, increasing the vulnerability or exposure of the target group in the future or the vulnerability of other people, places or sectors (*medium evidence, high agreement*). Underestimating the complexity of adaptation as a social process can create unrealistic expectations about achieving intended adaptation outcomes. {3.3}

Significant co-benefits, synergies and trade-offs exist between mitigation and adaptation and among different adaptation responses; interactions occur both within and across regions (*very high confidence*). Increasing efforts to mitigate and adapt to climate change imply an increasing complexity of interactions, particularly at the intersections among water, energy, land use and biodiversity, but tools to understand and manage these interactions remain limited. Examples of actions with co-benefits include (i) improved energy efficiency and cleaner energy sources, leading to reduced emissions of health-damaging, climate-altering air pollutants; (ii) reduced energy and water consumption in urban areas through greening cities and recycling water; (iii) sustainable agriculture and forestry; and (iv) protection of ecosystems for carbon storage and other ecosystem services. {3.3}

Transformations in economic, social, technological and political decisions and actions can enhance adaptation and promote sustainable development (*high confidence*). At the national level, transformation is considered most effective when it reflects a country's own visions and approaches to achieving sustainable development in accordance with its national circumstances and priorities. Restricting adaptation responses to incremental changes to existing systems and structures, without considering transformational change, may increase costs and losses and miss opportunities. Planning and implementation of transformational adaptation could reflect strengthened, altered or aligned paradigms and may place new and increased demands on governance structures to reconcile different goals and visions for the future and to address possible equity and ethical implications. Adaptation pathways are enhanced by iterative learning, deliberative processes and innovation. {3.3}

### SPM 3.4    Characteristics of mitigation pathways

> There are multiple mitigation pathways that are *likely* to limit warming to below 2°C relative to pre-industrial levels. These pathways would require substantial emissions reductions over the next few decades and near zero emissions of $CO_2$ and other long-lived greenhouse gases by the end of the century. Implementing such reductions poses substantial technological, economic, social and institutional challenges, which increase with delays in additional mitigation and if key technologies are not available. Limiting warming to lower or higher levels involves similar challenges but on different timescales. {3.4}

Without additional efforts to reduce GHG emissions beyond those in place today, global emissions growth is expected to persist, driven by growth in global population and economic activities. Global mean surface temperature increases in 2100 in baseline scenarios—those without additional mitigation—range from 3.7°C to 4.8°C above the average for 1850–1900 for a median climate response. They range from 2.5°C to 7.8°C when including climate uncertainty (5th to 95th percentile range) (*high confidence*). {3.4}

Emissions scenarios leading to $CO_2$-equivalent concentrations in 2100 of about 450 ppm or lower are *likely* to maintain warming below 2°C over the 21st century relative to pre-industrial levels[15]. These scenarios are characterized by 40 to 70% global anthropogenic GHG emissions reductions by 2050 compared to 2010[16], and emissions levels near zero or below in 2100. Mitigation scenarios reaching concentration levels of about 500 ppm $CO_2$-eq by 2100 are *more likely than not* to limit temperature change to less than 2°C, unless they temporarily overshoot concentration levels of roughly 530 ppm $CO_2$-eq

---

[15]    For comparison, the $CO_2$-eq concentration in 2011 is estimated to be 430 ppm (uncertainty range 340 to 520 ppm)

[16]    This range differs from the range provided for a similar concentration category in the AR4 (50 to 85% lower than 2000 for $CO_2$ only). Reasons for this difference include that this report has assessed a substantially larger number of scenarios than in the AR4 and looks at all GHGs. In addition, a large proportion of the new scenarios include Carbon Dioxide Removal (CDR) technologies (see below). Other factors include the use of 2100 concentration levels instead of stabilization levels and the shift in reference year from 2000 to 2010.

BLM_0055599

before 2100, in which case they are *about as likely as not* to achieve that goal. In these 500 ppm $CO_2$-eq scenarios, global 2050 emissions levels are 25 to 55% lower than in 2010. Scenarios with higher emissions in 2050 are characterized by a greater reliance on Carbon Dioxide Removal (CDR) technologies beyond mid-century (and vice versa). Trajectories that are *likely* to limit warming to 3°C relative to pre-industrial levels reduce emissions less rapidly than those limiting warming to 2°C. A limited number of studies provide scenarios that are *more likely than not* to limit warming to 1.5°C by 2100; these scenarios are characterized by concentrations below 430 ppm $CO_2$-eq by 2100 and 2050 emission reduction between 70% and 95% below 2010. For a comprehensive overview of the characteristics of emissions scenarios, their $CO_2$-equivalent concentrations and their likelihood to keep warming to below a range of temperature levels, see Figure SPM.11 and Table SPM.1. *{3.4}*





**Figure SPM.11 |** Global greenhouse gas emissions (gigatonne of $CO_2$-equivalent per year, GtCO$_2$-eq/yr) in baseline and mitigation scenarios for different long-term concentration levels **(a)** and associated upscaling requirements of low-carbon energy (% of primary energy) for 2030, 2050 and 2100 compared to 2010 levels in mitigation scenarios **(b)**. *(Figure 3.2)*

BLM_0055600

SPM

**Table SPM.1 |** Key characteristics of the scenarios collected and assessed for WGIII AR5. For all parameters the 10th to 90th percentile of the scenarios is shown [a]. *[Table 3.1]*

| CO₂-eq Concentrations in 2100 (ppm $CO_2$-eq)[f] Category label (conc. range) | Subcategories | Relative position of the RCPs[d] | Change in $CO_2$-eq emissions compared to 2010 (in %)[c] | | Likelihood of staying below a specific temperature level over the 21st century (relative to 1850–1900)[d,e] | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 2050 | 2100 | 1.5°C | 2°C | 3°C | 4°C |
| <430 | Only a limited number of individual model studies have explored levels below 430 ppm $CO_2$-eq[i] | | | | | | | |
| 450 (430 to 480) | Total range[h,g] | RCP2.6 | −72 to −41 | −118 to −78 | More unlikely than likely | Likely | Likely | Likely |
| 500 (480 to 530) | No overshoot of 530 ppm $CO_2$-eq | | −57 to −42 | −107 to −73 | Unlikely | More likely than not | Likely | Likely |
| 500 (480 to 530) | Overshoot of 530 ppm $CO_2$-eq | | −55 to −25 | −114 to −90 | Unlikely | About as likely as not | Likely | Likely |
| 550 (530 to 580) | No overshoot of 580 ppm $CO_2$-eq | | −47 to −19 | −81 to −59 | Unlikely | More unlikely than likely[i] | Likely | Likely |
| 550 (530 to 580) | Overshoot of 580 ppm $CO_2$-eq | | −16 to 7 | −183 to −86 | Unlikely | More unlikely than likely[i] | Likely | Likely |
| (580 to 650) | Total range | | −38 to 24 | −134 to −50 | Unlikely | More unlikely than likely[i] | Likely | Likely |
| (650 to 720) | Total range | RCP4.5 | −11 to 17 | −54 to −21 | Unlikely | Unlikely | More likely than not | Likely |
| (720 to 1000)[b] | Total range | RCP6.0 | 18 to 54 | −7 to 72 | Unlikely[b] | Unlikely | More unlikely than likely | Likely |
| >1000[b] | Total range | RCP8.5 | 52 to 95 | 74 to 178 | Unlikely[h] | Unlikely[h] | Unlikely | More unlikely than likely |

Notes:

[a] The 'total range' for the 430 to 480 ppm $CO_2$-eq concentrations scenarios corresponds to the range of the 10th to 90th percentile of the subcategory of these scenarios shown in Table 6.3 of the Working Group III Report.

[b] Baseline scenarios fall into the >1000 and 720 to 1000 ppm $CO_2$-eq categories. The latter category also includes mitigation scenarios. The baseline scenarios in the latter category reach a temperature change of 2.5°C to 5.8°C above the average for 1850–1900 in 2100. Together with the baseline scenarios in the >1000 ppm $CO_2$-eq category, this leads to an overall 2100 temperature range of 2.5°C to 7.8°C (range based on median climate response: 3.7°C to 4.8°C) for baseline scenarios across both concentration categories.

[c] The global 2010 emissions are 31% above the 1990 emissions (consistent with the historic greenhouse gas emission estimates presented in this report). $CO_2$-eq emissions include the basket of Kyoto gases (carbon dioxide ($CO_2$), methane ($CH_4$), nitrous oxide ($N_2O$) as well as fluorinated gases).

[d] The assessment here involves a large number of scenarios published in the scientific literature and is thus not limited to the Representative Concentration Pathways (RCPs). To evaluate the $CO_2$-eq concentration and climate implications of these scenarios, the Model for the Assessment of Greenhouse Gas Induced Climate Change (MAGICC) was used in a probabilistic mode. For a comparison between MAGICC model results and the outcomes of the models used in WGI, see WGI 12.4.1.2, 12.4.8 and WGIII 6.3.2.6.

[e] The assessment in this table is based on the probabilities calculated for the full ensemble of scenarios in WGIII AR5 using MAGICC and the assessment in WGI of the uncertainty of the temperature projections not covered by climate models. The statements are therefore consistent with the statements in WGI, which are based on the Coupled Model Intercomparison Project Phase 5 (CMIP5) runs of the RCPs and the assessed uncertainties. Hence, the likelihood statements reflect different lines of evidence from both WGs. This WGI method was also applied for scenarios with intermediate concentration levels where no CMIP5 runs are available. The likelihood statements are indicative only *{WGIII 6.3}* and follow broadly the terms used by the WGI SPM for temperature projections: likely 66–100%, more likely than not >50–100%, about as likely as not 33–66%, and unlikely 0–33%. In addition the term more unlikely than likely 0–<50% is used.

[f] The $CO_2$-equivalent concentration (see Glossary) is calculated on the basis of the total forcing from a simple carbon cycle/climate model, MAGICC. The $CO_2$-equivalent concentration in 2011 is estimated to be 430 ppm (uncertainty range 340 to 520 ppm). This is based on the assessment of total anthropogenic radiative forcing for 2011 relative to 1750 in WGI, i.e., 2.3 W/m², uncertainty range 1.1 to 3.3 W/m².

[g] The vast majority of scenarios in this category overshoot the category boundary of 480 ppm $CO_2$-eq concentration.

[h] For scenarios in this category, no CMIP5 run or MAGICC realization stays below the respective temperature level. Still, an *unlikely* assignment is given to reflect uncertainties that may not be reflected by the current climate models.

[i] Scenarios in the 580 to 650 ppm $CO_2$-eq category include both overshoot scenarios and scenarios that do not exceed the concentration level at the high end of the category (e.g., RCP4.5). The latter type of scenarios, in general, have an assessed probability of *more unlikely than likely* to stay below the 2°C temperature level, while the former are mostly assessed to have an *unlikely* probability of staying below this level.

[j] In these scenarios, global $CO_2$-eq emissions in 2050 are between 70 to 95% below 2010 emissions, and they are between 110 to 120% below 2010 emissions in 2100.

BLM_0055601

SPM



**Figure SPM.12 |**  The implications of different 2030 greenhouse gas (GHG) emissions levels for the rate of carbon dioxide ($CO_2$) emissions reductions and low-carbon energy upscaling in mitigation scenarios that are at least *about as likely as not* to keep warming throughout the 21st century below 2°C relative to pre-industrial levels (2100 $CO_2$-equivalent concentrations of 430 to 530 ppm). The scenarios are grouped according to different emissions levels by 2030 (coloured in different shades of green). The left panel shows the pathways of GHG emissions (gigatonne of $CO_2$-equivalent per year, Gt$CO_2$-eq/yr) leading to these 2030 levels. The black dot with whiskers gives historic GHG emission levels and associated uncertainties in 2010 as reported in Figure SPM.2. The black bar shows the estimated uncertainty range of GHG emissions implied by the Cancún Pledges. The middle panel denotes the average annual $CO_2$ emissions reduction rates for the period 2030–2050. It compares the median and interquartile range across scenarios from recent inter-model comparisons with explicit 2030 interim goals to the range of scenarios in the Scenario Database for WGIII AR5. Annual rates of historical emissions change (sustained over a period of 20 years) and the average annual $CO_2$ emission change between 2000 and 2010 are shown as well. The arrows in the right panel show the magnitude of zero and low-carbon energy supply upscaling from 2030 to 2050 subject to different 2030 GHG emissions levels. Zero- and low-carbon energy supply includes renewables, nuclear energy and fossil energy with carbon dioxide capture and storage (CCS) or bioenergy with CCS (BECCS). [Note: Only scenarios that apply the full, unconstrained mitigation technology portfolio of the underlying models (default technology assumption) are shown. Scenarios with large net negative global emissions (>20 Gt$CO_2$-eq/yr), scenarios with exogenous carbon price assumptions and scenarios with 2010 emissions significantly outside the historical range are excluded.] *{Figure 3.3}*

Mitigation scenarios reaching about 450 ppm $CO_2$-eq in 2100 (consistent with a *likely* chance to keep warming below 2°C relative to pre-industrial levels) typically involve temporary overshoot[17] of atmospheric concentrations, as do many scenarios reaching about 500 ppm $CO_2$-eq to about 550 ppm $CO_2$-eq in 2100 (Table SPM.1). Depending on the level of overshoot, overshoot scenarios typically rely on the availability and widespread deployment of bioenergy with carbon dioxide capture and storage (BECCS) and afforestation in the second half of the century. The availability and scale of these and other CDR technologies and methods are uncertain and CDR technologies are, to varying degrees, associated with challenges and risks[18]. CDR is also prevalent in many scenarios without overshoot to compensate for residual emissions from sectors where mitigation is more expensive (*high confidence*). *{3.4, Box 3.3}*

Reducing emissions of non-$CO_2$ agents can be an important element of mitigation strategies. All current GHG emissions and other forcing agents affect the rate and magnitude of climate change over the next few decades, although long-term warming is mainly driven by $CO_2$ emissions. Emissions of non-$CO_2$ forcers are often expressed as '$CO_2$-equivalent emissions', but the choice of metric to calculate these emissions, and the implications for the emphasis and timing of abatement of the various climate forcers, depends on application and policy context and contains value judgments. *{3.4, Box 3.2}*

---

[17]   In concentration 'overshoot' scenarios, concentrations peak during the century and then decline.

[18]   CDR methods have biogeochemical and technological limitations to their potential on the global scale. There is insufficient knowledge to quantify how much $CO_2$ emissions could be partially offset by CDR on a century timescale. CDR methods may carry side effects and long-term consequences on a global scale.

23

**SPM**



**Figure SPM.13** | Global mitigation costs in cost-effective scenarios at different atmospheric concentrations levels in 2100. Cost-effective scenarios assume immediate mitigation in all countries and a single global carbon price, and impose no additional limitations on technology relative to the models' default technology assumptions. Consumption losses are shown relative to a baseline development without climate policy (left panel). The table at the top shows percentage points of annualized consumption growth reductions relative to consumption growth in the baseline of 1.6 to 3% per year (e.g., if the reduction is 0.06 percentage points per year due to mitigation, and baseline growth is 2.0% per year, then the growth rate with mitigation would be 1.94% per year). Cost estimates shown in this table do not consider the benefits of reduced climate change or co-benefits and adverse side effects of mitigation. Estimates at the high end of these cost ranges are from models that are relatively inflexible to achieve the deep emissions reductions required in the long run to meet these goals and/or include assumptions about market imperfections that would raise costs. {Figure 3.4}

Delaying additional mitigation to 2030 will substantially increase the challenges associated with limiting warming over the 21st century to below 2°C relative to pre-industrial levels. It will require substantially higher rates of emissions reductions from 2030 to 2050; a much more rapid scale-up of low-carbon energy over this period; a larger reliance on CDR in the long term; and higher transitional and long-term economic impacts. Estimated global emissions levels in 2020 based on the Cancún Pledges are not consistent with cost-effective mitigation trajectories that are at least *about as likely as not* to limit warming to below 2°C relative to pre-industrial levels, but they do not preclude the option to meet this goal (*high confidence*) (Figure SPM.12, Table SPM.2). {3.4}

Estimates of the aggregate economic costs of mitigation vary widely depending on methodologies and assumptions, but increase with the stringency of mitigation. Scenarios in which all countries of the world begin mitigation immediately, in which there is a single global carbon price, and in which all key technologies are available have been used as a cost-effective benchmark for estimating macro-economic mitigation costs (Figure SPM.13). Under these assumptions mitigation scenarios that are *likely* to limit warming to below 2°C through the 21st century relative to pre-industrial levels entail losses in global consumption—not including benefits of reduced climate change as well as co-benefits and adverse side effects of mitigation—of 1 to 4% (median: 1.7%) in 2030, 2 to 6% (median: 3.4%) in 2050 and 3 to 11% (median: 4.8%) in 2100 relative to consumption in baseline scenarios that grows anywhere from 300% to more than 900% over the century (Figure SPM.13). These numbers correspond to an annualized reduction of consumption growth by 0.04 to 0.14 (median: 0.06) percentage points over the century relative to annualized consumption growth in the baseline that is between 1.6 and 3% per year (*high confidence*). {3.4}

In the absence or under limited availability of mitigation technologies (such as bioenergy, CCS and their combination BECCS, nuclear, wind/solar), mitigation costs can increase substantially depending on the technology considered. Delaying additional mitigation increases mitigation costs in the medium to long term. Many models could not limit *likely* warming to below 2°C over the 21st century relative to pre-industrial levels if additional mitigation is considerably delayed. Many models could not limit *likely* warming to below 2°C if bioenergy, CCS and their combination (BECCS) are limited (*high confidence*) (Table SPM.2). {3.4}

BLM_0055603

SPM

**Table SPM.2 |** Increase in global mitigation costs due to either limited availability of specific technologies or delays in additional mitigation [a] relative to cost-effective scenarios [b]. The increase in costs is given for the median estimate and the 16th to 84th percentile range of the scenarios (in parentheses) [c]. In addition, the sample size of each scenario set is provided in the coloured symbols. The colours of the symbols indicate the fraction of models from systematic model comparison exercises that could successfully reach the targeted concentration level. {Table 3.2}

| | Mitigation cost increases in scenarios with limited availability of technologies [d] | | | | Mitigation cost increases due to delayed additional mitigation until 2030 | |
| | [% increase in total discounted [e] mitigation costs (2015–2100) relative to default technology assumptions] | | | | [% increase in mitigation costs relative to immediate mitigation] | |
| 2100 concentrations (ppm CO$_2$-eq) | no CCS | nuclear phase out | limited solar/wind | limited bioenergy | medium term costs (2030–2050) | long term costs (2050–2100) |
|---|---|---|---|---|---|---|
| 450 (430 to 480) | 138% (29 to 297%) **4** | 7% (4 to 18%) **8** | 6% (2 to 29%) **8** | 64% (44 to 78%) **8** | 44% (2 to 78%) **29** | 37% (16 to 82%) **29** |
| 500 (480 to 530) | not available (n.a.) | n.a. | n.a. | n.a. | | |
| 550 (530 to 580) | 39% (18 to 78%) **11** | 13% (2 to 23%) **10** | 8% (5 to 15%) **10** | 18% (4 to 66%) **12** | 15% (3 to 32%) | 16% (5 to 24%) |
| 580 to 650 | n.a. | n.a. | n.a. | n.a. | | |

**Symbol legend—fraction of models successful in producing scenarios (numbers indicate the number of successful models)**

: all models successful      : between 50 and 80% of models successful

: between 80 and 100% of models successful      : less than 50% of models successful

Notes:

[a] Delayed mitigation scenarios are associated with greenhouse gas emission of more than 55 GtCO$_2$-eq in 2030, and the increase in mitigation costs is measured relative to cost-effective mitigation scenarios for the same long-term concentration level.

[b] Cost-effective scenarios assume immediate mitigation in all countries and a single global carbon price, and impose no additional limitations on technology relative to the models' default technology assumptions.

[c] The range is determined by the central scenarios encompassing the 16th to 84th percentile range of the scenario set. Only scenarios with a time horizon until 2100 are included. Some models that are included in the cost ranges for concentration levels above 530 ppm CO$_2$-eq in 2100 could not produce associated scenarios for concentration levels below 530 ppm CO$_2$-eq in 2100 with assumptions about limited availability of technologies and/or delayed additional mitigation.

[d] No CCS: carbon dioxide capture and storage is not included in these scenarios. Nuclear phase out: no addition of nuclear power plants beyond those under construction, and operation of existing plants until the end of their lifetime. Limited Solar/Wind: a maximum of 20% global electricity generation from solar and wind power in any year of these scenarios. Limited Bioenergy: a maximum of 100 EJ/yr modern bioenergy supply globally (modern bioenergy used for heat, power, combinations and industry was around 18 EJ/yr in 2008). EJ = Exajoule = 10$^{18}$ Joule.

[e] Percentage increase of net present value of consumption losses in percent of baseline consumption (for scenarios from general equilibrium models) and abatement costs in percent of baseline gross domestic product (GDP, for scenarios from partial equilibrium models) for the period 2015–2100, discounted at 5% per year.

Mitigation scenarios reaching about 450 or 500 ppm CO$_2$-eq by 2100 show reduced costs for achieving air quality and energy security objectives, with significant co-benefits for human health, ecosystem impacts and sufficiency of resources and resilience of the energy system. {4.4.2.2}

Mitigation policy could devalue fossil fuel assets and reduce revenues for fossil fuel exporters, but differences between regions and fuels exist (*high confidence*). Most mitigation scenarios are associated with reduced revenues from coal and oil trade for major exporters (*high confidence*). The availability of CCS would reduce the adverse effects of mitigation on the value of fossil fuel assets (*medium confidence*). {4.4.2.2}

Solar Radiation Management (SRM) involves large-scale methods that seek to reduce the amount of absorbed solar energy in the climate system. SRM is untested and is not included in any of the mitigation scenarios. If it were deployed, SRM would

BLM_0055604

**SPM**

entail numerous uncertainties, side effects, risks and shortcomings and has particular governance and ethical implications. SRM would not reduce ocean acidification. If it were terminated, there is *high confidence* that surface temperatures would rise very rapidly impacting ecosystems susceptible to rapid rates of change. *{Box 3.3}*

## SPM 4.    Adaptation and Mitigation

> **Many adaptation and mitigation options can help address climate change, but no single option is sufficient by itself. Effective implementation depends on policies and cooperation at all scales and can be enhanced through integrated responses that link adaptation and mitigation with other societal objectives. *{4}***

### SPM 4.1    Common enabling factors and constraints for adaptation and mitigation responses

> **Adaptation and mitigation responses are underpinned by common enabling factors. These include effective institutions and governance, innovation and investments in environmentally sound technologies and infrastructure, sustainable livelihoods and behavioural and lifestyle choices. *{4.1}***

Inertia in many aspects of the socio-economic system constrains adaptation and mitigation options (*medium evidence, high agreement*). Innovation and investments in environmentally sound infrastructure and technologies can reduce GHG emissions and enhance resilience to climate change (*very high confidence*). *{4.1}*

Vulnerability to climate change, GHG emissions and the capacity for adaptation and mitigation are strongly influenced by livelihoods, lifestyles, behaviour and culture (*medium evidence, medium agreement*). Also, the social acceptability and/or effectiveness of climate policies are influenced by the extent to which they incentivize or depend on regionally appropriate changes in lifestyles or behaviours. *{4.1}*

For many regions and sectors, enhanced capacities to mitigate and adapt are part of the foundation essential for managing climate change risks (*high confidence*). Improving institutions as well as coordination and cooperation in governance can help overcome regional constraints associated with mitigation, adaptation and disaster risk reduction (*very high confidence*). *{4.1}*

### SPM 4.2    Response options for adaptation

> **Adaptation options exist in all sectors, but their context for implementation and potential to reduce climate-related risks differs across sectors and regions. Some adaptation responses involve significant co-benefits, synergies and trade-offs. Increasing climate change will increase challenges for many adaptation options. *{4.2}***

Adaptation experience is accumulating across regions in the public and private sectors and within communities. There is increasing recognition of the value of social (including local and indigenous), institutional, and ecosystem-based measures and of the extent of constraints to adaptation. Adaptation is becoming embedded in some planning processes, with more limited implementation of responses (*high confidence*). *{1.6, 4.2, 4.4.2.1}*

The need for adaptation along with associated challenges is expected to increase with climate change (*very high confidence*). Adaptation options exist in all sectors and regions, with diverse potential and approaches depending on their context in vulnerability reduction, disaster risk management or proactive adaptation planning (Table SPM.3). Effective strategies and actions consider the potential for co-benefits and opportunities within wider strategic goals and development plans. *{4.2}*

26

**SPM**

**Table SPM.3** | Approaches for managing the risks of climate change through adaptation. These approaches should be considered overlapping rather than discrete, and they are often pursued simultaneously. Examples are presented in no specific order and can be relevant to more than one category. *(Table 4.2)*

| Overlapping Approaches | Category | Examples |
|---|---|---|
| **Vulnerability & Exposure Reduction** through development, planning & practices including many low-regrets measures | Human development | Improved access to education, nutrition, health facilities, energy, safe housing & settlement structures, & social support structures; Reduced gender inequality & marginalization in other forms. |
| | Poverty alleviation | Improved access to & control of local resources; Land tenure; Disaster risk reduction; Social safety nets & social protection; Insurance schemes. |
| | Livelihood security | Income, asset & livelihood diversification; Improved infrastructure; Access to technology & decision-making fora; Increased decision-making power; Changed cropping, livestock & aquaculture practices; Reliance on social networks. |
| | Disaster risk management | Early warning systems; Hazard & vulnerability mapping; Diversifying water resources; Improved drainage; Flood & cyclone shelters; Building codes & practices; Storm & wastewater management; Transport & road infrastructure improvements. |
| | Ecosystem management | Maintaining wetlands & urban green spaces; Coastal afforestation; Watershed & reservoir management; Reduction of other stressors on ecosystems & of habitat fragmentation; Maintenance of genetic diversity; Manipulation of disturbance regimes; Community-based natural resource management. |
| | Spatial or land-use planning | Provisioning of adequate housing, infrastructure & services; Managing development in flood prone & other high risk areas; Urban planning & upgrading programs; Land zoning laws; Easements; Protected areas. |
| **Adaptation** including incremental & transformational adjustments | Structural/physical | ***Engineered & built-environment options:*** Sea walls & coastal protection structures; Flood levees; Water storage; Improved drainage; Flood & cyclone shelters; Building codes & practices; Storm & wastewater management; Transport & road infrastructure improvements; Floating houses; Power plant & electricity grid adjustments. |
| | | ***Technological options:*** New crop & animal varieties; Indigenous, traditional & local knowledge, technologies & methods; Efficient irrigation; Water-saving technologies; Desalinisation; Conservation agriculture; Food storage & preservation facilities; Hazard & vulnerability mapping & monitoring; Early warning systems; Building insulation; Mechanical & passive cooling; Technology development, transfer & diffusion. |
| | | ***Ecosystem-based options:*** Ecological restoration; Soil conservation; Afforestation & reforestation; Mangrove conservation & replanting; Green infrastructure (e.g., shade trees, green roofs); Controlling overfishing; Fisheries co-management; Assisted species migration & dispersal; Ecological corridors; Seed banks, gene banks & other *ex situ* conservation; Community-based natural resource management. |
| | | ***Services:*** Social safety nets & social protection; Food banks & distribution of food surplus; Municipal services including water & sanitation; Vaccination programs; Essential public health services; Enhanced emergency medical services. |
| | Institutional | ***Economic options:*** Financial incentives; Insurance; Catastrophe bonds; Payments for ecosystem services; Pricing water to encourage universal provision and careful use; Microfinance; Disaster contingency funds; Cash transfers; Public-private partnerships. |
| | | ***Laws & regulations:*** Land zoning laws; Building standards & practices; Easements; Water regulations & agreements; Laws to support disaster risk reduction; Laws to encourage insurance purchasing; Defined property rights & land tenure security; Protected areas; Fishing quotas; Patent pools & technology transfer. |
| | | ***National & government policies & programs:*** National & regional adaptation plans including mainstreaming; Sub-national & local adaptation plans; Economic diversification; Urban upgrading programs; Municipal water management programs; Disaster planning & preparedness; Integrated water resource management; Integrated coastal zone management; Ecosystem-based management; Community-based adaptation. |
| | Social | ***Educational options:*** Awareness raising & integrating into education; Gender equity in education; Extension services; Sharing indigenous, traditional & local knowledge; Participatory action research & social learning; Knowledge-sharing & learning platforms. |
| | | ***Informational options:*** Hazard & vulnerability mapping; Early warning & response systems; Systematic monitoring & remote sensing; Climate services; Use of indigenous climate observations; Participatory scenario development; Integrated assessments. |
| | | ***Behavioural options:*** Household preparation & evacuation planning; Migration; Soil & water conservation; Storm drain clearance; Livelihood diversification; Changed cropping, livestock & aquaculture practices; Reliance on social networks. |
| **Transformation** | Spheres of change | ***Practical:*** Social & technical innovations, behavioural shifts, or institutional & managerial changes that produce substantial shifts in outcomes. |
| | | ***Political:*** Political, social, cultural & ecological decisions & actions consistent with reducing vulnerability & risk & supporting adaptation, mitigation & sustainable development. |
| | | ***Personal:*** Individual & collective assumptions, beliefs, values & worldviews influencing climate-change responses. |

27

**SPM**

### SPM 4.3     Response options for mitigation

> **Mitigation options are available in every major sector. Mitigation can be more cost-effective if using an integrated approach that combines measures to reduce energy use and the greenhouse gas intensity of end-use sectors, decarbonize energy supply, reduce net emissions and enhance carbon sinks in land-based sectors. {4.3}**

Well-designed systemic and cross-sectoral mitigation strategies are more cost-effective in cutting emissions than a focus on individual technologies and sectors, with efforts in one sector affecting the need for mitigation in others (*medium confidence*). Mitigation measures intersect with other societal goals, creating the possibility of co-benefits or adverse side effects. These intersections, if well-managed, can strengthen the basis for undertaking climate action. {4.3}

Emissions ranges for baseline scenarios and mitigation scenarios that limit $CO_2$-equivalent concentrations to low levels (about 450 ppm $CO_2$-eq, *likely* to limit warming to 2°C above pre-industrial levels) are shown for different sectors and gases in Figure SPM.14. Key measures to achieve such mitigation goals include decarbonizing (i.e., reducing the carbon intensity of) electricity generation (*medium evidence, high agreement*) as well as efficiency enhancements and behavioural changes, in order to reduce energy demand compared to baseline scenarios without compromising development (*robust evidence, high agreement*). In scenarios reaching 450 ppm $CO_2$-eq concentrations by 2100, global $CO_2$ emissions from the energy supply sector are projected to decline over the next decade and are characterized by reductions of 90% or more below 2010 levels between 2040 and 2070. In the majority of low-concentration stabilization scenarios (about 450 to about 500 ppm $CO_2$-eq, at least *about as likely as not* to limit warming to 2°C above pre-industrial levels), the share of low-carbon electricity supply (comprising renewable energy (RE), nuclear and carbon dioxide capture and storage (CCS)  including bioenergy with carbon dioxide capture and storage (BECCS)) increases from the current share of approximately 30% to more than 80% by 2050, and fossil fuel power generation without CCS is phased out almost entirely by 2100. {4.3}



**Direct CO$_2$ emissions by major sectors, and non-CO$_2$ emissions, for baseline and mitigation scenarios**

**Figure SPM.14 |** Carbon dioxide ($CO_2$) emissions by sector and total non-$CO_2$ greenhouse gases (Kyoto gases) across sectors in baseline (faded bars) and mitigation scenarios (solid colour bars) that reach about 450 (430 to 480) ppm $CO_2$-eq concentrations in 2100 (*likely* to limit warming to 2°C above pre-industrial levels). Mitigation in the end-use sectors leads also to indirect emissions reductions in the upstream energy supply sector. Direct emissions of the end-use sectors thus do not include the emission reduction potential at the supply-side due to, for example, reduced electricity demand. The numbers at the bottom of the graphs refer to the number of scenarios included in the range (upper row: baseline scenarios; lower row: mitigation scenarios), which differs across sectors and time due to different sectoral resolution and time horizon of models. Emissions ranges for mitigation scenarios include the full portfolio of mitigation options; many models cannot reach 450 ppm $CO_2$ concentration by 2100 in the absence of carbon dioxide capture and storage (CCS). Negative emissions in the electricity sector are due to the application of bioenergy with carbon dioxide capture and storage (BECCS). 'Net' agriculture, forestry and other land use (AFOLU) emissions consider afforestation, reforestation as well as deforestation activities. {4.3, Figure 4.1}

BLM_0055607

Near-term reductions in energy demand are an important element of cost-effective mitigation strategies, provide more flexibility for reducing carbon intensity in the energy supply sector, hedge against related supply-side risks, avoid lock-in to carbon-intensive infrastructures, and are associated with important co-benefits. The most cost-effective mitigation options in forestry are afforestation, sustainable forest management and reducing deforestation, with large differences in their relative importance across regions; and in agriculture, cropland management, grazing land management and restoration of organic soils (*medium evidence, high agreement*). *{4.3, Figures 4.1, 4.2, Table 4.3}*

Behaviour, lifestyle and culture have a considerable influence on energy use and associated emissions, with high mitigation potential in some sectors, in particular when complementing technological and structural change (*medium evidence, medium agreement*). Emissions can be substantially lowered through changes in consumption patterns, adoption of energy savings measures, dietary change and reduction in food wastes. *{4.1, 4.3}*

### SPM 4.4    Policy approaches for adaptation and mitigation, technology and finance

**Effective adaptation and mitigation responses will depend on policies and measures across multiple scales: international, regional, national and sub-national. Policies across all scales supporting technology development, diffusion and transfer, as well as finance for responses to climate change, can complement and enhance the effectiveness of policies that directly promote adaptation and mitigation.** *{4.4}*

International cooperation is critical for effective mitigation, even though mitigation can also have local co-benefits. Adaptation focuses primarily on local to national scale outcomes, but its effectiveness can be enhanced through coordination across governance scales, including international cooperation: *{3.1, 4.4.1}*

- The United Nations Framework Convention on Climate Change (UNFCCC) is the main multilateral forum focused on addressing climate change, with nearly universal participation. Other institutions organized at different levels of governance have resulted in diversifying international climate change cooperation. *{4.4.1}*

- The Kyoto Protocol offers lessons towards achieving the ultimate objective of the UNFCCC, particularly with respect to participation, implementation, flexibility mechanisms and environmental effectiveness (*medium evidence, low agreement*). *{4.4.1}*

- Policy linkages among regional, national and sub-national climate policies offer potential climate change mitigation benefits (*medium evidence, medium agreement*). Potential advantages include lower mitigation costs, decreased emission leakage and increased market liquidity. *{4.4.1}*

- International cooperation for supporting adaptation planning and implementation has received less attention historically than mitigation but is increasing and has assisted in the creation of adaptation strategies, plans and actions at the national, sub-national and local level (*high confidence*). *{4.4.1}*

There has been a considerable increase in national and sub-national plans and strategies on both adaptation and mitigation since the AR4, with an increased focus on policies designed to integrate multiple objectives, increase co-benefits and reduce adverse side effects (*high confidence*): *{4.4.2.1, 4.4.2.2}*

- National governments play key roles in adaptation planning and implementation (*robust evidence, high agreement*) through coordinating actions and providing frameworks and support. While local government and the private sector have different functions, which vary regionally, they are increasingly recognized as critical to progress in adaptation, given their roles in scaling up adaptation of communities, households and civil society and in managing risk information and financing (*medium evidence, high agreement*). *{4.4.2.1}*

- Institutional dimensions of adaptation governance, including the integration of adaptation into planning and decision-making, play a key role in promoting the transition from planning to implementation of adaptation (*robust evidence,*

29

BLM_0055608

**SPM**

*high agreement*). Examples of institutional approaches to adaptation involving multiple actors include economic options (e.g., insurance, public-private partnerships), laws and regulations (e.g., land-zoning laws) and national and government policies and programmes (e.g., economic diversification). *{4.2, 4.4.2.1, Table SPM.3}*

- In principle, mechanisms that set a carbon price, including cap and trade systems and carbon taxes, can achieve mitigation in a cost-effective way but have been implemented with diverse effects due in part to national circumstances as well as policy design. The short-run effects of cap and trade systems have been limited as a result of loose caps or caps that have not proved to be constraining (*limited evidence, medium agreement*). In some countries, tax-based policies specifically aimed at reducing GHG emissions—alongside technology and other policies—have helped to weaken the link between GHG emissions and GDP (*high confidence*). In addition, in a large group of countries, fuel taxes (although not necessarily designed for the purpose of mitigation) have had effects that are akin to sectoral carbon taxes. *{4.4.2.2}*

- Regulatory approaches and information measures are widely used and are often environmentally effective (*medium evidence, medium agreement*). Examples of regulatory approaches include energy efficiency standards; examples of information programmes include labelling programmes that can help consumers make better-informed decisions. *{4.4.2.2}*

- Sector-specific mitigation policies have been more widely used than economy-wide policies (*medium evidence, high agreement*). Sector-specific policies may be better suited to address sector-specific barriers or market failures and may be bundled in packages of complementary policies. Although theoretically more cost-effective, administrative and political barriers may make economy-wide policies harder to implement. Interactions between or among mitigation policies may be synergistic or may have no additive effect on reducing emissions. *{4.4.2.2}*

- Economic instruments in the form of subsidies may be applied across sectors, and include a variety of policy designs, such as tax rebates or exemptions, grants, loans and credit lines. An increasing number and variety of renewable energy (RE) policies including subsidies—motivated by many factors—have driven escalated growth of RE technologies in recent years. At the same time, reducing subsidies for GHG-related activities in various sectors can achieve emission reductions, depending on the social and economic context (*high confidence*). *{4.4.2.2}*

Co-benefits and adverse side effects of mitigation could affect achievement of other objectives such as those related to human health, food security, biodiversity, local environmental quality, energy access, livelihoods and equitable sustainable development. The potential for co-benefits for energy end-use measures outweighs the potential for adverse side effects whereas the evidence suggests this may not be the case for all energy supply and agriculture, forestry and other land use (AFOLU) measures. Some mitigation policies raise the prices for some energy services and could hamper the ability of societies to expand access to modern energy services to underserved populations (*low confidence*). These potential adverse side effects on energy access can be avoided with the adoption of complementary policies such as income tax rebates or other benefit transfer mechanisms (*medium confidence*). Whether or not side effects materialize, and to what extent side effects materialize, will be case- and site-specific, and depend on local circumstances and the scale, scope and pace of implementation. Many co-benefits and adverse side effects have not been well-quantified. *{4.3, 4.4.2.2, Box 3.4}*

Technology policy (development, diffusion and transfer) complements other mitigation policies across all scales, from international to sub-national; many adaptation efforts also critically rely on diffusion and transfer of technologies and management practices (*high confidence*). Policies exist to address market failures in R&D, but the effective use of technologies can also depend on capacities to adopt technologies appropriate to local circumstances. *{4.4.3}*

Substantial reductions in emissions would require large changes in investment patterns (*high confidence*). For mitigation scenarios that stabilize concentrations (without overshoot) in the range of 430 to 530 ppm $CO_2$-eq by 2100[19], annual investments in low carbon electricity supply and energy efficiency in key sectors (transport, industry and buildings) are projected in the scenarios to rise by several hundred billion dollars per year before 2030. Within appropriate enabling environments, the private sector, along with the public sector, can play important roles in financing mitigation and adaptation (*medium evidence, high agreement*). *{4.4.4}*

---

[19]   This range comprises scenarios that reach 430 to 480 ppm $CO_2$-eq by 2100 (*likely* to limit warming to 2°C above pre-industrial levels) and scenarios that reach 480 to 530 ppm $CO_2$-eq by 2100 (without overshoot: *more likely than* not to limit warming to 2°C above pre-industrial levels).

BLM_0055609

Financial resources for adaptation have become available more slowly than for mitigation in both developed and developing countries. Limited evidence indicates that there is a gap between global adaptation needs and the funds available for adaptation (*medium confidence*). There is a need for better assessment of global adaptation costs, funding and investment. Potential synergies between international finance for disaster risk management and adaptation have not yet been fully realized (*high confidence*). {4.4.4}

### SPM 4.5   Trade-offs, synergies and interactions with sustainable development

**Climate change is a threat to sustainable development. Nonetheless, there are many opportunities to link mitigation, adaptation and the pursuit of other societal objectives through integrated responses (*high confidence*). Successful implementation relies on relevant tools, suitable governance structures and enhanced capacity to respond (*medium confidence*). {3.5, 4.5}**

Climate change exacerbates other threats to social and natural systems, placing additional burdens particularly on the poor (*high confidence*). Aligning climate policy with sustainable development requires attention to both adaptation and mitigation (*high confidence*). Delaying global mitigation actions may reduce options for climate-resilient pathways and adaptation in the future. Opportunities to take advantage of positive synergies between adaptation and mitigation may decrease with time, particularly if limits to adaptation are exceeded. Increasing efforts to mitigate and adapt to climate change imply an increasing complexity of interactions, encompassing connections among human health, water, energy, land use and biodiversity (*medium evidence, high agreement*). {3.1, 3.5, 4.5}

Strategies and actions can be pursued now which will move towards climate-resilient pathways for sustainable development, while at the same time helping to improve livelihoods, social and economic well-being and effective environmental management. In some cases, economic diversification can be an important element of such strategies. The effectiveness of integrated responses can be enhanced by relevant tools, suitable governance structures and adequate institutional and human capacity (*medium confidence*). Integrated responses are especially relevant to energy planning and implementation; interactions among water, food, energy and biological carbon sequestration; and urban planning, which provides substantial opportunities for enhanced resilience, reduced emissions and more sustainable development (*medium confidence*). {3.5, 4.4, 4.5}

SPM

BLM_0055610

BLM_0055611

# Climate Change 2014

# Synthesis Report

BLM_0055612

BLM_0055613

# Introduction

BLM_0055614

# Introduction

The Synthesis Report (SYR) of the IPCC Fifth Assessment Report (AR5) provides an overview of the state of knowledge concerning the science of climate change, emphasizing new results since the publication of the IPCC Fourth Assessment Report (AR4) in 2007. The SYR synthesizes the main findings of the AR5 based on contributions from Working Group I (*The Physical Science Basis*), Working Group II (*Impacts, Adaptation and Vulnerability*) and Working Group III (*Mitigation of Climate Change*), plus two additional IPCC reports (*Special Report on Renewable Energy Sources and Climate Change Mitigation* and *Special Report on Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation*).

The AR5 SYR longer report is divided into four topics. Topic 1 (Observed Changes and their Causes) focuses on observational evidence for a changing climate, the impacts caused by this change and the human contributions to it. Topic 2 (Future Climate Changes, Risks and Impacts) assesses projections of future climate change and the resultant projected impacts and risks. Topic 3 (Future Pathways for Adaptation, Mitigation and Sustainable Development) considers adaptation and mitigation as complementary strategies for reducing and managing the risks of climate change. Topic 4 (Adaptation and Mitigation) describes individual adaptation and mitigation options and policy approaches. It also addresses integrated responses that link mitigation with adaptation with other societal objectives.

The challenges of understanding and managing risks and uncertainties are important themes in this report. See Box 1 (Risk and the Management of an Uncertain Future) and Box 2 (Communicating the Degree of Certainty in Assessment Findings).

This report includes information relevant to Article 2 of the United Nations Framework Convention on Climate Change (UNFCCC).

---

### Box Introduction.1 | Risk and the Management of an Uncertain Future

Climate change exposes people, societies, economic sectors and ecosystems to risk. Risk is the potential for consequences when something of value is at stake and the outcome is uncertain, recognizing the diversity of values. *{WGII SPM Background Box SPM.2, WGIII 2.1, SYR Glossary}*

Risks from climate change impacts arise from the interaction between hazard (triggered by an event or trend related to climate change), vulnerability (susceptibility to harm) and exposure (people, assets or ecosystems at risk). Hazards include processes that range from brief events, such as severe storms, to slow trends, such as multi-decade droughts or multi-century sea level rise. Vulnerability and exposure are both sensitive to a wide range of social and economic processes, with possible increases or decreases depending on development pathways. Risks and co-benefits also arise from policies that aim to mitigate climate change or to adapt to it. (1.5)

Risk is often represented as the probability of occurrence of hazardous events or trends multiplied by the magnitude of the consequences if these events occur. Therefore, high risk can result not only from high probability outcomes but also from low probability outcomes with very severe consequences. This makes it important to assess the full range of possible outcomes, from low probability tail outcomes to very likely outcomes. For example, it is unlikely that global mean sea level will rise by more than one meter in this century, but the consequence of a greater rise could be so severe that this possibility becomes a significant part of risk assessment. Similarly, low confidence but high consequence outcomes are also policy relevant; for instance the possibility that the response of Amazon forest could substantially amplify climate change merits consideration despite our currently imperfect ability to project the outcome. (2.4, Table 2.3) *{WGI Table 13.5, WGII SPM A-3, 4.4, Box 4-3, WGIII Box 3-9, SYR Glossary}*

Risk can be understood either qualitatively or quantitatively. It can be reduced and managed using a wide range of formal or informal tools and approaches that are often iterative. Useful approaches for managing risk do not necessarily require that risk levels can be accurately quantified. Approaches recognizing diverse qualitative values, goals and priorities, based on ethical, psychological, cultural or social factors, could increase the effectiveness of risk management. *{WGII 1.1.2, 2.4, 2.5, 19.3, WGIII 2.4, 2.5, 3.4}*

BLM_0055615

**Box Introduction.2 | Communicating the Degree of Certainty in Assessment Findings**

An integral feature of IPCC reports is the communication of the strength of and uncertainties in scientific understanding underlying assessment findings. Uncertainty can result from a wide range of sources. Uncertainties in the past and present are the result of limitations of available measurements, especially for rare events, and the challenges of evaluating causation in complex or multi-component processes that can span physical, biological and human systems. For the future, climate change involves changing likelihoods of diverse outcomes. Many processes and mechanisms are well understood, but others are not. Complex interactions among multiple climatic and non-climatic influences changing over time lead to persistent uncertainties, which in turn lead to the possibility of surprises. Compared to past IPCC reports, the AR5 assesses a substantially larger knowledge base of scientific, technical and socio-economic literature. *{WGI 1.4, WGII SPM A-3, 1.1.2, WGIII 2.3}*

The IPCC Guidance Note on Uncertainty[a] defines a common approach to evaluating and communicating the degree of certainty in findings of the assessment process. Each finding is grounded in an evaluation of underlying evidence and agreement. In many cases, a synthesis of evidence and agreement supports an assignment of confidence, especially for findings with stronger agreement and multiple independent lines of evidence. The degree of certainty in each key finding of the assessment is based on the type, amount, quality and consistency of evidence (e.g., data, mechanistic understanding, theory, models, expert judgment) and the degree of agreement. The summary terms for evidence are: limited, medium or robust. For agreement, they are low, medium or high. Levels of confidence include five qualifiers: very low, low, medium, high and very high, and are typeset in italics, e.g., *medium confidence*. The likelihood, or probability, of some well-defined outcome having occurred or occurring in the future can be described quantitatively through the following terms: virtually certain, 99–100% probability; extremely likely, 95–100%; very likely, 90–100%; likely, 66–100%; more likely than not, >50–100%; about as likely as not, 33–66%; unlikely, 0–33%; very unlikely, 0–10%; extremely unlikely, 0–5%; and exceptionally unlikely, 0–1%. Additional terms (extremely likely, 95–100%; more likely than not, >50–100%; more unlikely than likely, 0–<50%; and extremely unlikely, 0–5%) may also be used when appropriate. Assessed likelihood is typeset in italics, e.g., *very likely*. Unless otherwise indicated, findings assigned a likelihood term are associated with *high* or *very high confidence*. Where appropriate, findings are also formulated as statements of fact without using uncertainty qualifiers. *{WGI SPM B, WGII Background Box SPM.3, WGIII 2.1}*

---

[a] Mastrandrea, M.D., C.B. Field, T.F. Stocker, O. Edenhofer, K.L. Ebi, D.J. Frame, H. Held, E. Kriegler, K.J. Mach, P.R. Matschoss, G.-K. Plattner, G.W. Yohe and F.W. Zwiers, 2010: Guidance Note for Lead Authors of the IPCC Fifth Assessment Report on Consistent Treatment of Uncertainties. Intergovernmental Panel on Climate Change (IPCC), Geneva, Switzerland, 4 pp.

37

BLM_0055616

BLM_0055617

# 1

# Observed Changes and their Causes

BLM_0055618

# Topic 1: Observed Changes and their Causes

> Human influence on the climate system is clear, and recent anthropogenic emissions of greenhouse gases are the highest in history. Recent climate changes have had widespread impacts on human and natural systems.

Topic 1 focuses on observational evidence of a changing climate, the impacts caused by this change and the human contributions to it. It discusses observed changes in climate (1.1) and external influences on climate (forcings), differentiating those forcings that are of anthropogenic origin, and their contributions by economic sectors and greenhouse gases (GHGs) (1.2). Section 1.3 attributes observed climate change to its causes and attributes impacts on human and natural systems to climate change, determining the degree to which those impacts can be attributed to climate change. The changing probability of extreme events and their causes are discussed in Section 1.4, followed by an account of exposure and vulnerability within a risk context (1.5) and a section on adaptation and mitigation experience (1.6).

## 1.1   Observed changes in the climate system

> Warming of the climate system is unequivocal, and since the 1950s, many of the observed changes are unprecedented over decades to millennia. The atmosphere and ocean have warmed, the amounts of snow and ice have diminished, and sea level has risen.

### 1.1.1   Atmosphere

**Each of the last three decades has been successively warmer at the Earth's surface than any preceding decade since 1850.** The period from 1983 to 2012 was *very likely* the warmest 30-year period of the last 800 years in the Northern Hemisphere, where such assessment is possible (*high confidence*) and *likely* the warmest 30-year period of the last 1400 years (*medium confidence*). {WGI 2.4.3, 5.3.5}

The globally averaged combined land and ocean surface temperature data as calculated by a linear trend show a warming of 0.85 [0.65 to 1.06] °C[20] over the period 1880 to 2012, for which multiple independently produced datasets exist. The total increase between the average of the 1850–1900 period and the 2003–2012 period is 0.78 [0.72 to 0.85] °C, based on the single longest dataset available. For the longest period when calculation of regional trends is sufficiently complete (1901 to 2012), almost the entire globe has experienced surface warming (Figure 1.1). {WGI SPM B.1, 2.4.3}

In addition to robust multi-decadal warming, the globally averaged surface temperature exhibits substantial decadal and interannual variability (Figure 1.1). Due to this natural variability, trends based on short records are very sensitive to the beginning and end dates and do not in general reflect long-term climate trends. As one example, the rate of warming over the past 15 years (1998–2012; 0.05 [−0.05 to 0.15] °C per decade), which begins with a strong El Niño, is smaller than the rate calculated since 1951 (1951–2012; 0.12 [0.08 to 0.14] °C per decade; see Box 1.1). {WGI SPM B.1, 2.4.3}

Based on multiple independent analyses of measurements, it is *virtually certain* that globally the troposphere has warmed and the lower stratosphere has cooled since the mid-20th century. There is *medium confidence* in the rate of change and its vertical structure in the Northern Hemisphere extratropical troposphere. {WGI SPM B.1, 2.4.4}

*Confidence* in precipitation change averaged over global land areas since 1901 is *low* prior to 1951 and *medium* afterwards. Averaged over the mid-latitude land areas of the Northern Hemisphere, precipitation has *likely* increased since 1901 (*medium confidence* before and *high confidence* after 1951). For other latitudes area-averaged long-term positive or negative trends have *low confidence* (Figure 1.1). {WGI SPM B.1, Figure SPM.2, 2.5.1}

### 1.1.2   Ocean

**Ocean warming dominates the increase in energy stored in the climate system, accounting for more than 90% of the energy accumulated between 1971 and 2010 (*high confidence*) with only about 1% stored in the atmosphere (Figure 1.2). On a global scale, the ocean warming is largest near the surface, and the upper 75 m warmed by 0.11 [0.09 to 0.13] °C per decade over the period 1971 to 2010. It is *virtually certain* that the upper ocean (0–700 m) warmed from 1971 to 2010, and it *likely* warmed between the 1870s and 1971. It is *likely* that the ocean warmed from 700 to 2000 m from 1957 to 2009 and from 3000 m to the bottom for the period 1992 to 2005 (Figure 1.2). {WGI SPM B.2, 3.2, Box 3.1}**

It is *very likely* that regions of high surface salinity, where evaporation dominates, have become more saline, while regions of low salinity, where precipitation dominates, have become fresher since the 1950s. These regional trends in ocean salinity provide indirect evidence for changes in evaporation and precipitation over the oceans and thus for changes in the global water cycle (*medium confidence*). There is no observational evidence of a long-term trend in the Atlantic Meridional Overturning Circulation (AMOC). {WGI SPM B.2, 2.5, 3.3, 3.4.3, 3.5, 3.6.3}

---

[20]   Ranges in square brackets indicate a 90% uncertainty interval unless otherwise stated. The 90% uncertainty interval is expected to have a 90% likelihood of covering the value that is being estimated. Uncertainty intervals are not necessarily symmetric about the corresponding best estimate. A best estimate of that value is also given where available.

BLM_0055619



**Figure 1.1 |** Multiple observed indicators of a changing global climate system. **(a)** Observed globally averaged combined land and ocean surface temperature anomalies (relative to the mean of 1986 to 2005 period, as annual and decadal averages) with an estimate of decadal mean uncertainty included for one data set (grey shading). *{WGI Figure SPM.1, Figure 2.20; a listing of data sets and further technical details are given in the WGI Technical Summary Supplementary Material WGI TS.SM.1.1}* **(b)** Map of the observed surface temperature change, from 1901 to 2012, derived from temperature trends determined by linear regression from one data set (orange line in Panel a). Trends have been calculated where data availability permitted a robust estimate (i.e., only for grid boxes with greater than 70% complete records and more than 20% data availability in the first and last 10% of the time period), other areas are white. Grid boxes where the trend is significant, at the 10% level, are indicated by a + sign. *{WGI Figure SPM.1, Figure 2.21, Figure TS.2; a listing of data sets and further technical details are given in the WGI Technical Summary Supplementary Material WGI TS.SM.1.2}* **(c)** Arctic (July to September average) and Antarctic (February) sea ice extent. *{WGI Figure SPM.3, Figure 4.3, Figure 4.SM.2; a listing of data sets and further technical details are given in the WGI Technical Summary Supplementary Material WGI TS.SM.3.2}.* **(d)** Global mean sea level relative to the 1986–2005 mean of the longest running data set, and with all data sets aligned to have the same value in 1993, the first year of satellite altimetry data. All time series (coloured lines indicating different data sets) show annual values, and where assessed, uncertainties are indicated by coloured shading. *{WGI Figure SPM.3, Figure 3.13; a listing of data sets and further technical details are given in the WGI Technical Summary Supplementary Material WGI TS.SM.3.4}.* **(e)** Map of observed precipitation change, from 1951 to 2010; trends in annual accumulation calculated using the same criteria as in Panel b. *{WGI Figure SPM.2, TS TFE.1, Figure 2, Figure 2.29. A listing of data sets and further technical details are given in the WGI Technical Summary Supplementary Material WGI TS.SM.2.1}*

Since the beginning of the industrial era, oceanic uptake of $CO_2$ has resulted in acidification of the ocean; the pH of ocean surface water has decreased by 0.1 (*high confidence*), corresponding to a 26% increase in acidity, measured as hydrogen ion concentration. There is *medium confidence* that, in parallel to warming, oxygen concentrations have decreased in coastal waters and in the open ocean thermocline in many ocean regions since the 1960s, with a *likely* expansion of tropical oxygen minimum zones in recent decades. *{WGI SPM B.5, TS2.8.5, 3.8.1, 3.8.2, 3.8.3, 3.8.5, Figure 3.20}*

BLM_0055620

**1**

Energy accumulation within the Earth's climate system



Figure 1.2 | Energy accumulation within the Earth's climate system. Estimates are in 10²¹ J, and are given relative to 1971 and from 1971 to 2010, unless otherwise indicated. Components included are upper ocean (above 700 m), deep ocean (below 700 m; including below 2000 m estimates starting from 1992), ice melt (for glaciers and ice caps, Greenland and Antarctic ice sheet estimates starting from 1992, and Arctic sea ice estimate from 1979 to 2008), continental (land) warming, and atmospheric warming (estimate starting from 1979). Uncertainty is estimated as error from all five components at 90% confidence intervals. {WGI Box 3.1, Figure 1}

### 1.1.3  Cryosphere

**Over the last two decades, the Greenland and Antarctic ice sheets have been losing mass (*high confidence*). Glaciers have continued to shrink almost worldwide (*high confidence*). Northern Hemisphere spring snow cover has continued to decrease in extent (*high confidence*). There is *high confidence* that there are strong regional differences in the trend in Antarctic sea ice extent, with a *very likely* increase in total extent. {WGI SPM B.3, 4.2–4.7}**

Glaciers have lost mass and contributed to sea level rise throughout the 20th century. The rate of ice mass loss from the Greenland ice sheet has *very likely* substantially increased over the period 1992 to 2011, resulting in a larger mass over 2002 to 2011 than over 1992 to 2011. The rate of ice mass loss from the Antarctic ice sheet, mainly from the northern Antarctic Peninsula and the Amundsen Sea sector of West Antarctica, is also *likely* larger over 2002 to 2011. {WGI SPM B.3, SPM B.4, 4.3.3, 4.4.2, 4.4.3}

The annual mean Arctic sea ice extent decreased over the period 1979 (when satellite observations commenced) to 2012. The rate of decrease was *very likely* in the range 3.5 to 4.1% per decade. Arctic sea ice extent has decreased in every season and in every successive decade since 1979, with the most rapid decrease in decadal mean extent in summer (*high confidence*). For the summer sea ice minimum, the decrease was *very likely* in the range of 9.4 to 13.6% per decade (range of 0.73 to 1.07 million km² per decade) (see Figure 1.1). It is *very likely* that the annual mean Antarctic sea ice extent increased in the range of 1.2 to 1.8% per decade (range of 0.13 to 0.20 million km² per decade) between 1979 and 2012. However, there is *high confidence* that there are strong regional differences in Antarctica, with extent increasing in some regions and decreasing in others. {WGI SPM B.5, 4.2.2, 4.2.3}

There is *very high confidence* that the extent of Northern Hemisphere snow cover has decreased since the mid-20th century by 1.6 [0.8 to 2.4] % per decade for March and April, and 11.7% per decade for June, over the 1967 to 2012 period. There is *high confidence* that permafrost temperatures have increased in most regions of the Northern Hemisphere since the early 1980s, with reductions in thickness and areal extent in some regions. The increase in permafrost temperatures has occurred in response to increased surface temperature and changing snow cover. {WGI SPM B.3, 4.5, 4.7.2}

### 1.1.4  Sea level

**Over the period 1901–2010, global mean sea level rose by 0.19 [0.17 to 0.21] m (Figure 1.1). The rate of sea level rise since the mid-19th century has been larger than the mean rate during the previous two millennia (*high confidence*). {WGI SPM B.4, 3.7.2, 5.6.3, 13.2}**

It is *very likely* that the mean rate of global averaged sea level rise was 1.7 [1.5 to 1.9] mm/yr between 1901 and 2010 and 3.2 [2.8 to 3.6] mm/yr between 1993 and 2010. Tide gauge and satellite altimeter data are consistent regarding the higher rate during the latter period. It is *likely* that similarly high rates occurred between 1920 and 1950. {WGI SPM B.4, 3.7, 13.2}

Since the early 1970s, glacier mass loss and ocean thermal expansion from warming together explain about 75% of the observed global mean sea level rise (*high confidence*). Over the period 1993–2010, global mean sea level rise is, with *high confidence*, consistent with the sum of the observed contributions from ocean thermal expansion, due to warming, from changes in glaciers, the Greenland ice sheet, the Antarctic ice sheet and land water storage. {WGI SPM B.4, 13.3.6}

Rates of sea level rise over broad regions can be several times larger or smaller than the global mean sea level rise for periods of several decades, due to fluctuations in ocean circulation. Since 1993, the regional rates for the Western Pacific are up to three times larger than the global mean, while those for much of the Eastern Pacific are near zero or negative. {WGI 3.7.3, FAQ 13.1}

There is *very high confidence* that maximum global mean sea level during the last interglacial period (129,000 to 116,000 years ago) was, for several thousand years, at least 5 m higher than present and

42

**1**

## Box 1.1 | Recent Temperature Trends and their Implications

**The observed reduction in surface warming trend over the period 1998 to 2012 as compared to the period 1951 to 2012, is due in roughly equal measure to a reduced trend in radiative forcing and a cooling contribution from natural internal variability, which includes a possible redistribution of heat within the ocean (*medium confidence*).** The rate of warming of the observed global mean surface temperature over the period from 1998 to 2012 is estimated to be around one-third to one-half of the trend over the period from 1951 to 2012 (Box 1.1, Figures 1a and 1c). Even with this reduction in surface warming trend, the climate system has *very likely* continued to accumulate heat since 1998 (Figure 1.2) and sea level has continued to rise (Figure 1.1). *{WGI SPM D.1, Box 9.2}*

The radiative forcing of the climate system has continued to increase during the 2000s, as has its largest contributor, the atmospheric concentration of $CO_2$. However, the radiative forcing has been increasing at a lower rate over the period from 1998 to 2011, compared to 1984 to 1998 or 1951 to 2011, due to cooling effects from volcanic eruptions and the cooling phase of the solar cycle over the period from 2000 to 2009. There is, however, *low confidence* in quantifying the role of the forcing trend in causing the reduction in the rate of surface warming. *{WGI 8.5.2, Box 9.2}*

For the period from 1998 to 2012, 111 of the 114 available climate-model simulations show a surface warming trend larger than the observations (Box 1.1, Figure 1a). There is *medium confidence* that this difference between models and observations is to a substantial degree caused by natural internal climate variability, which sometimes enhances and sometimes counteracts the long-term externally forced warming trend (compare Box 1.1, Figures 1a and 1b; during the period from 1984 to 1998, most model simulations show a smaller warming trend than observed). Natural internal variability thus diminishes the relevance of short trends for long-term climate change. The difference between models and observations may also contain contributions from inadequacies in the solar, volcanic and aerosol forcings used by the models and, in some models, from an overestimate of the response to increasing greenhouse gas and other anthropogenic forcing (the latter dominated by the effects of aerosols). *{WGI 2.4.3, Box 9.2, 9.4.1, 10.3.1.1}*

For the longer period from 1951 to 2012, simulated surface warming trends are consistent with the observed trend (*very high confidence*) (Box 1.1, Figure 1c). Furthermore, the independent estimates of radiative forcing, of surface warming and of observed heat storage (the latter available since 1970) combine to give a heat budget for the Earth that is consistent with the assessed *likely* range of equilibrium climate sensitivity (1.5–4.5 °C)[21]. The record of observed climate change has thus allowed characterization of the basic properties of the climate system that have implications for future warming, including the equilibrium climate sensitivity and the transient climate response (see Topic 2). *{WGI Box 9.2, 10.8.1, 10.8.2, Box 12.2, Box 13.1}*



**Box 1.1, Figure 1 |** Trends in the global mean surface temperature over the periods from 1998 to 2012 **(a)**, 1984 to 1998 **(b)**, and 1951 to 2012 **(c)**, from observations (red) and the 114 available simulations with current-generation climate models (grey bars). The height of each grey bar indicates how often a trend of a certain magnitude (in °C per decade) occurs among the 114 simulations. The width of the red-hatched area indicates the statistical uncertainty that arises from constructing a global average from individual station data. This observational uncertainty differs from the one quoted in the text of Section 1.1.1; there, an estimate of natural internal variability is also included. Here, by contrast, the magnitude of natural internal variability is characterised by the spread of the model ensemble. *{based on WGI Box 9.2, Figure 1}*

[21] The connection between the heat budget and equilibrium climate sensitivity, which is the long-term surface warming under an assumed doubling of the atmospheric $CO_2$ concentration, arises because a warmer surface causes enhanced radiation to space which counteracts the increase in the Earth's heat content. How much the radiation to space increases for a given increase in surface temperature depends on the same feedback processes (e.g., cloud feedback, water vapour feedback) that determine equilibrium climate sensitivity.

43

*high confidence* that it did not exceed 10 m above present. During the last interglacial period, the Greenland ice sheet *very likely* contributed between 1.4 and 4.3 m to the higher global mean sea level, implying with *medium confidence* an additional contribution from the Antarctic ice sheet. This change in sea level occurred in the context of different orbital forcing and with high-latitude surface temperature, averaged over several thousand years, at least 2°C warmer than present (*high confidence*). {WGI SPM B.4, 5.3.4, 5.6.2, 13.2.1}

## 1.2    Past and recent drivers of climate change

> **Anthropogenic greenhouse gas emissions have increased since the pre-industrial era driven largely by economic and population growth. From 2000 to 2010 emissions were the highest in history. Historical emissions have driven atmospheric concentrations of carbon dioxide, methane and nitrous oxide to levels that are unprecedented in at least the last 800,000 years, leading to an uptake of energy by the climate system.**

Natural and anthropogenic substances and processes that alter the Earth's energy budget are physical drivers of climate change. Radiative forcing quantifies the perturbation of energy into the Earth system caused by these drivers. Radiative forcings larger than zero lead to a near-surface warming, and radiative forcings smaller than zero lead to a cooling. Radiative forcing is estimated based on in-situ and remote observations, properties of GHGs and aerosols, and calculations using numerical models. The radiative forcing over the 1750–2011 period is shown in Figure 1.4 in major groupings. The 'Other Anthropogenic' group is principally comprised of cooling effects from aerosol changes, with smaller contributions from ozone changes, land use reflectance changes and other minor terms. {WGI SPM C, 8.1, 8.5.1}

### 1.2.1    Natural and anthropogenic radiative forcings

**Atmospheric concentrations of GHGs are at levels that are unprecedented in at least 800,000 years. Concentrations of carbon dioxide ($CO_2$), methane ($CH_4$) and nitrous oxide ($N_2O$) have all shown large increases since 1750 (40%, 150% and 20%, respectively) (Figure 1.3).** $CO_2$ concentrations are increasing at the fastest observed decadal rate of change (2.0 ± 0.1 ppm/yr) for 2002–2011. After almost one decade of stable $CH_4$ concentrations since the late 1990s, atmospheric measurements have shown renewed increases since 2007. $N_2O$ concentrations have steadily increased at a rate of 0.73 ± 0.03 ppb/yr over the last three decades. {WGI SPM B5, 2.2.1, 6.1.2, 6.1.3, 6.3}

**The total anthropogenic radiative forcing over 1750–2011 is calculated to be a warming effect of 2.3 [1.1 to 3.3] W/m² (Figure 1.4), and it has increased more rapidly since 1970 than during prior decades. Carbon dioxide is the largest single contributor to radiative forcing over 1750–2011 and its trend since 1970.** The total anthropogenic radiative forcing estimate for 2011 is substantially higher (43%) than the estimate reported in the IPCC



**Globally averaged greenhouse gas concentrations**

**Figure 1.3** | Observed changes in atmospheric greenhouse gas concentrations. Atmospheric concentrations of carbon dioxide ($CO_2$, green), methane ($CH_4$, orange), and nitrous oxide ($N_2O$, red). Data from ice cores (symbols) and direct atmospheric measurements (lines) are overlaid. {WGI 2.2, 6.2, 6.3, Figure 6.11}

Fourth Assessment Report (AR4) for the year 2005. This is caused by a combination of continued growth in most GHG concentrations and an improved estimate of radiative forcing from aerosols. {WGI SPM C, 8.5.1}

**The radiative forcing from aerosols, which includes cloud adjustments, is better understood and indicates a weaker cooling effect than in AR4. The aerosol radiative forcing over 1750–2011 is estimated as −0.9 [−1.9 to −0.1] W/m² (*medium confidence*). Radiative forcing from aerosols has two competing components: a dominant cooling effect from most aerosols and their cloud adjustments and a partially offsetting warming contribution from black carbon absorption of solar radiation.** There is *high confidence* that the global mean total aerosol radiative forcing has counteracted a substantial portion of radiative forcing from well-mixed GHGs. Aerosols continue to contribute the largest uncertainty to the total radiative forcing estimate. {WGI SPM C, 7.5, 8.3, 8.5.1}

**Changes in solar irradiance and volcanic aerosols cause natural radiative forcing (Figure 1.4).** The radiative forcing from stratospheric volcanic aerosols can have a large cooling effect on the climate system for some years after major volcanic eruptions. Changes in total solar irradiance are calculated to have contributed only around 2% of the total radiative forcing in 2011, relative to 1750. {WGI SPM C, Figure SPM.5, 8.4}

44



**Radiative forcing in 2011 relative to 1750**

**Figure 1.4 | Radiative forcing of climate change during the industrial era (1750–2011).** Bars show radiative forcing from well-mixed greenhouse gases (WMGHG), other anthropogenic forcings, total anthropogenic forcings and natural forcings. The error bars indicate the 5 to 95% uncertainty. Other anthropogenic forcings include aerosol, land use surface reflectance and ozone changes. Natural forcings include solar and volcanic effects. The total anthropogenic radiative forcing for 2011 relative to 1750 is 2.3 W/m² (uncertainty range 1.1 to 3.3 W/m²). This corresponds to a $CO_2$-equivalent concentration (see Glossary) of 430 ppm (uncertainty range 340 to 520 ppm). *{Data from WGI 7.5 and Table 8.6}*

### 1.2.2   Human activities affecting emission drivers

**About half of the cumulative anthropogenic $CO_2$ emissions between 1750 and 2011 have occurred in the last 40 years (*high confidence*).** Cumulative anthropogenic $CO_2$ emissions of

2040 ± 310 $GtCO_2$ were added to the atmosphere between 1750 and 2011. Since 1970, cumulative $CO_2$ emissions from fossil fuel combustion, cement production and flaring have tripled, and cumulative $CO_2$ emissions from forestry and other land use (FOLU)[22] have increased by about 40% (Figure 1.5)[23]. In 2011, annual $CO_2$ emissions from fossil fuel combustion, cement production and flaring were 34.8 ± 2.9 $GtCO_2$/yr. For 2002–2011, average annual emissions from FOLU were 3.3 ± 2.9 $GtCO_2$/yr. *{WGI 6.3.1, 6.3.2, WGIII SPM.3}*

**About 40% of these anthropogenic $CO_2$ emissions have remained in the atmosphere (880 ± 35 $GtCO_2$) since 1750. The rest was removed from the atmosphere by sinks, and stored in natural carbon cycle reservoirs.** Sinks from ocean uptake and vegetation with soils account, in roughly equal measures, for the remainder of the cumulative $CO_2$ emissions. The ocean has absorbed about 30% of the emitted anthropogenic $CO_2$, causing ocean acidification. *{WGI 3.8.1, 6.3.1}*

**Total annual anthropogenic GHG emissions have continued to increase over 1970 to 2010 with larger absolute increases between 2000 and 2010 (*high confidence*).** Despite a growing number of climate change mitigation policies, annual GHG emissions grew on average by 1.0 $GtCO_2$-eq (2.2%) per year, from 2000 to 2010, compared to 0.4 $GtCO_2$-eq (1.3%) per year, from 1970 to 2000 (Figure 1.6)[24]. Total anthropogenic GHG emissions from 2000 to 2010 were the highest in human history and reached 49 (±4.5) $GtCO_2$-eq/yr in 2010. The global economic crisis of 2007/2008 reduced emissions only temporarily. *{WGIII SPM.3, 1.3, 5.2, 13.3, 15.2.2, Box TS.5, Figure 15.1}*



**Figure 1.5 | Annual global anthropogenic carbon dioxide ($CO_2$) emissions** (gigatonne of $CO_2$-equivalent per year, $GtCO_2$/yr) from fossil fuel combustion, cement production and flaring, and forestry and other land use (FOLU), 1750–2011. Cumulative emissions and their uncertainties are shown as bars and whiskers, respectively, on the right-hand side. The global effects of the accumulation of methane ($CH_4$) and nitrous oxide ($N_2O$) emissions are shown in Figure 1.3. Greenhouse gas emission data from 1970 to 2010 are shown in Figure 1.6. *(modified from WGI Figure TS.4 and WGIII Figure TS.2)*

---

[22]   Forestry and other land use (FOLU)—also referred to as LULUCF (land use, land use change and forestry)—is the subset of agriculture, forestry and other land use (AFOLU) emissions and removals of GHGs related to direct human-induced LULUCF activities, excluding agricultural emissions and removals *(see WGIII AR5 Glossary)*.

[23]   Numbers from WGI 6.3 converted into $GtCO_2$ units. Small differences in cumulative emissions from Working Group III *{WGIII SPM.3, TS.2.1}* are due to different approaches to rounding, different end years and the use of different data sets for emissions from FOLU. Estimates remain extremely close, given their uncertainties.

[24]   $CO_2$-equivalent emission is a common scale for comparing emissions of different GHGs. Throughout the SYR, when historical emissions of GHGs are provided in $GtCO_2$-eq, they are weighted by Global Warming Potentials with a 100-year time horizon ($GWP_{100}$), taken from the IPCC Second Assessment Report unless otherwise stated. A unit abbreviation of $GtCO_2$-eq is used. *{Box 3.2, Glossary}*

45



**Figure 1.6 |** Total annual anthropogenic greenhouse gas (GHG) emissions (gigatonne of $CO_2$-equivalent per year, GtCO$_2$-eq/yr) for the period 1970 to 2010, by gases: $CO_2$ from fossil fuel combustion and industrial processes; $CO_2$ from Forestry and Other Land Use (FOLU); methane ($CH_4$); nitrous oxide ($N_2O$); fluorinated gases covered under the Kyoto Protocol (F-gases). Right hand side shows 2010 emissions, using alternatively $CO_2$-equivalent emission weightings based on IPCC Second Assessment Report (SAR) and AR5 values. Unless otherwise stated, $CO_2$-equivalent emissions in this report include the basket of Kyoto gases ($CO_2$, $CH_4$, $N_2O$ as well as F-gases) calculated based on 100-year Global Warming Potential (GWP$_{100}$) values from the SAR (see Glossary). Using the most recent GWP$_{100}$ values from the AR5 (right-hand bars) would result in higher total annual GHG emissions (52 GtCO$_2$-eq/yr) from an increased contribution of methane, but does not change the long-term trend significantly. Other metric choices would change the contributions of different gases (see Box 3.2). The 2010 values are shown again broken down into their components with the associated uncertainties (90% confidence interval) indicated by the error bars. Global $CO_2$ emissions from fossil fuel combustion are known with an 8% uncertainty margin (90% confidence interval). There are very large uncertainties (of the order of ±50%) attached to the $CO_2$ emissions from FOLU. Uncertainty about the global emissions of $CH_4$, $N_2O$ and the F-gases has been estimated at 20%, 60% and 20%, respectively. 2010 was the most recent year for which emission statistics on all gases as well as assessments of uncertainties were essentially complete at the time of data cut off for this report. The uncertainty estimates only account for uncertainty in emissions, not in the GWPs (as given in WGI 8.7). *{WGIII Figure SPM.1}*

$CO_2$ emissions from fossil fuel combustion and industrial processes contributed about 78% to the total GHG emission increase between 1970 and 2010, with a contribution of similar percentage over the 2000–2010 period (**high confidence**). Fossil-fuel-related $CO_2$ emissions reached 32 (±2.7) GtCO$_2$/yr, in 2010, and grew further by about 3% between 2010 and 2011, and by about 1 to 2% between 2011 and 2012. $CO_2$ remains the major anthropogenic GHG, accounting for 76% of total anthropogenic GHG emissions in 2010. Of the total, 16% comes from $CH_4$, 6.2% from $N_2O$, and 2.0% from fluorinated gases (F-gases) (Figure 1.6)[25]. Annually, since 1970, about 25% of anthropogenic GHG emissions have been in the form of non-$CO_2$ gases[26]. *{WGIII SPM.3, 1.2, 5.2}*

Total annual anthropogenic GHG emissions have increased by about 10 GtCO$_2$-eq between 2000 and 2010. This increase directly came from the energy (47%), industry (30%), transport (11%) and building (3%) sectors (**medium confidence**). Accounting for indirect emissions raises the contributions by the building and

industry sectors (**high confidence**). Since 2000, GHG emissions have been growing in all sectors, except in agriculture, forestry and other land use (AFOLU)[22]. In 2010, 35% of GHG emissions were released by the energy sector, 24% (net emissions) from AFOLU, 21% by industry, 14% by transport and 6.4% by the building sector. When emissions from electricity and heat production are attributed to the sectors that use the final energy (i.e., indirect emissions), the shares of the industry and building sectors in global GHG emissions are increased to 31% and 19%, respectively (Figure 1.7). *{WGIII SPM.3, 7.3, 8.1, 9.2, 10.3, 11.2}* See also Box 3.2 for contributions from various sectors, based on metrics other than 100-year Global Warming Potential (GWP$_{100}$).

Globally, economic and population growth continue to be the most important drivers of increases in $CO_2$ emissions from fossil fuel combustion. The contribution of population growth between 2000 and 2010 remained roughly identical to that of the previous three decades, while the contribution of economic growth has risen sharply (**high confidence**). Between 2000 and

---

[25]  Using the most recent 100-year Global Warming Potential (GWP$_{100}$) values from the AR5 *{WGI 8.7}* instead of GWP$_{100}$ values from the IPCC Second Assessment Report, global GHG emission totals would be slightly higher (52 GtCO$_2$-eq/yr) and non-$CO_2$ emission shares would be 20% for $CH_4$, 5% for $N_2O$ and 2.2% for F-gases.

[26]  For this report, data on non-$CO_2$ GHGs, including F-gases, were taken from the Electronic Data Gathering, Analysis, and Retrieval (EDGAR) database *{WGIII Annex II.9}*, which covers substances included in the Kyoto Protocol in its first commitment period.