for example, <10%. *Attribution* is defined as the process of evaluating the relative contributions of multiple causal factors to a change or event with an assignment of statistical confidence (Hegerl et al., 2010). *{WGI, II}*

**Detection of impacts of climate change**
For a natural, human or managed system, identification of a change from a specified *baseline*. The *baseline* characterizes behavior in the absence of *climate change* and may be stationary or non-stationary (e.g., due to *land-use change*). *{WGII}*

**Disaster**
Severe alterations in the normal functioning of a community or a society due to hazardous physical events interacting with vulnerable social conditions, leading to widespread adverse human, material, economic or environmental effects that require immediate emergency response to satisfy critical human needs and that may require external support for recovery. *{WGII}*

**Discounting**
A mathematical operation making monetary (or other) amounts received or expended at different times (years) comparable across time. The discounter uses a fixed or possibly time-varying discount rate (>0) from year to year that makes future value worth less today. *{WGII, III}*

**Drought**
A period of abnormally dry weather long enough to cause a serious hydrological imbalance. Drought is a relative term; therefore any discussion in terms of precipitation deficit must refer to the particular precipitation-related activity that is under discussion. For example, shortage of precipitation during the growing season impinges on crop production or *ecosystem* function in general (due to soil moisture drought, also termed agricultural drought) and during the runoff and percolation season primarily affects water supplies (hydrological drought). Storage changes in soil moisture and groundwater are also affected by increases in actual evapotranspiration in addition to reductions in precipitation. A period with an abnormal precipitation deficit is defined as a meteorological drought. A megadrought is a very lengthy and pervasive drought, lasting much longer than normal, usually a decade or more. For the corresponding indices, see WGI AR5 Box 2.4. *{WGI, II}*

**Early warning system**
The set of capacities needed to generate and disseminate timely and meaningful warning information to enable individuals, communities and organizations threatened by a *hazard* to prepare to act promptly and appropriately to reduce the possibility of harm or loss[4]. *{WGII}*

**Earth System Model (ESM)**
A coupled atmosphere–ocean *general circulation model* in which a representation of the *carbon cycle* is included, allowing for interactive calculation of atmospheric $CO_2$ or compatible emissions. Additional components (e.g., atmospheric chemistry, ice sheets, dynamic vegetation, nitrogen cycle, but also urban or crop models) may be included. See also *Climate model*. *{WGI, II}*

**Ecosystem**
An ecosystem is a functional unit consisting of living organisms, their non-living environment and the interactions within and between them. The components included in a given ecosystem and its spatial boundaries depend on the purpose for which the ecosystem is defined: in some cases they are relatively sharp, while in others they are diffuse. Ecosystem boundaries can change over time. Ecosystems are nested within other ecosystems and their scale can range from very small to the entire biosphere. In the current era, most ecosystems either contain people as key organisms, or are influenced by the effects of human activities in their environment. *{WGI, II, III}*

**Ecosystem services**
Ecological processes or functions having monetary or non-monetary value to individuals or society at large. These are frequently classified as (1) supporting services such as productivity or *biodiversity* maintenance, (2) provisioning services such as food, fiber or fish, (3) regulating services such as *climate* regulation or carbon *sequestration* and (4) cultural services such as tourism or spiritual and aesthetic appreciation. *{WGII, III}*

**El Niño-Southern Oscillation (ENSO)**
The term *El Niño* was initially used to describe a warm-water current that periodically flows along the coast of Ecuador and Peru, disrupting the local fishery. It has since become identified with a basin-wide warming of the tropical Pacific Ocean east of the dateline. This oceanic event is associated with a fluctuation of a global-scale tropical and subtropical surface pressure pattern called the *Southern Oscillation*. This coupled atmosphere–ocean phenomenon, with preferred time scales of two to about seven years, is known as the *El Niño-Southern Oscillation (ENSO)*. It is often measured by the surface pressure anomaly difference between Tahiti and Darwin or the sea surface temperatures in the central and eastern equatorial Pacific. During an ENSO event, the prevailing trade winds weaken, reducing upwelling and altering ocean currents such that the sea surface temperatures warm, further weakening the trade winds. This event has a great impact on the wind, sea surface temperature and precipitation patterns in the tropical Pacific. It has climatic effects throughout the Pacific region and in many other parts of the world, through global teleconnections. The cold phase of ENSO is called *La Niña*. For the corresponding indices, see WGI AR5 Box 2.5. *{WGI, II}*

**Emission scenario**
A plausible representation of the future development of emissions of substances that are potentially radiatively active (e.g., greenhouse gases (GHGs), aerosols) based on a coherent and internally consistent set of assumptions about driving forces (such as demographic and socio-economic development, technological change, energy and *land use*) and their key relationships. Concentration scenarios, derived from emission scenarios, are used as input to a *climate model* to compute *climate projections*. In IPCC (1992) a set of emission scenarios was presented which were used as a basis for the *climate projections* in IPCC (1996). These emission scenarios are referred to as the IS92 scenarios. In the IPCC Special Report on Emissions Scenarios (IPCC, 2000a) emission scenarios, the so-called *SRES scenarios*, were published, some of

---

[4]   This glossary entry builds from the definitions used in UNISDR (2009) and IPCC (2012a).

BLM_0055701

which were used, among others, as a basis for the *climate projections* presented in Chapters 9 to 11 of IPCC WGI TAR (IPCC, 2001a) and Chapters 10 and 11 of IPCC WGI AR4 (IPCC, 2007) as well as in the IPCC WGI AR5 (IPCC, 2013b). New emission scenarios for *climate change*, the four *Representative Concentration Pathways*, were developed for, but independently of, the present IPCC assessment. See also *Baseline/reference*, *Mitigation scenario* and *Transformation pathway*. {WGI, II, III}

**Energy access**
Access to clean, reliable and affordable energy services for cooking and heating, lighting, communications and productive uses (AGECC, 2010). {WGIII}

**Energy intensity**
The ratio of energy use to economic or physical output. {WGIII}

**Energy security**
The goal of a given country, or the global community as a whole, to maintain an adequate, stable and predictable energy supply. Measures encompass safeguarding the sufficiency of energy resources to meet national energy demand at competitive and stable prices and the *resilience* of the energy supply; enabling development and deployment of technologies; building sufficient infrastructure to generate, store and transmit energy supplies and ensuring enforceable contracts of delivery. {WGIII}

**Ensemble**
A collection of model simulations characterizing a *climate* prediction or *projection*. Differences in initial conditions and model formulation result in different evolutions of the modeled system and may give information on uncertainty associated with model error and error in initial conditions in the case of *climate* forecasts and on *uncertainty* associated with model error and with internally generated *climate variability* in the case of *climate projections*. {WGI, II}

**Equilibrium climate sensitivity**
See *Climate sensitivity*. {WGI}

**Eutrophication**
Over-enrichment of water by nutrients such as nitrogen and phosphorus. It is one of the leading causes of water quality impairment. The two most acute symptoms of eutrophication are hypoxia (or oxygen depletion) and harmful algal blooms. {WGII}

**Exposure**
The presence of people, livelihoods, species or *ecosystems*, environmental functions, services, and resources, infrastructure, or economic, social, or cultural assets in places and settings that could be adversely affected. {WGII}

**External forcing**
External forcing refers to a forcing agent outside the *climate system* causing a change in the *climate system*. Volcanic eruptions, solar variations and anthropogenic changes in the composition of the atmosphere and *land-use change* are external forcings. Orbital forcing is also an external forcing as the insolation changes with orbital parameters eccentricity, tilt and precession of the equinox. {WGI, II}

**Extreme weather event**
An extreme weather event is an event that is rare at a particular place and time of year. Definitions of rare vary, but an extreme weather event would normally be as rare as or rarer than the 10th or 90th percentile of a probability density function estimated from observations. By definition, the characteristics of what is called extreme weather may vary from place to place in an absolute sense. When a pattern of extreme weather persists for some time, such as a season, it may be classed as an *extreme climate event*, especially if it yields an average or total that is itself extreme (e.g., *drought* or heavy rainfall over a season). {WGI, II}

**Feedback**
See *Climate feedback*. {WGI, II}

**Flood**
The overflowing of the normal confines of a stream or other body of water, or the accumulation of water over areas not normally submerged. Floods include river (fluvial) floods, flash floods, urban floods, pluvial floods, sewer floods, coastal floods and glacial lake outburst floods. {WGII}

**Food security**
A state that prevails when people have secure access to sufficient amounts of safe and nutritious food for normal growth, development and an active and healthy life. {WGII, III}

**Forest**
A vegetation type dominated by trees. Many definitions of the term *forest* are in use throughout the world, reflecting wide differences in biogeophysical conditions, social structure and economics. For a discussion of the term *forest* and related terms such as *afforestation*, *reforestation* and *deforestation*, see the IPCC Special Report on Land Use, Land-Use Change, and Forestry (IPCC, 2000b). See also information provided by the United Nations Framework Convention on Climate Change (UNFCCC, 2013) and the Report on Definitions and Methodological Options to Inventory Emissions from Direct Human-induced Degradation of Forests and Devegetation of Other Vegetation Types (IPCC, 2003). {WGI, III}

**Fuel poverty**
A condition in which a household is unable to guarantee a certain level of consumption of domestic energy services (especially heating) or suffers disproportionate expenditure burdens to meet these needs. {WGIII}

**Geoengineering**
Geoengineering refers to a broad set of methods and technologies that aim to deliberately alter the *climate system* in order to alleviate the *impacts* of *climate change*. Most, but not all, methods seek to either (1) reduce the amount of absorbed solar energy in the *climate system* (*Solar Radiation Management*) or (2) increase net carbon *sinks* from the atmosphere at a scale sufficiently large to alter *climate* (*Carbon Dioxide Removal*). Scale and intent are of central importance. Two key characteristics of geoengineering methods of particular concern are that they use or affect the *climate system* (e.g., atmosphere, land or ocean) globally or regionally and/or could have substantive unintended effects that cross national boundaries. Geoengineering is different from weather modification and ecological engineering, but the boundary can be fuzzy (IPCC, 2012b, p. 2). {WGI, II, III}

II

123

BLM_0055702

**II**

## Global climate model (also referred to as general circulation model, both abbreviated as GCM)

See *Climate model*. {WGI, II}

## Global Temperature change Potential (GTP)

An index measuring the change in global mean surface temperature at a chosen point in time following an emission of a unit mass of a given substance, relative to that of the reference substance, carbon dioxide ($CO_2$). The Global Temperature change Potential (GTP) thus represents the combined effect of the differing times these substances remain in the atmosphere, their effectiveness in causing *radiative forcing* and the response of the *climate system*. The GTP has been defined in two different ways:

- Fixed GTP: based on a fixed time horizon in the future (such as $GTP_{100}$ for a time horizon of 100 years)
- Dynamic GTP: based on a target year (such as the year when global mean temperature is expected to reach a target level). In the dynamic GTP, the time horizon reduces over time as the target year is approached and hence the GTP value changes for emissions occurring further in the future. {WGI Chapter 8}

## Global warming

Global warming refers to the gradual increase, observed or projected, in global surface temperature, as one of the consequences of *radiative forcing* caused by anthropogenic emissions. {WGIII}

## Global Warming Potential (GWP)

An index measuring the *radiative forcing* following an emission of a unit mass of a given substance, accumulated over a chosen time horizon, relative to that of the reference substance, carbon dioxide ($CO_2$). The GWP thus represents the combined effect of the differing times these substances remain in the atmosphere and their effectiveness in causing *radiative forcing*. {WGI, III}

## Hazard

The potential occurrence of a natural or human-induced physical event or trend or physical *impact* that may cause loss of life, injury, or other health *impacts*, as well as damage and loss to property, infrastructure, livelihoods, service provision, *ecosystems* and environmental resources. In this report, the term *hazard* usually refers to *climate*-related physical events or trends or their physical *impacts*. {WGII}

## Heat wave

A period of abnormally and uncomfortably hot weather. {WGI, II}

## Hydrological cycle

The cycle in which water evaporates from the oceans and the land surface, is carried over the Earth in atmospheric circulation as water vapour, condenses to form clouds, precipitates over ocean and land as rain or snow, which on land can be intercepted by trees and vegetation, provides runoff on the land surface, infiltrates into soils, recharges groundwater, discharges into streams and ultimately flows out into the oceans, from which it will eventually evaporate again. The various systems involved in the hydrological cycle are usually referred to as hydrological systems. {WGI, II}

## Impacts (consequences, outcomes)

Effects on natural and human systems. In this report, the term *impacts* is used primarily to refer to the effects on natural and human systems of *extreme weather and climate events* and of *climate change*. Impacts generally refer to effects on lives, livelihoods, health, *ecosystems*, economies, societies, cultures, services and infrastructure due to the interaction of *climate changes* or hazardous climate events occurring within a specific time period and the *vulnerability* of an exposed society or system. Impacts are also referred to as consequences and outcomes. The impacts of *climate change* on geophysical systems, including *floods*, *droughts* and sea level rise, are a subset of impacts called physical impacts. {WGII}

## Indirect emissions

Emissions that are a consequence of the activities within well-defined boundaries of, for instance, a region, an economic sector, a company or process, but which occur outside the specified boundaries. For example, emissions are described as indirect if they relate to the use of heat but physically arise outside the boundaries of the heat user, or to electricity production but physically arise outside of the boundaries of the power supply sector. {WGIII}

## Industrial Revolution

A period of rapid industrial growth with far-reaching social and economic consequences, beginning in Britain during the second half of the 18th century and spreading to Europe and later to other countries including the United States. The invention of the steam engine was an important trigger of this development. The industrial revolution marks the beginning of a strong increase in the use of fossil fuels and emission of, in particular, fossil carbon dioxide ($CO_2$). In this report the terms *pre-industrial* and *industrial* refer, somewhat arbitrarily, to the periods before and after 1750, respectively. {WGI, II, III}

## Integrated assessment

A method of analysis that combines results and models from the physical, biological, economic and social sciences and the interactions among these components in a consistent framework to evaluate the status and the consequences of environmental change and the policy responses to it. See also *Integrated models*. {WGII, III}

## Integrated Coastal Zone Management (ICZM)

An integrated approach for sustainably managing coastal areas, taking into account all coastal habitats and uses. {WGII}

## Integrated models

Integrated models explore the interactions between multiple sectors of the economy or components of particular systems, such as the energy system. In the context of *transformation pathways*, they refer to models that, at a minimum, include full and disaggregated representations of the energy system and its linkage to the overall economy that will allow for consideration of interactions among different elements of that system. Integrated models may also include representations of the full economy, *land use and land-use change (LUC)* and the *climate system*. See also *Integrated assessment*. {WGIII}

## Internal variability

See *Climate variability*. {WGI}

**Irreversibility**
A perturbed state of a dynamical system is defined as irreversible on a given timescale, if the recovery timescale from this state due to natural processes is substantially longer than the time it takes for the system to reach this perturbed state. In the context of this report, the time scale of interest is centennial to millennial. See also *Tipping point*. {WGI}

**Land use and land-use change**
Land use refers to the total of arrangements, activities and inputs undertaken in a certain land cover type (a set of human actions). The term *land use* is also used in the sense of the social and economic purposes for which land is managed (e.g., grazing, timber extraction and conservation). In urban settlements it is related to land uses within cities and their hinterlands. Urban land use has implications on city management, structure and form and thus on energy demand, greenhouse gas (GHG) emissions and mobility, among other aspects. {WGI, II, III}

*Land-use change (LUC)*
Land-use change refers to a change in the use or management of land by humans, which may lead to a change in land cover. Land cover and land-use change may have an impact on the surface *albedo*, evapotranspiration, sources and *sinks* of greenhouse gases (GHGs), or other properties of the *climate system* and may thus give rise to *radiative forcing* and/or other *impacts* on *climate*, locally or globally. See also the IPCC Special Report on Land Use, Land-Use Change, and Forestry (IPCC, 2000b).

*Indirect land-use change (iLUC)*
Indirect land-use change refers to shifts in land use induced by a change in the production level of an agricultural product elsewhere, often mediated by markets or driven by policies. For example, if agricultural land is diverted to fuel production, *forest* clearance may occur elsewhere to replace the former agricultural production. See also *Agriculture, Forestry and Other Land Use (AFOLU)*, *Afforestation*, *Deforestation* and *Reforestation*.

**Leakage**
Phenomena whereby the reduction in emissions (relative to a *baseline*) in a jurisdiction/sector associated with the implementation of *mitigation* policy is offset to some degree by an increase outside the jurisdiction/sector through induced changes in consumption, production, prices, *land use* and/or trade across the jurisdictions/sectors. Leakage can occur at a number of levels, be it a project, state, province, nation or world region.

In the context of *Carbon Dioxide Capture and Storage (CCS)*, $CO_2$ *leakage* refers to the escape of injected carbon dioxide ($CO_2$) from the storage location and eventual release to the atmosphere. In the context of other substances, the term is used more generically, such as for *methane ($CH_4$) leakage* (e.g., from fossil fuel extraction activities) and *hydrofluorocarbon (HFC) leakage* (e.g., from refrigeration and air-conditioning systems). {WGIII}

**Likelihood**
The chance of a specific outcome occurring, where this might be estimated probabilistically. Likelihood is expressed in this report using a standard terminology (Mastrandrea et al., 2010), defined in WGI AR5

Table 1.2 and WGII AR5 Box 1-1. See also *Confidence* and *Uncertainty*. {WGI, II, III}

**Lock-in**
Lock-in occurs when a market is stuck with a standard even though participants would be better off with an alternative. In this report, lock-in is used more broadly as path dependence, which is the generic situation where decisions, events or outcomes at one point in time constrain *adaptation*, *mitigation* or other actions or options at a later point in time. {WGII, III}

**Low regrets policy**
A policy that would generate net social and/or economic benefits under current *climate* and a range of future *climate change* scenarios. {WGII}

**Marine-based ice sheet**
An ice sheet containing a substantial region that rests on a bed lying below sea level and whose perimeter is in contact with the ocean. The best known example is the West Antarctic ice sheet. {WGI}

**Meridional Overturning Circulation (MOC)**
Meridional (north–south) overturning circulation in the ocean quantified by zonal (east–west) sums of mass transports in depth or density layers. In the North Atlantic, away from the subpolar regions, the MOC (which is in principle an observable quantity) is often identified with the thermohaline circulation (THC), which is a conceptual and incomplete interpretation. It must be borne in mind that the MOC is also driven by wind and can also include shallower overturning cells such as occur in the upper ocean in the tropics and subtropics, in which warm (light) waters moving poleward are transformed to slightly denser waters and subducted equatorward at deeper levels. {WGI, II}

**Mitigation (of climate change)**
A human intervention to reduce the sources or enhance the *sinks* of greenhouse gases (GHGs). This report also assesses human interventions to reduce the sources of other substances which may contribute directly or indirectly to limiting *climate change*, including, for example, the reduction of particulate matter emissions that can directly alter the radiation balance (e.g., black carbon) or measures that control emissions of carbon monoxide, nitrogen oxides, Volatile Organic Compounds and other pollutants that can alter the concentration of tropospheric ozone which has an indirect effect on the *climate*. {WGI, II, III}

**Mitigation scenario**
A plausible description of the future that describes how the (studied) system responds to the implementation of *mitigation* policies and measures. See also *Baseline/reference*, *Emission scenario*, *Representative Concentration Pathways (RCPs)*, *SRES scenarios* and *Transformation pathway*. {WGIII}

**Net negative emissions**
A situation of net negative emissions is achieved when, as result of human activities, more greenhouse gases (GHGs) are sequestered or stored than are released into the atmosphere. {SYR Box 2.2, footnote 29}

**Ocean acidification**
Ocean acidification refers to a reduction in the *pH* of the ocean over an extended period, typically decades or longer, which is caused primarily

125

BLM_0055704

by uptake of carbon dioxide ($CO_2$) from the atmosphere, but can also be caused by other chemical additions or subtractions from the ocean. *Anthropogenic ocean acidification* refers to the component of *pH* reduction that is caused by human activity (IPCC, 2011, p. 37). *{WGI, II}*

**Overshoot pathways**
Emissions, concentration or temperature pathways in which the metric of interest temporarily exceeds, or *overshoots* the long-term goal. *{WGIII}*

**Oxygen Minimum Zone (OMZ)**
The midwater layer (200–1000 m) in the open ocean in which oxygen saturation is the lowest in the ocean. The degree of oxygen depletion depends on the largely bacterial consumption of organic matter and the distribution of the OMZs is influenced by large-scale ocean circulation. In coastal oceans, OMZs extend to the shelves and may also affect benthic *ecosystems*. *{WGII}*

**Permafrost**
Ground (soil or rock and included ice and organic material) that remains at or below 0°C for at least two consecutive years. *{WGI, II}*

**pH**
pH is a dimensionless measure of the acidity of water (or any solution) given by its concentration of hydrogen ions (H$^+$). pH is measured on a logarithmic scale where pH = $-\log_{10}$(H$^+$). Thus, a pH decrease of 1 unit corresponds to a 10-fold increase in the concentration of H$^+$, or acidity. *{WGI}*

**Poverty**
Poverty is a complex concept with several definitions stemming from different schools of thought. It can refer to material circumstances (such as need, pattern of deprivation or limited resources), economic conditions (such as standard of living, inequality or economic position) and/or social relationships (such as social class, dependency, exclusion, lack of basic security or lack of entitlement). *{WGII}*

**Pre-industrial**
See *Industrial Revolution*. *{WGI, II, III}*

**Private costs**
Private costs are carried by individuals, companies or other private entities that undertake an action, whereas *social costs* include additionally the external costs on the environment and on society as a whole. Quantitative estimates of both private and social costs may be incomplete, because of difficulties in measuring all relevant effects. *{WGIII}*

**Projection**
A projection is a potential future evolution of a quantity or set of quantities, often computed with the aid of a model. Unlike predictions, projections are conditional on assumptions concerning, for example, future socio-economic and technological developments that may or may not be realized. See also *Climate projection*. *{WGI, II}*

**Radiative forcing**
The strength of drivers is quantified as Radiative Forcing (RF) in units watts per square meter (W/m$^2$) as in previous IPCC assessments. RF is

126

the change in energy flux caused by a driver and is calculated at the tropopause or at the top of the atmosphere. *{WGI}*

**Reasons For Concern (RFCs)**
Elements of a classification framework, first developed in the IPCC Third Assessment Report (IPCC, 2001b), which aims to facilitate judgments about what level of *climate change* may be *dangerous* (in the language of Article 2 of the United Nations Framework Convention on Climate Change (UNFCCC)) by aggregating *impacts*, *risks* and *vulnerabilities*. *{WGII}*

**Reducing Emissions from Deforestation and Forest Degradation (REDD)**
An effort to create financial value for the carbon stored in *forests*, offering incentives for developing countries to reduce emissions from forested lands and invest in low-carbon paths to *sustainable development* (SD). It is therefore a mechanism for *mitigation* that results from avoiding *deforestation*. REDD+ goes beyond *reforestation* and *forest* degradation and includes the role of conservation, sustainable management of *forests* and enhancement of *forest* carbon stocks. The concept was first introduced in 2005 in the 11th Session of the Conference of the Parties (COP) in Montreal and later given greater recognition in the 13th Session of the COP in 2007 at Bali and inclusion in the Bali Action Plan which called for 'policy approaches and positive incentives on issues relating to reducing emissions from *deforestation* and *forest* degradation in developing countries (REDD) and the role of conservation, sustainable management of *forests* and enhancement of *forest* carbon stock in developing countries'. Since then, support for REDD has increased and has slowly become a framework for action supported by a number of countries. *{WGIII}*

**Reforestation**
Planting of *forests* on lands that have previously contained *forests* but that have been converted to some other use. For a discussion of the term *forest* and related terms such as *afforestation*, *reforestation* and *deforestation*, see the IPCC Special Report on Land Use, Land-Use Change, and Forestry (IPCC, 2000b). See also information provided by the United Nations Framework Convention on Climate Change (UNFCCC, 2013). See also the Report on Definitions and Methodological Options to Inventory Emissions from Direct Human-induced Degradation of Forests and Devegetation of Other Vegetation Types (IPCC, 2003). *{WGI, II, III}*

**Representative Concentration Pathways (RCPs)**
Scenarios that include time series of emissions and concentrations of the full suite of greenhouse gases (GHGs) and aerosols and chemically active gases, as well as *land use*/land cover (Moss et al., 2008). The word representative signifies that each RCP provides only one of many possible scenarios that would lead to the specific *radiative forcing* characteristics. The term *pathway* emphasizes that not only the long-term concentration levels are of interest, but also the trajectory taken over time to reach that outcome (Moss et al., 2010).

RCPs usually refer to the portion of the concentration pathway extending up to 2100, for which Integrated Assessment Models produced corresponding *emission scenarios*. Extended Concentration Pathways (ECPs) describe extensions of the RCPs from 2100 to 2500 that were

BLM_0055705

calculated using simple rules generated by stakeholder consultations and do not represent fully consistent scenarios.

Four RCPs produced from *Integrated Assessment Models* were selected from the published literature and are used in the present IPCC Assessment as a basis for the *climate* predictions and *projections* presented in WGI AR5 Chapters 11 to 14 (IPCC, 2013b):

*RCP2.6*
One pathway where *radiative forcing* peaks at approximately 3 W/m$^2$ before 2100 and then declines (the corresponding ECP assuming constant emissions after 2100).

*RCP4.5 and RCP6.0*
Two intermediate stabilization pathways in which *radiative forcing* is stabilized at approximately 4.5 W/m$^2$ and 6.0 W/m$^2$ after 2100 (the corresponding ECPs assuming constant concentrations after 2150).

*RCP8.5*
One high pathway for which *radiative forcing* reaches >8.5 W/m$^2$ by 2100 and continues to rise for some amount of time (the corresponding ECP assuming constant emissions after 2100 and constant concentrations after 2250).

For further description of future scenarios, see WGI AR5 Box 1.1. See also van Vuuren et al., 2011. {*WGI, II, III*}

**Resilience**
The capacity of social, economic and environmental systems to cope with a hazardous event or trend or disturbance, responding or reorganizing in ways that maintain their essential function, identity and structure, while also maintaining the capacity for *adaptation*, learning and *transformation*[5]. {*WGII, III*}

**Risk**
The potential for consequences where something of value is at stake and where the outcome is uncertain, recognizing the diversity of values. Risk is often represented as probability or *likelihood* of occurrence of hazardous events or trends multiplied by the *impacts* if these events or trends occur. In this report, the term *risk* is often used to refer to the potential, when the outcome is uncertain, for adverse consequences on lives, livelihoods, health, *ecosystems* and species, economic, social and cultural assets, services (including environmental services) and infrastructure. {*WGII, III*}

**Risk management**
The plans, actions or policies to reduce the *likelihood* and/or consequences of *risks* or to respond to consequences. {*WGII*}

**Sequestration**
The uptake (i.e., the addition of a substance of concern to a reservoir) of carbon containing substances, in particular carbon dioxide ($CO_2$), in terrestrial or marine reservoirs. Biological sequestration includes direct removal of $CO_2$ from the atmosphere through *land-use change (LUC)*, *afforestation*, *reforestation*, revegetation, carbon storage in landfills

and practices that enhance soil carbon in agriculture (cropland management, grazing land management). In parts of the literature, but not in this report, (carbon) sequestration is used to refer to *Carbon Dioxide Capture and Storage (CCS)*. {*WGIII*}

**Sink**
Any process, activity or mechanism that removes a greenhouse gas (GHG), an aerosol or a precursor of a GHG or aerosol from the atmosphere. {*WGI, II, III*}

**Social cost of carbon**
The net present value of climate damages (with harmful damages expressed as a positive number) from one more tonne of carbon in the form of carbon dioxide ($CO_2$), conditional on a global emissions trajectory over time. {*WGI, III*}

**Social costs**
See *Private costs*. {*WGIII*}

**Solar Radiation Management (SRM)**
Solar Radiation Management refers to the intentional modification of the Earth's shortwave radiative budget with the aim to reduce *climate change* according to a given metric (e.g., surface temperature, precipitation, regional *impacts*, etc.). Artificial injection of stratospheric aerosols and cloud brightening are two examples of SRM techniques. Methods to modify some fast-responding elements of the long wave radiative budget (such as cirrus clouds), although not strictly speaking SRM, can be related to SRM. SRM techniques do not fall within the usual definitions of *mitigation* and *adaptation* (IPCC, 2012b, p. 2). See also *Carbon Dioxide Removal (CDR)* and *Geoengineering*. {*WGI, III*}

**SRES scenarios**
SRES scenarios are *emission scenarios* developed by IPCC (2000a) and used, among others, as a basis for some of the *climate projections* shown in Chapters 9 to 11 of IPCC WGI TAR (IPCC, 2001a), Chapters 10 and 11 of IPCC WGI AR4 (IPCC, 2007), as well as in the IPCC WGI AR5 (IPCC, 2013b). {*WGI, II, III*}

**Storm surge**
The temporary increase, at a particular locality, in the height of the sea due to extreme meteorological conditions (low atmospheric pressure and/or strong winds). The storm surge is defined as being the excess above the level expected from the tidal variation alone at that time and place. {*WGI, II*}

**Structural change**
Changes, for example, in the relative share of gross domestic product (GDP) produced by the industrial, agricultural, or services sectors of an economy, or more generally, systems *transformations* whereby some components are either replaced or potentially substituted by other components. {*WGIII*}

**Sustainability**
A dynamic process that guarantees the persistence of natural and human systems in an equitable manner. {*WGII, III*}

---

[5]   This definition builds from the definition used in Arctic Council (2013).

BLM_0055706

**Sustainable development**
Development that meets the needs of the present without compromising the ability of future generations to meet their own needs (WCED, 1987). *{WGII, III}*

**Thermal expansion**
In connection with sea level, this refers to the increase in volume (and decrease in density) that results from warming water. A warming of the ocean leads to an expansion of the ocean volume and hence an increase in sea level. *{WGI, II}*

**Tipping point**
A level of change in system properties beyond which a system reorganizes, often abruptly, and does not return to the initial state even if the drivers of the change are abated. For the *climate system*, it refers to a critical threshold when global or regional *climate changes* from one stable state to another stable state. The tipping point event may be irreversible. See also *Irreversibility*. *{WGI, II, III}*

**Transformation**
A change in the fundamental attributes of natural and human systems. *{WGII}*

**Transformation pathway**
The trajectory taken over time to meet different goals for greenhouse gas (GHG) emissions, atmospheric concentrations, or global mean surface temperature change that implies a set of economic, technological and behavioural changes. This can encompass changes in the way energy and infrastructure are used and produced, natural resources are managed and institutions are set up and in the pace and direction of technological change (TC). See also *Baseline/reference, Emission scenario, Mitigation scenario, Representative Concentration Pathways (RCPs)* and *SRES scenarios*. *{WGIII}*

**Transient Climate Response to Cumulative $CO_2$ Emissions (TCRE)**
The transient global average surface temperature change per unit cumulated $CO_2$ emissions, usually 1000 PgC. TCRE combines both information on the airborne fraction of cumulated $CO_2$ emissions (the fraction of the total $CO_2$ emitted that remains in the atmosphere) and on the transient climate response (TCR). *{WGI}*

**Uncertainty**
A state of incomplete knowledge that can result from a lack of information or from disagreement about what is known or even knowable. It may have many types of sources, from imprecision in the data to ambiguously defined concepts or terminology, or uncertain projections of human behaviour. Uncertainty can therefore be represented by quantitative measures (e.g., a probability density function) or by qualitative statements (e.g., reflecting the judgment of a team of experts) (see Moss and Schneider, 2000; Manning et al., 2004; Mastrandrea et al., 2010). See also *Confidence* and *Likelihood*. *{WGI, II, III}*

**Vulnerability**
The propensity or predisposition to be adversely affected. Vulnerability encompasses a variety of concepts and elements including sensitivity or susceptibility to harm and lack of capacity to cope and adapt. *{WGII}*

# References

AGECC, 2010: *Energy for a Sustainable Future.* United Nations Secretary General's Advisory Group on Energy and Climate (AGECC), New York, NY, USA, 24 pp.

Arctic Council, 2013: Glossary of terms. In: *Arctic Resilience interim Report 2013.* Stockholm Environment Institute and Stockholm Resilience Centre, Stockholm, Sweden, p.viii.

Hegerl, G. C., O. Hoegh-Guldberg, G. Casassa, M. P. Hoerling, R. S. Kovats, C. Parmesan, D. W. Pierce and P. A. Stott, 2010: Good practice guidance paper on detection and attribution related to anthropogenic climate change. In: *Meeting Report of the Intergovernmental Panel on Climate Change Expert Meeting on Detection and Attribution of Anthropogenic Climate Change* [Stocker T. F. , C. B. Field, D. Qin, V. Barros, G.-K. Plattner, M. Tignor, P. M. Midgley and K. L. Ebi (eds.)]. IPCC Working Group I Technical Support Unit, University of Bern, Bern, Switzerland, 8 pp.

Heywood, V. H. (ed.), 1995: *The Global Biodiversity Assessment.* United Nations Environment Programme, Cambridge University Press, Cambridge, United Kingdom, 1152 pp.

IPCC, 1992: *Climate Change 1992: The Supplementary Report to the IPCC Scientific Assessment* [Houghton, J. T., B. A. Callander and S. K. Varney (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 116 pp.

IPCC, 1996: *Climate Change 1995: The Science of Climate Change. Contribution of Working Group I to the Second Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J. T., L. G. Meira, A. Callander, N. Harris, A. Kattenberg and K. Maskell (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 572 pp.

IPCC, 2000a: *Emissions Scenarios.* Special Report of Working Group III of the Intergovernmental Panel on Climate Change [Nakićenović, N. and R. Swart (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 599 pp.

IPCC, 2000b: *Land Use, Land-Use Change, and Forestry.* Special Report of the Intergovernmental Panel on Climate Change [Watson, R. T., I. R. Noble, B. Bolin, N. H. Ravindranath, D. J. Verardo and D. J. Dokken (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 377 pp.

IPCC, 2001a: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J. T., Y. Ding, D.J. Griggs, M. Noguer, P. J. van der Linden, X. Dai, K. Maskell and C. A. Johnson (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 881 pp.

IPCC, 2001b: *Climate Change 2001: Impacts, Adaptation, and Vulnerability. Contribution of Working Group II to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [McCarthy, J., O. Canziani, N. Leary, D. Dokken and K. White (eds.)], Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 1032 pp.

II

IPCC, 2003: *Definitions and Methodological Options to Inventory Emissions from Direct Human-Induced Degradation of Forests and Devegetation of Other Vegetation Types* [Penman, J., M. Gytarsky, T. Hiraishi, T. Krug, D. Kruger, R. Pipatti, L. Buendia, K. Miwa, K. Tanabe and F. Wagner (eds.)]. The Institute for Global Environmental Strategies (IGES), Japan, 32 pp.

IPCC, 2007: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change.* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 996 pp.

IPCC, 2011: *Workshop Report of the Intergovernmental Panel on Climate Change Workshop on Impacts of Ocean Acidification on Marine Biology and Ecosystems* [Field, C. B., V. Barros, T. F. Stocker, D. Qin, K. J. Mach, G.-K. Plattner, M. D. Mastrandrea, M. Tignor and K. L. Ebi (eds.)]. IPCC Working Group II Technical Support Unit, Carnegie Institution, Stanford, CA, USA, 164 pp.

IPCC, 2012a: *Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation. A Special Report of Working Groups I and II of the Intergovernmental Panel on Climate Change* [Field, C. B., V. Barros, T. F. Stocker, D. Qin, D. J. Dokken, K. L. Ebi, M. D. Mastrandrea, K. J. Mach, G.-K. Plattner, S. K. Allen, M. Tignor and P. M. Midgley (eds.)]. Cambridge University Press, Cambridge, UK and New York, NY, USA, 582 pp.

IPCC, 2012b: *Meeting Report of the Intergovernmental Panel on Climate Change Expert Meeting on Geoengineering* [Edenhofer, O., R. Pichs-Madruga, Y. Sokona, C. Field, V. Barros, T. F. Stocker, Q. Dahe, J. Minx, K. J. Mach, G.-K. Plattner, S. Schlömer, G. Hansen and M. Mastrandrea (eds.)]. IPCC Working Group III Technical Support Unit, Potsdam Institute for Climate Impact Research, Potsdam, Germany, 99 pp.

IPCC, 2013a: Annex III: Glossary [Planton, S. (ed.)]. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T. F., D. Qin, G.-K. Plattner, M. Tignor, S. K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P. M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 1447–1466, doi:10.1017/CBO9781107415324.031.

IPCC, 2013b: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T. F., D. Qin, G.-K. Plattner, M. Tignor, S. K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P. M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 1535 pp., doi:10.1017/CBO9781107415324.

IPCC, 2014a: Annex II: Glossary [Agard, J., E. L. F. Schipper, J. Birkmann, M. Campos, C. Dubeux, Y. Nojiri, L. Olsson, B. Osman-Elasha, M. Pelling, M. J. Prather, M. G. Rivera-Ferre, O. C. Ruppel, A. Sallenger, K. R. Smith, A. L. St. Clair, K. J. Mach, M. D. Mastrandrea and T. E. Bilir (eds.)]. In: *Climate Change 2014: Impacts, Adaptation, and Vulnerability. Part B: Regional Aspects. Contribution of Working Group II to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Barros, V. R., C. B. Field, D. J. Dokken, M. D. Mastrandrea, K. J. Mach, T. E. Bilir, M. Chatterjee, K. L. Ebi, Y. O. Estrada, R. C. Genova, B. Girma, E. S. Kissel, A. N. Levy, S. MacCracken, P. R. Mastrandrea and L. L. White (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 1757–1776.

IPCC, 2014b: Annex I: Glossary, Acronyms and Chemical Symbols [Allwood, J. M., V. Bosetti, N. K. Dubash, L. Gómez-Echeverri and C. von Stechow (eds.)]. In: *Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Edenhofer, O., R. Pichs-Madruga, Y. Sokona, E. Farahani, S. Kadner, K. Seyboth, A. Adler, I. Baum, S. Brunner, P. Eickemeier, B. Kriemann, J. Savolainen, S. Schlömer, C. von Stechow, T. Zwickel and J. C. Minx (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 1251–1274.

Manning, M. R., M. Petit, D. Easterling, J. Murphy, A. Patwardhan, H.-H. Rogner, R. Swart and G. Yohe (eds.), 2004: *IPCC Workshop on Describing Scientific Uncertainties in Climate Change to Support Analysis of Risk of Options*. Workshop Report. Intergovernmental Panel on Climate Change, Geneva, Switzerland, 138 pp.

Mastrandrea, M. D., C. B. Field, T. F. Stocker, O. Edenhofer, K. L. Ebi, D. J. Frame, H. Held, E. Kriegler, K. J. Mach, P. R. Matschoss, G.-K. Plattner, G. W. Yohe and F. W. Zwiers, 2010: *Guidance Note for Lead Authors of the IPCC Fifth Assessment Report on Consistent Treatment of Uncertainties*. Intergovernmental Panel on Climate Change (IPCC), Geneva, Switzerland, 4 pp.

MEA, 2005: Appendix D: Glossary. In: *Ecosystems and Human Well-being: Current States and Trends. Findings of the Condition and Trends Working Group, Vol.1* [Hassan, R., R. Scholes, and N. Ash (eds.)]. Millennium Ecosystem Assessment (MEA), Island Press, Washington, DC, USA, pp. 893-900.

Moss, R. and S. Schneider, 2000: Uncertainties in the IPCC TAR: Recommendations to Lead Authors for More Consistent Assessment and Reporting. In: *IPCC Supporting Material: Guidance Papers on Cross Cutting Issues in the Third Assessment Report of the IPCC* [Pachauri, R., T. Taniguchi and K. Tanaka (eds.)]. Intergovernmental Panel on Climate Change, Geneva, Switzerland, pp. 33–51.

Moss, R., M. Babiker, S. Brinkman, E. Calvo, T. Carter, J. Edmonds, I. Elgizouli, S. Emori, L. Erda, K. Hibbard, R. Jones, M. Kainuma, J. Kelleher, J. F. Lamarque, M. Manning, B. Matthews, J. Meehl, L. Meyer, J. Mitchell, N. Nakicenovic, B. O'Neill, R. Pichs, K. Riahi, S. Rose, P. Runci, R. Stouffer, D. van Vuuren, J. Weyant, T. Wilbanks, J. P. van Ypersele and M. Zurek, 2008: *Towards new scenarios for analysis of emissions, climate change, impacts and response strategies*. IPCC Expert Meeting Report, 19-21 September, 2007, Noordwijkerhout, Netherlands, Intergovernmental Panel on Climate Change (IPCC), Geneva, Switzerland, 132 pp.

Moss, R., J. A., Edmonds, K. A. Hibbard, M. R. Manning, S. K. Rose, D. P. van Vuuren, T. R. Carter, S. Emori, M. Kainuma, T. Kram, G. A. Meehl, J. F. B. Mitchell, N. Nakicenovic, K. Riahi, S. J. Smith, R. J. Stouffer, A. M. Thomson, J. P. Weyant and T. J. Wilbanks, 2010: The next generation of scenarios for climate change research and assessment. *Nature*, *463*, 747–756.

UNFCCC, 2013: *Reporting and accounting of LULUCF activities under the Kyoto Protocol*. United Nations Framework Convention on Climatic Change (UNFCCC), Bonn, Germany. Available at: http://unfccc.int/methods/lulucf/items/4129.php

UNISDR, 2009: *2009 UNISDR Terminology on Disaster Risk Reduction*. United Nations International Strategy for Disaster Reduction (UNISDR), United Nations, Geneva, Switzerland, 30 pp.

van Vuuren, D. P., J. Edmonds, M. Kainuma, K. Riahi, A. Thomson, K. Hibbard, G. C. Hurtt, T. Kram, V. Krey, J. F. Lamarque, T. Masui, M. Meinshausen, N. Nakicenovic, S.J. Smith and S.K. Rose, 2011: The Representative Concentration Pathways: an overview. *Climatic Change*, *109*, pp. 5–31.

II

129

WCED, 1987: *Our Common Future*. World Commission on Environment and Development (WCED), Oxford University Press, Oxford, UK, 300 pp.

BLM_0055709



ANNEX III

# Acronyms, Chemical Symbols and Scientific Units

BLM_0055710

| | |
|---|---|
| µatm | Microatmosphere |
| AFOLU | Agriculture, Forestry and Other Land Use |
| AMOC | Atlantic Meridional Overturning Circulation |
| AR4 | Fourth Assessment Report |
| AR5 | Fifth Assessment Report |
| BAT | Best Available Technique |
| BAU | Business As Usual |
| BECCS | Bioenergy with Carbon Dioxide Capture and Storage |
| CCS | Carbon Capture and Storage |
| CDM | Clean Development Mechanism |
| CDR | Carbon Dioxide Removal |
| $CF_4$ | Perfluoromethane |
| $CH_4$ | Methane |
| CHP | Combined Heat and Power |
| CMIP5 | Coupled Model Intercomparison Project Phase 5 |
| $CO_2$ | Carbon Dioxide |
| $CO_2$-eq | Carbon Dioxide Equivalent |
| CSP | Concentrating Solar Power |
| DC | Developing Country |
| ECS | Equilibrium Climate Sensitivity |
| EDGAR | Emission Database for Global Atmospheric Research |
| EJ | Exajoule |
| EMIC | Earth System Model of Intermediate Complexity |
| ENSO | El Niño-Southern Oscillation |
| ES | Executive Summary |
| ESM | Earth System Model |
| ETS | Emissions Trading System |
| F-gases | Fluorinated gases |
| FAQ | Frequently Asked Question |

| | |
|---|---|
| FAR | First Assessment Report |
| FIT | Feed-in Tariff |
| FOLU | Forestry and Other Land Use |
| GCM | Global Climate Model |
| GDP | Gross Domestic Product |
| GHG | Greenhouse Gas |
| GMI | Global Methane Initiative |
| Gt | Gigatonnes |
| GTP | Global Temperature change Potential |
| GWP | Global Warming Potential |
| $H_2$ | Hydrogen |
| HadCRUT4 | Hadley Centre Climatic Research Unit  Gridded Surface Temperature Data  Set 4 |
| HDV | Heavy-Duty Vehicles |
| HFC | Hydrofluorocarbon |
| HFC-152a | Hydrofluorocarbon-152a, Difluoroethane |
| IAM | Integrated Assessment Model |
| ICAO | International Civil Aviation Organization |
| IMO | International Maritime Organization |
| IO | International Organization |
| LDV | Light-Duty Vehicles |
| LULUCF | Land Use, Land-Use Change and Forestry |
| MAGICC | Model for the Assessment of Greenhouse Gas Induced Climate Change |
| MEF | Major Economies Forum |
| MRV | Monitoring, Reporting and Verification |
| $N_2O$ | Nitrous Oxide |
| NAMA | Nationally Appropriate Mitigation  Action |
| NAP | National Adaptation Plan |
| NAPA | National Adaptation Programmes of Action |

**III**

132

| | | | | |
|---|---|---|---|---|
| NGO | Non-Governmental Organization | | TCRE | Transient Climate Response to Cumulative $CO_2$ Emissions |
| $O_2$ | Oxygen | | TFE | Thematic Focus Element |
| OA | Ocean Acidification | | TS | Technical Summary |
| OECD | Organisation for Economic Co-operation and Development | | UHI | Urban Heat Island |
| PFC | Perfluorocarbon | | UNFCCC | United Nations Framework Convention on Climate Change |
| ppb | parts per billion | | W | Watt |
| ppm | parts per million | | WG | Working Group |
| PV | Photovoltaic | | WMGHG | Well-Mixed Greenhouse Gas |
| R&D | Research and Development | | | |
| RCP | Representative Concentration Pathway | | | |
| RE | Renewable Energy | | | |
| REDD | Reducing  Emissions from Deforestation and Forest Degradation | | | |
| REEEP | Renewable Energy and Energy Efficiency Partnership | | | |
| RES | Renewable Energy System | | | |
| RFC | Reason For Concern | | | |
| RPS | Renewable Portfolio Standard | | | |
| SAR | Second Assessment Report | | | |
| SM | Supplementary Material | | | |
| $SO_2$ | Sulfur Dioxide | | | |
| SPM | Summary for Policymakers | | | |
| SRES | Special Report on Emissions Scenarios | | | |
| SREX | Special Report on Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation | | | |
| SRM | Solar Radiation Management | | | |
| SRREN | Special Report on Renewable Energy Sources and Climate Change Mitigation | | | |
| SYR | Synthesis Report | | | |
| TCR | Transient Climate Response | | | |

III

BLM_0055712

BLM_0055713



**ANNEX IV**

# Authors and Review Editors

BLM_0055714

### Core Writing Team Members

**ALLEN, Myles R.**
University of Oxford
UK

**BARROS, Vicente R.**
IPCC WGII Co-Chair
University of Buenos Aires
Argentina

**BROOME, John**
University of Oxford
UK

**CHRIST, Renate**
Secretary of the IPCC
IPCC Secretariat, World Meteorological Organization (WMO)
Switzerland

**CHURCH, John A.**
Commonwealth Scientific and Industrial
Research Organisation (CSIRO)
Australia

**CLARKE, Leon**
Pacific Northwest National Laboratory
USA

**CRAMER, Wolfgang**
Potsdam Institute for Climate Impact Research / Institut
Méditerranéen de Biodiversité et d'Ecologie marine et continentale
(IMBE)
Germany/France

**DASGUPTA, Purnamita**
University of Delhi Enclave
India

**DUBASH, Navroz**
Centre for Policy Research, New Delhi
India

**EDENHOFER, Ottmar**
IPCC WGIII Co-Chair
Potsdam Institute for Climate Impact Research
Germany

**ELGIZOULI, Ismail**
IPCC Vice-Chair
Sudan

**FIELD, Christopher B.**
IPCC WGII Co-Chair
Carnegie Institution for Science
USA

**FORSTER, Piers**
University of Leeds
UK

**FRIEDLINGSTEIN, Pierre**
University of Exeter
UK

**FUGLESTVEDT, Jan**
Center for International Climate and
Environmental Research (CICERO)
Norway

**GOMEZ-ECHEVERRI, Luis**
International Institute for Applied Systems Analysis (IIASA)
Austria

**HALLEGATTE, Stephane**
World Bank
USA

**HEGERL, Gabriele C.**
University of Edinburgh
UK

**HOWDEN, Mark**
Commonwealth Scientific and Industrial
Research Organisation (CSIRO)
Australia

**JIMÉNEZ CISNEROS, Blanca**
Universidad Nacional Autónoma de México / United
Nations Educational, Scientific and Cultural Organization (UNESCO)
Mexico/France

**KATTSOV, Vladimir**
Voeikov Main Geophysical Observatory
Russian Federation

**KEJUN, Jiang**
Energy Research Institute
China

**LEE, Hoesung**
IPCC Vice-Chair
Keimyung University
Republic of Korea

**MACH, Katharine J.**
IPCC WGII Technical Support Unit
USA

**MAROTZKE, Jochem**
Max Planck Institute for Meteorology
Germany

BLM_0055715

**MASTRANDREA, Michael D.**
IPCC WGII Technical Support Unit
USA

**MEYER, Leo**
IPCC Synthesis Report Technical Support Unit
The Netherlands

**MINX, Jan**
IPCC WGIII Technical Support Unit
Germany

**MULUGETTA, Yacob**
University of Surrey
UK

**O'BRIEN, Karen**
University of Oslo
Norway

**OPPENHEIMER, Michael**
Princeton University
USA

**PACHAURI, R. K.**
IPCC Chair
The Energy and Resources Institute (TERI)
India

**PEREIRA, Joy J.**
Universiti Kebangsaan Malaysia
Malaysia

**PICHS-MADRUGA, Ramón**
IPCC WGIII Co-Chair
Centro de Investigaciones de la Economía Mundial
Cuba

**PLATTNER, Gian-Kasper**
IPCC WGI Technical Support Unit
Switzerland

**PÖRTNER, Hans-Otto**
Alfred-Wegener-Institute
Germany

**POWER, Scott B.**
Bureau of Meteorology
Australia

**PRESTON, Benjamin**
Oak Ridge National Laboratory
USA

**QIN, Dahe**
IPCC WGI Co-Chair
China Meteorological Administration
China

**RAVINDRANATH, N. H.**
Indian Institute of Science
India

**REISINGER, Andy**
NZ Agricultural Greenhouse Gas Research Centre
New Zealand

**RIAHI, Keywan**
International Institute for Applied Systems Analysis (IIASA)
Austria

**RUSTICUCCI, Matilde**
Universidad de Buenos Aires
Argentina

**SCHOLES, Robert**
Council for Scientific and Industrial Research (CSIR)
South Africa

**SEYBOTH, Kristin**
IPCC WGIII Technical Support Unit
USA

**SOKONA, Youba**
IPCC WGIII Co-Chair
South Centre
Switzerland

**STAVINS, Robert**
Harvard University
USA

**STOCKER, Thomas F.**
IPCC WGI Co-Chair
University of Bern
Switzerland

**TSCHAKERT, Petra**
Pennsylvania State University
USA

**VAN VUUREN, Detlef**
Netherlands Environmental Assessment Agency (PBL)
The Netherlands

**VAN YPERSELE, Jean-Pascal**
IPCC Vice-Chair
University of Louvain
Belgium

**IV**

137

BLM_0055716

### Extended Writing Team Members

**BLANCO, Gabriel**
Universidad Nacional del Centro de la Provincia de Buenos Aires
Argentina

**EBY, Michael**
University of Victoria
Canada

**EDMONDS, Jae**
University of Maryland
USA

**FLEURBAEY, Marc**
Princeton University
USA

**GERLAGH, Reyer**
Tilburg University
The Netherlands

**KARTHA, Sivan**
Stockholm Environment Institute
USA

**KUNREUTHER, Howard**
The Wharton School of the University of Pennsylvania
USA

**ROGELJ, Joeri**
International Institute for Applied Systems Analysis (IIASA)
Austria

**SCHAEFFER, Michiel**
Wageningen University
Germany/The Netherlands

**SEDLÁČEK, Jan**
ETH Zurich
Switzerland

**SIMS, Ralph**
Massey University
New Zealand

**ÜRGE-VORSATZ, Diana**
Central European University
Hungary

**VICTOR, David G.**
University of California San Diego
USA

**YOHE, Gary**
Wesleyan University
USA

### Review Editors

**ALDUNCE, Paulina**
University of Chile
Chile

**CHEN, Wenying**
Tsinghua University
China

**DOWNING, Thomas**
Global Climate Adaptation Partnership
UK

**JOUSSAUME, Sylvie**
Laboratoire des Sciences du Climat et de l'Environnement (LSCE)
Institut Pierre Simon Laplace
France

**KUNDZEWICZ, Zbigniew**
Polish Academy of Sciences
Poland

**PALUTIKOF, Jean**
Griffith University
Australia

**SKEA, Jim**
Imperial College London
UK

**TANAKA, Kanako**
Japan Science and Technology Agency
Japan

**TANGANG, Fredolin**
National University of Malaysia
Malaysia

**ZHANG, Xiao-Ye**
China Meteorological Administration
China

**IV**

BLM_0055717



# Expert Reviewers

BLM_0055718

**AKIMOTO, Keigo**
Research Institute of Innovative Technology for the Earth
Japan

**ALCAMO, Joseph**
University of Kassel
Germany

**ALEXANDER, Lisa V.**
University of New South Wales
Australia

**AMESZ, Bert**
The Netherlands

**ARAKI, Makoto**
Forestry and Forest Products Research Institute
Japan

**ARROYO CURRÁS, Tabaré**
WWF International
Mexico

**BINDOFF, Nathaniel L.**
University of Tasmania
Australia

**BORGES LANDÁEZ, Pedro Alfredo**
Ministry of Science and Technology
Venezuela

**BRAGHIERE, Renato**
University of Reading
UK

**BRUNO, John**
The University of North Carolina at Chapel Hill
USA

**CARTER, Peter**
Climate Emergency Institute
Canada

**CASEY, Michael**
Carbon Virgin
Ireland

**CHOI, Young-June**
Seoul Metropolitan Government
Republic of Korea

**COHEN, Stewart**
Environment Canada
Canada

**CONVERSI, Alessandra**
National Research Council of Italy
Italy

**DING, Yihui**
National Climate Center, Meteorological Administration
China

**DIXON, Tim**
International Energy Agency Greenhouse Gas R&D Programme (IEAGHG)
UK

**DONG, Wenjie**
Bejing Normal University
China

**EKHOLM, Tommi**
Technical Research Centre of Finland (VTT)
Finland

**ESASHI, Kei**
The Federation of Electric Power Companies
Japan

**FISCHLIN, Andreas**
ETH Zurich
Switzerland

**FITZSIMMONS, Jason**
Chartered Institution of Building Services Engineers (CIBSE)
UK

**GALE, David**
Royal Institute of British Architects
UK

**HABERL, Helmut**
Alpen-Adria Universität Klagenfurt, Wien, Graz
Austria

**HARNISCH, Jochen**
KfW Bankengruppe
Germany

**HOUSE, Joanna**
Bristol University
UK

**JU, Hui**
Chinese Academy of Agricultural Science
China

**KAINUMA, Mikiko**
National Institute for Environmental Studies
Japan

V

BLM_0055719

**KATBEH BADER, Nedal**
Environment Quality Authority
Palestine

**KAZUNO, Hirofumi**
The Kansai Electric Power Co., Inc.
Japan

**KHESHGI, Haroon**
ExxonMobil Research and Engineering Company
USA

**KOSONEN, Kaisa**
Greenpeace
Finland

**LEFFERTSTRA, Harold**
Norwegian Environment Agency (retired)
Norway

**LIU, Qiyong**
National Institute for Communicable Disease Control and Prevention
China

**LLASAT, Maria-Carmen**
University of Barcelona
Spain

**LYNN, Jonathan**
IPCC Secretariat, World Meteorological Organization (WMO)
Switzerland

**MA, Shiming**
Chinese Academy of Agricultural Sciences
China

**MASUDA, Kooiti**
Japan Agency for Marine-Earth Science and Technology
Japan

**MÉNDEZ, Carlos**
Instituto Venezolano de Investigaciones Científicas
Venezuela

**MENZEL, Lena**
Alfred Wegener Institute
Germany

**MOJTAHED, Vahid**
Università Ca' Foscari di Venezia
Italy

**MOLINA, Tomas**
Universitat de Barcelona
Spain

**MURATA, Akihiko**
Research and Development Center for Global Change
Japan

**NDIONE, Jacques Andre**
Centre de Suivi Ecologique
Senegal

**OZDEMIR, Eray**
General Directorate of Forestry
Turkey

**PALTSEV, Sergey**
Massachusetts Institute of Technology
USA

**PLANTON, Serge**
Météo-France
France

**PLATTNER, Gian-Kasper**
IPCC WGI Technical Support Unit
Switzerland

**POLOCZANSKA, Elvira**
Commonwealth Scientific and Industrial Research Organisation (CSIRO)
Australia

**PORTER, John**
University of Copenhagen
Denmark

**POWER, Scott B.**
Bureau of Meteorology
Australia

**RAHOLIJAO, Nirivololona**
National Meteorological Office
Madagascar

**RAMASWAMY, Venkatachalam**
National Oceanic and Atmospheric Administration (NOAA)
USA

**RHEIN, Monika**
University of Bremen
Germany

**ROGNER, Hans-Holger**
Institute for Applied Systems Analysis (IIASA) (retired)
Austria

**SCHEI, Tormod Andre**
Statkraft AS
Norway

V

BLM_0055720

**SCHLEUSSNER, Carl-Friedrich**
Potsdam Institute for Climate Impact Research
Germany

**SHINE, Keith**
University of Reading
UK

**SOUTHWELL, Carl**
Risk and Policy Institute
USA

**STOTT, Peter A.**
Met Office Hadley Centre
UK

**SU, Mingshan**
National Center for Climate Change Strategy and International
Cooperation
China

**SUAREZ RODRIGUEZ, Avelino G.**
Institute of Ecology and Systematics
Cuba

**SUGIYAMA, Taishi**
The Central Research Institute of Electric Power Industry (CRIEPI)
Japan

**TAKAHASHI, Kiyoshi**
National Institute for Environmental Studies
Japan

**TAKASHI, Hongo**
Mitsui Global Strategic Studies Institute
Japan

**TAKEMURA, Toshihiko**
Kyushu University
Japan

**TATTERSHALL, David**
USA

**THORNE, Peter W.**
Nansen Environmental and Remote Sensing Center (NERSC)
Norway

**TOL, Richard**
University of Sussex
UK

**TSUTSUI, Junichi**
The Central Research Institute of Electric Power Industry (CRIEPI)
Japan

**URGE-VORSATZ, Diana**
Central European University
Hungary

142

**WARD, Robert**
London School of Economics (LSE)
UK

**WARREN, Rachel**
University of East Anglia
UK

**WEIR, Tony**
University of the South Pacific
Australia

**WRATT, David**
National Institute of Water and Atmospheric Research (NIWA)
New Zealand

**WU, Jian Guo**
Chinese Research Academy of Environmental Sciences
China

**WUEBBLES, Donald**
University of Illinois
USA

**XIA, Chaozong**
China

**YAMIN, Farhana**
University College London (UCL)
UK

**YUTA, Sasaki**
Tohoku Electric Power Co., Inc.
Japan

**ZHANG, Chengyi**
National Climate Center
China

**ZHANG, Guobin**
State Forestry Administration (SFA)
China

**ZHAO, Zong-Ci**
China Meteorological Administration (CMA)
China

**ZHOU, Guomo**
Zhejiang A&F University
China

**ZHU, Songli**
Energy Research Institute
China

BLM_0055721



**ANNEX VI**

# Publications by the Intergovernmental Panel on Climate Change

BLM_0055722

## Assessment Reports

### Fifth Assessment Report
**Climate Change 2013: The Physical Science Basis**
Contribution of Working Group I to the Fifth Assessment Report

**Climate Change 2014: Impacts, Adaptation, and Vulnerability**
Contribution of Working Group II to the Fifth Assessment Report

**Climate Change 2014: Mitigation of Climate Change**
Contribution of Working Group III to the Fifth Assessment Report

**Climate Change 2014: Synthesis Report**
A Report of the Intergovernmental Panel on Climate Change

### Fourth Assessment Report
**Climate Change 2007: The Physical Science Basis**
Contribution of Working Group I to the Fourth Assessment Report

**Climate Change 2007: Impacts, Adaptation and Vulnerability**
Contribution of Working Group II to the Fourth Assessment Report

**Climate Change 2007: Mitigation of Climate Change**
Contribution of Working Group III to the Fourth Assessment Report

**Climate Change 2007: Synthesis Report**
A Report of the Intergovernmental Panel on Climate Change

### Third Assessment Report
**Climate Change 2001: The Scientific Basis**
Contribution of Working Group I to the Third Assessment Report

**Climate Change 2001: Impacts, Adaptation, and Vulnerability**
Contribution of Working Group II to the Third Assessment Report

**Climate Change 2001: Mitigation**
Contribution of Working Group III to the Third Assessment Report

**Climate Change 2001: Synthesis Report**
Contribution of Working Groups I, II and III to the Third Assessment Report

### Second Assessment Report
**Climate Change 1995: Science of Climate Change**
Contribution of Working Group I to the Second Assessment Report

**Climate Change 1995: Scientific-Technical Analyses of Impacts, Adaptations and Mitigation of Climate Change**
Contribution of Working Group II to the Second Assessment Report

**Climate Change 1995: Economic and Social Dimensions of Climate Change**
Contribution of Working Group III to the Second Assessment Report

**Climate Change 1995: Synthesis of Scientific-Technical Information Relevant to Interpreting Article 2 of the UN Framework Convention on Climate Change**
A Report of the Intergovernmental Panel on Climate Change

### Supplementary Reports to the First Assessment Report
**Climate Change 1992: The Supplementary Report to the IPCC Scientific Assessment**
Supplementary report of the IPCC Scientific Assessment Working Group I

**Climate Change 1992: The Supplementary Report to the IPCC Impacts Assessment**
Supplementary report of the IPCC Impacts Assessment Working Group II

**Climate Change: The IPCC 1990 and 1992 Assessments**
IPCC First Assessment Report Overview and Policymaker Summaries and 1992 IPCC Supplement

### First Assessment Report
**Climate Change: The Scientific Assessment**
Report of the IPCC Scientific Assessment Working Group I, 1990

**Climate Change: The IPCC Impacts Assessment**
Report of the IPCC Impacts Assessment Working Group II, 1990

**Climate Change: The IPCC Response Strategies**
Report of the IPCC Response Strategies Working Group III, 1990

## Special Reports

**Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation (SREX)** 2012

**Renewable Energy Sources and Climate Change Mitigation (SRREN)** 2011

**Carbon Dioxide Capture and Storage** 2005

**Safeguarding the Ozone Layer and the Global Climate System: Issues Related to Hydrofluorocarbons and Perfluorocarbons** (IPCC/TEAP joint report) 2005

**Land Use, Land-Use Change, and Forestry** 2000

**Emissions Scenarios** 2000

**Methodological and Technological Issues in Technology Transfer** 2000

**Aviation and the Global Atmosphere** 1999

**The Regional Impacts of Climate Change: An Assessment of Vulnerability** 1997

BLM_0055723

**Climate Change 1994: Radiative Forcing of Climate Change and an Evaluation of the IPCC IS92 Emission Scenarios** 1994

## Methodology Reports and Technical Guidelines

**2013 Revised Supplementary Methods and Good Practice Guidance Arising from the Kyoto Protocol (KP Supplement)** 2014

**2013 Supplement to the 2006 IPCC Guidelines for National Greenhouse Gas Inventories: Wetlands (Wetlands Supplement)** 2014

**2006 IPCC Guidelines for National Greenhouse Gas Inventories** (5 Volumes) 2006

**Definitions and Methodological Options to Inventory Emissions from Direct Human-induced Degradation of Forests and Devegetation of Other Vegetation Types** 2003

**Good Practice Guidance for Land Use, Land-use Change and Forestry** 2003

**Good Practice Guidance and Uncertainty Management in National Greenhouse Gas Inventories** 2000

**Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories** (3 volumes) 1996

**IPCC Technical Guidelines for Assessing Climate Change Impacts and Adaptations** 1994

**IPCC Guidelines for National Greenhouse Gas Inventories** (3 volumes) 1994

**Preliminary Guidelines for Assessing Impacts of Climate Change** 1992

## Technical Papers

**Climate Change and Water**
IPCC Technical Paper VI, 2008

**Climate Change and Biodiversity**
IPCC Technical Paper V, 2002

**Implications of Proposed $CO_2$ Emissions Limitations**
IPCC Technical Paper IV, 1997

**Stabilization of Atmospheric Greenhouse Gases: Physical, Biological and Socio-Economic Implications**
IPCC Technical Paper III, 1997

**An Introduction to Simple Climate Models Used in the IPCC Second Assessment Report**
IPCC Technical Paper II, 1997

**Technologies, Policies and Measures for Mitigating Climate Change**
IPCC Technical Paper I, 1996

For a list of Supporting Material published by the IPCC (workshop and meeting reports), please see www.ipcc.ch or contact the IPCC Secretariat, c/o World Meteorological Organization, 7 bis Avenue de la Paix, Case Postale 2300, Ch-1211 Geneva 2, Switzerland

**VI**

145

BLM_0055724

BLM_0055725

# Index

BLM_0055726

Note: An asterisk (*) indicates the term also appears in the Glossary. Page numbers in bold indicate page spans for the four Topics. Page numbers in italics denote figures, tables and boxed material.

## A

**Abrupt climate change***, 13, 16, 65, 73-74
**Adaptation***, **17-31, 76-112**
approaches, variety of, *27*, 94, 95, *96*
characteristics of, 19-20, 79-81
co-benefits, 17, 20, 26, 80-81, 90, *91*, 98
cooperative action in, 17, 26, 29, 76, 94, 102, *105*, 106
emissions reductions and, 17, 76
enabling factors and constraints, 19-20, 26, 80, 94, *95*, 111
equity and fairness in, 17, 76-77, *95*
finance, 30-31, 97, 107, 110-111, *110-111*
first step in, 19, 80
funding gap, 31, 111
future pathways, **17-26, 76-91**
interactions with mitigation, 17-18, 20, 26, 76, 77, 80-81, 90, 98, 112
maladaptation, 20, 77, 80
near-term decisions, 77, 79
place- and context-specificity of, 79-80
planning and implementation, 19-20, 26, 29-30, 31, 54, 80, 94, 95-97, *96*, *98*, 106, 107, 112
policy approaches for, 26, 29-31, 94, *96*, 102-111
risk management/reduction by, *14*, 17-19, *18*, 65-67, *65*, *70-71*, 76, 77-79, 79, 94, *108*
risks/side effects of, 17, 76, *91*
risks compared with risks from climate change, 17, 19, 77
sustainable development and, 17, 19, 31, 76, 79, 95
transformation and, 20, *27*, 76, 80, *96*
**Adaptation deficit***, *91*, *95*
**Adaptation experience**, 26, 54, 106-107, *106*
**Adaptation limits***, 19-20, *72*, 79
exceedance of, 20, 67, 77, 80
**Adaptation options**, 26, *27*, 76, 94, 95-98, *96*
by sectors, 95-97, *98*
**Adaptation pathways**, **17-26, 76-91**
characteristics of, 19-20, 79-81
**Adaptation potentials**, *65*, *70-71*
**Adaptive capacity***, 26, 77, 80, 94
**Aerosols**, 44, *90*
**Afforestation***, *28*, 29, 81, 102, 112
**AFOLU (Agriculture, Forestry and Other Land Use)***, *28*, 30, *101*, *104*, *108*
**Agriculture**, 16, 29, 69, 81, *98*, 102
*See also* Crop yields
**Antarctic ice sheet**, 4, 16, 42, 74
**Anthropogenic emissions**, *3*, 4-5, *5*, 8, 16, *18*, 20, 44, 45-47, *45-47*, 54, *63-64*, 73-74, *74*, *78*
**Anthropogenic forcings**, 5, *6*, 44-47, *45*, 48, *48*
**Arctic region, rapid warming in**, 4, 10, 60
**Arctic sea ice**, 4, 12, 48, 62
anthropogenic influences on, 5, 48, *49*
observed changes, 4, *41*, 42, 48, *49*
projected changes, 12, 62, 74
**Atlantic Meridional Overturning Circulation (AMOC)**, 60-62, 74
**Atmosphere**, 2, *3*, 40, *41*, *42*, 47, 58-60, *82*
**Attribution.** *See* Detection and attribution

## B

**Biodiversity***, 13, 64, 65, 67, *98*, 109, 112
**Bioenergy**, *25*, 82, 85, *86*, 102
**Bioenergy and Carbon Capture and Storage (BECCS)***, *22*, 23, 24, 28, 81, 82, 85, *89*, 100
**Biogeochemistry**, 62

## C

**Cancún Pledges***, *23*, 24, *84*, 85
**Cap and trade**, 30, 107
**Carbon cycle***, 45, 56, *56*, 62
**Carbon dioxide ($CO_2$)**
$CO_2$-equivalents*, *5*, 20-23, *21-24*, *28*, 45-46, *46*, *47*, 81, *82-87*, 84-85, 99-100, *99*, *101*
emissions, drivers of, 4, 46-47, *47*, 81
emissions, increase in, *3*, 4-5, *5*, 44, *44*, 45-47, *45-47*
emissions scenarios, 8, 18-19, *18*, 20-24, *21-23*, 28, *28*, *57*, 81-86, *82-86*, *99*, *101*
emissions, warming and, 8-10, *9*, 18-19, *18*, 20, *21*, 62-63, *63-64*, *78*
projections, 8, *9*, 16, *63-64*, 73-74, *74*
radiative forcing and, *43*, 44, *45*
removal from atmosphere, 16, 62-63, 74
*See also* Emissions
**Carbon Dioxide Removal (CDR)***, 21, 23, 24, 81, 82, *89*
**Carbon dioxide capture and storage (CCS)***, *22*, 24, 25, 28, 82, 85, 109, *110*
**Carbon price***, 24, 25, 30, 106, 107, *108*, 109
**Carbon sequestration**, 31, *101*, 112
**Carbon sinks***, 20, 28, 45, 67, 81, 98
**Cascading impacts**, 51, *52*
**Causes.** *See* Detection and attribution
**Certainty**, 2, *37*
**Clean Development Mechanism (CDM)**, 105-106, *108*
**Climate change***, **2-16, 40-74**
adaptation and mitigation and , **17-31, 76-112**
attribution of, 47-51
beyond 2100, 16, 73-74
causes of, 4-5, 44-51
comprehensive strategies for, *91*
decision making about, 17, 76-77, 107
drivers of, 4, 5-96, 8-10, *9*, 44-47, *47*, 56-58, 62, *70-71*, 81, 84
emissions reductions, effects on, 17-19, *18*, 20, 56, 84-85
future changes, **8-16, 56-74**
future risks and impacts, 13-16, 17-19, *18*, 77-79, *78*
impacts attributed to, 6, *7*, 49-51, *50-52*
irreversible or abrupt changes, 13, 16, 65, 73-74
limiting, 8, 17, 20, 56, 65, 84-85
risk amplification by, 13, 16, 64, *66*, *77*, *78*
timescales, 13, 16, 62-63, 63, 73-74, 77
**Climate extreme.** *See* Extreme weather events
**Climate finance***, *95*, 109-110, *111*
**Climate models***, 12, *43*, 56-58, *56*, *58*
confidence and uncertainty in, *56*
**Climate-resilient pathways***, 17, 31, 76, 77, 90
**Climate sensitivity***, 48, 49, 62
**Climate system***
drivers of changes in, 4-5, 8-10, 44-47, 56-58, 81, 84
human influence on, 2, 4-5, 5, 8, *9*, 44, *48-49*, 51, *63-64*
observed changes in, 2-4, *3*, *12*, 40-44, *41-43*, 49-51, *50-52*
projected changes in, 10-13, 16, *56*, 58-64, *59-61*, *63-64*
responses of, 62-63
timescales of change, 62-63, 63
warming of, 2-4, *3*, 62-63
**$CO_2$.** *See* Carbon dioxide
**Coastal systems**, 13, 15, *66*, 67, 97, *98*
**Co-benefits***, 17, 20, 26, 30, 77, 78-79, 80-81, 90, *90-91*, 98, 102, *103-104*, 107, 109
**Confidence***, 2, *37*, *56*
**Cooperation**, 17, 26, 29, 76, *89*, 94, 102, *105*, 106
**Coral reefs**, 13, 67, *68*, *72*, 74, 97
**Cost-effectiveness***, 24, *24-25*, 28-30, 77, 84-86, *85-86*, 98, 99, 102, 107, 112
**Costs**
of mitigation, 17, 24-25, *24-25*, 28-30, 84-86, *85-86*, 98, 99, 102
of mitigation delays, 19, 24, *25*, 79, 85, *86*
*See also* Climate finance
**Crop yields**, 13, *15*, 51, 69, *69*, *98*
**Cryosphere**, 2, 42, 47, *52*, 62

## D

**Decarbonization***, 5, 78, 81, 98, 99-100
**Decision making**, 17, 19, 29, 76-77, 107
**Deforestation***, *28*, 29, 67, 83, 102
**Delay in mitigation, effects of**, 17, 19, 20, 24, *25*, 31, 76, *77*, 79, 81, 84-85, *86*, 90

Index

**Detection and attribution**\*, 4-8, *7*, 45-51, *50-51*
   *See also* Humans
**Disaster risk management**, 26, *27*, 31, 54, *91*, 94, 95, *96*, 97, *106*, 111
**Droughts**\*, 8, 15, *36*, 51, 53, 69, 97, *98*

**E**

**Early warning systems**\*, *27*, 95, *96*, 97
**Economic diversification**, 19, *27*, 31, 80, 31, 80, *96*
**Economic growth and development**, 64, 94
   emissions and, 4, 8, 20, 44, 46-47, *47*, 56, 81
**Economic indicators, aggregate**, 78
**Economic instruments**, 30, 107-109, *108*
**Economic losses**, 53, 73
**Ecosystem services**\*, 13, 20, 64, 65, 67, 81
**Ecosystems**\*, 8, 13, 16, 20, 26, *27*, 53, 64, 67, 74, 97
   key risks, 65, *65*, *66*, 67, 74
   management, *27*, 29, *96*, 97
**El Niño Southern Oscillation (ENSO)**\*, 4, 40, *56*, 60
**Emissions**
   anthropogenic, *3*, 4-5, *5*, 8, 16, *18*, 20, 44, 45-47, *45-47*, 54, *63-64*, 73-74, *74*, 78
   CO$_2$-equivalent\*, *5*, 20-23, *21-24*, *28*, 45-46, *46*, *47*, 81, *82-87*, 84-85, 99-100, *99*, *101*
   as driver of climate change, 4-5, 8-10, *9*, *18*, 19, 44, 45-47, *45*, 56-58, 62, 84
   drivers of, 4, 8, 20, 44-47, *47*, 56, 81
   economic assessment and, 30, *79*, 85, *86*
   future risks and, 8-16, 17-19, *18*, 77-79, *78*
   metrics for, 23, *87-88*
   of non-CO$_2$ gases, 23, *28*, 84, *87*, *99*
   observed changes, *2*, 3, 4-5, *5*, 44, *44*, 45-47, *45-47*, 54
   projections( *See* Emissions scenarios)
   reductions, 8, 17-19, *18*, 20-24, 28, 30, 56, 76, 86, 98-100, *99-101*
   reductions, challenges of, 20, 81
   reductions, substantial, 8-10, 17-19, *18*, 19, 20, 24, 28, 56, 63, 77-78, 81, 110
   relationship with climate changes, *3*, 4, 17, *18*, 86
   by specific sectors, *5*, *46*
   temperature (warming) and, 8-10, *9*, 18-19, *18*, 20-24, 56, 58, 62-63, 81-86, *83*
**Emissions scenarios**\*, 8, 18-19, *18*, 20-24, *21-24*, 28, *28*, *60-61*, *63-64*, *74*, 81-86, *82-86*
   baseline\*, 8, 20, *21*, *22*, 24, *24*, 28, *28*, *82*, 85, *99*, 110
   climate change risks and, 8, 18-19, *18*, 73-74
   mitigation pathways and, *18*, 20-23, *21-23*, *78*, 81-86, 98-100, *99-101*
   overshoot scenarios\*, 20-23, *22*, 81, *83*, *89*
   overview of, *21-23*, 83, *83*
   RCPs, 8, *9*, 10, *11*, 16, *21*, *22*, 56-62, *57*, *59-61*, *63-64*, *74*, *74*
   risk and, *66*

sea-level rise and, 16
specific sectors and gases, *28*, 46, *47*, 99, *99*
SRES scenarios, *57*, 58
standard set of, 56-58, *57*
temperature and, 8-10, *9*, 16, 18-19, *18*, 20-24, *22*, 62-63, 81
**Energy access**\*, 30, 109
**Energy accumulation in climate system**, 4, *42*
**Energy demand**, 29, 99-100
**Energy efficiency**, 30, 81, *110*
**Energy intensity**, *47*, *47*, 94, 98-99
**Energy price.** *See* Carbon price
**Energy production**, 28, *28*, 30, 31, 81, 99-100, *100-101*, *103*, *110*
   decarbonizing of, 28, 98, 99-100
   low-carbon energy, *21*, *23*, 28, 30, *82*, *84*, 85, 94, 100, *100*, 110
   policy instruments, *108*
**Equity**, 17, 76-77, *89*, 90, *95*, 109
**Exposure**\*, 8, 13, 16, 20, *36*, 53, 54, 58, 64, 76, *96*
   reduction of, 19, *27*, 80
**Extinction risk**, 13, 19, 51, 65, 67
**Extreme weather events**\*, 7-8, 53
   economic losses from, 53
   human influences, 8, 53
   observed changes, 7-8, 53
   precipitation, 7, 8, 10, 11, 15, 53, 58, 60
   projections, 10, 11, 58
   as Reason for Concern, 18, *18*, *72-73*, 78
   risks due to, 19, 65
   sea level, 7, 8, 53
   temperature, 7-8, 10, 53, 60

**F**

**Finance**, 29, 30-31, 95, *95*, 97, 102, 107, 109-110, *110-111*
   funding gap, 31, 111
**Fisheries**, 13, *15*, 67, *68*, 97
**Floods**\*, 8, 15, 53, 67
**Food production**, *15*, 16, 67, *68-69*, 69, 97
**Food security**\*, 13, 16, 19, 64, 65, 69, 109
**Forests**\*, 29, *52*, 67, 81, 102
   afforestation\*, *28*, 29, 81, 82-83, 102
   deforestation\*, *28*, 29, 67, 83, 102
**Future changes, risks, and impacts, 8-16, 56-74**
   *See also* Projected changes
**Future pathways, 17-26, 76-91**
   adaptation pathways, 19-20, 79-81
   decision making and, 17, 19, 76-77, 107
   mitigation pathways, 20-26, 81-86

**G**

**Geoengineering**\*, *89*
**Glaciers**, 5, 48, *56*

observed changes, 5, 42, 48
projected changes, 12, 62
**Global aggregate impacts**, 18, *18*, *72-73*, 73, *78*
**Global Temperature change Potential (GTP)**\*, *87-88*
**Global Warming Potential (GWP)**\*, *87-88*
**Governments/governance**, 17, 26, 29-30, 31, *89*, 112
   adaptation and, 19, 26, 54, 80, 94, *95*, 106, 107
   *See also* Policies
**Greenhouse gas emissions.** *See* Emissions
**Greenland ice sheet**, 5, 48
   observed changes, 4, 5, 42, 48
   projected changes, 16, 74

**H**

**Heat waves**\*, 7-8, 10, 53, 58, 60, 69
**Human health**, 13, 15, 31, 51, 65, 69, 97, 109
**Human security**, 16, 54, 64, 77, 97
**Humans**
   anthropogenic forcings, 5, *6*, 44-47, *45*, 48, *48*
   anthropogenic greenhouse gas emissions, *3*, 4-5, *5*, 8, *9*, 16, 20, 44, 45-47, *45-47*, 54, *63-64*, 73-74, *74*, *78*
   human activities, constraints on, 15, 19, 65, 69, 77
   influence on climate system, 2, 4-5, 5, 8, *9*, 44, *48-49*, 51, *63-64*
   responses to climate change (*See* adaptation; mitigation)

**I**

**Ice sheets**, *56*
   observed losses, 4, 5, 42, 48
   projected losses, 16, 74
**Impacts**\*, 8-16, **56-74**
   on all continents and oceans, v, 6, 47, 49
   attribution of, 47-51, *50-52*
   cascading, 51, *52*
   of climate change, 2, 6, *7*, 13-16, 49-51, *50-52*, 64-73
   distribution of, 18, *18*, *72-73*, *78*
   exposure and vulnerability and, 58, *58*
   of extreme events, 53
   future, **8-16**, **56-74**
   global aggregate, 18, *18*, *72-73*, 73, *78*
   high, severe, widespread, and irreversible, 8, 13, 17, 18-19, 56, 62-63, 64, 65, 77, 79
   models of, 58, *58*
   Reason for Concern and, 18, *18*, *72-73*
   risk reduction for, 65, *65*
   timescales of, 13, 16, 62-63, 77
   *See also* Observed changes
**Indigenous peoples**, 19, 26, *27*, 80, 95
**Information measures**, 30, 95, *108*, 109

149

Index

Index

**Infrastructure**, 15, 26, 29, 69, 79, 94, 95
**Institutions**, 26, 27, 29-30, 94, 95, *96*, 105, 107
**Integrated responses**, 26, 28, 31, 54, 94, 98, 112
**International cooperation**, 17, 29, 76, 102, *105*, 106
**Investments**, 26, 30-31, 94, *108*, 109, 110-111, *110-111*
**Irreversible impacts**, 8, 13, 17, 18-19, 56, 62-63, 64, 77, 79
**Irreversible or abrupt changes\***, 13, 16, 65, 73-74

**K**

**Kyoto Protocol**, 29, 84, 105-106

**L**

**Land use and land-use change\***, *27*, 31, 56, *96*
    AFOLU, *28*, 30, *101*, *104*, *108*
    RCPs and, *57*
**Large-scale singular events**, 18, *18*, *72-73*, *78*, *79*
**Likelihood\***. *See* Confidence
**Livelihoods**, 26, *27*, 64, 65, 67, 90, 94, *96*, 97
**Local governments**, 19, 29, 80, 106, 107
**Low-carbon energy supply**, *21*, *23*, 28, 30, *82*, *84*, 85, 94, 100, *100*, 110

**M**

**Methane**, 4, 44, *44*, *57*, 84
**Migration**
    of human populations, 16, 73
    of species (*See* range shifts)
**Mitigation\***, 17-31, 76-112
    behaviour, lifestyle, and culture and, 26, *27*, 29, 81, 94, *95-96*, 98-102
    characteristics of, 20-26, 81-86
    co-benefits of, 17, 20, 30, 77, 78-79, 80-81, 90, *90-91*, 98, 102, *103-104*, 107, 109
    cooperative action in, 17, 26, 29, 76, 94, 102, *105*
    delay, effects of, 17, 19, 20, 24, *25*, 31, 76, 77, 79, 81, 84-85, *86*, 90
    emissions increases despite, 54
    emissions reductions and, 17, 76, 81-86, 98-100, *99-101*
    enabling factors and constraints, 26, 94, *95*, 111
    equity and fairness in, 17, 76-77, 109
    future pathways, **17-26, 76-91**
    influence on climate change, 86
    integrated approach, 26, 28, 31, 54, 94, 98, 112
    interactions with adaptation, 17-18, 20, 26, 76, 77, 80-81, 90, 98, 112
    national and sub-national, 106-109
    near-term decisions, 17-18, 19, 77, 79
    policy approaches for, 29-31, 102-111

    risk reduction by, *14*, 17-19, *18*, 76, 77-79
    risks/side effects of, 17, 19, 30, 76, 78-79, *91*, 102, *103-104*, 107, 109
    risks compared with risks from climate change, 17, 19, 77, 78-79
    warming levels without additional mitigation, 17, 18-19, *18*, 77, 81
**Mitigation costs**, 17, 24-25, *24-25*, 28-30, 84-86, *85-86*, 98, 99, 102
    cost-effectiveness, 24, *24-25*, 28-30, 84-86, *85-86*, 98, 99, 102, 107
    delays and, 19, 24, *25*, 79, 85, *86*
    distribution of, 86
    economic assessments, *79*, 85, *86*, 111
**Mitigation options**, 26, 28-29, 31, 90, 98-102, *99-101*
    by sectors, *28*, 98-99, *99*, *101*
**Mitigation pathways**, **17-26, 76-91**, 98-100, *99-101*
    characteristics of, 20-26, 81-86
    emission metrics and, 23, *87-88*
**Mitigation scenarios\***, 18-19, *18*, 20-25, *21-24*, 28, *28*, 30, 81-86, *82-86*, 98-100, *99-101*, 110
**Models**. *See* Climate models

**N**

**National governments**, 19, 29, 30, 80, 106-109

**O**

**Observed changes**, 2-8, 40-54
    in climate system, 2-4, *3*, *12*, 40-44, *41-43*, 47, 49-51, *50-52*
    in emissions, 2, *3*, 4-5, *5*, 44, *44*, 44-48, 45-47, *45-47*, 54
    extreme events, 7-8, 53
    human influence and, 2, 5
    impacts of, 6, *7*, 49-51, *50-52*
    in temperature, 2-4, *3*, 5, 7-8, *12*, 40, *41*, *43*, 47, *49*, 61
**Ocean**, 40-41, 60-62, 97
    cascading impacts in, *52*
    energy accumulation in, 4, *42*
    heat content, 5, 45, 48, *49*
    modeling, *56*
    observed changes, 2, *3*, 4, 5, 40-41, *41*, *42*
    oxygen content, 13, 41, 51, 62
    projected changes, 10, 11, 16, 60-62, 67
    salinity of, 4, 40, 48
    thermal expansion, 42, 48, *56*
    warming of, *3*, 4, 5, 10, 11, 40, *41*, 45, 47-48, *49*, 58, 60, 67
**Ocean acidification\***
    impacts of, 51, 67, 74
    observed increase, 4, 40-41, 45, 48

    projections, 10, 12, 16, 58, *59*, 62, *66*, 74
    risks associated, 13, 65, *66*, 67
    timescale of, 16, 74
**Overshoot scenarios\***, 20-23, *22*, 81, *83*, *89*

**P**

**Permafrost\***, 4, 12, 16, 42, 62, 74
**Policies**, 17, 29-31, *91*, 94, 102-111
    for adaptation, mitigation, technology, and finance, 26, 29-31, 81, 94, *95*, *96*, 102-111
    assessing, 76
    decision making and, 17, 19, 29, 76-77, 107
    emission metrics and, *87-88*
    sectoral instruments, 30, 107, *108*
    sustainable development and, 90, *91*
**Population growth**, 4, 8, 20, 44, 46-47, *47*, 56, 81
**Poverty\***, 16, 17, *27*, 31, 54, 73, 76, 90, *96*
**Precipitation**
    extreme events, 7, 8, 10, 11, 15, 53, 58, 60
    observed changes, 4, 8, *12*, 40, *41*, 48, 51, 53, *61*
    projected changes, 11, *12*, 60, *61*
**Private sector**, 19, 29, 30, 80, 95, 97, 106, 107, 111
**Projected changes**, 10-13, *11*, **56-74**
    basis for (models), *56*, *58*
    in climate system, 10-13, 16, *56*, 58-64, *59-61*, *63-64*
    confidence and uncertainty in, *56*
    ecosystems and services, *66*, 67
    emissions scenarios and, 8, *9*, 18-19, *18*, 20-24, *21-24*, 28, *28*, 56, *57*, 60-61, *63-64*, *74*, 81-86, *82-86*
    relative to 1986—2005, 10, 58
    *See also* Temperature projections

**R**

**Radiative forcing\***, 5, *6*, *43*, 44, 45, 48, *48*
**Range shifts of species**, 6, 13, 51, 67
**Reasons for Concern\***, 18, *18*, *72-73*, 77-78, *78*
**Regions**
    adaptation experience, 106, *106*
    impacts, *7*, *50-51*
    irreversible changes, 16
    key risks, 13, *14*, 65, *65*
    mitigation initiatives, 106
    temperature data, *49*
**Renewable energy**, *22*, 28, 30, *110*
**Representative Concentration Pathways (RCPs)\***, 8, *9*, 10, *11*, 16, *21*, *22*, 56-62, *59-61*, *63-64*, 74, *74*
    description of, *57*
**Resilience\***, 31, 94
    climate-resilient pathways\*, 17, 31, 76, 77, 90

Index

**Risk\***, **8-16**, *36*, **56-74**
   of adaptation, 17, 76, *91*
   causes of, 58, 64
   from climate change, 13-16, 17-19, *18*, 31, *36*, 64-73, *66*, 76-79, *78*
   estimating, *58*
   future, **8-16**, **56-74**
   of geoengineering, *89*
   with high temperatures, 15, 16, *18*, *66*, 73-74, 77, *78*
   key risks, *14*, 64-65, *65*, *70-73*
   of mitigation, 17, 19, 30, 76, 78-79, *91*, 102, *103-104*, 107, 109
   models of, 58, *58*
   new risks, due to climate change, 13, 64
   perception of, 17, 19, 77
   quantification of, *36*, *58*, *79*
   Reason for Concern and, 18, *18*, *72-73*, 77-78, *78*
   region-specific, 13, *14*, 65
   unavoidable, 19
   uneven distribution of, 13, 64
**Risk management/reduction\***, 8, 13, *14*, 17-19, 36, *65*
   adaptation and mitigation and, *14*, 17-19, 17-25, *18*, 26, 65-67, *65*, *70-71*, 76, 77-79, 79, 94, *108*
   substantial emissions reductions, 19, 20, 77-78, 81
   *See also* Disaster risk management
**Rural areas**, 16, 65, 69, 97

# S

**Scenarios**, 17-26, 56-58, 81-86, *82-86*
   emissions, 8, *9*, 18-19, *18*, 20-24, *21-24*, 28, *28*, *60-61*, *63-64*, 74, 81-86, *82-86*
   overshoot\*, 20-23, *22*, 81, *83*, *89*
   RCPs, 8, *9*, 10, *11*, 16, *21*, *22*, 56-62, *57*, *59-61*, *63-64*, 74, *74*
   SRES, *57*, 58
   *See also* Emissions scenarios
**Sea ice**
   anthropogenic influences on, 5, 48, *49*
   Arctic, 4, 5, 12, *41*, 42, 48, *49*, 62, 74
   observed changes, 4, 5, *41*, 42, 48, *49*
   projected changes, 12, *59*, 62
**Sea level**
   extremes, *7*, 8, 53
   observed changes, 2, *3*, 42-44, *61*
   thermal expansion and, 42, 48, *56*
**Sea level rise**
   anthropogenic influences on, 5, 48
   contributions to, 42, 44, 74
   observed, 2, *3*, 4, 5, *41*, 42-44, 48
   projected, 10, *11*, 13, 16, 58, *59-61*, 62, 74, *74*
   risks associated with, 65, *65*, *66*, 67, *74*
   timescale of, 16, 74
   variability in, 13, 62

**Seasonal activities**, 6, 51
**Sectors**, *97*, 98
   adaptation options, 95-97, *98*
   GHG emissions by, *28*, 46, *47*, *88*, 99, *99*, *101*
   key risks, 65, *70-71*
   mitigation options, *28*, 98-99, *99*, *101*
   policy instruments, 30, 107, *108*
**Snow cover**, 2, 4, 42, 47, 48, 51, 62
**Solar irradiance**, 10, 44, 58
**Solar radiation management (SRM)\***, 25-26, *89*
**Species extinctions**. *See* Extinction risk
**Species range shifts**. *See* Range shifts
**SRES scenarios\***, *57*, 58
**Subsidies**, 30, 107-109, *108*
**Sustainable development\***, 17, 31, 76-77
   adaptation and mitigation and, 17, 19, 31, 76, 79
   climate change as threat to, 31, 90
   climate policy and, 31, 76, 90, *91*
   equity and, 17, 76-77, 109
   future pathways, **17-26**, **76-91**
   trade-offs, synergies and interactions, 31, 80-81, 90, 112
   transformations and, 20, 80
**Synergies**, 19, 20, 26, 31, 80-81, 90, 109, 112

# T

**Technology**, 20, 23, 24, *25*, 26, 81, 85, 94, 95, *95*, 100
   policies and, 29, 30, 102, 109
**Temperature**
   emissions and, 8-10, *9*, 16, 18-19, *18*, 20-24, *22*, 56, 58, 62-63, *63-64*, *78*, *83*
   extremes, 7-8, 10, 53, 60
   global mean surface temperature, *9*, 10, 20, 58-60, *59-60*
   Global Temperature change Potential (GTP), *87-88*
   human influence on, 4, 5, 8, *9*, 44, 47-48, *48*, 63, *63-64*
   mortality associated with, 8, 51, 53
   observed changes, 2-4, *3*, 5, 7-8, *12*, 40, *41*, *43*, *49*, *61*
   observed changes, contributions to, 48, *48*
   observed regional changes, *49*
   recent trends, *43*, 48
   risks from high temperatures, 15, 16, *18*, *66*, 73-74, 77, *78*
   timescale of changes, 62-63, 73-74
   variability in, 2-4, *3*, 40, *41*, *43*
   *See also* Warming
**Temperature projections**, 8-10, *9*, *11-12*, 16, 20-24, 56, 58-60, *59-61*, *63-64*, 73-74, *74*, *83*
   in discontinuance of SRM, 26
   global mean peak surface temperature change, 62
   mitigation and, 20-25, *21-23*, 81
   warming to 2°C above pre-industrial, 8-10, *11*, 19, 20, *22*, 23-24, 60, *60*, 62, 63, *74*, 77, 81-82, *83*, 85

   warming to above 2°C above pre-industrial, 10, *11*, 19, 20-21, *22*, 24, 60, *60*, 74, 77, 81-82, *83*
   *See also* Emissions scenarios
**Thermal expansion\***, 42, 48, *56*
**Timescales of climate change and impacts**, 13, 62-63, 73-74, 77
**Trade-offs**, 20, 26, 31, 80-81, 90, 95, 98, *98*, 112
**Transformation\***, 20, *27*, 76, 80, *96*

# U

**Uncertainty\***, 17, 20, *36*, *37*, *56*
   *See also* Confidence
**UNFCCC (United Nations Framework Convention on Climate Change)**, 2, 18, 29, 36, 102, 105
**Unique and threatened systems**, 18, *18*, 19, 65, *72-73*, *78*
**Urban areas**, 15, 31, 69, 97, 112

# V

**Values and valuation**, 17, 19, 23, *36*, 76-77, *96*
**Violent conflicts**, 16, 54, 77
**Volcanic aerosols**, 10, *43*, 44, *56*
**Vulnerability\***, 8, 13, 26, *36*, 53, 54, 94, *96*
   estimating and models, *58*
   reduction of, 19, *27*, 80
   risks and, 58, *58*, 64, 76

# W

**Warming**
   of climate system, 2-4, *3*, 8, 9, 40-44, *43*, 47, 48, *49*, 62-63
   $CO_2$ emissions and, *3*, 8-10, 9, 18-19, *18*, 20-24, *21*, 56, 62-63, *63*, *64*, 78
   feedbacks and, 62
   human contribution to, 4, 5, 8, *9*, 44, 47-48, *48*, 63, *63-64*
   irreversibility of, 62-63
   of ocean, 2, *3*, 4, 5, 10, 11, 40, *41*, 45, 47-48, *49*, 58, 60, 65, 67
   projections of, *9*, 10, *11*, *12*, 16, 20-21, *22*, 56, 58-60, *59-61*, *63*, *74*
   risks in high warming scenarios, *66*, 73-74, 77, *78*
   timescales of, 16, 20, 62-63, 73-74
   without additional mitigation, 17, 18-19, *18*, 77, 81
   *See also* Temperature
**Water**
   management, *27*, 31, *96*, 97, *98*
   resources and quality, 13, 16, 20, 51, 69, 97, *98*
   security, 13, 67-69
**Water cycle**, 4, 5, 47, 48, 60

BLM_0055730

**T**he Intergovernmental Panel on Climate Change (IPCC) is the leading international body for the assessment of climate change. It was established by the United Nations Environment Programme (UNEP) and the World Meteorological Organization (WMO) to provide an authoritative international assessment of the scientific aspects of climate change, based on the most recent scientific, technical and socio-economic information published worldwide. The IPCC's periodic assessments of the causes, impacts and possible response strategies to climate change are the most comprehensive and up-to-date reports available on the subject, and form the standard reference for all concerned with climate change in academia, government and industry worldwide. This Synthesis Report is the fourth element of the IPCC Fifth Assessment Report, Climate Change 2013/2014. More than 800 international experts assessed climate change in this Fifth Assessment Report. The three Working Group contributions are available from the Cambridge University Press:

*Climate Change 2013 – The Physical Science Basis*
**Contribution of Working Group I  to the Fifth Assessment Report of the IPCC**
**(ISBN 9781107661820 paperback; ISBN 9781107057999 hardback)**

*Climate Change 2014 – Impacts, Adaptation, and Vulnerability*
**Contribution of Working Group II to the Fifth Assessment Report of the IPCC**
**(Part A: ISBN 9781107641655 paperback; ISBN 9781107058071 hardback)**
**(Part B: ISBN 9781107683860 paperback; ISBN 9781107058163 hardback)**

*Climate Change 2014 – Mitigation of Climate Change*
**Contribution of Working Group III to the Fifth Assessment Report of the IPCC**
**(ISBN 9781107654815 paperback; ISBN 9781107058217 hardback)**

---

*Climate Change 2014 – Synthesis Report* is based on the assessments carried out by the three Working Groups of the IPCC and written by a dedicated Core Writing Team of authors. It provides an integrated assessment of climate change and addresses the following topics:
- Observed changes and their causes
- Future climate changes, risks and impacts
- Future pathways for adaptation, mitigation and sustainable development
- Adaptation and mitigation

BLM_0055731

PUBLIC RELEASE: 16-DEC-2008

# World fertilizer prices drop dramatically after soaring to all-time highs

*Fertilizer prices suddenly collapse in late 2008*

IFDC

World fertilizer prices began dropping dramatically in late 2008 after reaching all-time highs around April.

The price of urea, the world's most common nitrogen fertilizer, rose from about $280 to $405 per ton in 2007 and reached $452 in April 2008. The price then soared to $815 per ton in August-- but plunged to $247, lower than before the price spiral began, in mid-December.

The price of diammonium phosphate (DAP) increased by five times--from $262 to $1,218 per ton--from January 2007 to April 2008, but had fallen to $469 per ton in mid-December.

Potash is the only fertilizer whose price is still rising. Standard grade muriate of potash, the most common source of potassium, sold for $172 per ton in January 2007 and $875 per ton in mid-December.

**Why Fertilizer Prices Spiked: A "Perfect Storm"**

"Fertilizer prices started rising rapidly in October 2007, and the price spike lasted for almost 12 months," says Ian Gregory, IFDC Agribusiness Specialist.



IMAGE: WORLD FERTILIZER PRICES DOUBLED IN 2007 AND REACHED ALL-TIME HIGHS IN APRIL 2008. BUT PRICES BEGAN DROPPING DRAMATICALLY IN OCTOBER AND NOVEMBER.
**view more >**

CREDIT: GRAPH BY IFDC FROM INFORMATION OBTAINED FROM GREEN MARKETS AND FMB WEEKLY

"Numerous factors converged simultaneously to cause fertilizer prices to soar, then suddenly collapse. Some have compared the series of events to 'a perfect storm.'"

Prices were essentially driven up by an imbalance between supply and rapidly expanding demand, especially in Asia, Gregory explains. Fertilizer demand reached a level that supply could not match. Demand was particularly strong in China and India. Another factor was increased demand for fertilizers to produce biofuels in the United States, Brazil, and Europe. Increased livestock production created still more demand for grain and thus for fertilizers. Grain reserves became historically low and prices rose sharply.

Further worsening the situation were China's imposition of high tariffs on fertilizer exports and the devaluation of the U.S. dollar in 2007 and 2008. Energy prices peaked, causing an increase in the price of natural gas--essential for nitrogen fertilizer production. Phosphate prices were also driven up by a huge increase in demand and prices

for sulfur, vital for production of the popular DAP and other high-analysis phosphate fertilizers. The supply of quality phosphate rock also became tight.

**Why Prices Then Plunged Rapidly**

Gregory explains why fertilizer prices fell so rapidly in late 2008. "The high fertilizer prices caused 'demand destruction.' Farmers were unable or unwilling to pay two or three times the prices of early 2007." Collapse of the global credit market, a trade recession, and slowdown in world economic growth worsened the situation. Demand for fertilizers fell and stocks accumulated. Fertilizer manufacturers cut back on production.

"But potash prices have stayed high due to its shortage and difficulties in transporting Russian potash because of an enormous and expanding sinkhole near the Silvinit mines," Gregory says. "Demand for potash increased from 2006 through 2008, and potash inventories are now 37% lower than over the past 5 years."

Price movements will probably be volatile for at least the next 2 years, until new production facilities open and the current lower prices for nitrogen and phosphate recover, Gregory says.

### 

**Disclaimer:** AAAS and EurekAlert! are not responsible for the accuracy of news releases posted to EurekAlert! by contributing institutions or for the use of any information through the EurekAlert system.

**Media Contact**

Dr. Thomas Hargrove
thargrove@ifdc.org
256-381-6600

http://www.ifdc.org ➡

 **Intergovernmental Panel on Climate Change** 

WMO                                                                   UNEP

# 2006 IPCC Guidelines for
# National Greenhouse Gas Inventories

Edited by Simon Eggleston, Leandro Buendia,
Kyoko Miwa, Todd Ngara and Kiyoto Tanabe



## IPCC National Greenhouse Gas Inventories Programme

**iGES**

BLM_0055734

A report prepared by the Task Force on National Greenhouse Gas Inventories (TFI) of the IPCC and accepted by the Panel but not approved in detail

Whilst the information in this IPCC Report is believed to be true and accurate at the date of going to press, neither the authors nor the publishers can accept any legal responsibility or liability for any errors or omissions. Neither the authors nor the publishers have any responsibility for the persistence of any URLs referred to in this report and cannot guarantee that any content of such web sites is or will remain accurate or appropriate.

Published by the Institute for Global Environmental Strategies (IGES), Hayama, Japan on behalf of the IPCC

© The Intergovernmental Panel on Climate Change (IPCC), 2006.

When using the guidelines please cite as:

IPCC 2006, 2006 IPCC Guidelines for National Greenhouse Gas Inventories, Prepared by the National Greenhouse Gas Inventories Programme, Eggleston H.S., Buendia L., Miwa K., Ngara T. and Tanabe K. (eds). Published: IGES, Japan.

IPCC National Greenhouse Gas Inventories Programme
Technical Support Unit

% Institute for Global Environmental Strategies
2108 -11, Kamiyamaguchi
Hayama, Kanagawa
JAPAN, 240-0115

Fax: (81 46) 855 3808
http://www.ipcc-nggip.iges.or.jp

Printed in Japan

ISBN 4-88788-032-4

BLM_0055735

# Contents

Foreword

Preface

Overview

Glossary and List of Contributors

Volume 1          General Guidance and Reporting

Volume 2          Energy

Volume 3          Industrial Processes and Product Use

Volume 4          Agriculture, Forestry and Other Land Use

Volume 5          Waste

BLM_0055736

# Foreword

Recognizing the problem of potential global climate change, the World Meteorological Organization (WMO) and the United Nations Environment Programme (UNEP) co-established in 1988 the Intergovernmental Panel on Climate Change (IPCC). One of the IPCC's activities is to support the UN Framework Convention on Climate Change (UNFCCC) through its work on methodologies for National Greenhouse Gas Inventories.

This report is the culmination of three years of work by the IPCC National Greenhouse Gas Inventories Programme, to update its own previous guidance on National Greenhouse Gas Emission Inventories. The task was started in response to an invitation made at the seventeenth session of the Subsidiary Body for Scientific and Technological Advice (SBSTA) of the UNFCCC, held in New Delhi in 2002. At the time, the IPCC was invited to revise the *1996 IPCC Guidelines*, taking into consideration the relevant work made under the Convention and the Kyoto Protocol[1], with the aim to complete this task by early 2006.

In response to this invitation by the UNFCCC, the IPCC initiated a process at its 20th session (Paris, February 2003) that led to an agreement at its 21st session (Vienna, November 2003) on the Terms of Reference, Table of Contents and a Workplan[2] for the *2006 IPCC Guidelines*. The Workplan aimed to complete the task in time for its acceptance and adoption at the 25th session of the IPCC, to be held in April 2006.

The 1996 guidelines comprised the *Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories*[3], together with the *Good Practice Guidance and Uncertainty Management in National Greenhouse Gas Inventories*[4] and the *Good Practice Guidance for Land Use, Land-Use Change and Forestry*[5]. The *2006 Guidelines* have built upon this body of work in an evolutionary manner to ensure that the transition from the previous guidelines to these new ones will be as straightforward as possible. These new guidelines include new sources and gases as well as updates to the previously published methods whenever scientific and technical knowledge have improved since the previous guidelines were issued.

The development of these guidelines has depended on the expertise, knowledge and co-operation of the Coordinating Lead Authors, Lead Authors and Contributing Authors – the contribution over 250 experts worldwide. We wish to thank these authors for their commitment, time and efforts in preparing this report throughout all the drafting and reviewing stages of the IPCC process. As indicated, this report has built upon the work of the previous IPCC inventory reports as well as on reports of the inventory experts' experiences in using the IPCC inventory guidelines without which the task would have been much more demanding and we are pleased to acknowledge our debt with all those who contributed to these reports.

The steering group, consisting of IPCC TFI Co-Chairs Taka Hiraishi (Japan) and Thelma Krug (Brazil) together with Michael Gytarsky (Russian Federation), William Irving (USA) and Jim Penman (UK) has guided the development of these guidelines, ensuring consistency across all the volumes and continuity with the earlier IPCC inventory reports. We would therefore wish to thank them for their considerable efforts in leading and guiding the report preparation.

Authors and experts meetings were held in Oslo (Norway); Le Morne (Mauritius); Washington (USA); Arusha (Tanzania); Ottawa (Canada); Manila (The Philippines); Moscow (Russian Federation); and Sydney (Australia). We would therefore like to thank the host countries and agencies for organizing these meetings. We would also

---

[1] Including, inter alia, work by the Subsidiary Body for Scientific and Technological Advice and the Subsidiary Body for Implementation, and by the Consultative Group of Experts on National Communications from Parties not included in Annex I to the Convention, and the technical review of greenhouse gas inventories of Annex I Parties.

[2] The Terms of Reference, Table of Contents and Work plan can be found at http://www.ipcc-nggip.iges.or.jp/ .

[3] Intergovernmental Panel on Climate Change (IPCC) (1997). Houghton J.T., Meira Filho L.G., Lim B., Tréanton K., Mamaty I., Bonduki Y., Griggs D.J. and Callander B.A. (Eds). *Revised 1996 IPCC Guidelines for National Greenhouse Inventories*. IPCC/OECD/IEA, Paris, France.

[4] Intergovernmental Panel on Climate Change (IPCC) (2000). Penman J., Kruger D., Galbally I., Hiraishi T., Nyenzi B., Emmanuel S., Buendia L., Hoppaus R., Martinsen T., Meijer J., Miwa K., and Tanabe K. (Eds). *Good Practice Guidance and Uncertainty Management in National Greenhouse Gas Inventories*. IPCC/OECD/IEA/IGES, Hayama, Japan.

[5] Intergovernmental Panel on Climate Change (IPCC) (2003). Penman J., Gytarsky M., Hiraishi T., Krug, T., Kruger D., Pipatti R., Buendia L., Miwa K., Ngara T., Tanabe K., Wagner F., *Good Practice Guidance for Land Use, land-Use Change and Forestry* IPCC/IGES, Hayama, Japan

---

BLM_0055737

like to thank all governments that supported authors and reviewers, for without their contributions, the production of this report might not have been possible.

Two reviews of these guidelines were made in 2005. The first, an expert review, produced over 6000 comments, while the second, a combined governmental and expert review, resulted in an additional 8600 comments. The efforts of the reviewers and their comments have contributed greatly to the quality of the final report and we wish to thank them accordingly. Furthermore, the review editors have ensured the appropriate consideration of all the comments received, so we would also like to thank them for their work.

In addition, the NGGIP Technical Support Unit (TSU Head: Simon Eggleston; Programme officers: Leandro Buendia, Kyoko Miwa, Todd Ngara and Kiyoto Tanabe; Administrative Assistant: Ayako Hongo; Project Secretary: Masako Abe; and IT Officer: Toru Matsumoto) has provided guidance and assistance as well as technical and organisational support for the project. They worked extensively with the authors especially in the editing of the various drafts and preparation of the final version, and we wish to congratulate them for their exemplary work. We would also like to express our gratitude to the Government of Japan, for its generous support for the TSU, without which this report might not have been completed.

We would also like to thank the IPCC Secretariat (Jian Liu, Rudie Bourgeois, Annie Courtin, and Joelle Fernandez) for their assistance and support in enabling this project to meet its tight deadlines.

Finally we would like to thank IPCC Chair Rajendra Pachauri, IPCC Secretary Renate Christ and the Task Force Bureau: the TFI Co-Chairs and Soobaraj Nayroo Sok Appadu (Mauritius), Dari N. Al-Ajmi (Kuwait), Ian Carruthers (Australia), Sergio Gonzalez-Martineaux (Chile), Art Jaques (Canada), Jamidu H.Y. Katima (Tanzania), Sadeddin Kherfan (Syria), Dina Kruger (USA), Kirit Parikh (India), Jim Penman (UK, since 2006), Helen Plume (New Zealand), Audun Rosland (Norway until 2005) and Freddy Tejada (Bolivia) for their support.

Michel Jarraud

Secretary-General
World Meteorological Organisation

Achim Steiner

Executive Director
United Nations Environment Programme

BLM_0055738

# Preface

These *2006 IPCC Guidelines for National Greenhouse Gas Inventories* build on the previous Revised 1996 IPCC Guidelines and the subsequent Good Practice reports in an evolutionary manner to ensure that moving from the previous guidelines to these new guidelines is as straightforward as possible. These new guidelines cover new sources and gases as well as updates to previously published methods where technical and scientific knowledge have improved.

This guidance assists countries in compiling complete, national inventories of greenhouse gases. The guidance has been structured so that any country, regardless of experience or resources, should be able to produce reliable estimates of their emissions and removals of these gases. In particular, default values of the various parameters and emission factors required are supplied for all sectors, so that, at its simplest, a country needs only supply national activity data. The approach also allows countries with more information and resources to use more detailed country-specific methodologies while retaining compatibility, comparability and consistency between countries. The guidance also integrates and improves earlier guidance on good practice in inventory compilation so that the final estimates are neither over- nor under-estimates as far as can be judged and uncertainties are reduced as far as possible.

Guidance is also provided to identify areas of the inventory whose improvement would most benefit the inventory overall. Hence limited resources can be focused on those areas most in need of improvement to produce the best practical inventory.

The IPCC also manages the *IPCC Emission Factor Database* (EFDB). The EFDB was launched in 2002, and is regularly updated as a resource for inventory compilers to use to assist them by providing a repository of emission factors and other relevant parameters that may be suitable for use in more country-specific methodologies.

The 2006 Guidelines are the latest step in the IPCC development of inventory guidelines for national estimates of greenhouse gases. In the opinion of the authors, they provide the best, widely applicable default methodologies and, as such, are suitable for global use in compiling national greenhouse gas inventories. They may also be of use in more narrowly-defined project based estimates, although here they should be used with caution to ensure they correctly include just the emissions and removals from within the system boundaries.

We would also like to thank all the authors (over 250) as well as reviewers, review editors, the steering group and the TFB for their contributions and experience. We would also like to thank all the governments who contributed by hosting meetings (Oslo, Norway; Le Morne, Mauritius; Washington, USA; Arusha, Tanzania; Ottawa, Canada; Manila, The Philippines; Moscow, Russian Federation; and Sydney, Australia) as well as those who supported authors and other contributors. Finally we would like to express our gratitude to the NGGIP TSU and the IPCC Secretariat for their invaluable support throughout the entire process of drafting and producing these guidelines.

Taka Hiraishi (Japan)                    Thelma Krug (Brazil)

IPCC TFI Co-Chair                        IPCC TFI Co-Chair

BLM_0055739

# CHAPTER 10

# EMISSIONS FROM LIVESTOCK AND MANURE MANAGEMENT

BLM_0055740

## Authors

Hongmin Dong (China), Joe Mangino (USA), and Tim A. McAllister (Canada)

Jerry L. Hatfield (USA), Donald E. Johnson (USA), Keith R. Lassey (New Zealand), Magda Aparecida de Lima (Brazil), and Anna Romanovskaya (Russian Federation)

## Contributing Authors

Deborah Bartram (USA), Darryl Gibb (Canada), and John H. Martin, Jr. (USA)

BLM_0055741

# Contents

10   Emissions from Livestock and Manure Management

10.1   Introduction .................................................................................................................10.7

10.2   Livestock Population and Feed Characterisation ........................................................10.7

10.2.1   Steps to define categories and subcategories of livestock ...........................10.7

10.2.2   Choice of method .........................................................................................10.8

10.2.3   Uncertainty assessment ..............................................................................10.23

10.2.4   Characterisation for livestock without species: Specific emission estimation methods ...........10.23

10.3   Methane Emissions from Enteric Fermentation ......................................................10.24

10.3.1   Choice of method .......................................................................................10.24

10.3.2   Choice of emission factors ........................................................................10.26

10.3.3   Choice of activity data................................................................................10.33

10.3.4   Uncertainty assessment ..............................................................................10.33

10.3.5   Completeness, Time series, Quality Assurance/Quality Control and Reporting.................10.33

10.4   Methane Emissions from Manure Management........................................................10.35

10.4.1   Choice of method .......................................................................................10.35

10.4.2   Choice of emission factors ........................................................................10.37

10.4.3   Choice of activity data................................................................................10.48

10.4.4   Uncertainty assessment ..............................................................................10.48

10.4.5   Completeness, Time series, Quality assurance / Quality control and Reporting.................10.50

10.5   $N_2O$ Emissions from Manure Management.............................................................10.52

10.5.1   Choice of method .......................................................................................10.53

10.5.2   Choice of emission factors ........................................................................10.57

10.5.3   Choice of activity data................................................................................10.61

10.5.4   Coordination with reporting for $N_2O$ emissions from managed soils .................10.64

10.5.5   Uncertainty assessment ..............................................................................10.66

10.5.6   Completeness, Time series, Quality assurance/Quality control and Reporting.................10.68

10.5.7   Use of worksheets ......................................................................................10.69

Annex 10A.1  Data underlying methane default emission factors for enteric fermentation...........10.71

Annex 10A.2  Data underlying methane default emission factors for Manure Management .........10.74

References   .................................................................................................................10.84

# Equations

Equation 10.1   Annual average population ................................................................................................. 10.8

Equation 10.2   Coefficient for calculating net energy for maintenance .................................................... 10.13

Equation 10.3   Net  energy for maintenance ............................................................................................ 10.15

Equation 10.4   Net energy for activity (for cattle and buffalo) ................................................................ 10.16

Equation 10.5   Net energy for activity (for sheep) ................................................................................... 10.16

Equation 10.6   Net energy for growth (for cattle and buffalo) ................................................................. 10.17

Equation 10.7   Net energy for growth (for sheep) .................................................................................... 10.17

Equation 10.8   Net energy for lactation (for beef cattle, dairy cattle and buffalo) ................................... 10.18

Equation 10.9   Net energy for lactation for sheep (milk production known) ............................................ 10.18

Equation 10.10  Net energy for lactation for sheep (milk production unknown) ......................................... 10.19

Equation 10.11  Net energy for work (for cattle and buffalo) .................................................................... 10.19

Equation 10.12  Net energy to produce wool (for sheep) ........................................................................... 10.19

Equation 10.13  Net energy for pregnancy (for cattle/buffalo and sheep) ................................................. 10.20

Equation 10.14  Ratio of net energy available in a diet for maintenance to digestible energy consumed ... 10.20

Equation 10.15  Ratio of net energy available for growth in a diet to digestible energy consumed ........... 10.21

Equation 10.16  Gross energy for cattle/buffalo and sheep ....................................................................... 10.21

Equation 10.17  Estimation of dry matter intake for growing and finishing cattle ...................................... 10.22

Equation 10.18a Estimation of dry matter intake for mature beef cattle ..................................................... 10.22

Equation 10.18b Estimation of dry matter intake for mature dairy cows ..................................................... 10.22

Equation 10.19  Enteric fermentation emissions from a livestock category ................................................. 10.28

Equation 10.20  Total emissions from livestock enteric fermentation ......................................................... 10.28

Equation 10.21  $CH_4$ emission factors for enteric fermentation from a livestock category ....................... 10.31

Equation 10.22  $CH_4$ emissions from manure management ...................................................................... 10.37

Equation 10.23  $CH_4$ emission factor from manure management ............................................................. 10.41

Equation 10.24  Volatile solid excretion rates ........................................................................................... 10.42

Equation 10.25  Direct $N_2O$ emissions from manure management ........................................................... 10.54

Equation 10.26  N losses due to volatilisation from manure management ................................................... 10.54

Equation 10.27  Indirect $N_2O$ emissions due to volatilisation of N from manure management ................. 10.56

Equation 10.28  N losses due to leaching from manure management systems ............................................. 10.56

Equation 10.29  Indirect $N_2O$ emissions due to leaching from manure management ................................. 10.57

Equation 10.30  Annual N excretion rates ................................................................................................. 10.57

Equation 10.31  Annual N excretion rates (Tier 2) .................................................................................... 10.58

Equation 10.32  N intake rates for cattle .................................................................................................. 10.58

Equation 10.33  N retained rates for cattle ............................................................................................... 10.60

Equation 10.34  Managed manure N available for application to managed soils, feed, fuel or
                construction uses ............................................................................................................ 10.65

BLM_0055743

# Figures

Figure 10.1    Decision tree for livestock population characterisation ....................................................... 10.9

Figure 10.2    Decision Tree for $CH_4$ Emissions from Enteric Fermentation ......................................... 10.25

Figure 10.3    Decision tree for $CH_4$ emissions from Manure Management ........................................... 10.36

Figure 10.4    Decision tree for $N_2O$ emissions from Manure Management (Note 1) ............................ 10.55

# Tables

Table 10.1    Representative livestock categories ..................................................................................... 10.11

Table 10.2    Representative feed digestibility for various livestock categories .................................... 10.14

Table 10.3    Summary of the equations used to estimate daily gross energy intake
for Cattle, Buffalo and Sheep ........................................................................................... 10.15

Table 10.4    Coefficients for calculating net energy for maintenance ( $NE_m$ ) .................................... 10.16

Table 10.5    Activity coefficients corresponding to animal's feeding situation ................................... 10.17

Table 10.6    Constants for use in calculating $NE_g$ for Sheep ................................................................. 10.18

Table 10.7    Constants for use in calculating $NE_p$ in Equation 10.13 .................................................. 10.20

Table 10.8    Examples of $NE_{ma}$ content of typical diets fed to Cattle for estimation of
dry matter intake in Equations 10.17 and 10.18 ............................................................ 10.23

Table 10.9    Suggested emissions inventory methods for enteric fermentation .................................... 10.27

Table 10.10    Enteric fermentation emission factors for Tier 1 method .................................................. 10.28

Table 10.11    Tier 1 enteric fermentation emission factors for Cattle .................................................... 10.29

Table 10.12    Cattle/buffalo $CH_4$ conversion factors ($Y_m$ ) ............................................................... 10.30

Table 10.13    Sheep $CH_4$ conversion factors ($Y_m$) .............................................................................. 10.31

Table 10.14    Manure management methane emission factors by temperature for Cattle, Swine,
and Buffalo ......................................................................................................................... 10.38

Table 10.15    Manure management methane emission factors by temperature for Sheep, Goats,
Camels, Horses, Mules and Asses, and Poultry ............................................................... 10.40

Table 10.16    Manure management methane emission factors for Deer, Reindeer, Rabbits,
and fur-bearing animals ..................................................................................................... 10.41

Table 10.17    MCF values by temperature for manure management systems ......................................... 10.44

Table 10.18    Definitions of manure management systems ...................................................................... 10.49

Table 10.19    Default values for nitrogen excretion rate ........................................................................ 10.59

Table 10.20    Default values for the fraction of nitrogen in feed intake of livestock that is
retained by the different livestock species/categories (fraction N-intake
retained by the animal) ...................................................................................................... 10.60

Table 10.21    Default emission factors for direct $N_2O$ emissions from manure management ............... 10.62

Table 10.22    Default values for nitrogen loss due to volatilisation of $NH_3$ and $NO_x$ from manure
management ........................................................................................................................ 10.65

Table 10.23    Default values for total nitrogen loss from manure management ..................................... 10.67

Table 10A.1    Data for estimating Tier 1 enteric fermentation $CH_4$ emission factors for
Dairy Cows in Table 10.11 ................................................................................................ 10.72

BLM_0055744

Table 10A.2     Data for estimating Tier 1 enteric fermentation CH$_4$ emission factors for
                Other Cattle in Table 10.11 .............................................................................................. 10.73

Table 10A.3     Data for estimating Tier 1 enteric fermentation CH$_4$ emission factors for Buffalo .......... 10.75

Table 10A-4     Manure management methane emission factor derivation for Dairy Cows ...................... 10.77

Table 10A-5     Manure management methane emission factor derivation for Other Cattle ..................... 10.78

Table 10A-6     Manure management methane emission factor derivation for Buffalo ............................. 10.79

Table 10A-7     Manure management methane emission factor derivation for Market Swine .................. 10.80

Table 10A-8     Manure management methane emission factor derivation for Breeding Swine ............... 10.81

Table 10A-9     Manure management methane emission factor derivation for Other Animals  ................ 10.82

BLM_0055745

# 10 EMISSIONS FROM LIVESTOCK AND MANURE MANAGEMENT

## 10.1 INTRODUCTION

This chapter provides guidance on methods to estimate emissions of methane from Enteric Fermentation in livestock, and methane and nitrous oxide emissions from Manure Management. $CO_2$ emissions from livestock are not estimated because annual net $CO_2$ emissions are assumed to be zero – the $CO_2$ photosynthesized by plants is returned to the atmosphere as respired $CO_2$. A portion of the C is returned as $CH_4$ and for this reason $CH_4$ requires separate consideration.

Livestock production can result in methane ($CH_4$) emissions from enteric fermentation and both $CH_4$ and nitrous oxide ($N_2O$) emissions from livestock manure management systems. Cattle are an important source of $CH_4$ in many countries because of their large population and high $CH_4$ emission rate due to their ruminant digestive system. Methane emissions from manure management tend to be smaller than enteric emissions, with the most substantial emissions associated with confined animal management operations where manure is handled in liquid-based systems. Nitrous oxide emissions from manure management vary significantly between the types of management system used and can also result in indirect emissions due to other forms of nitrogen loss from the system. The calculation of the nitrogen loss from manure management systems is also an important step in determining the amount of nitrogen that will ultimately be available in manure applied to managed soils, or used for feed, fuel, or construction purposes – emissions that are calculated in Chapter 11, Section 11.2 ($N_2O$ emissions from managed soils).

The methods for estimating $CH_4$ and $N_2O$ emissions from livestock require definitions of livestock subcategories, annual populations and, for higher Tier methods, feed intake and characterisation. The procedures employed to define livestock subcategories, develop population data, and characterize feed are described in Section 10.2 (Livestock Population and Feed Characterisation). Suggested feed digestibility coefficients for various livestock categories have been provided to help estimation of feed intake for use in calculation of emissions from enteric and manure sources. A coordinated livestock characterisation as described in Section 10.2 should be used to ensure consistency across the following source categories:

- Section 10.3 - $CH_4$ emissions from Enteric Fermentation;

- Section 10.4 - $CH_4$ emissions from Manure Management;

- Section 10.5 - $N_2O$ emissions from Manure Management (direct and indirect);

- Chapter 11, Section 11.2 - $N_2O$ emissions from Managed Soils (direct and indirect).

## 10.2 LIVESTOCK POPULATION AND FEED CHARACTERISATION

### 10.2.1 Steps to define categories and subcategories of livestock

*Good practice* is to identify the appropriate method for estimating emissions for each source category, and then base the characterisation on the most detailed requirements identified for each livestock species. The livestock characterisation used by a country will probably undergo iterations as the needs of each source category are assessed during the emissions estimation process (see Figure 10.1, Decision Tree for Livestock Population Characterisation). The steps are:

- **Identify livestock species applicable to each emission source category:** The livestock species that contribute to more than one emission source category should first be listed. These species are typically: cattle, buffalo, sheep, goats, swine, horses, camels, mules/asses, and poultry.

- **Review the emission estimation method for each relevant source category**: For the source categories of Enteric Fermentation and Manure Management, identify the emission estimating method for each species for that source category. For example, enteric fermentation emissions from cattle, buffalo, and sheep should each be examined to assess whether the trend or level of emissions warrant a Tier 2 or Tier 3 emissions estimate. Similarly, manure management methane emissions from cattle, buffalo, swine, and poultry should

BLM_0055746

be examined to determine whether the Tier 2 or Tier 3 emissions estimate is appropriate. Existing inventory estimates can be used to conduct this assessment. If no inventory has been developed to date, Tier 1 emission estimates should be calculated to provide initial estimates for conducting this assessment. See Volume 1, Chapter 4 (Methodological Choice and Identification of Key Categories) for guidance on the general issues of methodological choice.

- **Identify the most detailed characterisation required for each livestock species**: Based on the assessments for each species under each source category, identify the most detailed characterisation required to support each emissions estimate for each species. Typically, the 'Basic' characterisation can be used across all relevant source categories if the enteric fermentation and manure sources are both estimated with their Tier 1 methods. An 'Enhanced' characterisation should be used to estimate emissions across all the relevant sources if the Tier 2 method is used for either enteric fermentation or manure.

## 10.2.2   Choice of method

### TIER 1: BASIC CHARACTERISATION FOR LIVESTOCK POPULATIONS

Basic characterisation for Tier 1 is likely to be sufficient for most animal species in most countries. For this approach it is *good practice* to collect the following livestock characterisation data to support the emissions estimates:

**Livestock species and categories:** A complete list of all livestock populations that have default emission factor values must be developed (e.g., dairy cows, other cattle, buffalo, sheep, goats, camels, llamas, alpacas, deer, horses, rabbits, mules and asses, swine, and poultry) if these categories are relevant to the country. More detailed categories should be used if the data are available. For example, more accurate emission estimates can be made if poultry populations are further subdivided (e.g., layers, broilers, turkeys, ducks, and other poultry), as the waste characteristics among these different populations varies significantly.

**Annual population:** If possible, inventory compilers should use population data from official national statistics or industry sources. Food and Agriculture Organisation (FAO) data can be used if national data are unavailable. Seasonal births or slaughters may cause the population size to expand or contract at different times of the year, which will require the population numbers to be adjusted accordingly. It is important to fully document the method used to estimate the annual population, including any adjustments to the original form of the population data as it was received from national statistical agencies or from other sources.

Annual average populations are estimated in various ways, depending on the available data and the nature of the animal population. In the case of static animal populations (e.g., dairy cows, breeding swine, layers), estimating the annual average population may be as simple as obtaining data related to one-time animal inventory data. However, estimating annual average populations for a growing population (e.g., meat animals, such as broilers, turkeys, beef cattle, and market swine) requires more evaluation. Most animals in these growing populations are alive for only part of a complete year. Animals should be included in the populations regardless if they were slaughtered for human consumption or die of natural causes. Equation 10.1 estimates the annual average of livestock population.

---

**EQUATION 10.1**
**ANNUAL AVERAGE POPULATION**

$$AAP = Days\_alive \bullet \left( \frac{NAPA}{365} \right)$$

---

Where:

AAP = annual average population

NAPA = number of animals produced annually

Broiler chickens are typically grown approximately 60 days before slaughter. Estimating the average annual population as the number of birds grown and slaughtered over the course of a year would greatly overestimate the population, as it would assume each bird lived the equivalent of 365 days. Instead, one should estimate the average annual population as the number of animals grown divided by the number of growing cycles per year. For example, if broiler chickens are typically grown in flocks for 60 days, an operation could turn over approximately 6 flocks of chickens over the period of one year. Therefore, if the operation grew 60,000 chickens in a year, their average annual population would be 9,863 chickens. For this example the equation would be:

Annual average population = 60 days ● 60,000 / 365 days / yr = 9,863 chickens

---

BLM_0055747

**Figure 10.1       Decision tree for livestock population characterisation**



Note:

1: These categories include: $CH_4$ Emission from Enteric Fermentation, $CH_4$ Emission from Manure Management, and $N_2O$ Emission from Manure Management.

2: See Volume 1 Chapter 4, "Methodological Choice and Identification of Key Categories" (noting Section 4.1.2 on limited resources), for discussion of *key categories* and use of decision trees.

BLM_0055748

**Dairy cows and milk production:** The dairy cow population is estimated separately from other cattle (see Table 10.1). Dairy cows are defined in this method as mature cows that are producing milk in commercial quantities for human consumption. This definition corresponds to the dairy cow population reported in the FAO Production Yearbook. In some countries the dairy cow population is comprised of two well-defined segments: (i) high-producing (also called improved) breeds in commercial operations; and (ii) low-producing cows managed with traditional methods. These two segments can be combined, or can be evaluated separately by defining two dairy cow categories. However, the dairy cow category does not include cows kept principally to produce calves for meat or to provide draft power. Low productivity multi-purpose cows should be considered as other cattle.

Dairy buffalo may be categorized in a similar manner to dairy cows.

Data on the average milk production of dairy cows are also required. Milk production data are used in estimating an emission factor for enteric fermentation using the Tier 2 method. Country-specific data sources are preferred, but FAO data may also be used. These data are expressed in terms of kilograms of whole fresh milk produced per year per dairy cow. If two or more dairy cow categories are defined, the average milk production per cow is required for each category.

# TIER 2: ENHANCED CHARACTERISATION FOR LIVESTOCK POPULATIONS

The Tier 2 livestock characterisation requires detailed information on:

- Definitions for livestock subcategories;

- Livestock population by subcategory, with consideration for estimation of annual population as per Tier 1; and

- Feed intake estimates for the typical animal in each subcategory.

The livestock population subcategories are defined to create relatively homogenous sub-groupings of animals. By dividing the population into these subcategories, country-specific variations in age structure and animal performance within the overall livestock population can be reflected.

The Tier 2 characterisation methodology seeks to define animals, animal productivity, diet quality and management circumstances to support a more accurate estimate of feed intake for use in estimating methane production from enteric fermentation. The same feed intake estimates should be used to provide harmonised estimates of manure and nitrogen excretion rates to improve the accuracy and consistency of $CH_4$ and $N_2O$ emissions from manure management.

## Definitions for livestock subcategories

It is *good practice* to classify livestock populations into subcategories for each species according to age, type of production, and sex. Representative livestock categories for doing this are shown in Table 10.1. Further subcategories are also possible:

- Cattle and buffalo populations should be classified into at least three main subcategories: mature dairy, other mature, and growing cattle. Depending on the level of detail in the emissions estimation method, subcategories can be further classified based on animal or feed characteristics. For example, growing / fattening cattle could be further subdivided into those cattle that are fed a high-grain diet and housed in dry lot vs. those cattle that are grown and finished solely on pasture.

- Subdivisions similar to those used for cattle and buffalo can be used to further segregate the sheep population in order to create subcategories with relatively homogenous characteristics. For example, growing lambs could be further segregated into lambs finished on pasture vs. lambs finished in a feedlot. The same approach applies to national goat herds.

- Subcategories of swine could be further segregated based on production conditions. For example, growing swine could be further subdivided into growing swine housed in intensive production facilities vs. swine that are grown under free-range conditions.

- Subcategories of poultry could be further segregated based on production conditions. For example, poultry could be divided on the basis of production under confined or free-range conditions.

For large countries or for countries with distinct regional differences, it may be useful to designate regions and then define categories within those regions. Regional subdivisions may be used to represent differences in climate, feeding systems, diet, and manure management. However, this further segregation is only useful if correspondingly detailed data are available on feeding and manure management system usage by these livestock categories.

BLM_0055749

| TABLE 10.1 REPRESENTATIVE LIVESTOCK CATEGORIES[1,2] | |
|---|---|
| **Main categories** | **Subcategories** |
| Mature Dairy Cow or Mature Dairy Buffalo | • High-producing cows that have calved at least once and are used principally for milk production<br>• Low-producing cows that have calved at least once and are used principally for milk production |
| Other Mature Cattle or Mature Non-dairy Buffalo | Females:<br>• Cows used to produce offspring for meat<br>• Cows used for more than one production purpose: milk, meat, draft<br>Males:<br>• Bulls used principally for breeding purposes<br>• Bullocks used principally for draft power |
| Growing Cattle or Growing Buffalo | • Calves pre-weaning<br>• Replacement dairy heifers<br>• Growing / fattening cattle or buffalo post-weaning<br>• Feedlot-fed cattle on diets containing > 90 % concentrates |
| Mature Ewes | • Breeding ewes for production of offspring and wool production<br>• Milking ewes where commercial milk production is the primary purpose |
| Other Mature Sheep (>1 year) | • No further sub-categorisation recommended |
| Growing Lambs | • Intact males<br>• Castrates<br>• Females |
| Mature Swine | • Sows in gestation<br>• Sows which have farrowed and are nursing young<br>• Boars that are used for breeding purposes |
| Growing Swine | • Nursery<br>• Finishing<br>• Gilts that will be used for breeding purposes<br>• Growing boars that will be used for breeding purposes |
| Chickens | • Broiler chickens grown for producing meat<br>• Layer chickens for producing eggs, where manure is managed in dry systems (e.g., high-rise houses)<br>• Layer chickens for producing eggs, where manure is managed in wet systems (e.g., lagoons)<br>• Chickens under free-range conditions for egg or meat production |
| Turkeys | • Breeding turkeys in confinement systems<br>• Turkeys grown for producing meat in confinement systems<br>• Turkeys under free-range conditions for meat production |
| Ducks | • Breeding ducks<br>• Ducks grown for producing meat |
| Others (for example) | • Camels<br>• Mules and Asses<br>• Llamas, Alpacas<br>• Fur bearing animals<br>• Rabbits<br>• Horses<br>• Deer<br>• Ostrich<br>• Geese |
| [1] Source IPCC Expert Group<br>[2] Emissions should only be considered for livestock species used to produce food, fodder or raw materials used for industrial processes. | |

BLM_0055750

For each of the representative animal categories defined, the following information is required:

- annual average population (number of livestock or poultry as per calculations for Tier 1);

- average daily feed intake (megajoules (MJ) per day and / or kg per day of dry matter); and

- methane conversion factor (percentage of feed energy converted to methane).

Generally, data on average daily feed intake are not available, particularly for grazing livestock. Consequently, the following general data should be collected for estimating the feed intake for each representative animal category:

- weight (kg);

- average weight gain per day (kg)[1];

- feeding situation: confined, grazing, pasture conditions;

- milk production per day (kg/day) and fat content (%)[2];

- average amount of work performed per day (hours day$^{-1}$);

- percentage of females that give birth in a year[3];

- wool growth;

- number of offspring; and

- feed digestibility (%).


## Feed intake estimates

Tier 2 emissions estimates require feed intakes for a representative animal in each subcategory. Feed intake is typically measured in terms of gross energy (e.g., megajoules (MJ) per day) or dry matter (e.g., kilograms (kg) per day). Dry matter is the amount of feed consumed (kg) after it has been corrected for the water content in the complete diet. For example, consumption of 10 kg of a diet that contains 70% dry matter would result in a dry matter intake of 7 kg. To support the enteric fermentation Tier 2 method for cattle, buffalo, and sheep (see Section 10.3), detailed data requirements and equations to estimate feed intake are included in guidance below. Constants in the equations have been combined to simplify overall equation formats. The remainder of this subsection presents the typical data requirements and equations used to estimate feed intake for cattle, buffalo, and sheep. Feed intake for other species can be estimated using similar country-specific methods appropriate for each.

For all estimates of feed intake, *good practice* is to:

- Collect data to describe the animal's typical diet and performance in each subcategory;

- Estimate feed intake from the animal performance and diet data for each subcategory.

In some cases, the equations may be applied on a seasonal basis, for example under conditions in which livestock gain weight in one season and lose weight in another. This approach may require a more refined variation of Tier 2 or more complex Tier 3 type methodology.

The following animal performance data are required for each animal subcategory to estimate feed intake for the subcategory:

- **Weight (W), kg:** Live-weight data should be collected for each animal subcategory. It is unrealistic to perform a complete census of live-weights, so live-weight data should be obtained from representative sample studies or statistical databases if these already exist. Comparing live-weight data with slaughter-weight data is a useful cross-check to assess whether the live-weight data are representative of country conditions. However, slaughter-weight data should not be used in place of live-weight data as it fails to account for the complete weight of the animal. Additionally, it should be noted that the relationship between live-weight and slaughter-weight varies with breed and body condition. For cattle, buffalo and

---

[1] This may be assumed to be zero for mature animals.

[2] Milk production data are required for dairy animals. These can be estimated for non-dairy animals providing milk to young, where data are available.

[3] This is only relevant for mature females.

BLM_0055751

mature sheep, the yearly average weight for each animal category (e.g., mature beef cows) is needed. For young sheep, weights are needed at birth, weaning, one year of age or at slaughter if slaughter occurs within the year.

- **Average weight gain per day (WG), kg day$^{-1}$**: Data on average weight gain are generally collected for feedlot animals and young growing animals. Mature animals are generally assumed to have no net weight gain or loss over an entire year. Mature animals frequently lose weight during the dry season or during temperature extremes and gain weight during the following season. However, increased emissions associated with this weight change are likely to be small. Reduced intakes and emissions associated with weight loss are largely balanced by increased intakes and emissions during the periods of gain in body weight.

- **Mature weight (MW), kg**: The mature weight of the adult animal of the inventoried group is required to define a growth pattern, including the feed and energy required for growth. For example, mature weight of a breed or category of cattle or buffalo is generally considered to be the body weight at which skeletal development is complete. The mature weight will vary among breeds and should reflect the animal's weight when in moderate body condition. This is termed 'reference weight' (ACC, 1990) or 'final shrunk body weight' (NRC, 1996). Estimates of mature weight are typically available from livestock specialists and producers.

- **Average number of hours worked per day:** For draft animals, the average number of hours worked per day must be determined.

- **Feeding situation:** The feeding situation that most accurately represents the animal subcategory must be determined using the definitions shown below (Table 10.5). If the feeding situation lies between the definitions, the feeding situation should be described in detail. This detailed information may be needed when calculating the enteric fermentation emissions, because interpolation between the feeding situations may be necessary to assign the most appropriate coefficient. Table 10.5 defines the feeding situations for cattle, buffalo, and sheep. For poultry and swine, the feeding situation is assumed to be under confinement conditions and consequently the activity coefficient ($C_a$) is assumed to be zero as under these conditions very little energy is expended in acquiring feed. Activity coefficients have not been developed for free-ranging swine or poultry, but in most instances these livestock subcategories are likely to represent a small proportion of the national inventory.

- **Mean winter temperature (°C)**: Detailed feed intake models consider ambient temperature, wind speed, hair and tissue insulation and the heat of fermentation (NRC, 2001; AAC, 1990) and are likely more appropriate in Tier 3 applications. A more general relationship adapted from North America data suggest adjusting the $Cf_i$ of Equation 10.3 for maintenance requirements of open-lot fed cattle in colder climates according to the following equation (Johnson, 1986):

$$
\boxed{
\begin{array}{c}
\textbf{EQUATION 10.2} \\
\textbf{COEFFICIENT FOR CALCULATING NET ENERGY FOR MAINTENANCE} \\
Cf_i\,(in\_cold) = Cf_i + 0.0048 \bullet (20 - {}^\circ C)
\end{array}
}
$$

Where:

$Cf_i$ = a coefficient which varies for each animal category as shown in Table 10.4 (Coefficients for calculating $NE_m$), MJ day$^{-1}$ kg$^{-1}$

°C = mean daily temperature during winter season

Considering the average temperature during winter months, net energy for maintenance ($NE_m$) requirements may increase by as much as 30% in northern North America. This increase in feed use for maintenance is also likely associated with greater methane emissions.

- **Average daily milk production (kg day$^{-1}$):** These data are for milking ewes, dairy cows and buffalo. The average daily production should be calculated by dividing the total annual production by 365, or reported as average daily production along with days of lactation per year, or estimated using seasonal production divided by number of days per season. If using seasonal production data, the emission factor must be developed for that seasonal period.

- **Fat content (%):** Average fat content of milk is required for lactating cows, buffalo, and sheep producing milk for human consumption.

- **Percent of females that give birth in a year:** This is collected only for mature cattle, buffalo, and sheep.

BLM_0055752

- **Number of off spring produced per year:** This is relevant to female livestock that have multiple births per year (e.g., ewes).

- **Feed digestibility (DE%):** The portion of gross energy (GE) in the feed not excreted in the faeces is known as digestible feed. The feed digestibility is commonly expressed as a percentage (%) of GE or TDN (total digestible nutrients). That percentage of feed that is not digested represents the % of dry matter intake that will be excreted as faeces. Typical digestibility values for a range of livestock classes and diet types are presented in Table 10.2 as a guideline. For ruminants, common ranges of feed digestibility are 45-55% for crop by-products and range lands; 55-75% for good pastures, good preserved forages, and grain supplemented forage-based diets; and 75-85% for grain-based diets fed in feedlots. Variations in diet digestibility results in major variations in the estimate of feed needed to meet animal requirements and consequently associated methane emissions and amounts of manure excreted. It is also important to note that digestibility, intake, and growth are co-dependent phenomena. For example, a low digestibility will lead to lower feed intake and consequently reduced growth. Conversely, feeds with high digestibility will often result in a higher feed intake and increased growth. A 10% error in estimating DE will be magnified to 12 to 20% when estimating methane emissions and even more (20 to 45%) for manure excretion (volatile solids).

  Digestibility data should be based on measured values for the dominant feeds or forages being consumed by livestock with consideration for seasonal variation. In general, the digestibility of forages decreases with increasing maturity and is typically lowest during the dry season. Due to significant variation, digestibility coefficients should be obtained from local scientific data wherever possible. Although a complete census of digestibility is considered unrealistic, at a minimum digestibility data from research studies should be consulted. While developing the digestibility data, associated feed characteristic data should also be recorded when available, such as measured values for Neutral Detergent Fiber (NDF), Acid Detergent Fiber (ADF), crude protein, and the presence of anti-nutritional factors (e.g., alkaloids, phenolics, % ash). NDF and ADF are feed characteristics measured in the laboratory that are used to indicate the nutritive value of the feed for ruminant livestock. Determination of these values can enable DE to be predicted as defined in the recent dairy NRC (2001). The concentration of crude protein in the feed can be used in the process of estimating nitrogen excretion (Section 10.5.2).

- **Average annual wool production per sheep (kg yr$^{-1}$):** The amount of wool produced in kilograms (after drying out but before scouring) is needed to estimate the amount of energy allocated for wool production.

| TABLE 10.2 REPRESENTATIVE FEED DIGESTIBILITY FOR VARIOUS LIVESTOCK CATEGORIES | | |
|---|---|---|
| **Main categories** | **Class** | **Digestibility (DE%)** |
| Swine | • Mature Swine – confinement<br>• Growing Swine - confinement<br>• Swine – free range | • 70 - 80%<br>• 80 - 90%<br>• 50 - 70% [1] |
| Cattle and other ruminants | • Feedlot animals fed with > 90% concentrate diet;<br>• Pasture fed animals;<br>• Animals fed – low quality forage | • 75 - 85%<br><br>• 55 - 75%<br>• 45 - 55% |
| Poultry | • Broiler Chickens –confinement<br>• Layer Hens – confinement<br>• Poultry – free range<br>• Turkeys – confinement<br>• Geese – confinement | • 85 - 93%<br>• 70 - 80%<br>• 55 - 90% [1]<br>• 85 - 93%<br>• 80 - 90% |

[1] The range in digestibility of feed consumed by free-range swine and poultry is extremely variable due to the selective nature of these diets. Often it is likely that the amount of manure produced in these classes will be limited by the amount of feed available for consumption as opposed to its degree of digestibility. In instances where feed is not limiting and high quality feed sources are readily accessible for consumption, digestibility may approach values that are similar to those measured under confinement conditions.

BLM_0055753

## Gross energy calculations

Animal performance and diet data are used to estimate feed intake, which is the amount of energy (MJ/day) an animal needs for maintenance and for activities such as growth, lactation, and pregnancy. For inventory compilers who have well-documented and recognised country-specific methods for estimating intake based on animal performance data, it is *good practice* to use the country-specific methods. The following section provides methods for estimating gross energy intake for the key ruminant categories of cattle, buffalo and sheep. The equations listed in Table 10.3 are used to derive this estimate. If no country-specific methods are available, intake should be calculated using the equations listed in Table 10.3. As shown in the table, separate equations are used to estimate net energy requirements for sheep as compared with cattle and buffalo. The equations used to calculate GE are as follows:

| TABLE 10.3 SUMMARY OF THE EQUATIONS USED TO ESTIMATE DAILY GROSS ENERGY INTAKE FOR CATTLE, BUFFALO AND SHEEP | | |
|---|---|---|
| **Metabolic functions and other estimates** | **Equations for cattle and buffalo** | **Equations for sheep** |
| Maintenance ($NE_m$) | Equation 10.3 | Equation 10.3 |
| Activity ($NE_a$) | Equation 10.4 | Equation 10.5 |
| Growth ($NE_g$) | Equation 10.6 | Equation 10.7 |
| Lactation ($NE_l$)* | Equation 10.8 | Equations 10.9 and 10.10 |
| Draft Power ($NE_{work}$) | Equation 10.11 | NA |
| Wool Production ($NE_{wool}$) | NA | Equation 10.12 |
| Pregnancy ($NE_p$)* | Equation 10.13 | Equation 10.13 |
| Ratio of net energy available in diet for maintenance to digestible energy consumed (REM) | Equation 10.14 | Equation 10.14 |
| Ratio of net energy available for growth in a diet to digestible energy consumed (REG) | Equation 10.15 | Equation 10.15 |
| Gross Energy | Equation 10.16 | Equation 10.16 |
| Source: Cattle and buffalo equations based on NRC (1996) and sheep based on AFRC (1993). | | |
| NA means 'not applicable'. | | |
| * Applies only to the proportion of females that give birth. | | |

***Net energy for maintenance*:** ($NE_m$) is the net energy required for maintenance, which is the amount of energy needed to keep the animal in equilibrium where body energy is neither gained nor lost (Jurgen, 1988).

$$
\begin{array}{c}
\textbf{EQUATION 10.3} \\
\textbf{NET ENERGY FOR MAINTENANCE} \\
NE_m = Cf_i \bullet (Weight)^{0.75}
\end{array}
$$

Where:

$NE_m$ = net energy required by the animal for maintenance, MJ day$^{-1}$

$Cf_i$ = a coefficient which varies for each animal category as shown in Table 10.4 (Coefficients for calculating $NE_m$), MJ day$^{-1}$ kg$^{-1}$

Weight = live-weight of animal, kg

***Net energy for activity*:** ($NE_a$) is the net energy for activity, or the energy needed for animals to obtain their food, water and shelter. It is based on its feeding situation rather than characteristics of the feed itself. As presented in Table 10.3, the equation for estimating $NE_a$ for cattle and buffalo is different from the equation used for sheep. Both equations are empirical with different definitions for the coefficient $C_a$.

BLM_0055754

---

> **EQUATION 10.4**
> **NET ENERGY FOR ACTIVITY (FOR CATTLE AND BUFFALO)**
> $$NE_a = C_a \bullet NE_m$$

Where:

$NE_a$ = net energy for animal activity, MJ day$^{-1}$

$C_a$ = coefficient corresponding to animal's feeding situation (Table 10.5, Activity coefficients)

$NE_m$ = net energy required by the animal for maintenance (Equation 10.3), MJ day$^{-1}$

> **EQUATION 10.5**
> **NET ENERGY FOR ACTIVITY (FOR SHEEP)**
> $$NE_a = C_a \bullet (weight)$$

Where:

$NE_a$ = net energy for animal activity, MJ day$^{-1}$

$C_a$ = coefficient corresponding to animal's feeding situation (Table 10.5), MJ day$^{-1}$ kg$^{-1}$

weight = live-weight of animal, kg

For Equations 10.4 and 10.5, the coefficient $C_a$ corresponds to a representative animal's feeding situation as described earlier. Values for $C_a$ are shown in Table 10.5. If a mixture of these feeding situations occurs during the year, $NE_a$ must be weighted accordingly.

| TABLE 10.4 COEFFICIENTS FOR CALCULATING NET ENERGY FOR MAINTENANCE ( $NE_M$ ) | | |
|---|---|---|
| **Animal category** | **$Cf_i$ (MJ d$^{-1}$ kg$^{-1}$)** | **Comments** |
| Cattle/Buffalo (non-lactating cows) | 0.322 | |
| Cattle/Buffalo (lactating cows) | 0.386 | This value is 20% higher for maintenance during lactation |
| Cattle/Buffalo (bulls) | 0.370 | This value is 15% higher for maintenance of intact males |
| Sheep (lamb to 1 year) | 0.236 | This value can be increased by 15% for intact males |
| Sheep (older than 1 year) | 0.217 | This value can be increased by 15% for intact males. |
| Source: NRC (1996) and AFRC (1993). | | |

BLM_0055755

| TABLE 10.5 ACTIVITY COEFFICIENTS CORRESPONDING TO ANIMAL'S FEEDING SITUATION | | |
|---|---|---|
| **Situation** | **Definition** | **$C_a$** |
| **Cattle and Buffalo (unit for $C_a$ is dimensionless)** | | |
| Stall | Animals are confined to a small area (i.e., tethered, pen, barn) with the result that they expend very little or no energy to acquire feed. | 0.00 |
| Pasture | Animals are confined in areas with sufficient forage requiring modest energy expense to acquire feed. | 0.17 |
| Grazing large areas | Animals graze in open range land or hilly terrain and expend significant energy to acquire feed. | 0.36 |
| **Sheep (unit for $C_a$ = MJ d$^{-1}$ kg$^{-1}$)** | | |
| Housed ewes | Animals are confined due to pregnancy in final trimester (50 days). | 0.0090 |
| Grazing flat pasture | Animals walk up to 1000 meters per day and expend very little energy to acquire feed. | 0.0107 |
| Grazing hilly pasture | Animals walk up to 5,000 meters per day and expend significant energy to acquire feed. | 0.0240 |
| Housed fattening lambs | Animals are housed for fattening. | 0.0067 |
| Source: NRC (1996) and AFRC (1993). | | |

***Net energy for growth:*** (NE$_g$) is the net energy needed for growth (i.e., weight gain). Equation 10.6 is based on NRC (1996). Equation 10.7 is based on Gibbs *et al.* (2002). Constants for conversion from calories to joules and live to shrunk and empty body weight have been incorporated into the equation.

---

**EQUATION 10.6**
**NET ENERGY FOR GROWTH (FOR CATTLE AND BUFFALO)**

$$NE_g = 22.02 \bullet \left( \frac{BW}{C \bullet MW} \right)^{0.75} \bullet WG^{1.097}$$

---

Where:

NE$_g$ = net energy needed for growth, MJ day$^{-1}$

BW = the average live body weight (BW) of the animals in the population, kg

C = a coefficient with a value of 0.8 for females, 1.0 for castrates and 1.2 for bulls (NRC, 1996)

MW = the mature live body weight of an adult female in moderate body condition, kg

WG = the average daily weight gain of the animals in the population, kg day$^{-1}$

---

**EQUATION 10.7**
**NET ENERGY FOR GROWTH (FOR SHEEP)**

$$NE_g = \frac{WG_{lamb} \bullet \left( a + 0.5b \left( BW_i + BW_f \right) \right)}{365}$$

---

Where:

NE$_g$ = net energy needed for growth, MJ day$^{-1}$

WG$_{lamb}$ = the weight gain (BW$_f$ – BW$_i$), kg yr$^{-1}$

BW$_i$ = the live bodyweight at weaning, kg

BLM_0055756

$BW_f$ = the live bodyweight at 1-year old or at slaughter (live-weight) if slaughtered prior to 1 year of age, kg

a, b = constants as described in Table 10.6.

Note that lambs will be weaned over a period of weeks as they supplement a milk diet with pasture feed or supplied feed. The time of weaning should be taken as the time at which they are dependent on milk for half their energy supply.

The $NE_g$ equation used for sheep includes two empirical constants (a and b) that vary by animal species/category (Table 10.6).

| TABLE 10.6 CONSTANTS FOR USE IN CALCULATING $NE_G$ FOR SHEEP | | |
|---|---|---|
| Animal species/category | a ($MJ\ kg^{-1}$) | b ($MJ\ kg^{-2}$) |
| Intact males | 2.5 | 0.35 |
| Castrates | 4.4 | 0.32 |
| Females | 2.1 | 0.45 |
| Source: AFRC (1993). | | |

***Net energy for lactation:*** ($NE_l$) is the net energy for lactation. For cattle and buffalo the net energy for lactation is expressed as a function of the amount of milk produced and its fat content expressed as a percentage (e.g., 4%) (NRC, 1989):

---

**EQUATION 10.8**
**NET ENERGY FOR LACTATION (FOR BEEF CATTLE, DAIRY CATTLE AND BUFFALO)**

$$NE_l = Milk \bullet (1.47 + 0.40 \bullet Fat)$$

---

Where:

$NE_l$ = net energy for lactation, $MJ\ day^{-1}$

Milk = amount of milk produced, kg of milk $day^{-1}$

Fat = fat content of milk, % by weight.

Two methods for estimating the net energy required for lactation ($NE_l$) are presented for sheep. The first method (Equation 10.9) is used when the amount of milk produced is known, and the second method (Equation 10.8) is used when the amount of milk produced is not known. Generally, milk production is known for ewes kept for commercial milk production, but it is not known for ewes that suckle their young to weaning. With a known amount of milk production, the total annual milk production is divided by 365 days to estimate the average daily milk production in kg/day (Equation 10.9). When milk production is not known, AFRC (1990) indicates that for a single birth, the milk yield is about 5 times the weight gain of the lamb. For multiple births, the total milk production can be estimated as five times the increase in combined weight gain of all lambs birthed by a single ewe. The daily average milk production is estimated by dividing the resulting estimate by 365 days as shown in Equation 10.10.

---

**EQUATION 10.9**
**NET ENERGY FOR LACTATION FOR SHEEP (MILK PRODUCTION KNOWN)**

$$NE_l = Milk \bullet EV_{milk}$$

---

Where:

$NE_l$ = net energy for lactation, $MJ\ day^{-1}$

Milk = amount of milk produced, kg of milk $day^{-1}$

BLM_0055757

$EV_{milk}$ = the net energy required to produce 1 kg of milk. A default value of 4.6 MJ/kg (AFRC, 1993) can be used which corresponds to a milk fat content of 7% by weight

---

**EQUATION 10.10**
**NET ENERGY FOR LACTATION FOR SHEEP (MILK PRODUCTION UNKNOWN)**

$$NE_l = \left[ \frac{(5 \bullet WG_{wean})}{365} \right] \bullet EV_{milk}$$

---

Where:

$NE_l$ = net energy for lactation, MJ day$^{-1}$

$WG_{wean}$ = the weight gain of the lamb between birth and weaning, kg

$EV_{milk}$ = the energy required to produce 1 kg of milk, MJ kg$^{-1}$. A default value of 4.6 MJ kg$^{-1}$ (AFRC, 1993) can be used.

***Net energy for work:*** ($NE_{work}$) is the net energy for work. It is used to estimate the energy required for draft power for cattle and buffalo. Various authors have summarised the energy intake requirements for providing draft power (e.g., Lawrence, 1985; Bamualim and Kartiarso, 1985; and Ibrahim, 1985). The strenuousness of the work performed by the animal influences the energy requirements, and consequently a wide range of energy requirements have been estimated. The values by Bamualim and Kartiarso show that about 10 percent of a day's $NE_m$ requirements are required per hour for typical work for draft animals. This value is used as follows:

---

**EQUATION 10.11**
**NET ENERGY FOR WORK (FOR CATTLE AND BUFFALO)**

$$NE_{work} = 0.10 \bullet NE_m \bullet Hours$$

---

Where:

$NE_{work}$ = net energy for work, MJ day$^{-1}$

$NE_m$ = net energy required by the animal for maintenance (Equation 10.3), MJ day$^{-1}$

Hours = number of hours of work per day

***Net energy for wool production:*** ($NE_{wool}$) is the average daily net energy required for sheep to produce a year of wool. The $NE_{wool}$ is calculated as follows:

---

**EQUATION 10.12**
**NET ENERGY TO PRODUCE WOOL (FOR SHEEP)**

$$NE_{wool} = \left( \frac{EV_{wool} \bullet Production_{wool}}{365} \right)$$

---

Where:

$NE_{wool}$ = net energy required to produce wool, MJ day$^{-1}$

$EV_{wool}$ = the energy value of each kg of wool produced (weighed after drying but before scouring), MJ kg$^{-1}$. A default value of 24 MJ kg$^{-1}$ (AFRC, 1993) can be used for this estimate.

$Production_{wool}$ = annual wool production per sheep, kg yr$^{-1}$

***Net energy for pregnancy:*** ($NE_p$) is the energy required for pregnancy. For cattle and buffalo, the total energy requirement for pregnancy for a 281-day gestation period averaged over an entire year is calculated as 10% of $NE_m$. For sheep, the $NE_p$ requirement is similarly estimated for the 147-day gestation period, although the percentage varies with the number of lambs born (Table 10.7, Constant for Use in Calculating $NE_p$ in Equation 10.13). Equation 10.13 shows how these estimates are applied.

---

BLM_0055758

Volume 4: Agriculture, Forestry and Other Land Use

---

> **EQUATION 10.13**
> **NET ENERGY FOR PREGNANCY (FOR CATTLE/BUFFALO AND SHEEP)**
>
> $$NE_p = C_{pregnancy} \bullet NE_m$$

Where:

$NE_p$ = net energy required for pregnancy, MJ day$^{-1}$

$C_{pregnancy}$ = pregnancy coefficient (see Table 10.7)

$NE_m$ = net energy required by the animal for maintenance (Equation 10.3), MJ day$^{-1}$

| TABLE 10.7 | |
|---|---|
| CONSTANTS FOR USE IN CALCULATING $NE_p$ IN EQUATION 10.13 | |
| **Animal category** | **$C_{pregnancy}$** |
| Cattle and Buffalo | 0.10 |
| Sheep | |
|    Single birth | 0.077 |
|    Double birth (twins) | 0.126 |
|    Triple birth or more (triplets) | 0.150 |
| Source: Estimate for cattle and buffalo developed from data in NRC (1996). Estimates for sheep developed from data in AFRC (1993), taking into account the inefficiency of energy conversion. | |

When using $NE_p$ to calculate GE for cattle and sheep, the $NE_p$ estimate must be weighted by the portion of the mature females that actually go through gestation in a year. For example, if 80% of the mature females in the animal category give birth in a year, then 80% of the $NE_p$ value would be used in the GE equation below.

To determine the proper coefficient for sheep, the portion of ewes that have single births, double births, and triple births is needed to estimate an average value for $C_{pregnancy}$. If these data are not available, the coefficient can be calculated as follows:

- If the number of lambs born in a year divided by the number of ewes that are pregnant in a year is less than or equal to 1.0, then the coefficient for single births can be used.

- If the number of lambs born in a year divided by the number of ewes that are pregnant in a year exceeds 1.0 and is less than 2.0, calculate the coefficient as follows:

$C_{pregnancy}$ = [(0.126 $\bullet$ Double birth fraction) + (0.077 $\bullet$ Single birth fraction)]

Where:

Double birth fraction = [(lambs born / pregnant ewes) – 1]

Single birth fraction = [1 – Double birth fraction]

***Ratio of net energy available in diet for maintenance to digestible energy consumed (REM):*** For cattle, buffalo and sheep, the ratio of net energy available in a diet for maintenance to digestible energy consumed (REM ) is estimated using the following equation (Gibbs and Johnson, 1993):

> **EQUATION 10.14**
> **RATIO OF NET ENERGY AVAILABLE IN A DIET FOR MAINTENANCE TO DIGESTIBLE ENERGY CONSUMED**
>
> $$REM = \left[ 1.123 - \left( 4.092 \bullet 10^{-3} \bullet DE\% \right) + \left[ 1.126 \bullet 10^{-5} \bullet \left( DE\% \right)^2 \right] - \left( \frac{25.4}{DE\%} \right) \right]$$

Where:

---

BLM_0055759

REM = ratio of net energy available in a diet for maintenance to digestible energy consumed

DE% = digestible energy expressed as a percentage of gross energy

***Ratio of net energy available for growth in a diet to digestible energy consumed (REG):*** For cattle, buffalo and sheep the ratio of net energy available for growth (including wool growth) in a diet to digestible energy consumed (REG ) is estimated using the following equation (Gibbs and Johnson, 1993):

---

**EQUATION 10.15**
**RATIO OF NET ENERGY AVAILABLE FOR GROWTH IN A DIET TO DIGESTIBLE ENERGY CONSUMED**

$$REG = \left[1.164 - \left(5.160 \bullet 10^{-3} \bullet DE\%\right) + \left[1.308 \bullet 10^{-5} \bullet \left(DE\%\right)^2\right] - \left(\frac{37.4}{DE\%}\right)\right]$$

---

Where:

REG = ratio of net energy available for growth in a diet to digestible energy consumed

DE% = digestible energy expressed as a percentage of gross energy

***Gross energy, GE:*** As shown in Equation 10.16, GE requirement is derived based on the summed net energy requirements and the energy availability characteristics of the feed(s). Equation 10.16 represents *good practice* for calculating GE requirements for cattle and sheep using the results of the equations presented above.

In using Equation 10.16, only those terms relevant to each animal category are used (see Table 10.3).

---

**EQUATION 10.16**
**GROSS ENERGY FOR CATTLE/BUFFALO AND SHEEP**

$$GE = \left[\frac{\left(\frac{NE_m + NE_a + NE_l + NE_{work} + NE_p}{REM}\right) + \left(\frac{NE_g + NE_{wool}}{REG}\right)}{\frac{DE\%}{100}}\right]$$

---

Where:

GE  = gross energy, MJ day$^{-1}$

$NE_m$ = net energy required by the animal for maintenance (Equation 10.3), MJ day$^{-1}$

$NE_a$ = net energy for animal activity (Equations 10.4 and 10.5), MJ day$^{-1}$

$NE_l$ = net energy for lactation (Equations 10.8, 10.9, and 10.10), MJ day$^{-1}$

$NE_{work}$ = net energy for work (Equation 10.11), MJ day$^{-1}$

$NE_p$ = net energy required for pregnancy (Equation 10.13), MJ day$^{-1}$

REM = ratio of net energy available in a diet for maintenance to digestible energy consumed (Equation 10.14)

$NE_g$ = net energy needed for growth (Equations 10.6 and 10.7), MJ day$^{-1}$

$NE_{wool}$ = net energy required to produce a year of wool (Equation 10.12), MJ day$^{-1}$

REG = ratio of net energy available for growth in a diet to digestible energy consumed (Equation 10.15)

DE%= digestible energy expressed as a percentage of gross energy

Once the values for GE are calculated for each animal subcategory, the feed intake in units of kilograms of dry matter per day (kg day$^{-1}$) should also be calculated. To convert from GE in energy units to dry matter intake (DMI), divide GE by the energy density of the feed. A default value of 18.45 MJ kg$^{-1}$ of dry matter can be used if feed-specific information is not available. The resulting daily dry matter intake should be in the order of 2% to 3% of the body weight of the mature or growing animals. In high producing milk cows, intakes may exceed 4% of body weight.

BLM_0055760

Volume 4: Agriculture, Forestry and Other Land Use

## Feed intake estimates using a simplified Tier 2 method

***Prediction of DMI for cattle based on body weight and estimated dietary net energy concentration ($NE_{ma}$) or digestible energy values (DE%):*** It is also possible to predict dry matter intake for mature and growing cattle based on body weight of the animal and either the $NE_{ma}$ concentration of the feed (NRC, 1996) or DE%. Dietary $NE_{ma}$ concentration can range from 3.0 to 9.0 MJ kg$^{-1}$ of dry matter. Typical values for high, moderate and low quality diets are presented in Table 10.8. These figures can also be used to estimate $NE_{ma}$ values for mixed diets based on estimate of diet quality. For example, a mixed forage-grain diet could be assumed to have a $NE_{ma}$ value similar to that of a high-quality forage diet. A mixed grain-straw diet could be assumed to have a $NE_{ma}$ value similar to that of a moderate quality forage. Nutritionists within specific geographical areas should be able to provide advice with regard to the selection of $NE_{ma}$ values that are more representative of locally fed diets.

Dry matter intake for growing and finishing cattle is estimated using the following equation:

> **EQUATION 10.17**
> **ESTIMATION OF DRY MATTER INTAKE FOR GROWING AND FINISHING CATTLE**
>
> $$DMI = BW^{0.75} \bullet \left[ \frac{\left( 0.2444 \bullet NE_{ma} - 0.0111 \bullet NE_{ma}^{2} - 0.472 \right)}{NE_{ma}} \right]$$

Where:

DMI = dry matter intake, kg day$^{-1}$

BW = live body weight, kg

$NE_{ma}$ = estimated dietary net energy concentration of diet or default values in Table 10.8, MJ kg$^{-1}$

Dry matter intake for mature beef cattle is estimated using the following equation:

> **EQUATION 10.18a**
> **ESTIMATION OF DRY MATTER INTAKE FOR MATURE BEEF CATTLE**
>
> $$DMI = BW^{0.75} \bullet \left[ \frac{\left( 0.0119 \bullet NE_{ma}^{2} + 0.1938 \right)}{NE_{ma}} \right]$$

Where:

DMI = dry matter intake, kg day$^{-1}$

BW = live body weight, kg

$NE_{ma}$ = estimated dietary net energy concentration of diet or default values given in Table 10.8, MJ kg$^{-1}$

For mature dairy cows consuming low quality, often tropical forages, the following alternative equation for estimating dry matter intake based on DE% can be used (NRC, 1989):

> **EQUATION 10.18b**
> **ESTIMATION OF DRY MATTER INTAKE FOR MATURE DAIRY COWS**
>
> $$DMI = \left[ \frac{\left( \frac{\left( 5.4 \bullet BW \right)}{500} \right)}{\left( \frac{\left( 100 - DE\% \right)}{100} \right)} \right]$$

Where:

DMI = dry matter intake, kg day$^{-1}$

BW = live body weight, kg

DE% = digestible energy expressed as a percentage of gross energy (typically 45-55% for low quality forages)

BLM_0055761

Equations 10.17, 10.18a, and 10.18b provide a good check to the main Tier 2 method to predict feed intake. They can be viewed as asking 'what is an expected intake for a given diet quality?' and used to independently predict DMI from BW and diet quality (NE$_{ma}$ or DE%). In contrast, the main Tier 2 method predicts DMI based on how much feed must be consumed to meet estimated requirements (i.e., NE$_m$ and NE$_g$) and does not consider the biological capacity of the animal to in fact consume the predicted quantity of feed. Consequently, the simplified Tier 2 method can be used to confirm that DMI values derived from the main Tier 2 method are biologically realistic. These estimates are also subject to the cross check that dry matter intake should be in the order of 2% to 3% of the bodyweight of the mature or growing animals.

| TABLE 10.8<br>EXAMPLES OF NE$_{MA}$ CONTENT OF TYPICAL DIETS FED TO CATTLE FOR ESTIMATION OF DRY MATTER INTAKE IN EQUATIONS 10.17 AND 10.18 | |
|---|---|
| **Diet type** | **NE$_{ma}$ (MJ (kg dry matter)$^{-1}$)** |
| High grain diet > 90% | 7.5 - 8.5 |
| High quality forage (e.g., vegetative legumes & grasses ) | 6.5 - 7.5 |
| Moderate quality forage (e.g., mid season legume & grasses) | 5.5 - 6.5 |
| Low quality forage (e.g., straws, mature grasses) | 3.5 - 5.5 |
| Source: Estimates obtained from predictive models in NRC (1996), NE$_{ma}$ can also be estimated using the equation: NE$_{ma}$ = REM x 18.45 x DE% / 100. | |

## 10.2.3   Uncertainty assessment

The first step in collecting data should be to investigate existing national statistics, industry sources, research studies and FAO statistics. The uncertainty associated with populations will vary widely depending on source, but should be known within ±20%. Often, national livestock population statistics already have associated uncertainty estimates in which case these should be used. If published data are not available from these sources, interviews of key industry and academic experts can be undertaken. Estimates of digestibility are also particularly important in Tier 2 estimates of gross energy intake. Uncertainty estimates for digestibility estimates may be as high as ±20%. Volume 1, Chapter 3 (Uncertainties) describes how to elicit expert judgement for uncertainty ranges. Similar expert elicitation protocols can be used to obtain the information required for the livestock characterisation if published data and statistics are not available.

## 10.2.4   Characterisation for livestock without species: Specific emission estimation methods

Some countries may have domesticated livestock for which there are currently no Tier 1 or Tier 2 emissions estimating methods (e.g., llamas, alpacas, wapiti, emus, and ostriches). *Good practice* in estimating emissions from these livestock is to first assess whether their emissions are likely to be significant enough to warrant characterising them and developing country-specific emission factors. Volume 1, Chapter 4 (Methodological Choice and Identification of Key Categories) presents guidance for assessing the significance of individual source categories within the national inventory. Similar approaches can be used to assess the importance of sub-source categories (i.e. species) within a source category. If the emissions from a particular sub-species are determined to be significant, then country-specific emission factors should be developed, and a characterisation should be performed to support the development of the emission factors. Research into the estimation of emission levels from these non-characterized species should be encouraged. The data and methods used to characterise the animals should be well documented.

As emissions estimation methods are not available for these animals, approximate emission factors based on 'order of magnitude calculations' are appropriate for conducting the assessment of the significance of their emissions. One approach for developing the approximate emission factors is to use the Tier 1 emissions factor for an animal with a similar digestive system and to scale the emissions factor using the ratio of the weights of the animals raised to the 0.75 power. The Tier 1 emission factors can be classified by digestive system as follows:

BLM_0055762

Volume 4: Agriculture, Forestry and Other Land Use

- Ruminant animals: Cattle, Buffalo, Sheep, Goats, Camels
- Non-ruminant herbivores: Horses, Mules/Asses
- Poultry: Chickens, Ducks, Turkeys, Geese
- Non-poultry monogastric animals: Swine

For example, an approximate enteric fermentation methane emissions factor for alpacas could be estimated from the emissions factor for sheep (also a ruminant animal) as follows:

$$\text{Approximate emissions factor} = [(\text{alpaca weight}) / (\text{sheep weight})]^{0.75} \cdot \text{sheep emissions factor}$$

Similarly, an approximate manure methane emissions factor for ostriches could be estimated using the Tier 1 emission factor for chickens. Approximate emission factors developed using this method can only be used to assess the significance of the emissions from the animals, and are not considered sufficiently accurate for estimating emissions as part of a national inventory.

# 10.3     METHANE EMISSIONS FROM ENTERIC FERMENTATION

Methane is produced in herbivores as a by-product of enteric fermentation, a digestive process by which carbohydrates are broken down by micro-organisms into simple molecules for absorption into the bloodstream. The amount of methane that is released depends on the type of digestive tract, age, and weight of the animal, and the quality and quantity of the feed consumed. Ruminant livestock (e.g., cattle, sheep) are major sources of methane with moderate amounts produced from non-ruminant livestock (e.g., pigs, horses). The ruminant gut structure fosters extensive enteric fermentation of their diet.

**Digestive system**

The type of digestive system has a significant influence on the rate of methane emission. Ruminant livestock have an expansive chamber, the rumen, at the fore-part of their digestive tract that supports intensive microbial fermentation of their diet which yields several nutritional advantages including the capacity to digest cellulose in their diet. The main ruminant livestock are cattle, buffalo, goats, sheep, deer and camelids. Non-ruminant livestock (horses, mules, asses) and monogastric livestock (swine) have relatively lower methane emissions because much less methane-producing fermentation takes place in their digestive systems.

**Feed intake**

Methane is produced by the fermentation of feed within the animal's digestive system. Generally, the higher the feed intake, the higher the methane emission. Although, the extent of methane production may also be affected by the composition of the diet. Feed intake is positively related to animal size, growth rate, and production (e.g., milk production, wool growth, or pregnancy).

To reflect the variation in emission rates among animal species, the population of animals should be divided into subgroups, and an emission rate per animal is estimated for each subgroup. Types of population subgroups are provided in Section 10.2 (Livestock and Feed Characterisation). The amount of methane emitted by a population subgroup is calculated by multiplying the emission rate per animal by the number of animals within the subgroup.

Natural wild ruminants are not considered in the derivation of a country's emission estimate. Emissions should only be considered from animals under domestic management (e.g., farmed deer, elk, and buffalo).

## 10.3.1   Choice of method

It is *good practice* to choose the method for estimating methane emissions from enteric fermentation according to the decision tree in Figure 10.2. The method for estimating methane emission from enteric fermentation requires three basic steps:

BLM_0055763

**Figure 10.2      Decision Tree for CH$_4$ Emissions from Enteric Fermentation**



Note:
1: See Volume 1 Chapter 4, "Methodological Choice and Identification of Key Categories" (noting Section 4.1.2 on limited resources), for discussion of *key categories* and use of decision trees.
2: As a rule of thumb, a livestock species would be significant if it accounts for 25-30% or more of emissions from the source category.

BLM_0055764

**Step 1:** Divide the livestock population into subgroups and characterize each subgroup as described in Section 10.2. It is recommended that national experts use annual averages estimated with consideration for the impact of production cycles and seasonal influences on population numbers.

**Step 2:** Estimate emission factors for each subgroup in terms of kilograms of methane per animal per year.

**Step 3:** Multiply the subgroup emission factors by the subgroup populations to estimate subgroup emission, and sum across the subgroups to estimate total emission.

These three steps can be performed at varying levels of detail and complexity. This chapter presents the following three approaches:

**Tier 1**
A simplified approach that relies on default emission factors either drawn from the literature or calculated using the more detailed Tier 2 methodology. The Tier 1 method is likely to be suitable for most animal species in countries where enteric fermentation is not a key source category, or where enhanced characterization data are not available. When approximate enteric emissions are derived by extrapolation from main livestock categories they should be considered to be a Tier 1 method.

**Tier 2**
A more complex approach that requires detailed country-specific data on gross energy intake and methane conversion factors for specific livestock categories. The Tier 2 method should be used if enteric fermentation is a key source category for the animal category that represents a large portion of the country's total emissions.

**Tier 3**
Some countries for which livestock emissions are particularly important may wish to go beyond the Tier 2 method and incorporate additional country-specific information in their estimates. This approach could employ the development of sophisticated models that consider diet composition in detail, concentration of products arising from ruminant fermentation, seasonal variation in animal population or feed quality and availability, and possible mitigation strategies. Many of these estimates would be derived from direct experimental measurements. Although countries are encouraged to go beyond the Tier 2 method presented below when data are available, these more complex analyses are only briefly discussed here. A Tier 3 method should be subjected to a wide degree of international peer review such as that which occurs in peer-reviewed publications to ensure that they improve the accuracy and / or precision of estimates.

Countries with large populations of domesticated animal species for which there are no IPCC default emission factors (e.g., llamas and alpacas) are encouraged to develop national methods that are similar to the Tier 2 method and are based on well-documented research (if it is determined that emissions from these livestock are significant). The approach is described in Section 10.2.4 under the heading 'Characterisation for livestock without species-specific emission estimation methods' for more information.

Table 10.9 summarises the suggested approaches for the livestock emissions included in this inventory.

## 10.3.2   Choice of emission factors

### *Tier 1 Approach for methane emissions from Enteric Fermentation*
This Tier 1 method is simplified so that only readily-available animal population data are needed to estimate emissions. Default emission factors are presented for each of the recommended population subgroups. Each step is discussed in turn.

**Step 1:   Animal population**

The animal population data should be obtained using the approach described in Section 10.2.

**Step 2:   Emission factors**

The purpose of this step is to select emission factors that are most appropriate for the country's livestock characteristics. Default emission factors for enteric fermentation have been drawn from previous studies, and are organised by region for ease of use.

The data used to estimate the default emission factors for enteric fermentation are presented in Annex 10A.1 at the end of this section.

BLM_0055765

| TABLE 10.9 SUGGESTED EMISSIONS INVENTORY METHODS FOR ENTERIC FERMENTATION | |
|---|---|
| **Livestock** | **Suggested emissions inventory methods** |
| Dairy Cow | Tier 2[a]/Tier 3 |
| Other Cattle | Tier 2[a]/Tier 3 |
| Buffalo | Tier 1/Tier 2 |
| Sheep | Tier 1/Tier 2 |
| Goats | Tier 1 |
| Camels | Tier 1 |
| Horses | Tier 1 |
| Mules and Asses | Tier 1 |
| Swine | Tier 1 |
| Poultry | Not developed |
| Other (e.g., Llamas, Alpacas, Deer) | Tier 1 |

[a] The Tier 2 method is recommended for countries with large livestock populations. Implementing the Tier 2 method for additional livestock subgroups may be desirable when the category emissions are a large portion of total methane emissions for the country.

Table 10.10 shows the enteric fermentation emission factors for each of the animal species except cattle. As shown in the table, emission factors for sheep and swine vary for developed and developing countries. The differences in the emission factors are driven by differences in feed intake and feed characteristic assumptions (see Annex 10A.1). Table 10.11 presents the enteric fermentation emission factors for cattle. A range of emission factors is shown for typical regional conditions. As shown in the table, the emission factors vary by over a factor of four on a per head basis.

While the default emission factors shown in Table 10.11 are broadly representative of the emission rates within each of the regions described, emission factors vary within each region. Animal size and milk production are important determinants of emission rates for dairy cows. Relatively smaller dairy cows with low levels of production are found in Asia, Africa, and the Indian subcontinent. Relatively larger dairy cows with high levels of production are found in North America and Western Europe.

Animal size and population structure are important determinants of emission rates for other cattle. Relatively smaller other cattle are found in Asia, Africa, and the Indian subcontinent. Also, many of the other cattle in these regions are young. Other cattle in North America, Western Europe and Oceania are larger, and young cattle constitute a smaller portion of the population.

To select emission factors from Tables 10.10 and 10.11, identify the region most applicable to the country being evaluated. Scrutinise the tabulations in Annex 10A.1 to ensure that the underlying animal characteristics such as weight, growth rate and milk production used to develop the emission factors are similar to the conditions in the country. The data collected on the average annual milk production by dairy cows should be used to help select a dairy cow emission factor. If necessary, interpolate between dairy cow emission factors shown in the table using the data collected on average annual milk production per head.

Note that using the same Tier 1 emission factors for the inventories of successive years means that no allowance is being made for changing livestock productivity, such as increasing milk productivity or trend in live weight. If it is important to capture the trend in methane emission that results from a trend in livestock productivity, then livestock emissions can become a key source category based on trend and a Tier 2 calculation should be used.

BLM_0055766

Volume 4: Agriculture, Forestry and Other Land Use

| TABLE 10.10 ENTERIC FERMENTATION EMISSION FACTORS FOR TIER 1 METHOD[1] (KG $CH_4$ HEAD$^{-1}$ YR$^{-1}$) | | | |
|---|---|---|---|
| Livestock | Developed countries | Developing countries | Liveweight |
| Buffalo | 55 | 55 | 300 kg |
| Sheep | 8 | 5 | 65 kg - developed countries; 45 kg - developing countries |
| Goats | 5 | 5 | 40 kg |
| Camels | 46 | 46 | 570 kg |
| Horses | 18 | 18 | 550 kg |
| Mules and Asses | 10 | 10 | 245 kg |
| Deer | 20 | 20 | 120 kg |
| Alpacas | 8 | 8 | 65 kg |
| Swine | 1.5 | 1.0 | |
| Poultry | Insufficient data for calculation | Insufficient data for calculation | |
| Other (e.g., Llamas) | To be determined[1] | To be determined[1] | |

All estimates have an uncertainty of ±30-50%.

Sources: Emission factors for buffalo and camels from Gibbs and Johnson (1993). Emission factors for other livestock from Crutzen *et al.*, (1986). Alpacas from Pinares-Patino *et al.*, 2003; Deer from Clark *et al.*, 2003 .

[1] One approach for developing the approximate emission factors is to use the Tier 1 emissions factor for an animal with a similar digestive system and to scale the emissions factor using the ratio of the weights of the animals raised to the 0.75 power. Liveweight values have been included for this purpose. Emission factors should be derived on the basis of characteristics of the livestock and feed of interest and should not be restricted solely to within regional characteristics.

**Step 3:   Total emission**

To estimate total emission, the selected emission factors are multiplied by the associated animal population (Equation 10.19) and summed (Equation 10.20):

EQUATION 10.19
ENTERIC FERMENTATION EMISSIONS FROM A LIVESTOCK CATEGORY

$$Emissions = EF_{(T)} \bullet \left( \frac{N_{(T)}}{10^6} \right)$$

Where:

Emissions = methane emissions from Enteric Fermentation, Gg $CH_4$ yr$^{-1}$

$EF_{(T)}$ = emission factor for the defined livestock population, kg $CH_4$ head$^{-1}$ yr$^{-1}$

$N_{(T)}$ = the number of head of livestock species / category T in the country

T = species/category of livestock

EQUATION 10.20
TOTAL EMISSIONS FROM LIVESTOCK ENTERIC FERMENTATION

$$Total\ CH_{4Enteric} = \sum_i E_i$$

Where:

Total $CH_{4Enteric}$ = total methane emissions from Enteric Fermentation, Gg $CH_4$ yr$^{-1}$

$E_i$ = is the emissions for the $i^{th}$ livestock categories and subcategories

BLM_0055767

| TABLE 10.11 TIER 1 ENTERIC FERMENTATION EMISSION FACTORS FOR CATTLE[1] | | | |
|---|---|---|---|
| **Regional characteristics** | **Cattle category** | **Emission factor [2,3] (kg CH$_4$ head$^{-1}$ yr$^{-1}$)** | **Comments** |
| **North America:** Highly productive commercialized dairy sector feeding high quality forage and grain. Separate beef cow herd, primarily grazing with feed supplements seasonally. Fast-growing beef steers/heifers finished in feedlots on grain. Dairy cows are a small part of the population. | Dairy<br><br>Other Cattle | 128<br><br>53 | Average milk production of 8,400 kg head$^{-1}$ yr$^{-1}$.<br><br>Includes beef cows, bulls, calves, growing steers/heifers, and feedlot cattle. |
| **Western Europe:** Highly productive commercialised dairy sector feeding high quality forage and grain. Dairy cows also used for beef calf production. Very small dedicated beef cow herd. Minor amount of feedlot feeding with grains. | Dairy<br><br>Other Cattle | 117<br><br>57 | Average milk production of 6,000 kg head$^{-1}$ yr$^{-1}$.<br><br>Includes bulls, calves, and growing steers/heifers. |
| **Eastern Europe:** Commercialised dairy sector feeding mostly forages. Separate beef cow herd, primarily grazing. Minor amount of feedlot feeding with grains. | Dairy<br><br>Other Cattle | 99<br><br>58 | Average milk production of 2,550 kg head$^{-1}$ yr$^{-1}$.<br><br>Includes beef cows, bulls, and young. |
| **Oceania:** Commercialised dairy sector based on grazing. Separate beef cow herd, primarily grazing rangelands of widely varying quality. Growing amount of feedlot feeding with grains. Dairy cows are a small part of the population. | Dairy<br><br>Other Cattle | 90<br><br>60 | Average milk production of 2,200 kg head$^{-1}$ yr$^{-1}$.<br><br>Includes beef cows, bulls, and young. |
| **Latin America:** Commercialised dairy sector based on grazing. Separate beef cow herd grazing pastures and rangelands. Minor amount of feedlot feeding with grains. Growing non-dairy cattle comprise a large portion of the population. | Dairy<br><br>Other Cattle | 72<br><br>56 | Average milk production of 800 kg head$^{-1}$ yr$^{-1}$<br><br>Includes beef cows, bulls, and young. |
| **Asia:** Small commercialised dairy sector. Most cattle are multi-purpose, providing draft power and some milk within farming regions. Small grazing population. Cattle of all types are smaller than those found in most other regions. | Dairy<br><br>Other Cattle | 68<br><br>47 | Average milk production of 1,650 kg head$^{-1}$ yr$^{-1}$<br><br>Includes multi-purpose cows, bulls, and young |
| **Africa and Middle East:** Commercialised dairy sector based on grazing with low production per cow. Most cattle are multi-purpose, providing draft power and some milk within farming regions. Some cattle graze over very large areas. Cattle are smaller than those found in most other regions. | Dairy<br><br>Other Cattle | 46<br><br>31 | Average milk production of 475 kg head$^{-1}$ yr$^{-1}$<br><br>Includes multi-purpose cows, bulls, and young |
| **Indian Subcontinent:** Commercialised dairy sector based on crop by-product feeding with low production per cow. Most bullocks provide draft power and cows provide some milk in farming regions. Small grazing population. Cattle in this region are the smallest compared to cattle found in all other regions. | Dairy<br><br>Other Cattle | 58<br><br>27 | Average milk production of 900 kg head$^{-1}$ yr$^{-1}$<br><br>Includes cows, bulls, and young. Young comprise a large portion of the population |

[1] Emission factors should be derived on the basis of the characteristics of the cattle and feed of interest and need not be restricted solely to within regional characteristics.

[2] IPCC Expert Group, values represent averages within region, where applicable the use of more specific regional milk production data is encouraged. Existing values were derived using Tier 2 method and the data in Tables 10 A.1 and 10A. 2.

[3] The following assumptions have been made in deriving these values: i) mature weights of animals have been used; ii) cows have been assumed to be non-lactating as lactation levels were low and, iii) the mix of bulls and castrates among "males" was undetermined as Cfi value for castrates was not specified.

BLM_0055768

### Tier 2 Approach for methane emissions from Enteric Fermentation

The Tier 2 method is applied to more disaggregated livestock population categories and used to calculate emission factors, as opposed to default values. The key considerations for the Tier 2 method are the development of emission factors and the collection of detailed activity data.

**Step 1:   Livestock population**

The animal population data and related activity data should be obtained following the approach described in Section 10.2.

**Step 2:   Emission factors**

When the Tier 2 method is used, emission factors are estimated for each animal category using the detailed data developed in Step 1.

The emission factors for each category of livestock are estimated based on the gross energy intake and methane conversion factor for the category. The gross energy intake data should be obtained using the approach described in Section 10.2.   The following two sub-steps need to be completed to calculate the emission factor under the Tier 2 method:

#### 1. Obtaining the methane conversion factor ($Y_m$)

The extent to which feed energy is converted to $CH_4$ depends on several interacting feed and animal factors. If $CH_4$ conversion factors are unavailable from country-specific research, the values provided in Table 10.12, Cattle/Buffalo $CH_4$ conversion factors, can be used for cattle and buffalo. These general estimates are a rough guide based on the general feed characteristics and production practices found in many developed and developing countries. When good feed is available (i.e., high digestibility and high energy value) the lower bounds should be used. When poorer feed is available, the higher bounds are more appropriate. A $CH_4$ conversion factor of zero is assumed for all juveniles consuming only milk (i.e., milk-fed lambs as well as calves).

Due to the importance of $Y_m$ in driving emissions, substantial ongoing research is aimed at improving estimates of $Y_m$ for different livestock and feed combinations. Such improvement is most needed for animals fed on tropical pastures as the available data are sparse.   For example, a recent study (Kurihara *et al.*, 1999) observed $Y_m$ values outside the ranges described in Table 10.12.

| TABLE 10.12 CATTLE/BUFFALO $CH_4$ CONVERSION FACTORS ($Y_M$) | |
|---|---|
| **Livestock category** | **$Y_m$ [b]** |
| Feedlot fed Cattle [a] | 3.0% $\pm$ 1.0% |
| Dairy Cows (Cattle and Buffalo) and their young | 6.5% $\pm$ 1.0% |
| Other Cattle and Buffaloes that are primarily fed low quality crop residues and by-products | 6.5% $\pm$ 1.0% |
| Other Cattle or Buffalo – grazing | 6.5% $\pm$ 1.0% |
| [a] When fed diets contain 90 percent or more concentrates. [b] The $\pm$ values represent the range. Source: IPCC Expert Group. | |

Regional, national and global estimates of enteric methane generation rely on small scale determinations both of $Y_m$ and of the influence of feed and animal properties upon $Y_m$.   Traditional methods for measuring $Y_m$ include the use of respiration calorimeters for housing individual animals (Johnson and Johnson, 1995). A tracer technique using $SF_6$ enables methane emissions from individual animals to be estimated under both housed or grazing conditions (Johnson *et al.*, 1994). The results of recent measurements have been surveyed by Lassey ( 2006) who also examines the "upscaling" of such measurements to national and global inventories.

It is also important to examine the influences of feed properties and animal attributes on $Y_m$. Such influences are important to better understand the microbiological mechanisms involved in methanogenesis with a view to designing emission abatement strategies, as well as to identify different values for $Y_m$ according to animal husbandry practices. To date, the search for such influences is equivocal, and consequently there is little variability evident both in the values reported in Table 10.12 as supported by the recent survey of $Y_m$ measurements in the literature (Lassey, 2006).

BLM_0055769

Table 10.13 proposes a common $Y_m$ value for all mature sheep irrespective of feed quality, but with different values for mature and juvenile sheep with demarcation at 1 year of age. These values are based on data by Lassey *et al.* (1997), Judd *et al.* (1999) and Ulyatt *et al.* (2002a, 2002b, 2005) and while consistent with measurements by other researchers (Murray *et al.*, 1978; Leuning *et al.*, 1999), may not span the full range of pastures to be found. The median value is appropriate for most applications, but for poor quality feed the upper limits may be more appropriate, and for high-digestibility high-energy feeds the lower limits may be used.

| TABLE 10.13  SHEEP $CH_4$ CONVERSION FACTORS ($Y_M$) | |
|---|---|
| **Category** | $Y_m{}^a$ |
| Lambs (<1 year old) | 4.5% $\pm$ 1.0% |
| Mature Sheep | 6.5% $\pm$ 1.0% |
| [a] The $\pm$ values represent the range. | |

Note that in some cases, $CH_4$ conversion factors may not exist for specific livestock types. In these instances, $CH_4$ conversion factors from the reported livestock that most closely resembles those livestock types can be reported. For examples, $CH_4$ conversion factors for other cattle or buffalo could be applied to estimate an emission factor for camels.

*2. Emission factor development*

An emission factor for each animal category should be developed following Equation 10.21:

$$
\begin{array}{c}
\textbf{EQUATION 10.21} \\
\textbf{CH}_4 \textbf{ EMISSION FACTORS FOR ENTERIC FERMENTATION FROM A LIVESTOCK CATEGORY} \\[4pt]
EF = \left[ \dfrac{GE \bullet \left( \dfrac{Y_m}{100} \right) \bullet 365}{55.65} \right]
\end{array}
$$

Where:

$EF$ = emission factor, kg $CH_4$ head$^{-1}$ yr$^{-1}$

$GE$ = gross energy intake, MJ head$^{-1}$ day$^{-1}$

$Y_m$ = methane conversion factor, per cent of gross energy in feed converted to methane

The factor 55.65 (MJ/kg $CH_4$) is the energy content of methane

This emission factor equation assumes that the emission factors are being developed for an animal category for an entire year (365 days). While a full year emission factor is typically used, in some circumstances the animal category may be defined for a shorter period (e.g., for the wet season of the year or for a 150-day feedlot feeding period). In this case, the emission factor would be estimated for the specific period (e.g., the wet season) and the 365 days would be replaced by the number of days in the period. The definition of the period to which the emission factor applies is described in Section 10.2.

**Step 3:  Total emissions**

To estimate total emissions, the selected emission factors are multiplied by the associated animal population and summed. As described above under Tier 1, the emissions estimates should be reported in gigagrams (Gg).

*Potential for refinement of Tier 2 or development of a Tier 3 method to enteric methane emission inventories*

Increased accuracy and identification of causes of variation in emissions are at the heart of inventory purpose. Improvements in country methodology, whether as components of current Tier 1 or 2 or if additional refinements are implemented (Tier 3), are encouraged.

Current Tier 1 and Tier 2 enteric methane emissions factors and estimation procedures are driven by first estimating daily and annual gross energy consumption by individual animals within an inventory class which are then multiplied by an estimate of $CH_4$ loss per unit of feed ($Y_m$). There is considerable room for improvement in

BLM_0055770

Volume 4: Agriculture, Forestry and Other Land Use

Tier 2 prediction of both feed intake and in $Y_m$. Factors potentially impacting feed requirements and/or consumption that are not considered include:

- breed or genotype variation in maintenance requirement;

- heat and cold stress effects on intake and maintenance requirements; and

- depression in digestibility with increasing levels of consumption, or diet composition limits to diet intake.

Likewise, a host of interacting factors that control variations in $Y_m$ are not included in Tier 2 methodology, including:

- effects of digestibility (DE%);

- diet dry matter intake as it relates to live body weight;

- diet chemical composition;

- particle passage and digestion kinetics, or plant microbial defensive compounds; and

- variation in the microbial populations within the digestive tract.

Accurate estimation of diet DE% is singularly important in the estimation of feed intake and thus emissions, as previously emphasized. A 10% error in the average diet DE% or TDN% will result in $CH_4$ errors ranging from 12 to 20% depending on beginning circumstance. The depression in DE% with increasing daily amounts of diet consumed is not considered. This will underestimate feed intakes of high producing dairy cows consuming mixtures of concentrates and forages, e.g., as is common in the North America and Europe, although some of the resulting error in methane emission estimate will be compensated by reductions in $Y_m$ as intake per day increases. Methods to estimate digestibility depressions have been described (NRC, 1996; NRC, 2001).

There have been many attempts to refine estimates of $Y_m$. Several researchers have developed models which relate the chemical composition of the diet consumed, or in more detail, the composition of digested carbohydrate and other chemical components to $Y_m$. These models typically predict diet particle and chemical component rates of passage and digestion in each enteric compartment at varying intake and the resulting $H_2$ balance, volatile fatty acids, and microbial and $CH_4$ yields. These approaches have generated $Y_m$ values that are consistent with direct measurements using chamber and $SF_6$ techniques.

The literature contains many examples of the positive relationship of plant cell wall digestion to high acetic to propionic end-product ratios, and to high $CH_4$ yields. While fibrous carbohydrate digestion is undeniably the strongest single indicator of $CH_4$ yield, the $CH_4$ per digested fiber is not constant, e.g., when soyhulls or beet pulp are fed as single feed at varying levels of intake, $Y_m$ will vary from 8 to 11% when measured at restricted feed intakes and from 5 to 6% when measure at ad libitum intakes (Kujawa, 1994; Diarra, 1994). Thus, enteric fermentation of the same fibrous substrate can result in quite different $Y_m$ values. Perhaps the most severe limitation to development of more complex prediction models lies in the difficulty of applying them to broad country inventories. The difficulty is to provide the data needed to drive these more complex models of feed intake or $Y_m$. It is often difficult to define animal characteristics, productivity, and %DE accurately for a class of livestock in a region of the country, let alone detailed carbohydrate fraction, rates of passage and digestion, etc.

The amount of global research on mitigation strategies currently going on, such as vaccines, ionophores, polyunsaturated vegetable oils, condensed tannins etc, suggests a need to address how they should be reflected in inventory compilation at Tier 2 or Tier 3. First, the inventory should reflect only those technologies that conform to QA/QC principles and have attracted a wide degree of international acceptance such as through peer-reviewed articles that include a description of the technology, its efficacy and its validation under field conditions. Second, the inventory should be accompanied by evidence of the take-up of the technology, and apply it only to emissions by those livestock where take-up can be validated. Third, for a newly implemented technology (such as an administered dose of a mitigating agent), the inventory could also present an accompanying calculation of the emissions in the absence of a mitigation measure in order to make transparent the magnitude of the emission reductions that are being claimed. Mitigation measures should be supported by peer-reviewed publications.

Approaches to improve estimates of feed intake and $Y_m$ and to consider mitigation approaches are to be encouraged, given due care on limitations of scope, production circumstance, etc. to which the predictive relationships apply.

BLM_0055771

## 10.3.3   Choice of activity data

Livestock population data should be obtained using the approach described in Section 10.2. If using default enteric emission factors for livestock (Tables 10.10, 10.11) to estimate enteric emissions, a basic (Tier 1) livestock population characterisation is sufficient. To estimate enteric emissions from livestock using estimation of Gross Energy Intake (Equations 10.16, 10.17 or 10.18), a Tier 2 characterisation is needed. As noted in Section 10.2, *good practice* in characterising livestock populations is to conduct a single characterisation that will provide the activity data for all emissions sources that depend on livestock population data.

## 10.3.4   Uncertainty assessment

### Emission factors

As the emission factors for the Tier 1 method are not based on country-specific data, they may not accurately represent a country's livestock characteristics, and may be highly uncertain as a result. Emission factors estimated using the Tier 1 method are unlikely to be known more accurately than $\pm 30\%$ and may be uncertain to $\pm 50\%$. The uncertainty under the Tier 2 method will depend on the accuracy of the livestock characterisation (e.g., homogeneity of livestock categories), and also on the extent to which the methods for defining the coefficients in the various relationships that make up the net energy approach correspond to national circumstances. Emission factor estimates using the Tier 2 method are likely to be in the order of $\pm 20\%$. Inventory compilers using the Tier 2 method should undertake an analysis of uncertainties reflecting their particular situation, and in the absence of this analysis the uncertainty under the Tier 2 method should be assumed similar to the uncertainty under the Tier 1 method.

Although a Tier 3 method has the potential to improve the accuracy of emission estimates, a substantial body of scientific data is required to develop a viable Tier 3 method. The use of unreliable and unsubstantiated data in a Tier 3 method could result in estimates that are inferior to Tier 2 or even Tier 1 methods. In many instances, direct measurements of methane emissions from livestock are lacking or have been conducted using a limited number of diet types. A considerable amount of research on potential mitigation strategies is ongoing, but few of these have been validated to the point that they can be extrapolated to non-research conditions. As the foundational research on emission related science continues to expand, Tier 3 method should theoretically result in the lowest degree of uncertainty.

### Activity data

There will be an added uncertainty associated with the livestock and feed characterisation. Improving the livestock and feed characterisation will often be the priority in reducing overall uncertainty. Accurate estimates of feed digestibility (DE%) are also critical for reducing the degree of uncertainty. Uncertainty estimates can be derived from the *good practice* approach to agricultural census data outlined in the uncertainty section for livestock and feed characterisation (see Section 10.2).

General information on the procedures to assess uncertainty is presented in Volume 1, Chapter 3 (Uncertainties).

## 10.3.5   Completeness, Time series, Quality Assurance/Quality Control and Reporting

To achieve completeness, all the major animal categories managed in the country should be considered. In the event that animals are included in the inventory for which default data are not available and for which no guidelines are provided, the emissions estimate should be developed using the same general principles presented in the discussion in Section 10.2.

Care must be taken to use a consistent set of estimates for the $CH_4$ conversion factors over time. In some cases, there may be reasons to modify methane conversion factors over time. These changes may be due to the implementation of explicit greenhouse gas (GHG) mitigation measures, or may be due to changing agricultural practices such as feed conditions or other management factors without regard to GHGs. Regardless of the driver of change, the data and methane conversion factors used to estimate emissions must reflect the change in farm practices. If methane conversion factors over a time series are affected by a change in management practice and/or the implementation of GHG mitigation measures, the inventory compiler should ensure that the inventory data reflect these practices. The inventory text should thoroughly explain how the changes in management practice and/or implementation of mitigation measures has affected the time series of methane conversion factors. For general *good practice* guidance on developing a consistent time series, see Volume 1, Chapter 5 (Time Series Consistency).

BLM_0055772

It is *good practice* to implement quality control checks as outlined in Volume 1, Chapter 6 (Quality Assurance/Quality Control and Verification). In addition to the guidance in Volume 1, specific procedures of relevance to this source category are outlined below:

**Activity data check**

- The inventory compiler should review livestock data collection methods, in particular checking that livestock subspecies data were collected and aggregated correctly. The data should be cross-checked with previous years to ensure the data are reasonable and consistent with the expected trend. Inventory compilers should document data collection methods, identify potential areas of bias, and evaluate the representativeness of the data. Population modeling can be used to support this approach.

**Review of emission factors**

- If using the Tier 2/Tier 3 method, the inventory compiler should cross-check country-specific factors against the IPCC defaults. Significant differences between country-specific factors and default factors should be explained and documented.

**External review**

- If Tier 2/Tier 3 method is used, the inventory compiler is encouraged to conduct national and international expert review, including from industry, academic institutions, and extension expertise.

- It is important to maintain internal documentation on review results.

To improve transparency, emission estimates from this source category should be reported along with the activity data and emission factors used to determine the estimates.

The following information should be documented:

- All activity data including animal population data by category and region.

- Activity data documentation including:

    (i) The sources of all activity data used in the calculations (i.e., complete citation for the statistical database from which data were collected);

    (ii) The information and assumptions that were used to develop the activity data, in cases where activity data were not directly available from databases; and

    (iii) The frequency of data collection, and estimates of accuracy and precision.

- If Tier 1 method is used, all default emission factors used in the estimation of emissions for the specific animal categories.

- If Tier 2 method is used:

    (i) Values for $Y_m$;

    (ii) DE values estimated or taken from other studies; and

    (iii) Full documentation of the data used including their references.

- For inventories in which country- or region-specific emission factors are used or in which new methods, such as Tier 3 are used, the scientific basis of these emission factors and the principles of the new method should be thoroughly documented. Documentation should include definitions of input parameters and a description of the principle and process by which these emission factors and methods are derived, as well as describing sources and magnitudes of uncertainties.

BLM_0055773

# 10.4   METHANE EMISSIONS FROM MANURE MANAGEMENT

This section describes how to estimate $CH_4$ produced during the storage and treatment of manure, and from manure deposited on pasture. The term 'manure' is used here collectively to include both dung and urine (i.e., the solids and the liquids) produced by livestock. The emissions associated with the burning of dung for fuel are to be reported under Volume 2 (Energy), or under Volume 5 (Waste) if burned without energy recovery. The decomposition of manure under anaerobic conditions (i.e., in the absence of oxygen), during storage and treatment, produces $CH_4$. These conditions occur most readily when large numbers of animals are managed in a confined area (e.g., dairy farms, beef feedlots, and swine and poultry farms), and where manure is disposed of in liquid-based systems. Emissions of $CH_4$ related to manure handling and storage are reported under 'Manure Management.'

The main factors affecting $CH_4$ emissions are the amount of manure produced and the portion of the manure that decomposes anaerobically. The former depends on the rate of waste production per animal and the number of animals, and the latter on how the manure is managed. When manure is stored or treated as a liquid (e.g., in lagoons, ponds, tanks, or pits), it decomposes anaerobically and can produce a significant quantity of $CH_4$. The temperature and the retention time of the storage unit greatly affect the amount of methane produced. When manure is handled as a solid (e.g., in stacks or piles) or when it is deposited on pastures and rangelands, it tends to decompose under more aerobic conditions and less $CH_4$ is produced.

## 10.4.1   Choice of method

There are three tiers to estimate $CH_4$ emissions from livestock manure. Guidance for determining which tier to use is shown in Figure 10.3 decision tree.

**Tier 1**
A simplified method that only requires livestock population data by animal species/category and climate region or temperature, in combination with IPCC default emission factors, to estimate emissions. Because some emissions from manure management systems are highly temperature dependent, it is *good practice* to estimate the average annual temperature associated with the locations where manure is managed.

**Tier 2**
A more complex method for estimating $CH_4$ emissions from manure management should be used where a particular livestock species/category represents a significant share of a country's emissions. This method requires detailed information on animal characteristics and manure management practices, which is used to develop emission factors specific to the conditions of the country.

**Tier 3**
Some countries for which livestock emissions are particularly important may wish to go beyond the Tier 2 method and develop models for country-specific methodologies or use measurement–based approaches to quantify emission factors.

The method chosen will depend on data availability and national circumstances. *Good practice* in estimating $CH_4$ emissions from manure management systems entails making every effort to use the Tier 2 method, including calculating emission factors using country-specific information. The Tier 1 method should only be used if all possible avenues to use the Tier 2 method have been exhausted and/or it is determined that the source is not a key category or subcategory.

Regardless of the method chosen, the animal population must first be divided into categories as described in Section 10.2 that reflect the varying amounts of manure produced per animal.

The following four steps are used to estimate $CH_4$ emissions from manure management:

**Step 1:**  Collect population data from the Livestock Population Characterisation (see Section 10.2).

**Step 2:**  Use default values or develop country-specific emission factors for each livestock subcategory in terms of kilograms of methane per animal per year.

**Step 3:**  Multiply the livestock subcategory emission factors by the subcategory populations to estimate subcategory emissions, and sum across the subcategories to estimate total emissions by primary livestock species.

**Step 4:**  Sum emissions from all defined livestock species to determine national emissions.

BLM_0055774

Volume 4: Agriculture, Forestry and Other Land Use

**Figure 10.3        Decision tree for CH₄ emissions from Manure Management**



Note:
1: See Volume 1 Chapter 4, "Methodological Choice and Identification of Key Categories" (noting Section 4.1.2 on limited resources), for discussion of *key categories* and use of decision trees.
2: As a rule of thumb, a livestock species would be significant if it accounts for 25-30% or more of emissions from the source category.

BLM_0055775

Equation 10.22 shows how to calculate $CH_4$ emissions from manure management:

$$\text{EQUATION 10.22}$$
$$CH_4 \text{ EMISSIONS FROM MANURE MANAGEMENT}$$
$$CH_{4Manure} = \sum_{(T)} \frac{\left( EF_{(T)} \bullet N_{(T)} \right)}{10^6}$$

Where:

$CH_{4Manure}$ = $CH_4$ emissions from manure management, for a defined population, $Gg\ CH_4\ yr^{-1}$

$EF_{(T)}$ = emission factor for the defined livestock population, $kg\ CH_4\ head^{-1}\ yr^{-1}$

$N_{(T)}$ = the number of head of livestock species/category $T$ in the country

T = species/category of livestock

## 10.4.2   Choice of emission factors

The best way to determine emission factors is to conduct non-invasive or non-disturbing measurements of emissions in actual systems representative of those in use in the country. These field results can be used to develop models to estimate emission factors (Tier 3). Such measurements are difficult to conduct, and require significant resources and expertise, and equipment that may not be available. Thus, while such an approach is recommended to improve accuracy, it is not required for *good practice*. This section provides two alternatives for developing emission factors, with the selection of emission factors depending on the method (i.e., Tier 1 or Tier 2) chosen for estimating emissions.

**Tier 1**

When using the Tier 1 method, methane emission factors by livestock category or subcategory are used. Default emission factors by average annual temperature are presented in Table 10.14, Table 10.15, and Table 10.16 for each of the recommended population subcategories. These emission factors represent the range in manure volatile solids content and in manure management practices used in each region, as well as the difference in emissions due to temperature. Tables 10A-4 through 10A-9 located in Annex 10A.2 present the underlying assumptions used for each region. Countries using a Tier 1 method to estimate methane emissions from manure management should review the regional variables in these tables to identify the region that most closely matches their animal operations, and use the default emission factors for that region.

Table 10.14 shows the default emission factors for cattle, swine, and buffalo for each region and temperature classification. Emission factors are listed by the annual average temperature for the climate zone where the livestock manure is managed. The temperature data should be based on national meteorological statistics where available. Countries should estimate the percentage of animal populations in different temperature zones and compute a weighted average emission factor. Where this is not possible, the annual average temperature for the entire country could be utilized; however, this may not give an accurate estimate of emissions that are highly sensitive to temperature variations (e.g., liquid/slurry systems).

Tables 10.15 and 10.16 present the default manure management emission factors for other animal species. Separate emission factors are shown for developed and developing countries in Table 10.15, reflecting the general differences in feed intake and feed characteristics of the animals in the two regions. Except for poultry "layers (wet)," these emission factors reflect the fact that virtually all the manure from these animals is managed in 'dry' manure management systems, including pastures and ranges, drylots, and daily spreading on fields (Woodbury and Hashimoto, 1993).

| TABLE 10.14 MANURE MANAGEMENT METHANE EMISSION FACTORS BY TEMPERATURE FOR CATTLE, SWINE, AND BUFFALO[a] (KG $CH_4$ HEAD$^{-1}$ YR$^{-1}$) | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regional characteristics | Livestock species | CH$_4$ emission factors by average annual temperature (°C)[b] | | | | | | | | | | | | | | | | | |
| | | Cool | | | | | Temperate | | | | | | | | | | | Warm | | |
| | | ≤10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | ≥28 |
| North America: Liquid-based systems are commonly used for dairy cows and swine manure. Other cattle manure is usually managed as a solid and deposited on pastures or ranges. | Dairy Cows | 48 | 50 | 53 | 55 | 58 | 63 | 65 | 68 | 71 | 74 | 78 | 81 | 85 | 89 | 93 | 98 | 105 | 110 | 112 |
| | Other Cattle | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| | Market Swine | 10 | 11 | 11 | 12 | 12 | 13 | 13 | 14 | 15 | 15 | 16 | 17 | 18 | 18 | 19 | 20 | 22 | 23 | 23 |
| | Breeding Swine | 19 | 20 | 21 | 22 | 23 | 24 | 26 | 27 | 28 | 29 | 31 | 32 | 34 | 35 | 37 | 39 | 41 | 44 | 45 |
| Western Europe: Liquid/slurry and pit storage systems are commonly used for cattle and swine manure. Limited cropland is available for spreading manure. | Dairy Cows | 21 | 23 | 25 | 27 | 29 | 34 | 37 | 40 | 43 | 47 | 51 | 55 | 59 | 64 | 70 | 75 | 83 | 90 | 92 |
| | Other Cattle | 6 | 7 | 7 | 8 | 8 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 20 | 21 | 24 | 25 | 26 |
| | Market Swine | 6 | 6 | 7 | 7 | 8 | 9 | 9 | 10 | 11 | 11 | 12 | 13 | 14 | 15 | 16 | 18 | 19 | 21 | 21 |
| | Breeding Swine | 9 | 10 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 19 | 20 | 22 | 23 | 25 | 27 | 29 | 32 | 33 |
| | Buffalo | 4 | 4 | 5 | 5 | 5 | 6 | 7 | 7 | 8 | 9 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| Eastern Europe: Solid based systems are used for the majority of manure. About one-third of livestock manure is managed in liquid-based systems. | Dairy Cows | 11 | 12 | 13 | 14 | 15 | 20 | 21 | 22 | 23 | 25 | 27 | 28 | 30 | 33 | 35 | 37 | 42 | 45 | 46 |
| | Other Cattle | 6 | 6 | 7 | 7 | 8 | 9 | 10 | 11 | 11 | 12 | 13 | 14 | 15 | 16 | 18 | 19 | 21 | 23 | 23 |
| | Market Swine | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 5 | 5 | 5 | 6 | 6 | 6 | 7 | 10 | 10 | 10 |
| | Breeding Swine | 4 | 5 | 5 | 5 | 5 | 6 | 7 | 7 | 7 | 8 | 8 | 9 | 9 | 10 | 11 | 12 | 16 | 17 | 17 |
| | Buffalo | 5 | 5 | 5 | 6 | 6 | 7 | 8 | 8 | 9 | 10 | 11 | 11 | 12 | 13 | 15 | 16 | 17 | 19 | 19 |
| Oceania: Most cattle manure is managed as a solid on pastures and ranges, except dairy cows where there is some usage of lagoons. About half of the swine manure is managed in anaerobic lagoons. | Dairy Cows | 23 | 24 | 25 | 26 | 26 | 27 | 28 | 28 | 28 | 29 | 29 | 29 | 29 | 29 | 30 | 30 | 31 | 31 | 31 |
| | Other Cattle | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| | Market Swine | 11 | 11 | 12 | 12 | 12 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 |
| | Breeding Swine | 20 | 20 | 21 | 21 | 22 | 22 | 23 | 23 | 23 | 23 | 23 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 |
| Latin America: Almost all livestock manure is managed as a solid on pastures and ranges. Buffalo manure is deposited on pastures and ranges. | Dairy Cows | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 |
| | Other Cattle | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Swine | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 |
| | Buffalo | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 |

BLM_0055777

TABLE 10.14
MANURE MANAGEMENT METHANE EMISSION FACTORS BY TEMPERATURE FOR CATTLE, SWINE, AND BUFFALO[a]
(KG $CH_4$ HEAD$^{-1}$ YR$^{-1}$)

| Regional characteristics | Livestock species | CH₄ emission factors by average annual temperature (°C)[b] | | | | | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Cool | | | | | Temperate | | | | | | | | | | | Warm | | |
| | | ≤10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | ≥28 |
| **Africa:** Most livestock manure is managed as a solid on pastures and ranges. A smaller, but significant fraction is burned as fuel. | Dairy Cows | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Other Cattle | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 |
| | Swine | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 |
| **Middle East:** Over two-thirds of cattle manure is deposited on pastures and ranges. About one-third of swine manure is managed in liquid-based systems. Buffalo manure is burned for fuel or managed as a solid. | Dairy Cows | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 3 | 3 |
| | Other Cattle | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Swine | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 5 | 5 | 5 | 6 |
| | Buffalo | 4 | 4 | 4 | 4 | 4 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| **Asia:** About half of cattle manure is used for fuel with the remainder managed in dry systems. Almost 40% of swine manure is managed as a liquid. Buffalo manure is managed in drylots and deposited in pastures and ranges. | Dairy Cows | 9 | 10 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 20 | 21 | 23 | 24 | 26 | 28 | 31 | 31 |
| | Other Cattle | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Swine | 2 | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 5 | 5 | 5 | 6 | 6 | 7 | 7 |
| | Buffalo | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| **Indian Subcontinent:** About half of cattle and buffalo manure is used for fuel with the remainder managed in dry systems. About one-third of swine manure is managed as a liquid. | Dairy Cows | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 6 | 6 |
| | Other Cattle | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| | Swine | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 5 | 5 | 5 | 5 | 6 | 6 | 6 |
| | Buffalo | 4 | 4 | 4 | 4 | 4 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |

Source: See Annex 10A.2 , Tables 10A-4 to 10A-8 for derivation of these emission factors,

The uncertainty in these emission factors is ±30 %.

[a] When selecting a default emission factor, be sure to consult the supporting tables in Annex 10A.2 for the distribution of manure management systems and animal waste characteristics used to estimate emissions. Select an emission factor for a region that most closely matches your own in these characteristics.

[b] All temperatures are not necessarily represented within every region. For example, there are no significant warm areas in Eastern or Western Europe. Similarly, there are no significant cool areas in Africa and the Middle East.

Note: Significant buffalo populations do not exist in North America, Oceania, or Africa.

BLM_0055778

Volume 4: Agriculture, Forestry and Other Land Use

TABLE 10.15

MANURE MANAGEMENT METHANE EMISSION FACTORS BY TEMPERATURE FOR SHEEP, GOATS, CAMELS, HORSES, MULES AND ASSES, AND POULTRY[a] (KG $CH_4$ HEAD$^{-1}$ YR$^{-1}$)

| Livestock | $CH_4$ emission factor by average annual temperature (°C) | | |
|---|---|---|---|
| | Cool (<15°C) | Temperate (15 to 25°C) | Warm (>25°C) |
| **Sheep** | | | |
| Developed countries | 0.19 | 0.28 | 0.37 |
| Developing countries | 0.10 | 0.15 | 0.20 |
| **Goats** | | | |
| Developed countries | 0.13 | 0.20 | 0.26 |
| Developing countries | 0.11 | 0.17 | 0.22 |
| **Camels** | | | |
| Developed countries | 1.58 | 2.37 | 3.17 |
| Developing countries | 1.28 | 1.92 | 2.56 |
| **Horses** | | | |
| Developed countries | 1.56 | 2.34 | 3.13 |
| Developing countries | 1.09 | 1.64 | 2.19 |
| **Mules and Asses** | | | |
| Developed countries | 0.76 | 1.10 | 1.52 |
| Developing countries | 0.60 | 0.90 | 1.20 |
| **Poultry** | | | |
| Developed countries | | | |
| Layers (dry)[b] | 0.03 | 0.03 | 0.03 |
| Layers (wet)[c] | 1.2 | 1.4 | 1.4 |
| Broilers | 0.02 | 0.02 | 0.02 |
| Turkeys | 0.09 | 0.09 | 0.09 |
| Ducks | 0.02 | 0.03 | 0.03 |
| Developing countries | 0.01 | 0.02 | 0.02 |

The uncertainty in these emission factors is ±30 %.

Sources: Emission factors developed from: feed intake values and feed digestibilities used to develop the enteric fermentation emission factors (see Annex 10A.1); Except for poultry in developed countries, methane conversion factor (MCF), and maximum methane producing capacity ($B_o$) values reported in Woodbury and Hashimoto (1993). Poultry for developed countries was subdivided into five categories. Layers (dry) represent layers in a "without bedding" waste management system; layers (wet) represent layers in an anaerobic lagoon waste management system. For layers, volatile solids (VS) are values reported in USDA (1996); typical animal mass values are from ASAE (1999); and $B_o$ values for Layers are values reported by Hill (1982). For broilers and turkeys, $B_o$ values are from Hill (1984); typical animal mass values are from ASAE (1999); and VS are those reported in USDA (1996). $B_o$ values for ducks were transferred from broilers and turkeys; typical animal mass values are from MWPS-18; and VS are from USDA, AWMFH. Typical mass of sheep, goats and horses, and VS and $B_o$ values of goats and horses for developed countries updated according to the analysis of GHG inventories of Annex I countries. All manure, with the exception of Layers (wet), is assumed to be managed in dry systems, which is consistent with the manure management system usage reported in Woodbury and Hashimoto (1993).

[a] When selecting a default emission factor, be sure to consult the supporting tables in Annex 10A.2 for the distribution of manure management systems and animal waste characteristics used to estimate emissions. Select an emission factor for a region that most closely matches your own in these characteristics.

[b] Layer operations that manage dry manure.

[c] Layer operations that manage manure as a liquid, such as stored in an anaerobic lagoon.

BLM_0055779

| **TABLE 10.16** MANURE MANAGEMENT METHANE EMISSION FACTORS FOR DEER, REINDEER, RABBITS, AND FUR-BEARING ANIMALS | |
|---|---|
| **Livestock** | **$CH_4$ emission factor (kg $CH_4$ head$^{-1}$ yr$^{-1}$)** |
| Deer[a] | 0.22 |
| Reindeer[b] | 0.36 |
| Rabbits[c] | 0.08 |
| Fur-bearing animals (e.g., fox, mink)[b] | 0.68 |

The uncertainty in these emission factors is ±30 %.
[a] Sneath *et al.* (1997)
[b] Estimations of Agricultural University of Norway, Institute of Chemistry and Biotechnology, Section for Microbiology.
[c] Judgement of the IPCC Expert Group

## Tier 2

The Tier 2 method is applicable when Manure Management is a key source or when the data used to develop the default values do not correspond well with the country's livestock and manure management conditions. Because cattle, buffalo and swine characteristics and manure management systems can vary significantly by country, countries with large populations of these animals should consider using the Tier 2 method for estimating methane emissions. The Tier 2 method relies on two primary types of inputs that affect the calculation of methane emission factors from manure:

**Manure characteristics**: Includes the amount of volatile solids (VS) produced in the manure and the maximum amount of methane able to be produced from that manure ($B_o$). Production of manure VS can be estimated based on feed intake and digestibility, which are the variables also used to develop the Tier 2 enteric fermentation emission factors. Alternatively, VS production rates can be based on laboratory measurements of livestock manure. $B_o$ varies by animal species and feed regimen and is a theoretical methane yield based on the amount of VS in the manure. Bedding materials (straw, sawdust, chippings, etc.) are not included in the VS modelled under the Tier 2 method. The type and use of these materials is highly variable from country to country. Since they typically are associated with solid storage systems, their contribution would not add significantly to overall methane production.

**Manure management system characteristics**: Includes the types of systems used to manage manure and a system-specific methane conversion factor (MCF) that reflects the portion of $B_o$ that is achieved. Regional assessments of manure management systems are used to estimate the portion of the manure that is handled with each manure management technique. A description of manure management systems is included in Table 10.18. The system MCF varies with the manner in which the manure is managed and the climate, and can theoretically range from 0 to 100%. Both temperature and retention time play an important role in the calculation of the MCF. Manure that is managed as a liquid under warm conditions for an extended period of time promotes methane formation. These manure management conditions can have high MCFs, of 65 to 80%. Manure managed as dry material in cold climates does not readily produce methane, and consequently has an MCF of about 1%.

Development of Tier 2 emission factors involves determining a weighted average MCF using the estimates of the manure managed by each waste system within each climate region. The average MCF is then multiplied by the VS excretion rate and the $B_o$ for the livestock categories. In equation form, the estimate is as follows:

**EQUATION 10.23**
**$CH_4$ EMISSION FACTOR FROM MANURE MANAGEMENT**

$$EF_{(T)} = \left(VS_{(T)} \bullet 365\right) \bullet \left[ B_{o(T)} \bullet 0.67\, kg/m^3 \bullet \sum_{S,k} \frac{MCF_{S,k}}{100} \bullet MS_{(T,S,k)} \right]$$

Where:

$EF_{(T)}$ = annual $CH_4$ emission factor for livestock category $T$, kg $CH_4$ animal$^{-1}$ yr$^{-1}$

$VS_{(T)}$ = daily volatile solid excreted for livestock category $T$, kg dry matter animal$^{-1}$ day$^{-1}$

365 = basis for calculating annual VS production, days yr$^{-1}$

$B_{o(T)}$ = maximum methane producing capacity for manure produced by livestock category $T$, m$^3$ $CH_4$ kg$^{-1}$ of VS excreted

BLM_0055780

$0.67$ = conversion factor of $m^3$ $CH_4$ to kilograms $CH_4$

$MCF_{(S,k)}$ = methane conversion factors for each manure management system $S$ by climate region $k$, %

$MS_{(T,S,k)}$ = fraction of livestock category $T$'s manure handled using manure management system $S$ in climate region $k$, dimensionless

Even when the level of detail presented in the Tier 2 method is not possible in some countries, country-specific data elements such as animal mass, VS excretion, and others can be used to improve emission estimates. If country-specific data are available for only a portion of these variables, countries are encouraged to calculate country-specific emission factors, using the data in Tables 10A-4 through 10A-9 to fill gaps.

Measurement programs can be used to improve the basis for making the estimates. In particular, measurements of emissions from manure management systems under field conditions are useful to verify MCFs. Also, measurements of $B_o$ from livestock in tropical regions and for varying diet regimens are needed to expand the representativeness of the default factors.

As emissions can vary significantly by region and livestock species/category, emission estimates should reflect as much as possible the diversity and range of animal populations and manure management practices between different regions within a country. This may require separate estimates to be developed for each region. Emission factors should be updated periodically to account for changes in manure characteristics and management practices. These revisions should be based on reliable scientifically reviewed data. Frequent monitoring is desirable to verify key model parameters and to track changing trends in the livestock industry.

### VS excretion rates

Volatile solids (VS) are the organic material in livestock manure and consist of both biodegradable and non-biodegradable fractions. The value needed for the Equation 10.23 is the total VS (both degradable and non-biodegradable fractions) as excreted by each animal species since the $B_o$ values are based on total VS entering the systems. The best way to obtain average daily VS excretion rates is to use data from nationally published sources. If average daily VS excretion rates are not available, country-specific VS excretion rates can be estimated from feed intake levels. Feed intake for cattle and buffalo can be estimated using the 'Enhanced' characterisation method described in Section 10.2. This will also ensure consistency in the data underlying the emissions estimates. For swine, country-specific swine production data may be required to estimate feed intake.

The VS content of manure equals the fraction of the diet consumed that is not digested and thus excreted as fecal material which, when combined with urinary excretions, constitutes manure. Countries should estimate gross energy (GE) intake (Section 10.2, Equation 10.16) and its fractional digestibility, DE, in the process of estimating enteric methane emissions.

Once these are estimated, the VS excretion rate is estimated as:

$$\boxed{\begin{array}{c} \textbf{EQUATION 10.24} \\ \textbf{VOLATILE SOLID EXCRETION RATES} \\ VS = \left[ GE \bullet \left( 1 - \dfrac{DE\%}{100} \right) + (UE \bullet GE) \right] \bullet \left[ \left( \dfrac{1 - ASH}{18.45} \right) \right] \end{array}}$$

Where:

VS = volatile solid excretion per day on a dry-organic matter basis, kg VS day$^{-1}$

GE = gross energy intake, MJ day$^{-1}$

DE% = digestibility of the feed in percent (e.g. 60%)

(UE $\bullet$ GE) = urinary energy expressed as fraction of GE. Typically 0.04GE can be considered urinary energy excretion by most ruminants (reduce to 0.02 for ruminants fed with 85% or more grain in the diet or for swine). Use country-specific values where available.

ASH = the ash content of manure calculated as a fraction of the dry matter feed intake (e.g., 0.08 for cattle). Use country-specific values where available.

18.45 = conversion factor for dietary GE per kg of dry matter (MJ kg$^{-1}$). This value is relatively constant across a wide range of forage and grain-based feeds commonly consumed by livestock.

Representative DE% values for various livestock categories are provided in Section 10.2, Table 10.2 of this report. The value for ash content fraction can range substantially between livestock types and should reflect national circumstances.

BLM_0055781

### $B_o$ values

The maximum methane-producing capacity of the manure ($B_o$) varies by species and diet. The preferred method to obtain $B_o$ measurement values is to use data from country-specific published sources, measured with a standardised method. It is important to standardise the $B_o$ measurement, including the method of sampling, and to confirm if the value is based on total as-excreted VS or biodegradable VS, since the Tier 2 calculation is based on total as-excreted VS. If country-specific $B_o$ measurement values are not available, default values are provided in Tables 10A-4 through 10A-9.

### MCFs

Default methane conversion factors (MCFs) are provided in Table 10.17 for different manure management systems and by annual average temperatures. MCFs are determined for a specific manure management system and represent the degree to which $B_o$ is achieved. The amount of methane generated by a specific manure management system is affected by the extent of anaerobic conditions present, the temperature of the system, and the retention time of organic material in the system. Default MCF values for lagoons presented in Table 10.17 include the effect of longer retention times, and as a result, are higher than other systems under most circumstances.

Since liquid-based systems are very sensitive to temperature effects, where possible default MCF values for these systems have been presented in Table 10.17 for specific annual average temperatures in each climate range. While these temperature ranges should cover most climate conditions, areas that have extreme high or low annual average temperatures outside the 10 to 28 degree Celsius range should utilize the end-of-range (i.e., 10 or 28 degree) values or investigate developing country-specific values.

These default values may not encompass the potentially wide variation within the defined categories of management systems. Therefore, country-specific MCFs that reflect the specific management systems used in particular countries or regions should be developed if possible. This is particularly important for countries with large animal populations or with multiple climate regions. In such cases, and if possible, field measurements should be conducted for each climate region to replace the default MCF values. Measurements should include the following factors:

- Timing of storage/application;

- Feed and animal characteristics at the measurement site (see Section 10.2 for the type of data that would be pertinent);

- Length of storage;

- Manure characteristics (e.g., VS influent and effluent concentrations for liquid systems);

- Determination of the amount of manure left in the storage facility (methanogenic inoculum);

- Time and temperature distribution between indoor and outdoor storage;

- Daily temperature fluctuation; and

- Seasonal temperature variation.

BLM_0055782

Volume 4: Agriculture, Forestry and Other Land Use

| TABLE 10.17 MCF VALUES BY TEMPERATURE FOR MANURE MANAGEMENT SYSTEMS | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| System[a] | | MCFs by average annual temperature (°C) | | | | | | | | | | | | | | | | | | | Source and comments |
| | | Cool | | | | | Temperate | | | | | | | | | | | | Warm | | |
| | | ≤ 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | ≥ 28 | |
| Pasture/Range/Paddock | | 1.0% | | | | | 1.5% | | | | | | | | | | | 2.0% | | | Judgement of IPCC Expert Group in combination with Hashimoto and Steed (1994). |
| Daily spread | | 0.1% | | | | | 0.5% | | | | | | | | | | | 1.0% | | | Hashimoto and Steed (1993). |
| Solid storage | | 2.0% | | | | | 4.0% | | | | | | | | | | | 5.0% | | | Judgement of IPCC Expert Group in combination with Amon *et al.* (2001), which shows emissions of approximately 2% in winter and 4% in summer. Warm climate is based on judgement of IPCC Expert Group and Amon *et al.* (1998). |
| Dry lot | | 1.0% | | | | | 1.5% | | | | | | | | | | | 2.0% | | | Judgement of IPCC Expert Group in combination with Hashimoto and Steed (1994). |
| Liquid/Slurry | With natural crust cover | 10% | 11% | 13% | 14% | 15% | 17% | 18% | 20% | 22% | 24% | 26% | 29% | 31% | 34% | 37% | 41% | 44% | 48% | 50% | Judgement of IPCC Expert Group in combination with Mangino *et al.* (2001) and Sommer (2000). The estimated reduction due to the crust cover (40%) is an annual average value based on a limited data set and can be highly variable dependent on temperature, rainfall, and composition. When slurry tanks are used as fed-batch storage/digesters, MCF should be calculated according to Formula 1. |
| | Without natural crust cover | 17% | 19% | 20% | 22% | 25% | 27% | 29% | 32% | 35% | 39% | 42% | 46% | 50% | 55% | 60% | 65% | 71% | 78% | 80% | Judgement of IPCC Expert Group in combination with Mangino *et al.* (2001). When slurry tanks are used as fed-batch storage/digesters, MCF should be calculated according to Formula 1. |

BLM_0055783

| | | | TABLE 10.17 (CONTINUED) MCF VALUES BY TEMPERATURE FOR MANURE MANAGEMENT SYSTEMS | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| System[a] | | MCFs by average annual temperature (°C) | | | | | | | | | | | | | | | | | | | Source and comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Cool | | | | | Temperate | | | | | | | | | | | Warm | | | |
| | | ≤10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | ≥28 | |
| Uncovered anaerobic lagoon | | 66% | 68% | 70% | 71% | 73% | 74% | 75% | 76% | 77% | 77% | 78% | 78% | 78% | 79% | 79% | 79% | 79% | 80% | 80% | Judgement of IPCC Expert Group in combination with Mangino *et al.* (2001). Uncovered lagoon MCFs vary based on several factors, including temperature, retention time, and loss of volatile solids from the system (through removal of lagoon effluent and/or solids). |
| Pit storage below animal confinements | < 1 month | 3% | | | | | 3% | | | | | | | | | | | 30% | | | Judgement of IPCC Expert Group in combination with Moller *et al.* (2004) and Zeeman (1994). Note that the ambient temperature, not the stable temperature is to be used for determining the climatic conditions. When pits used as fed-batch storage/digesters, MCF should be calculated according to Formula 1. |
| | > 1 month | 17% | 19% | 20% | 22% | 25% | 27% | 29% | 32% | 35% | 39% | 42% | 46% | 50% | 55% | 60% | 65% | 71% | 78% | 80% | Judgement of IPCC Expert Group in combination with Mangino *et al.* (2001). Note that the ambient temperature, not the stable temperature is to be used for determining the climatic conditions. When pits used as fed-batch storage/digesters, MCF should be calculated according to Formula 1. |

BLM_0055784

Volume 4: Agriculture, Forestry and Other Land Use

| TABLE 10.17 (CONTINUED) MCF VALUES BY TEMPERATURE FOR MANURE MANAGEMENT SYSTEMS | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| System[a] | | MCFs by average annual temperature (°C) | | | | | | | | | | | | | | | | | | | Source and comments |
| | | Cool | | | | | Temperate | | | | | | | | | | | Warm | | | |
| | | ≤10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | ≥28 | |
| Anaerobic digester | | 0-100% | | | | | 0-100% | | | | | | | | | | | 0-100% | | | Should be subdivided in different categories, considering amount of recovery of the biogas, flaring of the biogas and storage after digestion. Calculation with Formula 1. |
| Burned for fuel | | 10% | | | | | 10% | | | | | | | | | | | 10% | | | Judgement of IPCC Expert Group in combination with Safley et al. (1992). |
| Cattle and Swine deep bedding | < 1 month | 3% | | | | | 3% | | | | | | | | | | | 30% | | | Judgement of IPCC Expert Group in combination with Moller et al. (2004). Expect emissions to be similar, and possibly greater, than pit storage, depending on organic content and moisture content. |
| Cattle and Swine deep bedding (cont.) | > 1 month | 17% | 19% | 20% | 22% | 25% | 27% | 29% | 32% | 35% | 39% | 42% | 46% | 50% | 55% | 60% | 65% | 71% | 78% | 80% | Judgement of IPCC Expert Group in combination with Mangino et al. (2001). |
| Composting - In-vessel[b] | | 0.5% | | | | | 0.5% | | | | | | | | | | | 0.5% | | | Judgement of IPCC Expert Group and Amon et al. (1998). MCFs are less than half of solid storage. Not temperature dependant. |
| Composting - Static pile[b] | | 0.5% | | | | | 0.5% | | | | | | | | | | | 0.5% | | | Judgement of IPCC Expert Group and Amon et al. (1998). MCFs are less than half of solid storage. Not temperature dependant. |
| Composting - Intensive windrow[b] | | 0.5% | | | | | 1.0% | | | | | | | | | | | 1.5% | | | Judgement of IPCC Expert Group and Amon et al. (1998). MCFs are slightly less than solid storage. Less temperature dependant. |
| Composting – Passive windrow[b] | | 0.5% | | | | | 1.0% | | | | | | | | | | | 1.5% | | | Judgement of IPCC Expert Group and Amon et al. (1998). MCFs are slightly less than solid storage. Less temperature dependant. |

BLM_0055785

| System[a] | MCFs by average annual temperature (°C) | | | | | | | | | | | | | | | | | | Source and comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cool | | | | | Temperate | | | | | | | | | | | Warm | | |
| | ≤ 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | ≥ 28 | |
| Poultry manure with litter | 1.5% | | | | | 1.5% | | | | | | | | | | | 1.5% | | | Judgement of IPCC Expert Group. MCFs are similar to sol id storage but with generally constant warm temperatures. |
| Poultry manure without litter | 1.5% | | | | | 1.5% | | | | | | | | | | | 1.5% | | | Judgement of IPCC Expert Group. MCFs are similar to dry lot at a warm climate. |
| Aerobic treatment | 0% | | | | | 0% | | | | | | | | | | | 0% | | | MCFs are near zero. Aerobic treatment can result in the accumulation of sludge which may be treated in other systems. Sludge requires removal and has large VS values. It is important to identify the next management process for the sludge and estimate the emissions from that management process if significant. |

**TABLE 10.17** (CONTINUED)
**MCF** VALUES BY TEMPERATURE FOR MANURE MANAGEMENT SYSTEMS

**Formula 1** (Timeframe for inputs should reflect operating period of digester):

$MCF = [(CH_4 \text{ prod} - CH_4 \text{ used} - CH_4 \text{ flared} + (MCF_{storage}/100 * B_o * VS_{storage} * 0.67))/(B_o * VS_{storage} * 0.67)] *100$

Where:

$CH_4$ prod = methane production in digester , (kg $CH_4$) . Note: When a gas tight coverage of the storage for digested manure is used, the gas production of the storage should be included.

$CH_4$ used = amount of methane gas used for energy, (kg $CH_4$)

$CH_4$ flared = amount of methane flared, (kg $CH_4$)

$MCF_{storage}$ = MCF for $CH_4$ emitted during storage of digested manure (%)

$VS_{storage}$ = amount of VS excreted that goes to storage prior to digestion (kg VS)

When a gas tight storage is included: $MCF_{storage}$ = 0 ; otherwise $MCF_{storage}$ = MCF value for liquid storage

[a] Definitions for manure management systems are provided in Table 10. 18.

[b] Composting is the biological oxidation of a solid waste including manure usually with bedding or another organic carbon source typically at thermophilic temperatures produced by microbial heat production.

BLM_0055786

## 10.4.3    Choice of activity data

There are two main types of activity data for estimating $CH_4$ emissions from manure management: (1) animal population data; and (2) manure management system usage data.

The animal population data should be obtained using the approach described in Section 10.2. As noted in Section 10.2, it is *good practice* to conduct a single livestock characterisation that will provide the activity data for all emissions sources relying on livestock population data. It is important to note, however, that the level of disaggregation in the livestock population data required to estimate emissions from manure management, may differ from those used for other sources, such as Enteric Fermentation. For example, for some livestock population species/categories, such as cattle, the enhanced characterisation required for the Tier 2 enteric fermentation estimate could be aggregated to broader categories that are sufficient for this source category. For other livestock species, such as swine, it may be preferable to have more disaggregation of weight categories for manure management calculations than for enteric fermentation. However, consistency in total livestock categories should be retained throughout the inventory.

Inventory agencies in countries with varied climatic conditions are encouraged to obtain population data for each major climatic zone. In addition, where possible, the associated annual average temperature for locations where livestock manure is managed in liquid-based systems (e.g., pits, tanks, and lagoons) should be obtained. This will allow more specific selection of default factors or MCF values for those systems more sensitive to temperature changes. Ideally, the regional population breakdown can be obtained from published national livestock statistics, and the temperature data from national meteorological statistics. If regional data are not available, experts should be consulted regarding regional production (e.g., milk, meat, and wool) patterns or land distribution, which may provide the required information to estimate the regional animal distributions.

To implement the Tier 2 method, the portion of manure managed in each manure management system must also be collected for each representative animal species. Table 10.18 summarizes the main types of manure management systems. Quantitative data should be used to distinguish whether the system is judged to be a solid storage or liquid/slurry. The borderline between dry and liquid can be drawn at 20% dry matter content. Note that in some cases, manure may be managed in several types of manure management systems. For example, manure flushed from a dairy freestall barn to an anaerobic lagoon may first pass through a solids separation unit where some of the manure solids are removed and managed as a solid. Therefore, it is important to carefully consider the fraction of manure that is managed in each type of system.

The best means of obtaining manure management system distribution data is to consult regularly published national statistics. If such statistics are unavailable, the preferred alternative is to conduct an independent survey of manure management system usage. If the resources are not available to conduct a survey, experts should be consulted to obtain an opinion of the system distribution. Volume 1, Chapter 2 *Approaches to Data Collection* describes how to elicit expert judgement. Similar expert elicitation protocols can be used to obtain manure management system distribution data.

## 10.4.4    Uncertainty assessment

### EMISSION FACTORS

There are large uncertainties associated with the default emission factors for Tier 1 (see Tables 10.14 to 10.16). The uncertainty range for the default factors is estimated to be $\pm 30\%$. Improvements achieved by Tier 2 methodologies are estimated to reduce uncertainty ranges in the emission factors to $\pm 20\%$. Accurate and well-designed emission measurements from well characterised types of manure and manure management systems can help reduce these uncertainties further. These measurements must account for temperature, moisture conditions, aeration, VS content, duration of storage, and other aspects of treatment.

The default values may have a large uncertainty for an individual country because they may not reflect the specific manure management conditions present within the country. Uncertainties can be reduced by developing and using MCF, $B_o$, and VS values that reflect country/region specific conditions.

BLM_0055787

| TABLE 10.18 DEFINITIONS OF MANURE MANAGEMENT SYSTEMS | |
|---|---|
| **System** | **Definition** |
| Pasture/Range/Paddock | The manure from pasture and range grazing animals is allowed to lie as deposited, and is not managed. |
| Daily spread | Manure is routinely removed from a confinement facility and is applied to cropland or pasture within 24 hours of excretion. |
| Solid storage | The storage of manure, typically for a period of several months, in unconfined piles or stacks. Manure is able to be stacked due to the presence of a sufficient amount of bedding material or loss of moisture by evaporation. |
| Dry lot | A paved or unpaved open confinement area without any significant vegetative cover where accumulating manure may be removed periodically. |
| Liquid/Slurry | Manure is stored as excreted or with some minimal addition of water in either tanks or earthen ponds outside the animal housing, usually for periods less than one year. |
| Uncovered anaerobic lagoon | A type of liquid storage system designed and operated to combine waste stabilization and storage. Lagoon supernatant is usually used to remove manure from the associated confinement facilities to the lagoon. Anaerobic lagoons are designed with varying lengths of storage (up to a year or greater), depending on the climate region, the volatile solids loading rate, and other operational factors. The water from the lagoon may be recycled as flush water or used to irrigate and fertilise fields. |
| Pit storage below animal confinements | Collection and storage of manure usually with little or no added water typically below a slatted floor in an enclosed animal confinement facility, usually for periods less than one year. |
| Anaerobic digester | Animal excreta with or without straw are collected and anaerobically digested in a large containment vessel or covered lagoon. Digesters are designed and operated for waste stabilization by the microbial reduction of complex organic compounds to $CO_2$ and $CH_4$, which is captured and flared or used as a fuel. |
| Burned for fuel | The dung and urine are excreted on fields. The sun dried dung cakes are burned for fuel. |
| Cattle and Swine deep bedding | As manure accumulates, bedding is continually added to absorb moisture over a production cycle and possibly for as long as 6 to 12 months. This manure management system also is known as a bedded pack manure management system and may be combined with a dry lot or pasture. |
| Composting - in-vessel[a] | Composting, typically in an enclosed channel, with forced aeration and continuous mixing. |
| Composting - Static pile[a] | Composting in piles with forced aeration but no mixing. |
| Composting - Intensive windrow[a] | Composting in windrows with regular (at least daily) turning for mixing and aeration. |
| Composting - Passive windrow[a] | Composting in windrows with infrequent turning for mixing and aeration. |
| Poultry manure with litter | Similar to cattle and swine deep bedding except usually not combined with a dry lot or pasture. Typically used for all poultry breeder flocks and for the production of meat type chickens (broilers) and other fowl. |
| Poultry manure without litter | May be similar to open pits in enclosed animal confinement facilities or may be designed and operated to dry the manure as it accumulates. The latter is known as a high-rise manure management system and is a form of passive windrow composting when designed and operated properly. |
| Aerobic treatment | The biological oxidation of manure collected as a liquid with either forced or natural aeration. Natural aeration is limited to aerobic and facultative ponds and wetland systems and is due primarily to photosynthesis. Hence, these systems typically become anoxic during periods without sunlight. |

[a]Composting is the biological oxidation of a solid waste including manure usually with bedding or another organic carbon source typically at thermophilic temperatures produced by microbial heat production.

BLM_0055788

## ACTIVITY DATA – LIVESTOCK POPULATIONS

See Section 10.2 Livestock and Feed Characterisation for discussion on uncertainty of animal population and characterisation data.

## ACTIVITY DATA – MANURE MANAGEMENT SYSTEM USAGE

The uncertainty of the manure management system usage data will depend on the characteristics of each country's livestock industry and how information on manure management is collected.  For example, for countries that rely almost exclusively on one type of management system, such as pasture and range, the uncertainty associated with management system usage data can be 10% or less.   However, for countries where there is a wide variety of management systems used with locally different operating practices, the uncertainty range in management system usage data can be much higher, in the range of 25% to 50%, depending on the availability of reliable and representative survey data that differentiates animal populations by system usage. Preferably, each country should estimate the uncertainty associated with their management system usage data by using the methods described in Volume 1, Chapter 3.

# 10.4.5   Completeness, Time series, Quality assurance / Quality control and Reporting

A complete inventory should estimate $CH_4$ emissions from all systems of manure management for all livestock species/categories identified in Section 10.2. Countries are encouraged to use manure management system definitions that are consistent with those presented in Table 10.18 to ensure that all types of systems are being accounted for. Population data should be cross-checked between main reporting mechanisms (such as FAO and national agricultural statistics databases) to ensure that information used in the inventory is complete and consistent. Because of the widespread availability of the FAO database of livestock information, most countries should be able to prepare, at a minimum, Tier 1 estimates for the major livestock categories.   For more information regarding the completeness of livestock characterisation, see Section 10.2.

Developing a consistent time series of emission estimates for this source category requires, at a minimum, collection of an internally consistent time series of livestock population statistics. General guidance on the development of a consistent time series is addressed in Volume 1, Chapter 5 (Time Series Consistency).

If significant changes in manure management practices have occurred over time, the Tier 1 method will not provide an accurate time series of emissions (since the Tier 1 default factors are based on a historical set of parameters), and the Tier 2 method should be considered. When developing a time series for the Tier 2 method it is also necessary to collect country-specific manure management system data. In cases when manure management system data are not available for some period during the time series, trends can be used to extrapolate data from a sample area or region to the entire country, if climatic conditions are similar (i.e., temperature and rainfall). National livestock experts from government, industry, or universities should be consulted where possible to develop trends in management system usage and characteristics.

If the emission estimation method has changed, historical data that are required by the current method should be collected and used to recalculate emissions for that period. If such data are not available, it may be appropriate to create a trend with recent data and use the trend to back-estimate management practices for the time series. For example, it may be known that certain livestock industries are converting to more intensive management systems in lieu of grazing. Historically, this changeover should be captured in the time series of emissions, through modifications to the manure management system allocation. It may be necessary to base this allocation on expert judgment from national experts where extensive survey data are not available. Volume 1, Chapter 5 provides additional guidance on how to address recalculation issues. Also, Section 10.2 suggests approaches for the animal population aspects. The inventory text should thoroughly explain how the change in farm practices or implementation of mitigation measures has affected the time series of activity data or emission factors.

It is *good practice* to implement general quality control checks as outlined in Volume 1, Chapter 6, Quality Assurance/Quality Control and Verification, and expert review of the emission estimates. Additional quality control checks and quality assurance procedures may also be applicable, particularly if higher tier methods are used to determine emissions from this source. The general QA/QC related to data processing, handling, and reporting should be supplemented with procedures discussed below.

## ACTIVITY DATA CHECK

- The inventory agency should review livestock data collection methods, in particular checking that livestock subspecies data were collected and aggregated correctly. The data should be cross-checked with previous years to ensure the data are reasonable and consistent with the expected trend. Inventory agencies should document data collection methods, identify potential areas of bias (e.g., systematic under-reporting of

BLM_0055789

animal populations to statistical agencies by individual livestock owners), and evaluate the representativeness of the data.

- Manure management system allocation should be reviewed on a regular basis to determine if changes in the livestock industry are being captured. Conversion from one type of management system to another, and technical modifications to system configuration and performance, should be captured in the system modeling for the affected livestock.

- National agricultural policy and regulations may have an effect on parameters that are used to calculate manure emissions, and should be reviewed regularly to determine what impact they may have. For example, guidelines to reduce manure runoff into water bodies may cause a change in management practices, and thus affect the MCF value for a particular livestock category. Consistency should be maintained between the inventory and ongoing changes in agricultural practices.

## REVIEW OF EMISSION FACTORS

- If using the Tier 1 method (using default IPCC emission factors), the inventory agency should evaluate how well the default VS excretion rates, $B_o$ values, and manure management practices represent the defined animal population and manure characteristics of the country. This should be done by reviewing the background information from Tables 10A-4 to 10A-9 to see how well the default input parameters match the inventory area. If there is not a good match, substitution of more appropriate country-specific parameters can be used to develop an improved emission factor.

- If using the Tier 2 method, the inventory agency should cross-check the country-specific parameters (e.g., VS excretion rates, $B_o$, and MCF) against the IPCC defaults. Significant differences between country-specific parameters and default parameters should be explained and documented.

- If using the Tier 2 method, derivation of VS rates should be compared to background assumptions used for the enteric fermentation Tier 2 inventory where applicable. For example, the gross energy and digestible energy components used in the enteric fermentation inventory can be used to cross-check independently-derived VS rates. Application of Equation 10.24 (Volatile solid excretion rates) can be used in this case for such a cross-comparison on ruminants. For all animals, on a gross basis, VS rates should be consistent with the feed intake of the animal (i.e., waste energy should not exceed intake energy) and be consistent with the range of DE% values reported in Section 10.2, Table 10.2 of this report.

- Whenever possible, available measurement data, even if they represent only a small sample of systems, should be reviewed relative to assumptions for MCF values and $CH_4$ production estimates. Representative measurement data may provide insights into how well current assumptions predict $CH_4$ production from manure management systems in the inventory area, and how certain factors (e.g., temperature, system configuration, retention time) are affecting emissions. Because of the relatively small amount of measurement data available for these systems worldwide, any new results can improve the understanding of these emissions and possibly their prediction.

## EXTERNAL REVIEW

- The inventory agency should utilise experts in manure management and animal nutrition to conduct expert peer review of the methods and data used. While these experts may not be familiar with greenhouse gas emissions, their knowledge of key input parameters to the emission calculation can aid in the overall verification of the emissions. For example, animal nutritionists can see if VS production rates to see if they are consistent with feed utilization research for certain livestock species. Practicing farmers can provide insights into actual manure management techniques, such as storage times and mixed-system usage. Wherever possible, these experts should be completely independent of the inventory process in order to allow a true external review.

It is *good practice* to document and archive all information required to produce the national emissions inventory estimates as outlined in Volume 1, Chapter 6 (Quality assurance/Quality control and Verification). When country-specific data (e.g., emission factors, manure management practices, and manure characteristics such as VS and $B_o$) have been used, the derivation of or references for these data should be clearly documented and reported along with the inventory results under the appropriate IPCC source category. To improve transparency, emission estimates from this source category should be reported along with the activity data and emission factors used to determine the estimates.

The following information should be documented:

- All activity data (e.g., livestock population data by species/category and by region), including sources used, complete citations for the statistical database from which data were collected, and (in cases where activity

BLM_0055790