data were not available directly from databases) the information and assumptions that were used to derive the activity data.

- Climatic conditions (e.g., average temperature during manure storage) in regions if applicable.

- Manure management system data, by livestock species/category and by region, if applicable. If manure management systems different than those defined in this chapter are used, these should be described.

- The frequency of data collection, and estimates of accuracy and precision.

- Emission factors documentation, including:

    (i)     References for the emission factors that were used (IPCC default or otherwise); and

    (ii)    The scientific basis of these emission factors and methods, including definition of input parameters and description of the process by which these emission factors and methods are derived, as well as describing sources and magnitudes of uncertainties. (In inventories, in which country- or region-specific emission factors were used or in which new methods other than those described here were used).

- If the Tier 1 method is used, all default emission factors used in the emissions estimation for the specific livestock population species/category.

- If the Tier 2 method is used, documentation of emission factor calculation components, including:

    (i)     VS and $B_o$ values for all livestock population species/category in inventory, whether country-specific, region-specific, or IPCC default; and

    (ii)    MCF values for all manure management systems used, whether country-specific or IPCC default.

# 10.5    $N_2O$ EMISSIONS FROM MANURE MANAGEMENT

The section describes how to estimate the $N_2O$ produced, directly and indirectly, during the storage and treatment of manure before it is applied to land or otherwise used for feed, fuel, or construction purposes. The term 'manure' is used here collectively to include both dung and urine (i.e., the solids and the liquids) produced by livestock. The $N_2O$ emissions generated by manure in the system 'pasture, range, and paddock' occur directly and indirectly from the soil, and are therefore reported under the category '$N_2O$ Emissions from Managed Soils' (see Chapter 11, Section 11.2). The emissions associated with the burning of dung for fuel are to be reported under 'Fuel Combustion' (see Volume 2: Energy), or under 'Waste Combustion' (see Volume 5: Waste) if burned without energy recovery.

Direct $N_2O$ emissions occur via combined nitrification and denitrification of nitrogen contained in the manure. The emission of $N_2O$ from manure during storage and treatment depends on the nitrogen and carbon content of manure, and on the duration of the storage and type of treatment. Nitrification (the oxidation of ammonia nitrogen to nitrate nitrogen) is a necessary prerequisite for the emission of $N_2O$ from stored animal manures. Nitrification is likely to occur in stored animal manures provided there is a sufficient supply of oxygen. Nitrification does not occur under anaerobic conditions. Nitrites and nitrates are transformed to $N_2O$ and dinitrogen ($N_2$) during the naturally occurring process of denitrification, an anaerobic process. There is general agreement in the scientific literature that the ratio of $N_2O$ to $N_2$ increases with increasing acidity, nitrate concentration, and reduced moisture. In summary, the production and emission of $N_2O$ from managed manures requires the presence of either nitrites or nitrates in an anaerobic environment preceded by aerobic conditions necessary for the formation of these oxidized forms of nitrogen. In addition, conditions preventing reduction of $N_2O$ to $N_2$, such as a low pH or limited moisture, must be present.

Indirect emissions result from volatile nitrogen losses that occur primarily in the forms of ammonia and $NO_x$. The fraction of excreted organic nitrogen that is mineralized to ammonia nitrogen during manure collection and storage depends primarily on time, and to a lesser degree temperature. Simple forms of organic nitrogen such as urea (mammals) and uric acid (poultry) are rapidly mineralized to ammonia nitrogen, which is highly volatile and easily diffused into the surrounding air (Asman *et al.*, 1998; Monteny and Erisman, 1998). Nitrogen losses begin at the point of excretion in houses and other animal production areas (e.g., milk parlors) and continue through on-site management in storage and treatment systems (i.e., manure management systems). Nitrogen is also lost through runoff and leaching into soils from the solid storage of manure at outdoor areas, in feedlots and where animals are grazing in pastures. Pasture losses are considered separately in Chapter 11, Section 11.2, *$N_2O$ Emissions from Managed Soils*, as are emissions of nitrogen compounds from grazing livestock.

BLM_0055791

Due to significant direct and indirect losses of manure nitrogen in management systems it is important to estimate the remaining amount of animal manure nitrogen available for application to soils or for use in feed, fuel, or construction purposes. This value is used for calculation $N_2O$ emissions from managed soils (see Chapter 11, Section 11.2). The methodology to estimate manure nitrogen that is directly applied to soils, or available for use in feed, fuel, or construction purposes is described in this chapter under Section 10.5.4 "Coordination with reporting for $N_2O$ emissions from managed soils".

# 10.5.1   Choice of method

The level of detail and methods chosen for estimating $N_2O$ emissions from manure management systems will depend upon national circumstances and the decision tree in Figure 10.4 describes *good practice* in choosing a method accordingly.   The following sections describe the different tiers referenced in the decision tree for calculating direct and indirect $N_2O$ emissions from manure management systems.

### Direct $N_2O$ emissions from Manure Management

#### Tier 1
The Tier 1 method entails multiplying the total amount of N excretion (from all livestock species/categories) in each type of manure management system by an emission factor for that type of manure management system (see Equation 10.25). Emissions are then summed over all manure management systems.   The Tier 1 method is applied using IPCC default $N_2O$ emission factors, default nitrogen excretion data, and default manure management system data (see Annex 10A.2, Tables 10A-4 to 10A-8 for default management system allocations).

#### Tier 2
A Tier 2 method follows the same calculation equation as Tier 1 but would include the use of country-specific data for some or all of these variables.   For example, the use of country-specific nitrogen excretion rates for livestock categories would constitute a Tier 2 methodology.

#### Tier 3
A Tier 3 method utilizes alternative estimation procedures based on a country-specific methodology.   For example, a process-based, mass balance approach which tracks nitrogen throughout the system starting with feed input through final use/disposal could be utilized as a Tier 3 procedure.   Tier 3 methods should be well documented to clearly describe estimation procedures.

To estimate emissions from manure management systems, the livestock population must first be divided into categories that reflect the varying amounts of manure produced per animal as well as the manner in which the manure is handled. This division of manure by type of system should be the same as that used to characterize methane emissions from manure management (see Section 10.4). For example, if Tier 1 default emission factors are used for calculating $CH_4$ emissions, then the manure management systems usage data from Tables 10A-4 to 10A-8 should be applied. Detailed information on how to characterise the livestock population for this source is provided in Section 10.2.

The following five steps are used to estimate direct $N_2O$ emissions from Manure Management:

**Step 1:**   Collect population data from the Livestock Population Characterisation;

**Step 2:**   Use default values or develop the annual average nitrogen excretion rate per head ($Nex_{(T)}$) for each defined livestock species/category T;

**Step 3:**   Use default values or determine the fraction of total annual nitrogen excretion for each livestock species/category T that is managed in each manure management system S ($MS_{(T,S)}$);

**Step 4:**   Use default values or develop $N_2O$ emission factors for each manure management system S ($EF_{3(S)}$); and

**Step 5:**   For each manure management system type S, multiply its emission factor ($EF_{3(S)}$) by the total amount of nitrogen managed (from all livestock species/categories) in that system, to estimate $N_2O$ emissions from that manure management system. Then sum over all manure management systems.

In some cases, manure nitrogen may be managed in several types of manure management systems. For example, manure flushed from a dairy freestall barn to an anaerobic lagoon may first pass through a solids separation unit where some of the manure nitrogen is removed and managed as a solid. Therefore, it is important to consider carefully the fraction of manure nitrogen that is managed in each type of system.

The calculation of direct $N_2O$ emissions from manure management is based on the following equation:

BLM_0055792

---

**EQUATION 10.25**
**DIRECT $N_2O$ EMISSIONS FROM MANURE MANAGEMENT**

$$N_2O_{D(mm)} = \left[ \sum_S \left[ \sum_T \left( N_{(T)} \bullet Nex_{(T)} \bullet MS_{(T,S)} \right) \right] \bullet EF_{3(S)} \right] \bullet \frac{44}{28}$$

Where:

$N_2O_{D(mm)}$ = direct $N_2O$ emissions from Manure Management in the country, kg $N_2O$ yr$^{-1}$

$N_{(T)}$ = number of head of livestock species/category $T$ in the country

$Nex_{(T)}$ = annual average N excretion per head of species/category $T$ in the country, kg N animal$^{-1}$ yr$^{-1}$

$MS_{(T,S)}$ = fraction of total annual nitrogen excretion for each livestock species/category $T$ that is managed in manure management system $S$ in the country, dimensionless

$EF_{3(S)}$ = emission factor for direct $N_2O$ emissions from manure management system $S$ in the country, kg $N_2O$-N/kg N in manure management system $S$

$S$ = manure management system

$T$ = species/category of livestock

44/28 = conversion of $(N_2O\text{-}N)_{(mm)}$ emissions to $N_2O_{(mm)}$ emissions

There may be losses of nitrogen in other forms (e.g., ammonia and $NO_x$) as manure is managed on site. Nitrogen in the volatilized form of ammonia may be deposited at sites downwind from manure handling areas and contribute to indirect $N_2O$ emissions (see below). Countries are encouraged to consider using a mass balance approach (Tier 3) to track the manure nitrogen excreted, managed on site in manure management systems, and ultimately applied to managed soils. The estimation of the amount of manure nitrogen which is directly applied to managed soils or otherwise available for use as feed, fuel or construction purposes is described in the Section 10.5.4, Coordination with reporting for $N_2O$ emissions from managed soils. See Chapter 11, Section 11.2 for procedures to calculate $N_2O$ emissions from managed manure nitrogen applied to soils.

## Indirect $N_2O$ emissions from Manure Management

### Tier 1

The Tier 1 calculation of N volatilisation in forms of $NH_3$ and $NO_x$ from manure management systems is based on multiplication of the amount of nitrogen excreted (from all livestock categories) and managed in each manure management system by a fraction of volatilised nitrogen (see Equation 10.26). N losses are then summed over all manure management systems. The Tier 1 method is applied using default nitrogen excretion data, default manure management system data (see Annex 10A.2, Tables 10A-4 to 10A-8) and default fractions of N losses from manure management systems due to volatilisation (see Table 10.22):

**EQUATION 10.26**
**N LOSSES DUE TO VOLATILISATION FROM MANURE MANAGEMENT**

$$N_{volatilization-MMS} = \sum_S \left[ \sum_T \left[ \left( N_{(T)} \bullet Nex_{(T)} \bullet MS_{(T,S)} \right) \bullet \left( \frac{Frac_{GasMS}}{100} \right)_{(T,S)} \right] \right]$$

Where:

$N_{volatilization-MMS}$ = amount of manure nitrogen that is lost due to volatilisation of $NH_3$ and $NO_x$, kg N yr$^{-1}$

$N_{(T)}$ = number of head of livestock species/category $T$ in the country

$Nex_{(T)}$ = annual average N excretion per head of species/category $T$ in the country, kg N animal$^{-1}$ yr$^{-1}$

$MS_{(T,S)}$ = fraction of total annual nitrogen excretion for each livestock species/category $T$ that is managed in manure management system $S$ in the country, dimensionless

$Frac_{GasMS}$ = percent of managed manure nitrogen for livestock category $T$ that volatilises as $NH_3$ and $NO_x$ in the manure management system $S$, %

---

BLM_0055793

**Figure 10.4       Decision tree for N$_2$O emissions from Manure Management (Note 1)**



Note:
1: N$_2$O emissions from manure management systems include both direct and indirect sources
2: See Volume 1 Chapter 4, "Methodological Choice and Identification of Key Categories" (noting Section 4.1.2 on limited resources), for discussion of *key categories* and use of decision trees.
3: As a rule of thumb, a livestock species would be significant if it accounts for 25-30% or more of emissions from the source category.

BLM_0055794

The indirect $N_2O$ emissions from volatilisation of N in forms of $NH_3$ and $NO_x$ ($N_2O_{G(mm)}$) are estimated using Equation 10.27:

---

**EQUATION 10.27**
**INDIRECT $N_2O$ EMISSIONS DUE TO VOLATILISATION OF N FROM MANURE MANAGEMENT**

$$N_2O_{G(mm)} = (N_{volatilization-MMS} \bullet EF_4) \bullet \frac{44}{28}$$

---

Where:

$N_2O_{G(mm)}$ = indirect $N_2O$ emissions due to volatilization of N from Manure Management in the country, kg $N_2O$ yr$^{-1}$

$EF_4$ = emission factor for $N_2O$ emissions from atmospheric deposition of nitrogen on soils and water surfaces, kg $N_2O$-N (kg $NH_3$-N + $NO_x$-N volatilised)$^{-1}$ ; default value is 0.01 kg $N_2O$-N (kg $NH_3$-N + $NO_x$-N volatilised)$^{-1}$ , given in Chapter 11, Table 11.3

**Tier 2**

Countries may wish to develop a Tier 2 methodology for better consideration of national circumstances and to reduce uncertainty of estimates as much as possible. As for direct $N_2O$ emission from manure management, a Tier 2 method would follow the same calculation equation as Tier 1 but include the use of country-specific data for some or all of these variables. For example, the use of country-specific nitrogen excretion rates for livestock categories would constitute a Tier 2 method. National $NH_3$ emission inventories developed by some countries could be used for Tier 2 estimation of nitrogen volatilisation from manure management systems. A Tier 2 method would require more detailed characterisation of the flow of nitrogen throughout the animal housing and manure management systems used in the country. Double counting of emissions associated with the application of managed manure should be avoided, as well as manure associated with pasture and grazing operations, which should be calculated and reported under Chapter 11, Section 11.2 ($N_2O$ emissions from managed soils).

There are extremely limited measurement data on leaching and runoff losses from various manure management systems. The greatest N losses due to runoff and leaching typically occur where animals are on a drylot. In drier climates, runoff losses are smaller than in high rainfall areas and have been estimated in the range from 3 to 6% of N excreted (Eghball and Power, 1994). Studies by Bierman *et al.* (1999) found nitrogen lost in runoff was 5 to 19% of N excreted and 10 to 16% leached into soil, while other data show relatively low loss of nitrogen through leaching in solid storage (less than 5% of N excreted) but greater loss could also occur (Rotz, 2004). Further research is needed in this area to improve the estimated losses and the conditions and practices under which such losses occur. Equation 10.28 should only be used where there is country-specific information on the fraction of nitrogen loss due to leaching and runoff from manure management systems available. Therefore, estimation of N losses from leaching and runoff from manure management should be considered part of a Tier 2 or Tier 3 method.

Nitrogen that leaches into soil and/or runs off during solid storage of manure at outdoor areas or in feedlots is derived as follows:

---

**EQUATION 10.28**
**N LOSSES DUE TO LEACHING FROM MANURE MANAGEMENT SYSTEMS**

$$N_{leaching-MMS} = \sum_S \left[ \sum_T \left[ \left( N_{(T)} \bullet Nex_{(T)} \bullet MS_{(T,S)} \right) \bullet \left( \frac{Frac_{leachMS}}{100} \right)_{(T,S)} \right] \right]$$

---

Where:

$N_{leaching-MMS}$ = amount of manure nitrogen that leached from manure management systems, kg N yr$^{-1}$

$N_{(T)}$ = number of head of livestock species/category $T$ in the country

$Nex_{(T)}$ = annual average N excretion per head of species/category $T$ in the country, kg N animal$^{-1}$ yr$^{-1}$

$MS_{(T,S)}$ = fraction of total annual nitrogen excretion for each livestock species/category $T$ that is managed in manure management system $S$ in the country, dimensionless

$Frac_{leachMS}$ = percent of managed manure nitrogen losses for livestock category $T$ due to runoff and leaching during solid and liquid storage of manure (typical range 1-20%)

BLM_0055795

The indirect $N_2O$ emissions from leaching and runoff of nitrogen from manure management systems ($N_2O_{L(mm)}$) are estimated using Equation 10.29:

---

**EQUATION 10.29**
**INDIRECT $N_2O$ EMISSIONS DUE TO LEACHING FROM MANURE MANAGEMENT**

$$N_2O_{L(mm)} = \left(N_{leaching-MMS} \bullet EF_5\right) \bullet \frac{44}{28}$$

---

Where:

$N_2O_{L(mm)}$ = indirect $N_2O$ emissions due to leaching and runoff from Manure Management in the country, kg $N_2O$ $yr^{-1}$

$EF_5$ = emission factor for $N_2O$ emissions from nitrogen leaching and runoff, kg $N_2O$-N/kg N leached and runoff (default value 0.0075 kg $N_2O$-N (kg N leaching/runoff)$^{-1}$, given in Chapter 11, Table 11.3

**Tier 3**

To reduce uncertainty of the estimates, a Tier 3 method could be developed with country-specific emission factors for volatilisation and nitrogen leaching and runoff based on actual measurements.

All losses of N through manure management systems (both direct and indirect) need to be excluded from the amount of manure N that is available for application to soils and which is reported in Chapter 11, Section 11.2 *$N_2O$ Emissions from Managed Soils*. Refer to Section 10.5.4, Coordination with reporting for $N_2O$ emissions from managed soils, for guidance on calculating total N losses from manure management systems.

# 10.5.2   Choice of emission factors

## Annual average nitrogen excretion rates, $Nex_{(T)}$

**Tier 1**

Annual nitrogen excretion rates should be determined for each livestock category defined by the livestock population characterisation. Country-specific rates may either be taken directly from documents or reports such as agricultural industry and scientific literature, or derived from information on animal nitrogen intake and retention (as explained below). In some situations, it may be appropriate to use excretion rates developed by other countries that have livestock with similar characteristics.

If country-specific data cannot be collected or derived, or appropriate data are not available from another country, the IPCC default nitrogen excretion rates presented in Table 10.19 can be used. These rates are presented in units of nitrogen excreted per 1000 kg of animal per day. These rates can be applied to livestock sub-categories of varying ages and growth stages using a typical average animal mass (TAM) for that population sub-category, as shown in Equation 10.30.

---

**EQUATION 10.30**
**ANNUAL N EXCRETION RATES**

$$Nex_{(T)} = N_{rate(T)} \bullet \frac{TAM}{1000} \bullet 365$$

---

Where:

$Nex_{(T)}$ = annual N excretion for livestock category $T$, kg N $animal^{-1}$ $yr^{-1}$

$N_{rate(T)}$ = default N excretion rate, kg N (1000 kg animal mass)$^{-1}$ $day^{-1}$ (see Table 10.19)

$TAM_{(T)}$ = typical animal mass for livestock category $T$, kg $animal^{-1}$

Default TAM values are provided in Tables 10A-4 to 10A-9 in Annex 10A.2. However, it is preferable to collect country-specific TAM values due to the sensitivity of nitrogen excretion rates to different weight categories. For example, market swine may vary from nursery pigs weighing less than 30 kilograms to finished pigs that weigh over 90 kilograms. By constructing animal population groups that reflect the various growth stages of market pigs, countries will be better able to estimate the total nitrogen excreted by their swine population.

BLM_0055796

Volume 4: Agriculture, Forestry and Other Land Use

When estimating the $Nex_{(T)}$ for animals whose manure is classified in the manure management system *burned for fuel* (Table 10.21, Default emission factors for direct $N_2O$ emissions from Manure Management), it should be kept in mind that the dung is burned and the urine stays in the field. As a rule of thumb, 50% of the nitrogen excreted is in the dung and 50% is in the urine. If the burned dung is used as fuel, then emissions are reported under the IPCC category *Fuel Combustion* (Volume 2: Energy), whereas if the dung is burned without energy recovery the emissions should be reported under the IPCC category *Waste Incineration* (Volume 5: Waste).

**Tier 2**

The annual amount of N excreted by each livestock species/category depends on the total annual N intake and total annual N retention of the animal. Therefore, N excretion rates can be derived from N intake and N retention data. Annual N intake (i.e., the amount of N consumed by the animal annually) depends on the annual amount of feed digested by the animal, and the protein content of that feed. Total feed intake depends on the production level of the animal (e.g., growth rate, milk production, draft power). Annual N retention (i.e., the fraction of N intake that is retained by the animal for the production of meat, milk, or wool) is a measure of the animal's efficiency of production of animal protein from feed protein. Nitrogen intake and retention data for specific livestock species/categories may be available from national statistics or from animal nutrition specialists. Nitrogen intake can also be calculated from data on feed and crude protein intake developed in Section 10.2. Default N retention values are provided in Table 10.20, Default values for the fraction of nitrogen in feed taken in by animals that is retained by the different animal species/categories. Rates of annual N excretion for each livestock species/category ($Nex_{(T)}$) are derived as follows:

---

**EQUATION 10.31**
**ANNUAL N EXCRETION RATES (TIER 2)**

$$Nex_{(T)} = N_{intake(T)} \bullet \left(1 - N_{retention(T)}\right)$$

---

Where:

$Nex_{(T)}$ = annual N excretion rates, kg N animal$^{-1}$ yr$^{-1}$

$N_{intake(T)}$ = the annual N intake per head of animal of species/category $T$, kg N animal$^{-1}$ yr$^{-1}$

$N_{retention(T)}$ = fraction of annual N intake that is retained by animal of species/category $T$, dimensionless

**Example of Tier 2 method for estimating nitrogen excretion for cattle**

Nitrogen excretion may be calculated based on the same dietary assumptions used in modelling enteric fermentation emissions (see Section 10.2). The amount of nitrogen excreted by cattle can be estimated as the difference between the total nitrogen taken in by the animal and the total nitrogen retained for growth and milk production. Equations 10.32 and 10.33 can be used to calculate the variables for nitrogen intake and nitrogen retained for use in Equation 10.31. The total nitrogen intake rate is derived as follows:

---

**EQUATION 10.32**
**N INTAKE RATES FOR CATTLE**

$$N_{intake(T)} = \frac{GE}{18.45} \bullet \left(\frac{\dfrac{CP\%}{100}}{6.25}\right)$$

---

Where:

$N_{intake(T)}$ = daily N consumed per animal of category $T$, kg N animal$^{-1}$ day$^{-1}$

GE = gross energy intake of the animal, in enteric model, based on digestible energy, milk production, pregnancy, current weight, mature weight, rate of weight gain, and IPCC constants, MJ animal$^{-1}$ day$^{-1}$

18.45 = conversion factor for dietary GE per kg of dry matter, MJ kg$^{-1}$. This value is relatively constant across a wide range of forage and grain-based feeds commonly consumed by livestock.

CP% = percent crude protein in diet, input

6.25 = conversion from kg of dietary protein to kg of dietary N, kg feed protein (kg N)$^{-1}$

---

BLM_0055797

Chapter 10: Emissions from Livestock and Manure Management

| Category of animal | Region | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | North America | Western Europe | Eastern Europe | Oceania | Latin America | Africa | Middle East | Asia |
| Dairy Cattle | 0.44 | 0.48 | 0.35 | 0.44 | 0.48 | 0.60 | 0.70 | 0.47 |
| Other Cattle | 0.31 | 0.33 | 0.35 | 0.50 | 0.36 | 0.63 | 0.79 | 0.34 |
| Swine[b] | 0.50 | 0.68 | 0.74 | 0.73 | 1.64 | 1.64 | 1.64 | 0.50 |
| Market | 0.42 | 0.51 | 0.55 | 0.53 | 1.57 | 1.57 | 1.57 | 0.42 |
| Breeding | 0.24 | 0.42 | 0.46 | 0.46 | 0.55 | 0.55 | 0.55 | 0.24 |
| Poultry | 0.83 | 0.83 | 0.82 | 0.82 | 0.82 | 0.82 | 0.82 | 0.82 |
| Hens >/= 1 yr | 0.83 | 0.96 | 0.82 | 0.82 | 0.82 | 0.82 | 0.82 | 0.82 |
| Pullets | 0.62 | 0.55 | 0.60 | 0.60 | 0.60 | 0.60 | 0.60 | 0.60 |
| Other Chickens | 0.83 | 0.83 | 0.82 | 0.82 | 0.82 | 0.82 | 0.82 | 0.82 |
| Broilers | 1.10 | 1.10 | 1.10 | 1.10 | 1.10 | 1.10 | 1.10 | 1.10 |
| Turkeys | 0.74 | 0.74 | 0.74 | 0.74 | 0.74 | 0.74 | 0.74 | 0.74 |
| Ducks | 0.83 | 0.83 | 0.83 | 0.83 | 0.83 | 0.83 | 0.83 | 0.83 |
| Sheep | 0.42 | 0.85 | 0.90 | 1.13 | 1.17 | 1.17 | 1.17 | 1.17 |
| Goats | 0.45 | 1.28 | 1.28 | 1.42 | 1.37 | 1.37 | 1.37 | 1.37 |
| Horses (and mules, asses) | 0.30 | 0.26 | 0.30 | 0.30 | 0.46 | 0.46 | 0.46 | 0.46 |
| Camels[c] | 0.38 | 0.38 | 0.38 | 0.38 | 0.46 | 0.46 | 0.46 | 0.46 |
| Buffalo[c] | 0.32 | 0.32 | 0.32 | 0.32 | 0.32 | 0.32 | 0.32 | 0.32 |
| Mink and Polecat   (kg N head[-1] yr[-1])[d] | 4.59 | 4.59 | 4.59 | 4.59 | 4.59 | 4.59 | 4.59 | 4.59 |
| Rabbits (kg N head[-1] yr[-1]) | 8.10 | 8.10 | 8.10 | 8.10 | 8.10 | 8.10 | 8.10 | 8.10 |
| Fox and Racoon (kg N head[-1] yr[-1])[d] | 12.09 | 12.09 | 12.09 | 12.09 | 12.09 | 12.09 | 12.09 | 12.09 |

TABLE 10.19
DEFAULT VALUES FOR NITROGEN EXCRETION RATE [a] (KG N (1000 KG ANIMAL MASS)[-1] DAY[-1])

The uncertainty in these estimates is ±50%.

[a] Summarized from *1996 IPCC Guidelines*, 1997; European Environmental Agency, 2002; USA EPA National $NH_3$ Inventory Draft Report, 2004; and data of GHG inventories of Annex I Parties submitted to the Secretariat UNFCCC in 2004.

[b] Nitrogen excretion for swine are based on an estimated country population of 90% market swine and 10% breeding swine.

[c] Modified from European Environmental Agency, 2002.

[d] Data of Hutchings *et al.*, 2001.

BLM_0055798

Volume 4: Agriculture, Forestry and Other Land Use

| TABLE 10.20 DEFAULT VALUES FOR THE FRACTION OF NITROGEN IN FEED INTAKE OF LIVESTOCK THAT IS RETAINED BY THE DIFFERENT LIVESTOCK SPECIES/CATEGORIES (FRACTION N-INTAKE RETAINED BY THE ANIMAL) | |
|---|---|
| **Livestock category** | $N_{retention(T)}$ (kg N retained/animal/year) (kg N intake/animal/year)$^{-1}$ |
| Dairy Cows | 0.20 |
| Other Cattle | 0.07 |
| Buffalo | 0.07 |
| Sheep | 0.10 |
| Goats | 0.10 |
| Camels | 0.07 |
| Swine | 0.30 |
| Horses | 0.07 |
| Poultry | 0.30 |
| The uncertainty in these estimates is $\pm 50\%$. Source: Judgement of IPCC Expert Group (see Co-chairs, Editors and Experts; N$_2$O emissions from Manure Management). | |

The total nitrogen retained is derived as follows:

**EQUATION 10.33**
**N RETAINED RATES FOR CATTLE**

$$N_{retention(T)} = \left[ \frac{Milk \bullet \left( \frac{Milk\ PR\%}{100} \right)}{6.38} \right] + \left[ \frac{WG \bullet \left[ 268 - \left( \frac{7.03 \bullet NE_g}{WG} \right) \right]}{6.25} \right]$$

Where:

$N_{retention(T)}$ = daily N retained per animal of category $T$, kg N animal$^{-1}$ day$^{-1}$

Milk = milk production, kg animal$^{-1}$ day$^{-1}$ (applicable to dairy cows only)

Milk PR% = percent of protein in milk, calculated as [1.9 + 0.4 $\bullet$ %Fat], where %Fat is an input, assumed to be 4% (applicable to dairy cows only)

6.38 = conversion from milk protein to milk N, kg Protein (kg N)$^{-1}$

WG = weight gain, input for each livestock category, kg day$^{-1}$

268 and 7.03 = constants from Equation 3-8 in NRC (1996)

NEg = net energy for growth, calculated in livestock characterisation, based on current weight, mature weight, rate of weight gain, and IPCC constants, MJ day$^{-1}$

6.25 = conversion from kg dietary protein to kg dietary N, kg Protein (kg N)$^{-1}$

Annual nitrogen excretion data are also used for the calculation of direct and indirect N$_2$O emissions from managed soils (see Chapter 11, Section 11.2, N$_2$O emissions from managed soils). The same rates of N excretion, and methods of derivation, that are used to estimate N$_2$O emissions from Manure Management should be used to estimate N$_2$O emissions from managed soils.

## Emission factors for direct N$_2$O emissions from Manure Management

The best estimate will be obtained using country-specific emission factors that have been fully documented in peer reviewed publications. It is *good practice* to use country-specific emission factors that reflect the actual duration of storage and type of treatment of animal manure in each management system that is used. *Good practice* in the derivation of country-specific emission factors involves the measurement of emissions (per unit

BLM_0055799

*practice* in the derivation of country-specific emission factors involves the measurement of emissions (per unit of manure N) from different management systems, taking into account variability in duration of storage and types of treatment. When defining types of treatment, conditions such as aeration and temperature should be taken into account. If inventory agencies use country-specific emission factors, they are encouraged to provide justification for these values via peer-reviewed documentation.

If appropriate country-specific emission factors are unavailable, inventory agencies are encouraged to use the default emission factors presented in Table 10.21, Default emission factors for direct $N_2O$ emissions from Manure Management. This table contains default emission factors by manure management system. Note that emissions from liquid/slurry systems without a natural crust cover, anaerobic lagoons, and anaerobic digesters are considered negligible based on the absence of oxidized forms of nitrogen entering these systems combined with the low potential for nitrification and denitrification to occur in the system.

**Emission factors for indirect $N_2O$ emissions from Manure Management**

In order to estimate indirect $N_2O$ emissions from Manure Management, two fractions of nitrogen losses (due to volatilization and leaching/runoff), and two indirect $N_2O$ emissions factors associated with these losses ($EF_4$ and $EF_5$) are needed. Default values for volatilization N losses are presented in the Table 10.22. Values represent average rates for N loss in the forms of $NH_3$ and $NO_x$, with most of the loss in the form of $NH_3$. Ranges reflect values that appear in the literature. The values represent conditions without any significant nitrogen control measures in place. Countries are encouraged to develop country-specific values, particularly related to ammonia losses where component emissions may be well characterized as part of larger air quality assessments and where emissions may be affected by nitrogen reduction strategies. For example, detailed methodologies for estimating $NH_3$ and other nitrogen losses using mass balance/mass flow procedures are described in the EMEP/CORINAIR Atmospheric Inventory Guidebook, Chapter 1009 (European Environmental Agency, 2002).

The fraction of manure nitrogen that leaches from manure management systems ($Frac_{leachMS}$) is highly uncertain and should be developed as a country-specific value applied in Tier 2 method.

Default values for $EF_4$ (N volatilisation and re-deposition) and $EF_5$ (N leaching/runoff) are given in Chapter 11, Table 11.3 (Default emission, volatilisation and leaching factors for indirect soil $N_2O$ emissions).

## 10.5.3   Choice of activity data

There are two main types of activity data for estimating $N_2O$ emissions from manure management systems: (1) livestock population data, and (2) manure management system usage data.

**Livestock population data, $N_{(T)}$**

The animal population data should be obtained using the approach described in Section 10.2. If using default nitrogen excretion rates to estimate $N_2O$ emissions from manure management systems, a Tier 1 livestock population characterisation is sufficient. To estimate $N_2O$ emissions from Manure Management using calculated nitrogen excretion rates, a Tier 2 characterisation must be performed. As noted in Section 10.2, *good practice* in characterising livestock populations is to conduct a single characterisation that will provide the activity data for all emissions sources that depend on livestock population data.

**Manure management system usage data, $MS_{(T,S)}$**

The manure management system usage data used to estimate $N_2O$ emissions from Manure Management should be the same as those that are used to estimate $CH_4$ emissions from Manure Management (see Table 10.18 for a summary of the main types of manure management systems). The portion of manure managed in each manure management system must be collected for each representative livestock category. Note that in some cases, manure may be managed in several types of manure management systems. For example, manure flushed from a dairy freestall barn to an anaerobic lagoon may first pass through a solids separation unit where some of the manure solids are removed and managed as a solid. Therefore, it is important to carefully consider the fraction of manure that is managed in each type of system.

The best means of obtaining manure management system distribution data is to consult regularly published national statistics. If such statistics are unavailable, the preferred alternative is to conduct an independent survey of manure management system usage. If the resources are not available to conduct a survey, experts should be consulted to obtain an opinion of the system distribution. If country-specific manure management system usage data are not available, default values should be used. The IPCC default values for dairy cows, other cattle, buffalo, swine (market and breeding swine), and poultry should be taken from Tables 10A-4 through 10A-8 of Annex 10A.2. Manure from other animal categories is typically managed in pastures and grazing operations.

BLM_0055800

Volume 4: Agriculture, Forestry and Other Land Use

| System | Definition | | $EF_3$ [kg $N_2$O-N (kg Nitrogen excreted)$^{-1}$] | Uncertainty ranges of $EF_3$ | Source[a] |
|---|---|---|---|---|---|
| | | | | | |
| Pasture/Range/ Paddock | The manure from pasture and range grazing animals is allowed to lie as is, and is not managed. | | Direct and indirect $N_2$O emissions associated with the manure deposited on agricultural soils and pasture, range, paddock systems are treated in Chapter 11, Section 11.2, $N_2$O emissions from managed soils. | | |
| Daily spread | Manure is routinely removed from a confinement facility and is applied to cropland or pasture within 24 hours of excretion. $N_2$O emissions during storage and treatment are assumed to be zero. $N_2$O emissions from land application are covered under the Agricultural Soils category. | | 0 | Not applicable | Judgement by IPCC Expert Group (see Co-chairs, Editors and Experts; $N_2$O emissions from Manure Management). |
| Solid storage[b] | The storage of manure, typically for a period of several months, in unconfined piles or stacks. Manure is able to be stacked due to the presence of a sufficient amount of bedding material or loss of moisture by evaporation. | | 0.005 | Factor of 2 | Judgement of IPCC Expert Group in combination with Amon *et al.* (2001), which shows emissions ranging from 0.0027 to 0.01 kg $N_2$O-N (kg N)$^{-1}$. |
| Dry lot | A paved or unpaved open confinement area without any significant vegetative cover where accumulating manure may be removed periodically. Dry lots are most typically found in dry climates but also are used in humid climates. | | 0.02 | Factor of 2 | Judgement of IPCC Expert Group in combination with Kulling (2003). |
| Liquid/Slurry | Manure is stored as excreted or with some minimal addition of water to facilitate handling and is stored in either tanks or earthen ponds. | With natural crust cover | 0.005 | Factor of 2 | Judgement of IPCC Expert Group in combination with Sommer *et al.* (2000). |
| | | Without natural crust cover | 0 | Not applicable | Judgement of IPCC Expert Group in combination with the following studies: Harper *et al.* (2000), Lague *et al.* (2004), Monteny *et al.* (2001), and Wagner-Riddle and Marinier (2003). Emissions are believed negligible based on the absence of oxidized forms of nitrogen entering systems in combination with low potential for nitrification and denitrification in the system. |
| Uncovered anaerobic lagoon | Anaerobic lagoons are designed and operated to combine waste stabilization and storage. Lagoon supernatant is usually used to remove manure from the associated confinement facilities to the lagoon. Anaerobic lagoons are designed with varying lengths of storage (up to a year or greater), depending on the climate region, the volatile solids loading rate, and other operational factors. The water from the lagoon may be recycled as flush water or used to irrigate and fertilise fields. | | 0 | Not applicable | Judgement of IPCC Expert Group in combination with the following studies: Harper *et al.* (2000), Lague *et al.* (2004), Monteny *et al.* (2001), and Wagner-Riddle and Marinier (2003). Emissions are believed negligible based on the absence of oxidized forms of nitrogen entering systems in combination with low potential for nitrification and denitrification in the system. |
| Pit storage below animal confinements | Collection and storage of manure usually with little or no added water typically below a slatted floor in an enclosed animal confinement facility. | | 0.002 | Factor of 2 | Judgement of IPCC Expert Group in combination with the following studies: Amon *et al.* (2001), Kulling (2003), and Sneath *et al.* (1997). |

**TABLE 10.21**
**DEFAULT EMISSION FACTORS FOR DIRECT $N_2$O EMISSIONS FROM MANURE MANAGEMENT**

BLM_0055801

| System | Definition | | $EF_3$ [kg $N_2O$-N (kg Nitrogen excreted)$^{-1}$] | Uncertainty ranges of $EF_3$ | Source[a] |
|---|---|---|---|---|---|
| | | **TABLE 10.21** (CONTINUED) **DEFAULT EMISSION FACTORS FOR DIRECT $N_2O$ EMISSIONS FROM MANURE MANAGEMENT** | | | |
| Anaerobic digester | Anaerobic digesters are designed and operated for waste stabilization by the microbial reduction of complex organic compounds to $CH_4$ and $CO_2$, which is captured and flared or used as a fuel. | | 0 | Not applicable | Judgement of IPCC Expert Group in combination with the following studies: Harper *et al.* (2000), Lague *et al.* (2004) Monteny *et al.* (2001), and Wagner-Riddle and Marinier (2003). Emissions are believed negligible based on the absence of oxidized forms of nitrogen entering systems in combination with low potential for nitrification and denitrification in the system. |
| Burned for fuel or as waste | The dung is excreted on fields. The sun dried dung cakes are burned for fuel. | | The emissions associated with the burning of the dung are to be reported under the IPCC category 'Fuel Combustion' if the dung is used as fuel and under the IPCC category 'Waste Incineration' if the dung is burned without energy recovery. | | |
| | Urine N deposited on pasture and paddock | | Direct and indirect $N_2O$ emissions associated with the urine deposited on agricultural soils and pasture, range, paddock systems are treated in Chapter 11, Section 11.2, $N_2O$ emissions from managed soils. | | |
| Cattle and swine deep bedding | As manure accumulates, bedding is continually added to absorb moisture over a production cycle and possibly for as long as 6 to 12 months. This manure management system also is known as a bedded pack manure management system and may be combined with a dry lot or pasture. | No mixing | 0.01 | Factor of 2 | Average value based on Sommer and Moller (2000), Sommer (2000), Amon *et al.* (1998), and Nicks *et al.* (2003). |
| | | Active mixing | 0.07 | Factor of 2 | Average value based on Nicks *et al.* (2003) and Moller *et al.* (2000). Some literature cites higher values to 20% for well maintained, active mixing, but those systems included treatment for ammonia which is not typical. |
| Composting - In-Vessel[c] | Composting, typically in an enclosed channel, with forced aeration and continuous mixing. | | 0.006 | Factor of 2 | Judgement of IPCC Expert Group. Expected to be similar to static piles. |
| Composting - Static Pile[c] | Composting in piles with forced aeration but no mixing. | | 0.006 | Factor of 2 | Hao *et al.* (2001). |
| Composting - Intensive Windrow[c] | Composting in windrows with regular turning for mixing and aeration. | | 0.1 | Factor of 2 | Judgement of IPCC Expert Group. Expected to be greater than passive windrows and intensive composting operations, as emissions are a function of the turning frequency. |
| Composting - Passive Windrow[c] | Composting in windrows with infrequent turning for mixing and aeration. | | 0.01 | Factor of 2 | Hao *et al.* (2001). |
| Poultry manure with litter | Similar to deep bedding systems. Typically used for all poultry breeder flocks and for the production of meat type chickens (broilers) and other fowl. | | 0.001 | Factor of 2 | Judgement of IPCC Expert Group based on the high loss of ammonia from these systems, which limits the availability of nitrogen for nitrification/denitrification. |
| Poultry manure without litter | May be similar to open pits in enclosed animal confinement facilities or may be designed and operated to dry the manure as it accumulates. The latter is known as a high-rise manure management system and is a form of passive windrow composting when designed and operated properly. | | 0.001 | Factor of 2 | Judgement of IPCC Expert Group based on the high loss of ammonia from these systems, which limits the availability of nitrogen for nitrification/denitrification. |

BLM_0055802

Volume 4: Agriculture, Forestry and Other Land Use

| | | | EF$_3$ [kg N$_2$O-N (kg Nitrogen excreted)$^{-1}$] | Uncertainty ranges of EF$_3$ | Source[a] |
|---|---|---|---|---|---|
| **System** | **Definition** | | | | |
| Aerobic treatment | The biological oxidation of manure collected as a liquid with either forced or natural aeration. Natural aeration is limited to aerobic and facultative ponds and wetland systems and is due primarily to photosynthesis. Hence, these systems typically become anoxic during periods without sunlight. | Natural aeration systems | 0.01 | Factor of 2 | Judgement of IPCC Expert Group. Nitrification-denitrification is used widely for the removal of nitrogen in the biological treatment of municipal and industrial wastewaters with negligible N$_2$O emissions. Limited oxidation may increase emissions compared to forced aeration systems. |
| | | Forced aeration systems | 0.005 | Factor of 2 | Judgement of IPCC Expert Group. Nitrification-denitrification is used widely for the removal of nitrogen in the biological treatment of municipal and industrial wastewaters with negligible N$_2$O emissions. |

TABLE 10.21 (CONTINUED)
DEFAULT EMISSION FACTORS FOR DIRECT N$_2$O EMISSIONS FROM MANURE MANAGEMENT

[a] Also see Dustan (2002), which compiled information from some of the original references cited.
[b] Quantitative data should be used to distinguish whether the system is judged to be a solid storage or liquid/slurry. The borderline between dry and liquid can be drawn at 20% dry matter content.
[c] Composting is the biological oxidation of a solid waste including manure usually with bedding or another organic carbon source typically at thermophilic temperatures produced by microbial heat production.

# 10.5.4   Coordination with reporting for N$_2$O emissions from managed soils

Following storage or treatment in any system of manure management, nearly all the manure will be applied to land. The emissions that subsequently arise from the application of the manure to soil are to be reported under the category *N$_2$O emissions from managed soils*. The methods for estimating these emissions are discussed in Chapter 11, Section 11.2. In estimating N$_2$O emissions from managed soils, the amount of animal manure nitrogen that is directly applied to soils, or available for use in feed, fuel, or construction purposes, are considered.

A significant proportion of the total nitrogen excreted by animals in managed systems (i.e., all livestock except those in pasture and grazing conditions) is lost prior to final application to managed soils or for use as feed, fuel, or for construction purposes. In order to estimate the amount of animal manure nitrogen that is directly applied to soils, or available for use in feed, fuel, or construction purposes (i.e., the value which is used in Chapter 11, Equation 11.1 or 11.2), it is necessary to reduce the total amount of nitrogen excreted by animals in managed systems by the losses of N through volatilisation (i.e., NH$_3$, N$_2$ and NO$_x$), conversion to N$_2$O and losses through leaching and runoff.

Where organic forms of bedding material (straw, sawdust, chippings, etc.) are used, the additional nitrogen from the bedding material should also be considered as part of the managed manure N applied to soils. Bedding is typically collected with the remaining manure and applied to soils. It should be noted, however, that since mineralization of nitrogen compounds in beddings occurs more slowly compared to manure and the concentration of ammonia fraction in organic beddings is negligible, both volatilization and leaching losses during storage of bedding are assumed to be zero (European Environmental Agency, 2002).

BLM_0055803

Chapter 10: Emissions from Livestock and Manure Management

**TABLE 10.22**
**DEFAULT VALUES FOR NITROGEN LOSS DUE TO VOLATILISATION OF NH₃ AND NOₓ FROM MANURE MANAGEMENT**

| Animal type | Manure management system (MMS) [a] | N loss from MMS due to volatilisation of N-NH$_3$ and N-NO$_x$ (%) [b] Frac$_{GasMS}$ (Range of Frac$_{GasMS}$) |
|---|---|---|
| Swine | Anaerobic lagoon | 40%  (25 – 75) |
| | Pit storage | 25%  (15 – 30) |
| | Deep bedding | 40%  (10 – 60) |
| | Liquid/slurry | 48%  (15 – 60) |
| | Solid storage | 45%  (10 – 65) |
| Dairy Cow | Anaerobic lagoon | 35%  (20 – 80) |
| | Liquid/Slurry | 40%  (15 – 45) |
| | Pit storage | 28%  (10 – 40) |
| | Dry lot | 20%  (10 – 35) |
| | Solid storage | 30%  (10 – 40) |
| | Daily spread | 7%  (5 – 60) |
| Poultry | Poultry without litter | 55%  (40 – 70) |
| | Anaerobic lagoon | 40%  (25 – 75) |
| | Poultry with litter | 40%  (10 – 60) |
| Other Cattle | Dry lot | 30%  (20 – 50) |
| | Solid storage | 45% (10 – 65) |
| | Deep bedding | 30%  (20 – 40) |
| Other [c] | Deep bedding | 25%  (10 – 30) |
| | Solid storage | 12%  (5 – 20) |

[a] Manure Management System here includes associated N losses at housing and final storage system.
[b] Volatilization rates based on judgement of IPCC Expert Group and following sources: Rotz ( 2003), Hutchings *et al.* (2001), and U.S EPA (2004).
[c] Other includes sheep, horses, and fur-bearing animals.

The estimate of managed manure nitrogen available for application to managed soils, or available for use in feed, fuel, or construction purposes is based on the following equation:

**EQUATION 10.34**
**MANAGED MANURE N AVAILABLE FOR APPLICATION TO MANAGED SOILS, FEED, FUEL OR CONSTRUCTION USES**

$$N_{MMS\_Avb} = \sum_{S} \left\{ \sum_{(T)} \left[ \left[ \left( N_{(T)} \bullet Nex_{(T)} \bullet MS_{(T,S)} \right) \bullet \left( 1 - \frac{Frac_{LossMS}}{100} \right) \right] + \left[ N_{(T)} \bullet MS_{(T,S)} \bullet N_{beddingMS} \right] \right] \right\}$$

Where:

$N_{MMS\_Avb}$ = amount of managed manure nitrogen available for application to managed soils or for feed, fuel, or construction purposes, kg N yr$^{-1}$

$N_{(T)}$ = number of head of livestock species/category $T$ in the country

$Nex_{(T)}$ = annual average N excretion per animal of species/category $T$ in the country, kg N animal$^{-1}$ yr$^{-1}$

BLM_0055804

$MS_{(T,S)}$ = fraction of total annual nitrogen excretion for each livestock species/category $T$ that is managed in manure management system $S$ in the country, dimensionless

$Frac_{LossMS}$ = amount of managed manure nitrogen for livestock category $T$ that is lost in the manure management system $S$, % (see Table 10.23)

$N_{beddingMS}$ = amount of nitrogen from bedding (to be applied for solid storage and deep bedding MMS if known organic bedding usage), kg N animal$^{-1}$ yr$^{-1}$

$S$ = manure management system

$T$ = species/category of livestock

Bedding materials vary greatly and inventory compilers should develop values for $N_{beddingMS}$ based on the characteristics of bedding material used in their livestock industries. Limited data from scientific literature indicates the amount of nitrogen contained in organic bedding material applied for dairy cows and heifers is usually around 7 kg N animal$^{-1}$ yr$^{-1}$, for other cattle is 4 kg N animal$^{-1}$ yr$^{-1}$, for market and breeding swine is around 0.8 and 5.5 kg N animal$^{-1}$ yr$^{-1}$, respectively. For deep bedding systems, the amount of N in litter is approximately double these amounts (Webb, 2001; Döhler *et al.*, 2002).

Table 10.23 presents default values for total nitrogen losses from manure management systems. These default values include losses that occur from the point of excretion, including animal housing losses, manure storage losses, and losses from leaching and runoff at the manure storage system where applicable. For example, values provided for dairy anaerobic lagoon systems include nitrogen losses that occur in the dairy barn and milking parlour prior to the collection and treatment of manure, as well as those that occur from the lagoon.

There is a high level of variability in the range of total nitrogen losses from managed manure systems. As shown in Table 10.23, the majority of these are due to volatilization losses, primarily ammonia losses that occur rapidly following the excretion of the manure. However, losses also occur in the form of $NO_3$, $N_2O$, and $N_2$ as well from leaching and runoff that occurs where manure is stored in piles. The values in Table 10.23 reflect average values for typical housing/storage combinations for each animal category. Countries are encouraged to develop country-specific values, particularly related to ammonia losses where component emissions may be well characterised for local practices as part of larger air quality assessments and where emissions may be affected by nitrogen reduction strategies.

Countries may wish to develop an alternative approach for better consideration of national circumstances and to reduce uncertainty of estimates as much as possible. This approach would entail more detailed characterisation of the flow of nitrogen through the components of the animal housing and manure management systems used in the country, accounting for any mitigation activity (e.g., the use of covers over slurry tanks), and consideration of local practices, such as type of bedding material used.

## 10.5.5   Uncertainty assessment

### EMISSION FACTORS – NITROGEN EXCRETION RATES

Uncertainty ranges for the default N excretion rates are estimated at about $\pm 50\%$ (Source: Judgement by IPCC Expert Group). The uncertainty ranges for the default N retention values provided here are also $\pm 50\%$ (see Table 10.20). If inventory agencies derive N excretion rates using accurate in-country statistics on N intake and N retention, the uncertainties associated with the N excretion rates may be reduced substantially. The degree of uncertainty may be further reduced by using direct emission measurements of nitrogen losses from specific manure management systems.

### EMISSION FACTORS – DIRECT $N_2O$ EMISSIONS

There are large uncertainties associated with the default emission factors for this source category (–50% to +100%). Accurate and well-designed emission measurements from well characterised types of manure and manure management systems can help reduce these uncertainties. These measurements must account for temperature, moisture conditions, aeration, manure N content, metabolisable carbon, duration of storage, and other aspects of treatment.

BLM_0055805

| Animal category | Manure management system [a] | Total N loss from MMS [b] Frac$_{LossMS}$ (Range of Frac$_{LossMS}$) |
|---|---|---|
| Swine | Anaerobic lagoon | 78%  (55 − 99) |
| | Pit storage | 25%  (15 − 30) |
| | Deep bedding | 50%  (10 − 60) |
| | Liquid/Slurry | 48%  (15 − 60) |
| | Solid storage | 50%  (20 − 70) |
| Dairy Cow | Anaerobic lagoon | 77%  (55 − 99) |
| | Liquid/Slurry | 40%  (15 − 45) |
| | Pit storage | 28%  (10 − 40) |
| | Dry lot | 30%  (10 − 35) |
| | Solid storage | 40%  (10 − 65) |
| | Daily spread | 22%  (15 − 60) |
| Poultry | Poultry without litter | 55%  (40 − 70) |
| | Anaerobic lagoon | 77%  (50 − 99) |
| | Poultry with litter | 50%  (20 − 80) |
| Other Cattle | Dry lot | 40%  (20 − 50) |
| | Solid storage | 50%  (20 − 70) |
| | Deep bedding | 40%  (10 − 50) |
| Other [c] | Deep bedding | 35%  (15 − 40) |
| | Solid storage | 15%  (5 − 20) |

TABLE 10.23
DEFAULT VALUES FOR TOTAL NITROGEN LOSS FROM MANURE MANAGEMENT

[a] Manure Management System here includes associated N losses at housing and final storage system.

[b] Total N loss rates based on judgement of IPCC Expert Group and following sources: Rotz ( 2003), Hutchings *et al.* (2001), and U.S EPA (2004). Rates include losses in forms of $NH_3$, $NO_x$, $N_2O$, and $N_2$ as well from leaching and runoff from solid storage and dry lots. Values represent average rates for typical housing and storage components without any significant nitrogen control measures in place. Ranges reflect values that appear in the literature. Where measures to control nitrogen losses are in place, alternative rates should be developed to reflect those measures.

[c] Other includes sheep, horses, and fur-bearing animals.

## EMISSION FACTORS – INDIRECT N₂O EMISSIONS

Uncertainty ranges for default N losses due to volatilisation of $NH_3$ and $NO_x$ and total N losses from manure management systems are presented in the Tables 10.22 and 10.23, respectively. The uncertainty associated with default emission factor for nitrogen volatilisation and re-deposition ($EF_4$) is given in Table 11.3 of Chapter 11. The uncertainty range for the default emission factor for leaching and runoff ($EF_5$) is also provided in Table 11.3. Caution should be taken when developing country-specific emission factors for volatilisation and re-deposition of nitrogen, since direct measurements could include transboundary atmospheric transport.

## ACTIVITY DATA – LIVESTOCK POPULATIONS

See Section 10.2 (Livestock Population and Feed Characterisation) for discussion on uncertainty of animal population and feed characterisation data.

## ACTIVITY DATA – MANURE MANAGEMENT SYSTEM USAGE

The uncertainty of the manure management system usage data will depend on the characteristics of each country's livestock industry and how information on manure management is collected.   For example, for countries that rely almost exclusively on one type of management system, such as dry lot, the uncertainty associated with management system usage data can be 10% or less.   However, for countries where there is a wide variety of management systems used with locally different operating practices, the uncertainty in management system usage data can be much higher, in the range of 25% to 50%, depending on the availability of reliable and representative survey data that differentiates animal populations by system usage.   Preferably, each country should estimate the uncertainty associated with their management system usage data by using the methods described in Volume 1, Chapter 3.

BLM_0055806

Volume 4: Agriculture, Forestry and Other Land Use

## 10.5.6    Completeness, Time series, Quality assurance/Quality control and Reporting

A complete inventory should estimate $N_2O$ emissions from all systems of manure management for all livestock species/categories. Countries are encouraged to use manure management system definitions that are consistent with those presented in Table 10.18. Population data should be cross-checked between main reporting mechanisms (such as FAO and national agricultural statistics databases) to ensure that information used in the inventory is complete and consistent. Because of the widespread availability of the FAO database of livestock information, most countries should be able to prepare, at a minimum, Tier 1 estimates for the major livestock categories. For more information regarding the completeness of livestock characterisation, see Section 10.2.

Developing a consistent time series of emission estimates for this source category requires, at a minimum, the collection of an internally consistent time series of livestock population statistics. General guidance on the development of a consistent time series is addressed in Volume 1, Chapter 5 of this report. In most countries, the other two activity data sets required for this source category (i.e., N excretion rates and manure management system usage data), as well as the manure management emission factors, will be kept constant for the entire time series. However, in some cases, there may be reasons to modify these values over time. For example, farmers may alter livestock feeding practices which could affect nitrogen excretion rates. A particular system of manure management may change due to operational practices or new technologies such that a revised emission factor is warranted. These changes in practices may be due to the implementation of targeted greenhouse gas mitigation measures, or may be due to changing agricultural practices without regard to greenhouse gases. Regardless of the driver of change, the parameters and emission factors used to estimate emissions must reflect the change. The inventory text should thoroughly explain how the change in farm practices or implementation of mitigation measures has affected the time series of activity data or emission factors.

It is *good practice* to implement general quality control checks as outlined in Volume 1, Chapter 6, Quality Assurance/Quality Control and Verification, and expert review of the emission estimates. Additional quality control checks and quality assurance procedures may also be applicable, particularly if higher tier methods are used to determine emissions from this source. The general QA/QC related to data processing, handling, and reporting should be supplemented with procedures discussed below:

### Activity data check

- The inventory agency should review livestock data collection methods, in particular checking that livestock subspecies data were collected and aggregated correctly with consideration for the duration of production cycles. The data should be cross-checked with previous years to ensure the data are reasonable and consistent with the expected trend. Inventory agencies should document data collection methods, identify potential areas of bias, and evaluate the representativeness of the data.

- Manure management system allocation should be reviewed on a regular basis to determine if changes in the livestock industry are being captured. Conversion from one type of management system to another, and technical modifications to system configuration and performance, should be captured in the system modelling for the affected livestock.

- National agricultural policy and regulations may have an effect on parameters that are used to calculate manure emissions, and should be reviewed regularly to determine what impact they may have. For example, guidelines to reduce manure runoff into water bodies may cause a change in management practices, and thus affect the N distribution for a particular livestock category. Consistency should be maintained between the inventory and ongoing changes in agricultural practices.

- If using country-specific data for $Nex_{(T)}$ and $MS_{(T,S)}$, the inventory agency should compare these values to the IPCC default values. Significant differences, data sources, and methods of data derivation, should be documented.

- The nitrogen excretion rates, whether default or country-specific values, should be consistent with feed intake data as determined through animal nutrition analyses.

### Review of emission factors

- The inventory agency should evaluate how well the implied $N_2O$ emission factors and nitrogen excretion rates compare with alternative national data sources and with data from other countries with similar livestock practices. Significant differences should be investigated.

- If using country-specific emission factors, the inventory agency should compare them to the default factors and note differences. The development of country-specific emission factors should be explained and documented, and the results peer-reviewed by independent experts.

BLM_0055807

- Whenever possible, available measurement data, even if they represent only a small sample of systems, should be reviewed relative to assumptions for $N_2O$ emission estimates. Representative measurement data may provide insights into how well current assumptions predict $N_2O$ production from manure management systems in the inventory area, and how certain factors (e.g., feed intake, system configuration, retention time) are affecting emissions. Because of the relatively small amount of measurement data available for these systems worldwide, any new results can improve the understanding of these emissions and possibly their prediction.

**External review**

- The inventory agency should utilise experts in manure management and animal nutrition to conduct expert peer review of the methods and data used. While these experts may not be familiar with greenhouse gas emissions, their knowledge of key input parameters to the emission calculation can aid in the overall verification of the emissions. For example, animal nutritionists can evaluate N production rates to see if they are consistent with feed utilization research for certain livestock species. Practicing farmers can provide insights into actual manure management techniques, such as storage times and mixed-system usage. Wherever possible, these experts should be completely independent of the inventory process in order to allow a true external review.

It is *good practice* to document and archive all information required to produce the national emissions inventory estimates as outlined in Volume 1, Chapter 6, Quality Assurance/Quality Control and Verification. When country-specific emission factors, fractions of N losses, N excretion rates, or manure management system usage data have been used, the derivation of or references for these data should be clearly documented and reported along with the inventory results under the appropriate IPCC source category.

$N_2O$ emissions from different types of manure management systems have to be reported according to categories in Table 10.18. $N_2O$ emissions from all types of manure management systems are to be reported under Manure Management, with two exceptions:

- Emissions from the manure management system for *pasture, range, and paddock* are to be reported under the IPCC source category $N_2O$ *emissions from managed soils* because this manure is deposited directly on soils by the livestock.

- Emission from the manure management system *burned for fuel*, are to be reported under the IPCC category *Fuel Combustion* if the dung is used as fuel and under the IPCC category *Waste Incineration* if the dung is burned without energy recovery. It should be noted, however, if the urine nitrogen is not collected for burning it must be reported under $N_2O$ emissions from *pasture, range, and paddock* animals.

## 10.5.7   Use of worksheets

Use the worksheets for Livestock $N_2O$ contained in Annex 1 (AFOLU Worksheets) to calculate and report inventory information for default methodologies described in Section 10.5 *$N_2O$ emission from manure management*. The following is a summary of the step-by-step instructions to follow when completing the worksheets. Note that columns are referred to using the symbols of the variables that both appear in the equations, as well as in column headings of the worksheets.

**Step 1:** Calculation of N excretion from manure management systems (see worksheet for category *Manure Management: Direct $N_2O$ emissions from Manure Management, Category code 3A2, Sheet 1 of 1*). Make extra copies of the worksheet and complete one for each manure management systems (MMS).

    **Step 1A:**   Collect population data from the Livestock Population Characterisation and enter corresponding values in column $N_{(T)}$;

    **Step 1B:**   Use default values for $N_{rate}$ and TAM (Equation 10.30 and using data from Table 10.19 and Tables 10A-4 to 10A-9) or develop the annual average nitrogen excretion rate per head ($Nex_{(T)}$) for each defined livestock species/category $T$ and enter these values in columns $N_{rate}$ and TAM, or $Nex_{(T)}$, respectively;

    **Step 1C:**   Enter in column $MS_{(T,S)}$ default values (see Tables 10A-4 through 10A-8 of Annex 10A.2) or determine the fraction of total annual nitrogen excretion for each livestock species/category $T$ that is managed in each manure management system S ($MS_{(T,S)}$);

    **Step 1D:**   Multiply the number of heads (column $N_{(T)}$) by the value of N excretion rate per head ($Nex_{(T)}$) for each livestock species/category $T$ (column $Nex_{(T)}$) and by the fraction of manure nitrogen per MMS (column $MS_{(T,S)}$) in order to estimate total nitrogen excretion for each MMS in kilograms per year (column $NE_{MMS}$). Enter the results in column $NE_{MMS}$ of this sheet, and in column $NE_{MMS}$ of Sheet 1of 2 and Sheet 2 of 2 for worksheets under category *Indirect $N_2O$ emissions from Manure Management, Category code 3C6*.

BLM_0055808

**Step 2:** Calculation of direct $N_2O$ emissions from manure management systems (see worksheet for category *Manure Management: Direct $N_2O$ emissions from Manure Management, Category code 3A2, Sheet 1 of 1).*

**Step 2A:** Use default values (see Table 10.21) or develop direct $N_2O$ emission factors for each manure management system S ($EF_{3(S)}$) and enter corresponding emission factor in the column $EF_{3(S)}$;

**Step 2B:** For each manure management system type S, multiply its emission factor (column $EF_{3(S)}$) by the amount of nitrogen managed (column $NE_{MMS}$) in that system, to estimate direct $N_2O$ emissions per MMS. Note that emissions estimates should be reported in kg of $N_2O$. Enter the results in the column $N_2O_{D(mm)}$ of this sheet.

**Step 3:** Calculation of indirect $N_2O$ emissions from manure management systems (see worksheet for category *Indirect $N_2O$ emissions from Manure Management, Category code 3C6, Sheet 1 of 2).* Make extra copies of the worksheet using one for each MMS).

**Step 3A:** Enter in column $Frac_{GasMS}$ default values (see Table 10.22) or determine country-specific fraction of managed livestock manure nitrogen that volatilises as $NH_3$ and $NO_x$ for each defined livestock species/category $T$ per each MMS ($Frac_{GasMS}$);

**Step 3B:** Multiply the fraction of manure nitrogen that volatilises as $NH_3$ and $NO_x$ (column $Frac_{GasMS}$) by the total amount of nitrogen excreted in each MMS per livestock categories (column $NE_{MMS}$) to estimate amount of manure nitrogen that is lost due to volatilisation of $NH_3$ and $NO_x$ ($N_{volatilizations-MMS}$);

**Step 3C:** Use default value (see Table 11.3, Chapter 11, Section 11.2 *$N_2O$ emissions from managed soils*) or develop country-specific emission factor for indirect $N_2O$ emission from atmospheric deposition of nitrogen on soils and water surfaces and enter the emission factor in the column $EF_4$;

**Step 3D:** Multiply the amount of manure nitrogen that is lost due to volatilisation of $NH_3$ and $NO_x$ (column $N_{volatilizations-MMS}$) by the emission factor (column $EF_4$), to calculate annual indirect $N_2O$ emissions per MMS. Note that emissions estimates should be reported in kg of $N_2O$. Enter the results in the column $N_2O_{G(mm)}$ of this sheet.

**Step 4:** Calculation of manure N that is available for application to soils or for use in feed, fuel or construction purposes from manure management systems (see worksheet for category *Indirect $N_2O$ emissions from Manure Management, Category code 3C6, Sheet 2 of 2).* Make extra copies of the worksheet using one for each MMS).

**Step 4A:** Enter in column $Frac_{lossMS}$ default values (see Table 10.23) or develop country-specific fraction of total nitrogen loss from manure managed in each MMS for each livestock species/category $T$ ($Frac_{lossMS}$);

**Step 4B:** If country-specific values for organic bedding usage are available for solid storage or deep bedding MMS, calculate the amount of N from bedding by multiplying the number of animals associated with these two systems by the N content in bedding per animal. Enter results obtained in the column $N_{beddingMS}$.

**Step 4C:** Calculate managed manure N available for application to managed soils, feed, fuel or construction using Equation 10.34 and enter obtained results in column $N_{MMS\_Avb}$. Then sum over all manure management systems. This value is used for calculation of $N_2O$ emissions from managed soils (see worksheets in Annex 1).

BLM_0055809

## Annex 10A.1   Data underlying methane default emission factors for Enteric Fermentation

This annex presents the data used to develop the default emission factors for methane emissions from Enteric Fermentation. The Tier 2 method was implemented with these data to estimate the default emission factors for cattle and buffalo.

BLM_0055810

| TABLE 10A.1 DATA FOR ESTIMATING TIER 1 ENTERIC FERMENTATION CH$_4$ EMISSION FACTORS FOR DAIRY COWS IN TABLE 10.11 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Regions | Weight, kg | Weight gain, kg day$^{-1}$ | Feeding Situation | Milk, kg day$^{-1}$ | Work, hr day$^{-1}$ | %Pregnant | Digestibility of feed (DE%) | CH$_4$ conversion factor (Y$_m$) |
| North America[a] | 600 | 0 | Stall fed | 23.0 | 0 | 90% | 75% | 6.5% |
| Western Europe | 600 | 0 | Stall fed | 16.4 | 0 | 90% | 70% | 6.5% |
| Eastern Europe[b] | 550 | 0 | Stall fed | 7.0 | 0 | 80% | 60% | 6.5% |
| Oceania[c] | 500 | 0 | Pasture/Range | 6.0 | 0 | 80% | 60% | 6.5% |
| Latin America[d] | 400 | 0 | Pasture/Range | 2.2 | 0 | 80% | 60% | 6.5% |
| Asia[e] | 350 | 0 | Stall fed | 4.5 | 0 | 80% | 60% | 6.5% |
| Africa & Middle East | 275 | 0 | Stall fed | 1.3 | 0 | 67% | 60% | 6.5% |
| Indian Subcontinent[f] | 275 | 0 | Stall fed | 2.5 | 0 | 50% | 55% | 6.5% |

[a] Based on estimates for the United States.
[b] Based on estimates for the former USSR.
[c] Based on average estimate for region.
[d] Based on estimates for Brazil.
[e] Based on estimates for China.
[f] Based on estimates for India.
Source: Gibbs and Johnson (1993).

BLM_0055811

| TABLE 10A.2 DATA FOR ESTIMATING TIER 1 ENTERIC FERMENTATION $CH_4$ EMISSION FACTORS FOR OTHER CATTLE IN TABLE 10.11 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Subcategory | Weight, kg | Weight gain, kg day$^{-1}$ | Feeding situation | Milk, kg day$^{-1}$ | Work, hr day$^{-1}$ | %Pregnant | Digestibility of feed (DE%) | $CH_4$ conversion factor ($Y_m$) | Day weighted population mix % | Emission factors, kg $CH_4$ head$^{-1}$ yr$^{-1}$ |
| **North America[a]** | | | | | | | | | | |
| Mature females | 500 | 0.0 | Pasture/Range | 3.3 | 0.0 | 80% | 60% | 6.5% | 36% | 76 |
| Mature males | 800 | 0.0 | Pasture/Range | 0.0 | 0.0 | 0% | 60% | 6.5% | 2% | 81 |
| Calves on milk | 100 | 0.9 | Pasture/Range | 0.0 | 0.0 | 0% | NA | 0.0% | 16% | 0 |
| Calves on forage | 185 | 0.9 | Pasture/Range | 0.0 | 0.0 | 0% | 65% | 6.5% | 8% | 48 |
| Growing heifers/steers | 265 | 0.7 | Pasture/Range | 0.0 | 0.0 | 0% | 65% | 6.5% | 17% | 55 |
| Replacement/growing | 375 | 0.4 | Pasture/Range | 0.0 | 0.0 | 0% | 60% | 6.5% | 11% | 66 |
| Feedlot cattle | 415 | 1.3 | Stall fed | 0.0 | 0.0 | 0% | 75% | 3.0% | 11% | 33 |
| **Western Europe** | | | | | | | | | | |
| Mature males | 600 | 0.0 | Pasture/Range | 0.0 | 0.0 | 0% | 60% | 6.5% | 22% | 66 |
| Replacement/growing | 400 | 0.4 | Pasture/Range | 0.0 | 0.0 | 0% | 60% | 6.5% | 54% | 73 |
| Calves on milk | 230 | 0.3 | Pasture/Range | 0.0 | 0.0 | 0% | 65% | 0.0% | 15% | 0 |
| Calves on forage | 230 | 0.3 | Pasture/Range | 0.0 | 0.0 | 0% | 65% | 6.5% | 8% | 35 |
| **Eastern Europe[b]** | | | | | | | | | | |
| Mature females | 500 | 0.0 | Pasture/Range | 3.3 | 0.0 | 67% | 60% | 6.5% | 30% | 75 |
| Mature males | 600 | 0.0 | Pasture/Range | 0.0 | 0.0 | 0% | 60% | 6.5% | 22% | 66 |
| Young | 230 | 0.4 | Pasture/Range | 0.0 | 0.0 | 0% | 60% | 6.5% | 48% | 45 |
| **Oceania[c]** | | | | | | | | | | |
| Mature females | 400 | 0.0 | Pasture/Range | 2.4 | 0.0 | 67% | 55% | 6.5% | 51% | 71 |
| Mature males | 450 | 0.0 | Pasture/Range | 0.0 | 0.0 | 0% | 55% | 6.5% | 11% | 61 |
| Young | 200 | 0.3 | Pasture/Range | 0.0 | 0.0 | 0% | 55% | 6.5% | 38% | 46 |

[a] Based on estimates for the United States;   . [b] Based on estimates for the former USSR;   [c] Based on average estimate for region.

BLM_0055812

| TABLE 10A.2 (CONTINUED) DATA FOR ESTIMATING TIER 1 ENTERIC FERMENTATION $CH_4$ EMISSION FACTORS FOR OTHER CATTLE IN TABLE 10.11 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Subcategory | Weight, kg | Weight gain, kg day$^{-1}$ | Feeding situation | Milk, kg day$^{-1}$ | Work, hr day$^{-1}$ | %Pregnant | Digestibility of feed (DE%) | $CH_4$ conversion factor ($Y_m$) | Day weighted population mix % | Emission factors, kg $CH_4$ head$^{-1}$ yr$^{-1}$ |
| Latin America[d] | | | | | | | | | | |
| Mature females | 400 | 0.0 | Large areas | 1.1 | 0.0 | 67% | 60% | 6.5% | 37% | 64 |
| Mature males | 450 | 0.0 | Large areas | 0.0 | 0.0 | 0% | 60% | 6.5% | 6% | 61 |
| Young | 230 | 0.3 | Large areas | 0.0 | 0.0 | 0% | 60% | 6.5% | 58% | 49 |
| Asia[e] | | | | | | | | | | |
| Mature females- Farming | 325 | 0.0 | Stall fed | 1.1 | 0.55 | 33% | 55% | 6.5% | 27% | 50 |
| Mature females- Grazing | 300 | 0.0 | Pasture/Range | 1.1 | 0.00 | 50% | 60% | 6.5% | 9% | 46 |
| Mature males-Farming | 450 | 0.0 | Stall fed | 0.0 | 1.37 | 0% | 55% | 6.5% | 24% | 59 |
| Mature males-Grazing | 400 | 0.0 | Pasture/Range | 0.0 | 0.00 | 0% | 60% | 6.5% | 8% | 48 |
| Young | 200 | 0.2 | Pasture/Range | 0.0 | 0.00 | 0% | 60% | 6.5% | 32% | 36 |
| Africa | | | | | | | | | | |
| Mature females | 200 | 0.0 | Stall fed | 0.3 | 0.55 | 33% | 55% | 6.5% | 13% | 32 |
| Draft bullocks | 275 | 0.0 | Stall fed | 0.0 | 1.37 | 0% | 55% | 6.5% | 13% | 41 |
| Mature females- Grazing | 200 | 0.0 | Large areas | 0.3 | 0.00 | 33% | 55% | 6.5% | 6% | 41 |
| Bulls- Grazing | 275 | 0.0 | Large areas | 0.0 | 0.00 | 0% | 55% | 6.5% | 25% | 49 |
| Young | 75 | 0.1 | Pasture/Range | 0.0 | 0.00 | 0% | 60% | 6.5% | 44% | 16 |
| Indian Subcontinent[f] | | | | | | | | | | |
| Mature females | 125 | 0.0 | Stall fed | 0.6 | 0.00 | 33% | 50% | 6.5% | 40% | 28 |
| Mature males | 200 | 0.0 | Stall fed | 0.0 | 2.74 | 0% | 50% | 6.5% | 10% | 42 |
| Young | 80 | 0.1 | Stall fed | 0.0 | 0.00 | 0% | 50% | 6.5% | 50% | 23 |
| [d] Based on estimates for the Brazil.; [e] Based on estimates for the China.; [f] Based on estimates for India; Source: Gibbs and Johnson (1993) | | | | | | | | | | |

BLM_0055813

| Subcategory | Weight, kg | Weight gain, kg day$^{-1}$ | Feeding situation | Milk, kg day$^{-1}$ | Work, hr day$^{-1}$ | %Pregnant | Digestibility of feed (DE%) | CH$_4$ conversion factor (Y$_m$) | Day weighed population mix % | Emissions factors, kg CH$_4$head$^{-1}$ yr$^{-1}$ |
|---|---|---|---|---|---|---|---|---|---|---|
| **TABLE 10A.3** DATA FOR ESTIMATING TIER 1 ENTERIC FERMENTATION CH$_4$ EMISSION FACTORS FOR BUFFALO | | | | | | | | | | |
| **Indian Subcontinent[a]** | | | | | | | | | | |
| Adult males | 350 - 550 | 0.00 | Stall fed | 0.00 | 1.37 | 0% | 55% | 6.5% | 14% | 55 - 77 |
| Adult females | 250 - 450 | 0.00 | Stall fed | 2.70 | 0.55 | 33% | 55% | 6.5% | 40% | 57 - 80 |
| Young | 100 - 300 | 0.15 | Stall fed | 0.00 | 0.00 | 0% | 55% | 6.5% | 46% | 23 - 50 |
| **Other Countries[b]** | | | | | | | | | | |
| Adult males | 350 - 550 | 0.00 | Stall fed | 0.00 | 1.37 | 0% | 55% | 6.5% | 45% | 55 - 77 |
| Adult females | 250 - 450 | 0.00 | Stall fed | 0.00 | 0.55 | 25% | 55% | 6.5% | 45% | 45 - 67 |
| Young | 100 - 300 | 0.15 | Stall fed | 0.15 | 0.00 | 0% | 55% | 6.5% | 10% | 23 - 50 |

[a] Based on estimates for India.
[b] Based on estimates for China.
Source: Gibbs and Johnson (1993).

BLM_0055814

## Annex 10A.2   Data underlying methane default emission factors for Manure Management

This annex presents the data used to develop the default emission factors for methane emissions from Manure Management. The Tier 2 method was implemented with these data to estimate the default emission factors for each livestock category.

BLM_0055815

**Table 10A.4**
**Manure Management Methane Emission Factor Derivation for Dairy Cows**

| Annual Average Temperature (°C) | | Lagoon¹ | Liquid/ Slurry¹ | Solid Storage | Drylot | Pasture/ Range/ Paddock | Daily Spread | Digester | Burned for Fuel | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| Cool | 10 | 66% | 17% | 2.0% | 1.0% | 1.0% | 0.1% | 10.0% | 10.0% | 1.0% |
| | 11 | 68% | 19% | 2.0% | 1.0% | 1.0% | 0.1% | 10.0% | 10.0% | 1.0% |
| | 12 | 70% | 20% | 2.0% | 1.0% | 1.0% | 0.1% | 10.0% | 10.0% | 1.0% |
| | 13 | 71% | 22% | 2.0% | 1.0% | 1.0% | 0.1% | 10.0% | 10.0% | 1.0% |
| | 14 | 73% | 23% | 2.0% | 1.0% | 1.0% | 0.1% | 10.0% | 10.0% | 1.0% |
| Temp | 15 | 74% | 27% | 4.0% | 1.5% | 1.5% | 0.5% | 10.0% | 10.0% | 1.0% |
| | 16 | 75% | 29% | 4.0% | 1.5% | 1.5% | 0.5% | 10.0% | 10.0% | 1.0% |
| | 17 | 76% | 32% | 4.0% | 1.5% | 1.5% | 0.5% | 10.0% | 10.0% | 1.0% |
| | 18 | 77% | 35% | 4.0% | 1.5% | 1.5% | 0.5% | 10.0% | 10.0% | 1.0% |
| | 19 | 77% | 39% | 4.0% | 1.5% | 1.5% | 0.5% | 10.0% | 10.0% | 1.0% |
| | 20 | 78% | 42% | 4.0% | 1.5% | 1.5% | 0.5% | 10.0% | 10.0% | 1.0% |
| | 21 | 78% | 46% | 4.0% | 1.5% | 1.5% | 0.5% | 10.0% | 10.0% | 1.0% |
| | 22 | 78% | 50% | 4.0% | 1.5% | 1.5% | 0.5% | 10.0% | 10.0% | 1.0% |
| | 23 | 79% | 55% | 4.0% | 1.5% | 1.5% | 0.5% | 10.0% | 10.0% | 1.0% |
| | 24 | 79% | 60% | 4.0% | 1.5% | 1.5% | 0.5% | 10.0% | 10.0% | 1.0% |
| | 25 | 79% | 65% | 4.0% | 1.5% | 1.5% | 0.5% | 10.0% | 10.0% | 1.0% |
| Warm | 26 | 79% | 71% | 5.0% | 2.0% | 2.0% | 1.0% | 10.0% | 10.0% | 1.0% |
| | 27 | 80% | 78% | 5.0% | 2.0% | 2.0% | 1.0% | 10.0% | 10.0% | 1.0% |
| | 28 | 80% | 80% | 5.0% | 2.0% | 2.0% | 1.0% | 10.0% | 10.0% | 1.0% |

| Region | Mass¹ kg | B₀ᵇ m³CH₄/kg VS | VS° kg/hd/day | | | Manure Management System Usage (MS%a) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| North America¹ | 604 | 0.24 | 5.4 | 15.0% | 27.0% | 26.3% | 0.0% | 10.8% | 18.4% | 0.0% | 0.0% | 2.6% |
| Western Europe | 600 | 0.24 | 5.1 | 0.0% | 35.7% | 36.8% | 0.0% | 20.0% | 7.0% | 0.0% | 0.0% | 0.5% |
| Eastern Europe | 550 | 0.24 | 4.5 | 0.0% | 17.5% | 60.0% | 0.0% | 18.0% | 2.5% | 0.0% | 0.0% | 2.0% |
| Oceania | 500 | 0.24 | 3.5 | 16.0% | 1.0% | 0.0% | 0.0% | 76.0% | 8.0% | 0.0% | 0.0% | 0.0% |
| Latin America | 400 | 0.13 | 2.9 | 0.0% | 1.0% | 1.0% | 0.0% | 36.0% | 62.0% | 0.0% | 0.0% | 0.0% |
| Africa | 275 | 0.13 | 1.9 | 0.0% | 0.0% | 1.0% | 0.0% | 83.0% | 5.0% | 0.0% | 6.0% | 4.0% |
| Middle East | 275 | 0.13 | 1.9 | 0.0% | 1.0% | 2.0% | 0.0% | 80.0% | 2.0% | 0.0% | 17.0% | 0.0% |
| Asia | 350 | 0.13 | 2.8 | 4.0% | 38.0% | 0.0% | 0.0% | 20.0% | 29.0% | 2.0% | 7.0% | 0.0% |
| Indian Subcontinent | 275 | 0.13 | 2.6 | 0.0% | 1.0% | 0.0% | 0.0% | 27.0% | 19.0% | 1.0% | 51.0% | 0.0% |

¹ Average dairy cow mass for each region (default estimates are ±10%)
ᵇ B₀ estimates are ±15%
° Average VS production per head per day for the average dairy cow (default estimates are ±20%)
¹ For North America, "Other" manure management system MCFs represent deep pits, which have the same MCF values as Liquid/Slurry.

Emission Factors (EF) for each region are calculated based on eq.10.23.

¹ Lagoon and Liquid/Slurry MCF's are calculated based on the van't Hoff-Arrhenius equation relating temperature to biological activity. Lagoon MCFs are also calculated based on longer (up to a year) retention times. [Mangino, et. al (2001)]

Sources: For North America, dairy cow mass values are from Safley (2000) and VS values are estimated based on an analysis of feed data from Petersen et al (2003). North American manure management system usage values are estimated using data from the 1992 and 1997 USDA's Census of Agriculture and National Animal Health Monitoring System Reports. B₀ values are from Morris (1976) and Bryant, et.al. (1976). For Western and Eastern Europe manure management system usage, mass and VS values based on the analysis of national GHG inventories of Annex I countries submitted to the secretariat UNFCCC in 2004. For the rest of the world, the detailed information for dairy cows are developed in Gibbs and Johnson (1993), and manure management system usage and B₀ estimates are from Safley et. al (1992). Methane conversion factor data are from Woodbury and Hashimoto (1993). MCFs for lagoons and liquid/slurry systems are based on data obtained from an analysis of these systems in the United States.

**Emission Factors**
kg CH₄ per head per year

| 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 48 | 50 | 53 | 55 | 58 | 63 | 65 | 68 | 71 | 74 | 78 | 81 | 85 | 89 | 93 | 98 | 105 | 110 | 112 |
| 21 | 23 | 25 | 27 | 29 | 34 | 37 | 40 | 43 | 47 | 51 | 55 | 59 | 64 | 70 | 75 | 83 | 90 | 92 |
| 11 | 12 | 13 | 14 | 15 | 20 | 21 | 22 | 23 | 25 | 27 | 28 | 30 | 33 | 35 | 37 | 42 | 45 | 46 |
| 23 | 24 | 25 | 26 | 26 | 27 | 28 | 28 | 29 | 29 | 29 | 29 | 29 | 29 | 30 | 30 | 31 | 31 | 31 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 3 | 3 | 3 |
| 9 | 10 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 20 | 21 | 23 | 24 | 26 | 28 | 31 | 31 |
| 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 6 | 6 |

BLM_0055816

Volume 4: Agriculture, Forestry and Other Land Use

**Table 10A-5**
**Manure Management Methane Emission Factor Derivation for Other Cattle**

| Annual Average Temperature (°C) | | Manure Management System MCFs | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Lagoon[1] | Liquid/Slurry[1] | Solid Storage | Drylot | Pasture/Range/Paddock | Daily Spread | Digester | Burned for Fuel | Other |
| Cool | 10 | 66% | 17% | 2.0% | 1.0% | 1.0% | 0.1% | 10.0% | 10.0% | 1.0% |
| | 11 | 68% | 19% | 2.0% | 1.0% | 1.0% | 0.1% | 10.0% | 10.0% | 1.0% |
| | 12 | 70% | 20% | 2.0% | 1.0% | 1.0% | 0.1% | 10.0% | 10.0% | 1.0% |
| | 13 | 71% | 22% | 2.0% | 1.0% | 1.0% | 0.1% | 10.0% | 10.0% | 1.0% |
| | 14 | 73% | 25% | 2.0% | 1.0% | 1.0% | 0.1% | 10.0% | 10.0% | 1.0% |
| Temp | 15 | 74% | 27% | 4.0% | 1.5% | 1.5% | 0.5% | 10.0% | 10.0% | 1.0% |
| | 16 | 75% | 29% | 4.0% | 1.5% | 1.5% | 0.5% | 10.0% | 10.0% | 1.0% |
| | 17 | 76% | 32% | 4.0% | 1.5% | 1.5% | 0.5% | 10.0% | 10.0% | 1.0% |
| | 18 | 77% | 35% | 4.0% | 1.5% | 1.5% | 0.5% | 10.0% | 10.0% | 1.0% |
| | 19 | 77% | 39% | 4.0% | 1.5% | 1.5% | 0.5% | 10.0% | 10.0% | 1.0% |
| | 20 | 78% | 42% | 4.0% | 1.5% | 1.5% | 0.5% | 10.0% | 10.0% | 1.0% |
| | 21 | 78% | 46% | 4.0% | 1.5% | 1.5% | 0.5% | 10.0% | 10.0% | 1.0% |
| | 22 | 78% | 50% | 4.0% | 1.5% | 1.5% | 0.5% | 10.0% | 10.0% | 1.0% |
| | 23 | 79% | 55% | 4.0% | 1.5% | 1.5% | 0.5% | 10.0% | 10.0% | 1.0% |
| | 24 | 79% | 60% | 4.0% | 1.5% | 1.5% | 0.5% | 10.0% | 10.0% | 1.0% |
| | 25 | 79% | 65% | 4.0% | 1.5% | 1.5% | 0.5% | 10.0% | 10.0% | 1.0% |
| Warm | 26 | 79% | 71% | 5.0% | 2.0% | 2.0% | 1.0% | 10.0% | 10.0% | 1.0% |
| | 27 | 80% | 78% | 5.0% | 2.0% | 2.0% | 1.0% | 10.0% | 10.0% | 1.0% |
| | 28 | 80% | 80% | 5.0% | 2.0% | 2.0% | 1.0% | 10.0% | 10.0% | 1.0% |

| Region | Other Cattle Characteristics | | | Manure Management System Usage (MS%) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mass[a] kg | $B_0$[b] m³CH₄/kg VS | VS[c] kg/hd/day | | | | | | | | | |
| North America | 389 | 0.19 | 2.4 | 0.0% | 0.2% | 0.0% | 18.4% | 81.5% | 0.0% | 0.0% | 0.0% | 0.0% |
| Western Europe | 420 | 0.18 | 2.6 | 0.0% | 25.2% | 39.0% | 0.0% | 32.0% | 1.8% | 0.0% | 0.0% | 2.0% |
| Eastern Europe | 391 | 0.17 | 2.7 | 0.0% | 22.9% | 44.0% | 0.0% | 20.0% | 0.0% | 0.0% | 0.0% | 13.5% |
| Oceania | 330 | 0.17 | 3.0 | 0.0% | 0.0% | 0.0% | 9.0% | 91.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Latin America | 305 | 0.1 | 2.5 | 0.0% | 0.0% | 0.0% | 0.0% | 99.0% | 0.0% | 0.0% | 0.0% | 1.0% |
| Africa | 173 | 0.1 | 1.5 | 0.0% | 0.0% | 0.0% | 0.0% | 95.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Middle East | 173 | 0.1 | 1.5 | 0.0% | 0.0% | 0.0% | 1.0% | 79.0% | 2.0% | 0.0% | 17.0% | 2.0% |
| Asia | 319 | 0.1 | 2.3 | 0.0% | 0.0% | 0.0% | 46.0% | 50.0% | 2.0% | 0.0% | 2.0% | 0.0% |
| Indian Subcontinent | 110 | 0.1 | 1.4 | 0.0% | 1.0% | 0.0% | 4.0% | 22.0% | 20.0% | 1.0% | 53.0% | 0.5% |

[a] Average other cattle mass for each region (default estimates are ±25%)

[b] $B_0$ estimates are ±15%

[c] Average VS production per head per day for the average non-dairy cow (default estimates are ±35%)

Emission Factors (EF) for each region are calculated based on eq.10.23.

[1] Lagoon and Liquid/Slurry MCFs are calculated based on the van't Hoff-Arrhenius equation relating temperature to biological activity. Lagoon MCFs are also calculated based on longer (up to a year) retention times. [Mangino, et. al (2001)]

Emission Factors
kg CH₄ per head per year

| Cool | | | | | Temperate | | | | | | | | | | | Warm | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 6 | 7 | 7 | 8 | 8 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 20 | 21 | 24 | 25 | 26 |
| 6 | 6 | 7 | 7 | 8 | 9 | 10 | 11 | 11 | 12 | 13 | 14 | 15 | 16 | 18 | 19 | 21 | 23 | 23 |
| 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |

Sources: For North America, other cattle mass are from Safley (2000) and USDA's Agricultural Waste Management Field Handbook and VS values are estimated based on an analysis of feed data from Petersen, et al (2003). North American manure management system usage values were estimated using data from the 1992 and 1997 USDA's Census of Agriculture and National Animal Health Monitoring System Reports. $B_0$ data are values reported in Hashimoto (1981). For Western and Eastern Europe manure management system usage, average mass, $B_0$ and VS values based on the analysis of national GHG inventories of Annex I countries submitted to the secretariat UNFCCC in 2004. For the rest of the world, the detailed information for cattle are developed in Gibbs and Johnson (1993), and manure management system usage and $B_0$ estimates are from Safley, et al (1992). Methane conversion factor data are from Woodbury and Hashimoto (1993). MCFs for lagoons and liquid/slurry systems are based on data obtained from an analysis of these systems in the United States.

BLM_0055817

Chapter 10: Emissions from Livestock and Manure Management

**Table 10A-6**
**Manure Management Methane Emission Factor Derivation for Buffalo**

| Annual Average Temperature (°C) | | Manure Management System MCFs | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Lagoon[2] | Liquid/ Slurry[2] | Solid Storage | DryLot | Pasture/ Range/ Paddock | Daily Spread | Digester | Burned for Fuel | Other |
| Cool | 10 | 66% | 17% | 2.0% | 1.0% | 1.0% | 0.1% | 10.0% | 10.0% | 1.0% |
| | 11 | 68% | 19% | 2.0% | 1.0% | 1.0% | 0.1% | 10.0% | 10.0% | 1.0% |
| | 12 | 70% | 20% | 2.0% | 1.0% | 1.0% | 0.1% | 10.0% | 10.0% | 1.0% |
| | 13 | 71% | 22% | 2.0% | 1.0% | 1.0% | 0.1% | 10.0% | 10.0% | 1.0% |
| | 14 | 73% | 25% | 2.0% | 1.0% | 1.0% | 0.1% | 10.0% | 10.0% | 1.0% |
| Temp | 15 | 74% | 27% | 4.0% | 1.5% | 1.5% | 0.5% | 10.0% | 10.0% | 1.0% |
| | 16 | 75% | 29% | 4.0% | 1.5% | 1.5% | 0.5% | 10.0% | 10.0% | 1.0% |
| | 17 | 76% | 32% | 4.0% | 1.5% | 1.5% | 0.5% | 10.0% | 10.0% | 1.0% |
| | 18 | 77% | 35% | 4.0% | 1.5% | 1.5% | 0.5% | 10.0% | 10.0% | 1.0% |
| | 19 | 77% | 39% | 4.0% | 1.5% | 1.5% | 0.5% | 10.0% | 10.0% | 1.0% |
| | 20 | 78% | 42% | 4.0% | 1.5% | 1.5% | 0.5% | 10.0% | 10.0% | 1.0% |
| | 21 | 78% | 46% | 4.0% | 1.5% | 1.5% | 0.5% | 10.0% | 10.0% | 1.0% |
| | 22 | 78% | 50% | 4.0% | 1.5% | 1.5% | 0.5% | 10.0% | 10.0% | 1.0% |
| | 23 | 79% | 55% | 4.0% | 1.5% | 1.5% | 0.5% | 10.0% | 10.0% | 1.0% |
| | 24 | 79% | 60% | 4.0% | 1.5% | 1.5% | 0.5% | 10.0% | 10.0% | 1.0% |
| | 25 | 79% | 65% | 4.0% | 1.5% | 1.5% | 0.5% | 10.0% | 10.0% | 1.0% |
| Warm | 26 | 79% | 71% | 5.0% | 2.0% | 2.0% | 1.0% | 10.0% | 10.0% | 1.0% |
| | 27 | 80% | 78% | 5.0% | 2.0% | 2.0% | 1.0% | 10.0% | 10.0% | 1.0% |
| | 28 | 80% | 80% | 5.0% | 2.0% | 2.0% | 1.0% | 10.0% | 10.0% | 1.0% |

**Buffalo Characteristics**

| Region | Mass[a] kg | B_o m³CH4/kg VS | VS[b] kg/hd/day | Manure Management System Usage (MS%) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| North America | (not applicable) | | | (not applicable) | | | | | | | | |
| Western Europe | 380 | 0.1 | 3.9 | 0% | 20% | 0% | 79% | 0% | 0% | 0% | 0% | |
| Eastern Europe | 380 | 0.1 | 3.9 | 0% | 24% | 0% | 0% | 29% | 0% | 0% | 0% | 47% |
| Oceania | (not applicable) | | | (not applicable) | | | | | | | | |
| Latin America | 380 | 0.1 | 3.9 | 0% | 0% | 0% | 0% | 99% | 0% | 0% | 0% | 1% |
| Africa | (not applicable) | | | (not applicable) | | | | | | | | |
| Middle East | 380 | 0.1 | 3.9 | 0% | 0% | 0% | 0% | 20% | 19% | 0% | 42% | 19% |
| Asia | 380 | 0.1 | 3.9 | 0% | 0% | 0% | 11% | 50% | 4% | 0% | 5% | 0% |
| Indian Subcontinent | 295 | 0.1 | 3.1 | 0% | 0% | 0% | 4% | 19% | 21% | 1% | 55% | 0% |

[a] Average buffalo mass for each region

[b] Average VS production per head per day for the average buffalo

Emission Factors (EF) for each region are calculated based on eq.10.23.

[2] Lagoon and Liquid/Slurry MCFs are calculated based on the van't Hoff-Arrhenius equation relating temperature to biological activity. Lagoon MCFs are also calculated based on longer (up to a year) retention times. [Mangino, et. al (2001)]

Sources: The detailed information for buffalo are developed in Gibbs and Johnson (1993), and manure management system usage and B_o estimates are from Safley et. al (1992). Methane conversion factor data are from Woodbury and Hashimoto (1993). MCFs for lagoons and liquid/slurry systems are based on data obtained from an analysis of these systems in the United States.

**Emission Factors**
**kg CH4 per head per year**

| | Cool | | | | | Temperate | | | | | | | | | | | Warm | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| | Not Applicable | | | | | | | | | | | | | | | | | | |
| | 4 | 4 | 5 | 5 | 6 | 7 | 8 | 9 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | | |
| | 5 | 5 | 5 | 6 | 6 | 7 | 8 | 8 | 9 | 10 | 11 | 12 | 13 | 15 | 16 | 17 | 19 | 19 | |
| | Not Applicable | | | | | | | | | | | | | | | | | | |
| | 4 | 4 | 4 | 4 | 4 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 |
| | 4 | 4 | 4 | 4 | 4 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |

BLM_0055818

Volume 4: Agriculture, Forestry and Other Land Use

**Table 10A-7**
**Manure Management Methane Emission Factor Derivation for Market Swine**

| Annual Average Temperature (°C) | | Manure Management System MCFs | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Lagoon[1] | Liquid/ Slurry[1] | Solid Storage | Dry lot | Pit <1 month | Pit >1 month | Daily Spread | Digester | Other |
| Cool | 10 | 66% | 17% | 2.0% | 1.0% | 3.0% | 17% | 0.1% | 10.0% | 1.0% |
| | 11 | 68% | 19% | 2.0% | 1.0% | 3.0% | 19% | 0.1% | 10.0% | 1.0% |
| | 12 | 70% | 20% | 2.0% | 1.0% | 3.0% | 20% | 0.1% | 10.0% | 1.0% |
| | 13 | 71% | 22% | 2.0% | 1.0% | 3.0% | 22% | 0.1% | 10.0% | 1.0% |
| | 14 | 73% | 25% | 2.0% | 1.0% | 3.0% | 25% | 0.1% | 10.0% | 1.0% |
| Temp | 15 | 74% | 27% | 4.0% | 1.5% | 3.0% | 27% | 0.5% | 10.0% | 1.0% |
| | 16 | 75% | 29% | 4.0% | 1.5% | 3.0% | 29% | 0.5% | 10.0% | 1.0% |
| | 17 | 76% | 32% | 4.0% | 1.5% | 3.0% | 32% | 0.5% | 10.0% | 1.0% |
| | 18 | 77% | 35% | 4.0% | 1.5% | 3.0% | 35% | 0.5% | 10.0% | 1.0% |
| | 19 | 77% | 39% | 4.0% | 1.5% | 3.0% | 39% | 0.5% | 10.0% | 1.0% |
| | 20 | 78% | 42% | 4.0% | 1.5% | 3.0% | 42% | 0.5% | 10.0% | 1.0% |
| | 21 | 78% | 46% | 4.0% | 1.5% | 3.0% | 46% | 0.5% | 10.0% | 1.0% |
| | 22 | 78% | 50% | 4.0% | 1.5% | 3.0% | 50% | 0.5% | 10.0% | 1.0% |
| | 23 | 79% | 55% | 4.0% | 1.5% | 3.0% | 55% | 0.5% | 10.0% | 1.0% |
| | 24 | 79% | 60% | 4.0% | 1.5% | 3.0% | 60% | 0.5% | 10.0% | 1.0% |
| | 25 | 79% | 65% | 4.0% | 1.5% | 3.0% | 65% | 0.5% | 10.0% | 1.0% |
| Warm | 26 | 79% | 71% | 5.0% | 2.0% | 30.0% | 71% | 1.0% | 10.0% | 1.0% |
| | 27 | 80% | 78% | 5.0% | 2.0% | 30.0% | 78% | 1.0% | 10.0% | 1.0% |
| | 28 | 80% | 80% | 5.0% | 2.0% | 30.0% | 80% | 1.0% | 10.0% | 1.0% |

| Region | Market Swine Characteristics | | | Manure Management System Usage (MS%) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mass[a] kg | $B_0$[b] m³ CH₄/kg VS | VS[c] kg/hd/day | | | | | | | | |
| North America | 46 | 0.48 | 0.27 | 32.8% | 18.5% | 4.2% | 4.0% | 0.0% | 40.6% | 0.0% | 0.0% |
| Western Europe | 50 | 0.45 | 0.3 | 8.7% | 0.0% | 13.7% | 0.0% | 2.8% | 69.8% | 2.0% | 3.0% |
| Eastern Europe | 50 | 0.45 | 0.3 | 3.0% | 0.0% | 42.0% | 0.0% | 24.7% | 24.7% | 0.0% | 5.7% |
| Oceania | 45 | 0.45 | 0.28 | 54.0% | 0.0% | 3.0% | 15.0% | 0.0% | 0.0% | 0.0% | 28.0% |
| Latin America | 28 | 0.29 | 0.3 | 0.0% | 8.0% | 10.0% | 41.0% | 0.0% | 0.0% | 2.0% | 40.0% |
| Africa | 28 | 0.29 | 0.3 | 0.0% | 6.0% | 6.0% | 87.0% | 1.0% | 0.0% | 0.0% | 0.0% |
| Middle East | 28 | 0.29 | 0.3 | 0.0% | 14.0% | 0.0% | 69.0% | 0.0% | 17.0% | 0.0% | 0.0% |
| Asia | 28 | 0.29 | 0.3 | 0.0% | 40.0% | 0.0% | 54.0% | 0.0% | 0.0% | 7.0% | 0.0% |
| Indian Subcontinent | 28 | 0.29 | 0.3 | 9.0% | 22.0% | 16.0% | 30.0% | 3.0% | 0.0% | 9.0% | 8.0% | 3.0% |

[a] Average marker swine mass for each region (default estimates are ±10%)
[b] $B_0$ estimates are ±15%
[c] Average VS production per head per day for the average market swine (default estimates are ±25%)

[1] Lagoon and Liquid/Slurry MCFs are calculated based on the van't Hoff-Arrhenius equation relating temperature to biological activity. Lagoon MCFs are also calculated based on longer (up to a year) retention times. [Mangino, et. al (2001)]

Emission Factors (EF) for each region are calculated based on eq.10.23.

Sources: For North America, mass, VS, and $B_0$ values are from Safley (2000), USDA's Agricultural Waste Management Field Handbook, and Hashimoto (1984), respectively. North American manure management system usage data are estimated using data from the 1992 and 1997 USDA's Census of Agriculture and National Animal Health Monitoring System Reports. For Western and Eastern Europe manure management system usage, mass of animals, $B_0$, and VS values based on the analysis of national GHG inventories of Annex I countries submitted to the secretariat UNFCCC in 2004. For the rest of the world, swine feed intake data are from Crutzen et. al (1986), and manure management system usage and $B_0$ estimates are from Safley et. al (1992). Methane conversion factor data are from Woodbury and Hashimoto (1993). MCFs for lagoons and liquid/slurry systems are based on data obtained from an analysis of these systems in the United States.

| Emission Factors | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| kg CH₄ per head per year | | | | | | | | | | | | | | | | | | |
| Cool | | | | | Temperate | | | | | | | | | | | Warm | | |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 10 | 11 | 11 | 12 | 12 | 13 | 13 | 14 | 15 | 16 | 17 | 18 | 18 | 19 | 20 | 22 | 23 | 23 |
| 6 | 6 | 7 | 7 | 8 | 9 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 18 | 19 | 21 | 21 |
| 3 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 5 | 5 | 5 | 6 | 6 | 6 | 7 | 10 | 10 | 10 |
| 11 | 11 | 12 | 12 | 12 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 |
| 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 |
| 1 | 1 | 1 | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 5 | 5 | 5 | 6 |
| 2 | 2 | 2 | 2 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 5 | 5 | 6 | 6 | 7 | 7 | 7 |
| 2 | 2 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 5 | 5 | 5 | 6 | 6 | 6 |

BLM_0055819

**Table 10A-8**
**Manure Management Methane Emission Factor Derivation for Breeding Swine**

| Annual Average Temperature (°C) | | Manure Management System MCFs | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Lagoon[1] | Liquid/ Slurry[1] | Solid Storage | Drylot | Pit <1 month | Pit >1 month | Daily Spread | Digester | Other |
| Cool | 10 | 66% | 17% | 2.0% | 1.0% | 3.0% | 17% | 0.1% | 10.0% | 1.0% |
| | 11 | 68% | 19% | 2.0% | 1.0% | 3.0% | 19% | 0.1% | 10.0% | 1.0% |
| | 12 | 70% | 20% | 2.0% | 1.0% | 3.0% | 20% | 0.1% | 10.0% | 1.0% |
| | 13 | 71% | 22% | 2.0% | 1.0% | 3.0% | 22% | 0.1% | 10.0% | 1.0% |
| | 14 | 73% | 25% | 2.0% | 1.0% | 3.0% | 25% | 0.1% | 10.0% | 1.0% |
| Temp | 15 | 74% | 27% | 4.0% | 1.5% | 3.0% | 27% | 0.5% | 10.0% | 1.0% |
| | 16 | 75% | 29% | 4.0% | 1.5% | 3.0% | 29% | 0.5% | 10.0% | 1.0% |
| | 17 | 76% | 32% | 4.0% | 1.5% | 3.0% | 32% | 0.5% | 10.0% | 1.0% |
| | 18 | 77% | 35% | 4.0% | 1.5% | 3.0% | 35% | 0.5% | 10.0% | 1.0% |
| | 19 | 77% | 39% | 4.0% | 1.5% | 3.0% | 39% | 0.5% | 10.0% | 1.0% |
| | 20 | 78% | 42% | 4.0% | 1.5% | 3.0% | 42% | 0.5% | 10.0% | 1.0% |
| | 21 | 78% | 46% | 4.0% | 1.5% | 3.0% | 46% | 0.5% | 10.0% | 1.0% |
| | 22 | 78% | 50% | 4.0% | 1.5% | 3.0% | 50% | 0.5% | 10.0% | 1.0% |
| | 23 | 79% | 55% | 4.0% | 1.5% | 3.0% | 55% | 0.5% | 10.0% | 1.0% |
| | 24 | 79% | 60% | 4.0% | 1.5% | 3.0% | 60% | 0.5% | 10.0% | 1.0% |
| | 25 | 79% | 65% | 4.0% | 1.5% | 3.0% | 65% | 0.5% | 10.0% | 1.0% |
| Warm | 26 | 79% | 71% | 5.0% | 2.0% | 30.0% | 71% | 1.0% | 10.0% | 1.0% |
| | 27 | 80% | 78% | 5.0% | 2.0% | 30.0% | 78% | 1.0% | 10.0% | 1.0% |
| | 28 | 80% | 80% | 5.0% | 2.0% | 30.0% | 80% | 1.0% | 10.0% | 1.0% |

| Region | Breeding Swine Characteristics | | | Manure Management System Usage (MS%) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mass[1] kg | B₀[2] m³CH4/kg VS | VS[3] kg/hd/day | Lagoon | Liquid/Slurry | Solid Storage | Drylot | Pit <1 month | Pit >1 month | Daily Spread | Digester | Other |
| North America | 198 | 0.48 | 0.5 | 32.8% | 18.5% | 4.2% | 4.0% | 0.0% | 40.6% | 0.0% | 0.0% | 0.0% |
| Western Europe | 198 | 0.45 | 0.46 | 8.7% | 0.0% | 13.7% | 0.0% | 2.8% | 69.8% | 2.0% | 0.0% | 3.0% |
| Eastern Europe | 180 | 0.45 | 0.5 | 3.0% | 0.0% | 42.0% | 0.0% | 24.7% | 24.7% | 0.0% | 0.0% | 5.7% |
| Oceania | 180 | 0.45 | 0.5 | 54.0% | 0.0% | 3.0% | 15.0% | 0.0% | 0.0% | 0.0% | 0.0% | 28.0% |
| Latin America | 28 | 0.29 | 0.3 | 0.0% | 8.0% | 10.0% | 41.0% | 0.0% | 0.0% | 0.0% | 2.0% | 40.0% |
| Africa | 28 | 0.29 | 0.3 | 0.0% | 6.0% | 6.0% | 87.0% | 1.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Middle East | 28 | 0.29 | 0.3 | 0.0% | 14.0% | 0.0% | 69.0% | 0.0% | 17.0% | 0.0% | 0.0% | 0.0% |
| Asia | 28 | 0.29 | 0.3 | 0.0% | 40.0% | 0.0% | 54.0% | 0.0% | 0.0% | 0.0% | 7.0% | 0.0% |
| Indian Subcontinent | 28 | 0.29 | 0.3 | 9.0% | 22.0% | 16.0% | 30.0% | 3.0% | 0.0% | 9.0% | 8.0% | 3.0% |

**Emission Factors** (kg CH4 per head per year)

| | Cool | | | | | Temperate | | | | | | | | | | | Warm | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| North America | 19 | 20 | 21 | 22 | 23 | 24 | 26 | 27 | 28 | 29 | 31 | 32 | 34 | 35 | 37 | 39 | 41 | 44 | 45 |
| Western Europe | 9 | 10 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 19 | 20 | 22 | 23 | 25 | 27 | 29 | 32 | 33 |
| Eastern Europe | 20 | 20 | 21 | 21 | 22 | 22 | 23 | 23 | 23 | 23 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 |
| Oceania | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 |
| Latin America | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 |
| Africa | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 5 | 5 | 5 | 6 |
| Middle East | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 5 | 5 | 5 | 6 | 6 | 7 | 7 |
| Asia | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 5 | 5 | 5 | 6 | 6 | 6 | 7 |
| Indian Subcontinent | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 5 | 5 | 5 | 6 | 6 | 6 | 7 |

[1] Average breed swine mass for each region (default estimates are ±20%)

[2] B₀ estimates are ±15%

[3] Average VS production per head per day for the average breed swine (default estimates are ±25%)

Emission Factors (EF) for each region are calculated based on eq.10.23.

[4] Lagoon and Liquid/Slurry MCFs are calculated based on the van't Hoff-Arrhenius equation relating temperature to biological activity. Lagoon MCFs are also calculated based on longer (up to a year) retention times. [Mangino, et. al (2001)]

Sources: For North America, mass, VS, and B₀ values are from Safley (2000), USDA's Agricultural Waste Management Field Handbook, and Hashimoto (1984), respectively. North American manure management system usage data are estimated using data from the 1992 and 1997 USDA's Census of Agriculture and National Animal Health Monitoring System Reports. For Western and Eastern Europe manure management system usage, mass of animals, B₀ and VS values based on the analysis of national GHG inventories of Annex I countries submitted to the secretariat UNFCCC in 2004. For the rest of the world, swine feed intake data are from Crutzen et. al (1986), and manure management system usage and B₀ estimates are from Safley et. al (1992). Methane conversion factor data are from Woodbury and Hashimoto (1993). MCFs for lagoon and liquid/slurry systems are based on data obtained from an analysis of these systems in the United States.

BLM_0055820

Volume 4: Agriculture, Forestry and Other Land Use

**Table 10A-9**
**Manure Management Methane Emission Factor Derivation**

| | Country | Sheep Developed | Sheep Developing | Goats Developed | Goats Developing | Camels Developed | Camels Developing | Horses Developed | Horses Developing | Mule/Asses Developed | Mule/Asses Developing | Poultry (Developed) Layers (dry) | Layers (wet) | Broilers | Turkeys | Ducks | Poultry Developing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Animal Characteristics** | | | | | | | | | | | | | | | | | |
| Mass (kg) | | 48.5 | 28 | 38.5 | 30 | 217 | 217 | 377 | 238 | 130 | 130 | 1.8 | 1.8 | 0.9 | 6.8 | 2.7 | NR |
| Digest (%) | | 0.60 | 0.5 | 0.6 | 0.5 | 0.5 | 0.5 | 0.7 | 0.7 | 0.7 | 0.7 | NR | NR | NR | NR | NR | NR |
| Intake'd (kg Feed) | | 1.08 | 1.08 | 0.76 | 0.76 | 5.42 | 5.42 | 5.96 | 5.96 | 3.25 | 3.25 | NR | NR | NR | NR | NR | NR |
| % Ash (Dry Basis) | | 8.00 | 8 | 8 | 8 | 8 | 8 | 4 | 4 | 4 | 4 | NR | NR | NR | NR | NR | NR |
| VS/day (kg VS) | | 0.40 | 0.32 | 0.3 | 0.35 | 2.49 | 2.49 | 2.13 | 1.72 | 0.94 | 0.94 | 0.02 | 0.02 | 0.01 | 0.07 | 0.02 | 0.02 |
| $B_o$ (m3/kg VS) | | 0.19 | 0.13 | 0.18 | 0.13 | 0.26 | 0.21 | 0.3 | 0.26 | 0.33 | 0.33 | 0.39 | 0.39 | 0.36 | 0.36 | 0.36 | 0.24 |
| **Manure Management System MCFs** | | | | | | | | | | | | | | | | | |
| **Cool** 10 | | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.5% | 65% | 1.5% | 1.5% | 1.0% | 1.0% |
| 11 | | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.5% | 68% | 1.5% | 1.5% | 1.0% | 1.0% |
| 12 | | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.5% | 70% | 1.5% | 1.5% | 1.0% | 1.0% |
| 13 | | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.5% | 73% | 1.5% | 1.5% | 1.0% | 1.0% |
| 14 | | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.5% | 74% | 1.5% | 1.5% | 1.0% | 1.0% |
| **Temperate** 15 | | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 75% | 1.5% | 1.5% | 1.5% | 1.5% |
| 16 | | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 76% | 1.5% | 1.5% | 1.5% | 1.5% |
| 17 | | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 76% | 1.5% | 1.5% | 1.5% | 1.5% |
| 18 | | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 77% | 1.5% | 1.5% | 1.5% | 1.5% |
| 19 | | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 78% | 1.5% | 1.5% | 1.5% | 1.5% |
| 20 | | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 78% | 1.5% | 1.5% | 1.5% | 1.5% |
| 21 | | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 78% | 1.5% | 1.5% | 1.5% | 1.5% |
| 22 | | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 78% | 1.5% | 1.5% | 1.5% | 1.5% |
| 23 | | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 79% | 1.5% | 1.5% | 1.5% | 1.5% |
| 24 | | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 79% | 1.5% | 1.5% | 1.5% | 1.5% |
| 25 | | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 80% | 1.5% | 1.5% | 1.5% | 1.5% |
| **Warm** 26 | | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 1.5% | 80% | 1.5% | 1.5% | 2.0% | 2.0% |
| 27 | | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 1.5% | 80% | 1.5% | 1.5% | 2.0% | 2.0% |
| 28 | | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 1.5% | 80% | 1.5% | 1.5% | 2.0% | 2.0% |
| **Emission Factors (kg CH4 per head per year)** | | | | | | | | | | | | | | | | | |
| **Cool** 10 | | 0.19 | 0.10 | 0.13 | 0.11 | 1.58 | 1.28 | 1.56 | 1.09 | 0.76 | 0.60 | 0.03 | 1.13 | 0.02 | 0.09 | 0.02 | 0.01 |
| 11 | | 0.19 | 0.10 | 0.13 | 0.11 | 1.58 | 1.28 | 1.56 | 1.09 | 0.76 | 0.60 | 0.03 | 1.18 | 0.02 | 0.09 | 0.02 | 0.01 |
| 12 | | 0.19 | 0.10 | 0.13 | 0.11 | 1.58 | 1.28 | 1.56 | 1.09 | 0.76 | 0.60 | 0.03 | 1.21 | 0.02 | 0.09 | 0.02 | 0.01 |
| 13 | | 0.19 | 0.10 | 0.13 | 0.11 | 1.58 | 1.28 | 1.56 | 1.09 | 0.76 | 0.60 | 0.03 | 1.26 | 0.02 | 0.09 | 0.02 | 0.01 |
| 14 | | 0.19 | 0.10 | 0.13 | 0.11 | 1.58 | 1.28 | 1.56 | 1.09 | 0.76 | 0.60 | 0.03 | 1.28 | 0.02 | 0.09 | 0.02 | 0.01 |
| **Temperate** 15 | | 0.28 | 0.15 | 0.20 | 0.17 | 2.37 | 1.92 | 2.34 | 1.64 | 1.14 | 0.90 | 0.03 | 1.30 | 0.02 | 0.09 | 0.03 | 0.02 |
| 16 | | 0.28 | 0.15 | 0.20 | 0.17 | 2.37 | 1.92 | 2.34 | 1.64 | 1.14 | 0.90 | 0.03 | 1.31 | 0.02 | 0.09 | 0.03 | 0.02 |
| 17 | | 0.28 | 0.15 | 0.20 | 0.17 | 2.37 | 1.92 | 2.34 | 1.64 | 1.14 | 0.90 | 0.03 | 1.32 | 0.02 | 0.09 | 0.03 | 0.02 |
| 18 | | 0.28 | 0.15 | 0.20 | 0.17 | 2.37 | 1.92 | 2.34 | 1.64 | 1.14 | 0.90 | 0.03 | 1.33 | 0.02 | 0.09 | 0.03 | 0.02 |
| 19 | | 0.28 | 0.15 | 0.20 | 0.17 | 2.37 | 1.92 | 2.34 | 1.64 | 1.14 | 0.90 | 0.03 | 1.35 | 0.02 | 0.09 | 0.03 | 0.02 |
| 20 | | 0.28 | 0.15 | 0.20 | 0.17 | 2.37 | 1.92 | 2.34 | 1.64 | 1.14 | 0.90 | 0.03 | 1.35 | 0.02 | 0.09 | 0.03 | 0.02 |
| 21 | | 0.28 | 0.15 | 0.20 | 0.17 | 2.37 | 1.92 | 2.34 | 1.64 | 1.14 | 0.90 | 0.03 | 1.36 | 0.02 | 0.09 | 0.03 | 0.02 |
| 22 | | 0.28 | 0.15 | 0.20 | 0.17 | 2.37 | 1.92 | 2.34 | 1.64 | 1.14 | 0.90 | 0.03 | 1.36 | 0.02 | 0.09 | 0.03 | 0.02 |
| 23 | | 0.28 | 0.15 | 0.20 | 0.17 | 2.37 | 1.92 | 2.34 | 1.64 | 1.14 | 0.90 | 0.03 | 1.37 | 0.02 | 0.09 | 0.03 | 0.02 |
| 24 | | 0.28 | 0.15 | 0.20 | 0.17 | 2.37 | 1.92 | 2.34 | 1.64 | 1.14 | 0.90 | 0.03 | 1.38 | 0.02 | 0.09 | 0.03 | 0.02 |
| 25 | | 0.28 | 0.15 | 0.20 | 0.17 | 2.37 | 1.92 | 2.34 | 1.64 | 1.14 | 0.90 | 0.03 | 1.38 | 0.02 | 0.09 | 0.03 | 0.02 |
| **Warm** 26 | | 0.37 | 0.20 | 0.26 | 0.22 | 3.17 | 2.56 | 3.13 | 2.19 | 1.52 | 1.20 | 0.03 | 1.38 | 0.02 | 0.09 | 0.03 | 0.02 |
| 27 | | 0.37 | 0.20 | 0.26 | 0.22 | 3.17 | 2.56 | 3.13 | 2.19 | 1.52 | 1.20 | 0.03 | 1.39 | 0.02 | 0.09 | 0.03 | 0.02 |
| 28 | | 0.37 | 0.20 | 0.26 | 0.22 | 3.17 | 2.56 | 3.13 | 2.19 | 1.52 | 1.20 | 0.03 | 1.39 | 0.02 | 0.09 | 0.03 | 0.02 |

The left temperature-group labels apply as: **Cool** (rows 10–14), **Temperate** (rows 15–25), **Warm** (rows 26–28), under "Annual Average Temperature (°C)".

NR = Not reported.

Emission factors, except for poultry, were developed from feed intake values and feed digestibilities used to develop the enteric fermentation emission factors (see Appendix 10A.1). MCFs and $B_o$ values are reported in Woodbury and Hashimoto (1993). All manure except for Layers (wet) is assumed to be managed in dry systems, which is consistent with the manure management system usage reported in Woodbury and Hashimoto (1993). Poultry for developed countries was subdivided into five categories. Layers (dry) represent layers in a "without bedding" waste management system; Layers (wet) represent layers in an anaerobic lagoon waste management system.
Estimates of animal mass are ±20%, VS values are ±50% and $B_o$ values are ±15%

BLM_0055821

| | **Animal Characteristics** | | | **Manure management system MCF** | **Emission factors (kg CH$_4$ head$^{-1}$ yr$^{-1}$)** |
|---|---|---|---|---|---|
| **Animal** | **Mass (kg)** | **VS (kg VS day$^{-1}$)** | **Bo (m$^3$ kg VS)** | | |
| Deer [a] | NR | NR | NR | NR | 0.22 |
| Reindeer [b] | NR | 0.39 | 0.19 | 2.0% | 0.36 |
| Rabbits [c] | 1.60 | 0.10 | 0.32 | 1.0% | 0.08 |
| Fur-bearing animals [b] | NR | 0.14 | 0.25 | 8.0% | 0.68 |
| Ostrich [b] | NR | 1.16 | 0.25 | 8.0% | 5.67 |

**TABLE 10A-9 (CONTINUED)**
**MANURE MANAGEMENT METHANE EMISSION FACTOR DERIVATION FOR OTHER ANIMALS**

[a] Sneath (1997) cited in the GHG inventory of United Kingdom.

[b] Estimations of Agricultural University of Norway, Institute of Chemistry and Biotechnology, Section for Microbiology.

[c] Data obtained from GHG inventory of Italy, 2004.

NR = not reported

# References

## SECTION 10.2  LIVESTOCK POPULATION AND FEED CHARACTERISATION

AAC (Australian Agricultural Council) (1990). Feed Standards for Australian Livestock Ruminants. Commonwealth Scientific and Industrial Research Organization (CSIRO) Publications, East Melbourne, Victoria, Australia.

AFRC Technical Committee on Responses to Nutrients (1990). Nutritive Requirements of Ruminant Animals: Energy. Rep. 5, CAB International, Wallingford, U.K.

Agricultural and Food Research Council (AFRC) Technical Committee on Responses to Nutrients (1993). Energy and Protein Requirements of Ruminants. 24-159, CAB International, Wallingford, U.K.

Bamualim, A. and Kartiarso (1985). 'Nutrition of draught animals with special reference to Indonesia.' In: Draught Animal Power for Production. J.W. Copland (ed.). Australian Centre for International agricultural Research (ACIAR), Proceedings Series No. 10. ACIAR, Canberra, A.C.T., Australia.

Food and Agriculture Organisation (FAO) (1999). Statistical Database.

Gibbs, M.J. and Johnson, D.E. (1993). "Livestock Emissions." In: International Methane Emissions, US Environmental Protection Agency, Climate Change Division, Washington, D.C., U.S.A.

Gibbs, M.J., Conneely, D., Johnson, D., Lassey, K.R. and Ulyatt, M.J. (2002). $CH_4$ emissions from enteric fermentation. In: Background Papers: IPCC Expert Meetings on Good Practice Guidance and Uncertainty Management in National Greenhouse Gas Inventories, p 297–320. IPCC-NGGIP, Institute for Global Environmental Strategies (IGES), Hayama, Kanagawa, Japan.

Ibrahim, M.N.M. (1985). 'Nutritional status of draught animals in Sri Lanka.' In: Draught Animal Power for Production. J.W. Copland (ed.). ACIAR (Australian Centre for International Agricultural Research) Proceedings Series No. 10. ACIAR, Canberra, A.C.T., Australia.

Jurgen, M.H. (1988). Animal Feeding and Nutrition, Sixth Edition, Kendall/Hunt Publishing Company, Dubuque, Iowa, U.S.A.

Lawrence, P.R. (1985). 'A review of nutrient requirements of draught oxen.' In: Draught Animal Power for Production. J.W. Copland (ed.). ACIAR (Australian Centre for International Agricultural Research) Proceedings Series No. 10. ACIAR, Canberra, A.C.T., Australia.

National Research Council (NRC) (1984). Nutrient Requirements of Beef Cattle, National Academy Press, Washington, D.C. U.S.A.

NRC (1989). Nutrient Requirements of Dairy Cattle, 6th, National Academy Press, Washington, D.C. U.S.A.

NRC (1996). Nutrient Requirements of Beef Cattle, National Academy Press, Washington, D.C. U.S.A.

NRC (2001). Nutrient Requirements of Dairy Cattle, 7th Ed., Nat. Acad. Press, Washington, DC.

## SECTION 10.3  METHANE EMISSIONS FROM DOMESTIC LIVESTOCK ENTERIC FERMENTATION

Clark, H., Brookes, I. and Walcroft, A. (2003). Enteric methane emissions from New Zealand ruminants 1999-2001 calculated using an IPCC Tier 2 approach. http://www.climatechange.govt.nz/resources/reports/nir-apr03/.

Crutzen, P.J., Aselmann, I. and Seiler, W. (1986). "Methane Production by Domestic Animals, Wild Ruminants, Other Herbivorous Fauna, and Humans," *Tellus* **38B**:271-284.

Diarra, B. (1994). Net energy value of soybean hulls as feed for sheep. Dissertation. Colorado State University, Ft Collins, CO.

Donovan, K. and Baldwin, L. (1999). Results of the AAMOLLY model runs for the Enteric Fermentation Model. University of California, Davis.

Hindrichsen, I., Kreuzer, M., Machmuller, A., Knudsen, K. E., Madsen, J. and Wettstein, H.R. (2003). Methane release and energy expenditure of dairy cows fed concentrates characterized by different carbohydrates. In: Prog. in Res. En. & Prot. Metabol. (Souffrant, W.B. and CC. Metges, eds.) Wageningen Acad. Pub, The Netherlands, EAAP Publ. 109:413-416.

Johnson, K., Huyler, M., Westberg, H., Lamb, B. and Zimmerman, P. (1994). Measurement of methane emissions from ruminant livestock using a SF6 tracer technique. *Environmental. Sci. Tech.*, **28**: 359-362.

BLM_0055823

Johnson, K.A. and Johnson, D.E. (1995). Methane emissions from cattle. *J. Anim. Sci.*, **73**: 2483-2492

Judd, M.J., Kelliher, F.M., Ulyatt, M.J., Lassey, K.R., Tate, K.R., Shelton, I.D., Harvey, M.J. and Walker, C.F. (1999). Net methane emissions from grazing sheep, *Global Change Biol.*, **5**, pp. 647–657.

Kujawa, M. (1994). Energy partitioning in steers fed cottonseed hulls or sugar beet pulp. Dissertation, Colorado State University, Ft Collins, CO.

Kurihara, M., Magner, T., Hunter, R.A. and McCrabb, G.J. (1999). Methane production and energy partition of cattle in the tropics. *British Journal of Nutrition*, **81**, pp. 227-234.

Lassey, K.R. (2006). Livestock methane emission: from the individual grazing animal through national inventories to the global methane cycle. *Agric. For. Meteorol.* (in press).

Lassey, K.R., Ulyatt, M.J., Martin, R.J., Walker, C.F. and Shelton, I.D. (1997). Methane emissions measured directly from grazing livestock in New Zealand, *Atmos. Environ.*, **31**, pp. 2905-2914.

Leuning, R., Baker, S.K., Jamie, I.M., Hsu, C.H., Klein, L., Denmead, O.T. and Griffith, D.W.T. (1999). Methane emission from free-ranging sheep: a comparison of two measurement methods, *Atmos. Environ.*, **33**, pp. 1357–1365.

Murray, B.R., Bryant, A.M. and Leng, R.A. (1978). Methane production in the rumen and lower gut of sheep given lucerne chaff: effect of level of intake, *Br. J. Nutr.*, **39**, pp. 337-345.

National Research Council (NRC) (1989). Nutrient Requirements of Dairy Cattle, 6th Ed., Nat. Acad. Press, Washington, DC.

National Research Council (NRC) (1996). Nutrient Requirements of Beef Cattle, 7th Edit., Nat. Acad. Press, Washington, DC.

National Research Council (NRC) (2001). Nutrient Requirements of Dairy Cattle, 7th Ed., Nat. Acad. Press, Washington, DC.

Pinares-Patino, C.S., Ulyatt, M.J., Waghorn, G.C., Lassey, K.R., Barry, T.N., Holmes, C.W. and Johnson, D.E. (2003). Methane emission by alpaca and sheep fed on Lucerne hay or grazed on pastures of perennial ryegrass/white clover or birds foot trefoil. *J. Agric. Sci.* **140**:215-226.

Ulyatt, M.J., Lassey, K.R., Shelton, I.D. and Walker, C.F. (2002a). "Seasonal variation in methane emission from dairy cows and breeding ewes grazing ryegrass/white clover pasture in New Zealand." *New Zealand Journal of Agricultural Research* **45**:217–226.

Ulyatt, M.J., Lassey, K.R., Shelton, I.D. and Walker, C.F. (2002b). "Methane emission from dairy cows and wether sheep fed subtropical grass-dominant pastures in midsummer in New Zealand." *New Zealand Journal of Agricultural Research* **45**:227–234.

Ulyatt, M.J., Lassey, K.R., Shelton, I.D. and Walker, C.F. (2005). Methane emission from sheep grazing four pastures in late summer in New Zealand. *New Zealand Journal Agricultural Research* 48: 385-390.

## SECTION 10.4  METHANE EMISSIONS FROM MANURE MANAGEMENT

Amon, B., Amon, Th., Boxberger, J. and Pollinger, A. (1998). Emissions of $NH_3$, $N_2O$, and $CH_4$ from composted and anaerobically stored farmyard manure. Pages 209-216 in Martinez J, Maudet M-N (eds) Ramiran 98, Proc. 8th Int. Conf. on the FAO ESCORENA Network on Recycling of Agricultural, Municipal and Industrial Residues in Agriculture. Rennes, France.

Amon, B., Amon, Th., Boxberger, J. and Alt, Ch. (2001). Emissions of $NH_3$, $N_2O$, and $CH_4$ from dairy cows housed in a farmyard manure tying stall (Housing, Manure Storage, Manure Spreading). *Nutrient Cycling in Agroecosystems*, **60**: pp. 103-113.

ASAE (1999). ASAE Standards 1999, 46th Edition. American Society of Agricultural Engineers, St. Joseph, MI.

Hashimoto, A. and Steed, J. (1993). Methane emissions from typical U.S. livestock manure management systems. Draft report prepared for ICF Incorporated under contract to the Global Change Division of the Office of Air and Radiation, US Environmental Protection Agency, Washington, D.C.

Hill, D.T. (1982). Design of digestion systems for maximum methane production. Transactions of the ASAE, 25(1): pp. 226-230.

Hill, D.T. (1984). Methane productivity of the major animal types. Transactions of the ASAE 27(2): pp. 530-540.

IPCC (1997). Revised 1996 IPCC Guidelines for National Greenhouse Inventories. Houghton J.T., Meira Filho L.G., Lim B., Tréanton K., Mamaty I., Bonduki Y., Griggs D.J. Callander B.A. (Eds). Intergovernmental Panel on Climate Change (IPCC), IPCC/OECD/IEA, Paris, France.

BLM_0055824

Mangino, J., Bartram, D. and Brazy, A. (2001). Development of a methane conversion factor to estimate emissions from animal waste lagoons. Presented at U.S. EPA's 17th Annual Emission Inventory Conference, Atlanta GA, April 16-18, 2002.

Moller, H.B., Sommer, S.G. and Ahring, B. (2004). Biological degradation and greenhouse gas emissions during pre-storage of liquid animal manure. *Journal of Environmental Quality*, **33**: pp. 27-36.

Peterson, K. and Jacobs, H. (2003). 1990-2002 Volatile solids and Nitrogen excretion rates deliverable under EPA Contract No. GS-10F-0124J, Task Order 004-02.  Memorandum to EPA from ICF Consulting. August 28, 2003.

Safley, L.M., Casada, M.E., Woodbury, J.W. and Roos, K.F. (1992). Global Methane Emissions from Livestock and Poultry Manure. US Environmental Protection Agency, Global Change Division, Washington, D.C., February 1992, EPA/400/1091/048.

Sneath, R.W., Phillips, V.R., Demmers, G.M., Burgess, L.R. and Short, J.L. (1997). Long Term Measurements of Greenhouse Gas Emissions from UK Livestock Buildings. Bio-Engineering Division, Silsoe Research Institute, Wrest Park, Silsoe, Bedford, MK45 4HS. Livestock Environment: Proceedings of the Fifth International Symposium.  Bloomington MN. May 29-31, 1997.

Sommer, S.G., Petersen, S.O. and Sogaard, H.T. (2000). Greenhouse gas emissions from stored livestock slurry. *Journal of Environmental Quality*, **29**: pp. 744-751.

Steed Jr, J. and Hashimoto, A.G. (1994). Methane emissions from typical manure management systems. *Bioresource Technology* **50**: pp. 123-130.

USDA (1996). Agricultural Waste Management Field Handbook, National Engineering Handbook (NEH). Part 651, U.S. Department of Agriculture, Natural Resources Conservation Service. July.

Woodbury, J.W. and Hashimoto, A. (1993). Methane Emissions from Livestock Manure. In International Methane Emissions, US Environmental Protection Agency, Climate Change Division, Washington, D.C., U.S.A.

Zeeman, G. (1994). Methane production/emission in storages for animal manure. *Fertilizer Research* **37**: 207-211, 1994. Kluwer Academic Publishers, Netherlands.

## SECTION 10.5 NITROUS OXIDE EMISSIONS FROM MANURE MANAGEMENT

Amon, B., Amon, Th., Boxberger, J. and Pollinger, A. (1998). Emissions of $NH_3$, $N_2O$ and $CH_4$ from composted and anaerobically stored farmyard manure. Pages 209-216 in Martinez J, Maudet M-N (eds) Ramiran 98, Proc. 8th Int. Conf. on the FAO ESCORENA Network on Recycling of Agricultural, Municipal and Industrial Residues in Agriculture. Rennes, France.

Amon, B., Amon, Th., Boxberger, J. and Alt, Ch. (2001). Emissions of $NH_3$, $N_2O$, and $CH_4$ from dairy cows housed in a farmyard manure tying stall (Housing, Manure Storage, Manure Spreading). *Nutrient Cycling in Agroecosystems*, **60**: pp. 103-113.

Asman, W.A.H., Sutton, M.A. and Schjoerring, J.K. (1998). Ammonia: emission, atmospheric transport and deposition. *New Phytol.*, **139**, p. 27-48

Bierman, S., Erickson, G.E., Klopfenstein, T.J., Stock, R.A. and Shain, D.H. (1999). Evaluation of nitrogen and organic matter balance in the feedlot as affected by level and source of dietary fiber. *J. Anim. Sci.* 77:1645-1653.

Döhler, H., Eurich-Menden, B., Dämmgen, U., Osterburg, B., Lüttich, M., Bergschmidt, A., Berg, W., Brunsch, R. (2002). BMVEL/UBA-Ammoniak-Emissionsinventar der deutschen Landwirtschaft und Minderungsszenarien bis zum Jahre 2010. Texte 05/02. Umweltbundesamt, Berlin.

Dustan, A. (2002). Review of methane and nitrous oxide emission factors in cold climates. Institutet for jordbruks-och miljoteknik, JTI-rapport, Lantbruk & Industri, 299.

Eghball, B. and Power, J.F. (1994). Beef cattle feedlot manure management. *J. Soil Water Cons.* 49:113-122.

European Environmental Agency (2002). Joint EMEP/CORINAIR Atmospheric Emission Inventory Guidebook, 3rd ed., July 2002, Copenhagen.

Groot Koerkamp, P.W.G., Speelman, L. and Metz, J.H.M. (1998). Effect of type of aviary, manure and litter handling on the emission kinetics of ammonia from layer houses. *Br. Poult. Sci.*, **39**, p. 379-392.

Hao, X., Chang, C., Larney, F.J. and Travis, G.R. (2001). Greenhouse gas emissions during cattle feedlot manure composting. *Journal Environmental Quality* **30**: pp. 376-386.

BLM_0055825

Harper, L.A., Sharpe, R.R. and Parkin, T.B. (2000). Gaseous emissions from anaerobic swine lagoons: Ammonia, Nitrous Oxide, and Dinitrogen Gas. *Journal of Environmental Quality* **29**: pp. 1356-1365.

Hutchings, N.J., Sommer, S.G., Andersen, J.M. and Asman, W.A.H. (2001). A detailed ammonia emission inventory for Denmark. *Atmospheric Environment*, **35**, p. 1959-1968.

Külling, D.R., Menzi, H., Sutter, F., Lischer, P. and Kreuzer, M. (2003). Ammonia, nitrous oxide and methane emissions from differently stored dairy manure derived from grass- and hay-based rations. *Nutrient Cycling in Agroecosystems*, **65**: pp. 13-22.

Lague, C., Fonstad, T. A., Marquis, A., Lemay, S.P., Godbout, S. and Joncas, R. (2004). Greenhouse Gas Emissions from Swine Operations in Québec and Saskatchewan: Benchmark Assessments. Climate Change Funding Initiative in Agriculture (CCFIA), Canadian Agricultural Research Council, Ottawa, ON.

Meisinger, J.J. and Jokela, W.E. (2000). Ammonia Volatilization from Dairy and Poultry Manure. In: Managing Nutrients and Pathogens from Animal Agriculture. Natural Resource, Agriculture, and Engineering Service, Ithaca, NY. March 28-30, 2000. NRAES-130, p.334-354.

Moller, H.B., Sommer, S.G. and Anderson, B.H. (2000). Nitrogen mass balance in deep litter during the pig fattening cycle and during composting. *Journal of Agricultural Science*, Cambridge **137**:235-250.

Monteny G. J., Groesetein C. M. and Hilhorst M. A. (2001). Interactions and coupling between emissions of methane and nitrous oxide from animal husbandry. *Nutrient Cycling in Agroecosystems*, **60**: pp. 123-132.

Monteny, G.J. and Erisman, J.W. (1998). Ammonia emissions from dairy cow buildings: A review of measurement techniques, influencing factors and possibilities for reduction. *Neth. J. Agric. Sci.*, **46**, p. 225-247.

Moreira, V.R. and Satter, L.D. (2004). Estimating nitrogen loss from dairy farms. *Pedology*.

National Research Council (NRC) (1996). Nutrient Requirements of Beef Cattle, 7th Revised Ed., Nat. Acad. Press, Washington., DC

Nicks, B., Laitat, M., Vandenheede, M., Desiron, A., Verhaege, C. and Canart, B. (2003). Emissions of Ammonia, Nitrous Oxide, Methane, Carbon Dioxide, and Water Vapor in the Raising of Weaned Pigs on Straw-Based and Sawdust-Based Deep Litters. *Animal Research Journal*, **52**: pp. 299-308.

Rotz, C.A. (2004). Management to reduce nitrogen losses in animal production. *J. Anim. Sci.* **82**(E. Suppl.):E119-E137.

Sneath, R.W., Phillips, V.R., Demmers, G.M., Burgess, L.R. and Short, J.L. (1997). Long Term Measurements of Greenhouse Gas Emissions from UK Livestock Buildings. Bio-Engineering Division, Silsoe Research Institute, Wrest Park, Silsoe, Bedford, MK45 4HS. Livestock Environment: Proceedings of the Fifth International Symposium. Bloomington MN. May 29-31, 1997.

Sommer, S.G. and Moller, H.B. (2000). Emission of greenhouse gases during composting of deep litter from pig production – effect of straw content. *Journal of Agricultural Science*, Cambridge **134**:327-335.

Sommer, S.G., Petersen, S.O. and Sogaard, H.T. (2000). Greenhouse gas emission from stored livestock slurry. *Journal of Environmental Quality* **29**: pp. 744-751.

US EPA (2004). National Emission Inventory – Ammonia Emissions from Animal Husbandry Operations, Draft Report. January 30, 2004.

Wagner-Riddle, C. and Marinier, M. (2003). Improved Greenhouse Gas Emission Estimates from Manure Storage Systems. Prepared for Climate Change Funding Initiative in Agriculture, Final Project Report, Component 2-3 Projects, Climate Change Science and Technology.

Webb. J. (2001). Estimating the potential for ammonia emissions from livestock excreta and manures. *Environ. Pollut.* **111**, p. 395-406.

BLM_0055826

Guidebook to the Triassic Formations of the Colorado Plateau
in northern Arizona: Geology, Paleontology, and History.
Sterling J. Nesbitt, William G. Parker, and Randall B. Irmis (eds.)
Mesa Southwest Museum, Bulletin No. 9 2005

# THE VERTEBRATE FAUNA OF THE UPPER TRIASSIC CHINLE FORMATION IN NORTHERN ARIZONA

RANDALL B. IRMIS

Department of Integrative Biology and Museum of Paleontology
1101 Valley Life Sciences Building
University of California, Berkeley, CA  94720-4780
irmis@berkeley.edu

## INTRODUCTION

The Upper Triassic Chinle Formation of the southwestern United States preserves one of the most taxonomically diverse records of Late Triassic vertebrates in North America. This record spans at least 25 million years from the Late Carnian to the near end of the Triassic Period (Lucas, 1998). It is a time of faunal turnover, with earlier basal archosaur and temnospondyl faunas being slowly replaced by dinosaurs and crocodylomorphs (Benton, 1983). Additionally, the first representatives of many modern clades are thought to have evolved during this time (e.g., Lissamphibia, Lepidosauria and Squamata, Mammaliaformes, and Dinosauria). The extensive tetrapod record of the Chinle Formation also provides important information on the tempo and mode of the Late Triassic terrestrial extinctions (Benton, 1993; 1994; Fraser and Sues, 1994).

Many of the best studied Chinle vertebrate assemblages are known from outcrops of the formation in northern Arizona on the southern Colorado Plateau. These exposures are concentrated in the Little Colorado River Valley from St. Johns to Cameron, as well as the Defiance Uplift around Chinle and Many Farms (Parker, in press). Major collecting areas in Arizona include the *Placerias* and Downs Quarries near St. Johns (UCMP A269), Stinking Springs northwest of St. Johns, Petrified Forest National Park (PEFO), outcrops near Winslow and Joseph City, outcrops in the vicinity of Cameron, Ward Terrace east of Cameron, and the exposures near Many Farms, Chinle, and Round Rock. Parker (in press) reviews in detail each of these assemblages, and this information was used to compile taxonomic occurrences in this paper.

Paleontological study of the Chinle Formation in Arizona has spanned over 100 years (Welles, 1969; 1972; Long and Murry, 1995). The first vertebrates were discovered by paleobotanist Lester Ward east of Cameron. Subsequent excavations by Barnum Brown yielded a large quarry of tetrapods, known as the Ward Bone Bed (Colbert, 1947; 1952; Long and Murry, 1995). Through the first two decades of the 20th century, Maurice Mehl collected sporadically throughout northern Arizona. In 1906, John Muir visited what is now Petrified Forest National Park, and collected several bones (including phytosaurs and aetosaurs) (Fig. 1) that are now deposited in the University of California Museum of Paleontology (UCMP) (Long and Murry, 1995). Subsequently, the discovery of many fossil vertebrates in the vicinity of the Petrified Forest by Annie Alexander and Louise Kellogg in 1921 spurred Charles Camp of UCMP to spend most of the 1920's and early 1930's making major collections in this area, as well as to the north near Round Rock, and to the southeast near St. Johns (including the *Placerias* Quarry) (Camp, 1930; Camp and Welles, 1956; Welles, 1969; Long and Murry, 1995). Charles Gilmore of the Smithsonian Institution collected around PEFO in the 1930s, and Edwin Colbert of the American Museum of Natural History collected around PEFO and St. Johns in 1946 (Long and Murry, 1995).

After 1946, vertebrate paleontology fieldwork in the Chinle Formation of Arizona was largely quiet until crews from the Museum of Northern Arizona (1979-1980) and UCMP (early 1980s) comprehensively surveyed PEFO for vertebrate fossils, making extensive collections and providing the foundation for a modern biostratigraphy of the Chinle Formation (Long and Padian, 1986). Various institutions have conducted paleontological research in PEFO almost continuously until the present (Parker, in press), including a current paleontological inventory by workers associated with the park itself (Parker and Clements, 2004). Southern Methodist University has also recently explored the Stinking Springs area southeast of the park (Polcyn et al., 2002).

Institutional Abbreviations: MNA, Museum of Northern Arizona, Flagstaff, AZ; PEFO, Petrified Forest National Park, AZ; SMU, Shuler Museum of Paleontology, Southern Methodist University, Dallas, TX; UCMP,

BLM_0055827







FIGURE 1. Specimens collected by John Muir in 1906 from Petrified Forest National Park. (A), Original label accompanying fossils that reads "From John Muir, Martinez, California, To Prof. John C. Merriam, University of California, Berkeley, Cal." (B), indeterminate phytosaur mandible collected by Muir (UCMP 7037/26693). (C), fragments of a paramedian osteoderm of *Typothorax coccinarum* collected by Muir (UCMP 7037/26693). Scale bars equal 1 cm.

University of California Museum of Paleontology, Berkeley, CA.

## GEOLOGY

The Chinle Formation is a complex predominantly fluvial system that spans a wide geographic and temporal spectrum. As a result, its sedimentology and stratigraphy is exceedingly complex, resulting in the application of several stratigraphic schemes for the unit (e.g., Stewart et al., 1972; Lucas, 1993; Dubiel et al., 1999). The stratigraphy presented here follows the studies of Stewart et al. (1972), Heckert and Lucas (2002a), and Woody (2003). In easternmost Arizona, the Chinle Formation is represented in ascending order by the Shinarump Member, Mesa Redondo Member, Blue Mesa Member, Sonsela Member, Petrified Forest Member, and Owl Rock Member (Fig. 2). To the west, the Mesa Redondo Member grades into the Cameron Member to the northwest of Holbrook (Lucas, 1993). In northeastern-most Arizona, the Owl Rock Member is overlain by the Rock Point Member (Kirby, 1993).

The Shinarump Member is a braided-stream deposit of cross-bedded conglomerates and sandstones that disconformably overlies the Lower-Middle Triassic Moenkopi Formation (Stewart et al., 1972). It is overlain by the Mesa Redondo/Cameron Members, which are dominated by mudstones and siltstones (Stewart et al., 1972; Heckert and Lucas, 2002a). The Blue Mesa Member is dominated by paleosol mudstones, but it also contains a prominent sandstone bed in the Petrified Forest National Park area, the Newspaper Sandstone bed (Billingsley, 1985). This unit was previously considered the lower portion of the Petrified Forest Member (Lucas, 1993; Woody, 2003), but is separated from the Petrified Forest Member *sensu stricto* by the Sonsela Member. The Sonsela was originally considered to be a single sandstone bed, but is now recognized to be a unit dominated by cross-bedded sandstones with a medial mudstone-dominated section (Heckert and Lucas, 2002a; Woody, 2003). The overlying Petrified Forest Member is dominated by paleosol mudstones, with some sandstones, especially in the Petrified Forest National Park area (Heckert and Lucas, 2002a). This is subsequently overlain by the Owl Rock Member, which although dominated by mudstones, also has repeated lacustrine and pedogenically modified limestone layers (Tanner, 2000). The uppermost Chinle Formation, represented by the Rock Point Member in parts of Arizona, is dominated by siltstones (Stewart et al., 1972).

## VERTEBRATE FAUNA

### CHONDRICHTHYES
### ELASMOBRANCHII
#### "*XENACANTHUS*" *MOOREI*

*Occurrence*. – *Placerias*/Downs Quarry, Mesa Redondo Member; Stinking Springs, Blue Mesa Member; Petrified Forest National Park, Blue Mesa Member.

*Comments*. – "*Xenacanthus*" is a common late Paleozoic and early Mesozoic elasmobranch tooth genus that is characterized by a tricuspid crown with the two labial cusps being larger than the central lingual cusp. "*Xenacanthus*" *moorei* is a common component of lower Chinle Formation (and equivalents) microvertebrate assemblages (Heckert, 2004).

BLM_0055828

## CHINLE FORMATION



OWL ROCK
MEMBER

PETRIFIED
FOREST
MEMBER

SONSELA
MEMBER

BLUE MESA
MEMBER

MESA
REDONDO
MEMBER

SHINARUMP
CONGLOMERATE

FIGURE 2. Stratigraphic column showing approximate lithology and thickness of the members of the Chinle Formation in northern Arizona.

HYBODONTOIDEA
*LONCHIDION HUMBLEI*
(Fig. 3A-B)

*Occurrence.* – *Placerias*/Downs Quarry, Mesa Redondo Member; Stinking Springs, Blue Mesa Member; Petrified Forest National Park, Blue Mesa Member.

*Comments.* – Murry (1981) originally named a new species of the hybodont shark *Lonchidion*, *L. humblei*, for isolated teeth from the Carnian Tecovas Formation of Texas. This species was subsequently recognized from the *Placerias* Quarry (Jacobs and Murry, 1980; Murry, 1986; Kaye and Padian, 1994) and Petrified Forest National Park (Murry, 1989; Murry and Long, 1989). Duffin (1981; 1985) synonymized *Lonchidion* with *Lissodus*, but Rees and Underwood (2002) have recently demonstrated that the two taxa are not co-generic. Specimens of *Lonchidion humblei* are common in many Carnian microvertebrate assemblages in the southwestern United States (Heckert, 2004).

*RETICULODUS SYNERGUS*
(Fig. 3C-D)

*Occurrence.* – Petrified Forest National Park, Sonsela and Petrified Forest Members; Wards Terrace, Owl Rock Member.

*Comments.* – This hybodont is represented by teeth that were recently described by Murry and Kirby (2002), although specimens had been recognized as being a disctinct taxon previously (Murry, 1989; Kirby, 1993). The taxon is characterized by a reticulating ornamentation on the occlusal surface of the crown, and has been found at Norian microvertebrate localities throughout the southwestern United States (Murry and Kirby, 2002).

*ACRODUS* SP.

*Occurrence.* – *Placerias*/Downs Quarry, Mesa Redondo Member.

*Comments.* – Kaye and Padian (1994) assigned a single tooth (MNA V3566) from the *Placerias* Quarry to *Acrodus* sp. Specimens referred to *Acrodus* by Murry (1989) from the Sonsela and Petrified Forest Members of Petrified Forest National Park are instead assignable to *Reticulodus* (Murry and Kirby, 2002).

*PHOEBODUS* SP.

*Occurrence.* – *Placerias*/Downs Quarry, Mesa Redondo Member.

*Comments.* – A single specimen from the *Placerias* Quarry (MNA V3500) was referred to this taxon by Kaye and Padian (1994).

OSTEICHTHYES
REDFIELDIIDAE
REDFIELDIIDAE INDET.

*Occurrence.* – *Placerias*/Downs Quarry, Mesa Redondo Member; Stinking Springs, Blue Mesa Member; Petrified Forest National Park, Blue Mesa Member; Petrified Forest National Park, Sonsela Member; Petrified Forest National Park, Petrified Forest Member; Wards Terrace, Owl Rock Member.

*Comments.* – Isolated remains of redfieldiid fishes are common throughout the Chinle and other Upper Triassic localities in the southwestern United States (Kaye and Padian, 1994; Heckert, 2004), but it is impossible to assign



FIGURE 3. Basal vertebrates from the Chinle Formation of Arizona. (A), Holotype (SMU 67951) of *Lonchidion humblei* in labial view (from Murry, 1981). (B), Holotype (SMU 67951) of *Lonchidion humblei* in occlusal view (from Murry, 1981). (C), Holotype (MNA V6059) of *Reticulodus synergus* in occlusal view (from Murry and Kirby, 2002). (D), Holotype (MNA V6059) of *Reticulodus synergus* in lingual view (from Murry and Kirby, 2002). (E), Skeletal reconstruction of *Semionotus* from the Upper Triassic Chinle Formation (from Schaeffer and Dunkle, 1950). (F), Skeletal reconstruction of the palaeoniscid *Turseodus* from the Upper Triassic Chinle Formation (from Schaeffer, 1967). (G), Toothplate of *Arganodus* from Petrified Forest National Park (PEFO 2335). Scale bars equal 1 mm in A, B, C, D; and 1 cm in G.

isolated remains to specific genera or species.

### CF. *LASALICHTHYES* SP.
*Occurrence*. – *Placerias*/Downs Quarry, Mesa Redondo Member; Petrified Forest National Park, Blue Mesa Member; Petrified Forest National Park, Petrified Forest Member.
*Comments*. – Murry and Long (1989) and Murry (1989) referred isolated redfieldiid scales to this taxon, thought it is likely they are not diagnostic beyond Redfieldiidae indet.

### COLOBODONTIDAE INDET.
*Occurrence*. – *Placerias*/Downs Quarry, Mesa Redondo Member; Stinking Springs, Blue Mesa Member; Petrified Forest National Park, Blue Mesa Member; Petrified Forest National Park, Petrified Forest Member; Wards Terrace, Owl Rock Member.
*Comments*. – Isolated remains of colobodontids are common throughout the Upper Triassic of the western United States, and are found in nearly all Chinle microvertebrate assemblages in Arizona.

### SEMIONOTIDAE INDET.
(Fig. 3E)
*Occurrence*. – *Placerias*/Downs Quarry, Mesa Redondo Member; Stinking Springs, Blue Mesa Member; Petrified Forest National Park, Blue Mesa Member; Wards Terrace, Owl Rock Member.
*Comments*. – As with redfieldiids and colobodontids,

isolated specimens of semionotid actinopterygians are common in Chinle microvertebrate assemblages, although not identifiable to genus or species.

### PALAEONISCIDAE
### PALAEONISCIDAE INDET.
*Occurrence*. – *Placerias*/Downs Quarry, Mesa Redondo Member.
*Comments*. – Indeterminate isolated palaeoniscid material is common in the osteichthyan component of the *Placerias* and Downs Quarry microvertebrate fauna (Kay and Padian, 1994).

### CF. *TURSEODUS* SP.
(Fig. 3F)
*Occurrence*. – Stinking Springs, Blue Mesa Member; Petrified Forest National Park, Blue Mesa Member; Petrified Forest National Park, Sonsela Member; Wards Terrace, Owl Rock Member;
*Comments*. – Isolated, ridged palaeoniscid scales similar to those of Turseodus are common in Chinle microvertebrate assemblages (Murry, 1989). Unfortunately, as noted by Heckert (2004), other taxa have scales with similar morphology, so the isolated Chinle specimens should probably be considered Palaeoniscidae indet.

### CF. *AUSTRALOSOMUS* SP.
*Occurrence*. – *Placerias*/Downs Quarry, Mesa Redondo

Member.

*Comments.* – Tannenbaum (1983) and Kaye and Padian (1994) figured and identified two vertebra specimens from the *Placerias* Quarry as cf. *Australosomus* sp. because the basi- and interventral elements were fused and quadrangular in outline.

## SARCOPTERYGII
### DIPNOI
#### *ARGANODUS* SP.
(Fig. 3G)

*Occurrence.* – *Placerias*/Downs Quarry, Mesa Redondo Member; Blue Hills, Blue Mesa Member; Stinking Springs, Blue Mesa Member; Petrified Forest National Park, Blue Mesa Member; Winslow/Joseph City, Blue Mesa and Sonsela Members; Petrified Forest National Park, Sonsela Member; Petrified Forest National Park, Petrified Forest Member.

*Comments.* – Toothplates of *Arganodus* are the most ubiquitous non-tetrapod vertebrate fossil in the Chinle Formation. Nearly all specimens represent isolated toothplates, and they can often be found in large concentrations (Murry, 1989). They are evenly distributed stratigraphically throughout the formation. Specimens of this morphotype were first identified from the Late Triassic of the southwestern U.S. by Case (1921), who named the teeth *Ceratodus dorotheae*. Martin (1982) revised their taxonomy and demonstrated affinities to the genus *Arganodus*. Murry (1989) concurred, and determined that toothplates from the Chinle Formation of Arizona are most similar to *A. dorotheae*. It is unclear if all toothplates from the southwestern U.S. belong to *A. dorotheae*; a comprehensive revision of the Chinle and Dockum material is needed.

## ACTINISTIA
### COELACANTHIDAE
#### COELACANTHIDAE INDET.

*Occurrence.* – *Placerias*/Downs Quarry, Mesa Redondo Member; Petrified Forest National Park, Petrified Forest Member.

*Comments.* – Indeterminate coelacanth material, including scales and a small quadrate, were identified by Kaye and Padian (1994) from the *Placerias*/Downs Quarry. Long and Murry (1995) listed, but did not figure or describe, coelacanth material from the Flattops SE (UCMP V82246/PFV 76) locality in Petrified Forest National Park.

#### CF. *CHINLEA* SP.

*Occurrence.* – Stinking Springs, Blue Mesa Member; Wards Terrace, Owl Rock Member.

*Comments.* – Both Kirby (1993) and Polcyn et al. (2002) list specimens of cf. *Chinlea* sp. in their faunal list, but do not describe the material. If these specimens are similar to other isolated coelacanth material from the Chinle Formation (i.e., scales and isolated bones), then they are probably only diagnostic to Coelacanthidae indet.

## TETRAPODA
### TEMNOSPONDYLI
#### *BUETTNERIA PERFECTA*
(Fig. 4A-B)

*Occurrence.* – *Placerias*/Downs Quarry, Mesa Redondo Member; Blue Hills, Blue Mesa Member; Stinking Springs, Blue Mesa Member; Petrified Forest National Park, Blue Mesa Member; Nazlini, Blue Mesa Member; Many Farms/Round Rock, Blue Mesa Member; St. Michaels area, Blue Mesa Member; Cameron area, Blue Mesa Member; Winslow/Joseph City, Blue Mesa and Sonsela Members; Petrified Forest National Park, Petrified Forest Member; Wards Terrace, Owl Rock Member.

*Comments.* – Specimens of *Buettneria* are possibly the most common tetrapod fossil in the lower Chinle sediments. Although not found in large accumulations as in New Mexico and Texas, some sites preserve multiple individuals (e.g., Crocodile Hill [UCMP 7038/PFV 124] in the Blue Mesa Member of Petrified Forest National Park). Partial to complete skulls, clavicles and interclavicles, and isolated centra are the most common occurrences of *Buettneria*, with limb elements being especially rare. Generally, large isolated metoposaur elements are assigned to *Buettneria* in Arizona, as they do not pertain to *Apachesaurus*. However, this assignment is circular and not based on synapomorphies, so much of this material should actually be regarded as Metoposauridae indet. Although common in the lower Chinle Formation, it is unclear how far into the upper Chinle Formation the taxon ranges. Large fragmentary metoposaurid material is known from the Petrified Forest and Owl Rock Members, but it is unclear if this material can be confidently referred to *Buettneria*.

Hunt (1993), in his revision of metoposaurid taxonomy and phylogeny, considered *Buettneria perfecta* distinct from *Metoposaurus diagnosticus* and *Metoposaurus bakeri* because the lacrimal entered the orbit margin in *Buettneria*, whereas it did not in *Metoposaurus*. Long and Murry (1995) followed this taxonomic placement. Recently, Sulej (2002) has shown that the lacrimal actually does enter the orbit in Metoposaurus, negating the usefulness of this character for distinguishing these two taxa. Sulej (2002) noted that the North American metoposaur taxa (*B. perfecta*, "*M.*" *bakeri*, and *Apachesaurus*) share a wide area of central circular sculpturing on the interclavicle, whereas *Metoposaurus diagnosticus* has a very narrow area of circular sculpturing (Sulej, 2002: fig. 6). For this reason, he recommends that both *perfecta* and *bakeri* be grouped under the genus *Buettneria*.

#### *APACHESAURUS GREGORII*

*Occurrence.* – Stinking Springs, Blue Mesa Member; Petrified Forest National Park, Blue Mesa Member; Cameron area, Blue Mesa Member; Petrified Forest National Park, Petrified Forest Member; Wards Terrace, Owl Rock Member.

*Comments.* – Hunt (1993) named characteristic small



FIGURE 4. Temnospondyls and amniotes from the Chinle Formation of Arizona. (A), Partial skull of *Buettneria perfecta* from Petrified Forest National Park (UCMP 7038/26695). (B), Interclavicle of *Buettneria perfecta* from Blue Hills, Arizona (UCMP V91146). *Colognathus obscurus* tooth (UCMP 7038/136075) from Petrified Forest National Park in (C), occlusal and (D), lingual views. (E), *Trilophosaurus buettneri* tooth from Petrified Forest National Park (PEFO 3893) (from Murry, 1989). (F), *Trilophosaurus jacobsi* jaw (MNA V3194) from the *Placerias* Quarry (from Murry, 1987). (G), Charles Camp's original drawing of the holotype specimen of *Acallosuchus rectori* in his May 22, 1923 fieldnotes. (H), ?right lower jaw of the holotype of *Acallosuchus rectori* in occlusal view (UCMP 7038/27096). (I), skull fragment of *Acallosuchus rectori* displaying well-developed knob-like eminences (UCMP 7038/27096). (J), ilium, and (K), osteoderms of the holotype of *Vancleavea campi* (PEFO 2427). Scale bars equal 5 cm in A, B, H; 1 mm in C, D, E, F; and 1 cm in J and K.

metoposaurid material from Arizona, New Mexico, and Texas a new taxon, *Apachesaurus gregorii*. He differentiated it from other metoposaurs in having a skull with a "lacrimal flexure of the supraorbital canal separated from the lacrimal bone, a shallow otic notch, an occiput that does not project posteriorly, a narrow cultriform process of the parasphenoid, and elongate centra (d:l < 0.8)" (Hunt, 1993: pg. 81). Skull, pectoral girdle, and centrum material is common at many sites in the Petrified Forest Member and Owl Rock Member of Arizona. Material assigned to *Apachesaurus* from the Blue Mesa Member (Long and Murry, 1995) is based on fragmentary and isolated material, mostly centra. This material has been referred to *Apachesaurus* based mostly on its small size. Although juvenile specimens of *Buettneria* are known (Zanno et al., 2002), the ontogeny of metoposaurs is poorly known. Hunt noted the length-width of centra as

a diagnostic feature of *Apachesaurus*, but it is unclear if this character changes through ontogeny in other metoposaurids. A partial skull (UCMP 175145) from the Blue Mesa Member of the Blue Hills was assigned to *Apachesaurus* by Zanno et al. (2002: pg. 124) on the basis of its small size and "the lack of any evidence that the lacrimal enters the orbit." As mentioned above, the validity of this character is in doubt; regardless, the lacrimal sutures are not visible in the specimen. Until a revision of North American metoposaurs is undertaken, the lower Chinle records of *Apachesaurus* should be considered doubtful.

PARAREPTILIA
PROCOLOPHONIDAE
PROCOLOPHONIDAE INDET.

*Occurrence.* – *Placerias*/Downs Quarry, Mesa Redondo

BLM_0055832

Member; Stinking Springs, Blue Mesa Member;

*Comments.* – Both Jacobs and Murry (1980) and Murry and Long (1989) reported fragmentary jaw material of procolophonids from the *Placerias* Quarry, but did not figure or describe them. Jacobs and Murry (1980: pg. 63) mentioned one specimen, "a small containing two transversely oriented bicuspid teeth." This differs from the teeth found in *Colognathus* (Case, 1928; Heckert, 2004), *Libognathus* (Small, 1997), and a leptopleuronine proclophonid from the Owl Rock Member of Utah (Fraser et al., 2005), and so at least this specimen may represent a distinct procolophonid taxon. Polcyn et al. (2002) also listed but did not describe procolophonid material from the Stinking Springs area.

### *COLOGNATHUS OBSCURUS*
### (Fig. 4C-D)

*Occurrence.* – Petrified Forest National Park, Blue Mesa Member.

*Comments.* –This taxon was named and described as a new "fish" by Case (1928) on the basis of a single specimen of a tooth-bearing jaw fragment from the Upper Triassic Tecovas Formation of Texas. Isolated finds of additional teeth have been reported from the area (Case, 1932; Murry, 1986; Heckert, 2004), but the affinities of this taxon have remained enigmatic. *Colognathus* appears to be a procoloponid (Murry, 1986; Heckert, 2004), but it is unusual in having elongate teeth oriented antero-posteriorly rather than transversely in the jaw. This antero-posterior alignment of teeth is only otherwise found in the procolophonid *Acadiella psalidodon* from the Upper Triassic Wolfville Formation of Nova Scotia (Sues and Baird, 1998) and the enigmatic taxon *Xenodiphyodon petraios* from the Upper Triassic Turkey Branch Formation of Virginia (Sues and Olsen, 1993). *Colognathus* thus appears to be diagnosable with the following unique combination of character states: longer than wide teeth aligned antero-posteriorly in the jaw, fluting on the labio-lingual surfaces of the crown, a labio-lingual constriction and associated occlusal depression just posterior to the anterior cusp, and a bulbous expansion at the base of the crown. Fluting is also found in *Gomphiosauridion* (Sues and Olsen, 1993) as pointed out by Heckert (2004), but the teeth in *Gomphiosauridion* are transversely arranged in the jaw.

A single partial tooth (UCMP 136075) from Crocodile Hill (UCMP 7038/PFV 124) was listed by Long and Murry (1995: pg. 214) as belonging to the enigmatic taxon *Colognathus obscurus*. The tooth is broken near its base and the posterior third portion is missing. Nevertheless, the tooth shares all the characters listed above, except the jaw alignment is unknown because it is an isolated tooth. UCMP 136075 is also identical to another isolated tooth specimen referred to *Colognathus* by Heckert (2004: fig. 64A-B) from the Upper Kalgary locality (Tecovas Formation, Texas) that displays these character-states as well as the holotype and referred material described by Case (1928, 1932). Thus, the PEFO tooth appears to be the first record of *Colognathus* in

Arizona.

## AMNIOTA
### AMNIOTA *incertae sedis*
### *KRATEROKHEIRODON COLBERTI*

*Occurrence.* – Blue Hills, Mesa Redondo or Blue Mesa Member; Petrified Forest National Park, Petrified Forest Member.

*Comments.* – Two teeth, one from near St. Johns, and the other from the Petrified Forest Member of the northern Petrified Forest Member represent a peculiar tetrapod from the Chinle Formation. Initially considered to be from large "traversodont" cynodont (Murry and Long, 1989; Long and Murry, 1995), these teeth were described by Irmis and Parker (In press) as a new taxon of uncertain affinities, *Kraterokheirodon colberti*. Although the teeth are superficially similar to some cynodont postcanines, the teeth of *K. colberti* are highly autapomorphic and cannot be assigned to any particular group of tetrapod at this time. They appear to represent an otherwise unknown clade of large tetrapod from the Late Triassic of North America.

### REPTILIA *incertae sedis*
### CF. *UATCHITODON* SP.

*Occurrence.* – *Placerias*/Downs Quarry, Mesa Redondo Member.

*Comments.* – Kaye and Padian (1994) reported a single tooth (MNA V3680) with apparent venom conducting canals a possible record of *Uatchitodon* from the *Placerias* Quarry. Uatchitodon was named by Sues (1991) for isolated recurved and serrated teeth from the Late Triassic of Virginia with infolded longitudinal canals, possibly for venom conduction. As noted by Sues (1996), the *Placerias* Quarry tooth differs from *Uatchitodon* in that the venom canals are completely enclosed beneath the surface of the crown, and they exit a small hole near the tip of the tooth. Thus, MNA V3680 may represent a second Triassic reptile taxon with oral venom conduction (Sues, 1996).

### *ACALLOSUCHUS RECTORI*
### (Fig. 4G-I)

*Occurrence.* – Petrified Forest National Park, Blue Mesa Member

*Comments.* – Perhaps the most intriguing vertebrate taxon from the Chinle Formation of Arizona is *Acallosuchus rectori*. The only known specimen was excavated from the Crocodile Hill (UCMP 7038/PFV 124) locality in the Blue Mesa Member of Petrified Forest National Park by Charles Camp in 1923 (Long and Murry, 1995). Camp assigned it to "a small dinosaur or pterosaur" in his field notes, but never published on the specimen. Long and Murry (1995) relocated the specimen, and by this time it had apparently deteriorated considerably from when it was collected, based on Camp's description and sketch in his field notes. The material present includes a partial right lower jaw, partial right frontal and postorbital, what Long and Murry (1995) refer to as the right postorbito-jugal bar, and other

BLM_0055833

unidentified skull fragments. The most remarkable feature of *Acallosuchus* is that nearly every bone is adorned with sub-triangular "knobs." These protrusions were considered to be fused osteoderms by Long and Murry (1995), but there is no evidence that they are separate ossifications. The "knobs" are often arranged in rows running the length of the bone, and are themselves sculptured with longitudinal furrows. Other areas of bone not covered by these eminences are sculptured with additional grooves.

The incomplete but highly autapomorphic nature of the specimen makes phylogenetic placement difficult. If Long and Murry (1995) are correct about the identification of the postorbital-jugal bar, then the skull is diapsid as they concluded. Beyond this, little else can be said. As noted by Long and Murry (1995) some proterochampsids have skulls adorned in knobs (e.g., Barberena, 1982), but the morphology of the protrusions as well as the rest of the skull differs greatly from *Acallosuchus*. The skull of *Revueltosaurus callenderi* (Parker et al., 2005) is also heavily sculptured with pits and grooves, but it clearly lacks the large eminences and the frontal differs from that of *Acallosuchus*. At this time, *Acallosuchus rectori* must be considered a valid and diagnosable taxon with uncertain, probably diapsid affinities.

## LEPIDOSAURIA
### SPHENODONTIDAE INDET.

*Occurrence.* – *Placerias*/Downs Quarry, Mesa Redondo Member; Stinking Springs, Blue Mesa Member; Petrified Forest National Park, Petrified Forest Member; Wards Terrace, Owl Rock Member.

*Comments.* – Several jaw fragments from the *Placerias* Quarry were referred to Sphenodontidae indet. by Murry (1987) Kaye and Padian (1994) on the basis of acrodont tooth implantation and characteristic tooth morphology. Kirby (1993) listed but did not describe sphenodontian remains from the Owl Rock Member of Arizona.

## ARCHOSAUROMORPHA
### TRILOPHOSAURUS BUETTNERI
#### (Fig. 4E)

*Occurrence.* – Petrified Forest National Park, Blue Mesa Member.

*Comments.* – Case (1928) originally described an incomplete mandible with transversely arranged tricuspid teeth from the Upper Triassic of Texas as a new "cotylosaur", *Trilophosaurus buettneri*. Abundant material of this taxon from the Otis Chalk quarries excavated by the Texas Memorial Museum and Works Progress Administration crews was later described by Gregory (1945) and elucidated much of the anatomy of the animal. With the advent of cladistic phylogenetic analysis, it has been recognized that *Trilophosaurus* is a basal archosauromorph (Dilkes, 1998). Most recently, using a modified version of Dilkes (1998 matrix, both Sues (2003) and Modesto and Sues (2004) found *Trilophosaurus buettneri* to be the sister taxon to rhynchosaurs plus Archosauriformes.

Murry (1989) described and figured a single partial tooth of *Trilophosaurus* from the Dying Grounds locality (PFV 122) in the Blue Mesa Member of Petrified Forest National Park. Both he and Heckert (2004) assigned the specimen to *T. buettneri* because it lacked cingulae and had a low central cusp. This represents the only record of *T. buettneri* from Arizona. Kirby (1993) listed specimens from the Owl Rock Member of Arizona as being referable to *Trilophosaurus* cf. *buettneri*, but Heckert (2004) is doubtful of the assignment of these specimens to *Trilophosaurus*. Specimens from the Agate Bridge North locality of Petrified Forest National Park referred to *Trilophosaurus* by Long and Murry (1995) are indeterminate reptile vertebrae.

### TRILOPHOSAURUS JACOBSI
#### (Fig. 4F)

*Occurrence.* – *Placerias*/Downs Quarry, Mesa Redondo Member; Stinking Springs, Blue Mesa Member.

*Comments.* – Murry (1987) originally described tricuspid tooth-bearing jaw fragments from the *Placerias* Quarry as a new species of *Trilophosaurus*, *T. jacobsi*. These teeth were differentiated from those of *T. buettneri* by the presence of well-developed cingula anterior and posterior to the basins between the central and lateral cusps, and an asymmetrically placed central cusp. Based on similarities with the probable procolophonid taxa *Tricuspisaurus* and *Variodens* from Britain (Fraser, 1986), as well as North American procolophonids *Xenodiphyodon* and *Acadiella*, Sues and Olsen (1993) considered *T. jacobsi* to be a procolophonid, and renamed it *Chinleogomphius jacobsi*. New skeletal material from Texas including jaws with *jacobsi*-like teeth appears to show that *T. jacobsi* is actually referable to the archosauromorph *Trilophosaurus*, not a procolophonid (Heckert et al., 2003; Heckert et al., in press).

### TRILOPHOSAURUS SP.

*Occurrence.* – Petrified Forest National Park, Sonsela Member.

*Comments.* – Fragmentary jaws of *Trilophosaurus* were recently recovered from low in the Sonsela Member section north of Crystal Forest at the Flag Canyon locality (PFV 191) in Petrified Forest National Park (Parker, in press). This very large material of *Trilophosaurus* has teeth distinct from *T. buettneri* and *T. jacobsi*, and represents a new species (Mueller and Parker, in press).

### TANYTRACHELOS SP.

*Occurrence.* – *Placerias*/Downs Quarry, Mesa Redondo Member;

*Comments.* – A single cervical rib from the *Placerias* Quarry was referred to *Tanytrachelos* sp. by Kaye and Padian due to its "plowshare" shape. *Tanytrachelos* is well-known from many skeletons from the Upper Triassic sediments of the Newark Supergroup of eastern North America (Olsen, 1979).

### ARCHOSAUROMORPHA *incertae sedis*

*VANCLEAVEA CAMPI*
(Fig. 4J-K)

*Occurrence.* – Stinking Springs, Blue Mesa Member; Petrified Forest National Park, Blue Mesa Member; Petrified Forest National Park, Sonsela Member; Petrified Forest National Park, Petrified Forest Member;

*Comments.* – The fragmentary holotype specimen of *Vancleavea campi* was colleced from the Blue Mesa Member of Petrified Forest National Park, probably near the Crocodile Hill locality, by Philip VanCleave in the early 1960s (Long and Murry, 1995). As with *Acallosuchus*, the limited nature of the specimen makes phylogenetic placement difficult, but *Vancleavea* was clearly distinct due to its characteristic vertebrae and "stegosaur" and "ankylosaur-like" osteoderms (Long and Murry, 1995; Hunt et al., 2002). Discovery of two articulated specimens of a carnivorous and possibly aquatic reptile from the Ghost Ranch *Coelophysis* Quarry (Small and Downs, 2002) showed that the osteoderms belonged to this animal (Hunt et al., 2002), a basal archosauromorph or archosauriform (Small and Downs, 2002). Additional material, mainly vertebrae and osteoderms, have been reported from the Blue Mesa and Petrified Forest Members of Petrified Forest National Park, as well as the Carnian of Texas and Norian of New Mexico (Hunt et al., 2002). Polcyn et al. (2002) also listed this taxon from the Blue Mesa Member of the Stinking Springs area. Partial skeletons of *Vancleavea* were also recently recovered from the Zuni Well Mound (PFV 215) and Giving Site (PFV 231) localities in the Petrified Forest Member of Petrified Forest National Park (Parker and Irmis, in press). Given the long stratigraphic range and lack of formal description of *Vancleavea* material, it is unclear how many species are represented (Parker and Irmis, in press).

## ARCHOSAURIFORMES
### ARCHOSAURIFORMES *incertae sedis*
#### *TECOVASAURUS MURRYI*

*Occurrence.* – Placerias/Downs Quarry, Mesa Redondo Member.

*Comments.* – Hunt and Lucas (1994) referred two teeth from the *Placerias* Quarry to this taxon. Due to some differences between these specimens and the holotype of *Tecovasaurus murryi*, Heckert (2001) referred this material to aff. *Tecovasaurus* sp. Contra Heckert (2001), the specimens described by Hunt and Lucas (1994) are not the same as any of the specimens figured and described by Kaye and Padian (1994). A number of tooth specimens from the *Placerias* Quarry were figured by Kaye and Padian (1994), who noted similarities to *Revueltosaurus* and "prosauropod" teeth, although they did not assign them to a genus or species. Heckert (2001: pg. 275) referred MNA V3697 (Kaye and Padian, 1994: fig. 9.108) to aff. *Tecovasaurus* sp., although he incorrectly cited the figure for MNA V3682.

*Tecovasaurus murryi* was named for isolated teeth from the Upper Triassic of the southwestern United States by Hunt and Lucas (1994). They assigned it to the Ornithischia based on a list of dental characters they felt

were synapomorphies for this group. With the discovery that another taxon with ornithischian-like teeth, *Revueltosaurus callenderi*, is actually a pseudosuchian archosaur (Parker et al., 2005), these characters cannot be used to assign isolated teeth to the Ornithischia. As *Tecovasaurus* teeth lack a cingulum, they cannot be referred to an ornithischian dinosaur (Parker et al., 2005), and must be regarded as an archosauriform of uncertain affinities.

#### *CROSBYSAURUS HARRISAE*

*Occurrence.* – Petrified Forest National Park, Blue Mesa Member.

*Comments.* – A single tooth from the Dying Grounds locality (PFV 122) in the Blue Mesa Member of Petrified Forest National Park was referred to *Crosbysaurus* by Heckert (2004). A similar tooth, MNA V3690, assigned to *Revueltosaurus* sp. by Kaye and Padian (1994: pg. 182, fig. 9.71), was referred to aff. *Crosbysaurus* sp. by Heckert (2001), although he incorrectly cited the figure for MNA V3697. A distinct morphotype of tall, narrow, laterally compressed teeth with a recurved tip and large denticles on the posterior carina has been found at the upper Kalgary locality in Texas (Heckert, 2001; 2004: fig. 88), the *Placerias* Quarry (Heckert, 2001: fig. 11.5), and the Dying Grounds (Heckert, 2004: fig. 114E-I). A similar tooth, MNA V3682, was figured by Kaye and Padian (1994: fig. 9.104) from the *Placerias* Quarry. Heckert (2001, 2004) considered these to probably be premaxillary teeth of *Crosbysaurus*. Unfortunately, because of the isolated nature of the material, and the lack of synapomorphies supporting this referral, there is no way to confirm the assignment of this unique tooth morphotype to *Crosbysaurus*. Regardless, all *Crosbysaurus* teeth cannot be referred to the Ornithischia for the reasons outlined above for *Tecovasaurus*. They are here assigned to Archosauriformes *incertae sedis*.

## ARCHOSAURIA
### PSEUDOSUCHIA
#### PSEUDOSUCHIA *incertae sedis*
##### *REVUELTOSAURUS CALLENDERI*
(Fig. 5A-C)

*Occurrence.* – Petrified Forest National Park, Petrified Forest Member

*Comments.* – Hunt (1989a) named isolated teeth from the Norian of New Mexico as a new taxon of ornithischian dinosaur, *Revueltosaurus callenderi*. Subsequently, identical teeth were recognized from the Petrified Forest Member of Petrified Forest National Park (Padian, 1990). Although there has been some discussion as to whether these teeth are diagnostic (e.g., Sereno, 1991), all authors agreed that they belonged to an ornithischian dinosaur. Recently, new material of *Revueltosaurus callenderi*, including jaws, skulls, and much of the postcrania, has been discovered at a new site within the Petrified Forest Member of Petrified Forest National Park (Parker et al., 2005). This material conclusively shows that *Revueltosaurus callenderi* is a pseudosuchian archosaur with a fully-formed crocodile-

BLM_0055835

normal ankle and rows of paramedian osteoderms. A full description of the material is in progress, and preliminary results seem to suggest that *R. callenderi* is a basal suchian archosaur. The fact that ornithischian-like teeth belong to a non-dinosaur means that the characters used to assign *R. callenderi* teeth the Ornithischia cannot be used to refer isolated teeth to ornithischian dinosaurs (Parker et al., 2005). As a result, there are no confirmed ornithischian dinosaurs in the Triassic of North America (Parker et al., 2005).

*REVUELTOSAURUS HUNTI*

*Occurrence.* – Blue Hills, Blue Mesa Member

*Comments.* – Heckert (2002) named a second species of *Revueltosaurus, R. hunti,* for teeth from the Carnian of Arizona and New Mexico. This material included specimens from the Blue Mesa Member of the Blue Hills, Arizona, that Long and Murry (1995) had assigned to *Revueltosaurus callenderi.* Contra Long and Murry (1995) and Heckert (2002), this material comes from UCMP locality 7308, not UCMP 7307, based on preservation and the original field numbers associated with the specimens. Teeth of *R. hunti* are distinct from those of *R. callenderi,* and they are here retained under the genus *Revueltosaurus* because they were originally found associated with osteoderms identical to those of *Revueltosaurus callenderi* (considered to be juvenile *Stagonolepis* osteoderms by Heckert and Lucas, 2002b) (Parker, in press), as well as a squamosal identical to that of *R. callenderi* (Parker et al., 2005; Parker, in press).

PARASUCHIA

"*PALEORHINUS*" SP.

(Fig. 5D)

*Occurrence.* – *Placerias*/Downs Quarry, Mesa Redondo Member.

*Comments.* – Hunt and Lucas (1991a) refer the narial region of a phytosaur rostrum (MNA V3728) from the Downs Quarry to the basal phytosaur *Paleorhinus* sp. Long and Murry (1995) and Lucas et al. (1997) follow this assignment, and both Hunt and Lucas (1991a) and Lucas et al. (1997) use this record as a last appearance datum that coincides with the onset of their Adamanian land-vertebrate faunachron (lvf). Hunt and Lucas (1991a) referred this specimen as well as other specimens worldwide to *Paleorhinus* on the basis of external nares that are anterior to the antorbital fenestra. Padian (1994) criticized the use of this fragmentary specimen for faunal correlation, and noted that the character used by Hunt and Lucas (1991a) for their referral is a symplesiomorphy for Archosauria. He suggested that given the incomplete and isolated nature of this specimen in a quarry assemblage that is otherwise common in phytosaurs, MNA V3728 might represent an early ontogenetic stage of another phytosaur taxon in the assemblage. There is no evidence that the relative position of the external nares in phytosaurs shifts during ontogeny; this is evident from complete skulls of juvenile phytosaur specimens of *Leptosuchus* and *Pseudopalatus*. Nevertheless, Padian (1994) was correct in criticizing the referral of MNA V3728

to *Paleorhinus.* The referral of a specimen to a taxon using only a plesiomorphy is flawed, and MNA V3728 can only be constrained to a non-phytosaurid phytosaur. Likewise, the lack of use of synapomorphies to refer other basal phytosaurs to *Paleorhinus* by Hunt and Lucas (1991a) also brings into question whether their conception of *Paleorhinus* is truly monophyletic. Additionally, *Paleorhinus* appears to range into "Revueltian" age strata in the Dockum Group of west Texas (Lehman and Chatterjee, 2005). Therefore, the use of MNA V3728, and *Paleorhinus* worldwide, as a biostratigraphic marker is in question.

*LEPTOSUCHUS*

*L. ADAMANENSIS*

*L. CROSBIENSIS*

*L. GREGORII*

(Fig. 5E-F)

*Occurrence.* – *Placerias*/Downs Quarry, Mesa Redondo Member; Blue Hills, Blue Mesa Member; Stinking Springs, Blue Mesa Member; Petrified Forest National Park, Blue Mesa Member; Nazlini, Blue Mesa Member; Many Farms/ Round Rock, Blue Mesa Member; St. Michaels area, Blue Mesa Member; Cameron area, Blue Mesa Member; Winslow/Joseph City, Blue Mesa and Sonsela Members; Petrified Forest National Park, Sonsela Member.

*Comments.* – Specimens of the phytosaur *Leptosuchus* are ubiquitous in the lower Chinle Formation of Arizona. Camp (1930) originally named *Machaeroprosopus adamanensis* from the Blue Mesa Member of Petrified Forest National Park, and described several specimens from the area. He recognized a second species with a more slender snout from the same stratigraphic level as *Machaeroprosopus lithodendrorum* (Camp, 1930). Camp (1930) named a third species from rarer remains throughout northern Arizona as *Machaeroprosopus gregorii*. This species was characterized by an extremely robust crested snout with heterodont dentition. All of these taxa are united by a unique combination of character states including a squamosal with a dorsoventrally wide posterior process that extends beyond the paroccipital process and a temporal arch below the level of the skull roof, but with the supratemporal fenestra still fully visible in dorsal view (Long and Murry, 1995). Throughout the complex taxonomic history of phytosaurs, these species have variously been grouped under *Machaeroprosopus, Rutiodon,* and *Phytosaurus* (e.g., Colbert, 1947; Gregory, 1962). More recently, Long and Murry (1995) recognized that "*M.*" *lithodendrorum* was very similar to *Leptosuchus crosbiensis* (Case, 1922), from the Upper Triassic of Texas. Additionally, "*M.*" *adamanensis* shared several characters with these taxa. Therefore, their updated taxonomy recognized two species of *Leptosuchus, L. crosbiensis* and *L. adamanensis* (Long and Murry, 1995). They separated "*M.*" *gregorii* into its own genus, *Smilosuchus,* based on the presence of a fully crested snout. However, because "*M.*" *gregorii* shares characters with both species of *Leptosuchus* to the exclusion of other phytosaurs, and a fully crested snout has developed several times within phytosaurs, it is here



FIGURE 5. *Revueltosaurus* and phytosaurs from the Chinle Formation of Arizona. (A), skull reconstruction, (B), astragalus (PEFO 33794), and (C), calcaneum (PEFO 33793) of *Revueltosaurus callenderi* from Petrified Forest National Park (from Parker et al., 2005). (D) Skull fragment of "*Paleorhinus*" sp. (MNA V3728) from the *Placerias* Quarry in dorsal view. (E) Holotype skull of *Leptosuchus adamanensis* from Petrified Forest National Park (UCMP 7038/26699) in dorsal view. (F), Holotype skull of *Leptosuchus gregorii* (UCMP A272/27200) from near Round Rock, Arizona in lateral view. (G), Posterior portion of the holotype skull of "*Machaeroprosopus*" *tenuis* (=*P. pristinus*) (UCMP 7043/27018) from Petrified Forest National Park in dorsal view. (H), Holotype skull of *Pseudopalatus mccauleyi* (UCMP 82040/126999) from near Petrified Forest National Park in lateral view. Scale bars equal 1 cm in B, C; 5 cm in D; and 10 cm in E-H.

BLM_0055837

considered a species of *Leptosuchus*, *L. gregorii*. Recently, Lucas and colleagues (e.g., Lucas, 1998) have considered all three of these taxa to belong to *Rutiodon*. Hungerbühler and Sues (2001) have shown that the type species of *Rutiodon*, *R. carolinensis*, does not share a relationship with *Leptosuchus*, and is instead con-generic with *Angistorhinus*.

Camp (1930) was the first to recognize that phytosaur species seem to change through time, and attempted to use phytosaur species for a biochronology to correlate Upper Triassic continental strata in the western United States. More recently, Lucas and Hunt (1993a) and Lucas (1998) formally codified phytosaurs' relationship to biochronology in the Upper Triassic by incorporating them into their "land-vertebrate faunachron" (lvf) scheme. Thus, the Adamanian lvf became defined by the first appearance datum of *Rutiodon* (=*Leptosuchus* of this work). This scheme has since been utilized and modified by other workers in the field (e.g., Langer, 2005). It has recently been recognized that at least in Petrified Forest National Park, the range of *Leptosuchus* overlaps with the subsequent Revueltian lvf (Parker and Irmis, in press; Parker, in press), which is defined by the first appearance datum of the phytosaur *Pseudopalatus* (Lucas, 1998). This is further supported by the presence of *Pseudopalatus* in Carnian (Adamanian) strata in New Mexico (Hunt and Lucas, 2005), although *Leptosuchus* has not been recovered from this unit so a definite co-occurrence or overlap cannot be demonstrated. Nonetheless, this his indicates that the ranges and resulting biochronology of phytosaurs in the Late Triassic of the southwestern United States is more complex than previously appreciated, and there may be a distinct transitional fauna where *Leptosuchus* and *Pseudopalatus* co-occur (Parker and Irmis, in press).

*PSEUDOPALATUS*
*P. PRISTINUS*
*P. BUCEROS*
*P. MCCAULEYI*
(Fig. 5G-H)

*Occurrence*. – Petrified Forest National Park, Sonsela Member; Petrified Forest National Park, Petrified Forest Member; Cameron area, Petrified Forest Member; Wards Terrace, Owl Rock Member.

*Comments*. – As with *Leptosuchus* for the lower Chinle, remains of the phytosaur *Pseudopalatus* are common throughout the upper Chinle Formation (upper Sonsela Member, Petrified Forest Member, and Owl Rock Member) of Arizona. Cope (1881) first named a phytosaur from the western U.S. as *Belodon buceros*, although it was not until 1915 that it was figured by von Huene (1915). This specimen came from the Petrified Forest Member of north-central New Mexico (Lucas et al., 2002). Mehl (1928) named a new genus and species, *Pseudopalatus pristinus*, for a skull from the Petrified Forest Member in the Painted Desert of Arizona, the locality of which is probably now somewhere within the northern portion of Petrified Forest National Park (Long and Murry, 1995). Camp (1930)

referred specimens from the upper Chinle of the Petrified Forest area to a new species, *Machaeroprosopus tenuis*, that he noted was very similar to *P. pristinus*, and the two were later synonymized by Ballew (1989). As with *Leptosuchus*, the taxonomy of these specimens has suffered over the years, and they have also been referred to *Phytosaurus*, *Rutiodon*, and *Nicrosaurus* (e.g., Huene, 1915; Colbert, 1947; Gregory, 1962; Chatterjee, 1986; Hunt, 1994). Ballew (1989) described an additional new taxon, *Pseudopalatus mccauleyi*, from the top of the Sonsela Member just east of Petrified Forest National Park. Long and Murry (1995) concurred with Ballew (1989) that most of the specimens described by Camp (1930) as "*M*." *tenuis* were referable to *Pseudopalatus pristinus*, but separated "*B*." *buceros* and *P. mccauleyi* into a separate genus, *Arribasuchus*. Nevertheless, other authors (e.g., Lucas, 1998) recognized these two species relationship with *P. pristinus*, and grouped them all under *Pseudopalatus*. Recent phylogenetic analysis has confirmed that "*B*." *buceros*, *P. pristinus*, and *P. mccauleyi* form a monophyletic clade, *Pseudopalatus*, to the exclusion of all other phytosaurs (Hungerbühler, 2002).

Recently, Zeigler et al. (2002; 2003) have hypothesized that *P. pristinus* and *P. buceros* represent sexual dimorphs of a single species. Although an intriguing hypothesis supported by some evidence, Zeigler et al. (2003) fail to demonstrate conclusively why these two morphotypes are necessarily sexual dimorphs. Other reasons for dimorphism include resource polymorphism (Skúlason and Smith, 1995), and sympatric closely related species. For example, the slender-snouted *Crocodylus johnstoni* and broad-snouted *C. porosus* co-occur in Australia today (Webb and Manolis, 1989). Finally, Zeigler et al. (2002; 2003) restrict their discussion only to *Pseudopalatus*, but the patterns observed in *Pseudopalatus* are also found in *Angistorhinus*/*Rutiodon*, *Leptosuchus*, and "*Redondasaurus*" (Long and Murry, 1995). In several of these genera, there is often a third species with a brachyrostral snout (e.g., *L. gregorii* and *P. mccauleyi*) (Hunt, 1989b; Hungerbühler, 2002), that is not addressed by Zeigler et al. (2002; 2003). If these genera are monophyletic and the brachyrostral taxa are correctly placed phylogenetically, this implies that the sexually dimorphic crest either evolved separately in at least three lineages, or three brachyrostral lineages independently lost the sexually dimorphic crest. Both options appear unlikely, although possible. Therefore, much more work is required to test the hypothesis of sexual dimorphism in *Pseudopalatus*, and phytosaurs as a whole.

Interestingly, although *Pseudopalatus pristinus* is common throughout the Petrified Forest Member of Arizona (Long and Murry, 1995), there are no confirmed records of *P. buceros* from this unit in Arizona. UCMP 27149, a specimen from the medial Sonsela Member of Petrified Forest National Park originally referred to *M. tenuis* by Camp (1930), and referred to *P. buceros* by Long and Murry (1995), is a poorly preserved skull that appears to be one of the highest stratigraphic occurrences of *Leptosuchus* based on the morphology of the squamosal. The undescribed

BLM_0055838

"petroglyph phytosaur" specimen from the Petrified Forest Member of Petrified Forest National Park listed by Long and Murry (1995) as *P. buceros* is instead the second known specimen of *P. mccauleyi* (Parker and Irmis, 2004). Specimens of both *P. pristinus* and *P. buceros* are known from the Owl Rock Member of northern Arizona (Kirby, 1993; Long and Murry, 1995). The putative first occurrence of *Nicrosaurus* in North America is a partial skull from the Sonsela Member of Petrified Forest National Park (Hunt et al., 2002) that is actually referable to *Pseudopalatus* sp. (Parker, in press). *Pseudopalatus* is a biochronologically important taxon, and its first appearance datum defines the end of the Adamanian lvf and the beginning of the Revueltian lvf (Lucas and Hunt, 1993a; Lucas, 1998). As noted above, the beginning of the stratigraphic range of *Pseudopalatus* overlaps that of *Leptosuchus* in the Sonsela Member of Petrified Forest National Park (Parker and Irmis, in press; Parker, in press).

STAGONOLEPIDIDAE
*DESMATOSUCHUS HAPLOCERUS*
(Fig. 6A-B)

*Occurrence.* – *Placerias*/Downs Quarry, Mesa Redondo Member; Blue Hills, Blue Mesa Member; Petrified Forest National Park, Blue Mesa Member; Many Farms/Round Rock, Blue Mesa Member; St. Michaels area, Blue Mesa Member; Cameron area, Blue Mesa Member; Winslow/Joseph City, Blue Mesa and Sonsela Members.

*Comments.* – Although specimens of *Desmatosuchus haplocerus* are common in the lower Dockum Group of Texas, it is comparatively rare in Arizona outside of the *Placerias* Quarry (Long and Murry, 1995; Parker, 2003). In fact, none of the specimens illustrated or described from Petrified Forest National Park by Long and Ballew (1985) are assignable to *Desmatosuchus haplocerus* (Parker and Irmis, in press); most are either indeterminate or assignable to *Paratypothorax* or *Paratypothorax*-like forms. Nevertheless, several isolated osteoderms of *Desmatosuchus haplocerus* have recently been recovered from the Blue Mesa Member of Petrified Forest National Park (Parker and Irmis, in press). A new associated skeleton of *D. haplocerus* has recently been described by Parker (2003) from near Many Farms, Arizona. The partially articulated nature of the specimen elucidates much about the anatomy of this taxon, and shows that Case (1922) and subsequent authors (e.g., Long and Murry, 1995) incorrectly articulated the lateral osteoderms with the paramedian osteoderms (Parker, 2003). *Desmatosuchus haplocerus* osteoderms are distinguished by plates with an anterior lamina, no ventral strut, an ornamentation of random pits, grooves and ridges; cervical lateral plates with short spikes; and posterior dorsal lateral plates that are short and not recurved (Parker, 2003). Recent recognition that the *Desmatosuchus* material from the Norian of west Texas represents a separate species suggests that the presence of *D. haplocerus* may have biochronological significance in Upper Triassic strata of the western United States (Parker, 2005).

*DESMATOSUCHUS SMALLI*

*Occurrence.* – Petrified Forest National Park, Petrified Forest Member.

*Comments.* – Parker (2005) recently demonstrated that the specimens of *Desmatosuchus* from the Norian of west Texas, principally the Post Quarry in the Bull Canyon Formation, represent species separate from *D. haplocerus*, which he named *D. smalli*. An isolated partial lateral plate (MNA V697) from the Petrified Forest Member just west of Petrified Forest National Park represents the first occurrence of *D. smalli* in Arizona (Parker, 2005). The presence of a distinct Norian species of *Desmatosuchus* indicates that it may be a possible index taxon for the Norian, when adequate material is preserved (Parker, 2005).

*"DESMATOSUCHUS" CHAMAENSIS*
(Fig. 6C)

*Occurrence.* – Petrified Forest National Park, Petrified Forest Member.

*Comments.* – Zeigler et al. (2002) and Heckert et al. (2003) described a new taxon of aetosaur from the Snyder Quarry of the Petrified Forest Member of north-central New Mexico as *Desmatosuchus chamaensis*. The most remarkable feature of this animal is large anteromedially directed spikes eminating from the central boss of some paramedian osteoderms. Both Zeigler et al. (2002) and Heckert et al. (2003) assigned this taxon to *Desmatosuchus* on the basis of these spikes as well as purported cervical lateral spikes. Parker (2003) demonstrated conclusively with a phylogenetic analysis that based on characteristics of both the paramedian and lateral armor, "*D.*" *chamaensis* is instead a taxon closely related to *Paratypothorax* and a new form from the Carnian of Texas (Martz and Small, in press). The putative cervical lateral spike described by Ziegler, Heckert, and colleagues is instead a broken spike from a paramedian plate (Parker, 2003). Parker and Irmis (in press) recognized remains of "*D.*" *chamaensis* from the Karen's Point locality (UCMP V82240/PFV 75) in the Petrified Forest Member of Petrified Forest National Park as the first records of this taxon from Arizona. This indicates that "*D.*" *chamaensis* may be a useful taxon for biostratigraphic correlation in the Late Triassic of the southwestern United States.

*ACAENASUCHUS GEOFFREYI*
(Fig. 6D)

*Occurrence.* – *Placerias*/Downs Quarry, Mesa Redondo Member; Blue Hills, Blue Mesa Member; Stinking Springs, Blue Mesa Member; Petrified Forest National Park, Blue Mesa Member; Winslow/Joseph City, Blue Mesa and Sonsela Members.

*Comments.* – Long and Murry named isolated small osteoderms from the Blue Hills (UCMP 7308) and *Placerias* Quarry as a new taxon of aetosaur, *Acaenasuchus geoffreyi*. Although Long and Ballew (1985) previously had considered this material to be juvenile *Desmatosuchus* scutes, Long and Murry (1995) felt the material represented a distinct



FIGURE 6. Aetosaurs from the Chinle Formation of Arizona. (A), Paramedian osteoderms of *Desmatosuchus haplocerus* (UCMP A269/33200) from the *Placerias* Quarry. (B) Lateral spike of *Desmatosuchus haplocerus* (MNA V9300) from near Many Farms, Arizona. (C), Paramedian osteoderm of "*Desmatosuchus*" *chamaensis* (PEFO 31162) from Petrified Forest National Park. (D), Holotype paramedian osteoderm of *Acaenasuchus geoffreyi* (UCMP 7308/139576) from the Blue Hills. (E), Paramedian osteoderm of *Stagonolepis wellesi* (UCMP V82249/126844) from Petrified Forest National Park. (F), Partial paramedian osteoderm of *Typothorax coccinarum* (UCMP V82240/126808) from Petrified Forest National Park. (G), Skeletal reconstruction in dorsal view of *Typothorax coccinarum* (from Long and Murry, 1995). (H), Paramedian osteoderm of *Paratypothorax* sp. (PEFO 3004) from Petrified Forest National Park. Scale bars equal 5 cm in A, C, E-F, H; 10 cm in B; and 1 cm in D.

small taxon based on differences with *Desmatosuchus*. Based on several similarities (e.g., random pitting, anterior laminae, position of boss, tongue and groove articulations, cervical lateral spikes), Heckert and Lucas (2000; 2002d) synonymized *Acaenasuchus* with *Desmatosuchus haplocerus*, arguing that *A. geoffreyi* scutes represented juvenile *Desmatosuchus* specimens. Although persuasive, this referral is problematic. Previous authors have described

*Acaenasuchus* as having anterior laminae on the osteoderms, but it is clear that at least some specimens have a distinct anterior bar that rises above the ornamentation just posterior to it (e.g., Heckert and Lucas, 2002d: figs. 3G, 3H, 3R, 3V, 3W). There are also important differences between *Desmatosuchus* and *Acaenasuchus*. *A. geoffreyi* paramedian osteoderms possess a pyramidal posterior boss, whereas this boss is much more rounded in *Desmatosuchus* (Parker, 2003).

Unique to *Acaenasuchus* paramedian plates are medially, laterally, and sometimes anteriorly running ridges emanating from the posterior boss. Posterior to the medio-lateral ridge, the dorsal surface of the plate is strongly beveled. The lateral spikes of *Acaenasuchus* are not recurved in dorsal view and have sharp angular anterior and posterior margins, as in *Longosuchus meadei* (Long and Murry, 1995). These features are not seen in *Desmatosuchus*. Although these characters could be unique to a young ontogenetic stage of *Desmatosuchus* as Heckert and Lucas argued (2002d); in aetosaurs where unambiguous younger ontogenetic stages are known (e.g., *Typothorax coccinarum* [Martz, 2002; Parker and Irmis, in press]), there is no appreciable change in ornamentation through ontogeny. Finally, although Heckert and Lucas (2002d) attempted to verify the ontogenetic stage of *A. geoffreyi* through SEM analysis, this technique does not elucidate important details of the bone microstructure. Histological examination of *Acaenasuchus* osteoderms is currently underway to determine their ontogenetic stage (Irmis, in prep). Thus, it is best to consider *Acaenasuchus geoffreyi* a distinct taxon until convincing evidence is presented to the contrary.

## STAGONOLEPIS WELLESI
### (Fig. 6E)

*Occurrence.* – *Placerias*/Downs Quarry, Mesa Redondo Member; Blue Hills, Blue Mesa Member; Stinking Springs, Blue Mesa Member; Petrified Forest National Park, Blue Mesa Member; Nazlini, Blue Mesa Member; St. Michaels area, Blue Mesa Member; Cameron area, Blue Mesa Member; Petrified Forest National Park, Sonsela Member.

*Comments.* – Osteoderms of *Stagonolepis wellesi* are common throughout the lower Chinle Formation of Arizona. Numerous specimens have been recovered from the *Placerias* Quarry, the Blue Mesa Member near Cameron, the Blue Mesa Member of Petrified Forest National Park, and other localities (Long and Murry, 1995). Non-armor material is comparatively rare, and is only known from the *Placerias* Quarry (Long and Murry, 1995) and a new specimen from Petrified Forest National Park (Woody and Parker, 2003). The armor of *Stagonolepis wellesi*, like all aetosaurs, consists of dorsal rows of lateral and paramedian osteoderms. *S. wellesi* paramedian osteoderms are characterized by an ornamentation of pits and grooves in a sunburst pattern radiating from a central knob or boss near the posterior margin of the plate. These osteoderms have a well-developed anterior bar and ventral strut. *S. wellesi* was originally described as a new genus, *Calyptosuchus wellesi*, by Long and Ballew (1985), but was subsequently synonymized with *Stagonolepis* by Murry and Long (1989). Recently, there has been much disagreement as to whether *S. wellesi* is actually the sister taxon of *Stagonolepis robertsoni* (Harris et al, 2003; Langer, 2005). Some authors favor a global distribution of the genus *Stagonolepis* (Heckert and Lucas, 2002c), whereas other question the relationships of *S. robertsoni*, *S. wellesi*, and *S. (Aetosauroides) scagliai*, and suggest they may not form a monophyletic grouping

(Parker, 2003; Desojo, 2004; Langer, 2005). *Stagonolepis wellesi* is an index taxon of the Adamanian lvf, although its upper stratigraphic range also overlaps with that of *Typothorax coccinarum*, an index taxon for the Revueltian lvf, in Petrified Forest National Park (Parker and Irmis, in press; Parker, in press).

## STAGONOLEPIS SP.

*Occurrence.* – Petrified Forest National Park, Sonsela Member.

*Comments.* – A recently recovered partial skeleton of *Stagonolepis* from the southern portion of Petrified Forest National Park may represent a new species, as it is characterized by large spines projecting laterally from the anterior bar of the paramedian osteoderms. It is also the highest stratigraphic occurrence of *Stagonolepis* in the park, deriving from the lower portion of the Sonsela Member (Parker and Irmis, in press).

## TYPOTHORAX COCCINARUM
### (Fig. 6F-G)

*Occurrence.* – Petrified Forest National Park, Sonsela Member; Petrified Forest National Park, Petrified Forest Member; Wards Terrace, Owl Rock Member.

*Comments.* – *Typothorax coccinarum* specimens are common in the Petrified Forest and Owl Rock Members of the Chinle Formation in Arizona (Long and Murry, 1995). Nearly all the material recovered of this taxon is osteoderms, most commonly fragments or isolated whole osteoderms of paramedian plates. The osteoderms of *Typothorax* are highly distinct in having closely spaced circular pitting, with paramedian plates characterized by high length/width ratios, an anterior bar, and ventral strut. Hunt and Lucas (1991b) and Heckert et al. (1996) have considered small *Typothorax*-like paramedian osteoderms from the Redonda Formation of New Mexico to be a distinct taxon, *Redondasuchus reseri*, based on a strong ventral flexion of the plates and stratigraphic position. However, this flexion is seen in many *Typothorax* paramedian osteoderms (Martz, 2002), and small, flexed plates of *Typothorax coccinarum* are known from the Petrified Forest Member of Petrified Forest National Park (Parker and Irmis, in press), calling in to question the validity of *Redondasuchus reseri* as a separate taxon from *Typothorax coccinarum* (Martz, 2002; Parker, 2003).

The frequent recovery of *T. coccinarum* from the upper sediments of the Chinle Formation has resulted in its use as an index taxon for Norian age strata (Revueltian lvf) (Long and Murry, 1995; Lucas, 1998). However, recently collected specimens of *Typothorax coccinarum* from the base of the Sonsela Member of Petrified Forest National Park shows that its stratigraphic range overlaps that of *Stagonolepis wellesi* as well as other Carnian (Adamanian lvf) index taxa (Parker and Irmis, in press). This is corroborated by the recovery of a partial skeleton of *Typothorax* from the lower Dockum Group of New Mexico (Lucas et al., 2002). Thus, the stratigraphic range of *Typothorax* is longer than

previously recognized, complicating its use as an index taxon for correlation of strata in the Upper Triassic of the western United States.

### *PARATYPOTHORAX* SP.
(Fig. 6H)

*Occurrence.* – Petrified Forest National Park, Sonsela Member.

*Comments.* – Long and Ballew (1985) named the aetosaur genus *Paratypothorax* for osteoderms with unusually large width/length ratios, a sunburst pattern of predominantly ridges and grooves radiating from a conical to recurved posterior boss, and a reduced ventral strut. They named the type species, *P. andressorum*, for excellent material from the Norian of Germany, and referred isolated North American material to *Paratypothorax* sp. Hunt and Lucas (1992) referred an associated specimen of *Paratypothorax* (PEFO 3004) from near Crystal Forest in Petrified Forest National Park to *P. andressorum* based on overall similarity of corresponding elements. Long and Murry (1995) reiterated their assertions that the North American material is not conspecific with the German material, and specifically noted differences in the lateral armor. Because of these differences (Long and Murry, 1995; Parker, 2003), the North American material is here retained separate from *P. andressorum* pending a detailed morphological analysis of both the North American and European material.

Long and Murry (1995) reported both a Carnian and Norian distribution for *Paratypothorax* in Arizona, based on specimens from both the lower and upper Chinle sediments. However, the revised stratigraphy of Petrified Forest National Park and vicinity (Heckert and Lucas, 2002a; Woody, 2003), as well as the recognition that some "*Paratypothorax*" specimens represent closely related but distinct forms (Martz et al., 2003; Martz and Small, in press; Parker and Irmis, in press) alters the range of this taxon. *Paratypothorax sensu stricto* is now restricted to the Sonsela Member in Arizona, and may represent a useful index taxon for this time interval, which is otherwise characterized by a transitional fauna (Parker and Irmis, in press).

### *PARATYPOTHORAX*-LIKE FORMS

*Occurrence.* – Placerias/Downs Quarry, Mesa Redondo Member; Petrified Forest National Park, Sonsela Member; Winslow/Joseph City, Blue Mesa and Sonsela Members.

*Comments.* – Re-evaluation of osteoderms assigned to *Paratypothorax* in the southwestern U.S. has resulted in the recognition that several taxa are present. This also includes a specimen from the *Placerias* Quarry that Long and Murry (1995: fig. 68) used to reconstruct *Stagonolepis wellesi* with small cervical lateral spikes (Parker, in press). Some material represents a new taxon described by Martz and Small (in press) from the Tecovas Formation of Texas, which is closely related to *Paratypothorax* (Parker, 2003). Other specimens share synapomorphies with this new form (e.g., strongly beveled posterior edge of paramedian plates), but differ in other features, suggesting they are

distinct taxa (Parker, in press). Several specimens from the Sonsela Member of Petrified Forest National Park have morphologies intermediate between *Paratypothorax* sp. and the new Texas form (Parker and Irmis, in press). Finally, isolated lateral osteoderms from the Chinle Formation of Arizona are diagnostic of *Paratypothorax*-like taxa such as *Paratypothorax* sp., "*Desmatosuchus*" *chamaensis*, and the new Texas form, but cannot be assigned to specific genera or species (Parker, 2003).

### "RAUISUCHIDAE"
### *POSTOSUCHUS KIRKPATRICKI*
(Fig. 7A)

*Occurrence.* – Placerias/Downs Quarry, Mesa Redondo Member; Blue Hills, Blue Mesa Member; Petrified Forest National Park, Blue Mesa Member; Cameron area, Blue Mesa Member; Petrified Forest National Park, Sonsela Member; Petrified Forest National Park, Petrified Forest Member; Wards Terrace, Owl Rock Member.

*Comments.* – Chatterjee (1985) described several specimens of a pseudosuchian archosaur from the Post Quarry of Texas as a new "rauisuchian," *Postosuchus kirkpatricki*. Long and Murry (1995) recognized that many specimens from the *Placerias* Quarry were referable to this taxon, although they noted that some of the referred specimens described by Chatterjee (1985) actually pertained to a separate taxon they named *Chatterjeea elegans*. Long and Murry (1995) also assigned other isolated material from throughout the Chinle Formation to *Postosuchus*. Recent study of the holotype and paratype material after re-preparation (Weinbaum, 2002a; 2002b) suggests that *Postosuchus* is closely related to *Teratosaurus* (Sulej, 2005), *Poposaurus*, and Crocodylomorpha (Nesbitt, 2003; Weinbaum, 2004). *Postosuchus* has a remarkably long stratigraphic range, but there appears to be little difference between the *Placerias* Quarry specimens (Carnian), Post Quarry material (Norian), and the Ghost Ranch *Coelophysis* Quarry specimen (Long and Murry, 1995) (late Norian to Rhaetian). Recently, a second species of *Postosuchus* has been discovered from Upper Triassic sediments in North Carolina (Novak et al., 2002).

### "*SAUROSUCHUS* SP."

*Occurrence.* – Blue Hills, Blue Mesa Member.

*Comments.* – The poorly preserved jaw fragments described by Heckert et al. (2002) as *Saurosuchus* sp. are not diagnostic of this or any other "rauisuchian" taxon. The sculpturing cited by Heckert et al. (2002) is not an autapomorphy of *Saurosuchus*, and is found in a wide variety of other archosaur taxa (Langer, 2005). The specimen in question probably does not belong to *Postosuchus*, but the complete lack of apomorphies, poor preservation, and fragmentary state prevents an assignment less inclusive than "Rauisuchia" indet. Therefore, this specimen cannot be used for biostratigraphic correlation.

### POPOSAURIDAE

BLM_0055842

*POPOSAURUS GRACILIS*
(Fig. 7B)

*Occurrence.* – *Placerias*/Downs Quarry, Mesa Redondo Member; Blue Hills, Blue Mesa Member; St. Michaels area, Blue Mesa Member.

*Comments.* – Long and Murry (1995) also assigned isolated material from the *Placerias* Quarry to *Poposaurus gracilis*. Although all of the *Placerias* Quarry material is disarticulated in a multitaxic assemblage, it appears that at least some of the specimens represent associated individuals. For example, *Poposaurus* specimens from field square CF2 include a right (UCMP 25962) and left ilium (UCMP 25974) of exactly the same size that articulate perfectly with a sacrum (UCMP 78719). Poposaurus is otherwise rare in the Chinle fauna, and is restricted to Carnian aged sediments throughout the western United States. Its morphology is poorly known beyond the vertebrae, pelvic, and hindlimb elements known from the holotype and *Placerias* Quarry material (Long and Murry, 1995), although a new articulated specimen from the lower Chinle Formation of southern Utah will add additional information (Benoit and Yarborough-Fitzgerald, 2004). Recent phylogenetic analysis supports a placement close to *Arizonasaurus* from the Middle Triassic Moenkopi Formation and *Chatterjeea* from the Upper Triassic Chinle and Dockum sediments (Nesbitt, 2003).

*"CHATTERJEEA ELEGANS"*
(Fig. 7C-D)

*Occurrence.* – *Placerias*/Downs Quarry, Mesa Redondo Member; Petrified Forest National Park, Petrified Forest Member; Wards Terrace, Owl Rock Member.

*Comments.* – Long and Murry (1995) recognized that many of the specimens referred to *Postosuchus kirkpatricki* as juveniles by Chatterjee (1985) were instead a distinct taxon that they named *Chatterjeea elegans*. This animal is unusual for a pseudosuchian archosaur in that it appears to have a pelvis and hindlimb that are highly modified for upright bipedal locomotion. The ilium has a large overhanging acetabular rim with a ventrolaterally directed acetabulum and large dorsal iliac blade (Long and Murry, 1995). The pubis has an enlarged pubic boot (Long and Murry, 1995), and the proximal femur essentially has an offset head as in dinosaurs. No skull was directly associated with the Post Quarry material, although Long and Murry (1995) suggested that the skull of *Shuvosaurus*, a putative aberrant theropod from the quarry, could belong to *Chatterjeea*. This has recently been confirmed by the discovery of articulated material from Ghost Ranch *Coelophysis* Quarry blocks with a *Shuvosaurus*-like skull articulated to a *Chatterjeea*-like body, making this clade of archosaurs even more unusual (Nesbitt et al., 2005; Nesbitt, in review). *Shuvosaurus*/*"Chatterjeea"* appears to be closely related to *Sillosuchus* from the Late Triassic of Argentina (Alcober and Parrish, 1997) and *Poposaurus* from the Late Triassic of North America (Long and Murry, 1995; Nesbitt, 2003).

    The stratigraphic range given for *"Chatterjeea"* by Long and Murry (1995) is unusually long (Carnian-Norian).

A femur (MNA V3743) diagnostic to *"Chatterjeea"* is present in the *Placerias* Quarry near the bottom of the Chinle section, but most *"Chatterjeea"* material from the Chinle Formation is not found below the Petrified Forest Member. The vertebra (UCMP 177314) that Long and Murry (1995) referred to *"Chatterjeea"* from the *Placerias* Quarry is undiagnostic; it is identical to similar vertebrae in *"Chatterjeea"*, but cannon be assigned to this taxon using synapomorphies as it is also identical to vertebrae of *Poposaurus*, *Chindesaurus*, and *Coelophysis*. New material has recently been recovered from the Petrified Forest Member of Petrified Forest National Park (Parker and Irmis, in press), including a partial skeleton (PEFO 33953) from the Giving Site (PFV 231).

CROCODYLOMORPHA
*HESPEROSUCHUS AGILIS*
(Fig. 7E)

*Occurrence.* – *Placerias*/Downs Quarry, Mesa Redondo Member; Stinking Springs, Blue Mesa Member; Cameron area, Blue Mesa Member; Petrified Forest National Park, Petrified Forest Member.

*Comments.* – Colbert (1952) originally described *Hesperosuchus* as a new ornithosuchid pseudosuchian from a single specimen collected by Barnum Brown, Llewellyn Price, and William Hayden in 1929-1930 from near Cameron, Arizona. Walker (1970) recognized the crocodylomorph affinities of *Hesperosuchus*, and showed its close relationships to *Saltoposuchus* of the Upper Triassic of Germany and *Sphenosuchus* of the Early Jurassic of South Africa. Parrish (1991) re-described features of the holotype of *Hesperosuchus agilis* in a modern phylogenetic context as part of his description of a new crocodylomorph skeleton (UCMP 129470) from the Dinosaur Hill locality (UCMP V82250/PFV 40) of the Petrified Forest Member of Petrified Forest National Park. He assigned this specimen to cf. *Sphenosuchus* sp. on the basis of a single shared synapomorphy shared between UCMP 129470 and *Sphenosuchus*, swelling of the anterior dentary. All subsequent authors have concluded that this character is size related, that the dentary of the Dinosaur Hill specimen is more similar to *Hesperosuchus* than *Sphenosuchus*, and placed the Dinosaur Hill specimen in *Hesperosuchus* (Sereno and Wild, 1992; Wu and Chatterjee, 1993; Long and Murry, 1995; Clark et al., 2000). Clark et al. (2000) diagnosed *Hesperosuchus* using the exclusively cranial characters of an autapomorphic "deep" symphysial end of the dentary, and the possibly autapomorphic character states of the presence of a large palpebral bone, supratemporal fossae extending to lateral margin of squamosal, and paired parietal crests separated by a median groove on the medial edge of the supratemporal fossae. The closely related *Dromicosuchus grallator* recently described by Sues et al. (2003) from the Upper Triassic of North Carolina displays all of these characters except for the expanded anterior end of the dentary. Recent phylogenetic analyses show little or no support for a monophyletic Sphenosuchia, and regardless

BLM_0055843



FIGURE 7. "Rauisuchians" and crocodylomorphs from the Chinle Formation of Arizona. (A), Ilium of *Postosuchus kirkpatricki* (PEFO 4851) in lateral view from Petrified Forest National Park. (B), Ilium of *Poposaurus gracilis* (UCMP A269/25962) in lateral view from the *Placerias* Quarry. Proximal femur of "*Chatterjeea*" (MNA V3743) from the *Placerias* Quarry in (C), proximal and (D), lateral views. (E) Dentary of *Hesperosuchus agilis* (UCMP V82250/129470) in medial view from Petrified Forest National Park. (F) Holotype cervical centrum of "*Parrishia mccreai*" (UCMP A269/139623) in lateral view from the *Placerias* Quarry. Scale bars equal 5 cm in A, B, E; and 1 cm in C, D, F.

of which hypothesis is supported, there is little or no in-group resolution (Clark and Sues, 2002; Sues et al., 2003; Clark et al., 2004).

Like several other pseudosuchian archosaurs in the Chinle Formation, *Hesperosuchus agilis* as currently conceived has an incredibly long stratigraphic range. Although the isolated crocodylomorph radius from the *Placerias* Quarry (MNA V3102) assigned to *H. agilis* by Long and Murry (1995) is indeterminate, the range of *Hesperosuchus* at least extends from the Blue Mesa Member (late Carnian) to the Ghost Ranch *Coelophysis* Quarry (late Norian to Rhaetian).

### "*PARRISHIA MCCREAI*"
(Fig. 7F)

*Occurrence.* – *Placerias*/Downs Quarry, Mesa Redondo Member; Blue Hills, Blue Mesa Member; Stinking Springs, Blue Mesa Member; Petrified Forest National Park, Blue Mesa Member.

*Comments.* – Long and Murry (1995) named a new taxon of crocodylomorph, *Parrishia mccreai*, for a collection of disarticulated crocodylomorph vertebrae from the *Placerias* Quarry, as well as other isolated vertebral material from Arizona and New Mexico. They differentiated this taxon from *Hesperosuchus agilis* on the basis of cervical vertebrae with little offset of the anterior and posterior centrum articular faces suggesting a neck with little curvature. As noted by Clark et al. (2000), some *Hesperosuchus* cervical vertebrae also show this morphology, and they considered *Parrishia* to be a *nomen dubium*. Examination of UCMP 129470 as well as a new crocodylomorph postcranial skeleton from the Blue Mesa Member of Petrified Forest National Park indicates that the degree of offset of the articular surfaces changes through the cervical column (Parker and Irmis, in press). Therefore, Clark et al. (2000) were correct in considering *Parrishia* to be indeterminate, since there are currently no

BLM_0055844

postcranial apomorphies to support referral of the material to *Hesperosuchus* or any other crocodylomorph taxon.

## DINOSAURIFORMES
## DINOSAURIFORMES INDET.

*Occurrence.* – *Placerias*/Downs Quarry, Mesa Redondo Member.

*Comments.* – An isolated distal tibia (UCMP 25793) assigned to Prosauropoda indet. by Long and Murry (1995: pg. 191, fig. 193H-K) is very similar to the distal tibiae of *Silesaurus* (Dzik, 2003), *Eoraptor* (pers. obs.), and *Herrerasaurus* (Novas, 1993), and therefore assignable to the Dinosauriformes (Nesbitt et al., in prep). It cannot be assigned to the Saurischia or "Prosauropoda" because the posterolateral margin of the tibia in distal view is not straight or concave. An isolated distal femur (UCMP 25834) is also assignable to Dinosauriformes because the fibular groove forms an obtuse angle, not 90° as in chatterjeeids (Parker and Irmis, in press).

### *CHINDESAURUS BRYANSMALLI*
(Fig. 8A-B)

*Occurrence.* – Petrified Forest National Park, Petrified Forest Member.

*Comments.* – Long and Murry (1995) designated a partial skeleton (PEFO 10395) from the Petrified Forest Member (UCMP V84260/PFV 20) of Petrified Forest National Park as the holotype of *Chindesaurus bryansmalli*, which they considered to be a herrerasaurid. Authors have either agreed with this interpretation (Hunt et al., 1998), considered the material indeterminate (Rauhut, 2003), or suggested that *Chindesaurus* was a basal saurischian (Langer, 2004). A redescription of the material is forthcoming (Nesbitt et al., in prep), but it is clear that there are no unambiguous synapomorphies uniting *Chindesaurus* with *Herrerasaurus*. Several features suggest a saurischian affinity (Langer, 2004), but the lack of both a distinct ventrolateral sulcus on the femoral head and a concave posterolateral margin of the distal tibia may exclude *Chindesaurus* from Saurischia.

## DINOSAURIA
## SAURISCHIA
## SAURISCHIA INDET.

*Occurrence.* – *Placerias*/Downs Quarry, Mesa Redondo Member; Petrified Forest National Park, Sonsela Member; Petrified Forest National Park, Petrified Forest Member.

*Comments.* – An isolated proximal femur and distal tibia from the *Placerias* Quarry assigned to Ceratosauria indet. by Long and Murry (1995) are probably referable to the clade Saurischia. The femur (UCMP 139662) has an offset head, well developed facies articularis antitrochanterica, and appears to have a distinct ventrolateral sulcus on the femoral head. The presence of this sulcus is characteristic of saurischian dinosaur femora (Nesbitt et al., in press). Isolated proximal femora from Petrified Forest National Park (Parker and Irmis, in press) may also be referable to Saurischia indet. using these characters. The distal tibia (UCMP 25820) is assignable to the Saurischia because it has a well-developed posterolateral process, is quadrangular in distal view, and has a concave posterolateral margin in distal view. These are all characters found in saurischians such as *Saturnalia* (Langer, 2003), basal sauropodomorphs (Yates, 2004: fig. 12), and *Coelophysis* (Padian, 1986). Isolated centra referred to Ceratosauria indet. by Long and Murry (1995) cannot be differentiated from those of other archosaurs such as *Poposaurus* and "*Chatterjeea.*"

## THEROPODA
## COELOPHYSOIDEA
### "*CAMPOSAURUS ARIZONENSIS*"
(Fig. 8C)

*Occurrence.* – *Placerias*/Downs Quarry, Mesa Redondo Member.

*Comments.* – Hunt et al. (1998) named matching right and left distal fused tibiae, fibulae, and astragalocalcanea (UCMP 34498) the holotype of a new taxon of coelophysoid theropod, *Camposaurus arizonensis*. The differential diagnosis provided by Hunt et al. (1998: pg. 530) cannot be substantiated; direct comparison of *Camposaurus* with casts of corresponding elements of *Coelophysis bauri* from the Ghost Ranch *Coelophysis* Quarry shows that they are identical. At present, there are no diagnosable characters preserved on the holotype of *Camposaurus* or synapomorphies that allow referral to *Coelophysis*, so it must be regarded as a nomen dubium. The overall morphology of the distal tibia and astragalus, as well as the fused astragalocalcaneum that is fused to the tibia supports referral of the material to Coelophysoidea indet. (Tykoski and Rowe, 2004).

### *COELOPHYSIS* SP.
(Fig. 8D)

*Occurrence.* – Petrified Forest National Park, Petrified Forest Member.

*Comments.* – Padian (1986) described a new theropod skeleton (UCMP 129618) from the Dinosaur Hill locality (UCMP V82250/PFV 40) of the Petrified Forest Member in Petrified Forest National Park. After reviewing the taxonomic status of Cope's original syntypes of *Coelophysis bauri* as well as the abundant material from the Ghost Ranch *Coelophysis* Quarry, Padian (1986) referred the Dinosaur Hill specimen to *Coelophysis bauri*. Nevertheless, he noted morphological differences between UCMP 129618 and the Ghost Ranch material. New material identical to the Dinosaur Hill specimen from equivalent strata in Petrified Forest National Park supports these and other differences (Parker and Irmis, in press). It is likely, given the morphological and temporal differences between the Petrified Forest and Ghost Ranch material, that they represent separate taxa (Parker and Irmis, in press). Therefore, we refer the Petrified Forest material to *Coelophysis* sp. pending description of the new material.

BLM_0055845



FIGURE 8. Dinosaurs from the Chinle Formation of Arizona. Right femur of the holotype of *Chindesaurus bryansmalli* (PEFO 10395) from Petrified Forest National Park in (A), anterior, and (B), proximal views. (C), Right distal tibia, fibula, and astragalocalcaneum of the holotype of *Camposaurus arizonensis* (UCMP A269/34498) from the *Placerias* Quarry in anterior view. (D), Right ilium and acetabular region of *Coelophysis* sp. (UCMP V82250/129618) in lateral view from Petrified Forest National Park. Scale bars equal 1 cm in A, B, C; and 5 cm in D.

---

SYNAPSIDA
DICYNODONTIA
KANNEMEYERIIFORMES
*PLACERIAS HESTERNUS*
(Fig. 9)

*Occurrence.* – *Placerias*/Downs Quarry, Mesa Redondo Member; Blue Hills, Blue Mesa Member; Petrified Forest National Park, Blue Mesa Member; Cameron area, Blue Mesa Member.

*Comments.* – Despite being represented by several hundred specimens, the dicynodont *Placerias* is still in many ways an enigmatic taxon. Lucas (1904) described *Placerias hesternus* for a humerus collected by Barnum Brown in 1900 from the Ward bone bed in the Blue Mesa Member near Cameron, Arizona. The *Placerias* Quarry (UCMP

A269) was discovered by a UCMP field party under the direction of Charles Camp in 1930 (Camp and Welles, 1956). This locality produced hundreds of disarticulated dicynodont elements that Camp and Welles (1956) referred to a single new species of *Placerias*, *P. gigas*. Nearly all the literature that mentions *Placerias* refers to this material, not the original holotype specimen. Camp (1956) suggested a relationship between *Placerias*, the South African form *Kannemeyeria*, and the South American form *Stahleckeria*. Cox (1965) noted the difficulties in reconstructing the skull of *Placerias* from isolated elements of different individuals, and presented a revised skull reconstruction. He assigned *Placerias* to the Kannemeyeriidae with *Kannemeyeria*, the Chinese *Sinokannemeyeria* and *Parakannemeyeria*, and the South American *Ischigualastia*, to the exclusion of *Stahleckeria* (Cox, 1965). Keyser and Cruickshank (1979) re-aligned *Placerias* with *Stahleckeria* and *Ischigualastia* in the group Stahleckerinae. King (1988) grouped *Placerias* with *Ischigualastia* in the Placeriini, as a sister group to the Stahleckeriini, which included *Stahleckeria* and *Zambiasaurus*. Both of these groups were considered part of the Kannemeyeriinae. King (1990) advocated the same scheme, only with the addition of *Barysoma* in the Placeriini. Lucas and Hunt (1993b) synonymized *Placerias gigas* with *P. hesternus* because they felt the differences in the humeri of the two cited by Camp and Welles (1956) were a result of crushing and damage to the holotype of *P. hesternus*. However, no one has ever explicitly demonstrated that the holotype of *Placerias hesternus* (and thus the genotype of *Placerias*) is a specimen diagnosable as a valid species. Maisch (2001) published the first phylogenetic analysis of Triassic dicynodonts and recovered *Placerias* as a member of a monophyletic Stahleckeriidae also including *Stahleckeria*, *Ischigualastia*, and *Angonisaurus*, with *Placerias* being most closely related to *Ischigualastia*. The most comprehensive phylogenetic analysis of Triassic dicynodonts was recently published by Vega-Dias et al. (2004). This study placed *Placerias* as the sister taxon to a clade of (*Angonisaurus* + *Stahleckeria*) + (*Ischigualastia* + *Jachaleria*), all of which are Gondwanan forms except for *Placerias*. Lucas and Heckert (2002) described the first articulated skull of *Placerias* (MNA V8464) from the Blue Mesa Member near Cameron, Arizona. Unfortunately, the specimen's poor preservation limits its contribution to the understanding of the cranial morphology of *Placerias*.

What is most remarkable about *Placerias* is its rarity outside of the *Placerias* Quarry proper. The taxon is limited to lower Chinle sediments, but it is incredibly rare, with only a few isolated records from the Blue Mesa Member in the vicinity of Cameron, Petrified Forest National Park, and the Blue Hills area (Long and Murry, 1995; Lucas and Heckert, 2002). Because the *Placerias* Quarry represents a unique accumulation of vertebrates (Fiorillo et al., 2000), it is likely that *Placerias* was a component of the lower Chinle fauna whose remains became unusually concentrated at the *Placerias* Quarry due to taphonomic processes.

BLM_0055846



FIGURE 9. The dicynodont *Placerias* from the Chinle Formation of Arizona. (A) Holotype right maxilla of *Placerias gigas* (UCMP A269/27553) in medial view from the *Placerias* Quarry. (B), Dentary of *Placerias* (UCMP 7038/27095) in lateral view from Petrified Forest National Park. (C), Reconstruction of the skull of *Placerias gigas* from Cox (1965). Scale bars equal 5 cm.

## CONCLUSIONS

The Chinle Formation of Arizona contains one of the most diverse assemblages of Late Triassic micro- and macrovertebrates in North America including chondrichthyans, osteichthyans, temnospondyl amphibians, basal archosauromorphs, basal archosauriforms, phytosaurs, aetosaurs, "rauisuchians", crocodylomorphs, dinosauriforms, basal dinosaurs, theropods, and dicynodonts. These taxa can generally be divided into a lower fauna of the Mesa Redondo and Blue Mesa Members, and an upper fauna of the Petrified Forest and Owl Rock Members. The transition between these two faunas occurs in the Sonsela Member, where the stratigraphic ranges of "lower" and "upper" index taxa overlap. Taxa that characterize the lower Chinle assemblage include *Buettneria perfecta*, *Placerias*, *Leptosuchus*, *Desmatosuchus haplocerus*, *Acaenasuchus geoffreyi*, *Stagonolepis wellesi*, and *Poposaurus*. The upper Chinle assemblage includes *Apachesaurus gregorii*, *Revueltosaurus callenderi*, *Pseudopalatus*, *Desmatosuchus*

smalli, "*Desmatosuchus*" *chamaensis*, and *Typothorax coccinarum*. *Paratypothorax* sp. is restricted to the Sonsela Member where the ranges of *Leptosuchus*, *Pseudopalatus*, *Stagonolepis*, and *Typothorax* overlap.

Much work remains to be done on the non-tetrapod microfauna and metoposaurid amphibians. Recent revisions of the phytosaurs (e.g., Hungerbühler, 2002) and aetosaurs (e.g., Martz, 2002; Parker, 2003) have greatly enhanced our knowledge of these taxa. Forthcoming studies of the "rauisuchians" and dinosaurs will hopefully clarify their Late Triassic record and systematics. Additionally, new specimens from continued fieldwork in the Chinle Formation of Arizona should increase our understanding of the morphology and stratigraphic ranges of well-known taxa (Parker and Irmis, in press), as well as contribute to re-interpretations of enigmatic taxa (e.g., Parker et al., 2005).

## ACKNOWLEDGMENTS

I would foremost like to thank my colleagues Bill Parker and Sterling Nesbitt for their collaborations, countless discussions, support, and camaraderie over the past few years. This contribution would not have been possible without them. Petrified Forest National Park and its staff, especially Karen Beppler-Dorn, generously supported fieldwork at PEFO. Andy Heckert (New Mexico Museum of Natural History), Janet Whitmore Gillette (MNA), Scott Williams (PEFO), and Pat Holroyd (UCMP) graciously provided access to collections in their care. This is UCMP contribution no. 1902.

## REFERENCES

ALCOBER, O. AND J. M. PARRISH. 1997. A new poposaur from the Upper Triassic of Argentina. Journal of Vertebrate Paleontology, 17:548-556.

BALLEW, K. L. 1989. A phylogenetic analysis of Phytosauria from the Late Triassic of the western United States, p. 309-339. *In* S. G. Lucas & A. P. Hunt (eds.), Dawn of the Age of Dinosaurs in the American Southwest. New Mexico Museum of Natural History, Albuquerque.

BARBERENA, M. C. 1982. Uma nova espécie de *Proterochampsa* (*P. nodosa*, sp. nov.) do Triásico do Brasil. Anais da Academia Brasileira de Ciências, 54:127-141.

BENOIT, M., AND V. YARBOROUGH-FITZGERALD. 2004. Decay conditions of an Upper Triassic poposaur: evidence from calcium carbonate nodules. Journal of Vertebrate Paleontology, 24(3 suppl.):38A.

BENTON, M. J. 1983. Dinosaur success in the Triassic: a noncompetitive ecological model. Quarterly Review of Biology, 58:29-55.

BENTON, M. J. 1993. Late Triassic extinctions and the origin of the dinosaurs. Science, 260:769-770.

BENTON, M. J. 1994. Late Triassic to Middle Jurassic extinctions among continental tetrapods: testing the pattern, p. 366-397. *In* N.C. Fraser and H.-D. Sues (eds.), In the Shadow of the Dinosaurs: Early Mesozoic Tetrapods. Cambridge University Press, New York.

BILLINGSLEY, G. H. 1985. General stratigraphy of the Petrified Forest National Park, Arizona. Museum of Northern Arizona Bulletin, 54:3-8.

CAMP, C. L. 1930. A study of the phytosaurs, with description of new material from western North America. Memoirs of the University of California, 10:1-175.

CAMP, C. L. 1956. Triassic dicynodont reptiles. Part II. Triassic dicynodonts compared. Memoirs of the University of California, 13:305-341.

CAMP, C. L. AND S. P. WELLES. 1956. Triassic dicynodont reptiles. Part I. The North American genus *Placerias*. Memoirs of the University of California, 13: 255-304.

CASE, E. C. 1921. A new species of *Ceratodus* from the Upper Triassic of western Texas. Occasional Papers of the Museum of Zoology, University of Michigan, 101:1-2.

CASE, E. C. 1922. New reptiles and stegocephalians from the Upper Triassic of western Texas. Carnegie Institution of Washington Publication, 321:1-84.

CASE, E. C. 1928. Indications of a cotylosaur and of a new form of fish from the Triassic beds of Texas, with remarks on the Shinarump Conglomerate. Contributions from the Museum of Paleontology, University of Michigan, 3: 1-13.

CASE, E. C. 1932. On the caudal region of *Coelophysis* sp. and on some new or little known forms from the Upper Triassic of western Texas. Contributions from the Museum of Paleontology, University of Michigan, 4:81-91.

CHATTERJEE, S. 1985. *Postosuchus*, a new thecodontian reptile from the Triassic of Texas and the origin of tyrannosaurs. Philosophical Transactions of the Royal Society of London B, 309:395-460.

CHATTERJEE, S. 1986. The Late Triassic Dockum vertebrates: their stratigraphic and paleobiogeographic significance, p. 139-150. *In* K. Padian (ed.), The Beginning of the Age of Dinosaurs: Faunal Changes across the Triassic-Jurassic Boundary. Cambridge University Press, New York.

CLARK, J. M., AND H.-D. SUES. 2002. Two new basal crocodylomorph archosaurs from the Lower Jurassic and the monophyly of the Sphenosuchia. Zoological Journal of the Linnean Society, 136:77-95.

CLARK, J. M. H.-D. SUES, AND D.S. BERMAN. 2000. A new specimen of *Hesperosuchus agilis* from the Upper Triassic of New Mexico and the interrelationships of basal crocodylomorph archosaurs. Journal of Vertebrate Paleontology, 20:683-704.

CLARK, J. M., X. XU, C. A. FORSTER, AND Y. WANG. 2004. A Middle Jurassic 'sphenosuchian' from China and the origin of the crocodylian skull. Nature, 430:1021-1024.

COLBERT, E. H. 1947. Studies of the phytosaurs *Machaeroprosopus* and *Rutiodon*. Bulletin of the American Museum of Natural History, 88:53-96.

COLBERT, E. H. 1952. A pseudosuchian reptile from Arizona. Bulletin of the American Museum of Natural History, 99:565-592.

COPE, E. D. 1881. *Belodon* in New Mexico. American Naturalist, 15:922-923.

COX, C. B. 1965. New Triassic dicynodonts from South America, their origins and relationships. Philosophical Transactions of the Royal Society of London B, 248:457-514.

DESOJO, J. B. 2004. Los aetosaurios (Amniota, Diapsida) de America del Sur: sus relaciones y aportes a la biogeographia y biostratigraphia del Triásico continental. Unpublished PhD Dissertation, Universidad de Buenos Aires, Argentina.

DILKES, D. W. 1998. The Early Triassic rhynchosaur *Mesosuchus browni* and the interrelationships of basal archosauromorph reptiles. Philosophical Transactions of the Royal Society of London B, 353:501-541.

DUBIEL, R. F., S. T. HASIOTIS, AND T. M. DEMKO. 1999. Incised valley fills in the lower part of the Chinle Formation, Petrified Forest National Park, Arizona: Complete measured sections and regional stratigraphic implications of Upper Triassic rocks.  National Park Service Paleontological Research Technical Report, NPS/NRGRD/GRDTR-99/03:78-84.

DUFFIN, C. J. 1981. Comments on the selachian genus *Doratodus* Schmid (1861) (Upper Triassic, Germany). Neues Jahrbuch für Geologie und Paläontologie, Monatshefte, 1981:289-302.

DUFFIN, C. J. 1985. Revision of the hybodont selachian genus *Lissodus* Brough (1935). Palaeontographica Abteilung A, 188:105-152.

DZIK, J. 2003. A beaked herbivorous archosaur with dinosaur affinities from the early Late Triassic of Poland. Journal of Vertebrate Paleontology, 23:556-574.

FIORILLO, A. R., K. PADIAN, AND C. MUSIKASINTHORN. 2000. Taphonomy and depositional setting of the *Placerias* Quarry. (Chinle Formation: Late Triassic, Arizona). Palaios, 15:373-386.

FRASER, N. C. 1986. Terrestrial vertebrates at the Triassic-Jurassic boundary in south west Britain. Modern Geology, 10: 147-157.

FRASER, N. C., AND H.-D SUES. 1994. Comments on Benton's "Late Triassic to Middle Jurassic extinctions among continental tetrapods", p. 398-400. *In* N.C. Fraser and H.-D. Sues (eds.), In the Shadow of the Dinosaurs: Early Mesozoic Tetrapods. Cambridge University Press, New York.

FRASER, N. C., R. B. IRMIS, AND D. K. ELLIOTT. 2005. A procolophonid (Parareptilia) from the Owl Rock Member, Chinle Formation of Utah, USA. Palaeontologia Electronica, 8(1):13A, 1-7.

GREGORY, J. T. 1945. Osteology and relationships of *Trilophosaurus*. University of Texas Publication, 4401: 273-360.

GREGORY, J. T. 1962. The genera of phytosaurs. American Journal of Science, 260:652-690.

HARRIS, S. R., D. J. GOWER, D. J. AND M. WILKINSON. 2003. Intraorganismal homology, character construction, and the phylogeny of aetosaurian archosaurs (Reptilia, Diapsida). Systematic Biology, 52:239-252.

HECKERT, A. B. 2001. The microvertebrate record of the Upper Triassic (Carnian) lower Chinle Group, southwestern U.S.A., and the early evolution of dinosaurs. Unpublished PhD Dissertation, University of New Mexico, Albuquerque, 477 p.

HECKERT, A. B. 2002. A revision of the Upper Triassic ornithischian dinosaur *Revueltosaurus*, with a description of a new species. New Mexico Museum of Natural History & Science Bulletin, 21:253-266.

HECKERT, A. B. 2004. Late Triassic microvertebrates from the lower Chinle Group (Otischalkian-Adamanian: Carnian), southwestern U.S.A. New Mexico Museum of Natural History & Science Bulletin, 27:1-170.

HECKERT, A. B., AND S. G. LUCAS. 2000. Taxonomy, phylogeny,

biostratigraphy, biochronology, paleobiogeography, and evolution of the Late Triassic Aetosauria (Archosauria: Crurotarsi). Zentralblatt für Geologie und Paläontologie Teil I, 1998:1539-1587.

HECKERT, A. B., AND S. G. LUCAS. 2002a. Revised Upper Triassic stratigraphy of the Petrified Forest National Park. New Mexico Museum of Natural History and Science Bulletin, 21:1-36.

HECKERT, A. B., AND S. G. LUCAS. 2002b. Osteoderms of juveniles of *Stagonolepis* (Archosauria: Aetosauria) from the lower Chinle Group, east-central Arizona. New Mexico Museum of Natural History & Science Bulletin, 21:235-239.

HECKERT, A. B., AND S. G. LUCAS. 2002c. South American occurrences of the Adamanian (Late Triassic: latest Carnian) index taxon *Stagonolepis* (Archosauria: Aetosauria) and their biochronological significance. Journal of Paleontology, 76:852–863.

HECKERT, A. B., AND S. G. LUCAS. 2002d. *Acaenasuchus geoffreyi* (Archosauria: Aetosauria) from the Upper Triassic Chinle Group: juvenile of *Desmatosuchus haplocerus*. New Mexico Museum of Natural History & Science Bulletin, 21:205-214.

HECKERT, A. B., A. P. HUNT, AND S. G. LUCAS. 1996. Redescription of *Redondasuchus reseri*, a Late Triassic aetosaur (Reptilia: Archosauria) from New Mexico (U.S.A.), and the biochronology and phylogeny of aetosaurs. Geobios, 29:619-632.

HECKERT, A. B., S. G. LUCAS, AND S. E. KRZYZANOWSKI. 2002. The rauisuchian archosaur *Saurosuchus* from the Upper Triassic Chinle Group, southwestern U.S.A., and its biochronological significance. New Mexico Museum of Natural History & Science Bulletin, 21:241-244.

HECKERT, A. B., K. E. ZEIGLER, AND S. G. LUCAS. 2003. Aetosaurs (Archosauria: Stagonolepididae) from the Upper Triassic (Revueltian) Snyder Quarry, New Mexico. New Mexico Museum of Natural History & Science Bulletin, 24:115-126.

HECKERT, A. B., S. G. LUCAS, L. F. RINEHART, J. A. SPIELMANN, AND R. KAHLE. 2003. *Trilophosaurus jacobsi* is not a procolophonid: data from a new quarry from the Upper Triassic Chinle Group, west Texas. Abstracts with Programs - Geological Society of America, 35:497.

HECKERT, A. B., S. G. LUCAS, L. F. RINEHART, J. A. SPIELMANN, AND R. KAHLE. In press. Revision of the archosauromorph reptile *Trilophosaurus*, with a description of the first skull of *Trilophosaurus jacobsi*, from the Upper Triassic Chinle Group, west Texas, U.S.A. Palaeontology.

HUENE, F. v. 1915. On reptiles of the New Mexican Trias in the Cope collection. Bulletin of the American Museum of Natural History, 34:485-507.

HUNGERBÜHLER, A., AND H-D SUES. 2001. Status and phylogenetic relationships of the Late Triassic phytosaur *Rutiodon carolinensis*. Journal of Vertebrate Paleontology, 21(3 suppl.):64A.

HUNGERBÜHLER, A. 2002. The Late Triassic phytosaur *Mystriosuchus westphali*, with a revision of the genus. Palaeontology, 45:377-418.

HUNT, A. P. 1989a. A new ?ornithischian dinosaur from the Bull Canyon Formation (Upper Triassic) of east-central New Mexico, p. 355-358. *In* S. G. Lucas & A. P. Hunt (eds.), Dawn of the Age of Dinosaurs in the American Southwest. New Mexico Museum of Natural History, Albuquerque.

HUNT, A. P. 1989b. Cranial morphology and ecology among phytosaurs, p. 349-354. *In* S. G. Lucas & A. P. Hunt (eds.), Dawn of the Age of Dinosaurs in the American Southwest. New Mexico Museum of Natural History, Albuquerque.

HUNT, A. P. 1993. Revision of the Metoposauridae (Amphibia: Temnospondyli) and description of a new genus from western North America. Museum of Northern Arizona Bulletin, 59:67-97.

HUNT, A. P. 1994. Vertebrate paleontology and biostratigraphy of the Bull Canyon Formation (Chinle Group, Upper Triassic), east-central New Mexico with revisions of the families Metoposauridae (Amphibia: Temnospondyli) and Parasuchidae (Reptilia: Archosauria. Unpublished PhD Dissertation, University of New Mexico, Albuquerque, 404 p.

HUNT, A. P., AND S. G. LUCAS. 1991a. The *Paleorhinus* biochron and the correlation of the non-marine Upper Triassic of Pangaea. Palaeontology, 34:487-501.

HUNT, A. P., AND S. G. LUCAS. 1991b. A new aetosaur from the Redonda Formation (Late Triassic: middle Norian) of east-central New Mexico, USA. Neues Jahrbuch für Geologie und Paläontologie, Monatschefte, 1991:728-736.

HUNT, A. P., AND S. G. LUCAS. 1992. The first occurrence of the aetosaur *Paratypothorax andressi* (Reptilia, Aetosauria) in the western United States and its biochronological significance. Paläontologische Zeitschrift, 66:147-157.

HUNT, A. P., AND S. G. LUCAS. 1994. Ornithischian dinosaurs from the Upper Triassic of the United States, p. 227-241. *In* N.C. Fraser and H.-D. Sues (eds.), In the Shadow of the Dinosaurs: Early Mesozoic Tetrapods. Cambridge University Press, New York.

HUNT, A. P., AND S. G. LUCAS. 2005. A skull of *Pseudopalatus* from the Late Triassic (Late Carnian) Santa Rosa Formation of Central New Mexico. New Mexico Geological Society Proceedings Volume, 2005 Spring Meeting, Socorro:28.

HUNT, A. P., S. G. LUCAS, AND A. B. HECKERT. 2002. A Revueltian (Norian) phytosaur from the Sonsela Member of the Petrified Forest Formation (Chinle Group: Upper Triassic), Petrified Forest National Park, Arizona. New Mexico Museum of Natural History & Science Bulletin, 21:165-169.

HUNT, A. P., A. B. HECKERT, S. G. LUCAS, AND A. DOWNS. 2002. The distribution of the enigmatic reptile *Vancleavea* in the Upper Triassic Chinle Group of the western United States. New Mexico Museum of Natural History & Science Bulletin, 21:269-273.

HUNT, A. P., S. G. LUCAS, A. B. HECKERT, R. M. SULLIVAN, AND M. G. LOCKLEY. 1998. Late Triassic dinosaurs from the western United States. Geobios, 31:511-531.

IRMIS, R. B., AND W. G. PARKER. In press. Unusual tetrapod teeth from the Upper Triassic Chinle Formation, Arizona, USA. Canadian Journal of Earth Sciences.

JACOBS, L. L., AND P. A. MURRY. 1980. The vertebrate community of the Triassic Chinle Formation near St. Johns, Arizona, p. 55-70. *In* L.L. Jacobs (ed.), Aspects of Vertebrate History: Essays in Honor of Edwin Harris Colbert. Museum of Northern Arizona Press, Flagstaff,

Arizona.

KAYE, F. T., AND K. PADIAN. 1994. Microvertebrates from the *Placerias* Quarry: a window on Late Triassic vertebrate diversity in the American southwest, p. 171-196. *In* N.C. Fraser and H.-D. Sues (eds.), In the Shadow of the Dinosaurs: Early Mesozoic Tetrapods. Cambridge University Press, New York.

KEYSER, A. W., AND A. R. I. CRUICKSHANK. 1979. The origins and classification of Triassic dicynodonts. Transactions of the Geological Society of South Africa, 82:81-108.

KING, G. M. 1988. Handbuch der Paläoherpetologie. Part 17C. Anomodontia. Gustav Fischer Verlag, New York, 174 p.

KING, G. M. 1990. The dicynodonts: a study in palaeobiology. Chapman and Hall, New York, 233 p.

KIRBY, R. E. 1993. Relationships of Late Triassic basin evolution and faunal replacement events in the southwestern United States: perspectives from the upper part of the Chinle Formation in northern Arizona. New Mexico Museum of Natural History & Science Bulletin, 3:233-242.

LANGER, M. C. 2003. The pelvic and hind limb anatomy of the stem-sauropodomorph *Saturnalia tupiniquim* (Late Triassic, Brazil). PaleoBios, 23:1-40.

LANGER, M. C. 2004. Basal Saurischia, p 25-46. *In* D.B. Weishampel, P. Dodson and H. Osmólska (eds), *The Dinosauria* (2nd ed.). University of California Press, Berkeley.

LANGER, M. C. 2005. Studies on continental Late Triassic tetrapod biochronology. II. The Ischigualastian and a Carnian global correlation. Journal of South American Earth Sciences, 19:219-239.

LEHMAN, T., AND S. CHATTERJEE. 2005. Depositional setting and vertebrate biostratigraphy of the Triassic Dockum Group of Texas. Journal of Earth System Science, 114: 325-351.

LONG, R. A., AND K. L. BALLEW. 1985. Aetosaur dermal armor from the Late Triassic of southwestern North America, with special reference to material from the Chinle Formation of Petrified Forest National Park. Museum of Northern Arizona Bulletin, 54:45-68.

LONG, R. A., AND P. A. MURRY. 1995. Late Triassic (Carnian and Norian) tetrapods from the southwestern United States. New Mexico Museum of Natural History and Science Bulletin, 4:1-254.

LONG, R. A. AND K. PADIAN. 1986. Vertebrate biostratigraphy of the Late Triassic Chinle Formation, Petrified Forest National Park, Arizona: preliminary results, p. 161-169. *In* K. Padian (ed.), The Beginning of the Age of Dinosaurs: Faunal Changes across the Triassic-Jurassic Boundary. Cambridge University Press, New York.

LUCAS, F. A. 1904. A new batrachian and a new reptile from the Trias of Arizona. Proceedings of the U.S. National Museum, 27:193-195.

LUCAS, S. G. 1993. The Chinle Group: revised stratigraphy and chronology of Upper Triassic non-marine strata in the western United States. Museum of Northern Arizona Bulletin, 59:27-50.

LUCAS, S. G. 1998. Global Triassic tetrapod biostratigraphy and biochronology. Palaeogeography, Palaeoclimatology, Palaeoecology, 143:347-384.

LUCAS, S. G., AND A. B. HECKERT. 2002. Skull of the dicynodont *Placerias* from the Upper Triassic of Arizona. New Mexico Museum of Natural History &

Science Bulletin, 21:127-130.

LUCAS, S. G., AND A. P. HUNT. 1993a. Tetrapod biochronology of the Chinle Group (Upper Triassic), western United States. New Mexico Museum of Natural History & Science Bulletin, 3:327-329.

LUCAS, S. G., and A. P. HUNT. 1993b. A dicynodont from the Upper Triassic of New Mexico and its biochronological significance. New Mexico Museum of Natural History & Science Bulletin, 3:321-325.

LUCAS, S. G., A. B. HECKERT, AND A. P. HUNT. 1997. Stratigraphy and biochronological significance of the Late Triassic *Placerias* Quarry, eastern Arizona (U.S.A.). Neues Jahrbuch für Geologie und Paläontologie, Abhandlungen, 203:23-46.

LUCAS, S. G., A. B. HECKERT, AND A. P. HUNT. 2002. A new species of the aetosaur *Typothorax* (Archosauria: Stagonolepididae) from the Upper Triassic of east-central New Mexico. New Mexico Museum of Natural History & Science Bulletin, 21:221-233.

LUCAS, S. G., A. B. HECKERT, K. E. ZEIGLER, AND A. P. HUNT. 2002. The type skull of *Belodon buceros* Cope, 1881, a phytosaur (Archosauria: Parasuchidae) from the Upper Triassic of north-central New Mexico. New Mexico Museum of Natural History & Science Bulletin, 21:189-192.

MAISCH, M. W. 2001. Observations on Karoo and Gondwana vertebrates. Part 2: a new skull reconstruction of *Stahleckeria potens* von Huene, 1935 (Dicynodontia, Middle Triassic) and a reconsideration of kannemeyeriiform phylogeny. Neues Jahrbuch für Geologie und Paläontologie, Abhandlungen, 220:127-152.

MARTIN, M. 1982. Nouvelles données sur la phylogénie et la systématique des dipneustes postpaléozoiques, conséquences stratigraphiques et paléogéographiques. Geobios, mémoire spécial, 6:53-64.

MARTZ, J. W. 2002. The morphology and ontogeny of *Typothorax coccinarum* (Archosauria Stagonolepididae) from the Upper Triassic of the American southwest. Unpublished M.S. Thesis, Texas Tech University, Lubbock, 279 p.

MARTZ, J. W., AND B. J. SMALL. In press. *Tecovasuchus chatterjeei*, a new aetosaur (Archosauria: Stagonolepididae) from the Tecovas Formation (Carnian, Upper Triassic) of Texas. Journal of Vertebrate Paleontology.

MARTZ, J. W., B. MUELLER, AND B. J. SMALL. 2003. Two new aetosaurs (Archosauria, Stagonolepididae) from the Upper Triassic of Texas and Colorado, and problems in aetosaur identification and taxonomy. Journal of Vertebrate Paleontology, 23(3 suppl.):76A.

MEHL, M. G. 1928. *Pseudopalatus pristinus*, a new genus and species of phytosaurs from Arizona. University of Missouri Studies, 3:7-25.

MODESTO, S. P., AND H.-D SUES. 2004. The skull of the Early Triassic archosauromorph reptile *Prolacerta broomi* and its phylogenetic significance. Zoological Journal of the Linnean Society, 140:335-351.

MUELLER, B. D., AND W. G. PARKER. In press. A new species of *Trilophosaurus* (Archosauromorpha) from Petrified Forest National Park. Museum of Northern Arizona Bulletin, 62.

MURRY, P. A. 1981. A new species of freshwater hybodont from the Dockum Group (Triassic) of Texas. Journal of

Paleontology, 55:603-607.

MURRY, P. A. 1986. Vertebrate paleontology of the Dockum Group, western Texas and eastern New Mexico, p. 109-137. *In* K. Padian (ed.), The Beginning of the Age of Dinosaurs: Faunal Changes across the Triassic-Jurassic Boundary. Cambridge University Press, New York.

MURRY, P. A. 1987. New reptiles from the Upper Triassic Chinle Formation of Arizona. Journal of Paleontology, 61:773-786.

MURRY, P. A. 1989. Microvertebrate fossils from the Petrified Forest and Owl Rock Members (Chinle Formation) in Petrified Forest National Park and vicinity, Arizona, p. 249-277. *In* S.G. Lucas and A.P. Hunt (eds.), Dawn of the Age of Dinosaurs in the American Southwest. New Mexico Museum of Natural History, Albuquerque, New Mexico.

MURRY, P. A., AND R. A. LONG. 1989. Geology and paleontology of the Chinle Formation, Petrified Forest National Park and vicinity, Arizona and a discussion of vertebrate fossils of the southwestern Upper Triassic, p. 29-64. *In* S.G. Lucas and A.P. Hunt (eds.), Dawn of the Age of Dinosaurs in the American Southwest. New Mexico Museum of Natural History, Albuquerque, New Mexico.

MURRY, P. A., AND R. E. KIRBY. 2002. A new hybodont shark from the Chinle and Bull Canyon Formations, Arizona, Utah, and New Mexico. New Mexico Museum of Natural History & Science Bulletin, 21:87-106.

NESBITT, S. J. 2003. *Arizonasaurus* and its implications for archosaur divergence. Proceedings of the Royal Society of London B, 270(Supplement 2):234-237.

NESBITT, S. J., R. B. IRMIS, AND W. G. PARKER. 2005. Character support for Dinosauria: new insights from crocodile-line archosaurs and Late Triassic North American "theropods", p. 190-191. *In* A.W.A. Kellner, D.D.R. Henriques, and T. Rodrigues (eds.), II Congresso Latino-Americano de Paleontologia de Vertebrados, Boletim de Resumos. Museu Nacional, Rio de Janeiro, Brazil.

NOVAK, S., J. WEINBAUM, K. PEYER, AND J. CARTER. 2002. A new specimen of *Postosuchus* from the Late Triassic Newark Supergroup: Deep River Basin, North Carolina. Journal of Vertebrate Paleontology, 22(3 suppl.):93A.

NOVAS, F. E. 1993. New information on the systematics and postcranial skeleton of *Herrerasaurus ischigualastensis* (Theropoda: Herrerasauridae) from the Ischigualasto Formation (Upper Triassic) of Argentina. Journal of Vertebrate Paleontology, 13:400-423.

OLSEN, P. E. 1979. A new aquatic eosuchian from the Newark Supergroup (Late Triassic-Early Jurassic) of North Carolina and Virginia. Postilla, 176:1-14.

PADIAN, K. 1986. On the type material of *Coelophysis* Cope (Saurischia: Theropoda) and a new specimen from the Petrified Forest of Arizona (Late Triassic: Chinle Formation), p. 45-60. *In* K. Padian (ed.), The Beginning of the Age of Dinosaurs: Faunal Changes across the Triassic-Jurassic Boundary. Cambridge University Press, New York.

PADIAN, K. 1990. The ornithischian form genus *Revueltosaurus* from the Petrified Forest of Arizona (Late Triassic: Norian; Chinle Formation). Journal of Vertebrate Paleontology, 10:268-269.

PADIAN, K. 1994. What were the tempo and mode of evolutionary change in the Late Triassic to Middle Jurassic?, p. 401-407. *In* N.C. Fraser and H.-D. Sues (eds.), In the Shadow of the Dinosaurs: Early Mesozoic Tetrapods. Cambridge University Press, New York.

PARKER, W. G. 2003. Description of a new specimen of *Desmatosuchus haplocerus* from the Late Triassic of northern Arizona. Unpublished M.S. Thesis, Northern Arizona University, Flagstaff, 312 p.

PARKER, W. G. 2005. A new species of the Late Triassic aetosaur *Desmatosuchus* (Archosauria: Pseudosuchia). Comptes Rendus Palevol, 4:327-340.

PARKER, W. G. In press. Faunal review of the Upper Triassic Chinle Formation of Arizona. Mesa Southwest Museum Bulletin.

PARKER, W. G., AND S. CLEMENTS. 2004. First year results of the ongoing paleontological inventory of Petrified Forest National Park, Arizona, p. 201-210. *In* C. Van Riper, III, and K. Cole (eds.), The Colorado Plateau: Cultural, Biological, and Physical Research. University of Arizona Press, Tucson.

PARKER, W. G., AND R. B. IRMIS. 2004. A revision of the phytosaur species *Pseudopalatus mccauleyi* (Archosauria: Pseudosuchia), based on two new specimens from Petrified Forest National Park, AZ. Journal of Vertebrate Paleontology, 24 (3 suppl.):100A.

PARKER, W. G., AND R. B. IRMIS. In press. Advances in vertebrate paleontology based on new material from Petrified Forest National Park, Arizona. New Mexico Museum of Natural History & Science Bulletin.

PARKER, W. G., R. B. IRMIS, S. J. NESBITT, J. W. MARTZ, AND L. S. BROWNE. 2005. The Late Triassic pseudosuchian *Revueltosaurus callenderi* and its implications for the diversity of early ornithischian dinosaurs. Proceedings of the Royal Society of London B, 272:963-969.

PARRISH, J. M. 1991. A new specimen of an early crocodylomorph (cf. *Sphenosuchus* sp.) from the Upper Triassic Chinle Formation of Petrified Forest National Park, Arizona. Journal of Vertebrate Paleontology, 11:198-212.

POLCYN, M. J., D. A. WINKLER, L. L. JACOBS, AND K. NEWMAN. 2002. Fossil occurrences and structural disturbance in the Triassic Chinle Formation at North Stinking Springs Mountain near St. Johns, Arizona. New Mexico Museum of Natural History and Science Bulletin, 21:43-49.

RAUHUT, O. W. M. 2003. The interrelationships and evolution of basal theropod dinosaurs. Special Papers in Palaeontology, 69:1-213.

REES, J. AND C. J. UNDERWOOD, C. J.. 2002. The status of the shark genus *Lissodus* Brough, 1935, and the position of nominal *Lissodus* species within the Hybodontoidea (Selachii). Journal of Vertebrate Paleontology, 22:471-479.

SCHAEFFER, B. 1967. Late Triassic fishes from the western United States. Bulletin of the American Museum of Natural History, 135:285-342.

SCHAEFFER, B., AND D. H. DUNKLE. A semionotid fish from the Chinle Formation, with consideration of its relationships. American Museum Novitates, 1457:1-29.

SERENO, P. C. 1991. *Lesothosaurus*, "fabrosaurids", and the early evolution of the Ornithischia. Journal of Vertebrate Paleontology, 11:168-197.

SERENO, P. C. AND R. WILD. 1992. *Procompsognathus*: theropod, "thecodont" or both?. Journal of Vertebrate

Paleontology, 12:435-458.

SKÚLASON, S., AND T. B. SMITH. 1995. Resource polymorphisms in vertebrates. Trends in Ecology & Evolution, 10:366-370.

SMALL, B. J. 1997. A new procolophonid from the Upper Triassic of Texas, with a description of tooth replacement and impantation. Journal of Vertebrate Paleontology, 17: 674-678.

SMALL, B. J., AND A. DOWNS. 2002. An unusual Late Triassic archosauriform from Ghost Ranch, New Mexico. Journal of Vertebrate Paleontology, 22 (3 suppl.):108A.

STEWART, J. H., F. G. POOLE, AND R. F. WILSON. 1972. Stratigraphy and origin of the Chinle Formation and related Upper Triassic strata in the Colorado Plateau region. U.S. Geological Survey Professional Paper, 690: 1-336.

SUES, H.-D. 1991. Venom-conducting teeth in a Triassic reptile. Nature, 351:141-143.

SUES, H.-D. 1996. A reptilian tooth with apparent venom canals from the Chinle Group (Upper Triassic) of Arizona. Journal of Vertebrate Paleontology, 16:571-572.

SUES, H.-D. 2003. An unusual new archosauromorph reptile from the Upper Triassic Wolfville Formation of Nova Scotia. Canadian Journal of Earth Sciences, 40:635-649.

SUES, H.-D., AND D. BAIRD. 1998. Procolophonidae (Reptilia: Parareptilia) from the Upper Triassic Wolfville Formation of Nova Scotia, Canada. Journal of Vertebrate Paleontology, 18: 525-532.

SUES, H.-D., AND P. E. OLSEN. 1993. A new procolophonid and a new tetrapod of uncertain, possibly procolophonian affinities from the Upper Triassic of Virginia. Journal of Vertebrate Paleontology, 13:282-286.

SUES, H.-D., P. E. OLSEN, J. G. CARTER, AND D. M. SCOTT. 2003. A new crocodylomorph archosaur from the Upper Triassic of North Carolina. Journal of Vertebrate Paleontology, 23:329-343.

SULEJ, T. 2002. Species discrimination of the Late Triassic temnospondyl amphibian *Metoposaurus diagnosticus*. Acta Palaeontologica Polonica, 47:535-546.

SULEJ, T. 2005. A new rauisuchian reptile (Diapsida: Archosauria) from the Late Triassic of Poland. Journal of Vertebrate Paleontology, 25:78-86.

TANNENBAUM, F. A. 1983. The microvertebrate fauna of the *Placerias* and Downs Quarries, Chinle Formation (Upper Triassic), near St. Johns, Arizona. Unpublished M.A. Thesis, University of California, Berkeley, 111 p.

TANNER, L. H. 2000. Palustrine-lacustrine and alluvial facies of the (Norian) Owl Rock Formation (Chinle Group), Four Corners Region, southwestern U.S.A.: implications for Late Triassic paleoclimate. Journal of Sedimentary Research, 70:1280-1289.

TYKOSKI, R. S., AND T. ROWE. 2004. Ceratosauria, p 47-70. *In* D.B. Weishampel, P. Dodson and H. Osmólska (eds), *The Dinosauria* (2nd ed.). University of California Press, Berkeley.

VEGA-DIAS, C., M. W. MAISCH, AND C. L. SCHULTZ. 2004. A new phylogenetic analysis of Triassic dicynodonts (Therapsida) and the systematic position of *Jachaleria candelariensis* from the Upper Triassic of Brazil. Neues Jahrbuch für Geologie und Paläontologie, Abhandlungen, 231:145-166.

WALKER, A. D. 1970. A revision of the Jurassic reptile *Hallopus victor* (Marsh), with remarks on the classification of crocodiles. Philosophical Transactions of the Royal Society of London B, 257:323-372.

WEBB, G., AND C. MANOLIS. 1989. Crocodiles of Australia. Reed, Australia, 160 p.

WEINBAUM, J. C. 2002a. Osteology and relationships of *Postosuchus kirkpatricki* (Archosauria: Crurotarsi). Unpublished M.S. Thesis, Texas Tech University, Lubbock, 78 p.

WEINBAUM, J. C. 2002b. New insights on the anatomy of *Postosuchus kirkpatricki* (Archosauria: Crurotarsi). Journal of Vertebrate Paleontology, 22 (3 suppl.):118A.

WEINBAUM, J. C. 2004. The skull of *Postosuchus kirkpatricki* and its significance for a relationship with crocodylomorphs. Journal of Vertebrate Paleontology, 24(3 suppl.):127A.

WELLES, S. P. 1969. Collecting Triassic vertebrates in the Plateau province. Journal of the West, 8:231-246.

WELLES, S. P. 1972. Fossil-hunting for tetrapods in the Chinle Formation: a brief pictorial history. Museum of Northern Arizona Bulletin, 47:13-18.

WOODY, D. T. 2003. Revised geological assessment of the Sonsela Member, Chinle Formation, Petrified Forest National Park, Arizona. Unpublished M. S. Thesis, Northern Arizona University, Flagstaff, 205 p.

WOODY, D. T., AND W. G. PARKER. 2003. A new skeleton of the aetosaur *Stagonolepis wellesi* (Archosauria: Crurotarsi) from Petrified Forest National Park and preliminary results from a significant new bonebed from the lower Chinle Formation (Late Triassic) of Arizona. Journal of Vertebrate Paleontology, 23(3 suppl.):112A.

WU, X.-C., AND S. CHATTERJEE. 1993. *Dibothrosuchus elaphros*, a crocodylomorph from the Lower Jurassic of China and the phylogeny of the Sphenosuchia. Journal of Vertebrate Paleontology, 13:58-89.

YATES, A. M. 2004. *Anchisaurus polyzelus* (Hitchcock): the smallest known sauropod dinosaur and the evolution of gigantism among sauropodomorph dinosaurs. Postilla, 230:1-58.

ZANNO, L. E., A. B. HECKERT, S. T. KRZYZANOWSKI, AND S. G. LUCAS. 2002. Diminutive metoposaurid skulls from the Upper Triassic Blue Hills (Adamanian: latest Carnian) of Arizona. New Mexico Museum of Natural History & Science Bulletin, 21:121-125.

ZEIGLER, K. E., S. G. LUCAS, AND A. B. HECKERT. 2002. A new species of Desmatosuchus (Archosauria: Aetosauria) from the Upper Triassic of the Chama Basin, north-central New Mexico. New Mexico Museum of Natural History & Science Bulletin, 21:215-219.

ZEIGLER, K. E., S. G. LUCAS, AND A. B. HECKERT. 2002. The Late Triassic Canjilon Quarry (upper Chinle Group, New Mexico) phytosaur skulls: evidence of sexual dimorphism in phytosaurs. New Mexico Museum of Natural History & Science Bulletin, 21:179-188.

ZEIGLER, K. E., S. G. LUCAS, AND A. B. HECKERT. 2003. Variation in the Late Triassic Canjilon Quarry (upper Chinle Group, New Mexico) phytosaur skulls: a case for sexual dimorphism. Paläontologische Zeitschrift, 77: 341-351.

  

# Research and Policy Recommendations for Hydraulic Fracturing and Shale-Gas Extraction

by

Robert B. Jackson,[1-3] Brooks Rainey Pearson,[4] Stephen G. Osborn,[1] Nathaniel R. Warner,[2] Avner Vengosh[2]

1) Center on Global Change, Duke University, Durham, NC 27708-0658
2) Division of Earth and Ocean Sciences, Nicholas School of the Environment, Duke University, Durham, NC 27708-0328
3) Biology Department, Duke University, Durham, NC 27708-0338
4) Nicholas Institute for Environmental Policy Solutions, Duke University, Durham, NC 27708-0335

Citation: Jackson RB, B Rainey Pearson, SG Osborn, NR Warner, A Vengosh 2011 Research and policy recommendations for hydraulic fracturing and shale-gas extraction.  Center on Global Change, Duke University, Durham, NC.

Corresponding Author: R.B. Jackson, Jackson@duke.edu, 919-660-7408

BLM_0055853

# Introduction

The extraction of natural gas from shale formations is one of the fastest growing trends in American on-shore domestic oil and gas production.[1] The U.S. Energy Information Administration (EIA) estimates that the United States has 2,119 trillion cubic feet of recoverable natural gas, about 60% of which is "unconventional gas" stored in low permeability formations such as shale, coalbeds, and tight sands.[2]

Large-scale production of shale gas has become economically viable in the last decade attributable to advances in horizontal drilling and hydraulic fracturing (also called "hydro-fracturing" or "fracking").[3] Such advances have significantly improved the production of natural gas in numerous basins across the United States,[4] including the Barnett, Haynesville, Fayetteville, Woodford, Utica, and Marcellus shale formations (Figure 1). In 2009, 63 billion cubic meters of gas was produced from deep shale formations. In 2010, shale gas production doubled to 137.8 billion cubic meters,[5] and the EIA projects that by 2035 shale gas production will increase to 340 billion cubic meters per year, amounting to 47% of the projected gas production in the United States.



*Figure 1: Map of the shale gas basins in the United States.*
*Source: U.S. Energy Information Administration (EIA)*
*http://www.eia.doe.gov/pub/oil_gas/natural_gas/analysis_*
*publications/maps/maps.htm*

## A. What is hydraulic fracturing?

Hydraulic fracturing typically involves millions of gallons of fluid that are pumped into an oil or gas well at high pressure to create fractures in the rock formation that allow oil or gas to flow from the fractures to the wellbore.[6] Fracturing fluid is roughly 99% water but also

---

[1] Ground Water Protection Council and ALL Consulting. *Modern Shale Gas Development in the United States: A Primer.* Prepared for U.S. Department of Energy, Office of Fossil Energy and National Energy Technology Laboratory. April 2009. Print.

[2] U.S. Energy Information Administration. *Natural Gas Year-In-Review 2009.* July 2010. Web. May 3, 2011, http://www.eia.gov/pub/oil_gas/natural_gas/feature_articles/2010/ngyir2009/ngyir2009.html

[3] *Modern Shale Gas Development*, *supra* at note 1, p.7.

[4] Kargbo, D.M., Wilhelm, R.G., Campbell, D.J. 2010. Natural Gas Plays in the Marcellus Shale: challenges and potential opportunities. *Environmental Science & Technology* 44:5679–5684.

[5] U.S. Energy Information Administration. *Annual Energy Outlook 2011 with Projections to 2035.* December 2010. Web. Accessed April 19, 2011, http://www.eia.doe.gov/oiaf/aeo/electricity.html.

[6] U.S. Department of Energy, Office of Fossil Energy, and National Energy Technology Laboratory. *State Oil and Natural Gas Regulations Designed to Protect Water Resources.* May 2009. Print, p.21.

BLM_0055854

contains numerous chemical additives as well as propping agents, such as sands, that are used to keep fractures open once they are produced under pressure.[7,8] The chemicals added to fracturing fluid include friction reducers, surfactants, gelling agents, scale inhibitors, acids, corrosion inhibitors, antibacterial agents, and clay stabilizers.[9,10] Depending on the site, 15-80% of the fracturing fluid injected is recovered as flowback water at the well head.[11] In addition, a considerable amount of water that comes to the surface, often called "produced water," over the lifetime of the well is highly saline water that originates deep underground in the shale formation.

Hydraulic fracturing substantially increases the extraction of natural gas from unconventional sources. The Interstate Oil and Gas Compact Commission (IOGCC) estimates that hydraulic fracturing is used to stimulate production in 90% of domestic oil and gas wells, though shale and other unconventional gas recovery utilizes high-volume hydraulic fracturing to a much greater extent than conventional gas development does.[12] Horizontal wells, which may extend two miles from the well pad, are estimated to be 2-3 times more productive than conventional vertical wells, and see an even greater increase in production from hydraulic fracturing.[13] The alternative to hydraulic fracturing is to drill more wells in an area, a solution that is often economically or geographically prohibitive.[14]

## B. Hydraulic fracturing and drinking water

Approximately 44 million Americans rely on a private water supply for household and agricultural use, typically sourced from shallow aquifers.[15] In areas of extensive shale gas drilling, some homeowners have claimed that hydraulic fracturing has contaminated their drinking-water wells with methane and waste waters.[16]

Shale gas is typically comprised of over 90% methane.[17] The migration of methane gas to nearby private drinking water wells is a concern with hydraulic fracturing and natural-gas extraction in general. Methane is not regulated in drinking water because it does not alter

---

[7] U.S. Environmental Protection Agency. Office of Research and Development. *Hydraulic Fracturing Research Study.* 29 June 2010. Web. March 29, 2011, http://www.epa.gov/safewater/uic/pdfs/hfresearchstudyfs.pdf.

[8] Zeik, Travis. "Student Work: Hydraulic Fracturing Goes to Court: How Texas Jurisprudence on Subsurface Trespass Will Influence West Virginia Oil and Gas Law." *West Virginia Law Review* 12.2 (Winter 2010): 599. Print.

[9] Kaufman, P., G.S. Penny, J. Paktinat. "Critical Evaluation of Additives Used in Shale Slickwater Fractures." *Society of Petroleum Engineers.* Paper SPE 119900. Nov. 2008. Print.

[10] Hydraulic Fracturing Goes to Court, *supra* at note 8.

[11] Hydraulic Fracturing Research Study, *supra* at note 7, p.2..

[12] Railroad Commission of Texas. *Testimony Submitted To The House Committee On Energy And Commerce By Victor Carrillo, Chairman, Texas Railroad Commission, Representing The Interstate Oil And Gas Compact Commission.* 10 Feb. 2005. Print.

[13] *Id.*

[14] State Oil and Natural Gas Regulations, *supra* at note 6, p.22.

[15] Hutson, Susan, *et al. Estimated Use of Water in the United States in 2000.* U.S. Geological Survey Circular 1268. May 2004:16. Print.

[16] *See, e.g.,* Pennsylvania State College of Agricultural Sciences Cooperative Extension. *Water Facts 28: Gas Well Drilling and Your Private Water Supply.* Mar. 2010. Print.

[17] Jenkins, Creties D. and Charles M. Boyer II. "Coalbed- and Shale-Gas Reservoirs." *Society of Petroleum Engineers.* Distinguished Author Series. Feb. 2008. Print.

BLM_0055855

the color, taste, or odor of water and is not known to affect water's potability.[18] Methane can, however, pose an asphyxiation and explosion hazard in confined spaces when it moves from the water into the air.[19] The U.S. Department of the Interior recommends immediate action be taken to ventilate the well head when dissolved methane is present in water in concentrations greater than 28 milligrams per liter (mg/L).[20] At a concentration of more than 10 mg/L, occupants in the surrounding area should be warned, ignition sources should be removed from the area, and remediation should be performed to reduce the methane concentration to less than 10 mg/L.[21]

The potential for contamination from wastewaters associated with hydraulic fracturing depends on many factors, including the toxicity of the fracturing fluid and the produced waters, how close the gas well and fractured zone are to shallow ground water, and the transport and disposal of wastewaters.[22] Despite precautions by industry, contamination may sometimes occur through corroded well casings, spilled fracturing fluid at a drilling site, leaked wastewater, or, more controversially, the direct movement of methane or water upwards from deep underground.[23] To address these and other concerns, states such as Ohio and Arkansas have recently amended their standards for well construction and casing to help prevent leaks and accidents.[24]

During the first month of drilling and production alone, a single well can produce a million or more gallons of waste water that can contain pollutants in concentrations far exceeding those considered safe for drinking water and for release into the environment.[25] These pollutants sometimes include formaldehyde, boric acid, methanol, hydrochloric acid, and isopropanol, which can damage the brain, eyes, skin, and nervous system on direct contact.[26] Another potential type of contamination comes from naturally occurring salts, metals, and radioactive chemicals found deep underground. After hydraulic fracturing, fracking fluids and deep waters flow through the well to the surface along with the shale gas.[27]

A recent study by Osborn and colleagues in the Proceedings of the National Academy of

---

[18] U.S. Department of the Interior, Office of Surface Mining. *Technical Measures for the Investigation and Mitigation of Fugitive Methane Hazards in Areas of Coal Mining.* Sept. 2001. Print.
[19] *Id.*
[20] *Id.*
[21] *Id.*
[22] Wiseman, Hannah. "Untested Waters: The Rise of Hydraulic Fracturing in Oil and Gas Production and the Need to Revisit Regulation." *Fordham Environmental Law Review* 20 (2009):115, 127-42. Print.
[23] Water Facts 28, *supra* at note 16, p. 2.
[24] Ohio Legislative Service Commission (2010). Sub. S.B. 165. Web. May 3, 2011: http://www.lsc.state.oh.us/analyses128/10-sb165-128.pdf; Arkansas Oil and Gas Commission (2011); Rule B-19 Requirements for Well Completion Utilizing Fracture Stimulation Online. Web. May 3, 2011, http://www.aogc.state.ar.us/PDF/B-19 Final 1-15-11.pdf.
[25] Water Facts 28, *supra* at note 16, p. 2.
[26] Coffman, Steve. *The Safety of Fracturing Fluids – A Quantitative Assessment.* Committee to Preserve the Finger Lakes. 4 August 2009. Print.
[27] Hydraulic Fracturing Research Study, *supra* at note 7, p.2.

3

BLM_0055856

Sciences, USA[28] provides to our knowledge the first systematic evidence of methane contamination of private drinking-water in areas where shale gas extraction is occurring. The research was performed at sites above the Marcellus and Utica formations in Pennsylvania and New York. Based on groundwater analyses of 60 private water wells in the region, methane concentrations were found to be 17-times higher on average in areas with active drilling and extraction than in non-active areas, with some drinking-water wells having concentrations of methane well above the "immediate action" hazard level.[29] Average and maximum methane concentrations were higher in shallow water wells within approximately 3,000 feet (1000 meters) of active shale-gas wells. Isotopic data and other measurements for methane in the drinking water were consistent with gas found in deep reservoirs such as the Marcellus and Utica shales at the active sites and matched gas geochemistry from shale-gas wells sampled nearby. The study found no evidence of contamination from hydraulic fracturing fluids or saline produced waters.[30]

Given the results described in the study of Osborn and colleagues,[31] and the controversy and public concerns surrounding shale gas extraction, in this paper we offer some research and policy recommendations for consideration.

## I.  Research Recommendations

Based on the results of Osborn and colleagues[32] and the need for greater knowledge of the environmental effects of shale-gas drilling and hydraulic fracturing, we offer six research recommendations to improve public confidence in shale-gas extraction. The first four research recommendations address the presence of methane and other gases in drinking water and follow directly from the results of Osborn and colleagues.  The fifth and sixth recommendations focus on issues of water quality and disposal associated with hydraulic fracturing.  The final two policy recommendations address horizontal drilling and hydraulic fracturing more generally (see Section III). Interested readers should also examine the U.S. Environmental Protection Agency's draft research plan examining the potential consequences of hydraulic fracturing on drinking water resources.[33]

### A. Initiate Medical Review of the Health Effects of Methane

Methane is not regulated as a contaminant in public water systems through the EPA's National Primary Drinking Water Regulations (NPDWR). Methane in drinking water is also, to our knowledge, unregulated by any state in the United States. Public health concerns for methane have traditionally emphasized cases of explosions and flammability and, in very high concentrations, asphyxiation. For instance, after a house exploded in Bainbridge

---

[28] Osborn, SG, A Vengosh, NR Warner, RB Jackson 2011 Methane contamination of drinking water accompanying gas-well drilling and hydraulic fracturing.  Proceedings of the National Academy of Sciences, U.S.A. ; DOI: 10.1073/pnas.1100682108.

[29] *Id.*

[30] *Id.*

[31] *Id.*

[32] *Id.*

[33] U.S. Environmental Protection Agency 2011 Draft Plan to Study the Potential Impacts of Hydraulic Fracturing on Drinking Water Resources. Office of Research and Development, U.S. EPA, Washington, D.C.

BLM_0055857

Township, Ohio, the state's Department of Natural Resources issued a 150-page report on the source of the methane contamination.[34] The Department's Division of Mineral Resources Management concluded that a faulty gas-well casing was the likely source of the gas in this home and in other homes in the area.

Outside of the extreme cases of explosion, flammability, and asphyxiation, methane is not typically viewed as a health hazard. Compared to longer-chain and especially unsaturated hydrocarbons (molecules with double and triple carbon bonds), methane is relatively unreactive. Nonetheless, we found essentially no peer-reviewed research on its health effects at lower concentrations in water or air. One study of relatively high concentrations in air recommended that exposure be limited to 10% of the lower explosive limit (LEL) to avoid narcosis and to reduce the explosive hazards of the gases.[35]

Based on public concerns about the consequences of methane in drinking water, and the lack of peer-reviewed research on its health effects, we recommend that an independent medical review be initiated to evaluate the health effects of methane in drinking water and households. If a panel of health-care professionals concludes that systematic research is needed, then toxicity tests and epidemiological observations should begin quickly to examine the consequences of ingesting and breathing methane. Depending on their recommendation, it is even possible that the EPA might consider defining a maximum contaminant level for methane as a new drinking-water standard. If the panel instead concludes that systematic research is unnecessary, then their medical summary, and the rationale for their conclusion, would help to assuage concerns about the gas and its associated liabilities. Similar consideration could also be given to ethane and propane, additional constituents often found in shale gas.

### B. Construct a National Database of Methane, Ethane, and Propane Concentrations and Other Chemical Attributes in Drinking Water

Comprehensive data on methane and other hydrocarbons in water would be useful for determining whether relatively high concentrations of methane at a location occur naturally or are instead associated directly with drilling and natural-gas extraction. A comprehensive database should include information for gas concentrations and stable isotopes of the gases ($^{13}C$ and $^{2}H$), water ($^{2}H$), and dissolved inorganic carbon in the water ($^{13}C$) along with other chemical and physical variables. It will be useful for differentiating methane generated by microbes in shallow layers and methane generated deep underground by heat that characterizes shale gas. Researchers will also be able to use the data to build predictive frameworks for identifying potential sites where methane could occur in elevated concentrations in the United States. The U.S. Environmental Protection Agency and U.S. Geological Survey are two agencies that might lead such an effort. For

---

[34] Report on the Investigation of the Natural Gas Invasion of Aquifers in Bainbridge Township of Geauga County, Ohio. Ohio Department of Natural Resources, Division of Mineral Resources Management. September, 2008.

[35] Drummond, I. 1993. Light Hydrocarbon Gases: A Narcotic, Asphyxiant, or Flammable Hazard? Applied Occupational and Environmental Hygiene 8:120 – 125.

BLM_0055858

instance, the USGS national groundwater database[36] could be expanded to include a broader representation of methane and other hydrocarbons.

### C. Evaluate the Mechanisms of Methane Contamination in Drinking Water

Where methane contamination of water occurs, the effects of horizontal drilling and hydraulic fracturing deep underground need to be separated from the possible effects of methane leakage from a poorly constructed gas-well casing nearer the surface. The key issue is whether hydraulic fracturing itself can increase leaks of methane or other contaminants all the way to the surface. When gas wells are thousands of feet deep – and far below the shallow aquifers that typically provide drinking water – contamination is often stated to be impossible due to the distance between the well and the drinking water. Although this seems reasonable in most (and possibly all) cases, field and modeling studies should be undertaken to confirm this assumption. We recommend a federal research program, coordinated in part through the U.S. Geological Survey or the U.S. Department of Energy, to evaluate this possibility through field work and modeling. Understanding any cases where this assumption is incorrect will be important – when, where, and why they occur – to limit problems with hydraulic fracturing operations.

### D. Refine Estimates for Greenhouse-Gas Emissions of Methane Associated with Shale-Gas Extraction

Studies have estimated methane losses to the atmosphere from natural-gas production to be between 1 and 3% of total gas production per well.[37] The majority of these losses are "fugitive emissions" from the movement and transport of methane, particularly leaks at compressor stations and in underground pipes. In a summary for the U.S. Environmental Protection Agency, Kirchgessner and colleagues estimated methane emissions associated with the U.S. gas industry to be $6.04 \pm 2.01 \times 10^{12}$ g $CH_4$ in 1991, an amount that accounted for 19-21% of all U.S. methane emissions attributable to human activities.[38] A new analysis from Cornell University suggests that methane emissions associated with shale-gas extraction may be substantially higher.[39] That study estimated that 3.6 to 7.9% of the methane from shale-gas production escapes to the atmosphere over the lifetime of a well through leaks and venting. Regardless of the accuracy of the new estimate, the controversy it generated highlights weaknesses in the data used for such calculations and demonstrates that no consensus exists as to the extent of methane losses to the atmosphere from shale-gas extraction.

We propose that a joint industry-government-academia panel be convened to estimate total methane emissions from shale-gas extraction and natural-gas extraction more generally. The panel should determine the most important sources of methane losses over the lifetime of a well and identify key uncertainties in those sources. The combination of

---

[36] U.S. Geological Survey. *US Groundwater Data for the Nation*. Web. May 3, 2011: http://waterdata.usgs.gov/usa/nwis/gw

[37] Kirchgessner DA, Lott RA, Cowgill RM, Harrison MR, Shires TM 1997 Estimate of methane emissions from the U.S. natural gas industry. Chemosphere 35: 1365-1390.

[38] *Id.*

[39] Howarth RW, R Santoro, A Ingraffea 2011 Methane and the greenhouse-gas footprint of natural gas from shale formations. Climatic Change doi:10.1007/s10584-011-0061-5.

BLM_0055859

better constraints on the quantities involved, and the accompanying uncertainties, can then be used to prioritize future research.

### E.  Systematically Sample Drinking Water Wells and Deep Formation Waters

To plan for and mitigate any health and safety issues that arise from hydraulic fracturing and shale-gas drilling, states should ensure that scientists collect extensive baseline data on water quality in drinking water prior to exploration and drilling. This baseline sampling would provide the basis for chemical characterization of the shallow ground water and should then be followed with monitoring to evaluate the long-term impact of hydraulic fracturing and gas drilling. The monitoring programs should include diverse chemical and isotopic variables useful for identifying possible contamination.

There are several existing water-quality testing programs that could be evaluated in whole or in part to create comprehensive water testing requirements at the state level. The National Park Service (NPS) and U.S. Geological Survey (USGS) Water Quality Partnership Program already has a baseline water-quality testing program for private wells. The program, with support from the Clean Water Action Plan, monitors water quality in national parks and provides information to park resource managers to help them make scientifically sound policy decisions.[40] One of the partnership's 2011 projects will establish a record of baseline water-quality in national park units in the Marcellus Shale.[41]

At the level of individual states, some aspects of Pennsylvania's requirements could also be considered elsewhere. In Pennsylvania, drilling companies are presumed to be responsible for water contamination that occurs within a 1,000-foot radius of a drilling site if it occurs within six months of the completion of the well.[42] Because of this, gas well operators in Pennsylvania typically test all drinking water supplies within 1,000 feet of their operation before drilling. In fact, the results of Osborn and colleagues suggest that 3,000 feet (1,000 meters) is a more appropriate distance over which to sample ground water before drilling and hydraulic fracturing begin. We recommend that this distance be considered for testing. Testing in the Pennsylvania program must be conducted by an independent state-certified laboratory to be admissible in court, and the property owner has a right to receive a copy of the results.

Policies emulating the Pennsylvania requirements should consider expanding the geographic reach of the program. Further discussions are also needed on the frequency of follow-up testing once drilling occurs and the chemicals for which the water is tested. In the interest of transparency, results for water-quality testing should be made publicly available without providing information that would violate the privacy rights of the property owner.

---

[40] U.S. Department of the Interior. *Water Quality Partnership*. Web. May 3, 2011, http://water.usgs.gov/nps_partnership/.
[41] *Id.*
[42] State Review of Oil and Natural Gas Environmental Regulations (STRONGER). "Pennsylvania Hydraulic Fracturing State Review" September 2010. Print.

BLM_0055860

In New Jersey, where the Private Well Testing Act requires testing of private wells upon the sale of property, test results are reported to the person who requested the testing, the Department of Environmental Protection, and the local health authority.[43] Both the Department of Environmental Protection and the local health authority are required to keep the address of tested wells confidential to protect the rights of the property owner. New Mexico takes a similar approach to privacy, providing summaries of well-water quality data by general area when requested, but keeping names, addresses, phone numbers, and GPS coordinates of homeowners and wells confidential.[44] A range of options can be evaluated based on what different states are already doing.

### F. Study Disposal of Waste Waters from Hydraulic Fracturing and Shale-Gas Extraction

Hydraulic fracturing produces saline and toxic waste waters (including some with potentially high naturally occurring radioactivity) that flow out of the gas wells. Currently, wastewaters originating from hydraulic fracturing and gas production are disposed of by (1) transport to wastewater and/or brine treatment centers, where they are treated and released to local surface water; (2) injection into deep geological formations that are presumably disconnected from the overlying shallow drinking water aquifers; (3) recycled using a variety of treatment technologies and re-injected as fracturing fluid; and (4) spread on local roads for dust suppression. Individual states have different regulations for disposing of such water, but there is to our knowledge no comprehensive evaluation of the long-term impacts of wastewater disposal of these methods. We recommend that a detailed evaluation of the safety of the disposal methods be conducted, particularly for wastewater disposal to streams and rivers. The study should evaluate what amounts of different contaminants, including naturally occurring radioactive chemicals, are removed in the wastewater treatment plants and the brine treatment centers and what are the long-term ecological effects of the chemicals not removed downstream from the treatment facilities.

## II. Policy Recommendations

In addition to the six research recommendations described above, we offer two policy recommendations for discussion. One concerns the possible regulation of hydraulic fracturing under the U.S. Safe Drinking Water Act and the other recommends disclosure of the chemicals in hydraulic fracturing fluids, so that potential contamination could be traced more accurately.

### A. Consider Regulating Hydraulic Fracturing Under the Safe Drinking Water Act

The Safe Drinking Water Act (SDWA) Underground Injection Control Program is designed to protect drinking water from contamination by requiring the EPA or EPA-authorized states to implement programs that prevent the underground injection of fluids from endangering drinking water.[45] Despite the fact that hydraulic fracturing involves the

---

[43] New Jersey Private Well Testing Act. N.J.S.A. 58:12A-26, et. seq. 23 Mar. 2001. Print.
[44] New Mexico Environment Department. *Free Well Testing*. 16 Mar. 2009. Web. May 3, 2011, http://www.nmenv.state.nm.us/fod/LiquidWaste/well.testing.html.
[45] Safe Drinking Water Act (SWDA), § 42 USC 300h. 2008. Print.

BLM_0055861

underground injection of fluids, the EPA has never regulated hydraulic fracturing under the SDWA. The 2005 Energy Policy Act codified this by specifically excluding "the underground injection of fluids or propping agents (other than diesel fuels) pursuant to hydraulic fracturing operations related to oil, gas, or geothermal production activities" from the definition of "underground injection."[46]

In 2009, companion bills granting the EPA authority over hydraulic fracturing under the SDWA were introduced in both houses of Congress.[47] Together they constituted the "Fracturing Responsibility and Awareness of Chemicals Act," also known as the "FRAC Act." Although both bills were referred to committee in their respective houses, neither was reported out of committee and both bills expired at the close of the 111th session of Congress. That the FRAC Act did not come to a vote is widely attributed to the EPA's ongoing study of detrimental impacts on drinking water from hydraulic fracturing, which is expected to be released in interim form in 2012 and to be completed in 2014.[48] Congress requested the study, relying on the best available science as well as independent sources of information, in response to concerns from citizens about drinking water problems attributed to hydraulic fracturing. The FRAC Act was reintroduced in both houses of Congress on March 15, 2011.  In our view, the inclusion of hydraulic fracturing in the SDWA, whether this is accomplished through the passage of the FRAC Act or through some other means, would strengthen public confidence in hydraulic fracturing and natural-gas extraction.

### B. Fully Disclose Chemicals Used In Hydraulic Fracturing

Natural gas companies are not required to disclose the identity of the chemical constituents in hydraulic fracturing fluid under federal law or most state law and guard the makeup of hydraulic fracturing fluids as a trade secret.[49] The EPA issued a voluntary request to nine hydraulic service providers in September, 2010, requesting information on the chemical composition of hydraulic fracturing fluids as part of their ongoing study of hydraulic fracturing, indicating that they had the legal authority to compel disclosure if necessary.[50] Other federal legislation has also attempted, thus far unsuccessfully, to compel disclosure of chemicals used in hydraulic fracturing. For example, the recently reintroduced FRAC Act would require a full disclosure of chemicals used in hydraulic fracturing, though it would not require disclosure of the proprietary chemical formulas.[51] Any regulation should strike

---

[46] Safe Drinking Water Act (SWDA). 2005. Pub. L. No. 109-58 (codified at 42 USC 300h (d)(1)(B)(ii)). 2008. Print.

[47] Fracturing Responsibility and Awareness of Chemicals Act. S. 1215 and H.R. 2766. 9 June 2009. Print.

[48] Spence, David. *Fracking Regulations: Is Federal Hydraulic Fracturing Regulation Around the Corner?* Energy Management and Innovation Center. Web. May 3, 2011, http://blogs.mccombs.utexas.edu/energy/energy-management-briefs/fracking-regulations-is-federal-hydraulic-facturing-regulation-around-the-corner/.

[49] Horowitt, Dusty. *Free Pass for Oil and Gas: Environmental Protections Rolled Back as Western Drilling Surges.* Environmental Working Group. Mar. 2009. Web. March 29, 2011, http://www.ewg.org/reports/Free-Pass-for-Oil-and-Gas.

[50] U.S. Environmental Protection Agency. "Letter Sent by EPA to Nine Hydraulic Service Providers." 9 Sept. 2010. Web. May 3, 2011, http://water.epa.gov/type/groundwater/uic/class2/hydraulicfracturing/upload/HFvoluntaryinformationrequest.pdf.

[51] Fracturing Responsibility and Awareness of Chemicals Act. S. 1215 and H.R. 2766. 9 June 2009. Print.

BLM_0055862

a balance between respecting the intellectual property rights of the industry and protecting people and the environment from potential contamination, including homeowners and the workers at drilling sites.

At the state level, Colorado requires limited disclosure of toxic chemicals in hydraulic fracturing fluids,[52] and Pennsylvania began requiring disclosure of the chemicals in such fluids in February of 2011. Wyoming recently adopted regulation that not only requires disclosure, but makes the information publicly available, although they can provide exemptions for trade secret protection.[53] Department of the Interior Secretary Ken Salazar recently announced his department's plans to require disclosure of fracturing chemicals used on public lands, and interior officials have confirmed that Wyoming's disclosure rules will serve as a model for regulation.[54] States should consider adopting disclosure requirements similar to the Wyoming rules.

## IV. Conclusions

Natural gas has been used as a domestic and industrial fuel source for over a century. It contains more energy per pound than coal. When burned, it produces almost none of the mercury, sulfur dioxide, and particulates that burning coal produces, nor does it require destructive mountain-top mining and other approaches inherent in coal production. As a cleaner source of energy, and as a bridge to a carbon constrained future, natural gas has many desirable qualities. Despite these benefits, more research is needed to assess the mechanisms of water contamination and possible methane losses to the atmosphere. Moreover, some additional oversight may be needed to protect communities and the environment from water contamination near extraction and disposal sites.

The research and policy recommendations presented here are provided in the spirit of making natural-gas extraction safer and more consistent across companies, locations, and time. Decisions regarding the extent to which natural gas extraction should be regulated must balance public health and safety, energy needs, and the inevitable bureaucracy that regulation brings. Based on the results of Osborn and colleagues and the additional background provided here, we believe that horizontal drilling, hydraulic fracturing, and shale-gas extraction in general would benefit from 1) better-coordinated, and sustained scientific study; 2) a review of the potential health consequences of methane and other hydrocarbons in drinking water; 3) industry-driven approaches to develop safer and more consistent extraction technologies, and 4) consideration of stronger state or federal regulation. Other topics not discussed here but that would benefit from increased study include the treatment and disposal of waste waters; current practices include wastewater

---

[52] Oil and Gas Conservation Act of the State of Colorado. Colo. Rev. Stat. Sec. 34-60-100, et. seq.

[53] Soraghan, Mike. "Wyo. Natural Gas Fracking Rules for Point the Way for Public Disclosure of Chemicals Used." *New York Times.* 20 Dec. 2010. Web. May 3, 2011, http://www.nytimes.com/gwire/2010/12/20/20greenwire-wyo-natural-gas-fracking-rules-for-point-the-w-18753.html.

[54] Taylor, Phil. *Interior to consider disclosure rules for fracking fluids.* E&E Publishing, LLC. 30 Nov. 2010. Web. May 3, 2011, http://www.eenews.net/public/eenewspm/2010/11/30/3.

BLM_0055863

treatment with subsequent release into surface streams and rivers, or disposal through injection into deep geological formations.

As the United States and other countries continue to develop new methods for accessing unconventional sources of energy, and as hydraulic fracturing becomes increasingly common for extracting conventional oil and gas reserves, the questions that we have raised are likely to become more common. Developing a comprehensive approach to industry oversight and regulation, based on scientific data and on appropriate state and federal oversight, will provide a positive path forward for future energy extraction technologies.

BLM_0055864

**BUSINESS**

# Colorado North Fork Valley residents, businesses fighting prospect of fuel leases

By **MARK JAFFE**
PUBLISHED: March 16, 2012 at 5:02 pm | UPDATED: May 1, 2016 at 5:24 pm

PAONIA — The North Fork Valley has been compared to France's Provence region, but one thing you won't find in the pale browns and vibrant greens of Paul Cézanne's painting "Montagnes en Provence" are oil rigs.

They may, however, be coming to the North Fork, and this western Colorado valley is up in arms.

The federal Bureau of Land Management has proposed leasing 24,324 acres in 21 parcels abutting vineyards, orchards, organic farms and a dairy.

The valley now finds itself part of a wave of drilling activity — as oil companies scramble to unlock shale deposits — that has ignited community protests from Pennsylvania to Colorado's Front Range.

"We see this as a threat to our very existence," said Brent Helleckson, owner of Stone Cottage Cellars. "Organic farming, wineries, tourism, and oil and gas drilling are not a good fit."

Helleckson, 52, gave up a career as a Boulder aerospace engineer to make wine.

BLM_0055865

Mark Waltermire, 48, came to the valley — by way of agriculture projects in Pakistan — and set up Thistle Whistle Farm, which provides organic produce to restaurants such as Aspen's Montagna, Vail's Sweet Basil and Boulder's The Kitchen.

And Marley Hodgson, 71, sold his leather-goods business and moved from New York City 12 years ago to turn a "ghost ranch" into an upscale dude ranch.

All three are now near parcels proposed for oil and gas development.

The bureau has received nearly 3,000 comments from the valley's 9,500 residents — most opposing the leasing.

"This is clearly the biggest menace the valley has ever faced," said Richard Rudin, 60, who has lived here for 35 years.

**Towns largely untouched**

The meandering North Fork of the Gunnison River slides through the valley hemmed in by the Grand Mesa to the northwest and Mount Lamborn to the southeast.

Remote from Colorado's urban centers or ski areas, the Delta County valley, with its three towns — Paonia, Hotchkiss and Crawford — has remained largely untouched.

For a century, coal mines have operated in the northern end of the valley. The three mines now running are major employers and give the place a mix of miners, farmers and people just seeking a rural life.

"The valley, by the rest of the world's standards, hasn't really changed," Rudin said. "We got our first fast-food franchise last year, a Subway in an old gas station."

The one transformation has been the rise in organic farming and wineries over the past decade, and with it a 4.2 percent uptick in population.

Delta County now accounts for 60 percent of all the Colorado acreage for apples, 68 percent for cherries, 58 percent for pears and about 25 percent each for peaches and grapes, according to the U.S. Department of Agriculture.

The broad, rugged valley — with the sun cascading down from cobalt-blue skies — led Thomas Huber, a Colorado geographer and writer, to compare it to the land around Coulon River in north Provence.

BLM_0055866

"Two places thousands of miles apart (that) could be twins — fraternal twins," Huber wrote in his book "An American Provence."

But a key difference is the geology. Provence is rocky limestone, while the North Fork is underlain by Mancos shale.

While the shale weathers into what Huber describes as a "sticky, nutrient-rich soil" that is perfect for farming, it may also hold rich oil and gas deposits.

And so the valley has been swept up in the shale rush and drilling boom that have hit Pennsylvania with its Marcellus shale and the Front Range with Niobrara shale.

An individual or company, whose identity won't be revealed until after the sale, nominated 22 parcels covering 30,000 acres of federal land in the valley for an oil and gas lease auction in August.

The mere announcement set off a wave of protest, as the BLM began its preliminary environmental assessment.

The proposal has its supporters.

"Oil and gas development will provide revenue and jobs," said Thomas Anderson, who has worked in the valley's coal industry for 18 years. Agriculture and oil and gas development have existed "side by side" for a century, as has recreation, said Kathleen Sgamma, a vice president with the trade group Western Energy Alliance.
"It is a balancing act, and it looks like that is what BLM is trying to do," she said.
**Not enough analysis by BLM?** But Citizens for a Healthy Community, a group that opposes oil and gas development, argues that BLM has not done enough analysis to go forward and that it is relying on an outdated 1989 resource management plan for the region.

"The BLM has the legal right not to put nominated parcels up for sale," said Robin Smith, the group's chairman. "Every piece of federal land does not have to be drilled."

The BLM has no choice but to consider the request, said bureau spokeswoman Shannon Borders.

"Because we are a multiple-use agency, we have to consider all the uses by law," Borders said.

The problem for Stonegate Cellar's Helleckson is this: What happens if the multiple uses aren't compatible?

BLM_0055867

Helleckson, his wife, Karen, and their two children made the valley home in 1997 and started making wine from 4½ acres of vines sitting atop Garvin Mesa, which features a panoramic view of the valley.

But as high as the mesa is, the proposed leases are even higher on the valley slopes, and that worries growers.

In a protest letter to the BLM, the West Elks Winery Association — 12 wineries with about $2 million in annual sales — focused on the risks to irrigation and processing of water.

The valley is laced in a web of irrigation ditches — Firemans, Farmers, Fire Mountain — that carry water from the mountains to fields, but many run by or through proposed parcels.

"Everything is so connected, one spill would spread all over," Helleckson said.

The prospect of drilling poses a slightly different problem at Waltermire's Thistle Whistle Farm.

The closest parcel is just over a rise, so he won't see the rigs, but his irrigation ditch runs by it and the road in front of the farm would probably be the path to the site.

"There is the traffic, dust, air-quality issues and risk of water pollution," Waltermire said.

All that puts at risk the valley's image as a pristine place, a key selling point for its 62 organic growers, Waltermire said.

Waltermire, his wife and their two sons live in a trailer on the 16-acre farm that produces 200 varieties of vegetables.

When Waltermire started in 2005, a big worry was marketing his produce. But given the restaurants and farmers markets, it was no problem at all.

"I can sell everything I can grow," Waltermire said. "I don't know if that changes with drilling."

The question hangs over others as well. The Avalanche Cheese Co., which four years ago set up its goat dairy on a 130-ace farm in the valley, has a contract with Whole Foods Market.

"Our business has been great," said owner Wendy Mitchell. "But, like everyone else, we are concerned about what drilling means. "

BLM_0055868

**Anxiety over tourism**Then there is the question of whether tourists will come to the valley.

Hodgson's Smith Fork Ranch — a restored and polished dude ranch with a $6,200-a-week price tag for a couple — draws guests from New York, Boston and Europe.

Buying local produce and with a staff of about 35 during the season, the ranch pumps an estimated $1 million into the local economy.

"One parcel is right next to us on Saddle Mountain," he said. "If it is developed, we couldn't possibly survive."

On March 7, the BLM, despite a volley of protest letters, issued a preliminary environmental assessment that would offer 21 of the 22 nominated parcels.

The proposal added conditions to limit drilling impacts — requirements such as banning pits, calling for closed-loop drilling systems and reducing activity to protect wildlife.

There will be another round of public comments on the draft, but if it is upheld later this spring, a lease sale is tentatively set for Aug. 9.

The assessment conceded there could be adverse air- and water-quality impacts, as well as an increase in traffic.

"These impacts could result in significant economic costs to the North Fork Valley that may or may not outweigh the benefits derived from well development," the BLM said.

Yet the bureau issued a "finding of no significant impact," which said: "The effects on the quality of the human environment are not likely to be highly controversial."

Citizens for a Healthy Community's Smith called that "laughable."
"We are going to keep up the pressure, and if they continue, there could be legal action," Smith said. "In the valley, this is controversial."
*Mark Jaffe: 303-954-1912 or maffe@denverpost.com*

**Mark Jaffe**

BLM_0055869

11/2/2016                Colorado North Fork Valley residents, businesses fighting prospect of fuel leases – The Denver Post

Denver Post
reporter
Mark Jaffe
on Tuesday,
September
27, 2011.
Cyrus
McCrimmon,
The Denver
Post



**SPONSORED CONTENT**

## Physician, Business Owner and Representative: Meet Joe Heck

By Cooperative of American Physicians IE Committee



Meet the candidate running for Nevada's open Senate seat, Joe Heck.

## DIGITAL & DRIVEWAY DELIVERY - 50% OFF

BLM_0055870

BLM_0055871

11/2/2016                    Colorado North Fork Valley residents, businesses fighting prospect of fuel leases – The Denver Post

BLM_0055872

BLM 0055873

# TRANSACTIONS
# 1985



# DESERT BIGHORN COUNCIL

# Desert Bighorn Council
# 1985 Transactions

## A Compilation of Papers Presented At the 29th Annual Meeting,

## April 4-6, 1985, Las Vegas, Nevada



Copies available
for $5.00
by writing the
Desert Bighorn Council,
1500 North Decatur Blvd.
Las Ve'gas, NV 89108

Editorial Board:
Charles L. Douglas, Editor
Paul R. Krausman, Associate Editor
David M. Leslie, Jr., Associate Editor

# TABLE OF CONTENTS

CHRONIC SINUSITIS IN DESERT BIGHORN SHEEP IN NORTHWESTERN ARIZONA
Thomas D. Bunch, George Welsh, Robert L. Glaze ................................................1

HUMAN ACTIVITY IN DESERT BIGHORN HABITAT: WHAT DISTURBS SHEEP?
Gary Miller, E. Linwood Smith ........................................................................4

ECONOMIC EVALUATION OF THE 1984 DESERT BIGHORN HUNT IN NEVADA
Fenton R. Kay, Robert P. McQuivey, Kambiz Raffiee, John L. Dobra................................8

PHILOSOPHIES OF WATER DEVELOPMENT FOR BIGHORN SHEEP
IN SOUTHWESTERN ARIZONA
William E. Werner ........................................................................................13

ANALYZING HOME RANGE DATA FROM DESERT BIGHORN SHEEP,
A COMPARISON OF METHODS
William P. Burger ........................................................................................15

ARIZONA'S FIRST DESERT BIGHORN SHEEP TRANSPLANT
INTO A NATURAL POPULATION
Richard Remington, James C. deVos, Jr.. ............................................................20

DIEL ACTIVITY OF EWES IN THE LITTLE HARQUAHALA MOUNTAINS, ARIZONA
Paul R. Krausman, Steve Torres, Leonard L. Ordway, John J. Hervert, Mark Brown.. ............24

A TECHNIQUE TO VISUALLY ASSESS PHYSICAL CONDITION OF BIGHORN SHEEP
Harry E. McCutchen ....................................................................................27

DISEASES OF DOMESTIC LIVESTOCK WHICH THREATEN
BIGHORN SHEEP POPULATIONS
David A. Jessup ........................................................................................29

# — STATUS REPORTS —

STATUS OF BIGHORN SHEEP IN ARIZONA: 1985
Raymond M. Lee ........................................................................................34

TEXAS REINTRODUCTION STATUS REPORT - 1985
Jack Kilpatric ............................................................................................37

STATUS OF DESERT BIGHORN SHEEP IN NEVADA - 1984
Daniel E. Delaney ......................................................................................38

UTAH'S DESERT BIGHORN SHEEP STATUS REPORT - 1985
James F. Karpowitz, James C. Guymon................................................................40

FERAL BURRO REPORT - 1985
Steven D. Kovach ......................................................................................42

BLM_0055875

# DESERT BIGHORN COUNCIL 1985 - 86

**OFFICERS:**

| | |
|---|---|
| **Chairman:** | David E. Pulliam Jr., Bureau of Land Management |
| **Vice Chairman** | Bruce L. Zeller, U.S. Fish & Wildlife Service |
| **Past Chairman:** | James de Vos, Jr., Arizona Game & Fish Department |
| **Secretary-Treasurer:** | Rick Brigham, Bureau of Land Management |

**TECHNICAL STAFF:** Richard Weaver (Chairman), James A. Blaisdell, Lanny O. Wilson, James DeForge, George Welsh Dr. Juan Spillett, Andrew Sandoval.

**BOOK EDITORS:** Lowell Sumner and Gale Monson

**COMMITTEE CHAIRMEN:**

| | |
|---|---|
| **Constitution:** | David Dunaway and Lanny Wilson |
| **Nominations:** | Dan Delaney |
| **Program:** | Daniel E. Delaney |
| **Arrangements:** | Robert J. Turner |
| **Transactions:** | Charles L. Douglas |
| **Publicity:** | Richard Weaver |
| **Burro:** | Steve Kovach |
| **Barbary Sheep:** | Bruce Morrison |
| **Ewes:** | Bonnie Blaisdell and Ruth Kelly |
| **Awards:** | Richard Weaver |
| **Resolutions:** | Vern Bleich |



Printed *by* the University of Nevada, Las Vegas

BLM_0055876

# DISEASES OF DOMESTIC LIVESTOCK WHICH THREATEN BIGHORN SHEEP POPULATIONS

David A. Jessup, DVM, MPVM
California Dept. of Fish and Game
Wildlife Investigations Laboratory
1701 Nimbus Rd., Suite D
Rancho Cordova, CA 95670

**Abstract.** Bighorn sheep (Ovis canidensis) are susceptible to a number of livestock diseases and parasites. Historical records and modern investigations of bighorn disease problems and die offs reveal numerous examples. Some common diseases of domestic sheep, scabies, chronic frontal sinusitis, internal nematode parasites, pneumophilic bacteria (especially *Pasteurella* sp.), footrot, parainfluenza III, bluetongue and soremouth are cited and reviewed. Cattle may host some of these diseases, and may also be a source of paratuberculosis, pink eye, and respiratory syncitial virus. The complexity and seriousness of potential disease interactions between domestic l'vestock and bighorn are emphasized. Resource decision makers must carefully weigh this potentially negative interaction.

## INTRODUCTION

As might be expected with species so closely related that they can hybridize, sheep are susceptible to many of the diseases of domestic sheep. Although not well-documented, cattle diseases may also affect bighorn. North American bighorn sheep, which evolved in high mountain and arid climates at relatively low population densities, as a general rule, are more susceptible to each of the diseases they share with livestock. Domestic sheep and cattle have been selectively bred for disease resistance, among other factors, and have historically been raised in concentrated flocks. It is hard to resist the analogy of European man and diseases such as smallpox, colera, measles, tuberculosis and syphillus, which he came to share with native North Americans. It has often been speculated that disease killed more Indians than the white man's gun. This may also be true of bighorn sheep.

The history of the western United States is replete with examples of specific bighorn sheep die offs and overall population declines following introduction of domestic sheep. Goodson (1982) noted that competition for forage, space and shared diseases were the specific identifiable factors mediating this interaction.

She went on to state "Co-use of ranges by domestic and bighorn sheep has been consistently linked with declines, die offs, and extinctions of bighorn populations from historical to recent times. While much of the evidence for competition between domestic sheep and bighorn is circumstantial, it is strong to have prompted management decisions against co-use of ranges by bighorn and domestic sheep by federal land management agencies and state wildlife departments.'"



**Table 1.** Historical examples of bighorn declines during periods of grazing by domestic sheep (From Goodson 1982).

| Location | Dates of Domestic Sheep Grazing | Status of Bighorn Sheep | References |
|---|---|---|---|
| Rocky Mountain National Park, Colorado | 1917-1930 | All-age die off pneumonia | Packard 1939a, Package 1939b, Shepherd 1976 |
| Rock Creek, Montana | 1900-1920 | Bighorn declined to low of 8 | Berwick 1968 Aderhold 1972 |
| Dinosaur National Monument, Colorado | 1920-1950 | Severe declines in early 1930s died out completely by 1950 | Barmore 1962 |
| Sun River, Montana | 1920-1925 | All-age die off of 70% of herd | Picton and Picton 1975 |

"Since 1945, declines in native herds have slowed or stopped and bighorn sheep numbers have increased in several states due to transplants onto historical ranges (Rutherford 1972, Couey and Schallenberger 1971). In many cases, bighorn sheep disappeared from these ranges during periods of heavy grazing by domestic livestock (Buechner 1960, Brown 1974, Goodson 1980, Butts 1980) and were unsuccessfully reintroduced after reductions in livestock use, often including removals of domestic sheep."

"Declines in grazing of domestic sheep on western rangelands between 1945 and 1978 have been due largely to economic factors including rising costs of transporting and herding sheep and lower prices for wool and mutton (USFS 1976). Most sheep allotments on public lands were not closed, but remain vacant if the permittee has relinquished his permit or in a non-use status. Some have been converted to cattle use (Allotment Files, Arapaho and Roosevelt National Forests, Helena National Forest.) Since 1978, improvements in the economics of sheep raising have resulted in efforts to restock sheep allotments or convert cattle allotments to sheep allotments on public lands in California (USFS 1979), Wyoming (Bruce Johnson), Colorado (Fritz Foutz), New Mexico (Kurt Nelson), Montana (Nike Goodson), Nevada (Jim Jeffress) and Oregon (Guy Sheeter)."[1]

"Studies of interspecific competition often involve monitoring the response of one species to the introduction or removal of a second. Changes in public and private land management have provided examples of the reduction, removal and introduction of domestic sheep on bighorn ranges and the responses of bighorn herds. These were not experiments, however, and it is important to note that other variables were not controlled."[1]

[1]Cited as personal communications by Goodson or with the author.



BLM_0055877

**Table 2. Trends of Bighorn Sheep Herds in Colorado with Domestic Sheep Grazing in 1970 (From Goodson 1982).**

| Bighorn Range | Domestic Sheep Grazing Pressure 1960-1970 | Trend | Domestic Sheep Grazing 1970-1980 %Reduced | Population Estimates Bighorn Sheep Trend | 1970[1] | 1980[2] |
|---|---|---|---|---|---|---|
| Cimarron Peak | Heavy | Down | 100[3] | Up | 40 | 75 |
| Gore Range | Moderate | Stable | 0[4] | Stable | 40 | 75 |
| Lake City | Heavy | Down | 25[5] | Up | 70 | 90 |
| Ouray | Moderate | Stable | 10[5] | Stable | 90 | 100 |
| Pole Mt. | Moderate | Stable | 0[6] | Stable | 14 | 14 |
| Redstone | Moderate | Down | 100[4] | Up | 25 | 60 |
| San Luis Peak | Heavy | Down | 50[5] | Up | 150 | 200 |
| Sheep Mt. | Moderate | Down | 100[3] | Stable | 40 | 40 |
| Snowmass | Moderate | Down | 100[3] | Up | 25 | 75 |
| Vallecito | Heavy | Down | 100[3] | Up | 12 | 30 |
| Dinosaur National Monument | Moderate | Down | 100[7] | Unknown | | |
| George-town | Moderate | Down | 100[8] | Down | 75 | 40 |

1 Bear and Jones 1973.
2 Schmidt and Rutherford 1980.
3 Pers. comm. Dave Cook, Fritz Foutz, San Juan, NF, Durango, Colorado.
4 Pers. comm. Bernie Rios, White River NF, Glenwood Springs, Colorado.
5 Pers. comm. Fred Wilde, Duane Harp, Grand Mesa, Uncompahgre and Gunnison, National Forests, Delta, Colorado.
6 Pers. comm. John Verner, Rio Grande NF, Monte Vista. Colorado.
7 Pers. comm. Gary Skiba, Dept. of Fishery and Wildlife Biology, Colorado State University, Fort Collins, Colorado.
8 Allotment Files, Roosevelt and Arapaho National Forests, Fort Collins, Colorado.



**Table 3. Trends of bighorn sheep herds in Colorado without domestic sheep grazing (From Goodson 1982).**

| Location | Population Estimates Bighorn Sheep Trend | 1970[1] | 1980[2] | Dates of Lungworm Treatment2 |
|---|---|---|---|---|
| Collegiate Range | Up | 100 | 200 | 1976-79 |
| Battlement Mesa | Stable | 35 | 35 | |
| Buffalo Peaks | Up | 50 | 110 | |
| Clinetop Mesa | Stable | 15 | 15 | |
| Mt. Evans | Up | 160 | 250 | 1976-77 |
| Poudre Canyon | Up | 75 | 250 | 1976-79 |
| Pikes Peak | Down/Up | 300 | 200 | 1976-79 |
| Rocky Mountain National Park | Stable | 200 | 200 | |
| Tarryall | Up | 100 | 250 | 1976-79 |
| Taylor River | Down | 40 | 30 | 1977-78 |
| Trickle Mountain | Up | 175 | 500 | 1976-79 |
| Waterton | Stable | 80 | 80 | |
| Arkansas River | Stable | 20 | 30 | |
| Sangre de Cristos | Up | 70 | 100 | |

1 Bear and Jones 1973.
2 Schmidt and Rutherford 1980.
  This herd underwent a decline and subsequent increase during 1970-1980.

Although we may not know all the factors mediating negative interactions between domestic sheep and bighorn some specific examples of disease transmission are known.

**Scabies**

Scabies was one of the first and most obvious diseases of domestic sheep to adversely impact bighorn sheep. ''The introduction of domestic livestock onto bighorn sheep ranges in the late 1800s and early 1900s was followed by severe and widespread die offs of bighorn sheep attributed to scabies, caused by Psoroptes spp. mites (Honess and Frost 1942, Couey 1950, Buechner 1960, Bear and Jones 1973, Jones 1980, Lange 1980). Die offs coincided with dates of introductions of domestic sheep (Packard 1939, Couey 1950, Buechner 1960, Lange 1980). In northern Colorado, Wyoming and parts of Montana, domestic sheep were introduced in the mid-late 1800s and scabies epidemics followed in the 1860s to 1880s. In Canyonlands, where domestic sheep were introduced in 1910, scabies induced die offs of bighorn followed during 1916-1912 (Dean 1977). The disease was not observed in bighorn prior to the introduction of domestic sheep (Buechner 1960).''[1]

''Early observers were convinced that bighorn sheep contracted scabies from domestic flocks (Packard 1939, Couey 1950, Buechner 1960, Bear and Jones 1973). However, recent attempts to transfer Psoroptes sp. mites from desert bighorn *(O.c. nelsoni),* to domestic sheep, elk *(Cervus elaphus),* mule deer *(Odocoileus hemionus)* and Rocky Mountain bighorn have been inconclusive (pers comm. Charles Hibler). Transient infestations were achieved on domestic sheep, elk, and mule deer. Infestation did not occur on Rocky Mountain bighorn (pers. comm. Charles Hibler).''[1]

BLM_0055878

Although scabies has been greatly reduced in domestic livestock, it is still present. Historical bighorn sheep die offs attributed to scabies are presented in Table 4.

Table 4. Die offs of bighorn sheep attributed to scabies during 1859-1939 (From Goodson 1982).

| Location | Dates of Die Offs | References |
|---|---|---|
| Colorado | 1859-1931 | Lange 1980, Buechner 1960 |
| Utah | 1916-1922 | Dean 1977 |
| Wyoming | 1881, 1885 | Lange 1980, Buechner 1960 |
| Montana | 1880-1890 | Lange 1980, Buechner 1960 |
| Idaho | 1870-1880 | Smith 1954 |
| California | 1870-1879, 1898 | Lange 1980, Buechner 1960 |
| Oregon | 1936 | Lange 1980, Buechner 1960 |

The most recent major outbreak of scabies in bighorn sheep occurred from 1978-80 in Mexican desert bighorn in the San Andreas Mountains of New Mexico.' Clinical signs of disease were severe and 60%-70% of the population died during an 18-month period. Contagious ecthyma was also present in those animals during the epizootic, and the actual cause of mortality for many individuals was nbt definitely determined.3 A small percentage of the population was salvaged by capturing and dipping them in Toxaphene. Others were injected remotely with an Ivermectin bioabsorbable pellet, and lesions of scabies regressed.

Chronic Frontal Sinusitis

Chronic frontal sinusitis (CFS) of bighorn sheep is a disease syndrome whose causal agents are yet controversial. Sinusitis is currently considered to be an important cause of mortality in desert bighorn. According to a recent review (Bunch in press) CFS has been found in bighorn populations throughout the warmer and drier parts of their range, including Arizona, California, Nevada, New Mexico, and Utah. Prevalence rates as high as 45% in ewes and 27% in rams have been found in free-ranging herds. Bunch and others have advanced the theory that the nose bot of sheep, Oestrus ovis, can incite chronic mixed bacterial infections of the sinuses of bighorn. Only in some cases of sinusitis, however, have Oestrus ovis been found.

"Severity is greater in desert regions where environmental conditions favor the nasal botfly and where bighorn sheep concentrate at limited water sources which increase their vulnerability to fly strike. The disease is considered to be terminal in bighorn sheep and has contributed to the decimation of some herds and limits productivity of others (Bunch in press). It is believed that chronic sinusitis was introduced with domestic sheep and its occurrence in bighorn is the result of association with domestic sheep (Hibler in press). Currently, management recommendations are to maintain at least a two-mile buffer between domestic and bighorn sheep (Bunch 1978, USFS 1978)."1

Turner advanced the theory that secondary infections from dental anomolies or penetration of the sinuses by cactus spines or sharp rock shards may occasionally cause secondary bacterial sinusitis.4 Also, upper respiratory bacterial infections of any origin may become localized in the frontal or cornual sinus of bighorn. This certainly occurs in other species, notably as a sequelae to Pasteurella sp. infections in rabbits.

Lesions of chronic frontal sinusitis has been documented in California bighorn sheep skulls from the White Mountains by Wehausen (pers. comm. 1984). A young California bighorn ram which died in an avalanche at Wheeler Ridge a year after it was relocated from Mt. Baxter had early lesions of sinusitis (Jessup unpubl. 1982).

An old desert bighorn ewe from the Marble Mountains had very advanced sinusitis (Jessup unpubl. 1984).

Nematode Parasites

Internal parasites shared by domestic sheep and bighorn sheep are numerous. Abomasal worms (Hernonchus, Ostertagia, and Trichostrongylus) as well as small intestinal worms (Nematodirus, Cooperia, Stronggyloides, and Bunostomum) and large intestinal worms (Oesophagostomum, Chabertia, and Trichuris) most often affect lambs by direct blood loss and by contributing to malnutrition.5

Table 5. Internal parasites potentially shared by bighorn sheep and domestic sheep (Jensen 1974).

| Parasite | Host Damage | Resistance of Free-Living Larvae to Temporate Zone | |
|---|---|---|---|
| | | Winter | Summer |
| Hemonchus | Hemorrhage | + | + |
| Osteragia | Hemorrhage | +++ | + |
| Bunostomum | Hemorrhage | ++ | ++ |
| Cooperia | Hemorrhage; Malnutrition | ++ | ++ |
| Trichostrongylus | Malnutrition | ++ | ++ |
| Nematodirus | Malnutrition | +++ | +++ |
| Oesophagostomum | Malnutrition | + | + |
| Trichuris | — | ++ | +_+ |
| Chabertia | — | ++ | ++ |

The life cycles of each parasite is somewhat different and the subject is too complicated to explore adequately. Suffice it to say internal parasites may be transmitted via shared pastures and could become a mortality factor. This is particularly true where mountain meadows may be co-grazed. Dr. Ted Kistner of Oregon State University says:

"I feel well qualified in the epidemiology of parasites and parasitism, and am aware of contemporary capabilities to control internal parasites as well as recognizing factors related to proper use and the limitations of the dewormers. In such a case as grazing domestic sheep near bighorns, the domestics would need to be dewormed within one week of entering the proposed allotment with Albendazole. Even with such caution, there could be an increase of bighorn parasites other than the lungworm with greater numbers of animals in the area..."'"

Protostrongylus stelesi, the lungworm so infamous for causing mortalities in young Rocky Mountain bighorn, appears to be unique to bighorn. It should be noted that bighorn evolved with this parasite and its effect on populations is classically density dependent. The less common and less pathogenic Protostrongylus rushei affects both bighorn and domestic sheep.

In recent years bacterial and viral diseases shared by livestock and bighorn have begun to concern wildlife managers and veterinarians.

Pneumophilic Bacteria

Pasteurella hemolytica is capable of causing progressive fatal pneumonia in domestic sheep and cattle once established in the lung. Pasteurella multocida apparently requires predisposing viral infections and/or stress mediated immune suppression to cause fatal pneurnonia.7

BLM_0055879

Two recent die offs of bighorn sheep from acute broncho-pneumonia following association with domestic sheep were reported by Foreyt and Jessup (1982). Both incidents involved healthy bighorn herds which were in enclosures for long periods of time before deaths occurred. This suggests that the problem was not capture stress or acclimation to new habitat. In each case, nose-to-nose contact with domestic sheep was followed by a die off within weeks. At Lava Beds National Monument, California, all 43 bighorn died. In Washington, at the Methow Game Range, one ewe of 14 bighorn survived. No sickness or mortality was reported in the domestic sheep. Circumstantial evidence suggests that apparently healthy domestic sheep transmitted pneumophilic bacteria (Pasteurella multocida was isolated in the California outbreak) to the bighorn sheep resulting in mortality.[8,9]

"These incidents are similar to others experienced by researchers attempting to maintain bighorn sheep in captivity in association with domestic sheep. While bighorn sheep are generally prone to pneumonia in captivity (Spraker 1977) association with domestic sheep seems to significantly increase the probability of developing pneumonia. Incidents of apparently healthy adult bighorn in captivity dying from pneumonia shortly after exposure to domestic sheep have occurred at Utah State University (pers. comm. J. Juan Spillet), University of British Columbia (pers. comm. Daryll Hebert) and Colorado State University (pers. comm. Charles Hibler). Workers at the Sybille Wildlife Research unit of the Wyoming Department of Fish and Game have spent years developing a cross-bred bighorn/domestic sheep herd for research purposes. They found bighorn sheep and the hybrid offspring of bighorn/domestic crosses to be more susceptible to pneumonia than domestic sheep maintained under the same conditions (pers. comm. Tom Thorne). Hybrid lambs developed pneumonia within the first three weeks of life, and prompt treatment was necessary to prevent mortality. Secondhand reports related by ranchers in Wyoming indicated the same process occurred in the free-ranging situation (pers. comm. Tom Thorne). When bighorn rams joined their domestic flocks and bred the ewes, the resulting hybrid lambs experienced a remarkably high mortality during the first few weeks of life. These observations are consistant with Foreyt and Jessup's (1982) hypothesis that domestic sheep are more resistant to pneumophilic bacteria than bighorn and are able to carry strains of bacteria capable of causing acute pneumonia in bighorn.'"

**Footrot**

Kistner has voiced a concern over the potential transmission of footrot from domestic sheep to California bighorn sheep in Oregon's Steens Mountains. "In reference to footrot, Mr. Boyd cited the rainfall at Burns as unfavorable for perpetuation of Fusiformis nodosuq Fusobacterium necrophorum, and Corynebacterium pyogenes, the causative agents of the complex of entities commonly called footrot in domestic sheep. In reality, the 11.83 inch rainfall at Burns (4,000 ft. elev.) has little relationship to the 27 inch rainfall at Fish Lake (7,500 ft.) on Steens Mountain. Near the summit (8,500-9,500 ft.) where the proposed grazing would occur, rainfall probably exceeds 30 inches, hence, footrot cannot be dismissed from consideration. It is relevant that all the rainfall does not occur as snow, but thunderstorms occur during the summer. Transmission may not occur in the more arid sites, but the numerous seeps and springs with lush vegetation would favor survival and transmission of the causative agents, because such sites are commonly used by all sheep for forage and water.

Every good sheepman strives to control footrot, but most will agree it is very difficult to eradicate. Hence, carrier animals could disseminate the organism in damp sites, where contacted by bighorns, it could be established in the population. With no potential for treatment, footrot could be expected to exact an even greater toll in bighorns than occurs in domestic sheep. Many of us have seen domestic sheep perform reasonably well grazing on their knees in lush pastures when affected by footrot, but bighorns could not forage well and escape, and would be impaired in the precipitous habitat they occupy.'"

**Parainfluenza-III**

In recent years, viral diseases, specifically bluetongue, parainfluenza-III virus (PI-3) and sorernouth, have been implicated in bighorn morbidities and mortalities. In California's Santa Rosa mountains, poor lamb survival since 1977 has resulted in a slowly declining population of senile age structure. Clinical and pathological examinations show bronchopneumonia to be consistently present in lambs as young as two months old, and as old as five months. Early in the course of clinical disease when radiographs show consolidation, PI-3 can often be isolated. Bluetongue viruses have been isolated less frequently. PI-3 virus has also been isolated from clinically normal and from pneumonic adult bighorn. A serologic survey by Turner of this same population in 1976-77, prior to documented lamb losses, did not reveal any evidence of infection. The source of the PI-3 virus now present in the Santa Rosas is unknown. A report was found from Wyoming, of PI-3 causing pneumonia in adult captive Rocky Mt. bighorn sheep.[10] Ten adult sheep showed evidence of infection, virus was isolated from three, and nine eventually died of pneumonia.

Recently five of ten bighorn surviving a pneumonia die off in Montana had PI-3 virus in their respiratory tracts. All ten had serologic evidence of infection (Bighorn Research Institute, unpublished). This herd is one of the latest in the Rocky Mountains to be affected by pneumonia.

PI-3 is a very common virus associated with shipping fever and feedlot pneumonias of cattle and summer pneumonia of lambs; all of which are also believed to be stress related. Virus neutralizing antibodies to PI-3 were found in 95%, 92% and 88% respectively of normal newborn, weanlings and adult domestic sheep in Idaho.[11]

**Bluetongue**

Bluetongue virus has been isolated from California bighorn sheep in the Lava Beds National Monument, Rocky Mountain bighorn in Wyoming,[3] and from Peninsular bighorn in the Santa Rosa Mts. (Jessup, unpublished), and from desert bighorn in Texas.[13] Although acute adult mortalities occurred in the first two cases, only lamb mortalities occurred in the first case, only lamb mortalities from secondary bacterial bronchopneumonia occurred in the later two cases. Bluetongue is a cosmopolitan virus which has been isolated from sheep, goats, cattle, deer, elk, pronghorn, as well as bighorn. Cattle and possibly elk appear to be capable of becoming virus carriers. Culacoides gnats are necessary for transmission of bluetongue. Seroepidemiologic surveys in California of bighorn residing in arid isolated desert ranges and those at high altitudes, habitats unsuitable for gnat reproduction, show little or no evidence of exposure.[15] Bighorn at lower elevations in areas of abundant manmade and natural water are frequently exposed to bluetongue. Buffer zones of approximately two miles between bighorn and livestock water sources have been recommended to reduce risk of disease transmission (Jessup, unpublished).

Respiratory syncitial virus appears to be an important initiator of pneumonia in domestic cattle and sheep. It may act similarly to PI-3 virus, and be part of a multifactoral respiratory disease complex. Serologic surveys are currently underway to determine its importance to bighorn sheep.[16]

**Soremouth**

Soremouth is a pox virus that causes painful sores and scabs on the mouth and face of lambs and on the teats of ewes. The infection is common in domestic sheep and can be transmitted via direct contact or via scabs. Virus can remain viable in scabs or soil for up to ten years. Although soremouth may or may not kill lambs, it will often stunt growth. In recent years, soremouth in bighorn populations has most often been noted when overpopulation or other stressing factors are present. Clinical soremouth has been seen in bighorn lambs in Nevada, New Mexico, Colorado, and California.

BLM_0055880

## Other Diseases

Three additional diseases which affect cattle, but are not associated with domestic sheep, may be important to bighorn sheep. Paratuberculosis (Johne's disease) is a chronic wasting disease of the intestinal tract and associated lymphoid tissues caused by Mycobacterium paratuberculosis. It is fairly common in dairy cattle and exotic deer in some locations and can spread to elk.[16,17] In 1979, six cases of paratuberculosis in Rocky Mt. bighorn and one case in a mountain goat from Mt. Evans, Colorado, were reported by Williams.[18] The seven cases occurred over a six-year period. Clinical disease was evident in each individual, but the impact on the population is presently unknown. This disease is particularly worrisome as the organisms shed during early stages of disease can survive in the environment for many years.

"Pink eye" caused blindness and resulted in the death of many bighorn in Montana in 1982. This common bacterial disease of cattle results from Moraxella *bovis* overgrowth of irritated eye tissues. A Chlamydia sp. was isolated from bighorn sheep with "pink eye" in Yellowstone National Park in 1982. It is relatively easy to treat in early stages of disease, but difficult to treat once serious damage has occurred to major eye structures. It is not a "natural" disease process in bighorn sheep, as some National Park Service spokesperson originally stated.

## SUMMARY

Bighorn sheep apparently did not evolve with many of the viral and bacterial diseases of European livestock. These diseases are not "natural" to bighorn sheep. Bighorn sheep are possibly the most exquisitely sensitive North American wild ungulate to common livestock diseases and parasites. These disease agents are too numerous, and their life cycles too complex to be adequately treated or managed with current technology. In the future, vaccination may become feasible. At present, the best management strategy is to maintain bighorn herds at optimal nutritional planes, at or below carrying capacity and as widely separated as possible from domestic livestock.

No question should exist that domestic livestock, especially sheep, pose a threat to the health of bighorn. Bighorn populations may not only be limited by disease, they may be eliminated by disease. Co-grazing bighorn with livestock is unwise, unless the bighorn are considered expendable. This is seldom the case; two races of bighorn are listed as "rare" in California, and thus must be considered quite valuable.

Domestic sheep are not the enemy of bighorn, however. The disease agents are the enemy and are not beneficial to bighorn or livestock. The California woolgrowers and cattlemen have been supportive of wildlife disease research. Wildlife managers must recognize the incompatibility of co-grazing bighorn sheep with domestics, but make room for both. If a stand is to be taken, it must be a reasonable one. The California Department of Fish and Game does not currently relocate bighorn into areas where they may be in prolonged contact with domestic sheep. Because of potential disease transmission. the Granite Mountains of Nevada were set aside for wildlife use and domestic sheep grazing was not permitted in 1982.

Six years ago, a Forest Service employee told me that no changes in grazing allotments would be made in the Modoc Forest to benefit bighorn sheep. This was during the Lava Beds bighorn die off, which was directly attributable to contact between domestic sheep and bighorn, and which resulted from unenforced species separation agreements.

Most of the habitat which is optimal for bighorn is marginal to poor for livestock grazing. At the current value of $1.34 per animal unit month (AUM), the receipts from some grazing allotments fail to cover their own administrative costs. If conservation as defined has "highest and best use of natural resources," we may have to make value judgments as to the most appropriate use of a certain number of AUMs.

## ACKNOWLEDGEMENTS

The author would like to acknowledge Karen Jones and Sue Records of California Department of Fish and Game and the Bighorn Research Institute.

## REFERENCES

1. Goodson, N.J. 1982. Effects of Domestic Sheep Grazing on Bighorn Sheep Populations: A review. *In* Biannual Symposium and Goat Council, 3:287-313.

2. Lange, R.E., Jr. 1980. Psoroptic scabies in Wildlife in the United States and Canada. In Transactions of the Desert Bighorn Council. Las Vegas, Nevada, p. 18-20.

3. Thorne, E.T., et al. 1982. Psoroptic scabies In Diseases of Wyoming Wildlife, p. 245-247.

4. Turner, J.C. 1982. Chronic cranial osteitis in a Rocky Mountain Bighorn Sheep. Jour. Wildl. Dis. 18:373-379.

5. Jensen, R. 1974. Nematode gastroenteritis. *In* Diseases of Bighorn Sheep. Philadelphia, pp. 87-90.

6. Kistner, T.P. 1982. Letter to BLM, portions reprinted in the Newsletter of the American Association of Wildlife Veterinarians.

7. Frank, G.H. 1984. Bacteria as etiologic agents in bovine respiratory disease. In Bovine Respiratory Disease: A Symposium, College Station, Texas, pp 347-362.

8. Foreyt, W.J. and D.A. Jessup. 1982. Fatal pneumonia of bighorn sheep following association with domestic sheep. Jour. Wildl. Dis. 18:163-168.

9. Jessup, D.A. 1981. Pneumonia in bighorn sheep: effects on populations. Cal-Neva Wildlife Society Transactions, p. 72-78.

10. Parks, J.B., et al. 1972. Parainfluenza-3 virus infection in Rocky Mountain bighorn sheep. J. Am. Vet. Med. Assoc., 161:669-672.

11. Trigo, F.S., et al. 1984. Interaction of bovine respiratory syncitial virus and Pasteurella *haemolytica* in the ovine lung. Am. J. Vet. Res., Vol. 45, No. 8, pp. 1671-1678.

12. Kistner, T.P., et al. 1975. Clinical and serologic findings on the distribution of bluetongue and epizootic hemorrhagic disease viruses in Oregon. Proc. Am. Assoc. Vet. Lab. Diag. 18:135-147.

13. Robinson, R.M., et al. 1967. Bluetongue in desert bighorn sheep. J. Wild. Mgmt. 31:165-168.

14. Stott, J.L., et al. 1982. Bluetongue virus in pregnant elk and their calves. Am. J. Vet. Res. 43:423-428.

15. Jessup, D.A., et al. 1985. Bluetongue in California's wild ruminants. In Proceedings of the United States Animal Health Association.

16. Reimann, et al. 1979. Paratuberculosis in cattle and free-living exotic deer. J. Am. Vet. Med. Assoc. 174:841-843.

17. Jessup, D.A., et al., 1981. Paratuberculosis in tule elk in California. Jour. Am. Vet. Med. Assoc. 179:1252-1254.

18. Williams, E.S., et al. 1979. Paratuberculosis (Johne's Disease) in bighorn sheep and a Rocky Mountain goat in Colorado. Jour. Wildl. Dis. 15:221-227.



BLM_0055881

# A Test of a Habitat Evaluation Procedure for Rocky Mountain Bighorn Sheep

Therese L. Johnson[1,3]
David M. Swift[2]

## Abstract

Habitat analysis is an important component of animal population restoration. We tested a habitat evaluation procedure for Rocky Mountain bighorn sheep (*Ovis canadensis canadensis*) using a geographic information system (GIS). We applied the model to eight bighorn sheep translocation sites in Colorado and compared the model's habitat suitability assessments with translocation results. The model considered the habitat unsuitable for four failed translocations, and did not recognize suitable habitat for four successful translocations. We performed a sensitivity analysis to determine how individual parameters affected model suitability assessments. To improve the model's ability to distinguish between suitable and unsuitable habitat, we relaxed the suitability criteria for four parameters: barriers created by dense vegetation, barriers created by fences, buffer zones on human use areas, and horizontal visibility. The refined model can be useful to bighorn sheep restoration efforts by facilitating evaluation of large areas of potential habitat, but numerical thresholds for required amounts of suitable habitat must consider the scale of data used for analysis.

Key words: geographic information system, habitat evaluation, *Ovis canadensis canadensis*, population restoration, Rocky Mountain bighorn sheep.

[1]National Park Service, Rocky Mountain National Park, Estes Park, CO 80517, U.S.A.
[2]Department of Rangeland Ecosystem Science and Natural Resource Ecology Laboratory, Colorado State University, Fort Collins, CO 80523, U.S.A.
[3]Address correspondence to T. Johnson, Rocky Mountain National Park, Estes Park, CO 80517, U.S.A., email therese_johnson@nps.gov

© 2000 Society for Ecological Restoration

## Introduction

Habitat analysis is an important component in the process of animal population restoration. Models that describe important habitat characteristics and their relationships to each other can be very useful in guiding habitat analysis (Chalk 1986; Schamberger & O'Neil 1986). To ensure model usefulness, it is critical that models are tested prior to general application, but this is often not done (Berry 1986; Chalk 1986).

In the past century, bighorn sheep populations have suffered massive declines and local extinctions (Buechner 1960). As a result, bighorn sheep were eliminated from much of their former range in the western United States. Human activities, including grazing by domestic sheep and land management practices that have altered bighorn sheep habitat, have been largely responsible for population declines (Bear & Jones 1973; Wishart 1978; Wakelyn 1987).

Bighorn sheep population restoration has depended extensively upon translocating animals to unoccupied range, but the success of translocation efforts has been variable (Rowland & Schmidt 1981; Bailey 1990). Numerous factors contributed to unsuccessful translocation attempts (Rowland & Schmidt 1981), including inadequate range, competition with other ungulates, disease transmission through contact with domestic livestock, and harassment by humans (Smith et al. 1988).

Many bighorn sheep populations are small and isolated, making them prone to extirpation due to stochastic events and susceptible to detrimental effects of inbreeding (Berger 1990). Small population size is one of several factors, including population dynamics, environmental fluctuations (Krausman et al. 1993), and improved management (Goodson 1994) that are believed to govern population persistence. In attempting to establish populations, it is critical that there are sufficient quantities of suitable habitat to support a minimum viable population (MVP). This has been defined as the population size that, with a given probability, will ensure the existence of a population for a stated period of time (Ewens et al. 1987). The wildlife manager must define desired persistence criteria for each restoration effort.

Translocations are expensive, and adequate source stocks often are not available to meet demand. Failure to adequately assess habitat before translocations can result in unsuccessful attempts. To increase the probability of success, it is critical that proposed translocation sites are rigorously evaluated prior to implementing translocations.

The habitat evaluation procedure (HEP) process was developed by the U.S. Fish and Wildlife Service (USFWS) to provide a tool to assist land managers in evaluating wildlife habitat (U.S. Fish and Wildlife Service 1980). The resulting models facilitate thorough evaluations by con-

BLM_0055882

solidating relevant information on the physical and biological habitat attributes thought to be important to particular animal species. Smith et al. (1991) developed a HEP for Rocky Mountain bighorn sheep based on literature review and bighorn sheep research conducted at Bear Mountain in northeastern Utah (Smith & Flinders 1991). The procedure is a step-wise model designed to use a GIS to assist biologists and managers in evaluating occupied or proposed bighorn sheep ranges. It was designed to focus attention on critical aspects of bighorn sheep habitat, identify probable range boundaries, assess the juxtaposition of key habitat components, and identify population limiting factors. Bighorn sheep ranges are critically examined with regard to minimum areas necessary to support a MVP. The procedure is comprised of two components. Part one was designed to estimate the quantity of suitable habitat at a site, and was intended for use throughout the historical range of Rocky Mountain bighorn. Part two was designed to evaluate habitat quality and estimate potential population density specifically at Bear Mountain, and was not intended to be used in other locations without modification.

The predictive reliability of the procedure had not previously been tested with data independent of the study area where it was developed. Our objectives were to test the predictive reliability of part one of the bighorn sheep HEP developed by Smith et al. (1991) and determine the contributions of individual parameters to the procedure's performance, and refine it, if necessary.

## Methods

To test the model's predictive capability we examined its performance for eight bighorn sheep translocations in Colorado. We determined how well the model predicted translocation success by comparing the model's habitat suitability assessments with observed translocation results. We did this using a two-step process. First, we applied the procedure retrospectively to each trans-

location site. For each site we used the sequential process required by the model to: determine the predicted range boundaries; determine whether juxtaposition of habitat components was appropriate; compare the total area of suitable habitat with the model's MVP criteria; and determine if adequate quantities of winter, lambing, and summer ranges existed. This analysis determined whether the model would have predicted that each area could support a MVP of bighorn sheep, corresponding to a prediction of translocation success or failure. The model uses a MVP of 125 individuals as a current best estimate for bighorn sheep populations based on work by Geist (1975). Second, we compared the prediction with the actual translocation result at each site.

## Study Area Selection

We selected study areas from bighorn sheep translocations conducted prior to 1982 into unoccupied habitat in Colorado. We reviewed annual population trend data compiled by the Colorado Division of Wildlife (CDOW) and summarized by Bailey (1990) for 30 bighorn sheep translocations in the state. We considered translocations successful when herds persisted to the present time with population growth to, and fluctuation around, ≥125 individuals, corresponding with the MVP used by Smith et al. (1991) in the model. We considered translocations to be failures when herds abandoned the area or failed to increase, or when an initial population increase was followed by a reduction to ≤25 animals. For each failed translocation we considered potential reasons for failure in consultation with local biologists. We eliminated sites in which a factor besides habitat deficiencies, such as extreme weather conditions immediately following the translocation, likely contributed to translocation failure. To minimize confounding effects of the composition and number of translocated individuals on translocation success, we selected only translocations of 14–20 animals, composed primarily of ewes and lambs (Table 1).

**Table 1.** Translocation date, composition, and source herds for eight bighorn sheep translocation sites in Colorado evaluated using the habitat evaluation procedure developed by Smith et al. (1991).

| Study Area | Translocation Date | Total Translocation Size | Ram | Ewe | Yearling | Lamb | Source Herd | Translocation Results[a] |
|---|---|---|---|---|---|---|---|---|
| | | | | Composition | | | | |
| Lone Pine | 31 March 1977 | 19 | | Unknown | | | Trickle Mountain | Failure |
| Lower Lake Fork | 14 Jan 1975 | 16[b] | 5 | 11 | 0 | 0 | Trickle Mountain | Failure |
| Mesa Verde | Jan 1946 | 14 | 3 | 7 | 0 | 4 | Tarryall | Failure |
| Monument | 8 March 1978 | 20 | 3 | 7 | 0 | 10 | Trickle Mountain | Failure |
| Conejos | 9 Feb 1978 | 20 | 0 | 11 | 0 | 9 | Upper Poudre | Success |
| Upper Poudre | 6 Dec 1946 | 16 | 3 | 6 | 3 | 4 | Tarryall | Success |
| Rampart | Feb 1946 | 14 | 2 | 10 | 0 | 2 | Tarryall | Success |
| Trickle Mountain | 15 Feb 1951 | 15 | 3 | 8 | 0 | 4 | Tarryall | Success |

[a] Success defined as population growth to ≥125 bighorn sheep. Failure defined as site abandonment, lack of population growth, or initial growth followed by decline to ≤25 bighorn sheep.
[b] Eight animals had been translocated to the vicinity in 1970.

BLM_0055883

Our study areas were on land managed by the state of Colorado, U.S. Bureau of Land Management (BLM), U.S. National Park Service (NPS), U.S. Forest Service (USFS), and the Ute Mountain Indian Reservation (Fig. 1). All study areas were in mountainous terrain, with elevations ranging from 1,750 to 3,380 m. At each site, dominant vegetation included mosaics of montane forest, shrubland, grassland, and rocky outcrops.

**Database Development**

For each study area we developed a spatial database in a GIS for each model parameter (Table 2). These were based primarily on U.S. Geological Survey (USGS) digital data, including 1:100,000 scale Digital Line Graph (DLG), Defense Mapping Agency 1:250,000 scale Digital Elevation Model (DEM), and 1:250,000 scale Land Use Land Cover (LULC) data. We processed raw data to a format suitable for analysis using GRASS GIS software (Geographic Resource Analysis and Support System version 4.1, U.S. Army Corps of Engineers) using standard methods on a SUN SPARC II workstation. We obtained paper maps indicating fence lines and grazing allotments from BLM, NPS, and USFS staff and manually digitized them.

We created a thematic map for each parameter by coupling the spatial database with data relevant to the suitability criterion (Table 2) for that parameter, obtained from agency records, staff consultation, and field surveys. The model's criteria for barriers created by roads, rivers, and cliffs were poorly defined. We consulted local wildlife managers, evaluated bighorn sheep distribution relative to given conditions, and used professional judgement to assess the expected effects of these parameters. The model stated that areas with "detrimental elk or cattle concentrations" should not be considered suitable habitat, but it did



Figure 1. Study areas evaluated using the bighorn sheep habitat evaluation procedure developed by Smith et al. (1991).

BLM_0055884

*Habitat Evaluation Procedure Test*

**Table 2.** Habitat parameters and suitability criteria defined in the Rocky Mountain bighorn sheep habitat evaluation procedure developed by Smith et al. (1991) and refined criteria (see text for explanation of refined criteria).

| Parameter | Criteria Recommended by Smith et al. (1991) | Refined Criteria |
|---|---|---|
| Core habitat | Areas with slopes >27 degrees that have occasional rock outcroppings, along with a 300 m buffer; adjacent segments of range ≤1,000 m wide that are bounded on at least two sides by slopes >27 degrees should also be included. | No change |
| Range of exotic relatives | Any portion of range that might allow contact between bighorn sheep and their exotic relatives should be excluded from consideration. This includes mouflon sheep (*Ovis ammon musimon*), ibex (*Capra ibex*), and barbary sheep (*Ammotragus lervia*), domestic sheep, and goats. | No change |
| Natural barriers to movement: | | |
| 1. Water | Consider swift and/or wide rivers and lakes barriers to routine movement. | No change |
| 2. Dense vegetation | Consider vegetation community types with <80% horizontal visibility that are >100 m wide barriers to routine movement. | Consider vegetation communities with <30% horizontal visibility that are >100 m wide, or with 30–61% horizontal visibility that are >4.5 km wide, barriers to routine movement. |
| 3. Cliffs | Consider continuous, sheer, vertical cliffs without negotiable terrain barriers to movement. | No change |
| Man-made barriers to movement: | | |
| 1. Water | Consider concrete lined canal systems, reservoirs, and aqueducts barriers to routine movement. | No change |
| 2. Fences | Consider fences not meeting the description of passable fencing provided by Helvie (1971) barriers to routine movement. | Consider wildlife-proof exclosures barriers to movement. Minimize other fences in the area to the extent possible. |
| 3. High use roads | Consider major highways and high use roadways (interstate, federal, or state highways) barriers to routine movement. | No change |
| 4. Centers of human activity | Consider high density centers of human activity, such as airports, campgrounds, and ski resorts barriers to routine movement. | No change |
| Water availability | Consider areas >3.2 km from accessible, perennial water sources unsuitable. | No change |
| Human use areas | Consider human use areas (including roads, trails, and developments) unsuitable. In addition, exclude an adjacent buffer zone according to use levels:<br>A. 100 m buffer around low to moderate use areas (<500 visitors/year).<br>B. 150 m buffer around high use areas (>500 visitors/year). | Consider areas covered by roads, buildings, or other developments or high use areas unsuitable.<br>Consider a 100–150 m buffer zone unsuitable only in extremely high use areas. |
| Horizontal visibility | Consider areas with horizontal visibility <80% unsuitable. | Consider areas with horizontal visibility <62% unsuitable. |
| Elk or cattle concentrations | Consider areas that support detrimental concentrations of elk or cattle unsuitable. | No change |
| Winter range | A. Consider areas that are not SW-S-SE exposures unsuitable.<br>B. Consider areas that typically accumulate >25 cm of snowpack unsuitable. | A. No change<br>B. No change |
| Lambing area | A. Consider areas with slopes <27 degrees unsuitable.<br>B. Consider northerly aspects (270–90 degrees) unsuitable.<br>C. Consider areas with horizontal visibility <80% unsuitable.<br>D. Consider areas >1,000 m from usable water sources unsuitable.<br>E. Consider areas smaller than 2 ha unsuitable. | A. No change<br>B. No change<br>C. Consider areas with horizontal visibility <62% unsuitable.<br>D. No change<br>E. No change |
| Summer range | A. Consider areas with slopes >27 degrees unsuitable.<br>B. Consider areas with horizontal visibility <80% unsuitable. | A. No change<br>B. Consider areas with horizontal visibility <62% unsuitable. |

not define what densities of each would be detrimental to bighorn sheep. To assess whether "detrimental" elk or cattle concentrations occurred in our study areas we consulted local managers for their subjective opinions on whether the areas included elk or cattle concentrations that would negatively impact bighorn sheep.

We spent one to two weeks at each study area between June and August in 1992 and 1993. We assessed the presence and characteristics of escape terrain, potential barriers, water sources, human use areas, and distribution of cover types. We measured horizontal visibility for each vegetation cover type delineated on

BLM_0055885

the LULC map for each study area, following the procedure used to develop this criterion for the model (Smith & Flinders 1991; Johnson 1995). This entailed viewing a m² target from 28 m with the observer's eyes 90 cm above ground level, and recording the proportion of the target obstructed from sight. We characterized visibility for each cover type by calculating the mean percent visibility and associated 95% confidence interval. We considered cover types suitable for bighorn sheep if their mean visibility ± their 95% confidence interval included a value in the 80–100% visibility range that was the model criterion for acceptable visibility.

### Data Analysis

We used GRASS in a GIS to combine thematic maps for all habitat parameters and to evaluate their juxtaposition, using the procedure described in the model. The model states that bighorn sheep can be expected to stay within a 24 km of a translocation release site once they have adjusted to the area. Based on that criterion, we focused the analysis for each study area on the region within 24 km of the release site. The model uses core habitat, defined as escape terrain (slopes >27 degrees) plus an adjacent buffer (all areas within 300 m of escape terrain, and areas bounded by escape terrain on ≥2 sides up to 1,000 m wide) as the basis for habitat analyses. We defined the patch of core habitat contiguous with each translocation release site. We delimited the range boundary and considered the potential for use of multiple patches of suitable habitat by overlaying map layers depicting barriers to routine movement. We combined criteria for summer, winter, and lambing habitat to determine the extent of these ranges within generally suitable habitat.

We used GRASS to predict quantities of suitable habitat and seasonal ranges in the region contiguous with the release site in each study area. We compared these values to the habitat quantities recommended by the model. The model suggests that to support a MVP of 125 animals, translocation sites should contain a minimum area of 17 km² of suitable habitat, including 3.6 km² of lambing area, 6.5 km² of winter range, and 8.4 km² of summer range. For each study area, we determined whether the model predicted a successful translocation based on whether the recommendations for an adequate quantity of suitable habitat were met.

### Model Refinement

To determine the relative contribution of individual habitat parameters to model performance, we examined the extent to which each parameter individually reduced core habitat for each study area. To improve the model, we individually varied suitability criteria for parameters that contributed to incorrect predictions. We refined criteria based on conditions in areas known to be used by bighorn sheep with successful translocation areas. Using the refined criteria, we again applied the model retrospectively to the translocation sites and compared model predictions to translocation results.

### Results

The habitat evaluation procedure predicted all eight translocations would fail based on lack of suitable habitat. Rampart had 0.18 km² of suitable habitat with 0.12 km² of summer range. Trickle Mountain had 0.65 km² of suitable habitat with 0.22 and 0.55 km² of winter and summer range, respectively. All other translocation sites were predicted to contain no suitable habitat. The one-sided pattern of our results made it impossible to statistically test the discriminatory power of the model. However, because the model failed to detect suitable habitat at four successful translocation sites, it is clear that the model does not work appropriately.

### Model Refinement

None of the study areas we evaluated had known elk or cattle concentration areas or barriers created by cliffs, man-made water courses, or centers of human activity. Therefore, we were not able to evaluate the effects of these parameters on core habitat, so we retained the original model criteria. All other model parameters reduced core habitat in at least one study area (Figs. 2 & 3). Limited visibility and barriers created by dense vegetation had the most pronounced effects on core habitat in all study areas.

Because the model correctly predicted all of the failed translocations but none of the successful translocations, our objective was to refine the model to distinguish between habitat in successful versus failed sites. We examined the effect of each parameter, focusing on those that reduced core habitat at successful translocation sites.

We relaxed the criterion for horizontal visibility from ≥80% in the original model to ≥62%. Limited visibility had the most pronounced effect on model performance because cover types meeting the model criterion of 80–100% horizontal visibility occurred in few areas (Table 3). In developing the original criterion the authors of the model disregarded features that obstructed visibility if they believed a potential predator could not effectively hide behind the feature (T. S. Smith, U.S. Geological Survey Biological Resources Division, personal communication). To ensure comparability between different investigators and study areas subjective judgements must be removed from the evaluation process. We main-

BLM_0055886



Figure 2. Relative influence of individual model parameters on core habitat (defined as escape terrain and adjacent buffer zone) at three successful translocation sites in Colorado, determined using the bighorn sheep habitat evaluation procedure developed by Smith et al. (1991).

tained objectivity by strictly recording visual obstruction, without rendering judgement about value to potential predators. Mixed range (mixed grass/shrubland) in the successful Upper Poudre translocation site had the lowest visibility (62%) of areas known to be used by bighorn sheep (Table 3). Based on this, we recommend areas with visibility ≥62% be considered suitable. We relaxed the horizontal visibility criterion for lambing areas and summer range from ≥80% to ≥62%, consistent with revisions for visibility in general habitat.

We relaxed the model criterion for dense vegetation as a barrier to movement because our analysis indicated it was too stringent. The model assumed that a patch of vegetation with <80% visibility would prevent movement of bighorn sheep if it were >100 m across. Translocated bighorn sheep that successfully became established in the Rampart, Conejos, and Upper Poudre study areas must have traveled through cover types with lower visibility for greater distances to have achieved their present distribution. In the most extreme case (the Rampart study area) translocated bighorn sheep traveled 4.5 km through a forested cover type with horizontal visibility of 30% (Table 3) to use a patch of suitable habitat. Therefore, we considered vegetation as a barrier to movement if a patch with <30% visibility was >100 m across or if a patch with <62% visibility (minimum criterion for suitable habitat) was >4.5 km across.

We relaxed the model criterion to state the presence of fences should not preclude translocations in areas

that are otherwise suitable. While we agree it is preferable to conduct translocations in fence-free areas, our analysis indicated that fences did not constitute a barrier to routine movement in the four translocation sites in which they occurred (Upper Poudre, Trickle Mountain, Conejos, and Lower Lake Fork). In all cases, bighorn sheep used areas on both sides of fences that potentially created barriers to movement. While perfectly maintained fences might be effective barriers, our experience indicates that in most situations bighorn sheep can find fence sections in disrepair or road crossings where they can successfully cross.

We eliminated model criteria routinely excluding areas adjacent to human use areas. In all four successful translocations bighorn sheep were frequently seen using areas adjacent to roads and developments, including residential areas and active rock quarries. Bighorn sheep can habituate to a wide range of predictable human activities (McCarty & Bailey 1994).

We retained suitability criteria for the remaining model parameters (Table 2). We concur with Smith et al. (1991) that because of the potential for disease transmission (Foreyt 1990) bighorn sheep should not be translocated to ranges that might allow contact with any of their exotic relatives. However, our results indicated that the potential for contact with exotic relatives is not a reliable predictor of translocation results. Successful translocations occurred at two of the four sites where domestic sheep were present (Conejos and Up-

BLM_0055887



Figure 3. Relative influence of individual model parameters on core habitat (defined as escape terrain and adjacent buffer zone) at three failed translocation sites in Colorado, determined using the bighorn sheep habitat evaluation procedure developed by Smith et al.

per Poudre), indicating that even when the potential for contact with exotic relatives is present, diseases may or may not be transmitted.

The model criterion for water availability is appropriate. Our analysis indicated water availability limited suitable habitat at three translocation sites (Conejos, Lower Lake Fork, and Mesa Verde). At Conejos and Lower Lake Fork limitations resulted from the resolution of available digital data, rather than true lack of water.

We maintained the model criterion that swift and/or wide rivers be considered barriers to routine movement. However, the potential for rivers or lakes to pro-

vide a barrier to movement is poorly defined. In two translocation sites (Conejos and Upper Poudre) bighorn sheep primarily used one side of a river, while at another site (Lower Lake Fork) bighorn sheep used both sides of a larger river, indicating the variability in the extent to which moderate sized rivers (30–76 m$^3$/second average annual flow) function as barriers to movement. Our data suggest such rivers may hinder movement, or act as barriers to casual movement. However, they are not absolute barriers and may not eliminate purposeful movement, particularly if suitable habitat exists on both sides of the river.

**Table 3.** Mean horizontal visibility measured at eight bighorn sheep translocation sites in Colorado using methods described in Smith et al. (1991).

| Study Area | Mixed Range | | Coniferous Forest | | Mixed Forest | |
|---|---|---|---|---|---|---|
| | % | 95% CI | % | 95% CI | % | 95% CI |
| Lone Pine | 48 | 40–56 | 30–40[c] | N/A | N/A | N/A |
| Lower Lake Fork | 55 | 47–63 | 46 | 40–52 | 57 | 50–64 |
| Mesa Verde | 40 | 33–47 | 18 | 14–22 | 0–20[d] | N/A |
| Monument | N/A[a] | N/A | 29 | 23–35 | N/A | N/A |
| Conejos | 90–100[b] | N/A | 45 | 39–51 | 48 | 42–54 |
| Upper Poudre | 62 | 52–72 | 36 | 29–43 | 35 | 28–42 |
| Rampart | N/A | N/A | 30 | 22–38 | N/A | N/A |
| Trickle Mountain | 93 | 89–97 | 53 | 45–61 | 51 | 44–58 |

[a] N/A indicates cover type did not occur in the study area.
[b] Visibility estimated based on similar conditions measured in mixed grass/shrubland at Trickle Mountain.
[c] Visibility estimated based on similar conditions measured in coniferous forest at Upper Poudre.
[d] Visibility estimated because very dense understory made measurements impractical.

BLM_0055888

We maintained the model criterion that major highways and high use roadways be considered barriers to routine movement. However, the potential for roads to function as barriers is poorly defined. In two translocation sites (Conejos and Upper Poudre), bighorn sheep used only one side of a state highway that bisected potential range. In both sites the highway coincided with a river and limited area with suitable visibility existed on the unused side of the highway, making it difficult to determine the relative contribution of each factor to the lack of use on one side of these canyons. However, average daily traffic data for these roads suggest that roads with 600 to 1,200 vehicles per day may hinder movement or act as barriers to casual crossing.

We maintained the model's criteria for winter range. The model's accuracy in predicting known winter range was variable, and no clear pattern of incorrect predictions was evident.

### Application of the Refined Model

Using the relaxed criteria, the model better distinguished between habitat at successful and failed translocation sites (Table 4). However, predicted suitable habitat at successful sites was still 37–56% less than the 17 km² area recommended in the model. In addition, a bighorn sheep herd was successfully established at Rampart with less habitat deemed suitable than at the failed Lower Lake Fork site.

### Discussion

Habitat models are important tools that facilitate objective habitat evaluation because they provide a frame-

**Table 4.** Predicted suitable bighorn sheep habitat (km²) within 24 km of the release site for seven bighorn sheep translocations in Colorado, using the refined criteria for the habitat evaluation procedure developed by Smith et al. (1991). Success was defined as population growth to ≥125 bighorn sheep. Failure was defined as site abandonment, lack of population growth, or initial growth followed by decline to ≤25 bighorn sheep.

| Study Area[a] | Translocation Results | Suitable Habitat | Winter Range | Lambing Area | Summer Range |
|---|---|---|---|---|---|
| Lone Pine | Failure | 0.01 | 0 | 0 | 0.01 |
| Lower Lake Fork[b] | Failure | 6.77 | 1.09 | 0.24 | 5.83 |
| Mesa Verde[b] | Failure | 2.13 | 0.46 | 0.06 | 1.59 |
| Monument | Failure | 0 | 0 | 0 | 0 |
| Conejos[b] | Success | 9.48 | 5.68 | 2.52 | 5.89 |
| Upper Poudre[b] | Success | 9.61 | 7.33 | 1.38 | 7.12 |
| Rampart[c] | Success | 6.25 | 0.84 | 0.33 | 5.31 |

[a] Revised analysis did not consider Trickle Mountain because the model criteria for core habitat were determined to be inappropriate.
[b] Revised analysis omitted potential for contact with domestic sheep to illustrate the performance of other parameters.
[c] Analysis was completed for the area where the introduced herd became established.

work for structuring qualitative information for decision making (Schamberger & O'Neil 1986). However, a habitat model is a simplification of the system it depicts, and will never completely reflect the real world. Smith et al. (1991) used conservative criteria as comparative standards in their bighorn sheep HEP. While this directs managers toward identifying restoration sites with adequate habitat, few areas meeting those criteria may be available. We found four areas where bighorn sheep populations that have been reestablished met less stringent criteria than those included in the model.

Clearly, bighorn sheep translocation success is influenced by factors other than those incorporated in the model. Stochastic variables, such as local weather conditions following translocations, may have affected translocation results. Various management treatments, including drug treatment for disease and population reductions, were carried out intermittently on several herds (Rampart, Trickle Mountain, and Upper Poudre). These treatments may have affected herd performance, but lack of controlled application and monitoring precludes determining effects (Bailey 1990). Furthermore, traits inherent in the founding animals may have influenced translocation results. Transplants conducted in Colorado up to 1982 used relatively few source populations (Bailey 1990). Founding animals for three of four successful translocations we evaluated came from the native Tarryall herd in Colorado, while founding animals for three of four failed translocations we evaluated came from the previously translocated Trickle Mountain herd (Tarryall source herd). While animals with outward signs of disease were not translocated, animals were not tested to rule out extant disease. Genetic differences among founding animals may have contributed to translocation results, but genetic data were not collected from source herds so this can not be evaluated. Translocations derived from a herd that initiated from a translocation have been referred to as dilution transplants (Bailey 1990); genetic diversity may be reduced in these founding animals.

### Effects of Data Scale on GIS Analyses

Results from this analysis were highly dependent upon data scale. For example, in Mesa Verde we tested the effect of using more detailed elevation data and found that the model detected 629 km² of core habitat using 1: 24,000 scale data, but only 401 km² of core habitat using 1:250,000 scale data. To evaluate each parameter consistently across study areas, we used the largest scale data available for each parameter in all study areas. This limited us to using relatively small scale (1:250,000) elevation and cover type data. While analyses that use 1: 24,000 scale data average information over 30 m pixels, those that use 1:250,000 scale data average information

BLM_0055889

over 90 m pixels. Our analysis did not detect rock out-crops that may serve as bighorn sheep escape terrain if they occurred within a pixel with average slope <27 de-grees. Small patches of escape terrain were more likely to be omitted in analyses using 1:250,000 scale data than those using 1:24,000 scale data. Similarly, 1:250,000 cover type data did not distinguish patches smaller than 16 ha. Some patches with suitable visibility were too small to be recognized, resulting in underestimates of suitable habitat.

Smith et al. (1991) based recommendations for the quantity of suitable habitat necessary to support a MVP of 125 on bighorn sheep densities reported in the litera-ture. These recommendations did not account for vari-ability due to the scale of data used for analyses. Using 1:250,000 elevation and cover type data we detected only 6.25–9.48 km$^2$ of suitable habitat at three successful translocation sites (using refined model criteria), while Smith et al. (1991) suggested 17 km$^2$ of suitable habitat are necessary. Different scale data would have yielded different results (Lam & Quattrochi 1992; Bian & Walsh 1993; Bian 1997). Therefore, it is critical that data scale be considered when recommending numerical thresh-olds for suitable habitat area based on GIS analyses. Our work suggests that when GIS analyses are con-ducted using 1:250,000 scale data, 6–9 km$^2$ may be an adequate quantity of suitable habitat for 125 bighorn sheep. More work is needed to determine requirements for different scales of analysis. While GIS analyses facil-itate evaluation of large areas of potential habitat, vari-able results based on analyses conducted at different scales could have critical implications to management decisions regarding the wisdom of attempting to re-store bighorn sheep populations.

### Model Limitations

Using our refined criteria the model provides a better basis to distinguish between potentially suitable and unsuitable translocation sites. However, the refined model remains insensitive to ≥1 area in which popula-tions have successfully been reestablished. Topographic cover is a fundamental component of bighorn sheep habitat (Buechner 1960; Geist 1971), but no standard definition has been agreed upon by different investiga-tors (McCarty & Bailey 1994). In their model, Smith et al. (1991) based habitat analysis on core habitat, defined as escape terrain (slopes >27 degrees) plus an adjacent buffer (all areas within 300 m of escape terrain, and ar-eas bounded by escape terrain on ≥2 sides up to 1,000 m wide). This definition worked well in our study areas that were characterized by well-defined canyons with patchy areas having variable horizontal visibility. How-ever, this definition was not appropriate for the highly

successful Trickle Mountain translocation site, which was characterized by widely scattered bluffs and rock outcroppings within expansive rolling hills with very high horizontal visibility. This supports the belief that requirements for escape terrain and visibility interact to provide security (McCarty & Bailey 1994), such that in areas with high visibility escape terrain requirements are reduced.

### Additional Research Needs

Additional work is needed to further strengthen the model. Research is needed to quantify criteria for sev-eral parameters (road and river barriers; detrimental elk and cattle concentrations) so potential translocation sites can be objectively evaluated. Because we evalu-ated the refined model using the same data that we used to make revisions, only the variability of the initial data is reflected. The reliability of model predictions of translocation results determined using the refined suit-ability criteria should be tested using data from inde-pendent study areas. In addition, site-specific bighorn sheep location data should be used to test the model's ability to predict site specific habitat use. We assumed the MVP of 125 used by Smith et al. (1991) is appropri-ate for bighorn sheep populations. The successful herds that we considered have maintained between 125 and 650 individuals for 20–52 years. These herds may or may not persist in the longer term. More data on big-horn sheep population persistence and the factors that control it are needed to test this assumption.

### Acknowledgments

R. Schiller and F. J. Singer provided project administra-tion and initial direction. We thank M. W. Britten for use-ful suggestions, assistance with field work and data analysis, and manuscript review. M. Bogan and M. Coughenour provided useful suggestions on conduct-ing the test. C. W. McCarty, F. J. Singer, and T. S. Smith critically reviewed versions of the manuscript. T. S. Smith provided valuable suggestions for this test and details on field application of his model. D. Duran, M. Gudorf, G. McKay, M. Reynolds, S. Shin, S. Stitt, M. Story, P. Strong, C. Theriault, and R. Thomas provided valuable GIS assistance. K. Antinucci, G. Bowser, S. Chambers, D. Hesser, M. Miller, and K. Symonds pro-vided field assistance. C. Bay assisted with graphic prep-aration. M. Elkins, J. Ellenburger, J. Garner, J. George, K. Green, T. Lytle, J. Olterman, and G. Schoonveld pro-vided translocation and population data. We are grate-ful to J. Bustos, L. Cudlip, M. Colyer, J. Cunio, T. Gra-ham, R. Harris, S. Hayes, C. Johnson, S. Petersburg, S.

BLM_0055890

Tapia, and R. Wheeler for providing data and assisting with field logistics. This work was funded by the National Park Service Rocky Mountain Regional Office.

## LITERATURE CITED

Bailey, J. A. 1990. Management of Rocky Mountain bighorn sheep herds in Colorado. Colorado Division of Wildlife Special Report 66. Denver, Colorado.

Bear, G. D., and G. W. Jones. 1973. History and distribution of bighorn sheep in Colorado. Colorado Division of Wildlife Special Report 45. Denver, Colorado.

Berger, J. 1990. Persistence of different sized populations: an empirical assessment of rapid extinctions in bighorn sheep. Conservation Biology **4**:91–98.

Berry, K. H. 1986. Introduction: development, testing, and application of wildlife-habitat models. Pages 3–4 in J. Verner, M. L. Morrison, and C. J. Ralph, editors. Wildlife 2000: modeling habitat relationships of terrestrial vertebrates. University of Wisconsin Press, Madison, Wisconsin.

Bian, L. 1997. Multiscale nature of spatial data in scaling up environmental models. Pages 13–26 in D. A. Quattrochi and M. F. Goodchild, editors. Scale in remote sensing and GIS. CRC Press, Inc., Boca Raton, Florida.

Bian, L., and S. J. Walsh. 1993. Scale dependencies of vegetation and topography in a mountainous environment of Montana. Professional Geographer **45**:1–11.

Buechner, H. K. 1960. The bighorn sheep in the United States: its past, present, and future. Wildlife Monographs 4. Wildlife Society, Bethesda, Maryland.

Chalk, D. E. 1986. Summary: developing, testing, and application of wildlife habitat models – the researcher's viewpoint. Pages 155–158 in J. Verner, M. L. Morrison, and C. J. Ralph, editors. Wildlife 2000: modeling habitat relationships of terrestrial vertebrates. University of Wisconsin Press, Madison, Wisconsin.

Ewens, W. J., P. J. Brockwell, J. M. Gani, and S. I. Resnick. 1987. Minimum viable population size in the presence of catastrophes. Pages 59–68 in M. E. Soule, editor. Viable populations for conservation. Cambridge University Press, Cambridge, UK.

Foreyt, W. J. 1990. Pneumonia in bighorn sheep: effects of *Pasteurella haemolytica* from domestic sheep and effects on survival and long-term reproduction. Biennial Symposium of the Northern Wild Sheep and Goat Council **7**:92–101.

Geist, V. 1971. Mountain Sheep: a study in behavior and evolution. University of Chicago Press, Chicago, Illinois.

Geist, V. 1975. On the management of mountain sheep: theoretical considerations. Pages 77–98 in J. B. Trefethen, editor. The wild sheep of modern North America. Boone and Crockett Club, Alexandria, Virginia.

Goodson, N. J. 1994. Persistence and population size in mountain sheep: why different interpretations. Conservation Biology **8**:617–618.

Helvie, J. B. 1971. Bighorns and fences. Desert Bighorn Council Transactions **30**:53–62.

Johnson, T. L. 1995. A test of a habitat evaluation procedure for Rocky Mountain bighorn sheep. Master's Thesis. Colorado State University, Fort Collins, Colorado.

Krausman, P. R., R. C. Etchberger, and R. M. Lee. 1993. Persistence of mountain sheep. Conservation Biology **7**:219.

Lam, N., and D. A. Quattrochi. 1992. On the issues of scale, resolution, and fractal analysis in the mapping sciences. Professional Geographer **44**:88–98.

McCarty, C. W., and J. A. Bailey. 1994. Habitat requirements of desert bighorn sheep. Colorado Division of Wildlife Special Report 69. Denver, Colorado.

Rowland, M. M., and J. L. Schmidt. 1981. Transplanting desert bighorn sheep - a review. Desert Bighorn Council Transactions **40**:25–28.

Schamberger, M. L., and L. J. O'Neil. 1986. Concepts and constraints of habitat model testing. Pages 5–10 in J. Verner, M. L. Morrison, and C. J. Ralph, editors. Wildlife 2000: modeling habitat relationships of terrestrial vertebrates. University of Wisconsin Press, Madison, Wisconsin.

Smith T. S., and J. T. Flinders. 1991. The bighorn sheep of Bear Mountain: ecological investigations and management recommendations. Final report. Utah Division of Wildlife Resources, Salt Lake City, Utah.

Smith, T. S., J. T. Flinders, and D. W. Olsen. 1988. Status and distribution of Rocky Mountain bighorn sheep in Utah. Biennial Symposium of the Northern Wild Sheep and Goat Council **6**:5–12.

Smith, T. S., J. T. Flinders, and D. S. Winn. 1991. A habitat evaluation procedure for Rocky Mountain bighorn sheep in the Intermountain West. Great Basin Naturalist **51**:205–225.

U.S. Fish and Wildlife Service. 1980. Habitat as a basis for environmental assessment. Ecological Services Manual 101, Washington, D.C., USA.

Wakelyn, L. A. 1987. Changing habitat conditions on bighorn sheep ranges in Colorado. Journal of Wildlife Management **51**:904–912.

Wishart, W. 1978. Bighorn Sheep. Pages 161–171 in J. L. Schmidt and D. L. Gilbert, editors. Big Game of North America. Stackpole Books, Harrisburg, Pennsylvania.

BLM_0055891

10/31/2014                                  American Fisheries Society Portal

**Cookies Notification**

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Find out more. | Accept |

Home > List of Issues > Table of Contents > Effect of Suspended Sediment on Vulnerability of Young Razorback Suckers to Predation

Browse journal

**View all volumes and issues**

**Current issue**

**Most read articles**

**Most cited articles**

Authors and submissions

Subscribe

About this journal

Visit the AFS website

Contact us

Join AFS

## Transactions of the American Fisheries Society

**Volume 128, Issue 4, 1999**

| Select Language ▼ |

Translator disclaimer



# Effect of Suspended Sediment on Vulnerability of Young Razorback Suckers to Predation

**DOI:**
        10.1577/1548-8659(1999)128<0648:EOSSOV>2.0.CO;2

James E. Johnson[a] & Robert T. Hines[a]

pages 648-655

**Publishing models and article dates explained**

- Received: 27 Mar 1998
- Accepted: 18 Sep 1998
- Published online: 09 Jan 2011

**Article Views:** 57

Preview View full text Download full text
Access Options

Al

- TOC email alert
- TOC RSS feed
- Citation email alert
- Citation RSS feed

BLM_0055892

## Abstract

The decline of native fishes in North America is principally a result of altered habitats, and the impact of mainstream dams has accounted for many of the habitat changes. Diminished turbidity, and introduced nonnative predators were investigated as possible reasons for the decline of endangered razorback suckers *Xyrauchen texanus* in the Colorado River. In laboratory tests, young razorback suckers selected clear water over two water samples with higher concentrations of suspended sediment. In clear water, however, young razorback suckers were extremely susceptible to predation; native Colorado squawfish *Ptychocheilus lucius* consumed 90% of test razorback suckers, and nonnative green sunfish *Lepomis cyanellus* consumed 99.6%. As turbidity increased, razorback sucker predator avoidance improved and differences in predator success disappeared. Winter–spring spawning by razorback suckers in Lake Mohave, along with the extreme susceptibility of larvae to predation in clear water, may account for total recruitment failure in that lake. However, in upper basin rivers, suspended sediments remain high enough to limit predation by fishes tested, suggesting that other impacts, including contaminants and lack of floodplain habitat, may be thwarting recruitment in those rivers.

- View full text
- Download full text
- 

## Related articles

View all related articles

- 

- Add to shortlist
- Link

  **Permalink**

  http://dx.doi.org/10.1577/1548-8659(1999)128<0648:EOSSOV>2.0.CO;2

- Download Citation

- Recommend to:
- A friend

# First page preview

Close
Download full text

BLM_0055893

*Transactions of the American Fisheries Society* 128:648–655, 1999
American Fisheries Society 1999

# Effect of Suspended Sediment on
# Vulnerability of Young Razorback Suckers to Predation

JAMES E. JOHNSON* AND ROBERT T. HINES

*U.S. Geological Survey, Biological Resources Division,*
*Arkansas Cooperative Fish and Wildlife Research Unit,*
*University of Arkansas, Fayetteville, Arkansas 72701, USA*

*Abstract.*—The decline of native fishes in North America is principally a result of altered habitats, and the impact of mainstream dams has accounted for many of the habitat changes. Diminished turbidity, and introduced nonnative predators were investigated as possible reasons for the decline of endangered razorback suckers *Xyrauchen texanus* in the Colorado River. In laboratory tests, young razorback suckers selected clear water over two water samples with higher concentrations of suspended sediment. In clear water, however, young razorback suckers were extremely susceptible to predation; native Colorado squawfish *Ptychocheilus lucius* consumed 90% of test razorback suckers, and nonnative green sunfish *Lepomis cyanellus* consumed 99.6%. As turbidity increased, razorback sucker predator avoidance improved and differences in predator success disappeared. Winter–spring spawning by razorback suckers in Lake Mohave, along with the extreme susceptibility of larvae to predation in clear water, may account for total recruitment failure in that lake. However, in upper basin rivers, suspended sediments remain high enough to limit predation by fishes tested, suggesting that other impacts, including contaminants and lack of floodplain habitat, may be thwarting recruitment in those rivers.

Native fishes of North America are declining, in large part due to extensive physical, chemical, and biological alteration of aquatic habitats (Ono et al. 1983; Johnson 1987; Williams et al. 1989; Warren and Burr 1994). Dams have expedited this deterioration, directly by blocking fish movement (Collins 1976; Hubbs and Pigg 1976; Pflieger 1998) and inundating habitat (Minckley and Deacon 1968; Holden 1979), and indirectly by stabilizing the natural physical and chemical dynamics of rivers (Hanna 1979; Turner and Karpiscak 1980). Less consideration has been given to how introduction of nonnative fishes has effected native fishes (Marsh and Langhorst 1988; Williams et al. 1989; Johnson et al. 1993) or how the synergy of alien species and physical changes, such as changes in turbidity (Cole 1981; Cross and Moss 1987; Minckley and Deacon 1991), may influence survival of native fishes.

Before construction of dams, the Colorado River and its larger tributaries supported a distinctive assemblage of native fishes (Carlson and Muth 1989), most now listed as endangered (USFWS 1995). These include four "big river" species, the Colorado squawfish *Ptychocheilus lucius*, the humpback chub *Gila cypha*, the bonytail chub *G. elegans*, and the razorback sucker *Xyrauchen texanus*, all with unique adaptations to harsh riverine

* Corresponding author: jjohnson@comp.uark.edu

Received March 27, 1998; accepted September 18, 1998

environments (Hubbs 1940; Minckley 1973; Vogel 1994). Now relegated to clear reservoirs and altered streams below them, these fish are subjected to vastly different environmental stresses than those under which they evolved (Cole 1981; Johnson and Rinne 1982; Carlson and Muth 1989).

The razorback sucker is a monotypic, endemic catostomid (Minckley 1983; Minckley et al. 1991), characterized by large size (attaining lengths of 0.75 m), flattened head, and a pronounced keel anterior to the dorsal fin. Historically, the razorback sucker was abundant from the Green River in Wyoming to the Gulf of California (McAda 1977; USFWS 1991). A few adult fish remain in the lower Colorado River basin, with perhaps 25,000 fish in Lake Mohave (Marsh 1994; Mueller 1995) and 500 fish in Lake Mead (P. Marsh, Arizona State University, personal communication). Razorback sucker larvae are abundant in Lake Mohave, but few larger than 20 mm have been collected (Marsh and Langhorst 1988; Mueller 1995), and adult fish are believed to persevere from reproductive events before, or soon after, dam closure in 1953 (McCarthy and Minckley 1987; Minckley et al. 1991). In the upper Colorado basin, Lanigan and Tyus (1989) estimated the number of adult razorback suckers in the Green River to be 984 ± 190 (95% confidence interval) fish, and Modde et al. (1996) estimated the population to be 524 ± 173 fish. A few adults also persist in the upper Colorado and San Juan rivers (USFWS

648

**Sorry, you do not have access to this article.**

**How to gain access:**

**Recommend to your librarian** that your institution purchase access to this publication.

BLM_0055894

10/31/2014                                American Fisheries Society Portal

**Log in**

If you already have an individual subscription, please log in using your Taylor & Francis Online ID to gain access.

| Email Address | | Password Forgot password | | ☐ Remember Me | Sign in |
|---|---|---|---|---|---|

- Forgot password
- Register

| Purchase options | Price * | |
|---|---|---|
| ○ Issue Purchase | **USD 101.00** | |
| ○ Article Purchase | **USD 25.00** | |
| Add to cart | | |
| *Local tax will be added as applicable | | |

- Information
- Full text
- References
- Citations
- Reprints & permissions

## Details

- **Citation information:** Web of Science ®
- **Received:** 27 Mar 1998
- **Accepted:** 18 Sep 1998
- **Published online:** 09 Jan 2011



Taylor & Francis
Taylor & Francis Group

## Author affiliations

- [a] U.S. Geological Survey, Biological Resources Division , Arkansas Cooperative Fish and Wildlife Research Unit, University of Arkansas , Fayetteville, Arkansas, 72701, USA

BLM_0055895



An evaluation of the status, life history, and habitat requirements of endangered and threatened fishes of the upper Colorado River system

Western Energy and Land Use Team.

Reprint from the collections of the University of California Libraries

BLM_0055896



# Global Climate Change Impacts in the United States

U.S. GLOBAL CHANGE
RESEARCH PROGRAM

BLM_0055897

BLM_0055898

# Global Climate Change Impacts in the United States



A State of Knowledge Report from the
U.S. Global Change Research Program

      

BLM_0055899

The full report can be found online at www.globalchange.gov/usimpacts

CAMBRIDGE UNIVERSITY PRESS
Cambridge, New York, Melbourne, Madrid, Cape Town, Singapore, São Paulo, Delhi

Cambridge University Press
32 Avenue of the Americas, New York, NY 10013-2473, USA

www.cambridge.org
Information on this title: www.cambridge.org/9780521144070

This report was produced by an advisory committee chartered under the Federal Advisory Committee Act, for the Subcommittee on Global Change Research, and at the request of the U.S. Government. Therefore, the report is in the public domain. Some materials used in the report are copyrighted and permission was granted to the U.S. government for their publication in this report. For subsequent uses that include such copyrighted materials, permission for reproduction must be sought from the copyright holder. In all cases, credit must be given for copyrighted materials.

First published 2009

Printed in the United States of America

A catalog record for this publication is available from the British Library.

ISBN 978-0-521-14407-0 paperback

Cambridge University Press has no responsibility for the persistence or accuracy of URLs for external or third-party Internet Web sites referred to in this publication and does not guarantee that any content on such Web sites is, or will remain, accurate or appropriate. Information regarding prices, travel timetables, and other factual information given in this work are correct at the time of first printing, but Cambridge University Press does not guarantee the accuracy of such information thereafter.

Recommended Citation:

Global Climate Change Impacts in the United States, Thomas R. Karl, Jerry M. Melillo, and Thomas C. Peterson, (eds.). Cambridge University Press, 2009.

The bars at the bottom of the front cover show the global annual average temperature from 1900-2008, see page 17.

BLM_0055900

# Federal Advisory Committee Authors

## Co-Chairs and Editors-in-Chief

Thomas R. Karl,
NOAA National Climatic Data Center

Jerry M. Melillo,
Marine Biological Laboratory

Thomas C. Peterson,
NOAA National Climatic Data Center

## Author Team

David M. Anderson,
NOAA World Data Center for
Paleoclimatology

Donald F. Boesch,
University of Maryland Center for
Environmental Science

Virginia R. Burkett,
U.S. Geological Survey

Lynne M. Carter,
Adaptation Network, Louisiana
State University

Stewart J. Cohen,
Environment Canada and University of
British Columbia

Nancy B. Grimm,
Arizona State University

Jerry L. Hatfield,
U.S. Department of Agriculture

Katharine Hayhoe,
Texas Tech University

Anthony C. Janetos,
Pacific Northwest National Laboratory

Jack A. Kaye,
National Aeronautics and Space
Administration

Jay H. Lawrimore,
NOAA National Climatic Data Center

James J. McCarthy,
Harvard University

A. David McGuire,
U.S. Geological Survey/University of
Alaska Fairbanks

Edward L. Miles,
University of Washington

Evan Mills,
Lawrence Berkeley National Laboratory

Jonathan T. Overpeck,
University of Arizona

Jonathan A. Patz,
University of Wisconsin at Madison

Roger S. Pulwarty,
NOAA Climate Program Office and Earth
System Research Laboratory

Benjamin D. Santer,
Lawrence Livermore National Laboratory

Michael J. Savonis,
U.S. Department of Transportation

H. Gerry Schwartz, Jr.,
Consultant/Transportation

Eileen L. Shea,
NOAA National Climatic Data Center/
Integrated Data and Environmental
Applications Center

John M.R. Stone,
Carleton University

Bradley H. Udall,
University of Colorado/NOAA Earth
System Research Laboratory

John E. Walsh,
University of Alaska Fairbanks

Michael F. Wehner,
Lawrence Berkeley National Laboratory

Thomas J. Wilbanks,
Oak Ridge National Laboratory

Donald J. Wuebbles,
University of Illinois

# Senior Science Writer and Lead Graphic Designer

## Senior Science Writer

Susan J. Hassol,
Climate Communication, LLC

## Lead Graphic Designer

Sara W. Veasey,
NOAA National Climatic Data Center

# Key Support Personnel

Jessica Blunden, Editorial Assistant,
STG, Inc.

Marta Darby, Copy Editor, STG, Inc.

David Dokken, CCSP Technical
Advisor, USGCRP

Byron Gleason, Data Analysis/Visualization,
NOAA National Climatic Data Center

Glenn M. Hyatt, Graphics Support,
NOAA National Climatic Data Center

Clare Keating, Editorial Support,
Texas Tech University

Staci Lewis, Technical Advisor,
NOAA

Jolene McGill, Logistical Support,
NOAA National Climatic Data Center

Deborah J. Misch, Graphics Support,
STG, Inc.

William Murray, Technical Support,
STG, Inc.

Susan Osborne, Copy Editor,
STG, Inc.

Tim Owen, Logistical Support,
NOAA National Climatic Data Center

Ray Payne, Printing Support
NOAA Nationa Climatic Data Center

Deborah Riddle, Graphics Support,
NOAA National Climatic Data Center

Susanne Skok, Copy Editor,
STG, Inc.

Mara Sprain, Editorial Support,
STG, Inc.

Michael Squires, Cartographic Support,
NOAA National Climatic Data Center

Jeff VanDorn, Technical and Graphics Support,
ATMOS Research

David Wuertz, Data Analysis/Visualization,
NOAA National Climatic Data Center

Christian Zamarra, Graphics Support,
STG, Inc.

BLM_0055901

## Federal Executive Team

Acting Director, U.S. Global Change Research Program: ..................................................................Jack A. Kaye

Director, U.S. Global Change Research Program Office: ..................................................................Peter A. Schultz

Lead Agency Principal Representative to CCSP (through January 2009),
National Oceanic and Atmospheric Administration: ..................................................................Mary M. Glackin

Lead Agency Principal Representative to CCSP,
Product Lead, National Oceanic and Atmospheric Administration: ..................................................................Thomas R. Karl

Lead Agency Principal Representative to CCSP,
Group Chair Synthesis and Assessment Products, Environmental Protection Agency: ..........................................Michael W. Slimak

Synthesis and Assessment Product Coordinator,
U.S. Global Change Research Program Office: ..................................................................Fabien J.G. Laurier

Communications Advisor/Coordinator/Editor,
U.S. Global Change Research Program Office: ..................................................................Anne M. Waple

Special Advisor, National Oceanic and Atmospheric Administration: ..................................................................Chad A. McNutt

Federal Advisory Committee Designated Federal Official,
National Oceanic and Atmospheric Administration: ..................................................................Christopher D. Miller

## Reviewers

### Blue Ribbon Reviewers

Robert W. Corell,
   Global Change Program, H. John Heinz III
   Center for Science, Economics and the
   Environment

Robert A. Duce,
   Department of Atmospheric Sciences,
   Texas A&M University

Kristie L. Ebi,
   Independent consultant, ESS, LLC
   Alexandria, VA

Christopher B. Field,
   Carnegie Institution

William H. Hooke,
   Atmospheric Policy Program, American
   Meteorological Society

Michael C. MacCracken,
   Climate Institute

Linda O. Mearns,
   Environmental and Societal Impacts
   Group, National Center for Atmospheric
   Research

Gerald A. Meehl,
   Climate and Global Dynamics Division,
   National Center for Atmospheric Research

John Reilly,
   Sloan School of Management,
   Massachusetts Institute of Technology

Susan Solomon,
   NOAA, Earth System Research
   Laboratory

Steven C. Wofsy,
   Harvard University

### Communication Reviewers

Robert Henson,
   University Corporation for Atmospheric Research

Jack W. Williams,
   American Meteorological Society

This report on Global Climate Change Impacts in the United States was prepared in accordance with Section 515 of the Treasury and General Government Appropriations Act for Fiscal Year 2001 (Public Law 106-554) and the information quality act guidelines issued by the Department of Commerce and NOAA pursuant to Section 515 <http://www.noaanews.noaa.gov/stories/iq.htm>.

BLM_0055902

 

June 2009

Members of Congress:

On behalf of the National Science and Technology Council, the U.S. Global Change Research Program is pleased to transmit to the President and the Congress this state of knowledge report: "*Global Climate Change Impacts in the United States.*" This report summarizes the science of climate change and the impacts of climate change on the United States, now and in the future.

As our nation strives to develop effective policies to respond to climate change, it is critical to have the latest and best scientific information to inform decision making. More than a year in the making, this report provides that information. It is the first report in almost a decade to provide an extensive evaluation of climate change impacts on the United States at the regional level.

An expert team of scientists operating under the authority of the Federal Advisory Committee Act, assisted by communication specialists, wrote the document. The report was reviewed and revised based on comments from experts and the public in accordance with the Information Quality Act guidelines issued by the Department of Commerce and the National Oceanic and Atmospheric Administration.

We highly commend the authors and support personnel of both this report and the underlying Synthesis and Assessment Products for the outstanding quality of their work in providing sound and thorough science-based information for policy formulation and climate change research priority setting. We intend to use the essential information contained in this report as we make policies and decisions about the future, and we recommend others do the same.

Sincerely,

Dr. John Holdren
Director,
Office of Science and Technology Policy

Dr. Jane Lubchenco
Administrator,
National Oceanic and Atmospheric Administration

BLM_0055903

CONTENTS

**About this Report** ............................................................. 7

**Executive Summary** ......................................................... 9

Global Climate Change ...................................................... 13

National Climate Change ................................................... 27

**Climate Change Impacts by Sector**

Water Resources ................................................................ 41

Energy Supply and Use ..................................................... 53

Transportation .................................................................. 61

Agriculture ........................................................................ 71

Ecosystems ........................................................................ 79

Human Health .................................................................... 89

Society ............................................................................... 99

BLM_0055904

## CONTENTS



# Regional Climate Change Impacts

Northeast...................................................................107

Southeast...................................................................111

Midwest......................................................................117

Great Plains...............................................................123

Southwest..................................................................129

Northwest..................................................................135

Alaska........................................................................139

Islands.......................................................................145

Coasts.......................................................................149

# An Agenda for Climate Impacts Science ...........153

# Concluding Thoughts ........................................157

Author Team Biographies....................................159

Primary Sources of Information .........................161

Acronyms and Abbreviations .............................164

References ...............................................................165

Photo and Figure Credits....................................188



BLM_0055906