amount of water plants use and water availability over time and space. The ability to anticipate vegetation changes at local scales and over shorter periods is limited because at these scales the response of vegetation to global-scale changes depends on a variety of local processes including the rate of disturbances such as fire and grazing, and the rate at which plant species can move across sometimes-fragmented landscapes. Nevertheless, some general patterns of vegetation change are beginning to emerge. For example, experiments indicate that a higher carbon dioxide concentration favors weeds and invasive plants over native species because invasives have traits (such as rapid growth rate and prolific seed production) that allow a larger growth response to carbon dioxide. In addition, the effect of a higher carbon dioxide concentration on plant species composition appears to be greatest where the land has been disturbed (such as by fire or grazing) and nutrient and light availability are high.[193]



Increases in temperature lengthen the growing season, and thus are likely to extend forage production into the late fall and early spring. However, overall productivity remains dependent on precipitation during the growing season.[193]

### Increased heat, disease, and weather extremes are likely to reduce livestock productivity.

Like human beings, cows, pigs, and poultry are warm-blooded animals that are sensitive to heat. In terms of production efficiency, studies show that the negative effects of hotter summers will outweigh the positive effects of warmer winters. The more the U.S. climate warms, the more production will fall. For example, an analysis projected that a warming in the range of 9 to 11°F (as in the higher emissions scenarios[91]) would cause a 10 percent decline in livestock yields in cow/calf and dairy operations in Appalachia, the Southeast (including the Mississippi Delta), and southern Plains regions, while a warming of 2.7°F would cause less than a 1 percent decline.

Temperature and humidity interact to cause stress in animals, just as in humans; the higher the heat and humidity, the greater the stress and discomfort,

and the larger the reduction in the animals' ability to produce milk, gain weight, and reproduce. Milk production declines in dairy operations, the number of days it takes for cows to reach their target weight grows longer in meat operations, conception rate in cattle falls, and swine growth rates decline due to heat. As a result, swine, beef, and milk production are all projected to decline in a warmer world.[193]

The projected increases in air temperatures will negatively affect confined animal operations (dairy, beef, and swine) located in the central United States, increasing production costs as a result of reductions in performance associated with lower feed intake and increased requirements for energy to maintain healthy livestock. These costs do not account for the increased death of livestock associated with extreme weather events such as heat waves. Nighttime recovery is an essential element of survival when livestock are stressed by extreme heat. A feature of recent heat waves is the lack of nighttime relief. Large numbers of deaths have occurred in recent heat waves, with individual states reporting losses of 5,000 head of cattle in a single heat wave in one summer.[193]

Warming also affects parasites and disease pathogens. The earlier arrival of spring and warmer winters allow greater proliferation and survival of parasites and disease pathogens.[193] In addition, changes in rainfall distributions are likely to lead to changes in diseases sensitive to moisture. Heat stress reduces animals' ability to cope with other stresses, such as diseases and parasites. Furthermore, changes in rainfall distributions could lead to changes in diseases sensitive to relative humidity.

Maintaining livestock production would require modifying facilities to reduce heat stress on animals, using the best understanding of the chronic and acute stresses that livestock will encounter to determine the optimal modification strategy.[193]

Changing livestock species as an adaptation strategy is a much more extreme, high-risk, and, in most cases, high-cost option than changing crop varieties. Accurate predictions of climate trends and development of the infrastructure and market for the new livestock products are essential to making this an effective response.

BLM_0055978



# Ecosystems

**Key Messages:**

- Ecosystem processes, such as those that control growth and decomposition, have been affected by climate change.
- Large-scale shifts have occurred in the ranges of species and the timing of the seasons and animal migration, and are very likely to continue.
- Fires, insect pests, disease pathogens, and invasive weed species have increased, and these trends are likely to continue.
- Deserts and drylands are likely to become hotter and drier, feeding a self-reinforcing cycle of invasive plants, fire, and erosion.
- Coastal and near-shore ecosystems are already under multiple stresses. Climate change and ocean acidification will exacerbate these stresses.
- Arctic sea ice ecosystems are already being adversely affected by the loss of summer sea ice and further changes are expected.
- The habitats of some mountain species and coldwater fish, such as salmon and trout, are very likely to contract in response to warming.
- Some of the benefits ecosystems provide to society will be threatened by climate change, while others will be enhanced.

**Key Sources**



The natural functioning of the environment provides both goods – such as food and other products that are bought and sold – and services, which our society depends upon. For example, ecosystems store large amounts of carbon in plants and soils; they regulate water flow and water quality; and they stabilize local climates. These services are not assigned a financial value, but society nonetheless depends on them. Ecosystem processes are the underpinning of these services: photosynthesis, the process by which plants capture carbon dioxide from the atmosphere and create new growth; the plant and soil processes that recycle nutrients from decomposing matter and maintain soil fertility; and the processes by which plants draw water from soils and return water to the atmosphere. These ecosystem processes are affected by climate and by the concentration of carbon dioxide in the atmosphere.[70]

The diversity of living things (biodiversity) in ecosystems is itself an important resource that maintains the ability of these systems to provide the services upon which society depends. Many factors affect biodiversity including: climatic conditions; the influences of competitors, predators, parasites, and diseases; disturbances such as fire; and other physical factors. Human-induced climate change,

in conjunction with other stresses, is exerting major influences on natural environments and biodiversity, and these influences are generally expected to grow with increased warming.[70]

## Ecosystem processes, such as those that control growth and decomposition, have been affected by climate change.

Climate has a strong influence on the processes that control growth and development in ecosystems. Temperature increases generally speed up plant growth, rates of decomposition, and how rapidly the cycling of nutrients occurs, though other factors, such as whether sufficient water is available, also influence these rates. The growing season is lengthening as higher temperatures occur earlier in the spring. Forest growth has risen over the past several decades as a consequence of a number of factors – young forests reaching maturity, an increased concentration of carbon dioxide in the atmosphere, a longer growing season, and increased deposition of nitrogen from the atmosphere. Based on the current understanding of these processes, the individual effects are difficult to disentangle.[243]

**79**

BLM_0055979



### Butterfly Range Shifts Northward

**% extinctions**
> 70 %
35 - 55 %
< 20 %

Parmesan[244]

As climate warms, many species in the United States are shifting their ranges northward and to higher elevations. The map shows the response of Edith's checkerspot butterfly populations to a warming climate over the past 136 years in the American West. Over 70 percent of the southernmost populations (shown in yellow) have gone extinct. The northernmost populations and those above 8,000 feet elevation in the cooler climate of California's Sierra Nevada (shown in green) are still thriving. These differences in numbers of population extinctions across the geographic range of the butterfly have resulted in the average location shifting northward and to higher elevations over the past century, illustrating how climate change is altering the ranges of many species. Because their change in range is slow, most species are not expected to be able to keep up with the rapid climate change projected in the coming decades.[244]



A higher atmospheric carbon dioxide concentration causes trees and other plants to capture more carbon from the atmosphere, but experiments show that trees put much of this extra carbon into producing fine roots and twigs, rather than new wood. The effect of carbon dioxide in increasing growth thus seems to be relatively modest, and generally is seen most strongly in young forests on fertile soils where there is also sufficient water to sustain this growth. In the future, as atmospheric carbon dioxide continues to rise, and as climate continues to change, forest growth in some regions is projected to increase, especially in relatively young forests on fertile soils.[243]

Forest productivity is thus projected to increase in much of the East, while it is projected to decrease in much of the West where water is scarce and projected to become more so. Wherever droughts increase, forest productivity will decrease and tree death will increase. In addition to occurring in much of the West, these conditions are projected to occur in parts of Alaska and in the eastern part of the Southeast.[243]

### Large-scale shifts have occurred in the ranges of species and the timing of the seasons and animal migration, and are very likely to continue.

Climate change is already having impacts on animal and plant species throughout the United States. Some of the most obvious changes are related to the timing of the seasons: when plants bud in spring, when birds and other animals migrate, and so on. In the United States, spring now arrives an average of 10 days to two weeks earlier than it did 20 years ago. The growing season is lengthening over much of the continental United States. Many migratory bird species are arriving earlier. For example, a study of northeastern birds that migrate long distances found that birds wintering in the southern United States now arrive back in the Northeast an average of 13 days earlier than they did during the first half of the last century. Birds wintering in South America arrive back in the Northeast an average of four days earlier.[70]

Another major change is in the geographic distribution of species. The ranges of many species in the United States have shifted northward and upward in elevation. For example, the ranges of many butterfly species have expanded northward, contracted at the southern edge, and shifted to higher elevations as warming has continued. A study of Edith's checkerspot butterfly showed that 40 percent of the populations below 2,400 feet have gone extinct, despite the availability of otherwise suitable habitat and food supply. The checkerspot's most southern populations also have gone extinct, while new populations have been established north of the previous northern boundary for the species.[70]

For butterflies, birds, and other species, one of the concerns with such changes in geographic range and timing of migration is the potential for mismatches between species and the resources they need to survive. The rapidly changing landscape, such as new highways and expanding urban areas, can create barriers that limit habitat and increase species loss. Failure of synchronicity between butterflies and the resources they depend

BLM_0055980

upon has led to local population extinctions of the checkerspot butterfly during extreme drought and low-snowpack years in California.[70]

### Tree species shifts

Forest tree species also are expected to shift their ranges northward and upslope in response to climate change, although specific quantitative predictions are very difficult to make because of the complexity of human land use and many other factors. This would result in major changes in the character of U.S. forests and the types of forests that will be most prevalent in different regions. In the United States, some common forests types are projected to expand, such as oak-hickory; others are projected to contract, such as maple-beech-birch. Still others, such as spruce-fir, are likely to disappear from the United States altogether.[243]

In Alaska, vegetation changes are already underway due to warming. Tree line is shifting northward into tundra, encroaching on the habitat for many migratory birds and land animals such as caribou that depend on the open tundra landscape.[245]

### Marine species shifts and effects on fisheries

The distribution of marine fish and plankton are predominantly determined by climate, so it is not surprising that marine species in U.S. waters are moving northward and that the timing of plankton blooms is shifting. Extensive shifts in the ranges and distributions of both warmwater and coldwater species of fish have been documented.[70] For example, in the waters around Alaska, climate change already is causing significant alterations in marine ecosystems with important implications for fisheries and the people who depend on them (see *Alaska* region).

In the Pacific, climate change is expected to cause an eastward shift in the location of tuna stocks.[246] It is clear that such shifts are related to climate, including natural modes of climate variability such as the cycles of El Niño and La Niña. However, it is unclear how these modes of ocean variability will change as global climate continues to change, and therefore it is very difficult to predict quantitatively how

marine fish and plankton species' distributions might shift as a function of climate change.[70]

### Breaking up of existing ecosystems

As warming drives changes in timing and geographic ranges for various species, it is important to note that entire communities of species do not shift intact. Rather, the range and timing of each species shifts in response to its sensitivity to climate change, its mobility, its lifespan, and the availability of the resources it needs (such as soil, moisture, food, and shelter). The speed with which species can shift their ranges is influenced by factors including their size, lifespan, and seed dispersal techniques in plants. In addition, migratory pathways must be available, such as northward flowing rivers which serve as conduits for fish. Some migratory pathways may be blocked by development and habitat fragmentation. All of these variations result in the breakup of existing ecosystems and formation of new ones, with unknown consequences.[220]

### Extinctions and climate change

Interactions among impacts of climate change and other stressors can increase the risk of species extinction. Extinction rates of plants and animals have already risen considerably, with the vast majority of these extinctions attributed to loss of habitat or over-exploitation.[247] Climate change has been identified as a serious risk factor for the fu-





Projected Shifts in Forest Types

Recent Past 1960-1990          Projected 2070-2100

White-Red-Jack Pine
Spruce-Fir
Longleaf-Slash Pine
Loblolly-Shortleaf Pine
Oak-Pine
Oak-Hickory
Oak-Gum-Cypress
Elm-Ash-Cottonwood
Maple-Beech-Birch
Aspen-Birch
No Data

NAST[219]

The maps show current and projected forest types. Major changes are projected for many regions. For example, in the Northeast, under a mid-range warming scenario, the currently dominant maple-beech-birch forest type is projected to be completely displaced by other forest types in a warmer future.[243]

**81**

BLM_0055981

ture, however, since it is one of the environmental stresses on species and ecosystems that is continuing to increase.[247] The Intergovernmental Panel on Climate Change has estimated that if a warming of 3.5 to 5.5°F occurs, 20 to 30 percent of species that have been studied would be in climate zones that are far outside of their current ranges, and would therefore likely be at risk of extinction.[248] One reason this percentage is so high is that climate change would be superimposed on other stresses including habitat loss and continued overharvesting of some species, resulting in considerable stress on populations and species.

### Fires, insect pests, disease pathogens, and invasive weed species have increased, and these trends are likely to continue.



#### Forest fires
In the western United States, both the frequency of large wildfires and the length of the fire season have increased substantially in recent decades, due primarily to earlier spring snowmelt and higher spring and summer temperatures.[294] These changes in climate have reduced the availability of moisture, drying out the vegetation that provides the fuel for fires. Alaska also has experienced large increases in fire, with the area burned more than doubling in recent decades. As in the western United States, higher air temperature is a key factor. In Alaska, for example, June air temperatures alone explained approximately 38 percent of the increase in the area burned annually from 1950 to 2003.[243]



**Size of U.S. Wildfires, 1983 to 2008**

5-year average

National Interagency Fire Center[249]

Data on wildland fires in the United States show that the number of acres burned per fire has increased since the 1980s.

#### Insect pests
Insect pests are economically important stresses on forest ecosystems in the United States. Coupled with pathogens, they cost $1.5 billion in damage per year. Forest insect pests are sensitive to climatic variations in many stages of their lives. Changes in climate have contributed significantly to several major insect pest outbreaks in the United States and Canada over the past several decades. The mountain pine beetle has infested lodgepole pine in British Columbia. Over 33 million acres of forest have been affected, by far the largest such outbreak in recorded history. Another 1.5 million acres have been infested by pine beetle in Colorado. Spruce beetle has affected more than 2.5 million acres in Alaska (see *Alaska* region) and western Canada. The combination of drought and high temperatures also has led to serious insect infestations and death of piñon pine in the Southwest, and to various insect pest attacks throughout the forests of the eastern United States.[243]

Rising temperatures increase insect outbreaks in a number of ways. First, winter temperatures above a certain threshold allow more insects to survive the cold season that normally limits their numbers. Second, the longer warm season allows them to develop faster, sometimes completing two life cycles instead of one in a single growing season. Third, warmer conditions help expand their ranges northward. And fourth, drought stress reduces trees' ability to resist insect attack (for example, by pushing back against boring insects with the pressure of their sap). Spruce beetle, pine beetle, spruce budworm, and woolly adelgid (which attacks eastern hemlocks) are just some of the insects that are proliferating in the United States, devastating many forests. These outbreaks are projected to increase with ongoing warming. Trees killed by insects also provide more dry fuel for wildfires.[70,243,250]

#### Disease pathogens and their carriers
One consequence of a longer, warmer growing season and less extreme cold in winter is that opportunities are created for many insect pests and disease pathogens to flourish. Accumulating evidence links the spread of disease pathogens to a warming climate. For example, a recent study showed that widespread amphibian extinctions in the mountains of Costa Rica are linked to changes in climatic

BLM_0055982

conditions which are thought to have enabled the proliferation of an amphibian disease.[70,251]

Diseases that affect wildlife and the living things that carry these diseases have been expanding their geographic ranges as climate heats up. Depending on their specific adaptations to current climate, many parasites, and the insects, spiders, and scorpions that carry and transmit diseases, die or fail to develop below threshold temperatures. Therefore, as temperatures rise, more of these disease-carrying creatures survive. For some species, rates of reproduction, population growth, and biting, tend to increase with increasing temperatures, up to a limit. Some parasites' development rates and infectivity periods also increase with temperature.[70] An analysis of diseases among marine species found that diseases were increasing for mammals, corals, turtles, and mollusks, while no trends were detected for sharks, rays, crabs, and shrimp.[70]

### Invasive plants

Problems involving invasive plant species arise from a mix of human-induced changes, including disturbance of the land surface (such as through over grazing or clearing natural vegetation for development), deliberate or accidental transport of non-native species, the increase in available nitrogen through over-fertilization of crops, and the rising carbon dioxide concentration and the resulting climate change.[243] Human-induced climate change is not generally the initiating factor, nor the most important one, but it is becoming a more important part of the mix.

The increasing carbon dioxide concentration stimulates the growth of most plant species, and some invasive plants respond with greater growth rates than native plants. Beyond this, invasive plants appear to better tolerate a wider range of environmental conditions and may be more successful in a warming world because they can migrate and establish themselves in new sites more rapidly than native plants.[70] They are also not usually dependent on external pollinators or seed dispersers to reproduce. For all of these reasons, invasive plant species present a growing problem that is extremely difficult to control once unleashed.[70]

## Deserts and drylands are likely to become hotter and drier, feeding a self-reinforcing cycle of invasive plants, fire, and erosion.



The arid Southwest is projected to become even drier in this century. There is emerging evidence that this is already underway.[34] Deserts in the United States are also projected to expand to the north, east, and upward in elevation in response to projected warming and associated changes in climate.

Increased drying in the region contributes to a variety of changes that exacerbate a cycle of desertification. Increased drought conditions cause perennial plants to die due to water stress and increased susceptibility to plant diseases. At the same time, non-native grasses have invaded the region. As these grasses increase in abundance, they provide more fuel for fires, causing fire frequency to increase in a self-reinforcing cycle that leads to further losses of vegetation. When it does rain, the rain tends to come in heavy downpours, and since there is less vegetation to protect the soil, water erosion increases. Higher air temperatures and decreased soil moisture reduce soil stability, further exacerbating erosion. And with a growing population needing water for urban uses, hydroelectric generation, and agriculture, there is increasing pressure on mountain water sources that would otherwise flow to desert river areas.[70,149]




### Desertification of Arid Grassland
near Tucson, Arizona, 1902 to 2003

Photostation #233:
Huerfano Butte

Photomontage by Rob Wu
Original historic photos courtesy of Santa Rita Experimental Range

1902       1951       2003

CCSP SAP 4.3[243]

The photo series shows the progression from arid grassland to desert (desertification) over a 100-year period. The change is the result of grazing management and reduced rainfall in the Southwest.[250,252,253]

**83**

The response of arid lands to climate change also depends on how other factors interact with climate at local scales. Large-scale, unregulated livestock grazing in the Southwest during the late 1800s and early 1900s is widely regarded as having contributed to widespread desertification. Grazing peaked around 1920 on public lands in the West. By the 1970s, grazing had been reduced by about 70 percent, but the arid lands have been very slow to recover from its impacts. Warmer and drier climate conditions are expected to slow recovery even more. In addition, the land resource in the Southwest is currently managed more for providing water for people than for protecting the productivity of the landscape. As a result, the land resource is likely to be further degraded and its recovery hampered.[243]



## Coastal and near-shore ecosystems are already under multiple stresses. Climate change and ocean acidification will exacerbate these stresses.

Coastal and near-shore marine ecosystems are vulnerable to a host of climate change-related effects including increasing air and water temperatures, ocean acidification, changes in runoff from the land, sea-level rise, and altered currents. Some of these changes have already led to coral bleaching, shifts in species ranges, increased storm intensity in some regions, dramatic reductions in sea ice extent and thickness along the Alaskan coast,[137] and other significant changes to the nation's coastlines and marine ecosystems.[70]

The interface between land and sea is important, as many species, including many endangered species, depend on it at some point in their life cycle. In addition, coastal areas buffer inland areas from the effects of wave action and storms.[247] Coastal wetlands, intertidal areas, and other near-shore ecosystems are subject to a variety of environmental stresses.[254,255] Sea-level rise, increased coastal storm intensity, and rising temperatures contribute to increased vulnerability of coastal wetland ecosystems. It has been estimated that 3 feet of sea-level rise (within the range of projections for this century) would inundate about 65 percent of the coastal marshlands and swamps in the contiguous United States.[256] The combination of sea-level rise, local land sinking, and related factors already have resulted in substantially higher relative sea-level rise along the Gulf of Mexico and the mid-Atlantic coast, more so than on the Pacific Coast.[43,254] In Louisiana alone, over one-third of the coastal plain that existed a century ago has since been lost,[254] which is mostly due to local land sinking.[70] Barrier islands are also losing land at an increasing rate[257] (see *Southeast* region), and they are particularly important in protecting the coastline in some regions vulnerable to sea-level rise and storm surge.

### Coral reefs

Coral reefs are very diverse ecosystems that support many other species by providing food and habitat. In addition to their ecological value, coral reefs provide billions of dollars in services including tourism, fish breeding habitat, and protection of coastlines. Corals face a host of challenges associated with human activities such as poorly regulated tourism, destructive fishing, and pollution, in addition to climate change-related stresses.[70]

Corals are marine animals that host symbiotic algae which help nourish the animals and give the corals their color. When corals are stressed by increases in water temperatures or ultraviolet light, they lose their algae and turn white, a process called coral bleaching. If the stress persists, the corals die. Intensities and frequencies of bleaching events, clearly driven by warming in surface water, have increased substantially over the past 30 years, leading to the death or severe damage of about one-third of the world's corals.[70]

The United States has extensive coral reef ecosystems in the Caribbean, Atlantic, and Pacific oceans. In 2005, the Caribbean basin experienced unprecedented water temperatures that resulted in dramatic coral bleaching with some sites in the U.S. Virgin Islands seeing 90 percent of the coral bleached. Some corals began to recover when water temperatures decreased, but later that year disease appeared, striking the previously bleached and weakened coral. To date, 50 percent of the corals in Virgin Islands National Park have died from the bleaching and disease events. In the Florida Keys, summer bleaching in 2005 was also followed by disease in September.[70]

BLM_0055984

But rising temperature is not the only stress coral reefs face. As the carbon dioxide concentration in the air increases, more carbon dioxide is absorbed into the world's oceans, leading to their acidification. This makes less calcium carbonate available for corals and other sea life to build their skeletons and shells.[258] If carbon dioxide concentrations continue to rise and the resulting acidification proceeds, eventually, corals and other ocean life that rely on calcium carbonate will not be able to build these skeletons and shells at all. The implications of such extreme changes in ocean ecosystems are not clear, but there is now evidence that in some ocean areas, such as along the Northwest coast, acidification is already occurring[70,259] (see *Coasts* region for more discussion of ocean acidification).

### Arctic sea ice ecosystems are already being adversely affected by the loss of summer sea ice and further changes are expected.

Perhaps most vulnerable of all to the impacts of warming are Arctic ecosystems that rely on sea ice, which is vanishing rapidly and is projected to disappear entirely in summertime within this century. Algae that bloom on the underside of the sea ice form the base of a food web linking microscopic animals and fish to seals, whales, polar bears, and people. As the sea ice disappears, so too do these algae. The ice also provides a vital platform for ice-dependent seals (such as the ringed seal) to give birth, nurse their pups, and rest. Polar bears use the ice as a platform from which to hunt their prey. The walrus rests on the ice near the continental shelf between its dives to eat clams and other shellfish. As the ice edge retreats away from the shelves to deeper areas, there will be no clams nearby.[70,132,220]

The Bering Sea, off the west coast of Alaska, produces our nation's largest commercial fish harvests as well as providing food for many Native Alaskan peoples. Ultimately, the fish populations (and animals including seabirds, seals, walruses, and whales) depend on plankton blooms regulated by the extent and location of the ice edge in spring. As the sea ice continues to decline, the location, timing, and species composition of the blooms is changing. The spring melt of sea ice in the



Bering Sea has long provided material that feeds the clams, shrimp, and other life forms on the ocean floor that, in turn, provide food for the walruses, gray whales, bearded seals, eider ducks, and many fish. The earlier ice melt resulting from warming, however, leads to later phytoplankton blooms that are largely consumed by microscopic animals near the sea surface, vastly decreasing the amount of food reaching the living things on the ocean floor. This will radically change the species composition of the fish and other creatures, with significant repercussions for both subsistence and commercial fishing.[70]

Ringed seals give birth in snow caves on the sea ice, which protect their pups from extreme cold and predators. Warming leads to earlier snow melt, which causes the snow caves to collapse before the pups are weaned. The small, exposed pups may die of hypothermia or be vulnerable to predation by arctic foxes, polar bears, gulls, and ravens. Gulls and ravens are arriving in the Arctic earlier as springs become warmer, increasing the birds' opportunity to prey on the seal pups.[70]

Polar bears are the top predators of the sea ice ecosystem. Because they prey primarily on ice-associated seals, they are especially vulnerable to the disappearance of sea ice. The bears' ability to catch seals depends on the presence of sea ice. In that habitat, polar bears take advantage of the fact that seals must surface to breathe in limited openings in the ice cover. In the open ocean, bears lack a hunting platform, seals are not restricted in where they can surface, and successful hunting is very rare. On shore, polar bears feed little, if at all.



About two-thirds of the world's polar bears are projected to be gone by the middle of this century. It is projected that there will be no wild polar bears in Alaska in 75 years.[70]

**85**

U.S. Global Change Research Program

**Global Climate Change Impacts in the United States**

In addition, the rapid rate of warming in Alaska and the rest of the Arctic in recent decades is sharply reducing the snow cover in which polar bears build dens and the sea ice they use as foraging habitat. Female polar bears build snow dens in which they hibernate for four to five months each year and in which they give birth to their cubs. Born weighing only about 1 pound, the tiny cubs depend on the snow den for warmth.

About two-thirds of the world's polar bears are projected to be gone by the middle of this century. It is projected that there will be no wild polar bears left in Alaska in 75 years.[70]

Continued warming will inevitably entail major changes in the sea ice ecosystem, to the point that its viability is in jeopardy. Some species will become extinct, while others might adapt to new habitats. The chances of species surviving the current changes may depend critically on the rate of change. The current rates of change in the sea ice ecosystem are very rapid relative to the life spans of animals including seals, walruses, and polar bears, and as such, are a major threat to their survival.[70]



## Forest Species Shift Upslope

3,000 feet

2,800 feet

Vanishing boreal forest

Transition Zone

2,600 feet

Beckage et al.[260]/Adapted from Boston Globe/Landov

As climate warms, hardwood trees out-compete evergreen trees that are adapted to colder conditions.

vulnerable is that their suitable habitats are being compressed as climatic zones shift upward in elevation. Some species try to shift uphill with the changing climate, but may face constraints related to food, other species present, and so on. In addition, as species move up the mountains, those near the top simply run out of habitat.[70]



The pika, pictured above, is a small mammal whose habitat is limited to cold areas near the tops of mountains. As climate warms, little suitable habitat is left. Of 25 pika populations studied in the Great Basin between the Rocky Mountains and the Sierra Nevada, more than one-third have gone extinct in recent decades.[261,262]

**The habitats of some mountain species and coldwater fish, such as salmon and trout, are very likely to contract in response to warming.**

Animal and plant species that live in the mountains are among those particularly sensitive to rapid climate change. They include animal species such as the grizzly bear, bighorn sheep, pika, mountain goat, and wolverine. Major changes have already been observed in the pika as previously reported populations have disappeared entirely as climate has warmed over recent decades.[70] One reason mountain species are so

Fewer wildflowers are projected to grace the slopes of the Rocky Mountains as global warming causes earlier spring snowmelt. Larkspur, aspen fleabane, and aspen sunflower grow at an altitude of about 9,500 feet where the winter snows are deep. Once the snow melts, the flowers form buds and prepare to bloom. But warmer springs mean that the snow melts earlier, leaving the buds exposed to frost. (The percentage of buds that were frosted has doubled over the past decade.) Frost does not kill the plants, but it does make them unable to seed and reproduce, meaning there will be no next generation. Insects and other animal species depend on the flowers for food, and other species depend on those species, so the loss is likely to propagate through the food chain.[236]

Shifts in tree species on mountains in New England, where temperatures have risen 2 to 4°F in the last 40 years, offer another example. Some mountain tree species have shifted uphill by 350

feet in the last 40 years. Tree communities were relatively unchanged at low and high elevations, but in the transition zone in between (at about 2,600 feet elevation) the changes have been dramatic. Cold-loving tree species declined from 43 to 18 percent, while warmer-loving trees increased from 57 to 82 percent. Overall, the transition zone has shifted about 350 feet uphill in just a few decades, a surprisingly rapid rate since these are trees that live for hundreds of years. One possibility is that as trees were damaged or killed by air pollution, it left an opportunity for the warming-induced transition to occur more quickly. These results indicate that the composition of high elevation forests is changing rapidly.[260]

### Coldwater fish

Salmon and other coldwater fish species in the United States are at particular risk from warming. Salmon are under threat from a variety of human activities, but global warming is a growing source of stress. Rising temperatures affect salmon in several important ways. As precipitation increasingly falls as rain rather than snow, it feeds floods that wash away salmon eggs incubating in the streambed. Warmer water leads eggs to hatch earlier in the year, so the young are smaller and more vulnerable to predators. Warmer conditions increase the fish's metabolism, taking energy away from growth and forcing the fish to find more food, but earlier hatching of eggs could put them out of sync with the insects they eat. Earlier melting of snow leaves rivers and streams warmer and shallower in summer and fall. Diseases and parasites tend to flourish in warmer water. Studies suggest that up to 40 percent of Northwest salmon populations may be lost by 2050.[263]

Large declines in trout populations are also projected to occur around the United States. Over half of the wild trout populations are likely to disappear from the southern Appalachian Mountains because of the effects of rising stream temperatures. Losses of western trout populations may exceed 60 percent in certain regions. About 90 percent of bull trout, which live in western rivers in some of the country's most wild places, are projected to be lost due to warming. Pennsylvania is predicted to lose 50 percent of its trout habitat in the coming decades. Projected losses of trout habitat for some warmer states, such as North Carolina and Virginia, are up to 90 percent.[264]

## Some of the benefits ecosystems provide to society will be threatened by climate change, while others will be enhanced.

Human well-being depends on the Earth's ecosystems and the services that they provide to sustain and fulfill human life.[265] These services are important to human well-being because they contribute to basic material needs, physical and psychological health, security, and economic activity. A recent assessment reported that of 24 vital ecosystem services, 15 were being degraded by human activity.[247] Climate change is one of several human-induced stresses that threaten to intensify and extend these adverse impacts to biodiversity, ecosystems, and the services they provide. Two of many possible examples follow.

### Forests and carbon storage

Forests provide many services important to the well-being of Americans: air and water quality maintenance, water flow regulation, and watershed protection; wildlife habitat and biodiversity conservation; recreational opportunities and aesthetic and spiritual fulfillment; raw materials for wood and paper products; and climate regulation and carbon storage. A changing climate will alter forests and the services they provide. Most of these changes are likely to be detrimental.

In the United States, forest growth and long-lived forest products currently offset about 20 percent of U.S. fossil fuel carbon emissions.[140,257] This carbon "sink" is an enormous service provided by forests and its persistence or growth will be important to limiting the atmospheric carbon dioxide concentration. The scale of the challenge of increasing this sink is very large. To offset an additional 10 percent of U.S. emissions through tree planting would require converting one-third of current croplands to forests.[243]

### Recreational opportunities

Tourism is one of the largest economic sectors in the world, and it is also one of the fastest



BLM_0055987

U.S. Global Change Research Program                              **Global Climate Change Impacts in the United States**



growing;[266] the jobs created by recreational tourism provide economic benefits not only to individuals but also to communities. Slightly more than 90 percent of the U.S. population participates in some form of outdoor recreation, representing nearly 270 million participants,[267] and several billion days spent each year in a wide variety of outdoor recreation activities.

Since much recreation and tourism occurs outside, increased temperature and precipitation have a direct effect on the enjoyment of these activities, and on the desired number of visitor days and associated level of visitor spending as well as tourism employment. Weather conditions are an important factor influencing tourism visits. In addition, outdoor recreation and tourism often depends on the availability and quality of natural resources,[268] such as beaches, forests, wetlands, snow, and wildlife, all of which will be affected by climate change.

Thus, climate change can have direct effects on the natural resources that people enjoy. The length of the season for, and desirability of, several of the most popular activities – walking; visiting a beach, lakeshore, or river; sightseeing; swimming; and picnicking[267] – are likely to be enhanced by small near-term increases in temperature. Other activities are likely to be harmed by even small increases in warming, such as snow- and ice-dependent activities including skiing, snowmobiling, and ice fishing.

The net economic effect of near-term climate change on recreational activities is likely to be positive. In the longer term, however, as climate change effects on ecosystems and seasonality become more pronounced, the net economic effect on tourism and recreation is not known with certainty.[172]

**Adaptation:  Preserving Coastal Wetlands**

Coastal wetlands are rich ecosystems that protect the shore from damage during storm surges and provide society with other services. One strategy designed to preserve coastal wetlands as sea level rises is the "rolling easement." Rolling easements allow some development near the shore, but prohibit construction of seawalls or other armoring to protect buildings; they recognize nature's right-of-way to advance inland as sea level rises. Massachusetts and Rhode Island prohibit shoreline armoring along the shores of some estuaries so that ecosystems can migrate inland, and several states limit armoring along ocean shores.[269,270]



Modified from CCSP SAP 4.1[271]

In the case shown here, the coastal marsh would reach the footprint of the house 40 years in the future. Because the house is on pilings, it could still be occupied if it is connected to a community sewage treatment system; a septic system would probably fail due to proximity to the water table. After 80 years, the marsh would have taken over the yard, and the footprint of the house would extend onto public property. The house could still be occupied but reinvestment in the property would be unlikely. After 100 years, this house would be removed, although some other houses in the area could still be occupied. Eventually, the entire area would return to nature. A home with a rolling easement would depreciate in value rather than appreciate like other coastal real estate. But if the loss were expected to occur 100 years from now, it would only reduce the current property value by 1 to 5 percent, for which the owner could be compensated.[271]

**88**



# Human Health

**Key Messages:**

- Increases in the risk of illness and death related to extreme heat and heat waves are very likely. Some reduction in the risk of death related to extreme cold is expected.
- Warming is likely to make it more challenging to meet air quality standards necessary to protect public health.
- Extreme weather events cause physical and mental health problems. Some of these events are projected to increase.
- Some diseases transmitted by food, water, and insects are likely to increase.
- Rising temperature and carbon dioxide concentration increase pollen production and prolong the pollen season in a number of plants with highly allergenic pollen, presenting a health risk.
- Certain groups, including children, the elderly, and the poor, are most vulnerable to a range of climate-related health effects.

**Key Sources**

CCSP 3.2 | CCSP 3.3 | CCSP 4.6 | IPCC | NAST U.S.
Climate Projections | Extremes | Health | WG-2 |



Climate change poses unique challenges to human health. Unlike health threats caused by a particular toxin or disease pathogen, there are many ways that climate change can lead to potentially harmful health effects. There are direct health impacts from heat waves and severe storms, ailments caused or exacerbated by air pollution and airborne allergens, and many climate-sensitive infectious diseases.[163]

Realistically assessing the potential health effects of climate change must include consideration of the capacity to manage new and changing climate conditions.[163] Whether or not increased health risks due to climate change are realized will depend largely on societal responses and underlying vulnerability. The probability of exacerbated health risks due to climate change points to a need to maintain a strong public health infrastructure to help limit future impacts.[163]

Increased risks associated with diseases originating outside the United States must also be considered because we live in an increasingly globalized world. Many poor nations are expected to suffer even greater health consequences from climate change.[272] With global trade and travel, disease flare-ups in any part of the world can potentially reach the United States. In addition, weather and climate extremes such as severe storms and drought can undermine public health infrastructure, further stress environmental resources, destabilize economies, and potentially create security risks both within the United States and internationally.[219]



Hazard-Related Deaths in the U.S.

- Wildfire 0.4%
- Avalanche & Landslide 0.9%
- Coastal Erosion & Storm Surge 2.3%
- Winter Weather 18.1%
- Earthquake, Tsunami & Volcano 1.5%
- Tornado 11.6%
- Flooding 14%
- Severe Weather (fog, hail, wind, thunderstorm) 18.8%
- Heat/Drought 19.6%
- Lightning 11.3%
- Hurricane/Tropical Storm 1.5%

Borden and Cutter[273]

The pie chart shows the distribution of deaths for 11 hazard categories as a percent of the total 19,958 deaths due to these hazards from 1970 to 2004. Heat/drought ranks highest, followed by severe weather, which includes events with multiple causes such as lightning, wind, and rain.[273] This analysis ended prior to the 2005 hurricane season which resulted in approximately 2,000 deaths.[229]

**89**

U.S. Global Change Research Program

**Global Climate Change Impacts in the United States**

### Increases in the risk of illness and death related to extreme heat and heat waves are very likely. Some reduction in the risk of death related to extreme cold is expected.

Temperatures are rising and the probability of severe heat waves is increasing. Analyses suggest that currently rare extreme heat waves will become much more common in the future (see *National Climate Change*).[68] At the same time, the U.S. population is aging, and older people are more vulnerable to hot weather and heat waves. The percentage of the U.S. population over age 65 is currently 12 percent and is projected to be 21 percent by 2050 (over 86 million people).[163,274] Diabetics are also at greater risk of heat-related death, and the prevalence of obesity and diabetes is increasing. Heat-related illnesses range from heat exhaustion to kidney stones.[275,276]



Heat is already the leading cause of weather-related deaths in the United States. More than 3,400 deaths between 1999 and 2003 were reported as resulting from exposure to excessive heat.[277] An analysis of nine U.S. cities shows that deaths due to heat increase with rising temperature and humidity.[278] From the 1970s to the 1990s, however, heat-related deaths declined.[279] This likely resulted from a rapid



Increases in heat-related deaths are projected in cities around the nation, especially under higher emissions scenarios.[91] This analysis included some, but not all possible, adaptation measures. The graph shows the projected number of deaths per year, averaged over a three-decade period around **1975, 2055,** and **2085** for the City of Chicago under lower and higher emissions.[91]



The number of days in which the temperature exceeds 100°F by late this century, compared to the 1960s and 1970s, is projected to increase strongly across the United States. For example, parts of Texas that recently experienced about 10 to 20 days per year over 100°F are expected to experience more than 100 days per year in which the temperature exceeds 100°F by the end of the century under the higher emissions scenario.[91]

increase in the use of air conditioning. In 1978, 44 percent of households were without air conditioning, whereas in 2005, only 16 percent of the U.S. population lived without it (and only 3 percent did not have it in the South).[280,281] With air conditioning reaching near saturation, a recent study found that the general decline in heat-related deaths seems to have leveled off since the mid-1990s.[282]

BLM_0055990

As human-induced warming is projected to raise average temperatures by about 6 to 11°F in this century under a higher emissions scenario,[91] heat waves are expected to continue to increase in frequency, severity, and duration.[68,112] For example, by the end of this century, the number of heat-wave days in Los Angeles is projected to double,[284] and the number in Chicago to quadruple,[285] if emissions are not reduced.

Projections for Chicago suggest that the average number of deaths due to heat waves would more than double by 2050 under a lower emissions scenario[91] and quadruple under a high emissions scenario[91] (see figure page 90).[283]

A study of climate change impacts in California projects that, by the 2090s, annual heat-related deaths in Los Angeles would increase by two to three times under a lower emissions scenario and by five to seven times under a higher emissions scenario, compared to a 1990s baseline of about 165 deaths. These estimates assume that people will have become somewhat more accustomed to higher temperatures. Without such acclimatization, these estimates are projected to be about 20 to 25 percent higher.[284]

The full effect of global warming on heat-related illness and death involves a number of factors including actual changes in temperature (averages, highs, and lows); and human population characteristics, such as age, wealth, and fitness. In addition, adaptation at the scale of a city includes options such as heat wave early warning systems, urban



### Urban Heat Island Effect

Lemmen and Warren[286]

Large amounts of concrete and asphalt in cities absorb and hold heat. Tall buildings prevent heat from dissipating and reduce air flow. At the same time, there is generally little vegetation to provide shade and evaporative cooling. As a result, parts of cities can be up to 10°F warmer than the surrounding rural areas, compounding the temperature increases that people experience as a result of human-induced warming.[313]



design to reduce heat loads, and enhanced services during heat waves.[163]

### Reduced extreme cold

In a warmer world, the number of deaths caused by extremely low temperatures would be expected to drop, although in general, it is uncertain how climate change will affect net mortality.[163] Nevertheless, a recent study that analyzed daily mortality and weather data with regard to 6,513,330 deaths in 50 U.S. cities between 1989 and 2000 shows a marked difference between deaths resulting from hot and cold temperatures. The researchers found that, on average, cold snaps increased death rates

**Adaptation:  Reducing Deaths During Heat Waves**

In the mid-1990s, Philadelphia became the first U.S. city to implement a system for reducing the risk of death during heat waves. The city focuses its efforts on the elderly, homeless, and poor. During a heat wave, a heat alert is issued and news organizations are provided with tips on how vulnerable people can protect themselves. The health department and thousands of block captains use a buddy system to check on elderly residents in their homes; electric utilities voluntarily refrain from shutting off services for non-payment; and public cooling places extend their hours. The city operates a "Heatline" where nurses are standing by to assist callers experiencing health problems; if callers are deemed "at risk," mobile units are dispatched to the residence. The city has also implemented a "Cool Homes Program" for elderly, low-income residents, which provides measures such as roof coatings and roof insulation that save energy and lower indoor temperatures. Philadelphia's system is estimated to have saved 117 lives over its first 3 years of operation.[287,288]

BLM_0055991

U.S. Global Change Research Program

**Global Climate Change Impacts in the United States**

## Temperature and Ozone



The graphs illustrate the observed association between ground-level ozone (a component of smog) concentration in parts per billion (ppb) and temperature in Atlanta and New York City (May to October 1988 to 1990).[219] The projected higher temperatures across the United States in this century are likely to increase the occurrence of high ozone concentrations, although this will also depend on emissions of ozone precursors and meteorological factors. Ground-level ozone can exacerbate respiratory diseases and cause short-term reductions in lung function.



by 1.6 percent, while heat waves triggered a 5.7 percent increase in death rates.[289] The analysis found that the reduction in deaths as a result of relatively milder winters attributable to global warming will be substantially less than the increase in deaths due to summertime heat extremes.

Many factors contribute to winter deaths, including highly seasonal diseases such as influenza and pneumonia. It is unclear how these diseases are affected by temperature.[163]

### Warming is likely to make it more challenging to meet air quality standards necessary to protect public health.

Poor air quality, especially in cities, is a serious concern across the United States. Half of all Americans, 158 million people, live in counties where air pollution exceeds national health standards.[290] While the Clean Air Act has improved air quality, higher temperatures and associated stagnant air masses are expected to make it more challenging to meet air quality standards, particularly for ground-level ozone (a component of smog).[13] It



The maps show projected changes in ground-level ozone (a component of smog) for the 2090s, averaged over the summer months (June through August), relative to 1996-2000, under lower and higher emissions scenarios, which include both greenhouse gases and emissions that lead to ozone formation (some of which decrease under the lower emissions scenario).[91] By themselves, higher temperatures and other projected climate changes would increase ozone levels under both scenarios. However, the maps indicate that future projections of ozone depend heavily on emissions, with the higher emissions scenario[91] increasing ozone by large amounts, while the lower emissions scenario[91] results in an overall decrease in ground-level ozone by the end of the century.[291]

BLM_0055992

has been firmly established that breathing ozone results in short-term decreases in lung function and damages the cells lining the lungs. It also increases the incidence of asthma-related hospital visits and premature deaths.[272] Vulnerability to ozone effects is greater for those who spend time outdoors, especially with physical exertion, because this results in a higher cumulative dose to their lungs. As a result, children, outdoor workers, and athletes are at higher risk for these ailments.[163]

Ground-level ozone concentrations are affected by many factors including weather conditions, emissions of gases from vehicles and industry that lead



### Spotlight on Air Quality in California

Californians currently experience the worst air quality in the nation. More than 90 percent of the population lives in areas that violate state air quality standards for ground-level ozone or small particles. These pollutants cause an estimated 8,800 deaths and over a billion dollars in health care costs every year in California.[292] Higher temperatures are projected to increase the frequency, intensity, and duration of conditions conducive to air pollution formation, potentially increasing the number of days conducive to air pollution by 75 to 85 percent in Los Angeles and the San Joaquin Valley, toward the end of this century, under a higher emissions scenario, and by 25 to 35 percent under a lower emissions scenario.[293] Air quality could be further compromised by wildfires, which are already increasing as a result of warming.[252,294]

### Adaptation:   Improving Urban Air Quality

Because ground-level ozone is related to temperature (see figure at top of previous page), air quality is projected to become worse with human-induced climate change. Many areas in the country already have plans in place for responding to air quality problems. For example, the Air Quality Alert program in Rhode Island encourages residents to reduce air pollutant emissions by limiting car travel and the use of small engines, lawn mowers, and charcoal lighter fluids on days when ground-level ozone is high. Television weather reports include alerts when ground-level ozone is high, warning especially susceptible people to limit their time outdoors. To help cut down on the use of cars, all regular bus routes are free on Air Quality Alert days.[295]

Pennsylvania offers the following suggestions for high ozone days:
- Refuel vehicles after dark. Avoid spilling gasoline and stop fueling when the pump shuts off automatically.
- Conserve energy. Do not overcool homes. Turn off lights and appliances that are not in use. Wash clothes and dishes only in full loads.
- Limit daytime driving. Consider carpooling or taking public transportation. Properly maintain vehicles, which also helps to save fuel.
- Limit outdoor activities, such as mowing the lawn or playing sports, to the evening hours.
- Avoid burning leaves, trash, and other materials.

Traffic restrictions imposed during the 1996 summer Olympics in Atlanta quantified the direct respiratory health benefits of reducing the number of cars and the amount of their tailpipe emissions from an urban environment. Peak morning traffic decreased by 23 percent, and peak ozone levels dropped by 28 percent. As a result, childhood asthma-related emergency room visits fell by 42 percent.[296]

**93**

BLM_0055993

**Global Climate Change Impacts in the United States**

to ozone formation (especially nitrogen oxides and volatile organic compounds [VOCs]), natural emissions of VOCs from plants, and pollution blown in from other places.[290,297] A warmer climate is projected to increase the natural emissions of VOCs, accelerate ozone formation, and increase the frequency and duration of stagnant air masses that allow pollution to accumulate, which will exacerbate health symptoms.[298] Increased temperatures and water vapor due to human-induced carbon dioxide emissions have been found to increase ozone more in areas with already elevated concentrations, meaning that global warming tends to exacerbate ozone pollution most in already polluted areas. Under constant pollutant emissions, by the middle of this century, Red Ozone Alert Days (when the air is unhealthy for everyone) in the 50 largest cities in the eastern United States are projected to increase by 68 percent due to warming alone.[298] Such conditions would challenge the ability of communities to meet health-based air quality standards such as those in the Clean Air Act.



Health risks from heat waves and air pollution are not necessarily independent. The formation of ground-level ozone occurs under hot and stagnant conditions – essentially the same weather conditions accompanying heat waves (see box page 102). Such interactions among risk factors are likely to increase as climate change continues.

### Extreme weather events cause physical and mental health problems. Some of these events are projected to increase.

Injury, illness, emotional trauma, and death are known to result from extreme weather events.[68] The number and intensity of some of these events are already increasing and are projected to increase further in the future.[68,112] Human health impacts in the United States are generally expected to be less severe than in poorer countries where the emergency preparedness and public health infrastructure is less developed. For example, early warning and evacuation systems and effective sanitation lessen the health impacts of extreme events.[68]

This assumes that medical and emergency relief systems in the United States will function well and that timely and effective adaptation measures will be developed and deployed. There have already been serious failures of these systems in the aftermath of hurricanes Katrina and Rita, so coping with future impacts will require significant improvements.

### Extreme storms

Over 2,000 Americans were killed in the 2005 hurricane season, more than double the average number of lives lost to hurricanes in the United States over the previous 65 years.[163] But the human health impacts of extreme storms go beyond direct injury and death to indirect effects such as carbon monoxide poisoning from portable electric generators in use following hurricanes, an increase in stomach and intestinal illness among evacuees, and mental health impacts such as depression and post-traumatic stress disorder.[163] Failure to fully account for both direct and indirect health impacts might result in inadequate preparation for and response to future extreme weather events.[163]

### Floods

Heavy downpours have increased in recent decades and are projected to increase further as the world continues to warm.[68,112] In the United States, the amount of precipitation falling in the heaviest 1 percent of rain events increased by 20 percent in the past century, while total precipitation increased by 7 percent. Over the last century, there was a 50 percent increase in the frequency of days with precipitation over 4 inches in the upper Midwest.[112] Other regions, notably the South, have also seen strong increases in heavy downpours, with most of these coming in the warm season and almost all of the increase coming in the last few decades.

Heavy rains can lead to flooding, which can cause health impacts including direct injuries as well as increased incidence of waterborne diseases due to pathogens such as *Cryptosporidium* and *Giardia*.[163] Downpours can trigger sewage overflows, contaminating drinking water and endangering beachgoers. The consequences will be particularly severe in the roughly 770 U.S. cities and towns, including New York, Chicago, Washington DC, Milwaukee, and Philadelphia, that have "combined sewer systems;" an older design that carries storm water and sewage in the same pipes.[299] During heavy rains, these

**94**

—

systems often cannot handle the volume, and raw sewage spills into lakes or waterways, including drinking-water supplies and places where people swim.[252]

In 1994, the Environmental Protection Agency (EPA) established a policy that mandates that communities substantially reduce or eliminate their combined sewer overflow, but this mandate remains unfulfilled.[300] In 2004, the EPA estimated it would cost $55 billion to correct combined sewer overflow problems in publicly owned wastewater treatment systems.[301]

Using 2.5 inches of precipitation in one day as the threshold for initiating a combined sewer overflow event, the frequency of these events in Chicago is expected to rise by 50 percent to 120 percent by the end of this century,[302] posing further risks to drinking and recreational water quality.

### Wildfires

Wildfires in the United States are already increasing due to warming. In the West, there has been a nearly fourfold increase in large wildfires in recent decades, with greater fire frequency, longer fire durations, and longer wildfire seasons. This increase is strongly associated with increased spring and summer temperatures and earlier spring snowmelt, which have caused drying of soils and vegetation.[163,252,294] In addition to direct injuries and deaths due to burns, wildfires can cause eye and respiratory illnesses due to fire-related air pollution.[163]

## Some diseases transmitted by food, water, and insects are likely to increase.

A number of important disease-causing agents (pathogens) commonly transmitted by food, water,





**Spotlight on West Nile Virus**

The first outbreak of West Nile virus in the United States occurred in the summer of 1999, likely a result of international air transport. Within five years, the disease had spread across the continental United States, transmitted by mosquitoes that acquire the virus from infected birds. While bird migrations were the primary mode of disease spread, during the epidemic summers of 2002 to 2004, epicenters of West Nile virus were linked to locations with either drought or above average temperatures.

Since 1999, West Nile virus has caused over 28,000 reported cases, and over 1,100 Americans have died from it.[303] During 2002, a more virulent strain of West Nile virus emerged in the United States. Recent analyses indicate that this mutated strain responds strongly to higher temperatures, suggesting that greater risks from the disease may result from increases in the frequency of heatwaves,[304] though the risk will also depend on the effectiveness of mosquito control programs.

While West Nile virus causes mild flu-like symptoms in most people, about one in 150 infected people develop serious illness, including the brain inflammation diseases encephalitis and meningitis.

West Nile Virus Transmission Cycle

BLM_0055995





or animals are susceptible to changes in replication, survival, persistence, habitat range, and transmission as a result of changing climatic conditions such as increasing temperature, precipitation, and extreme weather events.[163]

- Cases of food poisoning due to *Salmonella* and other bacteria peak within one to six weeks of the highest reported ambient temperatures.[163]
- Cases of waterborne *Cryptosporidium* and *Giardia* increase following heavy downpours. These parasites can be transmitted in drinking water and through recreational water use.[163]
- Climate change affects the life cycle and distribution of the mosquitoes, ticks, and rodents that carry West Nile virus, equine encephalitis, Lyme disease, and hantavirus. However, moderating factors such as housing quality, land use patterns, pest control programs, and a robust public health infrastructure are likely to prevent the large-scale spread of these diseases in the United States.[163,305]
- Heavy rain and flooding can contaminate certain food crops with feces from nearby livestock or wild animals, increasing the likelihood of food-borne disease associated with fresh produce.[163]
- *Vibrio* sp. (shellfish poisoning) accounts for 20 percent of the illnesses and 95 percent of the deaths associated with eating infected shellfish, although the overall incidence of illness from *Vibrio* infection remains low. There is a close association between temperature, *Vibrio* sp. abundance, and clinical illness. The U.S. infection rate increased 41 percent from 1996 to 2006,[163] concurrent with rising temperatures.
- As temperatures rise, tick populations that carry Rocky Mountain spotted fever are projected to shift from south to north.[306]
- The introduction of disease-causing agents from other regions of the world is an additional threat.[163]

While the United States has programs such as the Safe Drinking Water Act that help protect against some of these problems, climate change will present new challenges.

## Rising temperature and carbon dioxide concentration increase pollen production and prolong the pollen season in a number of plants with highly allergenic pollen, presenting a health risk.

Rising carbon dioxide levels have been observed to increase the growth and toxicity of some plants that cause health problems. Climate change has caused an earlier onset of the spring pollen season in the United States.[272] It is reasonable to conclude that allergies caused by pollen have also experienced associated changes in seasonality.[272] Several laboratory studies suggest that increasing carbon dixoide concentrations and temperatures increase ragweed pollen production and prolong the ragweed pollen season.[163,272]

Poison ivy growth and toxicity is also greatly increased by carbon dioxide, with plants growing larger and more allergenic. These increases exceed those of most beneficial plants. For example, poison ivy vines grow twice as much per year in air with a doubled preindustrial carbon dioxide concentration as they do in unaltered air; this is nearly five times the increase reported for tree species in

**Pollen Counts Rise with Increasing Carbon Dioxide**

Pollen production (grams per plant)
25
20
15
10
5
0
$CO_2$
280 ppm
370 ppm
720 ppm
Year
~1900
~2000
~2075
Ziska and Caulfield[307]

Pollen production from ragweed grown in chambers at the carbon dioxide concentration of a century ago (about **280** parts per million [ppm]) was about **5** grams per plant; at today's approximate carbon dioxide level, it was about **10** grams; and at a level projected to occur about **2075** under the higher emissions scenario,[91] it was about **20** grams.[307]

Poison ivy

other analyses.[308] Recent and projected increases in carbon dioxide also have been shown to stimulate the growth of stinging nettle and leafy spurge, two weeds that cause rashes when they come into contact with human skin.[309,310]

### Certain groups, including children, the elderly, and the poor, are most vulnerable to a range of climate-related health effects.

Infants and children, pregnant women, the elderly, people with chronic medical conditions, outdoor workers, and people living in poverty are especially at risk from a variety of climate related health effects. Examples of these effects include increasing heat stress, air pollution, extreme weather events, and diseases carried by food, water, and insects.[163]

Children's small ratio of body mass to surface area and other factors make them vulnerable to heat-related illness and death. Their increased breathing rate relative to body size, additional time spent outdoors, and developing respiratory tracts, heighten their sensitivity to air pollution. In addition, children's immature immune systems increase their risk of serious consequences from waterborne and food-borne diseases, while developmental factors make them more vulnerable to complications from severe infections such as *E. coli* or *Salmonella*.[163]

The greatest health burdens related to climate change are likely to fall on the poor, especially those lacking adequate shelter and access to other resources such as air conditioning.[163]

Elderly people are more likely to have debilitating chronic diseases or limited mobility. The elderly are also generally more sensitive to extreme heat for several reasons. They have a reduced ability to regulate their own body temperature or sense when they are too hot. They are at greater risk of heart failure, which is further exacerbated when cardiac demand increases in order to cool the body during a heat wave.[318] Also, people taking medications, such as diuretics for high blood pressure, have a higher risk of dehydration.[163]



The multiple health risks associated with diabetes will increase the vulnerability of the U.S. population to increasing temperatures. The number of Americans with diabetes has grown to about 24 million people, or roughly 8 percent of the U.S. population. Almost 25 percent of the population 60 years and older had diabetes in 2007.[311] Fluid imbalance and dehydration create higher risks for diabetics during heat waves. People with diabetes-related heart disease are at especially increased risk of dying in heat waves.[318]

High obesity rates in the United States are a contributing factor in currently high levels of diabetes. Similarly, a factor in rising obesity rates is a sedentary lifestyle and automobile dependence; 60 percent of Americans do not meet minimum daily exercise requirements. Making cities more walkable and bikeable would thus have multiple benefits: improved personal fitness and weight loss;



**97**

U.S. Global Change Research Program

**Global Climate Change Impacts in the United States**



reduced local air pollution and associated respiratory illness; and reduced greenhouse gas emissions.[312]

The United States has considerable capacity to adapt to climate change, but during recent extreme weather and climate events, actual practices have not always protected people and property. Vulnerability to extreme events is highly variable, with disadvantaged groups and communities (such as the poor, infirm, and elderly) experiencing considerable damage and disruptions to their lives. Adaptation tends to be reactive, unevenly distributed, and focused on coping rather than preventing problems. Future reduction in vulnerability will require consideration of how best to incorporate planned adaptation into long-term municipal and public service planning, including energy, water, and health services, in the face of changing climate-related risks combined with ongoing changes in population and development patterns.[163,164]

## Geographic Vulnerability of U.S. Residents to Selected Climate-Related Health Impacts

a) Location of Hurricane Landfalls, 1995 to 2000



c) Percentage of Population Aged 65 or Older, 2000



b) Location of Extreme Heat Events, 1995 to 2000



d) West Nile Virus Cases 2004



CCSP SAP 4.6[163]

Maps indicating U.S. counties, or in some cases states, with existing vulnerability to climate-sensitive health outcomes: a) location of hurricane landfalls; b) extreme heat events (defined by the Centers for Disease Control as temperatures 10 or more degrees F above the average high temperature for the region and lasting for several weeks); c) percentage of population over age 65 (dark blue indicates that percentage is over 17.6 percent, light blue 14.4 to 17.5 percent); d) locations of West Nile virus cases reported in 2004. These examples demonstrate both the diversity of climate-sensitive health outcomes and the geographic variability of where they occur. Events over short time spans, in particular West Nile virus cases, are not necessarily predictive of future vulnerability.

BLM_0055998



# Society

**Key Messages:**
- Population shifts and development choices are making more Americans vulnerable to the expected impacts of climate change.
- Vulnerability is greater for those who have few resources and few choices.
- City residents and city infrastructure have unique vulnerabilities to climate change.
- Climate change affects communities through changes in climate-sensitive resources that occur both locally and at great distances.
- Insurance is one of the industries particularly vulnerable to increasing extreme weather events such as severe storms, but it can also help society manage the risks.
- The United States is connected to a world that is unevenly vulnerable to climate change and thus will be affected by impacts in other parts of the world.

Climate change will affect society through impacts on the necessities and comforts of life: water, energy, housing, transportation, food, natural ecosystems, and health. This section focuses on some characteristics of society that make it vulnerable to the potential impacts of climate change and how the risks and costs may be distributed. Many impacts of climate change on society, for example, sea-level rise and increased water scarcity, are covered in other sections of this report. This section is not a comprehensive analysis of societal vulnerabilities, but rather highlights key examples.

Because societies and their built environments have developed under a climate that has fluctuated within a relatively confined range of conditions, most impacts of a rapidly changing climate will present challenges. Society is especially vulnerable to extremes, such as heat waves and floods, many of which are increasing as climate changes.[313] And while there are likely to be some benefits and opportunities in the early stages of warming, as climate continues to change, negative impacts are projected to dominate.[164]

Climate change will affect different segments of society differently because of their varying exposures and adaptive capacities. The impacts of climate change also do not affect society in



isolation. Rather, impacts can be exacerbated when climate change occurs in combination with the effects of an aging and growing population, pollution, poverty, and natural environmental fluctuations.[164,172,274] Unequal adaptive capacity in the world as a whole also will pose challenges to the United States. Poorer countries are projected to be disproportionately affected by the impacts of climate change and the United States is strongly connected to the world beyond its borders through markets, trade, investments, shared resources, migrating species, health, travel and tourism, environmental refugees (those fleeing deteriorating environmental conditions), and security.



Cedar Rapids, Iowa, June 12, 2008

**99**

U.S. Global Change Research Program

**Global Climate Change Impacts in the United States**

## Population shifts and development choices are making more Americans vulnerable to the expected impacts of climate change.

Climate is one of the key factors in Americans' choices of where to live. As the U.S. population grows, ages, and becomes further concentrated in cities and coastal areas, society is faced with additional challenges. Climate change is likely to exacerbate these challenges as changes in temperature, precipitation, sea levels, and extreme weather events increasingly affect homes, communities, water supplies, land resources, transportation, urban infrastructure, and regional characteristics that people have come to value and depend on.



Population growth in the United States over the past century has been most rapid in the South, near the coasts, and in large urban areas (see figure on page 55 in the *Energy* sector). The four most populous states in 2000 – California, Texas, Florida, and New York – accounted for 38 percent of the total growth in U.S. population during that time, and share significant vulnerability to coastal storms, severe drought, sea-level rise, air pollution, and urban heat island effects.[313] But migration patterns are now shifting: the population of the Mountain West (Montana, Idaho, Wyoming, Nevada, Utah, Colorado, Arizona, and New Mexico) is projected to increase by 65 percent from 2000 to 2030, representing one-third of all U.S. population growth.[274,314] Southern coastal areas on both the Atlantic and the Gulf of Mexico are projected to continue to see population growth.[313]

Overlaying projections of future climate change and its impacts on expected changes in U.S. population and development patterns reveals a critical insight: more Americans will be living in the areas that are most vulnerable to the effects of climate change.[274]

America's coastlines have seen pronounced population growth in regions most at risk of hurricane activity, sea-level rise, and storm surge – putting more people and property in harm's way as the probability of harm increases.[274] On the Atlantic and Gulf coasts where hurricane activity is prevalent, the coastal land in many areas is sinking while sea level is rising. Human activities are exacerbat-

ing the loss of coastal wetlands that once helped buffer the coastline from erosion due to storms. The devastation caused by recent hurricanes highlights the vulnerability of these areas.[224]

The most rapidly growing area of the country is the Mountain West, a region projected to face more frequent and severe wildfires and have less water available, particularly during the high-demand period of summer. Continued population growth in these arid and semi-arid regions would stress water supplies. Because of high demand for irrigating agriculture, overuse of rivers and streams is common in the arid West, particularly along the Front Range of the Rocky Mountains in Colorado, in Southern California, and in the Central Valley of California. Rapid population and economic growth in these arid and semi-arid regions has dramatically increased vulnerability to water shortages (see *Water Resources* sector and *Southwest* region).[274]

Many questions are raised by ongoing development patterns in the face of climate change. Will growth continue as projected in vulnerable areas, despite the risks? Will there be a retreat from the coastline as it becomes more difficult to insure vulnerable properties? Will there be pressure for the government to insure properties that private insurers have rejected? How can the vulnerability of new development be minimized? How can we ensure that communities adopt measures to manage the significant changes that are projected in sea level, temperature, rainfall, and extreme weather events?

Development choices are based on people's needs and desires for places to live, economies that provide employment, ecosystems that provide services, and community-based social activities. Thus, the future vulnerability of society will be influenced by how and where people choose to live. Some choices, such as expanded development in coastal regions, can increase vulnerabilities to climate-related events, even without any change in climate.

## Vulnerability is greater for those who have few resources and few choices.

Vulnerabilities to climate change depend not only on where people are but also on their circumstanc-

**100**

es. In general, groups that are especially vulnerable include the very young, the very old, the sick, and the poor. These groups represent a more significant portion of the total population in some regions and localities than others. For example, the elderly more often cite a warm climate as motivating their choice of where to live and thus make up a larger share of the population in warmer areas.[305]

In the future (as in the past), the impacts of climate change are likely to fall disproportionately on the disadvantaged.[313] People with few resources often live in conditions that increase their vulnerability to the effects of climate change.[172] For example, the experience with Hurricane Katrina showed that the poor and elderly were the most vulnerable because of where they lived and their limited ability to get out of harm's way. Thus, those who had the least proportionately lost the most. And it is clear that people with access to financial resources, including insurance, have a greater capacity to adapt to, recover, or escape from adverse impacts of climate change than those who do not have such access.[305, 316] The fate of the poor can be permanent dislocation, leading to the loss of social relationships and community support networks provided by schools, churches, and neighborhoods.

Native American communities have unique vulnerabilities. Native Americans who live on established reservations are restricted to reservation boundaries and therefore have limited relocation options.[219] In Alaska, over 100 villages on the coast and in low-lying areas along rivers are subject to increased flooding and erosion due to warming.[315] Warming also reduces the availability and accessibility of many traditional food sources for Native Alaskans, such as seals that live on ice and caribou whose migration patterns depend on being able to cross frozen rivers and wetlands. These vulnerable people face losing their current livelihoods, their communities, and in some cases, their culture, which depends on traditional ways of collecting and sharing food.[132,220] Native cultures in the Southwest are particularly vulnerable to impacts of climate change on water quality and availability.



Chalmette, Louisiana after Hurricane Katrina

### City residents and city infrastructure have unique vulnerabilities to climate change.



Over 80 percent of the U.S. population resides in urban areas, which are among the most rapidly changing environments on Earth. In recent decades, cities have become increasingly spread out, complex, and interconnected with regional and national economies and infrastructure.[319] Cities also experience a host of social problems, including neighborhood degradation, traffic congestion, crime, unemployment, poverty, and inequities in health and well-being.[320] Climate-related changes such as increased heat, water shortages, and extreme weather events will add further stress to existing problems. The impacts of climate change on cities are compounded by aging infrastructure, buildings, and populations, as well as air pollution and population growth. Further, infrastructure designed to handle past variations in climate can instill a false confidence in its ability to handle future changes. However, urban areas also present opportunities for adaptation through technology, infrastructure, planning, and design.[313]

As cities grow, they alter local climates through the urban heat island effect. This effect occurs because cities absorb, produce, and retain more heat than the surrounding countryside. The urban heat island

BLM_0056001

**Global Climate Change Impacts in the United States**

effect has raised average urban air temperatures by 2 to 5°F more than surrounding areas over the past 100 years, and by up to 20°F more at night.[321] Such temperature increases, on top of the general increase caused by human-induced warming, affect urban dwellers in many ways, influencing health, comfort, energy costs, air quality, water quality and availability, and even violent crime (which increases at high temperatures) (see *Human Health, Energy,* and *Water Resources* sectors).[172,313,322,323]

More frequent heavy downpours and floods in urban areas will cause greater property damage, a heavier burden on emergency management, increased clean-up and rebuilding costs, and a growing financial toll on businesses and homeowners. The Midwest floods of 2008 provide a recent vivid example of such tolls. Heavy downpours and urban floods can also overwhelm combined sewer and storm-water systems and release pollutants to waterways.[313] Unfortunately, for many cities, current planning and existing infrastructure are designed for the historical one-in-100 year event, whereas cities are likely to experience this same flood level much more frequently as a result of the climate change projected over this century.[146,164,324]

Cities are also likely to be affected by climate change in unforeseen ways, necessitating diversion of city funds for emergency responses to extreme weather.[313] There is the potential for increased summer electricity blackouts owing to greater demand for air conditioning.[325] For example, there were widespread power outages in Chicago during the 1995 heat wave and in some parts of New York City during the 1999 heat wave. In southern California's cities, additional summer electricity demand will intensify conflicts between hydropower and flood-control objectives.[164] Increased costs of repairs and maintenance are projected for transportation systems, including roads, railways, and airports, as they are negatively affected by heavy downpours



## Heat, Drought, and Stagnant Air Degrade Air Quality and Quality of Life

Heat waves and poor air quality already threaten the lives of thousands of people each year.[292] Experience and research have shown that these events are interrelated as the atmospheric conditions that produce heat waves are often accompanied by stagnant air and poor air quality.[326] The simultaneous occurrence of heat waves, drought, and stagnant air negatively affects quality of life, especially in cities.

One such event occurred in the United States during the summer of 1988, causing 5,000 to 10,000 deaths and economic losses of more than $70 billion (in 2002 dollars).[229,327] Half of the nation was affected by drought, and 5,994 all-time daily high temperature records were set around the country in July alone (more than three times the most recent 10-year average).[328,329] Poor air quality resulting from the lack of rainfall, high temperatures, and stagnant conditions led to an unprecedented number of unhealthy air quality days throughout large parts of the country.[327,329] Continued climate change is projected to increase the likelihood of such episodes.[68,330]

Interactions such as those between heat wave and drought will affect adaptation planning. For example, electricity use increases during heat waves due to increased air conditioning demand.[330,331] During droughts, cooling water availability is at its lowest. Thus, during a simultaneous heat wave and drought, electricity demand for cooling will be high when power plant cooling water availability is at its lowest.[340]



**Stagnation When Heat Waves Exist**
Summer, 1950 to 2007

Percent

0   5   10   15   20   25

NOAA/NCDC[333]

The map shows the frequency of occurrence of stagnant air conditions when heat wave conditions were also present. Since 1950, across the Southeast, southern Great Plains, and most of the West, the air was stagnant more than 25 percent of the time during heat waves.

BLM_0056002

and extreme heat[190] (see *Transportation* sector). Coping with increased flooding will require replacement or improvements in storm drains, flood channels, levees, and dams.

In addition, coastal cities are also vulnerable to sea-level rise, storm surge, and increased hurricane intensity. Cities such as New Orleans, Miami, and New York are particularly at risk, and would have difficulty coping with the sea-level rise projected by the end of the century under a higher emissions scenario.[91,164] Remnants of hurricanes moving inland also threaten cities of the Appalachian Mountains, which are vulnerable if hurricane frequency or intensity increases. Since most large U.S. cities are on coasts, rivers, or both, climate change will lead to increased potential flood damage. The largest impacts are expected when sea-level rise, heavy runoff, high tides, and storms coincide.[313] Analyses of New York and Boston indicate that the potential impacts of climate change are likely to be negative, but that vulnerability can be reduced by behavioral and policy changes.[313,334-336]

Urban areas concentrate the human activities that are largely responsible for heat-trapping emissions. The demands of urban residents are also associated with a much larger footprint on areas far removed from these population centers.[337] On the other hand, concentrating activities such as transportation can make them more efficient. Cities have a large role to play in reducing heat-trapping emissions, and many are pursuing such actions. For example, over 900 cities have committed to the U.S. Mayors' Climate Protection Agreement to advance emissions reduction goals.[317]

Cities also have considerable potential to adapt to climate change through technological, institutional, structural, and behavioral changes. For example, a number of cities have warning programs in place to reduce heat-related illness and death (see *Human Health* sector). Relocating development away from low-lying areas, building new infrastructure with future sea-level rise in mind, and promoting water conservation are examples of structural and institutional strategies. Choosing road materials that can handle higher temperatures is an adaptation option that relies on new technology (see *Transportation* sector). Cities can reduce heat loads by increasing



### Rising Heat Index in Phoenix

Baker *et al.*[340]

The average number of hours per summer day in Phoenix that the temperature was over 100°F has doubled over the past 50 years, in part as a result of the urban heat island effect. Hot days take a toll on both quality of life and loss of life. Arizona's heat-related deaths are the highest of any state, at three to seven times the national average.[340,341]

reflective surfaces and green spaces. Some actions have multiple benefits. For example, increased planting of trees and other vegetation in cities has been shown to be associated with a reduction in crime,[338] in addition to reducing local temperatures, and thus energy demand for air conditioning.

Human well-being is influenced by economic conditions, natural resources and amenities, public health and safety, infrastructure, government, and social and cultural resources. Climate change will influence all of these, but an understanding of the many interacting impacts, as well as the ways society can adapt to them, remains in its infancy.[305,339]



### Climate change affects communities through changes in climate-sensitive resources that occur both locally and at great distances.

Human communities are intimately connected to resources beyond their geographical boundaries. Thus, communities will be vulnerable to the potential impacts of climate change on sometimes-distant resources. For example, communities that have developed near areas of agricultural production, such as the Midwest corn belt or the wine-producing regions of California and the Northwest, depend on the continued productivity of those regions, which would be compromised by increased temperature or severe weather.[313] Some agricultural production that is linked to cold climates is likely to disappear entirely: recent warming has altered the required temperature patterns for maple syrup production,

BLM_0056003

shifting production northward from New England into Canada. Similarly, cranberries require a long winter chill period, which is shrinking as climate warms[234] (see *Northeast* region). Most cities depend on water supplies from distant watersheds, and those depending on diminishing supplies (such as the Sierra Nevada snowpack) are vulnerable. Northwest communities also depend upon forest resources for their economic base, and many island, coastal, and "sunbelt" communities depend on tourism.



Recreation and tourism play important roles in the economy and quality of life of many Americans. In some regions tourism and recreation are major job creators, bringing billions of dollars to regional economies. Across the nation, fishing, hunting, skiing, snowmobiling, diving, beach-going, and other outdoor activities make important economic contributions and are a part of family traditions that have value that goes beyond financial returns. A changing climate will mean reduced opportunities for some activities and locations and expanded opportunities for others.[305,342] Hunting and fishing will change as animals' habitats shift and as relationships among species in natural communities are disrupted by their different responses to rapid climate change. Water-dependent recreation in areas projected to get drier, such as the Southwest, and beach recreation in areas that are expected to see rising sea levels, will suffer. Some regions will see an expansion of the season for warm weather recreation such as hiking and bicycle riding.

**Insurance is one of the industries particularly vulnerable to increasing extreme weather events such as severe storms, but it can also help society manage the risks.**

Insurance – the world's largest industry – is one of the primary mechanisms through which the costs of climate change are distributed across society.[344,351]

Most of the climate change impacts described in this report have economic consequences. A significant portion of these flow through public and private insurance markets, which essentially aggregate and distribute society's risk. Insurance thus provides a window into the myriad ways in which the costs of climate change will manifest, and serves as a form of economic adaptation and a messenger of these impacts through the terms and price signals it sends its customers.[344]

In an average year, about 90 percent of insured catastrophe losses worldwide are weather-related. In the United States, about half of all these losses are insured, which amounted to $320 billion between 1980 and 2005 (inflation-adjusted to 2005 dollars). While major events such as hurricanes grab headlines, the aggregate effect of smaller events accounts for at least 60 percent of total insured losses on average.[344] Many of the smallest scale property losses and weather-related life/health losses are unquantified.[345]

Examples of Impacts On Recreation

| Recreational Activity | Potential Impacts of Climate Change | Estimated Economic Impacts |
|---|---|---|
| Skiing, Northeast | 20 percent reduction in ski season length | $800 million loss per year, potential resort closures[234] |
| Snowmobiling, Northeast | Reduction of season length under higher emissions scenario[91] | Complete loss of opportunities in New York and Pennsylvania within a few decades, 80 percent reduction in season length for region by end of century[234,342] |
| Beaches, North Carolina | Many beaches are eroded, and some lost by 2080[343] | Reduced opportunities for beach and fishing trips,[343] without additional costs for adaptation measures |

Escalating exposures to catastrophic weather events, coupled with private insurers' withdrawal from various markets, are placing the federal government at increased financial risk as insurer of last resort. The National Flood Insurance Program would have gone bankrupt after the storms of 2005 had they not been given the ability to borrow about $20 billion from the U.S. Treasury.[172] For public and private insurance programs alike, rising losses require a combination of risk-based premiums and improved loss prevention.

**104**

While economic and demographic factors have no doubt contributed to observed increases in losses,[346] these factors do not fully explain the upward trend in costs or numbers of events.[344,347] For example, during the time period covered in the figure to the right, population increased by a factor of 1.3 while losses increased by a factor of 15 to 20 in inflation-corrected dollars. Analyses asserting little or no role of climate change in increasing the risk of losses tend to focus on a highly limited set of hazards and locations. They also often fail to account for the vagaries of natural cycles and inflation adjustments, or to normalize for countervailing factors such as improved pre- and post-event loss prevention (such as dikes, building codes, and early warning systems).[348]

What is known with far greater certainty is that future increases in losses will be attributable to climate change as it increases the frequency and intensity of many types of extreme weather, such as severe thunderstorms and heat waves.[131,350]

Insurance is emblematic of the increasing globalization of climate risks. Because large U.S.-based companies operate around the world, their customers and assets are exposed to climate impacts wherever they occur. Most of the growth in the insurance industry is in emerging markets, which will structurally increase U.S. insurers' exposure to climate risk because those regions are more vulnerable and are experiencing particularly high rates of population growth and development.[351]



**Insured Losses from Catastrophes, 1980 to 2005**

US GAO[352]

Weather-related insurance losses in the United States are increasing. Typical weather-related losses today are similar to those that resulted from the 9/11 attack (shown in gray at 2001 in the graph). About half of all economic losses are insured, so actual losses are roughly twice those shown on the graph. Data on smaller-scale losses (many of which are weather-related) are significant but are not included in this graph as they are not comprehensively reported by the U.S. insurance industry.





**Lightning-Related Insurance Claims**

Mills[344]

There is a strong observed correlation between higher temperatures and the frequency of lightning-induced insured losses in the United States. Each marker represents aggregate monthly U.S. lightning-related insurance claims paid by one large national insurer over a five-year period, 1991-1995. All else being equal, these claims are expected to increase with temperature.[344,353,354]

The movement of populations into harm's way creates a rising baseline of insured losses upon which the consequences of climate change will be superimposed. These observations reinforce a recurring theme in this report: the past can no longer be used as the basis for planning for the future.

It is a challenge to design insurance systems that properly price risks, reward loss prevention, and do not foster risk taking (for example by repeatedly rebuilding flooded homes). This challenge is particularly acute in light of insurance market distortions such as prices that inhibit insurers' ability to recover rising losses, combined with information gaps on the impacts of climate change and adaptation strategies. Rising losses[252] are already affecting the availability and affordability of insurance. Several million customers in the United States, no longer able to purchase private insurance coverage, are taking refuge in state-mandated insurance pools, or going without insurance altogether. Offsetting rising insurance costs is one benefit of mitigation and adaptation investments to reduce the impacts of climate change.

BLM_0056005

Virtually all segments of the insurance industry are vulnerable to the impacts of climate change. Examples include damage to property, crops, forest products, livestock, and transportation infrastructure; business and supply-chain interruptions caused by weather extremes, water shortages, and electricity outages; legal consequences;[355] and compromised health or loss of life. Increasing risks to insurers and their customers are driven by many factors including reduced periods of time between loss events, increasing variability, shifting types and location of events, and widespread simultaneous losses.

In light of these challenges, insurers are emerging as partners in climate science and the formulation of public policy and adaptation strategies.[356] Some have promoted adaptation by providing premium incentives for customers who fortify their properties, engaging in the process of determining building codes and land-use plans, and participating in the development and financing of new technologies and practices. For example, the Federal Emergency Management Agency (FEMA) Community Rating System is a point system that rewards communities that undertake floodplain management activities to reduce flood risk beyond the minimum requirement set by the National Flood Insurance Program. Everyone in these communities is rewarded with lower flood insurance premiums (−5 to −45 percent).[357] Others have recognized that mitigation and adaptation can work hand in hand in a coordinated climate risk-management strategy and are offering "green" insurance products designed to capture these dual benefits.[351,349]



### The United States is connected to a world that is unevenly vulnerable to climate change and thus will be affected by impacts in other parts of the world.

American society will not experience the potential impacts of climate change in isolation. In an increasingly connected world, impacts elsewhere will have political, social, economic, and environmental ramifications for the United States. As in the United States, vulnerability to the potential impacts of climate change worldwide varies by location, population characteristics, and economic status.



The rising concentration of people in cities is occurring globally, but is most prevalent in lower-income countries. Many large cities are located in vulnerable areas such as floodplains and coasts. In most of these cities, the poor often live in the most marginal of these environments, in areas that are susceptible to extreme events, and their ability to adapt is limited by their lack of financial resources.[172]

In addition, over half of the world's population – including most of the world's major cities – depends on glacier melt or snowmelt to supply water for drinking and municipal uses. Today, some locations are experiencing abundant water supplies and even frequent floods due to increases in glacier melt rates due to increased temperatures worldwide. Soon, however, this trend is projected to reverse as even greater temperature increases reduce glacier mass and cause more winter precipitation to fall as rain and less as snow.[90]

As conditions worsen elsewhere, the number of people wanting to immigrate to the United States will increase. The direct cause of potential increased migration, such as extreme climatic events, will be difficult to separate from other forces that drive people to migrate. Climate change also has the potential to alter trade relationships by changing the comparative trade advantages of regions or nations. As with migration, shifts in trade can have multiple causes.

Accelerating emissions in economies that are rapidly expanding, such as China and India, pose future threats to the climate system and already are associated with air pollution episodes that reach the United States.[297]

Meeting the challenge of improving conditions for the world's poor has economic implications for the United States, as does intervention and resolution of intra- and intergroup conflicts. Where climate change exacerbates such challenges, for example by limiting access to scarce resources or increasing incidence of damaging weather events, consequences are likely for the U.S. economy and security.[358]

BLM_0056006



# Northeast

The Northeast has significant geographic and climatic diversity within its relatively small area. The character and economy of the Northeast have been shaped by many aspects of its climate including its snowy winters, colorful autumns, and variety of extreme events such as nor'easters, ice storms, and heat waves. This familiar climate has already begun changing in noticeable ways.

Since 1970, the annual average temperature in the Northeast has increased by 2°F, with winter temperatures rising twice this much.[150] Warming has resulted in many other climate-related changes, including:

- More frequent days with temperatures above 90°F
- A longer growing season
- Increased heavy precipitation
- Less winter precipitation falling as snow and more as rain
- Reduced snowpack
- Earlier breakup of winter ice on lakes and rivers
- Earlier spring snowmelt resulting in earlier peak river flows
- Rising sea surface temperatures and sea level

Each of these observed changes is consistent with the changes expected in this region from global warming. The Northeast is projected to face continued warming and more extensive climate-related changes, some of which could dramatically alter the region's economy, landscape, character, and quality of life.

Over the next several decades, temperatures in the Northeast are projected to rise an additional 2.5 to 4°F in winter and 1.5 to 3.5°F in summer. By mid-century and beyond, however, today's emissions choices would generate starkly different climate futures; the lower the emissions, the smaller the climatic changes and resulting impacts.[150,359] By late this century, under a higher emissions scenario[91]:



### Climate on the Move:
Changing Summers in New Hampshire





Hayhoe et al.[359]  Fig. from Frumhoff et al.[234]

Yellow arrows track what summers are projected to feel like under a lower emissions scenario,[91] while red arrows track projections for a higher emissions scenario[91] (referred to as "even higher" on page 23). For example, under the higher emission scenario,[91] by late this century residents of New Hampshire would experience a summer climate more like what occurs today in North Carolina.[359]

- Winters in the Northeast are projected to be much shorter with fewer cold days and more precipitation.
- The length of the winter snow season would be cut in half across northern New York, Vermont, New Hampshire, and Maine, and reduced to a week or two in southern parts of the region.
- Cities that today experience few days above 100°F each summer would average 20 such days per summer, while certain cities, such as Hartford and Philadelphia, would average nearly 30 days over 100°F.
- Short-term (one- to three-month) droughts are projected to occur as frequently as once each summer in the Catskill and Adirondack Mountains, and across the New England states.
- Hot summer conditions would arrive three weeks earlier and last three weeks longer into the fall.
- Sea level in this region is projected to rise more than the global average, see *Global* and *National Climate Change* and *Coasts* sections for more information on sea-level rise (pages 25, 37, 150).

**107**

BLM_0056007

U.S. Global Change Research Program

**Global Climate Change Impacts in the United States**

## Extreme heat and declining air quality are likely to pose increasing problems for human health, especially in urban areas.

Heat waves, which are currently rare in the region, are projected to become much more commonplace in a warmer future, with major implications for human health (see *Human Health* sector).[163,68]

In addition to the physiological stresses associated with hotter days and nights,[360] for cities that now experience ozone pollution problems, the number of days that fail to meet federal air quality standards is projected to increase with rising temperatures if there are no additional controls on ozone-causing pollutants[163,361] (see *Human Health* sector). Sharp reductions in emissions will be needed to keep ozone within existing standards.

Projected changes in summer heat (see figure below) provide a clear sense of how different the climate of the Northeast is projected to be under lower versus higher emissions scenarios. Changes of this kind will require greater use of air conditioning (see *Energy* sector).



### Projected Shifts in Tree Species

Adapted from Iverson et al.[364]

Much of the Northeast's forest is composed of the hardwoods maple, beech, and birch, while mountain areas and more northern parts of the region are dominated by spruce/fir forests. As climate changes over this century, suitable habitat for spruce and fir is expected to contract dramatically. Suitable maple/beech/birch habitat is projected to shift significantly northward under a higher emissions scenario (referred to as "even higher" on page 23),[91] but to shift far less under a lower emissions scenario.[91,363] Other studies of tree species shifts suggest even more dramatic changes than those shown here (see page 81).

## Agricultural production, including dairy, fruit, and maple syrup, are likely to be adversely affected as favorable climates shift.

Large portions of the Northeast are likely to become unsuitable for growing popular varieties of apples, blueberries, and cranberries under a higher emissions scenario.[91,362,363] Climate conditions suitable for maple/beech/birch forests are projected to shift dramatically northward (see figure above), eventually leaving only a small portion of the Northeast with a maple sugar business.[364]

The dairy industry is the most important agricultural sector in this region, with annual production worth $3.6 billion.[365] Heat stress in dairy cows depresses both milk production and birth rates for periods of weeks to months.[193,366] By late this century, all but the northern parts of Maine, New Hampshire, New York, and Vermont are projected to suffer declines in July milk production under the higher emissions scenario. In parts of Connecticut, Massachusetts, New Jersey, New York, and Pennsylvania, a large decline in milk production, up to 20 percent or greater, is projected. Under the lower emissions scenario, however, reductions in milk production of up to 10 percent remain confined primarily to the southern parts of the region.



### Projected Days per Year over 90°F in Boston

The graph shows model projections of the number of summer days with temperatures over 90°F in Boston, Massachusetts, under lower and higher (referred to as "even higher" on page 23) emissions scenarios.[91] The inset shows projected days over 100°F.[359]



BLM_0056008

This analysis used average monthly temperature and humidity data that do not capture daily variations in heat stress and projected increases in extreme heat. Nor did the analysis directly consider farmer responses, such as installation of potentially costly cooling systems. On balance, these projections are likely to underestimate impacts on the dairy industry.[150]

### Severe flooding due to sea-level rise and heavy downpours is likely to occur more frequently.

The densely populated coasts of the Northeast face substantial increases in the extent and frequency of storm surge, coastal flooding, erosion, property damage, and loss of wetlands.[367,369]

#### Increased Flood Risk in New York City

Landmarks
A. West Side Highway
B. Battery Park
C. Brooklyn-Battery Tunnel
D. South Ferry Subway Station
E. Ferry Terminals
F. Franklin D. Roosevelt Drive
G. Wall Street
H. South Street Seaport

Kirshen et al.[369]; fig. from Frumhoff et al.[234]

The light blue area above depicts today's FEMA 100-year flood zone for the city (the area of the city that is expected to be flooded once every 100 years). With rising sea levels, a 100-year flood at the end of this century (not mapped here) is projected to inundate a far larger area of New York City, especially under the higher emissions scenario.[91] Critical transportation infrastructure located in the Battery area of lower Manhattan could be flooded far more frequently unless protected. The increased likelihood of flooding is causing planners to look into building storm-surge barriers in New York Harbor to protect downtown New York City.[234,370,371]

New York state alone has more than $2.3 trillion in insured coastal property.[368] Much of this coastline is exceptionally vulnerable to sea-level rise and related impacts. Some major insurers have withdrawn coverage from thousands of homeowners in coastal areas of the Northeast, including New York City.

Rising sea level is projected to increase the frequency and severity of damaging storm surges and flooding. Under a higher emissions scenario,[91] what is now considered a once-in-a-century coastal flood in New York City is projected to occur at least twice as often by mid-century, and 10 times as often (or once per decade

### Adaptation: Raising a Sewage Treatment Plant in Boston

Boston's Deer Island sewage treatment plant was designed and built taking future sea-level rise into consideration. Because the level of the plant relative to the level of the ocean at the outfall is critical to the amount of rainwater and sewage that can be treated, the plant was built 1.9 feet higher than it would otherwise have been to accommodate the amount of sea-level rise projected to occur by 2050, the planned life of the facility.



The planners recognized that the future would be different from the past and they decided to plan for the future based on the best available information. They assessed what could be easily and inexpensively changed at a later date versus those things that would be more difficult and expensive to change later. For example, increasing the plant's height would be less costly to incorporate in the original design, while protective barriers could be added at a later date, as needed, at a relatively small cost.

**109**

BLM_0056009

on average) by late this century. With a lower emissions scenario,[91] today's 100-year flood is projected to occur once every 22 years on average by late this century.[369]

### The projected reduction in snow cover will adversely affect winter recreation and the industries that rely upon it.

Winter snow and ice sports, which contribute some $7.6 billion annually to the regional economy, will be particularly affected by warming.[342] Of this total, alpine skiing and other snow sports (not including snowmobiling) account for $4.6 billion annually. Snowmobiling, which now rivals skiing as the largest winter recreation industry in the nation, accounts for the remaining $3 billion.[372] Other winter traditions, ranging from skating and ice fishing on frozen ponds and lakes, to cross-country (Nordic) skiing, snowshoeing, and dog sledding, are integral to the character of the Northeast, and for many residents and visitors, its desirable quality of life.

Warmer winters will shorten the average ski and snowboard seasons, increase artificial snowmaking requirements, and drive up operating costs. While snowmaking can enhance the prospects for ski resort success, it requires a great deal of water and energy, as well as very cold nights, which are becoming less frequent. Without the opportunity to benefit from snowmaking, the prospects for the snowmobiling industry are even worse. Most of the region is likely to have a marginal or non-existent snowmobile season by mid-century.

### The center of lobster fisheries is projected to continue its northward shift and the cod fishery on Georges Bank is likely to be diminished.

Lobster catch has increased dramatically in the Northeast as a whole over the past three decades, though not uniformly.[374,375] Catches in the southern part of the region peaked in the mid-1990s, and have since declined sharply, beginning with a 1997 die-off in Rhode Island and Buzzards Bay (Massachusetts) associated with the onset of a temperature-sensitive bacterial shell disease, and accelerated by a 1999 lobster die-off in Long Island Sound. Currently, the southern extent of the commercial lobster harvest appears to be limited by this temperature-sensitive shell disease, and these effects are expected to increase as near-shore water temperatures rise above the threshold for this disease. Analyses also suggest that lobster survival and settlement in northern regions of the Gulf of Maine could be increased by warming water, a longer growing season, more rapid growth, an earlier hatching season, an increase in nursery grounds suitable for larvae, and faster development of plankton.[376]



### Ski Areas at Risk
#### under Higher Emissions Scenario[91]

2010-2039   2040-2069   2070-2099

● highly vulnerable   ● vulnerable   ● viable

Scott et al.[342]; Fig. from Frumhoff et al.[234]

The ski resorts in the Northeast have three climate-related criteria that need to be met for them to remain viable: the average length of the ski season must be at least 100 days; there must be a good probability of being open during the lucrative winter holiday week between Christmas and the New Year; and there must be enough nights that are sufficiently cold to enable snowmaking operations. By these standards, only one area in the region (not surprisingly, the one located farthest north) is projected to be able to support viable ski resorts by the end of this century under a higher emissions scenario (referred to as "even higher" on page 23).[91,373]

Cod populations throughout the North Atlantic are adapted to a wide range of seasonal ocean temperatures, including average annual temperatures near the seafloor ranging from 36 to 54°F. Large populations of cod are generally not found above the 54°F threshold.[377] Temperature also influences both the location and timing of spawning, which in turn affects the subsequent growth and survival of young cod. Increases in average annual bottom temperatures above 47°F lead to a decline in growth and survival.[378,379] Projections of warming indicate that both the 47°F and the 54°F thresholds will be met or exceeded in this century under a higher emissions scenario.[234] Climate change will thus introduce an additional stress to an already-stressed fishery.[377]

BLM_0056010

# Southeast

The climate of the Southeast is uniquely warm and wet, with mild winters and high humidity, compared with the rest of the continental United States. The average annual temperature of the Southeast did not change significantly over the past century as a whole. Since 1970, however, annual average temperature has risen about 2°F, with the greatest seasonal increase in temperature occurring during the winter months. The number of freezing days in the Southeast has declined by four to seven days per year for most of the region since the mid-1970s.

Average autumn precipitation has increased by 30 percent for the region since 1901. The decline in fall precipitation in South Florida contrasts strongly with the regional average. There has been an increase in heavy downpours in many parts of the region,[380,381] while the percentage of the region experiencing moderate to severe drought increased over the past three decades. The area of moderate to severe spring and summer drought has increased by 12 percent and 14 percent, respectively, since the mid-1970s. Even in the fall months, when precipitation tended to increase in most of the region, the extent of drought increased by 9 percent.

Climate models project continued warming in all seasons across the Southeast and an increase in the rate of warming through the end of this century. The projected rates of warming are more than double those experienced in the Southeast since 1975, with the greatest temperature increases projected to occur in the summer months. The number of very hot days is projected to rise at a greater rate than the average temperature. Under a lower emissions scenario,[91]



### Observed Changes in Precipitation
#### 1901 to 2007

NOAA/NCDC[382]

While average fall precipitation in the Southeast increased by 30 percent since the early 1900s, summer and winter precipitation declined by nearly 10 percent in the eastern part of the region. Southern Florida has experienced a nearly 10 percent drop in precipitation in spring, summer, and fall. The percentage of the Southeast region in drought has increased over recent decades.

average temperatures in the region are projected to rise by about 4.5°F by the 2080s, while a higher emissions scenario[91] yields about 9°F of average warming (with about a 10.5°F increase in summer, and a much higher heat index). Spring and summer rainfall is projected to decline in South Florida during this century. Except for indications that the amount of rainfall from individual hurricanes will increase,[68] climate models provide divergent

| Average Change in Temperature and Precipitation in the Southeast | | | | | |
|---|---|---|---|---|---|
| | Temperature Change in °F | | | Precipitation change in % | |
| | 1901-2008 | 1970-2008 | | 1901-2008 | 1970-2008 |
| Annual | 0.3 | 1.6 | Annual | 6.0 | -7.7 |
| Winter | 0.2 | 2.7 | Winter | 1.2 | -9.6 |
| Spring | 0.4 | 1.2 | Spring | 1.7 | -29.2 |
| Summer | 0.4 | 1.6 | Summer | -4.0 | 3.6 |
| Fall | 0.2 | 1.1 | Fall | 27.4 | 0.1 |

Observed temperature and precipitation changes in the Southeast are summarized above for two different periods.[383] Southeast average temperature declined from 1901 to 1970 and then increased strongly since 1970.

111



The number of days per year with peak temperature over 90°F is expected to rise significantly, especially under a higher emissions scenario[91] as shown in the map above. By the end of the century, projections indicate that North Florida will have more than 165 days (nearly six months) per year over 90°F, up from roughly 60 days in the 1960s and 1970s. The increase in very hot days will have consequences for human health, drought, and wildfires.



Since the mid-1970s, the number of days per year in which the temperature falls below freezing has declined by four to seven days over much of the Southeast. Some areas, such as western Louisiana, have experienced more than 20 fewer freezing days. Climate models project continued warming across the region, with the greatest increases in temperature expected in summer, and the number of very hot days increasing at a greater rate than the average temperature.

results for future precipitation for the remainder of the Southeast. Models project that Gulf Coast states will tend to have less rainfall in winter and spring, compared with the more northern states in the region (see map on page 31 in the *National Climate Change* section). Because higher temperatures lead to more evaporation of moisture from soils and water loss from plants, the frequency, duration, and intensity of droughts are likely to continue to increase.

The destructive potential of Atlantic hurricanes has increased since 1970, correlated with an increase in sea surface temperature. A similar relationship with the frequency of landfalling hurricanes has not been established[58,384-387] (see *National Climate Change* section for a discussion of past trends and future projections). An increase in average summer wave heights along the U.S. Atlantic coastline since 1975 has been attributed to a progressive increase in hurricane power.[112,388] The intensity of Atlantic hurricanes is likely to increase during this century with higher peak wind speeds, rainfall intensity, and storm surge height and strength.[90,112] Even with no increase in hurricane intensity, coastal inundation and shoreline retreat would increase as sea-level rise accelerates, which is one of the most certain and most costly consequences of a warming climate.[164]

**112**

BLM_0056012

## Projected increases in air and water temperatures will cause heat-related stresses for people, plants, and animals.

The warming projected for the Southeast during the next 50 to 100 years will create heat-related stress for people, agricultural crops, livestock, trees, transportation and other infrastructure, fish, and wildlife. The average temperature change is not as important for all of these sectors and natural systems as the projected increase in maximum and minimum temperatures. Examples of potential impacts include:

- Increased illness and death due to greater summer heat stress, unless effective adaptation measures are implemented.[164]
- Decline in forest growth and agricultural crop production due to the combined effects of thermal stress and declining soil moisture.[390]
- Increased buckling of pavement and railways.[217,222]
- Decline in dissolved oxygen in stream, lakes, and shallow aquatic habitats leading to fish kills and loss of aquatic species diversity.
- Decline in production of cattle and other rangeland livestock.[391] Significant impacts on beef cattle occur at continuous temperatures in the 90 to 100°F range, increasing in danger as the humidity level increases (see *Agriculture* sector).[391] Poultry and swine are primarily raised in indoor operations, so warming would increase energy requirements.[193]

A reduction in very cold days is likely to reduce the loss of human life due to cold-related stress, while heat stress and related deaths in the summer months are likely to increase. The reduction in cold-related deaths is not expected to offset the increase in heat-related deaths (see *Human Health* sector). Other effects of the projected increases in temperature include more frequent outbreaks of shellfish-borne diseases in coastal waters, altered distribution of native plants and animals, local loss of many threatened and endangered species, displacement of native species by invasive species, and more frequent and intense wildfires.

## Decreased water availability is very likely to affect the region's economy as well as its natural systems.

Decreased water availability due to increased temperature and longer periods of time between rainfall events, coupled with an increase in societal demand is very likely to affect many sectors of the Southeast's economy. The amount and timing of water available to natural systems is also affected by climate change, as well as by human response strategies such as increasing storage capacity (dams)[142] and increasing acreage of irrigated cropland.[392] The 2007 water shortage in the Atlanta region created serious conflicts between three states, the U.S. Army Corps of Engineers (which operates the dam at Lake Lanier), and the U.S. Fish and Wildlife Service, which is charged with protecting endangered species. As humans seek to adapt to climate change by manipulating water resources, streamflow and biological diversity are likely to be reduced.[142] During droughts, recharge of groundwater will decline as the temperature and spacing between rainfall events increase. Responding by increasing groundwater pumping will further stress or deplete aquifers and place increasing strain on surface water resources. Increasing evaporation and plant water loss rates alter the balance of runoff and groundwater recharge, which is likely to lead to saltwater intrusion into shallow aquifers in many parts of the Southeast.[142]





In Atlanta and Athens, Georgia, 2007 was the second driest year on record. Among the numerous effects of the rainfall shortage were restrictions on water use in some cities and low water levels in area lakes. In the photo, a dock lies on dry land near Aqualand Marina on Lake Lanier (located northeast of Atlanta) in December 2007.

BLM_0056013

U.S. Global Change Research Program — **Global Climate Change Impacts in the United States**



In 2005, 217 square miles of land and wetlands were lost to open water during hurricanes Rita and Katrina. The photos and maps show the Chandeleur Islands, east of New Orleans, before and after the 2005 hurricanes; 85 percent of the islands' above-water land mass was eliminated.



### Sea-level rise and the likely increase in hurricane intensity and associated storm surge will be among the most serious consequences of climate change.

An increase in average sea level of up to 2 feet or more and the likelihood of increased hurricane intensity and associated storm surge are likely to be among the most costly consequences of climate change for this region (see *National Climate Change* section). As sea level rises, coastal shorelines will retreat. Wetlands will be inundated and eroded away, and low-lying areas including some communities will be inundated more frequently – some permanently – by the advancing sea. Current buildings and infrastructure were not designed to withstand the intensity of the projected storm surge, which would cause catastrophic damage. As temperature increases and rainfall patterns change, soil moisture and runoff to the coast are likely to be more variable. The salinity of estuaries, coastal wetlands, and tidal rivers is likely to increase in the southeastern coastal zone, thereby altering coastal ecosystems and displacing them farther inland if no barriers exist. More frequent storm surge flooding and permanent inundation of coastal ecosystems and communities is likely in some low-lying areas, particularly along the central Gulf Coast where the land surface is sinking.[393,394] Rapid acceleration in the rate of increase in sea-level rise could threaten a large portion of the Southeast coastal zone. The likelihood of a catastrophic increase in the rate of sea-level rise is dependent upon ice sheet response to warming, which is the subject of much scientific uncertainty (see *Global Climate Change* section).[90] Such rapid rise in sea level is likely to result in the destruction of barrier islands and wetlands.[257,390]

**114**

BLM_0056014

Compared to the present coastal situation, for which vulnerability is quite high, an increase in hurricane intensity will further affect low-lying coastal ecosystems and coastal communities along the Gulf and South Atlantic coastal margin. An increase in intensity is very likely to increase inland and coastal flooding, coastal erosion rates, wind damage to coastal forests, and wetland loss. Major hurricanes also pose a severe risk to people, personal property, and public infrastructure in the Southeast, and this risk is likely to be exacerbated.[393,394] Hurricanes have their greatest impact at the coastal margin where they make landfall, causing storm surge, severe beach erosion, inland flooding, and wind-related casualties for both cultural and natural resources. Some of these impacts extend farther inland, affecting larger areas. Recent examples of societal vulnerability to severe hurricanes include Katrina and Rita in 2005, which were responsible for the loss of more than 1,800 lives and the net loss of 217 square miles of low-lying coastal marshes and barrier islands in southern Louisiana.[390,396]



Sea Surface Temperature
Atlantic Hurricane Main Development Region
August through October, 1900 to 2008

NOAA/NCDC[397]

Ocean surface temperature during the peak hurricane season, August through October, in the main development region for Atlantic hurricanes.[397] Higher sea surface temperatures in this region of the ocean have been associated with more intense hurricanes. As ocean temperatures continue to increase in the future, it is likely that hurricane rainfall and wind speeds will increase in response to human-caused warming (see *National Climate Change* section).[68]

## Ecological thresholds are expected to be crossed throughout the region, causing major disruptions to ecosystems and to the benefits they provide to people.



Ecological systems provide numerous important services that have high economic and cultural value in the Southeast. Ecological effects cascade among both living and physical systems, as illustrated in the following examples of ecological disturbances that result in abrupt responses, as opposed to gradual and proportional responses to warming:



- The sudden loss of coastal landforms that serve as a storm-surge barrier for natural resources and as a homeland for coastal communities (such as in a major hurricane).[254,390]
- An increase in sea level can have no apparent effect until an elevation is reached that allows widespread, rapid saltwater intrusion into coastal forests and freshwater aquifers.[398]
- Lower soil moisture and higher temperatures leading to intense wildfires or pest outbreaks (such as the southern pine beetle) in southeastern forests;[399] intense droughts leading to the drying of lakes, ponds, and wetlands; and the local or global extinction of riparian and aquatic species.[142]



Flooding damage in Louisiana due to Hurricane Katrina

**115**

U.S. Global Change Research Program

**Global Climate Change Impacts in the United States**

- A precipitous decline of wetland-dependent coastal fish and shellfish populations due to the rapid loss of coastal marsh.[400]

**Quality of life will be affected by increasing heat stress, water scarcity, severe weather events, and reduced availability of insurance for at-risk properties.**

Over the past century, the southeastern "sunbelt" has attracted people, industry, and investment. The population of Florida more than doubled during the past three decades, and growth rates in most other southeastern states were in the range of 45 to 75 percent (see population map, page 55). Future population growth and the quality of life for existing residents is likely to be affected by the many challenges associated with climate change, such as reduced insurance availability, increased insurance cost, and increases in water scarcity, sea-level rise, extreme weather events, and heat stress. Some of these problems, such as increasing heat and declining air quality, will be especially acute in cities.



**Adaptation:** **Reducing Exposure to Flooding and Storm Surge**

Three different types of adaptation to sea-level rise are available for low-lying coastal areas.[173,269] One is to move buildings and infrastructure farther inland to get out of the way of the rising sea. Another is to accommodate rising water through changes in building design and construction, such as elevating buildings on stilts. Flood insurance programs even require this in some areas with high probabilities of floods. The third adaptation option is to try to protect existing development by building levees and river flood control structures. This option is being pursued in some highly vulnerable areas of the Gulf and South Atlantic coasts. Flood control structures can be designed to be effective in the face of higher sea level and storm surge.

Some hurricane levees and floodwalls were not just replaced after Hurricane Katrina, they were redesigned to withstand higher storm surge and wave action.[401]

The costs and environmental impacts of building such structures can be significant. Furthermore, building levees can actually increase future risks.[269] This is sometimes referred to as the levee effect or the safe-development paradox. Levees that provide protection from, for example, the storm surge from a Category 3 hurricane, increase real and perceived safety and thereby lead to increased development. This increased



Recent upgrades that raised the height of this earthen levee increased protection against storm surge in the New Orleans area.

development means there will be greater damage if and when the storm surge from a Category 5 hurricane tops the levee than there would have been if no levee had been constructed.[252]

In addition to levees, enhancement of key highways used as hurricane evacuation routes and improved hurricane evacuation planning is a common adaptation underway in all Gulf Coast states.[217] Other protection options that are being practiced along low-lying coasts include the enhancement and protection of natural features such as forested wetlands, saltmarshes, and barrier islands.[390]

116

BLM_0056016



# Midwest

The Midwest's climate is shaped by the presence of the Great Lakes and the region's location in the middle of the North American continent. This location, far from the temperature-moderating effects of the oceans, contributes to large seasonal swings in air temperature from hot, humid summers to cold winters. In recent decades, a noticeable increase in average temperatures in the Midwest has been observed, despite the strong year-to-year variations. The largest increase has been measured in winter, extending the length of the frost-free or growing season by more than one week, mainly due to earlier dates for the last spring frost. Heavy downpours are now twice as frequent as they were a century ago. Both summer and winter precipitation have been above average for the last three decades, the wettest period in a century. The Midwest has experienced two record-breaking floods in the past 15 years.[213] There has also been a decrease in lake ice, including on the Great Lakes. Since the 1980s, large heat waves have been more frequent in the Midwest than any time in the last century, other than the Dust Bowl years of the 1930s.[112,283,402-404]

**During the summer, public health and quality of life, especially in cities, will be negatively affected by increasing heat waves, reduced air quality, and insect and waterborne diseases. In the winter, warming will have mixed impacts.**

Heat waves that are more frequent, more severe, and longer lasting are projected. The frequency of hot days and the length of the heat-wave season both will be more than twice as great under the higher emissions scenario[91] compared to the lower emissions scenario.[91,283,402,403,405] Events such as the Chicago heat wave of 1995, which resulted in over 700 deaths, will become more common. Under the lower emissions scenario,[91] such a heat wave is projected to occur every other year in Chicago by the end of the century, while under the higher emissions scenario,[91] there would be about three such heat waves per year. Even more severe heat waves, such as the one that claimed tens of thousands of lives in Europe in 2003, are projected to become more frequent in a warmer world, occurring as often as every other year in the Midwest by the end of this century under the higher emissions scenario.[91,283,403,406] Some health impacts can be reduced by better preparation for such events.[288]

## Climate on the Move:
### Changing Summers in the Midwest



Model projections of summer average temperature and precipitation changes in Illinois and Michigan for mid-century (2040-2059), and end-of-century (2080-2099), indicate that summers in these states are expected to feel progressively more like summers currently experienced in states south and west. Both states are projected to get considerably warmer and have less summer precipitation.



BLM_0056017

U.S. Global Change Research Program — **Global Climate Change Impacts in the United States**

During heat waves, high electricity demand combines with climate-related limitations on energy production capabilities (see *Energy Supply and Use* sector), increasing the likelihood of electricity shortages and resulting in brownouts or even blackouts. This combination can leave people without air conditioning and ventilation when they need it most, as occurred during the 1995 Chicago/Milwaukee heat wave. In general, electricity demand for air conditioning is projected to significantly increase in summer. Improved energy planning could reduce electricity disruptions.

The urban heat island effect can further add to high local daytime and nighttime temperatures (see *Human Health* sector). Heat waves take a greater toll in illness and death when there is little relief from the heat at night.

Another health-related issue arises from the fact that climate change can affect air quality. A warmer climate generally means more ground-level ozone (a component of smog), which can cause respiratory problems, especially for those who are young, old, or have asthma or allergies. Unless the emissions of pollutants that lead to ozone formation are reduced significantly, there will be more ground-level ozone as a result of the projected climate changes in the Midwest due to increased air temperatures, more stagnant air, and increased emissions from vegetation.[283,291,402,403,408-410]



**Number of 1995-like Chicago Heat Waves**

Hayhoe et al.[407]

Over the last three decades of this century, heat waves like the one that occurred in Chicago in 1995 are projected to occur about once every three years under the lower emissions scenario.[9] Under the even higher emissions scenario, such events are projected to occur an average of nearly three times a year. In this analysis, heat waves were defined as at least one week of daily maximum temperatures greater than 90°F and nighttime minimum temperatures greater than 70°F, with at least two consecutive days with daily temperatures greater than 100°F and nighttime temperatures greater than 80°F.

Insects such as ticks and mosquitoes that carry diseases will survive winters more easily and produce larger populations in a warmer Midwest.[283,402,403] One potential risk is an increasing incidence of diseases such as West Nile



**Adaptation:  Chicago Tries to Cool the Urban Heat Island**

Efforts to reduce urban heat island effects become even more important in a warming climate. The City of Chicago has produced a map of urban hotspots to use as a planning tool to target areas that could most benefit from heat-island reduction initiatives such as reflective or green roofing, and tree planting. Created using satellite images of daytime and nighttime temperatures, the map shows the hottest 10 percent of both day and night temperatures in red, and the hottest 10 percent of either day or night in orange.

The City is working to reduce urban heat buildup and the need for air conditioning by using reflective roofing materials. This thermal image shows that the radiating temperature of the City Hall's "green roof" – covered with soil and vegetation – is up to 77°F cooler than the nearby conventional roofs.[411]

■ Hottest days AND nights
■ Hottest days OR nights
**Chicago's urban hot spots**



"Green roofs" are cooler than the surrounding conventional roofs.

118

virus. Waterborne diseases will present an increasing risk to public health because many pathogens thrive in warmer conditions.[163]

In winter, oil and gas demand for heating will decline. Warming will also decrease the number of days with snow on the ground, which is expected to improve traffic safety.[222] On the other hand, warming will decrease outdoor winter recreational opportunities such as skiing, snowmobiling, ice skating, and ice fishing.

**Significant reductions in Great Lakes water levels, which are projected under higher emissions scenarios, lead to impacts on shipping, infrastructure, beaches, and ecosystems.**

The Great Lakes are a natural resource of tremendous significance, containing 20 percent of the planet's fresh surface water and serving as the dominant feature of the industrial heartland of the nation. Higher temperatures will mean more evaporation and hence a likely reduction in the Great Lakes water levels. Reduced lake ice increases



Observed Changes in Great Lakes Ice Cover
Seasonal Maximum Coverage, 1973 to 2008

Updated from Assel[414]

Reductions in winter ice cover lead to more evaporation, causing lake levels to drop even farther. While the graph indicates large year-to-year variations, there is a clear decrease in the extent of Great Lakes ice coverage, as shown by the black trend line.

evaporation in winter, contributing to the decline. Under a lower emissions scenario,[91] water levels in the Great Lakes are projected to fall no more than 1 foot by the end of the century, but under a higher emissions scenario,[91] they are projected to fall between 1 and 2 feet.[283] The greater the temperature rise, the higher the likelihood of a larger decrease in lake levels.[412] Even a decrease of 1 foot, combined with normal fluctuations, can result in significant lengthening of the distance to the lakeshore in many places. There are also potential impacts on beaches, coastal ecosystems, dredging requirements, infrastructure, and shipping. For example, lower lake levels reduce "draft," or the distance between the waterline and the bottom of a ship, which lessens a ship's ability to carry freight. Large vessels, sized for passage through the St. Lawrence Seaway, lose up to 240 tons of capacity for each inch of draft lost.[283,402,403,413] These impacts will have costs, including increased shipping, repair and maintenance costs, and lost recreation and tourism dollars.





Projected Changes in Great Lakes Levels
under Higher Emissions Scenario[91]

Hayhoe et al.[283]

Average Great Lakes levels depend on the balance between precipitation (and corresponding runoff) in the Great Lakes Basin on one hand, and evaporation and outflow on the other. As a result, lower emissions scenarios[91] with less warming show less reduction in lake levels than higher emissions scenarios.[91] Projected changes in lake levels are based on simulations by the NOAA Great Lakes model for projected climate changes under a higher emissions scenario.[91]

**119**

U.S. Global Change Research Program

**Global Climate Change Impacts in the United States**

## Lower Water Levels in the Great Lakes

| Sectors Affected | Potential Impacts |
|---|---|
| Transportation | Decreased depth of navigation channels, stranded docks and harbours |
| Tourism and Recreation | More beaches, aesthetic issues, less access to marinas and lake front |
| Fisheries | Loss of species, loss of habitat (such as spawning areas), contamination |
| Industry and Energy | Less potential for hydropower, less water for industrial operations |
| Municipalities | Increased water quality problems and water use restrictions |
| Agriculture | Less water available for irrigation and farm operations |
| Health | Increased illness from water contamination and poorer water quality |

Adapted from Field et al.[164]

Reduced water levels in the Great Lakes will have interconnected impacts across many sectors, creating mismatches between water supply and demand, and necessitating trade-offs. Regions outside the Midwest will also be affected. For example, a reduction in hydropower potential would affect the Northeast, and a reduction in irrigation water would affect regions that depend on agricultural produce from the Midwest.





The Great Flood of 1993 caused flooding along 500 miles of the Mississippi and Missouri river systems. The photo shows the flood's effects on U.S. Highway 54, just north of Jefferson City, Missouri.

**The likely increase in precipitation in winter and spring, more heavy downpours, and greater evaporation in summer would lead to more periods of both floods and water deficits.**

Precipitation is projected to increase in winter and spring, and to become more intense throughout the year. This pattern is expected to lead to more frequent flooding, increasing infrastructure damage, and impacts on human health. Such heavy downpours can overload drainage systems and water treatment facilities, increasing the risk of waterborne diseases. Such an incident occurred in Milwaukee in 1993 when the water supply was contaminated with the parasite *Cryptosporidium*, causing 403,000 reported cases of gastrointestinal illness and 54 deaths.[219]

In Chicago, rainfall of more than 2.5 inches per day is an approximate threshold beyond which combined water and sewer systems overflow into Lake Michigan (such events occurred 2.5 times per decade from 1961 to 1990). This generally results in beach closures to reduce the risk of disease transmission. Rainfall above this threshold is projected to occur twice as often by the end of this century under the lower emissions scenario[91] and three times as often under the higher emissions scenario.[91,283,403] Similar increases are expected across the Midwest.

More intense rainfall can lead to floods that cause significant impacts regionally and even nationally. For example, the Great Flood of 1993 caused catastrophic flooding along 500 miles of the Mississippi and Missouri river systems, affecting one-quarter of all U.S. freight (see *Transportation* sector).[222,415-417] Another example was a record-breaking 24-hour rainstorm in July 1996, which resulted in flash flooding in Chicago and its suburbs, causing extensive damage and disruptions, with some commuters not being able to reach Chicago for

**120**

three days (see *Transportation* sector).[222] There was also a record-breaking storm in August 2007. Increases in such events are likely to cause greater property damage, higher insurance rates, a heavier burden on emergency management, increased clean-up and rebuilding costs, and a growing financial toll on businesses, homeowners, and insurers.

In the summer, with increasing evaporation rates and longer periods between rainfalls, the likelihood of drought will increase and water levels in rivers, streams, and wetlands are likely to decline. Lower water levels also could create problems for river traffic, reminiscent of the stranding of more than 4,000 barges on the Mississippi River during the 1988 drought. Reduced summer water levels are also likely to reduce the recharge of groundwater, cause small streams to dry up (reducing native fish populations), and reduce the area of wetlands in the Midwest.

**While the longer growing season provides the potential for increased crop yields, increases in heat waves, floods, droughts, insects, and weeds will present increasing challenges to managing crops, livestock, and forests.**

The projected increase in winter and spring precipitation and flooding is likely to delay planting and crop establishment. Longer growing seasons and increased carbon dioxide have positive effects on some crop yields, but this is likely to be counterbalanced in part by the negative effects of additional disease-causing pathogens, insect pests, and weeds (including invasive weeds).[193] Livestock production is expected to become more costly as higher temperatures stress livestock, decreasing productivity and increasing costs associated with the needed ventilation and cooling equipment.[193]

Plant winter hardiness zones (each zone represents a 10°F change in minimum temperature) in the Midwest are likely to shift one-half to one full zone





**Observed and Projected Changes in Plant Hardiness Zones**

Zone
3  4  5  6  7  8

Increasing Temperatures

1990      2006

Lower Emissions Scenario[91]
by 2090

Higher Emissions Scenario[91]
by 2090

Plant winter hardiness zones in the Midwest have already changed significantly as shown above, and are projected to shift one-half to one full zone every 30 years, affecting crop yields and where plant species can grow. By the end of this century, plants now associated with the Southeast are likely to become established throughout the Midwest. In the graphic, each zone represents a 10°F range in the lowest temperature of the year, with zone 3 representing –40 to –30°F and zone 8 representing 10 to 20°F.

© 2006 by Arbor Day Foundation ©[418]

CMIP3-B[117]

BLM_0056021

about every 30 years. By the end of the century, plants now associated with the Southeast are likely to become established throughout the Midwest.

Impacts on forests are likely to be mixed, with the positive effects of higher carbon dioxide and nitrogen levels acting as fertilizers potentially negated by the negative effects of decreasing air quality.[243] In addition, more frequent droughts, and hence fire hazards, and an increase in destructive insect pests, such as gypsy moths, hinder plant growth. Insects, historically controlled by cold winters, more easily survive milder winters and produce larger populations in a warmer climate (see *Agriculture* and *Ecosystems* sectors).

### Native species are very likely to face increasing threats from rapidly changing climate conditions, pests, diseases, and invasive species moving in from warmer regions.



As air temperatures increase, so will water temperatures. In some lakes, this will lead to an earlier and longer period in summer during which mixing of the relatively warm surface lake water with the colder water below is reduced.[564] In such cases, this stratification can cut off oxygen from bottom layers, increasing the risk of oxygen-poor or oxygen-free "dead zones" that kill fish and other living things. In lakes with contaminated sediment, warmer water and low-oxygen conditions can more readily mobilize mercury and other persistent pollutants.[565] In such cases, where these increasing quantities of contaminants are taken up in the aquatic food chain, there will be additional potential for health hazards for species that eat fish from the lakes, including people.[566]

Populations of coldwater fish, such as brook trout, lake trout, and whitefish, are expected to decline dramatically, while populations of coolwater fish such as muskie, and warmwater species such as smallmouth bass and bluegill, will take their place. Aquatic ecosystem disruptions are likely to be compounded by invasions by non-native species, which tend to thrive under a wide range of environmental conditions. Native species, adapted to a narrower range of conditions, are expected to decline.

All major groups of animals, including birds, mammals, amphibians, reptiles, and insects, will be affected by impacts on local populations, and by competition from other species moving into the Midwest region.[70] The potential for animals to shift their ranges to keep pace with the changing climate will be inhibited by major urban areas and the presence of the Great Lakes.



BLM_0056022



# Great Plains

The Great Plains is characterized by strong seasonal climate variations. Over thousands of years, records preserved in tree rings, sediments, and sand deposits provide evidence of recurring periods of extended drought (such as the Dust Bowl of the 1930s) alternating with wetter conditions.[97,419]

Today, semi-arid conditions in the western Great Plains gradually transition to a moister climate in the eastern parts of the region. To the north, winter days in North Dakota average 25°F, while it is not unusual to have a West Texas winter day over 75°F. In West Texas, there are between 70 and 100 days per year over 90°F, whereas North Dakota has only 10 to 20 such days on average.

Significant trends in regional climate are apparent over the last few decades. Average temperatures have increased throughout the region, with the largest changes occurring in winter months and over the northern states. Relatively cold days are becoming less frequent and relatively hot days more frequent.[420] Precipitation has also increased over most of the area.[149,421]



**Observed and Projected Temperature Rise**

The average temperature in the Great Plains already has increased roughly 1.5°F relative to a 1960s and 1970s baseline. By the end of the century, temperatures are projected to continue to increase by 2.5°F to more than 13°F compared with the 1960 to 1979 baseline, depending on future emissions of heat-trapping gases. The brackets on the thermometers represent the likely range of model projections, though lower or higher outcomes are possible.



**Summer Temperature Change by 2080-2099**

Temperatures in the Great Plains are projected to increase significantly by the end of this century, with the northern part of the region experiencing the greatest projected increase in temperature.



Temperatures are projected to continue to increase over this century, with larger changes expected under scenarios of higher heat-trapping emissions as compared to lower heat-trapping emissions. Summer changes are projected to be larger than those in winter in the southern and central Great Plains.[108] Precipitation is also projected to change, particularly in winter and spring. Conditions are anticipated to become wetter in the north and drier in the south.

Projected changes in long-term climate and more frequent extreme events such as heat waves, droughts, and heavy rainfall will affect many aspects of life in the Great Plains. These include the region's already threatened water resources, essential agricultural and ranching activities, unique natural and protected areas, and the health and prosperity of its inhabitants.

**123**

U.S. Global Change Research Program                                    **Global Climate Change Impacts in the United States**

**Projected increases in temperature, evaporation, and drought frequency add to concerns about the region's declining water resources.**

Water is the most important factor affecting activities on the Great Plains. Most of the water used in the Great Plains comes from the High Plains aquifer (sometimes referred to by the name of its largest formation, the Ogallala aquifer), which stretches from South Dakota to Texas. The aquifer holds both current recharge from precipitation and so-called "ancient" water, water trapped by silt and soil washed down from the Rocky Mountains during the last ice age.

As population increased in the Great Plains and irrigation became widespread, annual water withdrawals began to outpace natural recharge.[422]

Today, an average of 19 billion gallons of groundwater are pumped from the aquifer each day. This water irrigates 13 million acres of land and provides drinking water to over 80 percent of the region's population.[423] Since 1950, aquifer water levels have dropped an average of 13 feet, equivalent to a 9 percent decrease in aquifer storage. In heavily irrigated parts of Texas, Oklahoma, and Kansas, reductions are much larger, from 100 feet to over 250 feet.

Projections of increasing temperatures, faster evaporation rates, and more sustained droughts brought on by climate change will only add more stress to overtaxed water sources.[149,253,424,425] Current water use on the Great Plains is unsustainable, as the High Plains aquifer continues to be tapped faster than the rate of recharge.






Irrigation is one of the main factors stressing water resources in the Great Plains. In parts of the region, more than 81 trillion gallons of water (pink areas on the left hand map) were withdrawn for irrigation in Texas, Oklahoma, and Kansas from 1950 to 2005. During the same time period, water levels in parts of the High Plains aquifer in those states decreased by more than 150 feet (red areas on the right hand map).

BLM_0056024

### Average Annual Observed Precipitation 1971-2000



The Great Plains currently experiences a sharp precipitation gradient from east to west, from more than 50 inches of precipitation per year in eastern Oklahoma and Texas to less than 10 inches in some of the western parts of the region.

### Projected Spring Precipitation Change by 2080s-2090s



Northern areas of the Great Plains are projected to experience a wetter climate by the end of this century, while southern areas are projected to experience a drier climate. The change in precipitation is compared with a 1960-1979 baseline. Confidence in the projected changes is highest in the hatched areas.

## The Dust Bowl: Combined Effects of Land Use and Climate

Over the past century, large-scale conversion of grasslands to crops and ranchland has altered the natural environment of the Great Plains.[149] Irrigated fields have increased evaporation rates, reducing summer temperatures, and increasing local precipitation.[427,428]


Dust Bowl of 1935 in Stratford, Texas

The Dust Bowl of the 1930s epitomizes what can happen as a result of interactions between climate and human activity. In the 1920s, increasing demand for food encouraged poor agricultural practices. Small-scale producers ploughed under native grasses to plant wheat, removing the protective cover the land required to retain its moisture.



Variations in ocean temperature contributed to a slight increase in air temperatures, just enough to disrupt the winds that typically draw moisture from the south into the Great Plains. As the intensively tilled soils dried up, topsoil from an estimated 100 million acres of the Great Plains blew across the continent.

The Dust Bowl dramatically demonstrated the potentially devastating effects of poor land-use practices combined with climate variability and change.[429] Today, climate change is interacting with a different set of poor land-use practices. Water is being pumped from the Ogallala aquifer faster than it can recharge. In many areas, playa lakes are poorly managed (see page 127). Existing stresses on water resources in the Great Plains due to unsustainable water usage are likely to be exacerbated by future changes in temperature and precipitation, this time largely due to human-induced climate change.

BLM_0056025

**Agriculture, ranching, and natural lands, already under pressure due to an increasingly limited water supply, are very likely to also be stressed by rising temperatures.**

Agricultural, range, and croplands cover more than 70 percent of the Great Plains, producing wheat, hay, corn, barley, cattle, and cotton. Agriculture is fundamentally sensitive to climate. Heat and water stress from droughts and heat waves can decrease yields and wither crops.[430,431] The influence of long-term trends in temperature and precipitation can be just as great.[431]

As temperatures increase over this century, optimal zones for growing particular crops will shift. Pests that were historically unable to survive in the Great Plains' cooler areas are expected to spread northward. Milder winters and earlier springs also will encourage greater numbers and earlier emergence of insects.[149] Rising carbon dioxide levels in the atmosphere can increase crop growth, but also make some types of weeds grow even faster (see *Agriculture* sector).[432]

Projected increases in precipitation are unlikely to be sufficient to offset decreasing soil moisture and water availability in the Great Plains due to rising temperatures and aquifer depletion. In some areas, there is not expected to be enough water for agriculture to sustain even current usage.



With limited water supply comes increased vulnerability of agriculture to climate change. Further stresses on water supply for agriculture and ranching are likely as the region's cities continue to grow, increasing competition between urban and rural users.[433] The largest impacts are expected in heavily irrigated areas in the southern Great Plains, already plagued by unsustainable water use and greater frequency of extreme heat.[149]

Successful adaptation will require diversification of crops and livestock, as well as transitions from ir-rigated to rain-fed agriculture.[434–436] Producers who can adapt to changing climate conditions are likely to see their businesses survive; some might even thrive. Others, without resources or ability to adapt effectively, will lose out.

**Climate change is likely to affect native plant and animal species by altering key habitats such as the wetland ecosystems known as prairie potholes or playa lakes.**

Ten percent of the Great Plains is protected lands, home to unique ecosystems and wildlife. The region is a haven for hunters and anglers, with its ample supplies of wild game such as moose, elk, and deer; birds such as goose, quail, and duck; and fish such as walleye and bass.

Climate-driven changes are likely to combine with other human-induced stresses to further increase the vulnerability of natural ecosystems to pests, invasive species, and loss of native species. Changes in temperature and precipitation affect the composition and diversity of native animals and plants through altering their breeding patterns, water and food supply, and habitat availability.[149] In a changing climate, populations of some pests such as red fire ants and rodents, better adapted to a warmer climate, are projected to increase.[437,438] Grassland and plains birds, already besieged by habitat fragmentation, could experience significant shifts and reductions in their ranges.[439]

Urban sprawl, agriculture, and ranching practices already threaten the Great Plains' distinctive wetlands. Many of these are home to endangered and iconic species. In particular, prairie wetland ecosystems provide crucial habitat for migratory waterfowl and shorebirds.



Mallard ducks are one of the many species that inhabit the playa lakes, also known as prairie potholes.

**Ongoing shifts in the region's population from rural areas to urban centers will interact with a changing climate, resulting in a variety of consequences.**

Inhabitants of the Great Plains include a rising number of urban dwellers, a long tradition of rural communities, and extensive Native American

BLM_0056026

## Playa Lakes and Prairie Potholes

Shallow ephemeral lakes dot the Great Plains, anomalies of water in the arid landscape. In the north they are known as prairie potholes; in the south, playa lakes. These lakes create unique microclimates that support diverse wildlife and plant communities. A playa can lie with little or no water for long periods, or have several wet/dry cycles each year. When it rains, what appeared to be only a few clumps of short, dry grasses just a few days earlier suddenly teems with frogs, toads, clam shrimp, and aquatic plants.



Playa lakes in west Texas fill up after a heavy spring rain.

The playas provide a perfect home for migrating birds to feed, mate, and raise their young. Millions of shorebirds and waterfowl, including Canada geese, mallard ducks, and Sandhill cranes, depend on the playas for their breeding grounds. From the prairie potholes of North Dakota to the playa lakes of West Texas, the abundance and diversity of native bird species directly depends on these lakes.[440,441]

Despite their small size, playa lakes and prairie potholes also play a critical role in supplying water to the Great Plains. The contribution of the playa lakes to this sensitively balanced ecosystem needs to be monitored and maintained in order to avoid unforeseen impacts on our natural resources. Before cultivation, water from these lakes was the primary source of recharge to the High Plains aquifer.[442] But many playas are disappearing and others are threatened by growing urban populations, extensive agriculture, and other filling and tilling practices.[443] In recent years, agricultural demands have drawn down the playas to irrigate crops. Agricultural waste and fertilizer residues drain into playas, decreasing the quality of the water, or clogging them so the water cannot trickle down to refill the aquifer. Climate change is expected to add to these stresses, with increasing temperatures and changing rainfall patterns altering rates of evaporation, recharge, and runoff to the playa lake systems.[444]



Profile of Aquifer Recharge in a Playa

Playa permeability increases
Rain
Runoff
Water
Clay layer
Recharge via fissures in clay
Recharge along plant roots in clay
Recharge via Playa Edge
Aquifer

Profile of a Sediment-filled Playa

Sediment Reduces Playa's Water Volume
Increased Evaporation
Playa Depth Following Sedimentation
Original Playa Depth
Water
Sediment Depth
Clay Layer
Adapted from PLJV[445]



BLM_0056027

populations. Although farming and ranching remain primary uses of the land – taking up much of the region's geographical area – growing cities provide housing and jobs for more than two-thirds of the population. For everyone on the Great Plains, though, a changing climate and a limited water supply are likely to challenge their ability to thrive, leading to conflicting interests in the allocation of increasingly scarce water resources.[313,433]

### Native American communities

The Great Plains region is home to 65 Native American tribes. Native populations on rural tribal lands have limited capacities to respond to climate change.[313] Many reservations already face severe problems with water quantity and quality – problems likely to be exacerbated by climate change and other human-induced stresses.

### Rural communities

As young adults move out of small, rural communities, the towns are increasingly populated by a vulnerable demographic of very old and very young people, placing them more at risk for health issues than urban communities. Combined effects of changing demographics and climate are likely to make it more difficult to supply adequate and efficient public health services and educational opportunities to rural areas. Climate-driven shifts in optimal crop types and increased risk of drought, pests, and extreme events will add more economic stress and tension to traditional communities.[430,433]

### Urban populations

Although the Great Plains is not yet known for large cities, many mid-sized towns throughout the region

are growing rapidly. One in four of the most rapidly growing cities in the nation is located in the Great Plains[4-6] (see *Society* sector). Most of these growing centers can be found in the southern parts of the region, where water resources are already seriously constrained. Urban populations, particularly the young, elderly, and economically disadvantaged, may also be disproportionately affected by heat.[447]

### New opportunities

There is growing recognition that the enormous wind power potential of the Great Plains could provide new avenues for future employment and land use. Texas already produces the most wind power of any state. Wind energy production is also prominent in Oklahoma. North and South Dakota have rich wind potential.[19]

As climate change creates new environmental conditions, effective adaptation strategies become increasingly essential to ecological and socioeconomic survival. A great deal of the Great Plains' adaptation potential might be realized through agriculture. For example, plant species that mature earlier and are more resistant to disease and pests are more likely to thrive under warmer conditions.

Other emerging adaptation strategies include dynamic cropping systems and increased crop diversity. In particular, mixed cropping-livestock systems maximize available resources while minimizing the need for external inputs such as irrigation that draws down precious water supplies.[436] In many parts of the region, diverse cropping systems and improved water use efficiency will be key to sustaining crop and rangeland systems.[448] Reduced water supplies might cause some farmers to alter the intensive cropping systems currently in use.[193,219]



## Adaptation: Agricultural Practices to Reduce Water Loss and Soil Erosion



Conservation of water is critical to efficient crop production in areas where water can be scarce. Following the Dust Bowl in the 1930s, Great Plains farmers implemented a number of improved farming practices to increase the effectiveness of rainfall capture and retention in the soil and protect the soil against water and wind erosion. Examples include rotating crops, retaining crop residues, increasing vegetative cover, and altering plowing techniques.

With observed and projected increases in summer temperatures and in the frequency and intensity of heavy downpours, it will become even more important to protect against increasing loss of water and soil. Across the upper Great Plains, where strong storms are projected to occur more frequently, producers are being encouraged to increase the amount of crop residue left on the soil or to plant cover crops in the fall to protect the soil in the spring before crops are planted.

Across the southern Great Plains, some farmers are returning to dryland farming rather than relying on irrigation for their crops. Preserving crop residue helps the soil absorb more moisture from rain and eases the burden on already-stressed groundwater. These efforts have been promoted by the U.S. Department of Agriculture through research and extension efforts such as Kansas State University's Center for Sustainable Agriculture and Alternative Crops.

BLM_0056028



# Southwest

The Southwest region stretches from the southern Rocky Mountains to the Pacific Coast. Elevations range from the lowest in the country to among the highest, with climates ranging from the driest to some of the wettest. Past climate records based on changes in Colorado River flows indicate that drought is a frequent feature of the Southwest, with some of the longest documented "megadroughts" on Earth. Since the 1940s, the region has experienced its most rapid population and urban growth. During this time, there were both unusually wet periods (including much of 1980s and 1990s) and dry periods (including much of 1950s and 1960s).[449] The prospect of future droughts becoming more severe as a result of global warming is a significant concern, especially because the Southwest continues to lead the nation in population growth.

Human-induced climate change appears to be well underway in the Southwest. Recent warming is among the most rapid in the nation, significantly more than the global average in some areas. This is driving declines in spring snowpack and Colorado

River flow.[34,160,161] Projections suggest continued strong warming, with much larger increases under higher emissions scenarios[91] compared to lower emissions scenarios. Projected summertime temperature increases are greater than the annual average increases in some parts of the region, and are likely to be exacerbated locally by expanding urban heat island effects.[450] Further water cycle changes are projected, which, combined with increasing temperatures, signal a serious water supply challenge in the decades and centuries ahead.[34,159]

## Water supplies are projected to become increasingly scarce, calling for trade-offs among competing uses, and potentially leading to conflict.

Water is, quite literally, the lifeblood of the Southwest. The largest use of water in the region is associated with agriculture, including some of the nation's most important crop-producing areas in California. Water is also an important source of hydroelectric power, and water is required for the large population growth in the region, particularly that of major cities such as Phoenix and Las Vegas. Water also plays a critical role in supporting healthy ecosystems across the region, both on land and in rivers and lakes.

Water supplies in some areas of the Southwest are already becoming limited, and this trend toward scarcity is likely to be a harbinger of future water shortages.[34,451] Groundwater pumping is lowering water tables, while rising temperatures reduce river flows in vital rivers including the Colorado.[34] Limitations imposed on water supply by projected temperature increases are likely to be made worse by substantial reductions in rain and snowfall in the spring months, when precipitation is most needed to fill reservoirs to meet summer demand.[151]

A warmer and drier future means extra care will be needed in planning the allocation of water for



**Observed and Projected Temperature Rise**

~2000    ~2020    ~2050    ~2090

Higher Emissions Scenario[91] (red)
Lower Emissions Scenario[91] (yellow)
Observed

CMIP3-A[93]

The average temperature in the Southwest has already increased roughly 1.5°F compared to a 1960-1979 baseline period. By the end of the century, average annual temperature is projected to rise approximately 4°F to 10°F above the historical baseline, averaged over the Southwest region. The brackets on the thermometers represent the likely range of model projections, though lower or higher outcomes are possible.



**129**

BLM_0056029

U.S. Global Change Research Program                  **Global Climate Change Impacts in the United States**

the coming decades. The Colorado Compact, negotiated in the 1920s, allocated the Colorado River's water among the seven basin states. It was based, however, on unrealistic assumptions about how much water was available because the observations of runoff during the early 1900s turned out to be part of the greatest and longest high-flow period of the last five cen-



Projected Change in Spring Precipitation, 2080-2099

Lower Emissions Scenario[91]     Higher Emissions Scenario[91]

Precipitation Change in Percent

CMIP3-B[117]

Percentage change in March-April-May precipitation for **2080-2099** compared to **1961-1979** for a lower emissions scenario[91] (left) and a higher emissions scenario[91] (right). Confidence in the projected changes is highest in the hatched areas.

turies.[452] Today, even in normal decades, the Colorado River does not have enough water to meet the agreed-upon allocations. During droughts and under projected future conditions, the situation looks even bleaker.

During droughts, water designated for agriculture could provide a temporary back-up supply for urban water needs. Similarly, non-renewable groundwater could be tapped during especially dry periods. Both of these options, however, come at the cost of either current or future agricultural production.

Water is already a subject of contention in the Southwest, and climate change – coupled with rapid population growth – promises to increase the likelihood of water-related

## Future of Drought in the Southwest

Droughts are a long-standing feature of the Southwest's climate. The droughts of the last 110 years pale in comparison to some of the decades-long "megadroughts" that the region has experienced over the last 2000 years.[419] During the closing decades of the 1500s, for example, major droughts gripped parts of the Southwest.[189] These droughts sharply reduced the flow of the Colorado River[452,453] and the all-important Sierra Nevada headwaters for California,[454] and dried out the region as a whole. As of 2009, much of the Southwest remains in a drought that began around 1999. This event is the most severe western drought of the last 110 years, and is being exacerbated by record warming.[455]

Over this century, projections point to an increasing probability of drought for the region.[90,115] Many aspects of these projections, including a northward shift in winter and spring storm tracks, are consistent with observed trends over recent decades.[96,456,457] Thus, the most likely future for the Southwest is a substantially drier one (although there is presently no consensus on how the region's summer monsoon [rainy season] might change in the future). Combined with the historical record of



Some droughts in the past have been more severe and longer lasting than any in the last century.

severe droughts and the current uncertainty regarding the exact causes and drivers of these past events, the Southwest must be prepared for droughts that could potentially result from multiple causes. The combined effects of natural climate variability and human-induced climate change could turn out to be a devastating "one-two punch" for the region.

Colorado River flow has been reconstructed back over 1200 years based primarily on tree-ring data. These data reveal that some droughts in the past have been more severe and longer lasting than any experienced in the last 100 years. The red line indicates actual measurements of river flow during the last 100 years. Models indicate that, in the future, droughts will continue to occur, but will become hotter, and thus more severe, over time.[90]



**130**

BLM_0056030

conflict. Projected temperature increases, combined with river-flow reductions, will increase the risk of water conflicts between sectors, states, and even nations. In recent years, negotiations regarding existing water supplies have taken place among the seven states sharing the Colorado River and the two states (New Mexico and Texas) sharing the Rio Grande. Mexico and the United States already disagree on meeting their treaty allocations of Rio Grande and Colorado River water.

In addition, many water settlements between the U.S. Government and Native American tribes have yet to be fully worked out. The Southwest is home to dozens of Native communities whose status as sovereign nations means they hold rights to the water for use on their land. However, the amount of water actually available to each nation is determined through negotiations and litigation. Increasing water demand in the Southwest is driving current negotiations and litigation of tribal water rights. While several nations have legally settled their water rights, many other tribal negotiations are either currently underway or pending. Competing demands from treaty rights, rapid development, and changes in agriculture in the region, exacerbated by years of drought and climate change, have the potential to spark significant conflict over an already over-allocated and dwindling resource.

## Increasing temperature, drought, wildfire, and invasive species will accelerate transformation of the landscape.

Climate change already appears to be influencing both natural and managed ecosystems of the Southwest.[455,458] Future landscape impacts are likely to be substantial, threatening biodiversity, protected areas, and ranching and agricultural lands. These changes are often driven by multiple factors, including changes in temperature and drought patterns, wildfire, invasive species, and pests.

Conditions observed in recent years can serve as indicators for future change. For example, temperature increases have made the current drought in the region more severe than the natural droughts of the last several centuries. As a result, about 4,600

square miles of piñon-juniper woodland in the Four Corners region of the Southwest have experienced substantial die-off of piñon pine trees.[455] Record wildfires are also being driven by rising temperatures and related reductions in spring snowpack and soil moisture.[458]

How climate change will affect fire in the Southwest varies according to location. In general, total area burned is projected to increase.[459] How this plays out at individual locations, however, depends on regional changes in temperature and precipitation, as well as on whether fire in the area is currently limited by fuel availability or by rainfall.[460] For example, fires in wetter, forested areas are expected to increase in frequency, while areas where fire is limited by the availability of fine fuels experience decreases.[460] Climate changes could also create subtle shifts in fire behavior, allowing more "runaway fires" – fires that are thought to have been brought under control, but then rekindle.[461] The magnitude of fire damage, in terms of economic impacts as well as direct endangerment, also increases as urban development increasingly impinges on forested areas.[460,462]

Climate-fire dynamics will also be affected by changes in the distribution of ecosystems across the Southwest. Increasing temperatures and shifting precipitation patterns will drive declines in high-elevation ecosystems such as alpine forests and tundra.[459,463] Under higher emissions scenarios,[91] high-elevation forests in California, for example, are projected to decline by 60 to 90 percent before the end of the century.[284,459] At the same time, grasslands are projected to expand, another factor likely to increase fire risk.



As temperatures rise, some iconic landscapes of the Southwest will be greatly altered as species shift their ranges northward and upward to cooler climates, and fires attack unaccustomed ecosystems which lack natural defenses. The Sonoran Desert, for example, famous for the saguaro cactus, would look very different if more woody species spread northward from Mexico into areas currently dominated by succulents (such as cacti) or native grasses.[464] The desert is already being invaded by red brome and buffle grasses that do well in high temperatures and are native to Africa and the

**131**

U.S. Global Change Research Program                                          **Global Climate Change Impacts in the United States**



**Change in Population**
from 1970 to 2008

Population Change
in Percent

- < -50%
- -49 – -1%
- 0 – 49%
- 50 – 99%
- 100 – 249%
- 250 – 499%
- > 500%

U.S. Census[207]

The map above of percentage changes in county population between **1970** and **2008** shows that the Southwest has experienced very rapid growth in recent decades (indicated in orange, red, and maroon).

Mediterranean. Not only do these noxious weeds out-compete some native species in the Sonoran Desert, they also fuel hot, cactus-killing fires. With these invasive plant species and climate change, the Saguaro and Joshua Tree national parks could end up with far fewer of their namesake plants.[465] In California, two-thirds of the more than 5,500 native plant species are projected to experience range reductions up to 80 percent before the end of this century under projected warming.[466] In their search for optimal conditions, some species will move uphill, others northward, breaking up present-day ecosystems; those species moving southward to higher elevations might cut off future migration options as temperatures continue to increase.

The potential for successful plant and animal adaptation to coming change is further hampered by existing regional threats such as human-caused fragmentation of the landscape, invasive species, river-flow reductions, and pollution. Given the mountainous nature of the Southwest, and the associated impediments to species shifting their ranges, climate change likely places other species at risk. Some areas have already been identified as possible refuges where species at risk could continue to live if these areas were preserved for this purpose.[466] Other rapidly changing landscapes will require major adjustments, not only from plant and animal species, but also by the region's ranchers, foresters, and other inhabitants.

## Increased frequency and altered timing of flooding will increase risks to people, ecosystems, and infrastructure.

Paradoxically, a warmer atmosphere and an intensified water cycle are likely to mean not only a greater likelihood of drought for the Southwest, but also an increased risk of flooding. Winter precipitation in Arizona, for example, is already



### A Biodiversity Hotspot

The Southwest is home to two of the world's 34 designated "biodiversity hotspots." These at-risk regions have two special qualities: they hold unusually large numbers of plant and animal species that are endemic (found nowhere else), and they have already lost over 70 percent of their native vegetation.[467,468] About half the world's species of plants and land animals occur only in these 34 locations, though they cover just 2.3 percent of the Earth's land surface.

One of these biodiversity hotspots is the Madrean Pine-Oak Woodlands. Once covering 178 square miles, only isolated patches remain in the United States, mainly on mountaintops in southern Arizona, New Mexico, and West Texas. The greatest diversity of pine species in the world grows in this area: 44 of the 110 varieties,[469] as well as more than 150 species of oak.[470] Some 5,300 to 6,700 flowering plant species inhabit the ecosystem, and over 500 bird species, 23 of which are endemic. More hummingbirds are found here than anywhere else in the United States. There are 384 species of reptiles, 37 of which are endemic, and 328 species of mammals, six of which are endemic. There are 84 fish species, 18 of which are endemic. Some 200 species of butterfly thrive here, of which 45 are endemic, including the Monarch that migrates 2,500 miles north to Canada each year.[471] Ecotourism has become the economic driver in many parts of this region, but logging, land clearing for agriculture, urban development, and now climate change threaten the region's viability.

**132**

becoming more variable, with a trend toward both more frequent extremely dry and extremely wet winters.[472] Some water systems rely on smaller reservoirs being filled up each year. More frequent dry winters suggest an increased risk of these systems running short of water. However, a greater potential for flooding also means reservoirs cannot be filled to capacity as safely in years where that is possible. Flooding also causes reservoirs to fill with sediment at a faster rate, thus reducing their water-storage capacities.

On the global and national scales, precipitation patterns are already observed to be shifting, with more rain falling in heavy downpours that can lead to flooding.[90,473] Rapid landscape transformation due to vegetation die-off and wildfire as well as loss of wetlands along rivers is also likely to reduce flood-buffering capacity. Moreover, increased flood risk in the Southwest is likely to result from a combination of decreased snow cover on the lower slopes of high mountains, and an increased fraction of winter precipitation falling as rain and therefore running off more rapidly.[154] The increase in rain on snow events will also result in rapid runoff and flooding.[474]

The most obvious impact of more frequent flooding is a greater risk to human beings and their infrastructure. This applies to locations along major rivers, but also to much broader and highly vulnerable areas such as the Sacramento–San Joaquin River Delta system. Stretching from the San Francisco Bay nearly to the state capital of Sacramento, the Sacramento–San Joaquin River Delta and Suisun Marsh make up the largest estuary on the West Coast of North America. With its rich soils and rapid subsidence rates – in some locations as high as 2 or more feet per decade – the entire Delta region is now below sea level, protected by more than a thousand miles of levees and dams.[475] Projected changes in the timing and amount of river flow, particularly in winter and spring, is estimated to more than double the risk of Delta flooding events by mid-century, and result in an eight-fold increase before the end of the century.[476] Taking into account the additional risk of a major seismic event and increases in sea level due to climate change over this century, the California Bay–Delta Authority has concluded that the Delta and Suisun Marsh are

not sustainable under current practices; efforts are underway to identify and implement adaptation strategies aimed at reducing these risks.[476]

## Unique tourism and recreation opportunities are likely to suffer.

Tourism and recreation are important aspects of the region's economy. Increasing temperatures will affect important winter activities such as downhill and cross-country skiing, snowshoeing, and snowmobiling, which require snow on the ground. Projections indicate later snow and less snow coverage in ski resort areas, particularly those at lower elevations and in the southern part of the region.[284] Decreases from 40 to almost 90 percent are likely in end-of-season snowpack under a higher emissions scenario[91] in counties with major ski resorts from New Mexico to California.[477] In addition to shorter seasons, earlier wet snow avalanches – more than six weeks earlier by the end of this century under a higher emissions scenario[91] – could force ski areas to shut down affected runs before the season would otherwise end.[478] Resorts require a certain number of days just to break even; cutting the season short by even a few weeks, particularly if those occur during the lucrative holiday season, could easily render a resort unprofitable.

Even in non-winter months, ecosystem degradation will affect the quality of the experience for hikers, bikers, birders, and others who enjoy the Southwest's natural beauty. Water sports that depend on the flows of rivers and sufficient water in lakes and reservoirs are already being affected, and much larger changes are expected.



## Cities and agriculture face increasing risks from a changing climate.

Resource use in the Southwest is involved in a constant three-way tug-of-war among preserving natural ecosystems, supplying the needs of rapidly expanding urban areas, and protecting the lucrative agricultural sector, which, particularly in California, is largely based on highly temperature- and water-sensitive specialty crops. Urban areas are also sensitive to temperature-related impacts on air

**133**

BLM_0056033

quality, electricity demand, and the health of their inhabitants.

The magnitude of projected temperature increases for the Southwest, particularly when combined with urban heat island effects for major cities such as Phoenix, Albuquerque, Las Vegas, and many California cities, represent significant stresses to health, electricity, and water supply in a region that already experiences very high summer temperatures.[284,325,450]

If present-day levels of ozone-producing emissions are maintained, rising temperatures also imply declining air quality in urban areas such as those in California which already experience some of the worst air quality in the nation (see *Society* sector).[479] Continued rapid population growth is expected to exacerbate these concerns.

With more intense, longer-lasting heat wave events projected to occur over this century, demands for air conditioning are expected to deplete electricity supplies, increasing risks of brownouts and blackouts.[325] Electricity supplies will also be affected by changes in the timing of river flows and where hydroelectric systems have limited storage capacity and reservoirs (see *Energy* sector).[480,481]

Much of the region's agriculture will experience detrimental impacts in a warmer future, particularly specialty crops in California such as apricots, almonds, artichokes, figs, kiwis, olives, and walnuts.[482,483] These and other specialty crops require a minimum number of hours at a chilling temperature threshold in the winter to become dormant and set fruit for the following year.[482] Accumulated winter chilling hours have already decreased across central California and its coastal valleys. This trend is projected to continue to the point where chilling thresholds for many key crops would no longer be met. A steady reduction in winter chilling could have serious economic impacts on fruit and nut production in the region. California's losses due to future climate change are estimated between zero and 40 percent for wine and table grapes, almonds, oranges, walnuts, and avocadoes, varying significantly by location.[483]

Adaptation strategies for agriculture in California include more efficient irrigation and shifts in cropping patterns, which have the potential to help compensate for climate-driven increases in water demand for agriculture due to rising temperatures.[484] The ability to use groundwater and/or water designated for agriculture as backup supplies for urban uses in times of severe drought is expected to become more important in the future as climate change dries out the Southwest; however, these supplies are at risk of being depleted as urban populations swell (see *Water* sector).



**Adaptation:  Strategies for Fire**

Living with present-day levels of fire risk, along with projected increases in risk, involves actions by residents along the urban-forest interface as well as fire and land management officials. Some basic strategies for reducing damage to structures due to fires are being encouraged by groups like National Firewise Communities, an interagency program that encourages wildfire preparedness measures such as creating defensible space around residential structures by thinning trees and brush, choosing fire-resistant plants, selecting ignition-resistant building materials and design features, positioning structures away from slopes, and working with firefighters to develop emergency plans.

Additional strategies for responding to the increased risk of fire as climate continues to change could include adding firefighting resources[461] and improving evacuation procedures and communications infrastructure. Also important would be regularly updated insights into what the latest climate science implies for changes in types, locations, timing, and potential severity of fire risks over seasons to decades and beyond; implications for related political, legal, economic, and social institutions; and improving predictions for regeneration of burnt-over areas and the implications for subsequent fire risks. Reconsideration of policies that encourage growth of residential developments in or near forests is another potential avenue for adaptive strategies.[462]

BLM_0056034



# Northwest

The Northwest's rapidly growing population, as well as its forests, mountains, rivers, and coastlines, are already experiencing human-induced climate change and its impacts.[34] Regionally averaged temperature rose about 1.5°F over the past century[485] (with some areas experiencing increases up to 4°F) and is projected to increase another 3 to 10°F during this century.[486] Higher emissions scenarios would result in warming in the upper end of the projected range. Increases in winter precipitation and decreases in summer precipitation are projected by many climate models,[487] though these projections are less certain than those for temperature. Impacts related to changes in snowpack, streamflows, sea level, forests, and other important aspects of life in the Northwest are already underway, with more severe impacts expected over coming decades in response to continued and more rapid warming.

## Declining springtime snowpack leads to reduced summer streamflows, straining water supplies.

The Northwest is highly dependent on temperature-sensitive springtime snowpack to meet growing, and often competing, water demands such as municipal and industrial uses, agricultural irrigation, hydropower production, navigation, recreation, and in-stream flows that protect aquatic ecosystems including threatened and endangered species. Higher cool season (October through March) temperatures cause more precipitation to fall as rain rather than snow and contribute to earlier snowmelt. April 1 snowpack, a key indicator of natural water storage available for the warm season, has already declined substantially throughout the region. The average decline in the Cascade Mountains, for example, was about 25 percent over the past 40 to 70 years, with most of this due to the 2.5°F increase in cool season temperatures over that period.[108,488] Further declines in Northwest snowpack are projected to result from additional warming over this century,

varying with latitude, elevation, and proximity to the coast. April 1 snowpack is projected to decline as much as 40 percent in the Cascades by the 2040s.[489] Throughout the region, earlier snowmelt will cause a reduction in the amount of water available during the warm season.[68]

In areas where it snows, a warmer climate means major changes in the timing of runoff: streamflow increases in winter and early spring, and then decreases in late spring, summer, and fall. This shift in streamflow timing has already been observed over the past 50 years,[252] with the peak of spring runoff shifting from a few days earlier in some places to as much as 25 to 30 days earlier in others.[157]

This trend is projected to continue, with runoff shifting 20 to 40 days earlier within this century.[157] Reductions in summer water availability will vary with the temperatures experienced in different parts of the region. In relatively warm areas on the western slopes of the Cascade Mountains, for example, reductions in warm season (April through September) runoff of 30 percent or more are projected by mid-century, whereas colder areas in the Rocky Mountains are expected to see reductions of about 10 percent. Areas dominated by rain rather than snow are not expected to see major shifts in the timing of runoff.[492]





**Trends in April 1 Snow Water Equivalent**
**1950 to 2002**

April 1 snowpack (a key indicator of natural water storage available for the warm season) has declined throughout the Northwest. In the Cascade Mountains, April 1 snowpack declined by an average of 25 percent, with some areas experiencing up to 60 percent declines. On the map, decreasing trends are in red and increasing trends are in blue.[491]

135

BLM_0056035

U.S. Global Change Research Program

**Global Climate Change Impacts in the United States**

Extreme high and low streamflows also are expected to change with warming. Increasing winter rainfall (as opposed to snowfall) is expected to lead to more winter flooding in relatively warm watersheds on the west side of the Cascades. The already low flows of late summer are projected to decrease further due to both earlier snowmelt and increased evaporation and water loss from vegetation. Projected decreases in summer precipitation would exacerbate these effects. Some sensitive watersheds are projected to experience both increased flood risk in winter and increased drought risk in summer due to warming.

The region's water supply infrastructure was built based on the assumption that most of the water needed for summer uses would be stored naturally in snowpack. For example, the storage capacity in Columbia Basin reservoirs is only 30 percent of the annual runoff, and many small urban water supply systems on the west side of the Cascades store less than 10 percent of their annual flow.[493] Besides providing water supply and managing flows for hydropower, the region's reservoirs are operated for flood-protection purposes and, as such, might have to release (rather than store) large amounts of runoff during the winter and early spring to maintain enough space for flood protection. Earlier flows would thus place more of the year's runoff into the category of hazard rather than resource. An advance in the timing of snowmelt runoff would also

increase the length of the summer dry period, with important consequences for water supply, ecosystems, and wildfire management.[157]

One of the largest demands on water resources in the region is hydroelectric power production. About 70 percent of the Northwest's electricity is provided by hydropower, a far greater percentage than in any other region. Warmer summers will increase electricity demands for air conditioning and refrigeration at the same time of year that lower streamflows will lead to reduced hydropower generation. At the same time, water is needed for irrigated agriculture, protecting fish species, reservoir and river recreation, and urban uses. Conflicts between all of these water uses are expected to increase, forcing complex trade-offs between competing objectives (see *Energy* and *Water* sectors).[487,494]

### Increased insect outbreaks, wildfires, and changing species composition in forests will pose challenges for ecosystems and the forest products industry.

Higher summer temperatures and earlier spring snowmelt are expected to increase the risk of forest fires in the Northwest by increasing summer moisture deficits; this pattern has already been observed in recent decades. Drought stress and higher temperatures will decrease tree growth in most low- and mid-elevation forests. They will also increase the frequency and intensity of mountain pine beetle and other insect attacks,[243] further increasing fire risk and reducing timber production, an important part of the regional economy. The mountain pine beetle outbreak in British Columbia has destroyed 33 million acres of trees so far, about 40 percent of the marketable pine trees in the province. By 2018, it is projected that the infestation will have run its course and over 78 percent of the mature pines will have been killed; this will affect more than one-third of the total area of British Columbia's forests[495] (see *Ecosystems* sector). Forest and fire management practices are also factors in these insect outbreaks.[252] Idaho's Sawtooth Mountains are also now threatened by pine beetle infestation.

In the short term, high elevation forests on the west side of the Cascade Mountains are expected to





**Shift to Earlier Peak Streamflow**
Quinault River (Olympic Peninsula, northern Washington)



As precipitation continues to shift from snow to rain, by the **2040s**, peak flow on the Quinault River is projected to occur in December, and flows in June are projected to be reduced to about half of what they were over the past century. On the graph, the blue swath represents the range of projected streamflows based on an increase in temperature of 3.6 to 5.4°F. The other lines represent streamflows in the early and late 1900s.[487,494]

BLM_0056036

see increased growth. In the longer term, forest growth is expected to decrease as summertime soil moisture deficits limit forest productivity, with low-elevation forests experiencing these changes first. The extent and species composition of forests are also expected to change as tree species respond to climate change. There is also the potential for extinction of local populations and loss of biological diversity if environmental changes outpace species' ability to shift their ranges and form successful new ecosystems.

Agriculture, especially production of tree fruit such as apples, is also an important part of the regional economy. Decreasing irrigation supplies, increasing pests and disease, and increased competition from weeds are likely to have negative effects on agricultural production.

### Salmon and other coldwater species will experience additional stresses as a result of rising water temperatures and declining summer streamflows.

Northwest salmon populations are at historically low levels due to stresses imposed by a variety of human activities including dam building, logging, pollution, and over-fishing. Climate change affects salmon throughout their life stages and poses an additional stress. As more winter precipitation falls as rain rather than snow, higher winter stream-flows scour streambeds, damaging spawning nests and washing away incubating eggs. Earlier peak streamflows flush young salmon from rivers to estuaries before they are physically mature enough for the transition, increasing a variety of stresses including the risk of being eaten by predators. Lower summer streamflows and warmer water temperatures create less favorable summer stream conditions for salmon and other coldwater fish species in many parts of the Northwest. In addition, diseases and parasites that infect salmon tend to flourish in warmer water. Climate change also impacts the ocean environment, where salmon spend several years of their lives. Historically, warm periods in the coastal ocean have coincided with relatively low abundances of salmon, while cooler ocean periods have coincided with relatively high salmon numbers.[70, 563]



### Decreasing Habitat for Coldwater Fish

1980-1997  2020s  2040s

Average air temperature (°F)

Miles
0    300

40    50    60    70

University of Washington[490]

Increasing air temperatures lead to rising water temperatures, which increase stress on coldwater fish such as trout, salmon, and steelhead. August average air temperature above 70°F is a threshold above which these fish are severely stressed. Projected temperatures for the 2020s and 2040s under a higher emissions scenario suggest that the habitat for these fish is likely to decrease dramatically.[486,497,568,569]

Most wild Pacific salmon populations are extinct or imperiled in 56 percent of their historical range in the Northwest and California,[496] and populations are down more than 90 percent in the Columbia River system. Many species are listed as either threatened or endangered under the Federal Endangered Species Act. Studies suggest that about one-third of the current habitat for the Northwest's salmon and other coldwater fish will no longer be suitable for them by the end of this century as key temperature thresholds are exceeded. Because climate change impacts on their habitat are projected to be negative, climate change is expected to hamper efforts to restore depleted salmon populations.

### Sea-level rise along vulnerable coastlines will result in increased erosion and the loss of land.

Climate change is projected to exacerbate many of the stresses and hazards currently facing the coastal zone. Sea-level rise will increase erosion of the Northwest coast and cause the loss of beaches and significant coastal land areas. Among the most vulnerable parts of the coast is the heavily populated south Puget Sound region, which includes the cities of Olympia, Tacoma, and Seattle, Washington. Some climate models project changes in atmospheric pressure patterns that suggest a more southwesterly direction of future winter winds. Combined with higher sea levels, this would accelerate coastal erosion all along the Pacific Coast. Sea-level rise in the Northwest (as elsewhere) is



**137**

BLM_0056037

U.S. Global Change Research Program — **Global Climate Change Impacts in the United States**

determined by global rates of sea-level rise, changes in coastal elevation associated with local vertical movement of the land, and atmospheric circulation patterns that influence wind-driven "pile-up" of water along the coast. A mid-range estimate of relative sea-level rise for the Puget Sound basin is about 13 inches by 2100. However, higher levels of up to 50 inches by 2100 in more rapidly subsiding (sinking) portions of the basin are also possible given the large uncertainties about accelerating rates of ice melt from Greenland and Antarctica in recent years (see *Global* and *National Climate Change* sections).[498]

### Northwest Cities at Risk to Sea-Level Rise



Petersen[499]

Highly populated coastal areas throughout Puget Sound, Washington, are vulnerable to sea-level rise. The maps show regions of Olympia and Harbor Island (both located in Puget Sound) that are likely to be lost to sea-level rise by the end of this century based on moderate and high estimates.

An additional concern is landslides on coastal bluffs. The projected heavier winter rainfall suggests an increase in saturated soils and, therefore, an increased number of landslides. Increased frequency and/or severity of landslides is expected to be especially problematic in areas where there has been intensive development on unstable slopes. Within Puget Sound, the cycle of beach erosion and bluff landslides will be exacerbated by sea-level rise, increasing beach erosion, and decreasing slope stability.

### Adaptation:   Improved Planning to Cope with Future Changes



States, counties, and cities in the Northwest are beginning to develop strategies to adapt to climate change. In 2007, Washington state convened stakeholders to develop adaptation strategies for water, agriculture, forests, coasts, infrastructure, and human health. Recommendations included improved drought planning, improved monitoring of diseases and pests, incorporating sea-level rise in coastal planning, and public education. An implementation strategy is under development.

In response to concerns about increasing flood risk, King County, Washington, approved plans in 2007 to fund repairs to the county's aging levee system. The county also will replace more than 57 "short-span" bridges with wider span structures that allow more debris and floodwater to pass underneath rather than backing up and causing the river to flood. The county has begun incorporating porous concrete and rain gardens into road projects to manage the effects of stormwater runoff during heavy rains, which are increasing as climate changes. King County has also published an adaptation guidebook that is becoming a model that other local governments can refer to in order to organize adaptation actions within their municipal planning processes.[500]

Concern about sea-level rise in Olympia, Washington, contributed to the city's decision to relocate its primary drinking water source from a low-lying surface water source to wells on higher ground. The city adjusted its plans for construction of a new City Hall to locate the building in an area less vulnerable to sea-level rise than the original proposed location. The building's foundation also was raised by 1 foot.

138

**Regional Climate Impacts:** Alaska

# Alaska

Over the past 50 years, Alaska has warmed at more than twice the rate of the rest of the United States' average. Its annual average temperature has increased 3.4°F, while winters have warmed even more, by 6.3°F.[501] As a result, climate change impacts are much more pronounced than in other regions of the United States. The higher temperatures are already contributing to earlier spring snowmelt, reduced sea ice, widespread glacier retreat, and permafrost warming.[220,501] These observed changes are consistent with climate model projections of greater warming over Alaska, especially in winter, as compared to the rest of the country.

Climate models also project increases in precipitation over Alaska. Simultaneous increases in evaporation due to higher air temperatures, however, are expected to lead to drier conditions overall, with reduced soil moisture.[90] In the future, therefore, model projections suggest a longer summer growing season combined with an increased likelihood of summer drought and wildfires.



### Observed and Projected Temperature Rise

Alaska's annual average temperature has increased **3.4°F** over the past **50 years**. The observed increase shown above compares the average temperature of 1993-2007 with a 1960s-1970s baseline, an increase of over **2°F**. The brackets on the thermometers represent the likely range of model projections, though lower or higher outcomes are possible. By the end of this century, the average temperature is projected to rise by **5 to 13°F** above the 1960s-1970s baseline.

### Fairbanks Frost-Free Season, 1904 to 2008

Over the past **100 years**, the length of the frost-free season in Fairbanks, Alaska, has increased by **50 percent**. The trend toward a longer frost-free season is projected to produce benefits in some sectors and detriments in others.

Average annual temperatures in Alaska are projected to rise about 3.5 to 7°F by the middle of this century. How much temperatures rise later in the century depends strongly on global emissions choices, with increases of 5 to 8°F projected with lower emissions, and increases of 8 to 13°F with higher emissions.[91] Higher temperatures are expected to continue to reduce Arctic sea ice coverage. Reduced sea ice provides opportunities for increased shipping and resource extraction. At the same time, it increases coastal erosion[522] and flooding associated with coastal storms. Reduced sea ice also alters the timing and location of plankton blooms, which is expected to drive major shifts of marine species such as pollock and other commercial fish stocks.[527]



**139**

U.S. Global Change Research Program · Global Climate Change Impacts in the United States

### Longer summers and higher temperatures are causing drier conditions, even in the absence of strong trends in precipitation.

Between 1970 and 2000, the snow-free season increased by approximately 10 days across Alaska, primarily due to earlier snowmelt in the spring.[503,504] A longer growing season has potential economic benefits, providing a longer period of outdoor and commercial activity such as tourism. However, there are also downsides. For example, white spruce forests in Alaska's interior are experiencing declining growth due to drought stress[505] and continued warming could lead to widespread death of trees.[506] The decreased soil moisture in Alaska also suggests that agriculture in Alaska might not benefit from the longer growing season.

### Insect outbreaks and wildfires are increasing with warming.

Climate plays a key role in determining the extent and severity of insect outbreaks and wildfires.[506,507] During the 1990s, for example, south-central Alaska experienced the largest outbreak of spruce beetles in the world.[243,506] This outbreak occurred because rising temperatures allowed the spruce beetle to survive over the winter and to complete its life cycle in just one year instead of the normal two years. Healthy trees ordinarily defend themselves by pushing back against burrowing beetles with their pitch. From 1989 to 1997, however, the region experienced an extended drought, leaving the trees too stressed to fight off the infestation.



Alaska Spruce Beetle Infestation
Kenai Peninsula, 1972 to 1998

1972 - 1985

1985 - 1998

- ■ Spruce Beetle
- ■ Forested
- □ Non - forested
- ■ Major waterbodies
- □ Glaciers

0  30 miles

Statewide Spruce Beetle Activity
1972 - 1996 Aerial Surveys

Acres
1,200,000
1,000,000
800,000
600,000
400,000
200,000
0

72 74 76 78 80 82 84 86 88 90 92 94 96 98
Year

Berman et al.[508]

Warming in Alaska has caused insect outbreaks to increase. Red areas indicate spruce beetle infestations on the Kenai Peninsula. Over 5 million acres of Alaska spruce forests were destroyed.



**140**

Prior to 1990, the spruce budworm was not able to reproduce in interior Alaska.[506] Hotter, drier summers, however, now mean that the forests there are threatened by an outbreak of spruce budworms.[509] This trend is expected to increase in the future if summers in Alaska become hotter and drier.[506] Large areas of dead trees, such as those left behind by pest infestations, are highly flammable and thus much more vulnerable to wildfire than living trees.

The area burned in North America's northern forest that spans Alaska and Canada tripled from the 1960s to the 1990s. Two of the three most extensive wildfire seasons in Alaska's 56-year record occurred in 2004 and 2005, and half of the most severe fire years on record have occurred since 1990.[510] Under changing climate conditions, the average area burned per year in Alaska is projected to double by the middle of this century.[507] By the end of this century, area burned by fire is projected to triple under a moderate greenhouse gas emissions scenario and to quadruple under a higher emissions scenario.[91] Such increases in area burned would result in numerous impacts, including hazardous air quality conditions such as those suffered by residents of Fairbanks during the summers of 2004 and 2005, as well as increased risks to rural Native Alaskan communities because of reduced availability of the fish and game that make up their diet. This would cause them to adopt a more "Western" diet,[511] known to be associated with increased risk of cancers, diabetes, and cardiovascular disease.[512]

### Lakes are declining in area.

Across the southern two-thirds of Alaska, the area of closed-basin lakes (lakes without stream inputs and outputs) has decreased over the past 50 years. This is likely due to the greater evaporation and thawing of permafrost that result from warming.[513,514] A continued decline in the area of surface water would present challenges for the management of natural resources and ecosystems on National Wildlife Refuges in Alaska. These refuges, which cover over 77 million acres (21 percent of Alaska) and comprise 81 percent of the U.S. National Wildlife Refuge System, provide breeding habitat for millions of waterfowl and shorebirds that winter in the lower 48 states. Wetlands are



**Ponds in Alaska are Shrinking (1951 to 2000)**
Yukon Flats National Wildlife Refuge

Riordan et al[514]

Ponds across Alaska, including those shown above in the northeastern interior of the state, have shrunk as a result of increased evaporation and permafrost thawing. The pond in the top pair of images shrunk from 180 to 10 acres; the larger pond in the bottom pair of images shrunk from 90 to 4 acres.

also important to Native peoples who hunt and fish for their food in interior Alaska. Many villages are located adjacent to wetlands that support an abundance of wildlife resources. The sustainability of these traditional lifestyles is thus threatened by a loss of wetlands.

### Thawing permafrost damages roads, runways, water and sewer systems, and other infrastructure.

Permafrost temperatures have increased throughout Alaska since the late 1970s.[149] The largest increases have been measured in the northern part of the state.[515] While permafrost in interior Alaska so far has experienced less warming than permafrost in northern Alaska, it is more vulnerable to thawing during this century because it is generally just below the freezing point, while permafrost in northern Alaska is colder.

Land subsidence (sinking) associated with the thawing of permafrost presents substantial challenges to engineers attempting to preserve infrastructure in Alaska.[516] Public infrastructure at risk for damage includes roads, runways, and water and sewer systems. It is estimated that thawing



141

U.S. Global Change Research Program

**Global Climate Change Impacts in the United States**



### Permafrost Temperature, 1978 to 2008
### Deadhorse, northern Alaska

Brown and Romanovsky[517]

Permafrost temperatures have risen throughout Alaska, with the largest increases in the northern part of the state.

### Changing Permafrost Distribution
### Moderate Warming Scenario

Current    Seward Peninsula    Projected: Late this Century

- Continuous (90 to 100% of land area frozen)
- Discontinuous (10 to 90% of land area frozen)
- Thawing/Permafrost Free

Busey et al.[518]

The maps show projected thawing on the Seward Peninsula by the end of this century under a moderate warming scenario approximately half-way between the lower and higher emissions scenarios[91] described on page 23.

permafrost would add between $3.6 billion and $6.1 billion (10 to 20 percent) to future costs for publicly owned infrastructure by 2030 and between $5.6 billion and $7.6 billion (10 to 12 percent) by 2080.[230] Analyses of the additional costs of permafrost thawing to private property have not yet been conducted.

Thawing ground also has implications for oil and gas drilling. As one example, the number of days per year in which travel on the tundra is allowed under Alaska Department of Natural Resources standards has dropped from more than 200 to about 100 days in the past 30 years. This results in a 50 percent reduction in days that oil and gas exploration and extraction equipment can be used.[220,245]

Thawing permafrost can push natural ecosystems across thresholds. Some forests in Alaska are literally toppling over as the permafrost beneath them thaws, undermining the root systems of trees (see photo next page).

## Coastal storms increase risks to villages and fishing fleets.

Alaska has more coastline than the other 49 states combined. Frequent storms in the Gulf of Alaska and the Bering, Chukchi, and Beaufort Seas already affect the coasts during much of the year. Alaska's coastlines, many of which are low in elevation, are increasingly threatened by a combination of the loss of their protective sea ice buffer, increasing storm activity, and thawing coastal permafrost.

Increasing storm activity in autumn in recent years[520] has delayed or prevented barge operations



### Adaptation:   Keeping Soil Around the Pipeline Cool

When permafrost thaws, it can cause the soil to sink or settle, damaging structures built upon or within that soil. A warming climate and burial of supports for the Trans-Alaska Pipeline System both contribute to thawing of the permafrost around the pipeline. In locations on the pipeline route where soils were ice-rich, a unique above-ground system was developed to keep the ground cool. Thermal siphons were designed to disperse heat to the air that would otherwise be transferred to the soil, and these siphons were placed on the pilings that support the pipeline. While this unique technology added significant expense to the pipeline construction, it helps to greatly increase the useful lifetime of this structure.[519]



142



Leaning trees in this Alaska forest tilt because the ground beneath them, which used to be permanently frozen, has thawed. Forests like this are named "drunken forests."



### Projected Coastal Erosion, 2007 to 2027
Newtok, western Alaska

Year
2027
2022
2017
2012
2007

Landing Strip
Community Buildings

N
Image dated June 2004

0   250   500   750   1000 Feet

U.S. Army Corps of Engineers[521]

Many of Alaska's coastlines are eroding rapidly; the disappearance of coastal land is forcing communities to relocate. The 2007 line on the image indicates where Newtok, Alaska's shoreline had eroded to by 2007. The other lines are projected assuming a conservative erosion rate of 36 to 83 feet per year; however, Newtok residents reported a July 2003 erosion rate of 110 feet per year.

that supply coastal communities with fuel. Commercial fishing fleets and other marine traffic are also strongly affected by Bering Sea storms. High-wind events have become more frequent along the western and northern coasts. The same regions are experiencing increasingly long sea-ice-free seasons and hence longer periods during which coastal areas are especially vulnerable to wind and wave damage. Downtown streets in Nome, Alaska, have flooded in recent years. Coastal erosion is causing the shorelines of some areas to retreat at average rates of tens of feet per year. The ground beneath several native communities is literally crumbling into the sea, forcing residents to confront difficult and expensive choices between relocation and engineering strategies that require continuing investments despite their uncertain effectiveness (see *Society*

Barrow

### Annual Number of Storms at Barrow, Alaska, 1950-2004
(northernmost town in the United States)

Open Water/Thin Ice
— 5-year average
— Annual data

Mostly Thick Ice
— 5-year average
— Annual data

University of Alaska[525]

The number of coastal storms has generally increased as the amount of ice along the coast has decreased. This increase threatens commercial activity and communities in Alaska. The blue line indicates the annual number of open-water storms, those occurring in primarily ice-free water (July to December). The purple line indicates the number of storms occurring when thick sea ice is present (January to June). The black and green lines are smoothed using 5-year averages.

sector). The rate of erosion along Alaska's northeastern coastline has doubled over the past 50 years.[522]

Over this century, an increase of sea surface temperatures and a reduction of ice cover are likely to lead to northward shifts in the Pacific storm track and increased impacts on coastal Alaska.[523,524] Climate models project the Bering Sea to experience the largest decreases in atmospheric pressure in the Northern Hemisphere, suggesting an increase in storm activity in the region.[90] In addition, the longer ice-free season is likely to make more heat and moisture available for storms in the Arctic Ocean, increasing their frequency and/or intensity.



143

BLM_0056043

U.S. Global Change Research Program                 **Global Climate Change Impacts in the United States**

### Displacement of marine species will affect key fisheries.

Alaska leads the United States in the value of its commercial fishing catch. Most of the nation's salmon, crab, halibut, and herring come from Alaska. In addition, many Native communities depend on local harvests of fish, walruses, seals, whales, seabirds, and other marine species for their food supply. Climate change causes significant alterations in marine ecosystems with important implications for fisheries. Ocean acidification associated with a rising carbon dioxide concentration represents an additional threat to coldwater marine ecosystems[23,526] (see *Ecosystems* sector and *Coasts* region).

One of the most productive areas for Alaska fisheries is the northern Bering Sea off Alaska's west coast. The world's largest single fishery is the Bering Sea pollock fishery, which has undergone major declines in recent years. Over much of the past decade, as air and water temperatures rose, sea ice in this region declined sharply. Populations of fish, seabirds, seals, walruses, and other species depend on plankton blooms that are regulated by

the extent and location of the ice edge in spring. As the sea ice retreats, the location, timing, and species composition of the plankton blooms changes, reducing the amount of food reaching the living things on the ocean floor. This radically changes the species composition and populations of fish and other marine life forms, with significant repercussions for fisheries[527] (see *Ecosystems* sector).

Over the course of this century, changes already observed on the shallow shelf of the northern Bering Sea are likely to affect a much broader portion of the Pacific-influenced sector of the Arctic Ocean. As such changes occur, the most productive commercial fisheries are likely to become more distant from existing fishing ports and processing infrastructure, requiring either relocation or greater investment in transportation time and fuel costs. These changes will also affect the ability of Native Peoples to successfully hunt and fish for the food they need to survive. Coastal communities are already noticing a displacement of walrus and seal populations. Bottom-feeding walrus populations are threatened when their sea ice platform retreats from the shallow coastal feeding grounds on which they depend.[528]





Marine Species Shifting Northward
1982 to 2006

Each bar represents a family of species

Mueter and Litzow[529]


As air and water temperatures rise, marine species are moving northward, affecting fisheries, ecosystems, and coastal communities that depend on the food source. On average, by 2006, the center of the range for the examined species moved 19 miles north of their 1982 locations.

**144**



# Islands

Climate change presents the Pacific and Caribbean islands with unique challenges. The U.S. affiliated Pacific Islands are home to approximately 1.7 million people in the Hawaiian Islands; Palau; the Samoan Islands of Tutuila, Manua, Rose, and Swains; and islands in the Micronesian archipelago, the Carolines, Marshalls, and Marianas.[530] These include volcanic, continental, and limestone islands, atolls, and islands of mixed geologies.[530] The degree to which climate change and variability will affect each of the roughly 30,000 islands in the Pacific depends upon a variety of factors, including the island's geology, area, height above sea level, extent of reef formation, and the size of its freshwater aquifer.[531]

In addition to Puerto Rico and the U.S. Virgin Islands, there are 40 island nations in the Caribbean that are home to approximately 38 million people.[532] Population growth, often concentrated in coastal areas, escalates the vulnerability of both Pacific and Caribbean island communities to the effects of climate change, as do weakened traditional support systems. Tourism and fisheries, both of which are climate-sensitive, play a large economic role in these communities.[530]

Small islands are considered among the most vulnerable to climate change because extreme events have major impacts on them. Changes in weather patterns and the frequency and intensity of extreme events, sea-level rise, coastal erosion, coral reef bleaching, ocean acidification, and contamination of freshwater resources by salt water are among the impacts small islands face.[533]

Islands have experienced rising temperatures and sea levels in recent decades. Projections for the rest of this century suggest:

- Increases in air and ocean surface temperatures in both the Pacific and Caribbean;[90]
- An overall decrease in rainfall in the Caribbean; and
- An increased frequency of heavy downpours and increased rainfall during summer months (rather than the normal rainy season in winter months) for the Pacific (although the range of projections regarding rainfall in the Pacific is still quite large).

The number of heavy rain events is very likely to increase.[90] Hurricane (typhoon) wind speeds and rainfall rates are likely to increase with continued



Air temperatures have increased over the last 100 years in both the Pacific Island and Caribbean regions. Larger increases are projected in the future, with higher emissions scenarios[91] producing considerably greater increases. The shaded areas show the likely ranges while the lines show the central projections from a set of climate models.



**145**

U.S. Global Change Research Program

**Global Climate Change Impacts in the United States**



### Freshwater Lens

Adapted from Burns[534]

Many island communities depend on freshwater lenses, which are recharged by precipitation. The amount of water a freshwater lens contains is determined by the size of the island, the amount of rainfall, rates of water withdrawal, the permeability of the rock beneath the island, and salt mixing due to storm- or tide-induced pressure. Freshwater lenses can be as shallow as 4 to 8 inches or as deep as **65 feet.**[534]

warming.[68] Islands and other low-lying coastal areas will be at increased risk from coastal inundation due to sea-level rise and storm surge, with major implications for coastal communities, infrastructure, natural habitats, and resources.

### The availability of freshwater is likely to be reduced, with significant implications for island communities, economies, and resources.

Most island communities in the Pacific and the Caribbean have limited sources of the freshwater needed to support unique ecosystems and biodiversity, public health, agriculture, and tourism. Conventional freshwater resources include rainwater collection, groundwater, and surface water.[534] For drinking and bathing, smaller Pacific islands primarily rely on individual rainwater catchment systems, while groundwater from the freshwater lens is used for irrigation. The size of freshwater lenses in atolls is influenced by factors such as rates of recharge (through precipitation), rates of use, and extent of tidal inundation.[531] Since rainfall triggers the formation of the freshwater lens, changes in precipitation, such as the significant decreases projected for the Caribbean, can significantly affect the availability of water. Because tropical storms replenish water supplies, potential changes in these storms are a great concern.

While it might initially be seen as a benefit, increased rainfall in the Pacific Islands during the summer months is likely to result in increased flooding, which would reduce drinking water quality and crop yields.[534] In addition, many islands have weak distribution systems and old infrastructure, which result in significant water leakage, decreasing their ability to use freshwater efficiently. Water pollution (such as from agriculture or sewage), exacerbated by storms and floods, can contaminate the freshwater supply, affecting public health. Sea-level rise also affects island water supplies by causing salt water to contaminate the freshwater lens and by causing an increased frequency of flooding due to storm high tides.[531] Finally, a rapidly rising population is straining the limited water resources, as would an increased incidence and/or intensity of storms[534] or periods of prolonged drought.

### Island communities, infrastructure, and ecosystems are vulnerable to coastal inundation due to sea-level rise and coastal storms.

Sea-level rise will have enormous effects on many island nations. Flooding will become more frequent due to higher storm tides, and coastal land will be permanently lost as the sea inundates low-lying areas and the shorelines erode. Loss of land



### Caribbean Precipitation Change
**1900 to 2100**

CMIP3-A[93]

Total annual precipitation has declined in the Caribbean and climate models project stronger declines in the future, particularly under higher emission scenarios.[91] Such decreases threaten island communities that rely on rainfall for replenishing their freshwater supplies. The shaded areas show the likely ranges while the lines show the central projections from a set of climate models.



BLM_0056046

will reduce freshwater supplies[531] and affect living things in coastal ecosystems. For example, the Northwestern Hawaiian Islands, which are low-lying and therefore at great risk from increasing sea level, have a high concentration of endangered and threatened species, some of which exist nowhere else.[535] The loss of nesting and nursing habitat is expected to threaten the survival of already vulnerable species.[535]

In addition to gradual sea-level rise, extreme high water level events can result from a combination of coastal processes.[271] For example, the harbor in Honolulu, Hawaii, experienced the highest daily average sea level ever recorded in September 2003. This resulted from the combination of long-term sea-level rise, normal seasonal heating (which causes the volume of water to expand and thus the level of the sea to rise), seasonal high tide, and an ocean circulation event which temporarily raised local sea level.[536] The interval between such extreme events has decreased from more than 20 years to approximately 5 years as average sea level has risen.[536]

Hurricanes, typhoons, and other storm events, with their intense precipitation and storm surge, cause major impacts to Pacific and Caribbean island com-



**Extreme Sea-Level Days: Honolulu, Hawaii**

Firing and Merrifield[536]

Sea-level rise will result in permanent land loss and reductions in freshwater supplies, as well as threaten coastal ecosystems. "Extreme" sea-level days (with a daily average of more than 6 inches above the long-term average[90]) can result from the combined effects of gradual sea-level rise due to warming and other phenomena, including seasonal heating and high tides.

munities, including loss of life, damage to infrastructure and property, and contamination of freshwater supplies.[537] As the climate continues to warm, the peak wind intensities and near-storm precipitation from future tropical cyclones are likely to increase,[90] which, combined with sea-level rise, is expected to cause higher storm surge levels. If such events occur frequently, communities would face challenges in recovering between events, resulting in long-term deterioration of infrastructure, freshwater and agricultural resources, and other impacts.[246]

## Adaptation: Securing Water Resources

In the islands, "water is gold." Effective adaptation to climate-related changes in the availability of freshwater is thus a high priority. While island communities cannot completely counter the threats to water supplies posed by global warming, effective adaptation approaches can help reduce the damage.



A billboard on Pohnpei, in the Federated States of Micronesia, encourages water conservation in preparation for the 1997 to 1998 El Niño.

When existing resources fall short, managers look to unconventional resources, such as desalinating seawater, importing water by ship, and using treated wastewater for non-drinking uses. Desalination costs are declining, though concerns remain about the impact on marine life, the disposal of concentrated brines that may contain chemical waste, and the large energy use (and associated carbon footprint) of the process.[146] With limited natural resources, the key to successful water resource management in the islands will continue to be "conserve, recover, and reuse."[530]

Pacific Island communities are also making use of the latest science. This effort started during the 1997 to 1998 El Niño, when managers began using seasonal forecasts to prepare for droughts by increasing public awareness and encouraging water conservation. In addition, resource managers can improve infrastructure, such as by fixing water distribution systems to minimize leakage and by increasing freshwater storage capacity.[530]



**147**