U.S. Global Change Research Program

**Global Climate Change Impacts in the United States**



Coastal houses and an airport in the U.S.-affiliated Federated States of Micronesia rely on mangroves' protection from erosion and damage due to rising sea level, waves, storm surges, and wind.

Critical infrastructure, including homes, airports, and roads, tends to be located along the coast. Flooding related to sea-level rise and hurricanes and typhoons negatively affects port facilities and harbors, and causes closures of roads, airports, and bridges.[558] Long-term infrastructure damage would affect social services such as disaster risk management, health care, education, management of freshwater resources, and economic activity in sectors such as tourism and agriculture.

### Climate changes affecting coastal and marine ecosystems will have major implications for tourism and fisheries.

Marine and coastal ecosystems of the islands are particularly vulnerable to the impacts of climate change. Sea-level rise, increasing water temperatures, rising storm intensity, coastal inundation and flooding from extreme events, beach erosion, ocean acidification, increased incidences of coral disease, and increased invasions by non-native species are among the threats that endanger the ecosystems that provide safety, sustenance, economic viability, and cultural and traditional values to island communities.[539]

Tourism is a vital part of the economy for many islands. In 1999, the Caribbean had tourism-based gross earnings of $17 billion, providing 900,000 jobs and making the Caribbean one of the most tourism dependent regions in the world.[532] In the South Pacific, tourism can contribute as much as 47 percent of gross domestic product.[540] In Hawaii, tourism generated $12.4 billion for the state in 2006, with over 7 million visitors.[541]

Sea-level rise can erode beaches, and along with increasing water temperatures, can destroy or degrade natural resources such as mangroves and coral reef ecosystems that attract tourists.[246] Extreme weather events can affect transportation systems and interrupt communications. The availability of freshwater is critical to sustaining tourism, but is subject to the climate-related impacts described on the previous page. Public health concerns about diseases would also negatively affect tourism.

Coral reefs sustain fisheries and tourism, have biodiversity value, scientific and educational value, and form natural protection against wave erosion.[542] For Hawaii alone, net benefits of reefs to the economy are estimated at $360 million annually, and the overall asset value is conservatively estimated to be nearly $10 billion.[542] In the Caribbean, coral reefs provide annual net benefits from fisheries, tourism, and shoreline protection services of between $3.1 billion and $4.6 billion. The loss of income by 2015 from degraded reefs is conservatively estimated at several hundred million dollars annually.[532,543]

Coral reef ecosystems are particularly susceptible to the impacts of climate change, as even small increases in water temperature can cause coral bleaching,[544] damaging and killing corals. Ocean acidification due to a rising carbon dioxide concentration poses an additional threat (see *Ecosystems* sector and *Coasts* region). Coral reef ecosystems are also especially vulnerable to invasive species.[545] These impacts, combined with changes in the occurrence and intensity of El Niño events, rising sea level, and increasing storm damage,[246] will have major negative effects on coral reef ecosystems.

Fisheries feed local people and island economies. Almost all communities within the Pacific Islands derive over 25 percent of their animal protein from fish, with some deriving up to 69 percent.[546] For island fisheries sustained by healthy coral reef and marine ecosystems, climate change impacts exacerbate stresses such as overfishing,[246] affecting both fisheries and tourism that depend on abundant and diverse reef fish. The loss of live corals results in local extinctions and a reduced number of reef fish species.[547]

Nearly 70 percent of the world's annual tuna harvest, approximately 3.2 million tons, comes from the Pacific Ocean.[548] Climate change is projected to cause a decline in tuna stocks and an eastward shift in their location, affecting the catch of certain countries.[246]



BLM_0056048



# Coasts

Approximately one-third of all Americans live in counties immediately bordering the nation's ocean coasts.[549,550] In addition to accommodating major cities, the coasts and the exclusive economic zone extending 200 miles offshore provide enjoyment, recreation, seafood, transportation of goods, and energy. Coastal and ocean activities contribute more than $1 trillion to the nation's gross domestic product and the ecosystems hold rich biodiversity and provide invaluable services.[551] However, intense human uses have taken a toll on coastal environments and their resources. Many fish stocks have been severely diminished by over-fishing, large "dead zones" depleted of oxygen have developed as a result of pollution by excess nitrogen runoff, toxic blooms of algae are increasingly frequent, and coral reefs are badly damaged or becoming overgrown with algae. About half of the nation's coastal wetlands have been lost – and most of this loss has occurred during the past 50 years.

Global climate change imposes additional stresses on coastal environments. Rising sea level is already eroding shorelines, drowning wetlands, and threatening the built environment.[43,224] The destructive potential of Atlantic tropical storms and hurricanes has increased since 1970 in association with increasing Atlantic sea surface temperatures, and it is likely that hurricane rainfall and wind speeds will increase in response to global warming.[112] Coastal water temperatures have risen by about 2°F in several regions, and

the geographic distributions of marine species have shifted.[37,68,347] Precipitation increases on land have increased river runoff, polluting coastal waters with more nitrogen and phosphorous, sediments, and other contaminants. Furthermore, increasing acidification resulting from the uptake of carbon dioxide by ocean waters threatens corals, shellfish, and other living things that form their shells and skeletons from calcium carbonate[23] (see *Ecosystems* sector). All of these forces converge and interact at the coasts, making these areas particularly sensitive to the impacts of climate change.

## Significant sea-level rise and storm surge will adversely affect coastal cities and ecosystems around the nation; low-lying and subsiding areas are most vulnerable.

The rise in sea level relative to the land surface in any given location is a function of both the amount of global average sea-level rise and the degree to which the land is rising or falling. During the past century in the United States, relative sea level changes ranged from falling several inches to rising as much as 2 feet.[225] High rates of relative sea-level rise, coupled with cutting off the supply of sediments from the Mississippi River and other human alterations, have resulted in the loss of 1,900 square miles of Louisiana's coastal wetlands during the past century, weakening their capacity

### Multiple Stresses Confront Coastal Regions

Various forces of climate change at the coasts pose a complex array of management challenges and adaptation requirements. For example, relative sea level is expected to rise at least 2 feet in Chesapeake Bay (located between Maryland and Virginia) where the land is subsiding, threatening portions of cities, inhabited islands, most tidal wetlands, and other low-lying regions. Climate change also will affect the volume of the bay, its salinity distribution and circulation, as will changes in precipitation and freshwater runoff. These changes, in turn, will affect summertime oxygen depletion and efforts to reduce the agricultural nitrogen runoff that causes it. Meanwhile the warming of the bay's waters will make survival there difficult for northern species such as eelgrass and soft clams, while allowing southern species and invaders riding in ships' ballast water to move in and change the mix of species that are caught and must be managed. Additionally, more acidic waters resulting from rising carbon dioxide levels will make it difficult for oysters to build their shells and will complicate the recovery of this key species.[553]



**149**

## Projected Sea-Level Rise by 2100



Estimates of sea-level rise by the end of the century for three emissions scenarios.[91] Intergovernmental Panel on Climate Change 2007 projections (range shown as bars) exclude changes in ice sheet flow.[90] Light blue circles represent more recent, central estimates derived using the observed relationship of sea-level rise to temperature.[103] Areas where coastal land is sinking, for example by as much as 1.5 feet in this century along portions of the Gulf Coast, would experience that much additional sea-level rise relative to the land.[128]

to absorb the storm surge of hurricanes such as Katrina.[552] Shoreline retreat is occurring along most of the nation's exposed shores.

The amount of sea-level rise likely to be experienced during this century depends mainly on the expansion of the ocean volume due to warming and the response of glaciers and polar ice



A "ghost swamp" in south Louisiana shows the effects of saltwater intrusion.

sheets. Complex processes control the discharges from polar ice sheets and some are already producing substantial additions of water to the ocean.[554] Because these processes are not well understood, it is difficult to predict their future contributions to sea-level rise.[90,555]

As discussed in the *Global Climate Change* section, recent estimates of global sea-level rise substantially exceed the IPCC estimates, suggesting sea-level rise between 3 and 4 feet in this century. Even a 2-foot rise in relative sea level over a century would result in the loss of a large portion of the nation's remaining coastal wetlands, as they are not able to build new soil at a fast enough rate.[164] Accelerated sea-level rise would affect sea-grasses, coral reefs, and other important habitats. It would also fragment barrier islands, and place into jeopardy existing homes, businesses, and infrastructure, including roads, ports, and water and sewage systems. Portions of major cities, including Boston and New York, would be subject to inundation by ocean water during storm surges or even during regular high tides.[234]

### More spring runoff and warmer coastal waters will increase the seasonal reduction in oxygen resulting from excess nitrogen from agriculture.

Coastal dead zones in places such as the northern Gulf of Mexico[556] and the Chesapeake Bay[557] are likely to increase in size and intensity as warming increases unless efforts to control runoff of agricultural fertilizers are redoubled. Greater spring runoff into East Coast estuaries and the Gulf of Mexico would flush more nitrogen into coastal waters stimulating harmful blooms of algae and the excess production of microscopic plants that settle near the seafloor and deplete oxygen supplies as they decompose. In addition, all else being equal, greater runoff reduces salinity, which when coupled with warmer surface water increases the difference in density between surface and bottom waters, thus preventing the replacement of oxygen in the deeper waters. As dissolved oxygen levels decline below a certain level, living things cannot survive. They leave the area if they can, and die if they cannot.

## Dead Zones in the Chesapeake Bay



Climate change is likely to expand and intensify "dead zones," areas where bottom water is depleted of dissolved oxygen because of nitrogen pollution, threatening living things.



BLM_0056050

Coastal waters are very likely to continue to warm by as much 4 to 8°F in this century, both in summer and winter.[234] This will result in a northward shift in the geographic distribution of marine life along the coasts; this is already being observed.[70,347] The shift occurs because some species cannot tolerate the higher temperatures and others are out-competed by species from farther south moving in.[270] Warming also opens the door to invasion by species that humans are intentionally or unintentionally transporting around the world, for example in the ballast water carried by ships. Species that were previously unable to establish populations because of cold winters are likely to find the warmer conditions more welcoming and gain a foothold,[567] particularly as native species are under stress from climate change and other human activities. Non-native clams and small crustaceans have already had major effects on the San Francisco Bay ecosystem and the health of its fishery resources.[559]

**Higher water temperatures and ocean acidification due to increasing atmospheric carbon dioxide will present major additional stresses to coral reefs, resulting in significant die-offs and limited recovery.**

In addition to carbon dioxide's heat-trapping effect, the increase in its concentration in the atmosphere is gradually acidifying the ocean. About one-third of the carbon dioxide emitted by human activities has been absorbed by the ocean, resulting in a decrease in the ocean's pH. Since the beginning of the industrial era, ocean pH has declined demonstrably and is projected to decline much more by 2100 if current emissions trends continue. Further declines in pH are very

likely to continue to affect the ability of living things to create and maintain shells or skeletons of calcium carbonate. This is because at a lower pH less of the dissolved carbon is available as carbonate ions (see *Global Climate Change*).[70,259]

Ocean acidification will affect living things including important plankton species in the open ocean, mollusks and other shellfish, and corals.[22,23,70,259] The effects on reef-building corals are likely to be particularly severe during this century. Coral calcification rates are likely to decline by more than 30 percent under a doubling of atmospheric carbon dioxide concentrations, with erosion outpacing reef formation at even lower concentrations.[22] In addition, the reduction in pH also affects photosynthesis, growth, and reproduction. The upwelling of deeper ocean water, deficient in carbonate, and thus potentially detrimental to the food chains supporting juvenile salmon has recently been observed along the U.S. West Coast.[259]

Acidification imposes yet another stress on reef-building corals, which are also subject to bleaching – the expulsion of the microscopic algae that live inside the corals



Calcium Carbonate Saturation in Ocean Surface Waters

Preindustrial (~1880)     Recent (2000)

>4.0 Optimal   3-3.5 Marginal   Calcium carbonate
3.5-4.0 Adequate   <3.0 Extremely Low   saturation state (Ω)

Projected (~2050)

Corals require the right combination of temperature, light, and the presence of calcium carbonate (which they use to build their skeletons). As atmospheric carbon dioxide levels rise, some of the excess carbon dioxide dissolves into ocean water, reducing its calcium carbonate saturation. As the maps indicate, calcium carbonate saturation has already been reduced considerably from its pre-industrial level, and model projections suggest much greater reductions in the future. The blue dots indicate current coral reefs. Note that under projections for the future, it is very unlikely that calcium carbonate saturation levels will be adequate to support coral reefs in any U.S. waters.[219]

NAST[219]

**151**

U.S. Global Change Research Program                    **Global Climate Change Impacts in the United States**



Pacific Coast "Dead Zone"
2006 to 2007

PISCO: NOAA-NWFSC; OSU/COAS[562]

Climate change affects coastal currents that moderate ocean temperatures and the productivity of ecosystems. As such, it is believed to be a factor in the low-oxygen "dead zone" that has appeared along the coast of Washington and Oregon in recent years.[561] In the maps above, blue indicates low-oxygen areas and purple shows areas that are the most severely oxygen depleted.

and are essential to their survival – as a result of heat stress[70] (see *Ecosystems* sector and *Islands* region). As a result of these and other stresses, the corals that form the reefs in the Florida Keys, Puerto Rico, Hawaii, and the Pacific Islands are projected to be lost if carbon dioxide concentrations continue to rise at their current rate.[560]

## Changing ocean currents will affect coastal ecosystems.

Because it affects the distribution of heat in the atmosphere and the oceans, climate change will affect winds and currents that move along the nation's coasts, such as the California Current that bathes the West Coast from British Columbia to Baja California.[70] In this area, wind-driven upwelling of deeper ocean water along the coast is vital to moderation of temperatures and the high productivity of Pacific Coast ecosystems. Coastal currents are subject to periodic variations caused by the El Niño-Southern Oscillation and the Pacific Decadal Oscillation, which have substantial effects on the success of salmon and other fishery resources. Climate change is expected to affect such coastal currents, and possibly the larger scale natural oscillations as well, though these effects are not well understood. The recent emergence of oxygen-depletion events on the continental shelf off Oregon and Washington (a dead zone not directly caused by agricultural runoff and waste discharges such as those in the Gulf of Mexico or Chesapeake Bay) is one example.[561]

**Adaptation:** **Coping with Sea-Level Rise**



Adaptation to sea-level rise is already taking place in three main categories: (1) protecting the coastline by building hard structures such as levees and seawalls (although hard structures can, in some cases, actually increase risks and worsen beach erosion and wetland retreat), (2) accommodating rising water by elevating or redesigning structures, enhancing wetlands, or adding sand from elsewhere to beaches (the latter is not a permanent solution, and can encourage development in vulnerable locations), and (3) planned retreat from the coastline as sea level rises.[269]

Several states have laws or regulations that require setbacks for construction based on the planned life of the development and observed erosion rates.[371] North Carolina, Rhode Island, and South Carolina are using such a moving baseline to guide planning. Maine's Coastal Sand Dune Rules prohibit buildings of a certain size that are unlikely to remain stable with a sea-level rise of 2 feet. The Massachusetts Coastal Hazards Commission is preparing a 20-year infrastructure and protection plan to improve hazards management and the Maryland Commission on Climate Change has recently made comprehensive recommendations to reduce the state's vulnerability to sea-level rise and coastal storms by addressing building codes, public infrastructure, zoning, and emergency preparedness. Governments and private interests are beginning to take sea-level rise into account in planning levees and bridges, and in the siting and design of facilities such as sewage treatment plants (see Adaptation box in *Northeast* region).



152



# An Agenda for Climate Impacts Science

Both mitigation and adaptation decisions are becoming increasingly necessary. Advancing our knowledge in the many aspects of science that affect the climate system has already contributed greatly to decision making on climate change issues. Further advances in climate science including better understanding and projections regarding rainfall, storm tracks, storm intensity, heat waves, and sea-level rise will improve decision making capabilities.

The focus below, however, is on advancing our knowledge specifically on climate change impacts and those aspects of climate change responsible for these impacts in order to continue to guide decision making.

## Recommendation 1:
### Expand our understanding of climate change impacts.

There is a clear need to increase understanding of how ecosystems, social and economic systems, human health, and infrastructure will be affected by climate change in the context of other stresses. New understanding will come from a mix of activities including sustained and systematic observations, field and laboratory experiments, model development, and integrated impact assessments. These will incorporate shared learning among researchers, practitioners (such as engineers and water managers), and local stakeholders.

### Ecosystems
Ecosystem changes, in response to changes in climate and other environmental conditions, have already been documented. These include changes in the chemistry of the atmosphere and precipitation, vegetation patterns, growing season length, plant productivity, animal species distributions, and the frequency and severity of pest outbreaks and fires. In the marine environment,

changes include the health of corals and other living things due to temperature stress and ocean acidification. These observations not only document climate-change impacts, but also provide critical input to understanding how and why these changes occur, and how changes in ecosystems in turn affect climate. In this way, records of observed changes can improve projections of future impacts related to various climate change scenarios.

In addition to observations, large-scale, whole-ecosystem experiments are essential for improving projections of impacts. Ecosystem-level experiments that vary multiple factors, such as temperature, moisture, ground-level ozone, and atmospheric carbon dioxide, would provide process-level understanding of the ways ecosystems could respond to climate change in the context of other environmental stresses. Such experiments are particularly important for ecosystems with the greatest potential to experience massive change due to the crossing of thresholds or tipping points.

Insights regarding ecosystem responses to climate change gained from both observations and experiments are the essential building blocks of ecosystem simulation models. These models, when rigorously developed and tested, provide powerful tools for exploring the ecosystem consequences of alternative future climates. The incorporation of ecosystem models into an integrated assessment framework that includes socioeconomic, atmospheric and ocean chemistry, and atmosphere-ocean general circulation models should be a major goal of impacts research. This knowledge can provide a base for research studies into ways to manage critical ecosystems in an environment that is continually changing.

### Economic systems, human health, and the built environment
As natural systems experience variations due to a changing climate, social and economic systems will



**153**

BLM_0056053



U.S. Global Change Research Program

**Global Climate Change Impacts in the United States**

be affected. Food production, water resources, forests, parks, and other managed systems provide life support for society. Their sustainability will depend on how well they can adapt to a future climate that is different from historical experience.

At the same time, climate change is exposing human health and the built environment to increasing risks. Among the likely impacts are an expansion of the ranges of insects and other animals that carry diseases and a greater incidence of health-threatening air pollution events compounded by unusually hot weather associated with climate change. In coastal areas, sea-level rise and storm surge threaten infrastructure including homes, roads, ports, and oil and gas drilling and distribution facilities. In other parts of the country, floods, droughts, and other weather and climate extremes pose increasing threats.

Careful observations along with climate and Earth system models run with a range of emissions scenarios can help society evaluate these risks and plan actions to minimize them. Work in this area would include assessments of the performance of delivery systems, such as those for regional water and electricity supply, so that climate change impacts and costs can be evaluated in terms of changes in risk to system performance. It will be particularly important to understand when the effects on these systems are extremely large and/or rapid, similar to tipping points and thresholds in ecosystems.

In addition, the climate change experienced outside the United States will have implications for our nation. A better understanding of these international linkages, including those related to trade, security, and large-scale movements of people in response to climate change, is desirable.

## Recommendation 2:
**Refine ability to project climate change, including extreme events, at local scales.**

One of the main messages to emerge from the past decade of synthesis and assessments is that while climate change is a global issue, it has a great deal of regional variability. There is an indisputable need to improve understanding of climate system effects at these smaller scales, because these are often the scales of decision making in society. Understanding impacts at

local scales will also help to target finite resources for adaptation measures. Although much progress has been made in understanding important aspects of this variability, uncertainties remain. Further work is needed on how to quantify cumulative uncertainties across spatial scales and the uncertainties associated with complex, intertwined natural and social systems.

Because region-specific climate changes will occur in the context of other environmental and social changes that are also region-specific, it is important to continue to refine our understanding of regional details, especially those related to precipitation and soil moisture. This would be aided by further testing of models against observations using established metrics designed to evaluate and improve the realism of regional model simulations.

Continued development of improved, higher resolution global climate models, increased computational capacity, extensive climate model experiments, and improved downscaling methods will increase the value of geographically specific climate projections for decision makers in government, business, and the general population.

Extreme weather and climate events are a key component of regional climate. Additional attention needs to be focused on improved observations (made on the relevant time and space scales to capture high-impact extreme events) and associated research and analysis of the potential for future changes in extremes. Impacts analyses indicate that extreme weather and climate events often play a major role in determining climate-change consequences.

## Recommendation 3:
**Expand capacity to provide decision makers and the public with relevant information on climate change and its impacts.**

The United States has tremendous potential to create more comprehensive measurement, archive, and data-access systems and to convey needed information that could provide great benefit to society. There are several aspects to fulfilling this goal: defining what is most relevant, gathering the needed information, expanding the capacity to deliver information, and improving the tools for decision makers to use this information to the



**154**

best advantage. All of these aspects should involve an interactive and iterative process of continual learning between those who provide information and those who use it. Through such a process, monitoring systems, distribution networks, and tools for using information can all be refined to meet user needs.

For example, tools used by researchers that could also be useful to decision makers include those that analyze and display the probability of occurrence of a range of outcomes to help in assessing risks.

Improved climate monitoring can be efficiently achieved by following the Climate Monitoring Principles recommended by the National Academy of Sciences and the Climate Change Science Strategic Plan in addition to integrating current efforts of governments at all levels. Such a strategy complements a long-term commitment to the measurement of the set of essential climate variables identified by both the Climate Change Science Program and the Global Climate Observing System. Attention must be placed on the variety of time and space scales critical for decision making.

Improved impacts monitoring would include information on the physical and economic effects of extreme events (such as floods and droughts), available, for example, from emergency preparedness and resource management authorities. It would also include regular archiving of information about impacts.

Improved access to data and information archives could substantially enhance society's ability to respond to climate change. While many data related to climate impacts are already freely and readily available to a broad range of users, other data, such as damage costs, are not, and efforts should be made to make them available. Easily accessible information should include a set of agreed-upon baseline indicators and measures of environmental conditions that can be used to track the effects of changes in climate. Services that provide reliable, well-documented, and easily used climate information, and make this information available to support users, are important.

## Recommendation 4:
### Improve understanding of thresholds likely to lead to abrupt changes in climate or ecosystems.

Paleoclimatic data show that climate can and has changed quite abruptly when certain thresholds are crossed. Similarly, there is evidence that ecological and human systems can undergo abrupt change when tipping points are reached.

Within the climate system there are a number of key risks to society for which understanding is still quite limited. Additional research is needed in some key areas, for example, identifying thresholds that lead to rapid changes in ice sheet dynamics. Sea-level rise is a major concern and improved understanding of the sensitivity of the major ice sheets to sustained warming requires improved observing capability, analysis, and modeling of the ice sheets and their interactions with nearby oceans. Estimates of sea-level rise in previous assessments, such as the recent Intergovernmental Panel on Climate Change 2007 report, did not fully quantify the magnitude and rate of future sea-level rise due to inadequate scientific understanding of potential instabilities of the Greenland and Antarctic ice sheets.

Tipping points in biological systems include the temperature thresholds above which insects survive winter, and can complete two life cycles instead of one in a single growing season, contributing to infestations that kill large numbers of trees. The devastation caused by bark beetles in Canada, and increasingly in the U.S. West, provides an example of how crossing such a threshold can set off massive destruction in an ecosystem with far-reaching consequences.

Similarly, there is increasing concern about the acidification of the world's oceans due to rising atmospheric carbon dioxide levels. There are ocean acidity thresholds beyond which corals and other living things, including some that form the base of important marine food chains, will no longer be able to form the shells and other body structures they need to survive. Improving understanding of such thresholds is an important goal for future research.



**155**

BLM_0056055


U.S. Global Change Research Program

**Global Climate Change Impacts in the United States**

## Recommendation 5:
**Improve understanding of the most effective ways to reduce the rate and magnitude of climate change, as well as unintended consequences of such activities.**

This report underscores the importance of reducing the concentrations of heat-trapping gases in the atmosphere. Impacts of climate change during this century and beyond are projected to be far larger and more rapid in scenarios in which greenhouse gas concentrations continue to grow rapidly compared to scenarios in which concentrations grow more slowly. Additional research will help identify the desired mix of mitigation options necessary to control the rate and magnitude of climate change.

In addition to their intended reduction of atmospheric concentrations of greenhouse gases, mitigation options also have the potential for unintended consequences, which should also be examined in future research. For example, the production, transportation, and use of biofuels could lead to increases in water and fertilizer use as well as in some air pollutants. It could also create competition among land uses for food production, biofuels production, and natural ecosystems that provide many benefits to society. Improved understanding of such unintended consequences, and identification of those options that carry the largest negative impacts, can help decision makers make more informed choices regarding the possible trade-offs inherent in various mitigation strategies.

## Recommendation 6:
**Enhance understanding of how society can adapt to climate change.**

There is currently limited knowledge about the ability of communities, regions, and sectors to adapt to future climate change. It is important to improve understanding of how to enhance society's capacity to adapt to a changing climate in the context of other environmental stresses. Interdisciplinary research on adaptation that takes into account the interconnectedness of the Earth system and the complex nature of the social, political, and economic environment in which adaptation decisions must be made would be central to this effort.

The potential exists to provide insights into the possible effectiveness and limits of adaptation options that might be considered in the future. To realize this potential, new research would be helpful to document past responses to climate variability and other environmental changes, analyze the underlying reasons for them, and explain how individual and institutional decisions were made. However, human-induced climate change is projected to be larger and more rapid than any experienced by modern society so there are limits to what can be learned from the past.

A major difficulty in the analysis of adaptation strategies in this report has been the lack of information about the potential costs of adaptation measures, their effectiveness under various scenarios of climate change, the time horizons required for their implementation, and unintended consequences. These types of information should be systematically gathered and shared with decision makers as they consider a range of adaptation options. It is also clear that there is a substantial gap between the available information about climate change and the development of new guidelines for infrastructure such as housing, transportation, water systems, commercial buildings, and energy systems. There are also social and institutional obstacles to appropriate action, even in the face of adequate knowledge. These obstacles need to be better understood so that they can be reduced or eliminated.

Finally, it is important to carry out regular assessments of adaptation measures that address combined scenarios of future climate change, population growth, and economic development paths. This is an important opportunity for shared learning in which researchers, practitioners, and stakeholders collaborate using observations, models, and dialogue to explore adaptation as part of long-term, sustainable development planning.



**156**



# Concluding Thoughts

## Responding to changing conditions

Human-induced climate change is happening now, and impacts are already apparent. Greater impacts are projected, particularly if heat-trapping gas emissions continue unabated. Previous assessments have established these facts, and this report confirms, solidifies, and extends these conclusions for the United States. It reports the latest understanding of how climate change is already affecting important sectors and regions. In particular, it reports that some climate change impacts appear to be increasing faster than previous assessments had suggested. This report represents a significant update to previous work, as it draws from the U.S. Climate Change Science Program's Synthesis and Assessment Products and other recent studies that examine how climate change and its effects are projected to continue to increase over this century and beyond.

## Climate choices

Choices about emissions now and in the coming years will have far-reaching consequences for climate change impacts. A consistent finding of this assessment is that the rate and magnitude of future climate change and resulting impacts depend critically on the level of global atmospheric heat-trapping gas concentrations as well as the types and concentrations of atmospheric particles (aerosols). Lower emissions of heat-trapping gases will delay the appearance of climate change impacts and lessen their magnitude. Unless the rate of emissions is substantially reduced, impacts are expected to become increasingly severe for more people and places.

Similarly, there are choices to be made about adaptation strategies that can help to reduce or avoid some of the undesirable impacts of climate change. There is much to learn about the effectiveness of the various types of adaptation responses and how they will interact with each other and with mitigation actions.

Responses to the climate change challenge will almost certainly evolve over time as society learns by doing. Determining and refining societal responses will be an iterative process involving scientists, policymakers, and public and private decision makers at all levels. Implementing these response strategies will require careful planning and continual feedback on the impacts of mitigation and adaptation policies for government, industry, and society.

## The value of assessments

Science has revolutionized our ability to observe and model the Earth's climate and living systems, to understand how they are changing, and to project future changes in ways that were not possible in prior generations. These advances have enabled the assessment of climate change, impacts, vulnerabilities, and response strategies. Assessments serve a very important function in providing the scientific underpinnings of informed policy. They can identify advances in the underlying science, provide critical analysis of issues, and highlight key findings and key unknowns that can guide decision making. Regular assessments also serve as progress reports to evaluate and improve policy making and other types of decision making related to climate change.



BLM_0056057

Impacts and adaptation research includes complex human dimensions, such as economics, management, governance, behavior, and equity. Comprehensive assessments provide an opportunity to evaluate the social implications of climate change within the context of larger questions of how communities and the nation as a whole create sustainable and environmentally sound development paths.

## A vision for future U.S. assessments

Over the past decade, U.S. federal agencies have undertaken two coordinated, national-scale efforts to evaluate the impacts of global climate change on this country. Each effort produced a report to the nation – *Climate Change Impacts on the United States*, published in 2000, and this report, *Global Climate Change Impacts in the United States*, published in 2009. A unique feature of the first report was that in addition to reporting the current state of the science, it created a national discourse on climate change that involved hundreds of scientists and thousands of stakeholders including farmers, ranchers, resource managers, city planners, business people, and local and regional government officials. A notable feature of the second report is the incorporation of information from the 21 topic-specific Synthesis and Assessment Products, many motivated by stakeholder interactions.

A vision for future climate change assessments includes both sustained, extensive stakeholder involvement, and targeted, scientifically rigorous reports that address concerns in a timely fashion. The value of stakeholder involvement includes helping scientists understand what information society wants and needs. In addition, the problem-solving abilities of stakeholders will be essential to designing, initiating, and evaluating mitigation and adaptation strategies and their interactions. The best decisions about these strategies will come when there is widespread understanding of the complex issue of climate change – the science and its many implications for our nation.



BLM_0056058

## Federal Advisory Committee Authors

AUTHOR TEAM

**David M. Anderson** is the Director for the World Data Center for Paleoclimatology, Chief of the Paleoclimatology Branch of NOAA's National Climatic Data Center, and an Associate Professor at the University of Colorado.

**Donald F. Boesch** is President of the University of Maryland Center for Environmental Science. His area of expertise is biological oceanography.

**Virginia R. Burkett** is the Chief Scientist for Global Change Research at the U.S. Geological Survey. Her areas of expertise are coastal ecology, wetland management, and forestry.

**Lynne M. Carter** is the Director of the Adaptation Network, a non-profit organization, and a project of the Earth Island Institute. Through assessment and action, she works to build resilience in communities and ecosystems in the face of a changing climate.

**Stewart J. Cohen** is senior researcher with the Adaptation and Impacts Research Division of Environment Canada, and an Adjunct Professor with the Department of Forest Resources Management of the University of British Columbia.

**Nancy B. Grimm** is a Professor of Life Sciences at Arizona State University. She studies how human-environment interactions and climate variability influence biogeochemical processes in both riverine and urban ecosystems.

**Jerry L. Hatfield** is the Laboratory Director of the USDA-ARS National Soil Tilth Laboratory in Ames, Iowa. His expertise is in the quantifications of spatial and temporal interactions across the soil-plant-atmosphere continuum.

**Katharine Hayhoe** is a Research Associate Professor in the Department of Geosciences at Texas Tech University and Principal Scientist and CEO of ATMOS Research & Consulting. Her research examines the potential impacts of human activities on the global environment.

**Anthony C. Janetos** is the Director of the Joint Global Change Research Institute, a joint venture between the Pacific Northwest National Laboratory and the University of Maryland. His area of expertise is biology.

**Thomas R. Karl,** (Co-Chair), is the Director of NOAA's National Climatic Data Center. His areas of expertise include monitoring for climate change and changes in extreme climate and weather events. He is also president of the American Meteorological Society.

**Jack A. Kaye** currently serves as Associate Director for Research of the Earth Science Division within NASA's Science Mission Directorate. He is responsible for NASA's research and data analysis programs in Earth System Science.

**Jay H. Lawrimore** is Chief of the Climate Analysis Branch at NOAA's National Climatic Data Center. He has led a team of scientists that monitors the Earth's climate on an operational basis.

**James J. McCarthy** is Alexander Agassiz Professor of Biological Oceanography at Harvard University. His areas of expertise are biology and oceanography. He is also President of the American Association for the Advancement of Science.

**A. David McGuire** is a Professor of Ecology in the U.S. Geological Survey's Alaska Cooperative Fish and Wildlife Research Unit located at the University of Alaska Fairbanks. His areas of expertise are ecosystem ecology and terrestrial feedbacks to the climate system.

**Jerry M. Melillo,** (Co-Chair), is the Director of The Ecosystems Center at the Marine Biological Laboratory in Woods Hole. He specializes in understanding the impacts of human activities on the biogeochemistry of ecological systems.

**Edward L. Miles** is the Virginia and Prentice Bloedel Professor of Marine Studies and Public Affairs at the University of Washington. His fields of specialization are international science and technology policy, marine policy and ocean management, and the impacts of climate variability and change.

**Evan Mills** is currently a Staff Scientist at the U.S. Department of Energy's Lawrence Berkeley National Laboratory. His areas of expertise are energy systems and risk management in the context of climate change.

**Jonathan T. Overpeck** is a climate system scientist at the University of Arizona, where he is also the Director of the Institute of the Environment, as well as a Professor of Geosciences and a Professor of Atmospheric Sciences.

BLM_0056059

U.S. Global Change Research Program                                    **Global Climate Change Impacts in the United States**

<div style="background:#1a6a8f;color:white;text-align:center;">

## Federal Advisory Committee Authors

</div>

**Jonathan A. Patz** is a Professor & Director of Global Environmental Health at the University of Wisconsin in Madison. He has earned medical board certification in both Occupational/Environmental Medicine and Family Medicine.

**Thomas C. Peterson,** (Co-Chair), is a physical scientist at NOAA's National Climatic Data Center in Asheville, North Carolina. His areas of expertise include data fidelity, international data exchange and global climate analysis using both *in situ* and satellite data.

**Roger S. Pulwarty** is a physical scientist and the Director of the National Integrated Drought Information System Program at NOAA in Boulder, Colorado. His interests are in climate risk assessment and adaptation.

**Benjamin D. Santer** is an atmospheric scientist at Lawrence Livermore National Laboratory. His research focuses on climate model evaluation, the use of statistical methods in climate science, and identification of "fingerprints" in observed climate records.

**Michael J. Savonis** has 25 years of experience in transportation policy, with extensive expertise in air quality and emerging environmental issues. He currently serves as a Senior Policy Advisor at the Federal Highway Administration.

**H. Gerry Schwartz, Jr.** is an internationally known expert in environmental and civil engineering. He is past-president of both the Water Environment Federation and the American Society of Civil Engineers, a member of the National Academy of Engineering, and a private consultant.

**Eileen L. Shea** serves as Director of the NOAA Integrated Data and Environmental Applications Center and Chief of the Climate Monitoring and Services Division, National Climatic Data Center, NOAA/NESDIS. Her educational experience focused on marine science, environmental law, and resource management.

**John M.R. Stone** is an Adjunct Research Professor in the Department of Geography and Environmental Studies at Carleton University. He has spent the last 20 years managing climate research in Canada and helping to influence the dialogue between science and policy.

**Bradley H. Udall** is the Director of the University of Colorado Western Water Assessment. He was formerly a consulting engineer at Hydrosphere Resource Consultants. His expertise includes water and policy issues of the American West and especially the Colorado River. He is an affiliate of NOAA's Earth System Research Laboratory.

**John E. Walsh** is a President's Professor of Global Change at the University of Alaska, Fairbanks and Professor Emeritus of Atmospheric Sciences at the University of Illinois. His research interests include the climate of the Arctic, extreme weather events as they relate to climate, and climate-cryosphere interactions.

**Michael F. Wehner** is a member of the Scientific Computing Group at the Lawrence Berkeley National Laboratory in Berkeley, California. He has been active in both the design of global climate models and in the analysis of their output.

**Thomas J. Wilbanks** is a Corporate Research Fellow at the Oak Ridge National Laboratory and leads the Laboratory's Global Change and Developing Country Programs. He conducts research on such issues as sustainable development and responses to concerns about climate change.

**Donald J. Wuebbles** is the Harry E. Preble Professor of Atmospheric Sciences at the University of Illinois. His research emphasizes the study of chemical and physical processes of the atmosphere towards improved understanding of the Earth's climate and atmospheric composition.

BLM_0056060

## PRIMARY SOURCES OF INFORMATION

| | |
|---|---|
| **CCSP Goal 1:** Improve knowledge of the Earth's past and present climate and environment, including its natural variability, and improve understanding of the causes of observed variability and change. | |

| CCSP 1.1 Temperature Trends | *Temperature Trends in the Lower Atmosphere: Steps for Understanding and Reconciling Differences* |
|---|---|
| | Thomas R. Karl, NOAA; Susan J. Hassol, STG Inc.; Christopher D. Miller, NOAA; William L. Murray, STG Inc. |

| CCSP 1.2 Past Climate | *Past Climate Variability and Change in the Arctic and at High Latitudes* |
|---|---|
| | Richard B. Alley, Pennsylvania State Univ.; Julie Brigham-Grette, Univ. of Massachusetts; Gifford H. Miller, Univ. of Colorado; Leonid Polyak, Ohio State Univ.; James W.C. White, Univ.of Colorado; Joan J. Fitzpatrick, USGS |

| CCSP 1.3 Reanalysis | *Re-Analysis of Historical Climate Data for Key Atmospheric Features: Implications for Attribution of Causes of Observed Change* |
|---|---|
| | Randall M. Dole, Martin P. Hoerling, Siegfried Schubert, NOAA |

| | |
|---|---|
| **CCSP Goal 2:** Improve quantification of the forces bringing about changes in the Earth's climate and related systems. | |

| CCSP 2.1 GHG Emissions | Part A: *Scenarios of Greenhouse Gas Emissions and Atmospheric Concentrations* Part B: *Global-Change Scenarios: Their Development and Use* |
|---|---|
| | Leon E. Clarke, James A. Edmonds, Hugh M. Pitcher, Pacific Northwest National Lab.; Henry D. Jacoby, MIT; John M. Reilly, MIT; Richard G. Richels, Electric Power Research Institute; Edward A. Parson, Univ. of Michigan; Virginia R. Burkett, USGS; Karen Fisher-Vanden, Dartmouth College; David W. Keith, Univ. of Calgary; Linda O. Mearns, NCAR; Cynthia E. Rosenzweig, NASA; Mort D. Webster, MIT; John C. Houghton DOE/Office of Biological and Environmental Research |

| CCSP 2.2 Carbon Cycle | *The First State of the Carbon Cycle Report (SOCCR) North American Carbon Budget and Implications for the Global Carbon Cycle* |
|---|---|
| | Anthony W. King, ORNL; Lisa Dilling, Univ. of Colorado/NCAR; Gregory P. Zimmerman,ORNL; David Fairman, Consensus Building Institute Inc.; Richard A. Houghton, Woods Hole Research Center; Gregg Marland, ORNL; Adam Z. Rose, Pennsylvania State Univ. and Univ. Southern California; Thomas J. Wilbanks, ORNL |

| CCSP 2.3 Aerosol Impacts | *Atmospheric Aerosol Properties and Climate Impacts* |
|---|---|
| | Mian Chin, NASA; Ralph A. Kahn, NASA; Stephen E. Schwartz, DOE/BNL; Lorraine A. Remer, NASA/GSFC; Hogbin Yu, NASA/GSFC/UMBC; David Rind, NASA/GISS; Graham Feingold, NOAA/ESRL; Patricia K. Quinn, NOAA/PMEL; David G. Streets, DOE/ANL; Philip DeCola, NASA HQ; Rangasayi Halthore, NASA HQ/NRL |

| CCSP 2.4 Ozone Trends | *Trends in Emissions of Ozone-Depleting Substances, Ozone Layer Recovery, & Implications for Ultraviolet Radiation Exposure* |
|---|---|
| | A.R. Ravishankara, NOAA; Michael J. Kurylo, NASA; Christine Ennis, NOAA/ESRL |

**161**

BLM_0056061

U.S. Global Change Research Program                                    **Global Climate Change Impacts in the United States**

| | |
|---|---|
| **CCSP Goal 3:** *Reduce uncertainty in projections of how the Earth's climate and related systems may change in the future.* | |
| CCSP 3.1 Climate Models | *Climate Models: An Assessment of Strengths and Limitations* |
| | David C. Bader and Curt Covey, Lawrence Livermore National Lab.; William J. Gutowski Jr., Iowa State Univ.; Isaac M. Held, NOAA/GFDL; Kenneth E. Kunkel, Illinois State Water Survey; Ronald L. Miller, NASA/GISS; Robin T. Tokmakian, Naval Postgraduate School; Minghua H. Zhang, State Univ. of New York Stony Brook; Anjuli S. Bamzai, U.S. DOE |
| CCSP 3.2 Climate Projections | *Climate Projections Based on Emissions Scenarios for Long-Lived and Short-Lived Radiatively Active Gases and Aerosols* |
| | Hiram Levy II, NOAA/GFDL; Drew Shindell, NASA/GISS; Alice Gilliland, NOAA /ARL; M. Daniel Schwarzkopf, NOAA/GFDL; Larry W. Horowitz, NOAA/GFDL; Anne M. Waple, STG Inc. |
| CCSP 3.3 Extremes | *Weather and Climate Extremes in a Changing Climate: Regions of Focus: North America, Hawaii, Caribbean, and U.S. Pacific Islands* |
| | Thomas R. Karl, NOAA; Gerald A. Meehl, NCAR; Christopher D. Miller, NOAA; Susan J. Hassol, STG Inc.; Anne M. Waple, STG Inc.; William L. Murray, STG Inc. |
| CCSP 3.4 Abrupt Climate Change | *Abrupt Climate Change* |
| | John P. McGeehin, USGS; John A. Barron, USGS; David M. Anderson, NOAA; David J. Verardo, NSF; Peter U. Clark, Oregon State Univ.; Andrew J. Weaver, Univ. of Victoria; Konrad Steffen, Univ. of Colorado; Edward R. Cook, Columbia Univ.; Thomas L. Delworth, NOAA; Edward Brook, Oregon State Univ. |
| **CCSP Goal 4:** *Understand the sensitivity and adaptability of different natural and managed ecosystems and human systems to climate and related global changes.* | |
| CCSP 4.1 Sea-Level Rise | *Coastal Sensitivity to Sea-Level Rise: A Focus on the Mid-Atlantic Region* |
| | James G. Titus, U.S. EPA; K. Eric Anderson, USGS; Donald R. Cahoon, USGS; Dean B. Gesch, USGS; Stephen K. Gill, NOAA; Benjamin T. Gutierrez, USGS; E. Robert Thieler, USGS; S. Jeffress Williams, USGS |
| CCSP 4.2 Ecosystem Thresholds | *Thresholds of Climate Change in Ecosystems* |
| | Daniel B. Fagre, USGS; Colleen W. Charles, USGS |
| CCSP 4.3 Impacts | *The Effects of Climate Change on Agriculture, Land Resources, Water Resources and Biodiversity in the United States* |
| | Peter Backlund, NCAR; Anthony Janetos, PNNL/Univ. of Maryland; David Schimel, National Ecological Observatory Network; Margaret Walsh, USDA |
| CCSP 4.4 Ecosystem Adaptation | *Preliminary Review of Adaptation Options for Climate-Sensitive Ecosystems and Resources* |
| | Susan Herrod Julius, U.S. EPA; Jordan M. West, U.S. EPA; Jill S. Baron, USGS and Colorado State Univ.; Linda A. Joyce, USDA Forest Service; Brad Griffith, USGS; Peter Kareiva, The Nature Conservancy; Brian D. Keller, NOAA; Margaret Palmer, Univ. of Maryland; Charles Peterson, Univ. of North Carolina; J. Michael Scott, USGS and Univ. of Idaho |
| CCSP 4.5 Energy | *Effects of Climate Change on Energy Production and Use in the United States* |
| | Thomas J. Wilbanks, ORNL; Vatsal Bhatt, Brookhaven National Lab.; Daniel E. Bilello, National Renewable Energy Lab.; Stanley R. Bull, National Renewable Energy Lab.; James Ekmann, National Energy Technology Lab.; William C. Horak, Brookhaven National Lab.; Y. Joe Huang, Mark D. Levine, Lawrence Berkeley National Lab.; Michael J. Sale, ORNL; David K. Schmalzer, Argonne National Lab.; Michael J. Scott, Pacific Northwest National Lab. |

**162**

| CCSP 4.6 Health | Analyses of the Effects of Global Change on Human Health and Welfare and Human Systems |
|---|---|
| | Janet L. Gamble, U.S. EPA; Kristie L. Ebi, ESS LLC.; Anne E. Grambsch, U.S. EPA; Frances G. Sussman, Environmental Economics Consulting; Thomas J. Wilbanks, ORNL |
| CCSP 4.7 Transportation | Impacts of Climate Variability and Change on Transportation Systems and Infrastructure -- Gulf Coast Study |
| | Michael J. Savonis, Federal Highway Administration; Virginia R. Burkett, USGS; Joanne R. Potter, Cambridge Systematics |

**CCSP Goal 5:** *Explore the uses and identify the limits of evolving knowledge to manage risks and opportunities related to climate variability and change.*

| CCSP 5.1 Data Use & Limitations | Uses and Limitations of Observations, Data, Forecasts, and Other Projections in Decision Support for Selected Sectors and Regions |
|---|---|
| | John Haynes, NASA; Fred Vukovich, SAIC; Molly K. Macauley, RFF; Daewon W. Byun, Univ. of Houston; David Renne, NREL; Gregory Glass, Johns Hopkins School of Public Health; Holly Hartman, Univ. of Arizona |
| CCSP 5.2 Uncertainty | Best Practice Approaches for Characterizing, Communicating and Incorporating Scientific Uncertainty in Climate Decision Making |
| | M. Granger Morgan, Dept. of Engineering and Public Policy, Carnegie Mellon Univ.; Hadi Dowlatabadi, Inst. for Resources, Environment and Sustainability, Univ. of British Columbia; Max Henrion, Lumina Decision Systems; David Keith, Dept. of Chemical and Petroleum Engineering and Dept. of Economics, Univ. of Calgary; Robert Lempert, The RAND Corp.; Sandra McBride, Duke Univ.; Mitchell Small, Dept. of Engineering and Public Policy, Carnegie Mellon Univ.; Thomas Wilbanks, Environmental Science Division, ORNL |
| CCSP 5.3 Decision Support | Decision Support Experiments and Evaluations using Seasonal-to-Interannual Forecasts and Observational Data: A Focus on Water Resources |
| | Nancy Beller-Simms, NOAA; Helen Ingram, Univ. of Arizona; David Feldman, Univ. of California; Nathan Mantua, Climate Impacts Group, Univ. of Washington; Katharine L. Jacobs, Arizona Water Institute; Anne M. Waple, STG Inc. |

**Other Assessments Referenced**

| IPCC WG-1 | Working Group I - Climate Change 2007: The Physical Science Basis |
|---|---|
| | Susan Solomon, Dahe Qin, Martin Manning, Zhenlin Chen, Melinda Marquis, Kristen B. Averyt, Melina M.B. Tignor, Henry LeRoy Miller, Jr. |
| IPCC WG-2 | Working Group II - Climate Change 2007: Impacts, Adaptation and Vulnerability |
| | Martin L. Parry, Osvalda F. Canziani, Jean P. Palutikof, Paul J. van der Linden, Clair E. Hanson |
| IPCC WG-3 | Working Group III - Climate Change 2007: Mitigation of Climate Change |
| | Bert Metz, Ogunlade R. Davidson, Peter R. Bosch, Rutu Dave, Leo A. Meyer |
| IPCC Emissions Scenarios | Special Report on Emissions Scenarios |
| | Nebojsa Nakicenovic, Robert Swart |

BLM_0056063

**Global Climate Change Impacts in the United States**

| IPCC Water | *Climate Change and Water* |
| --- | --- |
| | Bryson Bates, Zbigniew W. Kundzewicz, Shaohong Wu, Jean P. Palutikof |
| NRC Transportation Impacts | *Potential Impacts of Climate Change on U.S. Transportation* |
| | Henry G. Schwartz, Jr., Alan C. Clark, G. Edward Dickey, George C. Eads, Robert E. Gallamore, Genevieve Giuliano, William J. Gutowski, Jr., Randell H. Iwasaki, Klaus H. Jacob, Thomas R. Karl, Robert J. Lempert, Luisa M. Paiewonsky, S. George H. Philander, Christopher R. Zeppie |
| NAST U.S. Impacts | *Climate Change Impacts on the United States: The Potential Consequences of Climate Variability and Change* |
| | Jerry M. Melillo, Anthony C. Janetos, Thomas R. Karl, Eric J. Barron, Virginia Rose Burkett, Thomas F. Cecich, Robert W. Corell, Katharine L. Jacobs, Linda A. Joyce, Barbara Miller, M. Granger Morgan, Edward A. Parson, Richard G. Richels, David S. Schimel |
| ACIA Arctic Impacts | *Impacts of a Warming Arctic, Arctic Climate Impact Assessment* |
| | Robert W. Corell, Susan J. Hassol, Pål Prestrud, Patricia A. Anderson, Snorri Baldursson, Elizabeth Bush, Terry V. Callaghan, Paul Grabhorn, Gordon McBean, Michael MacCracken, Lars-Otto Reiersen, Jan Idar Solbakken, Gunter Weller |

## ACRONYMS AND ABBREVIATIONS

**ARS:** Agricultural Research Service
**CCSP:** Climate Change Science Program
**CIESIN:** Center for International Earth Science Information Network
**CIRES:** Cooperative Institute for Research in Environmental Sciences
**CMIP:** Coupled Model Intercomparison Project
**DOE:** Department of Energy
**EIA:** Energy Information Administration
**IARC:** International Arctic Research Center
**IPCC:** Intergovernmental Panel on Climate Change
**NASA:** National Aeronautics and Space Administration
**NASS:** National Agricultural Statistics Service
**NAST:** National Assessment Synthesis Team
**NCDC:** National Climatic Data Center
**NESDIS:** National Environmental Satellite, Data, and Information Service

**NOAA:** National Oceanic and Atmospheric Administration
**NRCS:** Natural Resources Conservation Service
**NSIDC:** National Snow and Ice Data Center
**NWS:** National Weather Service
**NWFSC:** Northwest Fisheries Science Center
**PISCO:** Partnership for Interdisciplinary Studies of Coastal Oceans
**PLJV:** Playa Lakes Joint Venture
**SAP:** Synthesis and Assessment Product
**SRH:** Southern Regional Headquarters
**USACE:** United States Army Corps of Engineers
**USBR:** States Bureau of Reclamation
**USDA:** United States Department of Agriculture
**U.S. EPA:** United States Environmental Protection Agency
**USFS:** United States Forest Service
**USGS:** United States Geological Survey

**164**

BLM_0056064

REFERENCES

[1] CCSP, 2009: *Best Practice Approaches for Characterizing, Communicating, and Incorporating Scientific Uncertainty in Decisionmaking.* [Morgan, G., H. Dowlatabadi, M. Henrion, D. Keith, R. Lempert, S. McBrid, M. Small, and T. Wilbanks (eds.)]. Synthesis and Assessment Product 5.2. National Oceanic and Atmospheric Administration, Washington DC.

[2] Historical data: Lüthi, D., M. Le Floch, B. Bereiter, T. Blunier, J.-M. Barnola, U. Siegenthaler, D. Raynaud, J. Jouzel, H. Fischer, K. Kawamura, and T.F. Stocker, 2008: High-resolution carbon dioxide concentration record 650,000-800,000 years before present. *Nature*, **453(7193)**, 379-382.

1959-2008 data: Tans, P., 2008: *Trends in Atmospheric Carbon Dioxide: Mauna Loa.* NOAA Earth System Research Laboratory (ESRL). [Web site] <http://www.esrl.noaa.gov/gmd/ccgg/trends/> Data available at <ftp://ftp.cmdl.noaa.gov/ccg/co2/trends/co2_annmean_mlo.txt>.

2100 projected data: International Institute for Applied System Analysis (IIASA) GGI Scenario Database, 2008. <http://www.iiasa.ac.at/Research/GGI/DB/>

[3] Forster, P., V. Ramaswamy, P. Artaxo, T. Berntsen, R. Betts, D.W. Fahey, J. Haywood, J. Lean, D.C. Lowe, G. Myhre, J. Nganga, R. Prinn, G. Raga, M. Schulz, and R. Van Dorland, 2007: Changes in atmospheric constituents and in radiative forcing. In: *Climate Change 2007: The Physical Basis.* Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor, and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, UK, and New York, pp. 129-234.

[4] Denman, K.L., G. Brasseur, A. Chidthaisong, P. Ciais, P.M. Cox, R.E. Dickinson, D. Hauglustaine, C. Heinze, E. Holland, D. Jacob, U. Lohmann, S Ramachandran, P.L. da Silva Dias, S.C. Wofsy, and X. Zhang, 2007: Couplings between changes in the climate system and biogeochemistry. In: *Climate Change 2007: The Physical Science Basis.* Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, UK, and New York, pp. 499-587.

[5] Ko, M., J.S. Daniel, J.R. Herman, P.A. Newman, and V. Ramaswamy, 2008: The future and recovery. In: *Trends in Emissions of Ozone-Depleting Substances, Ozone Layer Recovery, and Implications for Ultraviolet Radiation Exposure.* [Ravishankara, A.R., M.J. Kurylo, and C.A. Ennis (eds.)]. Synthesis and Assessment Product 2.4. NOAA's National Climatic Data Center, Asheville, NC, pp. 133-154.

[6] Ravishankara, A.R., M.J. Kurylo, and A.-M. Schmoltner, 2008: Introduction. In: *Trends in Emissions of Ozone-Depleting Substances, Ozone Layer Recovery, and Implications for Ultraviolet Radiation Exposure.* [Ravishankara, A.R., M.J. Kurylo, and C.A. Ennis (eds.)]. Synthesis and Assessment Product 2.4. NOAA's National Climatic Data Center, Asheville, NC, pp. 23-28.

[7] Blasing, T.J., 2008: *Recent Greenhouse Gas Concentrations.* Carbon Dioxide Information Analysis Center, Oak Ridge National Laboratory. <http://cdiac.ornl.gov/pns/current_ghg.html>

[8] Fahey, D.W. (lead author), 2007: *Twenty Questions and Answers about the Ozone Layer: 2006 Update.* World Meteorological Organization, Geneva, Switzerland, 50 pp. <http://www.esrl.noaa.gov/csd/assessments/2006/twentyquestions.html>

[9] Thompson, D.W.J. and S. Solomon, 2002: Interpretation of recent Southern Hemisphere climate change. *Science*, **296(5569)**, 895-899.

[10] Kahn, R.A., H. Yu, S.E. Schwartz, M. Chin, G. Feingold, L.A. Remer, D. Rind, R. Halthore, and P. DeCola, 2009: Introduction. In: *Atmospheric Aerosol Properties and Climate Impacts.* [Chin, M., R.A. Kahn, and S.E. Schwartz (eds.)]. Synthesis and Assessment Product 2.3. National Aeronautics and Space Administration, Washington, DC, pp. 9-20.

[11] Solomon, S., G.-K. Plattner, R. Knutti, and P. Friedlingstein, 2009: Irreversible climate change because of carbon dioxide emissions. *Proceedings of the National Academy of Sciences,* **106(6)**, 1704-1709.

[12] Archer, D., 2005: Fate of fossil fuel $CO_2$ in geologic time. *Journal of Geophysical Research*, **110**, C09S05, doi:10.1029/2004JC002625.

[13] Shindell, D.T., H. Levy II, A. Gilliland, M.D. Schwarzkopf, and L.W. Horowitz, 2008: Climate change from short-lived emissions due to human activities. In: *Climate Projections Based on Emissions Scenarios for Long-Lived and Short-Lived Radiatively Active Gases and Aerosols.* [Levy II, H., D.T. Shindell, A. Gilliland, M.D. Schwarzkopf, and L.W. Horowitz, (eds.)]. Synthesis and Assessment Product 3.2. U.S. Climate Change Science Program, Washington, DC, pp. 27-60.

[14] Santer, B.D., J.E. Penner, and P.W. Thorne, 2006: How well can the observed vertical temperature changes be reconciled with our understanding of the causes of these changes? In: *Temperature Trends in the Lower Atmosphere: Steps for Understanding and Reconciling Differences* [Karl, T.R., S.J. Hassol, C.D. Miller, and W.L. Murray (eds.)]. Synthesis and Assessment Product 1.1 U.S. Climate Change Science Program, Washington, DC, pp. 89-118.

[15] Hansen, J., M. Sato, R. Ruedy, L. Nazarenko, A. Lacis, G.A. Schmidt, G. Russell, I. Aleinov, M. Bauer, S. Bauer, N. Bell, B. Cairns, V. Canuto, M. Chandler, Y. Cheng, A. Del Genio, G. Faluveg E. Fleming, A. Friend, T. Hall, C. Jackman, M. Kelley, N. Kiang, D. Koch, J. Lean, J. Lerner, K. Lo, S. Menon, R. Miller, P. Minnis, T. Novakov, V. Oinas, Ja. Perlwitz, Ju. Perlwitz, D. Rind, A. Romanou, D. Shindell, P. Stone, S. Sun, N. Tausnev, D. Thresher, B. Wielicki, T. Wong, M. Yao, and S. Zhang 2005: Efficacy of climate forcings. *Journal of Geophysical Research*, **110**, D18104, doi:10.1029/2005JD005776.

[16] National Research Council, 2005: *Radiative Forcing of Climate Change: Expanding the Concept and Addressing Uncertainties.* National Academies Press, Washington, DC, 207 pp.

[17] Hansen, J., M. Sato, R. Ruedy, A. Lacis, and V. Oinas, 2000: Global warming in the twenty-first century: an alternative scenario. *Proceedings of the National Academy of Sciences,* **97(18)**, 9875-9880.

[18] Field, C.B., J. Sarmiento, and B. Hales, 2007: The carbon cycle of North America in a global context. In: *The First State of the Carbon Cycle Report (SOCCR): The North American Carbon Budget and Implications for the Global Carbon Cycle* [King, A.W., L. Dilling, G.P. Zimmerman, D.M. Fairman, R.A. Houghton, G. Marland, A.Z. Rose, and T.J.

BLM_0056065

U.S. Global Change Research Program

**Global Climate Change Impacts in the United States**

Wilbanks (eds.)]. Synthesis and Assessment Product 2.2. NOAA's National Climatic Data Center, Asheville, NC, pp. 21-28.

19 Tarnocai, C., C.-L. Ping, and J. Kimble, 2007: Carbon cycles in the permafrost region of North America. In: *The First State of the Carbon Cycle Report (SOCCR): The North American Carbon Budget and Implications for the Global Carbon Cycle* [King, A.W., L. Dilling, G.P. Zimmerman, D.M. Fairman, R.A. Houghton, G. Marland, A.Z. Rose, and T.J. Wilbanks (eds.)]. Synthesis and Assessment Product 2.2. NOAA's National Climatic Data Center, Asheville, NC, pp. 127-138.

20 Jansen, E., J. Overpeck, K.R. Briffa, J.-C. Duplessy, F. Joos, V. Masson-Delmotte, D. Olago, B. Otto-Bliesner, W.R. Peltier, S. Rahmstorf, R. Ramesh, D. Raynaud, D. Rind, O. Solomina, R. Villalba and D. Zhang, 2007: Palaeoclimate. In: *Climate Change 2007: The Physical Science Basis.* Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor, and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, UK, and New York, pp. 433-497.

21 Canadell, J.G., C. Le Quéré, M.R. Raupach, C.B. Field, E.T. Buitenhuis, P. Ciais, T.J. Conway, N.P. Gillett, R.A. Houghton, and G. Marland, 2007: Contributions to accelerating atmospheric $CO_2$ growth from economic activity, carbon intensity, and efficiency of natural sinks. *Proceedings of the National Academy of Sciences,* **104(47)**, 18866-18870.

22 Royal Society, 2005: *Ocean Acidification Due to Increasing Atmospheric Carbon Dioxide.* Policy Document 12/05. Royal Society, London, 60 pp.

23 Orr, J.C., V.J. Fabry, O. Aumont, L. Bopp, S.C. Doney, R.A. Feely, A. Gnanadesikan, N. Gruber, A. Ishida, F. Joos, R.M. Key, K. Lindsay, E. Maier-Reimer, R. Matear, P. Monfray, A. Mouchet, R.G. Najjar, G.-K. Plattner, K.B. Rodgers, C.L. Sabine, J.L. Sarmiento, R. Schlitzer, R.D. Slater, I.J. Totterdell, M.-F. Weirig, Y. Yamanaka, and A. Yool, 2005: Anthropogenic ocean acidification over the twenty-first century and its impact on calcifying organisms. *Nature,* **437(7059)**, 681-686.

24 Allen, M.R., 2003: Liability for climate change. *Nature,* **421(6926)**, 891-892.

25 Clarke, L., J. Edmonds, H. Jacoby, H. Pitcher, J. Reilly, and R. Richels, 2007: *Scenarios of Greenhouse Gas Emissions and Atmospheric Concentrations.* Sub-report 2.1A of Synthesis and Assessment Product 2.1. U.S. Department of Energy, Office of Biological & Environmental Research, Washington, DC, 154 pp.

26 The spatial average of annual-average surface air temperatures around the globe is commonly referred to as the global average surface air temperature.

27 Meier, M.F., M.B. Dyurgerov, U.K. Rick, S. O'Neel, W.T. Pfeffer, R.S. Anderson, S.P. Anderson, and A.F. Glazovsky, 2007: Glaciers dominate eustatic sea-level rise in the 21st century. *Science,* **317(5841)**, 1064-1067.

28 Trenberth, K.E., P.D. Jones, P. Ambenje, R. Bojariu, D. Easterling, A. Klein Tank, D. Parker, F. Rahimzadeh, J.A. Renwick, M. Rusticucci, B. Soden, and P. Zhai, 2007: Observations: surface and atmospheric climate change. In: *Climate Change 2007: The Physical Basis.* Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor, and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, UK, and New York, pp. 235-335.

29 Steffen, K., P.U. Clark, J.G. Cogley, D. Holland, S. Marshall, E. Rignot, and R. Thomas, 2008: Rapid changes in glaciers and ice sheets and their impacts on sea level. In: *Abrupt Climate Change.*

Synthesis and Assessment Product 3.4. U.S. Geological Survey, Reston, VA, pp. 60-142.

30 Lanzante, J.R., T.C. Peterson, F.J. Wentz, and K.Y. Vinnikov, 2006: What do observations indicate about the change of temperatures in the atmosphere and at the surface since the advent of measuring temperatures vertically? In: *Temperature Trends in the Lower Atmosphere: Steps for Understanding and Reconciling Differences* [Karl, T.R., S.J. Hassol, C.D. Miller, and W.L. Murray (eds.)]. Synthesis and Assessment Product 1.1 U.S. Climate Change Science Program, Washington, DC, pp. 47-70.

31 Santer, B.D., P.W. Thorne, L. Haimberger, K.E. Taylor, T.M.L. Wigley, J.R. Lanzante, S. Solomon, M. Free, P.J. Gleckler, P.D. Jones, T.R. Karl, S.A. Klein, C. Mears, D. Nychka, G.A. Schmidt, S.C. Sherwood, and F.J. Wentz, 2008: Consistency of modelled and observed temperature trends in the tropical troposphere. *International Journal of Climatology,* **28(13)**, 1703-1722.

32 Uncertainties according to the data are an order of magnitude smaller than the trend according to Karl, T.R., J.R. Christy, R.A. Clarke, G.V. Gruza, J. Jouzel, M.E. Mann, J. Oerlemans, M.J. Salinger, and S.-W. Wang, 2001: Observed climate variability and change. In: *Climate Change 2001: The Scientific Basis.* Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change [Houghton, J.T., Y. Ding, D.J. Griggs, M. Noguer, P.J. van der Linden, X. Dai, K. Maskell, and C.A. Johnson (eds.)]. Cambridge University Press, Cambridge, UK, and New York, pp. 99-181.

*Temperature data:*

Smith, T.M. and R.W. Reynolds, 2004: Improved extended reconstruction of SST (1854–1997). *Journal of Climate,* **17(12)**, 2466-2477.

Jones, P.D., M. New, D.E. Parker, S. Martin, and I.G. Rigor, 1999: Surface air temperature and its changes over the past 150 years. *Reviews of Geophysics,* **37(2)**, 173-199.

*Carbon dioxide data:*

Data from 1974 to present: Tans, P., 2008: *Trends in Atmospheric Carbon Dioxide: Mauna Loa.* NOAA Earth System Research Laboratory (ESRL). [Web site] <http://www.esrl.noaa.gov/gmd/ccgg/trends/> Data available at <ftp://ftp.cmdl.noaa.gov/ccg/co2/trends/co2_annmean_mlo.txt>

1958-1974 data are from the Scripps Institution of Oceanography (Keeling) Mauna Loa Observatory record. <http://scrippsco2.ucsd.edu/>

Pre-1958 values are annual points taken from a smooth fit to the Law Dome data: Etheridge, D.M., L.P. Steele, R.L. Langenfelds, R.J. Francey, J.-M. Barnola, and V.I. Morgan, 1996: Natural and anthropogenic changes in atmospheric $CO_2$ over the last 1000 years from air in Antarctic ice and firn. *Journal of Geophysical Research,* **101(D2)**, 4115-4128.

33 Easterling, D. and M. Wehner, 2009: Is the climate warming or cooling? *Geophysical Research Letters,* **36**, L08706, doi:10.1029/2009GL037810.

34 Barnett, T.P., D.W. Pierce, H.G. Hidalgo, C. Bonfils, B.D. Santer, T. Das, G. Bala, A.W. Wood, T. Nozawa, A.A. Mirin, D.R. Cayan, and M.D. Dettinger, 2008: Human-induced changes in the hydrology of the western United States. *Science,* **319(5866)**, 1080-1083.

35 Willett, K.M., N.P. Gillett, P.D. Jones, and P.W. Thorne, 2007: Attribution of observed surface humidity changes to human influence. *Nature,* **449(7163)**, 710-712.

36 Santer, B.D., C. Mears, F.J. Wentz, K.E. Taylor, P.J. Gleckler, T.M.L. Wigley, T.P. Barnett, J.S. Boyle, W. Brüggemann, N.P. Gillett, S.A. Klein, G.A. Meehl, T. Nozawa, D.W. Pierce, P.A. Stott, W.M. Washington, and M.F. Wehner, 2007: Identification of human-induced changes in atmospheric moisture content. *Proceedings of the National Academy of Sciences,* **104(39)**, 15248-15253.

**166**

[37] Bindoff, N.L., J. Willebrand, V. Artale, A. Cazenave, J. Gregory, S. Gulev, K. Hanawa, C. Le Quéré, S. Levitus, Y. Nojiri, C.K. Shum, L.D. Talley, and A. Unnikrishnan, 2007: Observations: oceanic climate change and sea level. In: *Climate Change 2007: The Physical Science Basis*. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor, and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, UK, and New York, pp. 385-432.

[38] Barnett, T.P., D.W. Pierce, K.M. AchutaRao, P.J. Gleckler, B.D. Santer, J.M. Gregory, and W.M. Washington, 2005: Penetration of human-induced warming into the world's oceans. *Science*, **309(5732)**, 284-287.

[39] Pierce, D.W., T.P. Barnett, K.M. AchutaRao, P.J. Gleckler, J.M. Gregory, and W.M. Washington, 2006: Anthropogenic warming of the oceans: observations and model results. *Journal of Climate*, **19(10)**, 1873-1900.

[40] Lemke, P., J. Ren, R.B. Alley, I. Allison, J. Carrasco, G. Flato, Y. Fujii, G. Kaser, P. Mote, R.H. Thomas, and T. Zhang, 2007: Observations: changes in snow, ice and frozen ground. In: *Climate Change 2007: The Physical Basis*. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor, and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, UK, and New York, pp. 337-383.

[41] Luthcke, S.B., H.J. Zwally, W. Abdalati, D.D. Rowlands, R.D. Ray, R.S. Nerem, F.G. Lemoine, J.J. McCarthy, and D.S. Chinn, 2006: Recent Greenland ice mass loss by drainage system from satellite gravity observations. *Science*, **314(5803)**, 1286-1289.

[42] Pfeffer, W.T., J.T. Harper, and S. O'Neel, 2008: Kinematic constraints on glacier contributions to 21st-century sea-level rise. *Science*, **321(5894)**, 1340-1343.

[43] Williams, S.J., B.T. Gutierrez, J.G. Titus, S.K. Gill, D.R. Cahoon, E.R. Thieler, K.E. Anderson, D. FitzGerald, V. Burkett, and J. Samenow, 2009: Sea-level rise and its effects on the coast. In: *Coastal Elevations and Sensitivity to Sea-level Rise: A Focus on the Mid-Atlantic Region* [J.G. Titus (coordinating lead author), K.E. Anderson, D.R. Cahoon, D.B. Gesch, S.K. Gill, B.T. Gutierrez, E.R. Thieler, and S.J. Williams (lead authors)]. Synthesis and Assessment Product 4.1. U.S. Environmental Protection Agency, Washington, DC, pp. 11-24.

[44] IPCC (Intergovernmental Panel on Climate Change), 1996: Summary for policy makers. In: *Climate Change 1995: The Science of Climate Change*. Contribution of Working Group I to the Second Assessment Report of the Intergovernmental Panel on Climate Change [Houghton, J.T., L.G. Meiro Filho, B.A. Callander, N. Harris, A. Kattenberg, and K. Maskell (eds.)]. Cambridge University Press, Cambridge, UK, and New York, pp. 1-7.

[45] IPCC (Intergovernmental Panel on Climate Change), 2007: Summary for policymakers. In: *Climate Change 2007: The Physical Science Basis*. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor, and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, UK, and New York, pp. 1-18.

[46] Wigley, T.M.L., V. Ramaswamy, J.R. Christy, J.R. Lanzante, C.A. Mears, B.D. Santer, and C.K. Folland, 2006: Executive summary. In: *Temperature Trends in the Lower Atmosphere: Steps for Understanding and Reconciling Differences* [Karl, T.R., S.J. Hassol, C.D. Miller, and W.L. Murray (eds.)]. Synthesis and Assessment Product 1.1 U.S. Climate Change Science Program, Washington, DC, pp. 1-15.

[47] National Research Council, 2006: *Surface Temperature Reconstructions for the Last 2,000 Years*. National Academies Press, Washington DC, 196 pp.

[48] Mann, M.E., Z. Zhang, M.K. Hughes, R.S. Bradley, S.K. Miller, S. Rutherford, and F. Ni, 2008: Proxy-based reconstructions of hemispheric and global surface temperature variations over the past two millennia. *Proceedings of the National Academy of Sciences*, **105(36)**, 13252-13257.

[49] Hegerl, G.C., F.W. Zwiers, P. Braconnot, N.P. Gillett, Y. Luo, J.A. Marengo Orsini, N. Nicholls, J.E. Penner, and P.A. Stott, 2007: Understanding and attributing climate change. In: *Climate Change 2007: The Physical Science Basis*. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor, and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, UK, and New York, pp. 663-745.

[50] LeTreut, H., R. Somerville, U. Cubasch, Y. Ding, C. Mauritzen, A. Mokssit, T. Peterson, and M. Prather, 2007: Historical overview of climate changes science. In: *Climate Change 2007: The Physical Basis*. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor, and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, UK, and New York, pp. 93-127.

[51] Santer, B.D., T.M.L. Wigley, T.P. Barnett, and E. Anyamba, 1996: Detection of climate change, and attribution of causes. In: *Climate Change 1995: The Science of Climate Change*. Contribution of Working Group I to the Second Assessment Report of the Intergovernmental Panel on Climate Change [Houghton, J.T., L.G. Meiro Filho, B.A. Callander, N. Harris, A. Kattenberg, and K. Maskell (eds.)]. Cambridge University Press, Cambridge, UK, and New York, pp. 407-443.

[52] Mitchell, J.F.B., D.J. Karoly, G.C. Hegerl, F.W. Zwiers, M.R. Allen, and J. Marengo, 2001: Detection of climate change and attribution of causes. In: *Climate Change 2001: The Scientific Basis*. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change [Houghton, J.T., Y. Ding, D.J. Griggs, M. Noguer, P.J. van der Linden, X. Dai, K. Maskell, and C.A. Johnson (eds.)]. Cambridge University Press, Cambridge, UK, and New York, pp. 695-738.

[53] Santer, B.D., M.F. Wehner, T.M.L. Wigley, R. Sausen, G.A. Meehl, K.E. Taylor, C. Ammann, J. Arblaster, W.M. Washington, J.S. Boyle, and W. Brüggemann, 2003: Contributions of anthropogenic and natural forcing to recent tropopause height changes. *Science*, **301(5632)**, 479-483.

[54] Zhang, X., F.W. Zwiers, G.C. Hegerl, F.H. Lambert, N.P. Gillett, S. Solomon, P.A. Stott and T. Nozawa, 2007: Detection of human influence on twentieth-century precipitation trends. *Nature*, **448(7152)**, 461-465.

[55] Burke, E.J., S.J. Brown, and N. Christidis, 2006: Modeling the recent evolution of global drought and projections for the twenty-first century with the Hadley Centre climate model. *Journal of Hydrometeorology*, **7(5)**, 1113-1125.

[56] Gillett, N.P., F.W. Zwiers, A.J. Weaver, and P.A. Stott, 2003: Detection of human influence on sea level pressure. *Nature*, **422(6929)**, 292-294.

[57] Gedney, N., P.M. Cox, R.A. Betts, O. Boucher, C. Huntingford, and P.A. Stott, 2006: Detection of a direct carbon dioxide effect in continental river runoff records. *Nature*, **439(7078)**, 835-838.

[58] Dole, R. and M. Hoerling, 2008: Introduction. In: *Reanalysis of Historical Climate Data for Key Atmospheric Features: Implications for Attribution of Causes of Observed Change*. [Dole, R., M. Hoerling, and S. Schubert (eds.)]. Synthesis and Assessment Prod-

BLM_0056067

U.S. Global Change Research Program

**Global Climate Change Impacts in the United States**

uct 1.3. NOAA's National Climatic Data Center, Asheville, NC, pp. 5-10.

59 The temperature data for the globe is the standard NOAA/NCDC temperature product.

The solar data are a composite of 3 different data sets:

Fröhlich, C. and J. Lean, 2004: Solar radiative output and its variability: evidence and mechanisms. *Astronomy and Astrophysics Review*, **12(4)**, 273-320.

Willson, R.C. and A.V. Mordvinov, 2003: Secular total solar irradiance trend during solar cycles 21023. *Geophysical Research Letters*, **30(5)**, 1199, doi:10.1029/2002GL016038.

Dewitte, S., D. Crommelynck, S. Mekaoui, and A. Jouko, 2004: Measurement and uncertainty of the long-term total solar irradiance trend. *Solar Physics*, **224(1-2)**, 209-216.

60 Lean, J.L. and D.H. Rind, 2008: How natural and anthropogenic influences alter global and regional surface temperatures: 1889 to 2006. *Geophysical Research Letters*, **35**, L18701, doi:10.1029/2008GL034864.

61 Min, S.-K., X. Zhang, F.W. Zwiers, and T. Agnew, 2008: Human influence on Arctic sea ice detectable from early 1990s onwards. *Geophysical Research Letters*, **35**, L21701, doi:10.1029/2008GL035725.

62 Gillett, N.P., D.A. Stone, P.A. Stott, T. Nozawa, A.Y. Karpechko, G.C. Hegerl, M.F. Wehner, and P.D. Jones, 2008: Attribution of polar warming to human influence. *Nature Geoscience*, **1(11)**, 750-754.

63 Ramaswamy, V., J.W. Hurrell, G.A. Meehl, A. Phillips, B.D. Santer, M.D. Schwarzkopf, D.J. Seidel, S.C. Sherwood, and P.W. Thorne, 2006: Why do temperatures vary vertically (from the surface to the stratosphere) and what do we understand about why they might vary and change over time? In: *Temperature Trends in the Lower Atmosphere: Steps for Understanding and Reconciling Differences* [Karl, T.R., S.J. Hassol, C.D. Miller, and W.L. Murray (eds.)]. Synthesis and Assessment Product 1.1. U.S. Climate Change Science Program, Washington, DC, pp. 15-28.

64 Stott, P.A., 2003: Attribution of regional-scale temperature changes to anthropogenic and natural causes. *Geophysical Research Letters*, **30(14)**, 1724, doi:10.1029/2003GL017324.

65 Zwiers, F.W. and X. Zhang, 2003: Towards regional-scale climate change detection. *Journal of Climate*, **16(5)**, 793-797.

66 Santer, B.D., T.M.L. Wigley, P.J. Glecker, C. Bonfils, M.F. Wehner, K. AchutaRao, T.P. Barnett, J.S. Boyle, W. Brüggemann, M. Fiorino, N.P. Gillett, J.E. Hansen, P.D. Jones, S.A. Klein, G.A. Meehl, S.C.B. Raper, R.W. Reynolds, K.E. Taylor, and W.M. Washington, 2006: Forced and unforced ocean temperature changes in Atlantic and Pacific tropical cyclogenesis regions. *Proceedings of the National Academy of Sciences*, **103(38)**, 13905-13910.

67 Gillett, N.P., P.A. Stott, and B.D. Santer, 2008: Attribution of cyclogenesis region sea surface temperature change to anthropogenic influence. *Geophysical Research Letters*, **35**, L09707, doi:10.1029/2008GL033670.

68 Gutowski, W.J., G.C. Hegerl, G.J. Holland, T.R. Knutson, L.O. Mearns, R.J. Stouffer, P.J. Webster, M.F. Wehner, and F.W. Zwiers, 2008: Causes of observed changes in extremes and projections of future changes. In: *Weather and Climate Extremes in a Changing Climate: Regions of Focus: North America, Hawaii, Caribbean, and U.S. Pacific Islands* [Karl, T.R., G.A. Meehl, C.D. Miller, S.J. Hassol, A.M. Waple, and W.L. Murray (eds.)]. Synthesis and Assessment Product 3.3. U.S. Climate Change Science Program, Washington, DC, pp. 81-116.

69 Root, T.L., D.P. MacMynowski, M.D. Mastrandrea, and S.H. Schneider, 2005: Human-modified temperatures induce species changes: joint attribution. *Proceedings of the National Academy of Sciences*, **102(21)**, 7465-7469.

70 Janetos, A., L. Hansen, D. Inouye, B.P. Kelly, L. Meyerson, B. Peterson, and R. Shaw, 2008: Biodiversity. In: *The Effects of Climate Change on Agriculture, Land Resources, Water Resources, and Biodiversity in the United States* [Backlund, P., A. Janetos, D. Schimel, J. Hatfield, K. Boote, P. Fay, L. Hahn, C. Izaurralde, B.A. Kimball, T. Mader, J. Morgan, D. Ort, W. Polley, A. Thomson, D. Wolfe, M.G. Ryan, S.R. Archer, R. Birdsey, C. Dahm, L. Heath, J. Hicke, D. Hollinger, T. Huxman, G. Okin, R. Oren, J. Randerson, W. Schlesinger, D. Lettenmaier, D. Major, L. Poff, S. Running, L. Hansen, D. Inouye, B.P. Kelly, L. Meyerson, B. Peterson, and R. Shaw (eds.)]. Synthesis and Assessment Product 4.3. U.S. Department of Agriculture, Washington, DC, pp. 151-181.

71 CCSP, 2006: *Temperature Trends in the Lower Atmosphere: Steps for Understanding and Reconciling Differences* [Karl, T.R., S.J. Hassol, C.D. Miller, and W.L. Murray (eds.)]. Synthesis and Assessment Product 1.1. U.S. Climate Change Science Program, Washington, DC, 164 pp.

72 Smith, T.M., R.W. Reynolds, T.C. Peterson, and J. Lawrimore, 2008: Improvements to NOAA's historical merged land–ocean surface temperature analysis (1880–2006). *Journal of Climate*, **21(10)**, 2283-2296.

73 Haimberger, L., C. Tavolato, and S. Sperka, 2008: Toward elimination of the warm bias in historic radiosonde temperature records – some new results from a comprehensive intercomparison of upper air data. *Journal of Climate*, **21(18)**, 4587-4606.

74 Sherwood, S.C., C.L. Meyer, R.J. Allen, and H.A. Titchner, 2008: Robust tropospheric warming revealed by iteratively homogenized radiosonde data. *Journal of Climate*, **21(20)**, 5336-5352.

75 Titchner, H.A., P.W. Thorne, M.P. McCarthy, S.F.B. Tett, L. Haimberger, and D.E. Parker, 2008: Critically reassessing tropospheric temperature trends from radiosondes using realistic validation experiments. *Journal of Climate*, **22(3)**, 465-485.

76 Delworth, T.L., P.U. Clark, M. Holland, W.E. Johns, T. Kuhlbrodt, J. Lynch-Stieglitz, C. Morrill, R. Seager, A.J. Weaver, and R. Zhang, 2008: The potential for abrupt change in the Atlantic Meridional Overturning Circulation. In: *Abrupt Climate Change*. Synthesis and Assessment Product 3.4. U.S. Geological Survey, Reston, VA, pp. 258-359.

77 Wentz, F.J., L. Ricciardulli, K. Hilburn, and C. Mears, 2007: How much more rain will global warming bring? *Science*, **317(5835)**, 233-235.

78 Stott, P.A., D.A. Stone, and M.R. Allen, 2004: Human contribution to the European heatwave of 2003. *Nature*, **432(7017)**, 610-614.

79 CCSP, 2008: Introduction. In: *Climate Models: An Assessment of Strengths and Limitations* [Bader, D.C., C. Covey, W.J. Gutowski Jr., I.M. Held, K.E. Kunkel, R.L. Miller, R.T. Tokmakian, and M.H. Zhang (authors)]. Synthesis and Assessment Product 3.1 U.S. Department of Energy, Office of Biological and Environmental Research, Washington, DC, pp. 7-12.

80 Randall, D.A., R.A. Wood, S. Bony, R. Coman, T. Fichefet, J. Fyfe, V. Kattsov, A. Pitman, J. Shukla, J. Srinivasan, R.J. Stouffer, A. Sumi, and K.E. Taylor, 2007: Climate models and their evaluation. In: *Climate Change 2007: The Physical Basis*. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor, and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, UK, and New York, pp. 589-662.

81 Nakićenović, N. and R. Swart (eds.), 2000: *Special Report on Emissions Scenarios*. A special report of Working Group III of the Intergovernmental Panel on Climate Change. Cambridge University Press, Cambridge, UK, and New York, 599 pp. <http://www.ipcc.ch/ipccreports/sres/emission/index.htm>

**168**

82 Raupach, M.R., G. Marland, P. Ciais, C. Le Quéré, J.G. Canadell, G. Klepper, and C.B. Field, 2007: Global and regional drivers of accelerating $CO_2$ emissions. *Proceedings of the National Academy of Sciences*, **104(24)**, 10288-10293.

83 O'Neill, B.C. and M. Oppenheimer, 2004: Climate change impacts are sensitive to the concentration stabilization path. *Proceedings of the National Academy of Sciences*, **101(47)**, 16411-16416.

84 Schneider, S.H. and M.D. Mastrandrea, 2005: Probabilistic assessment of "dangerous" climate change and emissions pathways. *Proceedings of the National Academy of Sciences*, **102(44)**, 15728-15735.

85 Lenton, T.M., H. Held, E. Kriegler, J.W. Hall, W. Lucht, S. Rahmstorf, and H.J. Schellnhuber, 2008: Tipping elements in the Earth's climate system. *Proceedings of the National Academy of Sciences*, **105(6)**, 1786-1793.

86 Hansen, J., M. Sato, R. Ruedy, P. Kharecha, A. Lacis, R. Miller, L. Nazarenko, K. Lo, G.A. Schmidt, G. Russell, I. Aleinov, S. Bauer, E. Baum, B. Cairns, V. Canuto, M. Chandler, Y. Cheng, A. Cohen, A. Del Genio, G. Faluvegi, E. Fleming, A. Friend, T. Hall, C. Jackman, J. Jonas, M. Kelley, N.Y. Kiang, D. Koch, G. Labow, J. Lerner, S. Menon, T. Novakov, V. Oinas, Ja. Perlwitz, Ju. Perlwitz, D. Rind, A. Romanou, R. Schmunk, D. Shindell, P. Stone, S. Sun, D. Streets, N. Tausnev, D. Thresher, N. Unger, M. Yao, and S. Zhang, 2007: Dangerous human-made interference with climate: a GISS modelE study. *Atmospheric Chemistry and Physics*, **7(9)**, 2287-2312.

87 Ramanathan, V. and Y. Feng, 2008: On avoiding dangerous anthropogenic interference with the climate system: formidable challenges ahead. *Proceedings of the National Academy of Sciences*, **105(38)**, 14245-14250.

88 Meinshausen, M., 2006: What does a 2°C target mean for greenhouse gas concentrations? - A brief analysis based on multi-gas emission pathways and several climate sensitivity uncertainty estimates. In: *Avoiding Dangerous Climate Change* [Schellnhuber, J.S., W. Cramer, N. Nakićenović, T.M.L. Wigley, and G. Yohe (eds.)]. Cambridge University Press, Cambridge, UK, and New York, pp. 265-280.

89 Meinshausen, M., B. Hare, T.M.L. Wigley, D. van Vuuren, M.G.J. den Elzen, and R. Swart, 2006: Multi-gas emission pathways to meet climate targets. *Climatic Change*, **75(1)**, 151-194.

90 Meehl, G.A., T.F. Stocker, W.D. Collins, P. Friedlingstein, A.T. Gaye, J.M. Gregory, A. Kitoh, R. Knutti, J.M. Murphy, A. Noda, S.C.B. Raper, I.G. Watterson, A.J. Weaver, and Z.-C. Zhao, 2007: Global climate projections. In: *Climate Change 2007: The Physical Basis.* Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor, and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, UK, and New York, pp. 747-845.

91 Refer to the description of the emissions scenarios in the *Global Climate Change* section on pages 22-25. "Lower emissions scenario" refers to IPCC SRES B1, "higher emissions scenario" refers to A2 and "even higher emissions scenario" refers to A1FI.

92 IPCC Emissions Scenarios (Even Higher, Higher Emission Scenario, Lower Emission Scenario): Nakićenović, N. and R. Swart (eds.), 2000: Appendix VII: Data tables. In: *Special Report on Emissions Scenarios.* A special report of Working Group III of the Intergovernmental Panel on Climate Change. Cambridge University Press, Cambridge, UK, and New York. <http://www.grida.no/publications/other/ipcc_sr/?src=/climate/ipcc/emission/> Emission trajectories are spline fits as per Raupach, M.R., G. Marland, P. Ciais, C. Le Quéré, J.G. Canadell, G. Klepper, and C.B. Field, 2007: Global and regional drivers of accelerating $CO_2$ emis-

sions. *Proceedings of the National Academy of Sciences*, **104(24)**, 10288-10293.

Stabilization scenario (450 ppm): CCSP 2.1a Scenario Information 070707 data file. From: Clarke, L., J. Edmonds, H. Jacoby, H. Pitcher, J. Reilly, and R. Richels, 2007: *Scenarios of Greenhouse Gas Emissions and Atmospheric Concentrations.* Sub-report 2.1A of Synthesis and Assessment Product 2.1. U.S. Department of Energy, Office of Biological & Environmental Research, Washington, DC. The emissions and concentrations shown were from MINICAM 1 and 2. See CCSP 2.1A Executive summary for more information. Spread sheet available at <http://www.climate science.gov/Library/sap/sap2-1/finalreport/default.htm>

Observations of $CO_2$ emissions (Fossil Fuel $CO_2$ Emissions graphic) are updates to: Marland, G., B. Andres, T. Boden, 2008: *Global $CO_2$ Emissions from Fossil-Fuel Burning, Cement Manufacture, and Gas Flaring: 1751-2005.* Carbon Dioxide Information Analysis Center, Oak Ridge National Laboratory, Oak Ridge, TN. <ftp://cdiac.ornl.gov/ftp/ndp030/global.1751_2005.ems>

Observations of $CO_2$ concentrations (Atmospheric $CO_2$ Concentrations graphic): Tans, P., 2008: *Trends in Atmospheric Carbon Dioxide: Mauna Loa.* NOAA Earth System Research Laboratory (ESRL). [Web site] <http://www.esrl.noaa.gov/gmd/ccgg/trends/> Data available at <ftp://ftp.cmdl.noaa.gov/ccg/co2/trends/co2_annmean_mlo.txt>

93 CMIP3-A: This analysis uses 15 models simulations from the WCRP CMIP3 that were available at resolutions finer than 4 degrees (CCSM3.0, CSIRO, UKMO-HadCM3, IPSL, ECHAM5/MPI, CGCM3.1(T47), GFDL2.0, UKMO-HadGEM1, MIROC3.2(medres), MRI-CGCM2.3.2a, CNRM, GFDL2.1, INM-CM3, ECHO-G, PCM). See Wehner, M., 2005: Changes in daily precipitation and surface air temperature extremes in the IPCC AR4 models. *US CLIVAR Variations*, **3(3)**, 5-9.

Hatching indicates at least two out of three models agree on the sign of the projected change in precipitation.

We acknowledge the modeling groups, the Program for Climate Model Diagnosis and Intercomparison (PCMDI) and the WCRP's Working Group on Coupled Modelling (WGCM) for their roles in making available the WCRP CMIP3 multi-model dataset, <http://www-pcmdi.llnl.gov/projects/cmip/index.php>. Support of this dataset is provided by the Office of Science, U.S. Department of Energy. For an overview and documentation of the CMIP3 modelling activity, see Meehl, G.A., C. Covey, T. Delworth, M. Latif, B. McAvaney, J.F.B. Mitchell, R.J. Stouffer, and K.E. Taylor, 2007: The WCRP CMIP3 multi-model dataset: a new era in climate change research. *Bulletin of the American Meteorological Society*, **88(9)**, 1383-1394.

94 Hare, B. and M. Meinshausen, 2006: How much warming are we committed to and how much can be avoided? *Climatic Change*, **75(1)**, 111-149.

95 den Elzen, M.G.J. and M. Meinshausen, 2006: Multi-gas emission pathways for meeting the EU 2°C climate target. In: *Avoiding Dangerous Climate Change* [Schellnhuber, J.S., W. Cramer, N. Nakićenović, T.M.L. Wigley and G. Yohe (eds.)]. Cambridge University Press, Cambridge, UK, and New York, pp. 299-310.

96 Seidel, D.J., Q. Fu, W.J. Randel, and T.J. Reichler, 2008: Widening of the tropical belt in a changing climate. *Nature Geoscience*, **1(1)**, 21-24.

97 Cook, E.R., P.J. Bartlein, N. Diffenbaugh, R. Seager, B.N. Shuman, R.S. Webb, J.W. Williams, and C. Woodhouse, 2008: Hydrological variability and change. In: *Abrupt Climate Change.* Synthesis and Assessment Product 3.4. U.S. Geological Survey, Reston, VA, pp. 143-257.

98 Emanuel, K., 2005: Increasing destructiveness of tropical cyclones over the past 30 years. *Nature*, **436(7051)**, 686-688.

**169**

U.S. Global Change Research Program

**Global Climate Change Impacts in the United States**

99  Vecchi, G.A., K.L. Swanson, and B.J. Soden, 2008: Whither hurricane activity? *Science*, **322(5902)**, 687-689.

100 Emanuel, K., R. Sundararajan, and J. Williams, 2008: Hurricanes and global warming: Results from downscaling IPCC AR4 simulations. *Bulletin of the American Meteorological Society*, **89(3)**, 347-367.

101 Vecchi, G.A. and B.J. Soden, 2007: Effect of remote sea surface temperature change on tropical cyclone potential intensity. *Nature*, **450(7172)**, 1077-1070.

102 Alley, R.B., P.U. Clark, P. Huybrechts, and I. Joughin, 2005: Ice-sheet and sea-level changes ice-sheet and sea-level changes. *Science*, **310(5747)**, 456-460.

103 Rahmstorf, S., 2007: A semi-empirical approach to projecting future sea-level rise. *Science*, **315(5810)**, 368-370.

104 Mitrovica, J.X., N. Gomez, and P.U. Clark, 2009: The sea-level fingerprint of West Antarctic collapse. *Science*, **323(5915)**, 753.

105 Clark, P.U., A.J. Weaver, E. Brook, E.R. Cook, T.L. Delworth, and K. Steffen, 2008: Introduction: Abrupt changes in the Earth's climate system. In: *Abrupt Climate Change. Synthesis and Assessment Product 3.4*. U.S. Geological Survey, Reston, VA, pp. 19-59.

106 Brook, E., D. Archer, E. Dlugokencky, S. Frolking, and D. Lawrence, 2008: Potential for abrupt changes in atmospheric methane. In: *Abrupt Climate Change. Synthesis and Assessment Product 3.4*. U.S. Geological Survey, Reston, VA, pp. 360-452.

107 Temperatures for the contiguous U.S. are based on data from the U.S. Historical Climatology Network Version 2 (Menne *et al.* 2008). Temperatures for Alaska, Hawaii, and Puerto Rico are based on data from the Cooperative Observers Network adjusted to remove non-climatic influences such as changes in instruments and observer practices and changes in the station environment (Menne and Williams, 2008).

U.S. time series on page 27 is calculated with data for the contiguous US, Alaska, and Hawaii. US map on page 28 lower left includes observed temperature change in Puerto Rico. Winter temperature trend map in the agriculture section, page 76, is for the contiguous US only.

*References for this endnote:*

Menne, M.J., C.N. Williams, and R.S. Vose, 2009: The United States Historical Climatology Network Monthly Temperature Data - Version 2. *Bulletin of the American Meteorological Society*, Early online release, 25 February 2009, doi:10.1175/2008BAMS2613.1

Menne, M.J. and C.N. Williams Jr., 2008: Homogenization of temperature series via pairwise comparisons. *Journal of Climate*, **22(7)**, 1700-1717.

108 Christensen, J.H., B. Hewitson, A. Busuioc, A. Chen, X. Gao, I. Held, R. Jones, R.K. Kolli, W.-T. Kwon, R. Laprise, V. Magaña Rueda, L. Mearns, C.G. Menéndez, J. Räisänen, A. Rinke, A. Sarr, and P. Whetton, 2007: Regional climate projections. In: *Climate Change 2007: The Physical Basis*. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor, and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, UK, and New York, pp. 847-940.

109 CMIP3-C: Analysis for the contiguous U.S. was based on methods described in: Hayhoe, K., D. Cayan, C.B. Field, P.C. Frumhoff, E.P. Maurer, N.L. Miller, S.C. Moser, S.H. Schneider, K.N. Cahill, E.E. Cleland, L. Dale, R. Drapek, R.M. Hanemann, L.S. Kalkstein, J. Lenihan, C.K. Lunch, R.P. Neilson, S.C. Sheridan, and J.H. Verville, 2004: Emission pathways, climate change, and impacts on California. *Proceedings of the National Academy of Sciences*, **101(34)**, 12422-12427; and Hayhoe, K., C. Wake, B. Anderson, X.-Z. Liang, E. Maurer, J. Zhu, J. Bradbury, A. DeGaetano, A.M. Stoner, and D. Wuebbles, 2008: Regional climate change projections for the Northeast USA. *Mitigation and Adaptation Strategies for Global Change*, **13(5-6)**, 425-436. This analysis uses 16 models simulations from the WCRP CMIP3. Where models had multiple runs, only the first run available from each model was used. See <http://gdo-dcp.ucllnl.org/downscaled_cmip3_projections/dcpInterface.html> for more information.

The Alaskan projections are based on 14 models that best captured the present climate of Alaska; see Walsh, J.E., W.L. Chaman, V. Romanovsky, J.H. Christensen, and M. Stendel, 2008: Global climate model performance over Alaska and Greenland. *Journal of Climate*, **21(23)**, 6156-6174.

Caribbean and Pacific islands analyses use 15 models simulations from the WCRP CMIP3 that were available at resolutions finer than 4 degrees (CCSM3.0, CSIRO, UKMO-HadCM3, IPSL, ECHAM5/MPI, CGCM3.1(T47), GFDL2.0, UKMO-HadGEM1, MIROC3.2(medres), MRI-CGCM2.3.2a, CNRM, GFDL2.1, INM-CM3, ECHO-G, PCM). See Wehner, M., 2005: Changes in daily precipitation and surface air temperature extremes in the IPCC AR4 models. *US CLIVAR Variations*, **3(3)**, 5-9.

We acknowledge the modeling groups, the Program for Climate Model Diagnosis and Intercomparison (PCMDI) and the WCRP's Working Group on Coupled Modelling (WGCM) for their roles in making available the WCRP CMIP3 multi-model dataset, <http://www-pcmdi.llnl.gov/projects/cmip/index.php>. Support of this dataset is provided by the Office of Science, U.S. Department of Energy. For an overview and documentation of the CMIP3 modelling activity, see Meehl, G.A., C. Covey, T. Delworth, M. Latif, B. McAvaney, J.F.B. Mitchell, R.J. Stouffer, and K.E. Taylor, 2007: The WCRP CMIP3 multi-model dataset: a new era in climate change research. *Bulletin of the American Meteorological Society*, **88(9)**, 1383-1394.

110 Detailed local-scale projections about temperature and precipitation changes displayed in this report were generated using well-documented "statistical downscaling" techniques [Wood *et al.*, 2002] for the contiguous U.S. and Alaska. These techniques use statistical relationships between surface observations and climate simulations of the past to develop modifications for the global model results. These modifications are then applied to the climate projections for the future scenarios. The approach is also used to drive daily simulations by a well-established hydrological modeling framework for the contiguous U.S. [Liang *et al.*, 1994]. This method, which modifies global climate model simulations to better account for landscape variations and other features affecting climate at the regional to local scale, has been previously applied to generate high-resolution regional climate projections for the Northeast, Midwest, Northwest, and Southwest [Wood *et al.*, 2004; Hayhoe *et al.*, 2004; Hayhoe *et al.*, 2008; Cayan *et al.*, 2008; Cherkauer *et al.*, 2009]. Comparison of these methods with dynamically downscaled projections generated using regional climate model simulations provide strong justification for the use of such techniques [Wood *et al.*, 2004; Hayhoe *et al.*, 2008].

*References for this endnote:*

Cayan, D., E. Maurer, M. Dettinger, M. Tyree, and K. Hayhoe, 2008: Climate change scenarios for the California region. *Climatic Change*, **87(Supplement 1)**, S21-S42.

Cherkauer, K. and T. Sinha, 2009: Hydrologic impacts of projected future climate change in the Lake Michigan region. *Journal of Great Lakes Research*, in press.

Hayhoe, K., D. Cayan, C.B. Field, P.C. Frumhoff, E.P. Maurer, N.L. Miller, S.C. Moser, S.H. Schneider, K.N. Cahill, E.E. Cleland, L. Dale, R. Drapek, R.M. Hanemann, L.S. Kalkstein, J. Lenihan, C.K. Lunch, R.P. Neilson, S.C. Sheridan, and J.H. Verville, 2004: Emission pathways, climate change, and impacts on Cali-

BLM_0056070

fornia. *Proceedings of the National Academy of Sciences*, **101(34)**, 12422-12427.

Hayhoe, K., C. Wake, B. Anderson, X.-Z. Liang, E. Maurer, J. Zhu, J. Bradbury, A. DeGaetano, A.M. Stoner, and D. Wuebbles, 2008: Regional climate change projections for the Northeast USA. *Mitigation and Adaptation Strategies for Global Change*, **13(5-6)**, 425-436.

Liang, X., D. Lettenmaier, E. Wood, and S. Burges, 1994: A simple hydrologically-based model of land surface water and energy fluxes for general circulation models. *Journal of Geophysical Research*, **99(D7)**, 14415-14428.

Maurer, E.P., A.W. Wood, J.C. Adam, D.P. Lettenmaier, and B. Nijssen, 2002: A long-term hydrologically-based data set of land surface fluxes and states for the conterminous United States. *Journal of Climate*, **15(22)**, 3237-3251.

Wood, A.W., L.R. Leung, V. Sridhar, and D.P. Lettenmaier, 2004: Hydrologic implications of dynamical and statistical approaches to downscaling climate model outputs. *Climatic Change*, **62(1-3)**, 189-216.

Wood, A.W., E.P. Maurer, A. Kumar, and D.P. Lettenmaier, 2002: Long range experimental hydrologic forecasting for the eastern U.S. *Journal of Geophysical Research*, **107(D20)**, 4429, doi:10.1029/2001JD000659.

[111] NOAA's National Climatic Data Center, 2008: *The USHCN Version 2 Serial Monthly Dataset*. [Web site] <http://www.ncdc.noaa.gov/oa/climate/research/ushcn/>

[112] Kunkel, K.E., P.D. Bromirski, H.E. Brooks, T. Cavazos, A.V. Douglas, D.R. Easterling, K.A. Emanuel, P.Ya. Groisman, G.J. Holland, T.R. Knutson, J.P. Kossin, P.D. Komar, D.H. Levinson, and R.L. Smith, 2008: Observed changes in weather and climate extremes. In: *Weather and Climate Extremes in a Changing Climate: Regions of Focus: North America, Hawaii, Caribbean, and U.S. Pacific Islands* [Karl, T.R., G.A. Meehl, C.D. Miller, S.J. Hassol, A.M. Waple, and W.L. Murray (eds.)]. Synthesis and Assessment Product 3.3. U.S. Climate Change Science Program, Washington, DC, pp. 35-80.

[113] Groisman, P.Ya., R.W. Knight, T.R. Karl, D.R. Easterling, B. Sun, and J.H. Lawrimore, 2004: Contemporary changes of the hydrological cycle over the contiguous United States, trends derived from *in situ* observations. *Journal of Hydrometeorology*, **5(1)**, 64-85. The climate regions are different than those used in this article but the methodology is identical.

[114] Karl, T.R., G.A. Meehl, T.C. Peterson, K.E. Kunkel, W.J. Gutowski Jr., and D.R. Easterling, 2008: Executive summary. In: *Weather and Climate Extremes in a Changing Climate. Regions of Focus: North America, Hawaii, Caribbean, and U.S. Pacific Islands* [Karl, T.R., G.A. Meehl, C.D. Miller, S.J. Hassol, A.M. Waple, and W.L. Murray (eds.)]. Synthesis and Assessment Product 3.3. U.S. Climate Change Science Program, Washington, DC, pp. 1-9.

[115] Seager, R., M. Ting, I. Held, Y. Kushnir, J. Lu, G. Vecchi, H.-P. Huang, N. Harnik, A. Leetmaa, N.-C. Lau, C. Li, J. Velez, and N. Naik, 2007: Model projections of an imminent transition to a more arid climate in southwestern North America. *Science*, **316(5828)**, 1181-1184.

[116] USGS, 2005: *Changes in Streamflow Timing in the Western United States in Recent Decades*. USGS fact sheet 2005-3018. U.S. Geological Survey, National Streamflow Information Program, La Jolla, CA, 4 pp. <http://pubs.usgs.gov/fs/2005/3018/>

[117] CMIP3-B: Analysis for the contiguous U.S. was based on methods described in: Hayhoe, K., D. Cayan, C.B. Field, P.C. Frumhoff, E.P. Maurer, N.L. Miller, S.C. Moser, S.H. Schneider, K.N. Cahill, E.E. Cleland, L. Dale, R. Drapek, R.M. Hanemann, L.S. Kalkstein, J. Lenihan, C.K. Lunch, R.P. Neilson, S.C. Sheridan, and J.H. Verville, 2004: Emission pathways, climate change, and

impacts on California. *Proceedings of the National Academy of Sciences*, **101(34)**, 12422-12427; and Hayhoe, K., C. Wake, B. Anderson, X.-Z. Liang, E. Maurer, J. Zhu, J. Bradbury, A. DeGaetano, A.M. Stoner, and D. Wuebbles, 2008: Regional climate change projections for the Northeast USA. *Mitigation and Adaptation Strategies for Global Change*, **13(5-6)**, 425-436. This analysis uses 16 models simulations from the WCRP CMIP3. Where models had multiple runs, only the first run available from each model was used. See <http://gdo-dcp.ucllnl.org/downscaled_cmip3_projections/dcpInterface.html> for more information.

We acknowledge the modeling groups, the Program for Climate Model Diagnosis and Intercomparison (PCMDI) and the WCRP's Working Group on Coupled Modelling (WGCM) for their roles in making available the WCRP CMIP3 multi-model dataset, <http://www-pcmdi.llnl.gov/projects/cmip/index.php>. Support of this dataset is provided by the Office of Science, U.S. Department of Energy. For an overview and documentation of the CMIP3 modelling activity, see Meehl, G.A., C. Covey, T. Delworth, M. Latif, B. McAvaney, J.F.B. Mitchell, R.J. Stouffer, and K.E. Taylor, 2007: The WCRP CMIP3 multi-model dataset: a new era in climate change research. *Bulletin of the American Meteorological Society*, **88(9)**, 1383-1394.

[118] Swanson, K.L., 2008: Nonlocality of Atlantic tropical cyclone intensities. *Geochemistry, Geophysics, Geosystems*, **9**, Q04V01, doi:10.1029/2007GC001844.

[119] Knutson, T.R., J.J. Sirutis, S.T. Garner, G.A. Vecchi, and I. Held, 2008: Simulated reduction in Atlantic hurricane frequency under twenty-first-century warming conditions. *Nature Geoscience*, **1(6)**, 359-364.

[120] Emanuel, K., 2007: Environmental factors affecting tropical cyclone power dissipation. *Journal of Climate*, **20(22)**, 5497-5509.

[121] Number of strongest hurricanes, number of landfalling strongest hurricanes, and number of landfalling hurricanes are based on data obtained from NOAA's Oceanographic and Meteorological Laboratory: <http://www.aoml.noaa.gov/hrd/hurdat/ushurrlist18512005-gt.txt> with updates. The total number of named storms are adjusted to account for missing tropical storms and hurricanes in the pre-satellite era using the method of Vecchi and Knutson (2008). Basin and landfalling totals are displayed in 5-year increments (pentads) from 1881 through 2010. The final 5-year period was standardized to a comparable 5-year period assuming the level of activity from 2006 to 2008 persists through 2010.

Vecchi, G.A. and T.R. Knutson, 2008: On estimates of historical North Atlantic tropical cyclone activity. *Journal of Climate*, **21(14)**, 3580-3600.

[122] Elsner, J.B., J.P. Kossin, and T.H. Jagger, 2008: The increasing intensity of the strongest tropical cyclones. *Nature*, **455(7209)**, 92-95.

[123] Bell, G.D. and M. Chelliah, 2006: Leading tropical modes associated with interannual and multidecadal fluctuations in North Atlantic hurricane activity. *Journal of Climate*, **19(4)**, 590-612.

[124] Levinson, D.H. and J. Lawrimore (eds.), 2008: State of the climate in 2007. *Bulletin of the American Meteorological Society*, **89(7, Supplement)**, S1-S179.

[125] Kossin, J.P., K.R. Knapp, D.J. Vimont, R.J. Murnane, and B.A. Harper, 2007: A globally consistent reanalysis of hurricane variability and trends. *Geophysical Research Letters*, **34**, L04815, doi:10.1029/2006GL028836.

[126] Rahmstorf, S., A. Cazenave, J.A. Church, J.E. Hansen, R.F. Keeling, D.E. Parker, and R.C.J. Somerville, 2007: Recent climate observations compared to projections. *Science*, **316(5825)**, 709.

[127] Zervas, C., 2001: *Sea Level Variations of the United States 1985-1999*. NOAA technical report NOS CO-OPS 36. National Oceanic and Atmospheric Administration, Silver Spring, MD, 66 pp.

**171**

U.S. Global Change Research Program

**Global Climate Change Impacts in the United States**

<http://tidesandcurrents.noaa.gov/publications/techrpt36doc.pdf> Trends were calculated for locations that had at least 10 months of data per year and at least 41 years of data during the 51-year period.

128 Sea-level rise numbers are calculated based on an extrapolation of NOAA tide gauge stations with records exceeding 50 years, as reported in Zervas, C., 2001: *Sea Level Variations of the United States 1985-1999.* NOAA technical report NOS CO-OPS 36. National Oceanic and Atmospheric Administration, Silver Spring, MD, 66 pp. <http://tidesandcurrents.noaa.gov/publications/techrpt36doc.pdf>

129 Kunkel, K.E., N.E. Westcott, and D.A.R. Kristovich, 2002: Assessment of potential effects of climate changes on heavy lake-effect snowstorms near Lake Erie. *Journal of Great Lakes Research,* **28(4)**, 521-536.

130 Burnett, A.W., M.E. Kirby, H.T. Mullins, and W.P. Patterson, 2003: Increasing Great Lake-effect snowfall during the twentieth century: a regional response to global warming? *Journal of Climate,* **16(21)**, 3535-3542.

131 Trapp, R.J., N.S. Diffenbaugh, H.E. Brooks, M.E. Baldwin, E.D. Robinson, and J.S. Pal, 2007: Changes in severe thunderstorm environment frequency during the 21st century caused by anthropogenically enhanced global radiative forcing. *Proceedings of the National Academy of Sciences,* **104(50)**, 19719-19723.

132 ACIA, 2005: *Arctic Climate Impact Assessment.* Cambridge University Press, Cambridge, UK, and New York, 1042 pp. <http://www.acia.uaf.edu/pages/scientific.html>

133 Stroeve, J., M.M. Holland, W. Meier, T. Scambos, and M. Serreze, 2007: Arctic sea ice decline: faster than forecast. *Geophysical Research Letters,* **34**, L09501, doi:10.1029/2007GL029703.

134 L'Heureux, M.L., A. Kumar, G.D. Bell, M.S. Halpert, and R.W. Higgins, 2008: Role of the Pacific-North American (PNA) pattern in the 2007 Arctic sea ice decline. *Geophysical Research Letters,* **35**, L20701, doi:10.1029/2008GL035205.

135 Johannessen, O.M., 2008: Decreasing Arctic sea ice mirrors increasing $CO_2$ on decadal time scale. *Atmospheric and Oceanic Science Letters,* **1(1)**, 51-56.

136 National Snow and Ice Data Center, 2008: *Arctic Sea Ice Down to Second-Lowest Extent; Likely Record-Low Volume.* Press release October 2, 2008. <http://nsidc.org/news/press/20081002_seaice_pressrelease.html>

137 Polyak, L., J. Andrews, J. Brigham-Grette, D. Darby, A. Dyke, S. Funder, M. Holland, A. Jennings, J. Savelle, M. Serreze, and E. Wolff, 2009: History of sea ice in the Arctic. In: *Past Climate Variability and Change in the Arctic and at High Latitude.* Synthesis and Assessment Product 1.2. U.S. Geological Survey, Reston, VA, pp. 358-420.

138 Images from *Sea Ice Yearly Minimum 1979-2007.* [Web site] NASA/Goddard Space Flight Center Scientific Visualization Studio. Thanks to Rob Gerston (GSFC) for providing the data. <http://svs.gsfc.nasa.gov/goto?3464>

139 Fetterer, F., K. Knowles, W. Meier, and M. Savoie, 2002: updated 2008: *Sea Ice Index.* [Web site] National Snow and Ice Data Center, Boulder, CO. <http://nsidc.org/data/seaice_index/>

140 Pacala, S., R. Birdsey, S. Bridgham, R.T. Conant, K. Davis, B. Hales, R. Houghton, J.C. Jenkins, M. Johnston, G. Marland, and K. Paustian, 2007: The North American carbon budget past and present. In: *The First State of the Carbon Cycle Report (SOCCR): The North American Carbon Budget and Implications for the Global Carbon Cycle* [King, A.W., L. Dilling, G.P. Zimmerman, D.F. Fairman, R.A. Houghton, G. Marland, A.Z. Rose, and T.J. Wilbanks (eds.)]. Synthesis and Assessment Product 2.2. National Oceanic and Atmospheric Administration, National Climatic Data Center, Asheville, NC, pp. 29-36.

141 Marland, G., R.J. Andres, T.J. Blasing, T.A. Boden, C.T. Broniak, J.S. Gregg, L.M. Losey, and K. Treanton, 2007: Energy, industry, and waste management activities: an introduction to $CO_2$ emissions from fossil fuels. In: *The First State of the Carbon Cycle Report (SOCCR): The North American Carbon Budget and Implications for the Global Carbon Cycle* [King, A.W., L. Dilling, G.P. Zimmerman, D.M. Fairman, R.A. Houghton, G. Marland, A.Z. Rose, and T.J. Wilbanks (eds.)]. Synthesis and Assessment Product 2.2. National Oceanic and Atmospheric Administration, National Climatic Data Center, Asheville, NC, pp. 57-64.

142 Bates, B.C., Z.W. Kundzewicz, S. Wu, and J.P. Palutikof (eds.), 2008: *Climate Change and Water.* Technical paper of the Intergovernmental Panel on Climate Change. IPCC Secretariat, Geneva, Switzerland, 210 pp.

143 Feng, S. and Q. Hu, 2007: Changes in winter snowfall/precipitation ratio in the contiguous United States. *Journal of Geophysical Research,* **112**, D15109, doi:10.1029/2007JD008397.

144 Guttman, N.B. and R.G. Quayle, 1996: A historical perspective of U.S. climate divisions. *Bulletin of the American Meteorological Society,* **77(2)**, 293-303. Operational practices described in this paper continue.

145 Groisman, P.Ya., R.W. Knight, D.R. Easterling, T.R. Karl, G.C. Hegerl, and V.N. Razuvaev, 2005: Trends in intense precipitation in the climate record. *Journal of Climate,* **18(9)**, 1326-1350.

146 Kundzewicz, Z.W., L.J. Mata, N.W. Arnell, P. Döll, P. Kabat, B. Jiménez, K.A. Miller, T. Oki, Z. Sen, and I.A. Shiklomanov, 2007: Freshwater resources and their management. In: *Climate Change 2007: Impacts, Adaptation and Vulnerability.* Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Parry, M.L., O.F. Canziani, J.P. Palutikof, P.J. van der Linden, and C.E. Hanson (eds.)]. Cambridge University Press, Cambridge, UK, and New York, pp. 173-210.

147 Groisman, P.Ya. and R.W. Knight, 2008: Prolonged dry episodes over the conterminous United States: new tendencies emerging during the last 40 years. *Journal of Climate,* **21(9)**, 1850-1862.

148 Tebaldi, C., K. Hayhoe, J.M. Arblaster, and G.A. Meehl, 2006: Going to the extremes: an intercomparison of model-simulated historical and future changes in extreme events. *Climatic Change,* **79(3-4)**, 185-211.

149 Lettenmaier, D., D. Major, L. Poff, and S. Running, 2008: Water resources. In: *The Effects of Climate Change on Agriculture, Land Resources, Water Resources, and Biodiversity in the United States* [Backlund, P., A. Janetos, D. Schimel, J. Hatfield, K. Boote, P. Fay, L. Hahn, C. Izaurralde, B.A. Kimball, T. Mader, J. Morgan, D. Ort, W. Polley, A. Thomson, D. Wolfe, M.G. Ryan, S.R. Archer, R. Birdsey, C. Dahm, L. Heath, J. Hicke, D. Hollinger, T. Huxman, G. Okin, R. Oren, J. Randerson, W. Schlesinger, D. Lettenmaier, D. Major, L. Poff, S. Running, L. Hansen, D. Inouye, B.P. Kelly, L. Meyerson, B. Peterson, and R. Shaw (eds.)]. Synthesis and Assessment Product 4.3. U.S. Department of Agriculture, Washington, DC, pp. 121-150.

150 Hayhoe, K., C.P. Wake, T.G. Huntington, L. Luo, M.D. Schwartz, J. Sheffield, E. Wood, B. Anderson, J. Bradbury, A. DeGaetano, T.J. Troy, and D. Wolfe, 2007: Past and future changes in climate and hydrological indicators in the U.S. Northeast. *Climate Dynamics,* **28(4)**, 381-407.

151 Milly, P.C.D., J. Betancourt, M. Falkenmark, R.M. Hirsch, Z.W. Kundzewicz, D.P. Lettenmaier, and R.J. Stouffer, 2008: Stationarity is dead: Whither water management? *Science,* **319(5863)**, 573-574.

152 Christensen, N.S., A.W. Wood, N. Voisin, D.P. Lettenmaier, and R.N. Palmer, 2004: The effects of climate change on the hydrology

BLM_0056072

and water resources of the Colorado River basin. *Climatic Change*, **62(1-3)**, 337-363.

[153] Mote, P., A. Hamlet, and E. Salathé, 2008: Has spring snowpack declined in the Washington Cascades? *Hydrology and Earth System Sciences*, **12(1)**, 193-206.

[154] Knowles, N., M.D. Dettinger, and D.R. Cayan, 2006: Trends in snowfall versus rainfall in the western United States. *Journal of Climate*, **19(18)**, 4545-4559.

[155] Huntington T.G., G.A. Hodgkins, B.D. Keim, and R.W. Dudley, 2004: Changes in the proportion of precipitation occurring as snow in New England (1949 to 2000). *Journal of Climate*, **17(13)**, 2626-2636.

[156] Burakowski, E.A., C.P. Wake, B. Braswell, and D.P. Brown, 2008: Trends in wintertime climate in the northeastern United States: 1965–2005. *Journal of Geophysical Research*, **113**, D20114, doi:10.1029/2008JD009870/

[157] Stewart, I.T., D.R. Cayan, and M.D. Dettinger, 2004: Changes in snowmelt runoff timing in western North America under a 'business as usual' climate change scenario. *Climatic Change*, **62(1-3)**, 217-232.

[158] Stewart, I.T., D.R. Cayan, and M.D. Dettinger, 2005: Changes toward earlier streamflow timing across western North America. *Journal of Climate*, **18(8)**, 1136-1155.

[159] Rauscher, S.A., J.S. Pal, N.S. Diffenbaugh, and M.M. Benedetti, 2008: Future changes in snowmelt-driven runoff timing over the western United States. *Geophysical Research Letters*, **35**, L16703, doi:10.1029/2008GL034424.

[160] Pierce, D.W., T.P. Barnett, H.G. Hidalgo, T. Das, C. Bonfils, B.D. Santer, G. Bala, M.D. Dettinger, D.R. Cayan, A. Mirin, A.W. Wood, and T. Nozawa, 2008: Attribution of declining western U.S. snowpack to human effects. *Journal of Climate*, **21(23)**, 6425-6444.

[161] Bonfils, C., B.D. Santer, D.W. Pierce, H.G. Hidalgo, G. Bala, T. Das, T.P. Barnett, D.R. Cayan, C. Doutriaux, A.W. Wood, A. Mirin, and T. Nozawa, 2008: Detection and attribution of temperature changes in the mountainous western United States. *Journal of Climate*, **21(23)**, 6404-6424.

[162] U.S. Environmental Protection Agency, 2008: *National Water Program Strategy: Response to Climate Change*. U.S. Environmental Protection Agency, Washington, DC, 97 pp. <http://www.epa.gov/water/climatechange/>

[163] Ebi, K.L., J. Balbus, P.L. Kinney, E. Lipp, D. Mills, M.S. O'Neill, and M. Wilson, 2008: Effects of global change on human health. In: *Analyses of the Effects of Global Change on Human Health and Welfare and Human Systems* [Gamble, J.L. (ed.), K.L. Ebi, F.G. Sussman, and T.J. Wilbanks (authors)]. Synthesis and Assessment Product 4.6. U.S. Environmental Protection Agency, Washington, DC, pp. 39-87.

[164] Field, C.B., L.D. Mortsch, M. Brklacich, D.L. Forbes, P. Kovacs, J.A. Patz, S.W. Running, and M.J. Scott, 2007: North America. In: *Climate Change 2007: Impacts, Adaptation and Vulnerability*. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Parry, M.L., O.F. Canziani, J.P. Palutikof, P.J. van der Linden, and C.E. Hanson (eds.)]. Cambridge University Press, Cambridge, UK, and New York, pp. 617-652.

[165] Winter, J.V., J.W. Harvey, O.L. Franke, and W.M. Alley, 1998: *Ground Water and Surface Water: A Single Resource*. USGS circular 1139. U.S. Geological Survey, Denver, CO, 79 pp. <http://pubs.usgs.gov/circ/circ1139/>

[166] Austin, J.A. and S.M. Colman, 2007: Lake Superior summer water temperatures are increasing more rapidly than regional air temperatures: a positive ice-albedo feedback. *Geophysical Research Letters*, **34**, L06604, doi:10.1029/2006GL029021.

[167] U.S. General Accounting Office, 2003: *Freshwater Supply: States' Views of How Federal Agencies Could Help Them Meet the Challenges of Expected Shortages*. GAO-03-514. General Accounting Office, Washington, DC, 110 pp. <http://www.gao.gov/new.items/d03514.pdf>

[168] U.S. Environmental Protection Agency, 2002: *The Clean Water and Drinking Water Infrastructure Gap Analysis*. EPA-816-R-02-020. U.S. Environmental Protection Agency, Washington, DC, 50 pp. <http://www.epa.gov/safewater/gapreport.pdf>

[169] National Research Council, 2004: *Confronting the Nation's Water Problems: The Role of Research*. National Academies Press, Washington, DC, 310 pp.

[170] Yohe, G.W., R.D. Lasco, Q.K. Ahmad, N.W. Arnell, S.J. Cohen, C. Hope, A.C. Janetos, and R.T. Perez, 2007: Perspectives on climate change and sustainability. In: *Climate Change 2007: Impacts, Adaptation and Vulnerability*. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Parry, M.L., O.F. Canziani, J.P. Palutikof, P.J. van der Linden, and C.E. Hanson (eds.)]. Cambridge University Press, Cambridge, UK, and New York, pp. 811-841.

[171] U.S. Bureau of Reclamation, 2005: *Water 2025: Preventing Crises and Conflict in the West*. U.S. Bureau of Reclamation, Washington, DC, 32 pp. Updated from USBR <http://www.usbr.gov/uc/crsp/GetSiteInfo>

[172] Wilbanks, T.J., P. Romero Lankao, M. Bao, F. Berkhout, S. Cairncross, J.-P. Ceron, M. Kapshe, R. Muir-Wood, and R. Zapata-Marti, 2007: Industry, settlement and society. In: *Climate Change 2007: Impacts, Adaptation and Vulnerability*. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Parry, M.L., O.F. Canziani, J.P. Palutikof, P.J. van der Linden, and C.E. Hanson (eds.)]. Cambridge University Press, Cambridge, UK, and New York, pp. 357-390.

[173] Adger, W.N., S. Agrawala, M.M.Q. Mirza, C. Conde, K. O'Brien, J. Pulhin, R. Pulwarty, B. Smit, and K. Takahashi, 2007: Assessment of adaptation practices, options, constraints and capacity. In: *Climate Change 2007: Impacts, Adaptation and Vulnerability*. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Parry, M.L., O.F. Canziani, J.P. Palutikof, P.J. van der Linden, and C.E. Hanson (eds.)]. Cambridge University Press, Cambridge, UK, and New York, pp. 717-743.

[174] Hartmann, H.C., 2008: Decision support for water resources management. In: *Uses and Limitations of Observations, Data, Forecasts and Other Projections in Decision Support for Selected Sectors and Regions*. Synthesis and Assessment Product 5.1. U.S. Climate Change Science Program, Washington, DC, pp. 45-55.

[175] Ruhl, J.B., 2005: Water wars, eastern style: divvying up the Apalachicola-Chattahoochee-Flint River Basin. *Journal of Contemporary Water Research & Education*, **131**, 47-54.

[176] Leitman, S., 2008: Lessons learned from transboundary management efforts in the Apalachicola-Chattahoochee-Flint Basin, USA. In: *Transboundary Water Resources: A Foundation for Regional Stability in Central Asia* [Moerlins, J.E., M.K. Khankhasayev, S.F. Leitman, and E.J. Makhmudov (eds.)]. Springer, Dordrecht and London, pp. 195-208.

[177] Gobalet, K., P. Schulz, T. Wake, and N. Siefkin, 2004: Archaeological perspectives on Native American fisheries of California, with emphasis on steelhead and salmon. *Transactions of the American Fisheries Society*, **133(4)**, 801-833.

[178] Hammersmark, C., W. Fleenor, and S. Schladow, 2005: Simulation of flood impact and habitat extent for a tidal freshwater marsh restoration. *Ecological Engineering*, **25(2)**, 137-152.

**173**

U.S. Global Change Research Program

**Global Climate Change Impacts in the United States**

179 Kondolf, G., P. Angermeier, K. Cummins, T. Dunne, M. Healey, W. Kimmerer, P. Moyle, D. Murphy, D. Patten, S. Railsback, D. Reed, R. Spies, and R. Twiss, 2008: Projecting cumulative benefits of multiple river restoration projects: An example from the Sacramento-San Joaquin River system in California. *Environmental Management,* **42(6),** 933-945.

180 McKee, L., N. Ganju, and D. Schoellhamer, 2006: Estimates of suspended sediment entering San Francisco Bay from the Sacramento and San Joaquin Delta, San Francisco Bay, California. *Journal of Hydrology,* **323(1-4),** 335-352.

181 Trenham, P., H. Shaffer, and P. Moyle, 1998: Biochemical identification and assessment of population subdivision in morphologically similar native and invading smelt species (*Hypomesus*) in the Sacramento San Joaquin estuary, California. *Transactions of the American Fisheries Society,* **127(3),** 417-424.

182 Vengosh, A., J. Gill, M. Davisson, and G. Hudson, 2002: A multi-isotope (B, Sr, O, H, and C) and age dating ($^3$H-$^3$He and $^{14}$C) study of groundwater from Salinas Valley, California: hydrochemistry, dynamics, and contamination processes. *Water Resources Research,* **38(1),** 1008, doi:10.1029/2001WR000517.

183 Haggerty, G.M., D. Tave, R. Schmidt-Petersen, and J. Stomp, 2008: Raising endangered fish in New Mexico. *Southwest Hydrology,* **7(4),** 20-21.

184 National Research Council, 2004: *Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for Recovery.* National Academies Press, Washington, DC, 398 pp.

185 National Research Council, 2008: *Hydrology, Ecology, and Fishes of the Klamath River Basin.* National Academies Press, Washington, DC, 272 pp.

186 National Research Council, 2007: *Colorado River Basin Water Management: Evaluating and Adjusting to Hydroclimatic Variability.* National Academies Press, Washington, DC, 218 pp.

187 U.S. Bureau of Reclamation, 2007: *Colorado River Interim Guidelines for Lower Basin Shortages and Coordinated Operations for Lake Powell and Lake Mead: Final Environmental Impact Statement.* [U.S. Bureau of Reclamation, Boulder City, NV], 4 volumes. <http://www.usbr.gov/lc/region/programs/strategies/FEIS/index.html>

188 University of Arizona, Undated: *Native American Water Rights in Arizona.* [Web site] <http://www.library.arizona.edu/about/libraries/govdocs/waterdoc.html>

189 Cook, E.R., C.A. Woodhouse, C.M. Eakin, D.M. Meko, and D.W. Stahle, 2004: Long-term aridity changes in the western United States. *Science,* **306(5698),** 1015-1018.

190 Ingram, H., D. Feldman, N. Mantua, K.L. Jacobs, D. Fort, N. Beller-Simms, and A.M. Waple, 2008: The changing context. In: *Decision-Support Experiments and Evaluations Using Seasonal-to-Interannual Forecasts and Observational Data: A Focus on Water Resources* [Beller-Simms, N., H. Ingram, D. Feldman, N. Mantua, K.L. Jacobs, and A.M. Waple (eds.)]. Synthesis and Assessment Product 5.3. NOAA's National Climatic Data Center, Asheville, NC, pp. 7-28.

191 Bull, S.R., D.E. Bilello, J. Ekmann, M.J. Sale, and D.K. Schmalzer, 2007: Effects of climate change on energy production and distribution in the United States. In: *Effects of Climate Change on Energy Production and Use in the United States* [Wilbanks, T.J., V. Bhatt, D.E. Bilello, S.R. Bull, J. Ekmann, W.C. Horak, Y.J. Huang, M.D. Levine, M.J. Sale, D.K. Schmalzer, and M.J. Scott (eds.)]. Synthesis and Assessment Product 4.5. U.S. Climate Change Science Program, Washington, DC, pp. 45-80.

192 Hyman, R.C., J.R. Potter, M.J. Savonis, V.R. Burkett, and J.E. Tump, 2008: Why study climate change impacts on transportation? In: *Impacts of Climate Change and Variability on Transportation Systems and Infrastructure: Gulf Coast Study, Phase 1* [Savonis, M.J., V.R. Burkett, and J.R. Potter (eds.)]. Synthesis and Assessment Product 4.7. U.S. Department of Transportation, Washington, DC, pp. 1-1 to 1F-2 [48 pp.]

193 Hatfield, J., K. Boote, P. Fay, L. Hahn, C. Izaurralde, B.A. Kimball, T. Mader, J. Morgan, D. Ort, W. Polley, A. Thomson, and D. Wolfe, 2008: Agriculture. In: *The Effects of Climate Change on Agriculture, Land Resources, Water Resources, and Biodiversity in the United States* [Backlund, P., A. Janetos, D. Schimel, J. Hatfield, K. Boote, P. Fay, L. Hahn, C. Izaurralde, B.A. Kimball, T. Mader, J. Morgan, D. Ort, W. Polley, A. Thomson, D. Wolfe, M.G. Ryan, S.R. Archer, R. Birdsey, C. Dahm, L. Heath, J. Hicke, D. Hollinger, T. Huxman, G. Okin, R. Oren, J. Randerson, W. Schlesinger, D. Lettenmaier, D. Major, L. Poff, S. Running, L. Hansen, D. Inouye, B.P. Kelly, L. Meyerson, B. Peterson, and R. Shaw (eds.)]. Synthesis and Assessment Product 4.3. U.S. Department of Agriculture, Washington, DC, pp. 21-74.

194 Feldman, D.L., K.L. Jacobs, G. Garfin, A. Georgakakos, B. Morehouse, P. Restrepo, R. Webb, D. Yarnal, D. Basketfield, H.C. Hartmann, J. Kochendorfer, C. Rosenzweig, M. Sale, B. Udall, and C. Woodhouse, 2008: Making decision-support information useful, useable, and responsive to decision-maker needs In: *Decision-Support Experiments and Evaluations Using Seasonal-to-Interannual Forecasts and Observational Data: A Focus on Water Resources* [Beller-Simms, N., H. Ingram, D. Feldman, N. Mantua, K.L. Jacobs, and A.M. Waple (eds.)]. Synthesis and Assessment Product 5.3. NOAA's National Climatic Data Center, Asheville, NC, pp. 101-140.

195 McCabe, G.J. and D.M. Wolock, 2007: Warming may create substantial water supply shortages in the Colorado River basin. *Geophysical Research Letters,* **34,** L22708, doi:10.1029/2007GL031764.

196 Brekke, L., B. Harding, T. Piechota, B. Udall, C. Woodhouse, and D. Yates (eds.), 2007: Appendix U: Climate Technical Work Group Report: Review of science and methods for incorporating climate change information into Bureau of Reclamation's Colorado River Basin planning studies. In: *Colorado River Interim Guidelines for Lower Basin Shortages and Coordinated Operations for Lake Powell and Lake Mead: Final Environmental Impact Statement.* U.S. Bureau of Reclamation, Boulder City, NV, 110 pp. <http://www.usbr.gov/lc/region/programs/strategies/FEIS/index.html>

197 U.S. Department of Energy, 2006: *Energy Demands on Water Resources. Report to Congress on the Interdependency of Energy and Water.* Sandia National Laboratories, Albuquerque, NM, 80 pp. <http://www.sandia.gov/energy-water/docs/121-RptToCongress-EWwEIAcomments-FINAL.pdf>

198 California Energy Commission, 2005: *California's Water -- Energy Relationship.* CEC-700-2005-011-SF. California Energy Commission, [Sacramento], 174 pp. <http://www.energy.ca.gov/2005publications/CEC-700-2005-011/CEC-700-2005-011-SF.PDF>

199 California Energy Commission, 2006: *Refining Estimates of Water-related Energy Use in California.* CEC-500-2006-118. California Energy Commission, [Sacramento]. <http://www.energy.ca.gov/2006publications/CEC-500-2006-118/CEC-500-2006-118.PDF>

200 U.S. Energy Information Administration, 2008: *Energy in Brief: What are Greenhouse Gases and How Much are Emitted by the United States?* [Web site] Energy Information Administration, Washington, DC. <http://tonto.eia.doe.gov/energy_in_brief/greenhouse_gas.cfm>

201 Wilbanks, T.J., *et al.,* 2007: Executive summary. In: *Effects of Climate Change on Energy Production and Use in the United States* [Wilbanks, T.J., V. Bhatt, D.E. Bilello, S.R. Bull, J. Ekmann, W.C. Horak, Y.J. Huang, M.D. Levine, M.J. Sale, D.K. Schmalzer,

BLM_0056074

and M.J. Scott (eds.)]. Synthesis and Assessment Product 4.5. U.S. Climate Change Science Program, Washington, DC, pp. x-xii.

202 From *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2003*, U.S. EPA. Allocations from "Electricity & Heat" and "Industry" to end uses are WRI estimates based on energy use data from the International Energy Agency (IEA, 2005). All data is for 2003. All calculations are based on $CO_2$ equivalents, using 100-year global warming potentials from the IPCC (1996).

203 U.S. Energy Information Administration, 2008: *Annual Energy Review 2007*. U.S. Department of Energy, Washington, DC, 400 pp. <http://www.eia.doe.gov/emeu/aer/pdf/aer.pdf>

204 Bhatt, V., J. Eckmann, W.C. Horak, and T.J. Wilbanks, 2007: Possible indirect effects on energy production and distribution in the United States. In: *Effects of Climate Change on Energy Production and Use in the United States* [Wilbanks, T.J., V. Bhatt, D.E. Bilello, S.R. Bull, J. Ekmann, W.C. Horak, Y.J. Huang, M.D. Levine, M.J. Sale, D.K. Schmalzer, and M.J. Scott (eds.)]. Synthesis and Assessment Product 4.5. U.S. Climate Change Science Program, Washington, DC, pp. 81-97.

205 Scott, M. and Y.J. Huang, 2007: Effects of climate change on energy use in the United States. In: *Effects of Climate Change on Energy Production and Use in the United States* [Wilbanks, T.J., V. Bhatt, D.E. Bilello, S.R. Bull, J. Ekmann, W.C. Horak, Y.J. Huang, M.D. Levine, M.J. Sale, D.K. Schmalzer, and M.J. Scott (eds.)]. Synthesis and Assessment Product 4.5. U.S. Climate Change Science Program, Washington, DC, pp. 8-44.

206 U.S. Department of Energy, 2008: *Buildings Energy Data Book*. U.S. Department of Energy, Office of Energy Efficiency and Renewable Energy, [Washington, DC]. <http://buildingsdatabook.eere.energy.gov/>

207 U.S. Census Bureau, 2002: *Population of States and Counties of the United States: 1790-2000*. U.S. Census Bureau, Washington, DC, 226 pp. <http://www.census.gov/population/www/censusdata/hiscendata.html> See <http://www.census.gov/popest/counties/> for 2008 estimates.

208 Feldman, D.L., K.L. Jacobs, G. Garfin, A. Georgakakos, B. Morehouse, R. Webb, B. Yarnal, J. Kochendorfer, C. Rosenzweig, M. Sale, B. Udall, and C. Woodhouse, 2008: Decision-support experiments within the water resource management sector. In: *Decision-Support Experiments and Evaluations Using Seasonal-to-Interannual Forecasts and Observational Data: A Focus on Water Resources* [Beller-Simms, N., H. Ingram, D. Feldman, N. Mantua, K.L. Jacobs, and A.M. Waple (eds.)]. Synthesis and Assessment Product 5.3. NOAA's National Climatic Data Center, Asheville, NC, pp. 65-100.

209 Hightower, M. and S.A. Pierce, 2008: The energy challenge. *Nature*, **452(7185)**, 285-286.

210 Wilbanks, T.J., *et al.*, 2007: Conclusions and research priorities. In: *Effects of Climate Change on Energy Production and Use in the United States* [Wilbanks, T.J., V. Bhatt, D.E. Bilello, S.R. Bull, J. Ekmann, W.C. Horak, Y.J. Huang, M.D. Levine, M.J. Sale, D.K. Schmalzer, and M.J. Scott (eds.)]. Synthesis and Assessment Product 4.5. U.S. Climate Change Science Program, Washington, DC, pp. 98-108.

211 Maulbetsch, J.S. and M.N. DiFilippo, 2006: *Cost and Value of Water Use at Combined Cycle Power Plants*. CEC-500-2006-034. California Energy Commission, PIER Energy-Related Environmental Research. <http://www.energy.ca.gov/2006publications/CEC-500-2006-034/CEC-500-2006-034.PDF>

212 U.S. Energy Information Administration, 2002: *National Trends in Coal Transportation*. [Web site] Energy Information Administration, Washington, DC. <http://www.eia.doe.gov/cneaf/coal/ctrdb/natltrends.html>

213 NOAA's National Climatic Data Center, 2008: *Climate of 2008: Midwestern U.S. Flood Overview*. [Web site] <http://www.ncdc.noaa.gov/oa/climate/research/2008/flood08.html>

214 CBO Testimony, 2005: *Macroeconomic and Budgetary Effects of Hurricanes Katrina and Rita*. Statement of Douglas Holtz-Easkin, Director, before the Committee on the Budget, U.S. House of Representatives. Congressional Budget Office, Washington, DC, 21 pp. <http://www.cbo.gov/doc.cfm?index=6684>

215 Potter, J.R., V.R. Burkett, and M.J. Savonis, 2008: Executive summary. In: *Impacts of Climate Change and Variability on Transportation Systems and Infrastructure: Gulf Coast Study, Phase I* [Savonis, M. J., V.R. Burkett, and J.R. Potter (eds.)]. Synthesis and Assessment Product 4.7. U.S. Department of Transportation, Washington, DC, pp. ES-1 to ES-10.

216 U.S. Energy Information Administration, U.S. Department of Energy [data]; assembled by Evan Mills, Lawrence Berkeley National Laboratory. Data available at <http://www.eia.doe.gov/cneaf/electricity/page/disturb_events.html>

217 Kafalenos, R.S., K.J. Leonard, D.M. Beagan, V.R. Burkett, B.D. Keim, A. Meyers, D.T. Hunt, R.C. Hyman, M.K. Maynard, B. Fritsche, R.H. Henk, E.J. Seymour, L.E. Olson, J.R. Potter, and M.J. Savonis, 2008: What are the implications of climate change and variability for Gulf coast transportation? In: *Impacts of Climate Change and Variability on Transportation Systems and Infrastructure: Gulf Coast Study, Phase I* [Savonis, M.J., V.R. Burkett, and J.R. Potter (eds.)]. Synthesis and Assessment Product 4.7. U.S. Department of Transportation, Washington, DC, pp. 4-1 to 4F-27 [104 pp.]

218 U.S. Energy Information Administration, 2008: *Monthly Energy Review*. U.S. Department of Energy, Energy Information Administration, Washington, DC. <http://www.eia.doe.gov/emeu/mer/contents.html>

219 National Assessment Synthesis Team (NAST), 2001: *Climate Change Impacts on the United States: The Potential Consequences of Climate Variability and Change*. Cambridge University Press, Cambridge, UK, and New York, 612 pp. <http://www.usgcrp.gov/usgcrp/Library/nationalassessment/>

220 ACIA, 2004: *Impacts of a Warming Arctic: Arctic Climate Impact Assessment*. Cambridge University Press, Cambridge, UK, and New York, 139 pp. <http://www.acia.uaf.edu>

221 U.S. Environmental Protection Agency, 2008: *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2006*. USEPA 430-R-08-005. U.S. Environmental Protection Agency, Washington, DC, 473 pp. <http://www.epa.gov/climatechange/emissions/usinventoryreport.html>

222 National Research Council, 2008: *Potential Impacts of Climate Change on U.S. Transportation*. Transportation Research Board special report 290. Transportation Research Board, Washington, DC, 280 pp. <http://onlinepubs.trb.org/onlinepubs/sr/sr290.pdf>

223 Schimel, D., A. Janetos, P. Backlund, J. Hatfield, M.G. Ryan, S.R. Archer, and D. Lettenmaier, 2008: Synthesis. In: *The Effects of Climate Change on Agriculture, Land Resources, Water Resources, and Biodiversity in the United States* [Backlund, P., A. Janetos, D. Schimel, J. Hatfield, K. Boote, P. Fay, L. Hahn, C. Izaurralde, B.A. Kimball, T. Mader, J. Morgan, D. Ort, W. Polley, A. Thomson, D. Wolfe, M.G. Ryan, S.R. Archer, R. Birdsey, C. Dahm, L. Heath, J. Hicke, D. Hollinger, T. Huxman, G. Okin, R. Oren, J. Randerson, W. Schlesinger, D. Lettenmaier, D. Major, L. Poff, S. Running, L. Hansen, D. Inouye, B.P. Kelly, L. Meyerson, B. Peterson, and R. Shaw (eds.)]. Synthesis and Assessment Product 4.3. U.S. Department of Agriculture, Washington, DC, pp. 183-193.

224 Burkett, V.R., R.C. Hyman, R. Hagelman, S.B. Hartley, M. Sheppard, T.W. Doyle, D.M. Beagan, A. Meyers, D.T. Hunt, M.K. Maynard, R.H. Henk, E.J. Seymour, L.E. Olson, J.R. Potter, and

BLM_0056075

N.N. Srinivasan, 2008: Why study the Gulf Coast? In: *Impacts of Climate Change and Variability on Transportation Systems and Infrastructure: Gulf Coast Study, Phase I* [Savonis, M.J., V.R. Burkett, and J.R. Potter (eds.)]. Synthesis and Assessment Product 4.7. U.S. Department of Transportation, Washington, DC, pp. 2-1 to 2F-26. [66 pp.]

225 Peterson, T.C., M. McGuirk, T.G. Houston, A.H. Horvitz, and M.F. Wehner, 2008: *Climate Variability and Change with Implications for Transportation*. National Research Council, Washington, DC, 90 pp. <http://onlinepubs.trb.org/onlinepubs/sr/sr290Many.pdf>

226 Hay, J.E., R. Warrick, C. Cheatham, T. Manarangi-Trott, J. Konno, and P. Hartley, 2005: *Climate Proofing: A Risk-based Approach to Adaptation*. Asian Development Bank, Manila, The Philippines, 191 pp. <http://www.adb.org/Documents/Reports/Climate-Proofing/default.asp>

227 OSHA, 2008: Heat stress. In: *OSHA Technical Manual, Section III: Chapter 4*. Occupational Safety & Health Administration, Washington, DC. <http://www.osha.gov/dts/osta/otm/otm_iii/otm_iii_4.html>

228 Landsea, C.W., 1993: A climatology of intense (or major) Atlantic hurricanes. *Monthly Weather Review*, **121(6)**, 1710-1713.

229 NOAA's National Climatic Data Center, 2008: *Billion Dollar U.S. Weather Disasters* [Web site] <http://www.ncdc.noaa.gov/oa/reports/billionz.html>

230 Larsen, P.H., S. Goldsmith, O. Smith, M.L. Wilson, K. Strzepek, P. Chinowsky, and B. Saylor, 2008: Estimating future costs for Alaska public infrastructure at risk from climate change. *Global Environmental Change*, **18(3)**, 442-457.

23 U.S. Environmental Protection Agency, 2008: *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2006*. USEPA 430-R-08-005. U.S. Environmental Protection Agency, Washington, DC, 473 pp. <http://www.epa.gov/climatechange/emissions/usinventoryreport.html>

232 National Agricultural Statistics Service, 2002: *2002 Census of Agriculture*. USDA National Agricultural Statistics Service, Washington, DC. <http://www.agcensus.usda.gov/Publications/2002/index.asp>

233 Wolfe, W., L. Ziska, C. Petzoldt, A. Seaman, L. Chase, and K. Hayhoe, 2007: Projected change in climate thresholds in the northeastern U.S.: implications for crops, pests, livestock, and farmers. *Mitigation and Adaptation Strategies for Global Change*, **13(5-6)**, 555-575.

234 Frumhoff, P.C., J.J. McCarthy, J.M. Melillo, S.C. Moser, and D.J. Wuebbles, 2007: *Confronting Climate Change in the U.S. Northeast: Science, Impacts and Solutions*. Synthesis report of the Northeast Climate Impacts Assessment. Union of Concerned Scientists, Cambridge, MA, 146 pp.

235 Gu, L., P.J. Hanson, W.M. Post, D.P. Kaiser, B. Yang, R. Nemani, S.G. Pallardy, and T. Meyers, 2008: The 2007 eastern U.S. spring freeze: increased cold damage in a warming world? *BioScience*, **58(3)**, 253-262.

236 Inouye, D.W., 2008: Effects of climate change on phenology, frost damage, and floral abundance of montane wildflowers. *Ecology*, **89(2)**, 353-362.

237 Either hydrogen dioxide or oxygenated hydrocarbons.

238 Peet, M.M. and D.W. Wolf, 2000: Crop ecosystem responses to climate change: vegetable crops. In: *Climate Change and Global Crop Productivity* [Reddy, K.R. and H.F. Hodges (eds.)]. CABI Publishing, New York, and Wallingford, UK, 472 pp.

239 Bridges, D.C. (ed.), 1992: *Crop Losses Due to Weeds in the United States*. Weed Science Society of America, Champaign, IL, 403 pp.

240 Joyce, L.A., G.M. Blate, J.S. Littell, S.G. McNulty, C.I. Millar, S.C. Moser, R.P. Neilson, K. O'Halloran, and D.L. Peterson, 2008: National forests. In: *Preliminary Review of Adaptation Options for*

*Climate-sensitive Ecosystems and Resources*. [Julius, S.H., J.M. West (eds.), J.S. Baron, B. Griffith, L.A. Joyce, P. Kareiva, B.D. Keller, M.A. Palmer, C.H. Peterson, and J.M. Scott (authors)]. Synthesis and Assessment Product 4.4. U.S. Environmental Protection Agency, Washington, DC, pp. 3-1 to 3-127.

241 Kiely, T., D. Donaldson, and A. Grube, 2004: *Pesticides Industry Sales and Usage: 2000 and 2001 Market Estimates*. U.S. Environmental Protection Agency, Washington, DC, 33 pp. <http://www.epa.gov/oppbead1/pestsales/>

242 Natural Resources Conservation Service, 1997: *1997 Five-Year Natural Resources Inventory*. USDA Natural Resources Conservation Service, Washington, DC. <http://www.nrcs.usda.gov/technical/NRI/1997/index.html>

243 Ryan, M.G., S.R. Archer, R. Birdsey, C. Dahm, L. Heath, J. Hicke, D. Hollinger, T. Huxman, G. Okin, R. Oren, J. Randerson, and W. Schlesinger, 2008: Land resources. In: *The Effects of Climate Change on Agriculture, Land Resources, Water Resources, and Biodiversity in the United States* [Backlund, P., A. Janetos, D. Schimel, J. Hatfield, K. Boote, P. Fay, L. Hahn, C. Izaurralde, B.A. Kimball, T. Mader, J. Morgan, D. Ort, W. Polley, A. Thomson, D. Wolfe, M.G. Ryan, S.R. Archer, R. Birdsey, C. Dahm, L. Heath, J. Hicke, D. Hollinger, T. Huxman, G. Okin, R. Oren, J. Randerson, W. Schlesinger, D. Lettenmaier, D. Major, L. Poff, S. Running, L. Hansen, D. Inouye, B.P. Kelly, L. Meyerson, B. Peterson, and R. Shaw (eds.)]. Synthesis and Assessment Product 4.3. U.S. Department of Agriculture, Washington, DC, pp. 75-120.

244 Parmesan, C., 1996: Climate and species range. *Nature*, **382(6594)**, 765-766.

245 Hinzman, L.D., N.D. Bettez, W.R. Bolton, F.S. Chapin, M.B. Dyurgerov, C.L. Fastie, B. Griffith, R.D. Hollister, A. Hope, H.P. Huntington, A.M. Jensen, G.J. Jia, T. Jorgenson, D.L. Kane, D.R. Klein, G. Kofinas, A.H. Lynch, A.H. Lloyd, A.D. McGuire, F.E. Nelson, M. Nolan, W.C. Oechel, T.E. Osterkamp, C.H. Racine, V.E. Romanovsky, R.S. Stone, D.A. Stow, M. Sturm, C.E. Tweedie, G.L. Vourlitis, M.D. Walker, D.A. Walker, P.J. Webber, J.M. Welker, K.S. Winker, and K. Yoshikawa, 2005: Evidence and implications of recent climate change in northern Alaska and other Arctic regions. *Climatic Change*, **72(3)**, 251-298.

246 Mimura, N., L. Nurse, R.F. McLean, J. Agard, L. Briguglio, P. Lefale, R. Payet, and G. Sem, 2007: Small islands. In: *Climate Change 2007: Impacts, Adaptation and Vulnerability*. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Parry, M.L., O.F. Canziani, J.P. Palutikof, P.J. van der Linden, and C.E. Hanson (eds.)]. Cambridge University Press, Cambridge, UK, and New York, pp. 687-716.

247 Millennium Ecosystem Assessment, 2005: *Ecosystems and Human Well-being: Biodiversity Synthesis*. World Resources Institute, Washington, DC, 86 pp. <http://www.millenniumassessment.org>

248 Fischlin, A., G.F. Midgley, J.T. Price, R. Leemans, B. Gopal, C. Turley, M.D.A. Rounsevell, O.P. Dube, J. Tarazona, and A.A. Velichko, 2007: Ecosystems, their properties, goods, and services. In: *Climate Change 2007: Impacts, Adaptation and Vulnerability*. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Parry, M.L., O.F. Canziani, J.P. Palutikof, P.J. van der Linden and C.E. Hanson (eds.)]. Cambridge University Press, Cambridge, UK, and New York, pp. 211-272.

249 National Interagency Fire Center, [2008]: *Total Wildland Fires and Acres (1960-2007)*. National Interagency Coordination Center, Boise, ID. Data at <http://www.nifc.gov/fire_info/fire_stats.htm>

250 CCSP, 2009: Case studies. In: *Thresholds of Climate Change in Ecosystems* [Fagre, D.B., C.W. Charles, C.D. Allen, C. Birkeland, F.S. Chapin III, P.M. Groffman, G.R. Guntenspergen, A.K. Knapp,

BLM_0056076

A.D. McGuire, P.J. Mulholland, D.P.C. Peters, D.D. Roby, and G. Sugihara] Synthesis and Assessment Product 4.2. U.S. Geological Survey, Reston, VA, pp. 32-73.

[251] Pounds, J.A., M.R. Bustamante, L.A. Coloma, J.A. Consuegra, M.P. L. Fogden, P.N. Foster, E. La Marca, K.L. Masters, A. Merino-Vi-teri, R. Puschendorf, S.R. Ron, G.A. Sánchez-Azofeifa, C.J. Still, and B.E. Young, 2006: Widespread amphibian extinctions from epidemic disease driven by global warming. *Nature*, **439(7073)**, 161-167.

[252] Peterson, T.C., D.M. Anderson, S.J. Cohen, M. Cortez-Vázquez, R.J. Murnane, C. Parmesan, D. Phillips, R.S. Pulwarty, and J.M.R. Stone, 2008: Why weather and climate extremes matter. In: *Weather and Climate Extremes in a Changing Climate. Regions of Focus: North America, Hawaii, Caribbean, and U.S. Pacific Islands* [Karl, T.R., G.A. Meehl, C.D. Miller, S.J. Hassol, A.M. Waple, and W.L. Murray (eds.)]. Synthesis and Assessment Product 3.3. U.S. Climate Change Science Program, Washington, DC, pp. 11-34.

[253] Backlund, P., D. Schimel, A. Janetos, J. Hatfield, M.G. Ryan, S.R. Archer, and D. Lettenmaier, 2008: Introduction. In: *The Effects of Climate Change on Agriculture, Land Resources, Water Resources, and Biodiversity in the United States* [Backlund, P., A. Janetos, D. Schimel, J. Hatfield, K. Boote, P. Fay, L. Hahn, C. Izaurralde, B.A. Kimball, T. Mader, J. Morgan, D. Ort, W. Polley, A. Thomson, D. Wolfe, M.G. Ryan, S.R. Archer, R. Birdsey, C. Dahm, L. Heath, J. Hicke, D. Hollinger, T. Huxman, G. Okin, R. Oren, J. Randerson, W. Schlesinger, D. Lettenmaier, D. Major, L. Poff, S. Running, L. Hansen, D. Inouye, B.P. Kelly, L. Meyerson, B. Peterson, and R. Shaw (eds.)]. Synthesis and Assessment Product 4.3. U.S. Department of Agriculture, Washington, DC, pp. 11-20.

[254] Burkett, V.R., D.A. Wilcox, R. Stottlemeyer, W. Barrow, D. Fagre, J. Baron, J. Price, J.L. Nielsen, C.D. Allen, D.L. Peterson, G. Ruggerone, and T. Doyle, 2005: Nonlinear dynamics in ecosystem response to climatic change: case studies and policy implications. *Ecological Complexity*, **2(4)**, 357-394.

[255] Anderson, K.E., D.R. Cahoon, S.K. Gill, B.T. Gutierrez, E.R. Thieler, J.G. Titus, and S.J. Williams, 2009: Executive summary. In: *Coastal Elevations and Sensitivity to Sea-level Rise: A Focus on the Mid-Atlantic Region* [J.G. Titus (coordinating lead author), K.E. Anderson, D.R. Cahoon, D.B. Gesch, S.K. Gill, B.T. Gutier-rez, E.R. Thieler, and S.J. Williams (lead authors)]. Synthesis and Assessment Product 4.1. U.S. Environmental Protection Agency, Washington, DC, pp. 1-8.

[256] Park, R.A., M.S. Trehan, P.W. Mausel, and R.C. Howe, 1989: *The Effects of Sea Level Rise on U.S. Coastal Wetlands*. U.S. Environmental Protection Agency, Washington, DC, 55 pp.

[257] Gutierrez, B.T., S.J. Williams, and E.R Thieler, 2009: Ocean coasts. In: *Coastal Elevations and Sensitivity to Sea-level Rise: A Focus on the Mid-Atlantic Region* [J.G. Titus (coordinating lead author), K.E. Anderson, D.R. Cahoon, D.B. Gesch, S.K. Gill, B.T. Gutierrez, E.R. Thieler, and S.J. Williams (lead authors)]. Synthesis and Assessment Product 4.1. U.S. Environmental Protection Agency, Washington, DC, pp. 43-56.

[258] *Monaco Declaration*, 2009: Developed at the *Second International Symposium on the Ocean in a High-$CO_2$ World*, Monaco, 6-9 October 2008. <http://ioc3.unesco.org/oanet/Symposium2008/MonacoDeclaration.pdf>

[259] Feely, R.A., C.L. Sabine, J.M. Hernandez-Ayon, D. Ianson, and B. Hales, 2008: Evidence for upwelling of corrosive "acidified" water onto the continental shelf. *Science*, **320(5882)**, 1490-1492.

[260] Beckage, B., B. Osborne, D.G. Gavin, C. Pucko, T. Siccama, and T. Perkins, 2008: A rapid upward shift of a forest ecotone during 40 years of warming in the Green Mountains of Vermont. *Proceedings of the National Academy of Sciences*, **105(11)**, 4197-4202.

[261] Beever, E.A., P.F. Brussard, and J. Berger, 2003: Patterns of apparent extirpation among isolated populations of pikas (*Ochotona princeps*) in the Great Basin. *Journal of Mammology*, **84(1)**, 37-54.

[262] Krajick, K., 2004: All downhill from here? *Science*, **303(5664)**, 1600-1602.

[263] Battin, J., M.W. Wiley, M.H. Ruckelshaus, R.N. Palmer, E. Korb, K.K. Bartz, and H. Imaki, 2007: Projected impacts of climate change on salmon habitat restoration. *Proceedings of the National Academy of Sciences*, **104(16)**, 6720-6725.

[264] Williams, J.E., A.L. Haak, N.G. Gillespie, H.M. Neville, and W.T. Colyer, 2007: *Healing Troubled Waters: Preparing Trout and Salmon Habitat for a Changing Climate*. Trout Unlimited, Arlington, VA, 12 pp. <http://www.tu.org/climatechange>

[265] Daily, G.C., T. Soderqvist, S. Aniyar, K. Arrow, P. Dasgupta, P.R. Ehrlich, C. Folke, A. Jansson, B.O. Jansson, N. Kautsky, S. Levin, J. Lubchenco, K.G. Maler, D. Simpson, D. Starrett, D. Tilman, and B. Walker, 2000: Ecology - The value of nature and the nature of value. *Science*, **289(5478)**, 395-396.

[266] Hamilton, J.M. and R.S.J. Tol, 2004: The impact of climate change on tourism and recreation. In: *Human-Induced Climate Change - An Interdisciplinary Assessment* [Schlesinger, M., H.S. Kheshgi, J. Smith, F.C. de la Chesnaye, J.M. Reilly, T. Wilson, and C. Kolstad (eds.)]. Cambridge University Press, Cambridge (UK), pp. 147-155.

[267] Cordell, H.K., B. McDonald, R.J. Teasley, J.C. Bergstrom, J. Martin, J. Bason, and V.R. Leeworthy, 1999: Outdoor recreation participation trends. In: *Outdoor Recreation in American Life: A National Assessment of Demand and Supply Trends* [Cordell, H.K. and S.M. McKinney (eds.)]. Sagamore Publishing, Champaign, IL, pp. 219-321.

[268] Wall, G., 1998: Implications of global climate change for tourism and recreation in wetland areas. *Climatic Change*, **40(2)**, 371-389.

[269] Titus, J.G. and M. Craghan, 2009: Shore protection and retreat. In: *Coastal Elevations and Sensitivity to Sea-level Rise: A Focus on the Mid-Atlantic Region* [J.G. Titus (coordinating lead author), K.E. Anderson, D.R. Cahoon, D.B. Gesch, S.K. Gill, B.T. Gutierrez, E.R. Thieler, and S.J. Williams (lead authors)]. Synthesis and Assessment Product 4.1. U.S. Environmental Protection Agency, Washington, DC, pp. 87-104.

[270] Peterson, C.H., R.T. Barber, K.L. Cottingham, H.K. Lotze, C.A. Simenstad, R.R. Christian, M.F. Piehler, and J. Wilson, 2008: National estuaries. In: *Preliminary Review of Adaptation Options for Climate-sensitive Ecosystems and Resources*. [Julius, S.H., J.M. West (eds.), J.S. Baron, B. Griffith, L.A. Joyce, P. Kareiva, B.D. Keller, M.A. Palmer, C.H. Peterson, and J.M. Scott (authors)]. Synthesis and Assessment Product 4.4. U.S. Environmental Protection Agency, Washington, DC, pp. 7-1 to 7-108.

[271] Titus, J.G. and J.E. Neumann, 2009: Implications for decisions. In: *Coastal Elevations and Sensitivity to Sea-level Rise: A Focus on the Mid-Atlantic Region* [J.G. Titus (coordinating lead author), K.E. Anderson, D.R. Cahoon, D.B. Gesch, S.K. Gill, B.T. Gutierrez, E.R. Thieler, and S.J. Williams (lead authors)]. Synthesis and Assessment Product 4.1. U.S. Environmental Protection Agency, Washington, DC, pp. 141-156.

[272] Confalonieri, U., B. Menne, R. Akhtar, K.L. Ebi, M. Hauengue, R.S. Kovats, B. Revich, and A. Woodward, 2007: Human health. In: *Climate Change 2007: Impacts, Adaptation and Vulnerability*. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Parry, M.L., O.F. Canziani, J.P. Palutikof, P.J. van der Linden, and C.E. Hanson (eds.)]. Cambridge University Press, Cambridge, UK, and New York, pp. 391-431.

BLM_0056077

U.S. Global Change Research Program

**Global Climate Change Impacts in the United States**

[273] Borden, K.A. and S.L. Cutter, 2008: Spatial patterns of natural hazards mortality in the United States. *International Journal of Health Geographics*, **7:64**, doi:10.1186/1476-072X-7-64.

[274] Gamble, J.L., K.L. Ebi, A. Grambsch, F.G. Sussman, T.J. Wilbanks, C.E. Reid, K. Hayhoe, J.V. Thomas, and C.P. Weaver, 2008: Introduction. In: *Analyses of the Effects of Global Change on Human Health and Welfare and Human Systems* [Gamble, J.L. (ed.), K.L. Ebi, F.G. Sussman, and T.J. Wilbanks (authors)]. Synthesis and Assessment Product 4.6. U.S. Environmental Protection Agency, Washington, DC, pp. 13-37.

[275] Brikowski, T.H., Y. Lotan, and M.S. Pearle, 2008: Climate-related increase in the prevalence of urolithiasis in the United States. *Proceedings of the National Academy of Sciences*, **105(28)**, 9841-9846.

[276] Semenza, J.C., 1999: Acute renal failure during heat waves. *American Journal of Preventive Medicine*, **17(1)**, 97.

[277] Luber, G.E. and L.M Conklin, 2006: Heat-related deaths: United States, 1999–2003. *Morbidity and Mortality Weekly Report*, **55(29)**, 796-798.

[278] Zanobetti, A. and J. Schwartz, 2008: Temperature and mortality in nine US cities. *Epidemiology*, **19(4)**, 563-570.

[279] Davis, R.E., P.C. Knappenberger, P.J. Michaels, and W.M. Novicoff, 2003: Changing heat-related mortality in the United States. *Environmental Health Perspectives*, **111(14)**, 1712-1718.

[280] U.S. Energy Information Administration, 2005: Table HC10.6: Air conditioning characteristics by U.S. census region, 2005. In: *2005 Residential Energy Consumption Survey*. Data available at <http://www.eia.doe.gov/emeu/recs/recs2005/hc2005_tables/detailed_tables2005.html>

[281] U.S. Energy Information Administration, 2005: Table 2: Type of air-conditioning equipment by census region and survey year. In: *2005 Residential Energy Consumption Survey*. Data available at <http://www.eia.doe.gov/emeu/consumptionbriefs/recs/actrends/recs_ac_trends_table2.html>

[282] Sheridan, S.C., A.J. Kalkstein, and L.S. Kalkstein, 2008: Trends in heat-related mortality in the United States, 1975–2004. *Natural Hazards*, **50(1)**, 145-160.

[283] Hayhoe, K., K. Cherkauer, N. Schlegal, J. VanDorn, S. Vavrus, and D. Wuebbles, 2009: Regional climate change projections for Chicago and the Great Lakes. *Journal of Great Lakes Research*, in press.

[284] Hayhoe, K., D. Cayan, C.B. Field, P.C. Frumhoff, E.P. Maurer, N.L. Miller, S.C. Moser, S.H. Schneider, K.N. Cahill, E.E. Cleland, L. Dale, R. Drapek, R.M. Hanemann, L.S. Kalkstein, J. Lenihan, C.K. Lunch, R.P. Neilson, S.C. Sheridan, and J.H. Verville, 2004: Emissions pathways, climate change, and impacts on California. *Proceedings of the National Academy of Sciences*, **101(34)**, 12422-12427.

[285] Vavrus, S. and J. van Dorn, 2008: Projected future temrperature and precipitation extremes in Chicago. *Journal of Great Lakes Research*, in press.

[286] Lemmen, D.S. and F.J. Warren (eds.), 2004: *Climate Change Impacts and Adaptation: A Canadian Perspective*. Climate Change Impacts and Adaptation Program, Natural Resources Canada, Ottawa, ON, 174 pp. <http://adaptation.nrcan.gc.ca/perspective/pdf/report_e.pdf>

[287] Ebi, K.L., J. Smith, I. Burton, and J. Scheraga, 2006: Some lessons learned from public health on the process of adaptation. *Mitigation and Adaptation Strategies for Global Change*, **11(3)**, 607-620.

[288] Ebi, K.L., T.J. Teisberg, L.S. Kalkstein, L. Robinson, and R.F. Weiher, 2004: Heat watch/warning systems save lives: estimated costs and benefits for Philadelphia 1995-98. *Bulletin of the American Meteorological Society*, **85(8)**, 1067-1073.

[289] Medina-Ramon, M. and J. Schwartz, 2007: Temperature, temperature extremes, and mortality: a study of acclimatisation and effect modification in 50 U.S. cities. *Occupational and Environmental Medicine*, **64(12)**, 827-833.

[290] U.S. Environmental Protection Agency, 2008: *National Air Quality: Status and Trends through 2007*. U.S. EPA Air Quality Assessment Division, Research Triangle Park, NC, 48 pp. <http://www.epa.gov/airtrends/2008/index.html>

[291] Tao, Z., A. Williams, H.-C. Huang, M. Caughey, and X.-Z. Liang, 2007: Sensitivity of U.S. surface ozone to future emissions and climate changes. *Geophysical Research Letters*, **34**, L08811, doi:10.1029/2007GL029455.

[292] California Air Resources Board, 2007: *Recent Research Findings: Health Effects of Particulate Matter and Ozone Air Pollution*. [Online fact sheet] California Air Resources Board, [Sacramento], 7 pp. <http://www.arb.ca.gov/research/health/fs/pm_ozone-fs.pdf>

[293] California Climate Action Team, 2006: *Climate Action Team Report to Governor Schwarzenegger and the Legislature*. California Environmental Protection Agency, Sacramento, 107 pp. <http://www.climatechange.ca.gov/climate_action_team/reports/index.html>

[294] Westerling A.L., H.G. Hidalgo, D.R. Cayan, and T.W. Swetnam, 2006: Warming and earlier spring increase western U.S. forest wildfire activity. *Science*, **313(5789)**, 940-943.

[295] Rhode Island Public Transit Authority, Undated: *Air Quality Alert Days Program*. [Web site] <http://www.ripta.com/content259.html>

[296] Friedman, M.S., K.E. Powell, L. Hutwagner, L.M. Graham, and W.G. Teague, 2001: Impact of changes in transportation and commuting behaviors during the 1996 Summer Olympic Games in Atlanta on air quality and childhood asthma. *Journal of the American Medical Association*, **285(7)**, 897-905.

[297] Wuebbles, D.J., H. Lei, and J-T. Lin, 2007: Intercontinental transport of aerosols and photochemical oxidants from Asia and its consequences. *Environmental Pollution*, **150**, 65-84.

[298] Bell, M.L., R. Goldberg, C. Hogrefe, P. Kinney, K. Knowlton, B. Lynn, J. Rosenthal, C. Rosenzweig, and J.A. Patz, 2007: Climate change, ambient ozone, and health in 50 U.S. cities. *Climatic Change*, **82(1-2)**, 61-76.

[299] U.S. Environmental Protection Agency, 2008: *National Pollutant Discharge Elimination System (NPDES) Combined Sewer Overflows Demographics*. [Web site] <http://cfpub.epa.gov/npdes/cso/demo.cfm?program_id=5>

[300] Tibbetts, J., 2005: Combined sewer systems: down, dirty, and out of date. *Environmental Health Perspectives*, **113(7)**, A464-A467.

[301] U.S. Environmental Protection Agency, 2008: *Clean Watersheds Needs Survey 2004: Report to Congress*. U.S. Environmental Protection Agency, Washington, DC. <http://www.epa.gov/cwns/2004rtc/cwns2004rtc.pdf>

[302] Patz, J.A., S.J. Vavrus, C.K. Uejio, and S.L. McClellan, 2008: Climate change and waterborne disease risk in the Great Lakes region of the U.S. *American Journal of Preventive Medicine*, **35(5)**, 451-458.

[303] Centers for Disease Control and Prevention, 2009: *West Nile Virus: Statistics, Surveillance, and Control*. [Web site] <http://www.cdc.gov/ncidod/dvbid/westnile/surv&control.htm>

[304] Kilpatrick, A.M., M.A. Meola, R.M. Moudy, and L.D. Kramer, 2008: Temperature, viral genetics, and the transmission of West Nile virus by *Culex pipiens* mosquitoes. *PLoS Pathogens*, **4(6)**, e1000092. doi:10.1371/journal.ppat.1000092

[305] Sussman, F.G., M.L. Cropper, H. Galbraith, D. Godschalk, J. Loomis, G. Luber, M. McGeehin, J.E. Neumann, W.D. Shaw, A. Vedlitz, and S. Zahran, 2008: Effects of global change on human welfare. In: *Analyses of the Effects of Global Change on Human*

**178**

BLM_0056078

*Health and Welfare and Human Systems* [Gamble, J.L. (ed.), K.L. Ebi, F.G. Sussman, and T.J. Wilbanks (authors)]. Synthesis and Assessment Product 4.6. U.S. Environmental Protection Agency, Washington, DC, pp. 111-168.

[306] Smith, J.B. and D. Tirpak (eds.), 1989: *The Potential Effects of Global Climate Change on the United States* U.S. Environmental Protection Agency, Washington, DC, 413 pp.

[307] Ziska, L.H. and F.A. Caulfield, 2000: Rising $CO_2$ and pollen production of common ragweed (*Ambrosia artemisiifolia L.*), a known allergy-inducing species: implications for public health. *Australian Journal of Plant Physiology*, **27(10)**, 893-898.

[308] Mohan J.E., L.H. Ziska, W.H. Schlesinger, R.B. Thomas, R.C. Sicher, K. George, and J.S. Clark, 2006: Biomass and toxicity responses of poison ivy (*Toxicodendron radicans*) to elevated atmospheric $CO_2$ *Proceedings of the National Academy of Sciences*, **103(24)**, 9086-9089.

[309] Hunt, R., D.W. Hand, M.A. Hannah, and A.M. Neal, 1991: Response to $CO_2$ enrichment in 27 herbaceous species. *Functional Ecology*, **5(3)**, 410-421.

[310] Ziska, L.H., 2003: Evaluation of the growth response of six invasive species to past, present and future atmospheric carbon dioxide. *Journal of Experimental Botany*, **54(381)**, 395-404.

[311] CDC, 2007: *2007 National Diabetes Fact Sheet.* Centers for Disease Control and Prevention, Atlanta, GA, 14 pp. <http://www.cdc.gov/diabetes/pubs/factsheet07.htm>

[312] Patz, J.A., H.K. Gibbs, J.A. Foley, J.V. Rogers, and K.R. Smith, 2007: Climate change and global health: quantifying a growing ethical crisis. *EcoHealth*, **4(4)**, 397-405.

[313] Wilbanks, T.J., P. Kirshen, D. Quattrochi, P. Romero-Lankao, C. Rosenzweig, M. Ruth, W. Solecki, J. Tarr, P. Larsen, and B. Stone, 2008: Effects of global change on human settlements. In: *Analyses of the Effects of Global Change on Human Health and Welfare and Human Systems* [Gamble, J.L. (ed.), K.L. Ebi, F.G. Sussman, and T.J. Wilbanks (authors)]. Synthesis and Assessment Product 4.6. U.S. Environmental Protection Agency, Washington, DC, pp. 89-109.

[314] U.S. Census Bureau, 2005: *Domestic Net Migration in the United States: 2000 to 2004: Population Estimates and Projections.* <http://www.census.gov/prod/2006pubs/p25-1135.pdf>

[315] U.S. General Accounting Office, 2003: *Alaska Native Villages: Most Are Affected by Flooding and Erosion, but Few Qualify for Federal Assistance.* GAO-04-142. U.S. General Accounting Office, Washington, DC, 82 pp. <http://purl.access.gpo.gov/GPO/LPS42077>

[316] Gamble, J.L., K.L. Ebi, F.G. Sussman, T.J. Wilbanks, C. Reid, J.V. Thomas, and C.P. Weaver, 2008: Common themes and research recommendations. In: *Analyses of the Effects of Global Change on Human Health and Welfare and Human Systems* [Gamble, J.L. (ed.), K.L. Ebi, F.G. Sussman, and T.J. Wilbanks (authors)]. Synthesis and Assessment Product 4.6. U.S. Environmental Protection Agency, Washington, DC, pp. 169-176.

[317] United States Conference of Mayors, 2005: *U.S. Conference of Mayors Climate Protection Agreement,* as endorsed by the 73rd Annual U.S. Conference of Mayors meeting, Chicago, 2005. <http://usmayors.org/climateprotection/agreement.htm>

[318] Semenza, J.C., J.E. McCullough, W.D. Flanders, M.A. McGeehin, and J.R. Lumpkin, 1999: Excess hospital admissions during the July 1995 heat wave in Chicago. *American Journal of Preventive Medicine*, **16(4)**, 269-277.

[319] Borden, K.A., M.C. Schmidtlein, C.T. Emrich, W.W. Piegorsch, and S.L. Cutter, 2007: Vulnerability of U.S. cities to environmental hazards. *Journal of Homeland Security and Emergency Management*, **4(2)**, article 5. <http://www.bepress.com/jhsem/vol4/iss2/5>

[320] van Kamp, I., K. Leidelmeijer, G. Marsman, and A. de Hollander, 2003: Urban environmental quality and human well-being: towards a conceptual framework and demarcation of concepts; a literature study. *Landscape and Urban Planning*, **65(1-2)**, 5-18.

[321] Grimmond, S., 2007: Urbanization and global environmental change: local effects of urban warming. *Geographical Journal*, **173(1)**, 83-88.

[322] Anderson, C.A., 2001: Heat and violence. *Current Directions in Psychological Science*, **10(1)**, 33-38.

[323] Anderson, C.A., B.J. Bushman, and R.W. Groom, 1997: Hot years and serious and deadly assault: empirical test of the heat hypothesis. *Journal of Personality and Social Psychology*, **73(6)**, 1213-1223.

[324] Milly, P.C.D., R.T. Wetherald, K.A. Dunne, and T.L. Delworth, 2002: Increasing risk of great floods in a changing climate. *Nature*, **415(6871)**, 514-517.

[325] Miller, N.L., K. Hayhoe, J. Jin, and M. Auffhammer, 2008: Climate, extreme heat, and electricity demand in California. *Journal of Applied Meteorology and Climatology*, **47(6)**, 1834-1844.

[326] Wang, J.X.L. and J.K. Angell, 1999: *Air Stagnation Climatology for the United States (1948-1998).* NOAA/Air Resources Laboratory atlas no.1. NOAA Air Resources Laboratory, Silver Spring, MD, 74 pp.

[327] Riebsame, W.E., S.A. Changnon Jr., and T.R. Karl, 1991: *Drought and Natural Resources Management in the United States: Impacts and Implications of the 1987–89 Drought.* Westview Press, Boulder, CO, 174 pp.

[328] NOAA's National Climatic Data Center, 2009: *NCDC Climate Monitoring: U.S. Records* [Web site] <http://www.ncdc.noaa.gov/oa/climate/research/records/>

[329] NOAA's National Climatic Data Center, 2009: *U.S. Percent Area Wet or Dry.* [Web site] <http://www.ncdc.noaa.gov/img/climate/research/2008/ann/Reg110_wet-dry_bar01001208-mod_pg.gif>

[330] Leung L.R. and W.I. Gustafson Jr., 2005: Potential regional climate change and implications to U.S. air quality. *Geophysical Research Letters*, **32**, L16711, doi:10.1029/2005GL022911.

[331] Several U.S. Department of Energy reports document the increase in electricity demand to provide air-conditioning in hotter summers in many regions of the country: Chapter 2: Carbon dioxide emissions. In: *Emissions of Greenhouse Gases in the United States 2002.* Report released 2004. <http://www.eia.doe.gov/oiaf/1605/archive/gg03rpt/index.html>; *South Atlantic Household Electricity Report.* Release date: 2006. <http://www.eia.doe.gov/emeu/reps/enduse/er01_so-atl.html>; *South Central Appliance Report 2001.* Updated 2005. <http://www.eia.doe.gov/emeu/reps/appli/w_s_c.html>

[332] CCSP, 2007: *Effects of Climate Change on Energy Production and Use in the United States.* [Wilbanks, T.J., V. Bhatt, D.E. Bilello, S.R. Bull, J. Ekmann, W.C. Horak, Y.J. Huang, M.D. Levine, M.J. Sale, D.K. Schmalzer, and M.J. Scott (eds.)]. Synthesis and Assessment Product 4.5. U.S. Department of Energy, Office of Biological & Environmental Research, Washington, DC, 160 pp. See chapters 2 and 3.

[333] Daily data were used for both air stagnation and heat waves:
  1. Heat waves:
    • The GHCN-Daily dataset from NCDC was used <http://www.ncdc.noaa.gov/oa/climate/ghcn-daily/>
    • Data from 979 U.S. stations having long periods of record and high quality.
    • At each station, a day was considered hot if the maximum temperature for that day was at or above the 90% of daily maximum temperatures at that station.
  2. Air stagnation:

**179**

U.S. Global Change Research Program

**Global Climate Change Impacts in the United States**

• For each day in summer and at each air-stagnation grid point, it was determined if that location had stagnant air:

◦ The stagnation index was formulated by Wang, J.X.L. and J.K. Angell, 1999: *Air Stagnation Climatology for the United States (1948-1998)*. NOAA/Air Resources Laboratory atlas no.1 NOAA Air Resources Laboratory, Silver Spring, MD, 74 pp. <http://www.arl.noaa.gov/documents/reports/atlas.pdf>

◦ Operational implementation of this index is described at <http://www.ncdc.noaa.gov/oa/climate/research/stagnation/index.php>

*Note:* Although Wang and Angell used a criteria of four day stagnation periods, single stagnation days were used for this analysis.

3. For each location in the stagnation grid, the nearest station (of the aforementioned 979 U.S. stations) was used to determine the coincidence of summer days having stagnant air and excessive heat as a percentage of the number of days having excessive heat.

334 Solecki, W.D. and C. Rosenzweig, 2006: Climate change and the city: observations from metropolitan New York. In: *Cities and Environmental Change* [Bai, X. (ed.)]. Yale University Press, New York.

335 Rosenzweig, C. and W. Solecki (eds.), 2001: *Climate Change and a Global City: The Potential Consequences of Climate Variability and Change – Metro East Coast.* Columbia Earth Institute, New York. <http://metroeast_climate.ciesin.columbia.edu/>

336 Kirshen, P., M. Ruth, W. Anderson, T.R. Lakshmanan, S. Chapra, W. Chudyk, L. Edgers, D. Gute, M. Sanayei, and R. Vogel, 2004: *Climate's Long-term Impacts on Metro Boston (CLIMB) Final Report.* Civil and Environmental Engineering Department, Tufts University, 165 pp. <http://www.clf.org/uploadedFiles/CLIMB_Final_Report.pdf>

337 Grimm, N.B., S.H. Faeth, N.E. Golubiewski, C.L. Redman, J. Wu, X. Bai, and J.M. Briggs, 2008: Global change and the ecology of cities. *Science*, **319(5864)**, 756-760.

338 Kuo, F.E. and W.C. Sullivan, 2001: Environment and crime in the inner city: Does vegetation reduce crime? *Environment and Behavior*, **33(3)**, 343-367.

339 Julius, S.H., J.M. West, G. Blate, J.S. Baron, B. Griffith, L.A. Joyce, P. Kareiva, B.D. Keller, M. Palmer, C. Peterson, and J.M. Scott, 2008: Executive summary. In: *Preliminary Review of Adaptation Options for Climate-sensitive Ecosystems and Resources* [Julius, S.H. and J.M. West (eds.), J.S. Baron, B. Griffith, L.A. Joyce, P. Kareiva, B.D. Keller, M.A. Palmer, C.H. Peterson, and J.M. Scott (authors)]. Synthesis and Assessment Product 4.4. U.S. Environmental Protection Agency, Washington, DC, pp. 1-1 to 1-6.

340 Baker, L.A., A.J. Brazel, N. Selover, C. Martin, N. McIntyre, F.R. Steiner, A. Nelson, and L. Musacchio, 2002: Urbanization and warming of Phoenix (Arizona, USA): impacts, feedbacks, and mitigation. *Urban Ecosystems*, **6(3)**, 183-203.

341 LoVecchio, F., J.S. Stapczynski, J. Hill, A.F. Haffer, J.A. Skindlov, D. Engelthaler, C. Mrela, G.E. Luber, M. Straetemans, and Z. Duprey, 2005: Heat-related mortality – Arizona, 1993-2002, and United States, 1979-2002. *Morbidity and Mortality Weekly Report*, **54(25)**, 628-630.

342 Scott, D., J. Dawson, and B. Jones, 2008: Climate change vulnerability of the US Northeast winter recreation–tourism sector. *Mitigation and Adaptation Strategies for Global Change*, **13(5-6)**, 577-596.

343 Bin, O., C. Dumas, B. Poulter, and J. Whitehead, 2007: *Measuring the Impacts of Climate Change on North Carolina Coastal Resources.* National Commission on Energy Policy, Washington, DC, 91 pp. <http://econ.appstate.edu/climate/>

344 Mills, E., 2005: Insurance in a climate of change. *Science*, **309(5737)**, 1040-1044.

345 Adapted from U.S. Government Accountability Office, 2007: *Climate Change: Financial Risks to Federal and Private Insurers in Coming Decades are Potentially Significant.* U.S. Government Accountability Office, Washington, DC, 68 pp. <http://purl.access.gpo.gov/GPO/LPS89701> Data shown are not adjusted for inflation.

346 Pielke Jr., R.A., J. Gratz, C.W. Landsea, D. Collins, M. Saunders, and R. Musulin, 2008: Normalized hurricane damages in the United States: 1900-2005. *Natural Hazards Review*, **9(1)**, 29-42.

347 Rosenzweig, C., G. Casassa, D.J. Karoly, A. Imeson, C. Liu, A. Menzel, S. Rawlins, T.L. Root, B. Seguin, and P. Tryjanowski, 2007: Assessment of observed changes and responses in natural and managed systems. In: *Climate Change 2007: Impacts, Adaptation and Vulnerability.* Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Parry, M.L., O.F. Canziani, J.P. Palutikof, P.J. van der Linden, and C.E. Hanson, (eds.)]. Cambridge University Press, Cambridge, UK, and New York, pp. 79-131.

348 Pielke Jr., R.A., 2005: Attribution of disaster losses. *Science*, **310(5754)**, 1615; and Mills, E., 2005: Response. *Science*, **310(5754)**, 1616.

349 Mills, E., 2009: A global review of insurance industry responses to climate change. *The Geneva Papers on Risk and Insurance–Issues and Practice*, in press.

350 Meehl, G.A. and C. Tebaldi, 2004: More intense, more frequent, and longer lasting heat waves in the 21st century. *Science*, **305(5686)**, 994-997.

351 Mills, E., 2006: Synergisms between climate change mitigation and adaptation: an insurance perspective. *Mitigation and Adaptation Strategies for Global Change*, **12(5)**, 809-842.

352 U.S. Government Accountability Office, 2007 [data]; assembled by Evan Mills, Lawrence Berkeley National Laboratory.

353 Reeve, N. and R. Toumi, 1999: Lightning activity as an indicator of climate change. *Quarterly Journal of the Royal Meteorological Society*, **125(555)**, 893-903.

354 Price, C. and D. Rind, 1994: Possible implications of global climate change on global lightning distributions and frequencies. *Journal of Geophysical Research*, **99(D5)**, 10823-10831.

355 Ross, C., E. Mills, and S. Hecht, 2007: Limiting liability in the greenhouse: insurance risk-management in the context of global climate change. *Stanford Environmental Law Journal and Stanford Journal of International Law, Symposium on Climate Change Risk*, **26A/43A**, 251-334.

356 Nutter, F.W., 1996: Insurance and the natural sciences: partners in the public interest. *Research Review: Journal of the Society of Insurance Research*, **Fall**, 15-19.

357 Federal Emergency Management Agency, 2008: *Emergency Management Institute.* [Web site] <http://training.fema.gov/EMIWeb/CRS/>

358 Bernstein, L., J. Roy, K.C. Delhotal, J. Harnisch, R. Matsuhashi, L. Price, K. Tanaka, E. Worrell, F. Yamba, and Z. Fengqi, 2007: Industry. In: *Climate Change 2007: Mitigation of Climate Change.* Contribution of Working Group III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Metz, B., O.R. Davidson, P.R. Bosch, R. Dave, and L.A. Meyer (eds.)]. Cambridge University Press, Cambridge, UK, and New York, pp. 447-496.

359 Hayhoe, K., C.P. Wake, B. Anderson, X.-Z. Liang, E. Maurer, J. Zhu, J. Bradbury, A. DeGaetano, A. Hertel, and D. Wuebbles, 2008: Regional climate change projections for the northeast U.S. *Mitigation and Adaptation Strategies for Global Change*, **13(5-6)**, 425-436.

360 New York City Department of Health and Mental Hygiene, 2006: Deaths associated with heat waves in 2006. In: *NYC Vital Signs:*

**180**

*Investigation Report, Special Report.* Department of Health and Mental Hygiene, New York, 4 pp. <http://www.nyc.gov/html/doh/downloads/pdf/survey/survey-2006heatdeaths.pdf>

[361] Kunkel, K.E., H.-C. Huang, X.-Z. Liang, J.-T. Lin, D. Wuebbles, Z. Tao, A. Williams, M. Caughey, J. Zhu, and K. Hayhoe, 2008: Sensitivity of future ozone concentrations in the northeast U.S. to regional climate change. *Mitigation and Adaptation Strategies for Global Change*, **13(5-6)**, 597-606.

[362] Hauagge, R. and J.N. Cummins, 1991: Phenotypic variation of length of bud dormancy in apple cultivars and related malus species. *Journal of the American Society for Horticultural Science*, **116(1)**, 100-106.

[363] DeMoranville, C., 2007: Personal communication from May 29, 2008. Experts at the University of Massachusetts Cranberry Station estimate cranberry chilling requirements to be around 1,200-1,400 hours, but they advise growers to seek 1,500 hours to avoid crop failure. There are 4-5 commonly grown cultivars but no low-chill varieties. Dr. Carolyn DeMoranville is the director of the UMass Cranberry Station, a research and extension center of UMass-Amherst.

[364] Iverson, L., A. Prasad, and S. Matthews, 2008: Potential changes in suitable habitat for 134 tree species in the northeastern United States. *Mitigation and Adaptation Strategies for Global Change*, **13(5-6)**, 487-516.

[365] U.S. Department of Agriculture (USDA) National Agriculture Statistics Service (NASS), 2002: *Statistics by State*. [Web site] <http://www.nass.usda.gov/Statistics_by_State/>

[366] St. Pierre, N.R., B. Cobanov, and G. Schnitkey, 2003: Economic losses from heat stress by U.S. livestock industries. *Journal of Dairy Science*, **86(E Sup)**, E52- E77.

[367] Gornitz, V., S. Couch, and E.K. Hartig, 2001: Impacts of sea level rise in the New York City metropolitan area. *Global and Planetary Change*, **32(1)**, 61-88.

[368] AIR Worldwide Corporation, 2008: *The Coastline at Risk: 2008 Update to the Estimated Insured Value of U.S. Coastal Properties.* AIR Worldwide Corporation, Boston, MA, 3 pp. <http://www.air-worldwide.com/download.aspx?c=388&id=15836>

[369] Kirshen, P., C. Watson, E. Douglas, A. Gontz, J. Lee, and Y. Tian, 2008: Coastal flooding in the northeastern United States due to climate change. *Mitigation and Adaptation Strategies for Global Change*, **13(5-6)**, 437-451.

[370] Bowman, M., D. Hill, F. Buonaiuto, B. Colle, R. Flood, R. Wilson, R. Hunter, and J. Wang, 2008: Threats and responses associated with rapid climate change in metropolitan New York. In: *Sudden and Disruptive Climate Change: Exploring the Real Risks and How We Can Avoid Them.* [MacCracken, M.C., F. Moore, and J.C. Topping Jr. (eds.)]. Earthscan, London and Sterling, VA, pp. 119-142.

[371] Titus, J.G., 2009: Ongoing adaptation. In: *Coastal Elevations and Sensitivity to Sea-level Rise: A Focus on the Mid-Atlantic Region* [J.G. Titus (coordinating lead author), K.E. Anderson, D.R. Cahoon, D.B. Gesch, S.K. Gill, B.T. Gutierrez, E.R. Thieler, and S.J. Williams (lead authors)]. Synthesis and Assessment Product 4.1. U.S. Environmental Protection Agency, Washington, DC, pp. 157-162.

[372] International Snowmobile Manufacturers Association, 2006: *International Snowmobile Industry Facts and Figures.* [Web site] <http://www.snowmobile.org/pr_snowfacts.asp>

[373] Northeast Climate Impact Assessment (NECIA), 2006: *Climate Change in the U.S. Northeast: A Report of the Northeast Climate Impacts Assessment.* Union of Concerned Scientists, Cambridge, MA, 35 pp.

[374] Atlantic States Marine Fisheries Commission, 2005: *American Lobster.* [Web site] <http://www.asmfc.org/americanLobster.htm>

[375] Fogarty, M.J., 1995: Populations, fisheries, and management. In: *The Biology of the American Lobster* Homarus americanus. [Factor, J.R. (ed.)]. Academic Press, San Diego, CA, pp. 111-137.

[376] Glenn, R.P. and T.L. Pugh, 2006: Epizootic shell disease in American lobster (*Homarus americanus*) in Massachusetts coastal waters: interactions of temperature, maturity, and intermolt duration. *Journal of Crustacean Biology*, **26(4)**, 639-645.

[377] Fogarty, M., L. Incze, K. Hayhoe, D. Mountain, and J. Manning, 2008: Potential climate change impacts on Atlantic cod (*Gadus morhua*) off the northeastern United States. *Mitigation and Adaptation Strategies for Global Change*, **13(5-6)**, 453-466.

[378] Dutil, J.-D. and K. Brander, 2003: Comparing productivity of North Atlantic cod (*Gadus morhua*) stocks and limits to growth production. *Fisheries Oceanography*, **12(4-5)**, 502-512.

[379] Drinkwater, K.F., 2005: The response of Atlantic cod (*Gadus morhua*) to future climate change. *ICES Journal of Marine Science*, **62(7)**, 1327-1337.

[380] Karl, T.R. and R.W. Knight, 1998: Secular trends of precipitation amount, frequency, and intensity in the United States. *Bulletin of the American Metrological Society*, **79(2)**, 231-241.

[381] Keim, B.D., 1997: Preliminary analysis of the temporal patterns of heavy rainfall across the southeastern United States. *Professional Geographer*, **49(1)**, 94-104.

[382] Observed changes in precipitation for the Southeast were calculated from the US Historical Climatology Network Version 2. See Menne, M.J., C.N. Williams, and R.S. Vose, 2009: The United States Historical Climatology Network Monthly Temperature Data - Version 2. *Bulletin of the American Meteorological Society*, Early online release, 25 February 2009, doi:10.1175/2008BAMS2613.1

[383] Temperature:
   Menne, M.J., C.N. Williams, and R.S. Vose, 2009: The United States Historical Climatology Network Monthly Temperature Data - Version 2. *Bulletin of the American Meteorological Society*, Early online release, 25 February 2009, doi:10.1175/2008BAMS2613.1
   Precipitation:
   NOAA's National Climatic Data Center, 2008: *The USHCN Version 2 Serial Monthly Dataset.* [Web site] <http://www.ncdc.noaa.gov/oa/climate/research/ushcn/>

[384] Hoyos, C.D., P.A. Agudelo, P.J. Webster, and J.A. Curry, 2006: Deconvolution of the factors contributing to the increase in global hurricane intensity. *Science*, **312(577)**, 94-97.

[385] Mann, M.E. and K.A. Emanuel, 2006: Atlantic hurricane trends linked to climate change. *EOS Transactions of the American Geophysical Union*, **87(24)**, 233, 244.

[386] Trenberth, K.E. and D.J. Shea, 2006: Atlantic hurricanes and natural variability in 2005. *Geophysical Research Letters*, **33**, L12704, doi:10.1029/2006GL026894.

[387] Webster, P.J., G.J. Holland, J.A. Curry, and H.-R. Chang, 2005: Changes in tropical cyclone number, duration, and intensity in a warming environment. *Science*, **309(5742)**, 1844-1846.

[388] Komar, P.D. and J.C. Allan, 2007: Higher waves along U.S. East Coast linked to hurricanes. *EOS Transactions of the American Geophysical Union*, **88(30)**, 301.

[389] Change calculated from daily minimum temperatures from NCDC's Global Historical Climatology Network - Daily data set. <http://www.ncdc.noaa.gov/oa/climate/ghcn-daily/>

[390] Nicholls, R.J., P.P. Wong, V.R. Burkett, J.O. Codignotto, J.E. Hay, R.F. McLean, S. Ragoonaden, and C.D. Woodroffe, 2007: Coastal systems and low-lying areas. In: *Climate Change 2007: Impacts, Adaptations and Vulnerability.* Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Parry, M.L., O.F. Canziani, J.P. Palutikof, P.J. van der Linden, and C.E. Hanson (eds.)]. Cambridge University Press, Cambridge, UK, and New York, pp. 316-356.

**181**

U.S. Global Change Research Program

**Global Climate Change Impacts in the United States**

[391] Boyles, S., 2008: *Heat Stress and Beef Cattle*. Ohio State University Extension Service. <http://beef.osu.edu/library/heat.html>

[392] Convention on Biological Diversity, 2006: *Guidance for Promoting Synergy Among Activities Addressing Biological Diversity, Desertification, Land Degradation and Climate Change*. CBD technical series 25. Secretariat of the Convention on Biological Diversity, Montreal, Canada, 43 pp. <http://www.biodiv.org/doc/publication/cbd-ts-25.pdf>

[393] Burkett, V., 2008: The northern Gulf of Mexico coast: human development patterns, declining ecosystems, and escalating vulnerability to storms and sea level rise. In: *Sudden and Disruptive Climate Change: Exploring the Real Risks and How We Can Avoid Them*. [MacCracken, M.C., F. Moore, and J.C. Topping (eds.)]. Earthscan Publications, London [UK], and Sterling, VA, pp. 101-118.

[394] Twilley, R.R., E. Barron, H.L. Gholz, M.A. Harwell, R.L. Miller, D.J. Reed, J.B. Rose, E. Siemann, R.G. Welzel, and R.J. Zimmerman, 2001: *Confronting Climate Change in the Gulf Coast Region: Prospects for Sustaining Our Ecological Heritage*. Union of Concerned Scientists, Cambridge, MA, and Ecological Society of America, Washington, DC, 82 pp.

[395] USGS, photos and images:
*Photos on the left*:
Tihansky, A.B., 2005: Before-and-after aerial photographs show coastal impacts of Hurricane Katrina. *Sound Waves*, September. <http://soundwaves.usgs.gov/2005/09/fieldwork2.html>
*Images on the right*:
Adapted from Fauver, I., 2007: Predicting flooding and coastal hazards: USGS hydrologists and geologists team up at the National Hurricane Conference to highlight data collection. *Sounds Waves*, June. <http://soundwaves.usgs.gov/2007/06/meetings.html>

[396] Barras, J.A., 2006: *Land Area Change in Coastal Louisiana After the 2005 Hurricanes: A Series of Three Maps*. U.S. Geological Survey open-file report 2006-1274. <http://pubs.usgs.gov/of/2006/1274/>

[397] Main Development Region of the Atlantic Ocean is defined in: Bell, G.D., E. Blake, C.W. Landsea, S.B. Goldenberg, R. Pasch, and T. Kimberlain, 2008: Tropical cyclones: Atlantic basin. In: Chapter 4: The Tropics, of *State of the Climate in 2007* [Levinson, D.H. and J.H. Lawrimore (eds.)]. *Bulletin of the American Meteorological Society*, **89(Supplement)**, S68-S71.

[398] Williams, K.L., K.C. Ewel, R.P. Stumpf, F.E. Putz, and T.W. Workman, 1999: Sea-level rise and coastal forest retreat on the west coast of Florida. *Ecology*, **80(6)**, 2045-2063.

[399] McNulty, S.G., J.M. Vose, and W.T. Swank, 1996: Potential climate change affects on loblolly pine productivity and hydrology across the southern United States. *Ambio*, **25(7)**, 449-453.

[400] Zimmerman, R.J., T.J. Minello, and L.P. Rozas, 2002: Salt marsh linkages to productivity of penaeid shrimps and blue crabs in the northern Gulf of Mexico. In: *Concepts and Controversies in Tidal Marsh Ecology* [Weinstein, M.P. and D.A. Kreeger (eds.)]. Kluwer, Dordrecht and Boston, pp. 293-314.

[401] U.S. Army Corps of Engineers, 2009: *Risk Reduction Plan: Levees/Floodwalls/Armoring*. [Web site] U.S. Army Corps of Engineers New Orleans District. <http://www.mvn.usace.army.mil/hps2/hps_levees_flood_armor.asp>

[402] Kling, G.W., K. Hayhoe, L.B. Johnson, J.J. Magnuson, S. Polasky, S.K. Robinson, B.J. Shuter, M.M. Wander, D.J. Wuebbles, and D.R. Zak, 2003: *Confronting Climate Change in the Great Lakes Region: Impacts on Our Communities and Ecosystems*. Union of Concerned Scientists, Cambridge, MA, and Ecological Society of America, Washington, DC, 92 pp. <http://www.ucsusa.org/greatlakes/>

[403] Hayhoe, K., D. Wuebbles, and the Climate Science Team, 2008: *Climate Change and Chicago: Projections and Potential Impacts*.
City of Chicago, [175 pp.] <http://www.chicagoclimateaction.org/>

[404] Wuebbles, D.J. and K. Hayhoe, 2004: Climate change projections for the United States Midwest. *Mitigation and Adaptation Strategies for Global Change*, **9(4)**, 335-363.

[405] Ebi, K.L. and G.A. Meehl, 2007: The heat is on: climate change and heat waves in the Midwest. In: *Regional Impacts of Climate Change: Four Case Studies in the United States*. Pew Center on Global Climate Change, Arlington, VA, pp. 8-21. <http://www.pewclimate.org/regional_impacts>

[406] Kalkstein, L.S., J.S. Green, D.M. Mills, A.D. Perrin, J.P. Samenow, and J.-C. Cohen, 2008: Analog European heat waves for U.S. cities to analyze impacts on heat-related mortality. *Bulletin of the American Meteorological Society*, **89(1)**, 75-85.

[407] Hayhoe, K., S. Sheridan, J.S. Greene and L. Kalkstein, 2009: Climate change, heat waves, and mortality projections for Chicago. *Journal of Great Lakes Research*, in press.

[408] Lin, J.-T., K.O. Patten, X.-Z. Liang, and D.J. Wuebbles, 2008: Climate change effects on ozone air quality in the United States and China with constant precursor emissions. *Journal of Applied Meteorology and Climatology*, **47(7)**, 1888-1909.

[409] Holloway, T., S.N. Spak, D. Barker, M. Bretl, K. Hayhoe, J. Van Dorn, and D. Wuebbles, 2008: Change in ozone air pollution over Chicago associated with global climate change. *Journal of Geophysical Research*, **113**, D22306, doi:10.1029/2007JD009775.

[410] Hedegaard, G.B., J. Brandt, J.H. Christensen, L.M. Frohn, C. Geels, K.M. Hansen, and M. Stendel, 2008: Impacts of climate change on air pollution levels in the Northern Hemisphere with special focus on Europe and the Arctic. *Atmospheric Chemistry and Physics*, **8(12)**, 3337-3367.

[411] Several different city of Chicago analyses have substantiated the finding of up to 77 degree difference – for example, see City of Chicago, Department of Environment, Undated: *City Hall Rooftop Garden*. [Web site] <http://egov.cityofchicago.org/city/webportal/portalDeptCategoryAction.do?deptCategoryOID=-536889314&contentType=COC_EDITORIAL&topChannelName=Dept&entityName=Environment&deptMainCategoryOID=-536887205>

[412] Angel, J. and K. Kunkel, 2009: The response of Great Lakes water level to future climate scenarios with an emphasis on Lake Michigan. *Journal of Great Lakes Research*, in press.

[413] Annin, P., 2006: *The Great Lakes Water Wars*. Island Press, Washington, DC, 303 pp.

[414] Assel, R.A., 2003: *An Electronic Atlas of Great Lakes Ice Cover, Winters: 1973-2002*. NOAA Great Lakes Environmental Research Laboratory, Ann Arbor, MI, 2 CD-ROM set or DVD. <http://www.glerl.noaa.gov/data/ice/atlas>

[415] Changnon, S.A. (ed.), 1996: *The Great Flood of 1993: Causes, Impacts and Responses*. Westview Press, Boulder, CO, 321 pp.

[416] Changnon, S.A. and K.E. Kunkel, 2006: *Severe Storms in the Midwest*. Illinois State Water Survey, Champaign, IL, 74 pp. <http://www.sws.uiuc.edu/pubdoc/IEM/ISWSIEM2006-06.pdf>

[417] Kunkel, K.E., K. Andsager, G. Conner, W.L. Decker, H.J. Hilaker Jr., P.N. Knox, F.V. Nurnberger, J.C. Rogers, K. Scheeringa, W.M. Wendland, J. Zandlo, and J.R. Angel, 1998: An expanded digital daily database for climatic resources applications in the midwestern United States. *Bulletin of the American Meteorological Society*, **79(7)**, 1357-1366.

[418] Agricultural Research Service, 1990: *USDA Plant Hardiness Zone Map*. Agricultural Research Service, Washington, DC, 1 map.
Arbor Day Foundation, 2006: *Hardiness Zones*. [Web site] The Arbor Day Foundation, Nebraska City, NE. <http://www.arborday.org/media/zones.cfm>

BLM_0056082

419 Woodhouse, C.A. and J.T. Overpeck, 1998: 2000 years of drought variability in the central United States. *Bulletin of the American Meteorological Society*, **79(12)**, 2693-2714.

420 DeGaetano, A.T. and R.J. Allen, 2002: Trends in twentieth-century temperature extremes across the United States. *Journal of Climate*, **15(22)**, 3188-3205.

421 Garbrecht, J., M. Van Liew, and G.O. Brown, 2004: Trends in precipitation, streamflow, and evapotranspiration in the Great Plains of the United States. *Journal of Hydrologic Engineering*, **9(5)**, 360-367.

422 McGuire, V., 2007: *Water-level Changes in the High Plains Aquifer, Predevelopment to 2005 and 2003 to 2005.* U.S. Geological Survey scientific investigations report 2006–5324. U.S. Geological Survey, Reston, VA, 7 pp. <http://pubs.usgs.gov/sir/2006/5324/>

423 Dennehy, K. 2000: *High Plains Regional Ground-Water Study.* U.S. Geological Survey fact sheet FS-091-00, 6 pp. <http://pubs.er.usgs.gov/usgspubs/fs/fs09100>

424 Gurdak, J.J., R.T. Hanson, P.B. McMahon, B.W. Bruce, J.E. McCray, G.D. Thyne, and R.C. Reedy, 2007: Climate variability controls on unsaturated water and chemical movement, High Plains aquifer, USA. *Vadose Zone Journal*, **6(3)**, 533-547.

425 Green, T.R., M. Taniguchi, and H. Kooi, 2007: Potential impacts of climate change and human activity on subsurface water resources. *Vadose Zone Journal*, **6(3)**, 531-532.

426 Data from the PRISM Group, Oregon State University <http://www.prismclimate.org>; Map created by National Climatic Data Center, March 2009.

427 Mahmood, R., S.A. Foster, T. Keeling, K.G. Hubbard, C. Carlson, and R. Leeper, 2006: Impacts of irrigation on 20th century temperature in the northern Great Plains. *Global and Planetary Change*, **54(1-2)**, 1-18.

428 Moore, N. and S. Rojstaczer, 2002: Irrigation's influence on precipitation: Texas High Plains, USA. *Geophysical Research Letters*, **29(16)**, 1755, doi:10.1029/2002GL014940.

429 Schubert, S.D., M.J. Suarez, P.J. Pegion, R.D. Koster, and J.T. Bacmeister, 2004: On the cause of the 1930s Dust Bowl. *Science*, **303(5665)**, 1855-1859.

430 Motha, R.P. and W. Baier, 2005: Impacts of present and future climate change and climate variability on agriculture in the temperate regions: North America. *Climatic Change*, **70(1-2)**, 137-164.

431 Izaurralde, R.C., N.J. Rosenberg, R.A. Brown, and A.M. Thomson, 2003: Integrated assessment of Hadley Center (HadCM2) climate-change impacts on agricultural productivity and irrigation water supply in the conterminous United States: Part II. Regional agricultural production in 2030 and 2095. *Agricultural and Forest Meteorology*, **117(1-2)**, 97-122.

432 Ziska, L. and K. George, 2004: Rising carbon dioxide and invasive, noxious plants: potential threats and consequences. *World Resource Review*, **16**, 427-447.

433 Parton, W., M. Gutmann, and D. Ojima, 2007: Long-term trends in population, farm income, and crop production in the Great Plains. *Bioscience*, **57(9)**, 737-747.

434 Reilly, J., F. Tubiello, B. McCarl, D. Abler, R. Darwin, K. Fuglie, S. Hollinger, C. Izaurralde, S. Jagtap, J. Jones, L. Mearns, D. Ojima, E. Paul, K. Paustian, S. Riha, N. Rosenberg, and C. Rosenzweig, 2003: U.S. agriculture and climate change: new results. *Climatic Change*, **57(1-2)**, 43-69.

435 Allen, V.G., C.P. Brown, R. Kellison, E. Segarra, T. Wheeler, P.A. Dotray, J.C. Conkwright, C.J. Green, and V. Acosta-Martinez, 2005: Integrating cotton and beef production to reduce water withdrawal from the Ogallala aquifer in the southern high plains. *Agronomy Journal*, **97(2)**, 556-567.

436 Hanson, J.D., M.A. Liebig, S.D. Merrill, D.L. Tanaka, J.M. Krupinsky, and D.E. Stott, 2007: Dynamic cropping systems:

increasing adaptability amid an uncertain future. *Agronomy Journal*, **99(4)**, 939-943.

437 Cameron, G.N. and D. Scheel, 2001: Getting warmer: effect of global climate change on distribution of rodents in Texas. *Journal of Mammalogy*, **82(3)**, 652-680.

438 Levia, D.F. and E.E. Frost, 2004: Assessment of climatic suitability for the expansion of *Solenopsis invicta* Buren in Oklahoma using three general circulation models. *Theoretical and Applied Climatology*, **79(1-2)**, 23-30.

439 Peterson, A.T., 2003: Projected climate change effects on Rocky Mountain and Great Plains birds: generalities of biodiversity consequences. *Global Change Biology*, **9(5)**, 647-655.

440 Niemuth, N.D. and J.W. Solberg, 2003: Response of waterbirds to number of wetlands in the prairie pothole region of North Dakota, USA. *Waterbirds*, **26(2)**, 233-238.

441 Conway, W.C., L.M. Smith, and J.D. Ray, 2005: Shorebird breeding biology in wetlands of the Playa Lakes, Texas, USA. *Waterbirds*, **28(2)**, 129-138.

442 Scanlon, B., R. Reedy, and J. Tachovsky, 2007: Semiarid unsaturated zone chloride profiles: archives of past land use change impacts on water resources in the southern High Plains, United States. *Water Resources Research*, **43**, W06423, doi:10.1029/2006WR005769.

443 Haukos, D.A. and L.M. Smith, 2003: Past and future impacts of wetland regulations on playa ecology in the southern Great Plains. *Wetlands*, **23(3)**, 577-589.

444 Matthews, J., 2008: *Anthropogenic Climate Change in the Playa Lakes Joint Venture Region: Understanding Impacts, Discerning Trends, and Developing Responses.* Playa Lakes Joint Venture, Lafayette, CO, 40 pp. <http://www.pljv.org/cms/climate-change>

445 Playa Lakes Joint Venture, Undated: *Playas and the Ogallala Aquifer – What's the Connection?* Playa Lakes Joint Venture, Lafayette, CO, 2 pp. <http://www.pljv.org/assets/Media/Recharge.pdf>

446 U.S. Census Bureau, 2007: *Census Bureau Announces Most Populous Cities.* Press release June 28, 2007. <http://www.census.gov/Press-Release/www/releases/archives/population/010315.html>

447 Ebi, K.L., D.M. Mills, J.B. Smith, and A. Grambsch, 2006: Climate change and human health impacts in the United States: an update on the results of the US national assessment. *Environmental Health Perspectives*, **114(9)**, 1318-1324.

448 Nielsen, D.C., P.W. Unger, and P.R. Miller, 2005: Efficient water use in dryland cropping systems in the Great Plains. *Agronomy Journal*, **97(2)**, 364-372.

449 NOAA's National Climatic Data Center, 2008: Southwest region Palmer Hydrological Drought index (PHDI). In: *Climate of 2008 – October: Southwest Region Moisture Status.* [Web site] NOAA National Climatic Data Center, Asheville, NC. <http://www.ncdc.noaa.gov/img/climate/research/prelim/drought/Reg107Dv00_palm06_pg.gif>

450 Guhathakurta, S. and P. Gober, 2007: The impact of the Phoenix urban heat island on residential water use. *Journal of the American Planning Association*, **73(3)**, 317-329.

451 Gleick, P.H., 1988: Regional hydrologic consequences of increases in atmospheric $CO_2$ and other trace gases. *Climatic Change*, **10(2)**, 137-160.

452 Woodhouse, C.A., S.T. Gray, and D.M. Meko, 2006: Updated streamflow reconstructions for the upper Colorado River basin. *Water Resources Research*, **42**, W05415, doi:10.1029/2005WR004455.

453 Meko, D.M., C.A. Woodhouse, C.A. Basisan, T. Knight, J.J. Lukas, M.K. Hughes, and M.W. Salzer, 2007: Medieval drought in the upper Colorado River basin. *Geophysical Research Letters*, **34**, L10705, doi:10.1029/2007GL029988.

454 Stine, S., 1994: Extreme and persistent drought in California and Patagonia during mediaeval time. *Nature*, **369(6481)**, 546-549.

**183**

455 Breshears, D.D., N.S. Cobb, P.M. Rich, K.P. Price, C.D. Allen, R.G. Balice, W.H. Romme, J.H. Hastens, M.L. Floyd, J. Belnap, J.J. Anderson, O.B. Myers, and C.W. Meyer, 2005: Regional vegetation die-off in response to global-change drought. *Proceedings of the National Academy of Sciences*, **102(42)**, 15144-15148.

456 Archer, C.L. and K. Caldiera, 2008: Historical trends in the jet streams. *Geophysical Research Letters*, **35**, L08803, doi:10.1029/2008GL033614.

457 McAfee, S.A. and J.L. Russell, 2008: Northern annular mode impact on spring climate in the western United States. *Geophysical Research Letters*, **35**, L17701, doi:10.1029/2008GL034828.

458 Westerling, A.L., H.G. Hidalgo, D.R. Cayan, and T.W. Swetnam, 2006: Warming and earlier spring increase western U.S. forest wildfire activity. *Science*, **313(5789)**, 940-943.

459 Lenihan, J.M., D. Bachelet, R.P. Neilson, and R. Drapek, 2008: Response of vegetation distribution, ecosystem productivity, and fire to climate change scenarios for California. *Climatic Change*, **87(Supplement 1)**, S215-S230.

460 Westerling, A.L. and B.P. Bryant, 2008: Climate change and wildfire in California. *Climatic Change*, **87(Supplement 1)**, S231-S249.

461 Fried, J.S., J.K. Gilless, W.J. Riley, T.J. Moody, C.S. de Blas, K. Hayhoe, M. Moritz, S. Stephens and M. Torn, 2008: Predicting the effect of climate change on wildfire behavior and initial attack success. *Climatic Change*, **87(Supplement 1)**, S251-S264.

462 Moritz, M.A. and S.L. Stephens, 2008: Fire and sustainability: considerations for California's altered future climate. *Climatic Change*, **87(Supplement 1)**, S265-S271.

463 Rehfeldt, G.E., N.L. Crookston, M.V. Warwell, and J.S. Evans, 2006: Empirical analyses of plant-climate relationships for the western United States. *International Journal of Plant Sciences*, **167(6)**, 1123-1150.

464 Weiss, J. and J.T. Overpeck, 2005: Is the Sonoran Desert losing its cool? *Global Change Biology*, **11(12)**, 2065-2077.

465 Dole, K.P., M.E. Loik, and L.C. Sloan, 2003: The relative importance of climate change and the physiological effects $CO_2$ on freezing tolerance for the future distribution of *Yucca brevifolia*. *Global and Planetary Change*, **36(1-2)**, 137-146.

466 Loarie, S.R., B.E. Carter, K. Hayhoe, S. McMahon, R. Moe, C.A. Knight, and D.D. Ackerley, 2008: Climate change and the future of California's endemic flora. *PLoS ONE*, **3(6)**, e2502, doi:10.1371/journal.pone.0002502.

467 Myers, N., R.A. Mittermeier, C.G. Mittermeier, G.A.B. daFonseca, and J. Kent, 2000: Biodiversity hotspots for conservation priorities. *Nature*, **403(6772)**, 853-858.

468 Mittermeier R.A., P. Robles Gil, M. Hoffman, J. Pilgrim, T. Brooks, C. Goettsch Mittermeier, J. Lamoreux, and G.A.B. da Fonseca, 2005: *Hotspots Revisited: Earth's Biologically Richest and Most Endangered Terrestrial Ecoregions*. Conservation International, Washington DC, 392 pp.

469 Farjon, A. and C.N. Page (eds.), 1999: *Conifers: Status Survey and Conservation Action Plan*. IUCN/SSC Conifer Specialist Group. International Union for Conservation of Nature and Natural Resources, Gland, Switzerland, and Cambridge, UK, 121 pp.

470 Nixon, K.C., 1993: The genus *Quercus* in Mexico. In: *Biological Diversity of Mexico: Origins and Distribution* [Ramamoorthy, T.P., R. Bye, A. Lot, and J. Fa (eds.)]. Oxford University Press, New York, 812 pp.

471 Brower, L.P., G. Castilleja, A. Peralta, J. López-García, L. Bojórquez-Tapia, S. Díaz, D. Melgarejo, and M. Missrie, 2002: Quantitative changes in forest quality in a principal overwintering area of the monarch butterfly in Mexico, 1971–1999. *Conservation Biology*, **16(2)**, 346-359.

472 Goodrich, G. and A. Ellis, 2008: Climatic controls and hydrologic impacts of a recent extreme seasonal precipitation reversal in

Arizona. *Journal of Applied Meteorology and Climatology*, **47(2)**, 498-508.

473 Allan, R.P. and B.J. Soden, 2008: Atmospheric warming and the amplifications of precipitation extremes. *Science*, **321(5895)**, 1481-1484.

474 Bales, R.C., N.P. Molotch, T.H. Painter, M.D. Dettinger, R. Rice, and J. Dozier, 2006: Mountain hydrology of the western United States. *Water Resources Research*, **42**, W08432, doi:10.1029/2005WR004387.

475 Delta Risk Management Strategy, 2008: Section 2: Sacramento/San Joaquin Delta and Suisun Marsh. In: *Phase I Report: Risk Analysis*. California Department of Water Resources, [13 pp.] <http://www.drms.water.ca.gov>

476 Delta Risk Management Strategy, 2008: Summary report. In: *Phase I Report: Risk Analysis*. California Department of Water Resources, [42 pp.] <http://www.drms.water.ca.gov>

477 Zimmerman, G., C. O'Brady, and B. Hurlbutt, 2006: Climate change: modeling a warmer Rockies and assessing the implications. In: *The 2006 State of the Rockies Report Card*. Colorado College, Colorado Springs, pp. 89-102. <http://www.coloradocollege.edu/stateoftherockies/06ReportCard.html>

478 Lazar, B. and M. Williams, 2008: Climate change in western ski areas: potential changes in the timing of wet avalanches and snow quality for the Aspen ski areas in the years 2030 and 2100. *Cold Regions Science and Technology*, **51(2-3)**, 219-228.

479 Kleeman, M.J., 2008: A preliminary assessment of the sensitivity of air quality in California to global change. *Climatic Change*, **87(Supplement 1)**, S273-S292.

480 Vicuna, S., R. Leonardson, M.W. Hanemann, L.L. Dale, and J.A. Dracup, 2008: Climate change impacts on high elevation hydropower generation in California's Sierra Nevada: a case study in the upper American River. *Climatic Change*, **87(Supplement 1)**, S123-S137.

481 Medellín-Azuara, J., J.J. Harou, M.A. Olivares, K. Madani, J.R. Lund, R.E. Howitt, S.K. Tanaka, M.W. Jenkins, and T. Zhu, 2008: Adaptability and adaptations of California's water supply system to dry climate warming. *Climatic Change*, **87(Supplement 1)**, S75-S90.

482 Baldocchi, D. and S. Wong, 2008: Accumulated winter chill is decreasing in the fruit growing regions of California. *Climatic Change*, **87(Supplement 1)**, S153-S166.

483 Lobell, D., C. Field, K. Nicholas Cahill, and C. Bonfils, 2006: Impacts of future climate change on California perennial crop yields: model projections with climate and crop uncertainties. *Agricultural and Forest Meteorology*, **141(2-4)**, 208-218.

484 Purkey, D.R., B. Joyce, S. Vicuna, M.W. Hanemann, L.L. Dale, D. Yates, and J.A. Dracup, 2008: Robust analysis of future climate change impacts on water for agriculture and other sectors: a case study in the Sacramento Valley. *Climatic Change*, **87(Supplement 1)**, S109-S122.

485 Mote, P.W., 2003: Trends in temperature and precipitation in the Pacific Northwest during the twentieth century. *Northwest Science*, **77(4)**, 271-282.

486 Mote, P., E. Salathé, V. Dulière, and E. Jump, 2008: *Scenarios of Future Climate for the Pacific Northwest*. Climate Impacts Group, University of Washington, Seattle, 12 pp. <http://cses.washington.edu/db/pubs/abstract628.shtml>

487 Hamlet, A.F., P.W. Mote, M. Clark, and D.P. Lettenmaier, 2005: Effects of temperature and precipitation variability on snowpack trends in the western United States. *Journal of Climate*, **18(21)**, 4545-4561.

488 Mote, P.W., 2006: Climate-driven variability and trends in mountain snowpack in western North America. *Journal of Climate*, **19(23)**, 6209-6220.

BLM_0056084

489 Payne, J.T., A.W. Wood, A.F. Hamlet, R.N. Palmer, and D.P. Lettenmaier, 2004: Mitigating the effects of climate change on the water resources of the Columbia River basin. *Climatic Change*, **62(1-3)**, 233-256.

490 Figure provided by the Climate Impacts Group, University of Washington, Seattle. <http://cses.washington.edu/cig/>

491 Mote, P.W., A.F. Hamlet, M.P. Clark, and D.P. Lettenmaier, 2005: Declining mountain snowpack in western North America. *Bulletin of the American Meteorological Society*, **86(1)**, 39-49.

492 Hamlet, A.F. and D.P. Lettenmaier, 2007: Effects of 20th century warming and climate variability on flood risk in the western U.S. *Water Resources Research*, **43**, W06427, doi:10.1029/2006WR005099.

493 Bonneville Power Administration, 2001: *The Columbia River System Inside Story*. Internal report DOE/BP-3372. Bonneville Power Administration, Portland OR, 2nd edition, 78 pp. <http://www.bpa.gov/corporate/Power_of_Learning/docs/columbia_river_inside_story.pdf>

494 Casola, J.H., J.E. Kay, A.K. Snover, R.A. Norheim, L.C. Whitely Binder, and Climate Impacts Group, 2005: *Climate Impacts on Washington's Hydropower, Water Supply, Forests, Fish, and Agriculture*. Center for Science in the Earth System, Joint Institute for the Study of the Atmosphere and Ocean, University of Washington, Seattle, 43 pp. <http://cses.washington.edu/db/pdf/kc05whitepaper459.pdf>

495 Ministry of the Environment, British Columbia, Canada, 2007: *Environmental Trends 2007: The Mountain Pine Beetle in British Columbia*. <http://www.env.gov.bc.ca/soe/et07/pinebeetle.html>

496 Francis, R.C. and N.J. Mantua, 2003: Climatic influences on salmon populations in the northeast Pacific. In: *Assessing Extinction Risk for West Coast Salmon* [MacCall, A.D. and T.C. Wainwright (eds.)]. NOAA technical memo NMFS-NWFSC-56. National Marine Fisheries Service, [Washington, DC], pp. 37-67. <http://www.nwfsc.noaa.gov/assets/25/3946_06162004_130044_tm56.pdf>

497 Salathé, E.P., 2005: Downscaling simulations of future global climate with application to hydrologic modelling. *International Journal of Climatology*, **25(4)**, 419-436.

498 Mote, P.W., A. Petersen, S. Reeder, H. Shipman, and L. Whitely Binder, 2008: *Sea Level Rise Scenarios for Washington State*. Center for Science in the Earth System, Joint Institute for the Study of the Atmosphere and Oceans, University of Washington, Seattle, and Washington Department of Ecology, Lacey, 11 pp. <http://www.cses.washington.edu/db/pdf/moteetalslr579.pdf>

499 Petersen, A.W., 2007: *Anticipating Sea Level Rise Response in Puget Sound*. M.M.A. thesis, School of Marine Affairs. University of Washington, Seattle, 73 pp.

500 Snover, A.K., L. Whitely Binder, J. Lopez, E. Willmott, J. Kay, D. Howell, and J. Simmonds, 2007: *Preparing for Climate Change: A Guidebook for Local, Regional, and State Governments*. The Climate Impacts Group, University of Washington, and King County, Washington, in association with and published by ICLEI – Local Governments for Sustainability, Oakland, CA, 172 pp.

501 Fitzpatrick, J., R.B. Alley, J. Brigham-Grette, G.H. Miller, L. Polyak, and M. Serreze, 2008: Preface: Why and how to use this synthesis and assessment report. In: *Past Climate Variability and Change in the Arctic and at High Latitude*. Synthesis and Assessment Product 1.2. U.S. Geological Survey, Reston, VA, pp. 8-21.

502 Data provided by Dr. Glenn Juday, School of Natural Resources and Agricultural Science, Agricultural and Forestry Experiment Station, University of Alaska, Fairbanks.

503 Euskirchen, E.S., A.D. McGuire, D.W. Kicklighter, Q. Zhuang, J.S. Clein, R.J. Dargaville, D.G. Dye, J.S. Kimball, K.C. McDonald, V.E. Melillo, V.E. Romanovsky, and N.V. Smith, 2006: Importance of recent shifts in soil thermal dynamics on growing season length, productivity, and carbon sequestration in terrestrial high-latitude ecosystems. *Global Change Biology*, **12(4)**, 731-750.

504 Euskirchen, E.S., A.D. McGuire, and F.S. Chapin III, 2007: Energy feedbacks of northern high-latitude ecosystems to the climate system due to reduced snow cover during 20th century warming. *Global Change Biology*, **13(11)**, 2425-2438.

505 Barber, V.A., G.P. Juday, and B.P. Finney, 2000: Reduced growth of Alaskan white spruce in the twentieth century from temperature-induced drought stress. *Nature*, **405 (6787)**, 668-673.

506 Juday, G.P., V. Barber, P. Duffy, H. Linderholm, T.S. Rupp, S. Sparrow, E. Vaganov, and J. Yarie, 2005: Forests, land management, and agriculture. In: *Arctic Climate Impact Assessment*. Cambridge University Press, Cambridge, UK, and New York, pp. 781-862. <http://www.acia.uaf.edu/pages/scientific.html>

507 Balshi, M.S., A.D. McGuire, P. Duffy, M. Flannigan, J. Walsh, and J.M. Melillo, 2008: Assessing the response of area burned to changing climate in western boreal North America using a Multivariate Adaptive Regression Splines (MARS) approach. *Global Change Biology*, **15(3)**, 578-600.

508 Berman, M., G.P. Juday, and R. Burnside, 1999: Climate change and Alaska's forests: people, problems, and policies. In: *Assessing the Consequences of Climate Change in Alaska and the Bering Sea Region*. Proceedings of a workshop at the University of Alaska Fairbanks, 29-30 October 1998. Center for Global Change and Arctic System Research, University of Alaska, pp. 21-42.

509 Fleming, R.A. and W.J.A. Volney, 1995: Effects of climate change on insect defoliator population processes in Canada's boreal forest: some plausible scenarios. *Water, Soil, and Air Pollution*, **82(1-2)**, 445-454.

510 Kasischke, E.S. and M.R. Turetsky, 2006: Recent changes in the fire regime across the North American boreal region - spatial and temporal patterns of burning across Canada and Alaska. *Geophysical Research Letters*, **33**, L09703, doi:10.1029/2006GL025677.

511 Chapin, F.S., III, S.F. Trainor, O. Huntington, A.L. Lovecraft, E. Zavaleta, D.C. Natcher, A.D. McGuire, J.L. Nelson, L. Ray, M. Calef, N. Fresco, H. Huntington, T.S. Rupp, L. DeWilde, and R.A. Naylor, 2008: Increasing wildfire in Alaska's boreal forest: pathways to potential solutions of a wicked problem. *BioScience*, **58(6)**, 531-540.

512 Berner, J. and C. Furgal, 2005: Human health. In: *Arctic Climate Impact Assessment*. Cambridge University Press, Cambridge, UK, and New York, pp. 863-906. <http://www.acia.uaf.edu/pages/scientific.html>

513 Klein, E., E.E. Berg, and R. Dial, 2005: Wetland drying and succession across the Kenai Peninsula Lowlands, south-central Alaska. *Canadian Journal of Forest Research*, **35(8)**, 1931-1941.

514 Riordan, B., D. Verbyla, and A.D. McGuire, 2006: Shrinking ponds in subarctic Alaska based on 1950–2002 remotely sensed images. *Journal of Geophysical Research*, **111**, G04002, doi:10.1029/2005JG000150.

515 Osterkamp, T., 2007: Characteristics of the recent warming of permafrost in Alaska. *Journal of Geophysical Research*, **112**, F02S02, doi:10.1029/2006JF000578.

516 Instanes, A., O. Anisimov, L. Brigham, D. Goering, L.N. Khrustalev, B. Ladanyi, and J.O. Larsen, 2005: Infrastructure: buildings, support systems, and industrial facilities. In: *Arctic Climate Impact Assessment*. Cambridge University Press, Cambridge, UK, and New York, pp. 907-944. <http://www.acia.uaf.edu/pages/scientific.html>

517 Brown, J. and V.E. Romanovsky, 2008: Report from the International Permafrost Association: State of permafrost in the first decade of the 21st century. *Permafrost and Periglacial Processes*, **19(2)**, 255-260.

BLM_0056085

518 Busey, R.C., L.D. Hinzman, J.J. Cassano, and E. Cassano, 2008: Permafrost distributions on the Seward Peninsula: past, present, and future. In: *Proceedings of the Ninth International Conference on Permafrost*, University of Alaska Fairbanks, June 29-July 3, 2008 [Kane, D.L. and K.M. Hinkel (eds.)]. Institute of Northern Engineering, University of Alaska, Fairbanks, pp. 215-220.

519 Shumaker, V.O., 1979: *The Alaska Pipeline*. Julian Messner, New York, 64 pp.

520 Bengtsson, L., K.I. Hodges, and E. Roeckner, 2006: Storm tracks and climate change. *Journal of Climate*, **19(15)**, 3518-3543.

521 U.S. Army Corps of Engineers, 2008: *Newtok Evacuation Center, Mertarvik, Nelson Island, Alaska*. Revised environmental assessment. U.S. Army Corps of Engineers, Alaska District, [Elmendorf AFB, 64 pp.]

522 Jones, B.M., C.D. Arp, M.T. Jorgenson, K.M. Hinkel, J.A. Schmutz, and P.L. Flint, 2009: Increase in the rate and uniformity of coastline erosion in Arctic Alaska. *Geophysical Research Letters*, **36**, L03503, doi:10.1029/2008GL036205.

523 Yin, J.H., 2005: A consistent poleward shift of the storm tracks in simulations of 21st century climate. *Geophysical Research Letters*, **32**, L18701, doi:10.1029/2005GL023684.

524 Salathé, E.P., Jr., 2006: Influences of a shift in North Pacific storm tracks on western North American precipitation under global warming. *Geophysical Research Letters*, **33**, L19820, doi:10.1029/2006GL026882.

525 Data provided by Dr. David Atkinson, International Arctic Research Center, University of Alaska, Fairbanks.

526 Feely, R.A., C.L. Sabine, K. Lee, W. Berelson, J. Kleypas, V.J. Fabry and F.J. Millero, 2004: Impact of anthropogenic $CO_2$ on $CaCO_3$ system in the oceans. *Science*, **305(5682)**, 362-366.

527 Grebmeier, J.M., J.E. Overland, S.E. Moore, E.V. Farley, E.C. Carmack, L.W. Cooper, K.E. Frey, J.H. Helle, F.A. McLaughlin, and S.L. McNutt, 2006: A major ecosystem shift in the northern Bering Sea. *Science*, **311(5766)**, 1461-1464.

528 Ray, G.C., J. McCormick-Ray, P. Berg, and H.E. Epstein, 2006: Pacific walrus: benthic bioturbator of Beringia. *Journal of Experimental Marine Biology and Ecology*, **330(1)**, 403-419.

529 Mueter, F.J. and M.A. Litzow, 2007: Sea ice retreat alters the biogeography of the Bering Sea continental shelf. *Ecological Applications*, **18(2)**, 309-320.

530 Shea, E.L., G. Dolcemascolo, C.L. Anderson, A. Barnston, C.P. Guard, M.P. Hamnett, S.T. Kubota, N. Lewis, J. Loschnigg, and G. Meehl, 2001: *Preparing for a Changing Climate: The Potential Consequences of Climate Variability and Change: Pacific Islands*. East-West Center, Honolulu, HI, 102 pp. <http://www2.eastwestcenter.org/climate/assessment/>

531 Guidry, M.W. and F.T. Mackenzie, 2006: *Climate Change, Water Resources, and Sustainability in the Pacific Basin: Emphasis on O'ahu, Hawai'I and Majuro Atoll, Republic of the Marshall Islands*. University of Hawaii Sea Grant Program, Honolulu, 100 pp. <http://nsgl.gso.uri.edu/hawau/hawaut06001.pdf>

532 CEO, 2004: *Caribbean Environmental Outlook*. [Heileman, S., L.J. Walling, C. Douglas, M. Mason, and M. Chevannes-Creary (eds.)]. United Nations Environmental Programme, Kingston, Jamaica, 114 pp. <http://www.unep.org/geo/pdfs/caribbean_eo.pdf>

533 Church, J.A., N.J. White, and J.R. Hunter, 2006: Sea-level rise at tropical Pacific and Indian Ocean islands. *Global and Planetary Change*, **53(3)**, 155-168.

534 Burns, W.C.G., 2002: Pacific island developing country water resources and climate change. In: *The World's Water* [Gleick, P. (ed.)]. Island Press, Washington, DC, 3rd edition, pp. 113-132.

535 Baker, J.D., C.L. Littnan, and D.W. Johnston, 2006: Potential effects of sea level rise on the terrestrial habitats of endangered and endemic megafauna in the northwestern Hawaiian Islands. *Endangered Species Research*, **2**, 21-30.

536 Firing, Y. and M.A. Merrifield, 2004: Extreme sea level events at Hawaii: influence of mesoscale eddies. *Geophysical Research Letters*, **31**, L24306, doi:10.1029/2004GL021539.

537 Scott, D., M. Overmars, T. Falkland, and C. Carpenter, 2003: *Pacific Dialogue on Water and Climate, Synthesis Report*. South Pacific Applied Geoscience Commission, Fiji Islands, 28 pp. <http://www.oas.org/CDWC/Documents/SIDS%20Paper/Pacific%20Report%20-%20Final.pdf>

538 Hay, J., N. Mimura, J. Campbell, S. Fifita, K. Koshy, R.F. McLean, T. Nakalevu, P. Nunn, and N. deWet, 2003: *Climate Variability and Change and Sea Level Rise in the Pacific Islands Regions: A Resource Book for Policy and Decision Makers, Educators and Other Stakeholders*. South Pacific Regional Environmental Programme (SPREP), Apia, Samoa, 94 pp. <http://www.sprep.org/publication/pub_detail.asp?id=181>

539 Gillespie, R.G., E.M. Claridge, and G.K. Roderick, 2008: Biodiversity dynamics in isolated island communities: interaction between natural and human-mediated processes. *Molecular Ecology*, **17(1)**, 45-57.

540 Becken, S. and J.E. Hay, 2007: *Tourism and Climate Change: Risks and Opportunities*. Channel View Publications, Clevedon, UK, and Buffalo, NY, 329 pp.

541 State of Hawaii, Division of Business, Economic Development, and Tourism, 2008: *Facts and Figures: State of Hawaii*. [Web site] <http://hawaii.gov/dbedt/info/economic/library/facts/state>

542 Cesar, H.S.F. and F.H. van Beukering, 2004: Economic valuation of the coral reefs of Hawaii. *Pacific Science*, **58(2)**, 231-242.

543 Hoegh-Guldberg, O., P.J. Mumby, A.J. Hooten, R.S. Steneck, P. Greenfield, E. Gomez, C.D. Harvell, P.F. Sale, A.J. Edwards, K. Caldeira, N. Knowlton, C.M. Eakin, R. Iglesias-Prieto, N. Muthiga, R.H. Bradbury, A. Dubi, and M.E. Hatziolos, 2007: Coral reefs under rapid climate change and ocean acidification. *Science*, **318(5857)**, 1737-1742.

544 Donner, S.D., W.J. Skirving, C.M. Little, M. Oppenheimer, and O. Hoegh-Guldberg, 2005: Global assessment of coral bleaching and required rates of adaptation under climate change. *Global Change Biology*, **11(12)**, 2251-2265.

545 Paulay, G., L. Kirkendale, G. Lambert, and C. Meyer, 2002: Anthropogenic biotic interchange in a coral reef ecosystem: a case study from Guam. *Pacific Science*, **56(4)**, 403-422.

546 Hotta, M., 2000: The sustainable contribution of fisheries to food security in the Asia and Pacific region: regional synthesis. In: *Sustainable Contribution of Fisheries to Food Security*. Food and Agriculture Organization of the United Nations, Bangkok, Thailand, pp. 1-28. <http://www.fao.org/DOCREP/003/X6956E/x6956e052.htm>

547 Graham, N.A.J., S.K. Wilson, S. Jennings, N.V.C. Polunin, J.P. Bijoux, and J. Robinson, 2006: Dynamic fragility of oceanic coral reef ecosystems. *Proceedings of the National Academy of Sciences*, **103(22)**, 8425-8429.

548 Lehodey, O., M. Bertignac, J. Hampton, A. Lewis, and J. Picaut, 1997: El Niño Southern Oscillation and tuna in the western Pacific. *Nature*, **389(6652)**, 715-718.

549 Crowell, M., S. Edelman, K. Coulton, and S. McAfee, 2007: How many people live in coastal areas? *Journal of Coastal Research*, **23(5)**, iii-vi.

550 Gill, S.K., R. Wright, J.G. Titus, R. Kafalenos, and K. Wright, 2009: Population, land use, and infrastructure. In: *Coastal Elevations and Sensitivity to Sea-level Rise: A Focus on the Mid-Atlantic Region* [J.G. Titus (coordinating lead author), K.E. Anderson, D.R. Cahoon, D.B. Gesch, S.K. Gill, B.T. Gutierrez, E.R. Thieler, and

BLM_0056086

S.J. Williams (lead authors)]. Synthesis and Assessment Product 4.1. U.S. Environmental Protection Agency, Washington, DC, pp. 105-116.

[551] U.S. Commission on Ocean Policy, 2004: *An Ocean Blueprint for the 21st Century.* U.S. Commission on Ocean Policy, Washington, DC. <http://www.oceancommission.gov/documents/full_color_rpt/welcome.html>

[552] Day, J.W., Jr., D.F. Boesch, E.J. Clairain, G.P. Kemp, S.B. Laska, W.J. Mitsch, K. Orth, H. Mashriqui, D.J. Reed, L. Shabman, C.A. Simenstad, B.J. Streever, R.R. Twilley, C.C. Watson, J.T. Wells, and D.F. Whigham, 2007: Restoration of the Mississippi Delta: essons from hurricanes Katrina and Rita. *Science*, **315(5819)**, 1679-1684.

[553] Boesch, D.F. (ed.), 2008: *Global Warming and the Free State: Comprehensive Assessment of Climate Change Impacts in Maryland.* University of Maryland Center for Environmental Science, Cambridge, MA, 85 pp. <http://www.umces.edu/climateimpacts/>

[554] Cazenave, A., K. Dominh, S. Guinehut, E. Berthier, W. Llovel, G. Ramillien, M. Ablain, and G. Larnicol, 2009: Sea level budget over 2003–2008: a reevaluation from GRACE space gravimetry, satellite altimetry and Argo. *Global and Planetary Change*, **65(1-2)**, 83-88.

[555] Vaughan, D.G. and R. Arthern, 2007: Why is it hard to predict the future of ice sheets? *Science*, **315(5818)**, 1503-1504.

[556] Justić, D., N.N. Rabalais, and R.E. Turner, 2003: Simulated responses of the Gulf of Mexico hypoxia to variations in climate and anthropogenic nutrient loading. *Journal of Marine Systems*, **42(2-3)**, 115-126.

[557] Boesch, D.F., V.J. Coles, D.G. Kimmel, and W.D. Miller, 2007: Coastal dead zones and global climate change: ramifications of climate change for Chesapeake Bay hypoxia. In: *Regional Impacts of Climate Change: Four Case Studies in the United States.* Pew Center for Global Climate Change, Arlington, VA, pp. 57-70. <http://www.pewclimate.org/regional_impacts>

[558] Wicks, C., D. Jasinski, and B. Longstaff, 2007: *Breath of Life: Dissolved Oxygen in Chesapeake Bay.* EcoCheck, Oxford, MD, 4 pp. <http://www.eco-check.org/pdfs/do_letter.pdf>

[559] Kimmerer, W.J., E. Garside, and J.J. Orsi, 1994: Predation by an introduced clam as the likely cause of substantial declines in zooplankton of San Francisco Bay. *Marine Ecology Progress Series*, **113**, 81-93.

[560] Carpenter, K.E., M. Abrar, G. Aeby, R.B. Aronson, S. Banks, A. Bruckner, A. Chiriboga, J. Cortés, J.C. Delbeek, L. DeVantier, G.J. Edgar, A.J. Edwards, D. Fenner, H.M. Guzmán, B.W. Hoeksema, G. Hodgson, O. Johan, W.Y. Licuanan, S.R. Livingstone, E.R. Lovell, J.A. Moore, D.O. Obura, D. Ochavillo, B.A. Polidoro, W.F. Precht, M.C. Quibilan, C. Reboton, Z.T. Richards, A.D. Rogers, J. Sanciangco, A. Sheppard, C. Sheppard, J. Smith, S. Stuart, E. Turak, J.E.N. Veron, C. Wallace, E. Weil, and E. Wood, 2008: One-third of reef-building corals face elevated extinction risk from climate change and local impacts. *Science*, **321(5888)**, 560-563.

[561] Chan, F., J.A. Barth, J. Lubchenco, A. Kirincich, H. Weeks, W.T. Peterson, and B.A. Menge, 2008: Emergence of anoxia in the California current large marine ecosystem. *Science*, **319(5865)**, 920.

[562] Data for hypoxia distribution maps made available by Dr. Bill Peterson, (NOAA), the Bonneville Power Administration, Drs. Francis Chan and Jane Lubchenco, (PISCO, Partnership for Interdisciplinary Studies of Coastal Oceans), Drs. Jack Barth and Steve Pierce (Oregon State University/College of Oceanic and Atmospheric Sciences) and NOAA Northwest Fisheries Science Center.

[563] Crozier, L.G., A.P. Hendry, P.W. Lawson, T.P. Quinn, N.J. Mantua, J. Battin, R.G. Shaw, and R.B. Huey, 2008: Potential responses to climate change in organisms with complex life histories: evolution and plasticity in Pacific salmon. *Evolutionary Applications*, **1(2)**, 252-270.

[564] Hondzo, M. and H.G. Stefan, 1991: Three case studies of lake temperature and stratification response to warmer climate. *Water Resoures Research*, **27(8)**, 1837-1846.

[565] Morel, F.M.M., A.M.L. Kraepiel, and M. Amyot, 1998: The chemical cycle and bioaccumulation of mercury. *Annual Review of Ecology and Systematics*, **29**, 543-566.

[566] Williamson, C.E., J.E. Saros, and D.W. Schindler, 2009: Sentinels of change. *Science*, **323(5916)**, 887-888.

[567] Stachowicz, J.J., J.R. Terwin, R.B. Whitlatch, and R.W. Osman, 2002: Linking climate change and biological invasions: ocean warming facilitates nonindigenous species invasions. *Proceedings of the National Academy of Sciences*, **99(24)**, 15497-15500.

[568] Keleher, C.J. and F.J. Rahel, 1996: Thermal limits to salmonid distributions in the Rocky Mountain region and potential habitat loss due to global warming: A Geographic Information System (GIS) approach. *Transactions of the American Fisheries Society*, **125(1)**, 1-13.

[569] McCullough, D., S. Spalding, D. Sturdevant, and M. Hicks, 2001: *Issue Paper 5: Summary of Technical Literature Examining the Physiological Effects of Temperature on Salmonids.* EPA-910-D-01-005, prepared as part of U.S. EPA Region 10 Temperature Water Quality Criteria Guidance Development Project. [EPA Pacific Northwest Regional Office (Region 10), Seattle, WA], 114 pp.

**187**

U.S. Global Change Research Program

**Global Climate Change Impacts in the United States**

## PHOTO AND FIGURE CREDITS

Cover: Blue marble, USA, NASA WorldWind

Inside Cover: USA map, NOAA/NCDC; Water glass, ©iStockphotos.com/luchschen; Tractor trailer ©iStockphotos.com/Clayton Hansen; Hospital scene, ©iStockphotos.com/Jeffrey Smith; San Francisco, Grant Goodge,STG Inc.

Table of Contents: Planet Earth, NASA; Water glass,©iStockphotos.com/luchschen; Tractor trailer©iStockphotos.com/Clayton Hansen; Hospital scene, ©iStockphotos.com/Jeffrey Smith; San Francisco, Grant Goodge,STG Inc.

Throughout the report, Adaptation title texture, ©iStockphotos.com/Bill Noll

Page 6, 13: Planet Earth, NASA

Page 38: Lake Effect snow, Dave Kelly, NOAA National Severe Storms Laboratory

Page 41: Water glass,©iStockphotos.com/luchschen; Skagit River, Philip Mote PhD, Climate Impacts Group, Univ. of Washington

Page 47: Turbidity in New York City's Ashokan, Thurlough Smyth, Climate Change Planning,New York City Department of Environmental Protection, Bureau of Environmental Planning & Assessment

Page 48: Flood water road damage, Grant Goodge, STG Inc.

Page 51: Two Lake Powell photos, John C. Dohrenwend

Page 52: Water and energy corner schematic, Electric Power Research Institute, Palo Alto, CA and Tetra Tech Inc., Lafayette, CA

Page 59: St. Lucie power plant, CCSP SAP 4.5

Page 55: Map, Rocky Bilotta, Earth Resources Technology

Page 60: Hydro-electric dam, Philip Mote PhD, Climate Impacts Group, Univ. of Washington; Ship, NOAA

Page 61: Tractor trailer©iStockphotos.com/claylib; Houses against bridge, Associated Press/Jeff Roberson

Page 65: Kosrae Island photo, John E. Hay

Page 66: Flooded railway Plainfield, IA, Don Becker, USGS

Page 68: Broken bridge, Joe Furr

Page 75: $CO_2$ plant photos, Lewis Ziska, USDA ARS

Page 80: Edith's checkerspot butterfly, Camille Parmesan, University of Texas at Austin

Page 83: Rob Wu, CCSP SAP 4.3

Page 85: Polar bear, Mike Dunn, North Carolina Museum of Natural Sciences

Page 86: Pika, ©iStockphotos.com/Global Exposure; Climate change graphic depicting the changing forests, Boston Globe/Landov

Page 89: Hospital scene, ©iStockphotos.com/Jeffrey Smith

Page 91: Urban heat island, ©Crown Copyright and Licensing, Canada

Page 92: New York and Atlanta smog, Paul Grabhorn

Page 93: Los Angeles smog, ©iStockphotos.com/Stein Photo

Page 95: Mosquito, upper corner, ©iStockphotos.com/Julie Le de Leseleuc; Virus cycle illustration, Deborah Misch, STG Inc.

Page 97: Poison ivy plant and girl scratching, Sara Veasey, NOAA/NCDC

Page 98: EMS officer and woman, Sara Veasey, NOAA/NCDC

Page 99: San Franciso, Grant Goodge, STG Inc., Midwest flood, Associated Press/Jeff Roberson

Page 101: Person in floodwater, Associated Press/Dave Martin; Aerial flood, USGS

Page 109: New York City, Applied Science Associates, Inc.; Boston Deer Island sewage plant, Massachusetts Water Resources Authority

Page 113: Dry Lake Lanier, Kent Frantz, NOAA National Weather Service Southern Regional Headquarters

Page 114: Barrier islands , USGS

Page 115: Fish plant, Barataria Terrebonne; Flooded area, Dr. Kerry St. Pé of the Barataria-Terrebonne National Estuary program

Page 116: Flood levee, U.S. Army Corps of Engineers

Page 118: Chicago map, City of Chicago; Thermal image, Chicago Police Department and the Cook County Sheriff's Department

Page 120: Flooded highway, Missouri Highway & Transportation Department/USGS; Flood of 1993, NOAA

Page 125: Dust bowl, NOAA

Page 126: Mallard duck, ©iStockphotos.com/Andy Gehrig

Page 127: Playa lakes, Katharine Hayhoe, Texas Tech University

Page 128: Seedlings, USDA/NRCS

Page 132: Map, Rocky Bilotta, Earth Resources Technology

Page 142: Alaska pipeline, SSgt. Joshua Strang, U.S. Air Force

Page 143: Leaning trees, NOAA

Page 147: El Niño billboard, NOAA National Weather Service Pacific Region Headquarters

Page 148: Micronesia, Eric L. Gilman

Page 150: Ghost swamp, USGS, National Wetlands Research Center

Page 152: Sea wall, Jack Pellette, National Weather Service

BLM_0056088

## Contact Information

Global Change Research Information Office
c/o U.S. Global Change Research Program Office
1717 Pennsylvania Avenue, NW
Suite 250
Washington, DC 20006
202-223-6262 (voice)
202-223-3065 (fax)

To obtain a copy of this document, place an order at the Global Change Research Information Office (GCRIO) web site: http://www.gcrio.org/orders

## U.S. Global Change Research Program and the Subcommittee on Global Change Research

**Jack Kaye,** Vice Chair,
National Aeronautics and Space Administration,
Acting Director, U.S. Global Change Research
Program

**Allen Dearry**
Department of Health and Human Services

**Anna Palmisano**
Department of Energy

**Mary Glackin**
National Oceanic and Atmospheric Administration

**Charles Vincent**
Department of Defense

**William Hohenstein**
Department of Agriculture

**Linda Lawson**
Department of Transportation

**Thomas Armstrong**
U.S. Geological Survey

**Tim Killeen**
National Science Foundation

**Patrick Neale**
Smithsonian Institution

**William Breed**
U.S. Agency for International Development

**Joel Scheraga**
Environmental Protection Agency

**Jonathan Pershing**
Department of State

### EXECUTIVE OFFICE AND OTHER LIAISONS

**Robert Marlay**
Climate Change Technology Program

**Katharine Gebbie**
National Institute of Standards & Technology

**Jason Bordoff**
Council on Environmental Quality

**Philip DeCola**
Office of Science and Technology Policy

**Stuart Levenbach**
Office of Management and Budget

**Margaret McCalla**
Office of the Federal Coordinator for Meteorology

**Howard Frumkin**
Center for Disease Control

BLM_0056089

BLM_0056090

BLM_0056091

This book summarizes the science of climate change and the impacts of climate change on the United States, now and in the future. It is an authoritative scientific report written in plain language, with the goal of better informing public and private decision making at all levels.



U.S. Global Change Research Program

http://www.globalchange.gov





CAMBRIDGE
UNIVERSITY PRESS
www.cambridge.org

ISBN 978-0-521-14407-0

9 780521 144070

BLM_0056092

# *PROGNATHODON STADTMANI*: (MOSASAURIDAE) A NEW SPECIES FROM THE MANCOS SHALE (LOWER CAMPANIAN) OF WESTERN COLORADO

Michael S. Kass

*Department of Natural Sciences/Continuing Education, Salt Lake Community College, Salt Lake City, UT  84124*
*and*
*Utah Museum of Natural History, University of Utah, Salt Lake City, UT  84112*

## ABSTRACT

The osteology and stratigraphic position of a new specimen of mosasaur, BYU 13082, collected in 1975 near Cedaredge, Colorado from the Mancos "B" member of the Mancos Shale, is described in detail.  This specimen is assigned to the genus *Prognathodon* and appears to be a new species based on differences in the shape of the coronoid, and in the edentulous anterior projection of the dentaries.  The mosasaur carcass was buried or sank rapidly after death through the water column, as shown by preservation of major skull elements in association with a partially articulated vertebral column.  This Mancos Shale mosasaur was found in a thinly laminated, dark gray siltstone, suggesting an off-shore deposit in relatively deep, quiet water.  The associated faunal assemblage includes two types of sharks, inoceramid bivalves, and *Baculites*.  The invertebrates indicate an open marine shelf and date the mosasaur site to the early Campanian *Scaphites hippocrepis* Zone.

## INTRODUCTION

BYU 13082 is an associated skeleton of a single, partially articulated, large, adult mosasaur.  There are adequate characters present to place this specimen within the genus *Prognathodon*, and sufficient distinctive features to describe it as a new species.  Taxonomic classification of the three subfamilies of mosasaurs is based on cranial and vertebral characters (Russell, 1967; Lucas and Reser, 1981), as well as on the humerus and manus (Bell, 1993).  The most diagnostic characters are in the premaxilla, teeth, and quadrate, reflecting an adaptation to the marine environment involving specialized foraging strategies (Bell, 1993).  Generic diagnostic characteristics preserved in BYU 13082 include: the degree of development of the premaxillary rostrum (microrhynchous condition), size of the dentary, moderately procumbent anterior teeth in the dentary, number and type of marginal and pterygoid teeth, and presence of haemal peduncles or chevrons fused to the caudal vertebrae.  This mosasaur appears to be a new species of *Prognathodon* based on differences in the shape of the coronoid, and in the edentulous anterior projection of the dentaries.  This conclusion is further supported by the stratigraphic position in the Early Campanian whereas all other described *Prognathodon* specimens are from Late Campanian or Maastrichtian deposits.

Mosasaur fossils are very common on the eastern side of the Western Interior Seaway, where they are an important constituent in the tetrapod fauna.  By contrast, mosasaur remains have seldom been reported from the Rocky Mountain region (Kues and Lucas, 1985).  The new mosasaur  described in this paper is from the Mancos Shale of Colorado.  This formation is noted for its paucity of vertebrate fossil remains (Wolny and others, 1990; Carter, 1991; Hunt and Lucas 1993; Irby and others, 1994).  Limited taphonomic data allow some  inferences to be drawn from the fossil locality.  The mosasaur was discovered by a high-school freshman, Gary Thompson, on April 1, 1975.  He reported his find to a local science teacher, Richard Jones.  Excavation of the specimen commenced a couple of days after Richard Jones notified paleontologist James Jensen of Brigham Young Univer- sity.

### Institutional Abbreviations

BYU, Brigham Young University, Provo, Utah; CM, Canterbury Museum, Christchurch, New Zealand; FMNH, Field Museum of Natural History, Chicago, Illinois; IRSNB, Institut Royal des Sciences Naturelles de Belgique, Brussels, Belgium; KU, University of Kansas, Lawrence, Kansas; NJGS, New Jersey Geological Survey, Newark, New Jersey; NZGS, New Zealand Geological Survey, Lower Hutt, New Zealand; SDSM, South Dakota School of Mines, Rapid City, South Dakota; and UNM, University of New Mexico, Albuquerque, New Mexico.

## GEOLOGY
### Introduction

The basal Cretaceous strata (figure 1) in western Colorado consist of the predominately progradational nonmarine Dakota Group which intertongues eastward with the overlying transgressive marine Mancos Shale. Overlying the Mancos are marginal marine and nonmarine rocks of the Mesa Verde Group.  In Delta County, Colorado, where the mosasaur fossil was discovered, the relatively non-resistant Mancos Shale forms a broad strike valley between the Book Cliffs to the north and northeast and the Uncompahgre Plateau to the southwest (figure 2).  Deposits of the upper part of the Mancos Shale dip gently (3 to 7 degrees) to the northeast off the Uncompahgre into the Piceance Creek Basin (Young, 1960).

The Mancos Shale was named by Cross (1899) for exposures in the Mancos Valley of southwest Colorado. The Mancos is primarily composed of dark gray to greenish shale with some sandy layers, limestone and calcareous nodules that were deposited offshore in the Western Interior Seaway during the Late Cretaceous. The matrix that entombed the specimen consists of cal-careous silt and very fine sand which gives the matrix around the specimen a gritty texture.  In thin-section the matrix is an argillaceous, medium-to-coarse siltstone



**EXPLANATION**

Figure 1.  Paleogeographic reconstruction of the relative position of the strand line during the early Campanian, Scaphites hippocrepis *fauna Zone. This reconstruction illustrates the initial stage of the gradual shoreline regression that continued throughout the rest of the Campanian in the map area (after Francyzyk and others, 1992).  X - approximate site of mosasaur BYU 13082.*

*Mancos Mosasaur - Kass*



**Figure 2.** *Generalized geology of the Grand Junction-Cedaredge area of western Colorado (modified from Young, 1959). X - Approximate site of mosasaur, BYU 13082.*

composed of 60% to 70% quartz grains. The quartz grains measure 20 to 40 microns (.02-.04 mm) in diameter, and the grains composing the silty matrix are about half that size. This unit has been described as a sandy shale (Young, 1959). For a description of the depositional environment see Kass (1995).

## Stratigraphy

The Mancos of western Colorado has a maximum thickness of 1,219 meters (Hail, 1972), with zones of sandy shale and calcareous concretions. Only the upper 305 meters of the Mancos is exposed at the base of the Book Cliffs (Mesa Verde Group) south of Grand Junction (Young, 1960), where it is divided into five members. In ascending order they have been designated the Tununk Shale, Ferron Sandstone, Blue Gate Shale, Emery Sandstone, and Masuk Shale (Cobban, 1976). However, the Masuk, which has its type section in non-marine deposits of the Henry Mountains, is younger than the marine shales above the Emery (Molenaar, 1983; Cole, 1987) and the unit above the Emery has been referred to as the upper Blue Gate Shale Member of the Mancos Shale (Fouch and others, 1983). The Mancos grades upward and into the Star Point Sandstone (Mesa Verde Group) which represents the initial Campanian regression in this part of the basin. The lowest unit of the Star Point is designated the Panther Tongue. East of the Wasatch Plateau the Panther Tongue pinches out into the upper Blue Gate Shale (Cole, 1987). The Panther Tongue has been assigned to the *Scaphites hippocrepis* Zone, based on marine ostracodes (Fouch and others, 1983). The upper Blue Gate Shale consists of open-marine deposits in the Price, Utah area, but lateral equivalents are generally not named farther to the east (Cole, 1987). Because stratigraphic relationships of late Santonian-early Campanian-age deposits from Utah to Colorado are still unclear, the term Mancos "B" is used for equivalent age rocks in this part of Colorado (Franczyk and others, 1992). The Mancos "B" is an informal stratigraphic unit of subsurface usage (Kellogg, 1977; Fouch and others, 1983; Cole, 1987) whose age, lithologic composition, stratigraphic contacts, and extent are not well defined, but are likely to be of the *S. hippocrepis* Zone (Franczyk and others, 1992). The Mancos "B" has been interpreted as prograding shelf sediments which encountered a sea-bottom shoal, probably related to the incipient uplift of the Douglas Creek Arch, and is thus correlated more to the Blackhawk Formation than to the Emery Member of the Mancos (Cole, 1987). This shoaling produced a slightly higher energy regime which winnowed the mud from the sand. It is this concentration of sand that is commonly referred to as the Mancos "B" (Kellogg, 1977; Cole, 1987). The mosasaur site closely matches the description of the Mancos "B" in time-stratigraphic position and lithology. Cole and others (personal communication, 1994) have proposed naming the sand-shale facies (Mancos "B") between the marine-mudrock facies of the lower and upper Blue Gate Shale of western Colorado as the Prairie Canyon Member of the Mancos Shale. The *Scaphites hippocrepis* Zone probably correlates with the lower half of this new member (R. G. Young, personal communication, 1994).

## ASSOCIATED FAUNA AND AGE

The Mancos sediment in the immediate vicinity of the skeleton was barren of organic remains except for some plant debris. Numerous casts and internal molds of bivalves (figure 3) found at and above the mosasaur site have been identified as *Platyceramus cycloides* (Wegner) and *Endocostea* (*Inoceramus*) *balticus* Bohm (W. A. Cobban, personal communication, 1994). Calcareous concretions containing *Baculites aquilaensis* were found at the approximate mosasaur site, and above the site two specimens of *Baculites haresi* were recovered (figure 3). This particular faunal assemblage is suggestive of the range zone of *Scaphites hippocrepis* (W.A. Cobban, personal communication, 1994). The *S. hippocrepis* Fauna Zone has been radiometrically dated at $81.71 \pm 0.34$ million years ago (Obradovich, 1993).

Found in the matrix during preparation of the field jacket containing the pygal and caudal vertebrae of BYU 13082 were three lateral cusps of an odontaspid or lamnoid shark, tentatively identitifed as *Cretolamna* sp. (G.R. Case, personal communication, 1993), a fourth cusp of an unidentitifed lamnoid shark which has a different morphology than the other cuspids, and one fairly complete anterolateral tooth of *Squalicorax pristodontus* (Bilelo, 1969; Cappetta and Case, 1975; Lauginiger and Harstein, 1983; Cappetta, 1987; Welton and Farish, 1993). There is some utility using *Squalicorax* teeth for low-resolution biostratigraphy (Schwimmer and Williams, 1991) with the lowest stratigraphic range of *S. pristodontus* in thc Campanian (Lauginigcr and Hartstein, 1983; Cappetta, 1987) or Santonian (Bilelo, 1969). For elaboration of the biostratigraphy and paleoecology of the mosasaur site, and the western side of the Late Cretaceous Seaway see Kass (1995).

## METHODS

The fossil bones of BYU 13082 were collected in 1975, and I prepared it seventeen years later, utilizing conventional laboratory techniques.



*Figure 3. Inoceramid fossils found in association with BYU 13082. A, Platycera-*
*mus cyloides (Wegner). B, Endocostea (Inoceramus) balticus. Baculites fossils*
*found in association with BYU 13082. C, Baculites aquilaensis Reeside; D, Bac-*
*ulites aquilaensis Reeside, E, Baculites aquilaensis Reeside; F, Baculites haresi*
*Reeside; G, Baculites haresi Reeside. Scale bar equals 2.5 cm.*

made with illustrations available in the literature. A skeleton of a modern monitor lizard, *Varanus salvator* (Laurenti), a sister taxon with the family Mosasauridae, was also used for identification of some of the fossil bones.

I subjected a sample of bone to x-ray diffraction analysis, then weighed it and treated it with a 10% hydrochloric acid to dissolve the carbonate. For the remaining material I washed, centrifuged, dried, and reweighed it to obtain the mineralogical composition of the fossil bone. I also used a qualitative x-ray fluoresence scan to analyze the relative chemistry of solid bone taken from the centrum of the mosasaur, porous bone taken from the rib, and the enclosing matrix.

The matrix around BYU 13082 was thin-sectioned and easily dissaggregated to study the lithology. Both thin-section and individual grains were examined using a binocular dissection microscope for microfossils for biostratigraphic analysis. Grain-size and composition of the lithology of the mosasaur site has been discussed above.

## SYSTEMATIC PALEONTOLOGY

**Order SQUAMATA Oppel, 1811**
**Family MOSASAURIDAE Gervais, 1853**
**Subfamily PLIOPLATECARPINAE**
**(Dollo, 1884) Williston, 1897**
**Tribe PROGNATHODONTINI Russell, 1967**
**Genus PROGNATHODON Dollo, 1889**
***Prognathodon stadtmani* new species**

### Etymology

In honor of Kenneth Stadtman, Curator of the BYU Earth Science Museum, for his extensive work in paleontology.

### Diagnosis

Small premaxillary rostrum, massively proportioned jaws with strong concavity of the dental margin, heavy dentition. Twelve teeth in maxilla and 14 teeth in dentary. Teeth smooth, bicarinate, and broadly ovate in cross section. Very large pterygoid with dentition almost as large as marginal teeth. Coronoid massive with large medial and anterior/posterior wing and an intermediately developed posterolateral wing. Vertebrae procoelus with articulating surfaces of the vertebrae wider than deep and elliptical in outline. Absence of zygosphenes and zygantra on dorsal vertebrae. Chevrons fused to caudal centra.

I measured the bones of the specimen and entered the dimensions into a data base along with descriptions, notes on preservation, general observations and comparisons to other mosasaurs at the New Jersey State Museum and the American Museum of Natural History, and the relevant literature. Osteological comparisons were

## Type Specimen

BYU 13082, incomplete skull including both premaxillae and maxillae, nearly complete right and left mandibles consisting of dentaries, splenials, angulars, surangulars, and prearticulars; complete left coronoid and fragment of right coronoid; nearly complete left pterygoid; nearly complete left palatine; fragment of frontal; fragment of postorbitalfrontal; incomplete postcranial skeleton consisting of posteriormost dorsal and pygal vertebrae, intermediate and terminal caudal vertebrae, and ribs.

## Type Horizon and Locality

Upper part of Mancos Shale, Upper Blue Gate Member, early Campanian. The site is located NW1/4NW1/4 section 28, T.13S., R.94W., in a roadcut on Cedar Mesa about 0.3 kilometers east of Main Street in the town of Cedaredge, Delta County, Colorado. The Mancos has disconformable upper contacts with Pleistocene alluvial gravels, apparently the remains of old stream terraces (Kent, 1965), and basalt boulders derived from the flows capping Grand Mesa of Bull Lake age (Hail, 1972).

# DESCRIPTION

## Cranial Skeleton

### Skull

The typical mosasaur skull is narrow, elongate, and dorsoventrally compressed which forms a long tapering snout. The skull of BYU 13082 is broad and stout with relatively short jaws typical of *Prognathodon* mosasaurs. *Prognathodon* skulls generally resemble those of *Mosasaurus* in the shape of the head, although the anterior portion of the muzzle is deeper and more bluntly terminated.

### Premaxilla

For descriptive purposes the premaxillae of *P. stadtmani* may be divided into a broad, anterior tooth-bearing apex and a relatively slender internarial bar (figure 4). The premaxillae appear to terminate directly in front of the anteriormost tooth. There are four teeth in the premaxillae of *Prognathodon*, but only three are present in BYU 13082, including the right posterior tooth which is procumbent, left anteriormost tooth, and a small replacement tooth in the left posterior alveolus. No observable foramina are evident in the premaxilla of BYU 13082 which have been described in other specimens of this genus as an irregular row paralleling the dorsal midline (Russell, 1967). This condition in BYU 13082 might be due to poor fossilization. The internarial bar arises from a triangular base enclosed between the anterior wings of the maxilla on the dorsal surface of the skull. In cross section, the internarial bar exhibits the shape of an inverted triangle. The descending keel probably supported a cartilaginous internasal septum posteroventrally, as in *Varanus* (Russell, 1967). The internarial bar is constricted between the external nares. The external nares commence between the third and fourth maxillary teeth.

### Maxilla

The maxillae are very massive and stout (figure 4). A ventral, longitudinally flattened buttress houses the conduit for the maxillary artery and the maxillary division of the trigeminal nerve. The ventral border of the buttress is straight and supports the tooth bases. All teeth in the maxilla have been heavily reconstructed during prior preparation, obscuring most of the details of the dentition. The best preserved teeth appear to be similar to the dentary teeth. The terminal branches of the maxillary nerve emerge through a row of oval foramina which extend in a straight line 25 mm above the probable gum line on the lateral surface of the maxillae as observed by Russell (1967) on other specimens of mosasaurs. The more anterior foramina are extremely small and have been obscured by both poor fossilization and the earlier plaster reconstruction on the maxillae. All foramina face in the same direction and open posteroventrally. The largest foramen present is the posteriormost one which measures 20 mm in length and 5 mm in height. These foramina appear to lead into a small, shallow longitudinal canal along the dorsolateral edge of the alveoli. The right maxilla tooth count is 11 while the left maxilla tooth count is 12. The difference in tooth count is due to an additional tooth erupting on the left maxilla where it tapers to a posterior point. The right maxilla was broken anterior to this taper, so it appears to have had the same total number of teeth as the left maxilla. The three most anterior teeth in the right maxilla are procumbent. All the teeth are preserved on the right maxilla except for alveolus 8 which contains just the bulbous base of that tooth, and alveolus 10 which is represented by a large erupting tooth. The left maxilla dentition is not as well preserved. Teeth in alveoli 1, 5, 6, 10, and 11 are broken and incomplete, alveoli 2, 7, 8, and 9 contain just the bulbous bases of the teeth, and alveolus 12 has an erupting tooth.

### Frontal

Only the posterior portion of the frontal is preserved before the enclosing shaft of the most posterior portion of the internarial bar (figure 5). The most posterior part of the frontal-parietal suture establishing the mesokinetic axis is not preserved. The large, irregular fragment of

BLM_0056098



***Figure 4.*** *Premaxilla and maxilla of the holotype of* Prognathodon stadtmani, *new species, (BYU 13082). A, Left premaxilla and maxilla lateral view. B, right premaxilla and maxilla lateral view. Pmx - premaxilla; Mx - maxilla; Pmxt - premaxilla teeth. Scale bar equals 5 cm.*



***Figure 5.*** *Frontal of the holotype of* Prognathodon stadtmani, *new species (BYU 13082). A, dorsal view. B, ventral view. Mdr - median dorsal ridge; pof - postorbitalfrontal; Prf - prefrontal or suture for prefrontal; P - parietal or suture for parietal; ca - canal. Scale bar equals 7 cm.*

the frontal is solidly fused along the midline of the skull. In dorsal view the frontal forms a wide, flattened plate with a weakly developed median dorsal ridge that is not sharply defined.

On the ventral side of the frontal, a triangular excavation represents the sutures for the prefrontals. It lies lateral to the impressions of the olfactory tract along the ventral midline. A closed semitubular canal expands slightly, presumably for reception of the olfactory lobes. The outline of the cerebral hemispheres is not clearly defined over the posterior ventral surface of the frontal, and the posterior portion of the channel showing the position of the cerebral hemispheres is not preserved for *P. stadtmani*, as in other described mosasaur specimens. On the posterolateral corner of the right ventral surface, a suture marks the contacts of the postorbitalfrontal. This smooth suture extends medially about one-half the distance from the edge of the frontal to its midline.

### Postorbitalfrontal

The postorbitals and postfrontals are co-ossified in BYU 13082 to form a single four-pronged element, the typical condition found in mosasaurs, and similar to that found in *Varanus* (Camp, 1942; Russell, 1967). The postorbitalfrontal of BYU 13082 is represented by a small right fragment and a larger left fragment. The left postorbitalfrontal is broken anterior to the suture that forms

BLM_0056099

Case No. 1:20-cv-02484-MSK   Document 44-8   filed 04/28/21   USDC Colorado   pg 53 of 92

the contact with the frontal and parietal. The main body of the left fragment of the postorbitalfrontal consists of the dorsally exposed surface of a process that extends anteriorly along the lateral edge of the frontal and bounds the orbit posterodorsally. The main body of the postorbital is expanded laterally into a broad triangular ala. The external apex of the ala is curved ventrally but appears to be broken just anterior to the suture with the dorsolateral surface of the jugal. Only the anterior portion of a long "slender" process that would fit into a deep groove on the dorsal edge of the squamosal is present. This long process to the squamosal forms the anterolateral boundary of the supratemporal fenestra as described by Russell (1967), and Lingham-Soliar and Nolf (1989). The face of the postorbitalfrontal lying beneath the posterolateral corner of the frontal is smooth.

### Parietal

A very small fragment of the right anterior portion of the fused parietal appears to be preserved in contact with the frontal.

### Palatine

The left palatine is preserved with the dorsal side cemented by matrix onto the posterodorsal side of the right maxilla. The palatine is a small, edentulous, rectangular plate of bone anterior to the pterygoids, wedged between the maxillae laterally, and the vomer anteriorly. The posterodorsal surface of the palatine slopes up from its posterior termination to form a J-shaped ridge. The ventral surface of the palatine, a posterolateral projection, has a V- or possibly W-shaped ridge that forms the termination boundary with the anteromedial process from the pterygoid.

### Coronoid

Both coronoids are present. The right coronoid is badly eroded with only the most anterior portion present. The left coronoid is essentially complete (figure 6). The prominent coronoid is a long, saddle-shaped bone in *P. stadtmani*. A well-defined contact between the coronoid and the dorsal surface of the surangular in an anterior position that is enclosed in a deep ventral sulcus showed it would have been firmly sutured. A well-defined contact between the lateral side of the surangular and surface of the coronoid clearly defines this position. The anterior end of the coronoid is rounded and cleft along the midline. Laterally the coronoid is considerably flattened and particularly deep posteriorly. The dorsal surface is smoothly convex transversely and is narrow from side to side with the edges rounding smoothly onto the lateral and medial sides. From about the mid-point of





*Figure 6. Left coronoid of the holotype of* Prognathodon stadtmani, *new species (BYU 13082). A, lateral view. B, medial view. Scale bar equals 5 cm.*

the bone, the dorsal margin extends horizontally towards the anterior termination. The anterior wall of the coronoid eminence sweeps up at about an angle of 75 degrees from the horizontal to a point; the angle is less sharp than in *P. solvayi* (Lingham-Soliar and Nolf, 1989), but is similar to that of *P. giganteus* and *P. overtoni* (SDSM 3393). The coronoid eminence appears to descend posteriorly in a gradual fashion but does not appear to contact the dorsal edge of the surangular. The medial anterior/posterior wing is large and broad, covering the anterodorsal edge of the angular. The lateral wing is only intermediately developed posteriorly. Horizontal scarring on the posteromedial surface marks the points of tendinous insertions for the M. adductor externus muscles. The anterior process of the coronoid appears to have projected forward above the surangular and abutted against a small process on the posterodorsal surface of the dentary.

### Pterygoid

The left pterygoid is a very stout bone in BYU

BLM_0056100



**Figure 7.** *Left pterygoid of the holotype of* Prognathodon stadtmani, *new species (BYU 13082). Lateral view. dentr - dentary ramus; basip - basisphenoid process of the pterygoid; quap - quadratic process of the pterygoid; ptpalus - utural union between pterygoid and palatine; ptte - pterygoid teeth. Scale bar equals 5 cm.*

13082 (figure 7). The pterygoid is a tetraradiate bone, sending processes to the palatine anteriorly, the ectopterygoid laterally, and the quadrate posteriorly, forming syndesmoses with these bones (Callison, 1967). The pterygoid also contacts the epipterygoid dorsally and the basipterygoid process medially. The main body of the pterygoid is a short, dorsoventrally flattened column terminating posteriorly in the basisphenoid process which is broken off, as is the process leading to the palatine. Breaks in these regions of the palatine are common in mosasaur fossils because both the basisphenoid and palatine processes are frequently flattened and slender (Soliar, 1988). The anterior portion is incomplete: the preserved element terminates anteriorly in an oval shape. The pterygoid anteriorly must have been firmly buttressed against the palatine but the contact is rarely preserved in mosasaur fossils (Russell, 1967).

The ectopterygoid process is short and projects anteriorly from the main body of the pterygoid at an acute angle. The base of the ectopterygoid process is fairly wide, with the distal end curved slightly posteriorly. A lunate sulcus is present on the posterodorsal face of the ectopterygoidal process. The process arises ventrally from a broad base in common with the quadratic ramus. The quadratic ramus is also broken off near the base of the main body of the pterygoid.

On the ventral surface of the pterygoid, a broad tooth-bearing segment extends over half the overall length of the bone, and is well preserved. A row of teeth bent in a gently recurving line extends from the medial base of the basisphenoid process to the anteroexternal termination of the bone. The tooth row, which is probably complete, supports six pterygoid teeth; four teeth are complete, one is partially preserved, and the anteriormost one is broken at the base. The preserved pterygoid teeth of BYU 13082 are large and stout with slight posteriorly recurved tips. No carinae are visible.

## Mandibular Skeleton

### Dentary

The dentary of BYU 13082 is a particularly stout bone (figure 8), as in all members of the genus *Prognathodon*. A striking feature is the strong concavity of the dorsal dental margin. The dentary projects beyond the front of the base of the first dentary tooth base by approximately 26 mm on the left dentary and 20 mm on the right dentary. The mandibular symphysis is not fused but in life was held together by ligaments.

A dorsal row of moderately pronounced foramina extends along almost the entire length of the dental ramus above the midpoint of the bone, the row curves upward anteriorly and posteriorly to parallel the dorsal margin of the bone just above a ridge that was presumably the gum line.

### Splenial

Ventral to the dentary is a long, laterally compressed bone that tapers anteriorly, extending approximately 2/3 the length of the dentary, with the medial ala of the splenial sheathing the mandibular channel. The splenial extends just past the posterior extremity of the dentary. It makes contact with the anterior tuberous process of the angular by a fairly shallow, laterally compressed articulating surface which forms a moderately weak ball-and-socket joint. This articulation has a nearly subrectangular outline.

### Angular

Behind the midjaw hinge, the posterior portion of the lower jaw is composed of four bones. Largest of these four bones is the angular which forms the entire ventral margin. Based on Russell's text-figure 90 (1967, p. 166) an estimated 10.5 cm is missing from the posterior end of the angular. The tuberous process of the angular forms a vertically moveable joint with the splenial. The articulation surface is somewhat taller than broad. The medial wing of the angular is overlapped from above by the surangular.

### Surangular

The surangular is a long, laterally flattened bone in BYU 13082, tapering and pointed anteriorly. This condition is generally present in most squamates and nonsquamate lepidosaurs (Estes and others, 1988). Based on Russell's text-figure 90 (1967), an estimated 11 cm are missing from the posterior end of the surangular anterior to the retroarticular process on both mandibles. The surangular ends abruptly just above the splenio-angular articulation. The upper posterior part of the lateral surface extends back of the dentary and above the angular



**Figure 8.** *Mandibles of the holotype of* Prognathodon stadtmani, *new species (BYU 13082). A, Left mandible lateral view. B, left mandible medial view. C, right mandible lateral view. cor - coronoid; sa - surangular; a - angular; d - dentary; sp - splenial; sc - scar. Scale bar equals 10 cm.*

face of the lower jaw. Posteriorly it is fused with the inner surface of the articular. It is overlapped from below by the medial wing of the angular and bounded above superficially by the coronoid. The anterior end of the prearticular is an extremely thin sheet of bone which extends forward medially between the surangular above and the angular below, into the mandibular foramen of the anterior segment of the jaw between the splenial and dentary. The prearticular crosses the gap between the surangular and the dentary, and terminates between the posterior ends of both the dentary and the splenial. Posteriorly the bone extends backward, forming the ventral margin of the mandible uniting with the articular to form the retroarticular process which is not preserved in BYU 13082, but has been described by Gregory (1951) for other mosasaurs. Russell (1967) described the retroarticular process as being rectangular in shape for *Prognathodon*.

## Dentition

Large teeth, in various stages of replacement, entirely fill the alveolar margins of the upper and lower jaws. The marginal teeth of BYU 13082 each have a large bulbous base that is clearly marked off from the stout, bicarinate, and generally smooth enamel-clad crown. Incipient faceting is present on some teeth. The crowns are large, slightly recurved posteromedially, and divided into lingual and buccal surfaces by distinct longitudinal carinae which serve as cutting edges. Minute serrations are present along the carinae. The edges are aligned parallel to the length of the jaw.

The marginal dentition appears to be more or less uniform in size along the jaw ramus of the maxilla and the dentary except for the two anteriormost teeth in each dentary which are distinctly smaller. The teeth are slightly compressed, robust, and triangular-cone shaped in lateral profile. In cross section the teeth are broadly ovate.

to form most of the lateral wall of the large, deep adductor fossa. The adductor fossa opens dorsally, anterior to the articular area, which has not been preserved in BYU 13082. A posterior portion of the lateral wall on the right surangular shows that the bone becomes laterally compressed, and probably rose to form a ventral posterolateral buttress for the coronoid, as it is illustrated in several reconstructions of *Prognathodon*. The lateral wall of the surangular is considerably higher than the inner, medial wall formed by the prearticular.

### Prearticular

The prearticular is a major element of the inner sur-

All the teeth are arranged in a single row in each mandibular ramus. In the left dentary, alveoli 3, 4, and 14 are empty and alveolus 8 contains just the bulbous base of the tooth. In the right dentary, alveoli 3, 13, and 14 are empty and alveolus 7 is irregular in shape, indicating pre-mortem loss of the old tooth and post-mortem loss of its replacement. The teeth lost after death are in various stages of development that is consistent with a wave-replacement system. Reptile teeth are replaced sequentially as a function of time rather then of need (Romer, 1956). In mosasaurs, replacement waves proceed from the front of the jaws posteriorly, alternatingly affecting even and odd numbered teeth (Edmund, 1960).

On the right dentary, alveoli 9 and 13 have replacement teeth erupting, and alveolus 7 has just the tip projecting up from the ramus. The replacement teeth were more compressed and possess sharply pointed tips. These resorption pits are on the posterolingual aspect, and much the same size from anterior to posterior.

Tooth implantation is subthecodont, with a loose attachment of the teeth in their swollen base. Subthecodont dentition is typical of mosasaurs, and a modification from pleurodont dentition characteristic of most lizards (Romer, 1956) . The teeth are situated in a longitudinal groove of the dentary with a low, inner lingual wall and high, outer labial wall. Within this groove there are shallow sockets separated by a transverse bony septa connecting inner and outer walls. The teeth may be further cemented to the bone of the high outer wall of the dental groove. This dental anatomy differs slightly from the true thecodont condition in that each tooth has a long cylindrical root sheathed in a well-formed socket of bone. Growth of the lower inner wall and associated deepening of the tooth sockets lead to typical thecodont roots set in deep sockets.

## Postcranial Skeleton

The vertebral column of *Prognathodon stadtmani* is divided into three regions, the cervical, dorsal, and caudal. This is typical for mosasaurs as well as most reptiles. Posterior cervical vertebrae do not show clear distinctions from the anterior dorsal vertebrae in mosasaurs (Williston, 1898). It does not appear that cervical vertebrae are preserved for BYU 13082. The vertebrae in this specimen are procoelous, the usual condition in mosa-saurs, but they are badly eroded, obscuring many features.

### Dorsal Vertebrae

The dorsal column may be arbitrarily divided into an anterior thoracic series bearing long ribs and a posterior lumbar series with short ribs (Russell, 1967).

Seventeen articulated vertebrae, representing the dorsal series (table 1), were in one plaster field jacket. The total number of dorsal vertebrae is unknown for BYU 13082. In the lumbar region, the synapophyses, formed jointly by the neural arch and centrum, move to a more central position on the anterolateral surface of the centrum preceeding the single sacrum or first pygal vertebrae of mosasaurs (Romer, 1956; Russell, 1967). The central position of the synapophysis and depressions under the synapophysis form a flat keel on the ventral side of the centra, which indicate that the dorsal vertebrae belong immediately anterior to the sacrum in BYU 13082. The neural arches and dorsal spines are badly eroded and poorly preserved in the entire series. The anterior eight vertebrae are broken across the centrum, obscuring the articulating surfaces of the adjoining centra.

Fusion of condyle to cotyle of the vertebrae is of unclear etiology, but there is no additional ossification which would be evidence of pathology. The posterior vertebrae in this series have a suggestion of a rudimentary postzygapophyses, indicated by swelling on the posterodorsal portion of the neural arch. A pair of corresponding small excavations located above the neural canal on either side of the neural spine on the non-fused vertebra 15 could represent points of tendinous attachment. No zygosphenes or zygantra are present.

### Caudal Vertebrae

The caudal vertebral column of mosasaurs may be divided into three regions, a proximal (basal) region where vertebrae lack haemal arches but possess transverse processes, called "pygals" by Williston (1898), an intermediate region where they possess haemal arches and transverse processes, and a terminal region where haemal arches are present and transverse processes are absent (Russell, 1967). There are 26 caudal vertebrae present for BYU 13082 (table 2): 5 from the basal pygal section; 20 from the intermediate section (figure 9); and



**Figure 9.** *Caudal vertebrae (V24) of the holotype of* Prognathodon stadtmani, *new species (BYU 13082). A, lateral view. B, anterior view. C, posterior view. Scale bar equals 5 cm.*

BLM_0056103

**Table 1.** *Measurements of the 17 dorsal vertebrae known for the holotype of P. stadtmani (BYU 13082). The vertebrae were numbered sequentially (A-V1-V16) in the field jacket during preparation and were articulated, representing a true consecutive series. Vertebra A represents only the posterior facet of the centrum fused onto the anterior facet of vertebra 1 and was not numbered in the jacket. All measurements in millimeters. Abbreviations: W=width (measured at widest point between the transverse processes). H=height (measured at the highest point between neural canal and ventral articulating surface). Length of centrum was measured on ventral side between the anterior facet and the posterior facet. D=damaged. NIL=not present. a=approximate value.*

| Vertebrae no. | Position | Anterior Facet of Centrum | | Posterior Facet of Centrum | | Length of Centrum Between Articulations | Haemal Arch | Fusion of Vertebrae | Condition of Vertebrae |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | H | W | | | | |
| A | Dorsal | D | D | a71 | 77 | D | D | Fused on Posterior Facet of Vertebra | Anterior Portion Missing |
| V1 | Dorsal | a71 | 77 | D | 73 | 90 | NIL | Fused | Broken Through Centrum |
| V2 | Dorsal | D | 73 | D | D | 90 | NIL | Fused | Broken Through Centrum |
| V3 | Dorsal | D | D | D | D | 90 | NIL | Fused | Broken Through Centrum |
| V4 | Dorsal | D | D | 73 | 72 | 90 | NIL | Fused | Broken Through Centrum |
| V5 | Dorsal | 73 | 72 | D | D | a90 | NIL | Fused | Broken Through Centrum |
| V6 | Dorsal | D | D | a71 | 75 | D | NIL | Fused | Broken Through Centrum |
| V7 | Dorsal | a71 | 75 | a66 | a80 | D | NIL | Fused | Broken Through Centrum |
| V8 | Dorsal | a66 | a80 | 72 | 70 | 84 | NIL | — | Broken Through Centrum |
| V9 | Dorsal | D | D | a73 | a70 | a90 | NIL | — | Broken Through Centrum |
| V10 | Dorsal | a67 | a68 | D | D | a71 | NIL | — | Broken Through Centrum |
| V11 | Dorsal | D | D | 66 | 61 | D | NIL | — | Broken Through Centrum |
| V12 | Dorsal | D | D | 72 | 65 | D | NIL | — | Broken by Anterior Facet |
| V13 | Dorsal | a90 | D | 71 | 66 | 86 | NIL | — | — |
| V14 | Dorsal | 72 | 68 | 69 | 68 | 83 | NIL | — | — |
| V15 | Dorsal | a80 | 75 | 73 | 63 | 81 | NIL | — | — |
| V16 | Dorsal | a81 | a69 | D | D | D | D | — | Posterior Portion Missing |

**Table 2.** *Detailed measurements of the pygal and caudal vertebrae known for the holotype of* P. stadtmani *(BYU 13082). Although the vertebrae have been numbered sequentially (V17-V42) only the pygal series (V20-V24) were articulated, representing a true consecutive series. Vertebra 43 represents the best preserved distal caudal vertebrae from the mosasaur for comparison.  All measurements in millimeters.  Abbreviations: W=width (measured at widest point between the transverse processes). H=height (measured at the highest point between neural canal and ventral articulating surface). Length of centrum was measured on ventral side between the anterior facet and the posterior facet. P=eroded stumps of haemal arch present. NIL=not present. NS=partial neural spine present. a=approximate value.*

| Vertebrae no. | Position | Anterior Facet of Centrum | | Posterior Facet of Centrum | | Length of Centrum Between Articulations | Haemal Arch | Fusion of Vertebrae | Condition of Vertebrae |
|---|---|---|---|---|---|---|---|---|---|
| | | **H** | **W** | **H** | **W** | | | | |
| V17 | Caudal | D | D | 58 | 56 | a59 | P | ---- | NS/Very Badly Eroded |
| V18 | Caudal | 59 | a49 | 63 | 57 | 60 | P | ---- | ---- |
| V19 | Pygal | 67 | 71 | 66 | 65 | 77 | NIL | ---- | Dorsal Surface Eroded |
| V20 | Pygal | 67 | 71 | 65 | 69 | 72 | NIL | ---- | Dorsal Surface Eroded |
| V21 | Pygal | 65 | 67 | 69 | 66 | 66 | NIL | ---- | Dorsal Surface Eroded |
| V22 | Pygal | 68 | 71 | 69 | 71 | 65 | NIL | ---- | NS |
| V23 | Pygal | 67 | a62 | 64 | 68 | 61 | NIL | ---- | NS |
| V24 | Caudal | 69 | 73 | 70 | 66 | 59 | P | ---- | NS |
| V25 | Caudal | 70 | 67 | a69 | 65 | 60 | P | ---- | NS |
| V26 | Caudal | D | D | D | D | D | D | ---- | NS/Ventral and Right Side Badly Eroded NS |
| V27 | Caudal | 75 | 67 | 69 | 65 | 56 | P | ---- | NS |
| V28 | Caudal | D | D | 70 | 67 | 61 | P | ---- | NS |
| V29 | Caudal | 70 | 68 | D | D | D | P | Fused | NS/Broken Through Centrum |
| V30 | Caudal | 72 | 69 | D | 63 | 67 | P | Fused | Badly Eroded |
| V31 | Caudal | D | D | a57 | 55 | a56 | P | ---- | NS |
| V32 | Caudal | D | D | 63 | 63 | 63 | P | ---- | ---- |
| V33 | Caudal | D | D | 61 | 57 | a55 | P | ---- | Dorsal Surface Eroded |
| V34 | Caudal | 60 | 61 | 57 | 59 | 50 | P - Well Preserved | ---- | NS |
| V35 | Caudal | D | D | 51 | 55 | a49 | P | ---- | NS/Badly Eroded |
| V36 | Caudal | D | D | 62 | 62 | 56 | P - Well Preserved | ---- | Dorsal Surface Missing |
| V37 | Caudal | a59 | a51 | 59 | 56 | 53 | P | ---- | NS but eroded |
| V38 | Caudal | D | D | 61 | 57 | 54 | P | ---- | Dorsal Surface Eroded |
| V39 | Caudal | 57 | a50 | 56 | 56 | 50 | P | ---- | NS |
| V40 | Terminal Caudal | 57 | 29 | 56 | 47 | 54 | P | ---- | NS |
| V41 | Caudal | 61 | 60 | D | D | 48 | P | ---- | NS |
| V42 | Caudal | 64 | 48 | 60 | 57 | 55 | P | ---- | NS |
| V43 | Caudal | a25 | 16 | 21 | 16 | 18 | P - Well Preserved | ---- | NS |

*Mancos Mosasaur - Kass*

one from the terminal section. Only the pygal vertebrae were articulated; the remaining caudal vertebrae were disarticulated but in association with each other.

The eroded stumps of chevron bones are present along the entire post-pygal region of the tail and fuse on either side of the ventral midline nearer to the posterior margin of the centrum than to the anterior. The few preserved neural spines in the caudals are tall, laterally broad, parallelogram in shape, and posteriorly directed. The neural spines taper posteriorly. The neural spine of the distal vertebra is nearly vertical behind the center of the tail at its base, and then has a marked posterior inclination at the tip.

The articulated pygals are distinguished by long, broad, dorsoventrally flattened transverse processes which form a narrow alae of bone. The single distal vertebra (table 2-V40) is distinguished from the intermediate region by a small nubbin of bone that represents the vestigial remains of the transverse process. Five additional vertebrae from the terminal series were found in a block separate from the other verebrae, and are very small, procoelous, and lack transverse processes. Two of the three associated vertebrae are very fragmentary, but the best preserved vertebra (table 2, no. 43) has well preserved, fused haemal arches that are about equal in length to the dorsal spine height. The preserved articulating surfaces are clearly oval-shaped and deeper than wide.

### Ribs

The ribs are fairly slender and preservation is quite poor. There are two fragmentary long ribs and many (100+) smaller fragments. In mosasaurs as in other lizards, the ribs are single-headed (Romer, 1956), but this condition can not be determined for BYU 13082. The ribs are cancellous beneath a layer of laminar bone.

## DISCUSSION

### Comparisons

Because the Mancos Shale mosasaur has fused haemal arches, all of the Tylosaurinae and most Plioplatecarpinae may be removed from consideration in assessing its relationships. Fusion of the chevrons to the caudal centra is diagnostic of the subfamily Mosasaurinae, *Prognathodon* mosasaurs, and *Dollosaurus* (Iakovlev, 1901, cited in Russell, 1967; also cited in Lingham-Soliar and Nolf, 1989; Tsaregradsky, 1935, cited in Camp, 1942). The premaxilla exhibits the typical microrhynchous condition (broad and stout) for Plioplatecarpinae, and appears to have been blunt anteriorly.

The number of marginal and pterygoid teeth for *P. stadtmani* is reduced relative to other mosasaur genera, and is generically diagnostic (Russell, 1967; Kues and Lucas, 1985). The generally smooth teeth of the Mancos Shale mosasaur are massive, triangular in profile, and have an uncompressed cross section. In contrast, the teeth of relatively common mosasaurine genera *Clidastes* and *Mosasaurus* are generally narrow, strongly recurved, and laterally compressed. The prismatic condition of *Mosasaurus* teeth is very diagnostic (Russell, 1967), while the massive, deep jaw of BYU 13082 is much larger than the slender dentary of *Clidastes*. Therefore, on the basis of the microrhyncous condition of the premaxillae, tooth features, large massive dentaries, and fused haemal arches on the caudal vertebrae, BYU 13082 is assigned to *Prognathodon* rather than any genus within Mosasaurinae.

Russell (1967) published estimated lengths from Dollo's (1904) measurements for *P. solvayi* at 6 meters (19.5 feet), and *P. giganteus* at 10 meters (32.8 feet). Based on his calculations that the given length of the jaw equals 10% of the body length, the specimen of *Prognathodon* described herein is estimated to be 10.5 meters (34.4 feet) long. Dimensions of the cranial elements of BYU 13082 and all other known *Prognathodon* mosasaurs that have been published are provided in table 3.

*P. stadtmani* has six pterygoid teeth extending over half the overall length of the bone, as in *P. solvayi* (Lingham-Soliar and Nolf, 1989). Russell (1967) mentioned seven teeth in the pterygoid in his diagnosis for *Prognathodon*. As few as six pterygoid teeth have been described for aff. *P. overtoni* (NZGS, CD 535; Wiffen, 1990) while Welles and Gregg (1971) described eight pterygoid teeth for *Prognathodon waiparaensis*, as does Lingham-Soliar and Nolf (1989) for *Prognathodon solvayi*. The size of the pterygoid teeth in BYU 13082 is large, consistant with Williston's (1898) observation that the size of the pterygoid teeth is, "very large, agreeing with the most striking character of the genus *Prognathosaurus*."

A large foramen penetrates the flange of bone in front of the basisphenoid notch which supports the ectopterygoid and quadratic process on the pterygoid is an autopomorphic character for *Prognathodon overtoni* (G. L. Bell, personal communication, 1994). *P. stadtmani* is clearly not this species of *Prognathodon* as it does not share this character with *P. overtoni*. The short ectopterygoid process of the pterygoid is typical for Mosasauridae, and the acute angle that it projects from the main body of the pterygoid is similar to *Platecarpus* (Russell, 1967).

*Prognathodon* species show a degree of variation in

**Table 3.** *Comparisons of cranial measurements and elements in known* Prognathodon *species. The distance between the first and sixth tooth in a dentition is measured from the anterior base of the first tooth to the posterior base of the sixth tooth. The length of the dentary is measured from its anterior tip to the posterior apex of the aveolar margin of the bone. All measurements in millimeters (modified from Russell, 1967; Lingham-Soliar and Nolf, 1989; Wiffen, 1990); e, estimated values, approximate values between brackets. Data for* P. overtoni *(KU 950 and SDSM 3393) from Williston 1898 and Russell 1967;* P. rapax *(NJGS 9827) from Russell 1967; FMNH PR 165 from Russell 1970;* P. waiparaensis *(CM zfr 108) from Welles and Gregg 1971;* P solvayi *(IRSNB R33) and* P. giganteus *(lRSNB R106) from Lingham-Soliar and Nolf 1989; NZGS, CD535 (aff. P. over-toni) from Wiffen 1990.*

| Measurements | BYU 13082 | FMNH PR 165 | P. overtoni (SDSM 3393) | P. overtoni (KU 950) | P. rapax (NJGS 9827) | P. solvayi (IRSNB R33) | NZGS CD/535 | P. giganteus (lRSNB R106) | P .waiparaensis (CM zfr 108) |
|---|---|---|---|---|---|---|---|---|---|
| Length of skull along mid-line | | | 702 | | | 600 | 680 | e.850 | e.1110 |
| Width of frontals between orbits | | | (188) | | 137 | | | e.250 | |
| Length between 1st and 6th max. tooth | 270 (R) 260 (L) | | 167 | 222 | | 132 | 135 | (245) | 138 |
| Length between 1st and 6th dentary tooth | 230 (R) 240 (L) | 252 (R) 246 (L) | 167 | 193 | | 122 | | (235) | |
| Length of lower jaw | e.1050 (R) e.1110 (L) | | 867 | 1146 | | 660 | e.800 | (1150) | |
| Length of dentary | 660 (R) 690 (L) | | 472 | 650 | | 350 | | (610) | 570 |
| Height of quadrate | | 139 | 119 | 145 | 135 | 90 | 115 | (130-140) | 140 |
| Number of maxilla teeth | 12 | | 12 | 10-11 | | 12 | 13 | | 11-12 |
| Number of dentary teeth | 14 | | 14 | 12-13 | | 13 | 13-14 | | 13 |
| Maxilla length | (575) | | | | | | | | 530 |
| Enamel surface of teeth | Smooth, incipient facets on some teeth | Strongly faceted | Smooth | Smooth | Smooth | Strongly faceted | Faceted | Smooth | Strongly faceted on some teeth |
| Frontal length | | | | | | | 155 | 250 | |

tooth count. BYU 13082 has 12 teeth in the maxilla and 14 teeth in the dentary, the same count that is described for *P. overtoni* (SDSM 3393) and *Brachysaurus* (=*Prognathodon overtoni*; KU 950) by Williston (1897). Williston (1898) subsequently stated that *P. overtoni* (KU 950) had ten, probably 11 maxillary teeth and 12 or 13 teeth for the dentary. Welles and Gregg (1971) also gave a contradictory count for the maxillary teeth in *P. waiparaensis*, either 11 (p. 69) or 12 (p. 58) and 13 for the dentary. *P. solvayi* has 12 maxillary teeth and 13 dentary teeth (Lingham-Soliar and Nolf, 1989). *Dollosaurus* has 12 (?) for the maxilla and 13 for the dentary (Russell, 1967).

The smooth enamel surfaces of the teeth of BYU 13082 are similar to *Prognathodon overtoni*, *Prognathodon rapax*, and *Prognathodon giganteus* while the marginal teeth of the *Prognathodon* sp.(FMNH PR 165), *Prognathodon solvayi*, and aff. *P. overtoni* (NZGS, CD 535) have facets on their teeth (Russell, 1970; Lingham-Soliar and Nolf, 1989; Wiffen, 1990). For *P. waiparaensis* the enamel surfaces of the teeth are usually smooth, but a few teeth have well-developed facets (Welles and Gregg, 1971). The facets are vertical ridges that form prismatic ornamentation on the teeth. The marginal teeth

are somewhat inflated and become distinctly fatter toward the posterior of the jaw for *P. overtoni* (Russell, 1967; Bell, 1993) and for *P. solvayi* (Lingham-Soliar and Nolf, 1989). The teeth for *P. rapax* are also swollen immediately distal to the tooth-base (Bell, 1993). Except for the smaller size of the two anteriormost teeth in the jaws, the dentition for BYU 13082 is homodont, the teeth not noticeably inflated. The cone-shape type of dentition is considered a plesiomorphic character for *Prognathodon* (G.L. Bell, personal communication, 1993). Minute serrations on the carinae of the marginal dentition for *P. stadtmani* are present. Serrations are visible in the newly erupted teeth in *Prognathodon overtoni* (SDSM 3393) and *Prognathodon waiparaensis* (Welles and Gregg, 1971; Nicholls, 1988). This should not be considered a definitive character, as serrations have been reported for tylosaurine teeth (Thurmond, 1969), *Hainosaurus* and *Mosasaurus dekayi* (Nicholls, 1988).

The concave upper border of the dentary of BYU 13082 is similar to "Prognathodon" FMNH PR 165 (Russell, 1970) and to *Prognathodon solvayi* but lacks the highly procumbent teeth (Lingham-Soliar and Nolf, 1989) of both these mosasaurs. The moderately procumbent anterior teeth of BYU 13082 differ from the non-

procumbent nature of the anterior teeth described for
*P. overtoni* (SDSM 3393; Russell, 1967). Williston
(1898) described the concave upper border of the dentary
as campylorhynchous. The anterior edentulous projec-
tion of the dentary of *P. stadtmani* differs from other
described *Prognathodon* specimens. The usual condition
for *Prognathodon* is that anteriorly the dentary termi-
nates immediately in front of the first tooth (Russell,
1967). Kues and Lucas (1985) have described a
mosasaur (UMN LK-2) from the Lewis Shale which they
refer to *Prognathodon* with a rounded, edentulous anteri-
or end of the dentary that projects 45 mm beyond the
front of the first tooth base. The subrectangular articula-
tion of the splenial for BYU 13082 is similar to that
described for *P. overtoni* and *P. rapax* (Bell, 1993).

The coronoid is generally well developed in these
genera of mosasaurs, particularly in *Prognathodon
solvayi* (Lingham-Soliar and Nolf, 1989) and *P. waip-
araaensis* (Welles and Gregg, 1971). The shape of the
coronoid of BYU 13082 differs by having a much deeper
bowing in dorsal profile than other published illustrations
of this element for other *Prognathodon* specimens. Rus-
sell (1967), Lingham-Soliar and Nolf (1989), and Bell
(1993) described a "C"-shaped or shallow excavation on
the posteromedial side of the coronoid process in which
the segment of the bodenaponeurosis connecting the M.
pseudotemporalis superficialis with the coronoid may
have inserted, but this excavation is not present on the
coronoid for BYU 13082 and is interpreted as a ple-
siomorphic condition for this species of *Prognathodon*
(G.L. Bell, personal communication, 1994). The rela-
tively short medial flange does not appear to contact the
angular, a condition that is also considered a plesiomor-
phic character for *P. stadtmani* (G.L. Bell, personal com-
munication, 1994). The contact of the coronoid with the
dentary is similar to that of *Prognathodon overtoni*
(SDSM 3393; Russell, 1967). For *P. solvayi*, the process
on the posterodorsal surface of the dentary is absent and
contact between the coronoid and the dentary was
unlikely (Lingham-Soliar and Nolf, 1989). An incipient
posterior process on the dentary in KU 950 suggests a
contact intermediate between that of *P. overtoni* (SDSM
3393) and *P. solvayi*. This character is considered an
early stage of a character reversal in mosasaurs, similar
to that of *Varanus* (Lingham-Soliar and Nolf, 1989).
This character reversal is also present as a separate
autapomorphic condition in *Mosasaurus hoffmanni*
(Lingham-Soliar and Nolf, 1989).

The centra of the pygals are considerably longer than
those illustrated for *Prognathodon solvayi* (Lingham-
Soliar and Nolf 1989). The cloaca in living reptiles is
ventral to the pygals (Williston, 1898,1925). The central

articulations in the intermediate caudal vertebrae are
round to broadly subtriangular in outline as in *Clidastes,
Plotosaurus, Platecarpus*, and *Tylosaurus*, but does not
conform to the subhexagonal description of *Prognatho-
don* (Russell, 1967). That the zygosphenes and zygantra
are absent in BYU 13082 agrees with Russell's diagnosis
(1967) of the genus. However, large functional
zygosphenes and zygantra are described for the Belgium
*P. solvayi* and *P. giganteus* (Lingham-Soliar and Nolf,
1989). In addition, the North American *P. rapax* (Bell,
1993), the New Zealand *P. waiparaensis* (Welles and
Gregg, 1971), and *Dollosaurus* from Russia (Russell,
1967; Lingham-Soliar and Nolf, 1989) also have these
articulations.

## TAPHONOMY

BYU 13082 is in a fairly good state of preservation.
However, an unknown part of the fossil was lost during
excavation of an earth-fill pit by a backhoe that initially
exposed the fossil as described in a 1975 newspaper
account in the Delta County Independent (Marshall,
1975). The anterior portion of the skull and the posteri-
ormost dorsal vertebrae are present. Because fossil
skulls of mosasaurs are often firmly attached to the ver-
tebral column (Williston, 1898), it seems reasonable to
assume that the backhoe cut through the posterior portion
of the skull, the cervical vertebrae, and an unknown
number of anterior dorsal vertebrae. A two-day salvage
operation was undertaken to rescue the remaining skele-
ton, which did not leave time for preparation of a quarry
map to record the accurate relative position of the bones.
Field notes were not taken during the excavation. Thus,
the exact taphonomic context of the remains is impossi-
ble to determine.

BYU 13082 is an associated skeleton of a single,
partially articulated, large adult representing an attritional
mortality thanatocoensis for the site. The anterior por-
tion of the muzzle suffered considerable lateral compres-
sion with portions of the internarial bar pushed under-
neath the right maxilla due to overburden pressure. The
more massive bones resisted compaction. The dorsal
surface of the left palatine was cemented onto the pos-
terodorsal surface of the right maxilla.

The bone is pale buff in color and has a soft, pow-
dery surface. This powdery bone surface may be due to
prolonged exposure to sea water, or to marine algae
encrusting the bone surface (Martill, 1987), although no
evidence of marine algae encrusting the fossil has been
observed. The carcass provided the soft sea-floor a hard
substrate for a limited number of encrusting bivalves, as
did the sedimentary matrix of thinly laminated homoge-
nous silt, suggesting a constant supply of particles rather

BLM_0056108

than sudden burial (Sato, 1997) of the mosasaur remains.

The lack of cementation in the sediment surrounding the bone may be another explanation for the soft condition and color of the bones. The Mancos "B" has low porosity (average 10-11%) and low permeability (average 0.7 md) (Kellogg, 1977) which would prevent ground water from percolating through the sediment and thus retard permineralization of the bone. No mineralization of the voids in the ribs has taken place.

No definitive cause of death is apparent from the remains of the animal or the encasing sediments. The animal either died where the carcass was buried, or it presumably sank rapidly through the water column soon after death. The carcass arrived on the sea floor relatively intact, evidently with soft connective tissue present, which served to hold most of the skeleton together.

Actuopaleontological studies of large marine mammals that died from natural causes show that animals with high fat content drift for weeks on the surface of the sea while the majority with low fat content sink to the sea floor (Schafer, 1972). Floating carcasses quickly begin to shed their heavier body parts as skin and connective tissue decompose. The skull and loosely attached lower jaws would be among the first skeletal elements to be lost from the rest of the carcass (Schafer, 1972; Hogler, 1992) due to wind- and current-driven transport. The buoyancy of air-breathing Mesozoic marine reptiles is currently being debated on the basis of bone histology and density (Taylor, 1987,1994; McGowen, 1992; Hua and de Buffrenil, 1996; Sheldon, 1997), and analogs with modern sea-snakes and marine Indopacific crocodiles (Wade, 1984). The preserved ribs of mosasaurs have not been reported to exhibit pachyostosis, with the possible exception of *Platecarpus* (Sheldon, 1994,1997) and some specimens of *Plioplatecarpus* (Holmes, 1996).

The cancellous condition of the ribs, termed adiposity, is associated with weight reduction. They were possibly impregnated with fat, increasing the buoyancy of the animal (Russell, 1967). The lower density of BYU 13082 suggests that this mosasaur was much more conservative in energy requirements; the lower bone density could have assisted in rapid acceleration toward prey (Lingham-Soliar, 1992). This condition has previously been described only in *Tylosaurus* (Russell, 1967; Carroll, 1985; Lingham-Soliar, 1992) and *Moanasaurus mangahouangae* (Wiffen, 1980), a possible junior synonym of *Mosasaurus* (Wright, 1989). Cancellous bones cannot just be considered an artifact of large size, with a correlation to weight reduction, because an equally large mosasaur, *Mosasaurus hoffmani*, lacks cancellous bones (Lingham-Soliar, 1992). Williston (1925) related cancellous bones as an adaptation for deep-diving for some mosasaurs.

Several hypotheses have been discussed with regard to partitioning of the water column by mosasaurs into coastal shallow-water, deeper open-sea, and deep-diving habitats (Camp, 1923). Within the wide adaptive zone that mosasaurs occupied, there were probably several adaptive grades between the various genera, which indicates correspondingly different swimming and predatory habits (Russell, 1967). This may be reflected to a degree by the body size, proportions, and amount of ossification of the post-cranial skeleton for the three subfamilies of Mosasauridae. Specific differences in details of mosasaur anatomy (Williston, 1898,1914; Camp, 1942; Kauffman and Kesling, 1960; Russell, 1967; Lingham-Soliar and Nolf, 1989; Martin and Rothschild, 1989; Lingham-Soliar, 1991,1992; Rothschild and Martin, 1993; Sheldon, 1994,1997) have been discussed in this ecological context. The various hypotheses are highly conjectural, and have been contradictory and inconclusive. The relative distance between the recovery site of BYU 13082 in relation to the paleoshoreline, the taphofacies, and the cancellous condition of the bones suggests an open-sea and possibly deep-diving habitat for *P. stadtmani*.

The abundance of complete and articulated marine reptile fossils suggests that the hydrodynamic behavior of these animals was a tendency toward negative buoyancy when dead which allowed the corpses to sink at death (Martill, 1987; Hogler, 1992,1994). A rough measure of the time between death and final deposition in a marine environment is the degree of completeness of the specimen (Hogler, 1992); and this is also an index to the paleobathymetry (Allison and others, 1991). Coherent parts of 17 interlocking vertebrae remained articulated for BYU 13082, and the first eight are fused condyle to cotyle. This fusion is probably an artifact of fossilization rather than ontogeny or pathology. Fusion of fragments as a consequence of fossilization has been described in *Platecarpus coryphaeus*, *Goronyosaurus nigeriensis* (Soliar, 1988), and *Hainosaurus pembinensis* (Nicholls, 1988). Five pygal vertebrae were also articulated, but twisted 180 degrees in association with the following vertebrae from the intermediate section of the tail. The smaller elements of the tail became disarticulated as they were probably less tightly bound together by bony processes, axial muscles, tendons, and ligaments than the anterior portion of the vertebral column (Lucas and Reser, 1981). The lack of smaller terminal caudals indicates that they were carried or moved some distance from the rest of the remains as would have been the case if current activity was responsible for reworking (Martill,

BLM_0056109

1985). Thus, the taphonomic inference from the hydrologic incompatibility in size difference between the smaller terminal caudals and the larger caudal bones strongly suggests an untransported (autochthonous) burial. This is consistent with the lithofacies of a thinly laminated siltstone. Some of these smaller terminal caudal vertebrae may have been carried away from the rest of the carcass by scavengers. However, no apparent scavenger grooves or bite marks are present on the skeletal remains.

No associated girdles and appendages were found with BYU 13082, a condition that is not uncommon for mosasaur taphonomy. Scavenging has been invoked as a plausible mechanism for paddle and pelvic elements being removed from mosasaur remains (Lucas and Reser, 1981; Hawkins, 1990).

The associated sharks teeth could represent gut contents, organic debris present in the sediment where the carcass came to rest, or scavenging. The enamel on the teeth shows no evidence of being de-calicified by stomach acids in the digestive tract. No other shark elements, such as scales or spines, are present that would indicate the mosasaur had recently fed on a shark prior to its death. This would eliminate the possiblity of the teeth as stomach contents, and would indicate that the mosasaur carcass either settled on organic debris including the shark teeth that were already present where it came to rest after death, or as evidence of scavenging of the carcass. Indirect evidence of scavenging by *Squalicorax* is the anomalous abundances in situ of *Squalicorax* teeth in association with larger fossil vertebrate carcasses as compared to background occurrences (Schwimmer and others, 1997; D.R. Schwimmer, personal communication, 1993; Schwimmer and Williams, 1991). There is direct evidence of predation by *Cretolamna* and by considerably smaller *Squalicorax* on several taxa of much larger mosasaurs in the Kansas seas (Martin and Rothschild, 1989; Rothschild and Martin, 1993), but there is no direct evidence of this predator-prey relationship in the preserved skeletal remains of *Prognathodon stadtmani*.

## CONCLUSIONS

Vertebrate fossils are sparse in the marine Mancos Shale despite the extensive geographic and temporal range of this formation. Its vertebrate fauna is therefore poorly known. Data derived from this study will help illuminate part of this little-described fauna.

The location of the mosasaur site was in excess of 161 km (100 miles) from the presumed early Campanian paleoshoreline (see figure 1). Due to the low-energy environment, the remains of BYU 13082 are sufficiently well preserved to allow for generic and species identification. The skeletal remains of one large adult were recovered from the site. The occurrence in isolation from other large mosasaurs indicates a solitary death, and an attritional mortality thanatocoensis for the site. The presence of large, heavy elements and articulated vertebrae indicates that the carcass of *P. stadtmani*, like many other contemporaneous marine reptiles, had a tendency to sink to the seafloor at death. This individual might have died in situ in a low-energy depositional environment. This suggestion is supported by sedimentary analysis of the rock at the site, and suggests a preference for a deeper, open-sea environment for this mosasaur.

## ACKNOWLEDGMENTS

I wish to express my appreciation to the many people and institutions who have assisted me in this study. Wade E. Miller and David D. Gillette supervised this manuscript. Their constructive criticism greatly improved the manuscript. I am much indebted to Kenneth L. Stadtman, curator at the BYU Earth Science Museum, and Dee A. Hall, preparator at this same institution for their enthusiastic support of all aspects of this study; both were integral to its completion. David Parris and Barbara Grandstaff of the New Jersey State Museum are gratefully acknowledged for their kind assistance while I was conducting initial research at the New Jersey State Museum. Teo Lingham-Soliar, Gordon Bell, and Kevin Bylund supplied many pieces of hard-to-find literature. G.L. Bell was particularly generous with his time involving lengthy discussions with regard to this study. James Jensen, Richard Jones, and Rod and Michael Scheetz were responsible for collecting the specimen. Richard Jones was instrumental in assisting me to relocate the mosasaur site. J. Keith Rigby, Dana Griffen, David Tingey, and Carma Bylund gave technical assistance. I would also like to thank Kris Mortenson, Jo Wixom, Nathan Heard, Lindy Glenn, Jennie Dalton , and Charlie McClellan. Funding for this study was provided in part by a grant from the Utah Division of State History, and the Society of Vertebrate Paleontology Richard Estes Memorial Award (1993).

BLM_0056110

# REFERENCES

Allison, P. A.; Smith, C. R.; Kobeicht, Helmut; Demming, J. W.; and Bennett, B. A., 1991, Deep water taphonomy of vertebrate carcasses -- a whale skeleton in the bathyal Santa Catalina Basin: Paleobiology, v. 17., no.1, p. 78-89.

Bell, G. L., Jr., 1993, A phylogenetic revision of Mosasauroidea (Squamata): Austin, University of Texas, Ph.D. dissertation, 293 p.

Bilelo, M. A. M., 1969, The fossil shark genus *Squalicorax* in north-central Texas: Texas Journal of Science, v. 20, no.4, p. 339-348.

Callison, George, 1967, Intracranial mobility in Kansas mosasaurs: University of Kansas Paleontological Contributions, Paper 26, p. 1-15.

Camp, C. L., 1923, Classification of the lizards: American Museum of Natural History Bulletin 48, p. 289-481.

—1942, California mosasaurs: University of California Memoirs, *v*. 13, no. 1, p. 1-68.

Cappetta, Henri, 1987, Chondrichthyes 11: Mesozoic and Cenozoic Elasmobranchii, *in* Schultze, H-P., editor, Handbook of paleoichthyology 3B: Stuttgart, New York, Gustav Fischer Verlag, p. 109-110.

Cappetta, Henri, and Case, G. R., 1975, Contribution to the study of the selachians from Monmouth Group (Campanian-Maestrichian) of New Jersey: Palaeontographica, Abteilung A 151, p. 1-46.

Carroll, R. L., 1985, Evolutionary constraints in aquatic diapsid reptiles - evolutionary case histories from the fossil record: London, England, The Paleontological Association, Special papers in palaeontology, v. 33, p. 145-155.

Carter, B. R., 1991, A plesiosaur from the Upper Mancos Shale, *in* Averett, W.R., editor, Guidebook for dinosaur quarries and tracksites tour - Western Colorado and eastern Utah: Grand Junction Geological Society, Grand Junction, Colorado, p. 51.

Cobban, W. A., 1976, Ammonite record from the Mancos Shale of the Castle Valley-Price-Woodside area, east-central Utah: Brigham Young University Geology Studies, v. 2, no. 3, p. 117-128.

Cole, R. D., 1987, Cretaceous rocks of the dinosaur triangle, *in* Averett, W. R., editor, Dinosaur triangle paleontological field trip: Grand Junction, Colorado, Grand Junction Geological Society, p. 21-35.

Cross, Whitman, 1899, Telluride Folio, Colorado, U. S. Geological Survey, Geological Atlas, 39 p., 3 sheets of illustrations, 4 maps, Folio 57.

Dollo, Louis, 1904, Les mosasauriens de la Belgique: Bulletin de la societe belge de Geologie, de Paleontologie et Hydrologie, v. 4, p. 207-216.

Edmund, A.G., 1960, Tooth replacement phenomena in the lower vertebrates: Royal Ontario Museum of Life Sciences Division Contribution, v. 52, p. 87-91

Estes, Richard; de Queiroz, Kevin; and Gauthier, Jacques, 1988, Phylogenetic relationships within Squamata, *in* Estes, Richard, and Pregill, Gregory, editors, Phylogenetic relationships of the lizard families-essays commemorating Charles L. Camp. Stanford, California, Stanford University Press, p. 119-280.

Fouch, T. D.; Lawton, T. F.; Nicholls, D. J.; Cashion, W. B.; and Cobban, W. A., 1983, Patterns and timing of synorogenic sedimentation in Upper Cretaceous rocks of central and northeast Utah, *in* Reynolds, M. W., and Dolly, E. D., editors, Mesozoic paleogeography of the west-central United States: Rocky Mountain Section, Society of Economic Paleontologists and Mineralogists, p. 305-336.

Franczyk, K. J., Fouch, T. D., Johnson, R. C., Molenaar, C. M., and Cobban, W. A., 1992, Cretaceous and Tertiary paleogeographic reconstructions for the Unita-Piceance Basin study area, Colorado and Utah: U. S. Geological Survey Bulletin 1787-Q, p. Q1-Q37.

Gregory, J. T., 1951, Convergent evolution-the jaws of *Hesperornis* and the mosasaur: Evolution, v. 5, no. 4, p. 345-354.

Hail, W. J., Jr., 1972, Reconnaissance geologic map of the Cedaredge area, Delta County, Colorado: U.S. Geological Survey Miscellaneous Geologic Investigations Map I-697, scale 1:48000.

Hawkins, W. B, Jr., 1990, Taphonomy of an Upper Cretaceous (Maastrichtian) mosasaur, Briggs, Alabama Society of Vertebrate Paleontology, 50th Annual Meeting, Abstracts of Papers: Journal of Vertebrate Paleontology, v. 9, p. 26A.

Hogler, J. A., 1992, Taphonomy and paleoecology of *Shinosaurus popularis* (Reptilia: Ichthyosauria): Palaios, v. 7, no. 1, p. 108-117.

—1994, Speculations on the role of marine reptile deadfalls in Mesozoic deep-sea paleoecology: Palaios, v. 9, no. 1, p. 42-47.

Holmes, Robert, 1996, *Plioplatecarpus primaevus* (Mosasauridae) from the Bearpaw Formation (Campanian, Upper Cretaceous) of the North American Western Interior Seaway: Journal of Vertebrate Paleontology, v. 16, no. 4, p. 673-687.

Hua, Stephanie, and deBuffrenil, Vivian, 1996, Bone histology as a clue in the interpretation of functional adaptations in the Thalattosuchia (Reptilia, Crocodylia): Journal of Vertebrate Paleontology, v. 16, no. 4, p. 703-717.

Hunt, A. P., and Lucas, S. G., 1993, Cretaceous vertebrates of New Mexico, *in* Lucas, S. G., and Zidek, Jiri, editors, Vertebrate paleontology in New Mexico: New Mexico Museum of Natural History and Science Bulletin, v. 2, p. 77-90.

Irby, G. V.; Elliott, D. K.; and Hutchison, J. H., 1994, New material of the Cretaceous turtle *Desmatochelys lowi*: Journal of Vertebrate Paleontology, v. 14, p. 31A.

Kass, M. S., 1995, A new mosasaur from the Mancos Shale of Delta County, Colorado: Provo, Utah, Brigham Young University, M.S. thesis, 145 p.

Kauffman, E. G., and Kesling, R. V., 1960, An Upper Cretaceous ammonite bitten by a mosasaur: Contributions from the Museum of Paleontology, The University of Michigan, v. 15, no. 9, p. 193-248.

Kellogg, H. E., 1977, Geology and petroleum of the Mancos B Formation, Douglas Creek area, Colorado and Utah, *in* Veal, H. K. , editor, Exploration frontiers of the Central and Southern Rockies: Rocky Mountain Association of Geologists Symposium, p. 167-179.

Kent, H.C., 1965, Biostratigraphy of the Lower Mancos Shale (Cretaceous) in northwestern Colorado: Boulder, University of Colorado, Ph. D. dissertation, 162 p.

Kues, B. S., and Lucas, S. G., 1985, Mosasaur remains from the Lewis Shale (Upper Cretaceous), S.W. Colorado: Journal of Paleontology, v. 59, no. 6, p. 1395-1400.

Lauginiger, E. M., and Hartstein, E. F., 1983, A guide to fossil sharks, skates, and rays from the Chesapeake and Delaware canal area, Delaware: Delaware Geological Survey Open- File Report 21, p. 33-35.

Lingham-Soliar, Theagarten, 1991, Mosasaurs from the Upper Cretaceous of Niger: Palaeontology, v. 34, p. 653-670.

—1992, The tylosaurine mosasaurs (Reptilia, Mosasauridae) from the Upper Cretaceous of Europe and Africa: Bulletin de L'Institut Royal des Sciences Naturelles de Belgique, v. 62, p. 171-194.

Lingham-Soliar, Theagarten, and Nolf, Dirk, 1989, The mosasaur *Prognathodon* (Reptilia, Mosasauridae) from the Upper Cretaceous of Belgium: Bulletin de L'Institut Royal des Sciences Naturelles de Belgique, v. 59, p. 137-190.

Lucas, S. G., and Reser, P. K., 1981, A mosasaur from the Lewis Shale (Upper Cretaceous), northwestern New Mexico: New Mexico Geology, v. 3, no. 3, p. 37-40.

Marshall, Murial, 1975, Bones discovered near Cedaredge: Delta County Independent, v. 92, no. 22, 8 p.

Martill, D. M., 1985, The preservation of marine vertebrates in the Lower Oxford Clay (Jurassic) of central England: Philosophical Transactions of the Royal Society of London B, v. 311, p. 155-165.

—1987, Taphonomic and diagenetic case study of a partially articulated ichthyosaur: Palaeontology, v. 30, no. 3, p. 543-555.

Martin, L. D., and Rothschild, B. M., 1989, Paleopathology and diving mosasaurs: American Scientist, v. 77, p. 460-467.

McGowan, Christopher, 1992, The ichthyosaurian tail--sharks do not provide an appropriate analogue: Palaeontology, v. 35, no. 3, p. 555-570.

BLM_0056111

Molenaar, C.M., 1983, Major depositional cycles and regional correlations of Upper Cretaceous rocks, southern Colorado Plateau and adjacent areas, *in* Reynolds, M. W., and Dolly, E.D., editors, Mesozoic paleogeography of west-central United States: Rocky Mountain Section, Society of Economic Paleontologists and Mineralogists, p. 201-224.

Nicholls, E. L., 1988, The first record of the mosasaur *Hainosaurus* (Reptilia: Lacertilia) from North America: Canadian Journal of Earth Science, v. 25, p. 1564-1570.

Obradovich, J. D., 1993, A Cretaceous time scale, *in* Caldwell, W. G. E., and Kauffman, E. G., editors, Evolution of the Western Interior Basin: Geological Association of Canada Special Paper 39, p. 379-396.

Romer, A. S., 1956, Osteology of the reptiles: Chicago, Illinois, The University of Chicago Press, 772 p.

Rothschild, B. M., and Martin, L. D., 1993, Paleopathology--disease in the fossil record: Boca Raton, Florida, CRC Press, Inc., 386 p.

Russell, D. A., 1967, Systematics and morphology of American mosasaurs (Reptilia, Sauria): Peabody Museum of Natural History Bulletin, v. 23, p. 1-237.

—1970, The vertebrate fauna of the Selma Formation of Alabama--the mosasaurs: Fieldiana Geology Memoirs, v. 3, no. 7, p. 363-380.

Sato, Tamaki, 1997, Taphonomy of a plesiosaurian fossil from Hokkaido, Japan: Journal of Vertebrate Paleontology, v. 17, p. 73A.

Schafer, Wilhelm, 1972, Ecology and paleoecology of marine environments: Chicago, Illinois, The University of Chicago Press, 568 p.

Schwimmer, D. R.; Stewart, J. D.; and Williams, G. D., 1997, Scavenging by sharks of the genus *Squalicorax* in the Late Cretaceous of North America: Palaios, v. 12, p. 71-83.

Schwimmer, D. R., and Williams, G. D., 1991, Evidence of scavenging by the selachian *Squalicorax kaupi* in the Upper Cretaceous marine sediments of the eastern Gulf Coastal Plain: Journal of Vertebrate Paleontology, v. 11, p. 55A.

Sheldon, M. A., 1994, Ecological implications of mosasaur bone microstructure: Journal of Vertebrate Paleontology, v. 14, p. 45A.

—1997, Ecological implications of mosasaur bone microstructure, *in* Callaway, J. M., and Nicholls, E. L., editors, Ancient marine reptiles, Academic Press, p. 333-354.

Soliar, Theagarten, 1988, The mosasaur *Goronyosaurus* from the upper Cretaceous of Sokoto State, Nigeria: Palaeontology, v. 31, no. 3, p. 747-762.

Taylor, M. A., 1987, Reinterpretation of ichthyosaur swimming and buoyancy: Palaeontology, v. 3 0, p. 531-535.

—1994, Convergent evolution in marine tetrapods: Journal of Vertebrate Paleontology, v. 14, p. 49A.

Thurmond, J. T., 1969, Notes on mosasaurs from Texas: Texas Journal of Science, v. 21, p. 69-80.

Wade, Mary, 1984, *Platypterygius australis*, an Australian Cretaceous ichthyosaur: Lethaia, v. 17, p. 99-113.

Welles, S. P., and Gregg, D. R., 1971, Late Cretaceous marine reptiles of New Zealand: Records of the Canterbury Museum, v. 9, no. 1, p. 1-111.

Welton, B. J., and Farish, R. F., 1993, The collector's guide to fossil sharks and rays from the Cretaceous of Texas: Dallas, Texas, Before Time, 204 p.

Wiffen, Joan, 1980, *Moanasaurus*, a new genus of marine reptile (Family Mosasauridae) from the Upper Cretaceous of North Island, N. Z.: New Zealand Journal of Geology and Geophysics, v. 23, p. 507-528.

—1990, New mosasaurs (Reptilia:Family Mosasauridae) from the Upper Cretaceous of North Island, New Zealand: New Zealand Journal of Geology and Geophysics, v. 33, p. 67-85.

Williston, S.W., 1897, *Brachysaurus*, a new genus of mosasaurs: Kansas University Quarterly, v. 6, no. 2, p. 95-98.

—1898, Mosasaurs: University Geology Survey, Kansas, v. 4, p. 83-221.

—1914, Water reptiles of the past and present: Chicago, Illinois, The University of Chicago Press, 251 p.

—1925, The osteology of the reptiles: Cambridge, Massachusetts, Cambridge, Harvard University Press, 300 p.

Wolny, D. G.; Armstrong, H. J.; and Kirkland, J. I., 1990, Hadrosaur skeleton from the Mancos Shale, W. Colorado: Journal of Vertebrate Paleontology, v. 10, p. 50A.

Wright, K. R., 1989, On the taxonomic status of *Moanasaurus mangahouangae* Wiffen (Squamata:Mosasauridae): Journal of Paleontology, v. 63, no. 1, p. 126-127.

Young, R. G., 1959, Cretaceous deposits of the Grand Junction area, Garfield, Mesa, and Delta Counties, Colorado, *in* Haun, J. D., and Weimer, R. J., editors, Symposium on Cretaceous rocks of Colorado and adjacent areas: Denver, Colorado, Eleventh Field Conference Washakie, Sand Wash, and Piceance Basins, Rocky Mountain Association of Geologists, p. 17-25.

—1960, Mancos Shale and Mesaverde group of Palisade area, *in* Weimer, R. J., and Haun, J. D., editors, Guide to the geology of Colorado: Geological Society of America. Rocky Mountain Association of Geologists, Colorado Scientific Society, p. 85-86.

BLM_0056112



Journals Home                                                                              EcoTrack | My ESA : Sign in | Register | Help
ESA Home

Ecosphere    Ecology    Ecological Monographs    Ecological Applications    Frontiers    Bulletin    Ecological Archives        Quick Search

All Publications > Ecological Applications > October 2003 > FIRE AND GRAZING IMPACTS ON PLANT DIVERSITY AND ALIEN PLANT INVASIONS ...                    Advanced Search

**Volume 13, Issue 5 (October)**



< Previous Next >

< Previous Article                          **Volume 13, Issue 5 (October 2003)**                          Next Article >

Add to Favorites    |    Email    |    Download to Citation Manager    |    Track Citations    |    Permissions

**Full-text**            **PDF**

Current Issue
Available Issues
Preprints

Jon E. Keeley, Daniel Lubin, and C. J. Fotheringham 2003. FIRE AND GRAZING IMPACTS ON PLANT DIVERSITY AND ALIEN PLANT INVASIONS IN THE SOUTHERN SIERRA NEVADA Ecological Applications 13:1355–1374. http://dx.doi.org/10.1890/02-5002

Regular Article

### FIRE AND GRAZING IMPACTS ON PLANT DIVERSITY AND ALIEN PLANT INVASIONS IN THE SOUTHERN SIERRA NEVADA

**Jon E. Keeley**[1,2,3], **Daniel Lubin**[1], and **C. J. Fotheringham**[2]

[1] U.S. Geological Survey, Western Ecological Research Center, Sequoia-Kings Canyon National Parks, Three Rivers, California 93271-9651 USA

[2] Department of Organismic Biology, Ecology and Evolution, University of California, Los Angeles, California 90095 USA

**Share this Article**

Share  |

**Journal Information**

ISSN: 1051-0761
Frequency: 8 times per year

Mission and Scope

Types of contributions

Editorial Board

Staff

Instructions for Authors

Reviewer Guidelines

Permissions

Patterns of native and alien plant diversity in response to disturbance were examined along an elevational gradient in blue oak savanna, chaparral, and coniferous forests. Total species richness, alien species richness, and alien cover declined with elevation, at scales from 1 to 1000 $m^2$. We found no support for the hypothesis that community diversity inhibits alien invasion. At the 1-$m^2$ point scale, where we would expect competitive interactions between the largely herbaceous flora to be most intense, alien species richness as well as alien cover increased with increasing native species richness in all communities. This suggests that aliens are limited not by the number of native competitors, but by resources that affect establishment of both natives and aliens.

Blue oak savannas were heavily dominated by alien species and consistently had more alien than native species at the 1-$m^2$ scale. All of these aliens are annuals, and it is widely thought that they have displaced native bunchgrasses. If true, this means that aliens have greatly increased species richness. Alternatively, there is a rich regional flora of native annual forbs that could have dominated these grasslands prior to displacement by alien grasses. On our sites, livestock grazing increased the number of alien species and alien cover only slightly over that of sites free of livestock grazing for more than a century, indicating some level of permanency to this invasion.

In chaparral, both diversity and aliens increased markedly several years after fire. Invasive species are rare in undisturbed shrublands, and alien propagules fail to survive the natural crown fires in these ecosystems. Thus, aliens necessarily must colonize after fire and, as a consequence, time since fire is an important determinant of invasive presence. Blue oak savannas are an important propagule source for alien species because they maintain permanent populations of alien species encountered in postfire chaparral, and because the vegetation mosaic in this region places them in proximity to chaparral. The speed at which alien propagules reach a burned site and the speed at which the shrublands return to their former closed-canopy condition determine alien invasion. Frequent burning of this vegetation alters the balance in favor of alien invasion.

In the higher-elevation coniferous forests, species diversity was a function of fire severity and time since fire. High-intensity fires create gaps that decrease canopy coverage and increase light levels and nutrients for an ephemeral successional flora. Few species have persistent seed banks, so the time since fire is an important determinant of colonization success. There was a highly significant interaction between fire severity and time since fire for understory cover, species richness, and alien richness and cover. Understory was sparse in the first year after fire, particularly in low-severity burns, and increased substantially several years after fire, particularly on high-severity burns. Both fire severity and time since fire affected alien species richness and dominance. Coniferous forests had about one-third as many alien species as the foothill oak savannas, and fewer than half of the species were shared between these communities. Unburned coniferous forests were largely free of alien species, whereas some burned sites had a significant alien presence, which constitutes a challenge for fire restoration of these forests.

Keywords: aliens, biological invasions, blue oak savanna, chaparral, colonization, coniferous forest, elevational patterns, fire severity, forest understory, plant diversity, Sierra Nevada (USA), species–area curves, species richness

Received: January 2, 2002; Revised: January 2, 2003; Final version received: January 24, 2003

[3] E-mail: jon_keeley@usgs.gov

**Cited by**

Thomas Saladyga. Amy Hessl, Baatarbileg Nachin, Neil Pederson. (2013) Privatization, Drought, and Fire Exclusion in the Tuul River

*Uncompahgre Field Offis*

# C O L O R A D O

## Breeding Bird

# A T L A S



HUGH E. KINGERY, EDITOR

Illustrated by Radeaux

COLORADO
**BIRD ATLAS**
PARTNERSHIP

Published by Colorado Bird Atlas Partnership

Copublished by Colorado Division of Wildlife

BLM_0056114

Copyright © 1998, Colorado Bird Atlas Partnership

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, transmitted in any form or by any means, electronic, photocopying, or otherwise, without prior written permission of the publisher.

Library of Congress Catalog Number: 98-074577

ISBN Number: 0-9668506-0-2

Printed in the United States of America

**PUBLISHER**
Colorado Bird Atlas Partnership
Copublished by Colorado Division of Wildlife

**EDITOR**
Hugh E. Kingery

**ILLUSTRATIONS**
Radeaux, Pueblo, Colorado

**MAPS**
Don Schrupp, Colorado Division of Wildlife, Wildlife Resource Information System

**DESIGN, LAYOUT, AND TYPOGRAPHY**
Cathy Holtz, Blonde Ambition, Denver, Colorado

**PUBLICATION MANAGEMENT**
Bob Berman, Colorado Springs, Colorado

**DISTRIBUTED BY**
Colorado Wildlife Heritage Foundation
P.O. Box 211512
Denver, Colorado 80221-0394
FAX: 303-291-7106

BLM_0056115

**THE FOLLOWING ORGANIZATIONS PROVIDED FUNDING FOR THIS BOOK:**

  

**THESE ORGANIZATIONS QUALIFIED AS SPONSORS OF THE ATLAS BY MAKING FINANCIAL CONTRIBUTIONS PROPORTIONATE TO THEIR MEMBERSHIPS:**

Aiken Audubon Society
Arkansas Valley Audubon Society
Audubon Society of Greater Denver
Boulder Bird Club
Boulder County Audubon Society

Colorado Field Ornithologists
Denver Field Ornithologists
Durango Bird Club
Evergreen Naturalists Audubon Society
Foothills Audubon Club

Fort Collins Audubon Society
Grand Valley Audubon Society
Heart of the Rockies Audubon Society
Rabbit Ears Audubon Society
Tuesday Birders

**THESE ORGANIZATIONS PROVIDED FUNDING AND IN-KIND SERVICES FOR ATLAS FIELD WORK:**

Colorado Audubon Council
Colorado Chapter, The Wildlife Society
Colorado Division of Wildlife
Colorado Wildlife Federation

Colorado Wildlife Heritage Foundation
Denver Museum of Natural History
National Audubon Society
Owl Mountain Partnership

U.S. Bureau of Land Management
U.S. Fish and Wildlife Service
U.S. Forest Service

**THESE INDIVIDUALS MADE SUBSTANTIAL FINANCIAL CONTRIBUTIONS TO ATLAS FIELD WORK:**

Kathy Bollhoefer
Toni Brevillier
Mrs. George Milton

Helen Traylor
Scott Yarberry

Bartlesville Audubon Society,
*in memory of Sophia Mery*

BLM_0056116



# RECOMMENDED BUFFER ZONES AND SEASONAL RESTRICTIONS FOR COLORADO RAPTORS

Tolerance limits to disturbance vary among as well as within raptor species.  As a general rule, Ferruginous Hawks and Golden Eagles respond to human activities at greater distances than do Ospreys and America Kestrels.  Some individuals within a species also habituate and tolerate human activity at a proximity that would cause the majority of the group to abandon their nests.  Other individuals become sensitized to repeated encroachment and react at greater distances.  The tolerance of a particular pair may change when a mate is replaced with a less tolerant individual and this may cause the pair to react to activities that were previously ignored.  Responses will also vary depending upon the reproductive stage.  Although the level of stress is the same, the pair may be more secretive during egg laying and incubation and more demonstrative when the chicks hatch.

The term "disturbance" is ambiguous and experts disagree on what actually constitutes a disturbance.  Reactions may be as subtle as elevated pulse rate or as obvious as vigorous defense or abandonment.  Impacts of disturbance may not be immediately evident.  A pair of raptors may respond to human intrusion by defending the nest, but well after the disturbance has passed, the male may remain in the vicinity for protection rather than forage to feed the nestlings.  Golden eagles rarely defend their nests, but merely fly a half mile or more away and perch and watch.  Chilling and over heating of eggs or chicks and starvation of nestlings can result from human activities that appeared not to have caused an immediate response.

A 'holistic' approach is recommended when protecting raptor habitats.  While it is important for land managers to focus on protecting nest sites, equal attention should focus on defining important foraging areas that support the pair's nesting effort.  Hunting habitats of many raptor species are extensive and may necessitate interagency cooperation to assure the continued nest occupancy.  Unfortunately, basic knowledge of habitat use is lacking and may require documentation through telemetry investigations or intensive observation.  Telemetry is expensive and may be disruptive so a more practical approach is to assume that current open space is important and should be protected.

Although there are exceptions, the buffer areas and seasonal restrictions suggested here reflect an informed opinion that if implemented, should assure that the majority of individuals within a species will continue to occupy the area.  Additional factors, such as intervening terrain, vegetation screens, and the cumulative impacts of activities should be considered.

These guidelines were originally developed by CDOW raptor biologist Gerald R. Craig (retired) in December 2002.  To provide additional clarity in guidance, incorporate new information, and update the conservation status of some species, the guidelines were revised in January 2008.  Further revisions of this document may become necessary as additional information becomes available.

BLM_0056117

## RECOMMENDED BUFFER ZONES AND SEASONAL RESTRICTIONS

### BALD EAGLE
**Nest Site:**
No surface occupancy (beyond that which historically occurred in the area; see 'Definitions' below) within ¼ mile radius of active nests (see 'Definitions' below).  Seasonal restriction to human encroachment (see 'Definitions' below) within ½ mile radius of active nests from October 15 through July 31. This closure is more extensive than the National Bald Eagle Management Guidelines (USFWS 2007) due to the generally open habitat used by Colorado's nesting bald eagles.
**Winter Night Roost:**
No human encroachment from November 15 through March 15 within ¼ mile radius of an active winter night roost (see 'Definitions' below) if there is no direct line of sight between the roost and the encroachment activities.  No human encroachment from November 15 through March 15 within ½ mile radius of an active winter night roost if there is a direct line of sight between the roost and the encroachment activities.  If periodic visits (such as oil well maintenance work) are required within the buffer zone after development, activity should be restricted to the period between 1000 and 1400 hours from November 15 to March 15.
**Hunting Perch:**
Diurnal hunting perches (see 'Definitions' below) associated with important foraging areas should also be protected from human encroachment.  Preferred perches may be at varying distances from human encroachment and buffer areas will vary.  Consult the Colorado Division of Wildlife for recommendations for specific hunting perches.

### GOLDEN EAGLE
**Nest Site:**
No surface occupancy (beyond that which historically occurred in the area) within ¼ mile radius of active nests.  Seasonal restriction to human encroachment within ½ mile radius of active nests from December 15 through July 15.

### OSPREY
**Nest Site:**
No surface occupancy (beyond that which historically occurred in the area) within ¼ mile radius of active nests. Seasonal restriction to human encroachment within ¼ mile radius of active nests from April 1 through August 31.  Some osprey populations have habituated and are tolerant to human activity in the immediate vicinity of their nests.

### FERRUGINOUS HAWK
**Nest Site:**
No surface occupancy (beyond that which historically occurred in the area) within ½ mile radius of active nests.  Seasonal restriction to human encroachment within ½ mile radius of active nests from February 1 through July 15.  This species is especially prone to nest abandonment during incubation if disturbed.

### RED-TAILED HAWK
**Nest Site:**
No surface occupancy (beyond that which historically occurred in the area) within 1/3 mile radius of active nests.  Seasonal restriction to human encroachment within 1/3 mile radius of active nests from February 15 through July 15.  Some members of this species have adapted to urbanization and may

tolerate human habitation to within 200 yards of their nest.  Development that encroaches on rural sites is likely to cause abandonment.

## SWAINSON'S HAWK
**Nest Site:**
No surface occupancy (beyond that which historically occurred in the area) within ¼ mile radius of active nests. Seasonal restriction to human encroachment within ¼ mile radius of active nests from April 1 through July 15.  Some members of this species have adapted to urbanization and may tolerate human habitation to within 100 yards of their nest.

## PEREGRINE FALCON
**Nest Site:**
No surface occupancy (beyond that which historically occurred in the area) within ½ mile radius of active nests.  Seasonal restriction to human encroachment within ½ mile of the nest cliff(s) from March 15 to July 31.  Due to propensity to relocate nest sites, sometimes up to ½ mile along cliff faces, it is more appropriate to designate 'Nesting Areas' that encompass the cliff system and a ½ mile buffer around the cliff complex.

## PRAIRIE FALCON
**Nest Site:**
No surface occupancy (beyond that which historically occurred in the area) within ½ mile radius of active nests.  Seasonal restriction to human encroachment within ½ mile radius of active nests from March 15 through July 15.

## NORTHERN GOSHAWK
No surface occupancy (beyond that which historically occurred in the area) within ½ mile radius of active nests.  Seasonal restriction to human encroachment within ½ mile radius of active nests from March 1 through September 15.

## BURROWING OWL
**Nest Site:**
No human encroachment within 150 feet of the nest site from March 15 through October 31.  Although Burrowing Owls may not be actively nesting during this entire period, they may be present at burrows up to a month before egg laying and several months after young have fledged.  Therefore it is recommended that efforts to eradicate prairie dogs or destroy abandoned towns not occur between March 15 and October 31 when owls may be present.  Because nesting Burrowing Owls may not be easily visible, it is recommended that targeted surveys be implemented to determine if burrows are occupied.  More detailed recommendations are available in a document entitled "Recommended Survey Protocol and Actions to Protect Nesting Burrowing Owls" which is available from the Colorado Division of Wildlife

BLM_0056119

## Recommended Buffer Zones and Seasonal Restrictions Around Raptor Use Sites

| Species and Use | Buffer | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bald Eagle** | | | | | | | | | | | | | |
| ACTIVE NEST - No Surface Occupancy | ¼ Mile | ▓ | ▓ | ▓ | ▓ | | | | | | | ▓ | ▓ |
| ACTIVE NEST - No Human Encroachment | ½ Mile | ▓ | ▓ | ▓ | ▓ | | | | ▓ | ▓ | ▓ | ▓ | ▓ |
| ACTIVE WINTER NIGHT ROOST without a direct line of sight- No Human Encroachment | ¼ Mile | ▓ | ▓ | | | | | | | | | ▓ | ▓ |
| ACTIVE WINTER NIGHT ROOST with a direct line of sight - No Human Encroachment | ½ Mile | ▓ | ▓ | | | | | | | | | | ▓ |
| HUNTING PERCH - No Human Encroachment | Contact CDOW | | | | | | | | | | | | |
| **Golden Eagle** | | | | | | | | | | | | | |
| ACTIVE NEST - No Surface Occupancy | ¼ Mile | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | | | | |
| ACTIVE NEST - No Human Encroachment | ½ Mile | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | | | | | ▓ |
| **Osprey** | | | | | | | | | | | | | |
| ACTIVE NEST - No Surface Occupancy | ¼ Mile | | | | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | | |
| ACTIVE NEST - No Human Encroachment | ¼ Mile | | | | ▓ | ▓ | ▓ | ▓ | ▓ | | | | |
| **Ferruginous Hawk** | | | | | | | | | | | | | |
| ACTIVE NEST - No Surface Occupancy | ½ Mile | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | | | | |
| ACTIVE NEST - No Human Encroachment | ½ Mile | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | | | | | |
| **Red-tailed Hawk** | | | | | | | | | | | | | |
| ACTIVE NEST - No Surface Occupancy | 1/3 Mile | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | | | | |
| ACTIVE NEST - No Human Encroachment | 1/3 Mile | | | ▓ | ▓ | ▓ | ▓ | ▓ | | | | | |
| **Swainson's Hawk** | | | | | | | | | | | | | |
| ACTIVE NEST - No Surface Occupancy | ¼ Mile | | | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | | |
| ACTIVE NEST - No Human Encroachment | ¼ Mile | | | | ▓ | ▓ | ▓ | ▓ | | | | | |
| **Peregrine Falcon** | | | | | | | | | | | | | |
| ACTIVE NEST - No Surface Occupancy | ½ Mile | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | | ▓ |
| ACTIVE NEST - No Human Encroachment | ½ Mile | | | ▓ | ▓ | ▓ | ▓ | ▓ | | | | | |
| **Prairie Falcon** | | | | | | | | | | | | | |
| ACTIVE NEST - No Surface Occupancy | ½ Mile | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| ACTIVE NEST - No Human Encroachment | ½ Mile | | | ▓ | ▓ | ▓ | ▓ | ▓ | | | | | |
| **Northern Goshawk** | | | | | | | | | | | | | |
| ACTIVE NEST - No Surface Occupancy | ½ Mile | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| ACTIVE NEST - No Human Encroachment | ½ Mile | | | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | | ▓ |
| **Burrowing Owl** | | | | | | | | | | | | | |
| ACTIVE NEST - No Human Encroachment | 150 feet | | | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | |

▓ = time period for which seasonal restrictions are in place.

BLM_0056120

## DEFINITIONS

Active nest – Any nest that is frequented or occupied by a raptor during the breeding season, or which has been active in any of the five previous breeding seasons. Many raptors use alternate nests in various years. Thus, a nest may be active even if it is not occupied in a given year.

Active winter night roost – Areas where Bald Eagles gather and perch overnight, and sometimes during the day in the event of inclement weather. Communal roost sites are usually in large trees (live or dead) that are relatively sheltered from wind and are generally in close proximity to foraging areas. These roosts may also serve a social purpose for pair bond formation and communication among eagles. Many roost sites are used year after year.

Human encroachment – Any activity that brings humans in the area. Examples include driving, facilities maintenance, boating, trail access (e.g., hiking, biking), etc.

Hunting perch – Any structure on which a raptor perches for the purpose of hunting for prey. Hunting perches provide a view of suitable foraging habitat. Trees are often used as hunting perches, but other structures may also be used (utility poles, buildings, etc.).

Surface occupancy – Any physical object that is intended to remain on the landscape permanently or for a significant amount of time. Examples include houses, oil and gas wells, tanks, wind turbines, roads, tracks, etc.

## CONTACT

For further information contact:
David Klute
Bird Conservation Coordinator
Colorado Division of Wildlife
6060 Broadway
Denver, CO 80216
Phone: 303-291-7320
Email: david.klute@state.co.us

## REFERENCES

Bechard, M.J., and J.K. Schmutz. 1995. Ferruginous Hawk (*Buteo regalis*), The Birds of North America Online (A. Poole, Ed.). Ithaca: Cornell Lab of Ornithology; Retrieved from the Birds of North America Online: http://bna.birds.cornell.edu/bna/species/172

Buehler, D.A. 2000. Bald Eagle (*Haliaeetus leucocephalus*), The Birds of North America Online (A. Poole, Ed.). Ithaca: Cornell Lab of Ornithology; Retrieved from the Birds of North America Online: http://bna.birds.cornell.edu/bna/species/506

Call, M. 1979. Habitat management guides for birds of prey. Technical Note No.338, U.S. Bureau of Land Management, Denver Service Center, Denver, CO. 69pp.

Energy Research and Development Administration (ERDA). 1977. EIA for CUI Venture application for geothermal loan guarantee (Beryl and Lund, Utah). EIA/GE/77-8. Washington, D.C. 109pp.

England, A.S., M.J. Bechard, and C.S. Houston. 1997. Swainson's Hawk (*Buteo swainsoni*), The Birds of North America Online (A. Poole, Ed.). Ithaca: Cornell Lab of Ornithology; Retrieved from the Birds of North America Online: http://bna.birds.cornell.edu/bna/species/265

Greater Yellowstone Bald Eagle Working Group. 1996. Greater Yellowstone bald eagle management plan: 1995 update. Greater Yellowstone Bald Eagle Working Group, Wyoming Game & Fish Dept., Lander WY 82520. 47p

Grier, J.W., F.J. Gramlich, J. Mattisson, J.E. Mathisen, J.V. Kussman, J.B. Elder, and N.F. Green. 1983. The bald eagle in the northern United States. Bird Cons. 144-66.

Haug, E.A., B.A. Millsap, and M.S. Martell. 1993. Burrowing Owl (*Athene cunicularia*), The Birds of North America Online (A. Poole, Ed.). Ithaca: Cornell Lab of Ornithology; Retrieved from the Birds of North America Online: http://bna.birds.cornell.edu/bna/species/061

Holmes, Tamara L. 1993. Behavioral responses of grassland raptors to human disturbance. MS Thesis. Colo. State Univ., Fort Collins. 62pp.

Holthuijzen, A.M.A., W.G. Eastland, A.R. Ansell, M.N. Kochert, R.D. Williams, and L.S. Young. 1990. Effects of blasting on behavior and productivity of nesting prairie falcons. Wildl. Soc. Bull. 18:270-281.

Kochert, M. N., K. Steenhof, C. L. Mcintyre, and E. H. Craig. 2002. Golden Eagle (*Aquila chrysaetos*), The Birds of North America Online (A. Poole, Ed.). Ithaca: Cornell Lab of Ornithology; Retrieved from the Birds of North America Online: http://bna.birds.cornell.edu/bna/species/684

Martin, D.J. 1973. Selected aspects of burrowing owl ecology and behavior. Condor 75:446-456.

Northern States Bald Eagle Recovery Team. 1983. Northern States Bald Eagle Recovery Plan. U.S. Fish and Wildlife Service. 75pp.

Olendorff, R. R., and W.D. Zeedyk. 1978. Land management for the conservation of endangered birds. Pages 419-428 in S.A. Temple, ed. *Endangered birds*. University of Wisconsin Press, Madison, Wisconsin.

Poole, A.F., R.O. Bierregaard, and M.S. Martell. 2002. Osprey (*Pandion haliaetus*), The Birds of North America Online (A. Poole, Ed.). Ithaca: Cornell Lab of Ornithology; Retrieved from the Birds of North America Online: http://bna.birds.cornell.edu/bna/species/683

Preston, C.R., and R.D. Beane. 1993. Red-tailed Hawk (*Buteo jamaicensis*), The Birds of North America Online (A. Poole, Ed.). Ithaca: Cornell Lab of Ornithology; Retrieved from the Birds of North America Online: http://bna.birds.cornell.edu/bna/species/052

Reynolds, R., R.T. Graham, H.M. Reiser. 1992. Management recommendations for the northern goshawk in the southwestern United States. Gen. Tech. Rep. RM-217. Fort Collins, CO. U.S. Dept of Agri., Forest Service, Rocky Mountain Forest and Range Experiment Station. 90pp.

Richardson, C.T. and C.K. Miller. 1997. Recommendations for protecting raptors from human disturbance: a review. Wildl. Soc. Bull. 25(3):634-638.

Rocky Mountain/Southwest Peregrine Falcon Recovery Team. 1984. American peregrine falcon Rocky Mountain/Southwest population recovery plan. U.S. Fish and Wildlife Serv. 105pp.

Squires, J.R., S.H. Anderson, and R. Oakleaf. 1993. Home range size and habitat-use patterns of nesting prairie falcons near oil developments in northeastern Wyoming. J. Field Ornithol. 64:1-10.

Steenhof, Karen. 1998. Prairie Falcon (*Falco mexicanus*), The Birds of North America Online Poole, Ed.). Ithaca: Cornell Lab of Ornithology; Retrieved from the Birds of North America Online: http://bna.birds.cornell.edu/bna/species/346

Squires, J.R., and R.T. Reynolds. 1997. Northern Goshawk (*Accipiter gentilis*), The Birds of North America Online (A. Poole, Ed.). Ithaca: Cornell Lab of Ornithology; Retrieved from the Birds of North America Online: http://bna.birds.cornell.edu/bna/species/298

Suter, G.W. and J.L. Joness. 1981. Criteria for Golden Eagle, Ferruginous Hawk, and Prairie Falcon nest site protection. J. Raptor Res. 15(1):12-18.

Swenson, J.E. 1979. Factors affecting status and reproduction of ospreys in Yellowstone National Park. J. Wildl. Manage. 43:595-601.

Thomsen, L. 1971. Behavior and ecology of burrowing owls on the Oakland Municipal Airport. Condor 73:177-192.

U.S. Fish and Wildlife Service. 2007. National Bald Eagle Management Guidelines. http://www.fws.gov/migratorybirds/issues/BaldEagle/NationalBaldEagleManagementGuidelines.pdf

White, C.M., N.J. Clum, T.J. Cade, and W.G. Hunt. 2002. Peregrine Falcon (*Falco peregrinus*), The Birds of North America Online (A. Poole, Ed.). Ithaca: Cornell Lab of Ornithology; Retrieved from the Birds of North America Online: http://bna.birds.cornell.edu/bna/species/660

*Revised 02/2008*




# Archaeology Under Fire: the Impacts of Forest Fire on Archaeological Inquiry

## Ashleigh Knapp, Colorado State University

## Abstract

This research evaluates the impacts of wildland fire on archaeological sites. Following the 34,000 acre Little Venus Fire in northern Wyoming, known archaeological sites along the Greater Greybull Drainage where categorized by the degree of burn intensity – severe, moderate, and low – to determine differential heating patterns in the area. Colorado State field school students also documented the change caused by fire on cultural artifacts and the surrounding landscape. A noteworthy effect of forest fire is the expansion of many previously documented sites, either by spatial scale or in number of artifacts, due to the removal visually obstructing vegetation. The presence of oxidized sediments that are remarkably similar in appearance to hearth spots is another significant effect. The forest fire directly altered surface artifacts in ways including, a variety heat related fractures, the color and texture change of raw material types, vulnerability to processes of erosion, and looting due to exposure. Effects varied depending on position and the suggested intensity of the fire in that location. However, most of the findings and results follow expected patterns suggesting that these patterns can be applied to help decipher other sites that have witnessed wildland fires and indicates that such change can be predicted and incorporated into a more general understanding of archaeological site formation processes.



### Little Venus Fire Perimeter Map, Greater Greybull Drainage System, Wyoming



### Site 48PA2789

Although over 50 sites have been revisited after the Little Venus Fire, a limited amount of research time due to weather conditions only allowed for the more intensive investigation of only one site. Site 48PA2789 was chosen because it was one of the more extensively burned areas, and due to its location in an exposed, recreationally active area at risk for looting.

[courtesy of the United States Forest Service]

## Some Effects of the Little Venus Forest Fire on Archaeological Sites

### Heat Modification of Lithic Artifacts



- Thermal Spalling
- Material Color Change
- Thermal Fracture


Potlid Fracture


Carbon Residue

### Fire Effects on Soil


Oxidized Sediments

Erosion

### Fire Effects on Vegetation

Patchy Burn Pattern

Thermal Crazing

Metallic Sheen

Removal of Visually Obstructing Vegetation





## Wildland Fire and Site Formation



Smoke from the Little Venus Fire
July, 2006

- ✓ Wildland fire is a powerful site formation process in the ways in which it effects archaeological sites.
- ✓ Artifacts can have their shape altered through melting and thermal fracturing, and artifacts that are impacted by fire may be less likely to preserve well.
- ✓ The removal of visually obstructing vegetation exposes artifacts to archaeologists, other humans, and natural forces.
- ✓ Light winds can expose smaller, previously unseen artifacts by removing a small amount of sediments; heavy winds can transport larger particles including small artifacts depositing them elsewhere.
- ✓ Wild land fires are capable of redesigning entire landscapes. For example, in the late 18th century, the Greater Greybull region witnessed forest fires leaving ghost forests and high plains environments rather than returning to a mature forest.

## 2004 Data Recorded for Site 48PA2789

- ✓ The goal in the initial recording of the site was to document present artifacts at 48PA2789 and other nearby sites.
- ✓ The 2004 CSU field school systematically surveyed the area and coded found artifacts.
- ✓ The site remained nondescript as there were few formal tools, only a scraper and three bifacial performs, and fewer than 400 artifacts recorded.
- ✓ It is noteworthy that the lithic material types seem to be a nearly accurate representation on the types present at the site.

## 2006 Data Recorded for Site 48PA2789 *after the Little Venus Forest Fire*



- ✓ The goal in rerecording the site was to document the impacts of the forest fire on previously recorded sites with a hope of comparing data and establishing predicable patterns.
- ✓ The four person team began recording formal tool types and an obsidian retouch location that was unseen when recorded in 2004, artifacts along two transects located in highly burned areas, and topographic points for mapping of the site.
- ✓ As opposed to the 2004 data, 11 projectile points dating to the Prehistoric period and other formal tools were found, recorded and collected.

- ✓ While working in Transect 2 glass beads were discovered, which drastically changed the dynamics of the site and the concentration of documentation.
- ✓ Following the discovery of the glass beads, the team recovered more beads, a metal bracelet, and two metates through asystematic survey.
- ✓ The projectile points and metates were found due the in the increased surface visibility after the majority of the vegetation burned in the fire.
- ✓ The beads became visible probably due to a combination of increased surface visibility and erosion moving surface soils exposing the tiny beads.

## References

Buenger, Brent A.
    2003 *The Impact of Wildland and Prescribed Fire on Archaeological Resources.* Doctoral Dissertation, Department of Anthropology, University of Kansas.

Holling C.S, L.H. Gunderson, and D. Ludwig
    2002 Understanding Transformations in Human and Natural Systems. *Panarchy* Chapter 1.

Schiffer, Michael B.
    1983 Toward the Identification of Formation Processes. *American Antiquity* 48(4):675-706.

*Photographs and graphics courtesy of Larry Todd.*

*A special thanks to Kristin Hare, Becky Thomas and Larry Todd for waiting out Mother Nature and recording the impacts of the Little Venus Fire with me.*

## Findings on Site 48PA2789

### Predicted Fire Behavior




It is difficult to determine burn intensity, duration and fuel load because data regarding vegetation did not gather before the fire. It is known that site 48PA2789 was in a wooded area probably with a variety of combustible vegetation. There are indications that the fire reached high temperatures in this area. For example, chert artifacts exhibiting thermal fractures and color change would have experienced temperatures reaching 725 degrees Celsius.

### Trends in Heat Modification



- ✓ Potlid fractures were not present on all material types and were more common on petrified wood and cherts. The majority of potlids were on the underside of the artifacts, rather than the top where temperatures are predictably higher during a fire. A temperature difference for this is greater differential heating on the underside.
- ✓ Thermal crazing was also more common on petrified wood and cherts, usually occurring with another form of heat modification, like carbon residue deposits and potlids.
- ✓ The metallic sheen was present on some obsidian artifacts, but seem have been limited to only large obsidian pieces.
- ✓ Carbon residue deposits on artifacts occur throughout the site and are present on all material types.

### Lithic Tools



**Projectile Points**
Eleven projectile points found on the site were all classified as Late Prehistoric points and were made from a variety of materials including obsidian, petrified wood, and chert. No projectile points were found in the 2004 investigation of the site probably due to visually obstructing vegetation.

**Metates**
Two metates were found in the 2006 investigation of the site – one broken and the other entirely intact. The latter would probably not have been found before the forest fire in that it was located in a previously, heavily treed area.



**Obsidian**
In the 2004 analysis of our obsidian samples, all were sourced to Obsidian Cliff. This source corresponds with predicted quarry behavior and the estimated time period of the site.

### Contact Artifacts



**Beads**
Two clusters of glass beads were found near transect 2. The beads did sustain some crazing due to the fire. There also may have been some melted beads. The discovery of the beads further identified the time period of the site as early Contact. There is little known about the Early Contact period in this area.



**Bracelet**
Nearby the beads a metal bracelet was discovered.




*The locations of the humans indicate where the artifacts, two clusters of glass beads and the metal bracelet, lay in the landscape.*

## Following the Little Venus Fire

### Adaptation Cycle
The Greater Greybull Drainage ecosystem is at a possible point of change between the alpha and r phases. The re-growth of the forest is dependent on a sufficient amount of precipitation in the coming months. It is possible that much of the previously forested landscape will be converted into high plains, like after the fires in the late 18th century.

### Research Needs
Further investigation of site 48PA2789 and the impacts of wildland fire on other sites in the area is necessary. Specific research questions to be answered include questions of the long term impact of wildland fire and preservability of sites afterwards, and questions regarding the Contact period in the mountains and high plains of Northern Wyoming.



[courtesy of Resilience Alliance, www.resalliance.org]

BLM_0056124

# Greater Sage-Grouse

## Ecology and Conservation of a Landscape Species and Its Habitats



Edited by STEVEN T. KNICK and JOHN W. CONNELLY

BLM_0056125

# STUDIES IN AVIAN BIOLOGY

*A Publication of the Cooper Ornithological Society*

HTTP://WWW.UCPRESS.EDU/GO/SAB

*Studies in Avian Biology* is a series of works by the Cooper Ornithological Society since 1978. Volumes in the series address current topics in ornithology and can be organized as monographs or multi-authored collections of chapters. Authors are invited to contact the series editor to discuss project proposals and guidelines for preparation of manuscripts.

*Series Editors*
Carl D. Marti
Brett K. Sandercock, Kansas State University

*Volume Technical Editor*
Clait E. Braun, Grouse, Inc.

*Editorial Board*
Frank R. Moore, University of Southern Mississippi
John T. Rotenberry, University of California at Riverside
Steven R. Beissinger, University of California at Berkeley
Katie M. Dugger, Oregon State University
Amanda D. Rodewald, Ohio State University
Jeffrey F. Kelly, University of Oklahoma

*Science Publisher*
Charles R. Crumly, University of California Press

*See complete series list on page 645.*

# GREATER SAGE-GROUSE

*Ecology and Conservation
of a Landscape Species and Its Habitats*

Steven T. Knick and John W. Connelly, *Editors*

*Studies in Avian Biology No. 38*

A PUBLICATION OF THE COOPER ORNITHOLOGICAL SOCIETY

University of California Press
*Berkeley    Los Angeles    London*

BLM_0056127

University of California Press, one of the most distinguished university presses in the United States, enriches lives around the world by advancing scholarship in the humanities, social sciences, and natural sciences. Its activities are supported by the UC Press Foundation and by philanthropic contributions from individuals and institutions. For more information, visit www.ucpress.edu.

Studies in Avian Biology, No. 38
For digital edition of this work, please see the UC Press website.

University of California Press
Berkeley and Los Angeles, California

University of California Press, Ltd.
London, England

© 2011 by the Cooper Ornithological Society

Library of Congress Cataloging-in-Publication Data

Greater sage-grouse : ecology and conservation of a landscape species and its habitats /
Steven T. Knick and John W. Connelly, editors.
p. cm. — (Studies in avian biology ; no. 38)
"A Publication of the Cooper Ornithological Society."
Includes bibliographical references and index.
ISBN 978-0-520-26711-4 (cloth : alk. paper)
1. Sage grouse—Ecology.   2. Sage grouse—Habitat—Conservation.
3. Sagebrush—Ecology.   I. Knick, Steven T.   II. Connelly, John W. (John William), 1952–

QL696.G27E26 2011

639.9'78636—dc22                                                    2010052102

19  18  17  16  15  14  13  12  11
10  9  8  7  6  5  4  3  2  1

The paper used in this publication meets the minimum requirements of
ANSI/NISO Z39.48-1992 (R 1997)(*Permanence of Paper*).

Cover image: Greater Sage-Grouse. Photo by Terry R. Steele.

## PERMISSION TO COPY

The Cooper Ornithological Society hereby grants permission to copy chapters
(in whole or in part) appearing in *Studies in Avian Biology* for personal use,
or educational use within one's home institution, without payment,
provided that the copied material bears the statement
"©2011 The Cooper Ornithological Society"
and the full citation, including names of all authors. Authors may post copies
of their chapters on their personal or institutional website, except that whole
issues of Studies in Avian Biology may not be posted on websites.
Any use not specifically granted here, and any use of Studies in
Avian Biology articles or portions thereof for advertising, republication,
or commercial uses, requires prior consent from the series editor.

BLM_0056128

CONTENTS

Contributors / *vii*

Preface / *xi*
Steven T. Knick and John W. Connelly

Foreword / *xiii*
John C. Freemuth

Greater Sage-Grouse and Sagebrush:
An Introduction to the Landscape / 1
Steven T. Knick and John W. Connelly

Part I • *Management and
Conservation Status*

1 • HISTORICAL DEVELOPMENT, PRINCIPAL FEDERAL
LEGISLATION, AND CURRENT MANAGEMENT
OF SAGEBRUSH HABITATS: IMPLICATIONS FOR
CONSERVATION / 13
Steven T. Knick

2 • THE LEGAL STATUS OF GREATER SAGE-GROUSE:
ORGANIZATIONAL STRUCTURE OF PLANNING
EFFORTS / 33
San J. Stiver

Part II • *Ecology of Greater Sage-Grouse*

3 • CHARACTERISTICS AND DYNAMICS OF GREATER
SAGE-GROUSE POPULATIONS / 53
John W. Connelly, Christian A. Hagen,
and Michael A. Schroeder

4 • CHARACTERISTICS OF GREATER SAGE-GROUSE
HABITATS: A LANDSCAPE SPECIES AT MICRO-
AND MACROSCALES / 69
John W. Connelly, E. Thomas Rinkes,
and Clait E. Braun

5 • MOLECULAR INSIGHTS INTO THE BIOLOGY OF
GREATER SAGE-GROUSE / 85
Sara J. Oyler-McCance and
Thomas W. Quinn

6 • PREDATION ON GREATER SAGE-GROUSE: FACTS,
PROCESS, AND EFFECTS / 95
Christian A. Hagen

7 • HARVEST MANAGEMENT FOR GREATER SAGE-
GROUSE: A CHANGING PARADIGM FOR
GAME BIRD MANAGEMENT / 101
Kerry P. Reese and John W. Connelly

8 • PARASITES AND INFECTIOUS DISEASES OF
GREATER SAGE-GROUSE / 113
Thomas J. Christiansen and
Cynthia M. Tate

9 • WEST NILE VIRUS ECOLOGY IN SAGEBRUSH
HABITAT AND IMPACTS ON GREATER SAGE-
GROUSE POPULATIONS / 127
Brett L. Walker and David E. Naugle

Part III • *Ecology of Sagebrush*

10 • CHARACTERISTICS OF SAGEBRUSH HABITATS
AND LIMITATIONS TO LONG-TERM
CONSERVATION / 145
Richard F. Miller, Steven T. Knick,
David A. Pyke, Cara W. Meinke,
Steven E. Hanser, Michael J. Wisdom,
and Ann L. Hild

11 • PRE–EURO-AMERICAN AND RECENT FIRE IN
SAGEBRUSH ECOSYSTEMS / 185
William L. Baker

v

BLM_0056129

12 • ECOLOGICAL INFLUENCE AND PATHWAYS OF LAND USE IN SAGEBRUSH / 203
Steven T. Knick, Steven E. Hanser, Richard F. Miller, David A. Pyke, Michael J. Wisdom, Sean P. Finn, E. Thomas Rinkes, and Charles J. Henny

13 • INFLUENCES OF THE HUMAN FOOTPRINT ON SAGEBRUSH LANDSCAPE PATTERNS: IMPLICATIONS FOR SAGE-GROUSE CONSERVATION / 253
Matthias Leu and Steven E. Hanser

14 • INFLUENCES OF FREE-ROAMING EQUIDS ON SAGEBRUSH ECOSYSTEMS, WITH A FOCUS ON GREATER SAGE-GROUSE / 273
Erik A. Beever and Cameron L. Aldridge

Part IV • Population Trends and Habitat Relationships

15 • GREATER SAGE-GROUSE POPULATION DYNAMICS AND PROBABILITY OF PERSISTENCE / 293
Edward O. Garton, John W. Connelly, Jon S. Horne, Christian A. Hagen, Ann Moser, and Michael A. Schroeder

16 • CONNECTING PATTERN AND PROCESS IN GREATER SAGE-GROUSE POPULATIONS AND SAGEBRUSH LANDSCAPES / 383
Steven T. Knick and Steven E. Hanser

17 • INFLUENCES OF ENVIRONMENTAL AND ANTHROPOGENIC FEATURES ON GREATER SAGE-GROUSE POPULATIONS, 1997–2007 / 407
Douglas H. Johnson, Matthew J. Holloran, John W. Connelly, Steven E. Hanser, Courtney L. Amundson, and Steven T. Knick

18 • FACTORS ASSOCIATED WITH EXTIRPATION OF SAGE-GROUSE / 451
Michael J. Wisdom, Cara W. Meinke, Steven T. Knick, and Michael A. Schroeder

Part V • Conservation and Management

19 • GREATER SAGE-GROUSE AS AN UMBRELLA SPECIES FOR SHRUBLAND PASSERINE BIRDS: A MULTISCALE ASSESSMENT / 475
Steven E. Hanser and Steven T. Knick

20 • ENERGY DEVELOPMENT AND GREATER SAGE-GROUSE / 489
David E. Naugle, Kevin E. Doherty, Brett L. Walker, Matthew J. Holloran, and Holly E. Copeland

21 • ENERGY DEVELOPMENT AND CONSERVATION TRADEOFFS: SYSTEMATIC PLANNING FOR GREATER SAGE-GROUSE IN THEIR EASTERN RANGE / 505
Kevin E. Doherty, David E. Naugle, Holly E. Copeland, Amy Pocewicz, and Joseph M. Kiesecker

22 • RESPONSE OF GREATER SAGE-GROUSE TO THE CONSERVATION RESERVE PROGRAM IN WASHINGTON STATE / 517
Michael A. Schroeder and W. Matthew Vander Haegen

23 • RESTORING AND REHABILITATING SAGEBRUSH HABITATS / 531
David A. Pyke

24 • CONSERVATION OF GREATER SAGE-GROUSE: A SYNTHESIS OF CURRENT TRENDS AND FUTURE MANAGEMENT / 549
John W. Connelly, Steven T. Knick, Clait E. Braun, William L. Baker, Erik A. Beever, Thomas J. Christiansen, Kevin E. Doherty, Edward O. Garton, Steven E. Hanser, Douglas H. Johnson, Matthias Leu, Richard F. Miller, David E. Naugle, Sara J. Oyler-McCance, David A. Pyke, Kerry P. Reese, Michael A. Schroeder, San J. Stiver, Brett L. Walker, and Michael J. Wisdom

Literature Cited / 565

Index / 625

Series Titles / 645

BLM_0056130

# GROUNDWATER SYSTEMS IN DELTA COUNTY, COLORADO: OAK MESA AREA

## GIS-Based Hydrological and Environmental Systems Analysis and Formulation of Conceptual Site Models



**Authors:**
**Dr. Kenneth E. Kolm and Paul K.M. van der Heijde**
**Integral Consulting Inc.**
**Louisville, Colorado**

**Prepared For:**
**Delta County Board of County Commissioners, Colorado**

**Contract Effective Date: May 4, 2012**

**Report Date: August 31, 2012**

BLM_0056131

Front Page: West Reservoir on Oak Mesa Facing East (June 2012)

BLM_0056132

# Table of Contents

1. INTRODUCTION ................................................................................... 1

2. DEVELOPMENT OF CONCEPTUAL MODELS OF THE OAK MESA STUDY
   AREA ................................................................................................... 3
   2.1 Climate ............................................................................................. 3
   2.2 Topography and Geomorphology ..................................................... 6
   2.3 Surface Water Characteristics ......................................................... 7
   2.4 Hydrogeologic Framework .............................................................. 9
      2.4.1 Regional Hydrogeologic Units ................................................. 10
      2.4.2 Hydrogeologic Units of the Oak Mesa Study Area ................... 13
      2.4.3 Hydrostructural Units of the Oak Mesa Study Area ................. 18
   2.5 Groundwater Flow Systems ............................................................ 19
   2.6 Groundwater System Conceptual Site Models by Subsystem .......... 20
      2.6.1 Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystems.. 20
      2.6.2 Regional Bedrock Subsystems ................................................. 24
   2.7 Anthropogenic Influences ............................................................... 26
      2.7.1 Effects of Land Use Changes on Groundwater Systems ........... 27
      2.7.2 Potential Effects of Coal Mine Hydrology ................................ 29

3. GIS MAPS, LAYERS, DATABASES, AND DATA SOURCES ..................... 31
   3.1 GIS and GIS Maps .......................................................................... 31
   3.2 Use of GIS in the Oak Mesa Study .................................................. 31
   3.3 GIS Map, Layers, and File Structure ............................................... 33
   3.4 Data Sources .................................................................................. 34

4. SUMMARY AND CONCLUSIONS ....................................................... 37

5. REFERENCES ................................................................................... 40

Appendix 1.  Climate Data for the Oak Mesa Area, Delta County ............ 42

# List of Tables

Table 1a    Correlation of Geological and Hydrogeologic Units in the Oak Mesa Study
            Area: Unconsolidated Sediments. ............................................ 16
Table 1b    Correlation of Geological and Hydrogeologic Units in the Oak Mesa Study
            Area: Bedrock Units ............................................................... 17

BLM_0056133

## List of Figures

Figure 1        Location of the Oak Mesa Area, Delta County, Colorado.............................        2

Figure 2        Average Total Monthly Precipitation, Snow Fall and Snow Depth for
                Bonham Reservoir (station 050825), Colorado for Period 7/1/1963 to
                5/31/2012 .................................................................................................        4

Figure 3        Average Total Monthly Precipitation, Snow Fall and Snow Depth for
                Cedaredge (station 051440), Colorado for Period 1/1/1898 to 5/31/1994 .....        5

Figure 4        Average Total Monthly Precipitation, Snow Fall and Snow Depth for Delta
                (station 052192), Colorado for Period 1/1/1893 to 12/31/1999 .....................        5

Figure 5        Comparison between the Average Total Monthly Precipitation at the
                Bonham Reservoir, Cedaredge and Delta Stations for the Period 1/1/1971 –
                12/31/2000 ...............................................................................................        6

Figure 6        Spatial Distribution of the Average Annual Precipitation in the Oak Mesa
                Area, Delta County, Colorado...............................................................        7

Figure 7        Topography and Surface Water in the Oak Mesa Study Area, Colorado .......        8

Figure 8        Generalized Map Showing Regional Geographic and Geological Features ...       11

Figure 9        Composite Large Scale Map of the Geology of Delta County ......................       12

Figure 10       Generalized Northeast-Southwest Geological Cross Section Representative
                for Delta County .........................................................................................       12

Figure 11       Map Showing the Shallow Unconsolidated Hydrogeologic Units in the Oak
                Mesa Study Area .........................................................................................       13

Figure 12       Map Showing Top of Bedrock Hydrogeologic Units in the Oak Mesa Study
                Area ...........................................................................................................       14

Figure 13       Map Showing Major Hydrostructures (Faults and Fracture Zones) in the
                Oak Mesa Study Area ..................................................................................       15

Figure 14       Map Showing the Locations of the Cross Sections Representative for the
                Conceptual Site Models in the Oak Mesa Study Area ...................................       21

Figure 15       Cross-sectional View of the Conceptual Site Model of the Mesa Top,
                Hillslope, and Valley Bottom Shallow Aquifer Subsystems (B-B' in Figure
                14) .............................................................................................................       22

Figure 16       Plan View of the Conceptual Site Model of the Mesa Top, Hillslope,
                and Valley Bottom Shallow Aquifer Subsystems .........................................       23

Figure 17       Google Earth View of the Mesa Top, Hillslope, and Valley Bottom Shallow
                Aquifer Subsystems .....................................................................................       24

Figure 18       Cross-sectional View of the Conceptual Site Model of the Regional
                Bedrock Subsystems (A-A' in Figure 14) .....................................................       25

Figure 19       Plan View of the Conceptual Site Model of the Regional Bedrock ...............       26

Figure 20       Google Earth Image of Anthropogenic Influences: Irrigation Ditches and
                Reservoirs in the Oak Mesa Study Area .......................................................       27

Figure 21       Anthropogenic Influences: Irrigated Areas and Irrigation Ditches in the Oak
                Mesa Study Area .........................................................................................       28

Figure 22       Anthropogenic Influences: Wells in the Oak Mesa Study Area ....................       29

BLM_0056134

Figure 23    Delta County GIS Map Showing Streams, Ditches, and Roads on Top of
             County-wide Geology ...................................................................................    32
Figure 24    Oak Mesa GIS Map Showing Streams, Ditches and Roads on Top of
             Hydrogeologic Unconsolidated and Bedrock Units and Hydrogeologic
             Structures ......................................................................................................    32
Figure 25    GIS Map Showing the Attribute Table for the Hydro(logic) Structures
             Layer in the Oak Mesa Area *(right side of figure)* ........................................    33

BLM_0056135

Oak Mesa Groundwater System, Delta County, Colorado                    Integral Consulting Inc.    page iv

BLM_0056136

# 1      INTRODUCTION

Under an agreement with Delta County, Colorado, Integral Consulting Inc. (Integral) of Louisville, Colorado, was tasked to perform a groundwater study of the Oak Mesa area of Delta County, Colorado (Figure 1). This study included a Hydrologic and Environmental System Analysis (HESA) of the groundwater system in the study area and the development of GIS databases and maps of hydrogeologic and hydrologic characteristics of this groundwater system. The HESA is documented in this report, which also contains a description of the development and use of the GIS databases and maps. The report and GIS databases provide support for planning, zoning and other decision-making tasks of county staff, including those related to protection of groundwater resources for use as public or communal water supplies.

This study consisted of the following tasks:
1. Conduct a comprehensive HESA and formulate relevant conceptual hydrologic models to provide the physical framework for assessments of potential impacts of anthropogenic system modifications on groundwater resources and interrelated surface water resources;
2. Develop a consistent and practical hydrogeologic nomenclature that can be expanded to county-wide use;
3. Digitize existing geologic maps and convert them to hydrogeologic system layers and databases in the GIS, including layers showing hydrogeologic units and characteristic stacks of such units, and hydrostructures; and
4. Adapt additional hydrological and other GIS maps and databases needed to evaluate the groundwater resources in the county; these databases will contain data from various public domain sources.

These tasks were completed in a manner that when future studies of adjacent sections of the county are conducted, there will be a continuous and consistent hydrogeological and hydrological GIS coverage.

It should be noted that that the reported HESA results and the GIS maps and databases will not obviate the need for additional hydrogeologic analysis on a site-specific basis in any project requiring due diligence, such as water right assessments, geotechnical studies, or environmental or water resources impact evaluations.

BLM_0056137



**Figure 1. Location of the Oak Mesa Area, Delta County, Colorado.**

BLM_0056138

## 2   DEVELOPMENT OF CONCEPTUAL SITE MODELS OF THE OAK MESA STUDY AREA

HESA is an approach used to conceptualize and characterize relevant features of hydrologic and environmental systems, integrating relevant considerations of climate, topography, geomorphology, groundwater and surface water hydrology, geology, ecosystem structure and function, and the human activities associated with these systems into a holistic, three-dimensional dynamic conceptual site model (CSM). This watershed-based, hierarchical approach is described by Kolm and others (*1996*) and codified in ASTM D5979 Standard Guide for Conceptualization and Characterization of Ground Water Systems.  The CSM of the Oak Mesa study area covers elements of climate, topography, soils and geomorphology, surface water characteristics, hydrogeologic framework, hydrology, and anthropogenic activity as related to the shallow groundwater systems in the study area.

Based on field surveys and a preliminary HESA, a number of hydrogeologic subsystems were identified within the Oak Mesa study area. Each of these subsystems has a unique hydrogeologic setting and groundwater flow system and is described in detail in forthcoming sections of the report. Furthermore, current anthropogenic modifications of the natural hydrologic features in these subsystems were identified, including groundwater recharge from large scale irrigation ditches and reservoirs. A brief discussion of potential modification of natural flow patterns and impacts on water budgets from dewatering by a proposed underground coal mine is included.

### 2.1 Climate

The climate in the study area has both local and regional components and includes effects of elevation and slope aspect (*i.e.*, steepness and orientation with respect to the prevailing winds and sun exposure). The presence of Grand Mesa further influences the climate at the lower elevations, causing local and regional rain shadows. From the relevant weather stations of the National Weather Service (NWS) Cooperative Network near the study area, three have been selected as representative: Bonham Reservoir (station 050825) located in Mesa County on northern slope of Grand Mesa near the top; Cedaredge (station 051440) located midway down the south side of Grand Mesa; and Delta (station 052192) located in the Gunnison River Valley. Figures 2, 3, and 4 summarize the average total monthly precipitation (*i.e.*, rain and snowfall SWE - Snow Water Equivalent), snowfall (*i.e.*, thickness of freshly fallen snow), and snow depth (*i.e.*, snow pack) for these stations. Figure 5 shows a comparison between the average total monthly precipitation at the three stations. The NWS data were used by the Natural Resources Conservation Service (NRCS) to prepare a map of spatially distributed precipitation corrected for elevation (see Figure 6).  As these data sources show, there is a significant precipitation gradient from about 45 inches annually at the top of Grand Mesa to about 12 inches annually near Hotchkiss. Tables showing monthly long-term averages for temperature, precipitation, snowfall and snow depth are included in Appendix 1.

BLM_0056139