Precipitation type (rainfall versus snowfall), amount, and temporal and spatial distribution are important for determining the amount of recharge that a groundwater system may receive, particularly as infiltration from precipitation to the shallow bedrock groundwater systems. Average annual precipitation determines the climate of the project area, and in the case of Oak Mesa, the topographically higher terrains are subhumid and cool. This northern part of the hydrologic system, represented by Bonham Reservoir, Colorado, has excellent recharge potential, both from rainfall in the spring, summer, and autumn months, and from the melting of snowpack throughout the winter and early spring. Similarly, the midlevel parts of the hydrologic system, represented by Cedaredge, Colorado, have good, but lower, recharge potential, both from rainfall in the spring, summer, and autumn months, and from the melting of snowpack throughout the winter and spring. By comparison, the lower parts of the hydrologic system, represented by Delta, Colorado, are semi-arid and have minimal recharge potential, mostly from rain and snow throughout the winter and spring. The summer and autumn months are characterized by high evaporation rates and are too desiccated for significant groundwater infiltration and recharge. Thus, most of the recharge in the near-surface aquifers occurs during a very short period of time in the early spring. It should be noted that the entire study area has groundwater recharge potential, with even the driest areas probably receiving about 1 inch of recharge annually. This is important when considering the ultimate groundwater system flow directions and areas of groundwater recharge.



**Figure 2. Average Total Monthly Precipitation, Snow Fall and Snow Depth for Bonham Reservoir (station 050825), Colorado for Period 7/1/1963 to 5/31/2012 (Source: Western Regional Climate Center, Desert Research Institute, Reno, Nevada).**

BLM_0056140



**Figure 3. Average Total Monthly Precipitation, Snow Fall and Snow Depth for Cedaredge (station 051440), Colorado for Period 1/1/1898 to 5/31/1994 (Source: Western Regional Climate Center, Desert Research Institute, Reno, Nevada).**



**Figure 4. Average Total Monthly Precipitation, Snow Fall and Snow Depth for Delta (station 052192), Colorado for Period 1/1/1893 to 12/31/1999 (Source: Western Regional Climate Center, Desert Research Institute, Reno, Nevada).**

BLM_0056141



**Figure 5. Comparison between the Average Total Monthly Precipitation at the Bonham Reservoir, Cedaredge and Delta Stations for the Period 1/1/1971 – 12/31/2000 (Source: Western Regional Climate Center, Desert Research Institute, Reno, Nevada).**

2.2 Topography and Geomorphology

The surface elevation in the Oak Mesa study area ranges from about 1,700 m (≈5,600 ft) north of Hotchkiss to about 2,800 m (≈9,200 ft) 1.5 miles northeast of West Reservoir (Figure 7). The topography of the Oak Mesa area has three distinct terrains: 1) poorly-dissected uplands, terraces and plateaus; 2) connected and disconnected, continuous and discontinuous hillslope fans and mass wasting features; and 3) continuous alluvial valley bottoms. The poorly-dissected uplands indicate that surface water and shallow groundwater systems will be continuous, but localized by topography. However, the deeper bedrock groundwater systems, if not topographically dissected by the surficial processes, will be continuous and regional in nature. Examples of these regional systems are observed in sedimentary bedrock underlying Oak Mesa, and these deeper bedrock systems can be a source of regional groundwater. These systems are recharged by, or discharging into, the shallow groundwater systems depending on the geomorphic geometry. At the top of Oak Mesa and its northeast, north, and northwest sides, the alluvial terraces, fans, and river bottoms are often isolated topographically, which causes discrete and localized groundwater systems.

The topographic gradients in the Oak Mesa study area can be divided into two types: steep gradient hill slopes (greater than 2% slope) characteristic of the northwest and northeast sides of Oak Mesa; and 2) low gradient, high terrace levels and alluvial valley bottoms characteristic of the top of Oak Mesa and the surrounding river valleys (Leroux Creek, Roatcap Creek) bordering Oak Mesa. The topographic gradient is useful in estimating the surface of the water table and for estimating the amounts of infiltration versus overland flow and interflow.



**Figure 6. Spatial Distribution of the Average Annual Precipitation in the Oak Mesa Area, Delta County, Colorado (Source: Natural Resources Conservation Service 2011).**

## 2.3 Surface Water Characteristics

The study area contains parts of four distinct watersheds (Figure 7): 1) Leroux Creek main stem and tributaries, covering the western and northwestern part of the study area; 2) Roatcap Creek drainage, bordering the east and northeast side of the study area; 3) Jay Creek, partially penetrating the middle of Oak Mesa from north to south; and 4) North Fork of the Gunnison River to the south. Streams can be gaining (from groundwater) or losing (to groundwater), dependent on local hydrology and time of year. For example, Roatcap Creek is a gaining stream in its upper reaches where springs discharge from the gravels to the surface. In the central reaches of Roatcap Creek, just east of Oak Mesa, surface water decreases and the shallow and bedrock groundwater systems are recharged by surface water. Similarly, the upper

BLM_0056143



**Figure 7. Topography and Surface Water in the Oak Mesa Study Area, Colorado.**
**(Sources: Natural Resources Conservation Service 2011; Delta County 2011).**

reaches of Jay Creek are gaining reaches due to surface water supplied by the West Reservoir and the alluvial groundwater system associated with Jay Creek.  In the central reaches of Jay Creek, in the center of Oak Mesa, surface water decreases and the shallow and bedrock groundwater systems are recharged.  By comparison, most of the reaches of Leroux Creek, located to the west of Oak Mesa, are gaining reaches due to groundwater discharge from surrounding surficial aquifers and nearby releases of reservoir water. The North Fork of the Gunnison has minimal effect on the Oak Mesa groundwater systems.

BLM_0056144

The Oak Mesa study area also contains a few reservoirs and ponds (primarily related to farmland modifications and [sub-]urban development requirements), and local networks of irrigation and water diversion ditches (Figure 7; see also Section 2.7). Some ditches flow more or less continuously, at least during part of the year, others are only used when fields are being irrigated. Some ditch alignments coincide with stream sections, resulting in so-called "enhanced streamflows" or "enhanced streams." This is specifically the case with the lower section of Cow Creek and sections of Leroux Creek in conjunction with the Overland Ditch. Springs, seeps, and most wetlands are indicators of groundwater discharge to the land surface. The irrigation ditches located on the terraces and along stream valleys often have phreatophytes and seeps, indicative of leaky, unlined ditch perimeters. Non-bottomland ditches can transport water over long distances from the diversion points. One of the critical ditches to observe is the extension of the Overland Ditch onto Oak Mesa to fill West Reservoir. This leaky ditch, and the reservoir, recharges the shallow groundwater system in surrounding areas of Oak Mesa. Similarly, the irrigation ditches along Roatcap Creek and Leroux Creek alter the shallow groundwater flow locally in their respective drainages, and contribute additional groundwater recharge to the shallow and bedrock aquifer systems. Finally, there is the effect of increased surface water flow in Jay, Leroux, and Roatcap creeks due to reservoir and ditch releases that ultimately can affect groundwater recharge to shallow and bedrock systems in various areas. These diversions and anthropogenic changes to the surface water system must be accounted for in the water balance calculations for the overall hydrologic system of the Oak Mesa area.

## 2.4 Hydrogeologic Framework

Depending on their capability to provide sufficient water for irrigation and industrial and municipal consumption, bedrock and unconsolidated materials have traditionally been classified as either aquifers or aquitards. Here, an *aquifer* is a permeable body of rock that is saturated with water and is capable of yielding economically significant quantities of water to wells (human and agricultural use) and springs (human and ecological use). A low-permeability formation overlying an aquifer is often called an *aquitard* or *confining unit*. As the terms "aquifer" and "aquitard" are rather ambiguous (*e.g., what are economically significant quantities?* Or *how confining is a low-permeability unit with respect to the transport of contaminants?*), increasingly the use of these terms is replaced by that of the term *hydrostratigraphic unit* or *hydrogeologic unit*, in combination with terms qualifying the permeability and/or saturation of the unit (*e.g.*, saturated, high-permeable hydrogeologic unit). A *hydrogeologic unit* is a geologic formation, part of a formation, or a group of formations with similar hydrologic characteristics (*e.g.*, similar permeability characteristics and storage capacity). It should be noted that hydrogeologic units may not equate to geological units such as *formations, formation members*, and *formation groups* due to the frequently encountered variability of the flow characteristics of such geologic units. The term *aquifer* in this report is used to indicate a significant source of water supply from hydrogeologic units, and may include the qualifier *potential* (*i.e.*, potential aquifer) when parameter uncertainty exists, especially with respect to average saturated thickness and water table fluctuations.

From a groundwater flow and water supply perspective, the most important property of rocks is the incorporated pore space and related permeability. The pore space, which defines the

BLM_0056145

amount of water storage within a hydrogeologic unit, may be contemporaneous with the rock formation (primary or matrix porosity), or due to secondary geological processes, such as fracturing, faulting, chemical solution, and weathering (secondary porosity, fracture/karst porosity). The degree of connectivity and the size of the pore openings define the permeability of the rock, that is, the ease with which fluid can move through the rock. As with porosity, permeability may be primarily matrix based (matrix permeability), fracture and/or karst based (fracture/karst permeability), or may be a combination of both (*Davis and DeWiest, 1966*).

Unconsolidated sediments and clastic materials, as found in the stream valleys, and observed on top of and draping down the northwest and northeast side of the Oak Mesa Plateau, are geologically very young and consist primarily of silts, sands, and gravels. They are generally very porous and permeable, but can be quite variable in their thickness, continuity, and hydraulic properties. For example, field observations revealed that the thickness of the unconsolidated sediments in the Oak Mesa study area ranges from less than 1 ft to greater than 100 ft. Estimates of hydraulic conductivity (K) range from 0.1 to 500 ft per day (*Watts, 2008*). These hydrogeologic units most likely contain the greatest amount of groundwater.

Consolidated sedimentary rock, by comparison, is often quite porous, but variable in permeability. Most fine-grained detrital rocks like shale, claystone, and siltstone may have relatively high matrix porosities, but very low permeabilities (*Davis and DeWiest, 1966*). These fine-grained bedrock hydrogeologic units are the dominant confining layers of sedimentary groundwater systems, with small hydraulic conductivity values typically less than 0.01 ft per day. Coarser-grained sedimentary rock, such as sandstone, can pair relatively high matrix or vesicle porosity with significant permeability, and may contain significant amounts of groundwater.

The hydraulic properties of sedimentary rock may be largely enhanced when fractures and faults are present (*Davis and DeWiest, 1966*). As a case in point, most of the sandstones in the Oak Mesa study area have enhanced permeability due to fracture and fault density and connectivity. Significant secondary porosity and permeability are developed through faulting, fracturing, and weathering of the sedimentary rock, especially in association with active faults, fracture zones, and near-surface stress-release.

## 2.4.1 Regional Hydrogeologic Units

From a regional perspective, the county-wide geology is part of the southern edge of the Piceance Basin (Figure 8), the northern edge of the Black Canyon of the Gunnison uplift, and the western edge of the Uncompahgre uplift. As a result, the sedimentary bedrock stratum ranges from younger rock to the north and east, to older rock in the south and west, and the stratum shows a regional dipping trend to the north and east (see Figures 9 and 10). The youngest bedrock units in the county are the Tertiary intrusive (quartz monzonite) and extrusive (basalt) units of the West Elk Mountains and Grand Mesa volcanic field. These units form mountains and high plateaus in the northern and eastern part of the county. It is in these sedimentary and volcanic units that regional groundwater flow systems are known to occur (*Freethey and Cordy, 1991; Geldon, 2003*).

BLM_0056146



**Figure 8. Generalized Map Showing Regional Geographic and Geological Features**
(*After Topper and others, 2003; Tweto and others, 1978*).

Given the regional geology of the Oak Mesa area, the hydrogeologic framework present in the Oak Mesa watersheds is complex. Upon reviewing various groundwater reports (*Ackerman and Brooks, 1986; Brooks, 1983; Brooks and Ackerman, 1985;* and *Cordilleran Compliance Services, Inc., 2002,* among others*)* and (hydro-)geologic maps (*Ellis and others, 1987; Hail, 1972a, 1972b; Tweto and others, 1978*), it appears that the Oak Mesa study area hydrological systems consist of multiple distinct hydrogeologic and hydrostructural units, including unconsolidated units consisting of various Quaternary-aged, highly permeable deposits, multiple water-bearing and confining bedrock units, and highly transmissive fault and fracture zones. The major hydrogeologic unconsolidated and bedrock units are presented in Figures 11 and 12 and described in Tables 1a and 1b; the major hydrostructural units are presented in Figure 13.

BLM_0056147



**Figure 9. Composite Large Scale Map of the Geology of Delta County**
(*Based on Tweto and others, 1976; Tweto and others, 1978; Whitney, 1981; Williams, 1964*).



**Figure 10. Generalized Northeast-Southwest Geological Cross Section Representative for Delta County**
(*From Brooks and Ackerman, 1985*).

Oak Mesa Groundwater System, Delta County, Colorado       Integral Consulting Inc.     page 12

BLM_0056148



**Figure 11. Map Showing the Shallow Unconsolidated Hydrogeologic Units in the Oak Mesa Study Area**

*2.4.2 Hydrogeologic Units of the Oak Mesa Study Area*

There are two significant groups of hydrogeologic units in the Oak Mesa study area:
1) Quaternary unconsolidated clastic materials (Figure 11; Table 1a), which are predominantly glacial-fluvial outwash plains and terrace gravels (older mesa top gravels and glacial drift), hillside (slope) deposits, alluvial fans and bajadas (coalescing fans) and lower mesa gravels, younger valley gravels and river terraces, and alluvial valley bottom deposits; overlying
2) Tertiary and Cretaceous bedrock units (Figure 12; Table 1b), including the following potentially water-bearing units: Tertiary Wasatch Formation (Tw); Cretaceous Mesaverde Formation (Kmv), including the Ohio Creek, Barren, and Upper and Lower Coal Bearing members (Kmvc), as well as the Rollins Sandstone member (Kmvr). The Mesaverde hydrogeologic units have porosity values ranging from 0.7 – 12% (*Robson and Banta, 1995*); and Upper and Lower Coal Bed members have good transmissivities ranging from 1.5 – 16.7 ft squared per day (*Brooks, 1983*). The Mancos Shale unit (Km) may act as a thick, poorly transmissive confining layer *(Robson and Banta, 1995)*. Other units that lie under the Oak Mesa

BLM_0056149



**Figure 12. Map Showing Top of Bedrock Hydrogeologic Units in the Oak Mesa Study Area.**

area, but are not deemed critical for this part of the study, include the Dakota – Burro Canyon (Kdb) sandstone aquifer; and the Morrison-Entrada Formation (Jme), which may act as both an aquifer and confining layer.

From a water supply perspective, the unconsolidated clastic sediments, specifically when composed of larger size particles (>2.5 mm or 0.1 in) and observed to have sufficient saturated thickness and horizontal continuity, may provide a significant and accessible water supply. The water supply function of bedrock units, by comparison, is largely dependent on rock type, large-scale structure and degree of fracturing, layer geometry and orientation, and the spatially variable hydrologic inputs and outputs, and may vary significantly dependent on location. The focus of this project was on both the shallow groundwater flow system in the Quaternary unconsolidated clastic materials, which is a source of drinking water for several municipalities, and the bedrock aquifers that may supply water to the shallow drinking water systems, and may be affected by coal mining activities.

BLM_0056150



**Figure 13. Map Showing Major Hydrostructures (Faults and Fracture Zones) in the Oak Mesa Study Area**
*(See Figures 11 and 12 for legend of hydrogeologic units; location of gas well from COGCC GIS Database, 2010).*

The Quaternary unconsolidated clastic units (Qal, Qgy, Qat, Qs, Qgf, and Qgo in Table 1a and Figure 11) are locally heterogeneous, with predominantly a mix of coarser and finer materials in the older alluvial deposits, and finer materials in the younger deposits. These deposits, which are moderately to highly permeable, are recharged by infiltration from precipitation that is non-uniformly distributed due to the slope steepness, slope aspect, and to position in the landscape, and by the incidental leaky irrigation ditch and irrigation return flow. The unconsolidated units are variably to fully saturated based on spatial location and seasonal precipitation events. There may be lateral and vertical groundwater flow connection between the unconsolidated materials and the Tertiary and Cretaceous sedimentary units in the underlying bedrock formations.

BLM_0056151

| Geological Unit | Geological Subunit | Hydrogeological Unit | Hydro-geological Unit Symbol | Composition | Hydrogeological Characteristics | Permeability/Storativity | Depth to Water (small/ moderate/ large/ highly fluctuating) | Extent (local/ sub-regional/ regional) | Recharge Type (natural/ anthropogenic) |
|---|---|---|---|---|---|---|---|---|---|
| Alluvium (Qa); alluvium and eolian deposits (Qae) | | Alluvium | Qal | Poorly sorted riverine gravel, sand and silt deposited mainly in stream channels and floodplains in major stream valley bottoms; moderately to well bedded deposits | Generally good local phreatic aquifer with matrix based permeability; limited variations in groundwater levels; often sustained by local and sub-regional discharge to adjacent stream or directly by stream. | high matrix-permeability; high storativity | small | local | natural |
| Younger gravel (Qg, Qgy) | | Younger valley gravels | Qgy | Poorly sorted sands and gravels; pebbles and cobbles in sand to silt matrix | Potentially good, spatially continuous phreatic aquifer with high matrix based permeability; may be supported by underlying bedrock. | high matrix-permeability; high storativity | highly fluctuating | local | natural and anthropogenic |
| Glacial drift, till, moraine (Qd, Qm, Qpt) | | Quaternary glacial deposits | Qd | Heterogeneous, poorly sorted deposits of boulders, gravel, sand, silt and clay | Potentially good local phreatic aquifer with variable matrix based permeability and high water table gradients. | high matrix-permeability; high storativity | highly fluctuating | local | natural and anthropogenic |
| Landslide deposits, colluvium, mudflow deposits, talus (Ql, Qcl, Qs, Qls, Qta); unconsolidated deposits derived from the Wasatch Formation and Basalt cap on Grand Mesa (Quw) | | Hillside (slope) deposits | Qs | Loose gravels and rock debris with mixed matrix composition (sand-clay) on valley sides, valley floors and hillslopes; deposited by gravitational processes | Potentially good, highly localized phreatic aquifer with high matrix based permeability and high water table gradients. | high matrix-permeability; high storativity | highly fluctuating | local | natural and anthropogenic |
| Old/older gravels (Qgo, Qgd) | | Older mesa top gravels | Qgo | Poorly sorted sands and gravels; pebbles and cobbles in sand to silt matrix | Potentially good, spatially continuous phreatic aquifer with high matrix based permeability; may be prone to significant (seasonal) water table fluctuations; tends to recharge bedrock systems | high matrix-permeability; high storativity | moderate | local | natural and anthropogenic |
| Middle gravel (Qgm) and fans (Qf) | | Fans and lower mesa gravels | Qgf | Poorly sorted sands and gravels; pebbles and cobbles in sand to silt matrix | Although having high matrix based permeability, location in topography precludes any significant groundwater presence. | high matrix-permeability; high storativity | highly fluctuating | local | natural and anthropogenic |
| High level alluvium (Qat); younger terraces (Qad); alluvial gravels (Qga) | | Younger river terraces | Qat | Poorly sorted sands and gravels; pebbles and cobbles in sand to silt matrix; forms terraces above current North Fork level | Potentially good, spatially continuous phreatic aquifer with high matrix based permeability. | high matrix-permeability; high storativity | highly fluctuating | local | natural and anthropogenic |

**Table 1a. Correlation of Geological and Hydrogeologic Units in the Oak Mesa Study Area: Unconsolidated Sediments.**

BLM_0056152

| Geological Unit | Geological Subunit | Hydrogeological Unit | Hydro-geological Unit Symbol | Composition | Hydrogeological Characteristics | Permeability/Storativity | Depth to Water (small/ moderate/ large/ highly fluctuating) | Extent (local/ sub-regional/ regional) | Recharge Type (natural/ anthropogenic) |
|---|---|---|---|---|---|---|---|---|---|
| Wasatch formation (Tw) - without Ohio Creek Member | | Wasatch Formation | Tw | Channel sandstones and overbank siltstones and shales; conglomerate; carbonaceous shales and lignite near base | Overbank sandstones form a good aquifer system with moderate to good matrix and fracture based permeability; may be a locally good water producer; siltstones and shales are confining layers; outcrops are recharge areas for a regional flow. | layers with very low permeability and layers with moderate matrix and fracture permeability; low to moderate storativity | large | regional | natural |
| Mesa Verde Group (Kmv) including Ohio Creek Member | Undivided | Mesa Verde Group (undivided) | Kmv | Interbedded sandstones and siltstones, shales and carbonaceous shales and coals | Good regional bedrock aquifer system; sandstones and coals have both moderate matrix and fracture based permeability; may locally be a good water producer; shales are confining layers; outcrops are recharge areas for regional flow. | layers with very low permeability and layers with moderate matrix and fracture permeability; low to moderate storativity | large | regional | natural |
| | Ohio Creek Member | | | | | | | | |
| | Barren Member | | | | | | | | |
| | Upper Coal-bearing Layer | Coal-bearing Members | Kmvc | Interbedded sandstones and siltstones, shales and carbonaceous shales and coals | Good regional bedrock aquifer system; sandstones and coals have both moderate matrix and fracture based permeability; may locally be a good water producer; shales are confining layers; outcrops are recharge areas for regional flow. | layers with very low permeability and layers with moderate matrix and fracture permeability; low to moderate storativity | large | regional | natural |
| | Lower Coal-bearing Layer | | | | | | | | |
| | Rollins Sandstone Member | Rollins Sandstone | Kmvr | Fine grained massive sandstone | Moderate local aquifer where fractured. | Primarily fracture permeability; low storativity | large | local | natural |
| Mancos Shale (Km) | Undivided | Mancos Shale (undivided) | Km | Silty to sandy shale with bentonites with minor limestone- and sandstone beds; when undivided, lower section includes Ft Hays limestone | Mostly aquitard with very low permeability serving as a confining layer for underlying or embedded aquifers; however, locally moderate aquifer conditions when highly fractured or in areas with sand lenses and sandy beds. | very low permeability rock with some moderately permeable beds; low storativity | highly fluctuating | n.a. | natural |
| | Upper and Lower Sandstone Members of Mancos Shale (Kms, Kmsl) | | | | | | | | |
| | Fort Hays Limestone Member of Mancos Shale (Kmf) | | | | | | | | |
| | Lower Mancos Shale, including Frontier Sandstone and Mowry Shale members (Kml) | | | | | | | | |
| Dakota Sandstone and Burro Canyon Formation (Kdb) | | Dakota Sandstone and Burro Canyon Formation | Kdb | Well indurated, medium to coarse grained quartzose sandstones in well-cemented thick beds and conglomerate with occasional siltstones and carbonaceous shale | Good regional bedrock aquifer system; sandstones have both moderate matrix and fracture based permeability; sub-regionally aquifer with recharge in outcrop areas. | moderate matrix and fracture permeability; moderate storativity | large | regional | natural |
| Morrison Formation (Jm, Jmb, Jms); Morrison, Wanakah and Entrada Formations undivided (Jmwe) | | Morrison and Entrada Formations | Jme | Morrison Form. (Jm): Siltstones and claystones throughout with sandstones becoming more common in lower sections, and limestone near base; Entrada Form. (Je): fine-grained, well-sorted sandstones; Je is overlain by Jm | Entrada is a very good, regionally sustainable aquifer with moderate to good matrix and fracture based permeability.  Morrison shales are confining layers while the lower Morrison sandstones and limestone may serve as local to sub-regional aquifers. | layers with very low permeability and layers with moderate matrix and fracture permeability; low to moderate storativity | large | regional | natural |

**Table 1b. Correlation of Geological and Hydrogeologic Units in the Oak Mesa Study Area: Bedrock Units.**

BLM_0056153

*2.4.3 Hydrostructural Units of the Oak Mesa Study Area*

Hydrostructures most likely exist subregionally and locally (Figures 8 and 13), and are responsible for various springs and groundwater discharge and recharge areas observed in Roatcap, Jay, and Leroux creeks.  Hydrostructures in this study area are associated with preferential groundwater flow along fault and fracture zones that are observed or hypothesized to transmit groundwater either vertically or laterally along the fault or fracture planes or zones. These structures may serve as distinct hydrogeologic units, may enhance the permeability of sections of hydrogeologic units, may connect multiple hydrogeologic units together, or may restrict the thickness and flow of overlying unconsolidated deposits resulting in springs and groundwater discharge areas.

Each fault zone should be evaluated for the following characteristics: 1) fault plane geometry, including the vertical or horizontal nature of the fault plane and the relations of rock types and geometry on both sides of the fault; and 2) the transmissive nature of the fault plane or fault zone, including the nature of fault gouge (clay, gravel) and tectonic setting of fault plane or zone (extension or compression). The fault plane geometry is important to evaluate if groundwater can move horizontally across the fault zone from one transmissive unit to another, or whether the groundwater is forced to move vertically upward to the surface, in many cases, or downward into a different hydrogeologic unit.  The tectonic setting helps determine whether the fault plane is "open"—able to easily move water (extension), or "closed"—not able to easily move water (compression).

Three broad hydrostructures occur in the Oak Mesa area: 1) the northwest-trending Roatcap Creek fault zone and associated en-echelon faults to the east; 2) the northeast-trending Upper Leroux Creek fault zone and en-echelon lineaments such as the Dever Creek lineament; and 3) the north-south-trending Jay Creek lineament-fracture zone and associated en-echelon lineaments such as Lower Leroux Creek and faults such as the west Oak Mesa fault (Figure 13).

The Roatcap Creek fault zone delineates the edge of the potential upland bedrock and unconsolidated groundwater systems to the east of Oak Mesa. Therefore, the effects of anthropogenic activities such as coal mining located to the west on Oak Mesa may not propagate further to the east of this boundary.  The fault zone is relatively young, as the geomorphic system of Roatcap Creek is responding with considerable downcutting, allowing for full penetration of the bedrock aquifers.  It is hypothesized that the Roatcap fault zone is "open" and that it behaves like a French drain. Along its trace, groundwater moves horizontally along the fault plane, and vertically up along the fault plane near the headwaters (evidenced by springs). In the middle reaches, groundwater moves downward from unconsolidated materials, where it recharges the regional bedrock systems (indicated by reaches of losing stream flows).

The Leroux Creek fault zone and en-echelon lineaments are also "open."  Along the Leroux Creek fault zone, groundwater moves horizontally along the fault plane, and vertically downward from unconsolidated materials, where it recharges the regional bedrock systems in the northeast-trending reaches along the fault.  The Leroux Creek fault zone delineates the edge of the potential bedrock and unconsolidated groundwater systems to the northwest of Oak Mesa. Therefore, the effects of anthropogenic activities, such as coal mining located to the east on Oak

BLM_0056154

Mesa, may not propagate further to the west of this edge. Dever Creek similarly is an "open" lineament/fracture zone that functions as French drain. Along the Dever Creek zone, groundwater moves from the surrounding gravels and bedrock into the upper reaches of the stream near natural gas well 12-22 (Figure 13).

The Jay Creek lineament/fracture zone dissects the Oak Mesa Plateau in a north-south direction. Because of its orientation, the effects of anthropogenic activities, such as coal mining located beneath Oak Mesa, may affect the bedrock groundwater system to the north of this area. The Jay Creek lineament/fracture zone is relatively young, as evidenced by the geomorphic system where considerable downcutting, allowing for full penetration of the bedrock aquifers, has occurred. It is hypothesized that the Jay Creek fracture zone is "open." Groundwater within the fracture zone moves horizontally along the fault plane, and vertically up along the fault plane near the headwaters (evidenced by a gaining stream). In the middle reaches of Jay Creek before it exits Oak Mesa, groundwater moves downward from unconsolidated materials where it recharges the regional bedrock systems (indicated by reaches of losing stream flows). It is hypothesized that underground mining activity will most likely be affected by the hydrological setting of Jay Creek.

## 2.5 Groundwater Flow Systems

Groundwater flow is the movement of water from the earth's surface into the subsurface (groundwater infiltration and recharge), through the subsurface materials (groundwater flow and storage), and from the subsurface back to the Earth's surface (groundwater discharge), expressed in terms of flow directions, patterns and velocities. The driving force for groundwater flow is a difference in (piezometric) "head" or groundwater levels, as expressed, for example, by the water table. The general CSM of the groundwater flow system consists of 1) water inputs (recharge); 2) storage in and movement through subsurface hydrogeologic units (groundwater flow); and 3) outputs (discharge) based on climate (infiltration of precipitation and snowmelt). Groundwater interaction with streams, vegetation (evapotranspiration), and human activity (irrigation, urbanization, wells and individual sewage disposal systems [ISDS], reservoirs and ponds, mining) will affect groundwater movement to varying degrees. The CSM also incorporates topography (steepness, slope aspect, degree of landscape dissection), geomorphology, and soil and rock properties. Because of the time-space variance of these inputs and outputs, a groundwater system often shows significant variations in water levels, water storage, flow velocities, and flow patterns. Some of the variations are seasonal; others may be related to multi-year periods of above-average or below-average precipitation. This results in variations in the availability of water from these hydrogeologic units.

Based on the HESA approach (*Kolm and others, 1996*), and previously collected supporting data, the subregional and local scale (typically less than 100 square miles) shallow groundwater flow systems are delineated. The broad hydrologic system inputs include infiltration of precipitation as rain and snowmelt, areas of losing streams (Roatcap, Jay, and Leroux creeks) in some locations, infiltration and runoff from water bodies (West Reservoir, cattle ponds), upland irrigation areas (leaking ditches, irrigation return flow), and inter-aquifer transfer of groundwater between unconsolidated materials and bedrock systems. Hillslope

BLM_0056155

subsystems consist of the hydrologic processes of surface runoff (overland flow) and rapid near-surface runoff (interflow or shallow through-flow); saturated groundwater flow in parts of the bedrock units, landslides, terraces, and valley bottoms; and discharge to springs and seeps, graining streams, by plants as evapotranspiration, and by pumping wells.  In general, shallow groundwater flow in these systems is towards the valley bottoms, perpendicular to the major streams.  Where permeable bedrock units intersect mesa tops, hillslopes, and valley bottoms, local recharge may force the groundwater into a more regional pattern determined by geological structure, independent from local topography and hydrography.  The Oak Mesa groundwater systems are a complex mix of all these mechanisms.

The mesa top terrace, fan, and bajada subsystems, located in close proximity to the valley subsystems, have a unique, sometimes complex groundwater story, often resulting from human interference.  Under natural conditions, these subsystems have hydrologic system inputs and outputs, similar to hillslope subsystems.  However, natural and anthropogenic influences have frequently attached these subsystems hydrologically to adjacent valley bottom subsystems.

The valley bottom subsystems, where stream-aquifer-wetland interactions occur, are areas of both groundwater recharge and discharge area.  Here, groundwater flow can have a rather diffuse character and often flows towards or aligns more or less with the streams.  These subsystems depend primarily on interactions with the Roatcap, Jay, and Leroux creeks; and the management of subregional ditches and corresponding reservoir storage.

The wetlands associated with the local hydrogeologic subsystems in the Roatcap, Jay, Leroux, Cow, and Dever creeks are predominantly of the slope-type with some riverine-type classifications given the groundwater support of various bedrock groundwater systems and hydrostructures.

## 2.6 Groundwater System Conceptual Site Models by Subsystem

Based on the presence and orientation of various hydrogeologic and hydrostructural units, hydrography and topography, two CSMs will be discussed in the Oak Mesa study area:
1. Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystems; and
2. Regional Bedrock Subsystems.

The conceptual models are discussed in forthcoming sections and illustrated by cross-sectional and plan view figures (Figures 14, 15, 16, 17, 18, and 19).

### 2.6.1 Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystems

As stated in Section 2.4.2, there are two significant hydrogeologic groups in the Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystems:
1. Quaternary unconsolidated clastic materials (Qal, Qgy, Qat, Qs, Qgo, and Qgf in Table 1a and Figure 11), which are predominantly terrace gravels, alluvial fans and bajadas, and alluvial valley bottom deposits; and

BLM_0056156

2.  Tertiary and Cretaceous bedrock units (Table 1b and Figure 12), including the
    following potentially water-bearing units: Tertiary Wasatch Fm (Tw); Cretaceous
    Mesaverde Formation (Kmv), including the Ohio Creek, Barren, and the Upper and
    Lower Coal Bearing members, as well as the Rollins Sandstone Member (Kmvr); and
    the Mancos Shale unit (Km).



**Figure 14. Map Showing the Locations of the Cross-sections Representative for the
Conceptual Site Models in the Oak Mesa Study Area.**

The shallow Quaternary unconsolidated materials in this subsystem are ubiquitous, and
include glacial-alluvial, mass wasting, and modern alluvial deposits (Figure 11 and Table 1).
These highly-permeable deposits are locally heterogeneous, with a mix of coarser and finer
materials in the alluvial deposits.

The general aspects of groundwater flow in the Quaternary unconsolidated materials have
been discussed in Section 2.5.  Specifically, the shallow groundwater in the Oak Mesa area is
dominated by the Quaternary unconsolidated materials, which receive recharge by infiltration of
precipitation (snow and rain), leaky irrigation ditches and reservoirs, and losing streams swelled
to capacity from reservoir storage (Figures 15 and 16).  Recharge by infiltration of precipitation
and snowmelt is greatest at the highest elevations in the north part of the study area at the top and

BLM_0056157

on the north-facing sides of Oak Mesa (Qs, Qgo), and the headwaters of Leroux, Cow, Jay, and Roatcap creeks. The Overland Ditch extension onto Oak Mesa is a "line" groundwater recharge source on the top and northeast side of Oak Mesa, and the headwaters of Roatcap Creek. In addition, the Overland Ditch carries water into upper Leroux Creek and Cow Creek, where these losing streams and leaky irrigation ditches recharge the Qs, Qat, and Qgy materials. West Reservoir, on Oak Mesa, acts as an area of enhanced groundwater recharge into the underlying Quaternary materials. In addition, releases from West Reservoir enhance the surface water flows in upper Dever and Jay creeks, resulting in increased groundwater recharge to alluvium in the upper part of these drainages.



**Figure 15. Cross-sectional View of the Conceptual Site Model of the Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystems (B-B' in Figure 14).**

Groundwater flow on top of Oak Mesa then moves with topography into Dever Creek to the west and Jay Creek to the east. In addition, groundwater that flows through the hillslope deposits in the northeast area eventually discharges into Roatcap Creek, and, likewise, groundwater that flows through the hillslope deposits in the northwest area eventually discharges into Cow Creek. The presence of aspen trees serves as an indicator of an active shallow groundwater system in this area (Figures 15, 16, and 17). The absence of phreatophytes and seeps or springs in the southern section of Oak Mesa suggests that no groundwater flows to the south to daylight out in the southern slopes of Oak Mesa. Groundwater levels from wells completed in bedrock provide additional evidence that very little groundwater infiltrates into the underlying bedrock on Oak Mesa proper (*Ackerman and Brooks, 1986*). The shallow groundwater system in this area has little connection to the local bedrock or the regional groundwater systems.

BLM_0056158



**Figure 16. Plan View of the Conceptual Site Model of the Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystems.**

In the valley of Jay Creek, the groundwater system flows parallel to the creek. Jay Creek becomes a losing stream about half way down the Mesa, and the stream and shallow groundwater system recharge the Cretaceous Mesaverde Bedrock system at about the Coal Bearing members unit, which has been confirmed by drilling (*Ackerman and Brooks, 1986*). Likewise, in the valley of Roatcap Creek, the groundwater system flows parallel to the creek. Roatcap Creek becomes a losing stream about halfway down the valley from the headwaters to the North Fork of the Gunnison River. The stream and shallow groundwater system recharge the Cretaceous Mesaverde Bedrock system at about the Coal Bearing members units. Dewatering of the Cretaceous Mesaverde Bedrock system by coal mining may affect the surface water and shallow groundwater flow of the Jay Creek and Roatcap Creek systems (Figures 15, 16, and 17).

The groundwater system flows in the valley of Leroux Creek parallel to the creek. Leroux Creek and the Leroux Creek aquifer receive a great deal more water then most creeks

BLM_0056159

surrounding Oak Mesa. Leroux Creek and the Leroux Creek aquifer receive large quantities of water from other bedrock and alluvial aquifers on Grand Mesa. Leakage from the Overland Ditch, Cow Creek, and from various reservoirs and irrigation ditches enhances recharge to the Leroux Creek aquifer. Leroux Creek probably is a losing stream along the northeast-trending reach, where regional recharge is lost to the Mesaverde aquifer. The stream should not be losing flow to the bedrock along the north-south trending reach, where the Mancos Shale is present. Numerous phreatophytes along the entire length of this creek, as well as in Cow, Jay, and Roatcap creeks, result in large amounts of evapotranspiration. The dewatering of the Mesaverde unit by coal mining may alter the surface water and shallow groundwater flow of Leroux Creek (Figures 15, 16, and 17); however, the impacts would tend to be muted by the vast groundwater recharge network which is independent of the bedrock system.



**Figure 17.  Google Earth View of the Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystems.**

*2.6.2 Regional Bedrock Subsystems*

The regional hydrogeologic units in the Oak Mesa study area, discussed in Section 2.4, are the Tertiary and Cretaceous bedrock units (Figure 12 and Table 1b), including the following potentially water-bearing units: Tertiary Wasatch Fm (Tw); Cretaceous Mesaverde Formation (Kmv), including Ohio Creek, Barren, and Upper and Lower Coal Bearing members (Kmvc), and the Rollins Sandstone member (Kmvr); and the Mancos Shale unit (Km), that may act as a thick, poorly transmissive confining layer (Figures 12, 15, 18, and 19; Table 1b). The shallow Quaternary unconsolidated materials in this subsystem are ubiquitous, and are the overlying materials providing conditions that allow recharge to the regional bedrock system mostly in stream valley and mesa top areas (Figures 15 and 18).

BLM_0056160



**Figure 18. Cross-sectional View of the Conceptual Site Model of the Regional Bedrock Subsystems (A-A' in Figure 14).**

The general aspects of shallow groundwater flow in the Quaternary unconsolidated materials have been discussed in Section 2.5.  The unconsolidated units are variably to fully saturated based on spatial location and seasonal precipitation events, and serve as the conduits for regional recharge along with losing streams, leaky ditches, and reservoir and ditch enhancement of surface water and groundwater systems. The lower reaches of Leroux, Cow, Jay, and Roatcap creeks are losing streams located along French drains, and are areas of regional recharge to the Wasatch and Mesaverde aquifers (Figures 15, 18, and 19).

The general aspects of the bedrock hydrogeology and hydrostructures are discussed in Section 2.5.  The bedrock units are variably to fully saturated based on location and proximity to recharge area.  The Mesaverde aquifer is partially saturated in the south and central areas of Oak Mesa, as evidenced by the water levels recorded in well logs (see Figure 15).  The water table appears to be above the Upper and Lower Coal Bearing units, which suggests that dewatering will be necessary.

Groundwater flows vertically, then horizontally to the north along hydrostructures, where it becomes incorporated into the regional groundwater flow system. The groundwater flow direction in the regional bedrock systems is from south to north beneath Oak Mesa and Grand Mesa (Figures 18 and 19).  This flow direction is away from the coal mining activities, drinking water supplies, and Delta County in general.

BLM_0056161



**Figure 19. Plan View of the Conceptual Site Model of the Regional Bedrock.**

## 2.7 Anthropogenic Influences

Human activity in the Oak Mesa study area has affected both the surface and subsurface parts of the hydrologic systems. Past land use and human activity was mostly associated with agricultural production and reservoir construction and operation, and has resulted in removal of native vegetation, introduction of irrigation and high-ET (evapotranspiration) crops, construction of (often leaking) irrigation ditches, and the drilling of primarily domestic wells (Figure 20). This activity has resulted in long-term increase of water levels in local, shallow aquifers of the Quaternary materials both on top of Oak Mesa, and in the high valleys of Roatcap, Jay, Cow, and Leroux creeks. Invariably, regional recharge into the Wasatch and Mesaverde aquifers has occurred, as well.

BLM_0056162



**Figure 20. Google Earth Image of Anthropogenic Influences: Irrigation Ditches and Reservoirs in the Oak Mesa Study Area.**

*2.7.1 Effects of Land Use Changes on Groundwater Systems*

Traditionally, agricultural activities take place on the bottomlands and terraces of the valleys, while most grazing activities focus in a relative small area on the uplands. Agricultural production is supported by surface water irrigation, often delivered through an extensive conveyance system. The main irrigation method in use is flood irrigation, which tends to provide more water to the fields than can be consumed by vegetation. Excess water from irrigation results in infiltration to the water table and recharge of the groundwater system (*i.e.*, irrigation return flow). At this time, the Oak Mesa is not experiencing a shift from agricultural to nonagricultural land use at the same rate as many other areas of the western United States.

The Oak Mesa study area consists primarily of mesa top, hillslope, bottomland and terraces, limiting the irrigated areas to the top and lower portions of the subsystems. Here, there are a number of mostly unlined irrigation ditches that are excavated primarily in unconsolidated Quaternary deposits (Figure 21). When carrying water, the ditches may leak, as evidenced by the phreatophytes often found alongside them. The ditch system in the study area contains two types of ditches: 1) primary ditches, which carry water during most of the growing season; and 2) secondary ditches, which carry water only during an actual irrigation cycle. The water leaking from the ditches may be used by vegetation and discharged as evapotranspiration, or may recharge the underlying groundwater system, forming a local groundwater mound or divide. As most of the groundwater systems in the study area are local in nature, ditch leakage may contribute significantly to the local water balance, increase the water table elevation, and alter groundwater flow patterns.

BLM_0056163

As discussed above, irrigation return flow and leaky irrigation ditches can be a significant recharge element in the local and regional groundwater balance.  Taking irrigated fields out of production and re-allocating ditch-conveyed water reduces recharge of groundwater resulting in lowered water tables, reduced groundwater discharges to wetlands and streams, and decreased water supplies.



**Figure 21. Anthropogenic Influences: Irrigated Areas and Irrigation Ditches in the Oak Mesa Study Area (Source: Delta County GIS, 2010; CDWR GIS, 2011).**

The water wells in the Oak Mesa study area are clustered mostly along Leroux, Cow, Jay, and Roatcap creeks and bottomland (Figure 22). Most of these wells serve domestic water supply needs, or the needs of municipalities located along the North Fork of the Gunnison River (Hotchkiss, for example), and the effect on the groundwater system is limited.  However, if additional water is needed, or water is displaced by mining activities, for example, the compound effect on the groundwater system could be significant in the future, resulting in a possible lowering of the water table, changes in flow direction, decreasing discharge to streams or increasing stream loss to groundwater, draining of wetlands, or even depletion of local aquifers.

BLM_0056164



**Figure 22. Anthropogenic Influences: Wells in the Oak Mesa Study Area
(Source: CDWR GIS, 2011).**

## 2.7.2 Potential Effects of Coal Mine Hydrology

The hydrology of a natural groundwater hydrologic system will be altered by the construction and operation of the proposed underground coal mining operation. During mine dewatering, the coal mine may behave like a very large well, drawing water towards it from locations further away. Depending on management strategies for produced water disposal, groundwater levels may increase at other locations. The groundwater levels in the bedrock systems will also be altered with respect to the amount, velocity, storage, and direction of the local groundwater system and related regional groundwater levels and discharges. Changes to the natural groundwater system will likely have ecological, geo-hydrological, and, potentially, legal consequences.

Assuming that the coal mining activities are underground, and assuming that dewatering is the major activity of the coal mining operations, both the shallow and bedrock aquifer subsystems will potentially be affected. The effects of water disposal after dewatering are not discussed in this report as the mine design plans and operations are not available at this time.

BLM_0056165

These management strategies and their effects on the shallow and bedrock aquifer subsystems should be evaluated in more detail.

The mesa top and upper hillslope parts of the Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystem are least likely to be affected by mining operations because they are located in the recharge area and have a shallow groundwater flow system above the bedrock dewatering zone (Figures 15, 16, 18, and 19). However, the amount of groundwater discharge from the bedrock to the shallow aquifers in the lower hillslope and valley bottom areas in the Leroux Creek drainage may be reduced by dewatering action (Figures 15, 16, 18, 19), which could affect the Hotchkiss water supply. In addition, significant amounts of alluvial water in both Jay and Roatcap creeks may be reduced due to mine dewatering (Figures 15, 16, 18, 19).

The regional groundwater subsystem will be affected by the mining operations as the edge will be effectively removed and the regional recharge area of the regional bedrock system will be dewatered (Figures 18 and 19). However, the effects of the reduced groundwater amounts in the regional system will most likely be insignificant relative to the flows supporting the Colorado River drainage in the areas north of Grand Mesa.

# 3      GIS MAPS, LAYERS, DATABASES, AND DATA SOURCES

## 3.1 GIS and GIS Maps

Geographical information system (GIS)-based maps provide a flexible and efficient way to analyze and display spatial information.  The strength of a GIS system is that data from various sources can be collected in local or remotely accessed databases, which can be easily maintained and updated. GIS maps support optimal analysis, specifically in hydrogeologic evaluations at different scales, geographic distribution densities, and different levels of accuracy and information value.

A GIS map consists of a series of layers, each containing a single or multiple topological features.  These features can represent a variety of geographic items, such as rivers and lakes, roads, towns and cities, land use, land ownership, wells, etc.  Selected features can be further described with associated attribute tables and linked to other types of information by their attribute tables or via their spatial location.  At each step of a geographic analysis, individual features can be displayed, analyzed, and combined with other features via layers, and individual features interrogated with respect to their attributes.  Switching scales, like enlarging (zooming in to) a particular detail or regionalizing (zooming out) to encompass a larger set of features can be accomplished at any time; the ability to selectively visualize (switch) layers, perform advanced searches, and use select and overlay capabilities, further enhances the utility of a GIS map.

The GIS maps resulting from this study allow for informed planning and management of groundwater resources in the Oak Mesa area.  The database formats that have been used in this study include ESRI shape files, database tables, georeferenced images, and ESRI GRID files (for the digital elevation model [DEM], among others).  The GIS map and database for the Oak Mesa study were prepared using ArcView™ version 8.3 and Arc-Desktop™ version 10.1 (ESRI®, Redlands, California).

## 3.2 Use of GIS in the Oak Mesa Study

In this study, GIS has been used in support of the HESA described in Chapter 2 and in the preparation of report figures. In addition, the GIS maps and databases will provide a base for further studies of the hydrology and hydrogeology of the Oak Mesa area, as well as other parts of Delta County. Two multi-layer GIS maps have been prepared for this study: 1) a map with hydrologic and hydrogeologic features of Delta County (Figure 23); and 2) a map with hydrologic and hydrogeologic features of the Oak Mesa area (Figure 24).  The GIS maps consist of a number of layers representing various data types relevant to the assessment of the groundwater resources at user-specified locations. Below is a detailed description of the layers and the related data sources.

BLM_0056167



**Figure 23. Delta County GIS Map Showing Streams, Ditches and Roads on Top of County-wide Geology.**
(The left display area is the table of contents [TOC] showing all available layers;
the right side of the window is the map display area showing the activated layers.)



**Figure 24. Oak Mesa GIS Map Showing Streams, Ditches and Roads on Top of Hydrogeologic
Unconsolidated and Bedrock Units and Hydrogeologic Structures.**
(The left display area is the TOC showing all available layers;
the right side of the window is the map display area showing the activated layers.)

BLM_0056168

Enabling the *Table of Contents* (TOC; the left side of the display in Figures 23 and 24) in ArcGIS provides information on the layers displayed in the *Map Display* area (the right side of the display in Figures 23 and 24). The GIS layers of the Delta County and Oak Mesa maps contain three types of geographic information: 1) general geographic information (county border, roads, towns, DEM-elevations) used primarily for orientation purposes; 2) hydrologic information (including precipitation, watersheds, streams, lakes/ponds, irrigation ditches, and irrigated areas); and 3) hydrogeologic information (including hydrogeologic units, faults and hydro-structures, springs and wells). Most layers have been georeferenced with respect to State Plane, Colorado Central Zone, NAD83 (units of measure in feet), except for some public data obtained from state and federal sources.

## 3.3 GIS Map, Layers, and File Structure

Each line in the TOC is a GIS layer representing a set of features of the same type, such as streams, parcels, wells, etc. By clicking on a check box in the TOC, elements of the activated layer become visible in the map display area. A layer may consist of point values (*e.g.*, wells), line features (*e.g.*, roads, streams, ditches), and area features (*e.g.*, parcels, lakes, hydrogeologic units). Right-clicking on a layer in the TOC and selecting the *open attribute table* option, provides additional information on the layer, such as the names of particular features (Figure 25). This additional information can be used to label the features in the map display area.



**Figure 25. GIS Map Showing the Attribute Table for the Hydro(logic) Structures Layer in the Oak Mesa Area *(right side of figure).***

BLM_0056169

The order of the layers in the GIS maps may be changed, affecting which layer(s) are in the foreground in the map and which layers are in the background. When enabled, a layer is shown on top of the layer listed below it in the TOC. When this layer is opaque, the layer beneath it is not visible. Some layers are (partially) transparent, others are opaque, dependent on the type of information they display and the use in the assessment procedure. Layer transparency/opaqueness can be changed by the user using the layer properties option under the display tab. The order of the layers can be changed by the user by dragging a layer to the desired location in the TOC.

The map is designed to show relevant labels (text) for most of the layers based on the contents of one of the fields in the attribute table, such as stream name, well number, etc. When zooming in on a particular area of the map, additional information of a selected layer can be displayed by activating the *Label* feature. This can be done by right-clicking the layer and selecting *Label Feature*. The label feature can be set by right-clicking the layer, selecting *Properties*, clicking the *Label* tab, and selecting the appropriate field of the database table. Database information regarding a particular feature on the map can also be obtained by using the ⓘ (*Identify*) option from the *Tools* toolbar, clicking on the feature of interest, and selecting the appropriate layer in the popup *Identify Results* window.

3.4 Data Sources

Delta County and Oak Mesa GIS maps retrieve various files included in six relative-path subdirectories: 1) CDOT; 2) CDSS; 3) Delta_County; 4) Integral; 5) NRCS; and 6) USGS_DEM. The directories reflect the various data sources used for the map. Selection of the relative-path option in the GIS program provides for straightforward portability between computers. Note that layers that refer to a state-wide data set (such as the NRCS precipitation file), or a multi-county data set (such as the CDSS irrigated areas files), have been clipped on the maps to show only the Delta County or Oak Mesa area coverage.

The *CDOT* (Colorado Department of Transportation) subdirectory contains the Colorado county boundaries (*counties* files). In this project this layer is primarily used for general orientation purposes. The CDOT GIS data can be downloaded from: *http://apps.coloradodot.info/dataaccess/*.

The *CDSS* subdirectory contains six sets of GIS files and databases downloaded from the Colorado Decision Support System (CDSS), which is managed by the Colorado Water Conservation Board and the Colorado Division of Water Resources (CDWR). These file sets are 1) irrigated areas in CDWR Division 4 on the Western Slope as of 1993 (*Div_4_Irrigated_Lands_1993.mdb*); 2) irrigated areas in CDWR Division 4 on the Western Slope as of 2000 (*Div_4_Irrigated_Lands_2000.mdb*); 3) irrigated areas in CDWR Division 4 on the Western Slope as of 2005 (*Div_4_Irrigated_Lands_2005.mdb*); 4) National Weather Service (NWS) precipitation stations in Colorado (*co_precipstations* files); 5) decreed wells included in the CDWR's Hydrobase (*co_wells_decreed* files); and 6) other wells included in the CDWR's Hydrobase (*co_wells_other* files). The well data reflect the Hydrobase status of July 2009. The irrigated areas data sets provide a single year snapshot of the irrigated lands and crop types of the western slope of Colorado. In the GIS maps, the 2000 data layer lies on top of the 1993 data

BLM_0056170

layer, and the 2005 data layer lies on top of the 1993 and 2000 data layers, showing the irrigated acreage taken out between 1993 and 2005. The CDSS data can be downloaded from: *http://water.state.co.us/DataMaps/Pages/default.aspx#onlinedata*.

The *Delta_County* subdirectory contains selected files received from the Delta County GIS department in June 2012. Coverages used in this project include county boundary, highways, roads, streams and ditches, lakes, irrigation ditches (and enhanced streams), and towns. The ditch data provided by the county does not distinguish between primary and secondary ditches. Additional field verification is needed to assess the hydrologic importance of individual ditches. One important ditch for the Oak Mesa study was not included in the county's ditch file: the connection between the Overland Ditch and West Reservoir on Oak Mesa. Our field observations indicated that this ditch can carry significant water and is used to supply West Reservoir from the Overland Ditch. It should be noted that the GIS-based aerial photography (*Ortho* files) provided by the county has been used, in conjunction with GIS-based topographic images obtained from the NRCS data portal and Google™ Earth imagery, to remotely assess topography, vegetation and hydrology.

The *Integral* subdirectory contains the databases produced for this project by Integral. It contains various (hydro-)geology files (*OakMesa_Hydrogeol_xxx, OakMesa_hydrostructures, DeltaCounty_Geology, Springs*) and files related to the location of the study area (*OakMesa_DisplayArea, OakMesa_StudyArea*). The *main_streams_dc* files were created to separately show the county's major rivers and are based on Delta County's stream layer. The hydrogeology layers resulted from digitizing and evaluating the 1:48,000 scale geologic maps of the Cedaredge and Hotchkiss areas (*Hail, 1972a, 1972b*), and the 1:100,000 scale geologic map of the Paonia and Gunnison area (*Ellis and Others, 1987*), and combining and editing the GIS versions (*Day and Others, 1999*) of the Leadville, Montrose, Grand Junction and Moab 1° x 2° quadrangle geologic maps (scale 1:250,000) (*Tweto and Others, 1976; Tweto and Others, 1978; Whitney, 1981; Williams, 1964)*. The Oak Mesa hydro-structures layer is primarily based on the 1:100,000 scale geologic map of the Paonia and Gunnison area (*Ellis and Others, 1987*).

Selected wells and springs used in a study of the groundwater resources of the North Fork Gunnison River basin have been digitized from a low-quality scanned image of an appendix of the report (*Ackerman and Brooks, 1986*). It should be noted that the location of these wells and springs are approximate and may be inaccurate. During a field reconnaissance in June 2012, a ditch connecting the Overland Ditch with West Reservoir was found to be of importance to the hydrology of Oak Mesa and has been digitized from topographic maps, the Delta County *ortho* files, and Google Earth views (*newditch_OakMesa*).

There are six GIS layers and databases for the hydogeologic units in the Oak Mesa area (*i.e.*, "hydro units" for short) (Figures 11 and 12): 1) a layer showing the Quaternary unconsolidated deposits grouped by their hydrogeological characteristics (*Oak Mesa Hydro Units - Unconsolidated Sediments*; see Figure 24); and 2) five layers each showing the extent of an individual bedrock hydrogeologic unit (*Oak Mesa Geology - Wasatch Formation, Oak Mesa Geology - Mesaverde Formation [incl. Ohio Creek member], Oak Mesa Geology - Rollins Sandstone, Oak Mesa Geology - Mancos Shale, Oak Mesa Geology - Dakota-Burro Canyon*). When all five layers are activated, the GIS map shows top bedrock (see Figure 12).

BLM_0056171

The *NRCS* subdirectory contains state-wide averaged annual precipitation data for the period 1961–1990 obtained from the NRCS (*precip_a_co* files). These data have been developed from the NWS precipitation data using PRISM (Parameter elevation Regression on Independent Slopes Model), which utilizes a rule-based combination of point measurements and a DEM and includes consideration of topographic facets *(Daly and Johnson, 1999)*. The *NRCS* subdirectory also includes files for the location and name of the 1:24,000 (7.5 minute) quadrangles in Delta County (*quads24k_a_co029*) and the 1:250.000 (2 degree) quadrangles (*quads250k_a_co*), and data for the watersheds in the county (*wbdhu12_a_14020002 - 06*). The NRCS data can be downloaded from: *http://datagateway.nrcs.usda.gov/GatewayHome.html*.

The *USGS_DEM* subdirectory contains the raster-based DEM for Delta County. In the database, surface elevations are stored in meters; however, in the TOC of the GIS maps, the elevations are given in feet for display purposes. The USGS DEM was downloaded from the NRCS Data Gateway portal in May 2012 and is based on the USGS version published in April 2012.

BLM_0056172

## 4    SUMMARY AND CONCLUSIONS

A HESA of the groundwater system of the Oak Mesa area in Delta County, Colorado, and the development of supporting GIS databases and maps of hydrogeologic and hydrologic characteristics, have been completed to provide support for planning, zoning, and other decision-making tasks of county staff, including those related to protection of groundwater resources for use as public or communal water supplies. This study consisted of the following tasks: 1) conduct a comprehensive HESA and formulate relevant conceptual hydrologic models to provide the physical framework for assessment of potential impacts of anthropogenic system modifications on groundwater resources and interrelated surface water resources; 2) develop a consistent and practical hydrogeologic nomenclature that can be expanded to county-wide use; 3) digitize existing geologic maps and convert them to hydrogeologic system layers and databases in the GIS, including layers showing hydrogeologic units and characteristic stacks of such units, and hydrostructures; and 4) adapt additional hydrological and other GIS maps and databases needed to evaluate the groundwater resources in the county; these databases will contain data from various public domain sources.

The HESA analysis showed that there are two significant groups of hydrogeologic units in the Oak Mesa study area:

1. Quaternary unconsolidated clastic materials, which are predominantly glacial-fluvial outwash plains and terrace gravels (older mesa top gravels and glacial drift) , slope deposits, alluvial fans and bajadas and lower mesa gravels, younger valley gravels and river terraces, and alluvial valley bottom deposits; and
2. Tertiary and Cretaceous bedrock units, including the following potentially water-bearing units: Tertiary Wasatch Formation (Tw); Cretaceous Mesaverde Formation (Kmv), including Ohio Creek, Barren, and Upper and Lower Coal Bearing members (Kmvc), as well as the Rollins Sandstone member (Kmvr); and the Mancos Shale unit (Km), which may act as a thick, poorly transmissive confining layer.

The Quaternary unconsolidated clastic units (Qal, Qgy, Qat, Qs, Qgf, and Qgo), which are moderately to highly permeable, are recharged by infiltration from precipitation that is non-uniformly distributed due to the slope steepness, slope aspect, and to position in the landscape, and by the incidental leaky irrigation ditch and irrigation return flow.  There may be lateral and vertical connection (upward or downward groundwater flow depending on position in the hydrologic system) between the unconsolidated materials and the Tertiary and Cretaceous sedimentary units in the underlying bedrock formations.

Three broad hydrostructures occur in the Oak Mesa area: 1) the northwest-trending Roatcap Creek fault zone and associated en-echelon faults to the east; 2) the northeast-trending Upper Leroux Creek fault zone and en-echelon lineaments such as the Dever Creek lineament; and 3) the north-south-trending Jay Creek lineament-fracture zone and associated en-echelon lineaments such as Lower Leroux Creek and faults such as the west Oak Mesa fault.  These hydrostructures function as French drains and are responsible for various springs and groundwater discharge and recharge areas observed in Roatcap, Jay, and Leroux creeks.  These hydrostructures move significant quantities of groundwater horizontally and vertically, interconnecting the shallow aquifers with deep bedrock aquifers.

BLM_0056173

Based on the presence and orientation of various hydrogeologic and hydrostructural units, hydrography and topography, two CSMs in the Oak Mesa study area—Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystems; and Regional Bedrock Subsystems—are discussed. Specifically, the Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystems in the Oak Mesa area are dominated by the Quaternary unconsolidated materials, which receive recharge by infiltration of precipitation (snow and rain in the highest elevations in the north part of Oak Mesa), leaky irrigation ditches (for example, the Overland Ditch), infiltration at reservoir sites (for example, West Reservoir on Oak Mesa), and losing streams, such as the central reaches of Leroux, Cow, Jay, and Roatcap creeks.

Groundwater flow on top of Oak Mesa then moves with topography into Dever Creek to the west, and Jay Creek to the east. In addition, groundwater that flows through the hillslope deposits in the northeast area eventually discharges into Roatcap Creek, which in turn flows through the hillslope deposits in the northwest area, eventually discharging into Cow Creek. In the valley of Jay Creek, the groundwater system flows parallel to the creek. Jay Creek becomes a losing stream about halfway down the mesa, and the stream and shallow groundwater system recharge the Cretaceous Mesaverde Bedrock system at about the Coal Bearing members unit. In the valley of Roatcap Creek, the groundwater system flows parallel to the creek. Roatcap Creek becomes a losing stream about halfway down the valley from the headwaters to the North Fork of the Gunnison River, and the stream and shallow groundwater system recharge the Cretaceous Mesaverde Bedrock system at about the Coal Bearing members units. The groundwater system flows in the valley of Leroux Creek parallel to the creek. Leroux Creek and the Leroux Creek aquifer receive large quantities of water from other bedrock and alluvial aquifers on Grand Mesa, and receive enhanced recharge from the Overland Ditch, Cow Creek, the hillslope materials, high precipitation amounts, and leakage and enhancement from various reservoirs and irrigation ditches. The lower reaches of Leroux, Cow, Jay, and Roatcap creeks are losing streams located along French drains, and are areas of recharge to the regional Wasatch and Mesaverde bedrock aquifers.

The Regional Bedrock Subsystems in the Oak Mesa study area include the following potentially water-bearing units: Tertiary Wasatch Fm (Tw); Cretaceous Mesaverde Formation (Kmv), including Ohio Creek, Barren, and Upper and Lower Coal Bearing members (Kmvc), as well as the Rollins Sandstone member (Kmvr); and the Mancos Shale unit (Km). The bedrock units are variably saturated based on location and proximity to recharge area. The Mesaverde aquifer is partially saturated in the south and central areas of Oak Mesa, as evidenced by the water levels recorded in well logs. The water table appears to be above the Upper and Lower Coal Bearing units, which suggests that dewatering will be necessary. Groundwater flows vertically, then horizontally to the north along hydrostructures that become part of the regional groundwater flow system. The groundwater flow direction in the regional bedrock systems is from south to north beneath Oak Mesa and Grand Mesa, and is away from the coal mining activities, drinking water supplies, and Delta County in general.

The main land use in the Oak Mesa area is agricultural, and includes irrigated land cultivation and cattle grazing. The Oak Mesa study area consists primarily of mesa top, hillslope, bottomland, and terraces, limiting the irrigated areas to the top and lower portions of the

BLM_0056174

subsystems where there are a number of unlined and leaky irrigation ditches that are excavated in mostly unconsolidated Quaternary deposits. The water leaking from the ditches and the return flow from irrigated lands may recharge the underlying groundwater system, forming a local groundwater mound or divide, and may contribute significantly to the local water balance, increase the water table elevation, and alter groundwater flow patterns.

The hydrology of a natural groundwater hydrologic system will be altered by the construction and operation of the proposed underground coal mining operation. During dewatering, the coal mine may act as a very large well, drawing water in towards it from surrounding areas. Depending on management strategies for water disposal, water levels may increase in other locations. Groundwater levels in the bedrock systems will also be altered in the amount, velocity, storage, and direction of the local groundwater system and related regional groundwater levels and discharges. Changes to the natural groundwater system may have unintended ecological, geo-hydrological, and legal consequences.

The mesa top and upper hillslope parts of the Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystem are least likely to be affected by the mining operations, as they are located in the recharge area and shallow groundwater flow system above the bedrock dewatering zone. However, the amount of groundwater discharge from the bedrock to the shallow aquifers in the lower hillslope and valley bottom areas in the Leroux Creek drainage may be reduced by dewatering action, which could affect the Hotchkiss water supply. In addition, significant amounts of alluvial water in both Jay and Roatcap creeks may be reduced due to mine dewatering.

The GIS maps resulting from this study provide for use in planning and management of groundwater resources in the Oak Mesa area. The database formats that have been used in this study include ESRI shape files, database tables, georeferenced images, and ESRI GRID files (for the DEM, among others). The GIS map and database for the Oak Mesa study were prepared using ArcView™ version 8.3 and Arc-Desktop™ version 10.1 (ESRI®, Redlands, California).

Two multi-layer GIS maps have been prepared for this study: 1) a map with hydrologic and hydrogeologic features of Delta County; and 2) a map with hydrologic and hydrogeologic features of the Oak Mesa area. The GIS maps consist of a number of layers representing various data types relevant to the assessment of groundwater resources at user-specified locations. The GIS layers of the Delta County and Oak Mesa maps contain three types of geographic information: 1) general geographic .information (county border, roads, towns) used primarily for orientation purposes; 2) hydrologic information (including precipitation, watersheds, streams, lakes/ponds, irrigation ditches, and irrigated areas); and 3) hydrogeologic information (including hydrogeologic units, faults and hydrostructures, springs, and wells.

BLM_0056175

**5      REFERENCES**

Ackerman, D.J., and T. Brooks. 1986. *Reconnaissance of Ground-Water Resources in the North Fork Gunnison River Basin, Southwestern Colorado*. U.S. Geological Survey. Water Resources Investigations 85-4230.

Brooks, T. 1983. *Hydrology and subsidence potential of proposed coal-lease tracts in Delta County, Colorado*. U.S. Geological Survey. Water Resources Investigations 83-4069.

Brooks, T., and D.J. Ackerman. 1985. *Reconnaissance of Ground-Water Resources in the Lower Gunnison River Basin, Southwestern Colorado*. U.S. Geological Survey. Water Resources Investigations 84-4185.

Cordilleran Compliance Services, Inc. 2002. *Hydrogeology of the South Flank of the Grand Mesa in the Vicinity of Cedaredge and Paonia, Delta County, Colorado*. Prepared for Gunnison Energy Corporation.

Daly, C., and G.L. Johnson. 1999. PRISM *Spatial Climate Layers: An Overview of the USDA-NRCS Spatial Climate Mapping Project*. PRISM Guide Book. PRISM Group, Oregon State University in cooperation with USDA-NRCS.

Davis, S.N., and R.J.M. DeWiest. 1966. *Hydrogeology*. John Wiley & Sons, New York.

Day, W.C., G.N. Green, D.H. Knepper, Jr., and R.C. Phillips. 1999. *Mineral Resource Assessment Area, Southwestern Colorado and Digital Data for the Leadville, Montrose, Durango, and Colorado Parts of the Grand Junction, Moab, and Cortez 1° X 2° Geologic Maps'*. U.S. Geological Survey. Open-File Report 99-427.

Ellis, M.S., D.L. Gaskill, and C.R. Dunrud. 1987. *Geologic Map of the Paonia and Gunnison Area, Delta and Gunnison Counties, Colorado*. U.S. Geological Survey. Coal Investigations Map C-109.

Freethey, G.W., and G.E. Cordy. 1991. *Geohydrology of Mesozoic Rocks in the Upper Colorado River Basin in Arizona, Colorado, New Mexico, Utah, and Wyoming, Excluding the San Juan Basin*. U.S. Geological Survey. Professional Paper 1411-C.

Geldon, A.L. 2003. *Hydrologic Properties and Ground-Water Flow Systems of the Paleozoic Rocks in the Upper Colorado River Basin in Arizona, Colorado, New Mexico, Utah, and Wyoming, Excluding the San Juan Basin*. U.S. Geological Survey. Professional Paper 1411-B.

Hail, W. J., Jr. 1972a. *Reconnaissance Geologic Map of the Cedaredge Area, Delta County, Colorado*. U.S. Geological Survey. IMAP 697.

Hail, W. J., Jr. 1972b. *Reconnaissance Geologic Map of the Hotchkiss Area, Delta and Montrose Countie*s, Colorado. U.S. Geological Survey. IMAP 698.

BLM_0056176

Kolm, K. E., P.K.M. van der Heijde, J.S. Downey, and E.D. Gutentag. 1996. *Conceptualization and Characterization of Ground-Water Systems*. In: Subsurface Fluid-Flow (Ground Water and Vadose Zone) Modeling, ASTM STP 1288, J. D. Ritchey and J. O. Rumbaugh, eds., American Society for Testing and Materials, West Conshohocken, PA.

Robson, S.G., and E.R. Banta. 1995. Groundwater Atlas of the United States: Colorado Plateau Aquifer. U.S. Geological Survey, HA 730-C.

Topper, R., K.L. Spray, W.H. Bellis, J.L. Hamilton, and P.E. Barkmann, 2003. *Ground Water Atlas of Colorado*. Colorado Geological Survey, Special Publication 53.

Tweto, O., R.H. Moench, and J.C. Reed. 1978. *Geologic Map of the Leadville 1 Degree x 2 Degrees Quadrangle, Northwestern Colorado*. U.S. Geological Survey. Miscellaneous Investigations Series Map I-999, scale 1:250000.

Tweto, O, T.A. Steven, W.J. Hail, and R.H. Moench. 1976. *Preliminary Geologic Map of the Montrose 1 Degree x 2 Degrees Quadrangle, Northwestern Colorado*. U.S. Geological Survey. Miscellaneous Field Studies Map MF-761, scale 1:250000.

Watts, K.R., 2008. *Availability, Sustainability, and Suitability of Ground Water, Rogers Mesa, Delta County, Colorado—Types of Analyses and Data for Use in Subdivision Water-supply Reports*. U.S. Geological Survey. Scientific Investigation Report 2008–5020.

Whitney, J.W. 1981. *Surficial Geologic Map of the Grand Junction 1 Degree x 2 Degrees Quadrangle, Colorado and Utah*. U.S. Geological Survey. Miscellaneous Investigations Series Map I-1289, scale 1:250000.

Williams, P.L. 1964. *Geology, Structure, and Uranium Deposits of the Moab Quadrangle, Colorado and Utah*. U.S. Geological Survey. Miscellaneous Geologic Investigations Map I-360, scale 1:250000.

BLM_0056177

# Appendix 1. Climate Data for the Oak Mesa Area, Delta County
(Source: Western Regional Climate Center, Desert Research Institute, Reno, Nevada)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Max. Temperature (F) | 24.0 | 24.2 | 32.4 | 39.4 | 50.1 | 62.1 | 67.9 | 64.1 | 56.4 | 44.8 | 33.7 | 23.5 | 43.5 |
| Average Min. Temperature (F) | -1.1 | -0.5 | 6.5 | 14.9 | 25.3 | 34.3 | 40.4 | 38.6 | 30.7 | 22.2 | 11.0 | 1.4 | 18.6 |
| Average (Mean) Temperature (F) | 11.4 | 11.8 | 19.1 | 27.2 | 37.8 | 48.2 | 54.2 | 51.3 | 43.6 | 33.5 | 22.4 | 12.5 | 31.1 |
| Average Total Precipitation (in.) | 3.02 | 2.80 | 3.89 | 3.03 | 2.19 | 1.31 | 2.26 | 2.52 | 2.36 | 2.98 | 2.93 | 3.50 | 32.79 |
| Average Total Snow Fall (in.) | 32.0 | 38.2 | 41.9 | 24.2 | 7.2 | 0.4 | 0.0 | 0.0 | 1.4 | 12.6 | 18.2 | 38.4 | 214.5 |
| Average Snow Depth (in.) | 46 | 55 | 65 | 46 | 18 | 0 | 0 | 0 | 0 | 1 | 11 | 36 | 23 |

Table 1. Monthly Climate Summary for Bonham Reservoir, Colorado [station 050825]
for period 7/1/1963 to 5/31/2012.

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Max. Temperature (F) | 38.8 | 44.2 | 52.2 | 62.2 | 72.0 | 82.1 | 87.9 | 85.5 | 77.9 | 66.0 | 50.7 | 40.2 | 63.3 |
| Average Min. Temperature (F) | 14.5 | 19.8 | 26.0 | 33.2 | 40.9 | 48.7 | 55.3 | 53.3 | 45.6 | 35.5 | 24.8 | 16.7 | 34.5 |
| Average (Mean) Temperature (F) | 26.6 | 32.0 | 39.1 | 47.7 | 56.4 | 65.4 | 71.6 | 69.4 | 61.8 | 50.8 | 37.7 | 28.4 | 48.9 |
| Average Total Precipitation (in.) | 0.90 | 0.89 | 1.11 | 1.04 | 1.11 | 0.70 | 0.89 | 1.20 | 1.18 | 1.32 | 0.86 | 0.87 | 12.07 |
| Average Total Snow Fall (in.) | 11.3 | 8.4 | 6.8 | 2.5 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.9 | 4.0 | 8.9 | 43.4 |
| Average Snow Depth (in.) | 3 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 |

Table 2. Monthly Climate Summary for Cedaredge, Colorado [station 051440]
for period 1/1/1898 to 5/31/1994.

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Max. Temperature (F) | 38.7 | 47.0 | 57.4 | 67.6 | 77.5 | 87.9 | 93.1 | 90.1 | 82.4 | 69.9 | 53.4 | 40.6 | 67.1 |
| Average Min. Temperature (F) | 12.2 | 19.0 | 26.1 | 33.8 | 41.9 | 48.5 | 54.8 | 53.1 | 44.1 | 33.4 | 22.8 | 14.6 | 33.7 |
| Average (Mean) Temperature (F) | 25.5 | 33.0 | 41.8 | 50.7 | 59.7 | 68.3 | 73.9 | 71.6 | 63.2 | 51.6 | 38.1 | 27.6 | 50.4 |
| Average Total Precipitation (in.) | 0.48 | 0.43 | 0.56 | 0.61 | 0.75 | 0.48 | 0.72 | 1.12 | 0.94 | 0.93 | 0.53 | 0.44 | 8.01 |
| Average Total Snow Fall (in.) | 4.6 | 2.7 | 2.0 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.2 | 1.5 | 3.7 | 15.2 |
| Average Snow Depth (in.) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Table 3. Monthly Climate Summary for Delta, Colorado [station 052192]
for period 1/1/1893 to 12/31/1999.

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bonham Reservoir (32.79" annually) | 3.41 | 3.7 | 4.74 | 3.57 | 2.75 | 1.40 | 2.29 | 2.48 | 2.29 | 3.15 | 3.94 | 4.01 | 37.75 |
| Cedaredge (12.07" annually) | 1.10 | 0.93 | 1.25 | 1.08 | 1.18 | 0.64 | 0.88 | 1.14 | 1.27 | 1.55 | 1.30 | 1.08 | 13.39 |
| Delta (8.01" annually) | 0.51 | 0.37 | 0.59 | 0.59 | 0.71 | 0.48 | 0.74 | 0.84 | 0.97 | 1.00 | 0.70 | 0.47 | 7.97 |

Table 4. Average Total Precipitation (in.) for period 1/1/1971 to 12/31/2000

BLM_0056078

# GROUNDWATER SYSTEMS IN DELTA COUNTY, COLORADO: NORTH FORK VALLEY AND TERRACES AREA

## GIS-Based Hydrological and Environmental Systems Analysis and Formulation of Conceptual Site Models



**Authors:**
**Dr. Kenneth E. Kolm, Hydrologic Systems Analysis, LLC., Golden, Colorado**
**and**
**Paul K.M. van der Heijde, Heath Hydrology, Inc., Boulder, Colorado**

**Prepared For:**
**Delta County Board of County Commissioners, Colorado**
**Contract # 2013-CT-027**

**Report Date: October 31, 2013**

BLM_0056179



Front Page: Orchards on the terraces of the North Fork Valley near Paonia. (June 2012).

BLM_0056180

# Table of Contents

1. INTRODUCTION ...................................................................................... 1

2. DEVELOPMENT OF CONCEPTUAL MODELS OF THE NORTH FORK VALLEY
AND TERRACES (NFVT) STUDY AREA ............................................... 4
    2.1 Climate ............................................................................................. 4
    2.2 Topography and Geomorphology ..................................................... 7
    2.3 Surface Water Characteristics and Springs ...................................... 9
    2.4 Hydrogeologic Framework ............................................................... 13
        2.4.1 Regional Hydrogeologic Units ................................................ 14
        2.4.2 Hydrogeologic Units of the NFVT Area ................................. 16
        2.4.3 Hydrostructural Units of the NFVT Area ................................ 19
    2.5 Groundwater Flow Systems ............................................................. 23
    2.6 Groundwater System Conceptual Site Models by Subsystem ............ 25
        2.6.1 Mesa Top and Hillslope Shallow Aquifer Subsystems ................... 26
        2.6.2 Valley Bottom Shallow Aquifer Subsystems ........................... 27
        2.6.3 Regional Bedrock Aquifer Subsystems ........................................ 31
    2.7 Anthropogenic Influences ................................................................ 33
        2.7.1 Effects of Land Use Changes on Groundwater Systems ................. 33
        2.7.2 Potential Effects of Oil and Gas on Hydrology ....................... 36

3. GIS MAPS, LAYERS, DATABASES, AND DATA SOURCES .................... 38
    3.1 GIS and GIS Maps .......................................................................... 38
    3.2 Use of GIS in the NFVT Area Study ................................................ 38
    3.3 GIS Map, Layers, and File Structure ............................................... 40
    3.4 Data Sources .................................................................................. 41

4. SUMMARY AND CONCLUSIONS ............................................................ 44

5. REFERENCES ......................................................................................... 47

APPENDIX 1.  GIS LAYER FOR SPRINGS AND SEEPS FROM CDSS WATER
RIGHTS INFORMATION DATA BASE ........................................................ 49

BLM_0056181

## List of Tables

Table 1          Average Maximum, Minimum and Mean Monthly and Annual
                 Temperature, and Average Monthly and Annual Precipitation, Snow Fall
                 and Snow Depth for Paonia 1 SW (0506306)
                  for period 1/1/1893 to 3/31/2013 …………………………………………          6
Table 2a         Correlation of Geological and Hydrogeologic Units in the North Fork
                 Valley and Terraces Study Area: Unconsolidated Sediments………………        21
Table 2b         Correlation of Geological and Hydrogeologic Units in the North Fork Valley
                 and Terraces Study Area: Bedrock Units ……………………………………         22

## List of Figures

Figure 1         Location of the North Fork Valley and Terraces and the Oak Mesa Study
                 Areas in Relationship to the Major Watersheds, Delta County, Colorado …..       1
Figure 2         North Fork Valley Display Area, Showing the Water Planning Areas and
                 the Oak Mesa and the North Fork Valley and Terraces Study Areas …………          2
Figure 3         North Fork Valley Display Area, Showing the Oak Mesa and the North
                 Fork Valley and Terraces Study Areas and the Oak Mesa Display Area ……          3
Figure 4         Location of NWS/COOP Weather Stations in and near Delta County ………          5
Figure 5         Average Monthly Precipitation, Snow Fall and Snow Depth for Paonia
                 1 SW (0506306) for period 1/1/1893 to 3/31/2013 ………………………….            6
Figure 6         Spatial Distribution of the Average Annual Precipitation in the NFVT Area,
                 Delta County, Colorado (Source: Natural Resources Conservation Service
                 2011) ………………………………………………………………………...         7
Figure 7         Topography in the NFVT Area ……………………………………...…………           8
Figure 8         Watersheds, Streams and Ditches in the NFVT Area ………………………          9
Figure 9         Hydrograph Analysis of Surface Water Stations along the North Fork River    10
Figure 10        Springs and Seeps in Relationship to Streams and Irrigation Ditches in the
                 NFVT Area ……………………………………………………...……………….          11
Figure 11        Springs and Seeps in Relationship to the Hydrogeological Units in the
                 NFVT Area ……………………………………………………………………           12
Figure 12        Generalized Map Showing Regional Geographic and Geological Features …      15
Figure 13        Composite Large Scale Map of the Geology of Delta County ……………....     16
Figure 14        Generalized Northeast-Southwest Geological Cross Section Representative
                 for Delta County ……………………………………………………………….           17
Figure 15        Map Showing the Shallow Unconsolidated Hydrogeologic Units in the
                 NFVT Area ……………………………………………………………………           18
Figure 16        Map Showing Top of Bedrock Hydrogeologic Units in NFVT Area ……….        19
Figure 17        Map Showing Major Hydrostructures (Faults and Fracture Zones) in the
                 NFVT Area ………………………………………………………...……………….          20

BLM_0056182

Figure 18     Map Showing the Locations of the Cross-sections Representative for the Conceptual Site Models in the NFVT Area on Top of the Hydrogeologic Units ................................................................................     25

Figure 19     Cross-sectional View of the Conceptual Site Model of the Mesa Top and Hillslope, and Valley Bottom Shallow Aquifer Subsystems (A-A' in Figure 18) ....................................................................     27

Figure 20     Cross-sectional View of the Conceptual Site Model of the Mesa Top and Hillslope, and Valley Bottom Shallow Aquifer Subsystems (B-B' in Figure 18) ....................................................................     28

Figure 21     Google Earth View of the Mesa Top and Hillslope, and Valley Bottom Shallow Aquifer Subsystems .............................................................     29

Figure 22     Plan View of the Conceptual Site Model of the Mesa Top and Hillslope, and Valley Bottom Shallow Aquifer Subsystems ....................................     29

Figure 23     Cross-sectional View of the Conceptual Site Model of the Valley Bottom Shallow Aquifer Subsystems (C-C' in Figure 18) ................................     30

Figure 24     Cross-sectional View of the Conceptual Site Model of the Regional Bedrock Subsystems (D-D' in Figure 18) .............................................     32

Figure 25     Google Earth View of the Regional Bedrock Aquifer Subsystems ............     32

Figure 26     Plan View of the Conceptual Site Model of the Regional Bedrock Subsystems ...............................................................................     33

Figure 27     Anthropogenic Influences: Irrigated Areas and Irrigation Ditches in the NFVT Area ................................................................................     34

Figure 28     Anthropogenic Influences: Wells in the NFVT Area ............................     35

Figure 29     Anthropogenic Influences: Oil/Gas Lease Parcels in Relationship to Hydrogeology in the NFVT Area  (Source: Delta County GIS, 2013) .........     36

Figure 30     Delta County GIS Map Showing Streams, Ditches and Roads on Top of County-wide Geology ...................................................................     39

Figure 31     NFVT GIS Map Showing Streams, Ditches and Roads on Top of Hydrogeologic Unconsolidated and Bedrock Units and Hydrogeologic Structures .....................................................................................     39

Figure 32     GIS Map Showing the Attribute Table for the Hydro(logic) Structures Layer in the NFVT Area ...............................................................     40

BLM_0056183

BLM_0056184

# 1    INTRODUCTION

Under an agreement with Delta County, Colorado, Hydrologic Systems Analysis LLC (HSA) of Golden, Colorado, in conjunction with Heath Hydrology, Inc. (HHI) of Boulder, Colorado, was tasked to perform a study of the groundwater resources of the valley and terraces of the Upper North Fork River area from Hotchkiss to northeast of Paonia in Delta County, Colorado (Figure 1). The delineation of the study area is based on the nature and extent of the major hydrogeological systems present and some water resources related land use considerations (Figure 2). The study area is located in the North Fork and  Upper Gunnison watersheds and roughly coincide with the Delta County water planning areas 1h, 1g, 1i, 1j, 1k, 3a, 3b, 3d, and 4c, located in the North Fork watershed (Figure 1 and  2). The study area is to the southeast and adjacent to the previously conducted Oak Mesa groundwater study (*Kolm and van der Heijde, 2012*) (Figure 1 and 3). It should be noted that for display purposes in this report a rectangular area is used, referred to as *Display Area*, which includes both the North Fork study area and the Oak Mesa study area (Figure 3). However, all analyses regarding the groundwater systems in this report are focused on the irregular shaped *North Fork Valley and Terraces (NFVT) Study Area.*



**Figure 1. Location of the North Fork Valley and Terraces and the Oak Mesa Study Areas in Relationship to the Major Watersheds, Delta County, Colorado.**

This study includes a Hydrologic and Environmental System Analysis (HESA) of the groundwater system in the study area and the development of GIS databases and maps of hydrogeologic and hydrologic characteristics of this groundwater system. The HESA is documented in this report, which also contains a description of the development and use of the GIS databases and maps. The report and GIS databases provide support for planning, zoning and

BLM_0056185

other decision-making tasks of county staff, including those related to protection of groundwater resources for use as public or communal water supplies.



**Figure 2. North Fork Valley Display Area, Showing the Water Planning Areas and the Oak Mesa and the North Fork Valley and Terraces Study Areas.**

The GIS maps have been created, in part, from previously published, or otherwise available public information, as well as the results of the HESA. Additional data layers and evaluation were needed to construct the GIS database – particularly with respect to the hydrogeologic layers. The HESA included a few scoping site visits to the study area; no additional fieldwork has been conducted. The maps (and underlying databases) have been produced using the ARCGIS/ARCMAP GIS software system.

The North Fork Valley and Terraces groundwater study included the following tasks:
1. Conduct a comprehensive HESA and formulate relevant conceptual hydrologic site models to provide the physical framework for the availability, sustainability and vulnerability assessments;
2. Refine the hydrogeologic nomenclature developed in the previous study;

BLM_0056186

3. Digitize existing geologic maps – to the extent and detail necessary for the project – and converting them to hydrogeologic system layers in the GIS, including layers showing hydrogeologic units and characteristic stacks of such units, and hydrostructures; and

4. Adapt additional hydrological and other GIS maps and databases needed to evaluate the groundwater resources in the county; these databases will contain data from various public domain sources.



**Figure 3. North Fork Valley Display Area, Showing the Oak Mesa and the North Fork Valley and Terraces Study Areas and the Oak Mesa Display Area.**

It should be noted that that these maps and databases will not obviate the need for additional hydrogeologic analysis on a site-specific/parcel-specific basis by developers and/or the County, or in any water right, geotechnical, or environmental study requiring due diligence. These maps and the associated groundwater evaluation procedure are intended to be used as indicators only, as part of a multi-step land use decision-making process, and to provide a starting point for further study of the County's groundwater resources.

BLM_0056187

## 2   DEVELOPMENT OF CONCEPTUAL SITE MODELS OF THE NORTH FORK VALLEY AND TERRACES (NFVT) STUDY AREA

HESA is an approach used to conceptualize and characterize relevant features of hydrologic and environmental systems, integrating relevant considerations of climate, topography, geomorphology, groundwater and surface water hydrology, geology, ecosystem structure and function, and the human activities associated with these systems into a holistic, three-dimensional dynamic conceptual site model (CSM). This watershed-based, hierarchical approach is described by Kolm and others (*1996*) and codified in ASTM D5979 Standard Guide for Conceptualization and Characterization of Ground Water Systems (*ASTM 1996(2008)).* The CSM of the NFVT study area covers elements of climate, topography, soils and geomorphology, surface water characteristics, hydrogeologic framework, hydrology, and anthropogenic activity as related to the shallow groundwater systems in the study area.

Based on field surveys and a preliminary HESA, a number of hydrogeologic subsystems were identified within the NFVT study area. Each of these subsystems has a unique hydrogeologic setting and groundwater flow system and is described in detail in forthcoming sections of the report. Furthermore, current anthropogenic modifications of the natural hydrologic features in these subsystems were identified, including groundwater recharge from large scale irrigation ditches and reservoirs. A brief discussion of potential modification of natural flow patterns and impacts on water budgets from proposed oil and gas activities is included.

### 2.1 Climate

The climate in the study area has both local and regional components and includes effects of elevation and slope aspect (*i.e.*, steepness and orientation with respect to the prevailing winds and sun exposure). The presence of Grand Mesa and West Elk Mountains further influences the climate at the lower elevations by orographic precipitation effects, causing enhanced precipitation on the windward side and local and regional rain shadows on the leeward sides. From the relevant weather stations of the National Weather Service (NWS) Cooperative Network (COOP) near the study area Paonia 1SW (COOP 056306), located south of the town of Paonia, has been selected as representative for the study area (Figure 4). Table 1 shows monthly and annual long-term averages for temperature, precipitation, snowfall and snow depth (*WRCC, 2013*); Figure 5 summarizes the average total monthly precipitation (*i.e.*, rain and snowfall SWE - Snow Water Equivalent), snowfall (*i.e.*, thickness of freshly fallen snow), and snow depth (*i.e.*, snow pack) for Paonia for the period 1883 -2013. Note that the long-term average annual precipitation of 15.4 inches for the period 1883-2013 does not differ much from the average annual precipitation of 15.2 inches for the period 1981-2010 (*WRCC, 2013*).

The NWS data were used by the Natural Resources Conservation Service (NRCS) to prepare a map of spatially distributed precipitation corrected for elevation (see Figure 6). As these data sources show, there is a significant precipitation gradient in the area from about 45 inches annually at the top of Grand Mesa and 30 inches on Mount Lamborn to about 16 inches near Paonia and 12 inches near Hotchkiss.

BLM_0056188



**Figure 4. Location of NWS/COOP Weather Stations in and near Delta County.**

Precipitation type (rainfall versus snowfall), amount, and temporal and spatial distribution are important for determining the amount of recharge that a groundwater system may receive, particularly as infiltration from precipitation to the shallow bedrock groundwater systems. Average annual precipitation determines the climate of the project area, and in the case of the North Fork Valley, the topographically higher terrains near Grand Mesa and West Elk Mountains are subhumid and cool and have excellent recharge potential, both from rainfall in the spring, summer, and autumn months, and from the melting of snowpack throughout the winter and early spring, especially where covered by gravels and slope deposits. By comparison, the lower parts of the hydrologic system, including the terraces and stream valleys between Paonia and Hotchkiss and near Crawford, are mostly semi-arid and have a small recharge potential, mostly from rain and snow throughout the winter and spring. The summer months are characterized by high evaporation rates and are too desiccated for significant groundwater infiltration and recharge. Thus, most of the natural recharge in the near-surface aquifers occurs during a very short period of time in the winter and early spring. It should be noted that the

BLM_0056189

entire study area has groundwater recharge potential, with even the driest areas probably receiving about 1- 2 inches of recharge annually.  This is important when considering the ultimate groundwater system flow directions and areas of groundwater recharge.

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Max. Temperature (F) | 38.6 | 44.9 | 53.9 | 63.0 | 73.0 | 83.6 | 89.2 | 86.5 | 78.1 | 66.6 | 52.4 | 40.2 | 64.2 |
| Average Min. Temperature (F) | 13.8 | 20.4 | 27.5 | 33.9 | 41.6 | 49.3 | 56.1 | 54.7 | 46.8 | 36.5 | 26.1 | 16.2 | 35.2 |
| Average (Mean) Temperature (F) | 26.1 | 32,6 | 40.7 | 48.5 | 57.3 | 66.4 | 72.7 | 70.6 | 62.5 | 51.6 | 39.3 | 28.3 | 49.7 |
| Average Total Precipitation (in.) | 1.20 | 1.19 | 1.46 | 1.34 | 1.37 | 0.75 | 1.07 | 1.33 | 1.48 | 1.60 | 1.26 | 1.33 | 15.39 |
| Average Total Snow Fall (in.) | 11.9 | 9.0 | 6.3 | 2.4 | 0.2 | 0.0 | 0.0 | 0.0 | 0.1 | 0.8 | 4.7 | 11.9 | 47.1 |
| Average Snow Depth (in.) | 4 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 |

**Table 1. Average Maximum, Minimum and Mean Monthly and Annual Temperature, and Average Monthly and Annual Precipitation, Snow Fall and Snow Depth for Paonia 1 SW (0506306) for period 1/1/1893 to 3/31/2013. (Source: Western Regional Climate Center (WRCC), Desert Research Institute, Reno, Nevada).**



**Figure 5. Average Monthly Precipitation, Snow Fall and Snow Depth for Paonia 1 SW (0506306) for period 1/1/1893 to 3/31/2013. (Source: Western Regional Climate Center, Desert Research Institute, Reno, Nevada).**

BLM_0056190



**Figure 6. Spatial Distribution of the Average Annual Precipitation in the NFVT Area, Delta County, Colorado (Source: Natural Resources Conservation Service 2011).**

## 2.2 Topography and Geomorphology

The surface elevation in the NFVT study area ranges from about 1,600 m (≈5,200 ft) in the North Fork valley near Hotchkiss to about 2,000 m (≈6,500 ft) on the terraces and mesas along the North Fork and its tributaries (Figure 7). The topography of the study area has three distinct terrains: 1) steeply sloping to gently rolling, gullied bedrock (mostly shale) uplands; 2) poorly dissected, connected and disconnected, continuous and discontinuous hillslope fans and mass wasting features, and alluvial terraces; and 3) continuous alluvial valley bottoms.

On the north side of the North Fork Valley, the fans, mass wasting features, and alluvial terraces are separated by fractured-controlled drainages derived from Grand Mesa. Each of these features functions as separated systems and are not connected across the drainages. On the south side of the North Fork Valley, including Lamborn and Stewart Mesas, the fans, mass wasting features, and alluvial terraces are dissected by local drainages derived from the West Elk Mountains. Each of these features also functions as separated systems and are not connected

BLM_0056191

across the drainages.  The effects of the dissection on the groundwater systems will be discussed in the Groundwater System Conceptual Site Models sections.

The deeper bedrock groundwater systems, if not topographically dissected by the surficial processes, will be continuous and regional in nature.  Examples of these regional systems are observed in sedimentary bedrock underlying the study area, and these deeper bedrock systems can be a source of regional groundwater.  These systems are recharged by, or discharging into, the shallow groundwater systems depending on the geomorphic geometry.  Most of the alluvial terraces, fans, and river bottoms in the study area are isolated topographically, which causes discrete and localized groundwater systems and can result in discrete and localized springs.

The topographic gradients in the NFVT area can be divided into two types: 1) steep gradient bedrock slopes (greater than 2% slope); and 2) low gradient (less than 2% slope) fan and terrace levels and alluvial valley bottoms.  The topographic gradient is useful in estimating the surface of the water table and for estimating the amounts of infiltration versus overland flow and interflow.



**Figure 7. Topography in the NFVT Area.**
**(Sources: Natural Resources Conservation Service 2011; Delta County 2011).**

North Fork Valley and Terraces Groundwater System, Delta County, Colorado          HSA/HHI          page 8

BLM_0056192

2.3 Surface Water Characteristics and Springs

The NFVT study area contains parts of two major watersheds:  North Fork and Smith Fork, and various tributaries, including Minnesota, German, Reynolds, Bell, McDonald, and Cottonwood Creeks, Alum Gulch, and the lower portions of Leroux Creek, Jay Creek, Roatcap Creek, and Terror Creek (Figure 8). Streams can be gaining (from groundwater) or losing (to groundwater), dependent on local hydrology and time of year. For example, Minnesota Creek and Cottonwood Creek are gaining streams in their upper reaches where springs discharge from the gravels above the contact between the Tertiary intrusions and the Mancos Shale. In the central reaches of these streams, surface water most likely enters (recharges) the alluvium (Qal) along the river and may recharge underlying bedrock, resulting in loosing stretches of these streams. The gaining and losing dynamics of these streams is seasonal, with bank full conditions occurring during the spring runoff, and during monsoon rains resulting in losing conditions, and low water conditions occurring during the rest of the year resulting in gaining conditions.  In the lower reaches of these streams near the confluence with the North Fork, the streams would be primarily gaining as ground water would be discharging from the alluvial aquifer back into the stream.  There would be a net loss due to well use and irrigation evapotranspiration.



**Figure 8. Watersheds, Streams and Ditches in the NFVT Area.**
**(Sources: Natural Resources Conservation Service 2011; Delta County 2011).**

North Fork Valley and Terraces Groundwater System, Delta County, Colorado        HSA/HHI        page 9

BLM_0056193

The North Fork River is generally a losing river in the upper reaches of the study area below Somerset due to ditch diversions – specifically into Fire Mountain Canal, irrigation practices, and groundwater recharge to the alluvial aquifer (Qal) (Figure 9).  The river is showing a significant loss of streamflow by Paonia (Figure 9). The North Fork River becomes gaining in the reaches near Hotchkiss due to the pinching out of the alluvial system and the added ground water and surface water from Rogers Mesa and the Leroux Creek hydrologic system (see Lazear hydrograph in Figure 9).  Groundwater flow back to the River is driven by groundwater recharge in nearby alluvium and upland alluvial terraces from infiltration of precipitation, leaky irrigation ditches, and flood irrigation water, and loosing stretches of tributaries along the edges of the modern alluvial valley. The North Fork may be locally gaining or losing due to local irrigation dynamics, and seasonality of river stage (spring flooding and monsoon storm runoff verses autumn low stream flow).



**Figure 9. Hydrograph Analysis of Surface Water Stations along the North Fork River [downloaded from USGS National Water Information System, 09/30/2013; Note that for station 09134100, only seasonal records are available).**

There are three categories of springs that are identified on the older USGS maps and in the water rights records in Delta County (Figures 10 and 11):  1) Bedrock controlled/derived; 2) Gravel/Shale interface control/derived; and 3) Gravels derived with topographic and geomorphic control.  The Bedrock controlled/derived springs are located on the south side of the study area at or near the Tmi/Km interfaces, or in nearby alluvial/glacial gravels where the Tertiary Intrusive bedrock (Tmi), which is the fractured crystalline aquifer, abuts against the Cretaceous Mancos Shale (Km), which is a confining unit, forcing groundwater to the surface (Figure 11).   The Gravel/Shale interface springs (Figure 11) are located at the Qs/Km interfaces along drainages or the edges of mesas where the alluvial fans (Qgf) and mass wasting materials (Qs), which are the potential unconsolidated aquifers, abut against the Cretaceous Mancos Shale (Km), which is a

BLM_0056194

confining unit, forcing groundwater to the surface (Figure 11). The Gravels derived with topographic and geomorphic control springs (Figure 11) are located in the modern alluvium (Qal) and alluvial terraces (Qat). These hydrogeologic units will be discussed in section 2.4.

The NFVT area has Crawford Reservoir and some smaller reservoirs, as well as many ponds (primarily related to farmland modifications and sub-urban development requirements), and an extensive network of irrigation and water diversion ditches (Figure 8; see also Section 2.7). Crawford Reservoir is located on the Smith Fork, and affects the surrounding groundwater system as a hydrologic system head boundary (constant head in annual assessments, variable head with season in monthly assessments). Most of the smaller reservoirs and ponds, by comparison, are affiliated with local landowners, and affect only the local surrounding groundwater system. These ponds are filled with groundwater by direct discharge, or by wells or springs supplying local groundwater – most of which is sustained by irrigation, leaky ditches, or to a lesser extent, direct precipitation. These ponds leak into the local aquifer system depending upon location, and tend to concentrate nutrients.



**Figure 10. Springs and Seeps in Relationship to Streams and Irrigation Ditches in the NFVT Area. (Sources: USGS 1986; CDSS 2013; see Appendix 1).**

BLM_0056195



**Figure 11. Springs and Seeps in Relationship to the Hydrogeological Units in the NFVT Area.
(Sources: USGS 1986; CDSS 2013; see Appendix 1).**

The extensive network of ditches has been inventoried by Delta County (Figure 10; see Section 3 for details). Generally, some ditches flow more or less continuously, at least during part of the year, others are only used when fields are being irrigated. Some ditch alignments coincide with stream sections, resulting in so-called "enhanced streamflows" or "enhanced streams." Other ditch alignments contour throughout the landscape, and affect the various streams and mesas that are traversed. Most ditches are unlined, and leak water into the subsurface. More modern practices of piping have minimized this water loss. Wetlands and phreatophyte vegetation are indicators of groundwater discharge to the land surface. The irrigation ditches located on the terraces and along stream valleys often have wetlands, phreatophytes and seeps, indicative of leaky, unlined ditch perimeters, which can be a source of significant groundwater recharge to a hydrogeologic unit that may naturally be dry in normal conditions, but may be an aquifer due to long time ditch leakance into the hydrologic system. Given this situation, there may be an effect of increased surface water flow in springs and drainages due to reservoir and ditch releases that ultimately can affect groundwater recharge to shallow and bedrock systems in various areas. These diversions and anthropogenic changes to

BLM_0056196

the surface water system must be accounted for in the water balance calculations, including springs, for the overall hydrologic system of the NFVT area.

There are two major ditches affiliated with the North Fork River located on the north side of the NFVT study area:  1) Fire Mountain Canal; and 2) Farmer's Ditch (Figure 8).  The Fire Mountain Canal, the uppermost of the two ditches, traverses the mesas and tributaries significantly above the modern North Fork floodplain and alluvium.  As is indicated by wetlands, phreatophytes, and springs/seeps, this unlined ditch leaks water into the groundwater systems of the upland alluvial fans (Qgf and Qs), and some tributaries (Qal) that are crossed by the ditch, which serve as aquifers used for irrigation and drinking water for landowners located topographically below the ditch. By comparison, the Farmer's Ditch primarily outlines the edge of the modern North Fork alluvium (Qal) and terraces (Qat), and the leaky nature of the ditch directly affects both the alluvial aquifer, and therefore the North Fork stream flows. Both ditches operate independently of each other, and affect different hydrologic systems (groundwater, primarily).  However, most of the springs in this area and affiliated water rights will be associated with the effects of the Fire Mountain Canal.

The ditches located south of the North Fork River are mostly affiliated hydrologically with the local drainages that serve as the water source.  For example, the Minnesota ditch system is affiliated with Minnesota and German Creeks, although the effects of these ditches extend to Reynolds Creek and most of Lamborn Mesa.  The Stewart (Mesa) Ditch is affiliated with Bell Creek and most of Stewart Mesa.  Similarly, various ditches are affiliated with Cottonwood Creek.  In addition, various pipelines and water storage facilities, intended originally for irrigation and drinking water, have enabled water from springs above the study area to be delivered and distributed through Lamborn and Stewart Mesas.  These "cross diversions" will affect the local groundwater systems of Lamborn and Stewart Mesas.

## 2.4 Hydrogeologic Framework

Bedrock and unconsolidated materials have traditionally been classified as either aquifers or aquitards based upon being able to provide sufficient water for irrigation and industrial and municipal consumption, In this context, an *aquifer* is a permeable body of rock that is saturated with water and is capable of yielding economically significant quantities of water to wells (human and agricultural use) and springs (human and ecological use).  A low-permeability formation overlying an aquifer is often called an *aquitard* or *confining unit*.  As the terms "aquifer" and "aquitard" are rather ambiguous (*e.g.*, *what are economically significant quantities?* or *how confining is a low-permeability unit with respect to the transport of contaminants?*), the use of these terms is replaced by that of the term *hydrostratigraphic unit* or *hydrogeologic unit*, in combination with terms qualifying the permeability and/or saturation of the unit (*e.g.*, saturated, high-permeable hydrogeologic unit).  A *hydrogeologic unit* is a geologic formation, part of a formation, or a group of formations with similar hydrologic characteristics (*e.g.*, similar permeability characteristics and storage capacity).  It should be noted that hydrogeologic units may not equate to geological units such as *formations, formation members*, and *formation groups* due to the frequently encountered variability of the flow characteristics of such geologic units. The term *aquifer* in this report is used to indicate a significant source of

BLM_0056197

water supply from hydrogeologic units, and may include the qualifier *potential* (*i.e.*, potential aquifer) when parameter uncertainty exists, especially with respect to average saturated thickness and water table fluctuations.

From a groundwater flow and water supply perspective, the most important property of rocks is the incorporated pore space and related permeability. The pore space, which defines the amount of water storage within a hydrogeologic unit, may be contemporaneous with the rock formation (primary or matrix porosity), or due to secondary geological processes, such as fracturing, faulting, chemical solution, and weathering (secondary porosity, fracture/karst porosity). The degree of connectivity and the size of the pore openings define the permeability of the rock, that is, the ease with which fluid can move through the rock. As with porosity, permeability may be primarily matrix based (matrix permeability), fracture and/or karst based (fracture/karst permeability), or may be a combination of both (*Davis and DeWiest, 1966*).

Unconsolidated sediments and clastic materials, as found in the North Fork Valley, and observed draping down the west and southwest sides of Mt. Lamborn and Landsend Pk., are geologically very young and consist primarily of silts, sands, and gravels. They are generally very porous and permeable, but can be quite variable in their thickness, continuity, and hydraulic properties. For example, field observations revealed that the thickness of the unconsolidated sediments in the NFVT study area ranges from less than 1 ft to greater than 100 ft. Estimates of hydraulic conductivity (K) range from 0.1 to 500 ft per day (*Watts, 2008*). These hydrogeologic units most likely contain the greatest amount of groundwater.

Consolidated sedimentary rock and intrusive volcanic rock, by comparison, are often quite porous, but variable in permeability. Most fine-grained detrital rocks like shale, claystone, and siltstone may have relatively high matrix porosities, but very low permeabilities (*Davis and DeWiest, 1966*). These fine-grained bedrock hydrogeologic units are the dominant confining layers of sedimentary groundwater systems, with small hydraulic conductivity values typically less than 0.01 ft per day. Coarser-grained sedimentary rock, such as sandstone, can pair relatively high matrix porosity with significant permeability, and may contain significant amounts of groundwater.

The hydraulic properties of sedimentary and crystalline intrusive igneous rock may be largely enhanced when fractures and faults are present (*Davis and DeWiest, 1966*). As a case in point, most of the sandstones and crystalline intrusive rocks in and near the NFVT study area have enhanced permeability due to fracture and fault density and connectivity. Significant secondary porosity and permeability are developed through faulting, fracturing, and weathering of the sedimentary and intrusive igneous rock, especially in association with active faults, fracture zones, and near-surface stress-release.

## 2.4.1 Regional Hydrogeologic Units

From a regional perspective, the county-wide geology is part of the southern edge of the Piceance Basin (Figure 12), the northern edge of the Black Canyon of the Gunnison uplift, and the western edge of the Uncompahgre uplift. As a result, the sedimentary bedrock stratum

BLM_0056198

ranges from younger rock to the north and east, to older rock in the south and west, and the stratum shows a regional dipping trend to the north and east (see Figures 13 and 14). The youngest bedrock units in the county are the Tertiary intrusive (quartz monzonite) and extrusive (basalt) units of the West Elk Mountains and Grand Mesa volcanic field. These units form mountains and high plateaus in the northern and eastern part of the county. It is in these sedimentary and volcanic units that regional groundwater flow systems are known to occur (*Freethey and Cordy, 1991; Geldon, 2003*).



**Figure 12. Generalized Map Showing Regional Geographic and Geological Features**
(*After Topper and others, 2003; Tweto and others, 1978*).

Given the regional geology of the NFVT area, the hydrogeologic framework present in the North Fork watershed is not as complex as the Oak Mesa region studied previously (Kolm and van der Heijde, 2012). Upon reviewing various groundwater reports (*Ackerman and Brooks, 1986; Brooks, 1983; Brooks and Ackerman, 1985;* and *Cordilleran Compliance Services, Inc., 2002,* among others) and (hydro-)geologic maps (*Ellis and others, 1987; Hail, 1972a, 1972b;*

BLM_0056199

*Tweto and others, 1978*), it appears that the NFVT study area hydrological systems consist of multiple distinct hydrogeologic and hydrostructural units, including unconsolidated units consisting of various Quaternary-aged, highly permeable deposits, multiple water-bearing and confining bedrock units, and highly transmissive fault and fracture zones. The major hydrogeologic unconsolidated and bedrock units are presented in Figures 15 and 16 and described in Tables 2a and 2b; the major hydrostructural units are presented in Figure 17.



**Figure 13. Composite Large Scale Map of the Geology of Delta County**
*(Based on Tweto and others, 1976; Tweto and others, 1978; Whitney, 1981; Williams, 1964).*

### 2.4.2 Hydrogeologic Units of the NFVT Area

There are two significant groups of hydrogeologic units in the NFVT study area:
1) Quaternary unconsolidated clastic materials (Figure 11; Table 1a), which are predominantly glacial-fluvial outwash plains and terrace gravels (older mesa top gravels and glacial drift), hillside (slope) deposits, alluvial fans and bajadas (coalescing fans) and lower mesa gravels, younger valley gravels and river terraces, and alluvial valley bottom deposits; overlying 2) Cretaceous bedrock units (Figure 12; Table 1b), including the following potentially water-bearing unit: Cretaceous Dakota Sandstone and Burro Canyon Formation (Kdb). The

BLM_0056200

Dakota/Burro Canyon hydrogeologic units have porosity values ranging from 0.7 – 12% (*Robson and Banta, 1995*). The Mancos Shale unit (Km) may act as a thick, poorly transmissive confining layer *(Robson and Banta, 1995)*. Other units that are mapped in the NFVT area that may influence the hydrologic systems include the Tertiary Intrusive fractured crystalline aquifer near Crawford, CO (Tmi). These Tmi hydrogeologic units are responsible for the very important groundwater systems around Mt. Lamborn and Landsend Pk. that provides spring water as drinking water and irrigation water to the citizens of the NFVT study area.



**Figure 14. Generalized Northeast-Southwest Geological Cross Section Representative for Delta County.**
**(*From Brooks and Ackerman, 1985*).**

From a water supply perspective, the unconsolidated clastic sediments, specifically when composed of larger size particles (>2.5 mm or 0.1 in) and observed to have sufficient saturated thickness and horizontal continuity, may provide a significant and accessible water supply. The water supply function of bedrock units, with the exception of the Tmi units located mostly near Crawford and to the east of the study area, is largely dependent on rock type, large-scale structure and degree of fracturing, layer geometry and orientation, and the spatially variable hydrologic inputs and outputs, and may vary significantly dependent on location. The focus of this project was on both the shallow groundwater flow systems in the Quaternary unconsolidated clastic materials, which is a source of drinking and irrigation water for several municipalities and

BLM_0056201

households, and the Cretaceous Mancos Shale bedrock confining unit that may protect the integrity and water quality of the shallow drinking water systems, particularly from nearby energy development activities.  In addition, the Cretaceous Dakota-Burro Canyon and Tertiary intrusive hydrogeologic units are considered as a source for water supply.



**Figure 15. Map Showing the Shallow Unconsolidated Hydrogeologic Units in the NFVT Area.**

     The Quaternary unconsolidated clastic units (Qal, Qgy, Qat, Qs, Qgf, and Qgo in Table 2a and Figure 15) are locally heterogeneous, with predominantly a mix of coarser and finer materials in the older alluvial deposits, and finer materials in the younger deposits. These deposits, which are moderately to highly permeable, are recharged by infiltration from precipitation that is non-uniformly distributed due to the slope steepness, slope aspect, and to position in the landscape, and by the incidental leaky irrigation ditch and irrigation return flow. The unconsolidated units are variably to fully saturated based on spatial location and seasonal precipitation events. There may be lateral and vertical groundwater flow connection between the unconsolidated materials and the Tertiary and Cretaceous sedimentary units in the underlying bedrock formations.

BLM_0056202



**Figure 16. Map Showing Top of Bedrock Hydrogeologic Units in NFVT Area.**

*2.4.3 Hydrostructural Units of the NFVT Area*

Hydrostructures most likely exist subregionally and locally (Figures 12 and 17), and may be responsible for various springs and groundwater discharge and recharge areas observed in lower Terror, lower Roatcap, lower Jay, and lower Leroux Creeks, as well as several unnamed drainages on the north side of the North Fork Valley.  In addition, hydrostructures may influence the hydrogeology and hydrologic systems of Cottonwood, McDonald, Bell, German, and Minnesota Creeks, and the main North Fork Valley. Hydrostructures in this study area are associated with preferential groundwater flow along fault and fracture zones that are observed or hypothesized to transmit groundwater either vertically or laterally along the fault or fracture planes or zones.  These structures may serve as distinct hydrogeologic units, may enhance the permeability of sections of hydrogeologic units, may connect multiple hydrogeologic units together, or may restrict the thickness and flow of overlying unconsolidated deposits resulting in springs and groundwater discharge areas.

BLM_0056203



**Figure 17. Map Showing Major Hydrostructures (Faults and Fracture Zones) in the NFVT Area.**

Each fault and fracture zone should be evaluated for the following characteristics: 1) fault and fracture plane geometry, including the vertical or horizontal nature of the fault/fracture plane and the relations of rock types and geometry on both sides of the structure; and 2) the transmissive nature of the fault/fracture plane or fault/fracture zone, including the nature of fault gouge, if any (clay, gravel) and tectonic setting of fault/fracture plane or zone (extension or compression). The fault/fracture plane geometry is important to evaluate if groundwater can move horizontally across the zone from one transmissive unit to another, or whether the groundwater is forced to move vertically upward to the surface, in many cases, or downward into a different hydrogeologic unit, or laterally parallel to the fault and fracture zone like a geotechnical French drain. The tectonic setting helps determine whether the fault/fracture plane is "open"—able to easily move water (extension), or "closed"—not able to easily move water (compression).

BLM_0056204

| Geological Unit | Geological Subunit | Hydrogeological Unit | Hydro-geological Unit Symbol | Composition | Hydrogeological Characteristics | Permeability/Storativity | Depth to Water (small/ moderate/ large/ highly fluctuating) | Extent (local/ sub-regional/ regional) | Recharge Type (natural/ anthropogenic) |
|---|---|---|---|---|---|---|---|---|---|
| Alluvium (Qa); alluvium and eolian deposits (Qae) | | Alluvium | Qal | Poorly sorted riverine gravel, sand and silt deposited mainly in stream channels and floodplains in major stream valley bottoms; moderately to well bedded deposits | Generally good local phreatic aquifer with matrix based permeability; limited variations in groundwater levels; often sustained by local and sub-regional discharge to adjacent stream or directly by stream. | high matrix-permeability; high storativity | small | local | natural |
| Younger gravel (Qg, Qgy) | | Younger valley gravels | Qgy | Poorly sorted sands and gravels; pebbles and cobbles in sand to silt matrix | Potentially good, spatially continuous phreatic aquifer with high matrix based permeability; may be supported by underlying bedrock. | high matrix-permeability; high storativity | highly fluctuating | local | natural and anthropogenic |
| Glacial drift, till, moraine (Qd, Qm, Qpt) | | Quaternary glacial deposits | Qd | Heterogeneous, poorly sorted deposits of boulders, gravel, sand, silt and clay | Potentially good local phreatic aquifer with variable matrix based permeability and high water table gradients. | high matrix-permeability; high storativity | highly fluctuating | local | natural and anthropogenic |
| Landslide deposits, colluvium, mudflow deposits, talus (Ql, Qcl, Qs, Qls, Qta); unconsolidated deposits derived from the Wasatch Formation and Basalt cap on Grand Mesa (Quw) | | Hillside (slope) deposits | Qs | Loose gravels and rock debris with mixed matrix composition (sand-clay) on valley sides, valley floors and hillslopes; deposited by gravitational processes | Potentially good, highly localized phreatic aquifer with high matrix based permeability and high water table gradients. | high matrix-permeability; high storativity | highly fluctuating | local | natural and anthropogenic |
| Old/older gravels (Qgo, Qgd) | | Older mesa top gravels | Qgo | Poorly sorted sands and gravels; pebbles and cobbles in sand to silt matrix | Potentially good, spatially continuous phreatic aquifer with high matrix based permeability; may be prone to significant (seasonal) water table fluctuations; tends to recharge bedrock systems | high matrix-permeability; high storativity | moderate | local | natural and anthropogenic |
| Middle gravel (Qgm) and fans (Qf) | | Fans and lower mesa gravels | Qgf | Poorly sorted sands and gravels; pebbles and cobbles in sand to silt matrix | Although having high matrix based permeability, location in topography precludes any significant groundwater presence. | high matrix-permeability; high storativity | highly fluctuating | local | natural and anthropogenic |
| High level alluvium (Qat); younger terraces (Qad); alluvial gravels (Qga) | | Younger river terraces | Qat | Poorly sorted sands and gravels; pebbles and cobbles in sand to silt matrix; forms terraces above current North Fork level | Potentially good, spatially continuous phreatic aquifer with high matrix based permeability. | high matrix-permeability; high storativity | highly fluctuating | local | natural and anthropogenic |

**Table 2a. Correlation of Geological and Hydrogeologic Units in the NFVT Study Area: Unconsolidated Sediments.**

BLM_0056205

| Geological Unit | Geological Subunit | Hydrogeo-logical Unit | Hydro-Unit Symbol | Composition | Hydrogeological Characteristics | Permeability/Storativity | Depth to Water (small/ moderate/ large/ highly fluctuating) | Extent (local/ sub-regional/ regional) | Recharge Type (natural/ anthropogenic) |
|---|---|---|---|---|---|---|---|---|---|
| Tertiary Intrusive Rocks | | Tertiary Intrusive Rocks | Tmi | Granodiorite and quartz monzonite; may occur as dikes and sills | Fractured crystalline system with very low matrix permeability; not a (sub-)regional aquifer; may produce locally water in fracture zones and support adjacent unconsolidated aquifers. These characteristics may extend into adjacent rocks,methharmorphosed during the Tertiary intrusion. | mostly low permeability, localized zones with moderate fracture permeability; low storativity | large | local | natural |
| Wasatch Formation (Tw) - including Ohio Creek Member | | Wasatch Formation | Two | Channel sandstones and overbank siltstones and shales; conglomerate; carbonaceous shales and lignite near base | Overbank sandstones form a good aquifer system with moderate to good matrix and fracture based permeability; may be a locally good water producer; siltstones and shales are confining layers; outcrops are recharge areas for a regional flow. | layers with very low permeability and layers with moderate matrix and fracture permeability; low to moderate storativity | large | regional | natural |
| Mesa Verde Group (Kmv) | Undivided | Mesa Verde Group (undivided) | Kmv | Interbedded sandstones and siltstones, shales and carbonaceous shales and coals. | Good regional bedrock aquifer system; sandstones and coals have both moderate matrix and fracture based permeability; may locally be a good water producer; shales are confining layers; outcrops are recharge areas for regional flow. | layers with very low permeability and layers with moderate matrix and fracture permeability; low to moderate storativity | large | regional | natural |
| | Barren Member | | | | | | | | |
| | Upper Coal-bearing Layer | | | | | | | | |
| | Lower Coal-bearing Layer | | | | | | | | |
| | Rollins Sandstone Member | | | | | | | | |
| Mancos Shale (Km) | Undivided | Mancos Shale (undivided) | Km | Silty to sandy shale with bentonites with minor limestone- and sandstone beds; when undivided, lower section includes Ft Hays limestone | Mostly aquitard with very low permeability serving as a confining layer for underlying or embedded aquifers; however, locally moderate aquifer conditions when highly fractured or in areas with sand lenses and sandy beds. | very low permeability rock with some moderately permeable beds;  low storativity | highly fluctuating | n.a. | natural |
| | Upper and Lower Sandstone Members of Mancos Shale (Kms, Kmsl) | | | | | | | | |
| | Fort Hays Limestone Member of Mancos Shale (Kmf) | | | | | | | | |
| | Lower Mancos Shale, including Frontier Sandstone and Mowry Shale members (Kml) | | | | | | | | |
| Dakota Sandstone and Burro Canyon Formation (Kdb) | | Dakota Sandstone and Burro Canyon Formation | Kdb | Well indurated, medium to coarse grained quartzose sandstones in well cemented thick beds and conglomerate with occasional siltstones and carbonaceous shale | Good regional bedrock aquifer system; sandstones have both moderate matrix and fracture based permeability; sub-regionally aquifer with recharge in outcrop areas. | moderate matrix and fracture permeability; moderate storativity | large | regional | natural |
| Morrison Formation (Jm, Jmb, Jms); Morrison, Wanakah and Entrada Formations undivided (Jmwe) | | Morrison and Entrada Formations | Jmwe | Morrison Form. (Jm): Siltstones and claystones throughout with sandstones becoming more common in lower sections, and limestone near base; Entrada Form. (Je): fine-grained, well-sorted sandstones; Je is overlain by Jm | Entrada is a very good, regionally sustainable aquifer with moderate to good matrix and fracture based permeability. Morrison shales are confining layers while the lower Morrison sandstones and limestone may serve as local to sub-regional aquifers. | layers with very low permeability and layers with moderate matrix and fracture permeability; low to moderate storativity | large | regional | natural |

**Table 2b. Correlation of Geological and Hydrogeologic Units in the NFVT Study Area: Bedrock Units.**

BLM_0056206

Three broad hydrostructure sets occur in the NFVT area: 1) the northwest-trending fractures that parallel or connect with the Roatcap Creek fault zone and associated en-echelon faults to the east; 2) the northeast-trending North Fork Valley lineament, which parallels the Upper Leroux Creek fault zone; and 3) the radial fracture zone/lineaments that emanate from the West Elk Intrusions of Mt. Lamborn and Landsend Pk., which include the major lineaments of Cottonwood, Bell, and Germen Creeks (Figure 17).

The northwest-trending fractures are relatively young, as the geomorphic systems of lower Roatcap Creek, lower Cottonwood Creek, lower Bell Creek, and lower German Creek are responding with considerable downcutting, allowing for partial to full penetration of the unconsolidated hydrogeologic unit aquifers. It is hypothesized that the northwest fracture zones are "open" and function like French drains. Groundwater moves horizontally and vertically upward along the northwest-trending fracture zone planes, and vertically up along the plane near the lower reaches of the various drainages (evidenced by gaining reaches in streams or increase groundwater head with depth in local wells).

The northeast-trending North Fork Valley lineament and associated en-echelon lineaments and fracture zones, are also "open." For example, along the North Fork Valley, groundwater in bedrock systems moves horizontally along the fault plane, and vertically downward from unconsolidated materials in the upper reaches above Paonia, where it recharges the regional bedrock systems. Groundwater moves vertically upward from bedrock systems into unconsolidated materials in the lower reaches below Hotchkiss, where it discharges into the North Fork River. Therefore, the effects of anthropogenic activities, such as irrigation or oil and gas activity, may propagate to the land surface along the North Fork Valley (Figure 17).

The radial fracture zone/lineaments that emanate from the West Elk Intrusions of Mt. Lamborn and Landsend Pk., which include the major lineaments of Cottonwood, Bell, and Germen Creeks (Figure 17), are relatively young, as evidenced by the geomorphic system where considerable downcutting has occurred allowing for full penetration of the unconsolidated aquifers. These fracture zones are in extension or "open" due to the radial and tangential nature of fracture patterns around intrusive bodies. Groundwater within these fracture zone moves horizontally along the fracture zone plane parallel to the stream, and vertically up along the fracture zone plane near the headwaters (evidenced by springs and gaining streams). Because of orientation and "openness" of the fracture zones, the effects of anthropogenic activities, such as oil and gas development in the uplands to the west of Mt. Lamborn and Landsend Pk., may affect the unconsolidated hydrogeologic units groundwater system to the south of this North Fork Valley (Lamborn and Stewart Mesa areas, for example).

2.5 Groundwater Flow Systems

Groundwater flow is the movement of water from the earth's surface into the subsurface (groundwater infiltration and recharge), through the subsurface materials (groundwater flow and storage), and from the subsurface back to the Earth's surface (groundwater discharge), expressed in terms of flow directions, patterns and velocities. The driving force for groundwater flow is a difference in (piezometric) "head" or groundwater levels, as expressed, for example, by the water table. The general CSM of the groundwater flow system consists of 1) water inputs (recharge); 2) storage in and movement through subsurface hydrogeologic units (groundwater flow); and

BLM_0056207

3) outputs (discharge) based on climate (infiltration of precipitation and snowmelt). Groundwater interaction with streams, vegetation (evapotranspiration), and human activity (irrigation, urbanization, wells and individual sewage disposal systems [ISDS], reservoirs and ponds, oil and gas activity) will affect groundwater movement to varying degrees. The CSM also incorporates topography (steepness, slope aspect, degree of landscape dissection), geomorphology, and soil and rock properties. Because of the time-space variance of these inputs and outputs, a groundwater system often shows significant variations in water levels, water storage, flow velocities, and flow patterns.  Some of the variations are seasonal; others may be related to multi-year periods of above-average or below-average precipitation. This results in variations in the availability of water from these hydrogeologic units.

Based on the HESA approach (*Kolm and others, 1996*), and previously collected supporting data, the subregional and local scale (typically less than 100 square miles) shallow groundwater flow systems are delineated.  The broad hydrologic system inputs include infiltration of precipitation as rain and snowmelt, areas of losing streams and rivers (upper North Fork River above Paonia, CO., upper Minnesota and upper Cottonwood creeks) in some locations, infiltration and runoff from water bodies (cattle and house ponds), upland irrigation areas (leaking ditches, irrigation return flow), and inter-aquifer transfer of groundwater between unconsolidated materials and bedrock systems.  Mesa Top and Hillslope subsystems consist of the hydrologic processes of surface runoff (overland flow) and rapid near-surface runoff (interflow or shallow through-flow); saturated groundwater flow in parts of the bedrock units, landslides, terraces, and valley bottoms; and discharge to springs and seeps, graining streams, by plants as evapotranspiration, and by pumping wells.  In general, shallow groundwater flow in these systems is towards the valley bottoms, perpendicular to the major streams.  Where permeable bedrock units intersect mesa tops, hillslopes, and valley bottoms, local recharge may force the groundwater into a more regional pattern determined by geological structure, independent from local topography and hydrography, as is observed in the southwest part of the study area near the Black Canyon of the Gunnison uplift.  The NFVT groundwater systems are a complex mix of predominantly the shallow aquifer systems underlain by a more confining hydrogeologic unit:  the Cretaceous Mancos shale.  Locally and subregionally, various hydrostructures influence interconnectivities of the shallow units with deeper bedrock systems.

The Mesa Top (terrace, fan, and bajada) subsystems, located in close proximity to the Valley Bottom subsystems, have a unique, sometimes complex groundwater story, often resulting from human interference. Under natural conditions, these subsystems have hydrologic system inputs and outputs, similar to Hillslope subsystems.  However, natural and anthropogenic influences have frequently attached these subsystems hydrologically to adjacent Valley Bottom subsystems.

The Valley Bottom subsystems, where stream-aquifer-wetland interactions occur, are areas of both groundwater recharge and discharge, and groundwater flow can have a rather diffuse character and often flows towards or aligns more or less with the streams and rivers. These subsystems depend primarily on interactions with the North Fork River, and Minnesota and Cottonwood creeks; and the management of subregional ditches and corresponding spring storage.

The wetlands associated with the local hydrogeologic subsystems in the North Fork River, and in Minnesota and Cottonwood Creeks are a mix of slope-type and riverine-type

BLM_0056208

classifications given the groundwater support of various ditches and irrigation schemes, unconsolidated hydrogeologic unit groundwater systems, and hydrostructures.

## 2.6 Groundwater System Conceptual Site Models by Subsystem

Based on the presence and orientation of various hydrogeologic and hydrostructural units, hydrography and topography, three CSMs will be discussed in the NFVT study area:
1. Mesa Top and Hillslope Shallow Aquifer Subsystems;
2. Valley Bottom Shallow Aquifer Subsystems; and
3. Regional Bedrock Aquifer Subsystems.

The conceptual models are discussed in forthcoming sections and illustrated by cross-sectional and plan view figures. The locations of representative cross-sections are shown in Figure 18.



**Figure 18. Map Showing the Locations of the Cross-sections Representative for the Conceptual Site Models in the NFVT Area on Top of the Hydrogeologic Units.**

BLM_0056209

*2.6.1 Mesa Top and Hillslope Shallow Aquifer Subsystems*

As stated in Section 2.4.2, there are two significant hydrogeologic groups in the Mesa Top and Hillslope Shallow Aquifer Subsystems:

1. Quaternary unconsolidated clastic units (Qgy, Qat, Qs, Qgf, and Qgo in Table 2a and Figure 15), which are predominantly terrace gravels, and alluvial fans and bajadas; and
2. Cretaceous bedrock unit of the Mancos Shale (Km) (Table 2b and Figure 16).

The shallow Quaternary unconsolidated materials in these subsystems are ubiquitous, and include glacial-alluvial, mass wasting, and paleo-alluvial (terrace) deposits (Figure 15 and Table 2a). These highly-permeable deposits are locally heterogeneous, with a mix of coarser and finer materials in all of the deposits. These deposits are underlain by a paleotopographic surface carved out by paleofluvial systems that eventually deposited the Quaternary unconsolidated materials that are the aquifers being evaluated.

The general aspects of groundwater flow in the Quaternary unconsolidated materials have been discussed in Section 2.5. Specifically, the shallow groundwater on the north side of the North Fork Valley is dominated by the Quaternary unconsolidated materials, which receive natural recharge by infiltration of precipitation (snow and rain), and major recharge from the Fire Mountain Canal, leaky irrigation ditches and reservoirs locally, and return flow from flood irrigation locally (Figures 19 and 20). The unlined Fire Mountain Canal is a "line" groundwater recharge source at the top of the irrigated field areas, and water leaks from the canal into all of the connected gravels underneath and downgradient. In addition, water leaks from the Fire Mountain Canal into the valley bottom alluvium of the cross-drainages, such as Leroux, Jay, and Roatcap Creeks due to the fracture zones that underlie the creeks (Figures 19 and 20) sometimes creating "springs".

Groundwater flow on top of these local gravel-capped mesas then moves with topography or subsurface paleo-topography to discharge into the incised drainages that bound the mesas, or discharge directly out the front of the mesa (at the gravel/Mancos Shale interface). In both cases, springs may develop and are claimed as being new springs. The shallow groundwater subsystems in this Mesa Top and Hillslope area have little connection to the local bedrock or the regional groundwater systems, or to the alluvial system. Google Earth can be used to visualize these relationships (for example, Figure 21).

Similar systems exist on the south side of the North Fork Valley in the areas designated Lamborn and Stewart Mesa, for example, This region is dominated by the Quaternary unconsolidated materials, which receive natural recharge by infiltration of precipitation (snow and rain), and major recharge from the Minnesota ditch and several leaky irrigation ditches and reservoirs locally, and return flow from flood irrigation locally supplied by the large springs on the flanks of Mt. Lamborn and Landsend Pk and distributed by water tower, pipes, and ditches to the various fields (Figures 19 and 20). The unlined Minnesota Ditch is a "line" groundwater recharge source at the top of the surrounding irrigated field areas, and water leaks from the ditch into all of the connected gravels underneath and downgradient (Figure 8).

BLM_0056210



**Figure 19. Cross-sectional View of the Conceptual Site Model of the Mesa Top and Hillslope,
and Valley Bottom Shallow Aquifer Subsystems (A-A' in Figure 18).**

Groundwater flow on top of these local gravel-capped mesas and fans then moves with topography or subsurface paleo-topography to discharge into the incised drainages that bound the mesas, or discharge directly out the front of the mesas (at the gravel/Mancos Shale interface).  In both cases, springs may develop and are claimed as being new springs for water rights and water use purposes (Figures 19, 20 and 21).  Some springs on the south side of the area discharge directly into the Valley Bottom Subsystems of Minnesota, Bell, German, Reynolds, McDonald, and Cottonwood Creeks (Figures 19, 20 and 22).  The shallow groundwater subsystems in this Mesa Top and Hillslope area on Lamborn and Stewart Mesas usually have a strong connection to the Valley Bottom subsystems, but very little connection to local bedrock or the regional groundwater systems due to the underlying Mancos Shale (for visualization, see Figure 22).

*2.6.2 Valley Bottom Shallow Aquifer Subsystems*

As stated in Section 2.4.2, there are three significant hydrogeologic groups in the Valley Bottom Shallow Aquifer Subsystems:

1.  Quaternary unconsolidated clastic materials (Qal and Qat in Table 2a and Figure 15), which are predominantly alluvial valley bottom and terrace deposits;

North Fork Valley and Terrace Study Area, Delta County, Colorado          HSA/HHI        page 27

BLM_0056211

2. Cretaceous Mancos Shale bedrock unit (Km in Table 2b and Figure 16); and
3. Northeast-trending North Fork Valley lineament hydrostructure (Figure 17).

The shallow Quaternary unconsolidated materials in this subsystem are ubiquitous, and include modern alluvium and terrace deposits (Figure 15 and Table 2a). These highly-permeable deposits are locally heterogeneous, with a mix of coarser and finer materials in the alluvial deposits (usually coarser sediments on the bottom grading to finer sediments on top). These deposits are underlain by a paleo-topographic surface carved out by paleo-fluvial systems that eventually deposited the Quaternary unconsolidated materials that are the aquifers being evaluated.



**Figure 20. Cross-sectional View of the Conceptual Site Model of the Mesa Top and Hillslope, and Valley Bottom Shallow Aquifer Subsystems (B-B' in Figure 18).**

North Fork Valley and Terrace Study Area, Delta County, Colorado          HSA/HHI          page 28

BLM_0056212



**Figure 21. Google Earth View of the Mesa Top and Hillslope, and Valley Bottom Shallow Aquifer Subsystems.**



**Figure 22. Plan View of the Conceptual Site Model of the Mesa Top and Hillslope, and Valley Bottom Shallow Aquifer Subsystems.**

North Fork Valley and Terrace Study Area, Delta County, Colorado          HSA/HHI          page 29

BLM_0056213

The general aspects of groundwater flow in the Quaternary unconsolidated materials have been discussed in Section 2.5. Specifically, the groundwater in the North Fork Valley Bottom subsystem is dominated by the Quaternary unconsolidated materials, which receive natural recharge by infiltration of precipitation (snow and rain), and major recharge from the Farmers Ditch, leaky irrigation ditches locally, return flow from flood irrigation locally, groundwater discharge from the Mesa Top and Hillslope subsystems (Figures 19, 20, 22, and 23). The unlined Farmers Ditch is a "line" groundwater recharge source at the top of the irrigated bottomland field areas, and water leaks from the canal into all of the connected sands and gravels underneath and downgradient. In addition, water leaks from the Farmers Ditch directly into "springs" (Figure 10).

Groundwater flow in the Valley Bottom subsystem is generally in the same direction as the North Fork River (Figure 23). However, with the Farmers Ditch on the north side of the River, and the Stewart ditch on the south side of the River, groundwater flow is generally from the valley sides towards the River (Figures 19, 20, 22 and 23). The shallow groundwater system is recharged by water from the surface water system between Somerset and Paonia as well, and groundwater discharges back to the North Fork River near Hotchkiss and Lazear (Figures 8, 19, 20, 22 and 23). In addition, the North Fork River northeast-trending hydrostructure underlies the entire valley. If there is connectivity between the deeper aquifers and the Valley Bottom subsystem, it would occur along this lineament probably as an upward gradient between a deeper bedrock system and the Valley Bottom subsystem (Figure 23). Otherwise, the Cretaceous Mancos Shale unit would serve as a confining layer between the bedrock systems and the Valley Bottom subsystem.



**Figure 23. Cross-sectional View of the Conceptual Site Model of the Valley Bottom Shallow Aquifer Subsystems (C-C' in Figure 18).**

BLM_0056214

Similar Valley Bottom subsystems exist on the south side of the North Fork Valley in the Minnesota, Bell, and Cottonwood Creek areas, for example (Figure 19),  These creeks are dominated by the Quaternary alluvium and younger gravels, which receive natural recharge by infiltration of precipitation (snow and rain), and major recharge from the leaky irrigation ditches locally, return flow from flood irrigation locally, and groundwater discharge from the Mesa Top and Hillslope subsystems (Figures 19, 20, 22 and 23).

Groundwater flow in these Valley Bottom subsystems is generally in the same direction as the corresponding stream (Figures 22 and 23) .  However, with the Mesa Top and Hillslope subsystems discharging groundwater towards the Valley Bottom subsystems, groundwater flow is generally from the valley sides towards the corresponding streams.  The shallow groundwater systems are also recharged by water from the surface water systems upstream from the study area (losing stream reaches), and groundwater discharges back to the corresponding streams near their confluence with the North Fork River (Figures 19 and 22). In addition, two sets of hydrostructures:  the northwest- trending lineaments and fracture zones, and the radial lineaments/fracture zones may underlies most of the major drainages in the Valley Bottom subsystems.  If there is connectivity between the deeper aquifers and the Valley Bottom subsystems, it would occur along these lineaments including Cottonwood, Bell, German, and Minnesota Creeks probably as an upward gradient between a deeper bedrock system and the Valley Bottom subsystem.  Otherwise, the Cretaceous Mancos Shale unit would serve as a confining layer between the bedrock systems and the Valley Bottom subsystems (Figures 19 and 22).

## 2.6.3 Regional Bedrock Aquifer Subsystems

The regional hydrogeologic units in the NFVT study area, discussed in Section 2.4, are the Tertiary and Cretaceous bedrock units (Figure 16 and Table 2b), including the following potentially water-bearing units: Cretaceous Dakota Sandstone and Burro Canyon Formation (Kdb); and the Tertiary intrusive rocks (Tmi).  The Mancos Shale unit (Km) may act as a thick, poorly transmissive confining layer *(Robson and Banta, 1995)* (Table 2b).  The shallow Quaternary unconsolidated materials in this subsystem are not ubiquitous as in other areas of the County, and the overlying materials are primarily soils and eolian materials that provide reasonable conditions that allow recharge to the regional bedrock system mostly in upland areas (Figures 16).

The general aspects of the bedrock hydrogeology and hydrostructures are discussed in Section 2.5.  The bedrock units are variably to fully saturated based on location and proximity to recharge area.  The Dakota Burro Canyon aquifer is saturated to the north of the outcrop (recharge) area as evidenced by the spring line observed in Alum Gulch parallel to the Smith Fork lineament/fracture zone (see Figures 24 and 26).  Groundwater recharge by precipitation (snow and rain) occurs in the outcrop area, and groundwater flows laterally to the north along the dip of the bedrock, where it becomes incorporated into the regional groundwater flow system. The groundwater flow direction in the regional bedrock systems is from south to north beneath the North Fork Valley and Grand Mesa (Figures 14, 24 and 26).  This flow direction is toward the oil and gas activities, drinking water supplies, and Delta County in general (for visualization, see Figure 25).

BLM_0056215



**Figure 24. Cross-sectional View of the Conceptual Site Model of the Regional Bedrock Subsystems (D-D' in Figure 18).**



**Figure 25.  Google Earth View of the Regional Bedrock Aquifer Subsystems.**

BLM_0056216



**Figure 26. Plan View of the Conceptual Site Model of the Regional Bedrock Subsystems.**

## 2.7 Anthropogenic Influences

Human activity in the NFVT study area has affected both the surface and subsurface parts of the hydrologic systems. Past land use and human activity was mostly associated with agricultural production and reservoir construction and operation, and has resulted in removal of native vegetation, introduction of irrigation and high-ET (evapotranspiration) crops, construction of (often leaking) irrigation ditches, and the drilling of primarily domestic wells. This activity has resulted in long-term increase of water levels in local, shallow aquifers of the Quaternary materials both on top of the Mesa Top and Hillslope subsystems, such as Lamborn and Stewart Mesas, near the major irrigation transport corridors, such as the Fire Mountain Canal and Farmers Ditch, and in the high valleys of Minnesota and Cottonwood Creeks.

### 2.7.1 Effects of Land Use Changes on Groundwater Systems

Traditionally, agricultural activities take place on the bottomlands and terraces of the valleys, while most grazing activities focus in a relative small area on the uplands. Agricultural production is supported by surface water irrigation, often delivered through an extensive conveyance system. The main irrigation method in use is flood irrigation, which tends to provide

BLM_0056217

more water to the fields than can be consumed by vegetation. Excess water from irrigation results in infiltration to the water table and recharge of the groundwater system (*i.e.*, irrigation return flow). At this time, this part of Delta County is not experiencing a shift from agricultural to nonagricultural land use at the same rate as many other areas of the western United States.

The NFVT study area consists primarily of mesa top, hillslope, bottomland and terraces, limiting the irrigated areas to the top and lower portions of the subsystems (Figures 22 and 25). Here, there are a number of mostly unlined irrigation ditches that are excavated primarily in unconsolidated Quaternary deposits (Figure 27). When carrying water, the ditches may leak, as evidenced by the phreatophytes often found alongside. The ditch system in the study area contains two types of ditches: 1) primary ditches, which carry water during most of the growing season; and 2) secondary ditches, which carry water only during an actual irrigation cycle. The water leaking from the ditches may be used by vegetation and discharged as evapotranspiration, or may recharge the underlying groundwater system, forming a local groundwater mound or divide. As most of the groundwater systems in the study area are local in nature, ditch leakage may contribute significantly to the local water balance, increase the water table elevation, and alter groundwater flow patterns.



**Figure 27. Anthropogenic Influences: Irrigated Areas and Irrigation Ditches in the NFVT Area (Source: Delta County GIS, 2010; CDWR GIS, 2011).**

BLM_0056218

As discussed previously, irrigation return flow and leaky irrigation ditches can be a significant recharge element in the local and regional groundwater balance. Taking irrigated fields out of production and re-allocating ditch-conveyed water reduces recharge of groundwater resulting in lowered water tables, reduced groundwater discharges to wetlands and streams, and decreased water supplies. Note that the change in irrigation acreage between 1993 and 2005 has been minimal (Figure 27).

The water wells in the NFVT study area are clustered mostly along the North Fork River, and throughout the unconsolidated Quaternary deposits of the Mesa Top, Hillslope, and Valley Bottom subsystems (Figure 28). Most of these wells serve domestic water supply needs, or the needs of municipalities located along the North Fork of the Gunnison River (Hotchkiss, for example), and the effect on the groundwater system locally may be significant. However, if additional water is needed by urban or agricultural development, or water is displaced by oil and gas activities, for example, the compound effect on the groundwater system could be more significant in the future, resulting in a possible lowering of the water table, changes in flow direction, decreasing discharge to streams or increasing stream loss to groundwater, draining of wetlands, or even depletion of local aquifers.



**Figure 28. Anthropogenic Influences: Wells in the NFVT Area**
**(Source: CDWR GIS, 2011).**

BLM_0056219

### 2.7.2 Potential Effects of Oil and Gas on Hydrology

The hydrology of a natural groundwater hydrologic system may be altered by the construction and operation of proposed oil and gas wells. During drilling and fracking, the oil and gas operations may behave like a connection mechanism between the deep and shallow aquifers, mixing water of various chemistries from various bedrock and shallow aquifers. Depending on management strategies for produced water disposal and use, groundwater levels in the shallow unconsolidated systems may be altered with respect to the amount, velocity, storage, and direction of the local groundwater system and related regional groundwater levels and discharges. Changes to the natural groundwater system will likely have ecological, geo-hydrological, and, potentially, legal consequences. The effects of water disposal after fracking and oil and gas well development are not discussed in this report as relevant information on the planned oil and gas development and operations is not available at this time. These management strategies and their effects on the shallow and bedrock aquifer subsystems should be evaluated in more detail. The locations of the oil/gas lease parcels in the NFVT area are shown in Figure 29.



**Figure 29. Anthropogenic Influences: Oil/Gas Lease Parcels in Relationship to Hydrogeology in the NFVT Area  (Source: Delta County GIS, 2013).**

North Fork Valley and Terrace Study Area, Delta County, Colorado                HSA/HHI          page 36

The mesa top and upper hillslope parts of the Mesa Top and Hillslope, and Valley Bottom Shallow Aquifer Subsystem are least likely to be affected by oil and gas operations because they are located in the recharge area and have a shallow groundwater flow system above the bedrock dewatering zone (Figures 19, 20, 22, 23 and 29). However, the potential for groundwater discharge from the deeper bedrock to the shallow aquifers in the Valley Bottom subsystems in the North Fork River Valley, and in the Minnesota, German, Bell, McDonald, and Cottonwood Creek drainages, due to hydrostructures, may be affected by fracking or other oil and gas drilling activities (Figures 19, 20, 22, 23 and 29), which could affect the water supply and water quality. In addition, significant amounts of shallow aquifer water quality may be affected by the surface water runoff and groundwater recharge affected by drill site activities and water disposal (Figures 19, 20, 22, 23 and 29).

The regional groundwater subsystem may be affected by the oil and gas operations, but these systems are not currently being explored for water supplies. However, the interconnectivity between these deeper systems and the shallow unconsolidated systems is currently undetermined (Figures 19, 20, 22, 23 and 29).

BLM_0056221

# 3      GIS MAPS, LAYERS, DATABASES, AND DATA SOURCES

## 3.1 GIS and GIS Maps

Geographical information system (GIS)-based maps provide a flexible and efficient way to analyze and display spatial information. The strength of a GIS system is that data from various sources can be collected in local or remotely accessed databases, which can be easily maintained and updated. GIS maps support optimal analysis, specifically in hydrogeologic evaluations at different scales, geographic distribution densities, and different levels of accuracy and information value.

A GIS map consists of a series of layers, each containing a single or multiple topological features. These features can represent a variety of geographic items, such as rivers and lakes, roads, towns and cities, land use, land ownership, wells, etc. Selected features can be further described with associated attribute tables and linked to other types of information by their attribute tables or via their spatial location. At each step of a geographic analysis, individual features can be displayed, analyzed, and combined with other features via layers, and individual features interrogated with respect to their attributes. Switching scales, like enlarging (zooming in to) a particular detail or regionalizing (zooming out) to encompass a larger set of features can be accomplished at any time; the ability to selectively visualize (switch) layers, perform advanced searches, and use select and overlay capabilities, further enhances the utility of a GIS map.

The GIS maps resulting from this study allow for informed planning and management of groundwater resources in the NFVT area. The database formats that have been used in this study include ESRI shape files, database tables, georeferenced images, and ESRI GRID files (for the digital elevation model [DEM], among others). The GIS map and database for NFVT study were prepared using ArcView™ version 8.3 and evaluated using Arc-Desktop™ version 10.2 (ESRI®, Redlands, California).

## 3.2 Use of GIS in the NFVT Area Study

In this study, GIS has been used in support of the HESA described in Chapter 2 and in the preparation of report figures. In addition, the GIS maps and databases will provide a base for further studies of the hydrology and hydrogeology of NFVT area, as well as other parts of Delta County. Two multi-layer GIS maps have been prepared for this study: 1) a map with hydrologic and hydrogeologic features of Delta County (Figure 30); and 2) a map with hydrologic and hydrogeologic features of the NFVT area (Figure 31). The GIS maps consist of a number of layers representing various data types relevant to the assessment of the groundwater resources at user-specified locations. Below is a detailed description of the layers and the related data sources.

BLM_0056222



**Figure 30. Delta County GIS Map Showing Streams, Ditches and Roads on Top of County-wide Geology.**
(The left display area is the table of contents [TOC] showing all available layers;
the right side of the window is the map display area showing the activated layers.)



**Figure 31. NFVT GIS Map Showing Streams, Ditches and Roads on Top of Hydrogeologic Unconsolidated
and Bedrock Units and Hydrogeologic Structures.**
(The left display area is the TOC showing all available layers;
the right side of the window is the map display area showing the activated layers.)

BLM_0056223

Enabling the *Table of Contents* (TOC; the left side of the display in Figures 29 and 30) in ArcGIS provides information on the layers displayed in the *Map Display* area (the right side of the display in Figures 30 and 31). The GIS layers of the Delta County and NFVT maps contain three types of geographic information: 1) general geographic information (county border, roads, towns, DEM-elevations) used primarily for orientation purposes; 2) hydrologic information (including precipitation, watersheds, streams, lakes/ponds, irrigation ditches, and irrigated areas); and 3) hydrogeologic information (including hydrogeologic units, faults and hydro-structures, springs and wells). Most layers have been georeferenced with respect to State Plane, Colorado Central Zone, NAD83 (units of measure in feet), except for some public data obtained from state and federal sources.

### 3.3 GIS Map, Layers, and File Structure

Each line in the TOC is a GIS layer representing a set of features of the same type, such as streams, parcels, wells, etc. By clicking on a check box in the TOC, elements of the activated layer become visible in the map display area. A layer may consist of point values (*e.g.*, wells), line features (*e.g.*, roads, streams, ditches), and area features (*e.g.*, parcels, lakes, hydrogeologic units). Right-clicking on a layer in the TOC and selecting the *open attribute table* option, provides additional information on the layer, such as the names of particular features (Figure 32). This additional information can be used to label the features in the map display area.



**Figure 32. GIS Map Showing the Attribute Table for the Hydro(logic) Structures Layer in the NFVT Area** *(right side of figure).*

The order of the layers in the GIS maps may be changed, affecting which layer(s) are in the foreground in the map and which layers are in the background. When enabled, a layer is shown on top of the layer listed below it in the TOC. When this layer is opaque, the layer

BLM_0056224

beneath it is not visible. Some layers are (partially) transparent, others are opaque, dependent on the type of information they display and the use in the assessment procedure. Layer transparency/opaqueness can be changed by the user using the layer properties option under the display tab. The order of the layers can be changed by the user by dragging a layer to the desired location in the TOC.

The map is designed to show relevant labels (text) for most of the layers based on the contents of one of the fields in the attribute table, such as stream name, well number, etc. When zooming in on a particular area of the map, additional information of a selected layer can be displayed by activating the *Label* feature. This can be done by right-clicking the layer and selecting *Label Feature*. The label feature can be set by right-clicking the layer, selecting *Properties*, clicking the *Label* tab, and selecting the appropriate field of the database table. Database information regarding a particular feature on the map can also be obtained by using the ⓘ (*Identify*) option from the *Tools* toolbar, clicking on the feature of interest, and selecting the appropriate layer in the popup *Identify Results* window.

3.4 Data Sources

Delta County and NFVT area GIS maps retrieve various files included in six relative-path subdirectories: 1) CDOT; 2) CDSS; 3) Delta_County; 4) HHI; 5) NRCS; and 6) USGS_DEM. The directories reflect the various data sources used for the map. Selection of the relative-path option in the GIS program provides for straightforward portability between computers. Note that layers that refer to a state-wide data set (such as the NRCS precipitation file), or a multi-county data set (such as the CDSS irrigated areas files), have been clipped on the maps to show only the Delta County or NFVT area coverage.

The *CDOT* (Colorado Department of Transportation) subdirectory contains the Colorado county boundaries (*counties* files). In this project this layer is primarily used for general orientation purposes. The CDOT GIS data can be downloaded from: *http://apps.coloradodot.info/dataaccess/*.

The *CDSS* subdirectory contains six sets of GIS files and databases downloaded from the Colorado Decision Support System (CDSS), which is managed by the Colorado Water Conservation Board and the Colorado Division of Water Resources (CDWR). These file sets are 1) irrigated areas in CDWR Division 4 on the Western Slope as of 1993 (*Irrigated_Parcels_1993-new* files); 2) irrigated areas in CDWR Division 4 on the Western Slope as of 2000 (*Irrigated_Parcels_2000-new* files); 3) irrigated areas in CDWR Division 4 on the Western Slope as of 2005 (*Irrigated_Parcels_2005* files); 4) decreed wells included in the CDWR's Hydrobase (*co_wells_decreed-new* files); 5) other wells included in the CDWR's Hydrobase (*co_wells_other-new* files), and 6) precipitation stations in Colorado (*co_precipstations* files). The well data reflect the Hydrobase status of July 2009. The irrigated areas data sets provide a single year snapshot of the irrigated lands and crop types of the western slope of Colorado. In the GIS maps, the 2000 data layer lies on top of the 1993 data layer, and the 2005 data layer lies on top of the 1993 and 2000 data layers, showing the irrigated acreage taken out between 1993 and 2005. The CDSS can be downloaded from: *http://water.state.co.us/DataMaps/Pages/default.aspx#onlinedata*.

BLM_0056225

The *Delta_County* subdirectory contains selected files received from the Delta County GIS department in June 2012. Coverages used in this project include county boundary, highways, roads, streams and ditches, lakes, irrigation ditches (and enhanced streams), water planning areas, and towns. The ditch data provided by the county does not distinguish between primary and secondary ditches. Additional field verification is needed to assess the hydrologic importance of individual ditches. It should be noted that the GIS-based aerial photography provided by the county has been used, in conjunction with GIS-based topographic images obtained from the NRCS data portal and Google[TM] Earth imagery, to remotely assess topography, vegetation and hydrology.

The *HHI* subdirectory contains the databases produced for this project by Heath Hydrology, Inc. It contains various hydrogeology files (*NorthFork_OakMesa_Hydrogeol_xxx, NorthFork_OakMesa_Hydrostructures, DeltaCounty_Geology, NorthForkArea_Springs, Springs-Wells_USGS1986*); files showing precipitations stations relevant for Delta County climate (*dc_precipstations;* which is a subset of the CDSS database of precipitation stations), and files related to the location of the study area (*OakMesa_DisplayArea, OakMesa_StudyArea, NorthForkValley_StudyArea*, and *NorthFork_OakMesa_ClippingArea*). The *DeltaCounty_Main_Streams* files were created to separately show the county's major rivers and are based on Delta County's stream layer. The hydrogeology layers resulted from digitizing and evaluating the 1:48,000 scale geologic maps of the Cedaredge and Hotchkiss areas (*Hail, 1972a, 1972b*), and the 1:100,000 scale geologic map of the Paonia and Gunnison area (*Ellis and Others, 1987*), and combining and editing the GIS versions (*Day and Others, 1999*) of the Leadville, Montrose, Grand Junction and Moab 1° x 2° quadrangle geologic maps (scale 1:250,000) (*Tweto and Others, 1976; Tweto and Others, 1978; Whitney, 1981; Williams, 1964*). The North Fork/Oak Mesa hydro-structures layer is in part based on the 1:100,000 scale geologic map of the Paonia and Gunnison area (*Ellis and Others, 1987*), and enhanced through analysis of geomorphic features by the project team.

The springs and seeps included in the water rights database (*NorthForkArea_Springs* files) reflect the status of September 2013. The springs and seep data can be found at: *http://cdss.state.co.us/onlineTools/Pages/WaterRights.aspx*. More details about this springs and seeps layer can be found in Appendix 1.

Selected wells and springs used in a study of the groundwater resources of the North Fork Gunnison River basin have been digitized from a low-quality scanned image of an appendix of the report (*Ackerman and Brooks, 1986*). It should be noted that the location of these wells and springs are approximate and may be inaccurate.

There are seven GIS layers and databases for the hydogeologic units in the NFVT area (*i.e.*, "hydro units" for short) (Figures 15, 16 and 31): 1) a layer showing the Quaternary unconsolidated deposits grouped by their hydrogeological characteristics (*North Fork Valley Hydro Units - Unconsolidated Sediments*); and 2) six layers each showing the extent of an individual bedrock hydrogeologic unit (*North Fork Valley Hydro Units – Tertiary Intrusions, North Fork Valley Hydro Units - Wasatch and Ohio Creek Formation, North Fork Valley Hydro Units - Mesaverde Formation [incl. Ohio Creek member and Rollins Sandstone], North Fork Valley Hydro Units - Mancos Shale, North Fork Valley Hydro Units - Dakota-Burro Canyon,* and *North Fork Valley Hydro Units – Morrison & Wanakah Formations, Entrada Sandstone*). When all six bedrock layers are activated, the GIS map shows top bedrock (see Figure 16).

BLM_0056226

The *NRCS* subdirectory contains state-wide averaged annual precipitation data for the period 1961–1990 obtained from the NRCS (*precip_a_co* files). These data have been developed from the NWS precipitation data using PRISM (Parameter elevation Regression on Independent Slopes Model), which utilizes a rule-based combination of point measurements and a DEM and includes consideration of topographic facets *(Daly and Johnson, 1999)*. The *NRCS* subdirectory also includes files for the location and name of the 1:24,000 (7.5 minute) quadrangles in Delta County (*quads24k_a_co029*) and the 1:250.000 (2 degree) quadrangles (*quads250k_a_co*), and data for the watersheds in the county (*wbdhu12_a_14020002 - 06*) and topography (*drg_s_co29*). The NRCS data can be downloaded from: *http://datagateway.nrcs.usda.gov/GatewayHome.html*.

The *USGS_DEM* subdirectory contains the raster-based DEM and the 100ft elevation contours for Delta County. In the database, surface elevations are stored in meters; however, in the TOC of the GIS maps, the elevations are given in feet for display purposes. The USGS DEM was downloaded from the NRCS Data Gateway portal in May 2012 and is based on the USGS version published in April 2012.

BLM_0056227

# 4    SUMMARY AND CONCLUSIONS

A Hydrologic and Environmental Systems Analysis (HESA) of the groundwater system of the North Fork Valley and Terrace area (NFVT) in Delta County, Colorado, and the development of supporting GIS databases and maps of hydrogeologic and hydrologic characteristics, have been completed to provide support for planning, zoning, and other decision-making tasks of county staff, including those related to protection of groundwater resources for use as public or communal water supplies. This study consisted of the following tasks:
1) conduct a comprehensive HESA and formulate relevant conceptual hydrologic models to provide the physical framework for assessment of potential impacts of anthropogenic system modifications on groundwater resources and interrelated surface water resources; 2) develop a consistent and practical hydrogeologic nomenclature that can be expanded to county-wide use; 3) digitize existing geologic maps and convert them to hydrogeologic system layers and databases in the GIS, including layers showing hydrogeologic units and characteristic stacks of such units, and hydrostructures; and 4) adapt additional hydrological and other GIS maps and databases needed to evaluate the groundwater resources in the county; these databases will contain data from various public domain sources.

The HESA analysis showed that there are two significant groups of hydrogeologic units in the NFVT study area:
1) Quaternary unconsolidated clastic materials (Figure 15; Table 2a), which are predominantly glacial-fluvial outwash plains and terrace gravels (older mesa top gravels and glacial drift), hillside (slope) deposits, alluvial fans and bajadas (coalescing fans) and lower mesa gravels, younger valley gravels and river terraces, and alluvial valley bottom deposits; overlying 2) Cretaceous and Tertiary bedrock units (Figure 16; Table 2b), including the following potentially water-bearing units: Cretaceous Dakota Sandstone and Burro Canyon Formation (Kdb) and the Tertiary Intrusive fractured crystalline aquifer near Crawford, CO (Tmi). The Mancos Shale unit (Km) may act as a thick, poorly transmissive confining layer,

The Quaternary unconsolidated clastic units (Qal, Qgy, Qat, Qs, Qgf, and Qgo), which are moderately to highly permeable, are recharged by infiltration from precipitation that is non-uniformly distributed due to the slope steepness, slope aspect, and to position in the landscape, and by the incidental leaky irrigation canal or ditch, and irrigation return flow. These units may be fully or partially saturated based on spatial location and seasonal precipitation events, and there may be lateral and vertical connection (upward or downward groundwater flow depending on position in the hydrologic system) between the unconsolidated materials and the Tertiary intrusive units and Cretaceous sedimentary units in the underlying bedrock formations.

Three broad hydrostructure sets occur in the NFVT area: 1) the northwest-trending fractures that parallel or connect with the Roatcap Creek fault zone and associated en-echelon faults to the east; 2) the northeast-trending North Fork Valley lineament, which parallels the Upper Leroux Creek fault zone; and 3) the radial fracture zone/lineaments that emanate from the West Elk Intrusions of Mt. Lamborn and Landsend Pk., which include the major lineaments of Cottonwood, Bell, and German Creeks (Figure 17). These hydrostructures function as French drains in the bedrock hydrogeologic units, and are responsible for various springs and groundwater discharge areas (gaining reaches) observed in lower Roatcap, lower Cottonwood, lower Bell, and lower German creeks. These hydrostructures move significant quantities of groundwater horizontally and vertically, interconnecting shallow aquifers; and in the North Fork Valley, potentially interconnecting the shallow aquifers with deep bedrock aquifers.

BLM_0056228

Based on the presence and orientation of various hydrogeologic and hydrostructural units, hydrography and topography, three CSMs observed in the NFVT study area:  1) Mesa Top and Hillslope Shallow Aquifer Subsystems; 2) Valley Bottom Shallow Aquifer Subsystems; and 3) Regional Bedrock Aquifer Subsystems; are discussed. Specifically, the Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystems in the NFVT area are dominated by the Quaternary unconsolidated materials, which receive recharge by infiltration of precipitation (snow and rain throughout the study area), leaky irrigation ditches (for example, the Fire Mountain, Farmer's, and Stewart ditches), infiltration at irrigation sites and fields (ubiquitous on the slopes north of the North Fork River, along the bottomlands of the North Fork River, and on Stewart and Lamborn Mesas), and losing streams, such as the lower reaches of Minnesota, Cottonwood, Leroux, Jay, Roatcap, Bell, and German creeks and the reaches of the North Fork River above and around Paonia, CO.

Groundwater flows on top of the local gravel-capped mesas, then moves with topography or subsurface paleo-topography to discharge into the incised drainages that bound the mesas, or discharge directly out the front of the mesa (at the gravel/Mancos Shale interface) where springs may develop and are claimed as being new springs. The shallow groundwater subsystems in the Mesa Top and Hillslope area north of the North Fork Valley have little connection to the local bedrock or the regional groundwater systems, or to the alluvial system of the North Fork Valley. By comparison, the shallow groundwater subsystems in the Mesa Top and Hillslope area on Lamborn and Stewart Mesas usually have a strong connection to the local Valley Bottom subsystems, such as Cottonwood and Minnesota Creeks, but very little connection to local bedrock or the regional groundwater systems due to the underlying Mancos Shale.

Groundwater flow in the Valley Bottom subsystem is generally in the same direction as the North Fork River, and with the Farmers Ditch on the north side of the River, and the Stewart Ditch on the south side of the River, groundwater flow is generally from the valley sides towards the River.  The shallow groundwater system is recharged by water from the surface water system between Somerset and Paonia, and groundwater discharges back to the North Fork River near Hotchkiss and Lazear.  In addition, the North Fork River northeast-trending hydrostructure underlies the entire valley, and if there is connectivity between the deeper aquifers and the Valley Bottom subsystem, it would occur along this lineament probably as an upward gradient between a deeper bedrock system and the Valley Bottom subsystem.  Without a large hydrostructure, the Cretaceous Mancos Shale unit would serve as a confining layer between the bedrock systems and the Valley Bottom subsystem.  Similar Valley Bottom subsystems exist on the south side of the North Fork Valley in the Minnesota, Bell, and Cottonwood Creek areas.  However, with the Mesa Top and Hillslope subsystems discharging groundwater towards the Valley Bottom subsystems, groundwater flow in these smaller drainages is generally from the valley sides towards the corresponding streams.

The Regional Bedrock Subsystems in the NFVT study area include the following potentially water-bearing units: Cretaceous Dakota Sandstone and Burro Canyon Formation (Kdb); and the Tertiary intrusive rocks (Tmi).  The bedrock units are variably saturated based on location and proximity to recharge area.  The Dakota Sandstone and Burro Canyon aquifer is partially saturated in the recharge area north of the Smith Fork, as evidenced by the springs in the Alum drainage.  Groundwater flows laterally downdip to the north as an unconfined or water table system, and becomes part of the regional confined groundwater flow system after passing under the Mancos Shale at Alum Creek.  The groundwater flow direction in the regional bedrock

BLM_0056229

systems is from south to north beneath the NFVT study area and Grand Mesa, and Delta County in general.

Land use and human activity is mostly associated with agricultural production and reservoir construction and operation, and has resulted in removal of native vegetation, introduction of irrigation and high-ET (evapotranspiration) crops, construction of (often leaking) irrigation ditches, and the drilling of primarily domestic wells. This activity has resulted in long-term increase of water levels in local, shallow aquifers of the Quaternary materials both on top of the Mesa Top and Hillslope subsystems, such as Lamborn and Stewart Mesas, near the major irrigation transport corridors, such as the Fire Mountain Canal and Farmers Ditch, and in the Valley bottoms of Minnesota and Cottonwood Creeks, and the North Fork River. At this time, this part of Delta County is not experiencing a shift from agricultural to nonagricultural land use at the same rate as many other areas of the western United States.

The hydrology of a natural groundwater hydrologic system may be altered by the construction and operation of proposed oil and gas wells. During drilling and fracking, the oil and gas operations may behave like a connection mechanism between the deep and shallow aquifers, mixing water of various chemistries from various bedrock and shallow aquifers. Depending on management strategies for produced water disposal and use, groundwater levels in the shallow unconsolidated systems may be altered with respect to the amount, velocity, storage, and direction of the local groundwater system and related regional groundwater levels and discharges. These management strategies and their effects on the shallow and bedrock aquifer subsystems should be evaluated in more detail.

The potential for groundwater discharge from the deeper bedrock to the shallow aquifers in the Valley Bottom subsystems in the North Fork River Valley, and in the Minnesota, German, Bell, McDonald, and Cottonwood Creek drainages, due to hydrostructures, may be affected by fracking or other oil and gas drilling activities, which, in turn, could affect the water supply and water quality. In addition, significant amounts of shallow aquifer water quality may be affected by the surface water runoff and groundwater recharge affected by drill site activities and water disposal.

The GIS maps resulting from this study provide for use in planning and management of groundwater resources in the NFVT area. The database formats that have been used in this study include ESRI shape files, database tables, georeferenced images, and ESRI GRID files (for the DEM, among others). The GIS map and database for the NFVT study were prepared using ArcView™ version 8.3 and evaluated using Arc-Desktop™ version 10.2 (ESRI®, Redlands, California).

Two multi-layer GIS maps have been prepared for this study: 1) a map with hydrologic and hydrogeologic features of Delta County; and 2) a map with hydrologic and hydrogeologic features of the NFVT area. The GIS maps consist of a number of layers representing various data types relevant to the assessment of groundwater resources at user-specified locations. The GIS layers of the Delta County and NFVT maps contain three types of geographic information: 1) general geographic information (county border, roads, towns, imagery) used primarily for orientation purposes; 2) hydrologic information (including precipitation, watersheds, streams, lakes/ponds, irrigation ditches, and irrigated areas); and 3) hydrogeologic information (including hydrogeologic units, faults and hydrostructures, springs, and wells.

BLM_0056230

## 5   REFERENCES

Ackerman, D.J., and T. Brooks. 1986. *Reconnaissance of Ground-Water Resources in the North Fork Gunnison River Basin, Southwestern Colorado.* U.S. Geological Survey. Water Resources Investigations 85-4230.

ASTM Standard D5979, 1996 (2008), Standard Guide for Conceptualization and Characterization of Groundwater Systems. ASTM International, West Conshohocken, PA, DOI: 10.1520/D5979-96R08.

Brooks, T. 1983. *Hydrology and subsidence potential of proposed coal-lease tracts in Delta County, Colorado.* U.S. Geological Survey. Water Resources Investigations 83-4069.

Brooks, T., and D.J. Ackerman. 1985. *Reconnaissance of Ground-Water Resources in the Lower Gunnison River Basin, Southwestern Colorado.* U.S. Geological Survey. Water Resources Investigations 84-4185.

Cordilleran Compliance Services, Inc. 2002. *Hydrogeology of the South Flank of the Grand Mesa in the Vicinity of Cedaredge and Paonia, Delta County, Colorado.* Prepared for Gunnison Energy Corporation.

Daly, C., and G.L. Johnson. 1999. PRISM *Spatial Climate Layers: An Overview of the USDA-NRCS Spatial Climate Mapping Project.* PRISM Guide Book. PRISM Group, Oregon State University in cooperation with USDA-NRCS.

Davis, S.N., and R.J.M. DeWiest. 1966. *Hydrogeology.* John Wiley & Sons, New York.

Day, W.C., G.N. Green, D.H. Knepper, Jr., and R.C. Phillips. 1999. *Mineral Resource Assessment Area, Southwestern Colorado and Digital Data for the Leadville, Montrose, Durango, and Colorado Parts of the Grand Junction, Moab, and Cortez 1° X 2° Geologic Maps'.* U.S. Geological Survey. Open-File Report 99-427.

Ellis, M.S., D.L. Gaskill, and C.R. Dunrud. 1987. *Geologic Map of the Paonia and Gunnison Area, Delta and Gunnison Counties, Colorado.* U.S. Geological Survey. Coal Investigations Map C-109.

Freethey, G.W., and G.E. Cordy. 1991. *Geohydrology of Mesozoic Rocks in the Upper Colorado River Basin in Arizona, Colorado, New Mexico, Utah, and Wyoming, Excluding the San Juan Basin.* U.S. Geological Survey. Professional Paper 1411-C.

Geldon, A.L. 2003. *Hydrologic Properties and Ground-Water Flow Systems of the Paleozoic Rocks in the Upper Colorado River Basin in Arizona, Colorado, New Mexico, Utah, and Wyoming, Excluding the San Juan Basin.* U.S. Geological Survey. Professional Paper 1411-B.

Hail, W. J., Jr. 1972a. *Reconnaissance Geologic Map of the Cedaredge Area, Delta County, Colorado.* U.S. Geological Survey. IMAP 697.

BLM_0056231

Hail, W. J., Jr. 1972b. *Reconnaissance Geologic Map of the Hotchkiss Area, Delta and Montrose Counties,* Colorado. U.S. Geological Survey. IMAP 698.

Kolm, K. E., and P.K.M. van der Heijde. 2012. *Groundwater Systems of Delta County, Colorado: Oak Mesa Area -- GIS-Based Hydrological and Environmental Systems Analysis and Formulation of Conceptual Site Models (With  Addendum).* Report prepared for Delta County Board of County Commissioners, Integral Consulting, Louisville, Colorado.

Kolm, K. E., P.K.M. van der Heijde, J.S. Downey, and E.D. Gutentag. 1996. *Conceptualization and Characterization of Ground-Water Systems.* In: Subsurface Fluid-Flow (Ground Water and Vadose Zone) Modeling, ASTM STP 1288, J. D. Ritchey and J. O. Rumbaugh, eds., American Society for Testing and Materials, West Conshohocken, PA.

Robson, S.G., and E.R. Banta. 1995. Groundwater Atlas of the United States: Colorado Plateau Aquifer. U.S. Geological Survey, HA 730-C.

Topper, R., K.L. Spray, W.H. Bellis, J.L. Hamilton, and P.E. Barkmann, 2003. *Ground Water Atlas of Colorado.* Colorado Geological Survey, Special Publication 53.

Tweto, O., R.H. Moench, and J.C. Reed. 1978. *Geologic Map of the Leadville 1 Degree x 2 Degrees Quadrangle, Northwestern Colorado.* U.S. Geological Survey. Miscellaneous Investigations Series Map I-999, scale 1:250000.

Tweto, O, T.A. Steven, W.J. Hail, and R.H. Moench. 1976. *Preliminary Geologic Map of the Montrose 1 Degree x 2 Degrees Quadrangle, Northwestern Colorado.* U.S. Geological Survey. Miscellaneous Field Studies Map MF-761, scale 1:250000.

Watts, K.R., 2008. *Availability, Sustainability, and Suitability of Ground Water, Rogers Mesa, Delta County, Colorado—Types of Analyses and Data for Use in Subdivision Water-supply Reports.* U.S. Geological Survey. Scientific Investigation Report 2008–5020.

Whitney, J.W. 1981. *Surficial Geologic Map of the Grand Junction 1 Degree x 2 Degrees Quadrangle, Colorado and Utah.* U.S. Geological Survey. Miscellaneous Investigations Series Map I-1289, scale 1:250000.

Williams, P.L. 1964. *Geology, Structure, and Uranium Deposits of the Moab Quadrangle, Colorado and Utah.* U.S. Geological Survey. Miscellaneous Geologic Investigations Map I-360, scale 1:250000.

BLM_0056232

# APPENDIX 1
## GIS LAYER FOR SPRINGS AND SEEPS FROM CDSS WATER RIGHTS INFORMATION DATA BASE

Two of the GIS layers in the NFVT project, the *North Fork Area Appropriated Springs and Seeps [CDWR 2013]* layer and the *Springs & Wells [USGS 1986]* layer, contain information on springs and seeps in the NFVT area. Typically, springs and seeps indicate places where water flows naturally from a rock or the soil onto the land surface or into a body of surface water. They represent the contact between (saturated) groundwater and the land surface at that location. Springs usually emerge from a single point and result in a visible and measurable flow of water, or contribute measurably to the flow of a stream or the volume of a reservoir or pond. Seeps tend to be smaller than springs, with a more distributed character, and often no visible runoff, especially in the (semi) arid West where, in many cases, the water emerging in seeps is lost to evapotranspiration. Springs may be an expression of discharge of shallow groundwater from an unconfined aquifer, or of discharge from deeper aquifers at the contact between (more) permeable and (near) impermeable formations at or near the land surface, in fracture zones, or through karst conduits.

In the NFVT study area, plotting the location of springs and seeps have been very helpful in analyzing the characteristics of localized groundwater systems, and in determining where regional groundwater systems may interact with shallow groundwater systems and streams. Of particular interest is the relationship found between (leaking) irrigation ditches and other water conveyances and spring discharges from shallow groundwater in the NFVT area.

The USGS study of the groundwater resources of the North Fork of the Gunnison watershed, published in 1986 (*Ackerman and Brooks, 1986*), was primarily concerned with water quality as an indicator of the usability of a groundwater resource. The study provided a limited analysis by sampling a number of wells and a few springs in alluvial and bedrock aquifers of the North Fork watershed between 1977 and 1982. The approximate location of the wells was indicated on a plate enclosed with the report. For the purpose of this study, the particular plate was downloaded from the USGS web site and imported and georeferenced in the GIS, after which the location of the wells and springs were determined and entered in the data base of the *Springs & Wells [USGS 1986]* layer.  It should be noted that the wells and springs in this report only represent a small subset of all wells and springs in the study area.

The springs and seeps included in the *North Fork Area Appropriated Springs and Seeps [CDWR 2013]* layer are taken from the Water Rights data base of the State of Colorado. According to the web site of the Water Information Program, Durango, Colorado (*www.waterinfo.org/rights.html*; accessed on October 2013), a "water right" under Colorado water law, is the right to utilize the waters of the State based on the priority of a party's appropriation of a specified amount of water, at a specified location, for specified uses. The essence of a water right is its place in the priority system. Colorado's "first in time, first in right" or "prior appropriation" doctrine applies to both surface water and groundwater tributary to a surface stream. Water rights are adjudicated by Water Courts. The Colorado Decision Support System, managed by the Colorado Water Conservation Board (CWCB) and the Colorado Division of Water Resources (CDWR), maintains a data base of all water rights in the state accessible through the Web CDSS Water Rights Data Selector (*http://cdss.state.co.us/onlineTools/Pages/WaterRights.aspx*). This data base provides detailed

BLM_0056233

water rights information for water structures such as ditch diversions, reservoirs, pipelines, springs, seeps and wells. Scanned images of associated water rights decrees can be downloaded for additional information and details. The data base identifies the water right, among others, by category (called 'structures'), such as ditches, wells (well fields), reservoirs, pipelines, springs, seeps, and mines, among others.

As the Colorado state statutes do not specifically define a spring, the State may consider a water right to be of the type 'spring' when it is excluded of other categories, especially wells. If the spring development meets the following conditions, it is excluded from requiring a well permit or compliance with the Water Well Construction Rules (*Guide to Colorado Well Permits, Water Rights, And Water Administration, CDWR 2012*):

1. The structure or device used to capture or concentrate the natural spring discharge must be located at or within 50 feet of such spring;

2. The structure or device used to capture or concentrate the natural spring discharge must be no more than ten feet below ground surface; and

3. The owner must adjudicate (obtain a water right through the water court) the structure or device as a spring, which would then be subject to administration in the priority system with all other water rights.

If the spring development fails to meet the above conditions, it must be considered a well, which withdraws groundwater, and all of the laws associated with a well apply. If the spring development does meet the above conditions, it is not mandatory that it be considered a spring subject to administration in priority.

In this project, the Water Rights data base has been used to identify springs and seeps that are present or have been identified in the past to be located within the NFVT study area. Although springs in the Water Rights data base may have been categorized in connection with reservoirs or ponds, or with pipelines, in this study the selection is limited to those structures that are labeled 'springs' or 'seeps' in the Water Rights data base. The location of the springs and seeps is provided in terms of the PLSS legal land description system (Range, Township, Section, and Quarter Sections (Q160 – 160 acre, Q40 – 40 acre, Q10 – 10 acre)). The data base includes a field for the amount of the water right in cfs [cubic feet per second] as defined by a Water Court action, to some extent indicative of the maximum sustained flow rate that may occur at the spring or seep.

For this study, all springs and seeps in the 'North Fork and Tributaries' area were selected from the Water Rights data base and exported to a MS Excel file [included with the GIS files]. This file includes, among others, the name of the structure, its unique ID, the appropriation and adjudication dates, and the maximum allowed flow rate of the water right. Based on the PLSS location information in this file, only the springs and seeps within the NFVT display area were entered in the GIS data base. In the GIS, the location of the springs and seeps were taken at the center of the Q10 quarter section. The GIS data base also includes the water right ID, its earliest appropriation date, and its maximum allowed flow rate. Other data are available in the MS Excel files *CDSS Springs North Fork & Tribs in Delta County and CDSS Seeps North Fork & Tribs in Delta County*. Because of the limitations in location accuracy of the PLSS system, the accuracy of the location of the springs and seeps in the GIS is about 100 to 150ft and due diligence and field verification may be needed for any other purpose than this study.

BLM_0056234

To evaluate the importance of the springs and seep areas in the Water Rights data base for the current study, the appropriated maximum flow rate has been divided in 5 groups (see the *North Fork Area Appropriated Springs and Seeps [CDWR 2013]* layer): 1) <0.01 cfs (< 4.5 gpm); 2) 0.01 – 0.04 cfs (4.5 – ~20 gpm); 3) 0.05 – 0.1 cfs (~20 – 45 gpm); 4) 0.11 – 1.0 cfs (~45 – 450 gpm); and 5) > 1.0 cfs.(> ~450 gpm).

The spring and seep data from the Water Rights and the spring data from the USGS report appear to be rather complementary and cover most of the significant springs and seep areas in the NFVT area, at least to the extent needed for the evaluation of the hydrogeology and groundwater flow systems in this study. Additional spring information may be obtained from the pipeline, reservoir, and pond structures in the Water Rights data base.

BLM_0056235

**Angie Adams**

| | |
|---|---|
| **From:** | Lauren Zielinski |
| **Sent:** | Friday, August 24, 2012 11:48 AM |
| **To:** | UFO AR |
| **Subject:** | UFO AR - Socioeconomics, Coal |

**Lauren Zielinski**
EMPSi  Environmental Management and Planning Solutions, Inc.
3775 Iris Avenue, Suite 1A
Boulder, CO  80301
tel:  303-447-7160     fax:  866-625-0707
www.EMPSi.com        Twitter: EMPSInc        Facebook: EMPSi

*Bringing clarity to the complex* ™

*GSA Contract GS10F-0412S*

Denver        Reno        San Francisco        Washington, DC

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

---

**From:** Kramer, Andrew (Drew) [mailto:akramer@tristategt.org]
**Sent:** Thursday, August 23, 2012 4:30 PM
**To:** Lauren Zielinski
**Cc:** 'Lance Wade'; Duane Richards (duane@westernfuels.org); Sorensen, Michael G.; Boughey, Lee; Lock, Dave
**Subject:** FW: Request for Economic Information for BLM RMP Update

Lauren,

I'm writing to follow up our phone call from two weeks ago regarding the research you're conducting for the BLM's Uncompahgre Field Office.  As I recall from our conversation, your socioeconomic analysis is primarily looking at mines and other facilities on BLM lands in that area. Because the New Horizon Mine does not currently operate on federal land but might seek to expand onto BLM parcels in the future, your team wants to understand what the potential impacts would be if that expansion was denied and if that denial forced the mine to shut down altogether. Rejection of the expansion permit is just one of several scenarios you're studying, and your assessment of New Horizon will be largely qualitative, though any hard numbers you can review will be instructive – is that correct?

Assuming I am understanding your needs correctly, here some figures and talking points that might be helpful:

- Nucla Station receives 100 percent of its coal supply from the New Horizon Mine. The plant purchases approximately $12.2 million in coal annually from the mine, generating a direct operating payroll of approximately $2.4 million and an indirect administrative

1

BLM_0056236

payroll of approximately $869,000 for 28 employees – for a total payroll of approximately $3.3 million. (2011 figures)

- The New Horizon Mine delivers about 64, 25-ton loads of coal daily by tractor-trailer trucks to the power plant. Freight expenses associated with the delivered coal to the Nucla Station include loading, unloading, transportation fees, maintenance, and supplies. These expenses total an estimated $1.2 million annually and are transacted entirely with Montrose County-based businesses.

- The New Horizon Mine produces about 375,000 to 400,000 tons of coal each year. Nucla Station consumes about 371,000 tons, or roughly 93-99% of the mine's total output. The excess goes into Nucla Station stockpiles.  There is no coal shipped to any consumer other than Nucla Station, nor has there ever been.

- The New Horizon Mine generated more than $800,000 in taxes and fees for the local communities in 2011. Through the first half of 2012, that total was $1.14 million.

- The New Horizon Mine paid more than $191,000 in royalty expenses in 2011.

Since you emphasized the *qualitative* nature of your analysis, let me add anecdotally that the impact of shutting down the New Horizon Mine would go well beyond these simple statistics and any standard multiplier calculations. At present, the mine and the power plant are inextricably linked in their role as critical economic lifelines for Nucla, Naturita and other nearby communities. These are not simply two of many employers in the area but, in fact, **the** primary economic engines for that part of Colorado. The loss of the New Horizon Mine would have a devastating ripple effect, not only for its own employees and suppliers but potentially for Nucla Station and its staff as well. We are currently evaluating alternative fuel supplies for the plant and seeing that the costs could escalate significantly if coal had to be purchased and transported from sources other than New Horizon.

Again, I hope this is helpful. Please let me know that you got this email and if you have any questions or require clarification. We remain available to work with you as your analysis for the BLM continues and hope you will share with us (as appropriate) any final reports or presentations that result.

Regards,
Drew

**Drew Kramer**
**Public Affairs Manager**

BLM_0056237



**TRI-STATE**
Generation and Transmission
Association, Inc.
A Touchstone Energy® Cooperative

**Office:** (303) 254-3086
**Mobile:** (303) 681-1341
**Email:** akramer@tristategt.org
**Web:** www.tristategt.org

---

From: Lauren Zielinski [mailto:lauren.zielinski@empsi.com]
Sent: Monday, August 06, 2012 9:56 AM
To: rlwade@wfcnucla.org<mailto:rlwade@wfcnucla.org
Subject: Request for Economic Information for BLM RMP Update

Dear Mr. Wade:

My name is Lauren Zielinski, and I work for Environmental Management and Planning Solutions, Inc. We are a private environmental consulting firm working with the Bureau of Land Management (BLM) Uncompahgre Field Office based out of Montrose, CO. As part of the update to their Resource Management Plan (RMP), we are assessing the socioeconomic impacts to the area based on four different management options, including the impact to the local economy if mining operations are affected. Although the New Horizon Mine is based on private land, it plays a major role in the economy within the boundaries of the field office and we would like to include it in our analysis.

We are interested in approximate numbers for employment and annual economic output for the mine (either in operations costs or sales), if they are available for public knowledge. We will use these numbers as inputs for an economic model to assess the impact the mine has on different economic sectors in the area.

We appreciate your time and any assistance you can provide attaining this information. If you have any questions, please email me at lauren.zielinski@empsi.com or call 303-447-7160.

Thank you in advance,
Lauren

Lauren Zielinski
EMPSi  Environmental Management and Planning Solutions, Inc.
3775 Iris Avenue, Suite 1A
Boulder, CO  80301
tel:  303-447-7160    fax:  866-625-0707
www.EMPSi.com<http://www.empsi.com/>      Twitter: EMPSInc      Facebook: EMPSi

Bringing clarity to the complex (tm)
GSA Contract GS10F-0412S
Denver      Reno      San Francisco      Washington, DC

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

BLM_0056238

**krisweb**

**Sediment in Streams**



Excess sediment can profoundly effect the productivity of a salmon or trout stream (Cordone and Kelly, 1961). In a healthy stream, young salmon and trout hide in the interstitial spaces between cobbles and boulders to avoid predation . In streams that get extremely cold in winter, young steelhead may actually burrow into the streambed and spend the winter in flowing water down within the gravel. The area of the stream where flowing water extends down into the gravel is also extremely important for aquatic invertebrates, which supply most of the food for young salmon, steelhead and cutthroat trout. If fine sediment is clogging interstitial spaces between streambed gravel, juvenile salmonids lose their source of cover and food.



Salmon, steelhead and coastal cutthroat trout are also very susceptible to sediment pollution because they build their nests in the stream bottom. The eggs, buried one to three feet deep in the gravel redd, rely on a steady flow of clean, cold water to deliver oxygen and remove

BLM_0056239

waste products. In coastal streams the eggs usually hatch in about 30 days, depending on water temperatures. Eggs hatch into alevin and remain in the gravel another 30 days or so, living on the nutrients in their yolk sacs. As they develop into fry, the yolk is used up, and the fry must emerge through spaces in the gravel to take up life in the stream. During the 60 day period when eggs and alevin are in the gravel, major shifts of the stream bottom can kill them (Nawa and Frissell, 1993.)



Koski (1966) and Tappel and Bjornn (1983) demonstrated that increased fine sediment in spawning gravels caused decreased survival and emergence of salmonid eggs and alevin. McNeil and Ahnell (1964) found fines less than 0.85 mm (0.833 was actual sieve size) to have the highest impact on salmonid spawning success. Particles of less than 6.4 mm are recognized as having the potential to infiltrate redds forming a layer in the stream gravels which sometimes prevents emergence of fry (Lisle, 1989). Kondolf (2000), in a review of the literature, found that when fines (<6.4 mm) exceeded 30% that it reduced salmonid emergence and survival by 50%. Chapman (1988) showed different responses to similar levels of fines from various field studies (Figure 5 from Chapman) and noted that laboratory experiments might not duplicate redd dynamics.

Studies conducted in redds in Olympic Peninsula streams in Washington found that if more than 13% fine sediment (<0.85 mm) intruded into the redd, almost no steelhead or coho salmon eggs survived (McHenry et al., 1994). Barnard (1992) showed that fine sediment levels inside and outside coho salmon redds varied substantially in Freshwater Creek, a tributary to Humboldt Bay. Fines (<1 mm) averaged seven percent inside redds and 13% outside them, with no inside redd measurement in excess of 13%.

While salmon have the ability to substantially lower fine sediment in the redd pocket during redd construction, if fine sediment levels in the stream bed outside the redd are high, there is a potential for fines to intrude into already constructed redds during high flows (Kondolf, 2000). Because the redd is a depression in the stream bed, it creates Venturi forces, drawing water down into the gravel. Fine sediment in suspension during storms may be sucked down into the redd.

Lotspeich and Everest (1983) noted that pore space and permeability were key variables in the quality of salmonid spawning gravel, and suggested using the central tendency of particles (FREDLE Index) as a standard. They postulated that, because of varying head diameters, coho salmon have less success emerging as fry than steelhead trout when fine sediment levels in redds are high. Barnard and McBain (1994) suggested that measuring permeability itself might be a quicker, and more cost effective, method of measuring sediment impacts on salmonids. McBain and Trush (2000) concluded that measuring permeability defined "the variability in spawning gravel quality with better resolution and at lower cost than substrate composition analysis, but the relationship between permeability and salmonid egg survival is less well known."

trubidity - Graham Gulch Suspended sediment in the water column causes turbidity. Sigler et al. (1984) found that turbidities as low as 25 nephlometric turbidity units (ntu) caused a reduction in juvenile steelhead and coho growth. High turbidity during winter likely impacts the feeding ability of juvenile salmon, steelhead or cutthroat

BLM_0056240

trout, and the longer the duration of high turbidity the more damage is likely to fish and other aquatic organisms (Newcombe and MacDonald, 1991). Higgins (2002) noted measurement of turbidity in excess of 25 ntu for weeks at a time in Freshwater Creek (Humboldt County) in the winter of 1999, after widespread logging in the watershed upstream in a relatively short duration.

Coho and chinook salmon do not have the leaping ability of steelhead and are, therefore, confined to low gradient reaches. These reaches were formerly the most productive spawning and rearing areas, with an ample supply of good gravel and large wood. High bedload transport can bury low gradient reaches, making them much simpler and less productive salmonid habitat. These formerly productive low gradient reaches become wide and shallow and recovery of fish habitat may take decades (Frissell, 1992). Lisle (1981) noted that recovery of streams with high gradient proceeds much more rapidly following large flood events.

 Knopp (1993), in a study of 60 northwestern California streams, found that intensive land use management was correlated to loss of pool volume.  In the chart from Knopp (1993) at left, Elder Creek, an unmanaged watershed, had roughly 7% of its pool volumes filled by sediment while logged streams sometimes were over half filled (>0.50 V*). During the year they spend in freshwater, coho salmon prefer deep pools that form around large pieces of wood. High sediment transport can fill pools and cause reduction or loss of essential salmonid juvenile rearing habitat (Frissell, 1992). Brown et al. (1994) noted that optimal coho habitat is comprised of pools at least one meter deep (39 inches), and Reeves (1988) found that yearling and older steelhead juveniles needed pools at least three feet deep for successful rearing

Cordone and Kelly (1961) documented the problems of sediment waves associated with Post WW II logging in California and concluded:

> "More than anything else we need to develop a philosophy of land husbandry that will avoid the creation of untreated and running sores on the earth's surface. Man must acquire a responsibility to future generations that matches the power he has gained through the development of heavy machinery. Our observations in the field and our review of the existing literature leads us to the unshakable conclusion that unless this can be done many of our trout streams will be destroyed by the deposition of sediment."

## References

Barnard, K. 1992. Physical and Chemical Conditions in Coho Salmon (Oncorhynchus kisutch) Spawning Habitat in Freshwater Creek, Northern California. Masters Thesis. Humboldt State University. Arcata CA. 81 pp. without appendices.

Barnard, K. & S. McBain. 1994. Standpipe to Determine Permeability, Dissolved Oxygen, and Vertical Particle Size Distribution in Salmonid Spawning Gravels. As FHR Currents # 15. US Forest Service, Region 5. Eureka, CA. 12 pp.

Chapman. D.W. 1988. Critical Review of Variables Used to Define Effects of Fines in Redds of Large Salmonids. Transactions of the American Fisheries Society. 117: 1-21.

Cordone, A.J. and D.W. Kelley. 1961. The influences of inorganic sediment on the aquatic life of streams. Reprint from California Fish and Game. Vol. 47, No. 2. California Department of Fish and Game, Inland Fisheries Branch. Sacramento, CA. 41 pp. [155k]**

Frissell, C.A. 1992. Cumulative effects of land use on salmonid habitat on southwest Oregon streams. Ph.D. thesis, Oregon State University, Corvalis, OR.

Knopp, C. 1993. Testing Indices of Cold Water Fish Habitat. Final Report for Development of Techniques for Measuring Beneficial Use Protection and Inclusion into the North Coast Region's Basin Plan by Amendment of the.....Activities, September 18, 1990. North Coast Regional Water Quality Control Board in cooperation with California Department of Forestry. 57 pp.

Kondolf, G.M. 2000. Assessing Salmonid Spawning Gravel Quality. Trans. Am. Fish. Soc. 129:262-281.

Koski, K Victor. 1966. The survival of coho salmon (Oncorhynchus kisutch) from egg deposition to emergence in three Oregon coastal streams. Master's thesis, Oregon State University. 98 pp. [905k]**

Lisle, T. E. 1981. Channel recovery from recent large floods in north coastal California: rates and processes. Pages 153-160, in: R. N. Coates (ed.), Proceedings, Symposium on Watershed Rehabilitation in Redwood National Park and Other Pacific Coastal Areas; 25-28 August 1981; Arcata, California. Sacramento, California: Center for Natural Resources Studies of JMI, Inc.  [92k] http://www.rsl.psw.fs.fed.us/projects/water/lisle81.pdf

Lisle, T. E. 1989. Sediment transport and resulting deposition in spawning gravels, north coastal California. Water Resources Research 25(6): 1303-1319.  [487k] http://www.rsl.psw.fs.fed.us/projects/water/Lisle89.pdf

Lotspeich, F.B. and F.H. Everest. 1981. A new method for reporting and interpreting textural composition of spawning gravel. Pacific Northwest Forest and Range Experiment Station, Research Note PNW-369.USDA Forest Service. Corvallis, OR. 12 pp. [242k]**

McHenry, M.L., D.C. Morrill and E. Currence. 1994. Spawning Gravel Quality, Watershed Characteristics and Early Life History Survival of Coho Salmon and Steelhead in Five North Olympic Peninsula Watersheds. Lower Elwha S'Klallam Tribe, Port Angeles, WA. and Makah Tribe, Neah Bay, WA. Funded by Washington State Dept. of Ecology (205J grant).

Nawa, R.K. and C.A. Frissell. 1993. Measuring scour and fill of gravel stream beds with scour chains and sliding bead monitors. No. American J. of Fisheries Management. 13: 634-639.

Newcombe, C.P. and D.D. MacDonald. 1991. Effects of Suspended Sediments on Aquatic Ecosystems. North American Journal of Fisheries Management. 11: 72-82.

McNeil, W. J. and W.H. Ahnell. 1964. Success of Pink Spawning Relative to Size of Spawning Bed Material. U.S. Fish and Wildlife Service, Special Scientific Report - Fisheries No. 469. Washington, D.C. 17 pp.

Sigler, J.W., T.C. Bjornn and F.H. Everest. 1984. Effects of Chronic Turbidity on Density of Steelheads and Coho Salmon. Transactions of the American Fisheries Society, 113: 142-150.

Tappel, P.D., and T.C. Bjornn. 1983. A new method of relating size of spawning gravel to salmonid embryo survival. North American Journal of Fisheries Management  3:123-135. [247k]**



## Background

### Streams

- Water Quality
  - Temperature
  - Dissolved Oxygen
  - pH
  - Nutrients
  - Other Pollutants
- Sediment
  - Measuring sediment
- Riparian
- Big Wood
- Habitat Types

### Watersheds

- Vegetation Types
- Slope Stability
- Roads & Erosion
- Cumulative Impacts
- Urbanization

### Fish & Aquatic Life

- Fish Populations
- Amphibians
- Aquatic Insects
- Hatcheries
- Fish Disease

### Restoration

- Stream Clearance
- Structures
- Riparian
- Watershed
- Strategy

### Geology / Hydrology

- Geology
- Soils
- Precipitation
- Stream Flow
- Channel Processes

### Policy & Regulation

- ESA
- TMDL

BLM_0056243

- [Forest Rules](#)
- [1603 Permits](#)
- [Water Rights](#)

[KRIS Sheepscot Background](#)

[KRIS Kootenai Background](#)

[KrisWeb Home](#)

[Bibliography](#) | [Background](#) | [KrisTeam](#) | [Contact](#) | [KrisWeb Home](#)
© 2011 [Kier Associates / IFR](#) | Original design by [Andreas Viklund](#).

BLM_0056244

# PLEISTOCENE MAMMALS OF NORTH AMERICA

Björn Kurtén
*and*
Elaine Anderson



COLUMBIA UNIVERSITY PRESS
*New York   1980*

LIBRARY
OF THE
UNIVERSITY OF WYOMING
LARAMIE  82071

**Library of Congress Cataloging in Publication Data**

Kurtén, Björn.
  Pleistocene mammals of North America.

  Bibliography: p.
  Includes index.
  1. Mammals, Fossil.   2. Paleontology—Pleistocene.
3. Paleontology—North America.   I. Anderson, Elaine,
joint author.   II. Title.
QE881.K82     569'.097     79-26679
ISBN 0-231-03733-3


Columbia University Press
New York   Guildford, Surrey

Copyright © 1980 Columbia University Press
All rights reserved
Printed in the United States of America



# Migratory Bird Status Literature Review

Uncompahgre Field Office
U.S. Department of the Interior
Bureau of Land Management

Rare Earth Science
PO Box 1245
Paonia, Colorado 81428

October 2009

BLM_0056247

# DOCUMENT INFORMATION AND ACKNOWLEDGEMENTS

This document was prepared by Rare Earth Science, LLC, under U.S. Bureau of Land Management Contract L09PX00471.

## Authors

Ronald E. Lambeth, Wildlife Biologist, Grand Junction, Colorado
rolambeth@yahoo.com

Dawn R. Reeder, Principal Biologist, Rare Earth Science, LLC, Paonia, Colorado
dawn@rareearthscience.com

## Contract Manager

Melissa S. Siders, Biological Staff Supervisor
U.S. Bureau of Land Management, Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401
(970) 240-5332
Melissa_siders@blm.gov

## Cover Photograph

Northern saw-whet owl photographed in 2003 on U.S. Bureau of Land Management land by R. E. Lambeth.

## Suggested Citation

Lambeth, R. E. and D. R. Reeder. 2009. Migratory Bird Status Literature Review. Prepared by Rare Earth Science, LLC, for the U.S. Bureau of Land Management, Uncompahgre Field Office, Montrose, Colorado.

## Acknowledgements

Many thanks to Coen Dexter of Nucla, Colorado and Jason Beason of Paonia, Colorado for providing expert review and input for the List of Birds of the Uncompahgre Field Office Area.

BLM_0056248

## EXECUTIVE SUMMARY

This Migratory Bird Status Literature Review is intended to support the development of the Environmental Impact Statement and Resource Management Plan for the Uncompahgre Planning Area ("study area") within U.S. Department of the Interior Bureau of Land Management's (BLM's) Uncompahgre Field Office (UFO) administrative boundary.

The principal tasks of this document are as follows:

1.  Compile a database of all known migratory birds occurring in the study area, along with their season(s) of occurrence, preferred habitats, nesting periods, relative abundances, conservation status, and population status;

2.  Map migratory bird diversity for all seasons on a regional scale across the study area;

3.  Develop a list of "status species" for the study area (those assigned a special status by a government agency, a conservation entity, or other expert organization, and that warrant priority consideration during BLM's planning, decision-making, and land management activities in the UFO);

4.  Develop a list of "key watch species" for the study area (species perceived to be in decline or with unknown status in the study area);

5.  Develop a list of "management focus species" for the study area (potential flagship species for each land cover type in the study area whose habitat requirements should inform UFO's planning, decision-making, and land management planning activities in the study area);

6.  Review and synthesize existing migratory bird conservation strategies (publicly available published documents) applicable to the study area;

7.  Compile management recommendations that benefit birds and bird habitats and identify conservation opportunities applicable to the UFO; and

8.  Identify gaps in knowledge and potential research questions pertaining to migratory bird species or their habitats in the study area.

In Chapters 1 and 2, we describe the study area, which encompasses 3.2 million acres in the Colorado Plateau and Southern Rocky Mountain physiographic regions, and lies within Bird Conservation Region 16 in the Intermountain West Avifaunal Biome. Approximately 0.78 million acres of the 3.2 million acre study area are BLM lands. Approximately 1.57 million acres of the study area are split-estate lands or non-BLM lands with subsurface minerals held by the federal government. BLM has the potential to be involved with the management of split-estate lands or other lands with federal minerals when mineral exploration or extraction occurs. The remaining approximately 0.86 million acres of the study area are lands for which BLM has no management potential.

To characterize bird habitat in the study area on a landscape scale, we used Geographic Information Systems (GIS) software to reclass the publicly available Colorado Vegetation Classification Project (CVCP) land cover raster dataset into 31 land cover types. The most abundant land cover types in the study area on BLM lands are the pinyon-juniper woodland types (0.4 million acres), followed by semi-

BLM_0056249

desert shrubland land cover types (0.16 million acres) and sagebrush land cover types (0.14 million acres). These land cover types together account for over 90 percent of all BLM lands in the study area.

In Chapter 3, we identify and describe the birds of the study area. Of the 336 documented bird species in the study area, more than 240 are considered annual residents or visitors. One hundred and ninety-six (196) of the bird species in the study area have been observed on BLM land, and the bulk of at least 30 species in the study area are produced (i.e., the species nest and rear young) on BLM land. An estimated 29 species recorded in the study area are peripheral (at the edge of their range in the study area), 22 species are stenotopic, 43 are habitat obligates, 39 are cavity nesters, and 41 prefer old growth woodlands or forests.

Chapter 4 presents our GIS analysis of bird species richness and diversity across the study area. We found that overall relative species richness in the study area is highest during spring and fall (migration seasons) and lowest during winter. Water and riparian land cover types are consistently highest in species richness throughout the year, whereas the snow, bare soil, alpine/subalpine meadow and shrub, and cliff/rock/talus land cover types are consistently the least species rich. Across the spring, summer, and fall seasons, species richness in the upland land cover types is generally higher in the mid to high-elevation upland forests and woodlands than in shrublands. In winter, pinyon-juniper types and low-elevation shrubland types support the highest upland bird species richness across the study area. BLM lands are relatively more species rich during fall and winter than during summer and spring, and BLM lands are relatively more species rich during winter than other lands in the study area. The highest species richness in the study area during summer, spring, and fall occurs in riparian areas in the river valleys, and on National Forest Lands on the Uncompahgre Plateau, Grand Mesa, the West Elk Mountains, and the San Juan Mountains. Obligate species richness mapping across the study area for summer illustrates the relative importance of BLM lands to the breeding success of obligate birds of the study area.

Our GIS analysis of bird diversity (using the Shannon Index) across the study area suggests that a high level of bird diversity characterizes more land cover types during fall than any other season. The lowest levels of bird diversity across the study area occur during winter, due to lower seasonal bird abundance and lower species richness. Pinyon-juniper woodland land cover types generally support high bird diversity during spring, fall, and winter, and relatively moderate diversity during summer. Ponderosa pine land cover types are also highly bird diverse during spring, summer, and fall. Riparian and water land cover types, although species rich, tend to have only a few species dominating the bird community in terms of relative abundance. Thus their diversity indices are relatively moderate. The spatial pattern of bird diversity across the study area suggests that BLM lands are relatively more bird diverse during spring and winter than during summer and fall, and that BLM lands are have significantly higher bird diversity during winter and spring than other lands in the study area.

Chapters 5, 6, and 7 describe the context of the study area and its birds within the current bird conservation geography, summarize bird conservation status and population trend data, and provide recommendations for three types of management species in the study area: 66 "status species," 23 "key watch species," and from two to 15 "management focus species" for each land cover type in the study area. Status species are birds recognized by a government agency, a conservation entity, or other expert organization, which warrant priority consideration during the UFO's planning, decision-making, and land management activities in the study area, and generally include only species that have, or potentially have, a significant presence on lands managed by the UFO. Key watch species are bird species perceived to be in decline or with unknown status in the study area that could reasonably be monitored on BLM lands. Key watch species may or may not be recognized by other entities as a species of conservation priority (i.e., they may not be status species in the study area). Management

BLM_0056250

focus species are representative species for each land cover type in the study area (some would make appropriate "flagship" species) whose habitat requirements should inform the UFO's planning, decision-making, and land management activities in the study area. Management focus species may or may not be status species or key watch species (i.e., they may not be in decline), but they are often obligates of the land cover type they were chosen to represent.

Chapter 8 summarizes management practices compatible with the maintenance of bird populations and recommendations to specifically benefit birds, organized by BLM activity or permitted activity and by land cover type (habitat). We emphasize management recommendations regarding right-of-way and energy development, recreation, and livestock grazing—activities on BLM lands with the greatest potential to affect birds and their habitats. We place the highest priority on management of land cover types for which BLM has the greatest responsibility in the study area, namely, the pinyon-juniper woodland types, the sagebrush types, and the semi-desert shrubland types, which collectively make up more than 90 percent of BLM lands (surface ownership) in the study area, and 43 percent of all lands with BLM management potential (BLM lands and federal minerals lands) in the study area. A high proportion of the study area's obligate birds are dependent on pinyon-juniper woodland and sagebrush land cover types, implying that BLM has high management responsibility for these species in the region.

In Chapter 9 we identify general knowledge gaps and offer suggestions for further research.

BLM_0056251

# TABLE OF CONTENTS

Document Information and Acknowledgements (*i*)

Executive Summary (*ii*)

Table of Contents (*iii*)

    List of Maps (*iii*)

    List of Tables (*iv*)

Acronyms and Abbreviations (*v*)

Common and Scientific Names of Species (*vi*)

Glossary (*vii*)

    Chapter 1  Introduction

    Chapter 2  Overview of Habitat and Land Status in the Study Area

    Chapter 3  Birds of the Uncompahgre Planning Area

    Chapter 4  Bird Diversity in the Study Area

    Chapter 5  The Study Area in the Context of Existing Bird Conservation Strategies

    Chapter 6  Birds of the Study Area: Conservation Status, Population Trends, and Threats

    Chapter 7  Management Species

    Chapter 8  Management Recommendations

    Chapter 9  Data Gaps and Potential Research Questions

    Chapter 10 Conclusions

**List of Maps**

1-1    Location and overview of the study area (Uncompahgre Planning Area).

2-1    Land status in the study area.

2-2    Land cover types in the study area.

3-1    Significant water and land bird sites in or near the study area.

3-2    Gunnison sage-grouse range in and near the study area depicted with sagebrush land cover types.

3-3    Sage sparrow range in and near the study area depicted with sagebrush land cover types.

4-1    Bird species richness by season.

4-2    Estimated relative bird abundances by season.

4-3    Bird species diversity (Shannon Index) by season.

4-4    Obligate species richness in primary habitats in summer.

BLM_0056252

5-1     The study area in the context of the existing bird conservation geography.

6-1     Breeding Bird Survey (BBS) routes touching the study area.

7-1     Status species richness in primary habitats for each season.

8-1     PCAs and ACECs overlaid on summer relative bird diversity mapping in the study area.

**List of Tables**

2-1     Land cover types in the study area (in shaded cells and bold font), consolidated and reclassed from the Colorado Vegetation Classification Project (CVCP) dataset.

2-2     Areas and percentages of land cover types in the study area by land status, sorted from highest to lowest amounts on BLM lands.

3-1     Birds of the Uncompahgre Planning Area, listed with qualitative seasonal occurrence data and nesting periods.

3-2     Scientific names, American Ornithologists' Union numbers, orders, and families of the birds of the study area.

3-3     Summer habitat matrix for birds of the study area.

3-4     Winter habitat matrix for birds of the study area.

3-5     Spring habitat matrix for birds of the study area.

3-6     Fall habitat matrix for birds of the study area.

3-7     Habitat preferences and characteristics of selected birds of the study area.

3-8     Summer habitat matrix for obligate birds of the study area.

4-1     Bird species richness (S) and estimated relative bird abundances (N) sorted from highest to lowest for each land cover type in the study area in each season.

4-2     Estimated relative bird diversity (H') for each land cover type in the study area, sorted from highest to lowest for each season.

6-1     Summary of conservation status, selected conservation priority rankings, and population trend estimates for all birds of the study area.

6-2     Explanation of Partners In Flight (PIF) population trend scores presented in Table 6-1.

6-3     Sensitivities of selected birds of the study area.

6-4     Selected wildlife sensitivity and indicator thresholds.

7-1     Status species (total of 66) for the study area.

7-2     Key watch species (total of 23) for the study area.

7-3     Recommended management focus species for each land cover type in the study area.

8-1     Areas and percentages of eleven land cover type management groups on BLM land and other land with federal minerals.

8-2     Recommended raptor buffers.

BLM_0056253

# ACRONYMS AND ABBREVIATIONS

| | |
|---|---|
| ACEC | Area of Critical Environmental Concern |
| AOU | American Ornithologists' Union |
| APD | Application for Permit to Drill |
| APHIS | Animal and Plant Health Inspection Service |
| BBA | Breeding Bird Atlas |
| BBS | North American Breeding Bird Survey |
| BCR | Bird Conservation Region |
| BHCA | Bird Habitat Conservation Area |
| BLM | U.S. Department of the Interior, Bureau of Land Management |
| BMP | best management practice |
| CACWG | Colorado All-Bird Conservation Work Group |
| CDOW | Colorado Division of Wildlife |
| CNHP | Colorado Natural Heritage Program |
| CVCP | Colorado Vegetation Classification Project |
| GIS | geographic information systems |
| GMUG | Grand Mesa, Uncompahgre, and Gunnison National Forests |
| GuSGRSC | Gunnison Sage-grouse Rangewide Steering Committee |
| H' | diversity, as calculated using the Shannon Index |
| IAFWA | International Association of Fish and Wildlife Agencies |
| IMW | Intermountain West |
| MAPS | Monitoring Avian Productivity and Survivorship Project |
| MCB | Monitoring Colorado's Birds |
| MIS | Management Indicator Species |
| N | relative abundance (number of individual birds) |
| NABCI | North American Bird Conservation Initiative |
| NCA | National Conservation Area |
| NSO | No surface occupancy |
| PCA | Potential Conservation Area |
| PIF | Partners In Flight |
| RMBO | Rocky Mountain Bird Observatory |
| RMP | Resource Management Plan |
| ROW | right-of-way |
| S | species richness |
| SSS | Special Status Species |
| UFO | Uncompahgre Field Office |
| USDA | U.S. Department of Agriculture |
| USFS | U.S. Forest Service |

BLM_0056254

## COMMON & SCIENTIFIC NAMES OF SPECIES

### Birds[1]

| | |
|---|---|
| Bell's vireo | *Vireo bellii* |
| Black-capped vireo | *Vireo atricapilla* |
| Bronzed cowbird | *Molothrus aeneus* |
| Cactus wren | *Campylorhynchus brunneicapillus* |
| California condor | *Gymnogyps californianus* |
| Chihuahauan raven | *Corvus cryptoleucus* |
| Prothonotary warbler | *Protonotaria citrea* |
| Pyrrhuloxia | *Cardinalis sinuatus* |
| Southwest willow flycatcher | *Empidonax traillii extimus* |
| Vermilion flycatcher | *Pyrocephalus rubinus* |
| White-eyed vireo | *Vireo griseus* |

### Plants

| | |
|---|---|
| Alkali sacaton | *Sporobolus airoides* |
| Aspen | *Populus tremuloides* |
| Basin big sagebrush | *Artemisia tridentata subsp. tridentata* |
| Big sagebrush | *Artemisia tridentata* |
| Bitterbrush | *Purshia tridentata* |
| Black sagebrush | *Artemisia nova* |
| Box elder | *Acer negundo* |
| Broom snakeweed | *Gutierrezia sarothrae* |
| Cheatgrass | *Bromus tectorum* |
| Chokecherry | *Prunus virginiana* |
| Colorado blue spruce | *Picea pungens* |
| Cottonwood | *Populus sp.* |
| Coyote willow | *Salix exigua* |
| Douglas fir | *Pseudotsuga menziesii* |
| Drummond willow | *Salix drummondiana* |
| Engelmann spruce | *Picea engelmannii* |
| Field horsetail | *Equisetum arvense* |
| Fourwing saltbush | *Atriplex canescens* |
| Fremont cottonwood | *Populus deltoides* |
| Galleta | *Pleuraphis jamesii* |
| Gambel oak | *Quercus gambelii* |
| Geyer willow | *Salix geyeriana* |
| Golden currant | *Ribes aureum* |
| Greasewood | *Sarcobatus vermiculatus* |
| Indian ricegrass | *Achnatherum hymenoides* |
| Lodgepole pine | *Pinus contorta* |
| Mat saltbush | *Atriplex corrugata* |
| Medusahead | *Taeniatherum caput-medusae* |
| Mountain alder | *Alnus incana tenuifolia* |
| Mountain big sagebrush | *Artemisia tridentata var. pauciflora* |

---

[1] Common and scientific names of bird species of the study area are presented in Table 3-2 and follow the nomenclature of the American Ornithologists' Union. Other birds listed here are non-study area bird species mentioned in this document.

BLM_0056255

| | |
|---|---|
| Mountain mahogany | *Cercocarpus sp.* |
| Mountain willow | *Salix monticola* |
| Muttongrass | *Poa fendleriana* |
| Narrowleaf cottonwood | *Populus angustifolia* |
| Peachleaf willow | *Salix amygdaloides* |
| Pinyon pine | *Pinus edulis* |
| Planeleaf willow | *Salix planifolia* |
| Ponderosa pine | *Pinus ponderosa* |
| Pricklypear | *Opuntia sp.* |
| Quaking aspen | *Populus tremuloides* |
| Rabbitbrush | *Chrysothamnus sp.* |
| Redosier dogwood | *Cornus sericea* |
| Fremont cottonwood | *Populus deltoides wislizenii* |
| Rocky Mountain juniper | *Juniperus scopulorum* |
| Russian knapweed | *Acroptilon repens* |
| Saltbush | *Atriplex sp.* |
| Sandberg bluegrass | *Poa secunda* |
| Serviceberry | *Amelanchier sp.* |
| Shadscale | *Atriplex confertifolia* |
| Silver buffaloberry | *Shepherdia argentea* |
| Silver sagebrush | *Artemisia cana* |
| Snowberry | *Symphoricarpos sp.* |
| Spikerush | *Eleocharis sp.* |
| Squawapple | *Peraphyllum ramosissimum* |
| Strapleaf willow | *Salix ligulifolia* |
| Subalpine fir | *Abies lasiocarpa* |
| Subalpine willow | *Salix brachycarpa* |
| Tamarisk | *Tamarix sp.* |
| Three-leaf sumac | *Rhus trilobata* |
| Utah juniper | *Juniperus osteosperma* |
| Wild rose | *Rosa sp.* |
| Willow | *Salix sp.* |
| Wyoming big sagebrush | *Artemisia tridentata subsp. Wyomingensis* |

**Mammals**

| | |
|---|---|
| Beaver | *Castor Canadensis* |
| Bison | *Bison bison* |
| Black bear | *Ursus americanus* |
| Deer (mule deer) | *Odocoileus hemionus* |
| Elk | *Cervus elaphus* |
| Wolf | *Canus lupus* |

BLM_0056256

# GLOSSARY

| | |
|---|---|
| BLM land | Land in the study area managed by BLM on behalf of the public (both the surface estate and subsurface minerals are managed by BLM). |
| Diversity (H') | Species diversity. An index of bird community diversity that takes into account both species richness (S) and the relative abundance of individual birds (N). In this document, bird diversity for a habitat (land cover type) is calculated using the Shannon Index. |
| Endemic species | A species restricted to a particular locality; a species native to a particular region. |
| Federal minerals land | For the purposes of this document, any land where the subsurface minerals are administered by the federal government (BLM), but the surface estate is owned and managed by another party (a non-BLM entity). The surface estate of such land has potential for BLM management when subsurface federal mineral rights are leased and exercised. |
| Fossorial mammal | A mammal adapted for digging or burrowing (e.g., prairie dog). |
| Fragmentation | The breaking up of a habitat or ecosystem into smaller pieces or patches. In a fragmented habitat, suitable habitat remains only as remnant patches surrounded by unusable environment. Populations of species, especially obligate species, decline because of lower reproduction rates or higher mortality in remaining habitat. With increasing fragmentation in a landscape, the importance of stochastic effects increases and may hasten local extirpation. With the reduction of the number of suitable patches and connectivity of patches in a region, regional extinction, especially of obligate species, also becomes more probable. |
| Krumholz formation | Woodlands of high elevations with stunted trees (trees with shrub-like stature) caused by harsh climate conditions. |
| Land status | Ownership or administrative status of land parcels, both surface (real estate) and subsurface (mineral rights or mineral estate). See "BLM land," "federal minerals land," and "split-estate land." |
| Locally nesting species | The species' nesting activities are restricted to a particular locale; not widespread in a region. |
| Obligate species | A species dependent on a particular habitat or habitat feature for survival. |
| Passerine | A bird belonging to the order Passeriformes, the largest order of birds. Sometimes referred to as perching birds, or less accurately, as songbirds. |

BLM_0056257

| | |
|---|---|
| Peripheral species | A species at the edge of its ecological range or habitat zone; a geographically or ecologically marginal species. |
| Philopatric species | Species with tendency of offspring to return to their natal home range to reproduce, or species with the tendency to remain in or habitually return to its native regions or territories. |
| Population | A group of individuals of one species in an area or region. |
| Range | The geographic spatial range of a species. Used synonymously with "species distribution." |
| Relative abundance (N) | The number of individual birds. |
| Species richness (S) | The number of species. |
| Split-estate land | A parcel of property consisting of two separate legal estates: the "surface estate" and the "mineral estate." The surface estate is typically owned and managed by a private party (or non-federal government entity) and the subsurface mineral estate is owned, leased, and managed by the federal government (BLM). |
| Stenotopic species | A species able to tolerate only a narrow range of environmental conditions. |
| Visitor | During summer, a bird that occupies the area during nesting season but does not behave like a summer resident and does not nest. During other seasons, "visitor" implies that the species is not found in the area every year. |

BLM_0056258

## Chapter 1

## INTRODUCTION

**Purpose & Scope**

This Migratory Bird Status Literature Review is intended to support the development of the Environmental Impact Statement for the upcoming revisions to the U.S. Department of the Interior Bureau of Land Management's (BLM's) Resource Management Plans (RMPs) and help guide BLM's ongoing resource management activities in the Uncompahgre Planning Area within BLM's Uncompahgre Field Office (UFO) administrative boundary. The Uncompahgre Planning Area (BLM 2008) encompasses all lands lying within the UFO administrative boundary (Map 1-1) except the Gunnison Gorge National Conservation Area (NCA) and Wilderness (the Gunnison Gorge Planning Area).

The Uncompahgre Planning Area is currently managed under two RMPs: the San Juan-San Miguel RMP (BLM 1986) and the Uncompahgre Basin RMP (BLM 1988). After the completion of the upcoming RMP revisions, the Uncompahgre Planning Area will be managed under a new Uncompahgre RMP (resulting from the consolidation of the San Juan-San Miguel and Uncompahgre Basin RMPs) and an RMP to be developed for the newly designated Dominguez-Escalante NCA, a portion of which lies within the UFO (Map 1-1).

Throughout the remainder of this document, we refer to the Uncompahgre Planning Area as the "study area." Certain aspects of this document (e.g., management recommendations) do have relevance for the entire UFO area.

The principal tasks of this document are as follows:

9. Compile a database of all known migratory birds occurring in the study area, along with their season(s) of occurrence, preferred habitats, nesting periods, relative abundances, conservation status, and population status;

10. Map migratory bird diversity for all seasons on a regional scale across the study area;

11. Develop a list of "status species" for the study area (those assigned a special status by a government agency, a conservation entity, or other expert organization, and that warrant priority consideration during BLM's planning, decision-making, and land management activities in the UFO);

12. Develop a list of "key watch species" for the study area (species perceived to be in decline or with unknown status in the study area);

13. Develop a list of "management focus species" for the study area (potential flagship species for each land cover type in the study area whose habitat requirements should inform UFO's planning, decision-making, and land management planning activities in the study area);

14. Review and synthesize existing migratory bird conservation strategies (publicly available published documents) applicable to the study area;

BLM_0056259

15. Compile management recommendations that benefit birds and bird habitats and identify conservation opportunities applicable to the UFO; and

16. Identify gaps in knowledge and potential research questions pertaining to migratory bird species or their habitats in the study area.

## Document Organization and Nomenclature

This document is arranged in chapters hyperlinked to the table of contents. Literature citations for each chapter are found at the end of each chapter's text. Maps and tables follow the text of the chapter in which they were first referenced.

Nomenclature for migratory birds (both common and scientific names) throughout this document follows the American Ornithologists' Union check-list of North American Birds (AOU 2009). Scientific names for plants and non-domestic animals mentioned by common name throughout this document are listed in the front matter (page viii). Selected terms are explained in the glossary beginning on page xi.

## Datasets Generated for this Review

To produce maps and facilitate landscape scale habitat analysis for this review, we generated a spatial (raster) dataset using ESRI® geographic information systems (GIS) software, ArcGIS 9.3™. We generated a database (Master List of Birds of BLM's Uncompahgre Planning Area and bird habitat matrices) in Microsoft Office Excel 2007®, from which the tables presented in this document are derived.

These data or portions thereof are available by request from the UFO in Montrose, Colorado (contact information is provided on page i of this document).

## Limitations

While maps included with hard copies or electronic copies of this document help the user visualize the concepts presented on a study-wide regional scale, users wishing to use this mapping for resource management or planning purposes should view the spatial data directly at high resolution using GIS software.

## Literature Cited

AOU. 2009. *Check-list of North American birds, 7th ed.* Lawrence, KS: American Ornithologists' Union.

BLM. 1986. San Juan-San Miguel resource management plan and environmental impact statement: U. S. Department of the Interior, Bureau of Land Management, Montrose District, San Juan Resource Area and Uncompahgre Basin Resource Area, Colorado.

BLM. 1988. Uncompahgre Basin resource management plan and environmental impact statement: U. S. Department of the Interior, Bureau of Land Management, Montrose District, Uncompahgre Basin Resource Area, Colorado.

BLM. 2008. Preparation Plan for the Uncompahgre Resource Management Plan: U. S. Department of the Interior, Bureau of Land Management, Uncompahgre Field Office, Montrose, Colorado.

BLM_0056260