management practices. Certain sagebrush species such as sage sparrow are found in lower abundances in sagebrush habitats with annual weed understories (Boyle and Reeder 2005), and ground cover densities of annual weed understories may be unsuited to foraging activities and/or nesting of several of the species of concern (see Herbaceous Weed column in Table 6-3). Annual weed understories, especially cheatgrass, can provide dry fuel that accelerates fire-return intervals in sagebrush, eventually resulting in conversion of sagebrush shrublands to cheatgrass monocultures.

### Roads

Of the many human alterations to the landscape, roads contend to be most pervasive and impactful to birds and other wildlife. Roads cause direct effects (roadkills, displacement from habitat, loss of habitat), indirect effects (introduction of increased human disturbance to habitat interiors, increase in predacious generalist species that associate with human activity), and long-term effects (habitat fragmentation, introduction of weeds). On the other hand, roads provide access for humans to enjoy birds and perform actions that can benefit birds. Roadkills feed scavenging birds, and it has been suggested that roads and roadkills provide an effective wildlife population monitoring opportunity (Erritzoe et al. 2003). Yet despite their usefulness, it is the adverse effects of roads on birds and other wildlife that warrant assessment. Lalo (1987) reports that birds make up two-thirds of the wildlife roadkills in the United States. The observations made should give insights into other public land activities, particularly to other rights-of-way forms, usually to a lesser degree (see discussion of trails below).

Roads affect wildlife through collision mortality, physical barriers, habitat reduction/fragmentation, importation of disturbance and elevated harvest rates, paths for spread of weeds, pollution, and increased erosion and sedimentation. Road width, traffic volume, nature of the right-of-way edges, and species of animal are relevant factors. Erritzoe et al. (2003) cite several studies implicating collisions with motor vehicles as the prime source of mortality in declining owl populations, notably barn owls. They offer suggestions on how to reduce roadkills, some of which may be useful to public land managers (we have incorporated relevant suggestions in Chapter 8)

Reijnen et al. (1995), in paired site testing, estimated in the Netherlands that 60 percent of woodland bird species showed evidence of depressed numbers near roads. Even in a heavily forested area of Vermont, ovenbirds showed reduced densities of breeding territories and reduced pairing success within 500 feet of forest roads (Ortega and Capen 1999). Habitat patch size was apparently truncated by roads. Rosenberg et al. (1999) suggest that sensitivity to habitat patch size is present, yet may be less in birds of the intermountain west. Whatever the specific effect of roads on wildlife, the effects correlate with the density of roads across the landscape.

Fuller et al. (1992) found road density tolerance by wolves in Minnesota be related to human population densities. Wolves would persist where road density was less than 1.12 mi/mi² and human population density was less than 10 persons per square mile or where road density was less than 0.8 mi/mi² in area with human population density was less than 20 persons per square mile. Mech et al. (1988) and Mech (1989) found that the road density tolerance threshold for wolves in Minnesota was related to an area's surroundings, 0.58 mi/mi² if far from a roadless area and 0.73 mi/mi² if next to a roadless area. Hightower (2001) found neither aversion nor attraction behavior by black bears to trails or low-traffic volume roads in a forested habitat of Louisiana. In a study at Big Bend National Park, Texas, a more open habitat, black bears avoided areas within 328 feet of trails (Onoratol et al. 2003). Both the Louisiana and Texas cases were where bears were not hunted. In a Vermont study, roads that were used by houndsmen pursuing bears were generally avoided by black bears (Hammond 2002). Brody and Pelton (1989) state that as road densities rise within a bear's home range, a threshold is reached,

BLM_0056358

whereupon black bears abandon their habitats and seek new home ranges with lower road densities. The authors observe that before reaching that road density threshold, bears adjust their movements within existing home ranges so as to minimize the risks associated with road crossings. Table 6-4 presents road effect thresholds for selected wildlife found in literature.

*Trails*

Trails typically have far fewer adverse effects on wildlife habitats than roads. They are usually less of a barrier, lower on collision hazards, and import fewer other disturbance factors. Miller et al. (1998) summarized that generalist bird species are more abundant near trails and specialist species are less common. At their study sites in the Boulder Colorado Open Space the grassland birds were less likely to nest near trails. Within both grassland and forests, nest predation was greater near trails. In forests, the rate of brood parasitism was not influenced by trails. No brood parasitism was found in the grassland ecosystem. Miller et al. (2001) determined alarm responses in three species of birds and mule deer to pedestrians and dogs (Table 6-4). The significant findings were that the birds were equally disturbed by humans and dogs yet the deer were more alarmed by dogs, and responses were significantly less when humans and/or dogs were on a trail than off-trail. Predictability of human activity appears to matter to both birds and deer. The findings above are statistically significant. That they are biologically significant is suggested by the finding that birds tend to avoid nesting close to trails, although there are exceptions, such as great horned owls that begin nesting in the winter before trail use becomes heavy. Trail routes through constricted habitats, especially along streams, should consider the effect on birds and include deviations that leave sections of the habitat intact.

*Grazing*

The effects of livestock grazing on birds depend on a complex array of variables such as timing, intensity, duration, and season of grazing; grazing rotation schedules; plant community composition; drought and other climatic factors; and a particular species' structural and physiognomic habitat requirements (Bock et al. 1992; Saab et al. 1995). Livestock can trample nests of breeding passerines, northern harriers, and other low or ground nesting birds, directly affecting reproductive success. Livestock may attract cowbirds that parasitize passerine nests (see below). Livestock trample biological soil crusts in sagebrush, semi-desert, and pinyon-juniper habitats, which are slow to recover and play an important role in the germination of native grass and forb seeds. Livestock also selectively graze grasses and forbs that may be necessary cover or forage for species of concern. In the long-term, selective removal of plant components by livestock may result in floristic and physiognomic shifts in plant communities that benefit some species of concern but not others.

*Cowbird Parasitism*

The brown-headed cowbird's reproductive strategy is to deposit its eggs in other birds' nests to be incubated, hatched, and raised by foster parents (brood or nest parasitism). The cowbird followed bison until the demise of the great migratory herds (Rothstein 1994). Since then, it has developed an association with domestic livestock, which is generally consistently resident in the same pastures over time. Cowbirds were likely rare or accidental in the study area before the arrival of domestic livestock; cowbird numbers have almost certainly increased in western Colorado. Thus, philopatric bird species nesting on rangelands are under greater pressure from cowbird parasitism during the course of their lifetimes than they were prior to Euro-American settlement in the study area. By law, the Migratory Bird Treaty Act and its accompanying regulations, identifies the brown-headed cowbird to be a native species in the study area. Nest parasitism generally appears to be less impactful to the host than nest predation.

BLM_0056359

As of the mid 1990s, 59 species of birds were known to host cowbird eggs and chicks in Colorado (Chase in Kingery (1998)). The effects on cowbird predation on the reproductive success of these species in the study area are unknown. Cowbirds typically choose birds smaller than they are for hosts. Flycatchers, warblers, buntings, and sparrows are common hosts. Even the cavity-nesters, house and Bewick's wrens have hosted cowbirds. The Colorado Breeding Bird Atlas project identified the western kingbird and the significantly larger common grackle as hosts. One optimistic cowbird female entrusted her egg with a blue-winged teal hen. Vireos, as a group, seem particularly susceptible to population impacts from host nest parasitism, e.g., Bell's vireos in California, black-capped and white-eyed vireos in Oklahoma and Texas, and warbling and plumbeous vireos in Colorado (Brown 1993; Chase 1995; Grzybowski 1995; Ortega and Peer 2005). A cowbird can lay up to 40 eggs a season. The effects on hosts vary because of differing host responses to cowbird eggs appearing in the nest. In southwest Colorado 36 percent of yellow warbler nests were parasitized and yet nesting success was equal to unparasitized nests (Ortega and Mermoz 2005). Yellow warblers often add nest floor material to cover up the cowbird egg. Some species are able to raise their own young along with the foster chick. Others can re-nest and raise a brood of their own species. Northern mockingbirds will drive cowbirds away. Some, such as the western meadowlark, will usually, but not always, push a cowbird egg out of its nest (Peer et al. 2000). In a study of prothonotary warblers, Lovette (2008) found that cowbirds apparently monitored the intended hosts' nests. Whenever a cowbird egg was removed or destroyed, the cowbirds retaliated and destroyed the unwilling hosts' eggs. Furthermore, if cowbirds found the warbler eggs were too close to hatching they would destroy the eggs, obliging the warblers to begin a new clutch suitable for the cowbirds to deposit their eggs with them. This was called "egg farming." Burhans and Thompson (2006) determined that in a Missouri shrubland the higher the nest the less it was parasitized. Cowbird parasitism increased by 1.42 percent for every 1 meter height of the nest.

Livestock grazing management can modify levels of cowbird parasitism. A review of each grazing allotment to determine if any pastures have livestock in them sometime within every nesting season could reveal where adjustments for nesting birds should be made. Small and custodial allotments would have less flexibility. Fortunately for potential host bird species, continuous season-long grazing is no longer a popular grazing prescription. Cowbirds are daily commuters. Curson et al. (2000) cite studies that show that the typical limit of the commute between roosting/feeding areas and breeding areas is under 7 km (4.3 mi). Understanding this, managers in Arizona's Coconino National Forest are using livestock to create enhanced cowbird feeding areas away from Southwest willow flycatcher nesting areas. Curson et al. (2000) cite studies showing that the density of parasitizing cowbirds begins to diminish a short distance out from their roosting and feeding areas.

### Noise

Francis et al. (2009) studied high noise sites at oil and gas fields and showed that that noise alone reduces nesting species richness and leads to different avian communities. Their findings suggested that noise can have cascading consequences for communities through altered species interactions. Contrary to expectations, noise indirectly facilitates reproductive success of noise-tolerant individuals nesting in noisy areas as a result of the disruption of predator-prey interactions. The higher reproductive success for birds within noisy habitats may be a previously unrecognized factor contributing to the success of urban-adapted species and the loss of birds less tolerant of noise.

### Literature Cited

Belnap, J. 1994. Potential role of cryptobiotic crusts in semiarid rangelands. In Ecology and management of annual rangelands, edited by S. B. Monsen and S. G. Kitchen: USDA Forest Service Technical Report INT-GTR-313. Intermountain Research Station, Ogden, UT.

BLM_0056360

Best, Louis. B. 1972. First-year effects of sagebrush control on two sparrows. Journal of Wildlife Management 36:534-544.

BLM. 2000. Colorado BLM State Director's sensitive species list (animals and plants) June, 2000: U. S. Bureau of Land Management.

Bock, C. E., and J. H. Bock. 1987. Avian habitat occupancy following fire in a Montana shrubsteppe. Prairie Naturalist 19:153-158.

Bock, C. E., J. H. Bock, and B. C. Bennett. 1999. Songbird abundance in grasslands at a suburban interface on the Colorado high plains. Studies in Avian Biology 19:131-136.

Bock, C. E., J. H. Bock, W. R. Kenney, and V. M. Hawthorne. 1984. Responses of birds, rodents, and vegetation to livestock exclosure in a semidesert grasslands site. Journal of Range Management 37:239-242.

Bock, C. E., V. A. Saab, T. D. Rich, and D. S. Dobkin. 1992. Effects of livestock grazing on neotropical migratory landbirds in western North America. In Status and management of neotropical migratory birds, edited by D. M. Finch and P. W. Stangel: USDA Forest Service, General Technical Report RM-229.

Boyle, S. A., and D. R. Reeder. 2005. Colorado sagebrush: a conservation assessment and strategy. Accessed at: http://wildlife.state.co.us/WildlifeSpecies/SagebrushConservation/. Grand Junction: Colorado Division of Wildlife.

Brody, A. J., and M. R. Pelton. 1989. Effects of roads on black bear movements in western North Carolina. Wildlife Society Bulletin 17:5-10.

Brown, B. T. 1993. Bell's Vireo (Vireo bellii). In The Birds of North America Online, edited by A. Poole. Ithaca: Cornell Lab of Ornithology. Accessed at: http://bna.birds.cornell.edu/bna/species/035.

Brown, S., C. Hickey, B. Harrington, and R. Gill. 2001. United States shorebird conservation plan. 2nd ed. Manomet, MA: Manomet Center for Conservation Sciences.

Burhans, D., and F. Thompson. 2006. Songbird abundance and parasitism differ between urban and rural shrublands. Ecological Applications 16 (1):394-405.

CACWG, and IWJV. 2005. Coordinated implementation plan for bird conservation in western Colorado. Denver: Colorado Steering Committee - Intermountain West Joint Venture and the Colorado All-bird Conservation Working Group.

CDOW. 2005. Gunnison sage-grouse rangewide conservation plan (updated in 2008). Available at http://wildlife.state.co.us/WildlifeSpecies/SpeciesOfConcern/Birds/GunnisonConsPlan.htm. Denver: Colorado Division of Wildlife.

Chase, J. 1995. The factors affecting the reproductive success of the solitary vireo (Vireo solitarius plumbeus) in Colorado. Master of Science Thesis, Univ. of Colorado, Boulder.

Craig, G. R. 2002. Recommended buffer zones and seasonal restrictions for Colorado raptors: Colorado Division of Wildlife. December 19.

BLM_0056361

Crawford, J. A., R. A.  Olson, N. E. West, J. C. Mosley, M. A. Schroeder, T. D. Whitson, R. F. Miller, M. A. Gregg, and C. S. Boyd. 2004. Synthesis paper: ecology and management of sage-grouse and sage-grouse habitat. Journal of Range Management 57:2-19.

Curson, D., C. Goguen, and N. Mathews. 2000. Long-distance commuting by brown-headed cowbirds in New Mexico. The Auk 117 (3):795-799.

Dechant, J. A., M. F. Dinkins, D. H. Johnson, L. D. Igl, C. M. Goldade, and B. R. Euliss. 2000. Effects of management practices on grassland birds: vesper sparrow (revised 2002). Jamestown, North Dakota: Northern Prairie Wildlife Research Center.

Dobkin, D. S., and J. D. Sauder. 2004. Shrubsteppe landscapes in jeopardy: distributions, abundances, and the uncertain future of birds and small mammals in the intermountain west. Bend, Oregon: High Desert Ecological Research Institute.

Erritzoe, J., T. Mazgajski, and L. Rejt. 2003. Bird casualties on European roads – a review. Acta Ornithologica 38 (2):78-92.

Francis, C. D., C. P. Ortega, and A. Cruz. 2009. Noise pollution changes avian communities and species interactions. Current Biology 19 (16):1415-1419.

Franzreb, K. E., and R. D. Ohmart. 1978. The effects of timber harvesting on breeding birds in a mixed-coniferous forest. Condor 80:431-441.

Freddy, D. J., W. M. Bronaugh, and M. C. Fowler. 1986. Responses of mule deer to disturbance by persons afoot and snowmobiles. Wildlife Society Bulletin 14:63-68.

Fuller, T. K., W. E.  Berg, G. L.  Radde, M. S. Lenarz, and G. B. Joselyn. 1992. A history and current estimate of wolf distribution and numbers in Minnesota. Wildlife Society Bulletin 20:42-55.

Gehring, J., P. Kerlinger, and A. M. Manville II. 2009. Communication towers, lights, and birds: successful methods of reducing the frequency of avian collisions. Ecological Applications 19 (2):505-514.

Gillihan, S. W. 2006. Sharing the land with pinyon-juniper birds. Salt Lake City, UT: Partners in Flight Western Working Group. Accessed at: http://www.rmbo.org/dataentry/postingArticle/dataBox/PJ%20manual%20Nov%2008%20low-res.pdf.

Grzybowski, J. A. 1995. Black-capped vireo (Vireo atricapilla). In The Birds of North America Online, edited by A. Poole. Ithaca: Cornell Lab of Ornithology. Accessed at: http://bna.birds.cornell.edu/bna/species/181.

GuSGRSC. 2005. Gunnison sage-grouse rangewide conservation plan. Gunnison Sage-Grouse Rangewide Steering Committee. Avalailable at http://wildlife.state.co.us/WildlifeSpecies/SpeciesOfConcern/Birds/GunnisonConsPlan.htm. Denver, Colorado: Colorado Division of Wildlife.

Hammond, F. M. 2002. The effects of resort and residential development on black bears in Vermont: Vermont Agency of Natural Resources.

BLM_0056362

Hemstrom, M. A., M. J. Wisdom, W. J. Hann, M. M. Rowland, B. C. Wales, and R. A. Gravenmier. 2002. Sagebrush-steppe vegetation dynamics and restoration potential in the interior Columbia Basin, U.S.A. Conservation Biology 16 (5):1243-1255.

Hightower, D. A. 2001. Fine scale movements and habitat use of black bears in south central Louisiana, Louisiana State University, Master of Science Thesis.

Hutchings, S. W. Unpublished. Nesting ecology of the sage thrasher in north central Colorado. Brighton: Colorado Bird Observatory.

Ingelfinger, F. 2001. The effects of natural gas development on sagebrush steppe Passerines in Sublette County, Wyoming. Master of Science Thesis, Univ. of Wyoming, Laramie.

Ingelfinger, F., and S. Anderson. 2004. Passerine response to roads associated with natural gas extraction in a sagebrush steppe habitat. Western North American Naturalist 63 (3):385-395.

Kantrud, H. A., and R. L. Kologiski. 1982. Effects of soils and grazing on breeding birds on uncultivated native upland grasslands and shrubsteppe in the northern Great Plains: U. S. Fish & Wildlife Service.

Kingery, H. E., ed. 1998. Colorado Breeding Bird Atlas. Denver: Colorado Bird Atlas Partnership & Colorado Div. of Wildlife.

Knick, S. T., D. S. Dobkin, J. T. Rotenberry, M. A. Schroeder, W. M. Vander Haegen, and C. Van Riper III. 2003. Teetering on the edge or too late? Conservation and research issues for avifauna of sagebrush habitats. Condor 105:611-634.

Knick, S. T., and J. T. Rotenberry. 1995. Landscape characteristics of fragmented shrubsteppe habitats and breeding passerine birds. Conservation Biology 9:1059-1071.

Knick, S. T., and J. T. Rotenberry. 1999. Spatial distribution of breeding passerine bird habitats in a shrubsteppe region of southwestern Idaho. Studies in Avian Biology 19:104-111.

Knick, S. T., and J. T. Rotenberry. 2000. Ghosts of habitats past: contribution of landscape change to current habitats used by shrubland birds. Ecology 81:220-227.

Knick, S. T., and J. T. Rotenberry. 2002. Effects of habitat fragmentation on passerine birds breeding in intermountain shrubsteppe. Studies in Avian Biology 25:130-140.

Knopf, F. L. 1994. Avian assemblages on altered grasslands. Studies in Avian Biology 15:247-257.

Knopf, F. L., J. A. Sedgwick, and D. B. Inkley. 1990. Regional correspondence among shrubsteppe bird habitats. Condor 92:45-53.

Kushlan, J. A., M. J. Steinkamp, K. C. Parsons, J. Capp, M. Acosta Cruz, M. Coulter, I. Davidson, L. Dickson, N. Edelson, R. Elliot, R. M. Erwin, S. Hatch, S. Kress, R. Milko, S. Miller, K. Mills, R. Paul, R. Phillips, J. E. Saliva, B. Sydeman, J. Trapp, J. Wheeler, and K. Wohl. 2002. Waterbird Conservation for the Americas: the North American waterbird conservation plan, Version 1. Washington, DC: Waterbird Conservation for the Americas. Accessed at: http://www.waterbirdconservation.org/nawcp.html.

BLM_0056363

Lalo, J. 1987. The problem of road kill. American Forests September-October.

Leukering, T., M. F. Carter, A. Panjabi, D. Faulkner, and R. Levad. 2000. Monitoring Colorado's birds: the plan for count-based monitoring. Brighton, Colorado: Rocky Mountain Bird Observatory in cooperation with U. S. Forest Service, Colorado Division of Wildlife, and Bureau of Land Management (updated 2004).

Lovette, I. 2008. Extortion rackets and egg farming by cowbirds. Birdscope 2 (2).

Mech, L. D. 1989. Wolf population survival in an area of high road density. American Midland Naturalist 121:387-389.

Mech, L. D., S. H. Fritts, G. L. Radde, and W. J. Paul. 1988. Wolf distribution and road density in Minnesota. Wildlife Society Bulletin 16:85-87.

Miller, R. F., and Rose J. A. 1999. Fire history and western juniper encroachment in sagebrush steppe. Journal of Range Management 52:550-559.

Miller, S. G., R. L. Knight, and C. K. Miller. 1998. Influence of recreational trails on breeding bird communities. Ecological Applications 8:162-169.

Miller, S., R. Knight, and C. Miller. 2001. Wildlife responses to pedestrians and dogs. Wildlife Society Bulletin 29 (1):124-132.

Mills, S. G., J. B. Jr. Dunning, and J. M. Bates. 1989. Effects of urbanization on breeding bird community structure in southwestern desert habitats. Condor 91:416-428.

Naugle, D. E., B. L. Walker, and K. E. Doherty. 2006. Sage-grouse population response to coal-bed natural gas development in the Powder River Basin: Interim Progress Report on Region-wide Lek-count Analysis. Bozeman: Univ. of Montana.

Onoratol, D., P. Hellgreni, F. S. Mitchell, and J. R. Skiles. 2003. Home range and habitat use of American black bears on a desert montane island in Texas. Ursus 14:2.

Ortega, C. J., and B. D. Peer. 2005. Research directions and cowbird (Molothrus spp.) management. Ornithological Monographs 2005 (57):1-5.

Ortega, C. P., and M. E. Mermoz, eds. 2005. Issues and controversies of cowbird management. Edited by C. P. Ortega, J. Chase and B. D. Peer. Vol. 57, Ornithological Monographs.

Ortega, Y. K., and D. E. Capen. 1999. Effects of forest roads on habitat quality for ovenbirds in a forested landscape. The Auk 116 (4):937-946.

Oyler-McCance, S. J., K. P. Burnham, and C. E. Braun. 2001. Influence of changes in sagebrush on Gunnison sage grouse in southwestern Colorado. The Southwestern Naturalist 46 (3):323-331.

Paige, C., M. Koenen, D. Kwan, and D. W. Mehlman. 1999. Species management abstract: Brewer's sparrow (Spizella breweri). Arlington: The Nature Conservancy.

BLM_0056364

Paige, C., and S. A. Ritter. 1999. Birds in a sagebrush sea: managing sagebrush habitats for bird communities. Boise, Idaho: Partners in Flight Western Working Group. Accessed at: http://www.partnersinflight.org/wwg/sagebrush.pdf.

Panjabi, A. O., E. H. Dunn, P. J. Blancher, W. C. Hunter, B. Altman, J. Bart, C. J. Beardmore, H. Berlanga, G. S. Butcher, S. K. Davis, D. W. Demarest, R. Dettmers, W. Easton, H. Gomez de Silva Garza, E. E. Inigo-Elias, D. N. Pashley, C. J. Ralph, T. D. Rich, K. V. Rosenberg, C. M. Rustay, J. M. Ruth, J. S. Wendt, and T. C. Will. 2005. The Partners in Flight handbook on species assessment. Version 2005. Partners in Flight Technical Series No. 3. Accessed at Rocky Mountain Bird Observatory: http://www.rmbo.org/pubs/downloads/Handbook2005.pdf.

Peer, B. D., S. K. Robinson, and J. R. Herkert. 2000. Egg rejection by cowbird hosts in grasslands. Auk 117:892-901.

PIF. 2000. Colorado Land Bird Conservation Plan. Colorado Partners In Flight. Available at http://www.rmbo.org/pif/bcp/intro/exsum.htm.

PIF. 2009. Partners in Flight Species Assessment Database. Accessed at: http://www.rmbo.org/pif/pifdb.html.

Reed, J. M. 1986. Vegetation structure and vesper sparrow territory location. The Wilson Bulletin 98 (1):144-147.

Reijnen, R., R. Foppen, C. Ter Braak, and J. Thissen. 1995. The effects of car traffic on breeding bird populations in woodlands: reduction of density in relation to the proximity of main roads. Journal of Applied Ecology 32:187-202.

Reynolds, T. D. 1981. Nesting of the sage thrasher, sage sparrow, and Brewer's sparrow in southeastern Idaho. Condor 83:61-64.

Reynolds, T. R., and B. D. Linkhart. 1992. Flammulated owls in ponderosa pine: evidence of preference for old growth. Paper read at Old-growth forests in the Southwest and Rocky Mountain regions (U.S. Forest Service General Technical Report RM-213).

Rich, T. D., C. J. Beardmore, H. Berlanga, P. J. Blancher, M. S. W. Bradstreet, G. S. Butcher, D. W. Demarest, E. H. Dunn, W. C. Hunter, E. E. Inigo-Elias, J. A. Kennedy, A. M. Martell, A. O. Panjabi, D. N. Pashley, K. V. Rosenberg, C. M. Rustay, J. S. Wendt, and T. C. Will. 2004. Partners in Flight North American Landbird Conservation Plan. Ithaca, NY: Cornell Lab of Ornithology. Accessed at: http://www.partnersinflight.org/cont_plan/. (VERSION: March 2005).

Richardson, C. T., and C. K. Miller. 1997. Recommendations for protecting raptors from human disturbance: a review. Wildlife Society Bulletin (25):634–638.

Rosenberg, K. V., J. D. Lowe, and A. A. Dhondt. 1999. Effects of forest fragmentation on breeding tanagers: a continental perspective. Conservation Biology 13:568-583.

Rotenberry, J. T., and J. A. Wiens. 1980a. Temporal variation in habitat structure and shrubsteppe bird dynamics. Oecologia 47:1-9.

BLM_0056365

Rotenberry, J. T., and S. T. Knick. 1999. Multiscale habitat associations of the sage sparrow: implications for conservation biology. Studies in Avian Biology 19:95-103.

Rotenberry, J. T., and J. A. Wiens. 1980b. Habitat structure, patchiness, and avian communities in North American steppe vegetation: a multivariate analysis. Ecology 61 (5):1228-1250.

Rothstein, S. I. 1994. The cowbird's invasion of the far west: history, causes and consequences experienced by host species. Studies in Avian Biology 15:301-315.

Saab, V. A., C. E. Bock, T. D. Rich, and D. S. Dobkin. 1995. Livestock grazing effects in western North America. In Ecology and management of neotropical migratory birds, edited by T. E. Martin and D. M. Finch. New York: Oxford University Press.

Schaid, T. A., D. W. Uresk, W. L. Tucker, and R. L. Linder. 1983. Effects of surface mining on the vesper sparrow in the northern Great Plains. Journal of Range Management 36:500-503.

Schroeder, M. A., and D. L. Sturges. 1975. The effect on the Brewer's sparrow of spraying big sagebrush. Journal of Range Management 28 (4):294-297.

Sedgwick, James A. 1987. Avian habitat relationships in pinyon-juniper woodland, northwest Colorado. The Wilson Bulletin 99 (3):413-431.

USFWS. 2008. Birds of conservation concern 2008. Arlington, Virginia: U. S. Department of Interior, Fish and Wildlife Service, Division of Migratory Bird Management.

USFWS, and Environment-Canada. 1986 [as updated]. North American Waterfowl Management Plan: A Strategy for Cooperation: U.S. Fish & Wildlife Service and Environment Canada. Available at http://www.fws.gov/birdhabitat/NAWMP/files/NAWMP.pdf.

Vickery, P. D., and J. R. Herkert, eds. 1999. Ecology and conservation of grassland birds of the western hemisphere. Edited by J. T. Rotenberry. Vol. 19, Studies in Avian Biology. Camarillo, California: Cooper Ornithological Society.

Wiens, J. A. 1977. On competition and variable environments. American Scientist 65:590-597.

Wiens, J. A., and J. T. Rotenberry. 1981. Habitat associations and community structure of birds in shrubsteppe environments. Ecological Monographs 51 (1):21-41.

Wiens, J. A., and J. T. Rotenberry. 1985. Response of breeding passerine birds to rangeland alteration in a North American shrubsteppe locality. Journal of Applied Ecology 22:655-668.

Wilbert, M., J. Thompson, and N. W. Culver. 2008. Analysis of habitat fragmentation from oil and gas development and its impact on wildlife: a framework for public land management planning: The Wilderness Society.

Winter, B. M., and L. B. Best. 1985. Effect of prescribed burning on placement of sage sparrow nests. Condor 87:294-295.

Winternitz, B. L. 1976. Temporal change and habitat preference of some montane breeding birds. Condor 78:383-393.

BLM_0056366

Wisdom, M. J., M. M. Rowland, B. C. Wales, M. A. Hemstrom, W. J. Hann, M. G. Raphael, R. S. Holthausen, R. A. Gravenmier, and T. D. Rich. 2002a. Modeled effects of sagebrush-steppe restoration on greater sage-grouse in the interior Columbia Basin, USA. Conservation Biology 16 (5):1223-1231.

Wray, T., and R. C. Whitmore. 1979. Effects of vegetation on nesting success of vesper sparrows. Auk 96:802-805.

BLM_0056367

Map 6-1
Breeding Bird Survey (BBS) routes touching the study area.

Breeding Bird Survey routes from the USGS Patuxent Wildlife Research Center (downloaded at http://nationalatlas.gov/atlasftp.html?openChapters=chpbio#chpbio)

*U.S. Bureau of Land Management*
*Uncompahgre Field Office*

*Migratory Bird Status*
*Literature Review*

Table 6-1. Summary of conservation status,[a] selected conservation priority rankings,[b] and population trend estimates for all birds of the study area.

| Common Name[c] | CO Game | BLM SS | BCR16 List | State ESA | State T&E | State MBTA | CHNP Track | CLBP Priority | WF Priority | SB CC | WB Rule | CCWCP Tier | PS-g | BD-g | ND-g | TB-c | TN-c | PT-c | CS-c | RD-b | TB-r | PT-r | CS-r | %Pop |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ducks, Geese and Swans** | | | | | | | | | | | | | | | | | | | | | | | | |
| Greater White-fronted Goose | x | | | | | x | | | | | | | 3 | 1 | 2 | 2 | 3 | 2 | 10 | | | | | |
| Snow Goose | x | | | | | x | | | | | | | 3 | 3 | 3 | 2 | 2 | 1 | 9 | | | | | |
| Ross's Goose | x | | | | | x | | | | | | | 3 | 5 | 4 | 2 | 3 | 1 | 12 | | | | | |
| Cackling Goose | x | | | | | x | | | | | | | 3 | 3 | 2 | 3 | 1 | 3 | 12 | | | | | |
| Canada Goose | x | | | | | x | | | ML | | | | 2 | 1 | 1 | 1 | 2 | 1 | 6 | 3 | 1 | 2 | 9 | 0 |
| Trumpeter Swan | o | | | | | x | | | H | | | | 5 | 3 | 5 | 4 | 4 | 1 | 15 | | | | | |
| Tundra Swan | o | | | | | x | | | ML | | | | 4 | 3 | 4 | 2 | 3 | 1 | 12 | | | | | |
| Wood Duck | x | | | | | x | | | | | | | 3 | 1 | 1 | 3 | 3 | 1 | 8 | 1 | 3 | 3 | 11 | 0 |
| Gadwall | x | | | | | x | | | M | | | | 3 | 1 | 1 | 3 | 2 | 1 | 8 | 2 | 3 | 3 | 12 | 0 |
| Eurasian Widgeon | x | | | | | x | | | | | | | 3 | 1 | 1 | 2 | 2 | 3 | 9 | | | | | |
| American Widgeon | x | | | | | x | | | MH | | | | 3 | 1 | 1 | 3 | 2 | 2 | 9 | 2 | 3 | 3 | 12 | 0 |
| Mallard | x | | | | | x | | | H | | | | 2 | 1 | 1 | 2 | 2 | 2 | 7 | 2 | 2 | 2 | 9 | 0 |
| Blue-winged Teal | x | | | | | x | | | MH | | | | 2 | 1 | 1 | 3 | 2 | 2 | 8 | 1 | 3 | 3 | 10 | 0 |
| Cinnamon Teal | x | | | | | x | | | MH | | | | 4 | 1 | 1 | 3 | 2 | 2 | 10 | 3 | 3 | 3 | 14 | 0 |
| Northern Shoveler | x | | | | | x | | | M | | | | 2 | 1 | 1 | 3 | 2 | 1 | 7 | 2 | 3 | 3 | 11 | 0 |
| Northern Pintail | x | | | | | x | | | H | | | 2 | 2 | 1 | 1 | 3 | 2 | 5 | 11 | 2 | 3 | 3 | 11 | 0 |
| Green-winged Teal | x | | | | | x | | | M | | | | 2 | 1 | 1 | 2 | 2 | 1 | 6 | 1 | 2 | 3 | 9 | 0 |
| Canvasback | o | | | | | x | | | MH | | | | 3 | 1 | 1 | 4 | 3 | 2 | 10 | 1 | 4 | 3 | 12 | 0 |
| Redhead | x | | | | | x | | | MH | | | | 3 | 1 | 1 | 4 | 3 | 2 | 10 | 2 | 4 | 3 | 13 | 0 |
| Ring-necked Duck | x | | | | | x | | | M | | | | 3 | 1 | 1 | 3 | 3 | 1 | 8 | 4 | 3 | 3 | 14 | 0 |
| Greater Scaup | x | | | | | x | | | | | | | 3 | 2 | 2 | 2 | 3 | 2 | 10 | | | | | |
| Lesser Scaup | x | | | | | x | | | H | | | 2 | 3 | 1 | 1 | 2 | 3 | 5 | 12 | 3 | 2 | 3 | 12 | 0 |
| Surf Scoter | x | | | | | x | | | | | | | 3 | 2 | 2 | 2 | 3 | 5 | 13 | | | | | |
| White-winged Scoter | x | | | | | x | | | | | | | 3 | 1 | 2 | 2 | 3 | 5 | 13 | | | | | |
| Black Scoter | x | | | | | x | | | | | | | 3 | 1 | 1 | 2 | 3 | 5 | 12 | | | | | |
| Long-tailed Duck | x | | | | | x | | | | | | | 2 | 1 | 1 | 3 | 3 | 5 | 11 | | | | | |
| Bufflehead | x | | | | | x | | | M | | | | 3 | 1 | 1 | 3 | 3 | 1 | 8 | 1 | 3 | 3 | 11 | 0 |
| Common Goldeneye | x | | | | | x | | | MH | | | | 3 | 1 | 1 | 3 | 2 | 2 | 9 | | | | | |
| Barrow's Goldeneye | x | x | | | | x | Full | | | | | 2 | 4 | 3 | 3 | 3 | 2 | 2 | 12 | 1 | 3 | 3 | 14 | 0 |
| Hooded Merganser | x | | | | | x | | | | | | | 4 | 1 | 1 | 3 | 2 | 1 | 9 | P | 3 | 3 | 11 | 0 |
| Common Merganser | x | | | | | x | | | ML | | | | 3 | 1 | 1 | 2 | 2 | 1 | 7 | 3 | 2 | 3 | 12 | 0 |
| Red-breasted Merganser | x | | | | | x | | | | | | | 3 | 1 | 2 | 2 | 2 | 1 | 8 | | | | | |
| Ruddy Duck | x | | | | | x | | | | | | | 3 | 1 | 1 | 3 | 3 | 1 | 8 | 2 | 3 | 3 | 12 | 0 |
| **Chicken-like Birds** | | | | | | | | | | | | | | | | | | | | | | | | |
| Chukar | x | | | | | | | | | | | | 2 | 1 | 1 | 1 | 1 | 3 | 7 | 2 | 1 | 3 | 9 | 3 |
| Ring-necked Pheasant | x | | | | | | | | | | | | 2 | 1 | 1 | 1 | 1 | 4 | 8 | 2 | 2 | 3 | 10 | 0 |
| Gunnison Sage-grouse | o | x | x | SC | | | Full | | SA | | | 1 | 5 | 5 | 5 | 5 | 5 | 5 | 20 | 5 | 5 | 5 | 25 | 100 |
| White-tailed Ptarmigan | | | | | | | Partial | | AT | | | 2 | 3 | 2 | 2 | 3 | 3 | 3 | 11 | 3 | 2 | 3 | 13 | 2 |
| Dusky Grouse | x | | | | | | | | MC | | | 2 | 4 | 2 | 2 | 3 | 3 | 3 | 12 | 2 | 3 | 3 | 14 | 1 |
| Sharp-tailed Grouse | o | x | | SC | | | Full | | | | | 1 | 3 | 2 | 2 | 3 | 2 | 3 | 10 | 1 | 4 | 3 | 13 | 0 |
| Wild Turkey | x | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 | 1 | 7 | 2 | 3 | 3 | 12 | 2 |
| Gambel's Quail | x | | | | | | | | | | | | 2 | 3 | 3 | 2 | 2 | 2 | 9 | 2 | 2 | 4 | 13 | 2 |
| **Loons and Grebes** | | | | | | | | | | | | | | | | | | | | | | | | |
| Red-throated Loon | | | | | | x | | | | | | 2a | 3 | 1 | 1 | 3 | 3 | 4 | 11 | | | | | |
| Pacific Loon | | | | | | x | | | | | | 3c | 3 | 1 | 3 | 3 | 3 | 2 | 11 | | | | | |

BLM_0056369

U.S. Bureau of Land Management
Uncompahgre Field Office

*Migratory Bird Status*
*Literature Review*

Table 6-1. Summary of conservation status,[a] selected conservation priority rankings,[b] and population trend estimates for all birds of the study area.

| Common Name[c] | CO | BLM | BCR16 | State | | | CHNP | CLBP | WF | SB | WB | CCWCP | PIF Continent Rankings | | | | | | | PIF BCR 16 Rankings | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Game | SS | List | ESA | T&E | MBTA | Track | Priority | Priority | CC | Rule | Tier | PS-g | BD-g | ND-g | TB-c | TN-c | PT-c | CS-c | RD-b | TB-r | PT-r | CS-r | %Pop |
| Common Loon | | | | | | x | | | | | 3c | | 3 | 1 | 2 | 3 | 3 | 1 | 9 | | | | | |
| Pied-billed Grebe | | | | | | x | | | | | 2a | | 3 | 1 | 1 | 3 | 2 | 2 | 9 | 2 | 3 | 3 | 12 | 0 |
| Horned Grebe | | | | | | x | | | | | 2a | | 3 | 1 | 1 | 3 | 3 | 5 | 12 | | | | | |
| Red-necked Grebe | | | | | | x | | | | | 3c | | 4 | 1 | 2 | 3 | 3 | 2 | 11 | | | | | |
| Eared Grebe | | | | | | x | | | | | 3c | 2 | 3 | 1 | 2 | 3 | 3 | 1 | 9 | 3 | 3 | 3 | 13 | 0 |
| Western Grebe | | | | | | x | | | | | 3b | 2 | 4 | 1 | 2 | 3 | 2 | 2 | 11 | 2 | 3 | 3 | 13 | 0 |
| Clark's Grebe | | | | | | x | | | | | 4a | | 5 | 2 | 4 | 3 | 2 | 3 | 15 | 1 | 3 | 3 | 14 | 0 |
| **Pelicans and Cormorants** | | | | | | | | | | | | | | | | | | | | | | | | |
| American White Pelican | | x | | | | x | Full | | | | 3c | 2 | 4 | 3 | 2 | 3 | 2 | 2 | 12 | 2 | 3 | 3 | 15 | 0 |
| Brown Pelican | | | | | | x | | | | | 3c | | 4 | 3 | 3 | 3 | 2 | 1 | 11 | | | | | |
| Double-crested Cormorant | | | | | | x | | | | | 5 | | 3 | 2 | 2 | 2 | 2 | 1 | 8 | 1 | 2 | 3 | 11 | 0 |
| Neotropic Cormorant | | | | | | x | | | | | 3c | | 2 | 1 | 1 | 3 | 2 | 2 | 8 | | | | | |
| **Bitterns, Herons, and Ibises** | | | | | | | | | | | | | | | | | | | | | | | | |
| American Bittern | | x | | | | x | | | | | 2a | 1 | 3 | 1 | 2 | 3 | 3 | 4 | 12 | 2 | 4 | 3 | 13 | 0 |
| Great Blue Heron | | | | | | x | | | | | 5 | | 3 | 1 | 1 | 2 | 2 | 1 | 7 | 2 | 2 | 2 | 10 | 0 |
| Great Egret | | | | | | x | | | | | 5 | | 3 | 1 | 1 | 2 | 2 | 1 | 7 | 1 | 2 | 3 | 10 | 0 |
| Snowy Egret | | | | | | x | Full | | | | 2a | 2 | 3 | 1 | 1 | 3 | 2 | 1 | 8 | 1 | 3 | 3 | 11 | 0 |
| Little Blue Heron | | | | | | x | | | | | 2a | | 3 | 1 | 1 | 4 | 3 | 5 | 13 | P | 3 | 3 | 10 | 0 |
| Cattle Egret | | | | | | x | | | | | 5 | | 2 | 1 | 1 | 1 | 1 | 2 | 6 | 1 | 2 | 3 | 9 | 0 |
| Green Heron | | | | | | x | | | | | 4c | | 3 | 1 | 1 | 3 | 3 | 4 | 11 | 1 | 3 | 3 | 11 | 0 |
| Black-crowned Night-Heron | | | | | | x | | | | | 3b | | 3 | 1 | 1 | 3 | 2 | 3 | 10 | 2 | 3 | 4 | 13 | 0 |
| Glossy Ibis | | | | | | x | | | | 2 | 4c | | 3 | 1 | 1 | 2 | 2 | 1 | 7 | | | | | |
| White-faced Ibis | | x | | | | x | Full | | | | 4b | 2 | 3 | 1 | 1 | 3 | 3 | 1 | 8 | 1 | 3 | 3 | 11 | 0 |
| **New World Vultures** | | | | | | | | | | | | | | | | | | | | | | | | |
| Turkey Vulture | | | | | | x | | | | | | | 2 | 1 | 1 | 1 | 1 | 1 | 5 | 2 | 2 | 2 | 9 | 1 |
| **Eagles, Hawks, and Falcons** | | | | | | | | | | | | | | | | | | | | | | | | |
| Osprey | | | | | | x | | | | | | 2 | 3 | 1 | 1 | 2 | 2 | 1 | 7 | 1 | 2 | 3 | 10 | 0 |
| Mississippi Kite | | | | | | x | | | | | | | 4 | 2 | 2 | 2 | 3 | 2 | 11 | 2 | 3 | 3 | 12 | 0 |
| Bald Eagle | | x | x | del | T | x | Full | | | | | 1 | 4 | 1 | 1 | 3 | 3 | 1 | 9 | 1 | 4 | 3 | 13 | 0 |
| Northern Harrier | | | | | | x | | | WE | | | 2 | 3 | 1 | 1 | 3 | 3 | 4 | 11 | 2 | 4 | 3 | 13 | 0 |
| Sharp-shinned Hawk | | | | | | x | | | | | | | 3 | 1 | 1 | 2 | 2 | 1 | 7 | 5 | 3 | 3 | 15 | 2 |
| Cooper's Hawk | | | | | | x | | | | | | | 3 | 1 | 1 | 2 | 3 | 1 | 8 | 4 | 3 | 2 | 13 | 6 |
| Northern Goshawk | | x | | | | x | Full | | | | | 1 | 4 | 1 | 1 | 3 | 3 | 3 | 11 | 4 | 3 | 3 | 15 | 3 |
| Common Black-hawk | | | | | | | | | | | | | 3 | 3 | 3 | 3 | 3 | 2 | 11 | | | 3 | | 0 |
| Broad-winged Hawk | | | | | | x | | | | | | 1 | 3 | 1 | 1 | 3 | 3 | 1 | 8 | | | | | |
| Swainson's Hawk | | | | | | x | | | | | | | 3 | 1 | 3 | 4 | 2 | 2 | 12 | 2 | 4 | 3 | 13 | 2 |
| Red-tailed Hawk | | | | | | x | | | | | | 1 | 3 | 1 | 1 | 1 | 1 | 1 | 6 | 3 | 2 | 1 | 10 | 3 |
| Ferruginous Hawk | | x | x | | SC | x | Full | | | | | | 4 | 2 | 2 | 4 | 4 | 1 | 11 | 3 | 4 | 4 | 16 | 3 |
| Rough-legged Hawk | | | | | | x | | | | | | 1 | 4 | 1 | 1 | 2 | 2 | 3 | 10 | | | | | |
| Golden Eagle | | x | | | | x | | | | | | | 4 | 1 | 1 | 3 | 3 | 2 | 10 | 5 | 4 | 4 | 18 | 3 |
| American Kestrel | | | | | | x | | | | | | | 3 | 1 | 1 | 3 | 2 | 4 | 11 | 5 | 2 | 2 | 13 | 4 |
| Merlin | | | | | | x | | | | | | 1 | 3 | 1 | 1 | 2 | 2 | 1 | 7 | | | | | |
| Peregrine Falcon | | | x | del | SC | x | Full | C/R | | | | 1 | 4 | 1 | 1 | 3 | 3 | 1 | 9 | 2 | 3 | 3 | 13 | 0 |
| Prairie Falcon | | | x | | | x | Watch L | | | | | | 4 | 2 | 1 | 3 | 3 | 1 | 10 | 4 | 4 | 4 | 17 | 12 |
| **Rails, Coots, and Cranes** | | | | | | | | | | | | | | | | | | | | | | | | |

BLM_0056370

U.S. Bureau of Land Management
Uncompahgre Field Office

*Migratory Bird Status
Literature Review*

Table 6-1. Summary of conservation status,[a] selected conservation priority rankings,[b] and population trend estimates for all birds of the study area.

| Common Name[c] | CO | BLM | BCR16 | State | | | CHNP | CLBP | WF | SB | WB | CCWCP | PIF Continent Rankings | | | | | | | PIF BCR 16 Rankings | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Game | SS | List | ESA | T&E | MBTA | Track | Priority | Priority | CC | Rule | Tier | PS-g | BD-g | ND-g | TB-c | TN-c | PT-c | CS-c | RD-b | TB-r | PT-r | CS-r | %Pop |
| Virginia Rail | x | | | | | x | | | | | 3c | | 4 | 1 | 2 | 3 | 2 | 1 | 10 | | | | | |
| Sora | x | | | | | x | | | | | 2a | | 3 | 1 | 1 | 3 | 2 | 3 | 10 | 2 | 3 | 4 | 13 | 0 |
| American Coot | x | | | | | x | | | | | 4b | | 3 | 1 | 1 | 3 | 3 | 4 | 11 | 2 | 3 | 3 | 12 | 0 |
| Sandhill Crane | o | | | | SC | x | Full | | | | 4b | 1 | 3 | 1 | 3 | 3 | 3 | 1 | 10 | 2 | 3 | 3 | 12 | 0 |
| **Plovers** | | | | | | | | | | | | | | | | | | | | | | | | |
| Black-bellied Plover | | | | | | x | | | | 3 | | | 3 | 2 | 1 | 3 | 2 | 4 | 12 | | | | | |
| American Golden-Plover | | | | | | x | | | | 4 | | | 4 | 2 | 3 | 3 | 4 | 4 | 15 | | | | | |
| Snowy Plover | | x | x | | SC | x | Full | | | 4 | 1 | | 4 | 1 | 1 | 4 | 4 | 5 | 14 | 1 | 4 | 3 | 13 | 0 |
| Semipalmated Plover | | | | | | x | | | | 2 | | | 4 | 1 | 1 | 3 | 2 | 2 | 10 | | | | | |
| Piping Plover | | | T | T | | x | | | | 5 | 1 | | 5 | 3 | 5 | 5 | 4 | 5 | 20 | | | | | |
| Killdeer | | | | | | x | | | | 3 | | | 2 | 1 | 1 | 2 | 2 | 4 | 9 | 2 | 2 | 5 | 12 | 0 |
| Mountain Plover | | x | x | w04 | SC | x | Full | | | 5 | 1 | | 5 | 4 | 4 | 4 | 4 | 5 | 18 | 2 | 4 | 3 | 18 | 0 |
| **Stilts and Avocets** | | | | | | | | | | | | | | | | | | | | | | | | |
| Black-necked Stilt | | | | | | x | Full | | | 3 | | | 4 | 1 | 2 | 3 | 2 | 2 | 11 | 1 | 3 | 3 | 12 | 0 |
| American Avocet | | | | | | x | | | | 3 | | | 4 | 2 | 3 | 3 | 3 | 2 | 12 | 2 | 3 | 3 | 14 | 0 |
| **Sandpipers** | | | | | | | | | | | | | | | | | | | | | | | | |
| Spotted Sandpiper | | | | | | x | | | | 2 | | | 3 | 1 | 1 | 2 | 2 | 3 | 9 | 3 | 2 | 3 | 12 | 0 |
| Solitary Sandpiper | | | | | | x | | | | 4 | | | 4 | 1 | 1 | 3 | 2 | 4 | 12 | | | | | |
| Greater Yellowlegs | | | | | | x | | | | 3 | | | 4 | 1 | 1 | 2 | 2 | 3 | 10 | | | | | |
| Willet | | | | | | x | Full | | | 3 | | | 4 | 3 | 3 | 3 | 3 | 4 | 14 | | | | | |
| Lesser Yellowlegs | | | | | | x | | | | 3 | | | 4 | 1 | 1 | 2 | 3 | 4 | 12 | | | | | |
| Whimbrel | | | | | | x | | | | 5 | | | 3 | 3 | 2 | 3 | 3 | 4 | 13 | | | | | |
| Long-billed Curlew | | x | x | | SC | x | Full | | | 5 | 1 | | 4 | 3 | 3 | 4 | 4 | 4 | 15 | 2 | 3 | 4 | 16 | 0 |
| Marbled Godwit | | | | | | x | | | | 4 | 2 | | 4 | 3 | 2 | 4 | 4 | 4 | 15 | | | | | |
| Sanderling | | | | | | x | | | | 4 | | | 3 | 3 | 1 | 3 | 3 | 5 | 14 | | | | | |
| Semipalmated Sandpiper | | | | | | x | | | | 3 | | | 3 | 2 | 3 | 3 | 3 | 5 | 14 | | | | | |
| Western Sandpiper | | | | | | x | | | | 4 | | | 3 | 5 | 2 | 3 | 3 | 4 | 15 | | | | | |
| Least Sandpiper | | | | | | x | | | | 3 | | | 3 | 1 | 1 | 3 | 2 | 4 | 11 | | | | | |
| White-rumped Sandpiper | | | | | | x | | | | 2 | | | 3 | 3 | 4 | 3 | 2 | 4 | 14 | | | | | |
| Baird's Sandpiper | | | | | | x | | | | 2 | | | 4 | 2 | 2 | 3 | 2 | 3 | 12 | | | | | |
| Pectoral Sandpiper | | | | | | x | | | | 2 | | | 3 | 2 | 1 | 3 | 2 | 4 | 12 | | | | | |
| Dunlin | | | | | | x | | | | 3 | | | 2 | 1 | 1 | 3 | 3 | 4 | 10 | | | | | |
| Stilt Sandpiper | | | | | | x | | | | 3 | | | 3 | 5 | 2 | 3 | 4 | 3 | 15 | | | | | |
| Short-billed Dowitcher | | | | | | x | | | | 4 | | | 4 | 3 | 1 | 2 | 3 | 3 | 13 | | | | | |
| Long-billed Dowitcher | | | | | | x | | | | 2 | | | 4 | 3 | 2 | 3 | 3 | 2 | 12 | | | | | |
| Wilson's Snipe | x | | | | | x | | | | 3 | | | 3 | 1 | 1 | 3 | 2 | 4 | 11 | 2 | 2 | 3 | 11 | 0 |
| Wilson's Phalarope | | | | | | x | Full | | | 4 | 2 | | 3 | 2 | 1 | 3 | 4 | 2 | 11 | 2 | 3 | 3 | 13 | 0 |
| Red-necked Phalarope | | | | | | x | | | | 3 | | | 3 | 1 | 1 | 3 | 2 | 4 | 11 | | | | | |
| Red Phalarope | | | | | | x | | | | 3 | | | 3 | 2 | 2 | 3 | 3 | 4 | 12 | | | | | |
| **Gulls and Terns** | | | | | | | | | | | | | | | | | | | | | | | | |
| Sabine's Gull | | | | | | x | | | | | 4b | | 3 | 2 | 2 | 2 | 3 | 2 | 10 | | | | | |
| Bonaparte's Gull | | | | | | x | | | | | * | | 4 | 1 | 1 | 2 | 2 | 3 | 10 | | | | | |
| Franklin's Gull | | | | | | x | | | | | 3b | | 3 | 3 | 3 | 3 | 3 | 2 | 11 | | | | | |
| Ring-billed Gull | | | | | | x | | | | | 5 | | 3 | 1 | 1 | 1 | 1 | 1 | 6 | 1 | 1 | 3 | 9 | 0 |
| California Gull | | | | | | x | | | | | 3b | | 4 | 3 | 3 | 1 | 2 | 2 | 12 | 3 | 3 | 2 | 15 | 0 |

BLM_0056371

Table 6-1. Summary of conservation status,[a] selected conservation priority rankings,[b] and population trend estimates for all birds of the study area.

| Common Name[c] | CO Game | BLM SS | BCR16 List | State ESA | State T&E | State MBTA | CHNP Track | CLBP Priority | WF Priority | SB CC | WB Rule | CCWCP Tier | PS-g | BD-g | ND-g | TB-c | TN-c | PT-c | CS-c | RD-b | TB-r | PT-r | CS-r | %Pop |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Herring Gull | | | | | | x | | | | | | 4a | 3 | 1 | 1 | 2 | 1 | 5 | 11 | | | | | |
| Thayer's Gull | | | | | | x | | | | | | 3c | 5 | 5 | 4 | 2 | 1 | 3 | 15 | | | | | |
| Lesser Black-backed Gull | | | | | | x | | | | | | 3c | 4 | 3 | 1 | 2 | 1 | 1 | 10 | | | | | |
| Least Tern | | | | E | E | x | Full | | | | | 2a | 1 | 4 | 3 | 4 | 4 | 3 | 4 | 16 | | | | |
| Caspian Tern | | | | | | x | | | | | | 4b | 4 | 2 | 1 | 3 | 2 | 1 | 10 | | | | | |
| Black Tern | | x | | | | x | | | | | | 3b | 4 | 1 | 1 | 3 | 2 | 4 | 12 | 1 | 4 | 5 | 15 | 0 |
| Common Tern | | | | | | x | | | | | | 4b | 3 | 1 | 1 | 3 | 3 | 5 | 12 | | | | | |
| Forster's Tern | | | | | | x | Full | | | | | 3b | 2 | 4 | 3 | 2 | 3 | 2 | 2 | 12 | 1 | 3 | 4 | 15 | 0 |
| **Pigeons and Doves** | | | | | | | | | | | | | | | | | | | | | | | | |
| Rock Pigeon | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 3 | 6 | 2 | 1 | 2 | 7 | 1 |
| Band-tailed Pigeon | x | | | | | x | | PP | | | | 1 | 3 | 2 | 2 | 3 | 3 | 4 | 12 | 2 | 3 | 3 | 13 | 1 |
| Eurasian Collared Dove | | | | | | | | | | | | | 2 | 1 | 1 | 1 | 1 | 1 | 5 | | | | | |
| White-winged Dove | o | | | | | x | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 8 | 1 | 1 | 3 | 9 | 0 |
| Mourning Dove | x | | | | | x | | | | | | | 1 | 1 | 1 | 1 | 1 | 2 | 5 | 3 | 1 | 4 | 10 | 2 |
| **Cuckoos** | | | | | | | | | | | | | | | | | | | | | | | | |
| Yellow-billed Cuckoo | | x | x | C3 | SC | x | Full | | | | | 1 | 2 | 1 | 2 | 3 | 3 | 5 | 12 | 1 | 5 | 3 | 12 | 0 |
| Black-billed Cuckoo | | | | | | x | | | | | | | 3 | 1 | 2 | 3 | 3 | 5 | 12 | 1 | 3 | 3 | 12 | 0 |
| **Owls** | | | | | | | | | | | | | | | | | | | | | | | | |
| Barn Owl | | | | | | x | | | | | | | 3 | 1 | 1 | 2 | 2 | 3 | 9 | 2 | 3 | 3 | 12 | 0 |
| Flammulated Owl | | x | | | | x | | PP | | | | 1 | 5 | 2 | 4 | 3 | 3 | 3 | 15 | 5 | 3 | 3 | 18 | 25 |
| Western Screech-Owl | | | | | | x | | | | | | | 4 | 2 | 2 | 3 | 3 | 3 | 12 | 3 | 3 | 3 | 15 | 0 |
| Great Horned Owl | | | | | | x | | | | | | | 2 | 1 | 1 | 1 | 1 | 2 | 6 | 2 | 1 | 3 | 9 | 1 |
| Northern Pygmy-Owl | | | | | | x | Watch L | | | | | | 4 | 2 | 2 | 3 | 3 | 2 | 11 | 2 | 3 | 3 | 14 | 5 |
| Burrowing Owl | | x | | | T | x | Watch L | DS | | | | 1 | 3 | 1 | 1 | 4 | 3 | 4 | 12 | 2 | 4 | 3 | 13 | 1 |
| Spotted Owl | | | T | T | | x | Full | PP | | | | 1 | 5 | 2 | 2 | 4 | 4 | 4 | 15 | 3 | 4 | 3 | 17 | 20 |
| Long-eared Owl | | | | | | x | | | | | | | 4 | 1 | 1 | 3 | 3 | 4 | 12 | 3 | 3 | 3 | 14 | 1 |
| Short-eared Owl | | | | | | x | | | | | | 1 | 3 | 1 | 1 | 3 | 3 | 5 | 12 | 1 | 4 | 3 | 12 | 0 |
| Boreal Owl | | | | | | x | Partial | SF | | | | 1 | 3 | 1 | 1 | 3 | 2 | 3 | 10 | 3 | 3 | 3 | 13 | 1 |
| Northern Saw-whet Owl | | | | | | x | | | | | | | 3 | 1 | 1 | 2 | 2 | 3 | 9 | 3 | 3 | 3 | 13 | 4 |
| **Nightjars** | | | | | | | | | | | | | | | | | | | | | | | | |
| Lesser Nighthawk | | | | | | x | | | | | | | 2 | 2 | 1 | 2 | 2 | 2 | 8 | 1 | 2 | 3 | 10 | 0 |
| Common Nighthawk | | | | | | x | | | | | | | 2 | 1 | 1 | 3 | 3 | 5 | 11 | 3 | 3 | 5 | 14 | 7 |
| Common Poorwill | | | | | | x | | MS | | | | | 3 | 1 | 2 | 3 | 2 | 2 | 10 | 4 | 2 | 3 | 13 | 12 |
| **Swifts** | | | | | | | | | | | | | | | | | | | | | | | | |
| Black Swift | | | | | | x | Full | C/R | | | | 2 | 4 | 2 | 2 | 4 | 2 | 5 | 15 | 1 | 3 | 3 | 13 | 0 |
| Chimney Swift | | | | | | x | | | | | | | 2 | 1 | 2 | 3 | 3 | 5 | 12 | | | | | |
| White-throated Swift | | | | | | x | | C/R | | | | 2 | 3 | 2 | 2 | 2 | 2 | 4 | 11 | 5 | 2 | 3 | 15 | 24 |
| **Hummingbirds** | | | | | | | | | | | | | | | | | | | | | | | | |
| Broad-tailed Hummingbird | | | | | | x | | AS | | | | 2 | 2 | 2 | 4 | 2 | 2 | 2 | 10 | 5 | 2 | 4 | 15 | 59 |
| Blue-throated Hummingbird | | | | | | x | | | | | | | 3 | 3 | 3 | 3 | 3 | 3 | 12 | | | | | |
| Magnificent Hummingbird | | | | | | x | | | | | | | 3 | 3 | 3 | 3 | 3 | 3 | 12 | P | | 3 | 12 | 0 |
| Ruby-throated Hummingbird | | | | | | x | | | | | | | 2 | 1 | 3 | 2 | 2 | 1 | 8 | | | | | |
| Black-chinned Hummingbird | | | | | | x | | PJ | | | | 2 | 3 | 2 | 4 | 2 | 2 | 2 | 11 | 3 | 3 | 2 | 13 | 16 |
| Anna's Hummingbird | | | | | | x | | | | | | | 3 | 3 | 2 | 1 | 1 | 1 | 8 | | | | | |
| Calliope Hummingbird | | | | | | x | | | | | | | 3 | 2 | 2 | 3 | 2 | 2 | 12 | 2 | 3 | 3 | 13 | 0 |

BLM_0056372

U.S. Bureau of Land Management
Uncompahgre Field Office

*Migratory Bird Status*
*Literature Review*

Table 6-1. Summary of conservation status,[a] selected conservation priority rankings,[b] and population trend estimates for all birds of the study area.

| Common Name[c] | CO Game | BLM SS | BCR16 List | State ESA T&E | State MBTA | CHNP Track | CLBP Priority | WF Priority | SB CC | WB Rule | CCWCP Tier | PS-g | BD-g | ND-g | TB-c | TN-c | PT-c | CS-c | RD-b | TB-r | PT-r | CS-r | %Pop |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rufous Hummingbird | | | | | x | | | | | | 2 | 2 | 2 | 4 | 2 | 2 | 5 | 13 | | | | | |
| **Kingfishers** | | | | | | | | | | | | | | | | | | | | | | | |
| Belted Kingfisher | | | | | x | | | | | | | 3 | 1 | 1 | 2 | 2 | 5 | 11 | 3 | 2 | 3 | 12 | 1 |
| **Woodpeckers** | | | | | | | | | | | | | | | | | | | | | | | |
| Lewis's Woodpecker | | x | | | x | Full | LR | | | | 1 | 4 | 2 | 3 | 4 | 3 | 3 | 14 | 5 | 4 | 3 | 18 | 36 |
| Red-headed Woodpecker | | | | | x | | | | | | | 3 | 1 | 2 | 3 | 3 | 5 | 13 | 1 | 4 | 3 | 12 | 0 |
| Williamson's Sapsucker | | | | | x | | MC | | | | 1 | 4 | 3 | 3 | 3 | 3 | 3 | 13 | 5 | 3 | 2 | 17 | 43 |
| Yellow-bellied Sapsucker | | | | | x | | | | | | | 2 | 1 | 1 | 2 | 2 | 2 | 7 | | | | | |
| Red-naped Sapsucker | | | | | x | | AS | | | | 1 | 3 | 2 | 2 | 3 | 3 | 2 | 10 | 3 | 3 | 3 | 14 | 9 |
| Downy Woodpecker | | | | | x | | | | | | | 2 | 1 | 1 | 2 | 1 | 3 | 8 | 2 | 3 | 2 | 10 | 0 |
| Hairy Woodpecker | | | | | x | | | | | | | 2 | 1 | 1 | 2 | 2 | 1 | 6 | 4 | 3 | 3 | 13 | 3 |
| American Three-toed Woodpecker | | | | | x | | | | | | 2 | 3 | 1 | 1 | 3 | 3 | 3 | 10 | 2 | 3 | 3 | 12 | 1 |
| Northern Flicker | | | | | x | | | | | | | 2 | 1 | 1 | 2 | 2 | 5 | 10 | 5 | 2 | 4 | 14 | 4 |
| **Tyrant Flycatchers** | | | | | | | | | | | | | | | | | | | | | | | |
| Olive-sided Flycatcher | | | | | x | | SF | | | | 1 | 3 | 1 | 1 | 3 | 4 | 5 | 13 | 3 | 3 | 3 | 13 | 3 |
| Western Wood Pewee | | | | | x | | | | | | | 2 | 1 | 2 | 3 | 3 | 4 | 11 | 3 | 2 | 4 | 12 | 10 |
| Willow Flycatcher | | x | | | x | Watch L | | | | | | 2 | 1 | 2 | 3 | 2 | 4 | 11 | 2 | 4 | 4 | 13 | 1 |
| Least Flycatcher | | | | | x | | | | | | | 2 | 1 | 2 | 2 | 2 | 4 | 10 | | | | | |
| Hammond's Flycatcher | | | | | x | | SF | | | | | 2 | 2 | 3 | 3 | 2 | 2 | 10 | 2 | 3 | 3 | 12 | 2 |
| Gray Flycatcher | | | | | x | | PJ | | | | 2 | 3 | 2 | 3 | 3 | 2 | 1 | 10 | 3 | 3 | 3 | 14 | 12 |
| Dusky Flycatcher | | | | | x | | | | | | 2 | 2 | 2 | 3 | 2 | 2 | 4 | 11 | 3 | 3 | 2 | 12 | 7 |
| Cordilleran Flycatcher | | | | | x | | HR | | | | 2 | 3 | 2 | 3 | 3 | 2 | 3 | 12 | 4 | 3 | 2 | 14 | 29 |
| Black Phoebe | | | | | x | | | | | | | 2 | 2 | 2 | 3 | 2 | 2 | 9 | 2 | 3 | 3 | 12 | 1 |
| Eastern Phoebe | | | | | x | | | | | | | 2 | 1 | 2 | 2 | 2 | 2 | 8 | 1 | 2 | 3 | 9 | 0 |
| Say's Phoebe | | | | | x | | | | | | | 3 | 1 | 2 | 2 | 2 | 1 | 8 | 5 | 2 | 4 | 15 | 24 |
| Ash-throated Flycatcher | | | | | x | | | | | | | 2 | 2 | 3 | 2 | 2 | 2 | 9 | 3 | 2 | 3 | 12 | 10 |
| Cassin's Kingbird | | | | | x | | PJ | | | | | 2 | 2 | 3 | 2 | 2 | 2 | 9 | 4 | 2 | 3 | 13 | 15 |
| Western Kingbird | | | | | x | | LR | | | | | 2 | 1 | 3 | 2 | 2 | 2 | 9 | 2 | 2 | 3 | 10 | 3 |
| Eastern Kingbird | | | | | x | | | | | | | 2 | 1 | 2 | 3 | 2 | 4 | 11 | 1 | 2 | 3 | 9 | 0 |
| Scissor-tailed Flycatcher | | | | | x | | | | | | | 2 | 2 | 3 | 2 | 2 | 4 | 11 | | | | | |
| **Shrikes and Vireos** | | | | | | | | | | | | | | | | | | | | | | | |
| Loggerhead Shrike | | | | | x | | DS | | | | 1 | 2 | 1 | 1 | 3 | 3 | 5 | 11 | 2 | 3 | 5 | 13 | 3 |
| Northern Shrike | | | | | x | | | | | | | 3 | 1 | 1 | 2 | 2 | 3 | 9 | | | | | |
| Gray Vireo | | x | | | x | Full | PJ | | | | 1 | 4 | 3 | 4 | 4 | 4 | 2 | 14 | 5 | 4 | 3 | 19 | 66 |
| Plumbeous Vireo | | | | | x | | | | | | | 3 | 2 | 3 | 3 | 2 | 2 | 11 | 4 | 3 | 3 | 15 | 32 |
| Cassin's Vireo | | | | | x | | | | | | | 3 | 3 | 3 | 3 | 2 | 2 | 11 | | | | | |
| Warbling Vireo | | | | | x | | | | | | | 1 | 1 | 3 | 3 | 2 | 2 | 9 | 5 | 3 | 3 | 13 | 8 |
| Red-eyed Vireo | | | | | x | | | | | | | 1 | 1 | 1 | 2 | 2 | 1 | 5 | | | | | |
| **Jays, Magpies, and Crows** | | | | | | | | | | | | | | | | | | | | | | | |
| Gray Jay | | | | | x | | | | | | | 2 | 1 | 2 | 2 | 2 | 3 | 8 | 2 | 2 | 2 | 9 | 0 |
| Steller's Jay | | | | | x | | | | | | | 3 | 2 | 2 | 2 | 2 | 2 | 9 | 3 | 2 | 3 | 13 | 12 |
| Blue Jay | | | | | x | | | | | | | 2 | 1 | 1 | 1 | 1 | 4 | 8 | 1 | 1 | 3 | 8 | 1 |
| Western Scrub Jay | | | | | x | | | | | | | 3 | 2 | 2 | 2 | 2 | 2 | 9 | 2 | 3 | 3 | 13 | 10 |
| Pinyon Jay | | x | | | x | | PJ | | | | 1 | 3 | 2 | 2 | 4 | 3 | 5 | 14 | 5 | 4 | 5 | 19 | 46 |
| Clark's Nutcracker | | | | | x | | | | | | | 4 | 2 | 3 | 2 | 1 | | 10 | 5 | 3 | 3 | 16 | 42 |

BLM_0056373

Table 6-1. Summary of conservation status,[a] selected conservation priority rankings,[b] and population trend estimates for all birds of the study area.

| Common Name[c] | CO Game | BLM SS | BCR16 List | State ESA | State T&E | State MBTA | CHNP Track | CLBP Priority | WF Priority | SB CC | WB Rule | CCWCP Tier | PS-g | BD-g | ND-g | TB-c | TN-c | PT-c | CS-c | RD-b | TB-r | PT-r | CS-r | %Pop |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Black-billed Magpie | | | | | | x | | | | | | | 2 | 1 | 1 | 2 | 2 | 2 | 7 | 5 | 2 | 2 | 12 | 9 |
| American Crow | x | | | | | x | | | | | | | 2 | 1 | 1 | 1 | 1 | 2 | 6 | 2 | 1 | 1 | 7 | 1 |
| Common Raven | | | | | | x | | | | | | | 2 | 1 | 1 | 2 | 1 | 1 | 6 | 4 | 1 | 1 | 9 | 1 |
| **Larks** | | | | | | | | | | | | | | | | | | | | | | | | |
| Horned Lark | | | | | | x | | DS | | | | | 1 | 1 | 1 | 2 | 2 | 5 | 9 | 4 | 1 | 5 | 12 | 4 |
| **Swallows** | | | | | | | | | | | | | | | | | | | | | | | | |
| Purple Martin | | | | | | x | | AS | | | | 1 | 2 | 1 | 1 | 2 | 3 | 2 | 8 | 1 | 3 | 3 | 10 | 0 |
| Tree Swallow | | | | | | x | | | | | | | 2 | 1 | 2 | 2 | 2 | 2 | 8 | 3 | 3 | 3 | 12 | 2 |
| Violet-green Swallow | | | | | | x | | AS | | | | | 2 | 1 | 2 | 2 | 2 | 2 | 8 | 5 | 2 | 4 | 14 | 17 |
| N. Rough-winged Swallow | | | | | | x | | | | | | | 2 | 1 | 2 | 2 | 2 | 3 | 9 | 4 | 2 | 2 | 11 | 1 |
| Bank Swallow | | | | | | x | | | | | | | 2 | 1 | 1 | 2 | 2 | 5 | 10 | 2 | 2 | 3 | 10 | 0 |
| Cliff Swallow | | | | | | x | | | | | | | 2 | 1 | 1 | 1 | 2 | 2 | 7 | 3 | 2 | 3 | 11 | 3 |
| Barn Swallow | | | | | | x | | | | | | | 1 | 1 | 1 | 2 | 2 | 4 | 8 | 3 | 2 | 3 | 10 | 0 |
| **Tits** | | | | | | | | | | | | | | | | | | | | | | | | |
| Black-capped Chickadee | | | | | | x | | | | | | | 2 | 1 | 1 | 2 | 1 | 1 | 6 | 2 | 3 | 3 | 11 | 1 |
| Mountain Chickadee | | | | | | x | | | | | | | 2 | 2 | 2 | 2 | 2 | 4 | 10 | 3 | 3 | 3 | 13 | 22 |
| Juniper Titmouse | | x | | | | x | | PJ | | | | 1 | 4 | 2 | 2 | 3 | 3 | 3 | 12 | 5 | 3 | 5 | 19 | 50 |
| Bushtit | | | | | | x | | | | | | | 3 | 2 | 2 | 2 | 2 | 4 | 11 | 2 | 2 | 2 | 11 | 6 |
| **Nuthatches and Creepers** | | | | | | | | | | | | | | | | | | | | | | | | |
| Red-breasted Nuthatch | | | | | | x | | | | | | | 2 | 1 | 1 | 2 | 2 | 1 | 6 | 2 | 3 | 3 | 11 | 2 |
| White-breasted Nuthatch | | | | | | x | | | | | | | 2 | 1 | 1 | 2 | 2 | 1 | 6 | 3 | 2 | 3 | 11 | 7 |
| Pygmy Nuthatch | | | | | | x | | | | | | 2 | 3 | 2 | 2 | 3 | 3 | 2 | 10 | 3 | 3 | 5 | 16 | 15 |
| Brown Creeper | | | | | | x | | | | | | | 2 | 1 | 1 | 3 | 2 | 2 | 8 | 2 | 3 | 1 | 9 | 2 |
| **Wrens and Water Ousels** | | | | | | | | | | | | | | | | | | | | | | | | |
| Rock Wren | | | | | | x | | | | | | | 3 | 1 | 2 | 2 | 2 | 5 | 12 | 5 | 2 | 5 | 16 | 21 |
| Canyon Wren | | | | | | x | | | | | | | 4 | 1 | 1 | 2 | 2 | 4 | 11 | 4 | 3 | 4 | 16 | 10 |
| Bewick's Wren | | | | | | x | | | | | | | 2 | 2 | 2 | 3 | 3 | 3 | 10 | 2 | 3 | 1 | 10 | 7 |
| House Wren | | | | | | x | | | | | | | 1 | 1 | 1 | 1 | 1 | 2 | 5 | 3 | 2 | 3 | 10 | 3 |
| Winter Wren | | | | | | x | | | | | | | 2 | 1 | 1 | 3 | 2 | 1 | 7 | | | | | |
| Marsh Wren | | | | | | x | | | | | | | 2 | 1 | 1 | 3 | 3 | 1 | 7 | 2 | 4 | 3 | 12 | 1 |
| American Dipper | | | | | | x | | HR | | | | 2 | 4 | 1 | 1 | 3 | 3 | 2 | 10 | 4 | 3 | 3 | 15 | 13 |
| **Kinglets and Gnatcatchers** | | | | | | | | | | | | | | | | | | | | | | | | |
| Golden-crowned Kinglet | | | | | | x | | | | | | | 1 | 1 | 1 | 2 | 2 | 4 | 8 | 2 | 3 | 3 | 10 | 0 |
| Ruby-crowned Kinglet | | | | | | x | | | | | | | 1 | 1 | 1 | 2 | 2 | 2 | 6 | 4 | 3 | 3 | 12 | 3 |
| Blue-gray Gnatcatcher | | | | | | x | | | | | | | 1 | 1 | 2 | 2 | 2 | 2 | 7 | 3 | 2 | 3 | 10 | 4 |
| **Thrushes** | | | | | | | | | | | | | | | | | | | | | | | | |
| Eastern Bluebird | | | | | | x | | | | | | | 2 | 1 | 2 | 2 | 2 | 1 | 7 | | | | | |
| Western Bluebird | | | | | | x | | PP | | | | | 2 | 2 | 2 | 3 | 2 | 2 | 9 | 4 | 3 | 3 | 14 | 27 |
| Mountain Bluebird | | | | | | x | | | | | | | 3 | 1 | 2 | 2 | 2 | 1 | 9 | 5 | 3 | 4 | 16 | 32 |
| Townsend's Solitaire | | | | | | x | | | | | | | 3 | 2 | 2 | 3 | 2 | 4 | 12 | 4 | 3 | 2 | 14 | 12 |
| Swainson's Thrush | | | | | | x | | | | | | | 1 | 1 | 2 | 2 | 2 | 4 | 10 | 1 | 3 | 3 | 9 | 0 |
| Hermit Thrush | | | | | | x | | | | | | | 2 | 1 | 1 | 2 | 2 | 1 | 6 | 3 | 3 | 3 | 12 | 3 |
| American Robin | | | | | | x | | | | | | | 1 | 1 | 1 | 1 | 1 | 2 | 5 | 4 | 2 | 4 | 12 | 3 |
| Varied Thrush | | | | | | x | | | | | | | 2 | 2 | 3 | 3 | 2 | 4 | 12 | | | | | |

BLM_0056374

Table 6-1. Summary of conservation status,[a] selected conservation priority rankings,[b] and population trend estimates for all birds of the study area.

| Common Name[c] | CO Game | BLM SS | BCR16 List | State ESA | State T&E | State MBTA | CHNP Track | CLBP Priority | WF Priority | SB CC | WB Rule | CCWCP Tier | PS-g | BD-g | ND-g | TB-c | TN-c | PT-c | CS-c | RD-b | TB-r | PT-r | CS-r | %Pop |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Mockingbirds and Thrashers** | | | | | | | | | | | | | | | | | | | | | | | | |
| Gray Catbird | | | | | | x | | | | | | | 2 | 1 | 2 | 2 | 2 | 2 | 8 | 1 | 2 | 2 | 8 | 0 |
| Northern Mockingbird | | | | | | x | | | | | | | 2 | 1 | 1 | 1 | 1 | 4 | 8 | 3 | 2 | 3 | 11 | 4 |
| Sage Thrasher | | | | | | x | | | | | | | 2 | 2 | 2 | 3 | 2 | 4 | 11 | 3 | 2 | 3 | 12 | 6 |
| Brown Thrasher | | | | | | x | | | | | | | 3 | 1 | 2 | 3 | 2 | 4 | 12 | 1 | 3 | 3 | 11 | 0 |
| **Starlings** | | | | | | | | | | | | | | | | | | | | | | | | |
| European Starling | | | | | | x | | | | | | | 1 | 1 | 1 | 1 | 1 | 4 | 7 | 2 | 1 | 4 | 9 | 1 |
| **Pitpits and Wagtails** | | | | | | | | | | | | | | | | | | | | | | | | |
| American Pipit | | | | | | x | AT | | | | | | 2 | 1 | 1 | 2 | 2 | 4 | 9 | 2 | 2 | 3 | 10 | 2 |
| **Waxwings** | | | | | | | | | | | | | | | | | | | | | | | | |
| Bohemian Waxwing | | | | | | x | | | | | | | 3 | 1 | 1 | 2 | 2 | 3 | 9 | | | | | |
| Cedar Waxwing | | | | | | x | | | | | | | 1 | 1 | 1 | 2 | 2 | 2 | 6 | 1 | 2 | 3 | 8 | 0 |
| **Wood Warblers** | | | | | | | | | | | | | | | | | | | | | | | | |
| Blue-winged Warbler | | | | | | x | | | | | | | 4 | 3 | 4 | 3 | 3 | 4 | 15 | | | | | |
| Tennessee Warbler | | | | | | x | | | | | | | 1 | 1 | 2 | 3 | 2 | 3 | 9 | | | | | |
| Orange-crowned Warbler | | | | | | x | | | | | | | 1 | 1 | 2 | 2 | 2 | 4 | 9 | 2 | 3 | 1 | 8 | 0 |
| Nashville Warbler | | | | | | x | | | | | | | 2 | 2 | 3 | 2 | 2 | 2 | 9 | | | | | |
| Virginia's Warbler | | | | | | x | MS | | | | | 2 | 3 | 3 | 4 | 3 | 3 | 4 | 14 | 4 | 3 | 4 | 17 | 59 |
| Northern Parula | | | | | | x | | | | | | | 2 | 2 | 3 | 2 | 2 | 2 | 9 | | | | | |
| Yellow Warbler | | | | | | x | | | | | | | 1 | 1 | 2 | 2 | 2 | 2 | 6 | 3 | 3 | 2 | 10 | 2 |
| Chestnut-sided Warbler | | | | | | x | | | | | | | 2 | 2 | 3 | 2 | 3 | 4 | 12 | P | 2 | 3 | 9 | 0 |
| Magnolia Warbler | | | | | | x | | | | | | | 2 | 2 | 2 | 2 | 2 | 1 | 7 | | | | | |
| Black-throated Blue Warbler | | | | | | x | | | | | | | 3 | 2 | 2 | 3 | 3 | 2 | 10 | | | | | |
| Yellow-rumped Warbler | | | | | | x | | | | | | | 1 | 1 | 1 | 2 | 2 | 2 | 6 | 3 | 3 | 3 | 11 | 3 |
| Black-throated Gray Warbler | | | | | | x | PJ | | | | | 1 | 3 | 2 | 3 | 3 | 3 | 2 | 11 | 3 | 3 | 4 | 15 | 10 |
| Townsend's Warbler | | | | | | x | | | | | | | 2 | 2 | 3 | 4 | 3 | 2 | 11 | | | | | |
| Hermit Warbler | | | | | | x | | | | | | | 3 | 3 | 3 | 4 | 3 | 2 | 12 | | | | | |
| Blackburnian Warbler | | | | | | x | | | | | | | 2 | 2 | 2 | 3 | 3 | 2 | 9 | | | | | |
| Grace's Warbler | | x | | | | x | Full | PP | | | | 2 | 3 | 2 | 3 | 3 | 3 | 4 | 13 | 3 | 3 | 4 | 15 | 14 |
| Palm Warbler | | | | | | x | | | | | | | 2 | 2 | 3 | 2 | 2 | 1 | 8 | | | | | |
| Black-and-white Warbler | | | | | | x | | | | | | | 2 | 1 | 2 | 2 | 2 | 4 | 10 | | | | | |
| American Redstart | | | | | | x | | | | | | | 2 | 1 | 2 | 2 | 2 | 4 | 10 | 1 | 2 | 3 | 9 | 0 |
| Ovenbird | | | | | | x | Full | | | | | | 2 | 1 | 2 | 2 | 3 | 2 | 9 | 1 | 2 | 3 | 9 | 0 |
| Northern Waterthrush | | | | | | x | | | | | | | 2 | 1 | 2 | 2 | 2 | 4 | 10 | 1 | 2 | 3 | 9 | 0 |
| Kentucky Warbler | | | | | | x | | | | | | | 3 | 2 | 3 | 3 | 4 | 4 | 14 | | | | | |
| MacGillivray's Warbler | | | | | | x | HR | | | | | | 2 | 2 | 3 | 2 | 2 | 4 | 11 | 3 | 2 | 3 | 10 | 4 |
| Common Yellowthroat | | | | | | x | | | | | | | 1 | 1 | 2 | 2 | 2 | 4 | 9 | 1 | 3 | 3 | 9 | 0 |
| Hooded Warbler | | | | | | x | | | | | | | 3 | 2 | 3 | 3 | 3 | 2 | 11 | P | 3 | 3 | 11 | 0 |
| Wilson's Warbler | | | | | | x | HR | | | | | | 1 | 1 | 2 | 3 | 2 | 5 | 11 | 2 | 3 | 5 | 12 | 1 |
| Painted Redstart | | | | | | x | | | | | | | 3 | 2 | 3 | 3 | 3 | 4 | 13 | | | | | |
| Yellow-breasted Chat | | | | | | x | | | | | | | 2 | 1 | 3 | 3 | 2 | 2 | 10 | 2 | 3 | 3 | 11 | 1 |
| **Tanagers** | | | | | | | | | | | | | | | | | | | | | | | | |
| Summer Tanager | | | | | | x | | | | | | | 2 | 2 | 1 | 3 | 3 | 2 | 9 | 1 | 3 | 3 | 11 | 0 |
| Western Tanager | | | | | | x | | | | | | | 2 | 2 | 3 | 2 | 2 | 1 | 8 | 3 | 3 | 3 | 13 | 11 |
| **Sparrows** | | | | | | | | | | | | | | | | | | | | | | | | |

BLM_0056375

Table 6-1. Summary of conservation status,[a] selected conservation priority rankings,[b] and population trend estimates for all birds of the study area.

| Common Name[c] | CO Game | BLM SS | BCR16 List | State ESA | State T&E | MBTA | CHNP Track | CLBP Priority | WF Priority | SB CC | WB Rule | CCWCP Tier | PS-g | BD-g | ND-g | TB-c | TN-c | PT-c | CS-c | RD-b | TB-r | PT-r | CS-r | %Pop |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Green-tailed Towhee | | | | | | x | | MS | | | | | 3 | 2 | 2 | 3 | 2 | 2 | 10 | 5 | 3 | 3 | 16 | 44 |
| Spotted Towhee | | | | | | x | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | | 4 | 2 | 3 | 13 | 15 |
| Am. Tree Sparrow | | | | | | x | | | | | | | 2 | 1 | 1 | 2 | 2 | 4 | 9 | | | | | |
| Chipping Sparrow | | | | | | x | | | | | | | 1 | 1 | 2 | 1 | 2 | 3 | 8 | 4 | 3 | 4 | 13 | 2 |
| Clay-colored Sparrow | | | | | | x | | | | | | | 1 | 1 | 2 | 2 | 3 | 4 | 10 | 1 | 2 | 3 | 9 | 0 |
| Brewer's Sparrow | | x | | | | x | | SA | | | | 1 | 2 | 2 | 2 | 3 | 3 | 5 | 12 | 3 | 3 | 5 | 15 | 11 |
| Field Sparrow | | | | | | x | | | | | | | 2 | 2 | 2 | 3 | 3 | 5 | 12 | 1 | 3 | 3 | 11 | 0 |
| Vesper Sparrow | | | | | | x | | | | | | 2 | 2 | 1 | 2 | 3 | 3 | 4 | 11 | 4 | 3 | 3 | 13 | 7 |
| Lark Sparrow | | | | | | x | | | | | | | 2 | 1 | 2 | 2 | 2 | 4 | 10 | 3 | 3 | 4 | 13 | 9 |
| Black-throated Sparrow | | | | | | x | | | | | | | 1 | 2 | 2 | 2 | 2 | 2 | | 3 | 3 | 5 | 14 | 5 |
| Sage Sparrow | | | | | Partial | x | | SA | | | | 1 | 3 | 2 | 2 | 4 | 3 | 2 | 11 | 4 | 4 | 3 | 16 | 14 |
| Lark Bunting | | | | | | x | | | | | | 1 | 2 | 2 | 2 | 3 | 3 | 5 | 12 | 1 | 4 | 3 | 12 | 0 |
| Savannah Sparrow | | | | | | x | | | | | | | 1 | 1 | 1 | 2 | 2 | 4 | 8 | 2 | 3 | 3 | 10 | 0 |
| Grasshopper Sparrow | | x | | | | x | | | | | | | 2 | 1 | 2 | 3 | 3 | 5 | 12 | | | | | |
| Fox Sparrow | | | | | | x | | | | | | | 2 | 1 | 2 | 2 | 2 | 2 | 8 | 2 | 2 | 2 | 9 | 0 |
| Song Sparrow | | | | | | x | | | | | | | 1 | 1 | 1 | 2 | 2 | 4 | 8 | 2 | 3 | 2 | 9 | 1 |
| Lincoln's Sparrow | | | | | | x | | | | | | | 1 | 1 | 2 | 2 | 2 | 2 | 7 | 2 | 3 | 1 | 8 | 1 |
| Swamp Sparrow | | | | | | x | | | | | | | 2 | 1 | 1 | 2 | 2 | 1 | 6 | | | | | |
| White-throated Sparrow | | | | | | x | | | | | | | 1 | 1 | 2 | 2 | 2 | 3 | 8 | | | | | |
| Harris's Sparrow | | | | | | x | | | | | | 2 | 3 | 2 | 3 | 2 | 2 | 5 | 13 | | | | | |
| White-crowned Sparrow | | | | | | x | | | | | | | 1 | 1 | 1 | 2 | 2 | 3 | 7 | 3 | 2 | 5 | 12 | 1 |
| Golden-crowned Sparrow | | | | | | x | | | | | | | 3 | 2 | 3 | 2 | 2 | 2 | 10 | | | | | |
| Dark-eyed Junco | | | | | | x | | | | | | | 1 | 1 | 1 | 2 | 2 | 2 | 6 | 2 | 3 | 3 | 10 | 0 |
| Lapland Longspur | | | | | | x | | | | | | | 1 | 1 | 1 | 2 | 2 | 2 | 6 | | | | | |
| Snow Bunting | | | | | | x | | | | | | | 2 | 1 | 1 | 2 | 2 | 5 | 10 | | | | | |
| **Grosbeaks and Buntings** | | | | | | | | | | | | | | | | | | | | | | | | |
| Rose-breasted Grosbeak | | | | | | x | | | | | | | 3 | 2 | 2 | 2 | 2 | 4 | 11 | | | | | |
| Black-headed Grosbeak | | | | | | x | | | | | | | 3 | 2 | 2 | 2 | 2 | 2 | 9 | 3 | 3 | 3 | 14 | 10 |
| Blue Grosbeak | | | | | | x | | | | | | | 2 | 1 | 2 | 2 | 2 | 2 | 8 | 2 | 2 | 3 | 10 | 2 |
| Lazuli Bunting | | | | | | x | | LB | | | | 2 | 2 | 2 | 3 | 3 | 2 | 2 | 10 | 4 | 2 | 4 | 14 | 11 |
| Indigo Bunting | | | | | | x | | | | | | | 1 | 1 | 2 | 2 | 2 | 2 | 9 | 1 | 3 | 3 | 9 | 0 |
| Dickcissel | | | | | | x | | | | | | | 2 | 2 | 2 | 3 | 4 | 2 | 10 | 1 | 2 | 3 | 10 | 0 |
| **Blackbirds and Orioles** | | | | | | | | | | | | | | | | | | | | | | | | |
| Bobolink | | | | | | x | Watch L | | | | | 1 | 2 | 2 | 3 | 3 | 3 | 5 | 13 | 1 | 4 | **3** | 12 | 0 |
| Red-winged Blackbird | | | | | | x | | | | | | | 1 | 1 | 2 | 2 | 2 | 4 | 8 | 2 | 2 | 3 | 9 | 1 |
| Western Meadowlark | | | | | | x | | | | | | | 1 | 1 | 2 | 3 | 3 | 4 | 10 | 3 | 3 | 4 | 12 | 3 |
| Yellow-headed Blackbird | | | | | | x | | | | | | | 2 | 1 | 2 | 3 | 3 | 2 | 9 | 2 | 4 | 3 | 12 | 2 |
| Rusty Blackbird | | | | | | x | | | | | | | 2 | 1 | 2 | 3 | 3 | 5 | 12 | | | | | |
| Brewer's Blackbird | | | | | | x | | | | | | | 2 | 1 | 1 | 2 | 2 | 4 | 9 | 3 | 2 | 3 | 11 | 6 |
| Common Grackle | | | | | | x | | | | | | | 1 | 1 | 2 | 1 | 1 | 4 | 8 | 1 | 1 | 3 | 7 | 0 |
| Great-tailed Grackle | | | | | | x | | | | | | | 2 | 1 | 1 | 1 | 1 | 1 | 5 | 1 | 1 | 3 | 8 | 0 |
| Brown-headed Cowbird | | | | | | x | | | | | | | 1 | 1 | 1 | 1 | 1 | 4 | 7 | 2 | 1 | 3 | 8 | 1 |
| Orchard Oriole | | | | | | x | | | | | | | 2 | 1 | 2 | 3 | 2 | 3 | 10 | | | | | |
| Bullock's Oriole | | | | | | x | | | | | | | 2 | 2 | 3 | 3 | 2 | 4 | 12 | 2 | 3 | 3 | 12 | 4 |
| Scott's Oriole | | | | | | x | | PJ | | | | | 3 | 2 | 3 | 3 | 3 | 2 | 11 | 2 | 3 | 2 | 12 | 3 |
| **Finches** | | | | | | | | | | | | | | | | | | | | | | | | |

BLM_0056376

Table 6-1. Summary of conservation status,[a] selected conservation priority rankings,[b] and population trend estimates for all birds of the study area.

| Common Name[c] | CO Game | BLM SS | BCR16 List | State ESA | State T&E | State MBTA | CHNP Track | CLBP Priority | WF Priority | SB CC | WB Rule | CCWCP Tier | PS-g | BD-g | ND-g | TB-c | TN-c | PT-c | CS-c | RD-b | TB-r | PT-r | CS-r | %Pop |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gray-crowned Rosy Finch | | | | | | x | | | | | | | 4 | 2 | 2 | 3 | 2 | 3 | 12 | | | | | |
| Black Rosy Finch | | x | | | | x | | | | | | 2 | 5 | 4 | 3 | 4 | 2 | 3 | 16 | 3 | 3 | 3 | 18 | 10 |
| Brown-capped Rosy Finch | | x | | | | x | | AT | | | | 1 | 5 | 5 | 4 | 4 | 2 | 3 | 17 | 5 | 3 | 3 | 21 | 100 |
| Pine Grosbeak | | | | | | x | | | | | | | 2 | 1 | 1 | 3 | 2 | 3 | 9 | 3 | 3 | 3 | 12 | 1 |
| Purple Finch | | | | | | x | | | | | | | 2 | 2 | 2 | 2 | 2 | 4 | 9 | | | | | |
| Cassin's Finch | | x | | | | x | | | | | | 2 | 3 | 2 | 2 | 3 | 2 | 5 | 13 | 4 | 3 | 5 | 17 | 14 |
| House Finch | | | | | | x | | | | | | | 2 | 1 | 1 | 1 | 1 | 2 | 6 | 2 | 2 | 2 | 9 | 4 |
| Red Crossbill | | | | | | x | | | | | | 2 | 2 | 1 | 1 | 3 | 3 | 4 | 10 | 3 | 3 | 3 | 12 | 2 |
| White-winged Crossbill | | | | | | x | Watch L | | | | | | 2 | 1 | 1 | 2 | 2 | 3 | 9 | 1 | 2 | 3 | 9 | 0 |
| Common Redpoll | | | | | | x | | | | | | | 1 | 1 | 1 | 2 | 2 | 3 | 7 | | | | | |
| Pine Siskin | | | | | | x | | | | | | | 2 | 1 | 1 | 2 | 2 | 5 | 10 | 5 | 3 | 5 | 16 | 9 |
| Lesser Goldfinch | | | | | | x | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 8 | 2 | 2 | 3 | 11 | 5 |
| American Goldfinch | | | | | | x | | | | | | | 2 | 1 | 1 | 1 | 1 | 2 | 6 | 2 | 2 | 3 | 10 | 1 |
| Evening Grosbeak | | | | | | x | | | | | | 2 | 3 | 2 | 1 | 3 | 2 | 4 | 12 | 3 | 3 | 3 | 14 | 2 |
| **Old World Sparrows** | | | | | | | | | | | | | | | | | | | | | | | | |
| House Sparrow | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 5 | 8 | 2 | 1 | 3 | 8 | 1 |

*Notes*

a. Conservation status explanation

CO Game = Colorado game species (x indicates hunting season in Colorado; o indicates no hunting season in Colorado)

BLM SS = BLM Sensitive Species (BLM 2000)

BCR16 List = species identified as bird of conservation concern (USFWS 2008)

ESA = Endangered Species Act status (del-delisted; T-threatened; C-candidate, w04-withdrawn as candidate in 2004)

State T&E = State protection status (E-endangered; T-threatened; SC-species of concern [not a legal status])

MBTA = Migratory Bird Treaty Act protected species

b. Conservation priority ranking explanation

CNHP Track = Colorado Natural Heritage Program tracking status (Full-fully tracked; Watch L-Watchlisted; partial-partially tracked)

CLBP Priority = Colorado Landbird Conservation Plan (PIF 2000), habitat for which species is a priority: AS=aspen, AT=alpine tundra, C/R=cliff/rock, DS=desert-shrub, HR=high elevation riparian,
    LR=low elevation riparian, MC=mixed conifer, MS=mountain shrubland, PJ=pinyon-juniper woodland, PP=ponderosa pine, SA=sagebrush shrubland, SF=spruce-fir, WE=wetlands

WF Priority = management priority of species in Waterfowl Conservation Region 16 (BCR16) as found in the North American Waterfowl Management Plan's Implementation Framework, where
    H=high, MH=moderately high; M= moderate. ML=moderately low

SB CC = conservation category in United States Shorebird Conservation Plan, 2nd ed. (Brown et al. 2001).

WB Rule = rankings explained in the North American Waterbird Conservation Plan (Kushlan et al. 2002).

CWCP Tier = tier of species as prioritized by the Colorado Comprehensive Wildlife Conservation Strategy (CDOW 2006).

PIF Continent Rankings and PIF BCR16 Rankings explained at Panjabi et al. 2005 and RMBO 2009 and Chapter 6 of this report.

c. Nomenclature and taxonomic arrangement of this list follows that of the American Ornithologists' Union (AOU 2009).

d. PT-c (continental population trend score) and PT-r (BCR 16 population trend score) are color coded as follows: 5-red (significant decline), 4-orange (declining), 3-yellow (variable or uncertain trend);

BLM_0056377

Table 6-2. Explanation of Partners In Flight (PIF) population trend scores presented in Table 6-1.

| Trend Score (Pt-c or Pt-r) | Percent Change over 30 Years | Equivalent % annual change | Qualitative Interpretation |
|---|---|---|---|
| 1 | ≥ 50% increase | ≥1.36% | Large population increase |
| 2 | 15 to 49% increase | 0.47 to 1.36% increase | Possible or moderate population increase |
| | OR | OR | OR |
| | <15% change | -0.54 to 0.47% change | Population stable |
| 3 | Highly variable | N/A | Uncertain population trend |
| | OR | | |
| | Unknown | | |
| 4 | 15 to 49% decrease | >0.54 to 2.28% decrease | Possible or moderate population decrease |
| 5 | ≥ 50% decrease | >2.28% decrease | Large population decrease |

BLM_0056378

Table 6-3. Sensitivities or stressors[a] of selected birds of the study area.

| Common Name[b] | Human Disturbance | Livestock Grazing | Habitat Fragmentation | Water Development | Herbaceous Weeds | Vegetation Treatment | Aerial Obstacles | Forestry |
|---|---|---|---|---|---|---|---|---|
| Canada Goose | | | | | neg | | x | |
| American Widgeon | | | | | neg | | | |
| Mallard | | | | | | | x | |
| Common Merganser | | | | | | | x | |
| Chukar | | | | pos | pos | pos | | |
| Gunnison Sage-grouse | x | neg | neg | | | neg | x | |
| Sharp-tailed Grouse | | neg | | | | | | |
| Gambel's Quail | | | | pos | | | | |
| American Bittern | | neg | | | | | | |
| Great Blue Heron | | | | | | | x | |
| Turkey Vulture | | | | | | | x | |
| Bald Eagle | x | | | | | | | |
| Northern Harrier | | neg | | | | | | |
| Sharp-shinned Hawk | x | | | | | | | neg |
| Coopers Hawk | x | | | | | | | neg |
| Northern Goshawk | x | | | | | | | neg |
| Swainson's Hawk | x | neg | | | | | | pos |
| Red-tailed Hawk | x | neg | | | | | x | pos |
| Ferruginous Hawk | x | neg | | | | | | |
| Golden Eagle | x | pos | | | | | x | pos |
| American Kestrel | | neg | | | | | | neg |
| Peregrine Falcon | x | | | | | | | |
| Prairie Falcon | x | | | | | | | |
| American Coot | | | | | | | x | |
| Sandhill Crane | | | | | | | x | |
| Snowy Plover | | | | | neg | | | |
| Semipalmated Plover | | | | | neg | | | |
| Killdeer | | pos | | | | | | |
| Mountain Plover | | pos | | | | | | |
| Greater Yellowlegs | | | | | neg | | | |
| Willet | | | neg | | neg | | | |
| Lesser Yellowlegs | | | | | neg | | | |
| Long-billed Curlew | | neg | | | neg | | | |
| Marbled Godwit | | | | | neg | | | |
| Semipalmated Sandpiper | | | | | neg | | | |
| Western Sandpiper | | | | | neg | | | |
| Least Sandpiper | | | | | neg | | | |
| Baird's Sandpiper | | | | | neg | | | |
| Pectoral Sandpiper | | | | | neg | | | |
| Dunlin | | | | | neg | | | |

BLM_0056379

Table 6-3. Sensitivities or stressors[a] of selected birds of the study area.

| Common Name[b] | Human Disturbance | Livestock Grazing | Habitat Fragmentation | Water Development | Herbaceous Weeds | Vegetation Treatment | Aerial Obstacles | Forestry |
|---|---|---|---|---|---|---|---|---|
| Stilt Sandpiper | | | | | neg | | | |
| Long-billed Dowitcher | | | | | neg | | | |
| Wilson's Snipe | | | | | | | | |
| Wilson's Phalarope | | | | | | | | |
| Band-tailed Pigeon | | | | pos | | | | pos/neg |
| Yellow-billed Cuckoo | | | | | neg | | | |
| Barn Owl | | | | | | | | |
| Flammulated Owl | | | | | | | | neg |
| Northern Pygmy-Owl | | | | | | | | neg |
| Burrowing Owl | | pos | | | | | | |
| Spotted Owl | | | | | | | | neg |
| Long-eared Owl | | | | | | | | neg |
| Short-eared Owl | | neg | | | | | | |
| Boreal Owl | | | | | | | | neg |
| Northern Saw-whet Owl | | | | | | | | neg |
| Common Nighthawk | | neg | | pos | | neg | | neg |
| Common Poorwill | | | | | | neg | | pos/neg |
| Broad-tailed Hummingbird | | | | | pos/neg | neg | x | pos |
| Black-chinned Hummingbird | | | | | pos/neg | neg | x | |
| Calliope Hummingbird | | neg | | | pos/neg | neg | | |
| Rufous Hummingbird | | | | | pos/neg | neg | x | |
| Lewis's Woodpecker | | pos | | | | neg | | |
| Williamson's Sapsucker | | | | | | | | neg |
| Red-naped Sapsucker | | | | | | | | neg |
| Downy Woodpecker | | | | | | | | neg |
| Hairy Woodpecker | | | | | | neg | | neg |
| American Three-toed Woodpecker | | | | | | | | neg |
| Northern Flicker | | | | | | neg | | neg |
| Olive-sided Flycatcher | | | | | | | | neg |
| Western Wood Pewee | | | | | | | | neg |
| Willow Flycatcher | | pos/neg | neg | | neg | pos | | |
| Hammond's Flycatcher | | | | | | | | neg |
| Gray Flycatcher | | | | | | neg | | neg |
| Dusky Flycatcher | | | | | | | | pos |
| Ash-throated Flycatcher | | | | | | neg | | neg |
| Eastern Kingbird | | | | pos | | | | |
| Gray Vireo | | | | neg | | | x | |
| Plumbeous Vireo | | | | | | neg | x | neg |
| Warbling Vireo | | | | | | | x | neg |
| Gray Jay | | | neg | | | | | neg |

 Table 6-3 | Page 2 of 5

BLM_0056380

Table 6-3. Sensitivities or stressors[a] of selected birds of the study area.

| Common Name[b] | Human Disturbance | Livestock Grazing | Habitat Fragmentation | Water Development | Herbaceous Weeds | Vegetation Treatment | Aerial Obstacles | Forestry |
|---|---|---|---|---|---|---|---|---|
| Steller's Jay | | | | | | neg | | neg |
| Western Scrub Jay | | | | | | neg | | neg |
| Pinyon Jay | | | | | | neg | | neg |
| Clark's Nutcracker | | | | | | neg | | neg |
| Black-billed Magpie | | | | pos | | | | |
| Horned Lark | | pos | | neg | pos | | | |
| Purple Martin | | | | | | | | neg |
| Tree Swallow | | | | | | | | neg |
| Violet-green Swallow | | | | | | | | neg |
| N. Rough-winged Swallow | | | | | | | x | |
| Bank Swallow | | | | | | | x | |
| Cliff Swallow | | | | | | | x | |
| Black-capped Chickadee | | | | | | neg | | |
| Mountain Chickadee | | | | | | | | neg |
| Juniper Titmouse | | | | | | neg | | neg |
| Bushtit | | | | | | neg | | neg |
| Red-breasted Nuthatch | | | | | | | | neg |
| White-breasted Nuthatch | | | | | | neg | | neg |
| Pygmy Nuthatch | | | | | | | | neg |
| Brown Creeper | | | | | | | | neg |
| Bewick's Wren | | | | | | neg | | neg |
| House Wren | | pos | | | | | | |
| Winter Wren | | | | | | | | |
| Marsh Wren | | | neg | | | | | |
| Golden-crowned Kinglet | | | neg | | | | | neg |
| Ruby-crowned Kinglet | | | | | | | | neg |
| Blue-gray Gnatcatcher | | | | | | neg | | |
| Western Bluebird | | | | | | | | neg |
| Mountain Bluebird | | pos | | | | neg | | neg |
| Townsend's Solitaire | | | | | | | | neg |
| Swainson's Thrush | | | | | | | x | |
| Hermit Thrush | | | | | | | x | |
| American Robin | | pos | | | | | | |
| Northern Mockingbird | | pos | | neg | | | | |
| Sage Thrasher | | | | neg | | neg | | |
| Cedar Waxwing | | neg | | | | | | |
| Orange-crowned Warbler | | | | | | | x | |
| Virginia's Warbler | | pos/neg | | | | neg | x | |
| Yellow Warbler | | | | | | | x | |
| Yellow-rumped Warbler | | | | | | | x | |

Table 6-3 | Page 3 of 5          *Rare Earth Science, LLC*

BLM_0056381

Table 6-3. Sensitivities or stressors[a] of selected birds of the study area.

| Common Name[b] | Human Disturbance | Livestock Grazing | Habitat Fragmentation | Water Development | Herbaceous Weeds | Vegetation Treatment | Aerial Obstacles | Forestry |
|---|---|---|---|---|---|---|---|---|
| Black-throated Gray Warbler | | | | | | neg | x | neg |
| Graces's Warbler | | | | | | | x | neg |
| MacGillivray's Warbler | | neg | | | | | x | |
| Common Yellowthroat | | neg | | | | | x | |
| Wilson's Warbler | | neg | | | | | x | |
| Yellow-breasted Chat | | | | | neg | pos | x | pos |
| Western Tanager | | | | | | pos | x | neg |
| Green-tailed Towhee | | | | | | | | pos |
| Spotted Towhee | | | | | | | | pos |
| Chipping Sparrow | | neg | | | | | | |
| Brewer's Sparrow | | pos/neg | | neg | | neg | | |
| Vesper Sparrow | | pos/neg | | | neg | | | |
| Lark Sparrow | | pos/neg | | | | | | |
| Black-throated Sparrow | | pos | | | | | | |
| Sage Sparrow | | pos | neg | neg | | neg | | |
| Lark Bunting | | pos/neg | | | | | | |
| Savannah Sparrow | | neg | | | | | | |
| Grasshopper Sparrow | | pos/neg | | | | | | |
| Lincoln's Sparrow | | neg | | | | | | |
| White-crowned Sparrow | | neg | | | | | | |
| Dark-eyed Junco | | neg | | | | | | |
| Lapland Longspur | | | | | pos | | | |
| Black-headed Grosbeak | | | | | | | x | |
| Lazuli Bunting | | | | | | | x | |
| Red-winged Blackbird | | neg | | | | | | |
| Western Meadowlark | | neg | | | neg | | | |
| Brewer's Blackbird | | pos/neg | | | | | | |
| Brown-headed Cowbird | | pos | | | | | | |
| Scott's Oriole | | | | neg | | | | |
| Gray-crowned Rosy Finch | | | | | pos | | | |
| Black Rosy Finch | | | | | pos | | | |
| Brown-capped Rosy Finch | | | | | pos | | | |
| Cassin's Finch | | neg | | | | | | neg |
| House Finch | | | | | | | | neg |
| Red Crossbill | | | | | | | | neg |
| White-winged Crossbill | | | | | | | | neg |
| Pine Siskin | | pos | | | pos | | | neg |
| Lesser Goldfinch | | | | pos | pos | | | neg |
| American Goldfinch | | neg | | pos | pos | | | neg |
| Evening Grosbeak | | | | | | | | neg |

BLM_0056382

Table 6-3. Sensitivities or stressors[a] of selected birds of the study area.

| Common Name[b] | Human Disturbance | Livestock Grazing | Habitat Fragmentation | Water Development | Herbaceous Weeds | Vegetation Treatment | Aerial Obstacles | Forestry |
|---|---|---|---|---|---|---|---|---|
| TOTALS | | | | | | | | |
| Negative impact | 11 | 24 | 8 | 7 | 22 | 29 | 34 | 56 |
| Positive impact | | 14 | | 8 | 9 | 3 | | 8 |
| Mixed impacts | | 8 | | | 4 | | | 2 |

**Notes**

a. Compiled from resources listed under "Threats to Birds in the Study Area" in Chapter 6. Some items may be qualitative or anecdotal in nature, or based on small sample sizes.

a. Birds listed in taxomonic order according to the the American Ornithologists' Union (AOU 2009).

BLM_0056383

*U.S. Bureau of Land Management*
*Uncompahgre Field Office*

*Migratory Bird Status*
*Literature Review*

Table 6-4. Selected wildlife sensitivity and indicator thresholds[a].

| Species | Threshold or Other Indicator Value | Impact / Observation / Recommendation | Reference |
|---|---|---|---|
| American robin | 31 feet and 49 feet (32 feet and 68 feet) | Mean distance at which species was disturbed by pedestrian on a trail in | Miller et al. 2001 |
| | 45 feet and 57 feet (53 feet and 77 feet) | Mean distance at which species was disturbed by pedestrian off trail in forested | Miller et al. 2001 |
| Brewer's sparrow | 100 acres | Threshold size of sagebrush patch below which this species was not detected when no other sagebrush patches were within 0.12 mile (study location was northern Utah) | Wilson et al. In prep |
| Greater sage-grouse | < 5 producing wells within 1.9 miles of lek | No impact on lek attendance by males observed | Holloran 2005 |
| | 5-15 producing wells within 1.9 miles of lek | Medium impact on lek attendance by males observed | Holloran 2005 |
| | > 15 producing wells within 1.9 miles of lek | Heavy impact on lek attendance by males observed | Holloran 2005 |
| | 2 mile radius around a lek | Well density within this distance of a lek was observed to be 1/3 lower for active leks than inactive leks | Naugle et al. 2006 |
| | 3.4 mile radius around a lek | No surface occupancy (NSO), no new road construction, & seasonal closure of existing roads recommended within this distance | Braun 2006 |
| | 4 mile radius around a lek | Minimum disturbance recommended within this distance of a lek | NWCGSGWG 2006 |
| | 4 mile radius around a lek | NSO designation for areas within this distance of leks is scientifically supported when nesting & brood rearing maps are not available. | CDOW et al. 2008 |
| | 1 well pad/mi$^2$ pad density | Measurable negative impacts on breeding populations observed at this density | CDOW et al. 2008 |
| Northern goshawk | 30 to 60 acres (85 to 200 acres) | Minimum habitat patch size required for nesting (prefered habitat patch size shown in parentheses) | Woodbridge and Detrich 1994 |
| Sagebrush-obligate Bird | 328 feet to nearest road | Within this distance the density of sagebrush-obligate birds drops by 50 percent regardless of the amount of activity on the road. | Ingelfinger 2001 |
| Sage sparrow | 250 acres or greater | In the face of the lack of quantitiative data on habitat patch size, "bigger is better" remains a conservation axiom for this species and other sagebrush obligates. | Knick 2004 |
| Vesper sparrow | 30 feet and 141 feet (33 feet and 129 feet) | Mean distance at which species was disturbed by pedestrian on a trail in meadow habitat and mean distance moved upon disturbance (parenthetical values indicate response to pedestrian with leashed dog) | Miller et al. 2001 |
| | 56 feet and 169 feet (50 feet and 171 feet) | Mean distance at which species was disturbed by pedestrian off trail in meadow habitat and mean distance moved upon disturbance (parenthetical values indicate response to pedestrian with leashed dog) | Miller et al. 2001 |
| Western meadowlark | 100 feet and 247 feet (92 feet and 215 feet) | Mean distance at which species was disturbed by pedestrian on a trail in meadow habitat and mean distance moved upon disturbance (parenthetical values indicate response to pedestrian with leashed dog) | Miller et al. 2001 |
| | 124 feet and 315 feet (120 feet and 336 feet) | Mean distance at which species was disturbed by pedestrian off trail in meadow habitat and mean distance moved upon disturbance (parenthetical values indicate response to pedestrian with leashed dog) | Miller et al. 2001 |
| Elk | 1 mi/mi$^2$ road density | Road density above which habitat effectiveness is eliminated in non-forested landscapes | Lyon 1979 |
| Mule deer | 328 feet to nearest road | Distance from a road at which deer observed to exhibit avoidance in shrub landscape | Rost and Bailey 1979 |
| | 436 feet to nearest road | Female deer on winter range move away from humans on snowmobiles. | Freddy et al. 1986 |
| | 627 feet to nearest road | Female deer on winter range move away from humans on foot. | Freddy et al. 1986 |
| | 1,096 feet to nearest road | Female deer on winter range alert to humans on foot | Freddy et al. 1986 |

BLM_0056384

Table 6-4. Selected wildlife sensitivity and indicator thresholds[a].

| Species | Threshold or Other Indicator Value | Impact / Observation / Recommendation | Reference |
|---|---|---|---|
| | 1,542 feet to nearest road | Female deer on winter range alert to humans on snowmobiles | Freddy et al. 1986 |
| | 1.6, 1.9, and 2.3 miles from well pads | Minimum distances from well pads at which deer are most likely to occur over three years of progressive oil and gas development | Sawyer et al. 2006 |
| | 110 feet and 103 feet (159 feet and 117 feet) | Mean distance at which species was disturbed by pedestrian on a trail in meadow habitat and mean distance moved upon disturbance (parenthetical values indicated response to pedestrian with leashed dog) | Miller et al. 2001 |
| | 113 feet and 252 feet (268 feet and > 249 feet) | Mean distance at which species was disturbed by pedestrian off trail in meadow habitat and mean distance moved upon disturbance (parenthetical values indicated response to pedestrian with leashed dog) | Miller et al. 2001 |
| Pronghorn | 0.6 mile distance to nearest road | Distance from a maintained road at which pronghorn exhibit avoidance | Ockenfels et al. 1994 |
| | 1 mi/$mi^2$ road density | Road density at which negative impacts were reported to occur | BLM 1999 |
| Bighorn sheep | 433 ft distance to nearest road | Sheep flee from human activity on roads at this distance. | Papouchis et al. 2001 |
| | 1,191 ft distance to nearest road | Sheep alert to human activity on roads at this distance | Papouchis et al. 2001 |
| Black bear | Road traffic of 1,400 vehicles/day | Female bears precluded from crossing, barrier to male bears also | Hammond 2002 |
| | 328 feet from nearest road | Bears exhibited avoidance behavior within this distance | Hammond 2002, Onoratol 2003 |
| | 1.41 mi/$mi^2$ road density, all road types | No bear home ranges within this distance | Hammond 2002 |
| | 0.46 mi/$mi^2$ paved road density | No bear home ranges within this distance | Hammond 2002 |
| | 0.25 mi/$mi^2$ road density | Advised that road density should not exceed this distance in black bear home ranges | Hillman and Yow 1986 |
| Wolf | < 1.12 mi/$mi^2$ road density with human population density < 10/$mi^2$ and < 0.8 mi/$mi^2$ road density with human population density < 20/$mi^2$ | Road density and human disturbance thresholds at which 88 percent and 81 percent of wolf observations were recorded in Minnesota in 1988 and 1989 | Fuller et al. 1992 |

**Notes**

a. This table is based on (and expanded from) Table 1 in Wilbert et al. 2008.

b. Specific line item references:

BLM. 1999. Draft EIS for the Pinedale Anticline Oil and Gas Exploration and Development Project, Sublette County, Wyoming. Pinedale, Wyo.: U. S. Bureau of Land Management.

Braun, C. E. 2006. Sage-grouse habitat conservation strategies: a blueprint for conservation and recovery. Tucson, Ariz.: Grouse, Inc.

CDOW, Montana Department of Fish, Wildlife and Parks, North Dakota Game and Fish, Utah Division of Wildlife Resources, and Wyoming Game and Fish Department. 2008. Using the Best Available Science to Coordinate Conservation Actions that Benefit Greater Sage-Grouse Across States Affected by Oil & Gas Development in Management Zones I-II (Colorado, Montana, North Dakota, South Dakota, Utah, and Wyoming). Unpublished report available at http://www.ourpubliclands.org/files/upload/BestScience_2008_sagegrouse_energy.pdf.

Freddy, D. J., W. M. Bronaugh, and M. C. Fowler. 1986. Responses of mule deer to disturbance by persons afoot and snowmobiles. *Wildlife Society Bulletin* 14:63-68.

Fuller, T. K., W. E. Berg, G. L. Radde, M. S. Lenarz, and G. B. Joselyn. 1992. A history and current estimate of wolf distribution and numbers in Minnesota. *Wildlife Society Bulletin* 20:42-55.

Hammond, F. M. 2002. The effects of resort and residential development on black bears in Vermont: Vermont Agency of Natural Resources.

Hillman, L. L., and D. L. Yow. 1986. Timber management for black bear. Paper read at East. Workshop. Black Bear Manage. and Res.

Holloran, M. J. 2005. Greater sage-grouse (Centrocercus urophasianus) population response to natural gas field development in western Wyoming. Doctoral Dissertation, Univ. of Wyoming, Laramie.

Ingelfinger, F. 2001. The effects of natural gas development on sagebrush steppe Passerines in Sublette County, Wyoming. Master of Science Thesis, Univ. of Wyoming, Laramie.

Knick, S. T. 2004. Personal communication with D. Reeder. U. S. Geological Survey, Sanke River Field Station, Boise, Idaho. August 11.

Lyon, L. J. 1979. Habitat effectiveness for elk as influenced by roads and cover. *Journal of Forestry* 77:658-660.

BLM_0056385

Table 6-4. Selected wildlife sensitivity and indicator thresholds[a].

| Species | Threshold or Other Indicator Value | Impact / Observation / Recommendation | Reference |
|---|---|---|---|

Miler, S., R. Knight, and C. Miller. 2001. Wildlife responses to pedestrians and dogs. *Wildlife Society Bulletin* 29 (1):124-132.

Naugle, D. E., B. L. Walker, and K. E. Doherty. 2006. Sage-grouse population response to coal-bed natural gas development in the Powder River Basin: Interim Progress Report on Region-wide Lek-count Analysis. Bozeman: Univ. of Montana.

NWCGSGWG. 2006. Northwest Colorado greater sage-grouse conservation plan. Northwest Colorado Greater Sage-grouse working Group. Denver, Colorado: Colorado Division of Wildlife.

Ockenfels, R. A., A. Alexander, C. L. Dorothy Ticer, and W. K. Carrel. 1994. Home range movement patterns and habitat selection of pronghorn in central Arizona. Technical Report 13. Phoenix: Arizona Game and Fish Dept.

Onoratol, D., P. Hellgreni, F. S. Mitchell, and J. R. Skiles. 2003. Home range and habitat use of American black bears on a desert montane island in Texas. *Ursus* 14:2.

Rost, G. R., and J. A. Bailey. 1979. Distribution of mule deer and elk in relation to roads. *J. Wildl. Manage.* 43 (3):634-641.

Sawyer, H., R. Nielson, F. Lindzey, and L. McDonald. 2006. Winter habitat selection of mule deer before and during development of a natural gas field. *J. Wildl. Manage.* 70:396-403.

Wilson, T. L., E. J. Johnson, and J. A. Bissonette. In prep. Landscape supplementation and shrub-steppe associated bird species in a patchy, mountainous landscape.

BLM_0056386

# Chapter 7

## MANAGEMENT SPECIES

This chapter identifies and recommends three types of management species in the study area: 66 "status species," 23 "key watch species," and from two to 15 "management focus species" for each land cover type in the study area.

**Status species** (Table 7-1) are birds recognized by a government agency, a conservation entity, or other expert organization, which warrant priority consideration during the UFO's planning, decision-making, and land management activities in the study area, and generally include only species that have, or potentially have, a significant presence on lands managed by the UFO.

**Key watch species** (Table 7-2) are bird species perceived to be in decline or with unknown status in the study area that could reasonably be monitored on BLM lands. Key watch species may or may not be recognized by other entities as a species of conservation priority (i.e., they may not be status species in the study area).

**Management focus species** (Table 7-3) are representative species (some would make appropriate "flagship" species) for each land cover type in the study area whose habitat requirements should inform the UFO's planning, decision-making, and land management activities in the study area. Management focus species may or may not be status species or key watch species (i.e., they may not be in decline), but they are often obligates of the land cover type they were chosen to represent.

We selected these three categories of management species based on the criteria described below. We also mapped summer richness for status species in their primary habitats across the study area (Map 7-1). This mapping will help managers identify areas of management importance for birds in the UFO on a coarse scale. Mapping methodology followed that of the species richness mapping explained in Chapter 4.

### Selection and Discussion of "Status Species"

We first applied a coarse filter to Table 6-1 to select birds of the study area that have been identified as species of conservation concern by BLM and/or other agencies, organizations, or conservation working groups. The coarse filter selected species meeting the following criteria:

- The species is "BLM sensitive" in Colorado (BLM 2000).

- The species is listed on the U.S. Fish & Wildlife Service's (USFWS') 2008 Birds of Conservation Concern list for BCR 16 (USFWS 2008).

- The species is currently listed, is a candidate for listing, was recently de-listed, or was recently removed from candidate status under the federal Endangered Species Act.

- The species is listed as threatened or endangered under Colorado State statute, or recognized by CDOW as a species of special concern (CDOW 2009a).

- The species is "fully tracked" by the Colorado Natural Heritage Program (CNHP 2009).

BLM_0056387

- The species is in a priority habitat designated by the Colorado Land Bird Conservation Plan (PIF 2000).

- The species is designated a priority species in the Southern Rocky Mountain Physiographic Region (Area 62) or Colorado Plateau Physiographic Region (Area 87) habitats by the Colorado Land Bird Conservation Plan (PIF 2000).

- The species received a regional combined score (either breeding or non-breeding) higher than 16 in Partners In Flight's assessments for BCR 16 (PIF 2009), indicating a significant level of concern for the security of the species in the region.

- The species is a raptor.

Each species returned by the initial coarse filter (a total of 90) was considered individually for designation as a status species. Those meeting the following exclusion criteria (from Table 3-1) have relatively low conservation potential in the study and were eliminated from the status species list:

- The species is accidental in the study area.

- The species is extirpated from the study area.

- The species is an extremely rare, rare, or uncommon migrant, winter visitor, or non-breeding summer visitor in the study area. (While the rarity of a species is often a reason to consider it a management responsibility, the rationale of "rare" as an exclusion criteria in this case implies that not only is the species rare within the study area, but that it is significantly more common elsewhere, or at the edge of its ecological range.)

- The locally nesting species is not known to nest on BLM land or federal minerals land in the study area.

A list of 66 birds meeting the status species requirements along with the fulfilled criteria, are presented in Table 7-1. We also mapped summer richness for the 66 status species in their primary habitats across the study area (Map 7-1). Mapping methodology followed that of the species richness mapping explained in Chapter 4. This mapping will help managers identify areas of management importance for birds in the UFO on a coarse scale.

Most of the 66 status species (Table 7-1) in the study area have had their status acknowledged by BLM in some manner. BLM's Colorado State Director has designated 13 Sensitive Species (BLM 2000), five of which occur significantly on BLM lands in the study area and are therefore included on our status species list. BLM's sensitive species list for Colorado is currently being revised under the new BLM Manual 6840 (BLM 2008a), and although some adjustments may be made to species status, management concerns and recommendations discussed in this document are based on known bird biology and land cover ecology and should remain consistent. With the exception of the fairly common (winter, locally) raptor rough-legged hawk, all status species breed in the study area.

BLM must consider species listed under federal law as threatened or endangered in any of its undertakings. The current BLM Manual 6840 revision relieves BLM from responding to state law regarding species listed as endangered, threatened, or of concern on State lists. Those species would only receive special treatment if successfully qualifying to be on BLM's Sensitive Species List. All

BLM_0056388

federal candidate, proposed, and delisted species in the five years following delisting are to be conserved as BLM sensitive species. Stated policy in BLM Manual 6840 requires BLM to initiate proactive conservation measures that reduce or eliminate threats to BLM sensitive species to minimize the likelihood of, and need for, listing of these species under ESA. No bird species listed under the federal Endangered Species Act (ESA) regularly occurs within the study area. Two recently delisted species, bald eagle (in 2007) and American peregrine falcon (in 1999), merit continued special attention to prevent their relapse in status. Both bald eagle and peregrine falcon appear on the status list (Table 7-1). The western population of the yellow-billed cuckoo is a candidate for federal listing and as such, is included on the status list. Since cuckoos were once considered to be "uncommon in deciduous woods, more often heard than seen" (Davis 1969) they likely were found at one time on BLM land in the study area. Potential habitat and recent sightings on private land in the study area exist.

The federally-listed threatened spotted owl (Mexican subspecies) is not included on the status list (Table 7-1). It currently has "accidental" status in the study area (Table 3-1); an immature bird was reported at Buckeye Reservoir, northwest of Paradox, in the 1990s (Righter et al. 2004). Because spotted owls nest near the study area (in Canyonlands National Park and possibly in the west-facing canyons of the La Sal Mountains in Utah), the UFO should make periodic inquiry into a possible colonization. Other species not included on the status list could require reconsideration in the future: if conditions change such as long-billed curlews are found nesting in Paradox Valley, or if surface management agreements change at Fruitgrowers Reservoir making American bittern and willet habitat a BLM management responsibility, or the State of Colorado pursues reintroduction of sharp-tailed grouse to the study area, these species should become status species in the study area.

Since the January 2001 publication of Executive Order 13186, Responsibilities of Federal Agencies to Protect Migratory Birds, BLM has paid greater attention to nongame birds. Currently the U.S. Fish & Wildlife Service's "Birds of Conservation Concern" (USFWS 2008) for Bird Conservation Region 16 (BCR 16, Southern Rocky Mountains) are specifically considered in each environmental assessment.

**Selection and Discussion of "Key Watch Species"**

To select key watch species, we first applied a coarse filter to Table 6-1 to select birds of the study area that have a PIF combined regional score (CS-r) of 15 or higher for BCR 16, or birds with a PIF continental population trend score (PT-c) of 5. The PIF combined regional score is the sum of several PIF ranking factors with a possible range of 5 to 25, from which PIF identifies species of conservation concern (Panjabi et al. 2005). A continental population trend score of 5 indicates a significant declining population trend (see Chapter 6). From the initial coarse filter selection, we chose birds for the key watch species list if their BBS trend data (Sauer et al. 2008) fit any of six criteria described below <u>and</u> the species could reasonably be monitored on BLM lands. The six BBS trend criteria are as follows:

1. Species' BBS data show long-term downward trends in two or more relevant strata exhibiting consistency (strata are equivalent to sample areas, and strata were considered relevant if they were close to or included the study area).

2. Species' BBS data show a long-term downward trend maintaining from 1980 to 2006.

3. Species' BBS data show a downward trend significant to the 95 percent probability.

4. Species' BBS data show a downward trend that meets the "most credible" threshold set by the U.S. Geological Survey Biological Research Division (species occurs on at least 14 routes in the sample area with at least an average of 1 detection per run of the route, and subinterval trends

BLM_0056389

are reasonably consistent with each other, and the ability to detect a three percent or less change over time is possible).

5. Species' BBS data show a downward trend and the species is a status species.

6. The species is not monitored by the BBS or it was not detected suitably for data generation.

Key watch species (a total of 23), along with their selection criteria, are presented on Table 7-2. The key watch species warrant additional observation to determine as early as possible the need for intervention. Three key watch species make sagebrush communities their primary habitat (Gunnison sage-grouse, sage sparrow, and Brewer's sparrow). Two key watch species are primarily associated with pinyon-juniper land cover types (pinyon jay and juniper titmouse). Four key watch species are associated with riparian or willow (mesic) land cover types (yellow-billed cuckoo, belted kingfisher, bank swallow, and Wilson's warbler). Two are associated with cliff, rock, or talus in various vegetation types (prairie falcon and rock wren). The common night hawk is found in sagebrush and pinyon-juniper land cover types. The brown-capped rosy finch occurs in alpine tundra, as does the horned lark, which is also associated with herbaceous rangelands and semi-desert shrublands. The loggerhead shrike nests in semi-desert and sagebrush shrublands, and Virginia's warbler is associated with mountain shrub and ponderosa pine land cover types. The remaining key watch species are associated with montane and subalpine forest land cover types (flammulated owl, Lewis's woodpecker, Williamson's sapsucker, olive-sided flycatcher, Cassin's finch, and pine siskin).

On March 19, 2009, the U.S. Secretary of the Interior Salazar announced the findings of the first "State of the Birds" report issued by the federal government (http://www.stateofthebirds.org/habitats), a call for the nation to stanch the continuing loss of birds. The report indicates that state of waterbirds has improved over the last 40 years. Of land birds (and second only to Hawaiian birds), the birds of "Aridlands" reporting area have shown the greatest population declines. Aridlands include the lower elevation rangelands of the study area, which are expressed primarily in the short semi-desert shrublands, tall semi-desert shrublands, sagebrush community, and herbaceous rangeland land cover types in the study area. Seven key watch species (Gunnison sage-grouse, sage sparrow, Brewer's sparrow, common nighthawk, loggerhead shrike, horned lark, and rock wren) are birds of the Aridlands.

**Selection and Discussion of "Management Focus Species"**

To select management focus species, we first assigned representative species to each land cover type in the study area. Each land cover type was assigned from two to as many as 15 representatives. To make these assignments, we consulted the habitat matrix tables in Chapter 3 and used professional judgment. Generally, representative birds tend to be more numerous than others in their assigned land cover type, or they find important elements for nesting success. Accidental, peripheral, and habitat generalist species were excluded from consideration. Duplicating species in more than one land cover type was avoided unless determining a species land cover type preference was too difficult or the land cover type would be devoid of a representative without the duplicate species. Representative species of each land cover type in the study area are presented on Table 7-3.

Next, we scored each species using the following factors (see Table 7-3). The status rankings column (Table 7-3) contains the tally of initiatives registering the species to be of high concern (the same criteria used in the initial coarse filter to select status species, using Table 6-1). The key watch rankings column contains the tally of criteria the species met to be considered a key watch species (from Table 7-2). The species was assigned one point in the obligate column if it is an obligate to the land cover type. The score in the obligate column is modified with a vegetation notation if the species is also

BLM_0056390

obligated to related land cover types. The score in the obligate column is modified with a non-vegetation notation (e.g., "dirt banks") to suggest the species is obligated to a subset of that land cover class.

Among the representative bird species for each land cover type, there is generally a high scoring species that stands out as a potential "flagship" species for the management of that land cover type. Nevertheless, we recommend that the total score for the management focus species be viewed with a discriminating eye. For example, the high scoring juniper titmouse achieved its score due to many parties in the conservation community noting its declining population. Other species may be more deserving of management attention yet have not aroused as much concern in the conservation community. Also, other species will continue to be important in environmental assessments regardless of their absence on Table 7-3, such as the U.S. Fish & Wildlife's Birds of Conservation Concern, the BLM State Director's Sensitive Species List, and the Candidate Species under the federal Endangered Species Act (see Table 6-1).

The UFO may decide that the management focus species (or a subset thereof) presented in Table 7-3 may be suitable as "indicator species." Following their 1982 planning regulations, every National Forest has in place a Management Indicator Species (MIS) program, which uses a single species or suit of species to represent all of the species within a specified habitat. Usually the species most obligated to the specified habitat are chosen. A management indicator species should also be inexpensive to monitor. As a taxonomic group, birds are especially suited to be management indicator species (Mauer 1992).

The drawbacks of adopting an MIS approach on BLM land are several. There is a risk taken by the MIS process that the species chosen will not be the one or ones sensitive to the particular habitat changes that by chance or design happen. Almost as a rule, MIS are not adequate for measuring individual project effects. The scale of single projects and local wildlife populations usually do not correspond. Additionally, an MIS may be responding to off-site impacts (for instance, on its wintering grounds). Migratory birds are susceptible to this confounding factor.

Despite the drawbacks of implementing an MIS program in the study area, there is argument for doing so. It is a fact that land management decisions do result in habitat changes that affect wildlife. Even before action on the ground occurs, the USFS has found that an MIS can win an argument for a project concession. For example, snags will be reserved from a timber sale, not simply because the agency biologist wants them for cavity-nesting birds, but because the forest plan identifies the hairy woodpecker as an MIS. This means that the project will be measured against the retention of hairy woodpeckers on the site. To view an example of how management indicator species have been used to evaluate a proposed project see Buell (2003).

**Literature Cited**

BLM. 2000. Colorado BLM State Director's sensitive species list (animals and plants) June, 2000: U. S. Bureau of Land Management.

BLM. 2008. Manual 6840 - Special Species Status Management: U. S. Department of the Interior, Bureau of Land Management. Available at http://www.blm.gov/pgdata/etc/medialib/blm/wo/Information_Resources_Management/policy/im_attachments/2009.Par.13736.File.dat/IM2009-039_att1.pdf.

BLM_0056391

Buell, K. H. 2003. Management indicator species report: soil, watershed and fisheries conservation treatments on the Rio Grande National Forest, Alamosa, Conejos, Costilla, Mineral, Rio Grande, Saguache, Hinsdale, Custer, San Juan and Archuleta Counties, Colorado. Prepared by Habitat Concepts, Inc. for the Rio Grande National Forest. http://www.fs.fed.us/r2/riogrande/projects/decisions/watershed_treatment/mis_report_2003.pdf.

CDOW. 2009. Colorado State threatened and endangered species list. Available at http://wildlife.state.co.us/WildlifeSpecies/SpeciesOfConcern/ThreatenedEndangeredList/ListOfThreatenedAndEndangeredSpecies.htm).

CNHP. 2009. State-wide list of tracked species and communities, August 6, 2009. Accessed at http://www.cnhp.colostate.edu/download/list/birds.asp.

Davis, W. 1969. Birds of western Colorado: Colorado Field Ornithologists.

Mauer, B. A. 1992. Biological diversity, ecological integrity, and neotropical migrants: new perspectives for wildlife management. In Status and management of neotropical migratory birds: 1992 September 21-25; Estes Park, CO. Gen. Tech. Rep. RM-229, edited by D. M. Finch and P. W. Stangel. Fort Collins, Co: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station. Accessed at: http://www.fs.fed.us/rm/pubs_rm/rm_gtr229/rm_gtr229_024_031.pdf.

Panjabi, A. O., E. H. Dunn, P. J. Blancher, W. C. Hunter, B. Altman, J. Bart, C. J. Beardmore, H. Berlanga, G. S. Butcher, S. K. Davis, D. W. Demarest, R. Dettmers, W. Easton, H. Gomez de Silva Garza, E. E. Inigo-Elias, D. N. Pashley, C. J. Ralph, T. D. Rich, K. V. Rosenberg, C. M. Rustay, J. M. Ruth, J. S. Wendt, and T. C. Will. 2005. The Partners in Flight handbook on species assessment. Version 2005. Partners in Flight Technical Series No. 3. Accessed at Rocky Mountain Bird Observatory: http://www.rmbo.org/pubs/downloads/Handbook2005.pdf.

PIF. 2000. Colorado Land Bird Conservation Plan. Colorado Partners In Flight. Available at http://www.rmbo.org/pif/bcp/intro/exsum.htm.

PIF. 2009. Partners in Flight Species Assessment Database. Accessed at: http://www.rmbo.org/pif/pifdb.html.

Righter, R., R. Levad, C. Dexter, and K. Potter. 2004. Birds of western Colorado plateau and mesa country. Grand Junction: Grand Valley Audubon Society.

Sauer, J. R., J. E. Hines, and J. Fallon. 2008. The North American Breeding Bird Survey, Results and Analysis 1966 - 2007: USGS Patuxent Wildlife Research Center, Laurel, MD.

USFWS. 2008. Birds of conservation concern 2008. Arlington, Virginia: U. S. Department of Interior, Fish and Wildlife Service, Division of Migratory Bird Management.

BLM_0056392

U.S. Bureau of Land Management
Uncompahgre Field Office

*Migratory Bird*
*Status Literature Review*

Map 7-1
Status species richness in primary habitats for each season.



BLM_0056393

*U.S. Bureau of Land Management*
*Uncompahgre Field Office*

*Migratory Bird Status*
*Literature Review*

Table 7-1. Status species (total of 66) in the study area.

| Common Name[a] | Recorded on BLM | Periferal Species | Stenotopic Species | %Pop in BCR16 | Seasonal Occurrence[b] | | | | Selection Criteria[c] | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Spring | Summer | Winter | Fall | BLM SS[c] | BCR16 List | Fed ESA | State T&E | CHNP Track | CLBP Priority | PIF CS-r | Raptor |
| Gunnison Sage-grouse | x | | x | 100 | r | r | r | f | x | x | | SC | Full | SA | 25 | |
| White-tailed Ptarmigan | x | | | 2 | u | u | u | u | | | | | Partial | AT | 13 | |
| Dusky Grouse | x | | | 1 | | f | f | | | | | | | MC | 14 | |
| Bald Eagle | x | | | 0 | u | u,r nester | f | u | x | x | del | T | Full | | 13 | x |
| Northern Harrier | x | x | | 0 | u | u | f | u | | | | | | WE | 13 | x |
| Sharp-shinned Hawk | x | | | 2 | f | f | f | f | | | | | | | 15 | x |
| Coopers Hawk | x | | | 6 | f | f | u | f | | | | | | | 13 | x |
| Northern Goshawk | x | | | 3 | u | u | u | u | x | | | | Full | | 15 | x |
| Swainson's Hawk | x | x | | 2 | u | u | | u | | | | | | | 13 | x |
| Red-tailed Hawk | x | | | 3 | c | c | c | c | | | | | | | 10 | x |
| Ferruginous Hawk | x | | | 3 | r | r | u | r | x | x | | SC | Full | | 16 | x |
| Rough-legged Hawk | x | | | | | f local | | | | | | | | | | x |
| Golden Eagle | x | | | 3 | f | f | f | f | | x | | | | | 18 | x |
| American Kestrel | x | | | 4 | c | c | c | c | | | | | | | 13 | x |
| Peregrine Falcon | x | | | 0 | r | r | r | r | | x | del | SC | Full | C/R | 13 | x |
| Prairie Falcon | x | | | 12 | u | u | u | u | | x | | | Watch L | | 17 | x |
| Sandhill Crane | x | x | | 0 | f | r | u | f | | | | SC | Full | | 12 | |
| Wilson's Phalarope | x | | | 0 | c | u | | c | | | | | Full | | 13 | |
| Band-tailed Pigeon | x | | x | 1 | r | u | | r | | | | | | PP | 13 | |
| Yellow-billed Cuckoo | | | x | 0 | | r | | | x | x | C3 | SC | Full | | 12 | |
| Barn Owl | | x | x | 0 | u | u | u | u | | | | | | | 12 | x |
| Flammulated Owl | x | | | 25 | u | f | | u | | x | | | | PP | 18 | x |
| Western Screech-Owl | x | | | 0 | f | f | f | f | | | | | | | 15 | x |
| Great Horned Owl | x | | | 1 | f | f | f | f | | | | | | | 9 | x |
| Northern Pygmy-Owl | x | | | 5 | u | u | u | u | | | | | Watch L | | 14 | x |
| Burrowing Owl | x | | x | 1 | u | u | | u | | x | | T | Watch L | DS | 13 | x |
| Long-eared Owl | x | | | 1 | u | u | u | u | | | | | | | 14 | x |
| Boreal Owl | | | | 1 | r | r | r | r | | | | | Partial | SF | 13 | x |
| Northern Saw-whet Owl | x | | | 4 | f | f | u | f | | | | | | | 13 | x |
| Common Poorwill | x | | | 12 | f | f | | f | | | | | | MS | 13 | |
| Black Swift | | | | 0 | r | r local | | r | | | | | Full | C/R | 13 | |
| White-throated Swift | x | | | 24 | c | c | | c | | | | | | C/R | 15 | |
| Broad-tailed Hummingbird | x | | | 59 | c | c | | c | | | | | | AS | 15 | |
| Black-chinned Hummingbird | x | | | 16 | c | c | | c | | | | | | PJ | 13 | |
| Lewis's Woodpecker | x | | x | 38 | u | u | u | u | | x | | | Full | LR | 18 | |
| Williamson's Sapsucker | x | | | 43 | r | u | | r | | | | | | MC | 17 | |
| Red-naped Sapsucker | x | | | 9 | u | f | | u | | | | | | AS | 14 | |
| Olive-sided Flycatcher | x | | | 3 | u | u | | u | | | | | | SF | 13 | |
| Willow Flycatcher | x | | x | 1 | r | r local | | r | | x | | | Watch L | | 13 | |
| Hammond's Flycatcher | x | | x | 2 | r | u | | | | | | | | SF | 12 | |
| Gray Flycatcher | x | | | 12 | u | c | | u | | | | | | PJ | 14 | |
| Cordilleran Flycatcher | x | | | 29 | u | f | | u | | | | | | HR | 14 | |
| Cassin's Kingbird | x | x | x | 15 | | u local | | r | | | | | | PJ | 13 | |

BLM_0056394

Table 7-1. Status species (total of 66) in the study area.

| Common Name[a] | Recorded on BLM | Periferal Species | Stenotopic Species | %Pop in BCR16 | Spring | Summer | Winter | Fall | BLM SS[c] | BCR16 List | Fed ESA | State T&E | CHNP Track | CLBP Priority | PIF CS-r | Raptor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Western Kingbird | x | | | 3 | | a | | | | | | | | LR | 10 | |
| Loggerhead Shrike | x | | | 3 | u | u | r | u | | | | | | DS | 13 | |
| Gray Vireo | x | x | | 68 | r | f | | r | | x | | | Full | PJ | 19 | |
| Pinyon Jay | x | | | 48 | f | f | f | f | | x | | | | PJ | 19 | |
| Horned Lark | x | | | 4 | a | a | a | a | | | | | | DS | 12 | |
| Purple Martin | | | x | 0 | r | u local | | r | | | | | | AS | 10 | |
| Violet-green Swallow | x | | | 17 | c | c | | c | | | | | | AS | 14 | |
| Juniper Titmouse | x | | | 50 | f | f | f | f | | x | | | | PJ | 19 | |
| American Dipper | x | | | 13 | f | f | f | f | | | | | | HR | 15 | |
| Western Bluebird | x | | | 27 | u | f | u | u | | | | | | PP | 14 | |
| American Pipit | x | | | 2 | u | u local | u | u | | | | | | AT | 10 | |
| Virginia's Warbler | x | | | 59 | u | f | | f | | | | | | MS | 17 | |
| Black-throated Gray Warbler | x | | | 10 | c | c | | c | | | | | | PJ | 15 | |
| Graces's Warbler | x | x | | 14 | | u | | | | x | | | Full | PP | 15 | |
| MacGillivray's Warbler | x | | | 4 | u | f | | u | | | | | | HR | 10 | |
| Wilson's Warbler | x | | | 1 | f | f | | c | | | | | | HR | 12 | |
| Green-tailed Towhee | x | | | 44 | u | c | | u | | | | | | MS | 16 | |
| Brewer's Sparrow | x | | | 11 | f | c | | f | | x | | | | SA | 15 | |
| Sage Sparrow | x | | x | 14 | u | u | | u | | | | | Partial | SA | 16 | |
| Lazuli Bunting | x | | | 11 | f | f | | f | | | | | | LR | 14 | |
| Scott's Oriole | x | x | x | 3 | | e local | | | | | | | | PJ | 12 | |
| Brown-capped Rosy Finch | x | | | 100 | u erratic | u local | u erratic | u erratic | | x | | | | AT | 21 | |
| Cassin's Finch | x | | | 14 | u | f | u | u | | x | | | | | 17 | |
| **Totals** | 61 | 8 | 12 | | 59 | 65 | 33 | 59 | 5 | 18 | 3 | 7 | 19 | 44 | 12 | 22 |

*Notes*

a. Nomenclature and taxonomic arrangement of this list follows that of the American Ornithologists' Union

b. Explanation of seasonal occurrence codes in Table 3-1

c. Selection criteria explanation (shaded cell indicates criteria met)

BLM SS = BLM Sensitive Species (BLM 2000)

BCR16 List = species identified as bird of conservation concern (USFWS 2008)

ESA = Endangered Species Act status (del-delisted; T-threatened; C-candidate, w04-withdrawn as candidate in 2004)

State T&E = State protection status (E-endangered; T-threatened; SC-species of concern [not a legal status])

CNHP Track = Colorado Natural Heritage Program tracking status (Full-fully tracked; Watch L-Watchlisted; partial-partially tracked)

CLBP Priority = Colorado Landbird Conservation Plan (Beidleman 2000), habitat for which species is a priority: AS=aspen, AT=alpine tundra, C/R=cliff/rock, DS=semi-desert shrub, HR=high elevation ripa
    LR=low elevation riparian, MC=mixed conifer, MS=mountain shrubland, PJ=pinyon-juniper woodland, PP=ponderosa pine, SA=sagebrush shrubland, SF=spruce-fir, WE=wetlands

PIF CS-r = Partners In Flight Combined regional score (PIF 2009) indicating level of concern for security of breeding birds in BCR16 [explained in Panjabi et al. 2005 and PIF 2009],
    possible score between 5 and 25

BLM_0056395

Table 7-2. Key watch species (total of 23) for the study area.

| Common Name | PIF CS-r[a] | PIF PT-c[b] | BBS Trend Criteria Met[c] | | | | | | Comment |
|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | 6 | |
| Gunnison Sage-grouse | 25 | 5 | | | | | | x | According to lek counts the San Miguel Basin population appears to have declined for the fourth year in a row. The San Miguel Basin population is the larger of the two populations touching the study area; larger populations are considered more capable of sustaining themselves. The Gunnison Basin population appears to be sustaining itself the last few years. |
| Prairie Falcon | 17 | 1 | | | | | x | | BBS long-term data from the Colorado, Southern Rockies, and North America strata are all positive, yet the data are non-statistically significant have low credibility. Between 1980 and 2006, the data suggest a 2.3% per year decline. |
| Yellow-billed Cuckoo | 12 | 5 | | | | | ? | x | There are no BBS data in local sample areas (Colorado strata data are from populations in the east part of the state and suggest a decline of 22.5% per year between 1980 and 2006). However, these data are non-significant and of low credibility. |
| Flammulated Owl | 18 | 3 | | | | | | x | We found no credible monitoring data on this species. Population trend is unknown. RMBO has yet to obtain significant trend data under its special species monitoring program. |
| Common Nighthawk | 14 | 5 | | x | x | x | | | BBS data in both the pinyon-juniper woodlands and the Southern Rockies strata show significant and highly credible declines (-3.4 and -3.8% per year. respectively). A 0.9% increase estimated across Colorado is only moderately credible and the 95% confidence interval is -1.5 to +3.2. |
| Belted Kingfisher | 12 | 5 | | x | x | | | | BBS long-term trend estimate from the Southern Rockies stratum is an average +7.9% increase per year, however, the data are non-significant and of low credibility. The trend estimate for North America is -1.8% per year, and is highly significant and highly credible, with 2,064 transects recording the species. |
| Lewis's Woodpecker | 18 | 3 | | | | | x | | BBS long-term population trends were +0.9% per year from the Colorado stratum and -0.9% per year from the North American stratum. The estimates of population change were non-significant and only moderately credible. The case for considering this a key watch species in the study area is bolstered by its being a PIF Watch List and a Stewardship Species. |
| Williamson's Sapsucker | 17 | 3 | | | | | x | | BBS data from the Colorado and North American strata are non-significant and only moderately credible. The long-term trend estimates are +1.0 and -0.2% per year. The data from more recent years suggest steeper population declines. This is a PIF Stewardship Species, meaning that the Intermountain West has a disproportionate obligation to monitor and care for this species. |
| Olive-sided Flycatcher | 13 | 5 | x | x | x | x | | | The BBS data show a highly credible slight negative trend from the Colorado sample area (-0.1 per year). In the North America stratum, the estimated decline of -3.5% per year is highly significant. |
| Loggerhead Shrike | 13 | 5 | x | x | x | x | | | BBS data for the pinyon-juniper woodland stratum (includes southwest Colorado) suggests a medium-credible, non-significant 2.3% estimated annual decrease. The highly credible and highly significant 1966 to 2006 (long-term) estimate across North America was -3.7% per year. |
| Pinyon Jay | 19 | 5 | x | x | x | x | x | | This species had the greatest consistency in data of all the species listed. Although BBS data from the Colorado stratum were only moderately credible, the long-term trend estimate of -5.0% per year was statistically significant. The long-term trend estimates for the pinyon-juniper woodlands and the West strata were both highly credible and significant, at -5.9% and -3.7% per year, respectively. |

BLM_0056396

Table 7-2. Key watch species (total of 23) for the study area.

| Common Name | PIF CS-r[a] | PIF PT-c[b] | BBS Trend Criteria Met[c] | | | | | | Comment |
|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | 6 | |
| Horned Lark | 12 | 5 | | x | x | x | | | BBS estimates +1.3% long-term annual increase in the Southern Rockies stratum of low credibility , but a significant and highly credible -2.4% decrease for the 691 routes across the West. |
| Bank Swallow | 10 | 5 | | x | | x | | | BBS long-term trend data for the West shows a non-significant, but highly credible 1.2% decrease per year, and a continent-wide 1.1% increase. However, for both sample areas the data show dec;omes in the years between 1980 and 2006. |
| Juniper Titmouse | 19 | 3 | x | x | x | x | x | | BBS long-term trend data from the pinyon-juniper woodland stratum are highly credible and significant, suggesting a decline of -2.1% per year. A -4.5% long-term trend estimate for the Colorado stratum was significant, but only moderately credible (an average of only 0.23 birds were detected on the transect routes). |
| Rock Wren | 16 | 5 | x | x | | x | | | BBS long-term trend estimates from the pinyon-juniper woodland and Colorado strata show a -2.7 and -1.7% decrease per year. These data are highly credible, yet non-significant at the 95% confidence level. |
| Virginia's Warbler | 17 | 4 | x | x | x | x | x | | BBS data from the Colorado and North America strata gave long-term population trend estimates of -2.6 and -1.2% per year. Both estimates were significant and highly credible. |
| Wilson's Warbler | 12 | 5 | x | x | x | x | | | The BBS long-term trend estimates for Colorado and North American strata are -3.4 and -2.1% (statistically significant) per year, respectively. |
| Green-tailed Towhee | 16 | 2 | x | x | x | x | x | | BBS data from the Colorado and North America strata suggest long-term highly credible but non-significant trend estimates of -1.1 and -0.3% per year, respectively. |
| Brewer's Sparrow | 15 | 5 | x | x | x | x | | | BBS data suggest highly credible and statistically significant per annum downward trends in both the Colorado and pinyon-juniper woodland strata of -3.6 and -4.0% per year, respectively. |
| Sage Sparrow | 16 | 2 | | x | x | | x | | BBS data have low credibility in both the Colorado and the Southern Rockies strata. For the Colorado strata, the trend estimate is a non-significant +0.8% per year, and for the Southern Rockies it is -38.6% per year. While this latter figure is statistically significant, it was achieved with only six transects and thus is not highly credible. |
| Brown-capped Rosy Finch | 21 | 3 | | | | | | x | Christmas Bird Count data suggest a steady decline over the last 30 years with average annual total counts of over a thousand in the 1970s compared to about 500 in the 1990s, but more detailed analysis is needed. |
| Cassin's Finch | 17 | 5 | x | x | x | x | x | | BBS data trend estimate of -5.2% per year in the Colorado stratum is moderately credible and highly significant. For the West strata, the estimated trend is -2.8% per year and is also highly significant. |

BLM_0056397

Table 7-2. Key watch species (total of 23) for the study area.

| Common Name | PIF CS-r[a] | PIF PT-c[b] | BBS Trend Criteria Met[c] | | | | | | Comment |
|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | 6 | |
| Pine Siskin | 16 | 5 | x | x | x | | | | BBS long-term trend data from the Colorado and Southern Rockies strata are highly significant, yet only moderately credible: -4.8 and -4.4% per year, respectively. |

***Notes***
a. PIF Combined Regional (BCR16) Score explained in Panjabi et al. 2005 (red highlight indicates this coarse filter criteria was met).
b. PIF Continental Population Trend Score explained in Chapter 6 and Panjabi et al. 2005 (red highlight indicates this coarse filter criteria was met).
c. BBS Trend Criteria explained in Chapter 7 of this report.

BLM_0056398

Table 7-3. Recommended management focus species for each land cover type in the study area.

| Land Cover Type | Representative Species | Status Rankings | Key Watch Rankings | Obligate or nearly | Total |
|---|---|---|---|---|---|
| Developed (Dev) | House Finch | | | | 0 |
| | House Sparrow | | 3 | 1 | 4 |
| Agriculture land (Agri) | Ring-necked Pheasant | | | | 0 |
| | Bank Swallow | | | | 0 |
| | Cliff Swallow | | | | 0 |
| | Barn Swallow | | | 1 | 1 |
| | Savannah Sparrow | | | | 0 |
| Tall semi-desert shrub (TDS) | Loggerhead Shrike | 1 | 4 | 1 | 6 |
| | Northern Mockingbird | | | 1 | 1 |
| | Black-throated Sparrow | | | 1 | 1 |
| | Western Meadowlark | | | | 0 |
| Herbaceous rangeland (Herb) | Burrowing Owl | 4 | | | 4 |
| | Western Meadowlark | | | | 0 |
| Sagebrush community (SagC) | Brewer's Sparrow | 2 | | 1 (sagebrush) | 3 |
| | Sage Sparrow | 1 | 3 | 1 (sagebrush) | 5 |
| Short semi-desert shrub (SDS) | Burrowing Owl | 4 | | | 4 |
| | Horned Lark | 1 | 3 | | 4 |
| Sagebrush/mountain shrub (SaMS) | Common Poorwill | 1 | | | 1 |
| | Green-tailed Towhee | 1 | 5 | | 6 |
| Mountain shrub (MS) | Common Poorwill | 1 | | | 1 |
| | Broad-tailed Hummingbird | 1 | | | 1 |
| | Dusky Flycatcher | 1 | | 1 | 2 |
| | Orange-crowned Warbler | | | | 0 |
| | Virginia's Warbler | 2 | 5 | 1 | 8 |
| | MacGillivray's Warbler | 1 | | | 1 |
| | Spotted Towhee | | | | 0 |
| | Black-headed Grosbeak | | | | 0 |
| Sagebrush shrub-steppe (MStp) | Gunnison Sage-grouse | 6 | 1 | 1 (sagebrush) | 8 |
| | Sage Thrasher | | | 1 (sagebrush) | 1 |
| | Brewer's Sparrow | 2 | 4 | 1 (sagebrush) | 7 |
| | Vesper Sparrow | | | | 0 |
| Pinon-Juniper (PJ) | Cooper's Hawk | 1 | | | 1 |
| | Ash-throated Flycatcher | | | 1 (PJ or juniper) | 1 |
| | Juniper Titmouse | 3 | 5 | 1 (PJ or juniper) | 9 |
| | Bewick's Wren | | | 1 (PJ) | 1 |
| | Mountain Bluebird | | | | 0 |
| | Chipping Sparrow | | | | 0 |
| | Bushtit | | | 1 (PJ) | 1 |
| | Lesser Goldfinch | | | | 0 |
| Juniper (Juni) | Ferruginous Hawk | 5 | | 1 | 6 |
| | Gray Vireo | 4 | | 1 | 5 |
| | Lark Sparrow | | | | 0 |
| | Scott's Oriole | 1 | | 1 | 2 |
| Alpine/subalpine shrub community (AlpS) | White-tailed Ptarmigan | 1 | | 1 (winter) | 2 |
| | White-crowned Sparrow | | | 1 | 1 |
| PJ-Mtn Shrub Mix (PJMS) | Plumbeous Vireo | | | | 0 |
| | Western Scrub Jay | | | | 0 |
| | Pinyon Jay | 3 | 5 | 1 (PJ or juniper) | 9 |
| | Black-throated Gray Warbler | 1 | | 1 (PJ) | 2 |
| PJ-Sagebrush Mix (PJSa) | Common Nighthawk | | 3 | | 3 |
| | Black-chinned Hummingbird | 1 | | | 1 |
| | Gray Flycatcher | 1 | | 1 (PJ) | 2 |
| | Cassin's Kingbird | 1 | | 1 (PJ or juniper) | 2 |
| | Blue-gray Gnatcatcher | | | | 0 |

BLM_0056399

Table 7-3. Recommended management focus species for each land cover type in the study area.

| Land Cover Type | Representative Species | Status Rankings | Key Watch Rankings | Obligate or nearly | Total |
|---|---|---|---|---|---|
| Aspen (Asp) | Red-naped Sapsucker | 1 | | | 1 |
| | Western Wood Pewee | | | | 0 |
| | Warbling Vireo | | | | 0 |
| | Purple Martin | 1 | | 1 | 2 |
| | Tree Swallow | | | | 0 |
| | House Wren | | | | 0 |
| Ponderosa Pine (PP) | Williamson's Sapsucker | 2 | 1 | | 3 |
| | Pygmy Nuthatch | | | 1 (ponderosa pine) | 1 |
| | Western Bluebird | 1 | | 1 (ponderosa pine) | 2 |
| | Townsend's Solitaire | | | | 0 |
| | Grace's Warbler | 3 | | 1 (ponderosa pine) | 4 |
| | Red Crossbill | | | | 0 |
| Englemann Spruce/Fir Mix (SF) | Sharp-shinned Hawk | 1 | | | 1 |
| | Boreal Owl | 2 | | 1 | 3 |
| | Three-toed Woodpecker | | | 1 | 1 |
| | Olive-sided Flycatcher | 1 | 4 | | 5 |
| | Gray Jay | | | 1 | 1 |
| | Clark's Nutcracker | | | | 0 |
| | Mountain Chickadee | | | | 0 |
| | Brown Creeper | | | | 0 |
| | Golden-crowned Kinglet | | | 1 | 1 |
| | Dark-eyed Junco | | | | 0 |
| | Pine Grosbeak | | | 1 | 1 |
| | Red Crossbill | | | | 0 |
| | White-winged Crossbill | | | 1 | 1 |
| | Pine Siskin | | 3 | | 3 |
| Douglas Fir (DF) | Dusky Grouse | 1 | | 1 (Douglas fir, winter) | 2 |
| | Northern Saw-whet Owl | 1 | | | 1 |
| | Red-breasted Nuthatch | | | | 0 |
| | Hermit Thrush | | | | 0 |
| | Western Tanager | | | | 0 |
| | Evening Grosbeak | | | | 0 |
| Conifer Riparian (CRip) | Hammond's Flycatcher | 1 | | | 1 |
| | Cordilleran Flycatcher | 1 | | | 1 |
| | Lazuli Bunting | | | | 0 |
| Mixed Conifer/Aspen (MCAs) | Dusky Grouse | 1 | | 1 (Douglas fir, winter) | 2 |
| | Northern Goshawk | 3 | | | 3 |
| | Band-tailed Pigeon | 1 | | | 1 |
| | Flammulated Owl | 4 | 1 | | 5 |
| | Northern Pygmy Owl | | | | 0 |
| | Williamson's Sapsucker | 2 | 1 | | 3 |
| | Hairy Woodpecker | | | | 0 |
| | Steller's Jay | | | | 0 |
| | Ruby-crowned Kinglet | | | | 0 |
| P. Pine/Gambel Oak Mix (PPO) | Wild Turkey | | | | 0 |
| | Plumbeous Vireo | | | | 0 |
| | White-breasted Nuthatch | | | | 0 |
| | Pygmy Nuthatch | | | | 0 |
| | Grace's Warbler | 3 | | 1 (ponderosa pine) | 4 |
| | Black-headed Grosbeak | | | | 0 |

BLM_0056400

Table 7-3. Recommended management focus species for each land cover type in the study area.

| Land Cover Type | Representative Species | Status Rankings | Key Watch Rankings | Obligate or nearly | Total |
|---|---|---|---|---|---|
| P. Pine/Aspen/Gambel Oak Mix (PPOA) | Sharp-shinned Hawk | 1 | | | 1 |
| | Flammulated Owl | 4 | 1 | | 5 |
| | Northern Pygmy Owl | 1 | | | 1 |
| | Lewis's Woodpecker | 4 | 1 | | 5 |
| | Hairy Woodpecker | | | | 0 |
| | Steller's Jay | | | | 0 |
| | Violet-green Swallow | 1 | | | 1 |
| | Pygmy Nuthatch | | | 1 (ponderosa pine) | 1 |
| | Yellow-rumped Warbler | | | | 0 |
| | Cassin's Finch | 2 | | | 2 |
| Bare Soil (BrSo) | Chukar | | | | 0 |
| | Rock Wren | | 3 | | 3 |
| Cliff, Rock, Talus (CRT) | Common Merganser | | | | 0 |
| | Golden Eagle | 3 | | | 3 |
| | Black Swift | 2 | 2 | 1 (cool, moist) | 4 |
| | White-throated Swift | 1 | | | 1 |
| | Rock Wren | | 3 | | 3 |
| | Canyon Wren | | | 1 | 1 |
| | Peregrine Falcon | 6 | | 1 | 7 |
| | Prairie Falcon | 3 | 1 | 1 | 5 |
| Alpine/Subalpine Meadow (AlpH) | White-tailed Ptarmigan | 1 | | 1 | 2 |
| | American Pipit | 1 | | 1 | 2 |
| | Brown-capped Rosy Finch | 3 | 1 | 1 | 5 |
| | Rufous Hummingbird | | 3 | 1 (fall migration) | 4 |
| Snow (Snow) | Horned Lark | 1 | | | 1 |
| | Mountain Bluebird | | | | 0 |
| | American Pipit | 1 | | | 1 |
| Riparian Mix (RipX) | Black-crowned Night Heron | | | | 0 |
| | Swainson's Hawk | 1 | | | 1 |
| | Northern Flicker | | | | 0 |
| | Northern Rough-winged Swallow | | | 1 (dirt banks) | 1 |
| | Lazuli Bunting | | | | 0 |
| | Bullock's Oriole | | | | 0 |
| | American Goldfinch | | | | 0 |
| Cottonwood (Cotw) | Wood Duck | | | | 0 |
| | Double-crested Cormorant | | | | 0 |
| | Great Blue Heron | | | | 0 |
| | Red-tailed Hawk | 1 | | | 1 |
| | American Kestrel | 1 | | | 1 |
| | Yellow-billed Cuckoo | 5 | 1 | 1 | 7 |
| | Downy Woodpecker | | | | 0 |
| | Western Kingbird | 1 | | | 1 |
| | American Crow | | | | 0 |
| | Black-capped Chickadee | | | | 0 |
| | European Starling | | | | 0 |
| | Yellow Warbler | | | | 0 |
| | Common Grackle | | | | 0 |
| Shrub Riparian (SRip) | Gambel's Quail | | | | 0 |
| | Green Heron | | | | 0 |
| | Long-eared Owl | 1 | | | 1 |
| | Black-billed Magpie | | | | 0 |
| | Yellow-breasted Chat | | | 1 | 1 |
| | Blue Grosbeak | | | | 0 |

BLM_0056401

Table 7-3. Recommended management focus species for each land cover type in the study area.

| Land Cover Type | Representative Species | Status Rankings | Key Watch Rankings | Obligate or nearly | Total |
|---|---|---|---|---|---|
| Willow (Willo) | Hammond's Flycatcher | 1 | | 1 | 2 |
| | Gray Catbird | | | | 0 |
| | Wilson's Warbler | | 4 | 1 | 5 |
| | Fox Sparrow | | | | 0 |
| | Song Sparrow | | | | 0 |
| Water (Water) | Canada Goose | | | 1 | 1 |
| | Mallard | | | 1 | 1 |
| | Northern Pintail | | | 1 | 1 |
| | Lesser Scaup | | | 1 | 1 |
| | Ring-necked Duck | | | 1 | 1 |
| | Common Golden-eye | | | 1 | 1 |
| | Bald Eagle | 6 | | 1 | 7 |
| | Sandhill Crane | 2 | | 1 | 3 |
| | Wilson's Phalarope | 1 | | 1 | 2 |
| | Belted Kingfisher | | 2 | 1 (dirt banks) | 3 |
| | Black Phoebe | | | 1 | 1 |
| | Bank Swallow | | 2 | 1 (dirt banks) | 3 |
| | Cliff Swallow | | | 1 | 1 |
| | Barn Swallow | | | 1 | 1 |
| | American Dipper | | | 1 | 1 |
| Water with marshland (subtype of "Water") | Northern Harrier | 2 | | 1 | 3 |
| | Pied-billed Grebe | | | 1 | 1 |
| | Eared Grebe | | | 1 | 1 |
| | Western Grebe | | | 1 | 1 |
| | Clark's Grebe | | | 1 | 1 |
| | Virginia rail | | | 1 | 1 |
| | Sora | | | 1 | 1 |
| | American Coot | | | 1 | 1 |
| | Wilson's Snipe | | | 1 | 1 |
| | Marsh Wren | | | 1 | 1 |
| | Common Yellowthroat | | | 1 | 1 |
| | Red-winged Blackbird | | | 1 | 1 |
| | Yellow-headed Blackbird | | | 1 | 1 |

*Notes*
a. The tally of initiatives registering the species to be of high concern (see Table 6-1).
b. The tally of criteria the species met to be considered a key watch species (see Table 7-2).
c. Species receives a point in this column if obligate or nearly obligate to the land cover type (see Table 3-7).

BLM_0056402

## Chapter 8

## MANAGEMENT RECOMMENDATIONS

This chapter summarizes management practices compatible with the maintenance of bird populations and recommendations to specifically benefit birds, organized first by BLM activity or permitted activity and secondly by land cover type (habitat). We place the highest priority on land cover types for which BLM has the greatest management responsibility in the study area, namely, the pinyon-juniper woodland types, the sagebrush types, the riparian and water types, and the semi-desert shrubland types, which collectively make up over 90 percent of BLM lands (surface ownership) in the study area, and 43 percent of all lands with BLM management potential (BLM lands and federal minerals lands) in the study area. Likewise, we emphasize management recommendations regarding livestock grazing, right-of-way (ROW) and energy development, and recreation—activities on BLM lands with the greatest potential effects on birds and their habitats. The following management recommendations are synthesized from a review of published conservation plans and literature, as cited.

**BLM Activity-Specific Recommendations**

### 1. Livestock Grazing

Domestic livestock grazing is the most ubiquitous economic use of BLM lands across the study area. Grazing impacts on migratory birds can be short-term, including physical disturbance of nests and selective removal of important understory cover by livestock, or long-term, influencing structural and/or floristic shifts in plant communities that potentially create nesting or foraging conditions less favorable for some species and more favorable for others (Bock et al. 1984; Bock et al. 1992). In general, the bird species most influenced by grazing are those dependent on herbaceous ground cover and litter for foraging and nesting. Aerial, bark, and canopy feeding birds are less affected by grazing than birds feeding in herbaceous understory vegetation on nectar, insects, or seeds. Tree and cavity-nesting birds are less affected by grazing than low shrub or ground-nesting birds. Species dependent on lush groundcover are most at risk of negative effects, whereas species preferring short ground cover are usually benefited by grazing. Nest parasitism by brown-headed cowbirds is a potentially significant indirect negative effect of grazing on the reproductive success of migratory birds (see Chapter 6). In general, conclusions about the impacts of grazing on birds must be both species-specific and habitat-specific (Bock et al. 1992; Dechant et al. 2000; Dechant et al. 1999b; Dechant et al. 1999a). Below, we offer general recommendations relevant to livestock grazing. We provide habitat-specific recommendations for land cover types later in this chapter. Bird species responsive to livestock grazing (either positively or negatively) and livestock water developments (stock ponds, stock tanks) are listed in Table 6-3.

a) Regarding Land Health Standards (BLM 1997), consider incorporating breeding bird point count surveys as measures of land health (Bock and Webb 1984; Mauer 1992). Birds are relatively easy to survey, and since they are the most numerous among vertebrates, bird surveys may yield the best discrimination in land conditions. Perhaps BLM staffing will be too low for surveying birds everywhere that land health is assessed, yet pilot surveys on a few critical sites would be revealing. With BLM funding and study objective guidance, RMBO's Monitoring Colorado's Birds project could enhance its survey efforts to help assess effects on birds of land management actions such as grazing.

BLM_0056403

b) The UFO is committed to meeting Rangeland Health Standards (BLM 1997). If it can do this by incorporating a spring and early summer grazing use deferment requirement into allotment management plans where appropriate, it could, in effect, help manage brown-headed cowbird parasitism (Ortega and Peer 2005). Although no bird species in the study appears to be unable to maintain itself due to brown-headed cowbird nest parasitism (willow flycatchers may be an exception), human assisted cowbird nest parasitism should be minimized (see discussion of cowbird parasitism in Chapter 6).

## 2. *Realty & Rights-of-Way*

Habitat fragmentation, habitat alteration, road-kill mortalities, animal behavior modification, increased disturbance, and introduction of weed vectors as a result of construction and maintenance of linear right-of-way (ROW) projects are major concerns in the study area (see Chapter 6), especially in sagebrush, semi-desert shrubland, and pinyon-juniper woodland land cover types. The effects linear ROW projects on birds and other wildlife are discussed in Chapter 6, and several recommendations below are derived from that discussion. Habitat fragmentation concerns are also addressed in land cover type-specific recommendations later in this chapter. Land tenure (realty) adjustment is a possible mechanism by which the UFO may slow or mitigate the effects of habitat fragmentation in the study area.

Power transmission companies have generally accepted the guidelines for preventing raptor electrocutions. Power outages do not always occur when a raptor causes electricity to arc through its body. Thus companies often are unaware of where there is a problem with electrocutions. Wire spacing and method of passing wire around or over poles or towers is at issue. When wiring designs are not corrected, methods of discouraging raptor perching can be employed. BLM Manual 2851 provides guidance. As energy transmission technology evolves, the Avian Power Line Interaction Committee (APLIC) reviews and updates guidance for avian protection (APLIC 2006).

Other realty activities affecting birds include communications towers, which currently kill an estimated 4 to 5 million nocturnal migrating birds in the U.S. annually through collisions (Gehring et al. 2009; Longcore et al. 2008). BLM should be prepared to incorporate the best known practices listed below for approving sites and designing towers to minimize hazards to migratory birds.

a) Identify acceptable net limits to ROW development (e.g., miles of road/mi² and utility corridor miles/mi²) for every planning subunit based on conservative analyses or understanding of impacts to birds (and other wildlife). Target intact landscapes with land cover types in good to excellent condition that support high bird diversity (Chapter 4), high richness of area-sensitive obligate species (Figure 4-4), and key watch species (Chapter 7) for establishment of the lowest possible acceptable ROW densities.

b) Identify during the Uncompahgre RMP drafting process where No Surface Occupancy (NSO) designations would be beneficial to important bird habitats and, in-house, rank them in importance. Then designate as many NSO areas as possible.

c) Designate utility corridors to concentrate or cluster ROWs. Develop policy to minimize the construction of separate routes or sites with duplicating competitive services. If field offices do not "develop policy," then develop proposal review procedures that provide enough rationale to allow a manager to reject superfluous projects or relocate them to designated corridors or previously disturbed sites.

BLM_0056404

d)  Avoid locating roads in borders between habitats (Erritzoe et al. 2003).

e)  Avoid elevation of road beds and fruit-bearing road-side vegetation to minimize attractiveness to birds (Erritzoe et al. 2003).

f)  Where roads lie in or near sage-grouse habitat, encourage the appropriate authorities to post 35 mile-per-hour speed limit (GuSGRSC 2005) or construct speed bumps (Erritzoe et al. 2003).

g)  Observe Migratory Bird Treaty Act restrictions on soil-disturbing activities during nesting periods (nesting periods are given in Table 3-1). Prefer buried electric transmission lines over pole and tower held lines through non-wooded and non-forested habitats.

h)  Continually update the UFO's requirements for consistency with APLIC recommendations (APLIC 2006) for avian protection on power lines.

i)  Provide a process for the capture of land tenure opportunities in the Uncompahgre RMP, so that the UFO can pursue appropriate land tenure adjustments when opportunities arise. Develop general goals for acquiring sensitive or important bird habitat in a Land Tenure Adjustment Plan. The bird diversity mapping provided in this document (Chapter 4) as well as review of Colorado Natural Heritage Program's Potential Conservation Areas (PCAs) in the study area (Map 8-1) may serve to help UFO identify and loosely target private lands that represent important areas and bird diverse land cover types in the study area (also see the ACEC comments under Special Status Species recommendations, below).

j)  To minimize hazards to birds from communications towers, review literature (which is quickly evolving) to address each new proposal. Some current relevant hazard mitigation guidelines are as follows:

   1.  Require communications tower heights be as low as practical; the higher the tower the greater the collision hazard (Longcore et al. 2008).

   2.  If a communications tower must be lit (the Federal Communications Commission does not require towers less than 200 feet tall to carry warning lights), require blinking lights of minimum intensity and appropriate color. Steady, high-intensity lights cause more collisions and mortalities than low-intensity blinking lights; blue, green and white lights cause more collisions and mortalities than red lights (Evans et al. 2007).

   3.  Require free-standing (un-guyed) communications towers, which are documented to kill fewer birds (Longcore et al. 2008).

   4.  Avoid frequent fog zones and mountain passes for communications tower sites (USFWS 2000).

### 3.  *Energy Development*

Energy development is expected to be an increasing economic land use in the study area. The most extensive energy industry in the assessment area is oil and gas (including coal-bed methane), and site-disturbing actions include exploratory drilling and seismic operations, waste water disposal, well drilling and operations, and construction and operation of pipelines, roads, and other infrastructure. Coal mining is less extensive but occurs in several locations in the study area. Site-disturbing actions include

BLM_0056405

exploration drilling, surface mining and reclamation, underground mining, waste rock and water disposal, mine reclamation, and construction and operation of roads, ore conveyors, transmission lines, and other infrastructure. Uranium-vanadium mining occurs in limited areas, and site-disturbing actions are similar to coal mining except that no surface mining for uranium-vanadium currently occurs in the study area. Other energy development including geothermal energy and wind turbines are of limited extent in the study area. Some potential impacts of energy development include removal, fragmentation, and perforation of natural habitat, disturbance by human presence and noise, increased roadkill or poaching, increased predation by human-associated predators, increased avian predation by providing raptor hunting perches, changes in water availability or quality, and increased risk of introduced weeds (BLM 1991; GSRSC 2005).

A minimum set of potential measures to reduce or eliminate impacts to birds from energy development activities include the following:

a) For maximum acceptability, all feasible innovative techniques of reducing adverse effects on wildlife from minerals activity should be institutionalized (Jankowitz and Gruber 2007) in the Uncompahgre RMP.

b) Determine the locations of important or sensitive sites (see Map 3-1, 3-2, and 3-3 and bird diversity mapping in Chapter 4) as far ahead of an Application for a Permit to Drill (APD) process as possible. This process is in place for Gunnison sage-grouse. Protecting riparian areas and consistent raptor nest sites is already institutionalized. To further the process, consider the important sites of the stenotopic species (Table 3-7).

c) Identify during the Uncompahgre RMP drafting process where NSO designations would be beneficial to important bird habitats and, in-house, rank them in importance. Then designate as many NSO areas as possible.

d) Regarding protective stipulations, keep in mind that what cannot be required can often be negotiated with (recommended to) the applicant, lessee, or claimant. For example, oil and gas regulations limit redirecting a proposed drill site more than 200 feet or delaying oil and gas drilling activity more than 60 days if there is no stipulation in place in the lease. Yet at an onsite evaluation, if it is discovered that a long-billed curlew pair are exhibiting territorial behavior at the proposed drill site (e.g., something not anticipated in any decision document), the applicant may quite easily agree to relocate the proposed pad 1,000 feet away from the originally intended site.

e) Observe Migratory Bird Treaty Act restrictions on soil-disturbing activities during nesting periods (nesting periods are given in Table 3-1).

f) Require installation of cones over heater-treater exhaust pipes, require 3:1 slopes on reserve pits, require bird deterrents such as reflecting tape/wire (nets tend to sag) over reserve pits, prefer reserve tanks instead of reserve pits, and require all the disturbance minimizing, water controlling, noise abatement techniques other stakeholders request (USDI and USDA 2007).

g) Apply raptor buffers (see general guidelines for selected raptors in Table 8-2), with the understanding that case-by-case adjustments by the BLM biologist to buffer distance, buffer shape, and timing may be appropriate depending on the nature of the disturbance and the presence of visual barriers, etc. Consult with adjacent BLM field offices to ensure consistency in application of buffers region-wide.

BLM_0056406

h) To minimize hazards to birds from large electricity-generating wind turbines, review literature (which is evolving) to address each new proposal. Some current relevant hazard mitigation guidelines summarized from USFWS (2003) are as follows:

1. "Group turbines instead of distributing them widely, and orient rows of turbines parallel to known bird movements;"

2. "Implement appropriate storm water management practices that do not create attractions for birds;"

3. "Where practical, place turbines on lands already altered or cultivated, and away from areas of intact and healthy native habitats. If not practical, select fragmented or degraded habitats over relatively intact areas;"

4. "…avoid attracting high densities of prey animals (rodents, rabbits, etc.) used by raptors. Reduce availability of carrion by practicing responsible animal husbandry (removing carcasses, fencing out cattle, etc.) to avoid attracting golden eagles and other raptors."

5. Review turbine tower design advice to reduce risk to birds.

## 4. Recreation

Concerns common to other resource activities (ground disturbance and visible human activity) are present in recreation infrastructure. Recreation fixtures tend to have no sunset. Instead, the tendency is toward more accommodation of human use of lands and ever more land under pressure. There are good opportunities for the wildlife program to effectively direct and educate the recreation program and its clientele to encourage more passive, less invasive forms of recreation. The effects of trails on wildlife are discussed in Chapter 6, from which the following recommendations were derived.

a) Encourage wildlife staff to interface regularly with BLM recreation staff. A day of leading BLM recreation staff to prime recreation sites to introduce them to the birdlife is popular and effective. Involving the recreation staff in the development of a wildlife brochure or design of a kiosk message is helpful also. Watchable Wildlife as a recreation program is yet to catch on with recreation specialists. Their days are largely consumed with providing for and controlling the use of popular recreation sites. With small, but regular assistance from the wildlife staff, a well rounded recreation program can emerge (a program that emphasizes passive, less invasive forms of recreation along with motorized, trail, and campsite-oriented recreation forms).

b) Incorporate into the Travel Management Plan the regular practice of publishing net changes in road density (miles/square mile) and trail density by planning unit. Periodically assess whether road or trail densities are trending toward unacceptable levels in each land cover type by planning unit.

c) When planning for trails or roads in a linear land cover type (such as a riparian corridor), include route deviations that leave sections of the linear land cover type undisturbed.

## 5. Fire Management

Hazardous fuels programs of the National Fire Plan should not include vegetation types where long fire-free periods are normal (for example, old growth spruce/fir forests, old growth pinyon-juniper

BLM_0056407

woodlands, sagebrush shrublands, and semi-desert shrublands). Fire at a non-catastrophic scale is beneficial to bird habitat in the ponderosa pine and mixed mountain shrub cover types. Fire-management recommendations to benefit birds are presented in the specific land cover type recommendations later in this chapter.

### 6. *Special Status Species (SSS) Program*

BLM Manual 6840 (BLM 2008a) provides policy and guidance, consistent with appropriate laws, for the conservation of special status species and their habitats. BLM Manual 6840 requires BLM to initiate proactive conservation measures that reduce or eliminate threats to BLM sensitive species (Table 6-1) to minimize the likelihood of, and the need for, listing of these species under the federal Endangered Species Act. As such, the SSS program is typically involved in developing strategies for guarding areas of high or sensitive biological value. The following recommendations propose conservation related activities for the SSS program.

a) Examine the list of recommended key watch species (Table 7-2) to set bird inventory and monitoring priorities in the study area. Gunnison sage-grouse (high CDOW responsibility), spotted owl, burrowing owl, black swift, and yellow-billed cuckoo are among the species with uncertain population status in the study area, or with populations potentially in decline. See Chapter 9 for further recommendations.

b) Establish a raptor migration observatory (or observatories) in the study area. Storm King Mountain is at the northern head of a significant north-south trending ridgeline (Cimarron Ridge; Map 3-1). Sites such as this have proven valuable as raptor migration observatories. Periodic visits by a knowledgeable observer to Storm King Mountain top between mid September and early November may reveal this to be a useful raptor monitoring site. The number of raptors per hour required for a site to be useful, of course, depends upon the patience of the observers. However, HawkWatch International's slowest site last year was Chelan Ridge, Washington and that site's average was 3.65 birds per hour (http://www.hawkwatch.org/home/). The best observation point may be 0.25 mile to a mile south of the peak.

c) The Uncompahgre RMP could open the possibility of bird species reintroduction or population augmentation projects in cooperation with state and federal wildlife agencies. There is a chance that the Uncompahgre RMP will provide for the eventual reintroduction of black-footed ferrets. Reintroduction and augmentation is already a viable concept with Gunnison sage-grouse (GuSGRSC 2005) and wild turkeys. Over the last three years, CDOW has translocated Gunnison sage-grouse from the Gunnison Basin to the Dry Creek Basin (not in the study area) in an attempt keep that population viable (Garner 2009). Hacking young burrowing owls or yellow-billed cuckoos may at some time be viewed a reasonable alternative to the loss of them in a great part of the Intermountain West.

d) As part of a strategy to protect key migratory bird sites in the study area, examine opportunities to designate Areas of Critical Environmental Concern (ACECs). Consider Potential Conservation Areas (PCAs) designated by the Colorado Natural Heritage Program (CNHP) where they intersect BLM lands with good breeding bird diversity (Map 8-1), or important intact habitat for key watch species or obligates. PCAs were designated without regard to land status and may also assist the UFO in determining where tenure adjustments may be desirable (see land tenure adjustment recommendation in Realty & Rights-of-Way). A complete list of PCAs, their biodiversity significance, and important elements they encompass are found CNHP

BLM_0056408

inventories covering the study area (Lyon and Sovell 2000; Lyon et al. 1999; Lyon and Williams 1998; Rocchio et al. 2003; Stevens et al. 1999). Some of these may warrant ACEC protection.

### 7. Pest Control

Pest control activities on BLM lands may include noxious weed control, control of rodent pests, and control of insect pests that threaten to harm the proper function and condition of public rangelands or private rangelands or croplands. Predator damage control (control of coyotes, bears, mountain lions) is not discussed in this document.

a) Prevent the broad use of pesticides (insecticides, herbicides, and rodenticides) on BLM lands. Generally, pesticide use should be limited to hand application around facilities such as campgrounds or mine sites. Limit use of rodenticides on BLM lands to shelter facilities (campers, cabins, utility sheds, etc.) where deemed necessary for human safety.

a) Attempt to find alternatives to broad applications of pesticides if unusual demand for pest control arises.

b) For maximum benefit to birds, strive to maintain native invertebrates and rodent populations (tolerating natural cyclic population spikes of pests to the greatest extent possible) on BLM lands.

c) For the maximum benefit to birds, allow prairie dog and beaver populations to thrive on BLM lands. Burrowing owls, and several other raptors to a lesser extent, depend on active prairie dog colonies for survival (see specific recommendations for semi-desert shrubland land cover types later in this chapter). Beavers create and sustain habitat for wetland-dependent and water-dependent birds.

### 8. Public Outreach & Education

a) Use the Master List of Birds of BLM's Uncompahgre Planning Area (companion database to this document) to develop a UFO bird checklist, develop a Watchable Wildlife Guide, or a "where-to-go guide" for birding on BLM lands in the UFO. Most birders do not assume that a BLM office would be a useful source for information for good birding opportunities. The UFO is an exception. For instance, while not a recognized sensitive species, the newcomer, black phoebe, has considerable birding recreation interest. Black phoebes are an ACEC feature of the San Miguel River below Naturita (Map 3-1) and fairly common in Escalante Canyon in or near the Dominguez-Escalante NCA (Map 1-1). For public information and education purposes, the UFO can be ready to inform citizens on where to go. Make a checklist or guide available at BLM land kiosks.

b) Collaborate (and initiate) with local organizations in nest box projects. Such projects are popular with Eagle Scout project. Sites where nest boxes can benefit wood ducks, or small owls, even barn owls, are abundant in the study area. Common mergansers are large cavity-nesting ducks, and the challenge of providing for them a nest box would be worthy of an Eagle Scout project. Boxes have been developed that have proven attractive to dippers (Bourichius 2009). These are placed where streams do not pass rock walls and other choice substrates for nest building.

BLM_0056409

c) Join the "No Child Left Inside" initiative (http://www.watchablewildlife.org, http://www.parks.wa.gov/NoChildLeftInside, http://www.childrenandnature.org, and http://www.sdgfp.info/Wildlife/Education/NoChild.htm).

d) Volunteer with CDOW's Project Wild program (http://www.projectwild.org/).

e) Become familiar with the public school districts' "Teaching to Standards" in order to be welcomed into schools with BLM's outdoor message. Do not neglect the parochial schools and alternative schools.

f) Become involved in International Migratory Bird Day the 2nd Saturday of each May (http://www.birdday.org/). County "Spring Bird Counts" are conducted this day as well as "Dawn Chorus" invitationals, where the public is invited to a site and listening to birds and quietly commenting is the activity. Additional activities for children are planned.

g) Continue BLM support of the Montrose, Delta, and Paonia Christmas Bird Counts.

h) Establish a 'BLM Christmas Bird Count' circle. With such a title or alternate title, there might be a significant draw from among BLM staff. For good participation from the public, we suggest that the circle include Nucla. Much public land surrounds Nucla and at least two excellent birders live there.

i) Commit the UFO to being a visible local leader in exhibiting energy conservation and pollution reduction (Price 2002; Price and Glick 2002) in an effort to slow global climate change (and the loss of reduction of the alpine and perennial snowfield land cover types in the study area). For example, BLM fleet vehicles should exhibit the consideration of fuel economy, and BLM office buildings can be equipped with and display energy capture and conservation technology.

**Land Cover-Specific Recommendations**

The following land cover-specific management recommendations are presented for 11 land cover type groups (the land cover types comprising each group follow the group's name in the chapter sub-heading heading). The land cover type management groups are listed on Table 8-2, along with each group's acreage and percentage on BLM lands and federal mineral lands in the study area.

The cover type management groups appear below roughly in suggested order of management priority for the benefit of birds. The higher the percentage of a land cover type in the study area occurring on BLM land, the more *management responsibility* BLM has for that land cover type. Similarly, when a land cover type occupies a relatively high percentage of BLM lands in the study area, the higher the *capability* or *opportunity* BLM has for management of the land cover type. The higher BLM's management responsibility and capability, and the higher the estimated relative bird diversity is for a land cover type (Table 4-2), the higher its assigned priority for management.

### 1. *Pinyon-Juniper Woodland Cover Type Group (PJ, PJSa, PJMS, Juni)*

PRIORITY FOR MANAGEMENT TO BENEFIT BIRDS = HIGH

- Management responsibility = HIGH (BLM lands contain 60 percent of the total combined pinyon-juniper land cover types in the study area)

BLM_0056410

- Capability/opportunity to manage = HIGH (52 percent of BLM lands in the study area support combined pinyon-juniper land cover types)

- Estimated relative bird diversity = HIGH

The pinyon-juniper woodland cover types in the study area include pinyon-juniper woodland [PJ] (245,237 acres on BLM land representing 65 percent of this land cover type in the study area), pinyon-juniper sagebrush mix [PJSa] (103,515 acres representing 67 percent of this type in the study area), pinyon-juniper mountain shrub mix [PJMS] (54,057 acres and 38 percent, respectively), and juniper [Juni] woodland (39 acres and 1 percent, respectively) (Table 2-2). Collectively, these four pinyon-juniper woodland cover types comprise nearly 52 percent of lands managed by BLM in the UFO (Table 8-2), support the greatest number of upland habitat obligates during breeding season (Table 3-8), and have the highest estimated overall bird diversity of any upland cover type in the study area during winter and spring (Table 4-1, Map 4-3). More than any other land cover type in the study area, pinyon-juniper types rely heavily on birds for seed dispersal (Gillihan 2006). The Coordinated Implementation Plan for Bird Conservation in Western Colorado (CACWG and IWJV 2005) identifies pinyon-juniper woodlands as one of seven "Priority A" habitats for conservation action. For these reasons, BLM should give pinyon-juniper land cover types a high priority with regard to birds in the study area.

Characteristic birds occupying pinyon-juniper woodland types in the study area include black-throated hummingbird, mountain bluebird, blue-gray gnatcatcher, gray flycatcher, ash-throated flycatcher, black-throated gray warbler, chipping sparrow, pinyon jay, juniper titmouse, common bushtit, Bewick's wren, and wintering Townsend's solitaire (primarily in PJ type); mountain chickadee, house wren, Western bluebird, western tanager, Virginia's warbler, spotted towhee, plumbeous vireo, blue-gray gnatcatchers, and hermit thrush (in PJMS type); Cooper's hawk, common nighthawk, green-tailed towhee, juniper titmouse, gray flycatcher, and Cassin's kingbird (in PJSa type); and ferruginous hawk, gray vireo, Scott's oriole, lark sparrow, loggerhead shrike, and northern mockingbird (special preference for Juni type, especially open canopy savannah stands).

Key watch species (Table 7-2) associated with these land cover types are common nighthawk, pinyon jay, juniper titmouse, and green-tailed towhee. The highest ranked management focus species (Table 7-3) for these land cover types are juniper titmouse (PJ), ferruginous hawk and gray vireo (Juni), pinyon jay (PJMS), and common nighthawk (PJSa).

The following landscape scale and local scale management recommendations to conserve birds (especially the associated key watch species and management focus species) in pinyon-juniper land cover types are synthesized primarily from Gillihan (2006) and Sedgwick (1978):

a) Manage for no net loss of old growth stands or prioritize old growth stands and trees for protection (Gillihan 2006). Most of the pinyon-juniper cover type obligate species are tied to stands of mature trees and the numbers of individual birds and bird species is believed to be positively correlated with the age of stands.

b) Complete a pinyon-juniper woodland inventory that will allow the forestry program to set sustainable harvest or conversion rates or to maintain no-net-loss of the best quality old growth stands and produced balanced amounts of each woodland age class.

c) On the landscape scale, maintain a diversity of age classes in pinyon-juniper type stands, from very young, to very old. Any 100 square-mile (64,000 acre) patch of pinyon-juniper type land cover should encompass the full range of seral stages, as well as openings (preferably less than

BLM_0056411

60 feet in diameter with irregular outlines to benefit birds (Sedgwick 1987). Preferentially achieve diversity by actions in younger age class stands, rather than reductions of old growth stands. Miller et al. (2008) produce evidence that PJ age structure is greatly skewed to younger classes at the expense of shrub steppe habitats. This suggests that to restore PJ age structure to the pristine pre-settlement state, old growth should be retained and that there is ample latitude for land cover conversion treatments in the younger age classes of PJ woodlands.

d) To benefit species sensitive to habitat fragmentation, maintain unroaded stands or patches no less than 1.2 square miles (768 acres) in size (Pavlacky 2000 in Gillihan 2006).

e) Maintain connectivity between stands of pinyon-juniper land cover types by preserving corridors of similar vegetation.

f) At lowest elevation savannah juniper communities, manage for open stands with no more than 60 trees per acre to benefit Scott's oriole (PIF 2000).

g) If land management prescriptions require or allow removal of pinyon-juniper land cover types to release the herbaceous understory for wildlife or livestock grazing, choose removal sites with younger or intermediate aged woodland stands with the best potential for herbaceous productivity. Create irregular borders when clearing, leave small stands of trees within cleared areas, and retain large mature trees, snags near the edges of clearings. Leaving trees with snags near the edges of clearings rather than in the interior of stands is thought to help reduce cowbird parasitism in the interior of pinyon-juniper patches, because cowbirds use snags and dead limbs as nest searching and courtship places (Robbins et al. 1992). Cowbird parasitism is a normal occurrence in bird ecology, but parasitism rates can increase and nest success rates of their host birds can decrease when livestock are present (Chace and Cruz 1996; Ortega and Peer 2005). However, retain tree cavities wherever they are found.

h) If land management prescriptions require or allow woodland thinning or harvest, retain at least some beetle-killed pinyons, large trees (trunk diameter greater than 12 inches), trees with twisted trunks, standing dead trees (at least 2 per acre), partially dead trees (at least 2 per acre), large downed trees (at least 2 per acre), trees with cavities, and trees with significant mistletoe infestations (at least 2 per acre). Limit firewood and fencepost cutting to young and intermediate aged stands.

i) Include the low country Utah juniper (usually savannah) land in full fire suppression management. Prescribed fire (including low-intensity) is inappropriate in this type, because the use of fire is to eliminate excessive/competing woody vegetation, which is not an issue in low country Utah juniper stands. Experiment with planting fire breaks. After wildfire, revegetate with the most adaptive understory species available, with preference for local native species whenever possible.

j) Limit tree harvesting, thinning, seed crop harvesting, minerals exploration and development, and recreational activities within 0.5 mile of an active raptor nest (especially ferruginous hawk nests) and pinyon jay breeding colonies. Apply this limitation seasonally or year-round, depending on the potential of the activity to threaten continued use of the area by these species.

k) Prior to establishing hiking, biking or jeep routes, survey for old ferruginous hawk stick nests and use the recommended raptor buffer guidelines in Table 8-2 in these route locations (Olendorff et al. 1989; Richardson and Miller 1997). Close routes for the season where active

BLM_0056412

ferruginous hawk, red-tailed hawk, Swainson's hawk, or long-eared owl nests are found if tolerance for the route use has not been demonstrated or vandalism has a reasonable likelihood.

l) At least once per four years, provide pastures and whole allotments relief from livestock presence during the nesting season (roughly April through July) to protect native cool season understory grasses, protect ground nests, and to reduce nest parasitism by cowbirds. The four-year interval is based on a typical lifespan of a Passerine bird, many of which exhibit high fidelity to breeding grounds and territories. The intent of this recommendation is to provide relief during at least one breeding season during a bird's lifespan from the effects of grazing.

## 2. *Sagebrush Cover Type Group (SagC, MStp, SaMS)*

PRIORITY FOR MANAGEMENT TO BENEFIT BIRDS = HIGH

- Management responsibility = HIGH (BLM lands contain 39 percent of the combined sagebrush land cover types in the study area)

- Capability/opportunity to manage = HIGH (18 percent of BLM lands in the study area are in sagebrush land cover types)

- Estimated relative bird diversity = MODERATE

The sagebrush cover types in the study area include sagebrush community [SagC] (72,456 acres on BLM land representing 50 percent of this land cover type in the study area), sagebrush shrub-steppe [MStp] (65,573 acres on BLM land representing 38 percent of this type in the study area), and sagebrush/mountain shrub mix [SaMS] (4,752 acres on BLM land representing 11 percent of the study area) (Table 2-2). Collectively, these three sagebrush cover types comprise 18 percent of lands managed by BLM in the study area (Table 8-2), support six upland habitat obligates during breeding season (Table 3-8), and have moderate to high estimated bird diversity in the study area (Table 4-2, Map 4-3). The Coordinated Implementation Plan for Bird Conservation in Western Colorado (CACWG and IWJV 2005) designates sagebrush shrub-steppe as "Priority A" status (CACWG and IWJV 2005) and CDOW designates sagebrush as "high priority" for conservation (CDOW 2006). For these reasons, BLM should give sagebrush land cover types a high priority with regard to birds in the study area.

Ecologists distinguish between two broad sagebrush community types: sagebrush shrub-steppe [MStp] and sagebrush shrublands [SagC]. In undisturbed sagebrush shrubsteppe, tall sagebrush species are typically co-dominant with native perennial bunchgrasses. In undisturbed sagebrush shrublands, tall sagebrush species are typically dominant, native forbs and bunchgrasses are relatively sparse, and patches of bare ground or biological soil crusts are common throughout. Usually, only one species of tall sagebrush is present or dominant in any given sagebrush stand in either community type, but stands can differ extensively in their composition of understory plants. The percent cover of the sagebrush canopy and composition and cover of understory vegetation in sagebrush shrubsteppe, sagebrush shrublands, and other shrublands with a strong sagebrush component varies locally depending on the seral stage of the stand, the effects of management actions, the effects of drought or grazing, or the cumulative impacts of a combination of factors. To benefit sagebrush birds, conservation entities have suggested that sagebrush habitats be managed for structure and composition similar to native or undisturbed conditions. Yet, some controversy has surrounded the question of what sagebrush ecosystems under pristine conditions or pre-European settlement times looked like (Boyle and Reeder 2005).

BLM_0056413

Grazing has left only an estimated 1 percent of sagebrush ecosystems across western North America untouched, and 30 percent of all sagebrush ecosystems have been grazed heavily historically (West 1996, cited in Paige and Ritter 1999). Overgrazing is a major source of non-native plant incursions into sagebrush habitat, especially cheatgrass (Saab et al. 1995). Grazing is also associated with increased abundances of brood parasitic brown-headed cowbirds, which negatively affect the nesting success of sagebrush-obligate passerine birds (Rich 1978). Understory encroachment by non-native herbaceous plants such as cheatgrass is a serious concern (S. Monsen, pers. comm.). Drought and sagebrush disease are also major concerns in lower elevation sagebrush community, especially where sagebrush habitats are under the pressure of heavy livestock use and/or wild ungulate use and where sagebrush recruitment has been inadequate (Wenger et al. 2003; Winward 2004).

Eradication and treatments of sagebrush on public lands to benefit livestock grazing have decelerated due to concern over the decline of sage-grouse and other sagebrush dependent species, and an increasing awareness of the intrinsic value of sagebrush ecosystems. Yet, questions remain about how to best balance management of sagebrush habitats for livestock grazing and wildlife benefit. A growing body of evidence indicates that range treatments aimed at eradicating or reducing / thinning sagebrush cover do not improve range conditions for big game or cattle, especially in the low-elevation sagebrush community cover type (Welch 2005; Welch and Criddle 2003), and such practices are usually detrimental to sagebrush obligate birds.

Not only does sagebrush provide forage directly to many species of birds, mammals and invertebrates, it functions as a nurse plant for other plant species (including important livestock forage plants) in its understory. The following information was synthesized from literature reviewed by Welch (2005): 1) the number of plant species found directly under or near the canopy of sagebrush plants exceeds that found in the canopy interspaces; 2) the sagebrush canopy reduces solar radiation to the ground, positively influencing soil moisture retention, and extending conditions for forb and grass seedling establishment for up to 28 days longer than conditions in the canopy interspaces; 3) and soil nutrient content is higher directly under the canopies of sagebrush shrubs than in the canopy interspaces. At least 133 plants and 24 species of lichens are associated with sagebrush (Welch 2005; Wisdom et al. 2003a), varying with geographic location, topography, soil, elevation, and climate. Sagebrush hosts 16 species of paintbrushes and 7 species of owlclovers—all facultative root hemiparasites (Welch 2005). Biological soil crusts are an important component of healthy semi-arid sagebrush ecosystems. Made up of lichens, fungi, bacteria, cyanobacteria, algae, and moss, these fragile micro-communities bind and stabilize surface soil, recycle nutrients and makes them available to plants, and provide micro-topography and moisture retention to aid seed germination (Belnap 1994).

Birds that characterize sagebrush land cover types in the study area are sage sparrow and sage thrasher in the lower elevation sagebrush community (SagC); Gunnison sage-grouse, sage thrasher, vesper sparrow, and Brewer's sparrow in sagebrush shrub-steppe (MStp), and green-tailed towhee, spotted towhee, and sage thrasher in mixed sagebrush/mountain shrub habitat (SaMS). Gunnison sage-grouse tolerate a percentage of mixed mountain shrub in their habitat. Sage sparrows avoid high country sagebrush and tolerate sparser understory vegetation than the other sagebrush obligates. Brewer's sparrows will nest from low country to high in sagebrush with suitable characteristics (Kingery 1998). The same is true of sage thrashers, yet their numbers are greater in the mid to upper elevations of sagebrush. Each of these passerines selects significantly taller sagebrush plants in a stand for nest locations.

All of the sagebrush obligate bird species (sage-grouse, sage sparrow, Brewer's sparrow, and sage thrasher) are sensitive to patch size (Knick et al. 2003; Knick and Rotenberry 2002). Sage sparrows require a patch of 150 acres or more, while sage-grouse may require patch sizes of several hundred

BLM_0056414

acres. For Brewer's sparrows, patches of 20 or 30 acres may be adequate, especially if other patches are nearby (Rotenberry and Knick 1999). Sage sparrow, vesper sparrow, and sage thrasher may be found in lower abundances in sagebrush land cover types with dense annual weed understories, which may be unsuited to their foraging activities (Dobkin and Sauder 2004; Rotenberry and Wiens 1980b).

Key watch species (Table 7-2) associated with sagebrush land cover types are Gunnison sage-grouse, Brewer's sparrow, and sage sparrow. The highest ranked management focus species (Table 7-3) for sagebrush land cover types are Gunnison sage-grouse (MStp), sage sparrow (SagC), and green-tailed towhee (SaMS).

Boyle and Reeder (2005) found that sagebrush land cover types in the study area are at a relatively moderate to high level of risk of pinyon-juniper encroachment; high level of risk of invasion by herbaceous plants (especially in sage sparrow range; Map 3-4); high to moderate risk of energy development; and at low risk of residential development. Management of sagebrush land cover types in the study area for the maximum benefit to birds (especially the associated key watch species and management focus species) should focus on no net loss of sagebrush shrublands, minimization of shrubland fragmentation and perforation, and prevention of understory weed and pinyon-juniper encroachment. The following management recommendations are based on Boyle and Reeder (2005) and Paige and Ritter (1999), and other sources, as cited.

a) When sagebrush habitat conservation to benefit birds is the goal, make maintaining rangeland health an equal or greater priority than restoring rangeland health.

b) To provide for "no net loss" of sagebrush on BLM lands in the study area, develop a GIS-based method of monitoring acreage of sagebrush in the study area to be able establish a baseline from which to recognize net loss or gain. Include a patch size and quality analysis (see methodology in Boyle and Reeder 2005) to provide for monitoring of fragmentation and to help prioritize the most intact patches for protection. Also see Wilbert et al. (2008) for guidance.

c) Using habitat guidelines in the Gunnison Sage-grouse Rangewide Conservation Plan (GuSGRSC 2005), inventory sagebrush habitat characteristics and quality across the study area (to develop a baseline for future comparison). Identify the best examples of intact contiguous patches with native understory vegetation, and prioritize such patches for protection from weed encroachment and fragmentation.

d) On the landscape scale, prioritize protection of large (>150 acres) intact patches of sagebrush in the study area from fragmentation, conversion to other land cover types, wildfire, herbaceous non-native weed invasion and pinyon-juniper woodland encroachment.  First priority should be given to sagebrush land cover types in mapped sage sparrow range, and within and adjacent to mapped Gunnison sage-grouse range (Map 3-2).

e) To the extent possible, move proposed land transforming projects or proposed road alignments out of large sagebrush tracts (>150 acres). Gunnison sage-grouse likely are the most sensitive species to fragmenting transformations. Power lines and fences appear to have a smaller effect on sparrows than on the grouse.

f) Maintain connectivity between sagebrush land cover types by preserving corridors of similar vegetation.

BLM_0056415

g) Place high requirements for justifying creation or retention of roads (or other linear features that fragment the habitat) in sagebrush and promptly reclaim unused or undesired roadbeds in sagebrush land cover types (Paige & Ritter 1999).

h) At least once per four years, provide pastures and whole allotments relief from livestock presence during the nesting season (roughly April through July) to protect native cool season understory grasses, protect ground nests, and to reduce nest parasitism by cowbirds. The four-year interval is based on a typical lifespan of a Passerine bird, many of which exhibit high fidelity to breeding grounds and territories. The intent of this recommendation is to provide relief during at least one breeding season during a bird's lifespan from the effects of grazing.

i) During drought years, assure that some pastures retain the maximum herb cover (even standing dead material) possible for ground-nesting birds.

j) If sagebrush communities are disproportionately grazed when there is a mixture of pinyon-juniper and sagebrush in a unit; consider a reduction of stocking rates or other measures to protect integrity of sagebrush range.

k) If management prescriptions require reduction of pinyon-juniper (to control encroachment on sagebrush), focus reduction treatments where the largest patches of sagebrush would most quickly result (pinyon-juniper stands younger than 75 years on relatively deep, level soils, with sagebrush nearby). Only attempt pinyon-juniper removal where sagebrush is already a prominent plant community component. The sagebrush land cover types in the study area are predicted to be at relatively moderate to high level of risk to pinyon-juniper encroachment (Boyle and Reeder 2005).

l) Follow the vegetation structure guidelines in Appendix H of the Gunnison Sage-grouse Rangewide Conservation Plan (GuSGRSC 2005) to achieve good habitat potential on BLM lands near and in mapped grouse range.

m) For the benefit of sagebrush-dependent Passerine birds, avoid sagebrush eradication and treatment projects that reduce sagebrush canopy cover in a patch to below 20 percent on average.

n) If management prescriptions require thinning of sagebrush canopy, protect several of the taller shrubs in each stand, and protect native herbaceous understories by selective removal of shrubs (rather than wholesale removal). Minimize ground disturbance, justifying it only to facilitate planted seed contact with soil. Monitor how key watch species or management focus species respond to treatments using controlled experiments designed directly into the treatment regime (Boyle and Reeder 2005).

o) Map sagebrush land cover types for full fire suppression, especially low-elevation stands at risk of cheatgrass encroachment (Knick and Rotenberry 1995).

p) After wildfire or intensive disturbance, priority should be in seeding with native grasses and forbs. Avoid seeding with monocultures or non-native grasses and forbs. Reseed with local genetic seed stock if available, or use non-native herbaceous species that do not compete well with native species.

BLM_0056416

### 3. *Riparian and Water Cover Type Group (CRip, RipX, Cotw, SRip, Willo, and Water)*

PRIORITY FOR MANAGEMENT TO BENEFIT BIRDS = HIGH

- Management responsibility = HIGH (BLM lands contain 15 percent of the combined riparian and water cover types in the study area)

- Capability/opportunity to manage = MODERATE (1 percent of BLM lands in the study area are in the riparian and water cover types, which are largely linear or consolidated across BLM lands; also opportunities for involvement on federal mineral lands)

- Estimated relative bird diversity = HIGH

Due to similarities in appropriate management strategies for the benefit of birds, the combined riparian and water land cover type includes all the major riparian and water land cover types mapped in the study area (CRip, RipX, Cotw, SRip, Willo, and Water), as well as important water bird sites shown on Map 3-1. Conifer riparian cover type (CRip is not mapped on BLM lands in the study area, but a high potential for BLM involvement exists on federal mineral lands). Altogether, ten obligate species occupy this habitat or a component of this habitat in the study area (Table 3-8). Rivers that have BLM shoreline are the most important habitat for riparian and wetland birds in the study area; these riverbanks have high management opportunity.

The majority of the riparian mix (RipX) land cover type fits the definition of "Lowland Riparian," which is identified by the Coordinated Implementation Plan for Bird Conservation in Western Colorado (CACWG and IWJV 2005) as one of seven "Priority A" habitats for conservation action. Fink et al. (2007), using CVCP and biological data, determined that the many small drainages on both sides of the Uncompahgre Plateau are rich in forest bird species. Their work constitutes a highly recommended reference source for the UFO.

The coniferous riparian land cover type (CRip) is perhaps the best place to find cordilleran flycatchers and Swainson's thrushes. The usual presence of surface water increases the attractiveness of this habitat to many birds. In the cottonwood land cover type (Cotw), bird abundance ranges widely from place to place and seasonally. Lowlands, dominated by Fremont cottonwood, have the longer species list. Mid elevations, dominated by narrowleaf cottonwood, with a species list almost as long, are more consistently well populated by birds. Bullock's orioles and western kingbirds are more evident in the lowlands, yellow warblers and house wrens are more evident in the mid-elevation cottonwoods. Yellow-billed cuckoos were present in low and mid-elevations historically, but were probably never very common (Hughes 1999). In the last few years they have more often been reported in the mid-elevations. Great blue heron colonial nest sites (heronries) occur sparingly, but throughout the cottonwood type. Some birds move down from higher elevations into lowland cottonwoods for the winter, either appearing only then or swelling their population. Mourning doves, downy and hairy woodpeckers, northern flickers, bushtits, white-breasted nuthatches, brown creepers, and American robins are some of these. Lewis's woodpeckers have disappeared from many cottonwood stands in the last 50 years (Davis 1969; Muhr 1997). European starlings join large flocks and become especially conspicuous with the advent of late fall. In the low-elevation shrub riparian land cover type (SRip), yellow-breasted chats, blue grosbeaks, black-billed magpies, and long-eared owls are some of the more characteristic species. Gambel's quail are attracted to the cover value of tamarisk and the food and cover value of three-leaf sumac. In September, Wilson's warblers become one of the common birds as fall migrants.

BLM_0056417

The Coordinated Implementation Plan for Bird Conservation in Western Colorado (CACWG and IWJV 2005) identifies high elevation riparian as one of seven "Priority A" habitats for conservation action. Coyote willow occurs in the low country shrub riparian type, yet as mapped for the study area, willow habitat is predominantly the high elevation riparian form. Even this high elevation form has an elevation gradient, where song sparrows, and MacGillivray's and yellow warblers are common at the lower elevations and Lincoln sparrows and Wilson's warblers characterize the higher end. Willow flycatchers in the study area (no longer considered the endangered Southwest race), remain a species that is sensitive to large ungulate grazing effects.

The Coordinated Implementation Plan for Bird Conservation in Western Colorado (CACWG and IWJV 2005) identifies wetlands (included in the water land cover type) as one of seven "Priority A" habitats for conservation action. Open water habitats are identified as a "Priority B" habitat. Its statewide objective for wetlands is to "Protect, maintain, enhance, and/or restore 100,000 acres or more of wetland habitat and associated uplands…"  The plan's statewide objective for open water habitats is to "Support efforts to protect, maintain, enhance, and/or restore the 30,000 acres of existing priority open water habitats…"

Key watch species (Table 7-2) associated with riparian and water land cover types are yellow-billed cuckoo, bank swallow, belted kingfisher, and Lewis's woodpecker. The highest ranked management focus species (Table 7-3) for riparian and water land cover types are Hammond's flycatcher and cordilleran flycatcher (CRip), northern rough-winged swallow (RipX), yellow-billed cuckoo (Cotw), long-eared owl (SRip), Wilson's warbler (Willo), bald eagle (Water), and northern harrier (Water subtype [marsh]).

Management recommendations for these land cover types in the study area for the maximum benefit to birds (especially the associated key watch species and management focus species) are based on Walker (2006), Bock et al. (1992), Helmers (1992), and other sources, as cited.

a)  Buffer riparian and wetland areas amply from road and trail placement and other activities.

b)  Anthropogenic fires (e.g., campfire or fireworks accidents) commonly destroy riparian forested habitat. Sparks from railroads and escaped campfires are usually hard to stop before the damage is done. Periodically move large woody downfall away from trees near popular campsites and tree stands along railroad tracks.

c)  Give high priority to removal of tamarisk and other noxious weeds under native riparian trees and consider revegetation with large forms of willows, such as Goodding's willow or peachleaf willow. The return of large understory willows may be key in restoring yellow-billed cuckoos (Hughes 1999).

d)  For the benefit of riparian shrub birds, place at lowest priority eradication of tamarisk stands with the largest basal stems, while there are younger stands to treat (Walker 2006). Select a site or sites to replace removed tamarisk with native shrubs such as three-leaf sumac, golden currant, and silver buffaloberry. Also consider planting small native trees such as box elder and Goodding's or peachleaf willows. An aggressive follow-up with planting appropriate herbaceous ground cover can retard the return or advance of noxious weeds such as Russian knapweed.

e)  Before implementing a tamarisk removal project, survey for long-eared owls, which have been observed nesting on old magpie stick nests in tamarisks in the study area and are known to communally roost in winter in western Colorado (Levad 1991).  If use by long-eared owls is

BLM_0056418

detected, delay treatment until suitable native tall shrubs nearby can replace the habitat. As with all shrub eradication treatments, avoid the nesting season of all birds in the habitat.

f)  Confirm whether black swifts nest on BLM lands at the waterfalls of Escalante Canyon (Map 3-1) and consider protective measures and/or public education measures to ensure these sites remain suitable nesting habitat.

g)  Consider planting riparian plant fire breaks (alkali sacaton may be a good choice in low-elevation riparian areas). Try to interest the partners in the Uncompahgre Plateau Project in seed banking local fire break plant species.

h)  Use current state-of-the art practices to preserve high-quality or selected willow stands from intensive ungulate pressure (exclosures, seasonal closures, game regulations etc.). Birds that nest within 4 feet of the ground can have their nest contents dislodged by the movements of cattle or wild ungulates. Willow stands with basal stems clearly visible to a distant observer indicate stands likely to be unacceptable to willow flycatchers (Fritz Knopf, pers comm.).

i)  Exclude riparian areas on BLM lands from livestock grazing whenever possible; few breeding bird species are documented to benefit from grazing in riparian habitats, and those that do benefit are not restricted to riparian habitats (Bock et al. 1992; Taylor 1986).

j)  Investigate the economic value for the waterfowl, waterbirds, shorebirds and land birds that would use stock ponds and reservoirs on BLM land if their dams were restored, such as Roatcap Reservoir (Map 3-1), west of Olathe. This may help to create a positive cost-benefit ratio for the pond restoration. The Shorebird Management Manual (Helmers 1992) is a basic primer in shorebird management for such endeavors.

## 4.  *Semi-desert Cover Type Group (SDS, TDS, Herb, BrSo)*

PRIORITY FOR MANAGEMENT TO BENEFIT BIRDS = MODERATE

- Management responsibility = HIGH (BLM lands contain 46 percent of the combined semi-desert land cover types in the study area)

- Capability/opportunity to manage = MODERATE (21 percent of BLM lands in the study area are in semi-desert land cover types)

- Estimated relative bird diversity = LOW

The semi-desert cover types in the study area include herbaceous rangeland [Herb] (96,553 acres on BLM land representing 42 percent of this land cover type in the study area), short semi-desert shrub [SDS] (50,662 acres on BLM land representing 60 percent of this type in the study area), tall semi-desert shrub [TDS] (7,145 acres on BLM land representing 32 percent of this type in the study area), and barren land [BrSo] (7,185 acres on BLM land representing 59 percent of this type in the study area) (Table 2-2). Collectively, these four semi-desert cover types comprise 21 percent of lands managed by BLM in the study area (Table 8-2), support two upland habitat obligates during breeding season (Table 3-8), and have relatively low estimated bird diversity in the study area (Table 4-1, Map 4-3). These land cover types typically adjoin each other on the landscape (Map 2-2) and their management issues for birds are similar.

BLM_0056419

Most of the herbaceous rangeland type is dominated by annual weeds on deeper soils intermixed with the other desert vegetation types. The highest occurrences of white-tailed prairie dog colonies in the study area are likely to be found in the herbaceous rangeland type. Burrowing owls, are obligates of prairie dog colonies and the burrows of other fossorial mammals. Horned larks and western meadowlarks nest here. Long-billed curlews forage in this vegetation type in migration and a very few will remain to nest. In the rare eruption year of lark buntings, this will be the preferred habitat if there are a few tall shrubs nearby. At higher elevations vesper sparrows not only forage pre- and post-nesting, but remain to nest in herbaceous rangelands.

The short semi-desert shrub type typically exhibits the best rangeland health of the desert types. Its vegetation is likely too sparse to hold livestock and wild ungulate attention long enough for them to cause damage. Horned larks nest in the short semi-desert shrub cover type almost to the exclusion of all other species. The Colorado Land Bird Conservation Plan (PIF 2000) recognizes the horned lark as an indicator species for short semi-desert shrublands. Indicating the value of vegetative vertical structure to birds, tall semi-desert shrub is where most non-riparian desert birds nest. Loggerhead shrikes, sage thrashers, northern mockingbird, black-throated sparrows, and western meadowlarks along with the nearly ubiquitous mourning doves characterize this nesting habitat. Several other species join mountain bluebirds and house sparrows in foraging through this desert cover throughout the year. Few birds nest on extensive barren ground. However, the barren land cover type not only includes the "adobe" badlands in Delta and Montrose counties, but also sparsely vegetated ground and rock-filled lands too dispersed for satellite imagery to detect as cliff or boulder or talus slides. The rock wren characterizes the birds of this cover type. Prairie dogs and the burrowing owls are species of special interest here.

Much of this land cover type is in a degraded condition across the study area. The spread of weedy annual understories (Dechant et al. 2000; Dechant et al. 1999b; Dechant et al. 1999a) and the subsequent spread of wildfire and loss of the shrub component of the habitat, the loss of cryptobiotic crusts, the proliferation of unauthorized travel routes, and the decline of prairie dog colonies, are the major management issues relating to birds in this land cover group.

Key watch species (Table 7-2) associated with semi-desert land cover types are loggerhead shrike, horned lark, and rock wren. Each of these species is also the highest ranked management focus species (Table 7-3) for TDS, SDS, and BrSo, respectively. Burrowing owl is the highest ranked management focus species for the Herb land cover type.

Management recommendations for these land cover types in the study area for the maximum benefit to birds (especially the associated key watch species and management focus species) are based on Dechant et al. (2000), (CDOW 2009b), Knick and Rotenberry (1995), and other sources, as cited.

Fire management should map this land cover type for full fire suppression (Knick and Rotenberry 1995) to curtail the spread of exotic annuals and subsequent wildfire destroying native vegetation, particularly the shrubs (PIF 2000). Preventing the loss of native understory in greasewood and other tall desert shrub is key, since natural recovery in normal human lifetimes is almost impossible. Although greasewood, the most common tall desert shrub, resprouts after fire, fire in this vegetation type readily spreads to adjacent desert shrub species that are destroyed by fire.

b) Post-fire rehabilitation should involve reseeding with warm season native grasses (e.g., galleta). Although rehabilitation projects in the desert are difficult; the herbaceous rangeland cover type is the most suited to it of the types in this group. The soils are deeper, more level, and large tracts of dense weed cover are available for reseeding with desirable species.

BLM_0056420

c)  Weed management should place high priority on preventing the entrance of new flammable species such as medusahead.

d)  Track the presence of active prairie dog colonies and the presence of burrowing owls on BLM lands. The presence of burrowing owls in a colony would be an important condition to record. Records of prairie dog colonies, especially with associated burrowing owls, will improve management's ability to adjust land uses, respond to changes, and inform stakeholders and initiatives (Heffner et al. 1994). White-tailed prairie dogs are a keystone species of the community and an important ally to several semi-desert bird species.

e)  Designate prairie dog colonies with burrowing owls as "no shooting zones."

f)  Set aside prairie dog release areas on BLM lands where private interest groups could be permitted to relocate prairie dogs from areas threatened by development on private lands.

g)  Allotment management plans should provide credible assurance that herbivory is not causing cheatgrass and annual wheatgrass to spread into semi-desert shrublands in good condition. To the extent possible, custodial allotment management should incorporate this concern also.

h)  To help control user-proliferated vehicle routes, combine directional signage with wildlife message signing, giving BLM land users added incentive to protect their land. Many public land visitors may not stop to read a message board, but a picture or cut-out silhouette of an animal with the directional sign could give an instant message. Invite all-terrain vehicle clubs to participate in protecting prairie dog colonies.

## 5. *Ponderosa Pine Cover Type Group (PP, PPO, PPOA)*

PRIORITY FOR MANAGEMENT TO BENEFIT BIRDS = MODERATE

- Management responsibility = MODERATE (BLM lands contain 11 percent of the combined ponderosa pine cover types in the study area)

- Capability/opportunity to manage = LOW (2 percent of BLM lands in the study area are in the ponderosa pine cover types)

- Estimated relative bird diversity = HIGH

This cover type group consists of the ponderosa pine (PP) type, the ponderosa pine/Gambel oak mix type (PPO), and the ponderosa pine/Gambel oak/aspen mix type (PPOA). Two ponderosa pine obligate bird species, pygmy nuthatch and Grace's warbler, occur in the study area in the PP land cover type (Table 3-7). Other species are at peak numbers in PP, Williamson's sapsucker and western tanager being notable. Increasing density in trees and understory biomass has resulted in catastrophic fires in old PP stands in the Intermountain West (Finch et al. 1997; Hutto 1995). Timber sales create competition for the trees best for ponderosa pine birds.

In PPO, the PP birds will be present. Gambel oak and other fruiting woody plants make the habitat more attractive to wild turkeys, band-tailed pigeons, dusky grouse, and Lewis's woodpeckers, plus smaller birds. The issues and recommendations for the mountain shrub land cover type may also apply in PPO. The PPOA type will have the ponderosa pine birds, and most of the mountain shrub and aspen birds. The presence of aspen suggests that there is more moisture available, and the winter season

BLM_0056421

may be harsher. The birds will generally respond positively to the moisture and negatively to longer winters. The issues and recommendations for the mountain shrub and aspen land cover types may apply to some stands of PPOA.

Colorado's Comprehensive Wildlife Conservation Strategy declares ponderosa pine habitats high priority for conservation action (CDOW 2006). The Coordinated Implementation Plan for Bird Conservation in Western Colorado (CACWG and IWJV 2005) identifies ponderosa pine habitats as one of seven "Priority A" habitats for conservation action. Its statewide goal is to "prevent significant loss and enhance natural ecological functions…to maintain or increase populations of avian species that use ponderosa pine habitats."

Key watch species (Table 7-2) associated with ponderosa pine land cover types are Williamson's sapsucker, Lewis's woodpecker, flammulated owl, and Cassin's finch. The highest ranked management focus species (Table 7-3) for ponderosa pine land cover types are Grace's warbler (PP and PPO),  and Lewis's woodpecker (PPOA).

Management recommendations for these land cover types in the study area for the maximum benefit to birds (especially the associated key watch species and management focus species) are based on Dechant et al. (2000), (CDOW 2009b), Knick and Rotenberry (1995), and other sources, as cited.

a) Inventory to determine the existence, size and location of ponderosa pine stands that can/should be maintained as open stands with minimal woody plant understory. Explore whether the Ponderosa Pine Forest Partnership centered in the San Juan National Forest can provide project advice or assistance in hazardous fuels reduction to create ponderosa pines secure from destructive fires.

b) To retain old growth characteristics, institutionalize (create a standard operating procedure) for the preservation of a functional percentage of the largest trees in all timber sales. No set functional percentage is recommended, but retaining as much as can be negotiated with the forester / timber seller is the goal. One large live tree and one large snag or large green snag per acre is worthwhile.

c) Keep a biology-coached compliance officer on site to assure best operating practices including harvest time, snag retention (closely review safety tradeoffs), damage-minimizing falling techniques, and yard siting. Retain slash onsite for dead-and-down-wood insect habitat, if it can be justified considering forest pathologies.

d) Design into planning periodic spot check surveys for spotted owls. We suggest night visits or calling transects to cover all the apparent potential sites each decade or until redundancy becomes apparent. Coordinate this effort with the U.S. Fish & Wildlife Service.

e) Develop a ponderosa pine management policy/plan that incorporates retention of productive fruit shrubs into hazardous fuels reduction projects.

### 6. *Mountain Shrub Cover Type (MS)*

PRIORITY FOR MANAGEMENT TO BENEFIT BIRDS = LOW

- Management responsibility = LOW (BLM lands contain 6 percent of the mountain shrub cover types in the study area)

BLM_0056422

- Capability/opportunity to manage = MODERATE (4 percent of BLM lands in the study area are in mountain shrub land cover types)

- Estimated relative bird diversity = MODERATE

Virginia's warbler is the poster bird of this vegetation type. At night the common poorwill becomes the most conspicuous bird. Black-headed grosbeaks seem to recognize this as an expression of the deciduous woodlands it prefers. Since this type comes in different forms, its bird species composition varies. Orange-crowned warblers and especially MacGillivray's warblers are in the lush and densest patches. Green-tailed towhees prefer areas with variety in shrub density and heights. Spotted towhees prefer taller shrubs with dense bases. Warbling vireos prefer the largest Gambel oaks. House wrens are common throughout, even in the lowest snowberry stands. The Crawford area population of Gunnison sage-grouse use mountain shrub habitat (and sagebrush/mountain shrub mix [SaMS]) during brooding rearing (this population occurs mostly outside the study area). Overall bird productivity is usually high in mountain shrub cover types.

Management interest in this vegetation zone is low, possibly resulting in some missed opportunities to benefit birds. This is due to its usual good range condition, low fuelwood attractiveness, difficulty in treating it with fire or achieving lasting results with mechanical and herbicidal treatments. The two most common motives for treating mountain shrub is to open up dense stands to facilitate livestock movement and to create young palatable shoots for deer and elk.

Key watch species (Table 7-2) associated with mixed mountain shrub land cover are Virginia's warbler and common nighthawk. The highest ranked management focus species (Table 7-3) for mixed mountain shrublands is Virginia's warbler, followed by dusky flycatcher.

Management recommendations for the maximum benefit to birds (especially the associated key watch species and management focus species) for this land cover type in the study area are based on (1998; Crawford et al. 2004; Keppie and Braun 2000).

a) When designing mountain shrub treatment projects avoid Gambel oak stands with stem diameters greater than 4 inches, and avoid sites with high percentages of squawapple or chokecherry (Keppie and Braun 2000).

b) When designing mountain shrub treatment projects, consider whether Gunnison sage-grouse are utilizing the area. If Gunnison sage-grouse are utilizing the area, schedule treatments between October 1 and April 30. Maintain the sagebrush component of the habitat at 20 to 50 percent canopy cover if possible. Attempt to restore native forbs where possible.

## 7. *Montane and Subalpine Forest Cover Type Group (SF, Asp, MCAs, DF)*

PRIORITY FOR MANAGEMENT TO BENEFIT BIRDS = LOW

- Management responsibility = LOW (BLM lands contain 2 percent of the combined montane and subalpine forest cover types in the study area)

- Capability/opportunity to manage = LOW (2 percent of BLM lands in the study area are in montane and subalpine forest cover types)

- Estimated relative bird diversity = HIGH

BLM_0056423

The montane and subalpine forest cover types in the study area include aspen (Asp), mixed conifer/aspen (MCAs), Douglas fir (DF), and Engelmann spruce/fir mix (SF), collectively representing 16,617 acres on BLM land and only 2 percent of this type in the study area (Table 8-2). Collectively, these four forest cover types support seven upland habitat obligates during breeding season (Table 3-8), and have relatively high estimated bird diversity in the UFO (Table 4-1, Map 4-3). These land cover types typically adjoin each other on the landscape (Map 2-2) and their management issues for birds are similar.

The Coordinated Implementation Plan for Bird Conservation in Western Colorado (CACWG and IWJV 2005) identifies aspen as one of seven Priority A habitats for conservation action. Aspen is bird-rich in summer and early fall and bird-poor during its leafless time. Warbling vireos are the most ubiquitous and abundant species within aspen. Other nesting birds reach their peaks in this type also, violet-green swallow being a conspicuous one. Purple martins in the study area only nest in old growth aspen, usually near a stream, spring, or pond between 8,000 and 9,000 feet (Gillihan and Levad 2002; Levad 1998). Two more species, broad-tailed hummingbird and red-naped sapsucker, are named for priority attention in aspen woodlands by the Colorado Land Bird Conservation Plan (PIF 2000). Dusky grouse winter in Douglas fir eating the needles and buds. While other conifers are used, Douglas fir is a clear favorite. Fortunately the tree can be found in forests dominated by other species providing winter sites for the grouse where one bird may spend the entire winter in one tree. The bird community in Douglas fir forests resembles that of other conifer forests between ponderosa pine and spruce/fir. Birds characteristic of lower elevations may end their uphill occupation here, such as Cooper's hawks. It is less true that birds characteristic of higher elevations may end their downslope movement here. Most nest guilds of birds occur in aspen, e.g., ground nesters, cavity nesters, low and high canopy cup nesters, tree bole and branch tip nesters.

Flammulated owls are well-known ponderosa pine species (Mccallum 1994); however, they may be just as abundant in mixed conifer/aspen since both aspen and other tall conifers, particularly Douglas fir, provide cavities and the moth food supply that the owls need (Grube et al. in prep.; Linkhart et al. 1998). While the spruce/fir cover type is not as bird species diverse as other tall conifer types, it is rich in species strongly allied to it. Boreal owls, gray jays, pine grosbeaks, and white-winged crossbills rarely, if ever, are found elsewhere. This can be nearly said for northern three-toed woodpeckers and olive-sided flycatchers. Species common in other forest types are the most common ones in spruce/fir, such as mountain chickadee and gray-headed junco.

Key watch species (Table 7-2) associated with forested montane and subalpine land cover types are olive-sided flycatcher, flammulated owl, pine siskin, and Williamson's sapsucker. The highest ranked management focus species (Table 7-3) for these cover types is olive-sided flycatcher (SF), purple martin (Asp), dusky grouse (DF), and flammulated owl (MCAs).

The following management recommendations for these land cover types in the study area for the maximum benefit to birds (especially the associated key watch species and management focus species) are based on (Kingery 1998; Reynolds and Linkhart 1992).

a) At the project scoping stage of aspen restoration/rejuvenation projects (to stop subalpine fir encroachment, to support the excelsior and wood industry, or to gain perceived visual improvement), identify a genuine danger of conifer encroachment and consider selectively removing the conifers rather than clear cutting. Consider the relatively small amount of BLM aspen woodlands as to whether it is worth participating in logging this woodland type.

b) Emphasize the importance of decadent aspen to cavity-nesting birds in planning documents.

BLM_0056424

c) Plan for a balance between protecting living forests and allowing natural epidemics in conifer forests. Generally, salvage sales remove quality habitat for birds, especially cavity nesters.

d) Because the conifer forests of the montane and subalpine forest cover type on BLM lands in the study area do not grow rapidly enough to fit the forestry definition of "commercial forest," let wildlife purposes carry greater weight in management decisions regarding commercial timber sales (Reynolds and Linkhart 1992). Annual increment of wood growth is less than common interest rates long before trees are harvestable.

e) Specifically guard spruce/fir habitat in travel management planning. Recovery from excessive traffic on the forest floor is slow at subalpine elevations.

### 8. <u>*Alpine/Subalpine Shrub and Meadow Cover Group (AlpS, AlpH)*</u>

PRIORITY FOR MANAGEMENT TO BENEFIT BIRDS = LOW

- Management responsibility = LOW (BLM lands contain 1 percent of the combined alpine cover types in the study area)

- Capability/opportunity to manage = LOW (0.1 percent of BLM lands in the study area are in the alpine cover types)

- Estimated relative bird diversity = LOW

In winter, white-tailed ptarmigan are most likely to be found in alpine shrub vegetation. White-crowned sparrows summer in land cover types with Krumholz formation (Kingery 1998), which we view as part of this land cover type. The brown-capped rosy finch would have made a reasonable state bird since almost 90 percent of its range lies within Colorado. Its nesting habitat is in rock crevices surrounded by the alpine meadow cover type (AlpH). The nesting habitat of brown-capped rosy finch is probably as secure as any bird's in Colorado (Nelson 1998). This would be almost as true for the American pipits and horned larks nesting in this habitat. The combined alpine land cover types are generally secure in the short term; however, climate change models suggest that all top elevation habitats are in jeopardy of being critically reduced within the century (Price 2002; Price and Glick 2002).

The alpine land cover types are a low priority for BLM management, although BLM involvement could potentially be required for mining activities on non-BLM federal mineral lands, which encompass about 81 percent of this land cover type in the study area (Table 8-2). Locatable minerals mining claim work can destroy alpine habitat before BLM is notified before 3802 and 3809 mining regulation protections can be applied. Mining is suspected of accelerating cadmium uptake in willows resulting in increased poisonings (biomagnifications) in white-tailed ptarmigan (Larison and Floyd 2000).

Key watch species (Table 7-2) associated with subalpine shrublands and meadows are black-capped rosy finch and horned lark. The highest ranked management focus species (Table 7-3) for these cover types is white-tailed ptarmigan (AlpS) and black-capped rosy finch (AlpH).

Management recommendations for these land cover types in the study area are as follows:

a) Evaluate the mineral potential of the small parcel(s) of alpine land on BLM land and be prepared to challenge non-viable claims.

BLM_0056425

b) Consider withdrawal of the study area alpine lands from mineral entry due to the difficulty of reclaiming alpine lands to pre-mining conditions.

## 9. *Cliff/Rock/Talus Cover Type (CRT)*

PRIORITY FOR MANAGEMENT TO BENEFIT BIRDS = LOW

- Management responsibility = LOW (BLM lands contain 2 percent of cliff/rock/talus cover types in the study area)

- Capability/opportunity to manage = LOW (0.2 percent of BLM lands in the study area are in the cliff/rock/talus cover types)

- Estimated relative bird diversity = LOW

The need for cliff habitat protection for raptors is well established (Richardson and Miller 1997). From golden eagles to American kestrels, cliffs provide these raptors nesting habitat. White-throated swifts also nest in cliff cracks. The PIF population trend assessment for the swifts is a score of 4. That is an estimated population decrease between 1969 and 1999 of greater than 15 percent. As such, it is a priority species in the Colorado Land Bird Conservation Plan (PIF 2000). Canyon wrens, rock wrens, and cliff swallows are other frequently observed rock, talus, and cliff nesters.

The key watch species (Table 7-2) associated with this land cover type are prairie falcon and rock wren. The highest ranked management focus species (Table 7-3) for this land cover type is peregrine falcon.

The following recommendations were synthesized from comprehensive literature reviews (Craig 2002; Richardson and Miller 1997).

a) Incorporate into buffer distances and seasonal limitations on potentially disturbing activities several variables (flushing distances, prior disturbance history of individual raptors, site-specific information) (Richardson and Miller 1997). Inform decisions with the understanding that case-by-case adjustments by the BLM biologist to buffer distance, buffer shape, and timing may be appropriate depending on the nature of the disturbance and the presence of visual barriers, etc.

b) Recognize that human activity over an eyrie is more disturbing than below it. Recognize that vertical height to nest matters. A trail directly under an eyrie that is 200 feet above is not likely to cause significant disturbance; however, a trail directly above an eyrie 200 feet below is likely to cause a disturbance. Raptor nesting near the level of proposed human activity requires horizontal buffer widths; 0.5 mile is commonly proposed for the most sensitive raptor species (Table 8-2). Screening by intervening trees and rock can allow narrower buffer widths. Require full buffer widths for activities that produce sharp loud noises. Consider use of GIS viewshed analysis around nest site to justify buffer modification for appropriate activities.

c) Craft messages for popular boat launches upstream of potential cliff swallow nest colony habitat to encourage appreciation of the wildlife of the area and discourage vandalism to cliff swallow colonies.

d) Prohibit rock climbing within 0.5 mile (Table 8-2) of known peregrine falcon or prairie falcon sites (seasonal closures are not likely to be successful because of monitoring impracticalities, and

BLM_0056426

BLM is generally not alerted prior to rock climbing events). The two falcon species are mentioned because the peregrine's delisting was based partly upon continued protection promised by the landed agencies and the prairie falcon, among cliff-nesting raptors, is deemed particularly worthy of elevated protection. All nesting raptors are protected by the Migratory Bird Treaty Act and the BLM raptor management policy (BLM Manual 2851, 6840, and 6844).

e) A raptor cliff stewardship program may be effective where climbing is popular and falcons are nesting. Investigate enrolling a climbing club such as The Access Fund (http://www.accessfund.org/site/c.tmL5KhNWLrH/b.4861253/k.BDBB/Home.htm) to help plan how climbing in the study area can minimize disturbance of raptor eyries.

## 10. *Snow Cover Type (Snow)*

PRIORITY FOR MANAGEMENT TO BENEFIT BIRDS = LOW

- Management responsibility = LOW (BLM lands contain 0 percent of the snow cover type in the study area)

- Capability/opportunity to manage = LOW (0 percent of BLM lands in the study area are in the snow land cover type)

- Estimated relative bird diversity = LOW

Snow fields that persist through summer and fall become attractive to birds when insects or seeds blow onto them and become highly visible(Price 2002; Price and Glick 2002). American pipits, horned larks, and brown-capped rosy finches nesting in the vicinity quickly discover this resource. Mountain bluebirds among other species soon find this opportunity too. Only 65 acres of the snow cover type are mapped in the study area; all of this acreage exists on lands with federal minerals.

The key watch species (Table 7-2) associated with this land cover type horned lark, and the management focus species (Table 7-3) are horned lark, mountain bluebird, and American pipit. Because so little opportunity for management of this land cover type exists for BLM, no land cover-specific recommendations are offered. Because climate change poses a threat to perennial snow fields and alpine habitats in the study area, BLM should consider becoming a visible local leader in exhibiting energy conservation and pollution reduction (see Public Outreach & Education recommendations earlier in this chapter).

## 11. *Developed and Agriculture Cover Group (Dev, Agri)*

PRIORITY FOR MANAGEMENT TO BENEFIT BIRDS = LOW

- Management responsibility = LOW (BLM lands contain 1 percent of the combined agriculture and developed cover types in the study area)

- Capability/opportunity to manage = LOW (0.3 percent of BLM lands in the study area are in the developed and agriculture cover types)

- Estimated relative bird diversity = MODERATE

BLM_0056427

In the study area, BLM has very little role in the management of these lands. If the BLM has an approval function on a project that touches private land and the BLM is aware of certain values such as a species listed or candidate for listing under the federal Endangered Species Act on that property, it could be a situation where the federal agency may, in effect, make a management decision on private land. On the small amount of split-estate in the developed or agriculture cover types, BLM may exercise more discretion, yet, in the case of wildlife, if any measures are taken, BLM will prefer recommendation over stipulation. This is true for any of the other habitats that are on private land. Standard BLM stipulations in private-public land projects will address soil, weed, and contaminant concerns, which have positive effects for birds.

## Literature Cited

APLIC. 2006. Suggested practices for avian protection on power lines: the state of the art in 2006. Washington, D.C. and Sacramento, California: Avian Power Line Interaction Committee and the California Energy Commission.

Belnap, J. 1994. Potential role of cryptobiotic crusts in semiarid rangelands. In Ecology and management of annual rangelands, edited by S. B. Monsen and S. G. Kitchen: USDA Forest Service Technical Report INT-GTR-313. Intermountain Research Station, Ogden, UT.

BLM. 1991. Colorado oil and gas leasing and development: Final Environmental Impact Statement. Lakewood, CO: USDI Bureau of Land Management, Colorado State Office.

BLM. 1997. Colorado Standards and Guidelines for Grazing and Rangeland Management: U. S. Bureau of Land Management. Available at http://www.blm.gov/co/st/en/BLM_Programs/grazing/rm_stds_guidelines.html.

BLM. 2008. Manual 6840 - Special Species Status Management: U. S. Department of the Interior, Bureau of Land Management. Available at http://www.blm.gov/pgdata/etc/medialib/blm/wo/Information_Resources_Management/policy/im_attachments/2009.Par.13736.File.dat/IM2009-039_att1.pdf.

Bock, C. E., J. H. Bock, W. R. Kenney, and V. M. Hawthorne. 1984. Responses of birds, rodents, and vegetation to livestock exclosure in a semidesert grasslands site. Journal of Range Management 37:239-242.

Bock, C. E., V. A. Saab, T. D. Rich, and D. S. Dobkin. 1992. Effects of livestock grazing on neotropical migratory landbirds in western North America. In Status and management of neotropical migratory birds, edited by D. M. Finch and P. W. Stangel: USDA Forest Service, General Technical Report RM-229.

Bock, C. E., and B. Webb. 1984. Birds as grazing indicator species in southeastern Arizona. Journal of Wildlife Management 48 (3):1045-1049.

Bourichius, S. 2009. A successful next box for dippers. July 8, Post to the Western Slope Birding News Group.

Boyle, S. A., and D. R. Reeder. 2005. Colorado sagebrush: a conservation assessment and strategy. Accessed at: http://wildlife.state.co.us/WildlifeSpecies/SagebrushConservation/. Grand Junction: Colorado Division of Wildlife.

BLM_0056428

CACWG, and IWJV. 2005. Coordinated implementation plan for bird conservation in western Colorado.
Denver: Colorado Steering Committee - Intermountain West Joint Venture and the Colorado All-
bird Conservation Working Group.

CDOW. 2006. Colorado's Comprehensive Wildlife Conservation Strategy and Wildlife Conservation
Plans. Denver: Colorado Division of Wildlife.

CDOW. 2009. Gunnison's & white-tailed prairie dog conservation strategy, public review draft, available
at http://wildlife.state.co.us/WildlifeSpecies/GunnisonsWhitetailPrairieDogConsStrategy.htm.

Chace, J. F., and A. Cruz. 1996. Knowledge of the Colorado host relations of the parasitic brown-
headed cowbird (Molothorus ater). Journal of Colorado Field Ornithology 30:67-81.

Craig, G. R. 2002. Recommended buffer zones and seasonal restrictions for Colorado raptors:
Colorado Division of Wildlife. December 19.

Crawford Area GSG, Local Working Group. 1998. Gunnison sage grouse conservation plan - Crawford
area, Colorado. Accessed at: http://wildlife.state.co.us/NR/rdonlyres/72278533-3174-4DC4-
94E1-04AD72CF421E/0/GunnisonSageGrouseLocalPlan_Crawford.pdf.

Crawford, J. A., R. A.  Olson, N. E. West, J. C. Mosley, M. A. Schroeder, T. D. Whitson, R. F. Miller, M.
A. Gregg, and C. S. Boyd. 2004. Synthesis paper: ecology and management of sage-grouse
and sage-grouse habitat. Journal of Range Management 57:2-19.

Davis, W. 1969. Birds of western Colorado: Colorado Field Ornithologists.

Dechant, J. A., M. F. Dinkins, D. H. Johnson, L. D. Igl, C. M. Goldade, and B. R. Euliss. 2000. Effects of
management practices on grassland birds: vesper sparrow (revised 2002). Jamestown, North
Dakota: Northern Prairie Wildlife Research Center.

Dechant, J. A., M. L.  Sondreal, D. H.  Johnson, L. D.  Igl, C. M.  Goldade, M. P.  Nenneman, and B. R.
Euliss. 1999b. Effects of management practices on grassland birds: northern harrier (revised
2003). Jamestown, North Dakota: Northern Prairie Wildlife Research Center Online.
http://www.npwrc.usgs.gov/resource/literatr/grasbird/noha/noha.htm.

Dechant, J. A., M. L. Sondreal, D. H. Johnson, L. D. Igl, C. M. Goldade, B. D. Parkin, and B. R. Euliss.
1999a. Effects of management practices on grassland birds: lark sparrow (revised 2002).
Jamestown, North Dakota: Northern Prairie Wildlife Research Center.

Dobkin, D. S., and J. D. Sauder. 2004. Shrubsteppe landscapes in jeopardy: distributions, abundances,
and the uncertain future of birds and small mammals in the intermountain west. Bend, Oregon:
High Desert Ecological Research Institute.

Erritzoe, J., T. Mazgajski, and L. Rejt. 2003. Bird casualties on European roads – a review. Acta
Ornithologica 38 (2):78-92.

Evans, W., Y. Akashi, N. S. Altman, and A. M. Manville II. 2007. Response of night-migrating songbirds
in cloud to colored and flashing light. North American Birds 60:476-478.

BLM_0056429

Finch, D., J. Ganey, W. Yong, R.  Kimball, and Sallabanks. R. 1997. Effects and interactions of fire, logging, and grazing. In Songbird ecology in southwestern ponderosa pine forests: literature review (Gen.Tech.Rep.RM-GTR-292), edited by W. Block and D. Finch. Fort Collins: USDA Forest Service, Rocky Mountain Forest and Range Experiment Station.

Fink, M., D. Hanni, D. Klute, J. Sovell, and R. Rondeau. 2007. A conservation blueprint for neotropical migratory birds in western Colorado. Accessed at: http://www.cnhp.colostate.edu/download/documents/2007/Neotrop_Birds_in_W_CO.pdf.

Gehring, J., P. Kerlinger, and A. M. Manville II. 2009. Communication towers, lights, and birds: successful methods of reducing the frequency of avian collisions. Ecological Applications 19 (2):505-514.

Gillihan, S., and R. Levad. 2002. Tree-nesting purple martins in the Colorado Rockies. Purple Martin Update (11):4-7.

Gillihan, S. W. 2006. Sharing the land with pinyon-juniper birds. Salt Lake City, UT: Partners in Flight Western Working Group. Accessed at: http://www.rmbo.org/dataentry/postingArticle/dataBox/PJ%20manual%20Nov%2008%20low-res.pdf.

Grube, R., J. Stanek, and K. Gray. in prep. Flammulated owl use of douglas-fir habitat in Gunnison County, Colorado: Department of Natural and Environmental Sciences, Western State College Gunnison.

GSRSC. 2005. Gunnison sage-grouse rangewide conservation plan. Denver, CO: Gunnison Sage-grouse Rangewide Steering Committee, Colorado Division of Wildlife.

GuSGRSC. 2005. Gunnison sage-grouse rangewide conservation plan. Gunnison Sage-Grouse Rangewide Steering Committee. Avalailable at http://wildlife.state.co.us/WildlifeSpecies/SpeciesOfConcern/Birds/GunnisonConsPlan.htm. Denver, Colorado: Colorado Division of Wildlife.

Heffner, R. S., H. E. Heffner, and C. Contos. 1994. Hearing in prairie dogs: transition between surface and subterranean rodents. Hearing Research (73):185-189.

Helmers, D. 1992. Shorebird management manual. Manomet, MA: Western Hemisphere Shorebird Reserve Network.

Hughes, J. M. 1999. Yellow-billed cuckoo (Coccyzus americanus). In The Birds of North America Online, edited by A. Poole. Ithaca: Cornell Lab of Ornithology. Accessed at: http://bna.birds.cornell.edu/bna/species/418doi:10.2173/bna.418.

Hutto, R. 1995. Composition of bird communities following stand-replacement fires in Northern Rocky Mountain (USA) conifer forests. Conservation Biology 9:1041-1058.

Jankowitz, R., and M. Gruber. 2007. Oil and gas development guidelines: conserving New Mexico's wildlife habitats and wildlife: New Mexico Dept. of Fish and Game.

BLM_0056430

Keppie, D., and C. Braun. 2000. Band-tailed pigeon (Patagionenas fasciata). Edited by A. Poole, Birds of North America Online. Ithaca: Cornell Lab of Ornithology. Accessed at: http://bna.birds.cornell.edu/bna/species/530.

Kingery, H. E., ed. 1998. Colorado Breeding Bird Atlas. Denver: Colorado Bird Atlas Partnership & Colorado Div. of Wildlife.

Knick, S. T., D. S. Dobkin, J. T. Rotenberry, M. A. Schroeder, W. M. Vander Haegen, and C. Van Riper III. 2003. Teetering on the edge or too late? Conservation and research issues for avifauna of sagebrush habitats. Condor 105:611-634.

Knick, S. T., and J. T. Rotenberry. 2002. Effects of habitat fragmentation on passerine birds breeding in intermountain shrubsteppe. Studies in Avian Biology 25:130-140.

Larison, J., and M. Floyd. 2000. Cadmium toxicity threatening wildlife in Rocky Mountains. Oregon State University News.

Levad, R. 1991. Personal communication between R. Levad and R. E. Lambeth; Levad guided Lambeth to a site on the east branch of Big Salt Wash in Mesa County where at least eight long-eared owls were roosting on January 13.

Levad, R. 1998. Purple martin (Progne subis). In Colorado Breeding Bird Atlas, edited by H. E. Kingery. Denver: Colorado Bird Atlas Partnership & Colorado Div. of Wildlife.

Linkhart, B. D., T.R. Reynolds, and R. A. Ryder. 1998. Home range and habitat of breeding flammulated owls in. Wilson Bulletin 110 (3):342-351.

Longcore, T., C. Rich, and S. A. Gauthreaux. 2008. Height, guy wires, and steady-burning lights increase hazard of communication towers to nocturnal migrants: a revew and meta-analysis. The Auk 125 (2):485-492.

Lyon, P., and S. Sovell. 2000. A natural assessment: San Miguel and western Montrose counties, Colorado. Fort Collins, CO: Colorado Natural Heritage Program. Accessed at: http://www.cnhp.colostate.edu/download/documents/2000/San_Miguel_and_Western_Montrose.pdf.

Lyon, P., T. Stephens, J. Siemers, D. Culver, P. Pineda, and J. Zoerner. 1999. The Uncompahgre River Basin: a natural heritage assessment, volume 1. Fort Collins, CO: Colorado Natural Heritage Program. Accessed at: http://www.cnhp.colostate.edu/download/documents/1999/Uncompahgre_River_Basin_Natural_Heritage_Assessment.pdf.

Lyon, P., and E. Williams. 1998. Natural heritage biological survey of Delta County, Colorado. Fort Collins, CO: Colorado Natural Heritage Program. Accessed at: http://www.cnhp.colostate.edu/download/documents/1998/Natural_Heritage_Biological_Survey_of_Delta_County_Colorado.pdf.

Mauer, B. A. 1992. Biological diversity, ecological integrity, and neotropical migrants: new perspectives for wildlife management. In Status and management of neotropical migratory birds: 1992 September 21-25; Estes Park, CO. Gen. Tech. Rep. RM-229, edited by D. M. Finch and P. W.

BLM_0056431

Stangel. Fort Collins, Co: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station. Accessed at: http://www.fs.fed.us/rm/pubs_rm/rm_gtr229/rm_gtr229_024_031.pdf.

Mccallum, D. A. 1994. Flammulated Owl (Otus flammeolus). In The Birds of North America Online, edited by A. Poole. Ithaca: Cornell Lab of Ornithology.

Muhr, Ed. 1997. Mesa County spring bird count, May 1997: personal communciation between long-time Fruita, Colorado resident and R. E. Lambeth.

Nelson, D. L. 1998. Brown-capped rosy finch (Leucosticte australis). In Colorado Breeding Bird Atlas, edited by H. E. Kingery. Denver: Colorado Bird Atlas Partnership & Colorado Div. of Wildlife.

Olendorff, R., D. Bibles, M. T. Dean, J. Haugh, and M. Kochert. 1989. Raptor habitat management under the U.S. Bureau of Land Management multiple-use mandate. The Raptor Research Foundation, Inc.: Raptor Research Report No. 8.

Ortega, C. J., and B. D. Peer. 2005. Research directions and cowbird (Molothrus spp.) management. Ornithological Monographs 2005 (57):1-5.

PIF. 2000. Colorado Land Bird Conservation Plan. Colorado Partners In Flight. Available at http://www.rmbo.org/pif/bcp/intro/exsum.htm.

Price, J. 2002. Global warming and songbirds: Colorado. American Bird Conservancy and National Wildlife Federation. Accessed at: http://www.abcbirds.org/newsandreports/globalwarming/Colorado.pdf.

Price, J., and M. S. Glick. 2002. The Birdwatcher's guide to global warming. American Bird Conservancy and National Wildlife Federation. Accessed at: http://www.abcbirds.org/newsandreports/globalwarming/birdwatchersguide.pdf.

Reynolds, T. R., and B. D. Linkhart. 1992. Flammulated owls in ponderosa pine: evidence of preference for old growth. Paper read at Old-growth forests in the Southwest and Rocky Mountain regions (U.S. Forest Service General Technical Report RM-213).

Rich, T. D. 1978. Cowbird parasitism of sage and Brewer's sparrows. Condor 80:343.

Richardson, C. T., and C. K. Miller. 1997. Recommendations for protecting raptors from human disturbance: a review. Wildlife Society Bulletin (25):634–638.

Robbins, C., J. R. Sauer, and B. G. Peterjohn. 1992. Population trends and management opportunities for neotropical migrants. In Status and management of neotropical migratory birds: 1992 September 21-25; Estes Park, CO. Gen. Tech. Rep. RM-229, edited by D. M. Finch and P. W. Stangel. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station. Accessed at: http://www.fs.fed.us/rm/pubs_rm/rm_gtr229/rm_gtr229_017_023.pdf.

Rocchio, J., G. Doyle, and R. Rondeau. 2003. Survey of critical wetlands and riparian areas in Gunnison County.

BLM_0056432

Rotenberry, J. T., and S. T. Knick. 1999. Multiscale habitat associations of the sage sparrow: implications for conservation biology. Studies in Avian Biology 19:95-103.

Rotenberry, J. T., and J. A. Wiens. 1980. Habitat structure, patchiness, and avian communities in North American steppe vegetation: a multivariate analysis. Ecology 61 (5):1228-1250.

Saab, V. A., C. E. Bock, T. D. Rich, and D. S. Dobkin. 1995. Livestock grazing effects in western North America. In Ecology and management of neotropical migratory birds, edited by T. E. Martin and D. M. Finch. New York: Oxford University Press.

Sedgwick, James A. 1987. Avian habitat relationships in pinyon-juniper woodland, northwest Colorado. The Wilson Bulletin 99 (3):413-431.

Stevens, T., D. Culver, J. Zoemer, and P. Lyon. 1999. A natural heritage assessment of wetlands and riparian areas in the Uncompahgre River Basin, Eastern Montrose and Ouray counties, Vol. II. Accessed at: http://www.cnhp.colostate.edu/download/documents/1999/Uncompahgre_River_Basin_wetlands.pdf.

Taylor, D. M. 1986. Effects of cattle grazing on passerine birds nesting in riparian habitat. Journal of Range Management 39 (3):254-258.

USDI, and USDA. 2007. Surface operating standards and guidelines for oil and gas exploration and development: the gold book. 4th ed. Vol. BLM/WO/ST-06/021+3071/REV-07: U.S. Department of the Interior Bureau of Land Management and U.S. Department of Agriculture Forest Service.

USFWS. 2000. Memorandum: service guidance on the siting, construction, operation and decommissioning of communications towers (http://www.fws.gov/habitatconservation/com_tow_guidelines.pdf). Washington, D.C.: U.S. Fish and Wildlife Service.

Walker, H. A. 2006. Southwestern avian community organization in exotic Tamarix: current patterns and future needs. Paper read at Monitoring Science and Technology Symposium: Unifying Knowledge for Sustainability in the Western Hemisphere, September 20-24, at Denver, CO.

Welch, B. L. 2005. Big sagebrush: a sea fragmented into lakes, ponds, and puddles. Vol. General Technical Report RMRS-GTR-144. Fort Collins, CO: U. S. Department of Agriculture Forest Service, Rocky Mountain Research Station. Accessed at: http://www.fs.fed.us/rm/pubs/rmrs_gtr144.pdf.

Welch, B. L., and C. Criddle. 2003. Countering misinformation concerning big sagebrush. Research Paper RMRS-RP-40: USFS Rocky Mountain Research Station.

Wenger, S. R., M. R. Grode, and A. D. Apa. 2003. Inventory of sagebrush defoliation and mortality in Gunnison and Dry Creek Basins 2003, Final Report: Colorado Division of Wildlife.

Wilbert, M., J. Thompson, and N. W. Culver. 2008. Analysis of habitat fragmentation from oil and gas development and its impact on wildlife: a framework for public land management planning: The Wilderness Society.

BLM_0056433

Winward, A. H. 2004. Sagebrush of Colorado: taxonomy, distribution, ecology, and management. Denver: Colorado Division of Wildlife.

Wisdom, M. J., M. M. Rowland, L. H. Suring, L. Schueck, C. W. Meinke, B. C. Wales, and S. T. Knick. 2003a. Procedures for regional assessment of habitats for species of conservation concern in the sagebrush ecosystem. Version 1, March. La Grande, Oregon: U. S. Forest Service, Pacific Northwest Research Station.

BLM_0056434

*U.S. Bureau of Land Management*
*Uncompahgre Field Office*

*Migratory Bird*
*Status Literature Review*

Map 8-1
**PCAs and ACECs overlaid on summer relative bird diversity mapping in the study area.**



BLM_0056435

Table 8-1. Areas and percentages of eleven land cover type management groups on BLM land and other land with federal minerals.

| Land Cover Type Management Group[a] | Study Area Total Acres | On BLM Land[b] | | | On Federal Minerals Lands[c] | | | Total on BLM and Federal Minerals Lands[d] | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Acres | %[e] of BLM Lands | %[f] of Group | Acres | %[e] of Fed Min Lands | %[f] of Group | Acres | %[e] of Lands | %[f] of Group |
| Pinyon-juniper group (PJ, PJSa, PJMS, Juni) | 675,133 | 402,848 | 51.6 | 60 | 137,981 | 8.8 | 20 | 540,829 | 23 | 80 |
| Semi-desert group (SDS, TDS, Herb, BrSo) | 351,283 | 161,545 | 21 | 46 | 61,240 | 4 | 17 | 222,785 | 9 | 63 |
| Sagebrush group (SagC, MStp, SaMS) | 362,257 | 142,781 | 18 | 39 | 112,081 | 7 | 31 | 254,862 | 11 | 70 |
| Mountain shrub | 512,479 | 31,393 | 4 | 6 | 345,713 | 22 | 67 | 377,106 | 16 | 74 |
| Montane and subalpine forest group (SF, Asp, MCAs, DF) | 741,933 | 16,617 | 2 | 2 | 636,965 | 40 | 86 | 653,582 | 28 | 88 |
| Ponderosa pine group (PP, PPO, PPOA) | 128,501 | 14,390 | 2 | 11 | 91,187 | 6 | 71 | 105,577 | 4 | 82 |
| Riparian and water group (RipX, Cotw, Water, SRip, Willo, CRip) | 49,745 | 7,504 | 1 | 15 | 10,205 | 1 | 21 | 17,709 | 1 | 36 |
| Ag and developed group (Agri, Dev) | 190,070 | 2,061 | 0.3 | 1 | 6,308 | 0.4 | 3 | 8,369 | 0.4 | 4 |
| Rock, cliff, talus (CRT) | 91,917 | 1,396 | 0.2 | 2 | 79,618 | 5 | 87 | 81,014 | 3 | 88 |
| Alpine group (AlpS, AlpH) | 113,046 | 679 | 0.1 | 1 | 91,555 | 6 | 81 | 92,235 | 4 | 82 |
| <Blank pixels>unclassified | 367 | 224 | 0.03 | 61 | 83 | 0.01 | 23 | 307 | 0.01 | 84 |
| Snow | 65 | - | | | 65 | 0.004 | 100 | 65 | 0.003 | 100 |
| Totals | 3,216,795 | 781,439 | 100 | | 1,573,002 | 100 | | 2,354,441 | 100 | |

***Notes***

a. Land cover types (in parentheses) grouped for management purposes; a key to land cover type codes is provided in Table 2-2.

b. Land managed by BLM (both the surface and subsurface estates are managed by BLM).

c. Land where the subsurface estate is administered by the federal government (BLM) but the surface estate is owned by a different entity.

d. All lands described in notes b and c, above (e.g., all lands with BLM management potential).

e. Percent of lands of a particular ownership status in the land cover type management group (e.g., 18% of BLM lands in the study area are in the sagebrush land cover type management group).

f. Percent of the land cover type management group by land status across the entire study area (e.g., 39% of the sagebrush group in the study area is on BLM Land).

BLM_0056436

Table 8-2. Recommended raptor buffers.[a]

| Species | Timing | Distance | Activity[b] |
|---|---|---|---|
| Bald Eagle | | Within 1/4 mile around active nest | No surface occupancy |
| | 11/15 - 8/30 | Within 1/3 mile of occupied nest | No human activity |
| | Between the 1000 hour and the 1400 hour | Within a buffer zone | Oil and gas inspection visits |
| | | Within 1/4 mile of winter roost (1/2 mile if no visual obstruction exists) | No human activity |
| | | Within 1/8 to 1/4 mile of favored diurnal hunting perches | No human activity |
| Golden Eagle | 12/15 - 8/30 | Within 1/4 mile around occupied nest | No human activity |
| | | Within 1/4 mile around active nest and associated alternate nests | No surface occupancy |
| Northern Harrier | 4/1 - 8/15 | Within 1/2 mile of occupied nest | No human activity |
| Sharp-shinned Hawk | 3/15 - 8/31 | Within 1/2 mile of occupied nest | No human activity |
| Cooper's Hawk | 3/15 - 8/31 | Within 1/2 mile of occupied nest | No human activity |
| Northern Goshawk | 3/1 - 9/30 | Within 1/2 mile of occupied nest | No human activity |
| Ferruginous Hawk | 2/1 - 7/31 | Within 1/4 mile of occupied nest | No human activity |
| | | Within 1/2 mile of active nest and associated alternate nests | No surface occupancy |
| Red-tailed Hawk | 2/15 - 7/15 | Near occupied nest | No human activity |
| | | Within 1/3 mile of active nest and associated alternate nests | No surface occupancy |
| Swainson's Hawk | 4/1 - 8/30 | Within 1/4 mile of occupied nest | No human activity |
| | | Within 1/4 mile of active nest and associated alternate nests | No surface occupancy |
| Peregrine Falcon | 3/15 - 8/15 | Within 1/2 mile of eyrie cliff system | No human activity |
| Prairie Falcon | 3/10 - 7/25 | Within 1/2 mile of eyrie cliff system | No surface occupancy |
| American Kestrel | N/A | | |
| Barn Owl | N/A | | |
| Boreal Owl | 2/1 - 8/31 | Within 1/4 mile of occupied nest | No human activity |
| Flammulated Owl | 4/1 - 9/30 | Within 1/4 mile of occupied nest | No human activity |
| Great Horned Owl | 12/1 - 9/31 | Within 1/4 mile of occupied nest | No human activity |
| Long-eared Owl | 2/1 - 8/15 | Within 1/4 mile of occupied nest | No human activity |

BLM_0056437

Table 8-2. Recommended raptor buffers.[a]

| | | | |
|---|---|---|---|
| Northern Saw-whet Owl | 2/1 - 8/1 | Within 1/4 mile of occupied nest | No human activity |
| Northern Pygmy Owl | 2/1 - 8/1 | Within 1/4 mile of occupied nest | No human activity |
| Western Screech Owl | 2/1 - 8/31 | Within 1/4 mile of occupied nest | No human activity |
| Burrowing Owl | 3/1 - 10/31 | Area of nest burrows (perimeter of colony) | No ground disturbance or prairie dog eradication |
| | 4/1 - 8/15 | Within 150 feet of active colony perimeter | No human activity |

**Notes**

a. Compiled from Craig, G. 2002. Recommended buffer zones and seasonal restrictions for Colorado raptors. Colorado Division of Wildlife, Fort Collins and BLM Richmond Field Office, Utah, Proposed RMP/Final EIS, Appendix 10 (the more conservative buffer appears in this table). Buffer timing expanded for some species based on documented nesting periods in Colorado (see Table 3-1 of this document).

b. "Surface occupancy" includes human habitation as well as non-human occupancy, examples of which would be oil and gas wells, tanks, roads, trails, etc., but excludes that which has historically occurred in the area.

N/A. American kestrel and barn owl buffers not deemed necessary by BLM Richmond Field Office due to apparent high population densities or apparent ability to adapt to human activity.

BLM_0056438

## Chapter 9

## DATA GAPS AND POTENTIAL RESEARCH QUESTIONS

As human demands on natural resources continue to grow, managers of lands with competing interests need to know the limits of acceptable change in managed landscapes. Because biological systems are complex and dynamic, biologists shrink from the risky business of specifying limits (Finch and Patton-Mallory 1992). Stakeholders should be encouraged to demand science-based justification for BLM actions (Marzluff and Sallabanks 1998). How many acres of sagebrush are needed to sustain the species obligated to it? What percent of pinyon-juniper woodland must we keep as old growth? At what density of oil and gas well sites will we begin to lose the species in the area?  What is the road density threshold for our most sensitive species? This information feed will come from inventory, research and monitoring. The following is a listing of research proposals that will address some land management questions that relate to avian requirements.

### 1. *Monitor Selected Species to Determine Population Status in the Study Area*

Periodically monitor or continue monitoring for the presence of nesting spotted owls, black swifts, burrowing owls, and yellow-billed cuckoos on BLM lands in the study area. Consider monitoring or enhancing monitoring in the study area for species such as ferruginous hawk, sage sparrow, and key watch species (Table 7-2) as necessary. Consider establishing a HawkWatch raptor migration observatory site on BLM land (see Table 3-1 for recommended location).

### 2. *Habitat Characteristics in the Study Area of Certain Habitat Obligate Birds*

While there is objective data and subjective observation allowing some land management conclusions now, a study area-wide description of occupied and unoccupied habitats for pinyon-juniper and sagebrush-dependent species, and for yellow-billed cuckoo, should significantly boost management's ability to provide for these species. The three sagebrush obligate species (Gunnison sage-grouse, sage sparrow, and Brewer's sparrow) are among the most well studied species in the intermountain west, yet further research is needed in the study area. Of the sagebrush obligates, BLM is better positioned than any other public entity to have a positive effect on sage sparrow, because most of the sage sparrow range in the study area is mapped on BLM lands (Map 3-4). The following sage sparrow habitat research proposals are from Boyle and Reeder (2005):

- Further research is needed on the life history and ecology of the sage sparrow in the assessment area. Experts suggest that low returns to breeding grounds during some years by this highly philopatric species indicates that overwintering habitat or conditions may not be adequate, but more investigation is needed.

- The acceptable range of habitat requirements (physiognomic and floristic) is not well defined at either the regional or spatial scale in the study area. Because bird abundances do not necessarily imply favorability of habitat conditions or correlation with bird productivity, studies should couple population trend and demographics monitoring with investigation of nest success (including brood parasitism and predation) under alternate rangeland management regimes, over a spectrum of habitat conditions and geographic areas in the study area.

BLM_0056439

- The mechanisms by which fragmentation of sagebrush ecosystems influence the density of breeding birds or their productivity are not understood. Research is needed to determine why sage sparrows are absent from large blocks of apparently suitable habitat in the study area. Sage sparrows respond to breeding habitat variables at multiple spatial scales; projections of population dynamics based on simple organism-habitat correlations may overlook important details of the patch responses of sage sparrows. This carries important implications for how this species and its habitat should be managed and monitored (Knick and Rotenberry 2002; Wiens et al. 1985). It is very important to note that breeding sage sparrows show high site tenacity (philopatry) and return to previous breeding locations even after the habitat has been manipulated, which can lead researchers and managers to biased conclusions regarding habitat preferences and effects of management activities (Wiens and Rotenberry 1985).

Similar research questions could be designed to address deficiencies in knowledge regarding specific habitat requirements of pinyon jay and juniper titmouse, two species perceived to be in decline in the region. Yellow-billed cuckoos have been recently documented in the study area, but breeding has not been confirmed (Beason 2009). An inventory of breeding yellow-billed cuckoo habitat may help managers better provide for this species.

### 3.   *The Effects on Wildlife of Oil and Gas Well Spacing and Linear Rights-of-Way Density*

It is reasonable to hypothesize that oil and gas fields with a dense well spacing have a greater effect on wildlife, including birds, than fields where well spacing is less dense. Linear rights-of-way, especially roads, are widely recognized as having a range of effects on wildlife and their habitat. No studies specific to the Uncompahgre Planning Area and its sagebrush or pinyon-juniper obligate bird species exist. A wildlife status comparison of affected sites and reference sites in the study area should reduce the speculation about effects that biologists must provide in environmental assessments or at least increase the quality of that speculation. Evaluate seasonal effects to the extent possible. This study or an additional one should also address questions surrounding reclamation of well sites, such as the value of post work-over reclamation, the successes of final reclamation, likely effects of residual roads, efficacy of gate closures, predictable long-term and permanent effects.

### 4.   *The Trend of Old Growth Woodlands & Forests in the Study Area*

Timbered landscapes are undergoing change, but are the changes at rates where desirable old growth acreages (percentages) are sustained? Are natural and human-caused fire, forest pathologies, and land treatments causing change that exceeds prehistoric rates or sustainability? An inventory of woodland and forest successional stages and a determination of average annual seral setback acreage should permit improved wildfire management and land treatment planning. Prioritize pinyon-juniper woodland types in the study area for this research.

### 5.   *Effectiveness of Interseeding Techniques to Improve or Restore Degraded Big Sagebrush Stands*

Native herbaceous plants persist under big sagebrush stands where grazing history has generally been light. However, most big sagebrush rangelands with historic heavy or severe grazing have lost the native understory, have not recovered, and show little sign of recovering. Often the solution has been to disk out the sagebrush and plant exotic grasses, usually crested wheatgrass. Neither the degraded sagebrush understory nor the replanted ground has been desirable for sagebrush obligate wildlife species. Brush beating, reducing the height of sagebrush by top-mowing, thinning sagebrush with roller chopping and herbicides have temporarily taken the treated ground out of usefulness to sagebrush

BLM_0056440

wildlife and yielded questionable results (Welch 2005; Welch and Criddle 2003; Wiens and Rotenberry 1985). Interseeding may hold the key. The BLM within the UFO can experiment with methods of interseeding in sagebrush demonstration areas (Monsen 2004a; Monsen 2004b). More reliable and rapid progress might be possible by requesting and possibly funding an experiment station to conduct this research.

**6.** *Safe Wind Farm Sites on BLM Lands of the Study Area*

Identify sites that might be economical for wind farms and that present the least hazard to raptors, migrant birds, and bats. Contrast these sites with high hazard sites.

**Literature Cited**

Beason, J. 2009. Common black-hawk sighting in Hotchkiss, Colorado, and important bird sites in the region: personal communication with R. E. Lambeth. June 22.

Boyle, S. A., and D. R. Reeder. 2005. Colorado sagebrush: a conservation assessment and strategy. Accessed at: http://wildlife.state.co.us/WildlifeSpecies/SagebrushConservation/. Grand Junction: Colorado Division of Wildlife.

Finch, D. M., and M. Patton-Mallory. 1992. Closing the gap between research and management. In Status and management of neotropical migratory birds: 1992 September 21-25; Estes Park, CO. Gen. Tech. Rep. RM-229, edited by D. M. Finch and P. W. Stangel. Fort Collins, CO: U. S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station. Accessed at: http://www.fs.fed.us/rm/pubs_rm/rm_gtr229/rm_gtr229_012_016.pdf.

Knick, S. T., and J. T. Rotenberry. 2002. Effects of habitat fragmentation on passerine birds breeding in intermountain shrubsteppe. Studies in Avian Biology 25:130-140.

Marzluff, J. M., and R. Sallabanks, eds. 1998. Avian conservation: research and management. Washington, D. C.: Island Press.

Monsen, S. B. 2004a. Restoration manual for Colorado sagebrush and associated shrubland communities: attributes and features of select grasses, broadleaf forbs, and selected shrubs. 2 vols. Vol. 1: Colorado Division of Wildlife.

Monsen, S. B. 2004b. Restoration manual for Colorado sagebrush and associated shrubland communities: developing objectives to manage and improve plant communities and wildlife habitats. 2 vols. Vol. 2: Colorado Division of Wildlife.

Welch, B. L. 2005. Big sagebrush: a sea fragmented into lakes, ponds, and puddles. Vol. General Technical Report RMRS-GTR-144. Fort Collins, CO: U. S. Department of Agriculture Forest Service, Rocky Mountain Research Station. Accessed at: http://www.fs.fed.us/rm/pubs/rmrs_gtr144.pdf.

Welch, B. L., and C. Criddle. 2003. Countering misinformation concerning big sagebrush. Research Paper RMRS-RP-40: USFS Rocky Mountain Research Station.

Wiens, J. A., and J. T. Rotenberry. 1985. Response of breeding passerine birds to rangeland alteration in a North American shrubsteppe locality. Journal of Applied Ecology 22:655-668.

BLM_0056441

## Chapter 10

### CONCLUSIONS

This review produced the following significant findings:

- The most abundant land cover types in the study area on BLM lands are the collective pinyon-juniper woodland types (0.4 million acres), followed by semi-desert shrubland land cover types (0.16 million acres) and sagebrush land cover types (0.14 million acres). These land cover types together account for over 90 percent of all BLM lands in the study area (see Table 2-2 and Table 8-1).

- Of the 336 documented bird species in the study area, more than 240 are considered annual residents or visitors (see Table 3-1). One hundred and ninety-six (196) of the bird species in the study area have been observed on BLM land, and the bulk of at least 30 species in the study area are produced (i.e., the species nest and rear young) on BLM land.

- An estimated 29 species recorded in the study area are peripheral (at the edge of their range in the study area), 22 species are stenotopic, 43 are habitat obligates, 39 are cavity nesters, and 41 prefer or require old growth woodlands or forests (see Table 3-7).

- Ongoing periodic surveys are needed to determine or confirm the nesting presence on BLM lands of black swifts, burrowing owls, spotted owls, and yellow-billed cuckoos.

- Thirty-three of the habitat obligates (greater than 75 percent) are associated with the two of the most abundant land cover types (pinyon-juniper and sagebrush cover types) on BLM lands) and with riparian habitat in the study area (see Table 3-7).

- In winter, pinyon-juniper land cover types and low-elevation shrubland land cover types support the highest upland bird species richness across the study area. BLM lands are therefore relatively more species rich during winter than other lands in the study area (see Map 4-1).

- Obligate species richness mapping across the study area for summer illustrates the relative importance of BLM lands to the breeding success of obligate birds of the study area (see Map 4-4).

- BLM lands are relatively more species rich during fall and winter than during summer and spring (see Map 4-1).

- The spatial pattern of bird diversity across the study area suggests that BLM lands are relatively more bird diverse during spring and winter than during summer and fall, and that BLM lands are have significantly higher bird diversity during winter and spring than other lands in the study area (see Map 4-3).

- Examination of the PIF species assessment database revealed that 164 birds of the study area are experiencing increasing continental population trends, 47 have highly variable or uncertain trends, and 124 species are in continental decline. Regionally (in BCR 16), 31 species are experiencing increasing population trends, 165 species have highly variable or uncertain trends,

BLM_0056442

and 40 species are in decline (100 species in the study area are not considered regular breeders in BCR 16 and therefore are not regionally scored by PIF). (See Table 6-1).

- Notable species with declining population trend estimates are Gunnison sage-grouse (estimated decrease of 50 percent or more over a period of 30 years, with 100 percent of its population in BCR 16), pinyon jay (estimated continental and regional decrease of 50 percent or more over a period of 30 years, with 48 percent of its population in BCR 16), juniper titmouse (estimated continental population trend uncertain, and regional decrease of 50 percent or more over a period of 30 years, with 50 percent of its population in BCR 16), and Virginia's warbler (estimated continental and regional decrease of 15 to 49 percent over a period of 30 years, with 59 percent of its population in BCR 16). (See Table 6-1).

- Our analysis identified 66 "status species" (see Table 7-1) Status species are birds recognized by a government agency, a conservation entity, or other expert organization, which warrant priority consideration during the UFO's planning, decision-making, and land management activities in the study area, and generally include only species that have, or potentially have, a significant presence on lands managed by the UFO.

- Our analysis identified 23 "key watch species" (see Table 7-2). Key watch species are bird species perceived to be in decline or with unknown status in the study area that could reasonably be monitored on BLM lands. Key watch species may or may not be recognized by other entities as a species of conservation priority (i.e., they may not be status species in the study area).

- Our analysis identified between 2 to 15 "management focus species" for each land cover type in the study area (see Table 7-4). Management focus species are representative species for each land cover type in the study area (some would make appropriate "flagship" species) whose habitat requirements should inform the UFO's planning, decision-making, and land management activities in the study area. Management focus species may or may not be status species or key watch species (i.e., they may not be in decline), but they are often obligates of the land cover type they were chosen to represent.

- BLM has the greatest management responsibility in the study area for the pinyon-juniper woodland types, the sagebrush types, and the semi-desert shrubland types, which collectively make up more than 90 percent of BLM lands (surface ownership) in the study area, and 43 percent of all lands with BLM management potential (BLM lands and federal minerals lands) in the study area (see Table 8-1). A high proportion of the study area's obligate birds are dependent on pinyon-juniper woodland and sagebrush land cover types, implying that BLM has high management responsibility (and opportunity) for these species in the region.

- For the greatest benefit to birds, management provisions in the Uncompahgre RMP should give priority to conservation and stewardship of pinyon-juniper, sagebrush, and semi-desert shrubland habitats and their associated recommended management species, with special consideration for the needs of habitat obligates, and in areas where species richness of breeding habitat obligates is highest (see Map 4-4).

- Research is needed on the habitat characteristics and requirements in the study area of pinyon-juniper and sagebrush obligate birds, especially for those with declining population trends. BLM

BLM_0056443

is better positioned than any other public entity to have a positive effect on pinyon-juniper and sagebrush birds in the study area.

BLM_0056444



United States
Department of
Agriculture

Forest Service

**Rocky Mountain
Research Station**

General Technical Report
RMRS-GTR-212

July 2008



# Keeping It Wild:

## An Interagency Strategy to Monitor Trends in Wilderness Character Across the National Wilderness Preservation System

Peter Landres, Chris Barns, John G. Dennis,
Tim Devine, Paul Geissler, Curtis S. McCasland,
Linda Merigliano, Justin Seastrand, Ralph Swain



BLM_0056445

Landres, Peter; Barns, Chris; Dennis, John G.; Devine, Tim; Geissler, Paul; McCasland, Curtis S.; Merigliano, Linda; Seastrand, Justin; Swain, Ralph. 2008. **Keeping it wild: an interagency strategy to monitor trends in wilderness character across the National Wilderness Preservation System.** Gen. Tech. Rep. RMRS-GTR-212. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 77 p.

# Abstract

The Interagency Wilderness Character Monitoring Team—representing the Department of the Interior (DOI) Bureau of Land Management, DOI Fish and Wildlife Service, DOI National Park Service, DOI U.S. Geological Survey, and the U.S. Forest Service—offers in this document an interagency strategy to monitor trends in wilderness character across the National Wilderness Preservation System. The overall strategy is for each wilderness to: 1) choose a set of measures from those provided in this document that are relevant, cost-effective, and tied to preserving wilderness character, 2) periodically collect data to assess trend in these measures, and 3) use these trends to assess and report on the trend in wilderness character. Each agency would then compile these trends from each wilderness to assess broad scale agency performance in preserving wilderness character. Similarly, data from each agency would be compiled to assess performance in preserving wilderness character across the National Wilderness Preservation System. This interagency monitoring strategy provides a solid foundation to tie wilderness stewardship to the legislative direction of the Wilderness Act and agency policies to preserve wilderness character.

*Keywords:* Wilderness Act, wilderness, wilderness character, wilderness stewardship, monitoring

# Authors' Note

This publication is a report developed by a technical working group and solely represents the views of its authors. It does not represent and should not be construed to represent any agency determination or policy. In addition, this published document differs from the final report that was submitted to the Interagency Wilderness Stewardship Committee, primarily the last two sections of this publication.

Cover photos: **large center photo,** lone person in Tracy Arm-Ford's Terror Wilderness in southeastern Alaska *from Kevin Hood;* **upper left photo,** the Great Sand Dunes National Park and the Sangre de Cristo Wilderness in Colorado *from the National Park Service;* **center photo,** fern from the El Toro Wilderness in Puerto Rico *from Jerry Bauer;* **upper right photo,** southeastern Utah *from Peter Landres;* **lower right photo,** the Eagle Cap Wilderness in Oregon *from Peter Landres.*

You may order additional copies of this publication by sending your mailing information in label form through one of the following media. Please specify the publication title and series number.

**Fort Collins Service Center**

| | |
|---|---|
| **Telephone** | (970) 498-1392 |
| **FAX** | (970) 498-1122 |
| **E-mail** | rschneider@fs.fed.us |
| **Web site** | http://www.fs.fed.us/rm/publications |
| **Mailing address** | Publications Distribution |
| | Rocky Mountain Research Station |
| | 240 West Prospect Road |
| | Fort Collins, CO 80526 |

Rocky Mountain Research Station
Natural Resources Research Center
2150 Centre Avenue, Building A
Fort Collins, Colorado 80526

BLM_0056446

# Executive Summary

The Interagency Wilderness Character Monitoring Team—representing the Department of the Interior (DOI) Bureau of Land Management, DOI Fish and Wildlife Service, DOI National Park Service, DOI U.S. Geological Survey, and the U.S. Forest Service—in this document offers an interagency strategy to monitor trends in wilderness character across the National Wilderness Preservation System. This interagency monitoring strategy provides:

- information for improving on-the-ground wilderness stewardship, policy review, and implementation based on credible data that are consistently collected and endure over time as personnel change;
- accountability for the legal and policy mandates "to preserve wilderness character" that apply to all four wilderness management agencies;
- a set of key wilderness stewardship goals that are common across all the agencies with responsibility for wilderness and those that are tied to the legislative direction of the 1964 Wilderness Act; and
- a tool for communicating wilderness stewardship needs and priorities within the agencies and with the public.

The intent behind this interagency strategy is for each wilderness to: 1) choose a set of measures that are relevant, cost-effective, and tied to preserving wilderness character, 2) periodically collect data to assess trend in these measures, and 3) use these trends to assess and report on the trend in wilderness character. Each agency would then compile these trends to assess broad scale agency performance in preserving wilderness character. Similarly, data from each agency would be compiled to assess performance in preserving wilderness character across the National Wilderness Preservation System.

This interagency strategy uses the statutory language of the 1964 Wilderness Act to identify four qualities of wilderness: "untrammeled," "natural," "undeveloped," and "solitude or a primitive and unconfined type of recreation." These four qualities form the foundation of this monitoring, and each is further divided into monitoring questions, indicators, and measures to allow measurement of trends.

Each agency would choose at least one measure from among the set recommended here to assess the trend in each indicator. The recommended measures were chosen to provide a range of options that maximize relevance and practicality while minimizing cost and workload. Wilderness staff may also develop their own measure for an indicator through an agency-approved process described in this document.

Data are collected to assess whether the trend in each measure is improving, stable, or degrading. If more than one measure under an indicator is monitored, standard rules are used to synthesize the results across measures to derive a trend in the indicator. These same rules are used to synthesize trends at each subsequent level to ultimately derive the trend in wilderness character.

At 5-year intervals, each wilderness would report whether the trend in wilderness character, qualities, monitoring questions, and indicators is improving, stable, or degrading. These trends can only be evaluated relative to the specific enabling legislation, unique biophysical and social environments, and administrative requirements for each wilderness. This interagency strategy, therefore, does not create or propose national numerical standards for the indicators used to assess whether wilderness character is preserved or degrading.

While there are several concerns about such broad-based monitoring, it provides a more solid foundation to tie wilderness stewardship to the legislative direction of the Wilderness Act than has existed before. This monitoring can be improved over time, and a formal process for reviewing and making these improvements is described.

An overview of the qualities, monitoring questions, and indicators for monitoring trends in wilderness character is shown in table 1 on the next page (*italics* highlight differences among the monitoring questions within a quality). The measures and their data sources for each indicator are fully described in *Appendix A*. Detailed explanations for all the elements of this table are described in this document.

**Table 1.** An overview of the qualities, monitoring questions, and indicators for monitoring trends in wilderness character (*italics* highlight differences among the monitoring questions within a quality).

| | Quality | Monitoring question | Indicator |
|---|---|---|---|
| Wilderness character | **Untrammeled—**Wilderness is essentially unhindered and free from modern human control or manipulation | What are the trends in actions that control or *manipulate* the "earth and its community of life" inside wilderness? | Actions authorized by the Federal land manager that manipulate the biophysical environment |
| | | | Actions not authorized by the Federal land manager that manipulate the biophysical environment |
| | **Natural—**Wilderness ecological systems are substantially free from the effects of modern civilization | What are the trends in terrestrial, aquatic, and atmospheric natural *resources* inside wilderness? | Plant and animal species and communities |
| | | | Physical resources |
| | | What are the trends in terrestrial, aquatic, and atmospheric natural *processes* inside wilderness? | Biophysical processes |
| | **Undeveloped—**Wilderness retains its primeval character and influence, and is essentially without permanent improvement or modern human occupation | What are the trends in non-recreational *development* inside wilderness? | Non-recreational structures, installations, and developments |
| | | | Inholdings |
| | | What are the trends in *mechanization* inside wilderness? | Use of motor vehicles, motorized equipment, or mechanical transport |
| | | What are the trends in *cultural resources* inside wilderness? | Loss of statutorily protected cultural resources |
| | **Solitude or Primitive and Unconfined Recreation—**Wilderness provides outstanding opportunities for solitude or primitive and unconfined recreation | What are the trends in outstanding opportunities for *solitude* inside wilderness? | Remoteness from sights and sounds of people inside the wilderness |
| | | | Remoteness from occupied and modified areas outside the wilderness |
| | | What are the trends in outstanding opportunities for *primitive and unconfined recreation* inside wilderness? | Facilities that decrease self-reliant recreation |
| | | | Management restrictions on visitor behavior |

BLM_0056448

# Contents

Introduction ................................................................................................... 1

**Purpose and Scope of This Interagency Monitoring Strategy** ............................ 2

**Overview of Wilderness Character** .................................................................... 4

Why Focus on Wilderness Character? ......................................................... 4

What Is Wilderness Character? .................................................................... 6

Four Qualities of Wilderness Character ....................................................... 7

**Approach to Interagency Wilderness Character Monitoring** .......................... 10

"Structured Cafeteria Approach" for Monitoring Trends in
Wilderness Character ........................................................................ 10

Key Elements of This Approach ................................................................ 11

Concerns About This Interagency Approach ............................................. 13

Process for Improving This Approach Over Time ...................................... 15

**Framework for Wilderness Character Monitoring** .......................................... 16

Overview .................................................................................................. 16

Untrammeled Quality ............................................................................... 18

Natural Quality ........................................................................................ 20

Undeveloped Quality ............................................................................... 21

Solitude or Primitive and Unconfined Quality .......................................... 25

**Assessing and Reporting Trend in Wilderness Character** ................................ 29

Method for Assessing Trend in Wilderness Character ............................... 29

Reporting on Trends in Wilderness Character ........................................... 30

**Implementing This Interagency Strategy** ...................................................... 33

**Implications for a GPRA Wilderness Measure** ................................................ 35

**References** ..................................................................................................... 37

**Appendix A—Details About Monitoring the Four Qualities** ........................... 41

**Appendix B—Process Used to Develop This Interagency Strategy** ................. 60

**Appendix C—Agency-Specific Implementation Strategies** .............................. 61

BLM_0056449

# The Authors

**Peter Landres** is an Ecologist at the Aldo Leopold Wilderness Research Institute, Rocky Mountain Research Station, U.S. Forest Service, Missoula, Montana. Peter was the chair of the team that developed this interagency strategy. He holds a Ph.D. in ecology and biology from Utah State University and a B.S. in natural science from Lewis and Clark College.

**Chris Barns** is the DOI Bureau of Land Management Representative to the Arthur Carhart National Wilderness Training Center, Missoula, Montana. He holds an M.S. in forestry from the University of Minnesota and a B.A. from Cornell University.

**John G. Dennis** is Deputy Chief Scientist for the DOI National Park Service. He earned a B.A. in biology at Dartmouth College, a Ph.D. in botany at Duke University, and a post-doctoral fellowship at the University of Calgary, Alberta.

**Tim Devine** is DOI National Park Service Representative to the Arthur Carhart National Wilderness Training Center, Missoula, Montana. He holds a B.S. in wildlife management from The Ohio State University and an A.A.S. in recreation and wildlife management from Hocking Technical College.

**Paul Geissler** is a Statistician with the DOI U.S. Geological Survey, Status & Trends of Biological Resources Program, Beltsville, Maryland.

**Curtis S. McCasland** is Assistant Refuge Manager at the DOI Fish and Wildlife Service's Cabeza Prieta National Wildlife Refuge, Ajo, Arizona. He holds a B.S. in wildlife management from Humboldt State University and a M.S. in Vertebrate Zoology from the University of Memphis.

**Linda Merigliano** is Recreation, Wilderness, and Trails Manager for the U.S. Forest Service, Bridger-Teton National Forest, Jackson, Wyoming. She holds an M.S. in wildland recreation management from the University of Idaho and a B.S. in natural resources from Cornell University.

**Justin Seastrand** was the DOI Bureau of Land Management Outdoor Recreation Planner, Palm Springs South Coast Field Office, North Palm Springs, California, while he was a member of this team. Justin is currently Special Uses Coordinator, U.S. Forest Service Angeles National Forest, Arcadia, California. He holds a B.S. in geography from the University of Utah.

**Ralph Swain** is the U.S. Forest Service Rocky Mountain Region Wilderness Program Manager, Denver, Colorado. He holds a M.S. in recreation resources from Colorado State University and a B.S. in marketing from the University of Northern Colorado.

# Acknowledgments

This document has been years in the making, and was supported in many ways, both large and small, over this time by the four Federal agencies with administrative responsibility for wilderness, the U.S. Geological Survey, and the broader wilderness community. Ultimately, we thank the U.S. Forest Service for supporting development of their national framework for monitoring wilderness character, from which we have drawn inspiration and substance for this interagency strategy. In the near term, we thank the national wilderness program leads and representatives on the Interagency Wilderness Steering Committee—Peter Mali, Nancy Roeper, Terry Knupp, and Rick Potts—for their constant support and encouragement for developing this interagency strategy. We also thank the agencies for supporting their employees to participate on the Interagency Wilderness Character Monitoring Team; this interagency strategy would not have been developed were it not for this support. The chair of this effort is indebted to Steve Boutcher, U.S. Forest Service wilderness information manager, for his willingness to be a sounding board and his sage counsel on everything to do with wilderness stewardship and the agencies. Last, we thank the many people who generously gave their time and effort reviewing and discussing the various drafts of this interagency strategy. The criticisms, ideas, and support of these reviewers helped us craft and refine the overall picture and myriad small details of this interagency strategy. We thank all these people, who share a passion for wilderness and the enduring benefits it offers to our society, for helping us in this effort to keep wilderness wild.

BLM_0056450

# Introduction

This document presents an interagency strategy—and the rationale behind this strategy—to monitor trends in wilderness character across the National Wilderness Preservation System (NWPS). The Interagency Wilderness Character Monitoring Team representing the Department of the Interior (DOI) Bureau of Land Management, DOI Fish and Wildlife Service, DOI National Park Service, DOI U.S. Geological Survey, and the U.S. Department of Agriculture Forest Service developed this strategy. This document also offers suggestions for how each of the four wilderness management agencies could develop plans to implement this monitoring. Last, implications are offered for a Government Performance and Results Act (GPRA) wilderness performance measure that is based on this interagency strategy.

The primary stewardship mandate of the 1964 Wilderness Act (Public Law 88-577) is to preserve wilderness character, yet after 44 years, the four wilderness management agencies lack a consistent definition of wilderness character and the means for measuring its loss or preservation or assessing how stewardship affects it. This interagency strategy provides a nationally consistent approach to describing and assessing trends in wilderness character across the full extent of the NWPS.

The two primary agency audiences for this interagency strategy are local staff who implement agency policies and manage wilderness day-to-day and regional and national staff who develop agency wilderness policy and assess its effectiveness. If implemented, the results of this monitoring would provide both audiences the data and information they need to improve wilderness policy and wilderness stewardship.

This document has been extensively reviewed by wilderness managers from the four wilderness management agencies (the development and review process is described in *Appendix B*), and fulfills the tasks assigned by the Interagency Wilderness Steering Committee (IWSC) to develop this interagency monitoring strategy. (The IWSC is a long-standing team composed of the national wilderness program leads from the four wilderness management agencies, and science representatives from the DOI National Park Service, U.S. Forest Service, and DOI U.S. Geological Survey.)

BLM_0056451

# Purpose and Scope of This Interagency Monitoring Strategy

The purpose of this monitoring strategy is to improve wilderness stewardship by providing managers (from field office to Washington Office) in the four wilderness management agencies with a tool to assess how wilderness character is changing over time. This monitoring strategy provides information to help answer two key questions about the outcomes of wilderness stewardship:

- How is wilderness character changing over time?
- How do stewardship actions affect trends in wilderness character?

Information from this monitoring is needed by on-the-ground managers and decision-makers to assess whether stewardship actions for an individual wilderness are fulfilling the mandate to "preserve wilderness character." Information from this monitoring is also needed to inform program managers and decision makers about the effectiveness of agency policies to preserve wilderness character. This interagency monitoring strategy will provide this information based on credible data that are consistently collected and will endure over time as personnel change.

The interagency monitoring strategy presented in this document is based, in large measure, on the work of a U.S. Forest Service team (that included representatives from the DOI wilderness agencies) that produced two key documents: "*Monitoring selected conditions related to wilderness character: A national framework*" (Landres and others 2005) and "*Technical guide for monitoring conditions related to wilderness character*" (Landres and others, in press). The Interagency Wilderness Character Monitoring Team modified the ideas in these two Forest Service documents in both large and small ways to build a monitoring strategy that would fit the needs of all four wilderness management agencies.

Wilderness character is an exceedingly complex and multidimensional concept, encompassing tangible and intangible, local and national aspects of wilderness. To create a practical monitoring tool, this interagency strategy:

- Applies to areas that are designated by Congress as wilderness;
- offers a description of wilderness character for the purposes of this monitoring—this description is not intended to be all encompassing;
- Focuses on four qualities of wilderness derived from the Definition of Wilderness, Section 2(c), in the 1964 Wilderness Act, which are directly tied to wilderness character, and not on other qualities of wilderness;
- Monitors tangible wilderness conditions that indicate how these four qualities of wilderness are changing over time within a wilderness, and does not monitor the intangible aspects of wilderness, the quality of visitor experiences, or site-specific resources of concern; and
- Assesses whether wilderness character and its four qualities are improving, stable, or degrading over time at the scale of an entire wilderness. This monitoring does not compare wilderness character from one wilderness to another or develop a numerical index of wilderness character that could be used for such purposes.

BLM_0056452

**Table 2.** Units and acres of designated wilderness within each of the four wilderness management agencies. There are 702 wildernesses within the NWPS.

| Agency | Number of wilderness units within each agency[1, 2] | Number of wilderness acres within each agency[1] | Percent of total agency acreage that is designated wilderness[3] | Percent of NWPS acres within each agency[1] |
|---|---|---|---|---|
| DOI Bureau of Land Management | 189 | 7,796,837 | 2 | 7 |
| DOI Fish and Wildlife Service | 71 | 20,730,602 | 22 | 19 |
| DOI National Park Service | 56 | 43,536,647 | 56 | 41 |
| USDA Forest Service | 418 | 35,372,522 | 19 | 33 |

[1]Source: http://wilderness.net, accessed February 5, 2008.
[2]Total number of wilderness units in this table is greater than 702 because 32 units are shared among the four wilderness management agencies.
[3]Source: Congressional Research Service 2004 report to Congress "Federal Land Management Agencies: Background on Lands and Resource Management" available from http://digital.library.unt.edu/govdocs/crs/permalink/meta-crs-6017:1.

The geographic scope of this monitoring is the entire NWPS because it applies to all designated wilderness. This is a significant amount of land nationwide and a significant amount of the land portfolio of the four agencies with responsibility for wilderness stewardship (table 2). Together, these four agencies administer nearly 107.5 million acres of Federal land that is designated as wilderness, about 17 percent of all the land managed by these four agencies.

BLM_0056453

## Overview of Wilderness Character

Despite the mandate of the 1964 Wilderness Act to preserve wilderness character, the four wilderness management agencies lack a consistent definition of wilderness character and the tools to evaluate how it is changing over time. Although several programs currently monitor some of the specific resources within wilderness, the most critical need is to synthesize this and other monitoring data into a coherent understanding of what makes wilderness unique among all other Federal lands—its wilderness character.

### Why Focus on Wilderness Character?

Focusing on wilderness character would help managers comply with law, fulfill agency policy, and improve wilderness stewardship.

#### Comply With Law

The Statement of Policy, Section 2(a), in the 1964 Wilderness Act states that wilderness areas "shall be administered for the use and enjoyment of the American people in such manner as will leave them unimpaired for future use and enjoyment as wilderness, *and so as to provide for the protection of these areas, the preservation of their wilderness character*" (emphasis added). Rohlf and Honnold (1988) and McCloskey (1999) assert that the statement "... each agency administering any area designated as wilderness shall be responsible for preserving the wilderness character of the area" (Section 4(b), Use of Wilderness Areas) gives the primary management direction for wilderness. Section 4(b) also states that even when the agency administers the area for other purposes, the agency must also "preserve its wilderness character." The Congressional Record (U.S. Congress 1983) supports this assertion, stating "The overriding principle guiding management of all wilderness areas, regardless of which agency administers them, is the Wilderness Act (section 4[b]) mandate to preserve their wilderness character."

The 1993 Government Performance and Results Act requires Federal agencies to demonstrate accountability "by providing ... information about program results and service quality." Wilderness character monitoring provides such information about agency decisions and actions to "preserve wilderness character."

#### Fulfill Agency Policy

Wilderness policies from all four agencies directly address the need for preserving wilderness character (table 3). The intent of these policies is to prevent the degradation of wilderness character from its condition or state at the time the area was designated as wilderness.

#### Improve Wilderness Stewardship

Before the Wilderness Act was enacted, Howard Zahniser, principal author of the Act, stated that "in all concern with wilderness, the first safety must be for the wilderness character itself" (Zahniser 1961). Today, many wilderness field and program managers perceive steady erosion in wilderness character caused by widespread threats (Cole 2002; Cole

BLM_0056454

**Table 3.** Policy statements from each agency about wilderness character, with emphasis added.

| Agency | Policy reference | Policy statement |
|---|---|---|
| DOI Bureau of Land Management | 43 CFR Part 6300 (Federal Register, Vol. 65, No. 241, page 78358, December 14, 2000) | I. Background. "Unless Congress specifies otherwise, BLM must ensure the preservation of *wilderness character* in managing all activities conducted within wilderness areas." |
| | Manual 8560 – Management of Designated Wilderness Areas, Release 8-22, April 27, 1983 | 02. Objectives. "The Bureau administers wilderness for such other purposes for which it may have been established as also to preserve its *wilderness character…*" |
| | | 06. Policy. A. "Wilderness areas are managed so as to preserve their *wilderness character…*" |
| DOI Fish and Wildlife Service | Habitat Management 6 RM 8. Wilderness Area Management, 8.8 Administrative Guidelines, 1986 | A. "Motorized equipment may be used in special circumstances if it is the minimum tool necessary to accomplish a task safely and without long term impairment of the area's *wilderness character.*" |
| | | C. "In Alaska, previously existing public use cabins may continue to be used and may be maintained or replaced subject to restrictions necessary to preserve the *wilderness character* of the area." |
| | | L. "In Alaska, ANILCA authorizes the use of temporary campsites, tent platforms, shelters and other temporary facilities related to the authorized taking of fish and wildlife if they are not detrimental to the refuge purposes or *wilderness character* of the affected area." |
| DOI National Park Service | 2006 Management Policies, Chapter 6: Wilderness Preservation and Management | 6.1 General Statement. "The purpose of wilderness in the national parks includes the preservation of *wilderness character* and wilderness resources in an unimpaired condition…" |
| | | 6.3 Wilderness Resource Management, 6.3.1 General Policy. "In addition to managing these areas for the preservation of the physical wilderness resources, planning for these areas must ensure that the *wilderness character* is likewise preserved." |
| USDA Forest Service | Chapter 2320—Wilderness Management, June 21, 1990 | 2320.2—Objectives, 4. "Protect and perpetuate *wilderness character…*" |
| | | 2323.14—Visitor Management. "Plan and manage public use of wilderness in such a manner that preserves the *wilderness character* of the area." |

and Landres 1996; Hendee and Dawson 2001; Landres and others 1998). There have been repeated calls for monitoring to provide information needed for improving wilderness stewardship (for example, Government Accounting Office 1989). In 1999, the four agencies requested the Pinchot Institute for Conservation to create a blue-ribbon panel to offer recommendations for improving wilderness stewardship. This panel offered four key recommendations, including one that recommended the agencies "devise monitoring and evaluation systems to ensure that we know how well wildernesses are being stewarded, especially in the context of a system of wilderness" (Pinchot Institute for Conservation 2001).

BLM_0056455

Focusing on wilderness character links on-the-ground wilderness conditions to the mandates of the Wilderness Act and agency policy to "preserve wilderness character," helping to:

- Understand how stewardship decisions influence trends in wilderness character;

- Improve agency defensibility in legal questions regarding "preservation of wilderness character";

- Establish priorities for stewardship actions that show the most promise to improve the trend in wilderness character; and

- Provide a powerful communication tool to easily convey whether or not the agency is preserving wilderness character.

## What Is Wilderness Character?

The 1964 Wilderness Act doesn't define wilderness character and the congressional committees that debated the Wilderness Act did not discuss the meaning of wilderness character (Scott 2002). The Forest Service's national framework for monitoring wilderness character (Landres and others 2005) identified three mutually reinforcing societal ideals integral to the historical purpose of wilderness and to understanding wilderness character:

- Natural environments relatively free from modern human manipulation and impacts;

- Personal experiences in natural environments that are relatively free from the encumbrances and signs of modern society; and

- Symbolic meanings of humility, restraint, and interdependence in how individuals and society view their relationship to nature.

Wilderness character may be described as the combination of biophysical, experiential, and symbolic ideals that distinguishes wilderness from other lands. These ideals combine to form a complex and subtle set of relationships among the land, its management, its users, and the meanings people associate with wilderness. In total, these relationships and meanings are described as "wilderness character."

Zahniser (1956) wrote that "to know the wilderness is to know a profound humility, to recognize one's littleness, to sense dependence and interdependence, indebtedness, and responsibility." This and other writings of Zahniser strongly reinforce the idea that, fundamentally, wilderness character is the capacity of an area to elicit humility, awaken a sense of relationship and interconnectedness with the community of life, and evoke a feeling of restraint and obligation toward nature.

### Wilderness Character Is Unique for Each Wilderness

Congress determines the state of wilderness character at the time an area is designated as wilderness, so every wilderness is unique in its combination of legislative and administrative direction and social and biophysical settings. For example, the character of a wilderness close to an urban area is likely to have more visitors, air pollutants, and sights and sounds of modern civilization than the character of a wilderness that is far from

BLM_0056456

an urban area. Regardless, the agency's management responsibility is to preserve the wilderness character of each area from further degradation. The legislative history of a wilderness may inform managers about why Congress designated that area and the special values or special features, purposes, and places within it (Meyer 2000).

This uniqueness means that change in wilderness character can only be understood in the context of a particular area and that it cannot be compared from one wilderness to another. Also, there can be no national numerical standard regarding wilderness character other than agency policy to preserve wilderness character relative to the time the area was designated as wilderness.

## Four Qualities of Wilderness Character

Congressional intent for the meaning of wilderness character is expressed in the Definition of Wilderness, Section 2(c) of the 1964 Wilderness Act (McCloskey 1999; Rohlf and Honnold 1988; Scott 2002). The Forest Service national framework (Landres and others 2005) applied this legal definition to identify four tangible qualities of wilderness that make the idealized description of wilderness character relevant and practical to wilderness stewardship:

- *Untrammeled*—The Wilderness Act states that wilderness is "an area where the earth and its community of life are untrammeled by man," and "generally appears to have been affected primarily by the forces of nature." In short, wilderness is essentially unhindered and free from modern human control or manipulation. This quality is degraded by modern human activities or actions that control or manipulate the components or processes of ecological systems inside the wilderness.

- *Natural*—The Wilderness Act states that wilderness is "protected and managed so as to preserve its natural conditions." In short, wilderness ecological systems are substantially free from the effects of modern civilization. This quality is degraded by intended or unintended effects of modern people on the ecological systems inside the wilderness since the area was designated.

- *Undeveloped*—The Wilderness Act states that wilderness is "an area of undeveloped Federal land retaining its primeval character and influence, without permanent improvements or human habitation," "where man himself is a visitor who does not remain" and "with the imprint of man's work substantially unnoticeable." This quality is degraded by the presence of structures, installations, habitations, and by the use of motor vehicles, motorized equipment, or mechanical transport that increases people's ability to occupy or modify the environment.

- *Solitude or a primitive and unconfined type of recreation*—The Wilderness Act states that wilderness has "outstanding opportunities for solitude or a primitive and unconfined type of recreation." This quality is about the *opportunity* for people to experience wilderness; it is not directly about visitor experiences per se. This quality is degraded by settings that reduce these opportunities, such as visitor

BLM_0056457

encounters, signs of modern civilization, recreation facilities, and management restrictions on visitor behavior.

Federal agencies must implement laws in their entirety, not just selected sentences, and this influenced our interpretation of these four qualities. For example, we use the word "essentially" in our interpretation of the untrammeled quality to state, in the strongest terms we could, the importance of wilderness not being manipulated while acknowledging several qualifying words that occur in the legal definition of wilderness.

These four qualities together comprise an approximation of wilderness character for wilderness planning, stewardship, and monitoring. For the purpose of this interagency monitoring strategy, all four qualities are equally important and none is held in higher or lower regard than the others. A detailed discussion of the historical and scientific support and specific concerns for each of the four qualities is provided in the Forest Service national framework (Landres and others 2005) and Technical Guide (Landres and others, in press) and is summarized in the *Framework for Wilderness Character Monitoring* section.

## These Four Qualities Apply to All Wildernesses

These four qualities apply to all designated wilderness areas—regardless of size, location, administering agency, or other unique place-specific attributes—because they are based on the legal definition of wilderness and every wilderness law includes specific language that ties it to this definition (Hendee and Dawson 2002; Landres 2003). While individual wilderness laws may include specific exceptions or special provisions that apply to the uses and values of particular areas, no Federal legislation changes the 1964 Act's Section 2(c) Definition of Wilderness, and no legislation changes the management responsibility of Section 4(b) for "preserving the wilderness character of the area."

## Wilderness Character Is More Than These Four Qualities

In addition to the four tangible qualities related to wilderness character used in this interagency strategy, there are also important intangible aspects of wilderness character that would be difficult or even impossible to quantify or monitor. These intangible aspects are diverse and include the scenic beauty and immensity of an area and the opportunity for self-discovery, self-reliance, and challenge that comes from wilderness settings. These intangible aspects are important contributors to the inspirational and psychological benefits that many people experience in wilderness (Putney and Harmon 2003; Roggenbuck and Driver 2000; Schroeder 2007). These intangible aspects of wilderness character could be added to this interagency strategy as research develops practical monitoring indicators.

## Decisions and Actions May Preserve or Degrade These Four Qualities

Wilderness character may be either preserved or degraded by the actions or inactions of managers. For example, the choices to not use a chain saw, build a footbridge across a stream, or suppress a naturally ignited fire may preserve certain qualities of wilderness character. In contrast, other management actions, such as requiring visitors to use designated

BLM_0056458

campsites or authorizing administrative use of motorized equipment and mechanical transportation, may diminish certain qualities of wilderness character.

The challenge of wilderness stewardship, however, is that decisions and actions taken to protect one aspect of wilderness character may diminish another aspect. For example, a bridge built to protect a stream bank from erosion caused by people or horses crossing the stream may also diminish the opportunity for people to experience the challenge of crossing a stream. Similarly, the required use of designated campsites to prevent the proliferation of sites and associated impacts on soil and vegetation may also diminish the opportunity for unconfined recreation and the sense of freedom from the constraints of regulation. In addition, the accumulated result of seemingly small decisions and actions may cause a significant gain or loss of wilderness character over time. Because of this complexity, preserving wilderness character requires that managers approach wilderness stewardship with humility, respect, and restraint.

USDA Forest Service RMRS-GTR-212.  2008.                                                     9

BLM_0056459

# Approach to Interagency Wilderness Character Monitoring

The overall approach of this interagency monitoring strategy is for each wilderness to: 1) choose a set of measures that are relevant, cost-effective, and tied to preserving wilderness character, 2) periodically collect data to assess trend in these measures, and 3) use these trends to assess and report on the trend in wilderness character. Each agency would then compile these trends from each wilderness to assess broad scale agency performance in preserving wilderness character. Similarly, data from each agency would be compiled to assess performance in preserving wilderness character across the National Wilderness Preservation System.

## *"Structured Cafeteria Approach" for Monitoring Trends in Wilderness Character*

Trends in wilderness character would be monitored in the four wilderness management agencies using a "structured cafeteria approach." In general, a cafeteria approach allows the user to select one option from among several that are offered. The structured cafeteria approach in this strategy requires the four agencies to use the same organizational framework and methods for assessing trend in wilderness character, and each would then select at least one measure to assess the trend in every indicator. This approach allows each agency to select measures that best fit its needs and capabilities, as long as the measure is appropriate and relevant to assessing trend in the indicator.

This approach balances national and local needs for monitoring by allowing each agency to select measures that are locally relevant, and then compiling just the trend (improving, stable, or degrading) for regional or national reporting. Local relevance is crucial for successful implementation—this monitoring must not satisfy national needs at the expense of local utility. Such agency flexibility is essential for this interagency strategy because the data that are currently available to all four agencies (for example, size of the wilderness) would not allow any wilderness to meaningfully assess trend in wilderness character.

Even though the structured cafeteria approach allows needed interagency and local flexibility, this approach can also be abused. Significant concerns with this approach are that: 1) meaningless measures may be selected, 2) particular measures may be selected to show a desired outcome, and 3) the set of measures that are selected may not add up to a coherent or viable assessment of trend in wilderness character. To prevent these problems, we recommend that each agency charter a team with the responsibility for reviewing all measures that are selected for this monitoring, and rejecting those found to be inappropriate or inadequate (see the *Process for Improving This Approach Over Time* section for additional tasks for these teams). In addition, all agencies would be required to report on trends in all four qualities, monitoring questions, and indicators, thereby providing a consistent and coherent assessment across the NWPS (see the *Framework for Wilderness Character Monitoring* section).

BLM_0056460

### *Key Elements of This Approach*

The general elements of this approach are described below. Specific aspects of this approach related to the selection of indicators and measures are not discussed here but in the *Framework for Wilderness Character Monitoring* section.

## Trends in Wilderness Character Would Be Monitored in Every Wilderness

Trends in wilderness character would be assessed for every wilderness within the NWPS because the Wilderness Act mandates preserving wilderness character in every wilderness. Assessing trends in every wilderness informs local management and provides a more accurate assessment of national trends than would be possible by collecting data from a sample of wildernesses. Each agency would be responsible for developing its own protocols for collecting the data, but communication among the agencies is necessary to ensure that trends could be compiled across the NWPS.

## Baseline for Evaluating Change Is the Time of Wilderness Designation or the First Time This Monitoring Is Conducted

Baseline conditions provide the reference point against which change over time is measured and evaluated. Ideally, this baseline is documented at the time a wilderness is designated. For wildernesses that have already been designated, appropriate historical data, if available, should be used to describe the baseline condition retrospectively. However, few existing wildernesses actually have this information. Therefore, baseline condition would most likely be documented from the first time this monitoring is implemented, even though such a description would not give an accurate picture of how the wilderness has changed since the time of designation.

Baseline conditions are simply the beginning point for tracking trends and do not imply that these conditions are "good," "bad," or "desired." For example, at the time of designation a wilderness may have existing roads, and these roads would be part of the baseline condition of this wilderness. Monitoring would show how the undeveloped quality of wilderness stays the same if the roads are not removed or improves if these roads are removed. Baseline conditions are the starting point for tracking change over time. Local interpretation is crucial for evaluating the relevance of this change in its historical and legislative context.

## This Monitoring Would Report Trends from Each Wilderness for Compilation Nationwide

Each wilderness would report trend in wilderness character, as well as trend in each of the four qualities, monitoring questions, and indicators (described in the *Framework for Wilderness Character Monitoring* section) for compilation and upward reporting. Data would be collected only for the measure and input into agency database systems—all subsequent assessments of trend are based on simple consolidation rules described in the *Assessing Trend in Wilderness Character* section.

BLM_0056461

## National Trends in Wilderness Character Would be Reported Every 5 Years

A national interagency report on trends in wilderness character across the NWPS would be produced every 5 years, with interim reports possible to sustain agency and public interest. To facilitate on-the-ground stewardship decisions and actions, each measure would be monitored as frequently as appropriate to identify trends. For example, agency use of motorized equipment would appropriately be monitored annually, whereas active grazing allotments might appropriately be monitored every 5 years.

## No New National Standard for Wilderness Character Would Be Developed

The Wilderness Act requires that wilderness character be preserved relative to the time the area was designated as wilderness. Consequently, the standard for each wilderness under this monitoring framework is that wilderness character in each wilderness be "stable" or "improving." However, because of the uniqueness of wilderness character in each wilderness, no national standards for the measured values of wilderness character would be developed as part of this monitoring strategy—such standards could only be developed through local planning processes.

## Measures That Are Relevant to Wilderness Character Would Be Monitored Regardless of Managerial Jurisdiction

In some cases, measures are recommended that are not directly under the management jurisdiction of the agency because they are nonetheless an important part of wilderness character. For example, night sky visibility, air quality, and global climate change are all affected by many things that are beyond direct management control (as well as some that are under management control), but they nonetheless have a big impact on the social and ecological aspects of wilderness character. Such measures also demonstrate the use of wilderness as a benchmark for assessing future changes. If this monitoring were implemented, the accompanying narrative would allow discussion of how such measures are outside managerial control or jurisdiction, and that they would not be included with the GPRA performance measures.

## Wildernesses Character From Different Wildernesses Would Not Be Compared

Wilderness character in a particular wilderness cannot and will not be compared to that of another wilderness under this monitoring strategy. Each wilderness is unique in its legislative and administrative direction, and in its social and biophysical setting, so comparing wilderness character among different wilderness is inappropriate. For example, a wilderness with legislative provisions that allow motor vehicles for subsistence use or to manage wildlife would be expected to have more motor vehicle uses tracked under the undeveloped quality compared to a wilderness that has no such legislative provision. The different amount of motor vehicle use among different wildernesses is not relevant. What is important is whether motorized use is decreasing, stable, or increasing over time in a particular wilderness.

BLM_0056462

While wilderness character would not be compared among wildernesses, trends in wilderness character (improving, stable, or degrading) would be compared and compiled across different wildernesses because these trends are derived in a nationally consistent manner—from this interagency strategy—and are independent of special provisions or other unique aspects of a wilderness. For example, the percentage of wildernesses with degrading trends could be compared across different regions to assess regional differences in policy implementation.

### This Interagency Strategy Supports But Is Not a Substitute for Minimum Requirements or National Environmental Policy Act Analyses

The definition of wilderness character and the four qualities discussed in this interagency strategy may help management staff organize assessments on the effects of proposed projects. Such organization may be a useful foundation for Minimum Requirements or National Environmental Policy Act analyses but is not a substitute for either of these. This monitoring may be of further use to track how decisions resulting from these assessments affect wilderness character through time.

## Concerns About This Interagency Approach

There are several potential concerns about using this interagency strategy to monitor trends in wilderness character. These concerns include:

- *Insufficient resources*—There is limited funding and staff to implement such monitoring, especially because it is a new initiative. To address this concern, several data sources with varying levels of accuracy and cost are described for each measure. Each agency (and potentially each wilderness) may choose the data source that is appropriate for their needs and circumstances. In addition, each agency (and potentially each wilderness) may choose a measure based on current or expected data availability.

- *Differing data needs among agencies*—While each of the four wilderness management agencies have some common data needs, they also have differing data needs as well as different wilderness policies and traditions. To address this concern, each agency (and potentially each wilderness) may choose a measure for each indicator that is directly relevant to that agency.

- *Differing monitoring systems among agencies*—Each of the four wilderness management agencies currently have widely differing systems for monitoring, data management, data use, and reporting. To address this concern, each wilderness would report only the trend (improving, stable, or degrading) in wilderness character, the four qualities, and each monitor question and indicator. The trend and status of the measure is of use only to the local wilderness and is not reported or compiled to assess broad scale trends. If the decision is made to implement this monitoring strategy across the agencies, then new data storage, management, and reporting systems would need to be developed to allow compiling these trends.

- *Sinking to the lowest common denominator*—In any such effort, the tendency is to monitor only those wilderness attributes or conditions

BLM_0056463

that are common to all four wilderness management agencies. However, the only data that are likely common is the number of acres in a wilderness, and this is clearly insufficient for monitoring trends in wilderness character. To address this concern, the structured cafeteria approach recommended in this interagency strategy requires that each wilderness choose at least one measure for each of the indicators, ensuring reporting of trends in the indicators, monitoring questions, qualities, and overall trend in wilderness character.

- *Comparing wildernesses*—As already discussed, wilderness character is unique to each wilderness and shouldn't be compared across different wildernesses. But if this monitoring were implemented, it would be easier for some people to make these comparisons even though it is inappropriate to do so. To address this concern, this document clearly states that this is inappropriate and discusses why wilderness character cannot be compared from one wilderness to another.

- *Oversimplifying*—There are three related concerns about oversimplifying wilderness character. First, developing a single assessment of trends in wilderness character for an entire wilderness requires that very different and complex elements be combined, and some of these elements may be inversely related. Second, different elements change at different rates or they may represent differing wilderness aspects. Combining these elements may obscure changes or trends that are important for the local manager to understand. Third, focusing on just these four qualities of wilderness may allow managers and others to ignore important experiential, symbolic, and intangible aspects of wilderness character (Moore 2007; Putney and Harmon 2003; Schroeder 2007). These other aspects of wilderness are just as important as the tangible ones even though they are much harder to quantify and measure. To address this concern, this document clearly states the need for users of this monitoring information to be aware of these oversimplifying limitations. In addition, a narrative from the wilderness manager would accompany the trend report, providing richer information to understand and interpret the trends.

- *Reductionism*—Splitting the legislative definition of wilderness into four relatively distinct and tangible qualities imposes reductionistic thinking on the fundamentally holistic concept of wilderness character. One problem with this reductionism is that a particular action may be associated with either a positive or negative outcome depending on the particular quality from which the action is viewed. For example, to protect the "natural" quality, a bridge may be built to reduce resource damage (such as increased sediment in the stream associated with people and horses crossing a stream). However, this bridge then reduces the "solitude or a primitive and unconfined" quality because the personal discovery and challenge of crossing the stream is diminished. To address this concern, this interagency strategy clearly states the need for users of this monitoring information to be aware of the problems of reductionism, and the accompanying narrative would allow discussion and interpretation to address this concern.

It is important to recognize that even though the goal is to monitor trends in wilderness character, this interagency strategy can only assess selected

BLM_0056464

indicators of wilderness character. Further, because many of these indicators are only coarse estimators of the wilderness attribute of interest, change in the indicators should be viewed as a "red flag" that prompts closer scrutiny about what is going on. Despite these concerns, this interagency strategy provides a more solid foundation to tie wilderness stewardship to the legislative direction of the Wilderness Act than has ever existed before.

## *Process for Improving This Approach Over Time*

Monitoring trends in wilderness character has never been attempted before so it is important to recognize that improving the approach recommended here would be necessary. To ensure credibility and continual improvement over time, this process must be open to input from the agencies, wilderness managers, scientists, and public to reflect lessons learned during implementation as well as new thinking about wilderness character. Similarly, the outcomes of this process need to be openly communicated. Both the interagency aspects of this approach, as well as its usefulness to wilderness stewardship, would be evaluated.

A two-step improvement process is recommended. The first step would be a periodic review conducted by a team chartered within each agency. Each team would review the agency's accomplishments in implementing this monitoring, solicit input from users, assess relevance of the measures used, and review the availability of new data sources and applicable research. This periodic review would allow each wilderness and agency to update and improve the measures used in assessing trend in wilderness character. The second step would be a major review conducted at a meeting of all the agency teams and would occur after the 5-year interagency reporting on trends in wilderness character. This 5-year review would:

- solicit, compile, and organize input from users;

- assess the relevance and effectiveness of all the specific components of this monitoring (see the *Framework for Wilderness Character Monitoring* section for a description of these components);

- assess the effectiveness of data storage, analysis, and synthesis techniques; and

- assess the effectiveness of reporting and use of this monitoring information by line officers and staff.

BLM_0056465

# Framework for Wilderness Character Monitoring

## *Overview*

This interagency monitoring Framework is based on hierarchically dividing wilderness character into successively finer elements. These elements, starting from wilderness character, are:

- *Qualities*—primary elements of wilderness character that link directly to the statutory language of the 1964 Wilderness Act. In this Framework, all four qualities are necessary to assess trends in wilderness character and each wilderness would be required to report the trend for each quality.

- *Monitoring questions*—major elements under each quality that are significantly different from one another. Monitoring questions frame this monitoring to answer particular management questions. In this context, monitoring questions are similar to monitoring goals. Each wilderness and agency would be responsible for reporting on the trend for all eight monitoring questions.

- *Indicators*—distinct and important elements within each monitoring question. In nearly all cases, there is more than one indicator under a monitoring question. Each wilderness and agency would be responsible for reporting on the trend for all 13 indicators.

- *Measures*—a specific aspect of wilderness on which data are collected to assess trend of an indicator. In nearly all cases, there is more than one measure to provide each agency (and potentially each wilderness within an agency) a range of options for assessing trend in the indicator. Some of these measures are more accurate and precise but costly, while others are less accurate and precise but easier and less expensive to monitor. For example, under the indicator "Remoteness from sights and sounds of people inside wilderness" (see page 28 table 7), the measure "amount of visitor use" requires substantial effort and cost but is fairly precise. On the other hand, the measure "area of wilderness affected by access or travel routes" is fairly easy to compute in a Geographic Information System, but is not very precise because it doesn't assess the number of people inside the wilderness. This range of measures allows different agencies and wildernesses to choose the measure(s) that are relevant and practical. We recommend monitoring all the measures for which data are available to give the most accurate assessment possible and, if two or more measures are monitored, that they be equally weighted to prevent giving a biased trend in the indicator.

For a few measures, the use of an "index" is recommended. In these cases, several attributes are considered simultaneously to assess trend and the different attributes may be weighted differently. For example, the index of physical development would combine the type and number of structures. Developing an index typically requires subjective judgments about the types of attributes to include, their relative weighting (for example, a dam has more impact than an outhouse), and how they would be mathematically combined. In the detailed descriptions of the measures given in *Appendix A*, only the types of attributes are suggested—if this interagency strategy is implemented,

BLM_0056466

each agency would need to develop these indexes based on their data capabilities and needs.

Each measure is used only once, under the quality that was deemed most relevant given the broad interagency perspective of this monitoring strategy. This approach avoids problems of double-counting some measures and the bias this would introduce. However, some measures are clearly relevant to more than one quality. Agency provided system trails, shelters, and toilets, for example, are relevant to both the undeveloped quality and the solitude or primitive and unconfined recreation quality. In such cases, different agencies (and different wildernesses if allowed by their home agency) may assign the measure to a different quality than what is presented in this framework. These differences are not nearly as important as consistency over time within an agency or wilderness because this monitoring strategy is based on assessing how wilderness character is changing only within a single wilderness.

If none of the recommended measures under a particular indicator are relevant to an agency or wilderness, other measures may be used or developed as long as the rationale is made clear for how the new measure is relevant to the indicator and how it is measurable, credible, and repeatable. For example, a wilderness may develop a measure that is relevant for assessing place-based aspects or other special features. We recommend that a wilderness character monitoring team within each agency be tasked to approve the use of such measures and communicate this use with the other wilderness management agencies.

Several data sources are given for every measure, again, to reflect different capabilities and needs of the different agencies. Each of these different data sources poses a different concern about the quantity and quality of the data and the ability to collect the data in a consistent way over time. To help offset these concerns, a narrative about the methods used and data adequacy (composed of data quantity and data quality) would accompany the data to allow future assessment of trends and use of the information (see the *Narrative About the Trend in Wilderness Character* section). An approach to assessing and recording data adequacy is developed in the Technical Guide (Landres and others, in press). Depending on the indicator and measure, these data sources are:

- *Agency data systems*—The agency routinely collects these data and stores them in a database or other computer application that is accessible to all field offices within the agency.

- *Local data entry by resource specialists*—Local agency resource specialists could use a variety of sources for data, including local office records, data from other resource specialists, professional judgment, or other sources as appropriate.

- *Record cards from staff and volunteers*—Staff or volunteers would be trained to record specific types of data. This data source may not be as rigorous as the others, and would strongly depend on the amount of effort and expertise used to collect the data.

- *National data sets*—Data can be downloaded without charge from a central access point by personnel in the four wilderness management agencies. Within this interagency monitoring strategy, 10 measures

BLM_0056467

(out of a possible 37) rely on such national data sets. For example, air quality data can be downloaded from EPA and other select websites, departure from natural fire regime downloaded from the LANDFIRE website, and night sky visibility downloaded from the Dark Sky Society website. If this interagency strategy is implemented, we recommend that a central data manager pull these national data and make them available to the four wilderness management agencies. Such centralized staff would significantly increase cost efficiency and decrease the workload on local staff.

This hierarchical set of qualities, monitoring questions, indicators, and measures allows national assessment of trends while still allowing flexibility for individual agencies and wildernesses to monitor the specific elements of wilderness character most meaningful to them. The set of recommended indicators and measures was chosen because they are relevant and would maximize cost-efficiency and minimize workforce impacts.

Within a single wilderness, change over the monitoring period in each measure is assessed as "improving," "stable," or "degrading." Each wilderness then consolidates these trends using consistent rules (explained in the *Assessing Trends in Wilderness Character* section) to assess trend in the indicator. Indicator trends are similarly compiled to assess trend in the monitoring question and quality, and ultimately to assess the trend in wilderness character.

It is crucial to understand that in this approach data are collected for the measure only, and all subsequent assessments of trend are based on simple consolidation rules. By using this assessment system consistently, trends across individual wildernesses can be compiled to assess the percent of wildernesses in which wilderness character is preserved or degrading across an agency or region or the National Wilderness Preservation System.

## Untrammeled Quality

Section 2(c) of the Wilderness Act states that wilderness is "hereby recognized as an area where the earth and its community of life are untrammeled by man." The word "untrammeled" is rarely used in ordinary conversation, but Howard Zahniser, the primary author of the Wilderness Act, used untrammeled as a key word in the definition of wilderness.

Since passage of the Act, the word untrammeled and its meaning for wilderness stewardship have been discussed at length (for example, Aplet 1999, Scott 2002). Untrammeled means "allowed to run free" (American Heritage Dictionary 1992). Synonyms for untrammeled include unrestrained, unmanipulated, unrestricted, unhindered, unimpeded, unencumbered, self-willed, and wild.

Zahniser (1963) noted that the inspiration for wilderness preservation "is to use 'skill, judgment, and ecologic sensitivity' for the protection of some areas within which natural forces may operate without man's management and manipulation." Wilderness is very different from other Federal lands in that legislation dictates not only the goals of stewardship, but how management is to be approached—with humility and with

BLM_0056468

an eye toward not interfering with nature and not manipulating the land and its community of life. Furthering this notion, Lucas (1973) commented, "If ecological processes operate essentially uncontrolled within the Wilderness frame of reference, the results, whatever they might be, are desirable by definition. The object is not to stop change, nor to recreate conditions as of some arbitrary historical date, nor to strive for favorable change in big game populations or in scenic vistas. The object is to let nature 'roll the dice' and accept the results with interest and scientific curiosity." More recently, Nash (2004) noted that "Restraint is at the core of the new valuation of wilderness as a moral resource. When we protect wilderness we deliberately withhold our power to change the landscape."

Actions that intentionally manipulate or control ecological systems inside wilderness degrade the untrammeled quality of wilderness character, even though they may be taken to restore natural conditions or for other purposes. For example, wilderness is manipulated and the untrammeled quality of wilderness character is diminished when naturally ignited fires are suppressed inside wilderness, dams are built that impede natural water flow, or selected animals or plants are removed. Wilderness is also manipulated when restoration actions remove trees and fuels that have accumulated because of fire suppression, herbicides are used to control certain plants, or wildlife populations are manipulated by actions that provide food or water. This concept of trammeling applies to all manipulation since the time of wilderness designation but does not apply to manipulations that occurred prior to wilderness designation, such as the use of fire by native people to promote game habitat, because the mandates of the Wilderness Act don't apply prior to designation.

Unlike management on any other Federal land, wilderness legislation directs the managing agency to scrutinize its actions and minimize control or interference with plants, animals, soils, water bodies, and natural processes. Prominence of "untrammeled" in the Wilderness Act distinguishes the untrammeled quality from the natural quality, although the two are clearly linked. In essence, the untrammeled quality monitors *actions* that intentionally manipulate or control ecological systems, whereas the natural quality monitors the intentional and unintentional *effects* from actions taken inside wilderness as well as from external forces on these systems. Separating actions from effects offers clearer understanding of trends in actions compared to trends in effects, permitting more effective analysis and use of the information to improve wilderness stewardship.

## Monitoring Framework for This Quality

The untrammeled quality is degraded by modern human actions that intentionally control or manipulate the components or processes of ecological systems inside the wilderness (table 4). The Forest Service Technical Guide (Landres and others, in press) defines "actions" and offers detailed protocols for using actions as a measure. A detailed discussion of the monitoring questions, indicators, measures, and data sources for the untrammeled quality is in *Appendix A*.

BLM_0056469

**Table 4.** Recommended monitoring framework for the untrammeled quality.

| Quality | Monitoring question | Indicator | Measure | Data sources |
|---|---|---|---|---|
| Untrammeled – Wilderness is essentially unhindered and free from modern human control or manipulation | What are the trends in actions that control or manipulate the "earth and its community of life" inside wilderness? | Actions authorized by the Federal land manager that manipulate the biophysical environment | Number of actions to manage plants, animals, pathogens, soil, water, or fire | ▪ Agency data systems (if available)<br>▪ Local data entry by resource specialists<br>▪ Minimum Requirements analyses |
| | | | Percent of natural fire starts that received a suppression response | ▪ Agency data systems<br>▪ National fire data systems<br>▪ Local data entry by resource specialists |
| | | | Number of lakes and other water bodies stocked with fish | ▪ Agency data systems (if available)<br>▪ State agencies<br>▪ Local data entry by resource specialists |
| | | Actions not authorized by the Federal land manager that manipulate the biophysical environment | Number of unauthorized actions by agencies, citizen groups, or individuals that manipulate plants, animals, pathogens, soil, water, or fire | ▪ Law enforcement data systems (if available)<br>▪ Other federal and state agency data systems<br>▪ Record cards from other staff and volunteers<br>▪ Local data entry by resource specialists |

## *Natural Quality*

One of the major themes running throughout the 1964 Wilderness Act is that wilderness should be free from the effects of "an increasing population, accompanied by expanding settlement and growing mechanization" and that the "earth and its community of life…is protected and managed so as to preserve its natural conditions" (Section 2(a) and 2(c), respectively). Historically, wilderness is strongly associated with protecting and preserving ecological systems from the impacts of modern people (Sutter 2004).

In today's terms, this means that the indigenous species composition, structures, and functions of the ecological systems in wilderness are protected and allowed to be on their own, without the planned intervention or the unintended effects of modern civilization. Only through such protection may wilderness truly serve as "a laboratory for the study of land-health" (Leopold 1949) and as an ecological baseline for understanding the effects of modern civilization on natural systems (Arcese 1997).

Ecological systems inside wilderness are directly affected by things that happen inside as well as outside the wilderness, and by actions taken by agencies or citizens inside wilderness. For example, non-indigenous fish are intentionally introduced for recreational fishing, yet have far-reaching unanticipated negative effects on native biological diversity and nutrient

BLM_0056470

cycling in wilderness lakes (Knapp and others 2001). Livestock grazing may be allowed in wilderness, yet may contribute to soil disturbance and the spread of non-indigenous plants (Belsky and Blumenthal 1997). Biological control agents may be used to eradicate invasive non-indigenous plants, yet may have unintended effects on indigenous plants (Louda and Stiling 2004). Dams outside wilderness alter hydrological flow regimes, adversely affecting the riparian plant communities within wilderness (Cowell and Dyer 2002). Air pollutants from sources outside wilderness disperse long distances, affecting wilderness vegetation, soils, and aquatic systems (Schreiber and Newman 1987). Every wilderness shows the impacts from becoming increasingly isolated within a "sea" of modern development (Landres and others 1998).

All ecological systems change over time and vary from one place to another, and this monitoring is not intended to maintain static or unchanging natural conditions in wilderness. Monitoring only anthro-pogenic effects on natural conditions implies that there is sufficient understanding about these conditions and how they naturally vary over time and across a landscape to separate human-caused from natural change. In practice, this understanding is lacking. Therefore, trends in the indicators should be considered only "red flags" that suggest the need for research and more intensive monitoring to verify the change and under-stand its cause.

### Monitoring Framework for This Quality

This quality is degraded by the effects of modern people on the ecologi-cal systems inside the wilderness since the time the area was designated as wilderness (table 5). Ideally, the ecological effects of all actions taken inside and the effects from activities occurring outside the wilderness would be monitored. Practical and conceptual constraints, however, mean that only a limited set of these effects could be monitored. For ex-ample, this monitoring is not intended for understanding the demography of listed species populations or the rates of carbon and nutrient cycling. Likewise, understanding cause-and-effect relationships is beyond the purpose, and practical and technical scope, of this monitoring framework. Several of the measures may be monitored using national data sets that are readily and freely available. A detailed discussion of the monitoring questions, indicators, measures, and data sources for the natural quality is in *Appendix A*.

## *Undeveloped Quality*

Wilderness is defined in Section 2(c) of the 1964 Wilderness Act as "an area of undeveloped Federal land retaining its primeval character and influence, without permanent improvements or human habitation," with "the imprint of man's work substantially unnoticeable." The basic idea that wilderness is undeveloped runs through every definition of wilderness. For example, Aldo Leopold (1921) envisioned wilderness as "a continuous stretch of country preserved in its natural state, open to lawful hunting and fishing, devoid of roads, artificial trails, cottages, or other works of man." Hubert Humphrey (1957), an original sponsor of the Wilderness Act, clarified his definition of wilderness as "the native

BLM_0056471

**Table 5.** Recommended monitoring framework for the natural quality.

| Quality | Monitoring question | Indicator | Measure | Data sources |
|---|---|---|---|---|
| **Natural –** Wilderness ecological systems are substantially free from the effects of modern civilization | What are the trends in terrestrial, aquatic, and atmospheric natural resources inside wilderness? | Plant and animal species and communities | Abundance, distribution, or number of indigenous species that are listed as threatened and endangered, sensitive, or of concern | ▪ Agency data systems (if available)<br>▪ Local data entry by resource specialists<br>▪ State agencies and other partners<br>▪ Record cards from staff and volunteers |
| | | | Number of extirpated indigenous species | ▪ Agency data systems (if available)<br>▪ Local data entry by resource specialists<br>▪ State agencies and other partners |
| | | | Number of non-indigenous species | ▪ Agency data systems (if available)<br>▪ Local data entry by resource specialists<br>▪ State agencies and other partners<br>▪ National FIA data |
| | | | Abundance, distribution, or number of invasive non-indigenous species | ▪ Agency data systems (if available)<br>▪ Local data entry by resource specialists<br>▪ State agencies and other partners<br>▪ National FIA data<br>▪ Record cards from staff and volunteers |
| | | | Number of acres of authorized active grazing allotments and number of animal unit months (AUMs) of actual use inside wilderness | ▪ Agency data systems (if available)<br>▪ Local data entry by resource specialists |
| | | | Change in demography or composition of communities | ▪ National FIA data<br>▪ Remote sensing (satellite imagery, aerial photography)<br>▪ Photopoints (for particular places of concern)<br>▪ Local data entry by resource specialists |
| | | Physical resources | Visibility based on average deciview and sum of anthropogenic fine nitrate and sulfate | ▪ National IMPROVE data |
| | | | Ozone air pollution based on concentration of N100 episodic and W126 chronic ozone exposure affecting sensitive plants | ▪ National EPA AIRS data<br>▪ National CASTNET data |

USDA Forest Service RMRS-GTR-212. 2008.

BLM_0056472

**Table 5.** *Continued.*

| Quality | Monitoring question | Indicator | Measure | Data sources |
|---|---|---|---|---|
| | | | Acid deposition based on concentration of sulfur and nitrogen in wet deposition | ▪ National NADP/NTN data |
| | | | Extent and magnitude of change in water quality | ▪ Agency data systems (if available) <br> ▪ Water quality monitoring stations |
| | | | Extent and magnitude of human-caused stream bank erosion | ▪ Photopoints <br> ▪ Record cards from staff and volunteers |
| | | | Extent and magnitude of disturbance or loss of soil or soil crusts | ▪ Remote sensing (aerial photography, satellite imagery) <br> ▪ Photopoints <br> ▪ Record cards from staff and volunteers |
| | What are the trends in terrestrial, aquatic, and atmospheric natural processes inside wilderness? | Biophysical processes | Departure from natural fire regimes averaged over the wilderness | ▪ National LANDFIRE modeling program |
| | | | Extent and magnitude of global climate change | ▪ National RAWS data stations <br> ▪ National MODIS satellite imagery <br> ▪ National SNOTEL data stations <br> ▪ Photopoints <br> ▪ Historical/recent photo pairs <br> ▪ Remote sensing (aerial photography, satellite imagery) |
| | | | Area and magnitude for pathways for movement of non-indigenous species into the wilderness | ▪ Agency data systems (if available) <br> ▪ Local data entry by resource specialists <br> ▪ State agencies and other partners |
| | | | Area and magnitude of loss of connectivity with the surrounding landscape | ▪ Agency data systems (if available) <br> ▪ Local data entry by resource specialists <br> ▪ State agencies and other partners <br> ▪ Remote sensing (aerial photography, satellite imagery) |

BLM_0056473

condition of the area, undeveloped … untouched by the hand of man or his mechanical products."

The Wilderness Act identifies "expanding settlement and growing mechanization" as forces causing wild country to become occupied and modified, and clarifies in Section 4(c) that "there shall be no temporary road, no use of motor vehicles, motorized equipment or motorboats, no landing of aircraft, no other form of mechanical transport, and no structure or installation." An early Forest Service review of wilderness policy (USDA Forest Service 1972) noted that buildings or structures are usually installed for only one purpose—to facilitate human activity. The building or structure not only occupies the land, but also makes it easier for people to impose their will on the environment, thereby modifying it. This policy review also found that motorized equipment and mechanical transport similarly make it easier for people to occupy and modify the land. Zahniser (1956) articulated this idea when he argued the need for "areas of the earth within which we stand without our mechanisms that make us immediate masters over our environment." While the use of motor vehicles, motorized equipment, or mechanical transport diminishes the opportunity for visitors to experience natural quiet and primitive recreation, these uses are included under this undeveloped quality due to the close association in the legislative history between motorized use, mechanical transport, and people's ability to develop, occupy, and modify wilderness.

Few wildernesses have escaped at least some modern human occupation and modification. Many developments were "grandfathered" into the wilderness by special provisions in the enabling legislation, including buildings, roads, dams, powerline and water pipe corridors, and mines. While the continuing presence of these developments may be legal uses of wilderness, the resulting facilities, structures, and authorizations for motorized use and mechanical transport can have far-reaching effects on wilderness character (Hendee and Dawson 2002). The different special provisions unique to each wilderness underscore the importance of not comparing one wilderness to another.

Many developments degrade both the undeveloped quality and the solitude or primitive and unconfined recreation quality. It is not the purpose of this interagency strategy to determine whether a particular development has a greater impact on one quality or another. Such decisions are more appropriately made within a single agency or wilderness. Instead, this interagency strategy monitors non-recreational developments (such as administrative sites, dams, stock fencing, or fixed instrumentation sites) under the undeveloped quality, and recreation-focused developments (such as trails, campsites, shelters, or toilets) under the solitude or primitive and unconfined recreation quality because of the strong connection of the latter quality to recreational experiences. This distinction is also made to avoid double-counting recreational developments under both qualities.

Cultural resources (also known as heritage resources) within a wilderness may be an important part of wilderness character. These resources are the remains of patterned human activities that occurred in the past and include prehistoric sites, historical sites and structures, cultural landscapes, traditional use areas, and traditional cultural properties. These resources

BLM_0056474

are included under the undeveloped quality rather than one of the other qualities because they primarily represent human relationships with the land prior to modern wilderness designation.

Including cultural resources in this interagency strategy is controversial, with substantive reasons for both including and not including them. We included them because they help us understand our past and present relationships to the land (directly supporting the basis for the undeveloped quality as explained above), are important for conveying stories about the land that help us gain this understanding, and are tangible evidence of one of the values of wilderness described in Section 2(c)(4) of the Wilderness Act that is not accounted for elsewhere in this strategy. In addition, we wanted to be inclusive at this beginning stage of monitoring wilderness character. The principle reason for not including cultural resources is that a District Court judge recently ruled that they are not protected under the Wilderness Act, but instead are protected and managed under the National Historic Preservation Act. (Cultural resources are also protected under the Archaeological Resources Protection Act and the Native American Graves Protection and Repatriation Act.) Despite this ruling, several members of the IWCMT view cultural resources as integral to a wilderness area's character.

Agency staffs have debated for years about what is considered a significant cultural resource in wilderness and about how these resources should be managed. For the purposes of this interagency monitoring strategy, it is vital for local wilderness staff and cultural resources staff, using both the Wilderness Act and cultural resource protection laws, to work together and develop a common understanding for what to monitor for the purpose of observing trends in wilderness character.

### Monitoring Framework for This Quality

The presence of structures, installations, habitations, and other evidence of modern human presence or occupation (table 6) degrades this quality. A detailed discussion of the monitoring questions, indicators, measures, and data sources for the undeveloped quality is in *Appendix A*.

## Solitude or Primitive and Unconfined Quality

The Wilderness Act states in Section 2(c) that wilderness has "outstanding opportunities for solitude or a primitive and unconfined type of recreation." What the framers of the Wilderness Act meant by this wording isn't recorded in the legislative history of the Act, and there has been much discussion and debate about the meaning of these words among wilderness managers and scholars (Hendee and Dawson 2002). However, early wilderness writings of Aldo Leopold, Robert Marshall, Howard Zahniser, and others paint a rich picture about the type of experience envisioned in wilderness environments (see Landres and others 2005 for examples). These writings strongly enforce the vital role of solitude in places that are primitive and unconfined as central to the idea of wilderness.

The meaning of solitude has been at the center of considerable debate among researchers and the public (for example, see Washington Trails Association 1997), with meanings ranging from a lack of seeing other

BLM_0056475

**Table 6.** Recommended monitoring framework for the undeveloped quality.

| Quality | Monitoring question | Indicator | Measure | Data sources |
|---|---|---|---|---|
| **Undeveloped –** Wilderness retains its primeval character and influence, and is essentially without permanent improvement or modern human occupation | What are the trends in non-recreational development inside wilderness? | Non-recreational structures, installations, and developments | Index of authorized physical development | ■ Agency data systems (if available) ■ Local data entry by resource specialists |
| | | | Index of unauthorized (user-created) physical development | ■ Record cards from staff and volunteers for unauthorized structures and developments ■ Record cards and photopoints for user-created trails |
| | | Inholdings | Area and existing or potential impact of inholdings | ■ Agency data systems (if available) ■ Local data entry by resource specialists |
| | What are the trends in mechanization inside wilderness? | Use of motor vehicles, motorized equipment, or mechanical transport | Type and amount of administrative and non-emergency use of motor vehicles, motorized equipment, or mechanical transport | ■ Agency data systems (if available) ■ Local data entry by resource specialists |
| | | | Type and amount of emergency use of motor vehicles, motorized equipment, or mechanical transport | ■ Agency data systems (if available) ■ Local data entry by resource specialists |
| | | | Type and amount of motor vehicle, motorized equipment, or mechanical transport use not authorized by the Federal land manager | ■ Agency data systems (if available) ■ Local data entry by resource specialists ■ Record cards from staff and volunteers |
| | What are the trends in cultural resources inside wilderness? | Loss of statutorily protected cultural resources | Number and severity of disturbances to cultural resources | ■ Agency data systems (if available) ■ Local data entry by resource specialists ■ Photopoints ■ Record cards from staff and volunteers |

people, to privacy, to freedom from societal constraints and obligations, to freedom from management regulations (Hall 2001; Hollenhorst and Jones 2001). Given the content of early wilderness writings, it is likely that solitude was viewed holistically, encompassing attributes such as separation from people and civilization, inspiration (an awakening of the senses, connection with the beauty of nature and the larger community of life), and a sense of timelessness (allowing one to let go of day-to-day obligations, go at one's own pace, and spend time reflecting).

Primitive and unconfined recreation has also been the subject of much debate. Primitive recreation has largely been interpreted as travel by

BLM_0056476

non-motorized and non-mechanical means (for example by horse, foot, or canoe) that reinforce the connection to our ancestors and our American heritage. However, primitive recreation also encompasses reliance on personal skills to travel and camp in an area, rather than reliance on facilities or outside help (Roggenbuck 2004). Unconfined encompasses attributes such as self-discovery, exploration, and freedom from societal or managerial controls (Hendee and Dawson 2002; Lucas 1983; Nash 1996). Primitive and unconfined environments together provide ideal opportunities for the physical and mental challenges associated with adventure, real consequences for mistakes, and personal growth that result from facing and overcoming obstacles (Borrie 2000; Dustin and McAvoy 2000).

In certain situations, managers may need to make a difficult decision about the need for resource protection while also providing outstanding opportunities for solitude or primitive and unconfined recreation. For example, administrative sites or a minimal system of trails may be considered essential to manage the effects of recreation while still allowing people to use and enjoy wilderness. However, since structures and system trails may strongly influence opportunities for solitude or primitive and unconfined recreation, the agencies need to show restraint in fulfilling their administrative responsibilities so that this quality of wilderness does not slowly erode over time.

The complexity of human experiences argues that many different factors contribute in known and unknown ways to the experience of solitude or primitive and unconfined recreation (Borrie and Birzell 2001; Hendee and Dawson 2002; Manning and Lime 2000). For example, experiences may be influenced by factors largely beyond the control and influence of managers, including attributes of the physical landscape, presence of certain insects and animals (for example, mosquitos and grizzly bears), local weather, intra- and inter-group dynamics, and skills and knowledge an individual brings to the experience. In contrast, managers may exert some control over use levels, types and patterns of use, level of development (both inside and adjacent to wilderness), amount and type of information available about the wilderness, and types of regulations imposed, all of which influence the opportunity to experience solitude or a primitive and unconfined type of recreation (Cole and others 1987; Hollenhorst and Jones 2001; Lucas 1973; McDonald and others 1989l; Patterson and others 1998; Watson 1995).

Given the complexity of human interactions with their environment and other people, the intent of monitoring this quality is not to understand people's experiences, perceptions, or motivations in wilderness. Instead, this monitoring strategy focuses on the mandate in the Wilderness Act to provide outstanding *opportunities* and to monitor how these *opportunities* are changing over time (Cole 2004; Dawson 2004). This monitoring will not answer questions related to whether people perceive these changes as good or bad, nor will it answer questions about whether the changes are causing people to alter their expectations or their behavior. While important, these questions are beyond the current scope of this Framework.

BLM_0056477

## Monitoring Framework for This Quality

Monitoring this quality focuses exclusively on assessing how the opportunity for people to experience wilderness is changing, not on how visitor experiences are changing. This quality is degraded by settings that reduce these opportunities, such as encounters with other wilderness visitors, signs of modern civilization adjacent to the wilderness that affect these opportunities inside wilderness, facilities provided by the agency or created by users that reduce people's self-reliance, and management restrictions on visitor behavior (table 7). A detailed discussion of the monitoring questions, indicators, measures, and data sources for the solitude or primitive and unconfined recreation quality is in *Appendix A*.

**Table 7.** Recommended monitoring framework for the solitude or primitive and unconfined quality.

| Quality | Monitoring question | Indicator | Measure | Data sources |
|---|---|---|---|---|
| **Solitude or Primitive and Unconfined Recreation –** Wilderness provides outstanding opportunities for solitude or primitive and unconfined recreation | What are the trends in outstanding opportunities for solitude inside wilderness? | Remoteness from sights and sounds of people inside the wilderness | Amount of visitor use | ▪ Agency data systems (if available) ▪ Local data entry by resource specialists |
| | | | Number of trail contacts | ▪ Record cards from staff and volunteers |
| | | | Number and condition of campsites | ▪ Agency data systems (if available) ▪ Record cards from staff and volunteers |
| | | | Area of wilderness affected by access or travel routes that are inside the wilderness | ▪ Agency GIS data systems, aerial photography |
| | | Remoteness from occupied and modified areas outside the wilderness | Area of wilderness affected by access or travel routes that are adjacent to the wilderness | ▪ Agency GIS data systems, aerial photography |
| | | | Night sky visibility averaged over the wilderness | ▪ National night sky visibility maps |
| | | | Extent and magnitude of intrusions on the natural soundscape | ▪ Agency data systems (if available) ▪ Local data entry by resource specialists |
| | What are the trends in outstanding opportunities for primitive and unconfined recreation inside wilderness? | Facilities that decrease self-reliant recreation | Type and number of agency-provided recreation facilities | ▪ Agency data systems (if available) ▪ Local data entry by resource specialists |
| | | | Type and number of user-created recreation facilities | ▪ Agency data systems (if available) ▪ Local data entry by resource specialists ▪ Record cards from staff and volunteers |
| | | Management restrictions on visitor behavior | Type and extent of management restrictions | ▪ Agency data systems (if available) ▪ Local data entry by resource specialists |

BLM_0056478

# Assessing and Reporting Trend in Wilderness Character

Assessing trends in individual measures and indicators is essential for local managers, but it is just as critical to understand and report on the big picture—how wilderness character is changing over time across the NWPS. This big picture is a powerful and effective tool for communicating about wilderness within the agency and with external audiences.

## *Method for Assessing Trend in Wilderness Character*

Two steps that are used to assess trend in wilderness character are briefly summarized here, and are explained in detail in the Technical Guide (Landres and others, in press).

First, an important change in each measure is defined by each agency or wilderness. For example, this could be a 5 percent change in the number of actions to manage wildlife, a 10 percent change in the number of recreation facilities, or any change in the number of extirpated indigenous species over the 5-year monitoring period. Based on this criterion, the trend in the measure is categorized as either improving (for example, a greater than 5 percent reduction in manipulating wildlife), stable (less than a 5 percent change in manipulating wildlife), or degrading (a greater than 5 percent increase in manipulating wildlife).

Using this criterion for assessing important change in a measure, different types of change can be assessed depending on the information needed. For example, short term change would be assessed between successive monitoring cycles (for example, between the 4th and 5th monitoring cycles), whereas long term change would be assessed between the most recent and oldest monitoring cycles (for example, between the 1st and 5th monitoring cycles). Once there are data from at least 5 monitoring cycles, other statistical tools, such as regression analysis, can be used to assess an overall trend across all the monitoring cycles.

Second, a consistent set of rules is used to synthesize trends from the measure up to the overall trend in wilderness character. These rules are:

1. Assign a numerical score for the trend in each measure (shown diagrammatically with arrows), as follows:

   - Improving (⇧): +1
   - Stable (⇔): 0
   - Degrading (⇩): −1

2. Assign a trend for the indicator, as follows:

   - If the indicator has just one measure, the trend for the indicator is the same as the measure.
   - If the indicator has more than one measure, trends from each measure are summed to yield a single numerical score for the indicator. If this sum is positive, the indicator has improved and is assigned an overall numerical score of +1. If this sum is negative, the indicator has degraded and is assigned an overall numerical score of -1. If the sum is zero because the numerical scores from the improving measures exactly offset the numerical scores from the degrading measures, the indicator is called "offsetting

BLM_0056479

stable (☼)" to differentiate it from stability at the measure level. Offsetting stable is assigned a numerical score of 0 to be used in the following steps.

3. Assign a trend for the monitoring question, following the same process described above for assigning a trend to the indicator.

4. Assign a trend for the quality of wilderness character, following the same process described above for assigning a trend to the indicator.

5. Assign a trend for wilderness character, following the same process described above for assigning a trend to the indicator. This trend in wilderness character is categorized as preserved (improving or offsetting stable) or degrading to follow the statutory language of the Wilderness Act.

Together, these steps allow a wilderness to compile trend information from the level of the measure up to the overall trend in wilderness character (table 8).

These decision rules allow local staff to assess the direction of change in wilderness character, but they do not assess the magnitude or intensity of this change. Local staff can put this overall trend in wilderness character in its appropriate context by reviewing the raw data for the individual measures that contributed to this overall trend. Regional and national staff can compile these individual wilderness trends to assess the percentage of wildernesses in which wilderness character is preserved or degrading.

### Narrative About the Trend in Wilderness Character

A narrative would be useful to provide information about local conditions, circumstances, and context that affect the interpretation and use of the results of this trend assessment. This narrative gives local managers the opportunity to add qualitative information and insights from their professional judgment to complement and help interpret the data obtained from the measures. This narrative would be a valuable part of the legacy information passed to future wilderness managers and would help ensure consistency in reporting over time. The following questions could serve to structure this narrative (see the Technical Guide [Landres and others, in press] for more examples):

• Is there confidence in the data generated by this monitoring protocol?

• Is this trend in wilderness character an accurate reflection of recent conditions in the wilderness?

• How should this trend in wilderness character be interpreted if one of the four qualities is improving while another is degrading?

• Have decisions been made (for example, to not take certain actions) that would not be reflected in this monitoring and affect the interpretation of this trend in wilderness character?

## *Reporting on Trends in Wilderness Character*

This monitoring would provide data and assessment information for both local and national audiences. Examples of both types of reports are in the Forest Service Technical Guide (Landres and others, in press).

BLM_0056480

**Table 8.** Hypothetical example showing how the decision rules are used to assess the trend in wilderness character between monitoring periods within a wilderness.

| Measure | Trend in measure | Trend in indicator | Trend in question | Trend in quality | Trend in wilderness character |
|---|---|---|---|---|---|
| **Untrammeled quality:** | | | | | |
| Management actions | ⇓ | ⇕ | ⇑ | ⇑ | |
| Fires suppressed | ⇑ | | | | |
| Lakes stocked with fish | ⇑ | ⇑ | | | |
| Unauthorized actions | ⇑ | | | | |
| **Natural quality:** | | | | | |
| Listed species | ⇔ | ⇓ | ⇕ | ⇓ | |
| Extirpated species | ⇔ | | | | |
| Invasive non-indigenous species | ⇓ | | | | |
| Grazing allotments | ⇔ | | | | |
| Visibility | ⇔ | ⇑ | | | |
| Ozone | ⇑ | | | | |
| Acid deposition | ⇔ | | | | |
| Fire regime departure | ⇓ | ⇓ | ⇓ | | |
| Global climate change | ⇓ | | | | |
| **Undeveloped quality:** | | | | | ⇓ |
| Authorized development | ⇑ | ⇕ | ⇓ | ⇓ | |
| Unauthorized development | ⇓ | | | | |
| Inholdings | ⇓ | ⇓ | | | |
| Authorized mechanized uses | ⇓ | ⇓ | ⇓ | | |
| Emergency mechanized uses | ⇓ | | | | |
| Loss of cultural resources | ⇓ | ⇓ | ⇓ | | |
| **Solitude or primitive and unconfined quality:** | | | | | |
| Visitor use | ⇔ | ⇓ | ⇓ | ⇕ | |
| Campsites | ⇓ | | | | |
| Night sky visibility | ⇓ | ⇓ | | | |
| Soundscape | ⇓ | | | | |
| Recreation facilities | ⇑ | ⇑ | ⇑ | | |
| Visitor restrictions | ⇑ | ⇑ | | | |

- *Local reports*—designed for local managers to improve wilderness stewardship. There could be two different types of reports: a summarized version suitable for communicating with line officers and interested citizens and a detailed version for the on-the-ground manager comparing current conditions against locally established standards. Local reports would be produced annually. Every 5 years, local results would be transmitted to a central office for producing the national report.

- *National reports*—designed for regional and national program managers to assist with accountability for wilderness stewardship and policy review. There could be two different types of reports: a summarized version suitable for communicating with agency

BLM_0056481

leadership, congressional staff, and similar public audiences and a more detailed regional or state version to assist with understanding policy implementation at this scale. National reports would be produced every 5 years and would cover trends within an agency and across the National Wilderness Preservation System. To facilitate compilation of data, assessment of regional and national trends, and reporting, each agency would ideally use a common data application similar to the National Biological Information Infrastructure that is administered by the U.S. Geological Survey.

BLM_0056482

# Implementing This Interagency Strategy

Implementing this strategy would require substantial commitment. Successful implementation would require support from the top down and bottom up—that is, from both program leads to field staff. The IWSC is in a unique position to support successful implementation because of their role providing staff support to the program leads on the Interagency Wilderness Policy Council, as well as leadership to wilderness staff in their respective agencies. The IWSC is also one of the primary groups fostering interagency coordination and communication, which is necessary for successful implementation of this strategy.

Accordingly, we suggest that the IWSC formally:

1. Recognize the central mandate of preserving wilderness character;

2. Endorse the necessity of assessing trends in wilderness character to better inform wilderness stewardship decisions;

3. Endorse this interagency strategy as the tool to assess trends in wilderness character and endorse the description of wilderness character used in this strategy;

4. Endorse posting this draft interagency strategy on the Interagency Wilderness Character Monitoring Team's document website;

5. Recommend that the Interagency Wilderness Policy Council give the "green-light" to share the interagency strategy within each of the wilderness management agencies and to agency partners and the public;

6. Recommend that the Interagency Wilderness Policy Council approve and support implementation of this interagency strategy within the four wilderness management agencies in partnership with the U.S. Geological Survey and Forest Service Research and Development through the Aldo Leopold Wilderness Research Institute;

7. Recommend that the Interagency Wilderness Policy Council charter an interagency team to provide coordination and communication among the agencies to implement this interagency strategy to assess and report on trends in wilderness character across the National Wilderness Preservation System; and

8. Recommend that the interagency Arthur Carhart National Wilderness Training Center be assigned the lead and resources to develop training materials to facilitate consistent implementation of this interagency strategy.

The IWSC could take several other actions, both interagency as well as agency-specific, that would contribute to successful implementation of this strategy. Agency-specific actions taken by the IWSC members could include:

• encouraging broad-based support for this monitoring among the different agency programs and staff groups, including administrative, financial, information and data systems, science, on-the-ground, line officers, and others as appropriate;

• facilitating a review of data that are currently available within the agency or from outside sources that could be used to monitor trends in wilderness character;

BLM_0056483

- facilitating development of protocols for collecting data for each measure that are credible, reliable, and practical;
- facilitating development of protocols for storing and managing these data within current agency data systems; and
- conducting periodic review of this monitoring and its effectiveness within the agency.

Interagency actions taken by the IWSC could include:

- facilitating staffing for a program manager and data manager to oversee implementation of this interagency strategy;
- facilitating development of interagency protocols for compiling and managing data from each agency on trends in wilderness character for reporting on trends across the NWPS;
- developing procedures for active and on-going communication and coordination among the agencies about monitoring trends in wilderness character;
- endorsing a website that provides interagency, NWPS-wide communication products such as fact sheets geared to specific audiences, computer presentations, answers to frequently asked questions, and monitoring reports; and
- hosting a 5-year review of the effectiveness of this interagency strategy to monitor trends in wilderness character.

In addition to these actions described above, general implementation strategies for each agency are described in *Appendix C.*

BLM_0056484

# Implications for a GPRA Wilderness Measure

The Government Performance and Results Act of 1993 (GPRA) mandates that the federal agencies demonstrate accountability "by providing…information about program results and service quality." The U.S. Forest Service currently uses "number of wilderness areas managed to minimum stewardship level" as this performance measure for wilderness. The three DOI wilderness agencies currently use a common GPRA wilderness performance measure, "Percent of acres of designated wilderness achieving wilderness character objectives as specified by statute."

The Interagency Wilderness Character Monitoring Team suggests that the four wilderness management agencies consider using a GPRA wilderness performance measure that is consistent with the interagency strategy described in this document. This GPRA wilderness performance measure could be:

> "Percent of designated wilderness areas meeting objectives for "preserving wilderness character" as defined by interagency protocol and statute."

The Team suggests that the objectives cited in the proposed GPRA wilderness performance measure be defined as follows:

> "Years 1 through 5: Each agency will report the percent of designated wilderness areas that have implemented wilderness character monitoring according to the interagency standards detailed in *Keeping it Wild: An Interagency Strategy to Monitor Trends in Wilderness Character Across the National Wilderness Preservation System*. It is expected the GPRA measure for each agency by the end of Year 5 will be to report 100 percent."

> "Years 6+: Each agency will report the percent of designated wilderness areas where wilderness character is "stable" or "improving" according to the methods detailed in *Keeping it Wild: An Interagency Strategy to Monitor Trends in Wilderness Character Across the National Wilderness Preservation System*."

This proposed change to the currently used GPRA wilderness performance measures would need to be implemented in the four Federal agencies differently. In the U.S. Forest Service, the current performance measure is an effective measure for evaluating trends in management activities, including the performance of individual management units, which helps to improve stewardship by focusing on key program elements. However, this performance measure does not address the outcomes of management decisions and actions on wilderness character. Therefore, we suggest that the Forest Service consider integrating an evaluation of trends in wilderness character into the current GPRA performance measure. For the three DOI agencies, we suggest that they consider revising their current GPRA performance measure to be consistent with this interagency strategy as described above.

Not all measures of wilderness character are directly under the control of the land managing agency. Therefore, the measures used to report this GPRA wilderness performance measure would be the subset of the wilderness character measures that are predominantly within the management capability and authority of the Federal agency. For instance, though it is acknowledged that changes in air quality can have a profound impact on wilderness character, those changes are rarely within the purview of the local land manager and it would be inappropriate to base a GPRA performance goal on changes in air quality.

BLM_0056485

It is expected that there may be significant differences between the Federal agencies in how the GPRA performance goal is implemented, particularly during the first 5 years. For example, one agency may expect 20 percent of its wilderness areas to have completely implemented the monitoring each year, while another agency may expect all of its wilderness areas to have implemented 20 percent of the monitoring protocol each year. Additionally, as this interagency strategy allows different agencies to select different measures for each indicator, each agency can be expected to select a different subset of measures to incorporate into their GPRA wilderness performance measure.

BLM_0056486