# References

American Heritage Dictionary. 1992. Houghton Mifflin Company, Boston, MA.

Aplet, G.H. 1999. On the nature of wildness: exploring what wilderness really protects. Denver University Law Review 76:347-367.

Arcese, P. 1997. The role of protected areas as ecological baselines. Journal of Wildlife Management 61:587-602.

Belsky, A.J.; Blumenthal, D.M. 1997. Effects of livestock grazing on stand dynamics and soils in upland forests of the Interior West. Conservation Biology 11:315-327.

Borrie, W.T. 2000. Impacts of technology on the meaning of wilderness. *In* Personal, Societal, and Ecological Values of Wilderness: Sixth World Wilderness Congress Proceedings on Recreation, Management, and Allocation, Volume II; 1998 Oct 24-29, Bangalore, India (A.E. Watson, G.H. Aplet, and J.C. Hendee, compilers). Proceedings RMRS-P-14 Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station: 87-88.

Borrie, W.T.; Roggenbuck, J.W. 1998. Providing an authentic wilderness experience? Thinking beyond the Wilderness Act of 1964. *In* Wilderness and natural areas in eastern North America: Research, Management, and Planning (D.L. Kulhavy and M.H. Legg, editors). Stephen F. Austin State University, Nacogdoches, TX: 34-44.

Borrie, W.T.; Birzell, R.M. 2001. Approaches to measuring quality of the wilderness experience. *In* Visitor Use Density and Wilderness Experience: Proceedings (W.A. Friedmund and D.N. Cole, compilers). RMRS-P-20. Fort Collins, CO: U.S. Department of Agriculture, Forest Service Rocky Mountain Research Station: 29-38.

Boutcher, S.; Landres, P. 2006. Final Pilot Test Report: A national protocol to evaluate trends in wilderness character. Report on file at the Aldo Leopold Wilderness Research Institute, Missoula, MT.

Cinzano, P.; Falchi, F.; Elvidge, C.D. 2001. The first world atlas of the artificial night sky brightness. Monthly Notices of the Royal Astronomical Society 328:689-707.

Clinton, W.J. 1999. Executive Order 13112 of February 3, 1999—Invasive Species. Federal Register, Volume 64, Number 25, February 8, 1999.

Cole, D.N. 2002. Ecological impacts of wilderness recreation and their management. *In* Wilderness Management: Stewardship and Protection of Resources and Values (J.C. Hendee and C.P. Dawson, editors). Third Edition. Golden, CO: Fulcrum Publishing: 413-459.

Cole, D.N. 2004. Wilderness experiences: what should we be managing for? International Journal of Wilderness 10(3):25-27.

Cole, D.N.; Petersen, M.E.; Lucas, R.C. 1987. Managing wilderness recreation use: common problems and potential solutions. Gen. Tech. Rep. INT-230. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Research Station.

Cole, D.N.; Landres, P.B. 1996. Threats to wilderness ecosystems: impacts and research needs. Ecological Applications 6:168-184.

Cowell, C.M.; Dyer, J.M. 2002. Vegetation development in a modified riparian environment: human imprints on an Allegheny River wilderness. Annals of the Association of American Geographers 92:189-202.

Dawson, C. 2004. Monitoring outstanding opportunities for solitude. International Journal of Wilderness 10(3):12-14, 20.

Dustin, D.L.; McAvoy, L.H. 2000. Of what avail are forty freedoms: the significance of wilderness in the 21st century. International Journal of Wilderness 6(2):25-26.

BLM_0056487

Government Accounting Office. 1989. Wilderness preservation: problems in some national forests should be addressed. GAO/RCED-89-202. Washington, DC: U.S. Government Printing Office.

Hall, T.E. 2001. Hikers' perspectives on solitude and wilderness. International Journal of Wilderness 7(2):20-24.

Hammitt, W.E.; Rutlin, W.M. 1995. Use encounter standards and curves for achieved privacy in wilderness. Leisure Sciences 17:245-262.

Hendee, J.C.; Dawson, C.P. 2001. Stewardship to address the threats to wilderness resources and values. International Journal of Wilderness 7(3):4-9.

Hendee, J.C.; Dawson, C.P. 2002. Wilderness management: stewardship and protection of resources and values, third edition. Golden, CO: Fulcrum Publishing.

Hollenhorst, S.J.; Jones, C.D. 2001. Wilderness solitude: beyond the social-spatial perspectives. *In* Visitor Use Density and Wilderness Experience: Proceedings (W.A. Friedmund and D.N. Cole, compilers). RMRS-P-20. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station.

Humphrey, H.H. 1957. Testimony June 19-20 for the U.S. Congress, Senate Committee on Interior and Insular Affairs, published hearings on S. 1176.

Johnson, B.J.; Hall, T.E.; Cole D.N. 2005. Naturalness, primitiveness, remoteness and wilderness: wilderness visitors' understanding of Wilderness Act concepts. Unpublished report, University of Idaho, Moscow, ID.

Knapp, R.A.; Corn, P.S.; Schindler, D.E. 2001. The introduction of nonnative fish into wilderness lakes: good intentions, conflicting mandates, and unintended consequences. Ecosystems 4:275-278.

Landres, P. 2003. Database of wilderness laws and their management language. Excel database on file at the Aldo Leopold Wilderness Research Institute, Missoula, MT.

Landres P.; Marsh, S.; Merigliano, L.; Ritter, D.; Norman, A. 1998. Boundary effects on national forest wildernesses and other natural areas. *In* Stewardship Across Boundaries (R.L. Knight and P.B. Landres, editors). Washington, DC: Island Press: 117-139.

Landres, P.; Boutcher, S.; Merigliano, L.; Barns, C.; Davis, D.; Hall, T.; Henry, S.; Hunter, B.; Janiga, P.; Laker, M.; McPherson, A.; Powell, D.S.; Rowan, M.; Sater, S. 2005. Monitoring selected conditions related to wilderness character: a national framework. Gen. Tech. Rep. RMRS-GTR-151. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station.

Landres, P.;Boutcher, S.; Hall, T.; Dean, L.; Mebane, A.; Blett, T.; Merigliano, L. *In press.* Technical guide for monitoring selected conditions related to wilderness character. Gen. Tech. Rep. Washington, DC: U.S. Department of Agriculture, Forest Service. 236 p.

Leopold, A. 1921. The wilderness and its place in forest recreational policy. Journal of Forestry 19(7):718-721.

Leopold, A. 1949. A sand county almanac and sketches here and there. London, England: Oxford University Press.

Lodge, D.M.;Williams, S.; MacIsaac, H.J.; Hayes, K.R.; Leung, B.; Reichard, S.; Mack, R.N.; Moyle, P.B.; Smith, M.; Andow, D.A.; Carlton, J.T.; McMichael, A. 2006. Biological invasions: recommendations for U.S. policy and management. Ecological Applications 16:2035-2054.

Louda, S.M.; Stiling, P. 2004. The double-edged sword of biological control in conservation and restoration. Conservation Biology 18:50-53.

Lucas, R.C. 1973. Wilderness: a management framework. Journal of Soil and Water Conservation 28:150-154.

BLM_0056488

Lucas, R.C. 1983. The role of regulations in recreation management. Western Wildlands 9(2):6-10.

Manning, R.E.; Lime, D.W. 2000. Defining and managing the quality of wilderness recreation experiences. *In* Wilderness Science in a Time of Change Conference, Volume 4: Wilderness visitors, experiences, and visitor management (S.F. McCool, D.N. Cole, W.T. Borrrie, and J.O'Loughlin, compilers). Proceedings. RMRS-P-15-VOL-4. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station: 13-52.

Manning, R.; Valliere, W.; Hallo, J.; Newman, P.; Pilcher, E.; Savidge, M.; Dugan, D. 2007. From landscapes to soundscapes: understanding and managing natural quiet in the National Parks. *In* proceedings of the 2006 Northeastern Recreation Research Symposium (R. Burns, K. Robinson, compilers). Gen. Tech. Rep. GTR-NRS-P-14. Newton Square, PA: U.S. Department of Agricluture, Forest Service, Northern Research Station: 601-606.

McCloskey, M. 1999. Changing views of what the wilderness system is all about. Denver University Law Review 76:369-381.

McCool, S.F. 2004. Wilderness character and the notion of an "unconfined" experience. International Journal of Wilderness 10(3):15-17.

McDonald, B.; Guldin, R.; Wetherhill, R. 1989. The spirit of wilderness: the use and opportunity of wilderness experience for personal growth. *In* Wilderness benchmark 1988: proceedings of the national wilderness colloquium (H.R. Freilich, compiler). Gen. Tech. Rep. SE-51. Asheville, NC: U.S. Department of Agriculture, Forest Service, Southeastern Forest Experiment Station: 193-207.

Meyer, S.S. 2000. Legislative interpretation as a guiding tool for wilderness management. *In* Wilderness Science in a Time of Change Conference, Volume 5: Wilderness ecosystems, threats, and management (S.F. McCool, D.N. Cole, W.T. Borrrie, and J.O'Loughlin, compilers). Proceedings RMRS-P-15-VOL-5. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station: 343-347.

Moore, K.D. 2007. In the shadow of the cedars: the spiritual values of old-growth forests. Conservation Biology 21:1120-1123.

Nash, R. 1996. A wilderness ethic for the age of cyberspace. International Journal of Wilderness 2(3):4-5.

Nash, R. 2004. Celebrating Wilderness in 2004. George Wright Forum 21(3):6-8.

Patterson, M.E.; Watson, A.E.; Wiliams, D.R.; Roggenbuck, J.R. 1998. An hermeneutic approach to studying the nature of wilderness experiences. Journal of Leisure Research 30:423-452.

Pinchot Institute for Conservation. 2001. Ensuring the Stewardship of the National Wilderness Preservation System. A report to the USDA Forest Service, Bureau of Land Management, U.S. Fish and Wildlife Service, National Park Service, U.S. Geological Survey. Washington, DC: Pinchot Institute for Conservation.

Putney, A.D.; Harmon, D. 2003. Intangible values and protected areas: towards a more holistic approach to management. *In* The Full Value of Parks: From Economics to the Intangible (D. Harmon, and A.D. Putney, editors). Lanham, MD: Rowman & Littlefield Publishers: 311-326.

Roggenbuck, J.W. 2004. Managing for primitive recreation in wilderness. International Journal of Wilderness 10(3):21-24.

Roggenbuck, J.W.; Driver, B.L. 2000. Benefits of nonfacilitated uses of wilderness. *In* Wilderness science in a time of change conference, Volume 3: Wilderness as a place for scientific inquiry (S.F. McCool, D.N. Cole, W.T. Borrrie, and J.O'Loughlin, compilers) proceedings. RMRS-P-15-VOL-3.

BLM_0056489

Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station: 33–49.

Rohlf, D.; Honnold, D.L. 1988. Managing the balance of nature: the legal framework of wilderness management. Ecology Law Quarterly 15:249-279.

Schmidt, K.M.; Menakis, J.P.; Hardy, C.C.; Hann, W.J.; Bunnell, D.L. 2002. Development of coarse-scale spatial data for wildland fire and fuel management. Gen. Tech. Rep. RMRS-GTR-87. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station.

Schreiber, R.K.; Newman, J.R. 1987. Air quality in wilderness: a state-of-knowledge review. *In* National Wilderness Research Conference: Issues, state-of-knowledge, future directions (R.C. Lucas, compiler). Proceedings. Gen. Tech. Rep. INT-220. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Research Station: 104-134.

Schroeder, H.W. 2007. Symbolism, experience, and the value of wilderness. International Journal of Wilderness 13(1):13-18.

Scott, D.W. 2002. "Untrammeled," "wilderness character," and the challenges of wilderness preservation. Wild Earth 11(3/4):72-79.

Sutter, P. 2004. Driven wild: how the fight against automobiles launched the modern wilderness movement. Seattle, WA: University of Washington Press.

USDA Forest Service. 1972. Wilderness Policy Review, May 17, 1972, authored by W.A. Worf, C.G. Gorgensen, and R.C. Lucas. Unpublished document on file at the Aldo Leopold Wilderness Research Institute, Missoula, MT.

United States Congress. 1983. U.S. House Report 98-40 from the Committee on Interior and Insular Affairs, March 18, p. 43.

Washington Trails Association. 1997. Comments on wilderness solitude. Special reprint from Signpost for Northwest Trails. Seattle, WA.

Watson, A.E. 1995. Opportunities for solitude in the Boundary Waters Canoe Area Wilderness. Northern Journal of Applied Forestry 12(1):12-18.

Zahniser, H. 1956. The need for wilderness areas. The Living Wilderness 59(Winter to Spring): 37-43.

Zahniser, H. 1961. Editorial: Managed to be left unmanaged. The Living Wilderness 76(Spring to Summer): 2.

Zahniser, H. 1963. Editorial: Guardians not gardeners. The Living Wilderness 83(Spring to Summer): 2.

BLM_0056490

# Appendix A—Details About Monitoring the Four Qualities

This appendix provides details about all the monitoring questions, indicators, measures, and data sources for the four qualities that comprise wilderness character.

## *Untrammeled Quality*

This section provides details about all the monitoring questions, indicators, measures, and data sources for the untrammeled quality, beginning with an overview (for reference) in table 9.

**Table 9.** An overview of the monitoring question, indicators, measures, and data sources for the untrammeled quality.

| Untrammeled quality Wilderness is essentially unhindered and free from modern human control or manipulation | | | |
|---|---|---|---|
| **Monitoring question** | **Indicator** | **Measure** | **Data sources** |
| What are the trends in actions that control or manipulate the "earth and its community of life" inside wilderness? | Actions authorized by the Federal land manager that manipulate the biophysical environment | Number of actions to manage plants, animals, pathogens, soil, water, or fire | ▪ Agency data systems (if available)<br>▪ Local data entry by resource specialists<br>▪ Minimum Requirements analyses |
| | | Percent of natural fire starts that received a suppression response | ▪ Agency data systems<br>▪ National fire data systems<br>▪ Local data entry by resource specialists |
| | | Number of lakes and other water bodies stocked with fish | ▪ Agency data systems (if available)<br>▪ State agencies<br>▪ Local data entry by resource specialists |
| | Actions not authorized by the Federal land manager that manipulate the biophysical environment | Number of unauthorized actions by agencies, citizen groups, or individuals that manipulate plants, animals, pathogens, soil, water, or fire | ▪ Law enforcement data systems (if available)<br>▪ Other federal and state agency data systems<br>▪ Record cards from other staff and volunteers<br>▪ Local data entry by resource specialists |

*Monitoring Question: What are the trends in actions that control or manipulate the "earth and its community of life" inside wilderness?* This monitoring question addresses actions that manipulate or control ecological systems inside wilderness. This question focuses on actions rather than authorizations so the number of manipulations that actually occurred can be monitored. There are two indicators under this monitoring question:

- *Indicator: Actions authorized by the Federal land manager that manipulate the biophysical environment.* This indicator would track trends in all the actions that an agency authorizes to manipulate any aspect of the ecological system inside wilderness, including discretionary and non-discretionary actions (non-discretionary actions are those that are compelled to uphold other laws; the reason for an action would be recorded under the measure). There are three possible measures under this indicator and all would be monitored annually:

  ◊ *Measure: Number of actions to manage plants, animals, pathogens, soil, water, or fire.* All significant authorized actions

BLM_0056491

that directly manipulate or control plants, animals, pathogens, soil, water, or fire are monitored. The intent of this measure is to track large-scale or significant actions—small scale actions such as removing a hazard tree would not be included. Examples of actions that would be counted include spraying herbicides to remove an invasive plant, introducing a plant or animal, radio-collaring animals, electro-shocking fish, or using management-ignited prescribed fire. Definitions and set of rules for counting actions are described in the Technical Guide (Landres and others, in press). An increasing number of manipulative actions authorized by the Federal land manager degrade the untrammeled quality.

◊ *Measure: Percent of natural fire starts that received a suppression response.* The act of suppressing a naturally-ignited fire, regardless of how many acres the fire has burned or may burn, manipulates wilderness. This measure tracks fires that receive any form of suppression response. Only fires that were naturally ignited are included in this measure—fires that were started by human activity are not included. The untrammeled quality is degraded by an increasing number of natural fire starts that are suppressed.

◊ *Measure: Number of lakes and other water bodies stocked with fish.* Stocking lakes, streams, or other water bodies inside wilderness is a significant manipulation. The number of lakes or other water bodies that are stocked is a separate measure to bring explicit focus to authorized Federal and State agency stocking programs, even though this measure would not likely apply to desert wildernesses or others without recreational fishing opportunity. An increasing number of lakes and other water bodies that are stocked with fish degrade the untrammeled quality.

• *Indicator: Actions not authorized by the Federal land manager that manipulate the biophysical environment.* This indicator would track trends in actions that are not authorized by the Federal land manager that manipulate any aspect of the ecological system inside wilderness. Unauthorized actions are fundamentally different from authorized actions and the types of data available to monitor them are different as well. Typically, unauthorized actions include such things as citizen groups creating a recreational fishery by stocking fish in a wilderness lake. In addition, other Federal or state agencies that have not been given authorization by the administering agency's Federal land manager may take actions. This indicator tracks unauthorized actions rather than violations because some actions may not be citable yet still be unauthorized actions that trammel the wilderness. There is one possible measure under this indicator and it would be monitored annually:

◊ *Measure: Number of unauthorized actions by agencies, citizen groups, or individuals that manipulate plants, animals, pathogens, soil, water, or fire.* Agency law enforcement data systems may provide some data, but record cards and data entry from resource specialists would likely be necessary. The level of effort used to collect these data would strongly influence the

BLM_0056492

result—level of effort, therefore, needs to be taken into account in interpreting this result. An increasing number of manipulative actions taken by other agencies, citizen groups, or individuals degrade the untrammeled quality.

## Natural Quality

This section provides details about all the monitoring questions, indicators, measures, and data sources for the natural quality, beginning with an overview (for reference) in table 10.

**Table 10.** An overview of the monitoring question, indicators, measures, and data sources for the natural quality.

| Natural quality<br>Wilderness ecological systems are substantially free from the effects of modern civilization | | | |
|---|---|---|---|
| **Monitoring question** | **Indicator** | **Measure** | **Data sources** |
| What are the trends in terrestrial, aquatic, and atmospheric natural resources inside wilderness? | Plant and animal species and communities | Abundance, distribution, or number of indigenous species that are listed as threatened and endangered, sensitive, or of concern | ▪ Agency data systems (if available)<br>▪ Local data entry by resource specialists<br>▪ State agencies and other partners (e.g., NatureServe data)<br>▪ Record cards from staff and volunteers |
| | | Number of extirpated indigenous species | ▪ Agency data systems (if available)<br>▪ Local data entry by resource specialists<br>▪ State agencies and other partners (for example, NatureServe data) |
| | | Number of non-indigenous species | ▪ Agency data systems (if available)<br>▪ Local data entry by resource specialists<br>▪ State agencies and other partners (for example, NatureServe data)<br>▪ National FIA data |
| | | Abundance, distribution, or number of invasive non-indigenous species | ▪ Agency data systems (if available)<br>▪ Local data entry by resource specialists<br>▪ State agencies and other partners (for example, NatureServe data)<br>▪ National FIA data<br>▪ Record cards from staff and volunteers |
| | | Number of acres of authorized active grazing allotments and number of animal unit months (AUMs) of actual use inside wilderness | ▪ Agency data systems (if available)<br>▪ Local data entry by resource specialists |
| | | Change in demography or composition of communities | ▪ National FIA data<br>▪ Remote sensing (satellite imagery, aerial photography)<br>▪ Photopoints (for particular places of concern)<br>▪ Local data entry by resource specialists |
| | Physical resources | Visibility based on average deciview and sum of anthropogenic fine nitrate and sulfate | ▪ National IMPROVE data |
| | | Ozone air pollution based on concentration of N100 episodic and W126 chronic ozone exposure affecting sensitive plants | ▪ National EPA AIRS data<br>▪ National CASTNET data |
| | | Acid deposition based on concentration of sulfur and nitrogen in wet deposition | ▪ National NADP/NTN data |

BLM_0056493

**Table 10.** *Continued.*

| Natural quality Wilderness ecological systems are substantially free from the effects of modern civilization | | | |
|---|---|---|---|
| **Monitoring question** | **Indicator** | **Measure** | **Data sources** |
| | | Extent and magnitude of change in water quality | ▪ Agency data systems (if available)<br>▪ Water quality monitoring stations |
| | | Extent and magnitude of human-caused stream bank erosion | ▪ Photopoints<br>▪ Record cards from staff and volunteers |
| | | Extent and magnitude of disturbance or loss of soil or soil crusts | ▪ Remote sensing (aerial photography, satellite imagery)<br>▪ Photopoints<br>▪ Record cards from staff and volunteers |
| What are the trends in terrestrial, aquatic, and atmospheric natural processes inside wilderness? | Biophysical processes | Departure from natural fire regimes averaged over the wilderness | ▪ National LANDFIRE modeling program |
| | | Extent and magnitude of global climate change | ▪ National RAWS data stations<br>▪ National MODIS satellite imagery<br>▪ National SNOTEL data stations<br>▪ Photopoints<br>▪ Historical/recent photo pairs<br>▪ Remote sensing (aerial photography, satellite imagery) |
| | | Area and magnitude for pathways for movement of non-indigenous species into the wilderness | ▪ Agency data systems (if available)<br>▪ Local data entry by resource specialists<br>▪ State agencies and other partners |
| | | Area and magnitude of loss of connectivity with the surrounding landscape | ▪ Agency data systems (if available)<br>▪ Local data entry by resource specialists<br>▪ State agencies and other partners<br>▪ Remote sensing (aerial photography, satellite imagery) |

*Monitoring Question: What are the trends in terrestrial, aquatic, and at-mospheric natural resources inside wilderness?* This monitoring question addresses how selected biological and physical resources in terrestrial, aquatic, and atmospheric environments change over time. The two in-dicators under this monitoring question reflect a basic division between biological and physical resources.

- *Indicator: Plant and animal species and communities.* This indicator tracks trends in selected plant and animal species and plant and animal communities, in both terrestrial and aquatic environments. No wilderness has a complete species list and this indicator is not intended to provide such a list. Instead, this indicator would track species and communities that are of concern, as well as species that are a threat to the indigenous species. There are six possible measures under this indicator, and all would be monitored every 5 years, except the grazing measure would be monitored annually:

  ◊ *Measure: Abundance, distribution, or number of indigenous species that are listed as threatened and endangered, sensitive, or*

USDA Forest Service RMRS-GTR-212. 2008.

BLM_0056494

*of concern.* Wilderness may serve as a place where populations of plant and animal species on State or Federal threatened and endangered species lists can find some measure of protection. In addition, State and Federal agencies may list other species that are known to be sensitive to particular threats or species that are of concern but not yet listed as threatened or endangered. Local staff would need to input any change in listing status of a species to avoid showing a spurious trend in this measure. This measure is worded to show the different types of data relevant to species populations that a wilderness may choose from to assess trend:

- abundance and verified distribution yield the best information about the status and trend of listed populations, but may be much more expensive and difficult to gather;

- distribution and relative abundance based on record cards is less expensive but not as accurate or precise a way to assess trend; and

- number of species is acceptable and the least expensive as a measure, but it does not yield any information on the status of the population as do the other measures.

If the abundance, area occupied, or number of listed species change between monitoring periods, the local manager and resource specialist together will need to interpret if this change degrades the natural quality of wilderness character. This inter-pretation needs to be done carefully because factors inside and outside the wilderness may affect listed species populations in either positive or negative ways.

◊ *Measure: Number of extirpated indigenous species.* The loss or extirpation of indigenous species from a wilderness profoundly affects public understanding and experience of that area. The wolf and grizzly bear, for example, have long been symbols for wilderness, and those areas that now lack these species are, in the view of most people, less wild and less of a wilderness. The loss of individual species, such as beaver, may also profoundly affect wilderness ecosystems. This measure assesses trend based on the known history of an area from the time of European contact to the present day. Going back to the time of European contact is necessary for this measure because (1) public perception of the natural quality of wilderness character is strongly associated with species that were likely extirpated before wilderness designation, such as wolves and grizzly bears, and (2) if species that were extirpated before wilderness designation (wolves for example) were restored to a wilderness, most people would associate this with an improvement in the natural quality of wilderness character. The Technical Guide (Landres and others, in press) provides an approach for gathering the data for this measure. The natural quality is degraded if the number of extirpated indigenous species increases.

◊ *Measure: Number of non-indigenous species.* Non-indigenous species may significantly alter the composition, structure, and function of natural communities, thereby degrading or eliminating indigenous species and altering animal habitat.

BLM_0056495

Indigenous species are those that occur naturally in a particular area (American Heritage Dictionary 1992), and non-indigenous or naturalized species are those that occur in an area by modern human influence (Clinton 1999; Lodge and others 2006). The distinction between indigenous and non-indigenous can be confused if geographic scale isn't accurately described. For example, moose are indigenous to the state of Colorado but are not indigenous to many higher elevation wildernesses. Similarly, a species may be indigenous to one part of a wilderness but not other parts. Some species of fish, for example, may be indigenous to streams but not high elevation lakes that were filled with ice during cooler glacial periods. Other species that are counted as non-indigenous in the context of this monitoring include domestic livestock such as cattle, horses, and sheep that are present in wilderness by permit, or species that have become established, such as mustangs and burros. This measure is the simple total number of non-indigenous plant and animal species that occur inside the wilderness, excluding invasive non-indigenous species that are monitored separately. Data from the national Forest Inventory and Analysis program may be useful in assessing trends in this measure. The natural quality is degraded if the number of non-indigenous species increases.

◊ *Measure: Abundance, distribution, or number of invasive non-indigenous species.* Invasive species are commonly defined as "an alien species whose introduction does or is likely to cause economic or environmental harm or harm to human health" (Clinton 1999). Local staff would determine which species are considered invasive, and these species would not be included in the previous measure (non-indigenous species). For plants, data from the national Forest Inventory and Analysis program may be useful in assessing trends in this measure. This measure would also include introduced species such as fish, birds, mammals, and invertebrates. For introduced fish, data on the number of lakes or stream miles stocked could be used to assess trend. This measure is worded to show the different types of data relevant to invasive species populations that a wilderness may choose from to assess trend:

- abundance and verified distribution yield the best information about the status and trend of invasive non-indigenous species, but may be much more expensive and difficult to gather;

- distribution and relative abundance based on record cards is less expensive but not as accurate or precise a way to assess trend; and

- number of species acceptable and the least expensive but does not give any information on the status or spread of invasive non-indigenous species as to the other measures.

The natural quality is degraded if the abundance, area occupied, or number of invasive non-indigenous species increases.

◊ *Measure: Number of acres of authorized active grazing allotments and number of animal unit months (AUMs) of*

BLM_0056496

*actual use inside wilderness.* Grazing by large non-indigenous herbivores such as domestic cattle, horses, and sheep may significantly degrade diminish the natural quality. Only allotments that are currently authorized for grazing use at any time of the year inside the wilderness would be recorded, along with the actual number of AUMs. The Technical Guide (Landres and others, in press) provides an approach for gathering the data for this measure. The natural quality is degraded if the number of acres or AUMs increases.

◊ *Measure: Change in demography or composition of communities.* Communities of animals and especially plants, for example a lodgepole pine forest or the distinct set of plants living on serpentine soil, are typically the most visible ecological component of an area. Data from the national Forest Inventory and Analysis program may be useful in assessing trends in this measure. This measure is worded to show the different types of data that are relevant to communities that a wilderness may choose from to assess trend:

- demography of the dominant species (birth and death rates, age-class distribution, density) yield the best information about the status and trend of the community, but may be much more expensive and difficult to gather;

- species composition, or the list of species that comprise the community, is less expensive but not as accurate or precise a way to assess trend, although it provides other information that may be of value to understand the forces affecting the environment inside wilderness; and

- ecosystem composition, or the list of community types within the landscape and how they are distributed, provides information that may be of value to understand the forces affecting the environment inside wilderness.

If demography or composition changed, this would typically be interpreted as degradation in the natural quality. However, careful interpretation by the local resource specialist is necessary to try to separate change that is human-caused (a degradation) from natural (not a degradation).

• *Indicator: Physical resources.* This indicator tracks trends in selected physical resources. There are six measures under this indicator reflecting air, water, and soil resources. (Soil is both a biological and physical resource but is placed here for convenience.) Trends in air quality are monitored because of the effects of air pollutants on plants, animals, soil, and water inside wilderness. The 1977 Clean Air Act and subsequent amendments mandate affirmative protection responsibilities on Federal land managers within Class I wildernesses designated by this Act and Class II wildernesses designated after 1977. Several types of air pollutants are monitored through a variety of large networks, sometimes in the immediate vicinity of wildernesses and sometimes in representative sites. Air quality modeling provides broad estimates of pollution levels where on-site monitoring is not possible or feasible. All air quality data are available nationwide and can be readily downloaded. There are six

BLM_0056497

possible measures under this indicator and all would be monitored annually:

◊ *Measure: Visibility based on average deciview and sum of anthropogenic fine nitrate and sulfate.* Deciview is a cumulative haziness index used to express light extinction. Basically, deciview is the visibility a wilderness visitor would experience. Fine nitrate and sulfate directly indicate degradation of visibility conditions. These data are available nationally from the IMPROVE (Interagency Monitoring of Protected Visual Environments) database. The Technical Guide (Landres and others, in press) provides detailed protocols for downloading, processing, and interpreting these data. The natural quality is degraded if visibility declines.

◊ *Measure: Ozone air pollution based on concentration of N100 episodic and W126 chronic ozone exposure affecting sensitive plants.* Ozone and its precursor emissions—nitrogen oxides and volatile organic compounds—can travel long distances, resulting in elevated ozone levels in wildernesses. Episodic ozone is the number of hours when the measured ozone concentration is greater than or equal to 100 parts per billion. Chronic ozone is the seasonal ozone exposure of vegetation over the entire growing season. These data are available nationally from either the Environmental Protection Agency's AIRS (Aerometric Information Retrieval System) or CASTNET (Clean Air Status and Trends Network) databases, or spatial interpolation. The Technical Guide (Landres and others, in press) provides detailed protocols for downloading, processing, and interpreting these data. The natural quality is degraded if ozone increases.

◊ *Measure: Acid deposition based on concentration of sulfur and nitrogen in wet deposition.* The concentration of sulfur and nitrogen in rain and snow is a major contributor to acid deposition, adversely affecting algae, aquatic invertebrates, amphibians, fish, soil microorganisms, plants, and trees. These data are available from NADP/NTN (National Atmospheric Deposition Program/National Trends Network) and by spatial interpolation for those wildernesses not covered by this network. The Technical Guide (Landres and others, in press) provides detailed protocols for downloading, processing, and interpreting these data. The natural quality is degraded if acid deposition increases.

◊ *Measure: Extent and magnitude of change in water quality.* This measure would assess trends in the physical and chemical aspects of water (changes to biological aspects would be monitored under the plant and animal indicator). Despite the general importance of water and a myriad of national water monitoring programs, water monitoring in wilderness is generally conducted only for site-specific concerns. For example, impacts from grazing (sediment, manure), mining (sediment, heavy metals, and other toxics), air pollutants, and recreation (sediment, fecal coliform bacteria) vary tremendously from wilderness to wilderness and from one site to another within a wilderness. The nearest water monitoring

BLM_0056498

station downstream from the wilderness may provide cumulative data on the water flowing through the wilderness. Because of the tremendous variability in threats to water quality and the location (and capability) of monitoring stations, local managers are encouraged to identify specific measures that are relevant to monitor, based on discussions with agency and other local water specialists. If water quality changes, this would typically be interpreted as degradation in the natural quality. However, this interpretation needs to be done carefully by the local resource specialist to try to separate change that is human-caused (a degradation) from natural (not a degradation).

◊ *Measure: Extent and magnitude of human-caused stream bank erosion.* Stream bank erosion is a visible sign of soil loss that may also cause increased sediment in the adjacent stream. Stream bank erosion could be caused by people (visitors or administrative staff) or horses where a trail crosses a stream, grazing livestock, trespass all-terrain-vehicles, or other local circumstances. Data on stream bank erosion would most likely come from photopoints and record cards. The natural quality is degraded if human-caused stream bank erosion increases.

◊ *Measure: Extent and magnitude of disturbance or loss of soil or soil crusts.* Many different activities could disturb soil and soil crusts, for example, trampling by livestock or people, administrative actions, or authorized and unauthorized use of motor vehicles, motorized equipment, or mechanical transport. Loss or disturbance of soil and rock would vary tremendously from one wilderness to another depending on factors such as bedrock, soil type, wind, topography, and vegetation cover. Once disturbed, wind or water may more easily remove the soil. Similar to stream bank erosion, data for this measure would most likely come from photopoints and record cards, or from remote sensing for large areas. If the extent or magnitude of soil loss increases, this would typically be interpreted as degradation in the natural quality. However, careful interpretation by the local resource specialist is necessary to try to separate change that is human-caused (a degradation) from natural (not a degradation).

*Monitoring Question: What are the trends in terrestrial, aquatic, and atmospheric natural processes inside wilderness?* This monitoring question focuses on the natural processes that occur in the terrestrial, aquatic, and atmospheric systems inside wilderness. Ecological processes are the interactions that occur between physical and biological components of ecosystems. Disturbances caused by fire, flooding, wind, and pathogens or insects are natural processes that may be altered or disrupted by anthropogenic actions. These processes, including disturbances, are a vital part of most wilderness ecosystems. There is one indicator under this monitoring question:

• *Indicator: Biophysical processes.* This indicator would track the alteration or disruption of natural biophysical processes inside wilderness. Every wilderness is also embedded in its surrounding landscape, and since processes flow across the administrative boundary of a wilderness, conditions outside the wilderness affect

BLM_0056499

what is occurring inside. There are four possible measures under this indicator and all would be monitored every 5 years:

◊ *Measure: Departure from natural fire regimes averaged over the wilderness.* Fire plays a vital ecological role in many wildernesses, and excluding or suppressing natural fire alters this process with serious adverse consequences to the ecosystem. Data showing the departure from natural fire regimes (Fire Regime Condition Classes; Schmidt and others 2002) are available nationally from the federal LANDFIRE program. The natural quality is degraded if departure from natural fire regimes increases.

◊ *Measure: Extent and magnitude of global climate change.* Data are available nationally that may be used to assess trends in selected aspects of the environment that are strongly correlated with global climate change. If available, these data could be pulled by a central data manager and made available with no direct cost to the wilderness. Examples include:

- change in timing of plant greening, with data from MODIS (Moderate Resolution Imaging Spectroradiometer) satellite imagery available from National Aeronautics and Space Administration;

- glacial retreat, with data from photopoints, photo-pairs comparing recent with historical photographs, aerial photography, and other satellite imagery;

- change in temperature and precipitation patterns, with data from existing RAWS (Remote Automated Weather Stations) weather stations that could be averaged over the different monitoring sites in or adjacent to the wilderness;

- change in snow depth, with data from existing SNOTEL (SNOpack TELemetry) stations or manual snow courses, which could be averaged over the different monitoring sites in or adjacent to the wilderness;

- coastal erosion or accretion, with data from photopoints, photo-pairs comparing recent with historical photographs, and from aerial photography and other satellite imagery averaged over the coastal portion of the wilderness;

- change in extent and magnitude of insect and pathogen outbreaks, with data coming from a variety of State and Federal agencies; and

- change in the geographic distribution of selected communities (for example, change in elevation of alpine tundra or treeline), with data from photopoints, photo-pairs comparing recent with historical photographs, aerial photography, and other satellite imagery.

In all these examples, a change would typically be interpreted as degradation in the natural quality. However, this interpretation needs to be done carefully by the local resource specialist to try to separate change that is human-caused (a degradation) from natural (not a degradation).

BLM_0056500

◊   *Measure: Area and magnitude for pathways for movement of non-indigenous species into the wilderness.* Conditions outside the wilderness may foster movement of non-indigenous species into the wilderness. These conditions include the proximity of roads and other developments, land disturbed from logging or other commercial practices, or the known occurrence of non-indigenous species such as zebra mussels or non-indigenous fish species in streams that run from the wilderness. Data for this measure would largely depend on the local resource specialist using professional judgment to estimate the potential impact from existing conditions. The natural quality is degraded if area or magnitude of these pathways increases.

◊   *Measure: Area and magnitude of loss of connectivity with the surrounding landscape.* Conditions outside the wilderness may also sever or reduce beneficial ecological flows that naturally would have moved across a landscape and into the wilderness. For example, development outside a wilderness may impede seasonal movement of wildlife into a wilderness, or this same development may increase the need for fire suppression actions that stop naturally ignited fires from moving into the wilderness. For some wildernesses, fragmentation of forest vegetation (available from the USGS National Land Cover Pattern Database) is a source of national data. Otherwise, the data for this measure would largely depend on the local resource specialist using professional judgment to estimate the potential impact from existing conditions. The natural quality is degraded if area or magnitude of this loss of connectivity increases.

## Undeveloped Quality

This section provides details about all the monitoring questions, indicators, measures, and data sources for the undeveloped quality, beginning with an overview (for reference) in table 11.

*Monitoring Question: What are the trends in non-recreational development inside wilderness?* The first monitoring question addresses the presence of developments because they are clear evidence of human occupation or modification. Only developments that are *not* primarily for a recreation purpose or use are monitored under this monitoring question, whereas trends in developments that have a recreation purpose or use are monitored under the solitude or primitive and unconfined recreation quality (the *Undeveloped Quality* section on page 21 discusses the reasons for this distinction). There are two indicators under this monitoring question:

•   *Indicator: Non-recreational structures, installations, and developments.* This indicator would track trends in the number and development level of structures, installations, or other developments inside wilderness that are primarily non-recreational. There are two possible measures under this indicator and both would be monitored every 5 years:

◊   *Measure: Index of authorized physical development.* This index could be composed of the number of structures, installations, and developments combined with a relative weighting of the

BLM_0056501

**Table 11.** An overview of the monitoring question, indicators, measures, and data sources for the undeveloped quality.

| Udeveloped quality<br>Wilderness retains its primeval character and influence, and is essentially without permanent improvement or modern human occupation | | | |
|---|---|---|---|
| **Monitoring question** | **Indicator** | **Measure** | **Data sources** |
| What are the trends in non-recreational development inside wilderness? | Non-recreational structures, installations, and developments | Index of authorized physical development | ▪ Agency data systems (if available)<br>▪ Local data entry by resource specialists |
| | | Index of unauthorized (user-created) physical development | ▪ Record cards from staff and volunteers for unauthorized structures and developments<br>▪ Record cards and photopoints |
| | Inholdings | Area and existing or potential impact of inholdings | ▪ Agency data systems (if available)<br>▪ Local data entry by resource specialists |
| What are the trends in mechanization inside wilderness? | Use of motor vehicles, motorized equipment, or mechanical transport | Type and amount of administrative and non-emergency use of motor vehicles, motorized equipment, or mechanical transport | ▪ Agency data systems (if available)<br>▪ Local data entry by resource specialists |
| | | Type and amount of emergency use of motor vehicles, motorized equipment, or mechanical transport | ▪ Agency data systems (if available)<br>▪ Local data entry by resource specialists |
| | | Type and amount of motor vehicle, motorized equipment, or mechanical transport use not authorized by the Federal land manager | ▪ Agency data systems (if available)<br>▪ Local data entry by resource specialists<br>▪ Record cards from staff and volunteers |
| What are the trends in cultural resources inside wilderness? | Loss of statutorily protected cultural resources | Number and severity of disturbances to cultural resources | ▪ Agency data systems (if available)<br>▪ Local data entry by resource specialists<br>▪ Photopoints<br>▪ Record cards from staff and volunteers |

level of impact on the undeveloped quality of each of these. For example, an earthen dam would have less relative weight than a concrete dam, or an administrative structure built from logs would have less weight than one built of steel. This index would include buildings, administrative trails or roads used for any administrative purpose, roads used to access inholdings, dams, mines, utilities, water catchments and developments, fixed instrumentation sites, tracking devices, or other developments authorized by the Federal land manager. Structures and installations that were built before wilderness designation, as well as temporary developments and those used for monitoring trends in wilderness character, would be included. The Technical Guide (Landres and others, in press) provides an approach for computing this index. The undeveloped quality is degraded if this index of authorized development increased.

◊ *Measure: Index of unauthorized (user-created) physical development.* This index is similar to the previous one but would be for user-created structures, installations, and developments

BLM_0056502

that have not been authorized by the Federal land manager. Examples include fences, trails or roads used to access inholdings or other developments, water catchments and developments, fixed instrumentation sites, or radio-repeaters. The protocols described for computing the previous index could be applied to this one as well. The undeveloped quality is degraded if this index of unauthorized development increased.

- *Indicator: Inholdings.* This indicator would track trends in inholdings that occur within a wilderness. Since inholdings interior to designated wilderness are not given the same protections as the wilderness lands around them, these lands can be developed for various purposes at the discretion of the landowner, and thereby have a large impact on the surrounding wilderness. There is one possible measure under this indicator and it would be monitored every 5 years:

  ◊ *Measure: Area and existing or potential impact of inholdings.* This measure would be composed of the number of acres of the inholding combined with a relative weighting of the existing or proposed development and resulting impact on surrounding wilderness values. The undeveloped quality is degraded if the area and impact of inholdings increased.

*Monitoring Question: What are the trends in mechanization inside wilderness?* The second monitoring question addresses trends in mechanization inside wilderness. The Wilderness Act discusses three forms of mechanization that degrade wilderness character: motor vehicles (aircraft and motorboats are included here), motorized equipment, and mechanical transport. Agency policies restrict the use of motor vehicles, motorized equipment, and mechanical transport, requiring authorizations for such use when deemed necessary. By monitoring these authorized uses, trends in Section 4(c) activities deemed by the agency to be the "minimum necessary" would be tracked. In addition, a wilderness may add a measure to monitor trends in public uses of mechanization that are allowed by special provision of law but not specifically authorized by the Federal land manager (for example, in Alaska). There is one indicator under this monitoring question:

- *Indicator: Use of motor vehicles, motorized equipment, or mechanical transport.* This indicator tracks the actual use of motor vehicles, motorized equipment, or mechanical transport for all reasons and purposes. Motor vehicles include any land, water, or air vehicles that are gas or electric powered, including motor boats, aircraft, or snowmobiles. Motorized equipment includes any machines or tools that use a motor or engine, such as chain saws or generators. Generally, small hand-carried devices powered by batteries, such as shavers, wristwatches, flashlights, or cameras are not considered motorized equipment. Mechanical transport includes the use of any contrivance for moving people or material in or over land, water, or air, having moving parts or providing a mechanical advantage to the user and powered by a living or nonliving power source. Examples include sailboats, hang gliders, parachutes, bicycles, game carriers, carts, and wagons. Wheelchairs are not included when used as necessary medical appliances. Skis,

BLM_0056503

snowshoes, rafts, canoes, sleds, travois, or similar primitive devices may have moving parts but do not provide mechanical advantage, and therefore are not considered mechanical transport. There are three possible measures under this indicator based on the purpose of use and all would be monitored annually:

◊ *Measure: Type and amount of administrative and non-emergency use of motor vehicles, motorized equipment, or mechanical transport.* This measure includes all such uses that are authorized by the Federal land manager. Data for this measure would most likely come from agency data systems or the local resource specialist. The Technical Guide (Landres and others, in press) provides an approach for computing this measure. The undeveloped quality is degraded if the type and amount of administrative and non-emergency mechanized use increased.

◊ *Measure: Type and amount of emergency use of motor vehicles, motorized equipment, or mechanical transport.* This measure includes all such uses for emergency purposes, such as fire or search-and-rescue. Data for this measure would most likely come from agency data systems or the local resource specialist. The Technical Guide (Landres and others, in press) provides an approach for computing this measure. The undeveloped quality is degraded if the type and amount of emergency mechanized use increased.

◊ *Measure: Type and amount of motor vehicle, motorized equipment, or mechanical transport use not authorized by the Federal land manager.* This measure includes all such uses that were not authorized by the administering agency's Federal land manager, typically actions by individuals or citizen groups. If actions taken by other Federal or state agencies occur without authorization of the Federal land manager, they are also included in this measure. The data for this measure could come from agency law enforcement data systems, local resource specialists, and record cards. The undeveloped quality is degraded if the type and amount of unauthorized mechanized use increased.

*Monitoring Question: What are the trends in cultural resources inside wilderness?* The third monitoring question addresses trends in the preservation and degradation of cultural resources. There is one indicator under this monitoring question:

• *Indicator: Loss of statutorily protected cultural resources.* This indicator would track evidence of disturbance or loss of cultural resources that are protected by law and agency policy. This disturbance or loss could be authorized (for example, purposeful removal to accomplish specific planning direction), unauthorized (for example, pot hunting), or natural (for example, from soil erosion). There is one possible measure under this indicator and it would be monitored every 5 years:

◊ *Measure: Number and severity of disturbances to cultural resources.* This measure would track the type of cultural or heritage site that is affected, number of sites affected, and severity of disturbance. The data for this measure could come from agency law enforcement data systems, photopoints, and

BLM_0056504

record cards. The undeveloped quality is degraded if the number or severity of disturbances increased.

## *Solitude or Primitive and Unconfined Recreation Quality*

This section provides details about all the monitoring questions, indicators, measures, and data sources for the solitude or primitive and unconfined recreation quality, beginning with an overview (for reference) in table 12.

*Monitoring Question: What are trends in outstanding opportunities for solitude inside wilderness?* The first monitoring question addresses how trends in outstanding opportunities for solitude are changing over time. The trend in solitude is separated from primitive and unconfined recreation at the level of the monitoring question to provide explicit stewardship focus on solitude. Opportunities for solitude are affected by many events and conditions inside wilderness as well as beyond the wilderness boundary. The two indicators under this monitoring question

**Table 12.** An overview of the monitoring question, indicators, measures, and data sources for the solitude or primitive and unconfined recreation quality.

| Solitude or primitive and unconfined recreation quality Wilderness provides outstanding opportunities for solitude or primitive or unconfined recreation | | | |
|---|---|---|---|
| **Monitoring question** | **Indicator** | **Measure** | **Data sources** |
| What are the trends in outstanding opportunities for solitude inside wilderness? | Remoteness from sights and sounds of people inside the wilderness | Amount of visitor use | ▪ Agency data systems (if available) ▪ Local data entry by resource specialists |
| | | Number of trail contacts | ▪ Record cards from staff and volunteers |
| | | Number and condition of campsites | ▪ Agency data systems (if available) ▪ Record cards from staff and volunteers |
| | | Area of wilderness affected by access or travel routes that are inside the wilderness | ▪ Agency GIS data systems, aerial photography |
| | Remoteness from occupied and modified areas outside the wilderness | Area of wilderness affected by access or travel routes that are adjacent to the wilderness | ▪ Agency GIS data systems, aerial photography |
| | | Night sky visibility averaged over the wilderness | ▪ National night sky visibility maps |
| | | Extent and magnitude of intrusions on the natural soundscape | ▪ Agency data systems (if available) ▪ Local data entry by resource specialists |
| What are the trends in outstanding opportunities for primitive and unconfined recreation inside wilderness? | Facilities that decrease self-reliant recreation | Type and number of agency-provided recreation facilities | ▪ Agency data systems (if available) ▪ Local data entry by resource specialists |
| | | Type and number of user-created recreation facilities | ▪ Agency data systems (if available) ▪ Local data entry by resource specialists ▪ Record cards from staff and volunteers |
| | Management restrictions on visitor behavior | Type and extent of management restrictions | ▪ Agency data systems (if available) ▪ Local data entry by resource specialists |

BLM_0056505

focus on selected conditions inside and outside of wilderness that reduce feelings of remoteness, because remoteness has been shown to be important to achieving a sense of solitude (Dawson 2004):

- *Indicator: Remoteness from sights and sounds of people inside the wilderness.* This indicator tracks the amount of actual and potential recreation use that diminishes opportunities for solitude. A greater amount of use may cause more encounters among groups, in turn decreasing opportunities for solitude (Hall 2001; Hammitt and Rutlin 1995). A greater amount of use also may affect feelings of peace, quiet, and mental calm that are strongly associated with solitude. Local staff will need to determine the amount of increased use that degrades this indicator. Wildernesses that have little or no recreation use could still report on this indicator. There are four possible measures under this indicator—the first three address different aspects of recreation use and would be monitored annually, whereas the fourth addresses the potential for a visitor to "get away" via access and travel routes and would be monitored every 5 years because these routes do not change frequently:

  ◊ *Measure: Amount of visitor use.* There are several different data sources that could be used to measure trend in the amount of visitor use, such as the number of wilderness permits or registrations, trail counters, number of cars parked at a trailhead, violations of group size limits, or infrared or photographic remotely sensed data. Clearly these are coarse estimators because the size and capacity of the area strongly influence the effect of these visitors on solitude, as does the timing of when these visitations occur. To correctly interpret change over time, local staff will need to develop ways to standardize data collection and account for the amount of effort used to collect the data. This quality would be degraded if the amount of visitor use increases beyond this locally determined standard.

  ◊ *Measure: Number of trail contacts.* This measure focuses on contacts the recreation user has with other wilderness visitors as well as administrative staff along a trail where most encounters occur. This measure could be composed of the number of contacts per unit time, kind of contact (visitor or administrative staff), and location of contact (for example, <1 mile from the trailhead, 1 to 5 miles from the trailhead, 5 to 10 miles, >10 miles, or management zone). To correctly interpret change over time, local staff will need to develop ways to standardize data collection and account for the amount of effort used to collect the data. This quality would be degraded if the number of trail contacts increases.

  ◊ *Measure: Number of campsites.* This measure would be the number of campsites per unit area and the condition of those campsites. The Technical Guide (Landres and others, in press) provides an approach for computing this measure. To correctly interpret change over time, local staff will need to develop ways to standardize data collection and account for the amount of effort used to collect the data. This quality would be degraded if the number of campsites increases.

BLM_0056506

◊ *Measure: Area of wilderness affected by access or travel routes that are inside the wilderness.* This measure tracks the amount of area inside a wilderness that is influenced by the presence of access or travel routes. Since most wilderness visitors stay on or close to trails, this is a measure of the area frequented by visitors and is a coarse estimator of the area with reduced opportunities for those seeking solitude. System trails and aircraft landing sites within a wilderness would be included, as well as administrative trails or routes that may have occasional motorized vehicles. All of these routes would be buffered by a set distance and this area subtracted from the total wilderness area. Local staffs need to set these distances because factors such as vegetation density and surrounding topography strongly influence the actual distance that a route would affect the opportunity for solitude. The Technical Guide (Landres and others, in press) provides an approach for computing this measure. This quality would be degraded if the area affected by travel routes increases.

• *Indicator: Remoteness from occupied and modified areas outside the wilderness.* This indicator tracks selected conditions occurring on lands adjacent to the wilderness that affect visitors' opportunities for solitude. Even though managers may not be able to take action to mitigate or prevent some of these conditions, they nonetheless may diminish wilderness character. There are three possible measures under this indicator and all would be monitored every 5 years:

◊ *Measure: Area of wilderness affected by access or travel routes that are adjacent to the wilderness.* This measure tracks the amount of area inside a wilderness that is influenced by the presence of access or travel routes that are adjacent to the wilderness. For example, open maintained roads, motorized trails, railways, and shorelines that are used as travel-ways surrounding a wilderness would be buffered by a set distance and this area subtracted from the total wilderness area. Local staff needs to set this distance because factors such as vegetation density and surrounding topography strongly influence the actual distance that a route would affect the opportunity for solitude. The Technical Guide (Landres and others, in press) provides an approach for computing this measure. This quality would be degraded if the area affected by travel routes increases.

◊ *Measure: Night sky visibility averaged over the wilderness.* This measure tracks the visibility of the night sky derived from recent research results that are readily available nationwide (Cinzano and others 2001). Wilderness boundaries would be overlaid on these results in a Geographic Information System to derive a single averaged measure for the wilderness. Night sky visibility contributes to the important social values in wilderness of humility and being part of something larger, and strongly contributes to the wilderness character of an area. Wilderness managers cannot reduce all light pollution affecting a wilderness, but managers can take actions at administrative sites and work with local communities. This quality would be degraded if night sky visibility decreases.

BLM_0056507

◊ *Measure: Extent and magnitude of intrusions on the natural soundscape.* This measure tracks anthropogenic sounds that degrade the natural soundscape, such as the intensity and frequency of sounds from airplane overflights, motorized equipment, or motorized vehicles. The DOI National Park Service has developed soundscape monitoring that can effectively separate anthropogenic from natural sounds. These sounds could be recorded from set locations within the wilderness that are chosen to represent specific soundscape zones. This monitoring presents an opportunity for collaboration among the wilderness management agencies to share data and analysis techniques. Just like night sky visibility, the natural soundscape strongly contributes to the wilderness character of an area (Manning and others 2007), and managers could take actions that affect this measure, for example, by not using motorized equipment specifically because of its impact on the natural soundscape. This quality would be degraded if intrusions on the natural soundscape increased.

*Monitoring Question: What are the trends in outstanding opportunities for primitive and unconfined recreation inside wilderness?* The second monitoring question addresses how trends in outstanding opportunities for primitive and unconfined recreation are changing over time. Opportunities for primitive and unconfined recreation are most outstanding where visitors must rely on their own skills to navigate, travel, and live, and where they have a high degree of freedom over their own actions and decisions (Borrie and Roggenbuck 1998; Johnson and others 2005; Roggenbuck 2004). Structures, installations, and developments that have a recreation purpose or use are monitored under this question. (Structures, installations, and developments that do not have a primary recreation purpose or use are monitored as part of the undeveloped quality.) The two indicators under this monitoring question focus on traveling and camping in wilderness, and the freedom of choice while there:

• *Indicator: Facilities that decrease self-reliant recreation.* This indicator tracks trends in durable or permanent facilities that are used primarily for recreational purposes, regardless of whether these are for resource protection or visitor convenience. These facilities degrade the perceived opportunity for primitive and unconfined recreation. For example, if the agency installs a toilet, then most people would use it because it's there, and most visitors would assume that the agency wants them to use it to protect other resources. Similarly, user-created trails or shelters degrade this quality of wilderness character. These recreation-focused facilities are not tracked under the undeveloped quality. There are two possible measures under this indicator to differentiate recreation facilities that are authorized by the Federal land manager from those that are not so authorized. Both measures would be monitored every 5 years:

◊ *Measure: Type and number of agency-provided recreation facilities.* This measure is composed of the type and number of recreation facilities provided or permitted by the agency, including miles of system trails, trail signs and other markers, shelters, developed water sources, toilets, picnic tables, bear boxes and poles, designated or constructed campsites, corrals,

BLM_0056508

or bridges and other structures built to help visitors cross rivers. These different types of facilities could be weighted by their impact on this quality. For example, a bridge made of natural materials would have less of an impact than one made of steel or plastic, and a primitive trail would have less impact than a highly developed one. The Technical Guide (Landres and others, in press) provides an approach for counting and weighting these facilities. This quality would be degraded if the number of agency-created recreation facilities increased.

◊ *Measure: Type and number of user-created recreation facilities.* This measure is composed of the type and number of facilities built or installed by users for recreation purposes, including shelters, trails and trail markings, fixed climbing anchors, bridges, corrals, or bear boxes or poles. These different types of facilities could be weighted by their impact on this quality. For example, a structure built of natural materials would have less of an impact than one made of artificial material. The Technical Guide (Landres and others, in press) provides an approach for counting these facilities. This quality would be degraded if the number of user-created recreation facilities increased.

• *Indicator: Management restrictions on visitor behavior.* This indicator tracks trends in restrictions that the agency places on visitor behavior inside wilderness. Visitors' opportunities to experience freedom from management are significantly affected by the number and type of regulations in place (McCool 2004). There is one possible measure under this indicator and it would be monitored every 5 years:

◊ *Measure: Type and extent of management restrictions.* This measure would be composed of the number of restrictions and the extent of the area within the wilderness affected by the restriction. Examples of such restrictions include prohibited or limited use of campfires, the required use of designated campsites or campsite setbacks, restrictions on stock use, and requiring permits for wilderness visits. The Technical Guide (Landres and others, in press) provides an extensive list of management restrictions and an approach for computing this measure. This quality would be degraded if the type and extent of management restrictions increased.

BLM_0056509

# Appendix B—Process Used to Develop This Interagency Strategy

The initiative for this interagency strategy began with a task on the 2004 Action Plan of the Interagency Wilderness Policy Council to "Create an interagency team to develop interagency wilderness character monitoring protocols." To implement this task, the IWSC developed an Operating Agreement in late 2006 that laid out staffing for the Interagency Wilderness Character Monitoring Team, as well as Team responsibilities, products, funding, and a timeline.

The first face-to-face meeting of the Team occurred in late January 2007. At this meeting the foundational ideas necessary for an interagency strategy were discussed and agreed upon. Monthly conference calls were held up until July 2007 to refine the ideas discussed at the January meeting and forge the first draft set of qualities, monitoring questions, indicators, and measures. In mid-July 2007, agency representatives on the Team sent this draft out for review within their agency. A total of 209 comments were received from 26 reviewers. Bi-weekly conference calls were held throughout August and September 2007 to discuss these comments and revise the set of monitoring questions, indicators, and measures.

A second face-to-face meeting was held in mid-October 2007 to resolve major issues about this interagency strategy, develop a final set of indicators and measures, and review the first complete draft of this document. The second draft of this document was completed by mid-November 2007, and again sent out for review within each agency and by the IWSC. A total of 79 comments were received from 27 reviewers. All comments were discussed on conference calls and through email. A third draft document was developed based on these comments. The Team reviewed this penultimate draft, made final revisions, and submitted the draft to the IWSC.

BLM_0056510

# Appendix C—Agency-Specific Implementation Strategies

This appendix offers suggestions for how each agency could implement this interagency monitoring. Although this interagency strategy provides needed standardization for how trends in preserving wilderness character would be assessed, each agency has its own policies, procedures, and cultures, leading to differences in how this interagency strategy would be implemented. These suggestions for each agency were written by their representatives on this Team following a consistent format, and employees of an agency only need to read the subsection for their agency.

The agency-specific strategies offered below are not intended to be detailed implementation plans, but rather an approach for how these plans could be developed and their structure and general direction. In general, the agency-specific implementation strategies offered below would be useful for:

- introducing others within the agency or bureau to the concept of monitoring trends in wilderness character;
- giving people within the agency or bureau a general feel for the outcomes and benefits of this monitoring, and the costs in terms of dollars and time;
- starting the internal thinking of what would be included in this monitoring, who would be involved, and how this monitoring would be implemented;
- understanding the potential internal and external administrative, political, cultural hurdles to implementing this monitoring; and
- understanding the internal and external communication that would be needed to successfully implement this monitoring.

## DOI Bureau of Land Management (BLM)

A general approach for implementing this interagency strategy in the BLM is offered below, as well as some implications of committing to this monitoring. A specific implementation proposal will be developed separately.

### Background

This strategy provides BLM guidance in implementing a nationally consistent approach to assessing trends in wilderness character across the entire agency. As with any data gathering effort, the goal would be to increase the quality and reliability of information available to decision makers. This would lead to better understanding of agency performance in meeting the central mandate of the 1964 Wilderness Act: preservation of wilderness character. It would also lead to a better understanding and recognition of how agency decisions affect the wilderness resource.

### Benefits and Impacts

The benefits to the BLM of implementing this monitoring strategy include better understanding of how well we are preserving wilderness character, recognition of how decisions affect wilderness character, and greater accountability in meeting congressional mandates. Specific

BLM_0056511

products would include a national database of trends in wilderness character by individual wilderness and an initial baseline and annual monitoring report for each wilderness. These data could be aggregated to the Field Office, District, and State level, as appropriate. Using standard methods to generate these products would bring consistency to a program that currently varies widely. These products could be used to justify appropriated budgets, gain stakeholder support for management goals, develop management plans for wilderness areas, improve NEPA analysis of wilderness impacts, and ultimately maintain or improve wilderness character.

Staff and budget impacts of implementing this strategy would be mostly limited to refocusing work of existing staff. BLM has a budgeted wilderness program, and budget directives over the last few years have directed staff to spend a significant portion of their time monitoring wilderness character. BLM has also made a large investment in GIS and related technologies that should allow database construction, data analysis, and report generation to be conducted using existing tools. Any additional workload is expected to be significant only during the period of establishing baseline data. There would be workload impacts to state GIS and wilderness program leads to initially design databases. Staff support from other resource specialists would be needed, but it is anticipated that this monitoring would fit with existing workloads of other staff. Many of the measures used in this effort are already tracked by other BLM programs such as weeds, range, or fire. The interagency strategy recommends that a single person be appointed as an interagency lead data administrator for implementation. If a new position were created to fill this need, BLM would be expected to contribute a portion of the salary, though it is possible this position would be filled and funded by the U.S. Geological Survey. Another option would be to assign an existing staff member from the National Lands Conservation System (NLCS) division as a wilderness character monitoring lead for BLM. This would require some reprogramming of Washington Office (WO) workload, but would not require additional funding. Under either option, some additional WO workload is to be expected.

## Pilot Testing

New Mexico was suggested for a pilot test for reasons outlined below. James Sippel, the current New Mexico Wilderness Program Lead, has enthusiastically agreed, but as yet there has been no involvement with the New Mexico State Director to finalize this decision, which should be made only after the Interagency Wilderness Policy Council decides on whether or not to pursue this monitoring on an interagency basis. If the IWPC were to decline, BLM would then need to decide if this protocol would be followed without interagency participation.

New Mexico would serve as an excellent pilot test for the following reasons:

• the State Program Lead is already familiar with the concept of wilderness character monitoring, having participated in the pilot study by the Forest Service at his previous job;

• there are enough wilderness areas in the state to offer some diversity of data, but not so many as to be overwhelming at the outset and the

BLM_0056512

distribution between Field Offices is asymmetrical, allowing a more realistic gauge of potential workload disparities;

- the state has a mix of relatively new and old wilderness areas, with a variety of baseline data already available; and
- with State Director buyoff (if following a rapid decision by the Interagency Wilderness Policy Council on the fate of the interagency program), it is believed the pilot test could be conducted in FY08 with target complete implementation in FY09.

## Indicators and Measures

The Interagency Wilderness Character Monitoring Team recommends that all indicators be addressed. Specific measures that are expected to be of most benefit to the BLM will be selected.

## Implementation Plan

Several steps must be taken prior to development of a complete implementation plan:

1. The Interagency Wilderness Steering Committee must decide to pass this interagency strategy for monitoring trends in wilderness character to the Interagency Wilderness Policy Council.
2. The Interagency Wilderness Policy Council must decide to accept this interagency strategy.
3. Without affirmative action on either of the steps above, the BLM must decide to accept this interagency strategy (or a modified version thereof) unilaterally.
4. The U.S. Geological Survey must decide to what degree they would support the interagency (or BLM-specific) effort.

To flesh out the implementation plan, it is suggested that the BLM establish a team composed of one WO member, three State Lead members, and three District or Field Office members. It would be the duty of this team to analyze funding and staff needs to fully implement this program and detail funding, responsibilities, and scheduling of monitoring implementation targets. It is expected most of the work of this team would be completed within a year. Out-year work would include analyzing the need to adjust the original decisions as well as approve changes in the measures chosen or reporting standards.

## Data

Three types of data are generated by this monitoring effort. The first type of data used in implementing this strategy would be data collected for assessing individual measures. For nationally available datasets such as the IMPROVE and CASTNET air quality databases, it is recommended that data be stored on either a Washington Office GIS server or (preferably) stored by the U.S. Geological Survey at one of their national centers. For locally derived data such as invasive weed inventories, data would be stored on each state's GIS server, with any paper-based kept at the local office. The goal is to avoid duplication of efforts with regard to acquiring, storing, and maintaining the datasets by performing these tasks at the highest organizational level possible.

BLM_0056513

The second type of data is the narratives. It is important that a narrative document be prepared each year when the monitoring data are gathered and assessed. This document should address each individual measure used and values derived for them, the source and quality of the data used, and justification for deviation from the protocols for each measure. Original documents should be filed at each State Office with the state wilderness lead, with copies kept at the local office. Electronic files of each document should also be stored on each state's central GIS server for linking with GIS layers and Access databases.

Past budget directives have specified that a yearly monitoring report be prepared for each wilderness, so requiring these two types of data is not an entirely new requirement.

The third type of data would be the outcome of the analysis, or the trend. Each indicator, monitoring question, and wilderness character quality, as well as the wilderness as a whole, would be assigned a trend, either up, down, or stable. It is recommended that these trends be stored in a Microsoft Access database on each state's central GIS server and that unique identifiers currently used for the wilderness polygon GIS layer be used for database linking. This format is available to all BLM personnel and should be readily capable of being integrated into other BLM IT systems. Close coordination in designing this database would have to occur between state GIS and wilderness leads. The databases may look different from state to state, but if the interagency strategy were followed, the same information would be consistently entered.

## Analysis and Reporting

The central workload for analyzing and reporting data would fall on the national data lead (BLM or interagency) for data derived from national datasets, State Office wilderness program leads for state-wide compilation, and Field Office wilderness staff for locally derived data. Analysis would follow agency-specific technical guidance and again, the narrative would justify any deviation from these guidelines. Field or District Office staff would take the lead in preparing accompanying narratives and forwarding them to State leads. It is estimated that for most wilderness areas, this split between national, state, and local workloads would be roughly equal, depending on the measures used. District and State leads would be responsible for answering questions and providing general direction and required to report annually on progress toward monitoring all wildernesses using this strategy. State program leads would report outcomes to the national lead, who would forward them to a central data repository for the entire NWPS, likely stored and maintained by USGS.

## Hurdles

- *History*—The primary hurdle to overcome in implementing this monitoring program is overcoming the "bad taste" left with managers by the original GPRA requirement for measuring wilderness character in acres that could be readily compared across the BLM. A key part of any communication plan would be to address—and assuage—These concerns (see *Communication* below).
- *Workloads*—staff at all levels of BLM already have significant workloads. While implementing this strategy should be considered

BLM_0056514

as part of the existing workload of monitoring wilderness character, staff would see the extra time and effort needed to perform monitoring in a consistent and meaningful way as new work. Implementing this strategy correctly, particularly during the gathering of baseline data, may mean less time for other important work like planning, outreach, and visitor contact. Key to solving this dilemma would be gaining support for this effort from all levels of management. Basing GPRA performance on the appropriate use of this effort is a good start (see also *Communication* below). Eventually, Manual 8560 should be revised to reflect this work; in the interim, an Instruction Memorandum may be appropriate.

- *Budget*—Currently, no additional funding has been directed to this effort. Keeping budget impacts minimal was a basic criterion in developing this strategy. The congressional mandate for wilderness preservation is important regardless of budgets. Showing greater accountability can give justification for funding increases, especially given the recent congressional attention to the NLCS.

- *Varying levels of IT expertise*—This is largely a function of the age gap among BLM staff. Younger employees tend to have more knowledge of databases and GIS. Some states may support implementation but lack personnel with the skills to implement national or statewide databases. This could lead to very different methods of implementation, for example some states may prefer to gather mainly paper information and forego use of a database. As a solution, it is recommended that implementation of this monitoring strategy employ the most current database technology. Begin communication immediately with state GIS and IT specialists to notify them of these efforts and request their involvement. It is also essential that the national data lead, whether it is an interagency or BLM position, be knowledgeable and experienced with IT and GIS as well as wilderness stewardship requirements.

## Communication

To successfully implement this monitoring within the BLM, communication (and buy-off) must be both "top-down" and "bottom-up."

To gain acceptance from the State Directors, it may well be necessary to directly address their concerns and misgivings face-to-face at an Executive Leadership Team or other high-level meeting. The National Landscape Conservation System and Community Programs Director and the NLCS Division Chief should decide the best person or persons to make that presentation, taking into account both the familiarity of the presenter with the strategy and the needs of the audience.

Field personnel would also need help in embracing—and implementing—this monitoring strategy. Formal training would help staff understand the reason behind this monitoring and facilitate its implementation.

Communication must stress what wilderness character monitoring is and what it isn't:

- It is a method to assess change at one wilderness over time, and it is *not* a way to compare wildernesses.

BLM_0056515

- It looks only at previously designated units and how, over time, the impacts to these units change. It is *not* a way to determine if a proposed area is suitable for wilderness designation.
- It looks at how the pre-exiting levels of measures change over time. It does *not* set standards for how many miles of fence, use-days of motorized equipment, or acres of invasive weeds are acceptable, nor does it develop standards for any of the other measures of wilderness character.
- Preserving wilderness character is required by the Wilderness Act, but it is *not* a new requirement.
- Monitoring these specific measures, rolled up and reported as required by this strategy, is new, but monitoring wilderness character is *not* a new requirement.

For over 20 years with the responsiblity for units in the National Wilderness Preservation System, the BLM has "gotten by" without a great deal of accountability for the wilderness program. In this they are no different from the other three wilderness stewardship agencies. To remedy this, supervisors at all levels are encouraged to tie annual performance evaluations for all relevant staff (not just wilderness program leads) to implementation of this monitoring.

## DOI Fish and Wildlife Service (USFWS)

A general approach for implementing this interagency strategy by the USFWS is described below. In addition, issues that remain to be resolved are outlined, as are resource needs required to implement this protocol. If the interagency strategy is accepted, then the ideas presented below in draft form would provide a suggested course of action to facilitate its implementation within the USFWS.

### Background

This interagency strategy is important to the USFWS as it would provide information for improving on-the-ground wilderness stewardship and wilderness policy review and implementation at the station, regional, and national level. Implementing this strategy would result in a standardized method for tracking trends and would allow us to measure our stewardship of wilderness in a more consistent and objective manner. In addition, it would provide accountability for the legal and policy mandate "to preserve wilderness character" (including opportunities for the public to use and enjoy wilderness in appropriate and compatible ways), identify key wilderness stewardship goals and priorities, and tie key goals to the legislative direction of the 1964 Wilderness Act. Furthermore, this strategy would provide a solid basis for communicating wilderness stewardship needs and priorities within the USFWS and with the public.

### Benefits and Impacts

Monitoring wilderness character would provide information on the status and condition of USFWS managed wilderness areas to benefit the USFWS at the local, regional, and national levels.

BLM_0056516

At the local level, project leaders would be able to assess on an annual basis whether local management decisions are cumulatively improving or degrading wilderness character. With this increased understanding, managers would be able to adapt their management actions in ways that would better preserve wilderness character. Ultimately this would result in a more consistent and objective approach to the management of wilderness resources at the local level.

At the regional level, Refuge Supervisors would be able to assess the condition of wilderness areas within the region, allowing them to provide guidance and leadership on wilderness stewardship issues. This would ultimately result in minimizing impacts by implementing successful management strategies at the regional level and avoiding actions that are found to impair wilderness resources.

At the national level, the condition of USFWS managed wilderness areas can be assessed and reported on in a consistent and objective manner. The successful and productive management of USFWS wilderness areas can be reported to the other wilderness management agencies so they can learn from each other's wilderness stewardship decisions and coordinate their stewardship to the greatest extent possible. We can also communicate our successes (and failures) to the public to enlist their support in improving our wilderness stewardship across the System.

Monitoring wilderness character would require some additional resources at both the local and national levels. Individuals at the local level would need to spend additional time collecting and tabulating selected measures identified to assess wilderness character, especially during the period of establishing the Strategy. Additional funding is not anticipated at the local or regional level, although there would be a need to refocus a small amount of staff time to implement the monitoring. Very little (if any) additional resource needs are anticipated at the regional level. Much of the effort needed at the regional level can likely be accomplished through the regularly scheduled teleconferences by the regional wilderness coordinators. Additional time and resources would also be needed to collate, analyze, and report trends at the national level. Additional funding may be necessary at the national level to accomplish these actions. Furthermore, we recommend a continued role by staff within the U.S. Geological Survey. We envision the role of U.S. Geological Survey personnel to provide data common to all wilderness areas on an annual basis and to collect, analyze, and report on the trends in wilderness character every 5 years. Some funding may need to be provided by each of the four agencies managing wilderness to accomplish this task.

## Pilot Testing

We propose selecting two to three refuges in each region for an initial testing of the monitoring framework. These selected refuges would assess and report on wilderness trends using the wilderness monitoring framework identified in this report. We also propose working with the national and regional Refuge Annual Performance Planning (RAPP) coordinators to allow for data reporting and analysis through our existing software application. We believe the pilot testing could occur within Fiscal Year 2008 and target complete implementation of the program in Fiscal Year 2009.

BLM_0056517

## Indicators and Measures

The Interagency Wilderness Character Monitoring Team recommends all indicators be addressed. However, only those measures found to be relevant to USFWS managed wilderness areas and possess data sources that are readily available need to be addressed within the Strategy. These data sources may improve over time, making it possible to address additional indicators in the future.

## Implementation Plan

The following plan is contingent upon several factors. USFWS members on the Interagency Wilderness Steering Committee and Interagency Wilderness Policy Council must agree to the recommendations provided in this document. Furthermore, the U.S. Geological Survey must determine to what degree they would continue to participate in this interagency strategy.

If the interagency strategy is adopted, we propose developing an implementation team consisting of the regional wilderness coordinators, the national wilderness coordinator, an individual associated with USFWS's Inventory and Monitoring program, and the USFWS's representative at the Arthur Carhart National Wilderness Training Center. The Inventory and Monitoring participant should chair the team. We anticipate very little, if any, additional funding would be necessary at the station or regional level to implement this monitoring program. There would be costs associated with developing reporting procedures and acquiring data from national databases (for example, an individual at the national level associated with acquiring data from national databases and entering that data for each refuge). There would also be additional responsibilities associated with developing the database and instructions associated with entering data. This team would work with the RAPP coordinators to assess the monitoring framework to determine if there is additional staffing, funding, responsibility, and scheduling needs. We would also need to develop a national monitoring program including a development timeframe. This team would need to meet annually to discuss issues associated with data collection or to discuss changes (additions or deletions) to the monitoring program based on input from the field. Finally, the Interagency Wilderness Steering Committee would need to discuss issues associated with data collection or to discuss changes to the monitoring program. We envision the majority of this work being accomplished within the first year; however, internal agency and interagency meetings would need to occur annually.

## Data

Data sets would be collected and generated for assessing individual measures. Some of these measures are designed to incorporate data from nationally available data sets. For these national data sets, we recommend that data be collected and stored by either the Service Washington Office or the U.S. Geological Survey. We believe the RAPP software could readily be modified to incorporate data collected and input at the local level. As with other data collected within the RAPP, data sources can be identified within the database for use in future years to accommodate staff changes and ensure consistency between years. There would

BLM_0056518

be a need to work with the RAPP coordinators to develop the ability to assess the trend of each measure over time. The assessment of trends in wilderness character would provide important information regarding USFWS managed wilderness areas. This step is critically important for this Strategy to be relevant at the local and regional levels. Furthermore, this would allow for the assessment of a trend for each monitoring question, wilderness character quality, indicator, and measure at the local, regional, and national levels.

Given that the software associated with inputting data to RAPP is tiered to provide information to the Department of Interior, there already is a seamless method to share data with the other two agencies managing wilderness within the department. There would need to be further discussion on how to share data with the Forest Service. The role of the U.S. Geological Survey is likely important for the integration of data between the two departments.

## Analysis and Reporting

As mentioned previously, we believe the monitoring questions could be easily incorporated into the existing RAPP data collection process. This precludes the need for developing an additional data collection system and results in a more detailed analysis on how we determine refuges are managing wilderness areas. Furthermore, this would result in stations having more information on actions that benefit or impact wilderness character and a more goal oriented approach to wilderness stewardship at the station, regional, and national levels. Results of the data analysis should be reported at the station, regional, and national levels. Although the National Wilderness Preservation System-wide analysis and reporting should be conducted at the national level (ideally by the U.S. Geological Survey), it is critical that the National Wildlife Refuge System RAPP database allow local managers to readily assess the trends in wilderness character.

## Hurdles

We recognize the challenge of requesting additional data collection requirements at the field level. Addressing this challenge was an integral component of the Strategy. Both USFWS representatives on this Interagency Team were from field stations and we were hesitant to support the adoption of any measures requiring even moderate increases to staff resources. However, given the level in which we currently monitor wilderness resources, any additional measure would result in an increase in staff time to collect and report data. We believe this is a hurdle to implementing this monitoring program. There would be a need for additional commitments by staff to collect additional data throughout the year. The key to overcoming this hurdle involves gaining support for this effort at the local, regional, and national levels.

We recognize there may be no additional funds available to implement this strategy. This was an important factor recognized during the development of this Strategy. All efforts were made to ensure no additional funds were needed to implement this Strategy at the local level. However, there would be a need for some additional funding at the national level to oversee the collation, analysis, and reporting of this monitoring program. If

BLM_0056519

the U.S. Geological Survey is willing, funding may be needed from each of the four agencies to ensure this participation.

## Communication

If this interagency strategy is adopted, there would be a need to brief each of the Assistant Regional Directors (ARDs) for refuges, regional wilderness coordinators, and stations managing federally designated wilderness. Service members of the Interagency Wilderness Character Monitoring Team would be available to meet with the ARDs and regional wilderness coordinators to provide this briefing. This briefing should include the message that this interagency strategy:

- does not compare wilderness areas against each other;
- does not compare wilderness management between agencies;
- was designed to determine trends in wilderness character for each individual unit;
- provides information that would be useful at the local level and benefit project leaders in their management of wilderness areas; and
- provides information that would be reported for assessment at the regional and national level that would allow for regional and national leadership in wilderness management.

In addition, the Arthur Carhart National Wilderness Training Center should develop a training module to use at unit and regional wilderness workshops. This would allow consistent data collection and assessment of trends in wilderness character.

## *DOI National Park Service (NPS)*

A general approach for implementing this interagency strategy in the NPS is offered below.

### Background

This interagency strategy provides guidance to NPS managers for implementing a wilderness character monitoring program to assess whether the Wilderness Act mandate and NPS policies for preserving wilderness character are being achieved. By focusing wilderness character monitoring on the four qualities identified in this document—untrammeled, undeveloped, natural, and solitude or a primitive and unconfined type of recreation—NPS managers would better understand what management practices to adopt to ensure maintaining or improving wilderness character of the areas they manage.

### Benefits and Impacts

At the local level, wilderness character monitoring would help NPS managers understand how their individual management decisions have affected or are likely to affect the four qualities of wilderness character and to clearly see the trade-offs of effects among the four qualities for any given management action. This greater understanding would influence decisions regarding scientific activities conducted in wilderness,

BLM_0056520

resource management approaches to maintaining and improving resource condition in wilderness, visitor use and resource protection actions, and focal points for interpretive programs about wilderness.

At regional and national levels, this monitoring would assure consistency, continuity, and accountability in the way wilderness character is monitored and assessed across wilderness areas in the National Park System. The compilation of monitoring trends for multiple parks would permit reporting on the trends in National Park System components of the National Wilderness Preservation System. The ability to report on these trends would provide useful information for responding to public inquiries about the condition of wilderness and developing funding proposals for adding capability to park wilderness management programs.

This monitoring protocol would be invaluable if the revised Wilderness GPRA Measure described in the *Implications for A GPRA Wilderness Measure* section is adopted.

Implementing this monitoring framework would require dedicating park staff time to gathering available data contained in park files, acquiring new data for specific measures (in some cases), and, should the park choose to initiate new types of data collection to track new measures, acquiring staff time and equipment (possibly) that currently does not exist. Regional and/or national staff would be expected to help compile wilderness specific information that would be extracted from regional or national databases.

Without specific funding for wilderness programs in each park and no additional funding, money would need to be diverted from other program areas and used to fund this monitoring program. How this monitoring may be integrated into the National Park System's overall Inventory and Monitoring Program would need to be investigated.

## Pilot Testing

The NPS would recruit at least one park containing wilderness in each of its six administrative regions with wilderness to conduct a pilot test in a National Park System context. The NPS would provide an overview context for the pilot testing to ensure that all six parks would be able to provide feedback on key questions about applying the framework in parks. The results of the pilot testing would aid in making decisions on whether reference manual level guidance and a budget initiative need to be developed.

## Indicators and Measures

The NPS would rely on pilot testing results to determine which specific measures would be most beneficial in a park context. A key aspect of the pilot testing would be to explore which, if any, existing vital signs elements can be used directly as data sources to address relevant wilderness character monitoring measures. A second key aspect would be to assess whether it would be appropriate for the vital signs program to add one or more new measures designed specifically to provide data to address a wilderness character measure.

BLM_0056521

## Implementation Plan

The NPS would form an interdisciplinary team to develop the specific
service-wide implementation plan. This team would be composed of the
national wilderness program chief, regional wilderness coordinators, a
vital signs program representative, three park representatives, and the
Arthur Carhart National Wilderness Training Center representative. The
team would use elements identified and explored during the pilot testing
process for park, regional, and Washington offices as appropriate during
the development of the specific implementation plan.

## Data

Data collected in a park would be managed by that individual park, either
as a stand alone wilderness database or as components of a vital signs
database. Data obtained from nationwide databases would be extracted
and served by NPS Washington Office divisions most closely associated
with the subject of the data. The Washington Office would be the respon-
sible party for assembling NPS-wide trend data, drawing the data either
directly from park databases or from Regional Office databases should
Regional Directors choose to establish regional databases.

## Analysis and Reporting

Park data analyses would be reported to NPS regional directors. Regional
directors would report regional office analyses to the NPS Washington
Office that, in turn, will prepare the NPS summary report. Managers at
each administrative level of the NPS would use the information to de-
velop appropriate management documents.

## Hurdles

Key hurdles include inadequate funding and staffing. There may also be
reluctance by some managers to implement this monitoring program if
they are currently using another method to assess wilderness character
in their parks. In some cases, current levels of communication and
coordination across park division boundaries may cause difficulties in
determining which division may be responsible for collecting what types
of data, who would track all data, and who would facilitate assembly of
an overall assessment of trend in the park's wilderness character.

## Communication

One key communication need is informing the NPS management chain
of command about the strategy and opportunity it provides for improv-
ing the stewardship of wilderness character. An important point in this
communication is that the strategy tracks trends in wilderness character
within a single wilderness area and does not compare it to any other
wilderness area or the management of wilderness areas between other
agencies. Another key communication need is providing training to
regional and park staffs about this monitoring and the opportunities it
offers for increasing the effectiveness of park wilderness stewardship ac-
tivities. The Arthur Carhart National Wilderness Training Center should
develop a training module to use at unit wilderness workshops and other
venues. A third key communication need is to include park interpreta-
tion staff in the information dissemination process so they can use the

BLM_0056522

information to provide more wilderness-oriented interpretive programs and information to park visitors.

## U.S. Forest Service

A general approach for implementing this interagency strategy in the Forest Service is offered below, based largely on extensive development already conducted by the agency to implement this monitoring.

### Background

Although about 19 percent of all the land managed by the Forest Service (about 35 million acres) is designated wilderness, the Forest Service currently lacks a nationally consistent way to evaluate how well it is fulfilling the central mandate of the 1964 Wilderness Act to preserve the area's wilderness character.

The history of the Forest Service includes foundational work to create the system of designated wilderness we now have the privilege of stewarding. To uphold this legacy, the Forest Service needs to retain its leadership by monitoring trends in wilderness character and using this information to guide stewardship actions at all administrative levels.

### Benefits and Impacts

The benefits of this monitoring to the Forest Service include:

- better information available to decision-makers at all administrative levels to guide decisions and focus stewardship efforts in a time of limited budgets;
- improved ability to guard against legal vulnerability by being able to include information about trends in wilderness character in NEPA analysis documents and disclose how proposed actions support maintaining or improving wilderness character;
- improved accountability for results tied directly to the mandate to "preserve wilderness character;
- improved integration with other resource programs including information available to the local manager that today is not easily available (for example, air quality data for specific wilderness); and
- complementing and moving the agency beyond the Chief's 10-Year Wilderness Stewardship Challenge.

While improving wilderness stewardship must occur at the local level, the ability to compile information at regional and national levels provides a powerful communication tool that is essential to evaluate program effectiveness at all administrative levels.

The Chief's 10-Year Wilderness Stewardship Challenge (Chief's 10-YWSC) and wilderness character monitoring complement one another. Conceptually, the Chief's 10-YSC evaluates trends in elements of the management program, whereas wilderness character monitoring assesses the results or outcomes of these program elements. The Chief's 10-YWSC will end in 2014 and discussion has not yet occurred to determine what would happen with the current performance measure after that time. Reporting trends in wilderness character could serve as a next

BLM_0056523

logical step. Prior to 2014, individual wildernesses could begin compiling information in accordance with the wilderness character monitoring protocol to help fulfill the requirements of elements 2, 3, 6, and 9 of the Chief's 10-YWSC. If this were accomplished, the Forest Service could begin to have trend data for at least some aspects of wilderness character in the foreseeable future.

This monitoring strategy has been designed specifically with the objective of minimizing impact on field-level workloads. Data stewards are already identified within the Forest Service for every wilderness and these data stewards already report annually on wilderness accomplishments through the Infra-WILD database. Good communication with data stewards would be required to encourage gathering local data for measures associated with wilderness character to help fulfill elements of the Chief's 10-YWSC. The largest workload impact on field staff would be incurred in the first year when baseline information was being compiled and reported. After the initial investment, some measures are only reported every 5 years, lessening the annual impact on field staff. To further lessen impact on field staff, a central data analyst could be hired to maximize efficiency in collecting data from national databases. This could be a new position or potentially a re-prioritization of work associated with an existing position. It is also possible that efficiency could be gained by sharing the funding for such a position among all agencies conducting this monitoring, including the U.S. Geological Survey.

## Pilot Testing

Pilot testing the Forest Service's wilderness character monitoring protocol in each of the Forest Service regions was completed in 2006. A total of 121 Forest Service personnel participated in these tests, including 23 wilderness managers, 95 resource specialists such as wildlife biologists, air resource managers and engineers, and three district rangers. The full pilot test results are available in the report "Final Pilot Test Report: A National Protocol to Evaluate Trends in Wilderness Character" (Boutcher and Landres 2006).

Primary findings from the pilot test were:

- all local pilot test participants felt implementation of this monitoring would improve their understanding of wilderness character.
- all but one of the local pilot test participants felt wilderness character monitoring was worthwhile.
- not all measures were relevant in every wilderness, but all measures had relevance in a majority of wildernesses.
- despite the diversity of wilderness across the country, the rationale for this monitoring made sense and was applicable across the entire system of 418 Forest Service wildernesses.
- the completeness and accuracy of data currently stored in corporate and external information systems varies greatly.
- all pilot test participants felt the protocol was do-able and the anticipated workload was reasonable (estimates derived from pilot testing were that initial baseline monitoring would take between 33 and 130 hours depending on wilderness complexity level, and annual monitoring thereafter would take about 14 hours in each wilderness).

BLM_0056524

## Indicators and Measures

The Interagency Wilderness Character Monitoring Team recommends that data be collected to assess trend for all indicators. While this interagency wilderness character monitoring identifies some new measures and modifies some of the measures initially developed by the Forest Service, the changes are not anticipated to alter the finding that most measures would be relevant to Forest Service wildernesses. In addition, this monitoring strategy recommends a "cafeteria" approach that would provide flexibility to the Forest Service to identify a core subset of measures that might be most beneficial. It is recommended that the Forest Service Wilderness Information Management Steering group be tasked with identifying this subset of measures after approval of this monitoring strategy.

## Implementation Plan

An implementation plan is needed to carefully prepare the different levels of management, from field office to Washington Office. Implementation analysis and briefing materials were presented to Deputy Chief Joel Holtrop in 2007. Specific staffing and funding needs were identified, as well as a timeframe for implementing this monitoring. At that time, the agency could not commit national funding and staff toward implementation. This past work would need to be updated to address the current situation of decreased funding and staffing as well as the agency's current reorganization initiative. The updated implementation plan would need to outline what has changed since 2007 and propose a new strategy for accomplishing wilderness character monitoring.

## Data

The data called for in the Forest Service protocol for monitoring wilderness character came from several data sources, which can generally be categorized as:

- new data entered using office records and professional knowledge;
- existing data currently residing in a corporate database, with opportunities for validation and modification; and
- existing data from external data sources.

The Wilderness Character module of Infra-WILD would provide the tool necessary to access corporate Forest Service data. Forms have been drafted for the entry of new data and to facilitate the review and editing of existing data, including the data stored elsewhere in Infra or in the Natural Resource Information System. Utilities can be developed to access external data sources, which in most cases would be served over the Internet.

## Analysis and Reporting

This monitoring would allow the Forest Service to report on the percentage of wildernesses that show a stable or improving trend for wilderness character and a degrading trend in wilderness character compared with baseline conditions for each area. Such information would be a powerful tool to demonstrate where stewardship is yielding positive results and

BLM_0056525

where improvement is needed. Two different reports would be produced to present monitoring results:

- *National Wilderness Report*—The purpose of the National Wilderness Report is to communicate monitoring results with line officers and program managers to inform policy review and improve wilderness stewardship. The National Wilderness Report would consist of two components: (1) a two-page summary of monitoring results suitable for briefings to the National Leadership Team and similar audiences and (2) an expanded report summarizing trends in wilderness character, qualities, indicators, and measures for each region.

- *Local Wilderness Report*—A standard report format would be built into the Infra-WILD application allowing the local wilderness manager to query the database and produce a report for an individual wilderness. Local managers would be able to produce two different reports: (1) a summarized report suitable for communicating monitoring results with line officers and potentially with interested citizens and (2) a "data dump" of all the information entered into the system for use by the local manager to compare current conditions against locally established standards.

The National Wilderness Report would be produced on a 5-year cycle. Every year, data would be summarized for 20 percent of National Forest System wildernesses (approximately 80 wildernesses per year). Updates would be produced annually and a comprehensive report produced every 5 years. Producing a report annually for a portion of National Forest System wildernesses allows compilation and synthesis work to be spread evenly rather than having to "staff up" once every 5 years. Additionally, annual reports provide a more even information flow to leaders in the wilderness program so that some information about trends in wilderness character is available to inform program decisions every year. At the forest level, highlights from Infra-WILD reports produced for local wildernesses could be included in the monitoring and evaluation reports, as required by planning regulations.

Regional or national displays of information about many wildernesses can present a much more compelling picture than information about a single wilderness. Only at the local level would absolute values be generated for each measure. These raw data can provide meaningful information to the local manager about how conditions compare with locally established standards and the magnitude of change observed from one monitoring period to another.

## Hurdles

Corporate data systems have increased database reporting workloads to the point of overload, and implementing wilderness character monitoring would increase data steward's time commitment. The additional workload must come with funding to compensate for the added work or existing workloads must be re-prioritized.

## Communication

Ironically, communicating the need for wilderness character monitoring might prove to be more difficult than the actual monitoring or data

BLM_0056526

reporting. Explaining the story of how Congress gave the Federal agencies a mandate to preserve wilderness character in the Wilderness Act of 1964, but never fully articulated or defined wilderness character, has created a void in wilderness management for 44 years. Additionally, monitoring indicators that can actually evaluate trends in wilderness character over time have never been developed—until now. Currently, the Forest Service is focusing its monitoring priorities on managing wilderness to standard to reach a minimal wilderness stewardship level. The Agency is now in its third full year of reporting the progress of its management to standard in Infra-WILD. The goal of the Chief's 10-YWSC is to have all 418 Forest Service wildernesses managed to standard by the 50th Anniversary of Wilderness in 2014. An essential part of the communication plan would be to articulate how the Chief's 10-YWSC and wilderness character monitoring complement each other and how the transition would occur from reporting on the Chief's 10-YWSC to reporting on trends in wilderness character.

If this monitoring strategy is approved by the IWSC and IWPC, it is recommended that a team be tasked with developing an updated Implementation Plan and a Communication Plan. The team should include the Washington Office wilderness information manager, one regional wilderness program manager, one field-level wilderness manager, and one wilderness researcher (Peter Landres of the Aldo Leopold Wilderness Research Institute). Additionally, one Regional Recreation/Wilderness Director should be involved in developing the communication plan. This is imperative because the Regional Forester support is essential to implement this monitoring. To gain Regional Forester support, the Regional Recreation/Wilderness Director must fully understand and support this effort. Secondly, a staff person from the Washington Office Communications and Legislative Affairs staff should also be engaged in the development of the Communication Plan. This position is an important component because talking points developed by the team would eventually be communicated to the Department of Agriculture staff and Congress. Having a Washington Office public affairs staff person engaged in the development of the Communication Plan would help ensure the document meets the needs of Washington Office and the Department.

Finally, it is recommended that the Communication Plan be transmitted to the field via the Regional Wilderness Program Managers and the Arthur Carhart National Wilderness Training Center (ACNWTC). The interagency Carhart staff is in the best position to produce training materials and workshops to help convey the purpose, need, goals, and objectives of the wilderness character monitoring. It is further recommended that each Region host a regional training course conducted by the ACNWTC interagency staff to provide wilderness managers and on-the-ground wilderness rangers the necessary skills to properly and consistently monitor and report wilderness indicators and measurements. Additionally, the interagency wilderness website [http://www.wilderness.net] should be fully used to make wilderness character monitoring program information readily accessible. All pertinent wilderness character monitoring documents can be stored and easily downloaded from a "toolbox" dedicated to this subject matter.

BLM_0056527

**Publishing Services Staff**

*Managing Editor* · Lane Eskew

*Page Composition & Printing* · Nancy Chadwick

*Editorial Assistant* · Loa Collins

*Contract Editor* · Kristi Coughlon

*Page Composition & Printing* · Connie Lemos

*Distribution* · Richard Schneider

*Online Publications & Graphics* · Suzy Stephens

BLM_0056528



**RMRS**
ROCKY MOUNTAIN RESEARCH STATION

The Rocky Mountain Research Station develops scientific information and technology to improve management, protection, and use of the forests and rangelands. Research is designed to meet the needs of the National Forest managers, Federal and State agencies, public and private organizations, academic institutions, industry, and individuals. Studies accelerate solutions to problems involving ecosystems, range, forests, water, recreation, fire, resource inventory, land reclamation, community sustainability, forest engineering technology, multiple use economics, wildlife and fish habitat, and forest insects and diseases. Studies are conducted cooperatively, and applications may be found worldwide.

**Research Locations**

| | |
|---|---|
| Flagstaff, Arizona | Reno, Nevada |
| Fort Collins, Colorado* | Albuquerque, New Mexico |
| Boise, Idaho | Rapid City, South Dakota |
| Moscow, Idaho | Logan, Utah |
| Bozeman, Montana | Ogden, Utah |
| Missoula, Montana | Provo, Utah |

*Station Headquarters, Natural Resources Research Center, 2150 Centre Avenue, Building A, Fort Collins, CO 80526.

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, DC 20250-9410, or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.

Federal Recycling Program    Printed on Recycled Paper

Case No. 1:20-cv-02484-MSK Document 44-12 filed 04/28/21 USDC Colorado pg 44 of
211

THE SOUTHWESTERN NATURALIST 26(4):389-393          NOVEMBER 20, 1981

# DISTRIBUTION OF FISHES IN THE WHITE RIVER, UTAH

## STEVEN H. LANIGAN AND CHARLES R. BERRY, JR.

ABSTRACT.—A survey of the White River, Utah, was made during the summer of 1978 and 1979 to determine the abundance and distribution of endemic fishes during and after spring runoff. The fish population was similar to that in other eastern Utah streams. Red shiners (*Notropis lutrensis*) were most abundant, followed, in order, by roundtail chubs (*Gila robusta*), flannelmouth suckers (*Catostomus latipinnis*), speckled dace (*Rhinichthys osculus*), fathead minnows (*Pimephales promelas*), carp (*Cyprinus carpio*), and channel catfish (*Ictalurus punctatus*). Bluehead suckers (*Catostomus discobolus*), black bullheads (*Ictalurus melas*), green sunfish (*Lepomis cyanellus*), brown trout (*Salmo trutta*), and Colorado squawfish (*Ptychocheilus lucius*) individually comprised less than 0.5% of the total number of fish. Native fishes dominated the fish fauna at upstream stations; introduced fishes dominated at downstream stations. A total of 15 adult Colorado squawfish, an endangered fish, was captured or observed.

The White River basin in Uintah County, Utah, and Rio Blanco County, Colorado, contains some of the largest oil shale deposits in the West. In 1965 the Utah Division of Water Resources proposed construction of a dam 82 km upstream from the mouth of the White River to provide water for oil shale development (Utah Division of Water Resources, 1977). This and other likely watershed developments may affect the aquatic fauna in the White River. The purpose of this study was to determine the abundance and distri-

http://www.jstor.org/discover/10.2307/3671082?uid=3739568&uid=2&uid=4&uid=3739256&sid=21104511599331                                                   4/7

BLM_0056530

11/11/2014                                    JSTOR: The Southwestern Naturalist, Vol. 26, No. 4 (Nov. 20, 1981), pp. 389-393

bution of endemic fish in the White River in Utah during and after spring runoff.

STUDY AREA.—The White River, a tributary to the Green River, is in the Upper Colorado River Basin and drains more than 13,000 km$^2$ of Utah and Colorado (Fig. 1). In Utah, the river flows 106 km from the Colorado border to the confluence with the Green River, draining arid pinyon-juniper, sagebrush, and barren land habitat. Most tributaries of the river in Utah are intermittent. Water quality during the study varied little with river mile. From April to October 1978-79, temperature ranged from 15.5 to 23.5°C, dissolved oxygen from 2.2 to 7.9 mg/l, pH from 7.9 to 8.6, total hardness from 330 to 440 mg/l, and conductivity from 700 to 1,250 $\mu$mhos. This water quality was similar to that recorded in preceding years (U.S. Geological Survey, 1977, 1978; Utah State Division Health, 1977).

The river can be partitioned into three habitat types. The upper area (Stations 1 to 4) is a combination of shallow (<1 m) rapids with substrate composed of small rubble and deep rapidly flowing areas containing large boulders. The middle section (Stations 5 to 12) has a wide diversity of habitat ranging from large slow moving backwater areas to narrow, deep, turbulent reaches. The lower section (Stations 13 to 15) is wider and more uniform in depth and flow. Sand and silt are the predominant bottom substrates in the lower section.

The fishes of the White River in Colorado have been recently inventoried (Carlson et al., 1979). A cursory fishery survey was conducted in the Utah portion of the White River in 1971 (Holden and Stalnaker, 1975); more extensive work was conducted in 1974-1975 (Crosby, 1975). Endemic fishes found were the flannelmouth sucker (*Catostomus latipinnis*), speckled dace (*Rhinichthys osculus*), mountain whitefish (*Prosopium williamsoni*), bluehead sucker (*Catostomus discobolus*), roundtail chub (*Gila robusta*), and mottled sculpin (*Cottus bairdi*). In the Colorado portion, two Colorado squawfish (*Ptychocheilus lucius*), an endangered species, were captured.

METHODS.—Fish were collected from the White River in July-September 1978 and April-June 1979 at 15 sites (Fig. 1). A bag seine, 4.5 m by 1.2 m with 15-mm stretched mesh, was used in slow

Next PageNext Page

End of preview. Back to top.
*The Southwestern Naturalist* © 1981 Southwestern Association of Naturalists
Abstract:

BLM_0056531

*Journal of Wildlife Diseases*, 46(3), 2010, pp. 706–717
© Wildlife Disease Association 2010

# TRANSMISSION OF *MANNHEIMIA HAEMOLYTICA* FROM DOMESTIC SHEEP (*OVIS ARIES*) TO BIGHORN SHEEP (*OVIS CANADENSIS*): UNEQUIVOCAL DEMONSTRATION WITH GREEN FLUORESCENT PROTEIN-TAGGED ORGANISMS

Paulraj K. Lawrence,[1] Sudarvili Shanthalingam,[1] Rohana P. Dassanayake,[1] Renuka Subramaniam,[1] Caroline N. Herndon,[1] Donald P. Knowles,[2] Fred R. Rurangirwa,[1] William J. Foreyt,[1] Gary Wayman,[3] Ann Marie Marciel,[4] Sarah K. Highlander,[5] and Subramaniam Srikumaran[1,6]

[1] Department of Veterinary Microbiology and Pathology, Washington State University, Pullman, Washington 99164-7040, USA
[2] Animal Disease Research Unit, United States Department of Agriculture, Pullman, Washington 99164-7040, USA
[3] Department of Comparative Anatomy, Physiology and Pharmacology, Washington State University, Pullman, Washington 99164-7040, USA
[4] Department of Radiology, Baylor College of Medicine, One Baylor Plaza, MS280, Houston, Texas 77030-3498, USA
[5] Department of Molecular Virology and Microbiology, Baylor College of Medicine, One Baylor Plaza, MS280, Houston, Texas 77030-3498, USA
[6] Corresponding author (email: ssrikumaran@vetmed.wsu.edu)

ABSTRACT:  Previous studies demonstrated that bighorn sheep (*Ovis canadensis*) died of pneumonia when commingled with domestic sheep (*Ovis aries*) but did not conclusively prove that the responsible pathogens were transmitted from domestic to bighorn sheep. The objective of this study was to determine, unambiguously, whether *Mannheimia haemolytica* can be transmitted from domestic to bighorn sheep when they commingle. Four isolates of *M. haemolytica* were obtained from the pharynx of two of four domestic sheep and tagged with a plasmid carrying the genes for green fluorescent protein (GFP) and ampicillin resistance (AP^R). Four domestic sheep, colonized with the tagged bacteria, were kept about 10 m apart from four bighorn sheep for 1 mo with no clinical signs of pneumonia observed in the bighorn sheep during that period. The domestic and bighorn sheep were then allowed to have fence-line contact for 2 mo. During that period, three bighorn sheep acquired the tagged bacteria from the domestic sheep. At the end of the 2 mo of fence-line contact, the animals were allowed to commingle. All four bighorn sheep died 2 days to 9 days following commingling. The lungs from all four bighorn sheep showed gross and histopathologic lesions characteristic of *M. haemolytica* pneumonia. Tagged *M. haemolytica* were isolated from all four bighorn sheep, as confirmed by growth in ampicillin-containing culture medium, PCR-amplification of genes encoding GFP and Ap^R, and immunofluorescent staining of GFP. These results unequivocally demonstrate transmission of *M. haemolytica* from domestic to bighorn sheep, resulting in pneumonia and death of bighorn sheep.

*Key words*: Bighorn sheep, domestic sheep, green fluorescent protein, *Mannheimia haemolytica*, *Ovis canadensis*, pneumonia, transmission.

## INTRODUCTION

The large decline in the bighorn sheep (*Ovis canadensis*) population in North America, from an estimated two million at the beginning of the 19th century to fewer than 70,000 now (2009) (Buechner, 1960; Valdez and Krausman, 1999), has been attributed in part to diseases, particularly pneumonia caused by bacteria of the genera *Mannheimia*, *Bibersteinia*, and *Pasteurella* (Coggins, 1988; Miller, 2001). Bighorn sheep are much-more susceptible to pneumonia than are domestic sheep (*Ovis aries*; Foreyt, 1994). Since the early 1980s, there

have been anecdotal field reports of bighorn deaths due to pneumonia following contact with domestic sheep (Foreyt and Jessup, 1982; Coggins, 1988; George et al., 2008).

Bacteria of the genera *Mannheimia*, *Bibersteinia*, and *Pasteurella* are commensal bacteria in the pharynx and nasal cavities of domestic and bighorn sheep (Ward et al., 1990). Experimental inoculation of some of the isolates from domestic sheep—isolates which do not readily cause disease in the domestic sheep—have resulted in fatal pneumonia in bighorn sheep (Onderka et al., 1988; Foreyt et al., 1994). In five experimental

706

BLM_0056532

commingling studies conducted by three investigators, 41 of 43 bighorn sheep died following contact with domestic sheep (Onderka and Wishart, 1988; Foreyt, 1989, 1990; Callan et al., 1991). These findings appeared to confirm earlier reports of the death of bighorn sheep after contact with domestic sheep, thus incriminating domestic sheep in the induction of fatal pneumonia in bighorn sheep. Although *Mannheimia (Pasteurella) haemolytica*, *Bibersteinia (Pasteurella) trehalosi*, and *Pasteurella multocida* were isolated from the dead bighorn sheep, these studies did not demonstrate that these organisms were transmitted from the domestic sheep to the bighorn sheep. In some of these studies, the bacteria that were isolated from the dead bighorn sheep were not shown to be present in the domestic sheep. It is possible that the bacteria responsible for the death of the bighorn sheep were not carried by the domestic sheep. It is also conceivable that these bacteria were present in the domestic sheep, but were not isolated, because nasal swabs rather than pharyngeal swabs were obtained or because adequate numbers of bacterial colonies from the initial isolation were not picked up for further characterization. Even the isolation of bacteria belonging to the same species, serotype, or biotype, from the domestic sheep and bighorn sheep did not demonstrate that the organism was transmitted from domestic sheep.

Our objective was to determine, unambiguously, whether a respiratory pathogen can be transmitted from domestic sheep to bighorn sheep. Multiple genera, species, and serotypes of bacteria can colonize the nasal cavities and the pharynx of a single animal (Ward et al., 1997). *Mannheimia haemolytica*, *B. trehalosi*, and *P. multocida* are commonly isolated from pneumonic lungs of bighorn sheep, (Jaworski et al., 1998; Kelley et al., 2007; George et al., 2008). *Mannheimia haemolytica* consistently causes severe bronchopneumonia and the rapid death of bighorn sheep

under experimental conditions (Onderka et al., 1988; Foreyt et al., 1994; Dassanayake et al., 2009). Therefore, we selected *M. haemolytica* for this study. We obtained four *M. haemolytica* isolates from the nasopharynx of domestic sheep and tagged them with a plasmid encoding genes for green fluorescent protein (GFP), and for beta-lactamase (Bla), which confers ampicillin resistance (Ap$^R$). The four domestic sheep were colonized with the tagged bacteria and allowed to commingle with bighorn sheep to determine whether there was transmission of the GFP-tagged bacteria.

## MATERIALS AND METHODS

### Screening of animals for respiratory pathogens

Experimental protocols were reviewed and approved by the Institutional Animal Care and Use Committee (IACUC) at Washington State University.

Four, clinically normal domestic sheep from the same flock were selected for the study. Nasal and pharyngeal swabs, from two groups of four domestic sheep and four bighorn sheep, were collected twice at 1- to 2-wk intervals. The swabs were collected from the domestic sheep at the beginning of the study (61 wk and 63 wk prior to the beginning of the transmission study) to obtain *M. haemolytica* isolates for tagging with GFP and Ap$^R$. The bighorn sheep were sampled 42 days and 35 days prior to the beginning of the transmission study. The swabs were analyzed for the presence of ovine respiratory disease (ORD) pathogens by protocols routinely used at Washington Animal Disease Diagnostic Laboratory (WADDL; Pullman, Washington, USA). The pathogens screened for included the bacteria *M. haemolytica*, *B. trehalosi*, and *Mycoplasma ovipneumoniae* and the viruses respiratory syncytial virus (RSV), parainfluenza 3 virus (PI-3), bovine herpesvirus1 (BHV-1), and bovine viral diarrhea virus (BVDV).

### Isolation of viruses from nasopharyngeal swabs and lungs

The bovine turbinate (BT) cell line was used for viral propagation because these cells were known to support the growth of all the above viruses. Swabs in universal viral transport medium (BD Biosciences, Sparks, Maryland, USA) were vortexed, and the medium was plated onto BT cells in minimal essential

BLM_0056533

medium (MEM) supplemented with 10% fetal bovine serum (FBS; free of antibodies to known respiratory viruses) and antibiotics (penicillin-streptomycin 100 IU/ml; gentamicin 50 μg/ml; and fungizone 25 μg/ml). Inoculated cell cultures were incubated at 37 C in a humidified atmosphere of 5% $CO_2$. The BT cells were observed daily for cytopathic effect.

### Isolation of *M. ovipneumoniae* and *M. haemolytica* from nasopharyngeal swabs and lungs

Swabs from each animal were streaked onto blood agar plates and kept at 37 C overnight under aerobic and anaerobic growth conditions. The bacterial colony morphology on brain-heart infusion (BHI) sheep blood agar and triple sugar iron (TSI) medium; Gram staining; the ability to hydrolyze arabinose, trehalose, indole, nitrate, xylose, and catalase; and oxidase activity were used to differentiate *M. haemolytica* from *B. trehalosi* and *P. multocida* isolates. *Mycoplasma ovipneumoniae* was isolated by growth on pleuropneumonia-like organism broth and selective agar plates according to a previously described protocol (Besser et al., 2008).

### Serotyping of *M. haemolytica* isolates

*Mannheimia haemolytica* strains were serotyped using serotype-specific rabbit antisera obtained from Glynn Frank (National Animal Disease Center, Ames, Iowa, USA). Cells from a single colony of overnight growth on a sheep blood agar plate were swirled for 30 sec in 30 μl of serum on a glass microscope slide. Agglutination was observed under a dissecting microscope. Serotype-specific antisera for the following serotypes were tested: A1, A2, A5, A6, A7, A8, A9, A10, A11, A12, A13, A14, and A16.

### Polymerase chain reaction (PCR) detection of *M. haemolytica*

The PCR assay specific for *M. haemolytica* has been described (Dassanayake et al., 2010). A portion of the gene encoding *M. haemolytica* O-sialoglycoprotein endopeptidase (*gcp*; Genbank accession number AY83967) was amplified by PCR using primers MhgcpF: 5′-AGA GGC CAA TCT GCA AAC CTC G-3′ and reverse primer MhgcpR: 5′-GTT CGT ATT GCC CAA CGC CG-3′. PCRs were carried out in a final, 50-μl volume with GoTaq® PCR SuperMix (Promega Inc., Madison, Wisconsin, USA) with 0.2 μM each primer and 2 μl bacterial culture. The PCR cycling conditions consisted of an initial denaturation at 95 C for

5 min followed by 35 cycles of denaturation at 95 C for 30 sec, annealing at 55 C for 30 sec, and extension at 72 C for 40 sec, and a final elongation at 72 C for 5 min. The PCR products were visualized after electrophoresis in 1.0% agarose gels run at 7.0 V/cm and staining with ethidium bromide.

### PCR detection of *M. ovipneumoniae*

Both standard PCR and real-time PCR (RT-PCR) were used. Standard PCR amplification conditions were essentially the same as previously described (Besser et al., 2008). Real-time PCR was developed in-house at WADDL using the following primers: Movip F: 5′-GGG GTG CGC AAC ATT AGT TA-3′; Movip R: 5′-CTT ACT GCT GCC TCC CGT AG-3′; and Movip (Probe): 5′-6-FAM-TTA GCG GGG CCA AGA GGC TGT A-BHQ-1-3′ derived from GenBank sequences EU290066 and NR_025989 of *M. ovipneumoniae*. The RT-PCR was run in an ABI 7500 Fast Thermocycler (Applied Biosystems, Carlsbad, California, USA) with the following cycling parameters: Stage 1: 1 hold at 50 C for 2 min (optics off) 95 C for 600 sec (optics off); Stage 2: 45 repeat cycles of 95 C for 15 sec (optics off) to denature and 61 C for 60 sec for annealing and extension (optics on). Test samples were read on the FAM wavelength. Those with a cycle threshold below 40.0 on the FAM channel were classed as positive for *M. ovipneumoniae*.

### Tagging of *M. haemolytica* isolates with a plasmid carrying the genes encoding GFP and Ap$^R$

Plasmid pAM2425 was constructed by cloning the *gfp* gene from plasmid pAG408 into an *M. haemolytica* shuttle vector, pAM2355 (Marciel, 2001). Briefly, the *ClaI/EcoRI* fragment of pAG408 was cloned into a pBluescript KS II+ plasmid carrying the leukotoxin C promoter, then the $P_{lktC}$::*gfp* fusion was amplified using M13 universal forward (5′-GTA AAA CGA CGG CCA GT-3′) and modified reverse (5′-GGG ATA TCT AGA AGC TTA ACA GCT ATG ACC ATG ATT ACG-3′, *Hind*III site italicized) primers, and then cloned as a *Hind*III/*Xba*I fragment into the Bla-resistant vector pAM2355 to create pAM2425 (Fig. 1). All constructions were performed in *Escherichia coli* XL1-Blue (Stratagene, La Jolla, California, USA) as described (Fedorova and Highlander, 1997). Plasmid DNA was purified using the Qiagen miniprep kit (Qiagen, Valencia, California, USA), and the four *M. haemolytica* isolates from the domestic sheep were transformed with plasmid pAM2425, by electroporation, as described by Craig et al. (1989). One-hundred

BLM_0056534

Case No. 1:20-cv-02484-MSK   Document 44-12   filed 04/28/21   USDC Colorado   pg 49 of 211



FIGURE 1.  Schematic representation of the plasmid pAM2425 carrying *gfp* and *bla* genes. Plasmid pAM2425 was constructed by cloning the *gfp* gene from plasmid pAG408 into a *Mannheimia haemolytica* shuttle vector pAM2355, as described in materials and methods.

nanograms of plasmid DNA were added to each cuvette, which contained 100 μl electrocompetent cells. An electrical pulse of 15–20 kilovolt, 400 ohm, 25 μfarad was applied and, immediately, 1 ml BHI/SOC medium (BHI broth; 2.5 mM KCl; 10 mM MgSO$_4$; 10 mM MgCl$_2$; 20 mM glucose) was added and the mixture was incubated at 37 C for 3–4 hr to allow expression of markers. One-hundred-microliter aliquots were spread onto sheep blood agar plates containing 20 μg/ml ampicillin (Bioline, Randolph, Massachusetts, USA) and plates were incubated overnight at 37 C. Ampicillin-resistant colonies containing pAM2425 were identified by colony PCR using *gfp* and *bla* gene-specific primers, respectively (*gfp* forward 5′-ATG AGT AAA GGA GAA GAA CT-3′ and reverse 5′-GTA TAG TTC ATC CAT GCC ATG-3′ and *bla* forward 5′-ATG TTA AAT AAG TTA AAA ATC-3′ and reverse 5′-TTA GTT GAG CTG TAA AGT ATG AAA TAC-3′), in a 25-μl mastermix reaction containing GoTaq, as directed by the manufacturer (Promega Corp.) with slight modification. The PCR cycling conditions consisted of an initial denaturation at 95 C for 5 min, followed by 30 cycles of denaturation at 94 C for 30 sec, annealing at 55 C for 30 sec, extension at 72 C for 1 min, and a final elongation at 72 C for 10 min.

## Leukotoxin production by *M. haemolytica* isolates before and after tagging with GFP and Ap[R]

Leukotoxin production by the *M. haemolytica* isolates was confirmed by subjecting

culture supernatant fluid to MTT dye reduction cytotoxicity assay as described by Gentry and Srikumaran (1991). The percent cytotoxicity was calculated as follows: % cytotoxicity = [1−(OD of toxin-treated cells/OD of toxin-untreated cells)]×100.

## Colonization of domestic sheep with tagged *M. haemolytica*

Bacteria were cultured overnight at 37 C in BHI agar supplemented with 5% sheep blood (Remel, Lenexa, Kansas, USA). Tagged *M. haemolytica* was cultured on plates containing BHI supplemented with 20 μg/ml ampicillin (Bioline). To prepare the inoculum, the bacteria were cultured in BHI broth at 37 C for 2–3 hr followed by growth in Roswell Park Memorial Institute (RPMI) 1640 medium, without phenol red (GIBCO), under the same conditions. The bacterial suspension was diluted in RPMI 1640 to obtain the desired concentration (colony-forming units [CFU]/ml; Petras et al., 1995). Using an atomizer, about 10$^9$ CFU of tagged *M. haemolytica* in 5 ml of phosphate-buffered saline (PBS) was sprayed intranasally into all four domestic sheep from which they were originally isolated. Nasal and pharyngeal swabs were collected 2 wk following inoculation to confirm the presence of tagged bacteria by colony PCR, as described above. A serotype-2 strain of *M. haemolytica*, isolated several years ago from a domestic sheep (Foreyt et al., 1994), also was tagged with the plasmid carrying the *gfp* and *bla* genes. This strain failed to colonize the pharynx of the four domestic sheep and was not used further.

## Domestic sheep-bighorn sheep contact experiments

On day 0, the four domestic sheep and the four bighorn sheep were placed in two identical pens (about 20×3 m) separated by another pen (20×10 m), and animals were monitored for clinical signs. After 1 mo, the bighorn sheep were moved into the middle pen so that they had fence-line contact with domestic sheep. For the next 2 mo, the animals were observed for clinical signs of pneumonia, and nasal and pharyngeal swabs were collected twice (days 51 and 60) for detection of the presence of tagged *M. haemolytica*. After 2 mo in fence-line contact, the domestic sheep and bighorn sheep were allowed to commingle in the middle pen (20×10 m).

## Clinical assessment and necropsy

The bighorn sheep were observed once a day for clinical signs including anorexia,

TABLE 1. Microbial profile of the nasopharynx of domestic sheep before commingling.

| Animal no. | Sample site[a] | Bacteria recovered, sample 1/sample 2[b] | | | |
|---|---|---|---|---|---|
| | | Mh[c] | Bt[d] | Past[e] | Movi[f] |
| 1 | P | +/+[g] | +/ | / | +/+ |
| | N | −/− | −/− | −/− | +/− |
| 2 | P | −/+ | −/− | +/− | +/+ |
| | N | +/+ | −/− | −/− | −/− |
| 3 | P | −/+ | −/− | +/− | +/− |
| | N | −/+ | −/− | −/− | −/− |
| 5 | P | +/− | +/− | −/− | +/− |

[a] Site of sample collection: P = pharynx; N = nasal cavity.

[b] Sample 1/sample 2 = Swabs collected at two different dates.

[c] Mh = *Mannheimia haemolytica*.

[d] Bt = *Bibersteinia trehalosi*.

[e] Past = *Pasteurella* species.

[f] Movi = *Mycoplasma ovipneumoniae*.

[g] (−) = Absent or not detected; (+) = present.

lethargy, cough, dyspnea, and nasal discharge. When the animals began to show clinical signs of pneumonia, they were observed more frequently. Animals that died during the experiment were necropsied within 6 hr. Lungs were removed from each animal and carefully examined for lesions of pneumonia. The degree of involvement of the lung lobes was estimated as percent pneumonic scores (percent of lung that appeared pneumonic on visual examination). Pleuritis was noted as present or absent. Representative samples of pneumonic and normal lung tissue were prepared for both bacteriologic and histopathologic examination (Odugbo et al., 2004). Animals that showed severe signs of pneumonia were euthanized by intravenous administration of pentobarbital and then necropsied in the same manner as those found dead.

**Detection of tagged *M. haemolytica***

*Colony PCR:* Swabs were directly streaked onto sheep blood agar plates containing 20 µg/ml ampicillin and the plates were incubated overnight at 37 C. The following day, 5–10 representative colonies from each plate were picked and subjected to colony PCR assay, performed as described above, to confirm the presence of *gfp* and *bla* genes.

*Imunoflurorescence labeling of GFP-tagged M. haemolytica:* To detect GFP by immunofluorescence, bacterial cells were fixed in 2% paraformaldehyde for 10 min, washed with PBS, and incubated with 100 µl of FITC-conjugated rabbit polyclonal antibodies specific for GFP (Abcam, Cambridge, Massachusetts, USA) for 30 min at 4 C. The cells were washed with PBS and mounted onto microscopic slides and visualized using a fluorescence microscope.

**RESULTS**

**Microbial flora of the upper respiratory tract before commingling**

Microbial isolation revealed that all four domestic sheep carried *Pasteurellaceae* in the nasopharynx (Table 1). All four also yielded *M. haemolytica* from nasopharyngeal samples, at least once, prior to commingling (Table 1). All four domestic sheep were culture-positive for *M. ovipneumoniae* but were negative for the respiratory viruses RSV, PI-3, BVDV, and BHV-1.

Prior to beginning the study, the four bighorn sheep were negative for viruses and for *M. ovipneumoniae* by culture (Table 2). However, three of the bighorn sheep yielded *M. haemolytica* from nasopharyngeal swabs and all four had *B. trehalosi* in their pharynx (Table 2).

**Characteristics of the *M. haemolytica* isolates from domestic sheep selected for tagging**

Four *M. haemolytica* isolates obtained from two of the domestic sheep were designated as numbers 7, 10, 15, and 16. These isolates were determined to be *M. haemolytica* by cultural and biochemical characteristics and were confirmed by *M. haemolytica*-specific PCR assays. Serotype analysis with antisera specific for all known serotypes (A1, A2, A5, A6, A7, A8, A9, A10, A11, A12, A13, A14, and A16) revealed that isolate 7 belonged to serotype 9, while the other three were untypable. All of these isolates produced leukotoxin in culture (Fig. 2).

**Mannheimia haemolytica isolates from domestic sheep get tagged with the plasmid carrying the *gfp* and *bla* genes**

Growth of tagged *M. haemolytica* isolates on ampicillin plates suggested that

BLM_0056536

TABLE 2. Microbial profile of the nasopharynx of bighorn sheep before and after their commingling with domestic sheep. Bacteria were recovered via culture, except that *Mycoplasma ovipneumoniae* was also detected postmortem using polymerase chain reaction (PCR) assay.

| Animal | Sample site[a] | Bacteria recovered before commingling (sample 1/sample 2)[b] | | | Sample site | Bacteria recovered after commingling (postmortem) | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Mh[c] | Bt[d] | Movi[e] | | Mh | Bt | Movi (culture) | Movi (PCR) |
| Y13 | P | −/−[f] | +/+ | −/− | P | + | − | − | − |
| | N | −/− | −/− | −/− | N | + | + | − | − |
| | | | | | L | + | + | − | − |
| Y15 | P | −/+ | +/− | −/− | P | − | + | + | + |
| | N | +/+ | −/− | −/− | N | + | − | − | − |
| | | | | | L | + | − | − | − |
| Y16 | P | +/− | +/+ | −/− | P | − | + | − | − |
| | N | −/− | −/− | −/− | N | + | + | − | − |
| | | | | | L | + | + | − | − |
| Y47 | P | −/− | +/+ | −/− | P | nd[g] | nd | nd | − |
| | N | −/+ | −/− | −/− | N | nd | nd | nd | − |
| | | | | | L | + | − | − | + |

[a] Site of sample collection: P = pharynx; N = nasal cavity; L = lung.

[b] Sample 1/sample 2 = Swabs collected on two different dates.

[c] Mh = *Mannheimia haemolytica*.

[d] Bt = *Bibersteinia trehalosi*.

[e] Movi = *Mycoplasma ovipneumoniae*.

[f] (−) = Absent or not detected; (+) = present.

[g] nd = not done.

the bacteria were successfully tagged with GFP and Ap[R]. PCR using *gfp*- and *bla*-specific primers confirmed the presence of *gfp* (Fig. 3A) and *bla* (Fig. 3C) in all four isolates. Immunofluorescence assays using FITC-labeled anti-GFP antibodies further confirmed the expression of GFP in these isolates (Fig. 4A). Cytotoxicity assays of the culture supernatant fluid, before and after the tagging, revealed that the leukotoxin production was not affected by the presence of extrachromosomal plasmid (Fig. 2). In a separate experiment, two bighorn sheep inoculated intratracheally with $5 \times 10^9$ CFU of the *M. haemolytica* isolates tagged with GFP/Ap[R] plasmid developed pneumonia and died within 2 days postinoculation, indicating that organisms tagged with the GFP/Ap[R] plasmid were pathogenic.

**GFP- and Ap[R]-tagged *M. haemolytica* effectively colonize the nasopharynx of domestic sheep**

Three inoculations using a cocktail of all four, tagged *M. haemolytica* isolates re-sulted in colonization of the nasopharynx of three of the four domestic sheep. The colonization was detected by analyzing nasal and pharyngeal swabs for two consecutive weeks postinoculation (data not shown). The PCR amplification of *gfp* and *bla* genes confirmed the presence of the plasmid-tagged *M. haemolytica* in all of the three domestic sheep. All of the four domestic sheep continued to remain clinically normal after inoculation with tagged *M. haemolytica*.

**Domestic sheep transmit GFP- and Ap[R]-tagged *M. haemolytica* to bighorn sheep**

The domestic sheep and bighorn sheep were separated by about 10 m in individual pens during the first month. During that time, no symptoms of respiratory disease were observed in either domestic sheep or bighorn sheep. Three bighorn sheep (Y13, Y15, and Y47) yielded tagged *M. haemolytica* from samples collected on days 51, 60, or both (21 days, 30 days, or both after fence-line contact began), as

BLM_0056537



FIGURE 2. Leukotoxin production by *Mannheimia haemolytica* isolates before and after tagging with the plasmid carrying *gfp* and *bla*. Culture supernatant fluids from the *M. haemolytica* isolates numbers 7, 10, 15, and 16, before and after tagging with the plasmid carrying *gfp* and *bla*, were subjected to the MTT-dye reduction cytotoxicity assay. The percent cytotoxicity was calculated as follows: % cytotoxicity $= [1-(OD$ of toxin-treated cells/OD of toxin-untreated cells)]$\times100$. The open and shaded bars represent % cytotoxicity of culture supernatant fluids from the respective isolates, before and after tagging, respectively. Results shown are the means of three independent experiments. The error bars indicate standard deviations of the means.

revealed by *gfp* and *bla* gene-specific PCR. One of these bighorn sheep (Y15) developed coughing on day 83, 32 days following the first evidence of tagged *M. haemolytica* infection, but none of the animals died. On day 92 (2 days post-commingling), one bighorn sheep (Y15) died. The remaining animals at this time were lethargic and showed intermittent coughing. On day 95 (5 days postcommingling), two more bighorn sheep (Y13 and Y16) died, and on day 99 (9 days post-commingling), the remaining bighorn sheep (Y47) exhibited severe clinical signs of pneumonia and was euthanized.

**Induction of pneumonia in, and death of, bighorn sheep are caused by *M. haemolytica* transmitted by the domestic sheep**

Postmortem examinations revealed that all four bighorn sheep had acute, bilateral, fibrinohemorrhagic pneumonia that was equally distributed on both sides (Fig. 5A).



FIGURE 3. Detection of *gfp* and *bla* in *Mannheimia haemolytica* isolates by polymerase chain reaction (PCR) amplification. The *M. haemolytica* isolates tagged with the plasmid carrying *gfp* and *bla*, and the *M. haemolytica* isolates recovered from the lungs of the four dead bighorn sheep, were tested for the presence of *gfp* and *bla* by PCR analysis using primers described under materials and methods. Panels A and B represent PCR amplification of *gfp*. Panels C and D represent PCR amplification of *bla*. Ut=the untagged *M. haemolytica* (pool of all 4 isolates); Pl=plasmid pAM2425 used as positive control in PCR to indicate the presence of *gfp* and *bla*; numbers 16, 15, 10, and 7 represent the tagged isolates and the numbers Y47, Y16, Y15, and Y13 represent *M. haemolytica* isolated from the lungs of bighorn sheep numbers Y47, Y16, Y15, and Y13 at necropsy. MW=molecular weight markers. Results of one representative experiment out of three are shown.

BLM_0056538



FIGURE 4. Detection of expression of GFP by immunofluorescence staining. The *Mannheimia haemolytica* isolates tagged with the plasmid carrying *gfp* and *bla*, and the *M. haemolytica* isolates recovered from the lungs of the four dead bighorn sheep, were tested for the expression of GFP by immunofluorescence staining with FITC-conjugated rabbit anti-GFP antibodies. All four tagged isolates (7, 10, 15, and 16), and isolates recovered from the lungs of all four dead bighorn sheep (Y13, Y15, Y16, and Y47), were positive for fluorescence expression. Fluorescence exhibited by one representative tagged isolate (Panel A1), and one representative isolate recovered from the lungs of the dead bighorn sheep (Panel B1), are shown. Panel A2 and B2 represent untagged *M. haemolytica* used as the negative control.

Estimated percent pneumonic involvement ranged from 70–95% in both the lungs. Fibrinous pleuritis was present in all four bighorn sheep. Although the lungs from the different bighorn sheep varied in severity in gross lesions, they were histologically very similar. In affected areas of the lungs, alveolar spaces and bronchioles were filled with edema, fibrin, red blood cells, and dense collections of primarily macrophages and neutrophils (Fig. 5B). The inflammatory cells showed degenerative changes and often had streaming nuclei ('oat cells'). Many alveolar walls, and occasional bronchiolar walls, were disrupted by necrosis and hemorrhage. When present, pleuritis was fibrinous.

## Re-isolation of tagged *M. haemolytica* from pneumonic lungs of bighorn sheep

The swabs taken from lungs during necropsy were plated on BHI-agar plates which, upon incubation, showed the presence of colonies resistant to 20 µg/ml ampicillin. Further *gfp* gene- and *bla* gene-specific PCR confirmed the presence of tagged bacteria in the lungs (Fig. 3B, D). Immunofluorescence assays using FITC-labeled antiGFP antibodies further confirmed the expression of GFP in these isolates (Fig. 4B). None of the tagged isolates recovered from the lungs were typable with the antisera specific for the known serotypes of *M. haemolytica* (A1, A2, A5, A6, A7, A8, A9, A10, A11, A12, A13, A14, and A16).

## DISCUSSION

Several anecdotal reports suggest that bighorn sheep die from pneumonia following contact with domestic sheep (Foreyt and Jessup, 1982; Coggins, 1988; George et al., 2008). Fatal pneumonia in bighorn sheep following experimental inoculation of *M. haemolytica* isolates from domestic sheep, isolates which did not cause disease in the domestic sheep, prompted researchers to perform commingling experiments to determine whether there was transmission of respiratory pathogens from domestic sheep to bighorn sheep (Onderka and Wishart, 1988; Foreyt, 1989, 1990; Callan et al., 1991). Although over 95% of the bighorn sheep in these studies died following contact with domestic sheep, there was not clear documentation of transmission of *M. haemolytica*, or of any other pathogen, from domestic sheep to bighorn sheep.

Whole genome sequencing, pulsed field gel electrophoresis, or amplified fragment length polymorphism, ribotyping, multilocus enzyme electrophoresis, and multilocus sequence typing are molecular tools that are available to compare bacterial pathogens isolated from domestic sheep and bighorn sheep. Whole genome se-

714    JOURNAL OF WILDLIFE DISEASES, VOL. 46, NO. 3, JULY 2010



FIGURE 5.   Representative gross lesions and histopathology of the lungs of the dead bighorn sheep. (A) Typical gross appearance of the lungs of the dead bighorn sheep. The lungs were removed from the carcass for examination, and the total area of gross lung consolidation was discerned by visual inspection and by palpation. In this case, the right cranial and middle, and the left middle lung lobes, are dark red and consolidated, and additional consolidation was evident from palpation; darkened areas in the photograph were subsequently determined to be areas of severe hemorrhage. Fibrin strands on the lung surface indicate pleuritis. (B) The typical histopathologic appearance of the lungs of the dead bighorn sheep. Lung tissue samples of bighorn sheep were aseptically removed and processed for histopathology. Alveolar septa are necrotic and replaced by fibrin and debris. Bronchioles and alveoli are filled with streaming mononuclear cells. H&E stain. 100×.

quencing is an elaborate and expensive procedure. The other molecular methods are time-consuming and cannot identify bacterial isolates with 100% certainty (Pitt, 1999; Yakubu et al., 1999). We reasoned that tagging the bacterial isolates obtained from domestic sheep, recolonizing the nasopharynx of these animals with the tagged bacteria, and commingling them with bighorn sheep would circumvent these problems and provide an irrefutable method of determining whether bacterial pathogens can be transmitted from domestic sheep to bighorn sheep. We selected *M. haemolytica* for this study because of its documented ability to consistently induce pneumonia in, and death of, bighorn sheep (Onderka et al., 1988; Foreyt et al., 1994; Dassanayake et al., 2009). We employed two markers, the GFP and Ap$^R$, to enhance the validity of our findings. We also utilized two tests to detect each marker (PCR and immunofluorescence for GFP and growth on ampicillin-containing medium and PCR

for Ap$^R$). The growth of the tagged *M. haemolytica* in the presence of ampicillin, the PCR amplification of the genes *gfp* and *bla*, and the immunofluorescence staining with anti-GFP antibodies clearly indicated that the four isolates of *M. haemolytica* obtained from the domestic sheep were tagged with the markers (Fig. 3A, C, 4A). These three parameters were used to clearly document the successful colonization of the pharynx of domestic sheep by the tagged *M. haemolytica* and, more importantly, to identify the tagged organisms isolated from the dead bighorn sheep (Fig. 3B, D, 4B).

Tagged-isolate 7 typed as serotype 9 while the other three (numbers 10, 15, and 16) were untypable. However, none of the isolates recovered from the lungs of the four dead bighorn sheep typed as serotype 9. This could be because the tagged-isolate 7 did not colonize the nasopharynx of domestic sheep; because it colonized the domestic sheep but was not shed in adequate amounts to be

BLM_0056540

acquired by the bighorn sheep; or because it was acquired by the bighorn sheep but not recovered by us because it was present in the lungs in lower numbers than the other isolates at the time of sampling. Nevertheless, transmission from domestic sheep to bighorn sheep clearly occurred because other tagged isolates of *M. haemolytica* were recovered from the lungs of every bighorn sheep.

Our finding that three out of the four bighorn sheep acquired the tagged *M. haemolytica* within 1 mo of fence-line contact indicates that such contact was adequate for transmission of these organisms to occur. Death of the first bighorn sheep occurred about 1 mo after tagged *M. haemolytica* was first detected in that animal. This lag period may have been necessary for the transmitted *M. haemolytica* to colonize and proliferate to the threshold number of organisms required to induce pneumonia and death in bighorn sheep. It is conceivable that the bighorn sheep that acquired the tagged *M. haemolytica* during the fence-line contact would have died even without commingling with the domestic sheep. This notion is supported by the fact that one bighorn died only 2 days after commingling with the domestic sheep. However, in order to determine with certainty whether fence-line contact is adequate for induction of pneumonia and death of bighorn sheep, the experiment would need to be performed with a longer period of fence-line contact.

It is also possible that another pathogen(s) was necessary to predispose the bighorn sheep to pneumonia by *M. haemolytica* infection. The bighorn sheep were not positive for *M. ovipneumoniae* before commingling with the domestic sheep. Lung tissue from one of the dead bighorn sheep was positive for *M. ovipneumoniae* by standard and RT-PCR (Table 2), and *M. ovipneumoniae* was detected in the nasopharynx of a second dead bighorn sheep by culture and PCR, which raises the possibility that these organisms, along with the tagged *M. haemolytica*, were transmitted from the domestic sheep to the bighorn sheep. It is possible that during the lag period, *M. ovipneumoniae* colonized the upper respiratory tract of at least two bighorn sheep and predisposed them to the tagged *M. haemolytica*, but whether *M. ovipneumoniae* played any role in the other two bighorn sheep seems even less certain, based on available data (Table 2). In domestic sheep, *M. ovipneumoniae* has been shown to render the cilia on the epithelial cells of the upper respiratory tract dysfunctional (Jones et al., 1985; Niang et al., 1998). Previous studies have shown that *M. ovipneumoniae* does not kill bighorn sheep (Besser et al., 2008) but can predispose them to *M. haemolytica* infection (Dassanayake et al., 2010). However, it is not likely that *M. ovipneumoniae* is a necessary predisposing factor for fatal infection of bighorn sheep by every strain of *M. haemolytica* because, in an earlier study, intranasal inoculation with *M. haemolytica* resulted in the death of 75% of inoculated bighorn sheep ($n=4$) within 48 hr (unpubl. data). The *M. haemolytica* used in that study was a serotype 2 strain, which is known to be virulent in bighorn sheep (Foreyt et al., 1994). Therefore, we believe that only less-virulent strains of *M. haemolytica* may require *M. ovipneumoniae* or another predisposing agent. Studies are currently underway to elucidate the role of *M. ovipneumoniae* in the development of pneumonia in bighorn sheep following contact with domestic sheep. In summary, this study irrefutably demonstrated the transmission of *M. haemolytica* from domestic sheep to bighorn sheep and the resulting pneumonia and death of bighorn sheep.

## ACKNOWLEDGMENTS

This study was funded by the Wyoming Wildlife-Livestock Disease Research Partnership Funds, Foundation for North American Wild Sheep and its Washington, Oregon, Idaho, and Eastern Chapters, and the USDA

Forest Service. We thank Thomas E. Besser for helpful suggestions and discussion.

## LITERATURE CITED

BESSER, T. E., E. F. CASSIRER, K. A. POTTER, J. VANDERSCHALIE, A. FISCHER, D. P. KNOWLES, D. R. HERNDON, F. R. RURANGIRWA, G. C. WEISER, AND S. SRIKUMARAN. 2008. Association of *Mycoplasma ovipneumoniae* infection with population-limiting respiratory disease in free-ranging Rocky Mountain bighorn sheep (*Ovis canadensis canadensis*). Journal of Clinical Microbiology 46: 423–430.

BUECHNER, H. K. 1960. The bighorn sheep in the United States, its past, present, and future. Wildlife Monograph 4: 3–174.

CALLAN, R. J., T. D. BUNCH, G. W. WORKMAN, AND R. E. MOCK. 1991. Development of pneumonia in desert bighorn sheep after exposure to a flock of exotic wild and domestic sheep. Journal of the American Veterinary Medical Association 198: 1052–1056.

COGGINS, V. L. 1988. The Lostine Rocky Mountain bighorn sheep die-offs and domestic sheep. Proceedings of the Biennial Symposium of Northern Sheep and Goat Council 6: 57–64.

CRAIG, F. F., J. G. COOTE, R. PARTON, J. H. FREER, AND N. J. GILMOUR. 1989. A plasmid which can be transferred between *Escherichia coli* and *Pasteurella haemolytica* by electroporation and conjugation. Journal of General Microbiology 135: 2885–2890.

DASSANAYAKE, R. P., S. SHANTHALINGAM, C. N. HERNDON, P. K. LAWRENCE, E. F. CASSIRER, K. A. POTTER, W. J. FOREYT, K. D. CLINKENBEARD, AND S. SRIKUMARAN. 2009. *Mannheimia haemolytica* serotype A1 exhibits differential pathogenicity in two related species, *Ovis canadensis* and *Ovis aries*. Veterinary Microbiology 133: 366–371.

———, D. R. CALL, A. A. SAWANT, N. C. CASAVANT, G. C. WEISER, D. P. KNOWLES, AND S. SRIKUMARAN. 2010. *Bibersteinia trehalosi* inhibits growth of *Mannheimia haemolytica* by a proximity-dependent mechanism. Applied and Environmental Microbiology 76: 1008–1013.

———, SHANTHALINGAM, S., C. N. HERNDON, R. SUBRAMANIAM, P. K. LAWRENCE, J. BAVANANTHASIVAM, E. F. CASSIRER, G. J. HALDORSON, W. J. FOREYT, F. R. RURANGIRWA, D. P. KNOWLES, T. E. BESSER, AND S. SRIKUMARAN. 2010. *Mycoplasma ovipneumoniae* can predispose bighorn sheep to fatal *Mannheimia haemolytica* pneumonia. Veterinary Microbiology (Epub ahead of print). doi: 10.1016/J.vetmic.2010.04.011.

FEDOROVA, N. D., AND S. K. HIGHLANDER. 1997. Plasmids for heterologous expression in *Pasteurella haemolytica*. Infection and Immunity 186: 207–211.

FOREYT, W. J. 1989. Fatal *Pasteurella haemolytica* pneumonia in bighorn sheep after direct contact with clinically normal domestic sheep. American Journal of Veterinary Research 50: 341–344.

———. 1990. Pneumonia in bighorn sheep: Effects of *Pasteurella haemolytica* from domestic sheep and effects on survival and long term reproduction. Proceedings of the Biennial Symposium of the Northern Wild Sheep and Goat Council 7: 92–101.

———. 1994. Effects of controlled contact exposure between healthy bighorn sheep and llamas, domestic goats, mountain goats, cattle, domestic sheep, or mouflon sheep. Proceedings of the Biennial Symposium of the Northern Wild Sheep and Goat Council 9: 7–14.

———, AND D. A. JESSUP. 1982. Fatal pneumonia of bighorn sheep following association with domestic sheep. Journal of Wildlife Diseases 18: 163–168.

———, K. P. SNIPES, AND R. W. KASTEN. 1994. Fatal pneumonia following inoculation of healthy bighorn sheep with *Pasteurella haemolytica* from healthy domestic sheep. Journal of Wildlife Diseases 30: 137–145.

GENTRY, M. J., AND S. SRIKUMARAN. 1991. Neutralizing monoclonal antibodies to *Pasteurella haemolytica* leukotoxin affinity-purify the toxin from crude culture supernatants. Microbial Pathogenesis 10: 411–417.

GEORGE, J. L., D. J. MARTIN, P. M. LUKACS, AND M. W. MILLER. 2008. Epidemic Pasteurellosis in a bighorn sheep population coinciding with the appearance of a domestic sheep. Journal of Wildlife Diseases 44: 388–403.

JAWORSKI, M. D., D. L. HUNTER, AND A. C. S. WARD. 1998. Biovariants of isolates of *Pasteurella* from domestic and wild ruminants. Journal of Veterinary Diagnostic Investigations 10: 49–55.

JONES, G. E., W. A. KEIR, AND J. S. GILMOUR. 1985. The pathogenicity of *Mycoplasma ovipneumoniae* and *Mycoplasma arginini* in ovine and caprine tracheal organ cultures. Journal of Comparative Pathology 95: 477–487.

KELLEY, S. T., E. F. CASSIRER, G. C. WEISER, AND S. SAFAEE. 2007. Phylogenetic diversity of Pasteurellaceae and horizontal gene transfer of leukotoxin in wild and domestic sheep. Infection, Genetics and Evolution 7: 13–23.

MARCIEL, A. M. 2001. Genetic tools for studying the transcription of *Mannheimia (Pasteurella) haemolytica*: Identification of cis-, trans-, and environmental factors modulating leukotoxin expression. PhD Thesis, Baylor College of Medicine, Houston, Texas, pp. 129–132.

MILLER, M. W. 2001. Pasteurellosis. *In* Infectious diseases of wild mammals, 3rd Edition, E. S. Williams and I. K. Barker (eds.). Iowa State University Press, Ames, Iowa, pp. 330–339.

NIANG, M., R. F. ROSENBUSCH, M. C. DEBEY, Y. NIYO,

BLM_0056542

J. J. ANDREWS, AND M. L. KAEBERLE. 1998. Field isolates of *Mycoplasma ovipneumoniae* exhibit distinct cytopathic effects in ovine tracheal organ cultures. Zentralbl Veterinary Medicine A 45: 29–40.

ODUGBO, M. O., L. E. ODAMA, J. U. UMOH, AND L. H. LOMBIN. 2004. The comparative pathogenicity of strains of eight serovars and untypable strains of *Mannheimia haemolytica* in experimental pneumonia of sheep. Veterinary Research 35: 661–669.

ONDERKA, D. K., AND W. D. WISHART. 1988. Experimental contact transmission of *Pasteurella haemolytica* from clinically normal domestic sheep causing pneumonia in Rocky Mountain bighorn sheep. Journal of Wildlife Diseases 24: 663–667.

———, S. A. RAWLUK, AND W. D. WISHART. 1988. Susceptibility of Rocky Mountain bighorn sheep and domestic sheep to pneumonia induced by bighorn and domestic livestock strains of *Pasteurella haemolytica*. Canadian Journal of Veterinary Research 52: 439–444.

PETRAS, S. F., M. CHIDAMBARAM, E. F. ILLYES, S. FROSHAUER, G. M. WEINSTOCK, AND C. P. REESE. 1995. Antigenic and virulence properties of *Pasteurella haemolytica* leukotoxin mutants. Infection and Immunity 63: 1033–1039.

PITT, T. L. 1999. Molecular typing in practice. Journal of Hospital Infection 43: S85–S88.

VALDEZ, R., AND P. R. KRAUSMAN. 1999. Mountain sheep of North America. University of Arizona Press, Tucson, Arizona, pp. 19–20.

WARD, A. C., M. R. DUNBAR, D. L. HUNTER, R. H. HILLMAN, M. S. BULGIN, W. J. DELONG, AND E. R. SILVA. 1990. Pasteurellaceae from bighorn and domestic sheep. Proceedings of the Biennial Symposium of the Northern Wild Sheep and Goat Council 7: 109–117.

———, D. L. HUNTER, M. D. JAWORSKI, P. J. BENOLKIN, M. P. DOBEL, J. B. JEFFRESS, AND G. A. TANNER. 1997. *Pasteurella* spp. in sympatric bighorn and domestic sheep. Journal of Wildlife Diseases 33: 544–547.

YAKUBU, D. E., J. R. FARIBORZ, R. ABADI, AND T. H. PENNINGTON. 1999. Molecular typing methods for *Neisseria meningitidis*. Journal of Medical Microbiology 48: 1055–1064.

*Submitted for publication 19 October 2009.*
*Accepted 16 February 2010.*

BLM_0056543

**California Partners in Flight Riparian Bird Conservation Plan**



# Yellow-billed Cuckoo (*Coccycus americanus*)



Photo by James Gallagher, Sea and Sage Audubon

Prepared by: **Stephen A. Laymon** (slaymon@lightspeed.net)

BLM_0056544

U.S. Bureau of Land Management
Bakersfield Office

## RECOMMENDED CITATION

Laymon, S. A. 1998. Yellow-billed Cuckoo (Coccycus americanus). *In* The Riparian Bird Conservation Plan:a strategy for reversing the decline of riparian-associated birds in California. California Partners in Flight. http://www.prbo.org/calpif/htmldocs/riparian_v-2.html

## SHORTCUTS

references

range map

## SUBSPECIES STATUS:

The California Yellow-billed Cuckoo (Grinnell and Miller 1944) (*C. a. occidentalis*): The validity of the subspecies was questioned by Banks (1988). The statistical analysis that he used was found to be faulty, and morphometric measurements that he found non-significant between the two subspecies, actually were significantly different (Laymon pers. obs.). Despite this, Banks (1990) concluded that even though the measurements were significantly different they were not different enough to be regarded as separate subspecies. More recent analysis using multivariate statistics (discriminate function analysis) has shown that 89.6% of eastern and 85.8% of western females can be correctly categorized to subspecies. This is a sufficient morphometric difference for the subspecies to be valid (Franzreb and Laymon 1993).

The California Yellow-billed Cuckoo breeds in scattered locations where suitable habitat is available throughout California, Idaho, Utah, Arizona, New Mexico, extreme western Texas, and possibly Nevada and western Colorado (Gaines and Laymon 1984). In Mexico it breeds south to the Cape region of Baja California, Sinaloa, and Chihuahua (AOU 1957). Historically, it has bred north to southern British Columbia (AOU 1957).

**MANAGEMENT STATUS:** The Yellow-billed Cuckoo is listed as a California Endangered Species and a U.S. Forest Service Region 5 Sensitive Species. As a result of a petition filed by a coalition of environmental organizations (Manolis et al. 1986), the western subspecies was considered for federal listing as Endangered but was not listed (Federal Register 1988). The decision to not list the cuckoo was justified because of the paper listed above (Banks 1988) which indicated incorrectly that there were no significant differences between the eastern and western subspecies (Federal Register 1988).

## DISTRIBUTION

### HISTORICAL BREEDING DISTRIBUTION

Historically, the Yellow-billed Cuckoo was a common breeding species in riparian habitat throughout much of lowland California (Grinnell 1915; Grinnell and Miller 1944). Early accounts from the Central Valley list the species as common (Belding 1890). Grinnell and Miller (1944) described the cuckoo's range as the coastal valleys from the Mexican border to Sebastopol, Sonoma County and the Central Valley from Bakersfield and Weldon, Kern County, north to Redding, Shasta County. Small populations were also found in Northern California along the Shasta River, Siskiyou County, and in Surprise Valley, Modoc County. Populations were also found in suitable habitat east of the Sierra Nevada in the Owens Valley and along the Colorado and Mojave rivers. By 1944 cuckoos were no longer present in extensive areas where they were once found "because of removal widely of essential habitat conditions" (Grinnell and Miller 1944).

### CURRENT BREEDING DISTRIBUTION

In California, breeding populations of greater than five pairs which persist every year in California are currently limited to the Sacramento River from Red Bluff to Colusa and the South Fork Kern River from Isabella Reservoir to Canebrake Ecological Reserve. Other sites where small populations of cuckoos (<5 pairs) breed or possibly breed (but not necessarily every year) are: The Feather River from Oroville to Verona, Butte, Yuba and Sutter counties; the Prado Flood Control Basin, San Bernardino and Riverside counties; the Amargosa River near Tecopa, Inyo Co.; the Owens Valley near Lone Pine and Big Pine, Inyo Co.; the Santa

BLM_0056545

Clara River near Santa Clarita, Los Angeles Co.; the Mojave River near Victorville, San Bernardino Co.; and the Colorado River from Needles, San Bernardino Co. to Yuma, Imperial Co. (Laymon and Halterman 1987).

A statewide survey of Yellow-billed Cuckoos in California conducted during 1986 and 1987 found a total of 30-33 pairs and 31 unmated males at nine localities (Laymon and Halterman 1989). The majority of the cuckoos were concentrated along the upper Sacramento River from Red Bluff to Colusa (18 pairs and 19 unmated males) and at the South Fork Kern River (7 pairs and 3 unmated males). The remaining cuckoos were found at scattered locations including: 1 pair and 5 unmated males along the Feather River; 1 to 4 pairs in the Prado Flood Control Basin; 1 unmated male at the Mojave River near Hodge; 1 unmated male in the Owens Valley; 1 pair along the Amargosa River near Tecopa; 1 pair and 1 unmated male along the Colorado River north of Blythe; 1 unmated male along the Colorado River in the Picacho Region; and 1 pair along the Colorado River in the Laguna Dam Region (Laymon and Halterman 1989).

More recent surveys on the Sacramento River from 1987 - 1990 have shown a fluctuating population of 23 - 35 pairs (Halterman 1991). Continuous surveys on the South Fork Kern River from 1985 – 1996 have shown a population that varied from a low of 2 pairs in 1990 to a high of 24 pairs in 1992 (Laymon et al. 1997). These two sites are the only localities in California that sustain breeding populations of Yellow-billed Cuckoos.

## ECOLOGY

### AVERAGE TERRITORY SIZE

Territory size at the South Fork Kern River ranges from 8 to 40 ha (20 to 100 acres) (Laymon and Halterman 1985). Apparently the territory size can be smaller on the Colorado River because sites as small as 4 ha (10 acres) are occupied by breeding pairs (Laymon and Halterman 1989).

### TIME OF OCCURRENCE AND SEASONAL MOVEMENTS

The earliest spring arrival date for California is 23 April; this is the only April record for the state. There are regularly, though not every year, a few arrivals in May, but the majority of breeding pairs arrive in June and some breeders may arrive as late as early July (Gaines and Laymon 1984). Yellow-billed Cuckoos are rarely detected in spring migration in California away from the breeding grounds.

Yellow-billed Cuckoos depart the breeding grounds between late July and mid-September. Yellow-billed Cuckoos are rarely detected in fall migration in California away from the breeding grounds.

### MIGRATION STOPOVER CHARACTERISTICS

Nothing is known about migration stopover needs. It is likely that adequate stopover sites are an important factor for the species.

## FOOD HABITS

### FORAGING STRATEGY

Yellow-billed Cuckoos are primarily foliage gleaners, though at times they sally from a perch and catch flying prey such as dragonflies or butterflies or drop to the ground to catch grasshoppers or tree frogs. Two foraging strategies are employed by the Yellow-billed Cuckoo when they are foliage gleaning. The primarily strategy is to hop slowly from location to location, sitting for several minutes at each location, watching for motion of their primarily green prey on a green leaf background. An alternate strategy, used less much frequently, is to dive into the foliage of a likely looking spot in hopes of dislodging prey (Laymon pers obs.).

While nests are almost always placed in willows, cottonwoods are extremely important for foraging. Two male cuckoos at the South Fork Kern River, equipped with radio transmitters, foraged much more in cottonwoods than would have been predicted by the cottonwood's abundance within the cuckoos home range (Laymon and Halterman 1985). At the South Fork Kern River, cuckoos are found more often at upland sites early in the season in wet years, but not in dry years. It is likely that flooding in wet years reduces the survival of the larvae of the preferred prey (katydids and sphinx moth) which winter underground (Laymon pers. obs.). This forces the cuckoos to forage in upland areas that were not flooded until the prey base in the lower floodplain begins to recover later in the breeding season. The fact that most extant riparian habitat is in the primary floodplain could cause a large reduction in the prey base and be a major cause of the decline of cuckoos in the

West. Restoration efforts should consider planting at least a portion of forests on upper terrace sites that do not regularly flood.

## DIET

Yellow-billed Cuckoos feed on larger insects than any other insectivorous birds, with the possible exception of some raptors. A sample of 2420 prey items being fed to young cuckoos were identified at 30 nests at the South Fork Kern River. The provisions that are brought to the young are whole prey items, with the exception of the first few hours after hatching when young are fed regurgitated food ( S.A. Laymon pers. obs.; contra Ehrilch et al. 1988). The primary food items were green caterpillars (primarily sphinx moth larvae) at 44.9% of diet (range = 20.0% to 64.5% at different nests), katydids at 21.8% (range = 5.3% to 43.0%), tree frogs at 23.8% (range = 3.7% to 42.7%), and grasshoppers at 8.7% (range = 4.4% to 17.1%). The remaining 1.3% of the diet includes cicadas, dragonflies, butterflies, moths, beetles, and spiders (Laymon et al. 1997). The number of eggs laid was positively correlated to the percent of katydids fed to the young ($r^2$=0.55, p=0.04) and negatively correlated to the percent of green caterpillars fed to the young ($r^2$=0.51, p=0.05) and the total number of young fledged per pair was correlated (nearly statistically significant) on the capture time of caterpillars, katydids, and all food types, with shorter capture time correlated to more young fledged (Laymon et al. 1997). The caterpillars and katydids appear to be the preferred food, while the tree frogs and grasshoppers appear to be "fast food" that can be caught quickly to placate the young while the adults then go after the preferred food. Food resources vary greatly from year to year and have a significant impact on reproductive success. (Laymon et al. 1997).

## DRINKING

Yellow-billed Cuckoos probably do not need drinking water.

# BREEDING HABITAT

On the Sacramento River, from 1987 to 1990, the presence of depositional point bars and low woody vegetation were used as measures of continuing habitat succession. These were both significant variables determining the presence of cuckoos. The presence of point bars (pairs, $r^2$=0.05, p<0.05; unmated males, $r^2$=0.07, p<0.05; and all cuckoos $r^2$=0.07, p<0.005) was a weaker predictor of the presence of cuckoos than the presence of low woody vegetation (pairs, $r^2$=0.17, p<0.005; unmated males, $r^2$=0.09, p<0.05; and all cuckoos $r^2$=0.17, p<0.005) (Halterman 1991). This is an indication of the importance of a meandering riparian system with healthy hydraulics that is constantly eroding and depositing and creating young riparian habitat. This may be important to the cuckoos because these young rapidly growing stands provide preferred nest sites, have high productivity of invertebrate prey, and have lower prevalence of predators when compared to the older forests (Laymon pers. obs.).

## SITE FIDELITY

Little is known regarding site fidelity in the Yellow-billed Cuckoo, but because of apparent movements by cuckoos to take advantage of cicada and tent caterpillar outbreaks in eastern United States, conventional wisdom is that the species is at least partially nomadic (Robbins et al. 1983). Almost all of the young cuckoos hatched and banded at the South Fork Kern River that have been resighted there as adults, have been males. Breeding pairs of cuckoos at this site have been found using the same territory for up to three years indicating at least some site fidelity (Laymon unpublished data).

## NEST SUBSTRATE

Nests at the South Fork Kern River are placed predominately in willows (99%, n=95). The lone exception was placed in a clump of mistletoe in a cottonwood (Laymon et al. 1997). On the Santa Ana River 22 of 24 nests (92%) were in willows, one was in a cottonwood and one was in an alder (Hanna 1937). On the Sacramento River nests have been found in willows, cottonwoods, box elders, as well as rarely in orchards including prune, English walnut, and almond (Laymon pers. obs., Halterman pers com., Gaines and Laymon 1984). Several nests on the Sacramento River were draped with wild grape (Laymon pers. obs.) and this was also noted on the Santa Ana River (Hanna 1937). At the Bill Williams River, of 14 nests, 11 (78.6%) have been in willows, 1 (7.1%) in a cottonwood, and 2 (14.3%) in tamarisk (Halterman unpublished data).

## HEIGHT OF NEST

Nests at the South Fork Kern River average 4.8 m (S.D. = 3.0, n = 95), with a range from 1.3 m to 13.0 m (Laymon et al. 1997). On the Sacramento river, a nest was found as high as 30 m in a cottonwood. On the Santa Ana River, nests ranged from 1.3 m to 10 m in height and the average nest height was 4.3 m (Hanna 1937). At the Bill Williams River the average nest height was 6.0 m (S.D. = 3.4, n = 14), with a range from 1.8 m to 13.0 m. (Halterman unpublished data).

## HEIGHT OF NEST PLANT

The average height of nest tree at the South Fork Kern River was 9.4 m (SD = 3.5, n = 95) and ranged from 2.5 m to 17.8 m (Laymon et al. 1997). At the Bill Williams River the average nest tree height was 8.8 m (S.D. = 4.3, n = 14), with a range from 3.5 m to 20.0 m. (Halterman unpublished data).

## PLANTS CONCEALING THE NEST

Nest is generally concealed by willow foliage (Laymon et al. 1997; Hanna 1937). Several nests at the South Fork Kern River (3) and Santa Ana River (1) were concealed in mistletoe (Laymon et al. 1997; Hanna 1937). Several nests on the Sacramento River and Santa Ana River were concealed by wild grape (Laymon pers obs.; Hanna 1937). One nest on the Santa Ana River was in a dead willow and was concealed by poison oak vines (Hanna 1937). Rarely nests are sufficiently low and herbaceous growth such as tules, cattails, and golden rod is sufficiently tall that they provide nest concealment (Laymon pers. obs.).

## PERCENT NEST COVER

Nest cover at the South Fork Kern River is high, averaging 93.4% (SD = 15.1, n = 95) and ranging from a low of 0.0% to a high of 100% (Laymon et al 1997). At the Bill Williams River the average nest cover was 78.4% (SD = 17.8, n = 14), with a range from 45% to 100% (Halterman unpublished data).

## VEGETATION SURROUNDING THE NEST

Measurements from 0.04 ha (0.1 acre) plots.

## CANOPY COVER (averaged densiometer readings)

At the South Fork Kern River, the average canopy cover on a $1/10^{th}$ acre plot around the nest is 74.1% (SD = 15.6, n = 85) ranging from a low of 16.5% to 98.0%. Canopy closure declines and standard deviation increases as one moves farther from the nest. At the nest the average canopy closure is 96.8% (SD = 7.3, n = 75), at 5 m from the nest the average canopy closure is 75.1% (SD = 18.1, n = 75), and at 10 m from the nest the average canopy closure is 63.8% (SD = 26.1, n = 75) (Laymon et al 1997). At the Bill Williams River the average canopy cover was 77.1% (S.D. = 12.7, n = 14), with a range from 51% to 92% (Halterman unpublished data). Canopy closure declines and standard deviation increases as one moves farther from the nest. At the nest the average canopy closure is 94.6% (SD = 4.8, n = 14), at 5 m from the nest the average canopy closure is 71.3% (SD = 16.9, n = 14), and at 10 m from the nest the average canopy closure is 68.2% (SD = 18.9, n = 14) (Halterman unpublished data).

## AVERAGE TOP CANOPY HEIGHT

At the South Fork Kern River the average canopy height at nest sites was 9.1 m (SD = 2.6, n = 83) and ranged from 4.4 m to 19.5 m (Laymon et al 1997). At the Bill Williams River the average canopy height was 8.2 m (SD = 2.2, n = 14), with a range from 4.3 m to 13.3 m (Halterman unpublished data).

## DOMINANT PLANT SPECIES IN CANOPY

At the South Fork Kern River the dominant tree species in the canopy at Yellow-billed Cuckoo nest sites was Gooding's black willow (*Salix gooddingii*) (68%) (Laymon et al 1997).

## AVERAGE SHRUB COVER

At the South Fork Kern River the average shrub cover was 3.5% (SD = 8.4, n = 85) with a range from 0% to 50% (Laymon et al 1997). At the Bill Williams River the average shrub cover was 33% (SD = 22.5, n = 14), with a range from 5% to 85% (Halterman unpublished data).

**CO-DOMINANT PLANT SPECIES IN CANOPY**

At the South Fork Kern River the co-dominant plant species in the canopy were red willow (*Salix laevigata*) (19.1%), and Fremont cottonwood (*Populus fremontii*) (10.3%) (Laymon et al 1997).

**DOMINANT SHRUB SPECIES**

The only shrub species at the South Fork Kern River is mulefat (*Baccharis salicifolia*) (Laymon pers. obs.).

**AVERAGE FORB COVER**

At the South Fork Kern River the average forb cover was 51.3% (SD = 33.1, n = 85) and ranged from 0.0% to 100% (Laymon et al 1997). At the Bill Williams River the average forb cover was 6% (SD = 17.5, n = 14), with a range from 0% to 69% (Halterman unpublished data).

**DOMINANT FORB SPECIES**

Stinging nettle (*Urtica holosericea*), mugwort (*artemisia douglasiana*), and golden rod (*Solidago occidentalis*) are often dominant forbs at cuckoo nest sites at the South Fork Kern River (Laymon pers. obs.).

**GROUND COVER**

**Grass/sedge**: At the South Fork Kern River the average grass/sedge cover was 17.3% (SD = 24.8, n = 83) and ranged from a low of 0.0% to a high of 100% (Laymon et al. 1997). At the Bill Williams River the average grass cover was 15% (SD = 22.6 n = 14), with a range from 0% to 86% (Halterman unpublished data).

**Bare ground**: At the South Fork Kern River the average bare ground cover was 23.6% (SD = 35.6, n = 86) and ranged from a low of 0.0% to a high of 98% (Laymon et al. 1997). At the Bill Williams River the average bare ground cover was 66% (SD = 27.0 n = 14), with a range from 1% to 100% (Halterman unpublished data).

**TREE DBH**

At the South Fork Kern River the average quadratic DBH was 22.9 cm (SD = 13.5, n = 85) and ranged from a low of 5.8 cm to a high of 85.3 cm (Laymon et al. 1997). At the Bill Williams River the average quadratic DBH was 17.3 cm (SD = 7.6, n = 14), with a range from 6 cm to 40 cm (Halterman unpublished data).

**DISTANCE TO WATER**

At the South Fork Kern River the average distance to water was 310 m (SD = 405.5, n = 95) and ranged from a low of 0.0 m to a high of 1500 m (Laymon et al. 1997). At the Bill Williams River the average distance to water was 41 m (SD = 46.9, n = 14), with a range from 0 m to 175 m (Halterman unpublished data).

**NEST TYPE**

Open saucer nest, similar in size and appearance to that of a Mourning Dove but having more structural integrity. From a sample of 95 nests at the South Fork Kern River none have fallen from the tree while in use, a problem frequently found with Mourning Dove nests. Nests tend to be constructed of smaller diameter twigs and the twigs are more expertly woven than Mourning Doves (Laymon pers. obs.).

# BREEDING BIOLOGY

**TYPICAL BREEDING DENSITIES**

Yellow-billed Cuckoos are loosely territorial. They do not defend a territory, but given uniform habitat they are regularly spaced through the landscape. Along the Sacramento River, in an area of extensive foraging habitat (cottonwoods) and extremely restricted nesting habitat (willows and English walnuts), nests were place as close as 60 m apart showing that they are capable of nesting in close proximity to one another (Laymon 1980). Densities at the South Fork Kern River from 1985 to 1996 have averaged 0.85 pairs/40 ha and ranged from a low of 0.15 pairs/40 ha in 1990 to a high of 1.4 pairs/40 ha in 1993 (Laymon unpublished data). Halterman (1991) found that a multiple regression model combining patch size, extent of habitat within an 8

BLM_0056549

km river stretch, presence of point bars, and presence of low woody vegetation explained 46% of the variance of cuckoo pairs on the Sacramento River.

## INITIATION OF NESTING

The peak of the breeding season at the South Fork Kern River is in the first half of July, though nests have been started as early as June and as late as early August (Laymon unpublished data).

## DISPLAYS

Courtship displays generally involve the male following the female around carrying a food item. Copulation, which can take several minutes often involves the male feeding the female a food item while the copulation takes place (Laymon pers. obs.). Cuckoos use a distraction display to draw potential predators away from the nest. When a nest is approached, the parent drops off the nest and spreads its rufous wings and tail and gives a vigorous broken winged display low in the tree and shrub foliage (Laymon pers. obs.).

## MATING SYSTEM

Most pairs of cuckoos (approximately 70%) are monogamous (Laymon unpublished data). Approximately 30% of the nests have helper males attending the young. These helpers appear to be unrelated younger male cuckoos. Helping appears to be done so the young male can gain practice with the hope of being the dominant male during the second breeding attempt, though in all cases that have been observed the same male is dominant for both the first and second broods. The dominant male and female appear to tolerate the helper because the food supplied to the young by the helper may allow the pair to double brood. Several nests that have been observed have been communal, with two pairs of cuckoos laying eggs and tending young in the same nest. Cuckoo eggs hatch asynchronously, because they begin incubation when the first egg is laid. As a result, there are young of various ages in the nest. Cuckoos practice brood reduction by removing the youngest chick if food resources are scarce. The young is removed by the dominant male while it is still alive. In one case, post-hatching parasitism has been observed when a live chick was dumped into another cuckoo pairs nest and was successfully raised by the adoptive parents (Laymon et al. 1997).

## CLUTCH SIZE

Clutch size at the South Fork Kern River is two to five eggs. Nests with more than five eggs have been laid by more than one female. The size of the clutch appears to be related to food availability. The number of eggs per nest averaged 2.95 over the 92 nests. The minimum number of eggs for completed nests was two and the maximum, laid by one female, was five. One nest (1.1%) had one egg, 20 nests (20.2%) had two eggs, 57 (60.6%) had three eggs, 11 (11.7%) had four eggs, and 2 (2.1%) had five eggs. The only six egg clutch was laid by two females, four by the dominant female and two by a secondary female that had her first nest destroyed after her first egg was laid (Laymon et al. 1997).At the Bill Williams River in western Arizona, the average clutch size for 14 nests was 2.3 eggs/nest (Halterman unpublished data). No four or five egg clutches have been found at this location.

## INCUBATION

The male and female share equally in incubation, with the exception that males do all the nocturnal incubation (Laymon pers. obs.).

## INCUBATION PERIOD

Incubation period is 11 to 12 days (Laymon pers. obs.).

## NESTLING PERIOD

5 to 8 days. Most young cuckoos leave the nest on day 6. At the time they leave the nest they cannot fly, but can climb through the canopy vegetation (Laymon pers. obs.).

## DEVELPPOMENT AT HATCHING

Yellow-billed Cuckoos are altricial and are completely unfeathered and helpless at hatching (Laymon pers. obs.).

BLM_0056550

**PARENTAL CARE**

Males and females brood and feed the young in nearly equal proportion, with the exception that the male does all of the nocturnal brooding. In some cases, when a second brood is attempted, the male takes on nearly total care of the young of the first brood and in addition, helps with the care of the young of the second brood after they hatch. In some cases, helper males provide a significant portion of the food (>40%) to the young (Laymon pers. obs.).

**POST FLEDGING BIOLOGY OF OFFSPRING**

Young cuckoos are tended by their parents for at least two weeks after fledging. A young cuckoo banded at the South Fork Kern River was found dead in Phoenix 45 days after hatching (Laymon unpublished data).

**DELAYED BREEDING**

In cuckoo populations in California there are usually more males than females. This leads to delayed breeding in many young males (Laymon pers. obs.). Most females appear to breed in their first year and a few year old males at the South Fork Kern River have acquired mates and successfully bred. Many first year males are helpers at other nests.

**NUMBER OF BROODS**

Typically Yellow-billed Cuckoos have one brood per year (Ehrlich et al. 1988). At the South Fork Kern River, in years of abundant food resources, two and even three broods have been successfully fledged (Laymon et al. 1997). The occurrence of double and triple brooding of Yellow-billed Cuckoos is significant, indicating that the reproductive potential of the species is much greater than was previously believed. Instead of a pair of cuckoos being able to produce three to four young per season, they can actually produce up to ten young per season, if sufficient food resources are available. This is very important in constructing population models for the species. However, at the South Fork Kern River we found that cuckoos double brooded in less than half of the years and we only found evidence of triple brooding in one year of 12 years of study, 1992 (Laymon et al. 1997). At the Bill Williams River study site, no evidence of double brooding has been detected (Halterman pers. com.).

# LANDSCAPE FACTORS

**ELEVATION**

Historic nesting locations in California range from near sea level in southern California to 1400 m in the Owens Valley near Big Pine. Breeding sites in the Sacramento Valley range from 15 m to 80 m and at the South Fork Kern River sites range from 785 m to 880 m.

**FRAGMENTATION**

On the Sacramento River, from 1987 to 1990, the extent of habitat in 8 km river stretches was used as a measure of habitat fragmentation. This was the second most important variable in determining the presence of pairs ($r^2$=0.16, p<0.005), unmated males ($r^2$=0.10, p<0.005), and all cuckoos encountered during this four-year study ($r^2$=0.17, p<0.005) (Halterman 1991).

**PATCH SIZE**

Patch size is a very important landscape feature for Yellow-billed Cuckoos. In California, away from the Colorado River, cuckoos occupied 9.5% of 21 sites 20 to 40 ha in extent, 58.8% of 17 sites 41 to 80 ha in extent, and 100% of 7 sites greater than 80 ha in extent. The trend towards increased occupancy with increased patch size is significant (t = 3.63, p<0.001) (Laymon and Halterman 1989). On the Sacramento River, from 1987 to 1990, the extent of patch size was the most important variable in determining occupancy for pairs ($r^2$=0.25, p<0.005), unmated males ($r^2$=0.18, p<0.005), and all cuckoos encountered ($r^2$=0.27, p<0.005)(Halterman 1991).

**DISTURBANCE**

Human disturbance is rarely a factor affecting cuckoos in California. People seldom venture into the hot, humid, vegetation-tangled, and insect infested habitats where cuckoos nest and forage. Foraging cuckoos are nearly oblivious to human presence (Laymon pers. obs.). Nesting cuckoos can be disturbed by visits to the nest site and will not return to the nest after they are flushed from the nest, when humans are in a direct line of sight nearer than 50 m. This would only be a problem if people were inadvertently working or picnicking near a nest, which seldom happens. Close up nest checking by researchers during the nest building, laying, and incubation may lead to nest abandonment, though this seldom happens. Cuckoos do not abandon nests once the first young hatches (Laymon pers. obs., M.D. Halterman pers. com.).

## ADJACENT LAND USE

The land adjacent to Yellow-billed Cuckoo breeding habitat at the South Fork Kern River is primarily flood irrigated pasture and dry range land (Laymon pers. obs.). On the Sacramento River adjacent habitat varied from dry range land to irrigated farm land and orchards. The distribution of Yellow-billed Cuckoos at 74 sites along the Sacramento River was not correlated with surrounding land use ($r^2$ = 0.03, p = 0.59) (Halterman 1991).

## CLIMATE

Micro-climate may play a very important part in habitat selection. It is possible that Yellow-billed Cuckoos evolved in the humid eastern portion of North America and were only able to colonize the west along the humid river bottoms (Hamilton and Hamilton 1965). A study of temperature and humidity at nest sites, forest edges, and in the open on the Sacramento and Kern rivers showed a decrease in temperature and an increase in humidity closer to the nest (Launer et al. 1990).

## PESTICIDE USE

Information on Yellow-billed Cuckoos and effects of pesticides has been little studied and the evidence is conflicting. Several studies in Florida showed that Yellow-billed Cuckoos, based on lipid weight, carried low levels of DDT (0.42 ppm in spring and 1.12 ppm in fall) (Grocki and Johnston 1974; Johnston 1975). Eggs taken from two nests in the Sacramento Valley also contained low pesticide levels (0.08 and 0.11 ppm DDE) (Laymon 1980). Yellow-billed Cuckoo eggshells collected in the South Fork Kern River in 1985 averaged 19% thinner than pre-DDT era eggs, a level of thinning that could cause reproductive failure in some species (Laymon and Halterman 1987). This indicates the possibility that even small pesticide loads in this species can cause significant eggshell thinning. Pesticides, especially larvacides used in mosquito control, could be a major threat when applied over a widespread area (especially aerially). Along the Stanislaus River at Caswell State Park, where cuckoos previously nested, larvacides were regularly applied by air during the spring and summer for many years. This resulted in an avifauna depauperate of insect eating birds such as warblers, vireos, orioles, flycatchers, and cuckoos (Laymon pers. obs.). The direct effect of pesticide poisoning, especially of cuckoos nesting in or near orchards, can be great. The young in a nest in a walnut orchard that was sprayed with Zolone for codling moths and aphids could not maintain their balance on tree branches after fledging and repeatedly fell to the ground. This falling behavior has never been observed at dozens of other unsprayed nests (Laymon 1980; Laymon pers. obs.).

## PREDATORS

Red-shouldered Hawks and Northern Harriers have been observed preying on nestlings. Cuckoos drive Western Scrub-Jays and Loggerhead Shrikes away from the nests. On the Sacramento River there appeared to be an inverse relationship between the presence of cuckoos and scrub jays, indicating a possible aversion by the cuckoos to nesting at sites with Western Scrub-Jays (Laymon pers. obs.). Cooper's Hawks are probably the only predator capable of taking adult Yellow-billed Cuckoos.

## EXOTIC SPECIES INVASION/ENCROACHMENT

The degradation of cottonwood-willow riparian habitat as a result of the invasion by salt cedar (*tamarisk sp.*) and giant reed (*Arundo donax*) is a major problem over much of the cuckoo's range. Along the Sacramento River, domestic fig and black walnut have also become dominant tree species, while probably offering little to cuckoos for either nesting or foraging. All of these invasive exotics are poor at providing foraging opportunities for cuckoos because the cuckoos preferred prey are not found on these substrates. These exotics also do not offer good nest sites. A possible exception is that cuckoos have nested on two occasions in tamarisk at the Bill Williams River (Halterman pers. com.).

BLM_0056552

# DEMOGRAPHY AND POPULATION TRENDS

## POPULATION TREND

There is insufficient data to determine trends of Yellow-billed Cuckoos in California using BBS data. Throughout the United States this cuckoo has shown a 1.6% per year decline from 1966 to 1996 (Sauer et al. 1997). Yellow-billed cuckoos in the western BBS region have showed a decline of 4.7% per year during the same time period, though the number of counts on which cuckoos are found is very low and therefore the results are unreliable (n = 17). Of the 30 states and provinces in which sufficient data exists, only two show increasing trends and neither are significant: Ontario, +3.7%/year, p=0.16, n=26; Pennsylvania, +0.7%/year, p=0.58, n=108. On the other hand, 26 states show a declining trend and 12 are declining significantly: Alabama, p<0.001; Connecticut, p<0.001; Georgia, p<0.001; Illinois, p<0.001; Indiana, p<0.001; Kentucky, p=0.01; Michigan, p<0.001; Missouri, p=0.05; Ohio, p=0.02; Tennessee, p<0.001; Texas, p<0.001; and Wisconsin, p=0.03 (Sauer et al. 1997).

In California, Yellow-billed Cuckoos have shown both historic and recent population declines. Recent declines showed a population of cuckoos in the state of 123 to 163 pairs in 1977 falling to 30 to 33 pairs 10 years later, a 73% to 82% decline (Laymon and Halterman 1989). No statewide surveys have been conducted for the species since 1987.

## DEMOGRAPHICS

Many demographic parameters are unknown or poorly known for the Yellow-billed Cuckoo. Reproductive potential is one of the few parameters for which we have good data, but only for two times. Nest success at the South Fork Kern River from 1985 to 1996 has averaged 87% (n = 94) (Laymon et al. 1997). Nest success at the Bill Williams River has averaged 77% (n=13) (Halterman pers com.).

The number of young hatched at the South Fork Kern River has averaged 2.53 young/nest indicating a 87% egg to chick ratio (269 eggs:233 young hatched). The number of young fledged at the South Fork Kern River has averaged 2.14 young/nest indicating a 74% egg to fledgling ratio (269 eggs:199 young fledged) (Laymon et al. 1997). At the Bill Williams River 27 eggs from 12 nests have produced 18 young for a 67% egg to fledgling ratio. These 12 nests produced 1.5 young/nest (Halterman unpublished data).

Because Yellow-billed Cuckoos are capable of double and even triple brooding under good condition, the average number of young produced can be higher than 2.14 young/female/year. At the South Fork Kern River, triple brooding is very rare and has only been observed in 1 of 13 years and then for only 2 of 23 pairs. Double brooding has occurred in about 5 of the 13 years (including the year of triple brooding), but even in those years approximately 50% of the pairs do not double brood. Given these parameters, the average number of young produced at the South Fork Kern River is approximately 2.57 young/female/year (Laymon unpublished data).

The mortality rates for young and adults are unknown. Life expectancy is unknown. Age at first breeding is one year for females and one to two years for males (Laymon pers. obs.).

# MANAGEMENT ISSUES AND OPTIONS

In California, away from the Colorado River, there is currently 2768 ha of Yellow-billed Cuckoo habitat (38% optimal, 36% suitable, and 26% marginal). On the Colorado River, there is 572 ha of habitat (including the Arizona side of the river) of which 49% is optimal and 51% is marginal. In 1986-1987 a total of 30 to 33 breeding pairs of cuckoos were found in California (Laymon and Halterman 1989). This is a very small number and the species is obviously critically endangered in the state.

Management of Yellow-billed Cuckoos in California requires more than habitat preservation. All existing habitat should be preserved regardless of present habitat quality and low quality habitat needs to be upgraded to suitable or optimal. This will, however, probably not insure the survival of the species in the state. In addition to preservation, much habitat restoration is needed before recovery of the cuckoo is possible.

On the South Fork Kern River an experimental study using riparian restoration showed that the number of pairs of cuckoos is closely related to the amount of available habitat. This site had a restoration program which began in 1996 and has established 125 ha (310 acres) of willow-cottonwood habitat on the Kern River Preserve, all of which was being used by cuckoos by the summer of 1996. An additional 510 ha (1275 acres)

BLM_0056553

of habitat was established by natural regeneration during the drought in the South Fork Wildlife Area and the Isabella Reservoir Draw-Down Zone between 1987 and 1992. Using regression analysis, more than half of the variation in cuckoo numbers (51.3%) was explained by the amount of available habitat ($r^2$=0.51, p=0.009). This pattern held for the Kern River Preserve ($r^2$=0.44, p=0.02), the South Fork Wildlife Area ($r^2$=0.59, p=0.003), and the Isabella Reservoir Draw-Down Zone ($r^2$=0.97, p<0.00001) (Laymon et al 1997). This finding gives us great hope that we can make a positive effect on the recovery of the cuckoo using restoration. This leads to the question of what type of habitat to create.

Two habitat models for Yellow-billed Cuckoos have been developed. Gaines and Laymon (1984) concluded that willow-cottonwood habitat of any age with high humidity and a habitat breadth of 325 feet (100 m) was necessary for suitable Yellow-billed Cuckoo habitat. Additional research based on occupancy rates allowed for refinement of these requirements. Laymon and Halterman (1989) concluded that sites > 80 ha (200 acres) in extent and wider than 600 m (1950 feet) were optimal, sites 41-80 ha (101-200 acres) in extent and wider than 200 m (650 feet) were suitable, sites 20-40 ha (50-100 acres) in extent and 100-200 m (325-650 feet) in width were marginal, and sites <15 ha (38 acres) in extent and < 100 m (325 feet) in width were unsuitable.

Micro-habitat requirements are also important. Nesting groves at the South Fork Kern River are characterized by higher canopy closure, higher foliage volume, intermediate basal area, and intermediate tree height when compared to random sites (Laymon et al. 1997). Sites with less than 40% canopy closure are unsuitable, those with 40%-65% are marginal to suitable, and those with greater than 65% are optimal.

Cuckoos seldom use sites that have a foliage volume of less than 20,000 $m^3$/ha (64,354 $yds^3$/acre) and these sites are considered unsuitable. Most nest sites have a foliage volume from 30,000$m^3$/ha (96,530 $yds^3$/acre) to 90,000$m^3$/ha (289,591 $yds^3$/acre) and these sites are considered optimal. Sites with 20,000$m^3$/ha (64,354 $yds^3$/acre) to 30,000$m^3$/ha (96,530 $yds^3$/acre) and over 90,000$m^3$/ha (289,591 $yds^3$/acre) appear to be suitable (Laymon et al. 1997).

Cuckoos tend to choose nest sites with a mean canopy height of 7 - 10 m (23 feet - 33 feet). This tree height may be optimal for the species. Sites with a mean canopy height from 4 m to 7 m (13 feet - 23 feet) are chosen less frequently but appear to be suitable, as are sites with a mean canopy height of 10 m to 15 m (33 feet - 49 feet). Sites with a mean canopy height of less than 4 m (13 feet) are unsuitable (Laymon et al. 1997) .

Cuckoos tend to choose nest sites that have a basal area (as defined as the summation of the cross-sectional area of a trees trunk at breast height for a given land area) of between 5$m^2$/ha (21.9 $ft^2$/acre) and 20$m^2$/ha (87.5 $ft^2$/acre) and these sites appear to be optimal. Sites with basal area 20$m^2$/ha (87.5 $ft^2$/acre) to 55$m^2$/ha (240.7 $ft^2$/acre) are not used as frequently but are suitable. Sites with basal area less than 5$m^2$/ha (21.9 $ft^2$/acre) and over 55$m^2$/ha (240.7 $ft^2$/acre) are seldom used by cuckoos and can be considered marginal (Laymon et al. 1997).

The best habitats for nesting are therefore at large sites with high canopy cover and foliage volume, and moderately large and tall trees. Sites capable of producing this type of habitat should receive the highest priority when restoration plans are developed.

Launer et al. (1990) recommended that "Given the limited extent of existing habitat, efforts should be made to restore or create suitable habitat. As discussed in relation to the protection of existing habitat, these restoration efforts should be concentrated in areas adjacent to existing habitat patches, or in areas of sufficient extent to create comparatively large tracts of habitat (a minimum of 100 ha, although smaller patches could be acceptable under certain circumstances). Again, geographic considerations appear to be very important, and restoration efforts in the southern portion of the nesting range should probably have first priority."

## HABITAT AND POPULATION OBJECTIVES

The amount of habitat that is needed for a self-sustaining population is a result of a trade off between number of patches, patch size, and patch isolation as pointed out by Shaffer (1985). Using simulation modeling, it has been demonstrated that populations of <10 pairs are very unstable and always become extinct in a short period of time (Richter-Dyn and Goel 1972; Roth 1974). In addition, Shaffer (1981) theorized that with more

realistic models this minimum number would increase. A minimum of 25 pairs in a subpopulation with interchange to other subpopulations should be reasonably safe from extinction by stochastic events. This should be a minimum goal for any major subpopulation. This goal was adopted by The Nature Conservancy and The National Audubon Society for the habitat management plan for Yellow-billed Cuckoos at the Kern River Preserve. At present, no subpopulations >25 pairs exist in California. The Bill Williams River in western Arizona population meets this criteria (Laymon and Halterman 1989).

**Table 1**. Minimum management goals for subpopulations, pairs, and reforestation of suitable habitat, based on 100 acres per pair, for Yellow-billed Cuckoos in California and western Arizona.

| Locality | Subpopulation | Pairs | Current Suitable (acre) | Reforestation Suitable (acre) |
|---|---|---|---|---|
| **Northern California** | | | | |
| Sacramento R. | 6 | 150 | 5850 | 9150 |
| Feather R. | 1 | 25 | 600 | 1900 |
| Stanislaus R. | 1 | 25 | 600 | 1900 |
| Cosumnes R. | 1 | 25 | 0 | 2500 |
| Merced R. | 1 | 25 | 0 | 2500 |
| Kings R. | 1 | 25 | 0 | 2500 |
| Mendota | 1 | 25 | 0 | 2500 |
| Sub Total | 12 | 300 | 7,050 | 22,950 |
| **Southern California** | | | | |
| Kern R. | 1 | 25 | 1000 | 1500 |
| Prado Dam | 1 | 25 | 600 | 1900 |
| Mojave R. | 1 | 25 | 200 | 2300 |
| Owens R. | 1 | 25 | 0 | 2500 |
| Sub Total | 4 | 100 | 1,800 | 8,200 |
| **Colorado River** | | | | |
| Needles-Parker | 4 | 100 | 1650 | 8350 |
| Parker-Blythe | 2 | 50 | 0 | 5000 |
| Blythe-Yuma | 3 | 75 | 0 | 7500 |
| Sub Total | 9 | 225 | 1,650 | 20,850 |

| Total | 25 | 625 | 10,500 | 52,000 |

The number of subpopulations needed is an important issue. Using simulation models, Roth (1974), shows that the variance of mean subpopulation size decreases as the number of subpopulations increases. The Sacramento River subpopulation is close to 25 pairs if it is assumed that the entire river is considered one subpopulation. A subpopulation should be defined as the cuckoos breeding in a discrete area with relatively contiguous habitat. A 3 km break between the habitat patches might be sufficient to delineate a subpopulation and an 8 km break would certainly be sufficient. Using an 8 km break, the Sacramento River from Red Bluff to Colusa now encompasses six subpopulations. The minimum population goal for the Sacramento River would be 150 pairs of cuckoos (25 pairs x 6 subpopulations = 150 pairs). Using the figure of 100 acres per pair, this would require a total of 15,000 acres of suitable or optimal habitat and would require restoration of 9150 acres (Laymon and Halterman 1989).

Because the Sacramento Valley population is isolated, additional subpopulations will be needed to connect this population to the ones to the south and east. This plan recommends the establishment of one subpopulation on the Feather River, five in the San Joaquin Valley, and three in southern California. The establishment of seven subpopulations on the lower Colorado River is also needed. A minimum of 25 subpopulations of at least 25 pairs each would provide habitat for a minimum of 625 pairs (Table 1). This number, while only a fraction (i.e. <5%) of the original population of cuckoos in California, should: (1) provide protection from extinction by stochastic events, (2) provide sufficient genetic diversity (Soule and Simberloff 1986), (3) cover much of the cuckooÕs original range and habitats in California, and (4) provide sufficient colonists to occupy small, outlying sites. To accomplish this goal, a total of 52,000 ha of suitable or optimal habitat must be restored (Table 1; Laymon and Halterman 1989).

## MONITORING METHODS AND RESEARCH NEEDS

Yellow-billed Cuckoos are at such low densities in California that monitoring them with traditional methods such as point counts or spot mapping is not possible. Surveys using playback of the contact call are the only acceptable way to monitor the species. Several sites in California (Kern River, Sacramento River and Colorado River) should be monitored on a yearly basis and a statewide survey every ten years is needed to monitor trends for this species.

Research on the movement patterns between subpopulations is needed to determine the potential for genetic interchange. Research on the effects of pesticide residues, especially on migration cuckoos is needed. More research on the effects of riparian habitat restoration is needed to determine the optimum mix of willows and cottonwoods to plant on these sites.

## SCIENTIFIC REFERENCES

AOU. 1957. The AOU Checklist of North American Birds. Fifth Edition. American Ornithologists Union.

Anderson, B.W. and S.A. Laymon. 1989. Creating habitat for the Yellow-billed Cuckoo (*Coccyzus americanus*). USDA Forest Service Gen. Tech. Rep. PSW-110 p 468-472.

Banks, R.C. 1988. Geographic variation in the Yellow-billed Cuckoo. Condor 90:473-477.

Banks, R.C. 1990. Geographic variation in the Yellow-billed Cuckoo: Correction and comments. Condor 92:538.

Belding, L. 1890. Land birds of the Pacific states. Occasional Papers of the California Academy of Science 2:1-274.

Ehrlich, P.R., D.S. Dobkins, and D. Wheye. 1988. The BirderÕs Handbook. Simon and Schuster, Fireside Books. New York.

Federal Register. 1988. Ruling on petition to list the Yellow-billed Cuckoo. Thursday, December 29 1988, 53:52748.

BLM_0056556

Franzreb, K.E. and S.A. Laymon. 1993. A reassessment of the taxonomic status of the Yellow-billed Cuckoo. Western Birds 24:17-28.

Gaines, D.A. and S.A. Laymon. 1984. Decline, status and preservation of the Yellow-billed Cuckoo in California. Western Birds 15:49-80.

Grinnell, J. 1915. A distributional list of the birds of California. Pacific Coast Avifauna 11:1-217.

Grinnell, J. and A.H. Miller. 1944. The distribution of the birds of California. Pacific Coast Avifauna 27:1-608.

Grocki, D.R.J. and D.W. Johnston. 1974. Chlorinated hydrocarbon pesticides in North American cuckoos. Auk 91:186-187.

Halterman, M.D. 1991. Distribution and habitat use of the Yellow-billed Cuckoo (*Coccyzus americanus occidentalis*) on the Sacramento River, California, 1987-1990. Masters Thesis, California State University, Chico.

Hamilton, W.J.III and M.E. Hamilton. 1965. Breeding characteristics of the Yellow-billed Cuckoo in Arizona. Proceedings of the California Academy of Sciences, 4th Series, 32:405-432.

Hanna, W.C. 1937. California Cuckoo in the San Bernardino Valley, California. Condor 39:57-59.

Johnston, D.W. 1975. Organochlorine pesticide residue in small migrating birds 1964 - 1973. Pesticides Monitoring Journal 9:79-82.

Launer, A.E., D.D. Murphy, S.A. Laymon, and M.D. Halterman. 1990. 1990 distribution and habitat requirements of the Yellow-billed Cuckoo in California. Admin. Rept. To The Nature Conservancy.

Laymon, S.A. 1980. Feeding and nesting behavior of the Yellow-billed Cuckoo in the Sacramento Valley. California Dept. of Fish and Game, Wildlife Management Branch, Sacramento, CA, Admin. Rep. 80-2.

Laymon, S.A. and M.D. Halterman. 1985. Yellow-billed Cuckoos in the Kern River Valley: 1985 population, habitat use, and management recommendations. California Department of Fish and Game, Nongame Bird and Mammal Section Rep. 85.06.

Laymon, S.A. and M.D. Halterman. 1987. Can the western subspecies of the Yellow-billed Cuckoo be saved from extinction? Western Birds 18:19-25.

Laymon, S.A. and M.D. Halterman. 1989. A proposed habitat management plan for Yellow-billed Cuckoos in California. USDA Forest Service Gen. Tech. Rep. PSW-110 p 272-277.

Laymon, S.A., P.L. Williams, and M.D. Halterman. 1997. Breeding status of the Yellow-billed Cuckoo in the South Fork Kern River Valley, Kern County, California: Summary report 1985 - 1996. Administrative Rep. U.S.D.A Forest Service, Sequoia National Forest, Cannell Meadow Ranger District, Challenge Cost-Share Grant #92-5-13.

Manolis, T., B. Webb, R. Spotts, S. Evans, B. Andrews, C. Brown, R. Schmidt, A Tura, and M.J. Palmer. 1986. Petition to list the western yellow-billed cuckoo as Endangered in a significant portion of its range. Letter to Frank H. Dunkle, Director U.S. Fish and Wildlife Service.

Richter-Dyn, N. and N.S. Goel. 1972. On the extinction of a colonizing species. Theoretical Population Biology 3:406-433.

Robbins, C.S., B. Bruun, and H.S. Zim. 1983. A guide to field identification of birds of north America. Golden Press, New York.

Roth, D.A. 1974. The analysis of a population model demonstrating the importance of dispersal in a heterogeneous environment. Oecologia 15:259-275.

Sauer, J.R., J.E. Hines, G. Gough, I. Thomas, and B.G. Peterjohn. 1997. The North American Breeding Bird Survey results and analysis. Version 94.4 (BBS, http://www.mbr.nbs.gov/bbs/bbs.html). Patuxent Research

Center, Laurel, MD.

Shaffer, M.L. 1981. Minimum population sizes for species conservation. BioScience 31:131-134.

Schaffer, M.L. 1985. The metapopulation and species conservation: the special case of the northern Spotted Owl. In: R.J. Guitierrez and A.B. Carey eds. U.S.D.A Forest Service, Gen. Tech. Rep. PNW-185. Olympia, WA.

Soule, M.E. and D. Simberloff. 1986. What do genetics and ecology tell us about the designing of nature reserves? Biological Conservation 35:19-40.

BLM_0056558



USGS HOME    CONTACT USGS    SEARCH USGS

| Home | Catalog | Lexicon | New Mapping | Standards | Comments |

# National Geologic Map Database

## Product Description Page

## General Information



Map data ©2013 Google

**Title:** Coal fields of Grand Mesa and the West Elk Mountains, Colorado
**Author(s):** Lee, W.T.
**Publishing Organization:** U.S. Geological Survey
**Series and Number:** Bulletin 510
**Publication Date:** 1912
**Map Scale:** 1:125,000
**Cross Section:** Yes
**North Latitude:** 39° 10' 55" N (39.1820)
**South Latitude:** 36° 48' 0" N (38.8000)
**East Longitude:** 106° 55' 1" W (-106.9170)
**West Longitude:** 108° 34' 1" W (-108.5670)

[ Corrections? ]    [ Tweet ]

 Availability     Map Services     Geolex

Find Us:


References to non-U.S. Department of the Interior (DOI) products do not constitute an endorsement by the DOI.
By viewing the Google Maps API on this web site the user agrees to these TERMS of Service set forth by Google.

ACCESSIBILITY        FOIA        PRIVACY        POLICIES AND NOTICES

U.S. Department of the Interior | U.S. Geological Survey
Supported by the National Cooperative Geologic Mapping Program
URL: http://ngmdb.usgs.gov/Prodesc/proddesc_20033.htm
Page Contact Information: Personnel
Page Last Modified: Thu Mar 21 15:33:45 2013





# ASSESSMENT OF OIL AND GAS INDUSTRY

## 2012 INDUSTRY ECONOMIC AND FISCAL CONTRIBUTIONS IN COLORADO

Conducted by:

**BUSINESS RESEARCH DIVISION**
Leeds School of Business
University of Colorado Boulder
420 UCB
Boulder, CO  80309-0420
Telephone:  303.492.3307
leeds.colorado.edu/brd

**Research Team**
Brian Lewandowski and Richard Wobbekind[1]

July 2013



**BUSINESS RESEARCH DIVISION**

---

[1]The authors would like to thank graduate research assistant Emily Zalasky for her assistance with this paper.

# TABLE OF CONTENTS

Table of Contents .................................................................................................................................. i
List of Tables ...................................................................................................................................... i
Introduction ...................................................................................................................................... 1
Methodology ..................................................................................................................................... 2
Literature Review ............................................................................................................................. 3
Economic Overview .......................................................................................................................... 4
    Gas Production and Price Stability ............................................................................................. 4
    Commodity Prices ...................................................................................................................... 5
Oil and Gas Industry Economic Impact ........................................................................................... 7
    Prices and Production ................................................................................................................ 8
    Output ........................................................................................................................................ 11
    Value Added .............................................................................................................................. 12
    Employment .............................................................................................................................. 12
    Employee Compensation .......................................................................................................... 13
Oil and Gas Industry Public Revenue ............................................................................................... 15
    Property Taxes ........................................................................................................................... 15
    Public Leases and Royalties ....................................................................................................... 16
    Severance Taxes ........................................................................................................................ 17
    COGCC Taxes ............................................................................................................................. 18
    Income and Sales Taxes ............................................................................................................. 19
Conclusion ......................................................................................................................................... 19
Bibliography ...................................................................................................................................... 21

# LIST OF TABLES

Table 1: Commodity Price Volatility, 2000–2012 ............................................................................. 7
Table 2: Oil and Gas Total Economic Impact (Direct, Indirect, Induced), 2012 ............................... 7
Table 3: Value of Oil and Gas Production by Resource, 2011 ........................................................... 8
Table 4: Production and Revenue by Ownership, 2012 (In Millions) ................................................ 8
Table 5: Colorado Oil and Gas Production and Value by Year .......................................................... 10
Table 6: Oil and Gas Prices 2006–2012 ........................................................................................... 10
Table 7: Approved Drilling and Recompletion Permits .................................................................... 11
Table 8: Colorado Oil and Gas, Output Summary, 2012 (In Millions) .............................................. 11
Table 9: Colorado Oil and Gas, Value Added Summary, 2012 (In Millions) ..................................... 12
Table 10: Colorado Oil and Gas,  Employment Summary, 2012 ....................................................... 12
Table 11: Oil and Gas Employment .................................................................................................. 13
Table 12: Oil and Gas Employment .................................................................................................. 13
Table 13: Oil and Gas Total Wages (in Millions) ............................................................................. 14
Table 14: Oil and Gas, Wage Summary, 2012 (in Millions) ............................................................. 14
Table 15: Oil and Gas Average Wages .............................................................................................. 14
Table 16: Oil and GAs Contributions to Colorado Public Revenues by Source (in Millions) ........... 15
Table 17: Oil and Gas Assessed Property, Levies, and Taxes, 2007–2012 (In millions) ................... 16
Table 18: DOLA-Reported Oil and Gas Production, 2007–2012 ....................................................... 16
Table 19: Revenue from Activities on Public Land, FY2007–FY2012 (In Thousands) ...................... 17
Table 20: Severance Tax Rate Schedule ........................................................................................... 18
Table 21: Severance Taxes, FY2007–FY2012 (in Thousands) .......................................................... 18
Table 22: Severance and Mineral Lease Distributions, FY2009-FY2012 (In Millions) ...................... 18
Table 23: COGCC Conservation Levy, 2007–2012 (In Thousands) ................................................... 18
Table 24: Income Taxes, Oil and Gas, 2012 ..................................................................................... 19

BLM_0056561

## INTRODUCTION

The oil and gas industry, along with nearly all extraction industries, inherently provides substantial economic benefits due to its integrated supply chain, high wage jobs, and propensity to sell nationally and globally. It brings in outside investment and often operates in rural areas where high-wage jobs are scarce and industry is fleeting.

Much of Colorado's oil and gas is sold outside of the state, contributing wealth to owners, employees, governments, and schools, all of which are beneficiaries of oil and gas revenues. In 2012, Colorado's oil and gas industry recorded $9.3 billion in production value, accounting for some 29,300 direct drilling, extraction, and support jobs with average annual wages in excess of $101,000. Coupled with the oil and gas supply chain within Colorado—transportation, refining, wholesalers, parts manufacturers, and gasoline stations—direct employment totaled more than 51,200 jobs, with average wages over $74,800, which are 49% higher than the state average for all industries. Collectively, this industry contributed slightly more than $3.8 billion in employee income to Colorado households in 2012, or 2.8% of total Colorado salary and wages. In addition, $614 million went to private land owners in 2012, assuming private land owners capture royalty and lease terms similar to those of the government.

The oil and gas industry contributed substantial public revenues in 2012—totaling nearly $1.6 billion, of which $1 billion was derived directly from severance taxes, public leases, public royalties, and property taxes. This industry is subject to taxes and assessments beyond what other industries contribute. Ad valorem taxes, for instance, are 3 times higher for oil and gas production than for commercial property within the state and 11 times higher than residential property. Oil and gas property taxes exceeded an estimated $600 million in 2012. Severance taxes paid by the industry totaled $163 million in 2012. The industry also paid $275 million in royalties to state and federal governments in 2012, of which $160 million stayed within Colorado. The State of Colorado received almost $80.7 million in state lease revenue from oil and gas in 2012, a record high. Oil and gas prices tended to be relatively volatile from 2000–2012, causing government revenue driven by production value to fluctuate year to year. Prices have demonstrated greater stability since 2010, and price stability is expected moving forward, primarily due to greater reserve estimates and technological improvements in drilling and extraction.

While this industry has substantial operations on state and federal lands, a vast majority—more than 69%—transpires on private lands. As oil production ramps up in Colorado, oil and gas in the state is no longer dominated by gas production. In 2012, gas accounted for 51% of total sales-based value of production, followed by oil at 45.6%.

BLM_0056562

## METHODOLOGY

The oil and gas industry is a significant employer in the state of Colorado, with a vast supply chain that includes surveyors, extractors, transporters, and refinery workers. The industry also contributes substantial revenue to state and local governments in the form of income and sales taxes, property taxes, royalties, and fees. The authors completed a comprehensive Colorado state and county report commissioned by the Colorado Oil & Gas Association (COGA) in 2011. This 2013 report, commissioned by COGA, updates the statewide Colorado impacts with data through 2012.

This study examined economic impacts and public revenues associated with the oil and gas industry in Colorado. The analysis relied on publicly available secondary data—no surveying was conducted for the study. To this end, the available known statewide data specific to the industry includes:

- Employment
- Wages
- Assessed property values (land, improvements, and personal)
- Royalties (federal and state)
- Leases (federal and state)
- Severance taxes
- Rig counts
- Well counts
- Production
- Prices

Collected data were used to estimate statewide undisclosed or unknown variables related to the industry, such as sales and income taxes. The research team used the known variables, such as employment and production by county, to estimate each county's contribution to royalties, severance taxes, leases, and so on. The estimates that result from this methodology treat constant the prices and quality of oil and gas from basin to basin, as well as keep the ratio of public to private land constant from county to county in order to formulate county-level estimates.

High-level economic comparisons for the state of Colorado were conducted using IMPLAN input-output modeling software.[2] IMPLAN generates industry multipliers based on trade flows and industry profiles of the study area. Multipliers refer to the interindustry relationships within a study area in terms of input-output (I-O) economic impacts.[3] Multipliers are useful for analyzing project decisions to understand the incremental impacts that such activities have on the local economy. IMPLAN multipliers are static and thus

---

[2] Minnesota IMPLAN Group, Inc. (MIG), Hudson, WI, www.implan.com.
[3] Bureau of Economic Analysis, Regional Multipliers, http://www.bea.gov/scb/pdf/regional/perinc/meth/rims2.pdf, retrieved January 20, 2010.

BLM_0056563

do not consider large-scale disruptive impacts on the economic fabric without calculating specific infrastructure changes.

For the purpose of this study, all multipliers are comprised of direct, indirect, and induced effects. *Direct* refers to direct spending or employment in the study industry or firm. *Indirect* is the spending or employment in related industries impacted by spending or employment in the study industry or firm. *Induced* refers to changes in household expenditures impacted by spending or employment in the study industry or firm.

State and local fiscal impacts are aggregated by the IMPLAN model based on tax rates and tax burdens absorbed by industries. The fiscal impacts are based on activity that occurs in Colorado. When public reporting allowed for the aggregation of detailed data, this superseded IMPLAN data (e.g., oil and gas severance taxes, property taxes).

## LITERATURE REVIEW

Several studies of the oil and gas industry's economic impact have been conducted recently. Among these, economic impact reports have been conducted that estimate the industry's output, employment, and fiscal impacts on the states of Louisiana, Utah, California, Colorado, New Mexico, Ohio, and Wyoming. Oil and gas companies' economic output make up a material portion of these states' gross state product—6.1% in Colorado and 18.8% in Louisiana, for example. Different studies present strikingly diverse multipliers for this output. In New Mexico $1 million of direct output generates $0.20 million of indirect output, according to Cara Meghan Downes Consulting, while in California $1 million of direct output generates $1.91 million of indirect output, according to the California Economic Strategy Panel. Employment multipliers, too, vary. In Louisiana, 1,000 direct jobs are estimated to generate 899 jobs, according to the LSU Center for Energy Studies, while in Wyoming 1,000 direct jobs are estimated to generate 3,645 jobs, according to the University of Wyoming. The average wage in oil and gas was consistently reported as higher than states' average wages. The industry's economic impact outlook is bolstered by the potential to produce unconventional gas, such as the development of Ohio's Utica shale formation.

The oil and gas industry's fiscal impact was addressed in many studies. According to a study conducted by the LECG Corporation in 2008, Colorado imposes the fourth-highest tax burden on oil-producing companies of the top 10 oil-producing states. Each oil-producing state has a different strategy for taxing the industry. Impacts measured include $18.2 million property taxes paid in Utah in 2006, plus $30.3 million federal mineral royalties, according to a University of Utah study, and $2.0 billion in extraction taxes paid in Wyoming, plus more than $62.8 million in sales and use taxes paid. Although currently being phased out, a

BLM_0056564

program that allowed in-kind tax payments by oil and gas companies was particularly lucrative for the government, according to a study by the Bureau of Ocean Energy Management, Regulation and Enforcement.

While the oil and gas industry is a boon to states' economies, its positive impacts may be waning. Cost efficiencies are on the decline; the energy return on energy investment of finding and extracting oil gradually decreased over the past century. A study conducted by the Science Applications International Corporation and the Gas Technology Institute in 2010 projected economic impacts of the oil and gas industry over the long haul. The study forecasted increasing consumer prices and decreasing oil and gas employment over the next 20 years.

## ECONOMIC OVERVIEW

### Gas Production and Price Stability

The oil and gas industry's economic and fiscal impacts considered in this study occur at a time of economic volatile, notably, the recession of 2007–2009 and the subsequent recovery. While commodity volatility has been true over the past half-decade, analysts' expectations for natural gas are for comparatively lower volatility in both the short run and the long run due to reserve discoveries (e.g., shale gas), technological improvements in drilling and extraction, greenhouse gas (GHG) rules, and integrated national and continental pipelines. Compounding the impacts of price volatility on state and local revenues, the Office of Natural Resources Revenue cut federal mineral royalty disbursements to states due to federal sequestration.

According to the *Annual Energy Outlook 2013* by the Energy Information Administration (EIA), the share of gas production by shale gas will grow from 34% in 2011 to 50% in 2040. The *Annual Energy Outlook 2012* states the Rocky Mountain Region will remain among the largest national gas producers in the lower 48 states, with production increasing 18% from 2010 through 2035. The Henry Hub price for gas is expected to increase 2.4% annually, to $7.83 by 2040—a gain of 2.4% per year. Lower 48 onshore and offshore oil production is expected to increase at annual rates of 0.3% and 0.7%, respectively, through 2040, while wellhead prices will increase at an annual rate of 1.8%, to $160.38 per barrel (2011 dollars).

Gas supply and demand expectations are growing. According to the International Energy Agency's *World Energy Outlook 2011*, unconventional gas now accounts for 60% of marketed production in the United States. Global demand, according to this report, will drive the share of natural gas in the energy mix from 21% to 25% by 2035, with domestic supply increasing 1.1% per year and demand increasing 0.6% per year.

BLM_0056565

Public sentiment on unconventional gas will have a material impact on gas production in coming years. According to the International Energy Agency's *World Energy Outlook 2012*, such social and environmental concerns as land use, surface and groundwater contamination, and air pollution must be addressed successfully in order to realize unconventional gas production's potential. The report suggests that policy makers, regulators, operators, and others apply principles that emphasize full transparency, rigorous efforts to reduce environmental impacts, and engagement with local communities. The report estimates such efforts will result in 7% higher financial costs for developing a typical shale-gas well, but also more than a threefold increase in global production of unconventional gas by 2035.

**Commodity Prices**

On the whole, commodity prices followed an upward trend over the decade of the 2000s, climbing to a peak in 2007–2008. Although investor sentiment and business cycles influenced this surge, the central driver was mounting global demand, particularly from emerging economies, coupled with limited resources. For the most part, commodity prices fell in the second half of 2008 as demand slowed during the global recession. They have since rebounded. Some key commodities, however, followed different paths. Gold prices rallied for most of the decade, finishing at more than five times the price in 2000. Natural gas prices, although particularly volatile, maintained a flatter trajectory compared to most commodities; gas ended the decade at less than twice its price in 2000.

BLM_0056566

**FIGURE 1: COMMODITY PRICES, 2000–2012**

### Coal
1% Sulfur Coal Spot Price Fob/Utah Colorado



Source: Bloomberg.

### Natural Gas
Henry Hub Natural Gas Spot Price



Source: Bloomberg.

### Corn
USDA North Central No. 2 Yellow Corn Spot Price



Source: Bloomberg.

### Oil
WTI Cushing Crude Oil Spot Price



Source: Bloomberg.

### Gold
Gold Pool Spot Price



Source: Bloomberg.

### Wheat
USDA No. 1 Soft White Winter Wheat Spot Price



Source: Bloomberg.

BLM_0056567

Like other commodities, oil and gas prices exhibited volatility from 2000 to 2012. One measure of volatility is the standard deviation of price changes each month. This measure ranks gold the least volatile of the six commodities shown in Table 1, with a standard deviation of 5 percentage points. Natural gas, oil, and corn are the three most volatile commodities of the group. Natural gas price monthly changes had a comparatively large standard deviation, 20.8 percentage points, over 2000–2012. When considering a time period that excludes the volatile years leading up to 2008 when many commodities reached peak price levels, measured volatility decreased for many commodities, notably those that are energy related. Natural gas standard deviation decreased from 20.8 to 11.5 percentage points, coal from 7.4 to 2.3 percentage points, and oil from 9.6 to 7.9 percentage points. During this same period, wheat decreased modestly in volatility, from 8.1 to 7.9 percentage points, and both corn and gold increased.

**TABLE 1: COMMODITY PRICE VOLATILITY, 2000–2012**

| Commodity | Average Monthly % Change (Continuous Compounding) | | Standard Deviation of Month-to-Month % Change | |
|---|---|---|---|---|
| | 2000-2012 | 2010-2012 | 2000-2012 | 2010-2012 |
| Coal | 0.74% | -0.31% | 7.43% | 2.27% |
| Corn | 0.81% | 1.71% | 9.58% | 10.69% |
| Gold | 1.15% | 1.18% | 4.99% | 5.20% |
| Natural Gas | 0.15% | -1.47% | 20.82% | 11.48% |
| Oil | 0.77% | 0.41% | 9.56% | 7.91% |
| Wheat | 0.69% | 1.53% | 8.06% | 7.86% |

Source: Data from Bloomberg, calculations by the BRD research team.

## OIL AND GAS INDUSTRY ECONOMIC IMPACT

The oil and gas industry is a compilation of distinct activities with interrelated, cogent functions that contributed $29.6 billion to Colorado's economy in 2012 through direct and indirect activities. Mapping the industry illustrates the integrated supply chain within the state of Colorado, including oil and gas drilling, extraction, support activities, transportation, refining, and sales. Much of the oil, gas, and $CO_2$ is sold outside the state, making the industry an important primary employer that brings in outside investment that benefits Colorado employees, industry, and public goods (specifically schools).

**TABLE 2: OIL AND GAS TOTAL ECONOMIC IMPACT (DIRECT, INDIRECT, INDUCED), 2012**

| Source | Employment | Employee Compensation (Millions) | Value Added (Millions) | Output (Millions) |
|---|---|---|---|---|
| Drilling | 4,935 | $319.17 | $1,054.36 | $1,556.59 |
| Extraction and Support Activities | 67,572 | $3,942.23 | $9,580.08 | $18,701.75 |
| Petroleum Refineries | 4,746 | $245.89 | $1,133.73 | $4,789.86 |
| Transportation | 2,889 | $178.85 | $263.18 | $791.88 |
| Gasoline Stations | 18,646 | $466.24 | $1,000.47 | $1,649.90 |
| All Other | 12,688 | $687.31 | $1,194.55 | $2,078.18 |
| Total | 111,476 | $5,839.68 | $14,226.37 | $29,568.16 |

BLM_0056568

**Prices and Production**

Production of oil and gas increased from 2011 to 2012, but value of production decreased in 2012 on lower pricing. Oil and gas production in the state totaled more than $9.3 billion in 2012, with natural gas accounting for 51% of sales-based value, oil accounting for 46%, and carbon dioxide, 3% (Table 3). Oil and gas production is primarily sourced from private lands. Examining oil production and value, more than 69% of value of production occurs on private land, with 24% on federal land and the remainder on state land (Table 4).

**TABLE 3: VALUE OF OIL AND GAS PRODUCTION BY RESOURCE, 2011**

| Commodity | Value (Millions) | Percentage |
|-----------|------------------|------------|
| Gas | $4,746 | 51.0% |
| Oil | 4,244 | 45.6% |
| CO2 | 313 | 3.4% |
| **Total** | **$9,302** | **100.0%** |

Source: Colorado Geological Survey, Colorado Oil and Gas
Conservation Commission.

**TABLE 4: PRODUCTION AND REVENUE BY OWNERSHIP, 2012 (IN MILLIONS)**

| Oil and Gas | Federal[a] | State | Private | Total[b] |
|-------------|-----------|-------|---------|----------|
| Value of Production | $2,233.1 | $644.3 | $6,424.9 | $9,302.4 |
| Leases/Bonuses | $14.9 | $80.7 | $213.40 | $309.0 |
| Royalties | $230.3 | $44.8 | $614.26 | $889.4 |
| **Share of Total Value** | **24.0%** | **6.9%** | **69.1%** | **100.0%** |

[a]Leases/bonuses and royalties represent total federal collections.
[b]Estimated.
Sources: Office of Natural Resources Revenue, Colorado Geological Survey, Colorado
Department of Local Affairs, Colorado Oil and Gas Conservation Commission.

Production value in Colorado has been rather volatile over the past seven years; much of the volatility is due to price swings. Oil sales grew every year between 2006 and 2012, with sales totaling 48.6 million barrels in 2012. The greatest increase in both absolute and percentage growth came in 2012, increasing by 10 million barrels, or nearly 26%. The value of sales was much more volatile, dipping 39% in 2009, then growing 45% in 2010, 47% in 2011, and 24% in 2012. Gas sales followed a similar trend over this period, registering growth each year, but increases were modest in 2011 (1.2%) and 2012 (0.4%) with soft prices. These low gas prices were responsible for negative growth in the value of gas production five of the past seven years. CO2 prices have remained stable over the past three years, while production has been more volatile. In sum, 2012 production value of oil and gas in Colorado was $9.3 billion.

BLM_0056569

**FIGURE 2: COLORADO OIL AND GAS PRODUCTION AND VALUE, 2006–2012**



Source: Colorado Geological Survey.



Source: Colorado Geological Survey.



Source: Colorado Geological Survey.



Source: Colorado Geological Survey.



Source: Colorado Geological Survey.



Source: Colorado Geological Survey.

BLM_0056570

**TABLE 5: COLORADO OIL AND GAS PRODUCTION AND VALUE BY YEAR**

|  | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|
| Oil (MMBBL) | 24.2 | 25.5 | 29.5 | 29.9 | 32.4 | 38.6 | 48.6 |
| Sales Change | 5.2% | 5.4% | 15.7% | 1.4% | 8.4% | 19.1% | 25.9% |
| Value (Millions) | $1,446 | $1,669 | $2,619 | $1,600 | $2,323 | $3,420 | $4,244 |
| Value Change | 16.9% | 15.4% | 56.9% | -38.9% | 45.2% | 47.2% | 24.1% |
|  |  |  |  |  |  |  |  |
| **Natural Gas** |  |  |  |  |  |  |  |
| Natural Gas (Bcf) | 1,227.0 | 1,300.0 | 1,497.0 | 1,559.0 | 1,626.0 | 1,644.8 | 1,651.1 |
| Sales Change | 9.6% | 5.9% | 15.2% | 4.1% | 4.3% | 1.2% | 0.4% |
| Value (Millions) | $7,524 | $6,412 | $10,993 | $5,485 | $7,032 | $6,819 | $4,746 |
| Value Change | -10.3% | -14.8% | 71.4% | -50.1% | 28.2% | -3.0% | -30.4% |
|  |  |  |  |  |  |  |  |
| **CO2** |  |  |  |  |  |  |  |
| CO2 (Bcf) | 373.0 | 375.0 | 371.0 | 408.0 | 267.0 | 470.0 | 363.6 |
| Sales Change | 375.0% | 0.5% | -1.1% | 10.0% | -34.6% | 76.0% | -22.6% |
| Value (Millions) | $258 | $246 | $429 | $324 | $208 | $400 | $313 |
| Value Change | 28.4% | -4.7% | 74.4% | -24.5% | -35.8% | 92.2% | -21.8% |

Source: Colorado Geological Survey.

The volatility in unit prices for oil, gas, and CO2 can be seen in Table 6. The national gas price is reflected in the Henry Hub Index, a natural gas price benchmark. The index's daily prices reflect natural gas prices for next-day delivery at the Henry Hub. The average annual prices for this index were calculated by taking the arithmetic averages of the Henry Hub Index's daily closing spot prices over the year.

**TABLE 6: OIL AND GAS PRICES 2006–2012**

| Commodity Indices | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|
| Henry Hub Average Price, Calendar Year $/MMBtu | $6.73 | $6.97 | $8.89 | $3.94 | $4.37 | $4.00 | $2.75 |
| Colorado Gas Weighted Average Prices $/MMBtu, FY | $7.21 | $5.40 | $4.04 | NA | NA | NA | NA |
| Colorado Gas Weighted Average Prices $/MMBtu, CY | $5.76 | $4.85 | NA | NA | NA | NA | NA |
| Colorado Oil Price Composite Index $/Bbl, FY | $60.64 | $56.83 | $89.33 | $60.20 | $66.56 | $82.19 | $87.66 |
| Colorado Oil Price Composite Index $/Bbl, CY | $60.32 | $65.48 | $90.03 | $53.62 | $71.32 | $87.91 | $86.58 |
| CO2 $/Mcf | $0.69 | $0.66 | $1.16 | $0.79 | $0.78 | $0.85 | $0.86 |

Sources: Federal Reserve Bank of St. Louis; Colorado Oil and Gas Conservation Commission; Division of Property Taxation, Colorado Department of Local Affairs.

Colorado prices differ from national index prices, largely because of transportation costs. The Colorado Oil and Gas Conservation Commission (COGCC) computes and tracks composite indices for oil and gas prices in Colorado. The Colorado Oil Price Composite Index is COGCC's weighted average of oil prices in each quadrant of the state; the price for oil produced in the northwest receives a 35% weight; the price for southwest production, 5%; the price for northeast production, 40%; and the price for southeast production, 20%. The Colorado Gas Price Index, reported by COGCC through November 2007, weighted three prices of natural gas produced in Colorado: the price for gas supplying to the Northwest Pipeline System (20%

BLM_0056571

weight), the price for gas supplying the El Paso Natural Gas pipeline (50% weight), and the price for gas in the Colorado Interstate Basin in the U.S. Rocky Mountains.

The average annual price of CO2 was calculated by dividing Colorado production value by production. Oil and gas prices peaked and then fell sharply in 2008. Like the others listed, CO2 average annual prices reached a high in 2008; the price has since slumped, to $0.86 per thousand cubic feet in 2012.

Another gauge of production activity in Colorado is the number of approved drilling permits and recompletion permits. In 2012, the state approved 3,773 drilling permits (Table 7). This permit activity was 19% lower compared to the 4,659 approved drilling permits in 2011 and 53% lower than the peak of 8,027 approved in 2008.

**TABLE 7: APPROVED DRILLING AND RECOMPLETION PERMITS**

| Year | Approved Drilling Permits | Percent Change | Approved Recompletion Permits | Percent Change |
|------|------|------|------|------|
| 2006 | 5,904 | 35.1% | 315 | 50.7% |
| 2007 | 6,368 | 7.9% | 214 | -32.1% |
| 2008 | 8,027 | 26.1% | 287 | 34.1% |
| 2009 | 5,159 | -35.7% | 334 | 16.4% |
| 2010 | 5,996 | 16.2% | 515 | 54.2% |
| 2011 | 4,659 | -22.3% | 320 | -37.9% |
| 2012 | 3,773 | -19.0% | 168 | -47.5% |

Source: Colorado Oil and Gas Conservation Commission, Staff Report.

**Output**

The entire oil and gas supply chain impact on total output was $29.6 billion in 2012, with $20.3 billion for core activities (drilling, extraction, and support) and $9.3 billion related to noncore activities (pipeline, refineries, gasoline stations, and equipment manufacturers). Output is the total value of goods and services produced in an economy, including intermediate goods and services. Output calculations are based on a number of known variables, including production, value of production, employment, wages, severance taxes, property taxes, royalties, and leases.

**TABLE 8: COLORADO OIL AND GAS, OUTPUT SUMMARY, 2012 (IN MILLIONS)**

| Source | Direct | Indirect | Induced | Total |
|------|------|------|------|------|
| Drilling | $1,190.3 | $141.9 | $224.4 | $1,556.6 |
| Extraction and Support Activities | $12,289.3 | $3,167.2 | $3,245.3 | $18,701.8 |
| Petroleum Refineries | $4,067.4 | $460.7 | $261.8 | $4,789.9 |
| Transportation | $507.7 | $155.0 | $129.1 | $791.9 |
| Gasoline Stations | $1,017.2 | $301.7 | $331.0 | $1,649.9 |
| All Other | $1,235.4 | $356.5 | $486.2 | $2,078.2 |
| Total | $20,307.4 | $4,583.1 | $4,677.8 | $29,568.2 |

BLM_0056572

The impact of direct core activities resulted in $13.5 billion in economic activity. Of this, $12.3 billion was from extraction and support activities, and $1.2 billion was from drilling activities.

### Value Added

The value added by the entire oil and gas supply chain totaled $14.2 billion in 2012, with $10.6 billion for core activities (drilling, extraction, and support) and $3.6 billion related to noncore activities (e.g., pipeline refineries, gasoline stations, and equipment manufacturers). Value added is gross output net of intermediate input costs.

**TABLE 9: COLORADO OIL AND GAS, VALUE ADDED SUMMARY, 2012 (IN MILLIONS)**

| Source | Direct | Indirect | Induced | Total |
|---|---|---|---|---|
| Drilling | $828.0 | $84.1 | $142.2 | $1,054.4 |
| Extraction and Support Activities | $5,578.4 | $1,944.4 | $2,057.3 | $9,580.1 |
| Petroleum Refineries | $687.7 | $279.9 | $166.1 | $1,133.7 |
| Transportation | $84.4 | $96.9 | $81.8 | $263.2 |
| Gasoline Stations | $590.5 | $200.1 | $209.8 | $1,000.5 |
| All Other | $673.3 | $213.1 | $308.2 | $1,194.5 |
| **Total** | **$8,442.3** | **$2,818.6** | **$2,965.5** | **$14,226.4** |

### Employment

The oil and gas industry, in its most inclusive definition, accounted for 51,230 direct jobs in 2012, including drilling, extraction, pipeline, equipment manufacturing, and gasoline station workers. Most of these workers (84%) were employees of firms, while others (16%) were considered nonemployers (i.e., self-employed). Total employment (direct, indirect, and induced) was estimated at 111,476 in 2012.

**TABLE 10: COLORADO OIL AND GAS,  EMPLOYMENT SUMMARY, 2012**

| Source | Direct | Indirect | Induced | Total |
|---|---|---|---|---|
| Drilling | 2,402 | 780 | 1,753 | 4,935 |
| Extraction and Support Activities | 26,853 | 15,363 | 25,356 | 67,572 |
| Petroleum Refineries | 501 | 2,193 | 2,052 | 4,746 |
| Transportation | 801 | 1,080 | 1,009 | 2,889 |
| Gasoline Stations | 14,062 | 1,998 | 2,586 | 18,646 |
| All Other | 6,611 | 2,278 | 3,799 | 12,688 |
| **Total** | **51,230** | **23,691** | **36,554** | **111,476** |

Drilling, extraction, and support activities accounted for 29,254 jobs in 2012. Downstream employment in related activities—pipeline, equipment manufacturing, and gasoline stations—totaled 21,977 jobs in 2012.

BLM_0056573

**TABLE 11: OIL AND GAS EMPLOYMENT**

| Employment | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|
| Drilling, Extraction, and Support Activities | 25,895 | 21,736 | 22,408 | 25,879 | 29,254 |
| Pipeline, Refining, Equipment Manufacturing, Fueling | 23,586 | 21,982 | 21,210 | 22,231 | 21,977 |
| Total | 49,481 | 43,717 | 43,618 | 48,111 | 51,231 |
| All Industries | 2,725,528 | 2,622,194 | 2,603,403 | 2,647,969 | 2,682,743 |

Sources: Bureau of Labor Statistics, Quarterly Census of Employment and Wages; U.S. Census Bureau.

Total employment was calculated as the sum of employees and nonemployers (considered self-employed) (Table 12). Publicly available employment and nonemployer data were used to estimate nonemployer detail that is not disclosed. Employment figures were collected and estimated for core oil and gas activities: extraction, drilling, and support activities. To reflect the oil and gas industry's reach more comprehensively, employment numbers were also collected and estimated for related areas in the broad supply chain. These related employment figures range from jobs in petroleum refineries to jobs at gasoline stations.

Core oil and gas jobs and related jobs made up about 1.9% of Colorado's total employment in 2012, surpassing the 2008 peak. In 2012, core employment in oil and gas was an estimated 29,254 jobs; related employment accounted for 21,977 jobs.

**TABLE 12: OIL AND GAS EMPLOYMENT**

| NAICS | Industry | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|
| 211 | Extraction | 10,928 | 10,769 | 10,871 | 11,633 | 13,998 |
| 213111 | Drilling Wells | 4,169 | 2,122 | 2,258 | 2,683 | 2,402 |
| 213112 | Support Activities | 10,798 | 8,845 | 9,279 | 11,564 | 12,855 |
| 23712 | Oil and gas pipeline and related structures const. | 4,955 | 3,792 | 3,420 | 4,389 | 3,869 |
| 32411 | Petroleum refineries | 589 | 622 | 620 | 557 | 501 |
| 324191 | Petroleum lubricating oil and grease mfg. | 57 | 52 | 44 | 44 | 44 |
| 32412 | Asphalt paving, roofing, and saturated materials mfg. | 291 | 231 | 214 | 225 | 226 |
| 333132 | Oil and gas field machinery and equipment mfg. | 238 | 232 | 235 | 259 | 298 |
| 4247 | Petroleum and petro products merchant wholesalers | 1,630 | 1,535 | 1,460 | 1,470 | 1,480 |
| 486 | Pipeline transportation | 900 | 1,005 | 970 | 809 | 804 |
| 44711 | Gasoline stations with convenience stores | 12,957 | 12,627 | 12,414 | 12,645 | 13,108 |
| 44719 | Other gasoline stations | 1,271 | 1,176 | 1,122 | 1,123 | 954 |
| 45431 | Fuel dealers | 699 | 710 | 711 | 710 | 694 |
| Total | Total Core and Non Core Employees | 49,481 | 43,717 | 43,618 | 48,111 | 51,231 |
| All | Total-All Industries | 2,725,528 | 2,622,194 | 2,603,403 | 2,647,969 | 2,682,743 |

**Employee Compensation**

While the oil and gas industry is extremely capital intensive, resulting in high output per worker, the industry paid just over $3.8 billion to workers across the state, or 2.8% of total Colorado earnings (Table 13). This resulted in total wage impacts of $6.5 billion in 2012 (Table 14).

BLM_0056574

Much like employment numbers, wage data were collected and estimated for employees and the self-employed in core oil and gas industries and related industries. Wages paid to core oil and gas employees totaled $2.96 billion in 2012, surpassing the 2008 and 2011 peaks of $2.70 billion and $2.71 billion. Related industries accounted for the remaining $873 million in industry wages in Colorado.

**TABLE 13: OIL AND GAS TOTAL WAGES (IN MILLIONS)**

| Wages | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|
| Total Oil and Gas | $3,713 | $2,854 | $3,057 | $3,594 | $3,833 |
| All Industries in Colorado | $127,215 | $121,285 | $122,895 | $127,948 | $135,045 |

Note: Includes wage and salary earnings and nonemployer receipts.
Sources: Bureau of Labor Statistics, Quarterly Census of Employment and Wages; U.S. Census Bureau.

**TABLE 14: OIL AND GAS, WAGE SUMMARY, 2012 (IN MILLIONS)**

| Source | Direct | Indirect | Induced | Total |
|---|---|---|---|---|
| Drilling | $208.1 | $47.0 | $64.1 | $319.2 |
| Extraction and Support Activities | $2,751.5 | $890.0 | $926.9 | $4,568.4 |
| Petroleum Refineries | $65.0 | $122.7 | $58.1 | $245.9 |
| Transportation | $87.7 | $49.2 | $35.6 | $172.4 |
| Gasoline Stations | $290.3 | $81.4 | $94.5 | $466.2 |
| All Other | $430.0 | $118.4 | $138.9 | $687.3 |
| **Total** | **$3,832.6** | **$1,308.7** | **$1,318.1** | **$6,459.5** |

The percent of *wages* from oil and gas activities consistently exceeds the percent of *employment* from oil and gas activities because oil and gas jobs tend to pay more than the average job (

Table 15). Average wages were calculated by dividing the total wages of employees and the receipts of self-employed by the number of employees and nonemployers. The average core oil and gas job in Colorado earned around twice the average Colorado job over the past five years. In 2012, the average core oil and gas wage was $101,171, which is 101% higher than Colorado's average wage that year ($50,339). Particularly lucrative areas include extraction, petroleum refineries, and pipeline transportation. Gasoline station and fuel dealer wages were the only oil and gas wages that were lower statewide than the average Colorado wage. Including related jobs, oil and gas activities recorded an average wage of $74,811 in 2012, which is 48.6% higher than the average wage in Colorado.

**TABLE 15: OIL AND GAS AVERAGE WAGES**

| Average Wages | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|
| Core | $104,433 | $91,683 | $99,195 | $104,722 | $101,171 |
| Noncore | $42,775 | $39,185 | $39,341 | $39,759 | $39,723 |
| Total | $75,042 | $65,286 | $70,090 | $74,704 | $74,811 |
| All Industries in Colorado | $46,675 | $46,253 | $47,206 | $48,319 | $50,339 |

Sources: Bureau of Labor Statistics, Quarterly Census of Employment and Wages; U.S. Census Bureau.

BLM_0056575

## OIL AND GAS INDUSTRY PUBLIC REVENUE

In 2012, the oil and gas industry contributed nearly $1.6 billion in revenues to state and local governments, schools districts, and special districts (Table 16). Sources of public revenue include severance, property taxes (including ad valorem), royalties, leases, bonuses, income taxes, and sales taxes.

**TABLE 16: OIL AND GAS CONTRIBUTIONS TO COLORADO PUBLIC REVENUES BY SOURCE (IN MILLIONS)**

| Severance | Property | Leases | Royalties | Personal Income | Corporate Income | Sales Taxes | COGCC Tax | Total |
|---|---|---|---|---|---|---|---|---|
| $163.0 | $600.7 | $87.9 | $159.9 | $100.6 | $14.9 | $453.8 | $4.7 | $1,585.5 |

### Property Taxes

Total property taxes related to land, improvements, and personal property were estimated at $600.7 million in 2012 (Table 17). Property taxes depend on the property's taxable assessment and tax rates. An oil and gas property's taxable assessed value is based on its total actual value (market value) adjusted using assessment ratios. The prior year's primary and secondary production values (Table 18), reported by oil and gas operators, are assessed at 87.5% and 75%, respectively. Equipment, buildings, fixtures, and leasehold improvements are assessed at 29% of actual value, the commercial property assessment ratio. The appropriate tax rates are then applied to the final assessed property value.

Publicly available assessed values and average mill levies were used to estimate property tax revenues from oil and gas activities. Colorado's statewide property tax estimates were calculated using assessed property values and the total average county levy (Table 17).

Annual property tax revenue estimates for the state were calculated using each year's average levy and historic assessed values. These property tax estimates excluded municipal levies to reflect the location of most oil and gas properties. Assessed property values, and consequently property taxes, peaked in 2009. High 2008 prices that boosted production value likely contributed to this.

BLM_0056576

**TABLE 17: OIL AND GAS ASSESSED PROPERTY, LEVIES, AND TAXES, 2007–2012 (IN MILLIONS)**

| Assessed Value | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|
| Land | $6,406.60 | $6,497.00 | $10,177.70 | $4,665.40 | $6,862.50 | $7,885.34 |
| Improvements | $14.40 | $16.30 | $13.30 | $7.30 | $6.20 | $6.30 |
| Personal | $802.80 | $1,163.90 | $1,667.50 | $1,576.80 | $1,707.40 | $1,854.94 |
| Total | $7,223.80 | $7,677.10 | $11,858.60 | $6,249.50 | $8,576.10 | $9,746.58 |
| *Percent of Total* | 7.22% | 7.43% | 10.25% | 5.63% | 8.08% | 9.01% |
| **Average Mill Levies** | | | | | | |
| County Mill Levy | 18.55 | 18.32 | 17.74 | 18.22 | 18.95 | 19.507 |
| Average School Levy | 36.88 | 36.49 | 34.47 | 36.54 | 37.63 | 39.129 |
| Average Special Levy | 2.73 | 2.78 | 2.69 | 2.85 | 2.92 | 2.995 |
| **Property Taxes** | | | | | | |
| Land | $372.60 | $374.20 | $558.80 | $268.80 | $408.30 | $485.98 |
| Improvements | $0.80 | $0.90 | $0.70 | $0.40 | $0.40 | $0.39 |
| Personal | $46.70 | $67.00 | $91.50 | $90.80 | $101.60 | $114.32 |
| Total Taxes | $420.10 | $442.10 | $651.00 | $360.00 | $510.20 | $600.69 |
| **Colorado Total Property Taxes** | | | | | | |
| Property Tax Revenue | $6,199.00 | $6,362.00 | $6,815.00 | $6,794.00 | $6,612.10 | $6,939.14 |
| *Est. Percent from Oil and Gas* | 6.78% | 6.95% | 9.55% | 5.30% | 7.72% | 8.66% |

Source: Division of Property Taxation, Colorado Department of Local Affairs, 2007–2011 Annual Reports.
Note: Property tax estimate from BRD, and excludes municipal levy.

**TABLE 18: DOLA-REPORTED OIL AND GAS PRODUCTION, 2007–2012**

| Resource | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|
| Oil (Primary) (Bbl) | 17,457,655 | 19,481,263 | 23,555,544 | 23,169,312 | 27,143,116 | 34,277,963 |
| Oil (Secondary) (Bbl) | 6,882,410 | 7,071,305 | 6,604,535 | 6,068,288 | 5,445,675 | 5,324,448 |
| Gas (Primary) (Mcf) | 1,155,090,829 | 1,326,542,361 | 1,417,698,106 | 1,472,780,075 | 1,579,450,357 | 1,613,911,822 |
| Gas (Secondary) (Mcf) | 263,286 | 356,897 | 104,639 | 123,329 | 577,118 | 1,408,074 |
| Helium (Mcf) | 0 | 0 | 0 | 0 | 0 | 0 |
| Oil Shale (Mcf) | 0 | 0 | 0 | 0 | 0 | 0 |
| Natural Gas Liquids and/or Oil and Gas Condensates (Bbl) | 6,900,429 | 22,142,783 | 28,568,318 | 45,052,620 | 144,696,611 | 198,296,836 |
| $CO_2$ (Mcf) | 357,649,836 | 356,752,872 | 341,620,702 | 1,957,251 | 571,157,301 | 474,062,640 |

Source: Division of Property Taxation, Colorado Department of Local Affairs.

The majority of property taxes come from what is classified as land value. Based on the assessed production value for the previous year, land contributed 80.9% of total 2012 oil and gas property taxes. The second-largest contributor to oil and gas property taxes, accounting for nearly one-fifth, was personal property. The remainder was from improvements on the land, by far the smallest contributor to property taxes.

**Public Leases and Royalties**

Oil and gas exploration and development on public lands provide additional public revenue. Federal onshore leases generated revenue of $7.2 million in 2012 disbursed back to Colorado (Table 19). Federal lease income includes fixed annual rent payments, generally between $1.50 and $2.00 per acre.

BLM_0056577

Additionally, for lands offered by competitive bidding, premiums paid above rent payments are called bonuses. Federal lease revenue in Colorado in 2012 was up from $4.9 million in 2011.

The State of Colorado, too, leases land. The State Land Board auctions off leases to determine the rents oil and gas companies pay for state parcels. The base rate, $1.50 per acre until changed to $2.50 per acre in 2011, is collected and classified as rental income. Similar to federal lease bonuses, premiums bid over the base price, classified as bonus revenue, are also lease income. The State of Colorado received almost $80.7 million in state lease revenue from oil and gas in 2012, by far its highest level over the previous five years (Table 19).

In addition to lease revenue, oil and gas activity on public lands provides royalty revenue. On federal lands, minimum annual royalty payments, much like rents, are required until production begins. When production exceeds minimal levels, royalty payments are based on production volume and negotiated sales prices of the oil and gas produced. Companies are allowed to deduct from royalty value costs associated with transporting and processing the oil and gas. Royalties disbursed back to Colorado from oil and gas activities on federal onshore lands in Colorado totaled nearly $115.2 million in 2012 (Table 19).[4] Federal royalties were highest in 2008, when disbursements reached $125.5 million.

When mineral resources are discovered on state land, oil and gas companies pay Colorado monthly royalties based on production volume and sales prices. For the state's ownership share, Colorado charges a portion of proceeds from oil and gas sales; the full royalty rate was 12.5% until the State Land Board authorized a change to 16.67% in June 2010. State royalties totaled nearly $44.8 million in 2012 (Table 19).

**TABLE 19: REVENUE FROM ACTIVITIES ON PUBLIC LAND, FY2007–FY2012 (IN THOUSANDS)**

| Source of Revenue | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|
| Federal Leases Disbursements | $14,127.80 | $19,223.80 | $64,557.70 | $8,205.70 | $4,903.08 | $7,181.57 |
| State Leases | $5,068.70 | $8,167.30 | $5,447.30 | $16,476.70 | $64,663.49 | $80,698.16 |
| Estimated Total Public Leases | $19,196 | $27,391 | $70,005 | $24,682 | $69,567 | $87,880 |
| Federal Royalty Disbursements | $84,041.90 | $125,498.70 | $105,621.60 | $96,252.00 | $116,736.02 | $115,161.53 |
| State Royalties | $27,665.30 | $32,568.00 | $31,879.10 | $27,509.20 | $33,663.09 | $44,785.32 |
| Estimated Total Public Royalties | $111,707 | $158,067 | $137,501 | $123,761 | $150,399 | $159,947 |

Sources: Office of Natural Resources Revenue; State Land Board, 2012 Annual Income and Inventory Report.

**Severance Taxes**

Severance taxes are those that states charge for the removal of nonrenewable natural resources. In Colorado, oil and gas wells with production exceeding stripper-well levels incur severance taxes. The marginal rate for this tax ranges from 2% to 5%, depending on gross income from production (Table 20).

---

[4] Includes carbon dioxide gas, coal bed methane, oil, processed (residue) gas, unprocessed (wet) gas, gas plant products, and fuel gas.

BLM_0056578

Severance tax returns are complicated by the ad valorem property tax credit. When the credit is available, producers deduct from their severance tax bills 87.5% of ad valorem property taxes paid on production, net of ad valorem property taxes on stripper wells.

**TABLE 20: SEVERANCE TAX RATE SCHEDULE**

| Total Gross Income Range | Corresponding Severance Tax |
|---|---|
| Under $25,000 | 2% of gross income |
| $25,000 - $99,999 | $500 plus 3% of the excess over $24,999 |
| $100,000 - $299,999 | $2,750 plus 4% of the excess over $99,999 |
| $300,000 and over | $10,750 plus 5% of the excess over $299,999 |

Source: Colorado Department of Revenue, Form DR 0021D.

In 2012, severance taxes in Colorado totaled $163.0 million (Table 21). This is up from 2011 levels, when severance taxes amounted to $130.7 million.

**TABLE 21: SEVERANCE TAXES, FY2007–FY2012 (IN THOUSANDS)**

| Source of Revenue | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|
| Severance | $126,457 | $139,552 | $272,653 | $63,705 | $130,703 | $163,046 |

Source: Colorado Department of Revenue.

Revenue from the Local Government Severance Tax Fund and the Federal Mineral Lease Fund is annually paid out to Colorado communities. In 2012, oil and gas severance and lease distributions made up 91.6% of all such distributions in Colorado (Table 22).

**TABLE 22: SEVERANCE AND MINERAL LEASE DISTRIBUTIONS, FY2009-FY2012 (IN MILLIONS)**

| Source of Revenue | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|
| Oil/Gas Distribution Amount | $41.00 | $9.60 | $20.60 | $24.46 |
| Total Distributions in Colorado | $44.50 | $11.90 | $22.70 | $26.69 |
| Oil/Gas Percent of Total | 92.1% | 80.7% | 90.7% | 91.6% |

Source: Colorado Department of Local Affairs.

**COGCC Taxes**

Oil and gas companies pay COGCC a conservation levy every quarter. As of July 2007, the charge is 0.07% of oil, natural gas, and CO2 production sales, less exemptions. The levy rate is designed to meet the expenses of the agency. In tandem with production value, COGCC levy revenue peaked in 2008, at $8.7 million. After dropping to $4.6 million in 2009, levy revenue rebounded to $6.3 million in 2010 and $7.1 million in 2011. Revenues dropped to $4.7 million in FY2012 (Table 23).

**TABLE 23: COGCC CONSERVATION LEVY, 2007–2012 (IN THOUSANDS)**

| Source of Revenue | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|
| COGCC Tax | $5,182.70 | $8,734.20 | $4,612.80 | $6,336.10 | $7,126.00 | $4,680.52 |

Source: Colorado Oil and Gas Conservation Commission, http://cogcc.state.co.us/.

BLM_0056579

**Income and Sales Taxes**

Because average wages for jobs in oil and gas tend to be higher than those of the average job in Colorado, income taxes paid per worker are also higher than average. Although Colorado's state income tax rate is a flat 4.63%, individuals often pay less as a result of deductions. Tax rate estimates were calculated by dividing actual taxes paid per person in each income range by the midpoint of each income range. Income taxes paid by industry were calculated by pairing tax rate estimates with average wages in their corresponding income ranges and then applying estimated tax rates to total wages for the industry.

In 2012, income taxes paid by individuals working in oil and gas were estimated to total $100.6 million (Table 24). Core employment generated $82.2 million in income taxes; the largest contributor was extraction. Corporate income taxes and sales taxes were estimated using the IMPLAN model, contributing a combined $469 million in revenue.

**TABLE 24: INCOME TAXES, OIL AND GAS, 2012**

| NAICS | Industry | Average Wage | Estimated Colorado Effective Tax Rate | Total Wages (Millions) | Estimated Income Taxes (Millions) |
|---|---|---|---|---|---|
| 211 | Extraction | $121,909.2 | 2.7% | $1,706.4 | $46.44 |
| 213111 | Drilling Wells | $86,658.0 | 2.9% | $208.1 | $5.9 |
| 213112 | Support Activities | $81,301.4 | 2.9% | $1,045.1 | $29.9 |
| 23712 | Oil and gas pipeline and related structures construction | $65,440.3 | 2.5% | $253.2 | $6.5 |
| 32411 | Petroleum refineries | $129,898.4 | 2.7% | $65.0 | $1.8 |
| 324191 | Petroleum lubricating oil and grease mfg. | $57,784.7 | 2.5% | $2.6 | $0.1 |
| 32412 | Asphalt paving, roofing, and saturated materials mfg. | $65,281.7 | 2.5% | $14.8 | $0.4 |
| 333132 | Oil and gas field machinery and equipment mfg. | $108,344.0 | 2.5% | $32.3 | $0.8 |
| 4247 | Petroleum and petroleum products merchant wholesalers | $64,448.5 | 2.5% | $95.4 | $2.4 |
| 486 | Pipeline transportation | $109,034.7 | 2.7% | $87.7 | $2.4 |
| 44711 | Gasoline stations with convenience stores | $19,865.4 | 1.1% | $260.4 | $2.7 |
| 44719 | Other gasoline stations | $31,370.0 | 1.9% | $29.9 | $0.6 |
| 45431 | Fuel dealers | $45,854.1 | 2.3% | $31.8 | $0.7 |
| Total | Total Core and Non Core Employees | $74,810.8 | - | $3,832.6 | $100.6 |

Sources: Colorado Individual Statistics of Income, Federal AGI and Tax, All Full-Year Resident Returns, 2009 Individual Income Tax Returns; Bureau of Labor Statistics, Quarterly Census of Employment and Average Wages; U.S. Census Bureau, Nonemployer.

## CONCLUSION

This study quantified the economic and fiscal contributions of Colorado's oil and gas industry in 2012. The oil and gas industry generated $29.6 billion output in Colorado's economy and directly contributed almost $1.6 billion to public revenue in 2012. A major source of economic activity was employment. The broad oil and gas supply chain accounted for some 51,200 jobs, many of which are among Colorado's more lucrative positions; core jobs in drilling, extraction, and support activities pay wages more than twice Colorado's

BLM_0056580

average wage. A major contributor of the public revenue collected from the oil and gas industry was
property taxes. Largely due to a high assessment ratio used to value production, property taxes amounted
to some $600.7 million in 2012.

Further research is needed to capture the full impact of the oil and gas industry in Colorado. For example,
the scope of this study required that private leases and royalties be estimated using government rates,
while actual rates may be significantly higher. Also, as this report focuses on the impact in 2012, updates in
future years would help describe this constantly changing industry.

While our study illustrated the market contributions of the oil and gas industry, there are many potentially
positive and potentially negative nonmarket economic impacts related to the oil and gas industry (e.g.,
locally sourced energy, air quality, substitution, water usage, etc.). While environmental and societal
impacts of this extraction industry are currently being fiercely debated, the economic contributions of the
industry should be present in the discussions calling for drilling moratoriums, understanding that in
Colorado, the industry impacts thousands of jobs and billions in wages, funds state and local government
(including schools), and makes purchases from every industry. Future research could attempt to quantify
these nonmarket economic impacts and include them in the overall cost-benefit analysis.

BLM_0056581

## BIBLIOGRAPHY

Alberro, José and William Hamm. December 2008. *Comparison of Oil Tax Burdens in the Ten Largest Oil-Producing States*. Emeryville, CA: LECG Corporation.
http://www.cotce.ca.gov/documents/reports/documents/LECG%20state%20tax%20comparison%20report%2012-08-%20final.pdf (accessed June 10, 2011).

Baumann, Robert H., David E. Dismukes, Dmitry V. Mesyanzhinov, and Allan G. Pulsipher. March 2002. *Analysis of the Economic Impact Associated with Oil and Gas Activities on State Leases*. Baton Rouge, LA: The LSU Center for Energy Studies.
http://dnr.louisiana.gov/assets/docs/mineral/formspubs/ecoreport.pdf (accessed June 3, 2011).

Bureau of Economic and Business Research, University of Utah. October 2007. *The Structure and Economic Impact of Utah's Oil and Gas Exploration and Production Industry Phase I – The Uinta Basin*.
http://www.governor.utah.gov/publiclands/PLPCOStudies/EconomicImpactofO&GIndustryALL.pdf (accessed June 2, 2011).

Bureau of Labor Statistics, Quarterly Census of Employment and Wages. www.bls.gov (accessed June 30, 2013).

Bureau of Ocean Energy Management, Regulation and Enforcement. September 2010. *Royalty In Kind Program 2009 Report to Congress*.
http://www.onrr.gov/AssetManagement/PDFDocs/FY09RIKAnnualReport.pdf (accessed June 7, 2011).

California Economic Strategy Panel. July 2002. *Using Multipliers to Measure Economic Impacts*. U.S. Bureau of Economic Analysis. http://www.labor.ca.gov/panel/pdf/multipliers.pdf (accessed June 6, 2011).

Colorado Department of Local Affairs. April 2007. *2006 Thirty-Sixth Annual Report*. Division of Property Taxation.

_____. April 2008. *2007 Thirty-Seventh Annual Report*. Division of Property Taxation.

_____. April 2009. *2008 Thirty-Eighth Annual Report*. Division of Property Taxation.

_____. April 2010. *2009 Thirty-Ninth Annual Report*. Division of Property Taxation.

_____. April 2011. *2010 Fortieth Annual Report*. Division of Property Taxation.

_____. April 2012. *2011 Forty-First Annual Report*. Division of Property Taxation.

_____. May 2013. *2012 Forty-Second Annual Report*. Division of Property Taxation.

_____. 2011. *Severance Direct Distribution and Federal Mineral Lease Distributions*.
https://dola.colorado.gov/sdd/sdd_tier1.jsf (accessed August 19, 2011).

_____. 2013. *Severance Direct Distribution and Federal Mineral Lease Distributions*.
https://dola.colorado.gov/sdd/sdd_tier1.jsf (accessed January 11, 2013).

BLM_0056582

Colorado Department of Revenue. *Federal AGI and Tax, All Full-year Resident Returns, 2009 Individual
Income Tax Returns.* Office of Research and Analysis.

Colorado Oil & Gas Conservation Commission. *Colorado Oil and Gas Information System.*
http://cogcc.state.co.us/ (accessed June 24, 2013).

Colorado State Board of Land Commissioners. August 2010. *Colorado State Land Board Financial Report
Fiscal Year 2009–10*, p. 12.

_____. October 2012. *Income & Inventory Report Fiscal Year 2011–12*, p. 11.
http://www.trustlands.state.co.us/Documents/FY%202011-
12%20Income%20and%20Inventory%20Report%20FINAL.pdf (accessed June 20, 2013).

Downes, Cara Meghan Starbuck. January 2012. *Economic Impact of New Mexico's Oil and Gas Industry.*
http://www.energyadvancesnewmexico.com/files/NMOG_UPDATE_FY11FY12_01282012.pdf
(accessed January 17, 2013).

Eisinger, Chris. June 2012. E-mail message to BRD. Colorado Geological Survey.

Guilford, Megan C., Charles A.S. Hall, Peter O'Connor, and Cutler J. Cleveland. October 2011. *A New Long
Term Assessment of Energy Return on Investment (EROI) for U.S. Oil and Gas Discovery and
Production.* Sustainability 3, no. 10: 1866-1887.

IHS Global Insight. September 2009. *The Contributions of the Natural Gas Industry to the U.S. National and
State Economies.*
http://www.anga.us/media/41062/ihs%20global%20insight%20anga%20u.s.%20economic%20impa
ct%20study.pdf (accessed June 10, 2011).

Index historical price for 1% Sulfur Coal Spot Price Fob/Utah Colorado, USDA Toledo No.2 Yellow Corn Not
On The River Spot Price, Gold Pool Spot Price, Henry Hub Gas Spot Price, WTI Cushing Crude Oil
Spot Price, USDA No.1 Hard Red Winter Wheat Spot Price/Kansas City Missouri. January 2000 –
June 2013, via Bloomberg LP (accessed January 9, 2013, and June 19, 2013).

International Energy Agency. 2011. World Energy Outlook 2011, Special Report.
http://www.worldenergyoutlook.org/media/weowebsite/2011/WEO2011_GoldenAgeofGasReport.
pdf (accessed January 15, 2013).

_____. 2012. World Energy Outlook 2012, Special Report.
http://www.worldenergyoutlook.org/media/weowebsite/2012/goldenrules/weo2012_goldenrules
report.pdf (accessed January 15, 2013).

Kleinhenz, Jack and Russ Smith. September 2011. *Ohio's Natural Gas and Crude Oil Exploration and
Production Industry and the Emerging Utica Gas Formation Economic Impact Study.*
http://www.oogeep.org/downloads/file/Economic%20Impact%20Study/Ohio%20Natural%20Gas%
20and%20Crude%20Oil%20Industry%20Economic%20Impact%20Study%20September%202011.pdf
(accessed January 17, 2013).

BLM_0056583

Malm, Elizabeth. Tax Foundation. *Federal Mineral Royalty Disbursements to States and the Effects of Sequestration.* May 30, 2013. http://taxfoundation.org/article/federal-mineral-royalty-disbursements-states-and-effects-sequestration (accessed July 8, 2013).

McDonald, Lisa, Holly Wise Bender, Eric Hurley, and Sheri Donnelly. June 2007. *Oil and Gas Economic Impact Analysis.* Colorado Energy Research Institute, Colorado School of Mines. http://www.ceri-mines.org/CERIOil&Gas.pdf (accessed June 2, 2011).

MIG, Inc. 2011. *IMPLAN Economic Modeling, Version 3.0.* Hudson, WI. http://implan.com/V4/index.php?option=com_content&view=article&id=694:implan-data-components-detailed&catid=241:KB23

*Nonemployer Statistics.* U.S. Census Bureau. http://www.census.gov/econ/nonemployer/index.html, (accessed June 24, 2013).

Office of Natural Resources Revenue. *States and Offshore Regions Statistics.* http://statistics.onrr.gov/ReportTool.aspx (accessed June 22, 2013).

PricewaterhouseCoopers, National Economics and Statistics. May 2011. *The Economic Impacts of the Oil and Natural Gas Industry on the U.S. Economy: Employment, Labor Income and Value Added.* http://www.api.org/policy/americatowork/upload/economicimpacts_of_industry_on_us_economy _in_2009.pdf (accessed January 17, 2013).

Ratafia-Brown, Jay, Rick Irby, and Kent Perry. February 2010. *Analysis of the Social, Economic and Environmental Effects of Maintaining Oil and Gas Exploration and Production Moratoria on and Beneath Federal Lands.* Science Applications International Corporation and Gas Technology Institute. http://www.narucmeetings.org/Presentations/GasMoratoria_NARUC%20Mtg%202-15-10%20E2.pdf (accessed June 2, 2011).

U.S. Bureau of Labor Statistics. http://www.bls.gov/data/.

U.S. Energy Information Administration. June 2012. Annual Energy Outlook 2012 with Projections to 2035. http://www.eia.gov/forecasts/aeo/chapter_market_trends.cfm (accessed June 28, 2013).

U.S. Energy Information Administration. April 2013. Annual Energy Outlook 2012 with Projections to 2035. http://www.eia.gov/forecasts/aeo/ (accessed July 6, 2013).

Wise Bender, Holly, Sheri Donnelly, Jessica Dick, Lisa McDonald, and David "Tex" Taylor. August 2008. *Wyoming Oil and Gas Economic Contribution Study.* Booz Allen Hamilton, The Louis Berger Group, and University of Wyoming. http://www.sublettewyo.com/DocumentView.aspx?DID=290 (accessed June 2, 2011).

BLM_0056584



BLM_0056585

A. Dennis Lemly
US Forest Service
Southern Research Station
Coldwater Fisheries Research Unit
1650 Ramble Road
Blacksburg, VA 24060
USA
dlemly@vt.edu

Series Editor:
David E. Alexander
Department of Geology and Geography
University of Massachusetts
Amherst, MA 01003
USA

Cover photo: An illustration of the "Hydrological Unit" (HU) principle. Image by A. Dennis Lemly. Page 100.

Library of Congress Cataloging-in-Publication Data
Lemly, A. Dennis.
  Selenium assessment in aquatic ecosystems : a guide for hazard
  evaluation and water quality criteria / A. Dennis Lemly.
    p. cm. —(Springer series on environmental management)
  Includes bibliographical references (p.).
  ISBN 0-387-95366-9 (alk. paper)
  1. Selenium—Environmental aspects.  2.Water quality—measurement.
  I. Title. II. Series.
QH545.S43 L465 2002    1998
577.6'279724—dc21                                          2001049268

Printed on acid-free paper.

© 2002 Springer-Verlag New York, Inc.
All rights reserved. This work may not be translated or copied in whole or in part
without the written permission of the publisher (Springer-Verlag New York, Inc., 175
Fifth Avenue, New York, NY 10010, USA), except for brief excerpts in connection with
reviews or scholarly analysis. Use in connection with any form of information storage
and retrieval, electronic adaptation, computer software, or by similar or dissimilar
methodology now known or hereafter developed is forbidden.
The use in this publication of trade names, trademarks, service marks and similar
terms, even if they are not identified as such, is not to be taken as an expression of
opinion as to whether or not they are subject to proprietary rights.

Production managed by Allan Abrams; manufacturing supervised by Jacqui Ashri.
Typeset by KP Company, Brooklyn, NY.
Printed and bound by Edwards Brothers, Inc., Ann Arbor, MI.
Printed in the United States of America.

9 8 7 6 5 4 3 2 1

ISBN 0-387-95366-9              SPIN 10848484

Springer-Verlag   New York Berlin Heidelberg
A member of BertelsmannSpringer Science+Business Media GmbH

BLM_0056586



Promoting the Science of Ecology

Climate Change Effects on Vegetation Distribution, Carbon, and Fire in California
Author(s): James M. Lenihan, Raymond Drapek, Dominique Bachelet, Ronald P. Neilson
Source: *Ecological Applications*, Vol. 13, No. 6 (Dec., 2003), pp. 1667-1681
Published by: Ecological Society of America
Stable URL: http://www.jstor.org/stable/4134769
Accessed: 12/03/2010 16:41

Your use of the JSTOR archive indicates your acceptance of JSTOR's Terms and Conditions of Use, available at
http://www.jstor.org/page/info/about/policies/terms.jsp. JSTOR's Terms and Conditions of Use provides, in part, that unless
you have obtained prior permission, you may not download an entire issue of a journal or multiple copies of articles, and you
may use content in the JSTOR archive only for your personal, non-commercial use.

Please contact the publisher regarding any further use of this work. Publisher contact information may be obtained at
http://www.jstor.org/action/showPublisher?publisherCode=esa.

Each copy of any part of a JSTOR transmission must contain the same copyright notice that appears on the screen or printed
page of such transmission.

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of
content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms
of scholarship. For more information about JSTOR, please contact support@jstor.org.



*Ecological Society of America* is collaborating with JSTOR to digitize, preserve and extend access to
*Ecological Applications.*

http://www.jstor.org

*Ecological Applications*, 13(6), 2003, pp. 1667–1681
© 2003 by the Ecological Society of America

# CLIMATE CHANGE EFFECTS ON VEGETATION DISTRIBUTION, CARBON, AND FIRE IN CALIFORNIA

JAMES M. LENIHAN,[1,3] RAYMOND DRAPEK,[1] DOMINIQUE BACHELET,[2] AND RONALD P. NEILSON[1]

[1]*USDA Forest Service Pacific Northwest Research Station, Corvallis, Oregon 97731 USA*
[2]*Department of Bioresource Engineering, Oregon State University, Corvallis, Oregon 97331 USA*

*Abstract.* The objective of this study was to dynamically simulate the response of vegetation distribution, carbon, and fire to the historical climate and to two contrasting scenarios of climate change in California. The results of the simulations for the historical climate compared favorably to independent estimates and observations, but validation of the results was complicated by the lack of land use effects in the model. The response to increasing temperatures under both scenarios was characterized by a shift in dominance from needle-leaved to broad-leaved life-forms and by increases in vegetation productivity, especially in the relatively cool and mesic regions of the state. The simulated response to changes in precipitation were complex, involving not only the effect of changes in soil moisture on vegetation productivity, but also changes in tree–grass competition mediated by fire. Summer months were warmer and persistently dry under both scenarios, so the trends in simulated fire area under both scenarios were primarily a response to changes in vegetation biomass. Total ecosystem carbon increased under both climate scenarios, but the proportions allocated to the wood and grass carbon pools differed. The results of the simulations underscore the potentially large impact of climate change on California ecosystems, and the need for further use and development of dynamic vegetation models using various ensembles of climate change scenarios.

*Key words: California, USA; carbon; climate change; dynamic vegetation model; fire; vegetation distribution.*

## INTRODUCTION

California, USA, is one of the most climatically and biologically diverse areas in the world. There is more diversity in the state's land forms, climate, ecosystems, and species than in any comparably sized region in the United States (Holland and Keil 1995). The diversity of landscapes and climates supports a broad range of natural ecosystems ranging from the cool and wet redwood forests of the northwestern bioregion to the hot and dry Mojave and Sonoran Deserts (Fig. 1; Hickman 1993). This diversity of habitats sustains a greater level of species diversity and endemism than is found in any other region of the nation. The California flora includes ~25% of the flora of the continental United States, and ~25% of the plant species are endemic to the state (Davis et al. 1998).

Much of California's biological wealth is threatened by the state's burgeoning population and the consequent impacts on the landscape. Throughout the state, natural habitats have been and continue to be altered and fragmented, endangering the state's biological diversity (Barbour et al. 1993). Most of the state's forests have been logged, native oak woodlands are in serious decline, native grasslands have almost completely disappeared, and nearly 90% of the state's wetlands and riparian areas have been severely degraded or destroyed. Even relatively unmanaged natural systems have been significantly altered by introduction of non-native species and fire suppression (Field et al. 1999).

In the future, global climate change will increasingly interact with and intensify the pressures of a growing population on the natural ecosystems of California. Recent studies show that even gradual and apparently small changes in climate can lead to catastrophic shifts in ecosystems when ecosystem resilience has been compromised by human exploitation (Scheffer et al. 2001). Regional climate studies indicate that on average California may experience substantially warmer and wetter winters, somewhat warmer summers, and an enhanced El Niño Southern Oscillation (ENSO) during the next century (Field et al. 1999, Gutowski et al. 2000). All natural ecosystems, whether managed or unmanaged, will be impacted by these changes in climate. It is not possible to accurately predict the response of the natural systems to global climate change through direct experimentation. The physical extent, complexity, and expense of even a single factor experiment for an entire ecosystem is usually prohibitive (Aber et al. 2001). However, analyses of the sensitivity of natural ecosystems to climate change can be made using ecosystem models that integrate information from direct experimentation.

In this study we used MAPSS-CENTURY 1 (MC1; Daly et al. 2000, Bachelet et al. 2001*a*), a state-of-the-

Manuscript received 9 September 2002; revised 27 March 2003; accepted 15 April 2003. Corresponding Editor: W. L. Silver.
[3] E-mail: lenihan@fsl.orst.edu

BLM_0056588



### Bioregions of California

1. Northwest
2. Cascade Ranges
3. Modoc Plateau
4. Sierra Nevada
5. Central Western
6. Great Central Valley
7. East of Sierra Nevada
8. Southwestern
9. Mojave Desert
10. Sonoran Desert



FIG. 1.   Bioregions of California, USA (Hickman 1993).

art dynamic vegetation model, to investigate the sensitivity of natural ecosystems in California under two different future climate scenarios. MC1 simulates vegetation succession at large spatial extents through time while estimating variability in the carbon budget and responses to episodic events such as drought and fire. While MC1 does not as yet simulate interactions with land use effects or constraints on ecosystem change imposed by dispersal of propagules, the model has been used to examine the sensitivity of natural ecosystems to global climate change for several national-scale studies, most recently for the United States Global Change Research Program's National Assessment of Climate Change Impacts on the United States (Aber et al. 2001, National Assessment Synthesis Team 2001).

## METHODS

### The model

MC1 is a dynamic vegetation model (DVM) that simulates life-form mixtures and vegetation types; ecosystem fluxes of carbon, nitrogen, and water; and fire disturbance. MC1 is routinely implemented (Bachelet et al. 2000, 2001b, Daly et al. 2000, Aber et al. 2001) on spatial data grids of varying resolution (i.e., grid cell sizes ranging from 900 m$^2$ to ~2500 km$^2$) where the model is run separately for each grid cell (i.e., there is no exchange of information across cells). The model reads climate data at a monthly time step and calls interacting modules that simulate biogeography, biogeochemistry, and fire disturbance.

*Biogeography module.*—The biogeography module simulates the potential life-form mixture of evergreen needleleaf, evergreen broadleaf, and deciduous broadleaf trees, and C$_3$ and C$_4$ grasses. The tree life-form mixture is determined at each annual time step by locating the grid cell on a two-dimensional gradient of annual minimum temperature and growing season precipitation. Life-form dominance is arrayed along the minimum temperature gradient from more evergreen needleleaf dominance at relatively low temperatures to more deciduous broadleaf dominance at intermediate temperatures to more broadleaf evergreen dominance at relatively high temperatures. The precipitation dimension is used to modulate the relative dominance of deciduous broadleaved trees, which is gradually reduced to zero towards low values of growing season precipitation. Mixtures of C$_3$ vs. C$_4$ grasses are determined by reference to their relative potential productivity during the three warmest consecutive months. Potential grass production by life-form is simulated as a function of soil temperature using equations from the CENTURY model (Parton et al. 1994). The tree and grass life-form mixtures together with wood and grass biomass simulated by the biogeochemistry module are used in a rule base to determine which of 22 possible potential vegetation types occurs at the grid cell each year.

*Biogeochemistry module.*—The biogeochemistry module is a modified version of the CENTURY model (Parton et al. 1994), which simulates plant productivity,

BLM_0056589

organic matter decomposition, and water and nutrient cycling. Plant productivity is constrained by temperature, effective moisture (i.e., a function of soil moisture and potential evapotranspiration), and nutrient availability. In this study, simulated vegetation productivity was assumed to be unconstrained by nutrient availability. The simulated effect of increasing atmospheric $CO_2$ is to increase maximum potential production and to decrease transpiration (thus reducing the constraint of effective moisture on productivity). Trees compete with grasses for soil moisture, light, and nutrients. Competition for water is structured by rooting depth. Trees and grasses compete for soil moisture in the upper soil layers where both life-forms are rooted, while the deeper-rooted trees have sole access to moisture in deeper layers. Grass productivity is constrained by light availability in the understory, which is reduced as a function of tree leaf carbon. Parameterization of the tree and grass growth processes in the model is based on the current life-form mixture, which is updated annually by the biogeography module. For example, an increase in annual minimum temperature that shifted the dominance of evergreen needle-leaved trees to codominance with evergreen broadleaved trees would trigger an adjustment of tree growth parameters (e.g., the optimum growth temperature) that would, in turn, produce a modified tree growth rate.

*Fire disturbance module.*—The MC1 fire module (Lenihan et al. 1998) simulates the occurrence, behavior, and effects of fire. The module consists of several mechanistic fire behavior and effect functions (Rothermel 1972, Peterson and Ryan 1986, van Wagner 1993, Keane et al. 1997) embedded in a structure that provides two-way interactions with the biogeography and biogeochemistry modules. Live crown structure and fuel loading in several size classes of both dead and live fuels are estimated using life-form-specific allometric functions of the different carbon pools. The moisture content of each dead fuel size class is estimated as a function of antecedent weather conditions averaged over a period of days dependent on size class. The moisture content of each live fuel class is a function of the soil moisture content to a specific depth in the profile. Fuel moisture and distribution of the total fuel load among different size classes determine potential fire behavior estimated using the Rothermel (1972) fire spread equations.

The rate of fire spread and fire line intensity are the model estimates of fire behavior used to simulate fire occurrence and effects. The occurrence of a fire event is triggered by thresholds of fire spread, fine fuel flammability, and coarse woody fuel moisture (given a constraint of just one fire event per year). The thresholds were calibrated to limit the occurrence of simulated fires to only the most extreme events. Large and severe fires account for a very large fraction of the annual area burned historically (Strauss et al. 1989). These events are also likely to be least constrained by heterogeneities

in topography and fuel moisture and loading that are poorly represented by relatively coarse-scale input data grids (Turner and Romme 1994).

The direct effect of fire in the model is the consumption and mortality of dead and live vegetation carbon that is removed from (or transferred to) the appropriate carbon pools in the biogeochemistry module. This direct effect is a function of the simulated fraction of the cell burned, fire line intensity, and tree canopy structure. The fraction of the cell burned depends on the simulated rate of fire spread and the time since the last fire event relative to the current fire return interval simulated for the cell. Higher rates of spread and longer intervals between fires generally produce more extensive fire events in the model. Live carbon mortality and consumption within the area burnt are functions of fire line intensity and the tree canopy structure (i.e., crown height, crown length, and bark thickness). Dead biomass consumption is simulated using functions of fire intensity and fuel moisture that are fuel-class specific.

Fire effects extend beyond the direct impact on carbon and nutrient pools to more indirect and complex effects on tree vs. grass competition. Fire tends to tip the competitive balance towards grasses in the model because much, or all, of the grass biomass consumed regrows in the year following a fire event. Woody biomass consumed or killed is more gradually replaced. A greater competitive advantage over trees promotes greater grass biomass which, in turn, produces higher fine-fuel loadings and changes in the fuel bed structure that promote greater rates of spread and thus more extensive fire.

### Climatic data

The climate data used as input to the model in this study consisted of monthly time series for all the necessary variables (i.e., precipitation, minimum and maximum temperature, and vapor pressure) distributed on a 100-km² resolution data grid for the state of California. Spatially distributed monthly time series data for historical (1895–1993) precipitation, temperature, and vapor pressure already existed at a 100-km² resolution. This data set was developed from a subset of climate data generated by VEMAP (Kittel et al. 1997) and from observed California station data interpolated to the data grid by the PRISM model (Daly et al. 1994).

Spatially distributed climatic time series data for the two potential future climatic periods (1994–2100) were constructed using coarse-scale monthly output generated by two general circulation models (GCMs): the Hadley Climate Center HADCM2 model (HAD) and the National Center for Atmospheric Research (NCAR) Parallel Climate Model (PCM). Both are state-of-the-art GCMs that include the influence of dynamic oceans and aerosol forcing on the atmosphere. Most GCM experiments predict a warmer and wetter future for California. That prediction is represented in this study by

BLM_0056590

Case No. 1:20-cv-02484-MSK   Document 44-12   filed 04/28/21   USDC Colorado   pg 105 of 211



FIG. 2.  Future trends in (A) mean annual temperature and (B) total annual precipitation under the the Hadley Climate Center HADCM2 model (HAD) and the National Center for Atmospheric Research's Parallel Climate Model (PCM) future climate scenarios. Annual values are means across all grid cells. Trends were smoothed for display using a 10-yr running average.

the HAD scenario developed from results of the HADCM2SUL integration (Mitchell and Johns 1997). The second climate scenario generated from results of the PCM B06.06 simulation (Dai et al. 2001) predicts a generally warmer and drier California. The PCM scenario thus provided a useful contrast to the HAD scenario for testing the model's sensitivity to climatic change. Both GCMs were run from the 1800s to 1995 using observed increases in greenhouse gas concentrations and into the future using Intergovernmental Panel on Climate Change (IPCC) projections of a 1% increase per year (Kattenberg et al. 1996).

There are distinctly different trends of mean annual temperature and total precipitation under the two future climate scenarios. Both scenarios show an increase in annual temperature relative to the mean for the historical base period (Fig. 2A), but the increase is significantly greater for the HAD scenario. The two scenarios are even more distinct in terms of projected trends in precipitation (Fig 2B). The HAD scenario is wetter and the PCM scenario is drier than the historical mean for most years, but the contrast between the two is especially pronounced in the last few decades of the future period.

A change in the seasonal trend of temperature and precipitation may have as much impact on ecosystem properties as changes in annual trends. Mean monthly values for temperature and precipitation over the 30-yr historical base period (Fig. 3) show the characteristic trends for a Mediterranean climate with cool wet winters and hot dry summers. For both scenarios, monthly temperature and precipitation averaged over the future 30-yr period retain these seasonal trends. Changes in monthly temperature and precipitation under the two scenarios interact to produce shifts in the amount of precipitation that falls while vegetation growth is dormant or active. Given an approximate threshold of 13°C to define the beginning and end of the growing season, dormant season precipitation increases by ~46% relative to historical levels under the HAD scenario and declines by ~19% under the PCM scenario. This is an important feature of the scenarios in determining the response of the model because dormant season precipitation is most effective at recharging the deep soil moisture exclusively available to the woody life-forms. Thus an increase in dormant season precipitation, such as that under the HAD scenario, will be more advantageous to the growth and competitiveness of the

BLM_0056591

Case No. 1:20-cv-02484-MSK   Document 44-12   filed 04/28/21   USDC Colorado   pg 106 of 211





Fig. 3.   Seasonal trends in (A) mean monthly temperature and (B) total monthly precipitation trends for the historical period (1961–1990) and the future period (2070–2099) of the Hadley Climate Center HADCM2 model (HAD) and the National Center for Atmospheric Research's Parallel Climate Model (PCM) future climate scenarios. Monthly values are means for the time period and across all grid cells.

woody life-forms in the model. A decline in precipitation during the dormant season, such as that under the PCM scenario, will produce a decline in the growth and competitiveness of the woody life-forms to the benefit of the grass life-forms in the model.

RESULTS AND DISCUSSION

Vegetation distribution

Response to the historical climate.—Of the 22 possible vegetation types predicted by the biogeography module, 12 occurred in the simulations for California. These types were aggregated into seven vegetation classes to simplify the visualization of results. The aggregation scheme and lists of typical regional examples in each vegetation class (Table 1) indicate the range of each class in terms of physiognomy and species dominance.

The results of the vegetation class simulation for the historical period are shown (Fig. 4A) as the distribution of the most frequent vegetation type simulated for the 1961–1990 climate period. The simulated vegetation class distribution is difficult to validate against different maps of vegetation available for California. The MC1 biogeography module simulates the life-form mixture and vegetation type that could potentially occur given climatic conditions and the simulated fire regime. Many of the available vegetation maps show the distribution of vegetation types highly modified by urbanization, agriculture, and forestry practices including fire suppression. Others show the distribution

TABLE 1.   MC1 vegetation type aggregation scheme and regional examples of the vegetation classes.

| MC1 vegetation class | MC1 vegetation type | Regional examples |
|---|---|---|
| Alpine/subalpine forest | tundra, boreal forest | alpine meadows, lodgepole pine forest, white-bark pine forest |
| Evergreen conifer forest | maritime temperate conifer forest, continental temperate coniferous forest | coastal redwood forest, coastal closed-cone pine forest, mixed conifer forest, ponderosa pine forest |
| Mixed evergreen forest | warm temperate/subtropical mixed forest | Douglas-fir–tan oak forest, tan oak–madrone–oak forest, ponderosa pine–black oak forest |
| Mixed evergreen woodland | temperate mixed Xeromorphic woodland, temperate conifer xeromorphic woodland | blue oak woodland, canyon live oak woodland, northern juniper woodland |
| Grassland | $C_3$ grassland, $C_4$ grassland | valley grassland, southern coastal grassland, desert grassland |
| Shrubland | mediterranean shrubland, temperate arid shrubland | chamise chaparral, southern coastal scrub, sagebrush steppe |
| Desert | subtropical arid shrubland | creosote brush scrub, saltbrush scrub, Joshua tree woodland |

BLM_0056592



FIG. 4.   (A) Map of the distribution of the simulated vegetation classes for the historical period (1961–1990) and (B) baseline vegetation map. The vegetation class mapped at each grid cell in (A) is the most frequent class simulated during the historical period.

of potential vegetation types, but comparisons to these involve difficulties associated with different criteria for classification and potential errors associated with cross-walking different classification schemes. The Küchler (1975) potential vegetation map of the United States was selected as a baseline for comparison against the vegetation class simulation for the historical period. A baseline vegetation map (Fig. 4B) was created for California by aggregating the 28 vegetation types mapped by Küchler in California into the seven vegetation classes simulated by MC1.

The overall distribution of the vegetation classes simulated for the historical period was very similar to the distribution on the baseline vegetation map. The percentage of coverage of the vegetation classes for the MC1 simulation also compared favorably to the baseline map (Fig. 5). However, there were a few notable differences in terms of both distribution and coverage in the different regions of the state. For example, MC1 predicted greater coverage of mixed evergreen forest, especially along the western slope of the Sierra Nevada where the baseline map shows evergreen conifer forest. In the Central Western Region, MC1 predicts a mixture of evergreen conifer forest and mixed evergreen forest where the baseline map shows evergreen woodland and



FIG. 5.   Percentage of land cover of vegetation classes for the historical period (1961–1990) simulation compared to the baseline vegetation map.



FIG. 6.   Distribution of the vegetation classes simulated for the future period 2070–2099 by (A) the Hadley Climate Center HADCM2 model (HAD) and (B) the National Center for Atmospheric Research's Parallel Climate Model (PCM) climate scenarios. The vegetation class mapped at each grid cell is the most frequent class simulated during the time period.

shrubland. Other discrepancies occur in the Southwestern Region and at the southern end of the Sierra Nevada where the MC1 simulation shows more grassland than the baseline map and in the eastern half of the Cascade Range region where MC1 predicted more shrubland.

Not all the instances in which the simulated vegetation class distribution differs with the baseline distribution are necessarily errors in the simulation. For example, on the baseline map there is no mixed evergreen forest in the region between mixed evergreen woodland and evergreen conifer forest along the western slope of the Sierra Nevada. However, a Sierran mixed hardwood forest with a strong resemblance to the mixed evergreen forests of the coastal mountains has been described for this region (Holland and Keil 1995). The simulated occurrence and distribution of evergreen conifer and mixed evergreen forest along the coastal sector of the Central Western Region is also supported by descriptions of closed-cone coniferous forest and mixed hardwood forest (Holland and Keil 1995, Sawyer et al. 1995, Vogel et al. 1995) for this region of California.

*Response to the future climate scenarios.*—The response of vegetation class distribution under the two

future climate scenarios was determined by comparing the distribution of the most frequent vegetation type simulated for the 30-year historical period (Fig. 4A) against the same for the last 30 years (2071–2100) of the future scenarios (Fig. 6A, B). The simulated response of the vegetation classes in terms of changes in percentage of coverage (Fig. 7) was surprisingly similar under the two future climates. There was agreement on the direction of change (i.e., decrease or increase in coverage) for all but the evergreen conifer forest class, and the amounts of change were comparable for a few of the vegetation classes. However, these similarities in the response of class coverage were often the net result of very different responses to each scenario in terms of the spatial distribution of vegetation classes as discussed below.

A prominent feature of the response of the vegetation class distribution under the HAD scenario (Fig. 6A) was the advancement of forest classes into the Modoc Plateau, into the northern end of the Great Central Valley, towards higher elevations in the Sierra Nevada, and inland along the coast. Increases in both temperature and dormant season precipitation under this scenario favored expansion of forest, and they were especially favorable for mixed evergreen forest. The rel-



1674      JAMES M. LENIHAN ET AL.      Ecological Applications
Vol. 13, No. 6



FIG. 7. Percentage changes in the total cover of the vegetation classes under the Hadley Climate Center HADCM2 model (HAD) and the National Center for Atmospheric Research's Parallel Climate Model (PCM) scenarios.

atively high degree of warming under the HAD scenario promoted a widespread change in the simulated life-form composition from needleleaf dominance to mixed needleleaf–broadleaf in the northern half of the state. Consequently, mixed evergreen forest replaced evergreen conifer forest throughout much of the latter's simulated historical range. Two examples of this transition in terms of species dominance within the different bioregions might include the replacement of Douglas-fir–white fir forest by Douglas-fir–tan oak forest in the Northwest Region, and the replacement of white fir–ponderosa pine forest by ponderosa pine–black oak forest in the Sierra Nevada. Greater moisture availability under the HAD scenario also promoted the advancement of mixed evergreen forest into mixed evergreen woodland, shrubland, and grassland. Movement into the northern end of the Great Central Valley could represent the replacement of blue oak woodlands, chaparral, and perennial grassland by tan oak–madrone–canyon live oak forest with scattered Douglas-fir and ponderosa pine. In the Central Western and Southwestern bioregions, mixed evergreen forests of coast live oak–madrone or canyon live oak–Coulter pine might replace chaparral and live oak woodlands.

Evergreen conifer forest showed a net increase in percentage of coverage under the HAD scenario despite the loss of much of its simulated historical range to mixed evergreen forest. The main region of evergreen conifer advancement was in the cold desert region of the Modoc Plateau and east of the Sierra Nevada Range. Here higher moisture availability promoted the advancement of evergreen conifer forest into mixed evergreen woodland and shrubland. On the Modoc Plateau, this transition would likely be characterized by replacement of northern juniper woodland and Great Basin sagebrush scrub by ponderosa pine–Jeffrey pine

forest. Another region of evergreen conifer forest expansion under the warmer and wetter HAD scenario was along the coast, especially in the Central Western Region. Here the simulated advancement of this class into mixed evergreen forest and shrubland would likely represent the expansion of redwood and closed-cone pines from remnant, fragmented groves into surrounding canyon live oak–madrone forests and chaparral. Evergreen conifer forest also advanced into the high-elevation subalpine/alpine forest in the Cascade Range and Sierra Nevada regions under the HAD scenario. Here the model responded to an increase in the length of the growing season past a threshold in the biogeographic rule base. Advancement of red fir or lodgepole pine forest into subalpine parks and meadow would be a likely example of this transition.

In addition to widespread advancement of forest, another prominent feature of the response of vegetation distribution under the HAD scenario was the advancement of grassland, particularly in the southern end of the Great Central Valley and in the uplands of the Mojave Desert where grassland replaces desert. Here the response to increased precipitation was an increase in both tree and grass biomass. The increase in grass biomass translated to more fine flammable fuels in the fire disturbance module, promoting more fire that in turn reduced the competitiveness of the woody life-forms. In the Mojave Desert, this transition could represent an increase in the extent of desert grassland interspersed with Joshua tree desert woodland and creosote bush scrub.

The most prominent feature of the vegetation class response to the drier PCM scenario (Fig. 6B) was the advancement of grassland into the simulated historical range of mixed evergreen woodland and shrubland. This transition was prompted by a decline in the competitiveness of woody life-forms as a response to the decline in dormant season precipitation, and an increase in fire, which further constrained the woody life-forms. The advancement of grassland occurred primarily on the Modoc Plateau, in the foothills surrounding the Great Central Valley, and in the interior of the Central Western Region. On the Modoc Plateau, a likely example of this transition would be an increase in the extent of the grassland interspersed within the northern juniper woodland and sagebrush scrub communities. A similar transition is already occurring under present-day conditions in the sagebrush scrub communities of the intermountain west. Here drought, increasing cheatgrass abundance, and fire are interacting to significantly reduce the woody scrub component (D'Antonio and Vitousek 1992). In the foothills of the Great Central Valley and Central Western Region, the model simulation could indicate the loss of various oak woodland and chaparral communities to nonnative grassland communities.

Mixed evergreen woodland and shrubland show too little advancement to compensate for the loss to grass-



FIG. 8. Observed vs. simulated values for total ecosystem carbon density by vegetation class. Simulated values are mean annual values for the historical period (1961–1990) averaged across the state. Observed values are estimates for the United States reported by Houghton and Hackler (2000) and Atay et al. (1979).

land under the PCM scenario. Consequently, there is a net decline in the coverage of mixed evergreen woodland and shrubland and a narrowing of the simulated ecotones between forest and grassland. One local exception to this trend is in the eastern half of the Northwest Region, where there was some mixed evergreen woodland advancement into forest. In this bioregion, northern oak woodland advancing into Douglas-fir–tan oak and Douglas-fir–white fir forests would be a likely example of this transition. An exception to the general decline in shrubland was in the Sierra Nevada region, where shrubland advanced into alpine/subalpine forest. Here a regional example of the model's response to a lengthened growing season could be an increase in whitebark pine krummholtz within alpine meadow communities.

In contrast to the simulation for the HAD scenario, the distribution of mixed evergreen forest and evergreen conifer forest remained relatively static under the PCM scenario. Mixed evergreen forest showed a relatively small gain in coverage with limited advancement into evergreen conifer forest in the Northwest and Sierra Nevada regions. This transition was prompted by a temperature-driven shift in life-form composition like that under the HAD scenario, but the response was more constrained under the cooler PCM scenario. There was a net loss in the statewide coverage of evergreen conifer forest, but the class showed some advancement at high elevations in the Sierra Nevada and on the Modoc Plateau, and along the coast in the Central Western Region. In these relatively cool regions of the state, tree productivity increased as a response to increases in temperature and relatively small declines in precipitation.

## Carbon

*Response to the historical climate.*—The successful simulation of the vegetation class distribution for the historical climate was, in part, a result of accurately simulating the relative distribution of wood and grass carbon across the state. The model also accurately predicted the absolute density of carbon within the different vegetation classes. Carbon density values within

each of the simulated classes were averaged over the last 30 yr of the historical simulation and compared to observed values for equivalent vegetation classes (Fig. 8). The observed values (Atjay et al. 1979, Houghton and Hackler 2000) are for the United States across the entire range of each vegetation type, so there was likely some error associated with their use in representing observed values for California alone. Nevertheless, the results of the comparison showed a strong similarity between simulated and observed values.

*Response to the future climate scenarios.*—The trend in simulated annual net primary production (NPP) for the entire state of California (Fig. 9A) was a response to the continuous increase in temperature and fluctuations in precipitation under each scenario. The increase in temperature under both scenarios (Fig. 2A) increased the maximum productivity of life-forms in the model. Under the HAD scenario, the temperature-driven increase in NPP was relatively unconstrained by precipitation, which also increased throughout the future period (Fig. 2B). Nevertheless, fluctuations in the trend of NPP under the HAD scenario were clearly related to fluctuations in the trend of precipitation. In contrast to the HAD scenario, the temperature-driven increase in NPP was more constrained under the drier PCM scenario. Periods of decline in NPP corresponded to declines in precipitation below mean historical precipitation. Not until the end of the future period, where mean annual temperature was highest, did NPP under the PCM scenario remain above the historical mean despite declining precipitation.

When heterotrophic respiration was subtracted from NPP to derive net ecosystem productivity (NEP), there was a narrowing of the gap between trends in productivity under the two scenarios (Fig. 9B). This was also a response to the contrasting trends in temperature and precipitation. There was a greater annual percentage loss of soil carbon to heterotrophic respiration under the warmer and wetter HAD scenario compared to the cooler and drier PCM scenario.

When simulated losses of carbon to biomass consumption by fire are subtracted from NEP to derive net ecosystem exchange (NEE, Fig. 9C), the trends in pro-

JAMES M. LENIHAN ET AL. Ecological Applications
Vol. 13, No. 6



FIG. 9.   Simulated trends in (A) total net primary production, (B) total net ecosystem production, and (C) total net ecosystem exchange for the entire state of California under the Hadley Climate Center HADCM2 model (HAD) and the National Center for Atmospheric Research's Parallel Climate Model (PCM) scenarios.

ductivity under the two scenarios became even less disparate. NEE under the PCM scenario actually exceeded that under the HAD scenario for certain periods. This somewhat counterintuitive result stemmed from the response of the model to changes in dormant season precipitation. Under the HAD scenario, where there was a significant increase in dormant season precipitation relative to the historical level, the model allocated relatively more annual production to woody biomass. Under the PCM scenario, where dormant season precipitation declined, more production was allocated

to grass biomass. Consumption by fire had less effect over time on grass biomass because a greater proportion of grass biomass is stored underground where it is protected from fire. Moreover, any grass biomass consumed by fire was quickly reestablished the following year, in contrast to woody biomass, which was more gradually replaced. After periods of fire, NEE was relatively lower for longer periods of time under the HAD scenario because a greater proportion of the predominately woody biomass was consumed and was slower to reestablish.

TABLE 2.   Size of the historical carbon pools simulated for the state of California, USA, and future changes in size simulated under the Hadley Climate Center HADCM2 model (HAD) and the National Center for Atmospheric Research's Parallel Climate Model (PCM) climate scenarios.

| Carbon pool | Historical Mass (Tg) | HAD | | PCM | |
|---|---|---|---|---|---|
| | | Mass (Tg) | Change (%) | Mass (Tg) | Change (%) |
| Total ecosystem | 5765 | 6077 | 5.4 | 6090 | 5.6 |
| Soil and litter | 5305 | 5508 | 3.8 | 5551 | 4.6 |
| Live vegetation | 461 | 568 | 23.2 | 539 | 16.9 |
| Live wood | 300 | 399 | 33.0 | 338 | 12.7 |
| Live grass | 161 | 170 | 5.6 | 202 | 25.5 |

*Notes:* Historical values in teragrams are the mean masses for the 30-yr (1961–1990) base period. HAD and PCM change values in teragrams are the mean masses for the 30-yr (2070–2099) future period subtracted from the mean masses for the historical period.

Case No. 1:20-cv-02484-MSK   Document 44-12   filed 04/28/21   USDC Colorado   pg 112 of 211



FIG. 10.   Trend in the simulated annual percentage of area of California burned for the historical period (1895–1993) compared to the mean annual summer moisture anomaly. Statewide values of the summer moisture anomaly were calculated by averaging observed values (National Climatic Data Center 1994) for three summer months (June–August) for all five climatic divisions in California.

Mean simulated NEE over the last 30 yr of the future period was 2.5 and 3.1 Tg/yr under the HAD and PCM scenarios, respectively. Mean total ecosystem carbon storage over the same period was also similiar under the two scenarios (Table 2). The increase in total carbon storage was just less than 6% over the historical mean under both scenarios. This was the net result of a greater increase in soil carbon under the PCM scenario and a greater increase in live vegetation carbon under the HAD scenario. A greater percentage of the total increase in live vegetation carbon was allocated to the live grass biomass pool under the PCM scenario as a result of the decline in dormant season precipitation, which was especially steep during the last three decades of the future period (Fig. 2B). The decline in precipitation and the proportional increase in grass carbon relative to woody carbon were both factors in the increase in soil and litter carbon under the PCM scenario. Soil decomposition was slower under the drier conditions, and grass carbon is an especially effective contributor to soil carbon in the model because of the fast turnover rate and the large proportion of biomass belowground.

*Fire*

*Response to the historical climate.*—The MC1 fire module simulates fire severity under conditions of potential natural vegetation and no fire suppression, so validating the historical simulation of fire involves some of the same difficulties listed for the vegetation class simulation. Martin and Sapsis (1995) estimated that fire burned 5.5–13% of California annually under presettlement conditions. The range of percentage of total area burned simulated by MC1 during the 100 yr of the historical simulation (6.3–15.5%, Fig. 10) was remarkably similar to this independent estimate. The simulated trend of percentage of area burned showed a significant and fairly strong relationship (Spearman rank correlation = $-0.70$, $P < 0.001$) with the historical trend of a drought index (Fig. 10) calculated from the monthly moisture anomaly (i.e., a product of the moisture departure of the most recent 4 wk and a climate weighting factor; Palmer 1965). A state-wide annual value of the index was calculated by averaging published values of the moisture anomaly (National Climatic Data Center 1994) over three summer months (June–August) and over all five climatic divisions in California. Several severe fire years simulated by the model were coincident with some of the drought years (e.g., 1910, 1924, 1928, 1959, 1966), and several of the least severe fire years were coincident with some of the wettest years (e.g., 1906, 1912, 1941, 1958, 1983). Three of the most severe fire years (e.g., 1908, 1959, 1984) were preceded by one or more relatively wet years in which a build-up of fuels was simulated by the model. A similar pattern of large fire years promoted by sequences of wet seasons followed by average or drier than average seasons has been identified

BLM_0056598



FIG. 11.   Simulated trend in percentage change of total annual area burned relative to the historical (1895–1993) mean under the Hadley Climate Center HADCM2 model (HAD) and the National Center for Atmospheric Research's Parallel Climate Model (PCM) climate scenarios.

in the southwestern United States (Swetnam and Betancourt 1998).

*Response to the future climate scenarios.*—The simulated trends in percentage of area burned under both scenarios (Fig. 11) show periods of both increase and decline relative to the mean for the historical period. Only in the last few decades of the future period did area burned stay consistently above the historical mean. However, linear regression analysis showed that only in the case of the PCM scenario was the slope of the overall trend for area burned significantly different than zero.

The simulated fluctuations in area burned under both scenarios was a complex response to temperature and precipitation as they affected fuel moisture and to the buildup of fuel biomass prior to dry years that triggered fire events The influence of biomass buildup was particularly evident under the HAD scenario where the coefficient of variation for the overall trend in area burned (21%) was higher than for either the PCM scenario or the historical period (10% and 15%, respectively). The increase in precipitation under the HAD scenario served to increase the variability of the fire regime by reducing area burned to lower levels and contributing to greater biomass buildup during relatively wet years, thus setting the stage for higher levels of area burned promoted by higher fuel loads during relatively dry years. This interaction between fuels and the interannual variability in precipitation produced the somewhat counterintuitive result of more severe fire years simulated under the wetter HAD scenario than under the drier PCM scenario. Three years under the HAD scenario were also more severe in terms of total area burned than any year in the simulation for the historical period. Under the PCM scenario, less interannual variation in precipitation together with a higher proportion of fine fuels with a relatively rapid drying rate (i.e., grass biomass) produced a less variable simulated fire regime.

## CONCLUSIONS

The MC1 simulation for the historical climate of California appeared to have achieved a reliable level of prediction, although validation of a broad-scale model of potential vegetation presents numerous difficulties. The simulation of the coverage and distribution of vegetation classes was largely in agreement with the baseline vegetation map, and some of the discrepancies between the two were likely attributable to lack of detail in the baseline map. The success of the vegetation class simulation was, in part, a result of successfully simulating the relative distribution of tree and grass carbon. And the absolute values of simulated total vegetation carbon per vegetation class were largely in agreement with published values for equivalent classes. Simulated values of total area burned over the length of the historical simulation were within a range of values expected for California under the assumptions of the model (i.e., a natural fire regime unconstrained by fire suppression). Also, the simulated peak fire years during the historical period were coincident with observed drier-than-normal years, in conformance to the well-established relationship between drought and severe fire episodes.

More rigorous validation of the simulation results for the historical climate was difficult given the nature of the simulations. The model simulates dynamic ecosystem properties only as a function of climate and soils and does not include the effects of land use practices that modify life-form mixtures, carbon stocks, and fire regimes. Also, the model does not include lags in vegetation change due to migration and dispersal over a landscape fragmented by land use practices. Ongoing efforts to incorporate land use effects in MC1 and to increase the spatial resolution of the model simulations should increase the realism of the model results and facilitate their validation against observed data from the extant landscape.

BLM_0056599

Compounding the uncertainty arising from the limitations of the model are the existence of a large number of GCM-generated global climate change scenarios that could be used to construct regional-scale scenarios for California. In a recent analysis, the California portions of over 20 GCM simulations were examined to ascertain any consistent projections of climate change (T. Wrigley, *personal communication*). All the models estimated warmer temperatures for the state, but there was much less consistency regarding precipitation. The models ranged from estimating a 56% increase to a 10% decrease in winter precipitation, with about two-thirds of the models estimating an increase in winter precipitation. The mean change in summer precipitation was near zero. The conclusion was that California is likely to be warmer and probably wetter during the winter months. This scenario is well-represented by the HAD scenario. However, none of the available scenarios should be interpreted as predictions of climate change in California. Their proper use is in the investigation of the sensitivities of natural and managed systems to potential changes in climate.

The results of the MC1 simulations for California demonstrate certain ecosystem sensitivities and interactions that are likely to be features of the response of both natural and seminatural (e.g., managed forests and rangelands) systems to the relatively certain rise in temperature and the less certain changes in precipitation. An increase in temperature could increase vegetation productivity given adequate moisture availability, especially in cooler regions of the state (e.g., along the north-central coast or at high elevations). For example, currently the highest monthly mean temperatures along the north-central coast ($14.6°–16.8°C$; Major 1995) are below the mean summer temperature for optimal coast redwood forest productivity ($17.8°C$; Kuser 1976) and for optimal redwood seedling growth ($18.9°C$; Hellmers and Sundahl 1959). An increase in temperature could also alter forest composition by increasing the competitiveness of evergreen hardwood species that are less tolerant of low winter temperatures than conifers (Woodward 1987).

The relative dominance of woody life-forms could be sensitive to the changes in dormant season precipitation forecast for California, especially given the predicted persistence of a Mediterranean climate where woody plants must compete with more drought-tolerant grasses during the dry growing season. With the increase in winter precipitation forecast by the majority of GCMs for California, the model results suggest a widespread expansion of forest, overtaking both woodland and shrubland, and constrained only where climate is still arid enough to support sufficient grass biomass to fuel frequent fire.

The model results indicate fire will play a critical role in the adjustment of vegetation to any of the altered precipitation regimes forecast for California, be it slowing the encroachment of woody vegetation in grasslands under wetter conditions or hastening the transition from woody communities to grassland under drier conditions. With a persistence of the summer dry climate, changes in the fire regime are likely to be less a product of altered fire weather than changes in the amount and character of fuels. The model results suggest that an increase in dormant season precipitation, especially when accompanied by greater interannual variability in rainfall, could lead to greater accumulation of relatively coarse woody fuels during sequences of wet seasons, fuels that retain relatively high moisture content during all but relatively infrequent years of fire-promoting drought. The result could be an altered fire regime characterized by more year-to-year variability in area burned and more extreme events.

The model results also suggest that changes in fire and shifts in the relative dominance of woody and grass life-forms could buffer the effect of different climatic perturbations on total ecosystem carbon storage. Under a wetter climate, an increase in carbon storage with the increase in vegetation productivity could be limited by greater losses to combustion during more extreme fire events. Under a drier climate, a decrease in carbon storage with the decrease in vegetation productivity could be limited by a shift towards greater dominance of grass life-forms that are better adapted to more frequent fire and more effective contributors to soil carbon stocks.

While neither of the model simulations for the two climate scenarios should be taken as predictions of the future, it is evident from the results that all the natural ecosystems of California, whether managed or unmanaged, are likely to be affected by changes in climate. Changes in temperature and precipitation will alter the structure, composition, and productivity of vegetation communities, and wildfire may become more frequent and intense. The incidence of pest outbreaks in forests stressed by a changing climate could act as a positive feedback on the frequency and intensity of fire. Non-native species preadapted to disturbance could colonize altered sites in advance of native species, preventing the already problematical redistribution of natives across a landscape highly fragmented by land use practices. Both plants and animals already stressed by human development will be further stressed by climate change. Some may not be able to adapt, and there could be a significant rise in the number of threatened and endangered species. Tree species better adapted to a changed climate could be planted in forests managed for wood production, but better-adapted species may not have the same market value (e.g., conifer species vs. hardwood species). The expansion of grasslands under a drier climate might profit grazing livestock, but any gains might be offset by decreased water availability.

Considerable uncertainty exists with respect to regional-scale impacts of global warming. Much of this uncertainty resides in the differences among the dif-

ferent GCM climate scenarios as illustrated in this study. In addition, models that translate climatic scenarios into projections of ecosystem impacts can always be improved through reexamination and improvement of model processes. Nevertheless, the results of this study underscore the potentially large impact of climate change on California ecosystems and the need for further use and development of dynamic vegetation models using various ensembles of climate change scenarios.

ACKNOWLEDGMENTS

We would like to thank the Electric Power Institute and the California Energy Commission for project support. We would also like to thank Christopher Daly of the Spatial Climate Analysis Service at Oregon State University for providing spatially distributed historical climate data and Aiguo Dai of the Climate Analysis Section at the National Center for Atmospheric Research for providing the PCM future climate scenario.

LITERATURE CITED

Aber, J., R. Neilson, S. McNulty, J. Lenihan, D. Bachelet, and R. Drapek. 2001. Forest processes and global environmental change: predicting the effects of individual and multiple stressors. Bioscience **51**:735–751.

Atjay, G., P. Ketner, and P. Duvigneaud. 1979. Terrestrial primary production and phytomass. Pages 129–182 *in* B. Bolin, E. Degens, S. Kempe, and P. Ketner, editors. The global carbon cycle. John Wiley and Sons, New York, New York, USA.

Bachelet, D., J. Lenihan, C. Daly, and R. Neilson. 2000. Interactions between fire, grazing and climate change at Wind Cave National Park, SD. Ecological Modeling **134**:229–224.

Bachelet, D., J. Lenihan, C. Daly, R. Neilson, D. Ojima, and W. Parton. 2001*a*. MC1: a dynamic vegetation model for estimating the distribution of vegetation and associated ecosystem fluxes of carbon, nutrients, and water. USDA Forest Service, Pacific Northwest Station General Technical Report PNW-GTR-508.

Bachelet, D., R. P. Neilson, J. M. Lenihan, and R. J. Drapek. 2001*b*. Climate change effects on vegetation distribution and carbon budget in the U.S. Ecosystems **4**:164–185.

Barbour, M., B. Pavlik, F. Drysdale, and S. Lindstrom. 1993. California's changing landscapes: diversity and conservation of California vegetation. California Native Plant Society, Sacramento, California, USA.

Dai, A., G. A. Meehl, W. M. Washington, T. M. L. Wigley, and J. A. Arblaster. 2001. Ensemble simulation of 21st century climate changes: business as usual vs. $CO_2$ stabilization. Bulletin of the American Meteorology Society **82**:2377–2388.

Daly, C., D. Bachelet, J. Lenihan, W. Parton, R. Neilson, and D. Ojima. 2000. Dynamic simulations of tree–grass interactions for global change studies. Ecological Applications **10**:449–469.

Daly, C., R. P. Neilson, and D. L. Phillips. 1994. A statistical-topographic model for mapping climatological precipitation over mountainous terrain. Journal of Applied Meteorology **33**:140–158.

D'Antonio, C. M., and P. M. Vitousek. 1992. Biological invasions by exotic grasses, the grass/fire cycle, and global change. Annual Review of Ecology and Systematics **23**:63–87.

Davis, F. W., D. M. Stoms, A. D. Hollander, K. A. Thomas, P. A. Stine, D. Odion, M. I. Borchert, J. H. Thorne, M. V. Gray, R. E. Walker, K. Warner, and J. Graae. 1998. The California Gap Analysis Project, final report. University of California, Santa Barbara, California, USA.

Field, C., G. Daily, F. Davis, S. Gaines, P. Matson, J. Melack, and N. Miller. 1999. Confronting change in California: ecological impacts on the Golden State. Report of the Union of Concerned Scientists and the Ecological Society of America. UCS Publications, Cambridge, Massachusetts, USA.

Gutowski, W. J., Z. Pan, C. J. Anderson, R. W. Arritt, F. Otieno, E. S. Takle, J. H. Christensen, and O. B. Christensen. 2000. What RCM data are available for California impacts modeling? California Energy Commission Workshop on Climate Change Scenarios for California, 12–13 June 2000. California Energy Commission, Sacramento, California, USA.

Hellmers, H., and W. Sundalh. 1959. Response of *Sequoia sempervirens* and *Pseudotsuga menziesii* seedlings to temperature. Nature **184**:1247–1248.

Hickman, J. C. 1993. The Jepson manual: higher plants of California. University of California Press, Berkeley, California, USA.

Holland, V., and D. Keil. 1995. California vegetation. Kendall/Hunt, Dubuque, Iowa, USA.

Houghton, R., and J. Hackler. 2000. Changes in terrestrial carbon storage in the United States. 1: The roles of agriculture and forestry. Global Ecology and Biogeography **9**:125–144.

Kattenberg, A., F. Giorgi, H. Grassl, G. Meehl, J. Mitchell, R. Stouffer, T. Tokioka, A. Weaver, and T. Wigley. 1996. Climate models: projections of future climate. Pages 285–357 *in* J. L. Houghton, M. Filho, B. Callander, N. Harris, A. Kattenberg, and K. Maskell, editors. Climate change 1995: the science of climate change. Contribution to Working Group 1 to the Second Assessment Report of the Intergovernmental Panel on Climate Change. Cambridge University Press, Cambridge, UK.

Keane, R., C. Hardy, and K. Ryan. 1997. Simulating effects of fire on gaseous emissions and atmospheric carbon fluxes from coniferous forest landscapes. World Resource Review **9**:177–205.

Kittel, T. G. F., J. A. Royle, C. Daly, N. A. Rosenbloom, W. P. Gibson, H. H. Fisher, D. S. Schimel, L. M. Berliner, and VEMAP2 Participants. 1997. A gridded historical (1895–1993) bioclimatic dataset for the conterminous United States. Pages 219–222 *in* Proceedings of the 10th Conference on Applied Climatology, 20–24 October 1997, Reno, Nevada, USA. American Meteorological Society, Boston, Massachusetts, USA.

Küchler, A. 1975. Potential natural vegetation of the United States. Second edition. American Geographic Society, New York, New York, USA.

Kuser, J. 1976. The site quality of redwood. Thesis. Rutgers University, New Brunswick, New Jersey, USA.

Lenihan, J. M., C. Daly, D. Bachelet, and R. P. Neilson. 1998. Simulating broad-scale fire severity in a Dynamic Global Vegetation Model. Northwest Science **72**:91–103.

Major, J. 1995. California climate in relation to vegetation. Pages 11–74 *in* M. Barbour and J. Major editors. Terrestrial vegetation of California. California Native Plant Society Special Publication Number 9. California Native Plant Society, Sacramento, California, USA.

Martin, R., and D. Sapsis. 1995. A synopsis of large or disastrous wildlands fires. Pages 15–17 *in* D. Weise and R. Martin (technical coordinators). The Biswell Symposium: fire issues and solutions in urban interface and wildland ecosystems. USDA Forest Service Pacific Southwest Research Station General Technical Report PSW-GTR-158.

Mitchell, J. F. B., and T. C. Johns. 1997. On modification of global warming by sulphate aerosols. Journal of Climate **10**:245–267.

BLM_0056601

National Assessment Synthesis Team. 2001. Climate change impacts on the United States: foundation report. U.S. Global Change Research Program, Washington, D.C., USA.

National Climatic Data Center. 1994. Time Bias Corrected Divisional Temperature-Precipitation-Drought Index. Documentation for dataset TD-9640. National Climatic Data Center, Asheville, North Carolina, USA.

Palmer, W. C. 1965. Meteorological drought. Research Paper Number 45. U.S. Department of Commerce Weather Bureau, Washington, D.C., USA.

Parton, W., D. Schimel, D. Ojima, and C. Cole. 1994. A general study model for soil organic model dynamics, sensitivity to litter chemistry, texture, and management. Soil Science Society of America Special Publication **39**:147–167.

Peterson, D., and K. Ryan. 1986. Modeling postfire conifer mortality for long-range planning. Environmental Management **10**:797–808.

Rothermel, R. 1972. A mathematical model for fire spread predictions in wildland fuels. USDA Forest Service Research Paper INT-115.

Sawyer, J., D. Thornburg, and J. Griffin. 1995. Mixed evergreen forest. Pages 359–382 *in* M. Barbour and J. Major editors. Terrestrial vegetation of California. California Native Plant Society Special Publication Number 9. California Native Plant Society, Sacramento, California, USA.

Scheffer, M., S. Carpenter, J. Foley, C. Folke, and B. Walker. 2001. Catastrophic shifts in ecosystems. Nature **413**:591–596.

Strauss, D., L. Bednar, and R. Mees. 1989. Do one percent of forest fires cause ninety-nine percent of the damage? Forest Science **35**:319–328.

Swetnam, T., and J. Betancourt. 1998. Mesoscale disturbance and ecological response to decadal climatic variability in the American Southwest. Journal of Climate **11**:3128–3142.

Turner, M., and W. Romme. 1994. Landscape dynamics in crown fire ecosystems. Landscape Ecology **9**:59–77.

van Wagner, C. E. 1993. Prediction of crown fire behavior in two stands of jack pine. Canadian Journal of Forest Research **23**:442–449.

Vogel, R., W. Armstrong, K. White, and K. Cole. 1995. The closed-cone pines and cypresses. Pages 295–358 *in* M. Barbour and J. Major editors. Terrestrial vegetation of California. California Native Plant Society Special Publication Number 9. California Native Plant Society, Sacramento, California, USA.

Woodward, F. 1987. Climate and plant distribution. Cambridge University Press, New York, New York, USA.

BLM_0056602

# Sigma Xi, The Scientific Research Society

The Emergence of New Diseases
Author(s): Richard Levins, Tamara Awerbuch, Uwe Brinkmann, Irina Eckardt, Paul Epstein, Najwa Makhoul, Cristina Albuquerque de Possas, Charles Puccia, Andrew Spielman and Mary E. Wilson
Source: *American Scientist*, Vol. 82, No. 1 (January–February 1994), pp. 52-60
Published by: Sigma Xi, The Scientific Research Society
Stable URL: http://www.jstor.org/stable/29775101
Accessed: 16-03-2015 21:33 UTC

## REFERENCES
Linked references are available on JSTOR for this article:
http://www.jstor.org/stable/29775101?seq=1&cid=pdf-reference#references_tab_contents

You may need to log in to JSTOR to access the linked references.

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at
http://www.jstor.org/page/info/about/policies/terms.jsp

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship. For more information about JSTOR, please contact support@jstor.org.



*Sigma Xi, The Scientific Research Society* is collaborating with JSTOR to digitize, preserve and extend access to *American Scientist*.

http://www.jstor.org

BLM_0056603

# The Emergence of New Diseases

*Lessons learned from the emergence of new diseases and the resurgence of old ones may help us prepare for future epidemics*

Richard Levins, Tamara Awerbuch, Uwe Brinkmann, Irina Eckardt, Paul Epstein, Najwa Makhoul, Cristina Albuquerque de Possas, Charles Puccia, Andrew Spielman and Mary E. Wilson

As recently as 25 years ago, the threat of plague seemed old-fashioned, even medieval. Death from infectious disease was thought to be the result of poor hygiene and a lack of good antibiotics and vaccines, problems that by the mid-1970s had been largely overcome in the United States and most other industrialized nations. Medical practitioners were confident that infectious disease would represent a vanishingly small percentage of their concern. Wrote one prominent biologist in 1975, "During the last 150 years the Western world has virtually eliminated death due to infectious disease."

At the time, this optimism seemed justified. Smallpox had nearly been eradicated; tuberculosis and polio were on the decline and, with the exception of malaria, so were all of the other major infectious health threats of the 20th century. Scientists believed that, thanks to improved hygiene and sanitation, immunizations and antibiotics, all remaining infections of human beings and domestic animals would soon be eradicated.

Of course, skepticism was expressed

The authors are members of the Harvard Working Group on New and Resurgent Diseases, scientists and practitioners who have been working together since 1991. The members are: ecologist Richard Levins, bio-mathematician Tamara Awerbuch, international health epidemiologist Uwe Brinkmann, philosopher of science Irina Eckardt, medical practitioner Paul Epstein, sociologist of science Najwa Makhoul, social scientist Cristina A. de Possas, systems ecologist Charles Puccia, public-health entomologist Andrew Spielman and clinical infectious-disease specialist Mary E. Wilson. They have recently compiled Disease in Evolution, a book of conference proceedings to be published in 1994 by the New York Academy of Sciences. After this article was completed, Uwe Brinkmann died suddenly in June 1993 while on a site visit in Brazil. Address for Levins: Department of Population and International Health, Harvard School of Public Health, Boston, MA 02115.

even then. Agents of disease ranging from bacteria to insects had started to show resistance to the drugs and chemicals that had once so successfully killed them. And the optimistic projections were not consistent with what scientists knew to be true about the remarkable malleability of pathogens. For example, scrapie, a relatively mild disease of sheep, could somehow be transmitted to cattle, where it is devastating. Plants were also known to become afflicted with new diseases as old ones were eliminated. But the enthusiasm of the medical profession in general was not dampened by these examples, which after all, came from other disciplines and seemed too remote from the urgencies of medical practice.

Then came Lyme disease (1975), Legionnaire's disease (1978), toxic-shock syndrome (1978) and, more recently, AIDS (1981), chronic-fatigue syndrome (1985), and hantavirus (1993). The seventh cholera pandemic began in Indonesia in 1961, spread to Africa in the 1970s and reached South America in 1991, and now a new variant has emerged. Malaria reemerged in regions where it had been eliminated. Dengue and yellow fever are spreading. The incidence of tuberculosis started to climb in countries that had previously reported declines. Diphtheria reemerged in adults in the former Soviet Union. Suddenly, the proclamation of freedom from infection seemed, at best, premature.

These days, scientists no longer predict that the history of human infection will progress steadily toward the total elimination of infectious disease. More likely, the pattern will be one of disease turnover. With a new acceptance that infectious diseases will always be part of the human experience comes the realization that scientists will have to adopt a

new approach to understanding the patterns of disease evolution. Rather than place sole confidence in measures we would use to fight infectious diseases after they arise, we, the members of the Harvard Working Group on New and Resurgent Diseases, are trying to identify the factors that encourage the emergence and spread of new diseases. To do that, we integrate complex social, epidemiological, ecological and evolutionary processes to understand how events in these various dimensions interact under changing circumstances to produce radically new health problems. In exploring potential threats to human health, we examine recent trends as part of epidemiological history and explore the progression of human diseases, as well as those of plants and animals. In order to anticipate new disease problems, including diseases that have not yet emerged, we have to examine the patterns of existing diseases and vectors and also look at the gaps in epidemiology. We apply current concepts and reexamine the conceptual framework that guides our present strategy of disease control. It is one of our principles that the emergence of new diseases can not be fully understood without understanding the social context in which they emerge.

## What Is a New Disease?

At the start of our work we had to make two major decisions. First we had to define when a disease would be considered "new." Toward that end we identified ways in which a new disease may be recognized. A disease is recognized as new when its symptoms are distinct from any disease that has come before, or when a previously tolerated condition becomes unacceptable, as was the case with chronic exhaustion. A disease also becomes recognized when a previously marginal

This content downloaded from 204.124.92.254 on Mon, 16 Mar 2015 21:33:16 UTC
All use subject to JSTOR Terms and Conditions

BLM_0056604



**Figure 1. -Macabre images of plague-as-killer, such as this one from an 1845 wood carving by European artist Alfred Rethel, seemed, by the mid 1970s, old-fashioned. The near-elimination of smallpox and many other infections made many scientists confident that death from infectious disease was a thing of the past. Then came the emergence of new diseases and the resurgence of some old ones, and many scientists began to reassess the importance of infection in the future of human medical history.**

population gains a public voice, which is what happened with black-lung disease. Diseases that are slow to develop may be newly identified in a population whose life span is increasing. In addition, conditions are identified as new when a local disease becomes widespread, a rare disease becomes common or a mild disease becomes severe. Diseases also become recognized when cases cluster in a locality or social group, which was the situation with Legionnaire's disease. Sometimes a disease is identified as new when a new human population is medically examined or when improved diagnostic techniques allow a unique infectious agent to be seen.

We also had to settle on a definition of infectious disease. We agreed that it would be defined as a disease in which infection is brought about by one or more kinds of parasite invading a susceptible animal. These parasites, commonly called pathogens (literally, the origin of suffering) can be microorganisms such as bacteria and viruses, or they can be multicellular organisms, such as worms. In spite of their diverse classifications, they all contribute to disease by a similar mechanism. They all carry out part of their life cycle inside another ani-

This content downloaded from 204.124.92.254 on Mon, 16 Mar 2015 21:33:16 UTC
All use subject to JSTOR Terms and Conditions

BLM_0056605

| Recent New Diseases | | |
|---|---|---|
| viruses: newly identified agents | | |
| 1957 India | Kyasanur Forest | severe systemic infection and fever; transmitted by tick |
| 1959 Uganda | O'nyong–nyong | explosive outbreaks of acute illness with fever and severe joint pain; transmitted by mosquito |
| 1983 | HIV-1 | Acquired Immunodeficiency Syndrome |
| 1989 | Hepatitis C virus | transfusion-related and sporadic hepatitis |
| 1990 | Hepatitis E virus | acute hepatitis water-borne epidemics and sporadic hepatitis |
| 1991 | Venezuelan hemorrhagic fever Guanarito virus | outbreaks of severe hemorrhagic illness |
| viruses: old agent, new location | | |
| 1992–1993 Kenya | Yellow fever | severe hepatitis and hemorrhagic fever; mosquito-borne virus |
| 1993 southwestern U.S. | Hantavirus | new syndrome with pulmonary distress |
| rickettsial diseases: newly identified agent | | |
| 1986 | Ehrlichia chaffeenis | moderate to severe systemic infection with fever, headache, low white-blood-cell count |
| bacterial diseases: newly identified agents | | |
| 1975 | Borrelia burgdorferi | Lyme disease manifestations include arthritis and skin rashes |
| 1976 | Legionella pneumophila | Legionnaire's disease typically severe pneumonia. water-associated bacterium |
| 1978 | Staphylococcus aureus | toxic-shock syndrome; profound shock, kidney failure |
| 1983 | Afipia felis | cat-scratch disease; mild infection with enlarged, tender lymph nodes usually; acquired from cat |
| 1992 | Vibrio cholerae 0139 | new variant of cholera |

Figure 2. In spite of antibiotics and vaccines, a number of new diseases have emerged in the past 40 years. Here, a partial list demonstrates that the future of human health history will be one of disease turnover. New diseases come about through a complex interaction of biological, social, economic, evolutionary and ecological factors.

This content downloaded from 204.124.92.254 on Mon, 16 Mar 2015 21:33:16 UTC
All use subject to JSTOR Terms and Conditions

BLM_0056606



M. Courtney-Clarke (Photo Researchers, Inc.)



Alan D. Carey (Photo Researchers, Inc.)

*Rapid urbanization is one of the socioeconomic factors that puts people in contact with an unknown vector or pathogen*

*Creating new habitats—for example, by bulldozing forests—permits rare or remote microorganisms to become abundant and gain access to people*

mal—the host—where, for a time, they live, eat and reproduce. Disease is often a by-product of these activities. The parasite may produce a chemical that is toxic to the host, or it may damage the cells it infects. In addition, the host's own response may damage tissues.

But the parasite is actually only one of many factors that contribute to disease. Many parasites require an accomplice to facilitate their spread from host to host. Often this accomplice, called a vector, is an insect. Frequently the vector bites an infected animal and ingests some of its blood. It then bites a second animal and deposits into that animal's tissues some of the parasite-ridden blood from the first. Sometimes insect vectors themselves require carriers. Rodents, in addition to harboring pathogens, can also serve as hosts to fleas, ticks or other insects in which the pathogens reside. An animal's contact with parasites and vectors will obviously be an important factor in determining whether it will become sick. A potential host's general state of health and nutrition as well as its genetic predisposition to control infection will also determine the outcome of an encounter with a pathogen. Furthermore, social processes shape pathways of infection and disease. In the end, it is likely that the classification of diseases into infectious, environmental, psychosomatic, autoimmune, genetic and degenerative will prove to be applicable only to a sample of cases where one factor overwhelms all others. The more accurate viewpoint will encompass full complexity of this network of factors that leads to recognizable disease.

### Identifying the Pathogen

Most bacteria are not pathogens, most arthropods are not disease vectors and most mammals are not a source of human disease. What, then, are the charac-

| Recognizing New Diseases |
|---|
| a previously tolerated condition becomes unacceptable (chronic exhaustion) |
| a marginal population acquires public voice (black lung) |
| increase of life span allows a slow disease to develop |
| a local disease becomes widespread |
| a rare disease becomes common |
| a mild disease becomes severe |
| symptoms are clearly distinctive |
| contagion is high and latency short, so that cases cluster in a locality or social group |
| health service examines a new population |
| diagnostic techniques permit visualization of a new pathogen |

**Figure 3. Criteria for recognizing a disease as "new" include changing attitudes as well as changes in the organisms responsible for disease.**

teristics of a successful pathogen or vector, and where should we look for them?

The potential for a nonpathogenic species to become a pathogen can be assessed by examining the present distribution of diseases, symptoms and virulence across groups of pathogens. We call this field systematic epidemiology and focus on ecological and social processes that influence disease emergence.

Systematic epidemiology asks, for example, questions about the range of hosts a particular pathogen can infect as well as the types of pathogen a particular host can support. It also explores unique and shared characteristics among related species of pathogen, symptom variability for the same pathogen in different hosts, modes of transmission and the

epidemiological potential for different species groups.

For a sample of 247 infections, we note that, relative to other pathogens, fungi are less common in serious primary human infections, but are prominent pathogens of fish and plants. We also note that viruses depend much more on arthropod vectors than other groups, while fungi typically require no vectors at all. Viruses are smaller and more fragile than fungal spores, which probably accounts for their reliance on vectors.

Will Kastens, a student at the Harvard School of Public Health, prepared a preliminary survey of 412 human infections. Of these, 180 were exclusively human diseases, 118 were primarily hu-

This content downloaded from 204.124.92.254 on Mon, 16 Mar 2015 21:33:16 UTC
All use subject to JSTOR Terms and Conditions

BLM_0056607



**Figure 4. Map of the spread of bubonic plague in the early 20th century demonstrates how modern, rapid transportation can turn a local disease into a worldwide pandemic. When travel time is shorter than the incubation time of the disease, pathogens are more likely to move between countries and even continents. The spread of disease shown on this map would have been improbable during Christopher Columbus's time.**

man diseases but could be found in other animals and 62 are principally found in other animals but can occasionally be found in people. The remaining pathogens are not normally pathogens of people or animals. Usually they are free-living microbes that cause disease when a chance encounter places them in contact with people. Of the diseases shared between people and other animals, 35 are widespread among mammals, about a dozen are shared with livestock and domestic animals, and approximately seven are shared with non-human primates. A few are shared between people and birds, and a smattering of pathogens can infect fish, people, shellfish and insects. Finally, at least two species of *Vibrio*, the microorganism that causes cholera, can be associated with plankton.

Kastens's data also show some inter-esting trends with regard to virulence. Those pathogens that mostly affect animals but sometimes invade human populations include a greater proportion with high virulence. We speculate that this is because their evolution is dominated by selection in their nonhuman hosts. On the other hand, diseases that are commonly or exclusively human have evolved in part in the human context, and some of them evolve to be gentler to people. Paul Ewald of Amherst College has suggested that vector-borne diseases tend to be more virulent than those requiring direct contact between people. His argument is that where the mobility of the patient is a requirement for transmission, it is to the pathogen's advantage that the infected person remain mobile, even if this limits the pathogen's rate of reproduction. But these are only tendencies.

More detailed examinations of natural selection in pathogens reveal many exceptions to these examples.

**Adaptive Potential**

Although we give names to different species of pathogens, vectors, reservoirs and their associated diseases, these are not static entities. Pathogens as organisms undergo natural selection both within the host and in the course of transmission between hosts. And a pathogen's success in adapting to conditions within and between hosts will determine, in part, its success in spreading throughout a population.

A pathogen is confronted with three sometimes conflicting demands. It must obtain its nourishment to develop and reproduce, avoid being killed by the body's defenses and find a satisfactory exit to another host. Meeting these de-

This content downloaded from 204.124.92.254 on Mon, 16 Mar 2015 21:33:16 UTC
All use subject to JSTOR Terms and Conditions

BLM_0056608



John Gerlach (Animals Animals)



Wide World Photos

*A pathogen is introduced to a human population, as when carrier rodent populations increased and exposed people to hantavirus*

*People moving into a new country may encounter pathogens against which they have no resistance*

mands may require that a pathogen localize to a particular site in the body. For example, the blood is an optimal site for feeding, but it is also a site of high immune activity. A pathogen in the central nervous system is relatively secure from destruction by the immune system but has no easy exit. The skin is also relatively safe from the immune system and can be exited fairly easily, but it is not a good site for reproduction.

Some pathogens adopt strategies for dealing with the immune system, so they are freer to choose sites in the body where immune activity is high. The human immunodeficiency virus, which causes AIDS, can remain in the blood because it destroys part of the immune system. Trypanosomes, which cause sleeping sickness, can also remain in the blood because they are adept at changing their protein coat, and in this way dodge detection by the immune system.

From the point of view of the pathogen, the symptoms suffered by the host are merely by-products of the pathogen's life-style. For example, in diarrheal diseases, the most obvious symptom arises when the pathogen exits one host in search of another. The pathogens remaining in the original host invade the gastrointestinal mucosa so they are not whisked away during the diarrheic episode.

Pathogens face other strategic decisions as well. Should they reproduce rapidly and exit quickly, or should they prolong the infection in the face of uncertain success in infecting someone else? The strategy adopted will depend on the relative rates of pathogenic reproduction, contagion possibilities and the danger of strong and effective treatment of the infection.

The role of drugs—antibiotics and antivirals in particular—in directing natural selection in the pathogen makes the intervenor a part of the system being intervened in. The host's behavior in effect becomes part of the selection pressure and affects the characteristics of the pathogen in the next outbreak. For example, if the host uses antibiotics, some of the pathogens may develop resistance to the drugs. During future outbreaks, these drug-resistant pathogens may predominate, and other antibiotics will have to be used to eliminate them.

Vectors, like pathogens, also undergo evolutionary change. Currently, a new biotype (or possibly, sibling species) of the whitefly *Bemisia tabaci*, carrier of bean golden mosaic virus, is spreading at the expense of the previous biotype. The new biotype has a wider range of host plants to feed on and is therefore spreading viruses to new plant species. In this case, a change in host range of the vector makes new species of plants serve as reservoirs for infections of crop plants. Reservoirs can maintain pathogens at low levels in small wild populations without being noticed, until a change in the environment or vector opens up new opportunities.

**Pathogens on the Move**

To cause a disease, a pathogen must first find a potentially receptive population of hosts. Sometimes the pathogen is required to travel. Various measures have been proposed to indicate the likelihood of a disease invading a population, among them the number of new cases derived from a given case, which epidemiologists refer to as the reproductive rate.

We have identified several key factors affecting the introduction of diseases into new populations. When diseases are carried from one area to another, it is important to establish the travel time needed to reach the new population relative to the rate of progression of the disease. For example, in Columbus's time, crossing the Atlantic was slow compared to the progression of smallpox. Since all carriers of the virus manifest symptoms of the disease, most of the infected travelers would have either become sick and died or recovered before reaching the New World. As a result, smallpox probably did not reach the Americas until several decades after Columbus's voyage. If Columbus were to begin his journey today, the situation might be different. Modern transportation has cut travel time to almost anywhere in the world to a few days at most, less than the average incubation time of many pathogens. Travel time, therefore, presents a less significant barrier to the spread of disease than it once did.

So does travel itself. Populations are much more easily moved than before. Left to their own devices, species spread into new areas very slowly. It has taken just over a century for rodent-borne plague to reach Mississippi from the West Coast. Fire ants spread at a rate of only a couple of miles a year. But man-made transport can speed the process so that pathogens can travel many thousands of miles in a few days. Political and economic oppression and opportunity are prime motivators for large-scale movements of people across countries and continents. The net effect of so much human migration is that diseases once confined to small regions of the globe can potentially spread to many regions.

Large-scale global commerce increases the probability of introducing vectors (often insects) and nonhuman carriers of disease to naive populations—a situation that may have touched off and accelerated the seventh cholera pandemic. For example, a freighter is thought to have transported the cholera vibrio in its ballast water from China to Peruvian coastal waters. Vibrio flourished in al-

This content downloaded from 204.124.92.254 on Mon, 16 Mar 2015 21:33:16 UTC
All use subject to JSTOR Terms and Conditions

BLM_0056609



Figure 5. Satellite image shows the global distribution of coastal algal blooms, which are breeding grounds for pathogens, in particular the micro-organism that causes cholera. Sewage and fertilizer pouring into marine ecosystems, overharvesting of fish and shellfish and the loss of wetlands, combined with climatic changes, have conspired to cause a worldwide explosion in the number of such blooms. (Photograph courtesy of NASA.)

gal blooms enriched with nitrogen and phosphorus from sewage and fertilizers. Algae are filtered and eaten by molluscs, crustaceans and fish that are, in turn, eaten by people. Once it entered, the infection in Latin America spread rapidly, as social and economic conditions provided a fertile environment for infection. Rapid urbanization, foreign debt and political changes strained the economy made sanitation and public health low priorities and paved the way for the epidemic spread of cholera. As of August 1992, more than 500,000 Latin Americans had become ill, and 5,000 of those people had died.

## Changing Ecosystems

Just arriving in a new location does not ensure that a pathogen will take hold there. In fact, most introductions do not result in colonization because the species does not land in a hospitable niche. To successfully colonize new terrain, the invader must find a suitable environment and, if it is a pathogen, a receptive host population.

In general, invasion is easiest in regions of low biological diversity, where the invader faces less competition from native species. Oceanic islands are notoriously vulnerable to invasion. They have been known to be devastated by invasions of rats, goats or weeds, because their few native species could not compete.

Also vulnerable to invasion are habitats that have been disturbed by natural events or human activity. These events eliminate predators and competitors and create opportunities for new species to take up residence. For example, the spread of Lyme disease in New England is related to a number of human activities that have dramatically altered the region's ecology. During the past century, the forests were cleared to make way for agriculture. This eliminated from the area both the deer and their predators. The forests returned eventually, as did the deer. But the deer's predators did not. The deer tick, carrier of the infection, could spread, unimpeded, throughout the deer population and into the human populations that came into contact with them.

Vectors of human disease generally thrive in newly established habitats. Piles of used tires around the edges of rapidly growing cities collect water in which the mosquito *Aedes aegypti*, a vector for the organism that causes dengue and yellow fever, reproduces. Irrigation ditches, borrow pits, construction sites, poorly drained water pumps and puddled river bottoms each may serve as breeding sites for the mosquitoes that carry malaria. The pathogens carried by the mosquitoes can feed in these man-made habitats without being diverted to other animals, who are less successful in shuttling

the pathogen to human hosts. In this manner, whole new niches have been created beyond the original geographic and ecological range of the vectors.

Of course, the successful spread of a human pathogen requires a vulnerable human population. The vulnerability of a group of people to a pathogen depends, on one hand, how contagious the pathogen is and how quickly it is transmitted from person to person, versus the population's immunity on the other. In this equation, all environmental changes are potentially reflected epidemiologically since conditions can affect the opposing processes of contagion and recovery, acquisition and loss of immunity.

The contagion rate depends on the number of pathogens that leave an infected individual and enter the environment. It also depends on the number that survive in that environment and gain contact to and ultimately infect other people. Each of these steps is complex and combines biological and social factors that are not constant. For example, no two people are equally susceptible to infection. A person's general state of health is as much determined by social, nutritional, age and gender factors as by genetics. Personal habits, such as smoking, sexual practices, alcohol consumption and food avialability and preferences can also contribute to a person's susceptibility to a particular disease.

This content downloaded from 204.124.92.254 on Mon, 16 Mar 2015 21:33:16 UTC
All use subject to JSTOR Terms and Conditions

BLM_0056610



Bruce Brander (Photo Researchers, Inc.)



Renee Lynn (Photo Researchers, Inc.)

*Malnutrition, as well as immunosuppresive drugs and environmental stressors, makes people vulnerable to infection*

*Animal pathogens mutate and acquire the ability to infect people; the human immuno-deficiency virus may have evolved from a monkey virus*

In addition, there is now widespread concern about the potential effects of climatic change on disease. Changes in global temperature would carry with them changes in wind and precipitation patterns, humidity, soil composition and vegetation. All of these affect human activity and movement of populations.

Finally, the environment of a pathogen includes other parasites. In developing countries, it is not uncommon for people to harbor two to four simultaneous infections. Within their shared host, these pathogens may interact in familiar ecological patterns. They may compete for nutrients, or they may alter immune function in such a way as to benefit one while deterring another. They may alter their shared environment by causing fever or by damaging cells. The symptoms of one infection, say, sneezing, may facilitate the spread or mask the symptoms of the other. What this suggests is that the most effective way to deal with disease in the clinic is to consider the entire epidemiological profile, rather than consider one disease at a time.

**Hantavirus**

The emergence of a disease within a changing ecosystem was dramatically illustrated when a mysterious illness emerged in the Four Corners region of the southwestern United States earlier this year. In August 1993, a 37-year-old farmer who worked in the Four Corners area sought medical help when an illness he had had for six days took a turn for the worst. At first, the farmer experienced flu-like symptoms, including fever, nausea and vomiting, which progressed to coughing and shortness of breath. An xray showed fluid in both of the farmer's lungs. After 12 hours, he developed acute respiratory distress and died. Several weeks and several cases later, scientists at the Centers for Disease Control in Atlanta linked the mysterious disease to a new strain of hantavirus, viruses that have been associated with hemorrhagic fevers and renal disease in Europe and Asia, but that had not previously been known to cause disease in North America. Where had the virus come from, and why did it suddenly emerge?

That answer came serendipitously from studies conducted by Robert Parmenter and colleagues at the University of New Mexico. Parmenter and his team had been interested in the sudden increase in deer mice, which, as it turns out, are carriers of the hantavirus. Six years of drought ended in the spring of 1992, when heavy rains deluged the area. The abrupt change disturbed the ecological balance in the region, producing an abundance of piñon nuts and grasshoppers, food for the mice. The deer-mouse population flourished, but the drought had virtually eliminated all of the mouse's predators. In the year between May 1992 and May 1993, the deer-mouse population increased ten fold. By October 1993, the deer-mouse population had declined sharply, and the epidemic apparently came to an end. It had taken its toll. Forty-two cases of hantavirus pulmonary syndrome were reported in 15 states, mostly clustered in the Southwest. Twenty-six of those cases were fatal.

One of the lessons to be learned from such case studies is how disruption of stable ecosystems can alter an existing disease and facilitate its spread. For that reason, we are particularly concerned with recent disruptions of marine ecosystems, which are undergoing dramatic changes. Sewage and fertilizer pouring into marine ecosystems, overharvesting of fish and shellfish and the loss of wetlands, combined with climatic changes, have conspired to cause a worldwide ex-



Earl Roberge (Photo Researchers, Inc.)

*Pollutants or radiation increase the mutation rate of pathogens*

This content downloaded from 204.124.92.254 on Mon, 16 Mar 2015 21:33:16 UTC
All use subject to JSTOR Terms and Conditions

BLM_0056611



CNRI (Science Photo Library)



Science Source (Photo Researchers, Inc.)

*Influenza virus and other pathogens may evolve toward greater virulence*

*Although it has not happened yet, bioengineered organisms may contribute to infection in the future*

plosion in coastal algal blooms around coastal regions, providing a rich environment for diverse communities of microorganisms. The sea-surface temperatures in these environments are frequently elevated, which shifts organisms towards more toxic species, possibly by increasing their mutation and reproduction rates.

Among the new species that have been identified in these algal blooms is a new variant of the cholera vibrio. Now present in 10 Asian nations, this new variant seems to be distinct from previous forms of cholera, based on immunological tests. Antibodies that recognize other known variants do not recognize this one. This newly emergent, environmentally hardy form of cholera threatens to become the agent of the eighth pandemic. Monitoring algae and other microscopic marine organisms for vibrios offers the opportunity for establishing an early warning system for this new pathogen. Images from remote-sensing satellites can help guide this operation.

**Confronting Uncertainty**
The ultimate goal of these types of analyses is to anticipate the onset of new diseases and to eliminate the situations that facilitate their spread. In meeting these challenges, however, we confront a high degree of uncertainty. We can make some short-term predictions about new disease outbreaks by recognizing conditions that favor outbreaks of known disease and by anticipating ecological changes associated with human activity. We are developing models based on evolutionary ecology that would allow us to make some longer-range predictions about new disease outbreaks.

Just as organisms adapt rapidly to a new condition, we too can respond rapidly to new disease threats. But to do that, we have to recognize them quickly. An analysis of the factors facilitating or delaying recognition along with improved diagnostic techniques, might allow us to recognize problems sooner than is now possible.

We also must be very general in our response to disease. Our current therapeutic tools—immunization and antibiotics— are highly specific for the diseases they fight and can be developed only after the pathogen has been studied. Other organisms develop very nonspecific resistances that confer protection against a range of threats. For human beings, measures could be taken to boost the body's defenses in general. These would include good nutrition, pollution control, biodiversity for vector control and social arrangements that ensure these measures reach the entire population.

We advocate a mixed strategy, which offers back-up protection in case the first plan turns out not to be the best. A mixed strategy combines the tried-and-true approaches with newer ones. It may rely on some short-range predictions and monitoring, but it encourages longer-range ecological and evolutionary surveillance. It may concentrate on public health measures and seek to create healthful social systems that renegotiate our relations with the rest of nature.

Ultimately, we may have to reevaluate our notion of disease. We must see disease as the outcome of multiple conditions arising from changes not only within cell nuclei, but also around the globe, including changes in climate, economic patterns and communities of species. Any effective analysis of emerging diseases must recognize the study of complexity as perhaps the central general scientific problem of our time.

**Bibliography**

Anderson, P. K. 1991. Epidemiology of insect-transmitted plant pathogens. Dissertation in the Department of Population Sciences, Harvard School of Public Health.

Cairns, J. 1975. *Cancer: Science and Society.* San Francisco: W. H. Freeman.

Centers for Disease Control. 1993. Hantavirus pulmonary syndrome. *Morbidity and Mortality Weekly Report* 42:816–820.

Ewald, Paul. 1988. Cultural vectors, virulence, and the emergence of evolutionary epidemiology. *Oxford Surveys in Evolutionary Biology* 5: 215–245.

Epstein, P. R. 1992. Commentary—pestilence and poverty—historical transitions and the great pandemics. *American Journal of Preventive Medicine* 8:263–265.

Epstein, P. R., T. E. Ford, and R. R. Colwell 1993. Marine ecosystems. *Lancet* 342:1216–1219.

Garret–Jones, C. 1964. Prognosis for intervention of malaria transmission through assessment of the mosquito's vectorial capacity. *Nature* 204:531–545.

Hughs, J. M., C. J. Peters, M. L. Cohen and B. W. J. Mahay. 1993. Hantavirus pulmonary syndrome: an emerging infectious disease. *Science* 262:850–851.

LeDuc, J. W., J. E. Childs, G. E. Glass and A. J. Watson. 1993. Hantaan (Korean Hemorrhagic Fever) and Related Rodent Zoonoses. In *Emerging Viruses*, S. S. Morse, ed. New York: Oxford University Press, p. 149.

MacDonald, G. 1952. The analysis of equilibrium in malaria. *Tropical Disease Bulletin* 49:813–828.

Marshall, E., and R. Stone. 1993. Hantavirus outbreak yields for PCR. *Science* 261:832–836.

Nichol, S. T., F. C. Spiropoulou, G. Morzunov, P. E. Rollin, T. G. Ksiazek, H. Feldmann, A. Sanchez, J. Childs, S. Zaki and C. J. Peters. 1993. Genetic identification of a hantavirus associated with an outbreak of acute respiratory illness. *Science* 262:914–917.

Possas, C. A. 1992. A sociological approach to epidemiological analysis: a tool for future health scenarios in developing countries. Boston: Takemi Program in International Health, Harvard School of Public Health, Research paper 71.

Settergren, B., P. Juto, A. Tollfors, G. Wadell and S. R. Norrby. 1989. *Reviews in Infectious Disease* 11:121.

Wilson, M. E. 1991. *A World Guide to Infection: Disease, distribution, diagnosis.* New York; Oxford University Press.

This content downloaded from 204.124.92.254 on Mon, 16 Mar 2015 21:33:16 UTC
All use subject to JSTOR Terms and Conditions

BLM_0056612





Published on behalf of the International Association of Wildland Fire

Search

[          ]

This Journal ▼  GO

Advanced Search

▶ **Journal Home**
  About the Journal
  Editorial Board
  Contacts
▶ **Content**
  Online Early
  Current Issue
  Just Accepted
  All Issues
  Special Issues
  Sample Issue
  20-Year Author Index
▶ **For Authors**
  General Information
  Notice to Authors
  Submit Article
  Open Access
▶ **For Referees**
  Referee Guidelines
  Review Article
▶ **For Subscribers**
  Subscription Prices
  Customer Service
  Print Publication Dates

➕ **e-Alerts**

Subscribe to our Email Alert
or 🔲 feeds for the latest
journal papers.

➕ **Connect with us**
 

**Article**                    << Previous  |  Next >>       📄 Contents Vol 17(5)

**Factors influencing large wildland fire suppression expenditures**

Jingjing Liang [A, E], Dave E. Calkin [B], Krista M. Gebert [B], Tyron J. Venn [C], Robin P.
Silverstein [D]

[A] Department of Forest Sciences, PO Box 757200, University of Alaska,
Fairbanks, AK 99775, USA.
[B] USDA Rocky Mountain Research Station, Forestry Sciences Laboratory,
800 East Beckwith Ave., Missoula, MT 59801, USA.
[C] College of Forestry and Conservation, University of Montana, Missoula, MT
59812, USA.
[D] Wildlife Biology Program, University of Montana, Missoula, MT 59812, USA
[E] Corresponding author. Email: j.liang@uaf.edu

*International Journal of Wildland Fire* **17**(5) 650–659   http://dx.doi.org/10.1071/WF07010
Submitted: 11 January 2007   Accepted: 24 December 2007   Published online: 3 October 2008

**Abstract**

There is an urgent and immediate need to address the excessive cost of large fires. Here, we studied
large wildland fire suppression expenditures by the US Department of Agriculture Forest Service.
Among 16 potential non-managerial factors, which represented fire size and shape, private properties,
public land attributes, forest and fuel conditions, and geographic settings, we found only fire size and
private land had a strong effect on suppression expenditures. When both were accounted for, all the
other variables had no significant effect. A parsimonious model to predict suppression expenditures
was suggested, in which fire size and private land explained 58% of variation in expenditures. Other
things being equal, suppression expenditures monotonically increased with fire size. For the average
fire size, expenditures first increased with the percentage of private land within burned area, but as the
percentage exceeded 20%, expenditures slowly declined until they stabilised when private land reached
50% of burned area. The results suggested that efforts to contain federal suppression expenditures
need to focus on the highly complex, politically sensitive topic of wildfires on private land.

**Keywords:** cost containment, fire economics, geostatistics, hierarchical partitioning, hypothesis test.

PDF (434 KB)
$25

Corrigendum

Export Citation

Print

ShareThis

Subscriber Login

Username:
[          ]
Password:     GO
[          ]



© CSIRO 1996-2013

BLM_0056613

Case No. 1:20-cv-02484-MSK   Document 44-12   filed 04/28/21   USDC Colorado   pg 128 of 211

# AMERICAN MUSEUM
# Novitates

PUBLISHED BY THE AMERICAN MUSEUM OF NATURAL HISTORY
CENTRAL PARK WEST AT 79TH STREET, NEW YORK, N.Y. 10024
Number 2840, pp. 1–68, figs. 1–13, tables 1–11                    February 28, 1986

# Fossil Mammals from the "Mesaverde" Formation (Late Cretaceous, Judithian) of the Bighorn and Wind River Basins, Wyoming, with Definitions of Late Cretaceous North American Land-Mammal "Ages"

JASON A. LILLEGRAVEN[1] AND MALCOLM C. McKENNA[2]

## ABSTRACT

Mammalian faunas are documented for the first time from the "Mesaverde" Formation (Late Cretaceous) of Wyoming. Nonmarine fossils from the Bighorn and Wind River basins indicate a Judithian (revised definition) "age" for the assemblages through comparisons with approximately contemporaneous faunas of the Judith River (Montana) and Oldman (Alberta) formations. Three previously unknown genera are recognized, although not named herein, from the "Mesaverde" Formation (Multituberculata, new genus and species, unidentified; Dryolestidae, new genus and species, unidentified; and *Falepetrus barwini*). Three new species of previously described genera (*Alphadon sahnii, A. attaragos,* and *Paranyctoides megakeros*) are named. All species-level taxa (16 total) except *Alphadon lulli* are reported from Wy-

oming for the first time, and new records involve both geographic and geologic range extensions. The temporal record of the dryolestid appears relictual, being previously unknown from post-Jurassic strata in North America. Taxonomic comparisons suggest that the Judithian mammalian fauna of what was then coastal parts of the western interior was essentially homogeneous geographically, at least from southern Alberta to central Wyoming.

Nonmarine mammalian assemblages from the Oldman, Judith River, and "Mesaverde" formations correlate temporally with more easterly marine rock units that lie within (or within four zones above) the *Baculites gregoryensis* (cephalopod) Zone, part of the standard zonation of Upper Cretaceous rocks of the North American western interior. The upper part of the Red Bird Silty Mem-

[1] Professor, Departments of Geology and Geophysics/Zoology and Physiology, The University of Wyoming, Laramie, Wyoming 82071.
[2] Frick Curator of Fossil Mammals, Department of Vertebrate Paleontology, The American Museum of Natural History; Professor, Department of Geological Sciences, Columbia University.

Copyright © American Museum of Natural History 1986                    ISSN 0003-0082 / Price $5.50

ber of the Pierre Shale at Redbird, Wyoming, holds the largely endemic invertebrate macrofaunal assemblage characteristic of the *B. gregoryensis* Zone as well as a newly described planktonic foraminiferal assemblage. The microfossils allow correlation to the upper Taylorian and/or lower Navarroan foraminiferal stages of the Gulf Coast. This, in turn, correlates approximately to the Campanian-Maastrichtian stage boundary at Gubbio, Italy, and European stratotypic sections. Judithian mammal faunas of the Rocky Mountains, therefore, must be younger in age (i.e., late Campanian and/or early Maastrichtian) in terms of the European stages than usually is considered on the basis of molluscan zonations within the North American western interior (e.g., well within the Campanian). Judithian mammals from the Rockies probably lived about 74–76 million years ago during the late part of geomagnetic Polarity Chron 33 or the early part of Polarity Chron 32, during the regressive phases of the Claggett cyclothem as recognized for the western shoreline of the Western Interior Seaway. They correlate stratigraphically with the lower part of the *Aquilapollenites quadrilobus* palynomorph Interval Zone of the northern Rockies.

Aquilan (oldest), Judithian, and Lancian (youngest) provincial North American land-mammal "ages" are redefined for the Late Cretaceous nonmarine sequence of the western interior from an older stage concept; the "ages," based upon species-level mammalian assemblages, are modeled after the system used successfully for nonmarine Cenozoic faunas of North America. An Edmontonian "age" (previously used as a stage term, chronologically intermediate between the Judithian and Lancian) is probably identifiable as a discrete interval of geologic time, but is not yet defensible on the basis of mammalian assemblages. Therefore, it is not redefined as a land-mammal "age."

We concur with the interpretation that the Djadokhta Formation of southern Mongolia and the Judith River and Oldman faunas of North America are essentially of the same age. This compresses the faunas of the Barun Goyot and Nemegt formations of southern Mongolia, plus that of the poorly known, nearby Bugeen Tsav locality, into an interval of time equivalent to the Judithian and/or Lancian North American land mammal "ages" and, most probably, to the Maastrichtian stage as typified in western Europe.

# INTRODUCTION

This is the first systematic account of mammalian remains from the Late Cretaceous "Mesaverde" Formation of the North American western interior. As discussed below (see Geological Framework), the name Mesaverde Formation is used incorrectly in Wyoming; thus we consistently place the name within quotation marks to distinguish its use in Wyoming from its proper usage nearer the type section in southwestern Colorado.

The fossils described herein are of special biogeographical importance because they represent the most southerly, well-documented record of Judithian (revised definition, see under Biostratigraphy) mammals known from the continent. Although preliminary, we considered the development of this paper worthwhile because a new collecting effort in the "Mesaverde" Formation has been mounted by Lillegraven. It will be some time before the results of that could be made available in published form. Because of the limited number of specimens available, we are not considering elements of mammalian faunas of Late Cretaceous age from Utah (R. L.

Cifelli and J. G. Eaton, personal commun.), the Kirtland and Fruitland formations of New Mexico (Clemens et al., 1979; Flynn, in press), the El Gallo Formation (Clemens, 1980) of Baja California, Mexico, Eutaw Formation (Emry et al., 1981) of Mississippi, or Mount Laurel Formation (Krause and Baird, 1979) of New Jersey.

New faunas from two general areas (see figs. 1–3; Locality Data, below) within Wyoming are described. The first is from multiple localities in the north-central part of the state in the Bighorn Basin, with most sites being northeast of the town of Worland. The second is from two, closely adjacent localities at the center of the state in the Wind River Basin, in the area of the Rattlesnake Hills Anticline (Barwin, 1959, 1961a, 1961b; Ostrom, 1965; Shapurji, 1978). Virtually all of the reported specimens occur along with abundant nonmammalian remains within yellow channel sandstones, with considerable reworking of the fossils. Most mammalian specimens are represented by isolated teeth or edentulous jaw fragments as shown through

BLM_0056615

the various collecting techniques of surface-crawling, quarrying, underwater screen-washing, and dry-screening. No indication of the existence of articulated mammalian skeletal remains has yet been observed.

## ABBREVIATIONS

### INSTITUTIONAL

AMNH, Department of Vertebrate Paleontology, The American Museum of Natural History, New York

NMC, National Museum of Canada, Ottawa

PMAA-P, Provincial Museum and Archives of Alberta, Paleontological Collections, Drumheller

UA, Collection of Fossil Vertebrates, Department of Geology, The University of Alberta, Edmonton

UCMP, Museum of Paleontology, University of California, Berkeley

USGS, United States Geological Survey

UW, The Geological Museum, The University of Wyoming, Laramie

### STANDARD DENTAL MEASUREMENTS

AP, Anteroposterior length

ANW, Anterior width (=width of trigonid of lower molariform teeth; =width of tooth on teeth in which only one width measurement was taken)

POW, Posterior width (=width of talonid of lower molariform teeth)

LTRI, Length of trigonid

### MISCELLANEOUS

ACSN, American Commission on Stratigraphic Nomenclature

IUGS, International Union of Geological Sciences

MPR, Mongolian People's Republic

NACSN, North American Commission on Stratigraphic Nomenclature

NALMA, North American land-mammal "age"

P4, m1, Tooth designations: capital letters, upper jaw; lower case letters, lower jaw

## HISTORY OF COLLECTING

### WIND RIVER BASIN

Earlier successes in fossil recovery by screen-washing of large volumes of sediments in the type Lance Formation of eastern Wyoming prompted explorations by McKenna in 1961 to similar point bar and pond deposits in older Cretaceous rocks of Wyoming and Utah, including the "Mesaverde" Formation (Barwin, 1959, 1961a, 1961b). Only one locality, however, the future site of Barwin Quarry (see fig. 2 and Locality Data, below), central Wyoming, was judged promising.

Prospecting at this site yielded the first fossil mammals from the "Mesaverde" Formation. Searches in nearby areas of outcrop west of the minimally productive Barwin Quarry were carried out in 1965 with the hope of finding new and better sites. Results were negative, however, and a decision was made to work Barwin Quarry. The richness of the site was minimal, yielding several teeth per ton of rock processed. A full-scale washing program was continued at Barwin Quarry in 1966.

After extensive overburden was removed by blasting and bulldozing, approximately 100 identifiable mammalian specimens and a large number of other vertebrate remains eventually were obtained from Barwin Quarry by screening about 80 tons of the fossiliferous sandstone. Unfortunately, total productivity was even less than the minimal value anticipated, so excavation was terminated at the end of the 1966 season. However, comparatively minor excavations were made by the AMNH crew in 1970. The collections made in 1965, 1966, and 1970 were catalogued by Thomas H. Rich, but no research was undertaken until Lillegraven rejuvenated the present project in 1981.

Surface collecting, including dry-screening, was done by J. Howard Hutchison and Michael T. Greenwald (University of California, Berkeley) at a newly discovered extension to the east of the fossil-bearing level represented at Barwin Quarry in August of 1976. Two days were spent at the site, resulting in the UCMP specimens used in the present study. The new locality (UCMP V-81101, Fales Rocks 1) is the same as UW V-81006, Fales Rocks.

Lillegraven visited UW V-81006 for one day in June of 1981, collecting a few teeth through dry-screening. He revisited the site in November of 1982, collecting about half a ton of rock for screen-washing. A sample of roughly 25 tons was taken by Lillegraven from the Fales Rocks locality in August of



Fig. 1.   Reference map of western North America showing general locations (numbers 5 and 6) of mammalian assemblages from "Mesaverde" Formation described in present paper (see fig. 2 for greater detail). Numbers refer to important Late Cretaceous mammal-bearing areas listed in table 10. See text concerning nature of "Edmontonian."

1983, but remains found there are not included in the present paper.

## BIGHORN BASIN

The first mammals from the "Mesaverde" Formation of the Bighorn Basin were found in 1978 by Gerard R. Case. The specimens were recovered from many sites (see fig. 2 and Locality Data, below) to the northeast of Worland and were given to McKenna for study and inclusion within the AMNH collections; Case was searching primarily for remains of fossil sharks. Case returned to the area briefly in 1979.

Lillegraven and his party spent roughly two weeks in the area discovered by Case in late July and early August of 1981. They prospected widely, searching with only modest success for new and richer mammal-bearing localities. Specimens recovered by surface prospecting, dry-screening, and test screenwashing are described in the present paper.

One site in the southwestern Bighorn Basin (UW V-81016, Late for Lunch locality, see fig. 2) was discovered by Kenneth E. Jackson of Lillegraven's field party in July of 1981; it was revisited briefly by Lillegraven's crew in August of 1982. The site appears highly promising for recovery of additional specimens of high quality, but the relative richness was not appreciated until the 1982 visit. A

BLM_0056617

Case No. 1:20-cv-02484-MSK   Document 44-12   filed 04/28/21   USDC Colorado   pg 132 of 211



FIG. 2.   Reference maps of Wyoming showing semi-detailed positions of mammalian assemblages from "Mesaverde" Formation. **A,** Inset, showing principal tectonic features surrounding Bighorn, Wind River, and Powder River basins. **B,** Outcrop pattern (solid black; traced from Love and Christiansen, 1983) of "Mesaverde" Formation of Bighorn and Wind River basins showing approximate areas for the Case sites, Late for Lunch locality, and Barwin Quarry–Fales Rocks (see section on locality data for more detail).

BLM_0056618



Fig. 3.   Cross section of lower part of "Mesaverde" Formation in southeastern Wind River Basin in area of mammal-bearing localities (see fig. 2 and section on locality data). Stratigraphic terminology follows Barwin (1961a; see fig. 4). Section is presented normal to strike (strike 42–47°W, dip 31–33°N), and shows local topography relative to horizontal (heavy dashed line) and prominent sandstone outcrops (dotted pattern). Base of section is top of main body of Cody Shale. Top of section is unexposed and within "Mesaverde" Formation at top of level (best seen to NW of measured section) rich in petrified wood. Numbers in parentheses are thicknesses of individual rock units. Solid triangle indicates top of Wallace Creek Tongue of Cody Shale as delimited by Barwin (1961a); we place contact lower because of presence of nonmarine fossil vertebrates within contested part of section. Fales Rocks (spelling as used on USGS Garfield Park Quadrangle, 1959, 7.5 min topographic map) is a series of gray, oil-stained sandstones that serves as a prominent local landmark.

sample of about half a ton was secured in June of 1983, but fossils recovered then are not included in the present report.

## GEOLOGIC AGE FRAMEWORK

### Based on Zonation by Molluscs

#### Introduction

Most comparisons made within the Systematic Paleontology section are made among fossils recovered from the upper part of the Oldman Formation (southern Alberta; Judith River Formation, Oldman beds of McLean, 1971), the Judith River Formation (north-central Montana), and the "Mesa-

verde" Formation (northwestern and central Wyoming). All fossils are from nonmarine strata, and a tacit assumption is that the various rock units are contemporaneous at a coarse level of resolution. Such an assumption is important, because it implies that most differences observed within species collected from the various areas are a result of individual or populational variation rather than evolutionary change expressed through a significant interval of geologic time. Is the assumption of contemporaneous existence justifiable?

The primary means for determining temporal correlation for strata of Late Cretaceous age in the North American western interior

Case No. 1:20-cv-02484-MSK   Document 44-12   filed 04/28/21   USDC Colorado   pg 134 of 211





FIG. 4.   Index map (above) of part of Wyoming (refer to fig. 2) and interpretive geologic cross section (below; modified from Barwin, 1961a, pl. IV, not drawn to scale) to show local relationships of important stratigraphic units. Approximate position of mammal-bearing localities (Barwin Quarry and Fales Rocks locality) is shown by solid triangle. Cretaceous strata above Cody Shale are lost to erosion across uplifted Casper Arch in chosen section.

is by the distribution of marine invertebrates. A history of how the basic framework of the Cretaceous System in the western interior was developed has been presented by Waage (1975). We are concerned only with the Late Cretaceous (Senonian). Detailed zonations

exist, based primarily on marine molluscs, that are generally assumed to be contemporaneous geographically (see Kauffman, 1970, 1975; Obradovich and Cobban, 1975). The following section reviews specifically how the Oldman, Judith River, and "Mesaverde" formations relate to marine invertebrate zonations. The review is geographically based, progressing southward.

OLDMAN FORMATION

The Oldman Formation (Russell and Landes, 1940) overlies and partly interdigitates with the Foremost Formation (Oldman and Foremost members of the Belly River Formation as discussed by Williams and Burk, 1964, p. 175). McLean (1971) suggested extension of the name Judith River Formation (type section in Montana) into the plains of Canada, with relegation of the Oldman and Foremost formations to the status of beds. Although such terminology is now in general use among Canadian geologists (e.g., Forester et al., 1977), for purposes of convenience in designation of fossil beds we retain the older terms (the extensive need for qualification as "Judith River Formation of Alberta" is thereby obviated).

The Foremost Formation (Dowling, 1915) is composed of fine clastic sediments, occasional coals, and abundant strata bearing a brackish-water fauna. The Oldman and Foremost formations were considered by Jeletzky (1968, p. 46) to represent the *Baculites gregoryensis* (cephalopod) Zone of the United States (see Cobban and Reeside, 1952, chart 10b; Obradovich and Cobban, 1975, table 1). The upper reaches of the Oldman Formation in Alberta, however, probably involve lateral equivalents of as many as four cephalopod zones higher (approximately 2 million years younger) than the *B. gregoryensis* Zone (i.e., progressing upward, *B. scotti* through *B. rugosus* zones; see Forester et al., 1977, fig. 2). The principal assemblages of fossil mammals from Alberta's Oldman Formation occur high in the section. Dr. Dale A. Russell suggested to Lillegraven (letter dated November 19, 1984) that the mammalian assemblages of the upper Oldman Formation may be as young as the *B. rugosus* (=*Exiteloceras jenneyi*) Zone.

The Foremost Formation is underlain by the Pakowki Formation (Dowling, 1915; representing a westerly equivalent of the upper part of the marine Lea Shale); the Pakowki Formation bears the distinctive *Baculites obtusus* fauna, characterized by Jeletzky (1968, p. 45). The *B. obtusus* fauna of southern Alberta correlates in age in the United States with rocks of the Sharon Springs Member of the Pierre Shale and its more westerly equivalents such as the Claggett Shale (Hatcher and Stanton, 1903; Hatcher, 1904; Stanton and Hatcher, 1905; see also Gill and Cobban, 1965, fig. 3, 1966a, table 2, 1973, fig. 12).

The Oldman Formation is overlain by the Bearpaw Formation (Hatcher and Stanton, 1903; Stanton and Hatcher, 1905; Forester et al., 1977), bearing at its base (in Alberta) the *Baculites compressus* Zone, also recognized widely to the south (Cobban and Reeside, 1952; Obradovich and Cobban, 1975; Riccardi, 1983). Thus, the vertebrate assemblages of the Oldman Formation are reasonably constrained in terms of their positions within the North American western interior marine invertebrate zonation.

JUDITH RIVER FORMATION

The type Judith River Formation (Hayden, 1871; see also Stanton and Hatcher, 1903; Hatcher, 1904; Sahni, 1972; Gill and Cobban, 1973) is biostratigraphically bracketed in a similar fashion to the Oldman-Foremost complex of southern Alberta. That is, the nonmarine strata are underlain by the Claggett Shale, bearing the *Baculites asperiformis* Zone (of Cobban and Reeside, 1952, p. 1020; two zones higher than the *B. obtusus* Zone), and overlain by the Bearpaw Shale, bearing the *B. compressus* Zone (ibid.). The Judith River Formation grades eastward into the *B. gregoryensis* Zone within the Pierre Shale (ibid.). Thus the biostratigraphic correlation between nonmarine strata of the Oldman and Judith River formations is reasonably close and well controlled, in addition to corresponding to the same regression of the sea.

"MESAVERDE" FORMATION

GENERAL: As discussed by Reeside (1924), Weimer (1960), Fisher et al. (1960), and Molenaar (1983), the strata in Wyoming referred

to in current literature as the Mesaverde Formation or Group (Holmes, 1877: "Mesa Verde Group") and Lewis Shale (Cross et al., 1899) are significantly younger than the Mesaverde and Lewis Shale at their type sections in the San Juan Basin in southwestern Colorado. Not only are the more northerly rock units younger, they also represent clastic debris from quite different transgressive-regressive sequences of the Western Interior Seaway (see Weimer, 1960, fig. 7). Moreover, a widespread unconformity exists within the "Mesaverde" of Wyoming at the base of the Teapot Sandstone Member (Gill and Cobban, 1966b). Thus use of the names Mesaverde Formation and Lewis Shale for strata in Wyoming represents a long-standing, although generally understood, error.

BIGHORN BASIN: Nearly all mammalian specimens from the Bighorn Basin available for the present study come from the middle to upper parts of the "Mesaverde" Formation in the southeastern part of the basin. The localities are a few kilometers northeast of the No Water Creek section (number 5) of Gill and Cobban (1966b, fig. 1). According to their interpretation, the part of the section bearing the mammalian fossils would overlie the *Baculites perplexus* Zone (see Obradovich and Cobban, 1975, table 1) and would correlate to the east with: (1) the lower marine part of the Parkman Sandstone Member of the "Mesaverde" Formation; and (2) the *B. gregoryensis* Zone as seen in the Pierre Shale (see Gill and Cobban, 1966a). At least three species of *Baculites* that represent zones slightly lower than *B. gregoryensis* underlie the "Mesaverde" Formation in the southern Bighorn Basin within the Cody Shale. An erosional unconformity separates the upper part of the mammal-bearing section from the significantly younger Teapot Sandstone Member of the "Mesaverde" Formation (Gill and Cobban, 1966b, fig. 1).

WIND RIVER BASIN: All mammalian specimens known from the Wind River Basin come from the Barwin Quarry and Fales Rocks sites (see figs. 3 and 4; Locality Data below). These sites are within the lower part of the mainly nonmarine unnamed middle member of the "Mesaverde" Formation (Rich, 1958) as described by Barwin (1959, 1961a, p. 29, 1961b; Zapp and Cobban, 1962).

Although no marine fossils have been recovered from the unnamed middle member in the immediate vicinity of the mammal localities, the presence of *Inoceramus subcompressus* was reported by Keefer and Rich (1957, p. 73) from strata equivalent to the basal part of the member in the southeastern corner of the Wind River Basin (see Barwin, 1961a, p. 34). *Inoceramus subcompressus* occurs elsewhere in zones just below the *Baculites gregoryensis* Zone (see Kauffman, 1975, fig. 4).

Underlying the local unnamed middle member of the "Mesaverde" Formation is the Wallace Creek Tongue (of Barwin, 1961a, p. 14) of the Cody Shale. The Wallace Creek Tongue has yielded a variety of marine invertebrates (see Barwin, 1961a, pp. 17–19), including *Inoceramus subcompressus* and *Baculites* sp. aff. *B. haresi* (identifications by W. A. Cobban in written commun. to Barwin, 1957). Elsewhere, *Baculites haresi* is also characteristic of the zones just below the *B. gregoryensis* Zone (see Cobban and Reeside, 1952, chart 10B).

No marine invertebrates have yet been described from the upper part of the unnamed middle member of the "Mesaverde" Formation in the southeastern Wind River Basin. However, according to Barwin's (1961) interpretation of the correlation of the "Mesaverde" sections between the southeastern Wind River Basin and the southwestern Powder River Basin (see fig. 4), the mammal-bearing localities within the unnamed middle member correlate with the Parkman Member of the "Mesaverde" Formation. Cobban (1958, p. 116) reported the presence of *Baculites gregoryensis* within the Parkman Member in the southwestern Powder River Basin.

Following the above review, it seems reasonable to accept the assumption that the mammalian assemblages of the Oldman, Judith River, and "Mesaverde" formations do, indeed, represent essentially the same cephalopod-based biostratigraphic unit, correlating approximately with the marine *Baculites gregoryensis* Zone (of Cobban and Reeside, 1952); as discussed above, the material from the upper Oldman Formation may be as much as four zones younger. Because there is little evidence to suggest that the limits of the marine invertebrate zonation are significantly

Case No. 1:20-cv-02484-MSK   Document 44-12   filed 04/28/21   USDC Colorado   pg 137 of 211

time-transgressive from one geographic area to another, we can further assume that the mammalian faunas from Alberta, Montana, and Wyoming are essentially contemporaneous.

### BASED ON ZONATION BY PLANKTONIC FORAMINIFERA

The Red Bird Silty Member of the Pierre Shale (see Gill and Cobban, 1966a) as seen in east-central Wyoming at Redbird is of particular importance because it provides a link between zonations based on ammonites and those based on planktonic foraminifera.

The Red Bird Silty Member contains a macrofauna characteristic of the *Baculites gregoryensis* (cephalopod) Zone (see Gill and Cobban, 1966a, table 2) which, as discussed above, is a principal correlative of the mammal-bearing strata of the nonmarine Oldman, Judith River, and "Mesaverde" formations. Unfortunately, the Late Cretaceous cephalopod zones of the North American western interior are represented by highly endemic species (see Kennedy and Cobban, 1976; Young, 1963) that have not proven useful for temporal correlation with warmer-water areas to the south. Moreover, the gastropods at Redbird are of little use in high-resolution correlation with areas outside the western interior (Sohl, 1967).

Bergstresser (1981, fig. 7) reported, among other taxa, the following species of planktonic foraminifera from the Red Bird Silty Member: *Archaeoglobigerina cretacea, A.* sp. cf. *A. blowi, Globigerinelloides multispina, G. prairiehillensis, G. volutus,* and *Heterohelix globulosa.* All of these widely distributed species constitute parts of the foraminiferal zonation of Upper Cretaceous rocks in the North American Gulf Coast (see Pessagno, 1967, 1969). Comparison of foraminiferal species' ranges between the two areas suggests correlation of the Red Bird Silty Member of the Pierre Shale with Pessagno's (1967, text-figs. 3–5) *Globotruncana fornicata–G. stuartiformis* Assemblage Zone of the Gulf Coast.

Species of planktonic foraminifera of the Pierre Shale are temporally long-ranging, and thus are of limited utility to detailed biostratigraphic zonation. Nevertheless, comparison of species' concurrent stratigraphic ranges in conjunction with their known intervals of greatest abundance (Pessagno, 1967) suggests that the foraminiferal fauna of the Red Bird Silty Member represents the correlative of the *Globotruncana elevata* Subzone and/or the next higher *Rugotruncana subcircumnodifer* Subzone of the Gulf Coast (fig. 5). In the Gulf Coast, *Rugotruncana subcircumnodifer* first appears as a rare element of the upper half of the *G. elevata* Subzone, but becomes a common species only in the *R. subcircumnodifer* Subzone. Although unknown from the section of the Pierre Shale at Redbird, *R. subcircumnodifer* is well documented nearby in upper parts of the Niobrara Formation in rocks unquestionably older than the Red Bird Silty Member (Frerichs and Dring, 1981, p. 65; Bergstresser, 1981, p. 31). The planktonic foraminiferal fauna of the Red Bird Silty Member thus allows correlation with the upper Taylorian and/or lower Navarroan stages of the Gulf Coast (see Pessagno, 1969), with a Navarroan assignment being probable.

### BASED ON ZONATION BY BENTHONIC FORAMINIFERA

As discussed by Caldwell and North (1984), assemblages of benthonic foraminiferans may be diachronous, and species usually have extensive stratigraphic ranges that span several cephalopod zones. Nevertheless, a zonation of marine Cretaceous strata of the North American western interior has been established on the basis of benthonic species (Caldwell et al., 1978). The *Eoeponidella linki* Zone (ibid., p. 551; same as "Zone XI" of Caldwell and North, 1975, p. 323) encompasses the lowest part of the Bearpaw Formation plus underlying marine strata laterally equivalent to the Judith River Formation. The *E. linki* Zone involves the *Baculites gregoryensis* through *Didymoceras stevensoni* cephalopod zones (see Caldwell et al., 1978, table 1, p. 503).

Benthonic foraminiferans from the Red Bird Silty Member of the Pierre Shale at Redbird, Wyoming, were listed by Bergstresser (1981, p. 86); this member is represented by the *Baculites gregoryensis* (cephalopod) Zone. Although Bergstresser (1981) did not discuss the section at Redbird in terms of Caldwell

BLM_0056623

Case No. 1:20-cv-02484-MSK   Document 44-12   filed 04/28/21   USDC Colorado   pg 138 of 211

| STANDARD NORTH AMERICAN STAGES | ASSEMBLAGE ZONES | SUBZONES | ZONULES |
|---|---|---|---|
| NAVARROAN | *Globotruncana contusa – stuartiformis* | *Abathomphalus mayaroensis* | |
| | | *Globotruncana gansseri* | |
| | *Globotruncana fornicata – stuartiformis* | *Rugotruncana subcircumnodifer* | *Rugotruncana subpennyi* |
| | | | *Globotruncana lapparenti s.s.* |
| TAYLORIAN | | *Globotruncana elevata* | *Globotruncana calcarata* |
| | | | *Pseudotextularia elegans* |
| | | *Archaeoglobigerina blowi* | *Planoglobulina glabrata* |
| | | | *Dictyomitra multicostata* |

FIG. 5.   Correlation chart for Upper Cretaceous sequences of western Gulf Coastal Plain and Caribbean Basin (abbreviated from Pessagno, 1969, pl. 2).

et al.'s (1978) zonation, the Red Bird Silty Member is a temporal equivalent of part of the *Eoeponidella linki* zone, originally defined in Saskatchewan.

We compared lists of species of benthonic foraminiferans from Upper Cretaceous strata in Canada (Caldwell et al., 1978), the Pierre Shale at Redbird (Bergstresser, 1981), and at the Gulf Coast (Cushman, 1946, pp. 9–13). Although the percentage of species endemic to the western interior is high, many were in common with the Gulf Coast.

Of the species shared between the *Eoeponidella linki* Zone of Canada and the Gulf Coast, most in the latter area are found both in Taylorian and Navarroan foraminiferal stages (see Pessagno, 1969). Only one species

from the *E. linki* Zone (*Nodosaria proboscidea*) is reputed unique to the Taylorian, and it is a rare form in the Gulf Coast, originally described from Europe (Cushman, 1946, p. 72). Another species (*Glomospira gordialis*) is restricted to sub-Navarroan strata in the Gulf Coast, but is identified from rocks in Canada known to be above the *E. linki* Zone (Caldwell et al., 1978, pp. 557–558). As pointed out by Cushman (1946, p. 18), however, identification of *G. gordialis* from the Gulf Coast is in doubt, and the species is very similar to Recent forms. Thus, the presumed restriction of *Nodosaria proboscidea* or *Glomospira gordialis* to sub-Navarroan strata in the North American Gulf Coast inspires little confidence.

BLM_0056624

Contrariwise, two species occur in the *Eoeponidella linki* Zone that, in the Gulf Coast, are linked specifically with the Navarroan Stage; *Reophax texanus* is an index fossil for the Navarroan (Cushman, 1946, p. 16) and *Spiroplectammina semicomplanata,* though also known in the upper Taylorian, is characteristic of the Navarroan Stage (ibid., p. 28).

Data from comparative stratigraphic ranges of benthonic foraminiferans of the *Eoeponidella linki* Zone cannot be used with total confidence in correlation to the Upper Cretaceous sequence of the Gulf Coast. Nevertheless, the most parsimonious interpretation is consistent with that derived from planktonic species, as discussed above. Using terminology from the Gulf, correlation is most probable with upper Taylorian and/or lower Navarroan stages, with correlation to the Navarroan being probable.

## BASED ON RADIOISOTOPIC DATING TECHNIQUES

Radioisotopic dates are not yet directly available for mammal-bearing strata of the Oldman, Judith River, or "Mesaverde" formations nor for marine equivalents close to the *Baculites gregoryensis* (cephalopod) Zone in the North American western interior. However, Obradovich and Cobban (1975) summarized data from potassium-argon techniques applied to bentonite deposits found associated with bracketing cephalopod zones. The weighted mean for several sites was 72.2 Ma (74.0 using corrected constants of Steiger and Jager, 1977; see Dalrymple, 1979) as determined from the *Didymoceras nebrascense* Zone, two zones higher than the *Baculites gregoryensis* Zone. Obradovich and Cobban (1975) reported a weighted mean of 77.9 Ma (79.9 using new IUGS constants) for the *Baculites obtusus* Zone, some seven zones below the *B. gregoryensis* Zone. Following the questionable procedure of assigning equal durations to each of the nine cephalopod zones intervening between the two available K-Ar age assemblages, we calculated an age of 76.6 Ma (using new IUGS constants) for the *Baculites gregoryensis* Zone. If the same assumption is made for the entire suite of zones in Obradovich and Cobban's table 1,

the *Baculites gregoryensis* Zone occurs at 76.1 Ma. Large potential error, however, should be anticipated for these crude and admittedly oversimplified calculations. Kennedy and Odin (1982, p. 590) estimated the Campanian-Maastrichtian boundary to be about 72 Ma. Harland et al. (1982) placed it at 73 Ma. Both of these estimates, however, are based on rocks occurring higher in the section than the *B. gregoryensis* Zone.

## BASED ON EUROPEAN STAGES

### GENERAL INFORMATION

Attempts to correlate the nonmarine mammal-bearing Oldman, Judith River, and "Mesaverde" formations to the stages used for the Late Cretaceous of Europe presently depends most importantly on planktonic foraminifera collected in laterally equivalent marine strata. As stated above, the cephalopod zonation of the North American temperate western interior is too endemic to allow satisfactory links with the more tropical Tethyan realm. At the species level, gastropods give similar results (Sohl, 1967, p. 9), although genera from the Pierre Shale are common to the Campanian and Maastrichtian of the Gulf Coast. Stratigraphic range data for the species of marine bivalves from the western interior discussed by Kauffman (especially 1970, 1973, 1975, 1979) are summarized by a method that does not allow detailed interbasinal correlation. Furthermore, Kauffman (1968) based zonations for Caribbean inoceramids on European stages as determined through ammonites for the North American western interior.

Assemblages of radiolarians, marine diatoms, and calcareous nannoplankton are not sufficiently known from the Late Cretaceous sequence of the western interior to inspire confidence in long-distance correlations. Palynomorphs, because of marked biotic provincialism within the western interior, cannot be used for purposes of correlation beyond that area. The mammals, of course, cannot be linked directly to the European stratotypes, all of which are represented by marine rocks. Finally, the greatly scattered radioisotopic ages available from the western interior are difficult to tie with confidence to

BLM_0056625

Case No. 1:20-cv-02484-MSK   Document 44-12   filed 04/28/21   USDC Colorado   pg 140 of 211

stratigraphic sections in other parts of the world.

Despite the above-cited practical restrictions to correlation with the Old World stratotypes, the Oldman, Judith River, and "Mesaverde" formations have been correlated, with seeming confidence, to the Campanian stage in commonly used reference sources (see, for example, McGookey et al., 1972; Williams and Burk, 1964; Kauffman, 1977, 1979); the basis for all of these is cephalopod and/or bivalve zonation.

Rawson et al. (1978; also see Harland et al., 1982) summarized the histories of the concepts of the type Campanian (district of Charente, west-central France) and Maastrichtian (near the town of Maastricht in the Netherlands on the Belgian border; see Kennedy, 1984) and the way these stages are recognized in practice today. The base of the Campanian is presently drawn at the base of the *Placenticeras (Diplamoceras) bidorsatum* (cephalopod) Zone (see Van Hinte, 1976, fig. 2; Kennedy and Odin, 1982, table 6). The Campanian-Maastrichtian boundary is usually recognized (see Birkelund et al., 1984; Schulz et al., 1984; Surlyk, 1984) at the base of the *Belemnella lanceolata* (temperate belemnite) Zone (*Acanthoscaphites tridens* Tethyan Zone; Van Hinte, 1976, fig. 2).

As summarized by Alvarez et al. (1977), the Late Cretaceous marine section in the Umbrian Apennines of east-central peninsular Italy exposed at Gubbio holds a key to worldwide correlation of biological/geological events of that interval of time. Abundant planktonic foraminifera and well-defined magnetic polarity zones developed through a roughly 300 m thick Late Cretaceous section allow close temporal comparisons with marine rock units in distant oceanic basins.

Premoli Silva (1977) used the Tethyan version of the cephalopod zonation scheme discussed above to define the base of the Campanian and the Campanian-Maastrichtian boundary at Gubbio. She recognized that the Gubbio section was well within the warm-water Tethyan realm during Late Cretaceous time, thus allowing direct comparisons of planktonic foraminiferal zonations with the Caribbean Basin and North American Gulf Coast (see Kauffman, 1977 for reconstruction of distribution of marine climatic zones).

In terms of Tethyan planktonic foraminifera, Premoli Silva (1977, fig. 2) recognized the base of the *Globotruncana elevata* Zone as the base of the Campanian (note that Van Hinte, 1976 carried the *G. elevata* Zone into the late Santonian, below the *Placenticeras bidorsatum* Zone) and the top of the *G. calcarata* Zone as the Campanian-Maastrichtian boundary (Kennedy and Odin, 1982, table 7; see Marks, 1984). Comparison of species lists from Premoli Silva (1977, fig. 1) and Pessagno (1969, pls. 3–5) shows that both defined the base of the *G. elevata* Zone (a Subzone in Pessagno's usage) using essentially the same range zone criteria. Pessagno, however, considered the base of the *Archaeoglobigerina blowi* Zone (next below the *G. elevata* Zone) of the Gulf Coast to be the base of the Campanian; this appears to be late Santonian in the usual European sense (Van Hinte, 1976, fig. 2) and as applied to the Gubbio section by Premoli Silva. Although the Santonian-Campanian boundary problem as recognized in North America is of interest (see Frerichs, 1980 for discussion), it is of less importance than the position of the Campanian-Maastrichtian boundary in reference to the mammalian faunas that constitute the basis for the present paper.

As summarized by Lanphere and Jones (1978), general disagreement exists on the placement of the Campanian-Maastrichtian boundary within the fossil-rich marine sequence of the North American western interior. Because of the proven utility of range zones of planktonic foraminifera in distant correlation, we emphasize that procedure in the discussion that follows.

Comparison of species range zones from Premoli Silva (1977) for the Gubbio section and Pessagno (1969) for the Gulf Coast shows that they used identical criteria for recognition of the Campanian-Maastrichtian boundary. Both recognized the top of the *Globotruncana calcarata* Zone as the boundary (fig. 5). The *G. calcarata* Zone is a total-range zone for that species and contains the first appearance of *G. subcircumnodifer*. The same sequence was described by Olsson (1964) for the North American Atlantic seaboard in New Jersey and Delaware, and he too considered the top of the *G. calcarata* Zone as the Campanian-Maastrichtian boundary. The same

BLM_0056626

system was used by Sissingh (1977, 1978) for calcareous nannoplankton zonation and by Barrier (1980) for specific application to the Gulf Coast.

As discussed in previous sections, foraminiferans from the Red Bird Silty Member of the Pierre Shale (representing the *Baculites gregoryensis* (cephalopod) Zone and the lateral equivalent of the mammalian assemblages in question) probably correlate with the late Taylorian and/or early Navarroan stages of the North American Gulf Coast. The Taylorian-Navarroan boundary is set at the top of the *Globotruncana calcarata* (foraminiferal) Zone, recognized at Gubbio, the North American Atlantic seaboard, and the Gulf Coast as the Campanian-Maastrichtian boundary. Thus, because of a downward relocation of the boundary, the mammal-bearing strata of the Oldman, Judith River, and "Mesaverde" formations that have so confidently been considered Campanian in age (see Clemens et al., 1979) lie precariously close to the relocated Campanian-Maastrichtian boundary, and possibly within limits of the early Maastrichtian since that stage has now been expanded.

Such a conclusion is incompatible with the concept of the Campanian-Maastrichtian boundary as it generally has been identified within the western interior on the basis of molluscan faunas; the boundary on the basis of planktonic foraminifera would be roughly nine or ten cephalopod zones lower than the level selected, for example, by Jeletzky (*in* Cobban and Reeside, 1952) and by McGookey et al. (1972, fig. 9) and six or seven cephalopod zones below the level suggested by Obradovich and Cobban (1975). The radioisotopic dates (mean of 74.0 Ma, corrected) determined by Obradovich and Cobban (1975) for the *Didymoceras nebrascense* (cephalopod) Zone of the western interior (near the Campanian-Maastrichtian boundary as determined by Pessagno, 1969, and Olsson, 1964) are somewhat earlier than the date recognized for the Campanian-Maastrichtian boundary (72 Ma) by Lowrie and Alvarez (1977, fig. 3) in their revised magnetic-polarity time scale for the Late Cretaceous. Radioisotopic age estimates are close, however, between the Obradovich and Cobban (1975) date and the estimate of 74.5 Ma recently

suggested for the Campanian-Maastrichtian boundary by Berggren et al. (in press, fig. 1 and appendix III).

## CAVEAT

In terms of application of the above information to mammalian faunas discussed in the present paper, one important lesson is learned. Because of the proximity of the various Oldman, Judith River, and "Mesaverde" mammalian assemblages to the Campanian-Maastrichtian boundary as now recognized, we can no longer blithely consider them to be Campanian in age. They could represent the late Campanian, early Maastrichtian, or both.

A provincial zonation is therefore needed for the nonmarine faunas of the North American Late Cretaceous to avoid the use of dubiously applicable interpretive names such as Campanian or Maastrichtian. Such a need was recognized decades ago by Professor Loris S. Russell (1964, 1975), who developed a local system of terminology. The provincial terms Aquilan, Judithian, and Lancian will be used within the Systematic Paleontology section below, but in somewhat different interpretations from those originally intended by Russell. The differences are specified in the section below entitled Biostratigraphy.

### BASED ON MAGNETOSTRATIGRAPHY

If we assume that the correlations discussed above are correct, the *Baculites gregoryensis* Zone and mammal-bearing Oldman, Judith River, and "Mesaverde" formations should be close to the late part of geomagnetic Polarity Chron 33 or the early part of Polarity Chron 32 (see Palmer, 1983). Unfortunately, however, this part of the Upper Cretaceous section of the western interior lacks a magnetostratigraphic zonation.

### IN RELATION TO PULSES OF SEA LEVEL CHANGE

Vail et al. (1977) summarized the importance of global cycles of changes in sea level (recognized in three orders of magnitude) to interpretations of earth history, though they did not release data specific for Cretaceous time. Ryer (1983) recognized a still smaller,

fourth-order, transgressive-regressive cycle as pertaining specifically to the Cretaceous sequence of Utah. Matsumoto (1980) discussed sea level changes during Cretaceous time from a global perspective.

Weimer (1960) recognized four important transgressive-regressive sequences of the strandline of the Western Interior Seaway within Upper Cretaceous rocks of the Rocky Mountains; these correspond in a general sense to third-order cycles of Vail et al. (1977). The mammalian faunas of the Oldman, Judith River, and "Mesaverde" formations are found within Weimer's third regressive (R3) pulse.

Kauffman (1977) and Hancock and Kauffman (1979) recognized a sequence similar to Weimer's for the Upper Cretaceous of the western interior, but began their numbering system with the base of the Cretaceous. The mammalian faunas described in the present paper relate to the regressive phase of the Claggett cyclothem (R8) of Hancock and Kauffman (1979, table 3).

### BASED ON PALYNOMORPH BIOZONES

Nichols et al. (1982) devised a zonation for the Upper Cretaceous of the northern and central Rocky Mountains of the United States on the basis of pollen and spores. Their biozones have the unique advantages of stratigraphic utility within nonmarine rocks in subsurface exploration and, to some extent, in recognizability within contemporary marine strata. The Judithian mammalian faunas discussed herein fall within the *Aquilapollenites quadrilobus* Interval Zone, the base of which is below the upper part of the type Judith River Formation of north-central Montana, the part yielding the mammalian fauna described by Sahni (1972). Further, the mammals are within Nichols et al.'s (1982) informally recognized *Siberiapollis montanensis* Subzone, the lower of the two subzones of the *A. quadrilobus* Interval Zone.

The *Aquilapollenites quadrilobus* Interval Zone is extensive temporally, involving the early form of *Baculites perplexus* (below) through *B. grandis* (above) cephalopod zones for the western interior (see Obradovich and Cobban, 1975); this includes roughly 16 cephalopod zones. Nichols et al. (1982) sug-

gested that because of biotic provincialism, this palynomorph interval zone may be difficult to recognize in Canada.

### SUMMARY OF GEOLOGIC SETTING

The mammalian fossils from the Oldman, Judith River, and "Mesaverde" formations were deposited essentially contemporaneously in nonmarine sediments near the western shoreline of the Western Interior Seaway during the regressive phase of the Claggett cyclothem. The mammal-bearing sedimentary sequences were essentially contemporaneous in deposition with more easterly, marine sediments bearing the *Baculites gregoryensis* (cephalopod) Zone (or as many as four zones younger) of the North American western interior. We correlate the *B. gregoryensis* Zone, on the basis of stratigraphically associated foraminiferans, with the upper Taylorian and/or lower Navarroan foraminiferal stages of the North American Gulf Coast; an early Navarroan assignment is slightly favored. When linked by planktonic foraminifera to equivalents of the European stratotypes, the correlation suggests time of deposition of the mammalian assemblages near the end of the Campanian and/or the beginning of the Maastrichtian, with possible overlap. The mammals in question probably lived about 74 to 76 million years ago, near the end of geomagnetic Polarity Chron 33 or the beginning of Polarity Chron 32 and occur stratigraphically within the lower part of the *Aquilapollenites quadrilobus* palynomorph Interval Zone of the northern Rockies.

### LOCALITY DATA

#### GENERAL INFORMATION

Locality data presented below are of several degrees of reliability (see also fig. 2). Positions of both localities in the Wind River Basin and all UW localities in the Bighorn Basin were plotted in the field with pertinent topographic maps in hand. Written communication from Dr. Donald Baird (November 4 and December 29, 1981) to Lillegraven, on the other hand, suggested that positions of the various Case Sites were not plotted in the field, but rather from memory some time after the collections were made. With one

exception, geographic coordinates of the Case Sites in all probability should not be considered accurate to less than a quarter-section. The exception is Case Site 5, which is essentially the same as UW V-81032, as documented by photographs.

Also included below are listings of all available mammalian specimen numbers from each locality. Many of the specimens, however, were unidentifiable (edentulous jaw fragments, fragmented teeth, isolated incisors and canines, etc.) and do not appear in the species discussions in the Systematic Paleontology sections.

Topographic quadrangle maps involved are: *Bighorn Basin*—Blue Mesa (1914, 15 min; Late for Lunch locality); and, for the remainder, Broom Draw, McDermotts Butte, and Worland SE (all 1967, 7.5 min); *Wind River Basin*—Garfield Peak (1959, 7.5 min; Barwin Quarry and Fales Rocks).

### Bighorn Basin (Washakie County, except UW V-81016)

The following localities, with the exception of UW V-81016, have similar lithologies of friable, yellow channel sandstones with occasional stringers of clay galls and clay clasts. The sandstones show local cementations that weather into hoodoos and large cannonball concretions.

*Case Site 1* (unnumbered AMNH locality; Gerard R. Case field number MV500). NW¼ of sec 35, T. 48 N, R. 91 W. Collected by G. R. Case in 1978.
AMNH 109415

*Case Site 2* (unnumbered AMNH locality; Gerard R. Case field numbers MV497, 501–505, 507–509). SE¼ of sec 27, T. 48 N, R. 91 W. Collected by G. R. Case in 1978.
AMNH 109414, 109416–109417, 109424, 109452, 109461, 109464–109466, 109468, 109475, 109479, 109481–109482, 109484, 109486

*Case Site 3* (unnumbered AMNH locality; Gerard R. Case field numbers MV511–515). Eastern center of sec 27, T. 48 N, R. 91 W. Collected by G. R. Case in 1978.
AMNH 109421–109423, 109478, 109480

*Case Site 4* (unnumbered AMNH locality; Gerard R. Case field numbers MV498,

506). NE¼ of sec 27, T. 48 N, R. 91 W. Collected by G. R. Case in 1978.
AMNH 109413, 109425, 109483

*Jerry Case Five* (UW V-81032 = AMNH unnumbered locality, Case Site 5; Gerard R. Case field numbers MV496, 499, 516–517). NE corner of NW¼ of NW¼ of sec 27 plus SE corner of SW¼ of sec 22, T. 48 N, R. 91 W. Collected by G. R. Case in 1978 and J. A. Lillegraven in 1981.
AMNH 109418–109419, 109426–109435, 109437–109446, 109448–109450, 109462, 109476, 109485, 109487–109489; UW 17071–17073

*Case Site 6* (unnumbered AMNH locality; Gerard R. Case field number MV521). NW¼ of SW¼ of sec 22, T. 48 N, R. 91 W. Collected by G. R. Case in 1978.
AMNH 109477

*Case Site 8* (unnumbered AMNH locality; Gerard R. Case field number MV510). Presumably south-center of sec 16, T. 48 N, R. 91 W. Collected by G. R. Case in 1978.
AMNH 109420

*Case Site 8:30* (unnumbered AMNH locality; no field number). Presumably center of sec 16, T. 48 N, R. 91 W. Collected by G. R. Case in 1979.
AMNH 109453–109455

No locality name (unnumbered AMNH locality; no field number), "12 mi NE of Worland." Collected by G. R. Case and R. Steiner in 1978.
AMNH 109456–109460

*Late for Lunch Locality* (UW V-81016). South-central part of SW¼ of NW¼ of NW¼ of sec 25, T. 45 N, R. 97 W, Hot Springs County. On basal flanks of SE part of tallest local hill below massive bands of white sandstone that make up the hill. Fossils come from a moderately cemented, plant-rich channel sandstone set between low-grade lignite layers. The fossiliferous layer is only 10–15 cm thick and extends laterally less than 10 m. Collected by J. A. Lillegraven in 1981 and 1982.
UW 17068–17070, 17087

*Old Number One* (UW V-81036). Near NE corner of NE¼ of SE¼ of NE¼ of SW¼ of sec 16, T. 48 N, R. 91 W. Collected by J. A. Lillegraven in 1981.
UW 17084

*Old Number Four* (UW V-81038). Center of

N½ of NW¼ of NW¼ of NE¼ of sec 21, T. 48 N, R. 91 W. Collected by J. A. Lillegraven in 1981.

UW 15529–15530, 17099–17101

*Old Number Five* (UW V-81040). SW¼ of SE¼ of SE¼ of NE¼ of sec 21, T. 48 N, R. 91 W. Collected by J. A. Lillegraven in 1981.

UW 15531

*Meteors* (UW V-81066). Center of W½ of NE¼ of SE¼ of NW¼ of sec 27, T. 48 N, R. 91 W. Collected by J. A. Lillegraven in 1981.

UW 15532–15533, 17095

*No Wind* (UW V-81073). South-central part of NW¼ of SE¼ of SE¼ of sec 27, T. 48 N, R. 91 W. Collected by J. A. Lillegraven in 1981.

UW 17096

*Sunset to Dawn Two* (UW V-81076). NE¼ of SW¼ of SE¼ of sec 27, T. 48 N, R. 91 W. Middle of outcrop area. Collected by J. A. Lillegraven in 1981.

UW 15522–15528, 17075–17083

*Sunset to Dawn Three* (UW V-81077). NE¼ of SW¼ of SE¼ of sec 27, T. 48 N, R. 91 W. Low on outcrop area. Collected by J. A. Lillegraven in 1981.

UW 17097–17098

## Wind River Basin (Natrona County)

*Fales Rocks* (UW V-81006 = UCMP V-81101 and within general area of UCMP V-5833). Below top of southwestern slope of hill 6450 (on Garfield Peak Quadrangle, 1959, 7.5 min topographic map) in NE¼ of SW¼ of SE¼ of SW¼ of sec 4, T. 33 N, R. 87 W. Vertebrate fossils occur at multiple levels through at least 10 m of yellowish to golden channel sandstone (see figs. 3 and 4). The richest fossil-bearing level is within a basal ironstone-cemented pebble conglomerate and throughout the overlying 2 m of more friable, yellowish sandstone. Fossils are seen both as isolated occurrences in massively cross-bedded sandstones and within concentrations of clay-gall stringers along thin bedding planes. A few thin lignite beds occur within sandstone bedding planes. Collected by J. H. Hutchison and M. T. Greenwald in 1976 and J. A. Lillegraven in 1981.

UCMP 125336–125343, 125346–125350; UW 15515–15518, 15520, 15535, 15538–15540, 15581, 17041–17062

*Barwin Quarry* (unnamed AMNH locality; no field numbers). 37 m northwest of Fales Rocks (UW V-81006) locality, at same stratigraphic horizon. Fossils occur in an identical geologic situation between the two named localities and fossils are present in abundance between the two sites. Collected by M. C. McKenna and party in 1961, 1966, and 1970.

AMNH 59695, 59697–59699, 80001–80006, 80009–80022, 86301–86302, 86304–86319, 86321–86326, 86328–86337, 86339–86343, 86345–86346, 86348–86354, 86356–86365, 88482–88495, 88497–88499, 108676, 108678–108688

## SYSTEMATIC PALEONTOLOGY

CLASS MAMMALIA LINNAEUS, 1758

SUBCLASS ALLOTHERIA (MARSH, 1880)

ORDER MULTITUBERCULATA COPE, 1884

SUBORDER PTILODONTOIDEA
SLOAN AND VAN VALEN, 1965

FAMILY NEOPLAGIAULACIDAE
AMEGHINO, 1890

GENUS *MESODMA* JEPSEN, 1940

*Mesodma primaeva* (Lambe, 1902)
Figure 6A–E; table 1

HOLOTYPE: NMC 1890, right mandible with p4m1.

TYPE LOCALITY: Oldman Formation in valley of Red Deer River near Steveville, Alberta.

LOCALITIES REPRESENTED IN PRESENT STUDY AND REFERRED SPECIMENS: WIND RIVER BASIN: p4, AMNH 86305, 86323, UW 15539 (fig. 6A, B); P4, AMNH 59697, 86304 (fig. 6C–E), 86356.

KNOWN DISTRIBUTION: Oldman Formation (Judithian), Alberta; Judith River Formation (Judithian), Montana; and "Mesaverde" Formation (Judithian), Wind River Basin, Wyoming.

DESCRIPTION AND COMPARISONS: p4. The three p4s referred to *Mesodma primaeva* agree closely in structure with the holotype (Lambe,

| TABLE 1 |
| --- |
| Measurements of Teeth Referable to *Mesodma primaeva* |

|     |            | AP   | ANW  |
| --- | ---------- | ---- | ---- |
| p4  | AMNH 86305 | 3.74 | 1.71 |
|     | UW 15539[a] | 3.48 | 1.34 |
| P4  | AMNH 59697 | 3.39 | 1.77 |
|     | 86304      | 3.60 | 1.89 |

[a] From Fales Rocks; unmarked teeth from Barwin Quarry.

1902, pl. 15, figs. 13, 14) and with AMNH 77121, referred by Sahni (1972, p. 367) to this species. Anteroposterior lengths of specimens from the Wind River Basin (see table 1) are below the range of variation reported by Novacek and Clemens (1977, table 1, p. 704) for specimens of *M. primaeva* from the Judith River Formation. Both complete specimens from the Wind River Basin (AMNH 86305 and UW 15539) have 11 serrations.

P4. Three teeth from the Wind River Basin are referable to P4s of *Mesodma primaeva* on the basis of size and general morphology. However, several differences from the Montana specimens are noted (Sahni, 1972, p. 369). First, the teeth from Wyoming are roughly a half millimeter shorter (table 1), though they match well in length with teeth from the same locality identified as p4s of this species. Secondly, the cusp count of the medial row in both complete specimens from Wyoming is seven, rather than six as seen in Montana. In both cases, however, the extra cusp is weakly developed and the main crest effectively has only five cusps; AMNH 59697 has a minuscule first (anterior) cusp and AMNH 86304 has the tallest and last cusp of the main crest incompletely bifurcated. Finally the anterolabial and posterolingual rows have only single, strong cusps in contrast to the two seen in each case in specimens from the Judith River Formation.

*Mesodma* sp.
Figure 6F; table 2

INCLUDED SPECIMENS: BIGHORN BASIN: m1, UW 17044; M1, UW 17083; M2, UW 15528. WIND RIVER BASIN: M1, UW

| TABLE 2 |
| --- |
| Measurements of Teeth Referable to *Mesodma* sp. |

|     |                  | AP   | ANW  |
| --- | ---------------- | ---- | ---- |
| m1  | Wind River Basin |      |      |
|     | UW 17044[a]      | 2.11 | 1.01 |
| M1  | Bighorn Basin    |      |      |
|     | UW 17083         | 2.36 | 1.41 |
|     | Wind River Basin |      |      |
|     | UW 15538[a]      | 2.43 | 1.44 |
| M2  | Bighorn Basin    |      |      |
|     | UW 15528         | 1.61 | 1.41 |
|     | Wind River Basin |      |      |
|     | AMNH 80003       | 2.24 | 1.96 |
|     | 86364            | 1.42 | 1.59 |
|     | 108683           | 1.97 | 1.61 |

[a] From Fales Rocks; unmarked teeth from Wind River Basin are from Barwin Quarry.

15538 (fig. 6F); M2, AMNH 80003, 86364, 108683.

DESCRIPTION AND COMPARISONS: Seven isolated molars referable to the genus *Mesodma* but of uncertain species have been recovered. The largest among them (AMNH 80003) may represent *M. primaeva*, but the remainder probably belong to one or more undescribed smaller species. Measurements are provided in table 2.

A possibility exists as well that some of these teeth are referable to a species of *Kimbetohia*. Clemens (1963, p. 43) identified two p4s from the type Lance Formation as ?*Mesodma* sp. Clemens later (1973a, p. 79) identified these teeth as *Kimbetohia campi* Simpson, 1936 on the basis of a suggestion (personal commun.) from Robert E. Sloan. Sloan (1981, p. 150) defended that assertion by pointing out that the two isolated p4s from Wyoming are, as is true in P4s from New Mexico presumed to be from *K. campi*, ". . . intermediate in morphology between *Mesodma thompsoni* and those of various species of *Ptilodus*." The identification as *K. campi* of isolated p4s from the Lance Formation of Wyoming is based on: (1) presumed intermediacy in p4 morphology (i.e., size, orientation of labial wrinkles, lateral profile, bifurcation of labial striations) between *Mesodma* and *Ptilodus* (the holotype of *K. campi* is an upper jaw); and (2) the interpretation

BLM_0056631



FIG. 6.   Judithian *Mesodma* teeth from the "Mesaverde" Formation, Wyoming. **A**, UW 15539, right p4, *Mesodma primaeva,* labial view. **B**, Same, lingual view. **C**, AMNH 86304, right P4, *Mesodma primaeva,* labial view. **D**, Same, occlusal view. **E**, Same, lingual view. **F**, UW 15538, left M1, *Mesodma* sp., occlusal view. All ×10.

that *Kimbetohia* was a phylogenetic intermediate between *Mesodma* and *Ptilodus.* Until physical evidence becomes more convincing, we do not consider documentation adequate for the former existence of *K. campi* in Wyoming.

m1. UW 17044 follows in all respects the description provided by Clemens (1963, p. 45) for *Mesodma* sp. from the type Lance Formation.

M1. UW 15538 and 17083 follow most aspects of Clemens' (1963, p. 47) description of M1s of *Mesodma,* but have a lower cusp count (as also noted by Fox, 1971a, p. 920, for a specimen of Campanian age from the upper part of the Milk River Formation). Cusp counts in the "Mesaverde" specimens are 5:6:3–6. The internal cusp row of UW 15538 differs from the usual situation in *Mesodma* by continuing all the way to the base of the first cusp on the middle row. The anteriormost cusp on the internal row is minuscule and anteroposteriorly elongated, but the last five cusps are all well formed and conical.

M2. The four available M2s follow Clemens' (1963, p. 48) description of M2s of *Mesodma,* but show the lesser cusp formula variation of 1:3:3–4; only one specimen (AMNH 86364) has four internal cusps.

SUBORDER INCERTAE SEDIS

FAMILY CIMOLOMYIDAE (MARSH, 1888)
SLOAN AND VAN VALEN, 1965

GENUS *CIMOLOMYS* MARSH, 1889

*Cimolomys clarki* Sahni, 1972
Figure 7A–G; tables 3, 4

HOLOTYPE: AMNH 77179, isolated right p4.

TYPE LOCALITY: Clayball Hill locality, Judith River Formation, Montana.

LOCALITIES REPRESENTED IN PRESENT STUDY AND REFERRED SPECIMENS: BIGHORN BASIN: m1, AMNH 109422, 109423, 109466, 109485; m2, AMNH 109444, 109457 (fig. 7B); P4, AMNH 109419, UW 17071 (fig. 7E–G); M1, AMNH 109424, 109425, 109438, 109456, 109464, 109479,

BLM_0056632



Fig. 7. Judithian *Cimolomys, Meniscoessus,* and *Paracimexomys* teeth from the "Mesaverde" Formation, Wyoming. **A,** UW 15535, right m1, *Cimolomys clarki,* occlusal view. **B,** AMNH 109457, left m2, *Cimolomys clarki,* occlusal view. **C,** AMNH 88485, left M1, *Cimolomys clarki,* occlusal view. **D,** UCMP 125336, right M2, *Cimolomys clarki,* occlusal view. **E,** UW 17071, right P4, *Cimolomys clarki,* labial view. **F,** Same, occlusal view. **G,** Same, lingual view. **H,** AMNH 86346, right M2, *Meniscoessus intermedius,* occlusal view. **I,** AMNH 88484, right M1, *Paracimexomys priscus,* occlusal view. All ×10.

UW 15532, 17072. WIND RIVER BASIN: m1, AMNH 86363, UW 15535 (fig. 7A); P4, AMNH 108679; M1, AMNH 59695, 59698, 59699, 80002, 86306, 88485 (fig. 7C); M2, AMNH 86307, 88482, 108678, UCMP 125336 (fig. 7D).

KNOWN DISTRIBUTION: Judith River Formation (Judithian), Montana; and "Mesaverde" Formation (Judithian), Bighorn and Wind River basins, Wyoming.

DESCRIPTION, COMPARISONS, AND DISCUSSION: Identification of isolated teeth of *Cimolomys* from the "Mesaverde" Formation to the level of species is most difficult because of the scanty pre-Lancian record of the genus available for comparative purposes. Diagnostic features useful in differentiating the various named species are few. Measurements are provided in table 3.

The largest existing samples of teeth from *Cimolomys* were described by Clemens (1963) from the type Lance Formation (for *C. gracilis*), with measurements provided by him

in table 9 (p. 93). Roughly one-third of the dental measurements presented in table 3 of the present paper fall below the range of variation documented by Clemens (*lengths:* m1, 4.3–5.5; m2, 3.2–4.2; P4, 2.9–3.1; M1, 4.3–6.0; and M2, 3.1–3.8; *widths:* m1, 1.8–2.5; m2, 2.1–2.9; P4, 1.3–1.4; M1, 2.1–3.1; and M2, 2.7–3.0). The diagnosis provided by Sahni (1972, p. 371) for *C. clarki* reads: "*Cimolomys clarki* is smaller than, but similar to, its Maestrichtian descendant, *C. gracilis.*" Unfortunately, Sahni did not present full measurement data, but estimates of dental size from his illustrated specimens suggest that the type material of *C. clarki* corresponds to or is slightly smaller than specimens reported in table 3 of the present paper.

?*Cimolomys* sp. B from the Milk River Formation (Fox, 1971a, p. 932) has teeth significantly smaller than those from the "Mesaverde" Formation, and *Cimolomys* sp. A, also from the Milk River Formation (Fox, 1971a, p. 930), has morphological differences

BLM_0056633

Case No. 1:20-cv-02484-MSK   Document 44-12   filed 04/28/21   USDC Colorado   pg 148 of 211

### TABLE 3
**Measurements of Teeth Referable to**
*Cimolomys clarki*

|  |  | AP | ANW |
|---|---|---|---|
| m1 | Bighorn Basin | | |
|  | AMNH 109422 | 4.28 | 2.22 |
|  | 109423 | — | 1.91 |
|  | 109466 | — | 1.88 |
|  | 109485 | 4.35 | 2.06 |
|  | Wind River Basin | | |
|  | UW 15535[a] | 4.24 | 1.76 |
| m2 | Bighorn Basin | | |
|  | AMNH 109457 | 2.92 | 2.11 |
| P4 | Bighorn Basin | | |
|  | UW 17071 | 3.99 | 1.56 |
| M1 | Bighorn Basin | | |
|  | AMNH 109424 | 4.20 | 2.51 |
|  | 109438 | — | 2.52 |
|  | 109456 | 4.25 | 2.46 |
|  | 109479 | — | 2.37 est. |
|  | Wind River Basin | | |
|  | AMNH 59698 | — | 2.57 |
|  | 59699 | — | 2.53 |
|  | 86306 | — | 2.73 |
|  | 88485 | 4.36 | 2.34 |
| M2 | Wind River Basin | | |
|  | AMNH 86307 | 3.00 | 2.88 |
|  | 108678 | 3.30 | 2.90 |
|  | 125336[a] | 2.74 | 2.60 |

[a] From Fales Rocks; unmarked teeth from Wind River Basin are from Barwin Quarry.

(discussed below) from the specimens presently under study. Thus, from the criterion of size, the "Mesaverde" fossils probably are best identified as *C. clarki*.

Unfortunately, cusp counts of the cheek teeth provide little immediate help in identification, as can be seen by study of table 4. Specimens from the "Mesaverde" Formation have m1s that are intermediate in external row number between *Cimolomys gracilis* and *C. clarki* or ?*C.* sp. A, but more like *C. clarki* and ?*C.* sp. A in internal row number. m2s from the "Mesaverde" Formation are more advanced in external row count than *C. clarki*, and more like *C. gracilis*. P4s show basic similarity of counts between *C. gracilis* and *C. clarki*. M1s from the "Mesaverde" Formation are closer in cusp counts to *C. gracilis* than to *C. clarki*. Finally, cusp counts of M2s from the "Mesaverde" Formation appear lower than either *C. gracilis* or *C. clarki*. Thus, although little weight can be placed on the interpretation of cusp counts at present, the specimens from the "Mesaverde" Formation are basically in agreement with those of *C. gracilis*, with certain lower (more primitive?) numbers of cusps.

Almost all other morphological features of the teeth from the "Mesaverde" Formation fit the descriptions by Clemens (1963) for *Cimolomys gracilis*; because few differences

### TABLE 4
**Cusp Counts (Not Including Tiny Cuspules) of Cheek Teeth of Various Species of *Cimolomys***
See text for discussion.

|  | C. clarki | C. gracilis | | | C. clarki | ?C. sp. A |
|---|---|---|---|---|---|---|
|  | Present paper, "Mesaverde" Fm. | Clemens, 1963, type Lance Fm.; Archibald, 1982, Hell Creek Fm. | | | Sahni, 1972, Judith River Fm. | Fox, 1971a, Milk River Fm. |
| m1 | 6–7:4 | 7–8 : 5–7 mode 7   mode 5 | | | 5–6:4 | 6:4 |
| m2 | 5:2 | 4–6 : 2–3 mode 5   mode 2 | | | 4:2 | ? |
| P4 | 2:6:1 | 1–2 : 5–6 : 1–3 mode 1   mode 5 | | | 2:5–6:2 | 1:5 |
| M1 | 6–7:7:4–5 | 5–8 : 7–10 : 4–6 mode 7   mode 8 | | | 5:6:6 | ? |
| M2 | 1:3:3–4 | 2–3 : 3–4 : 4–7 mode 2   mode 3   mode 4 | | | 2:3:4 | ? |

were noted between *C. clarki* and *C. gracilis* by Sahni (1972), however, the descriptions also hold well for *C. clarki*. Nevertheless, a few minor dental differences from *C. gracilis* were noted during the course of the present study. For example, cusps on m1 and cusps on the medial row of M1 on specimens from the "Mesaverde" Formation are slightly less crescentic than the usual condition of *C. gracilis*; the more pyramidal shape is presumed the more primitive condition. Secondly, AMNH 109457, an m2 from the "Mesaverde" Formation, has a ridge, though not a strong one, that connects the anterior internal and external cusps; such a ridge is lacking in *C. gracilis* (see Clemens, 1963, p. 78) and usually present in *C. clarki* (see Sahni, 1972, p. 371). Thirdly, adequately complete specimens from the "Mesaverde" Formation have small accessory roots on M1 on either side of the interradicular crest as described for *C. clarki* by Sahni (1972, p. 373); this is in contrast to the condition in *C. gracilis* (see Clemens, 1963, p. 79) in which usually it is only the lingual accessory root that is developed.

Differences also exist in structure of P4 between specimens from the "Mesaverde" Formation and *Cimolomys gracilis*. As illustrated by Sahni (1972, fig. 11I, p. 372), the P4 is proportionately longer and narrower than in the more rectangular tooth in *C. gracilis* illustrated by Clemens (1963, fig. 35, p. 78). UW 17071 (fig. 7E–G), a long, narrow tooth, is more similar in proportions to that of *C. clarki* than to *C. gracilis*. The relative length of the shearing blade to total tooth length (as measured to the apical crest of the blade) is comparable in *C. gracilis* (blade length 61% of total length; measured from Clemens, 1963, fig. 36, p. 78), *C. clarki* (59%; Sahni, 1972, fig. 11I, p. 372), and UW 17071 from the "Mesaverde" Formation (67%; from specimen).

Specimens of m1 from the "Mesaverde" Formation (e.g., UW 15535) possess a short posterolabial cingulum in common with *Cimolomys gracilis* (see Clemens, 1963, p. 77); no mention of such a structure in *C. clarki* was made by Sahni (1972), and the structure does not appear in the described specimens of *?C.* sp. A from the Milk River

Formation (see Fox, 1971a, fig. 6D, p. 931). *?Cimolomys* sp. A also has an anterolingual lobe on the crown (Fox, 1971a, p. 931) that has not been observed on *C. gracilis*, *C. clarki*, or specimens from the "Mesaverde" Formation. Thus, by a process of elimination and with great equivocation, we suggest that the specimens referred to *Cimolomys* from the "Mesaverde" Formation show overall greater similarity to *C. clarki* than they do to *C. gracilis*, and we thereby use the former name for these temporally roughly equivalent fossil remains. However, we do not feel that the differences from *C. gracilis* are constant enough to justify the development of a revised diagnosis for *C. clarki*.

GENUS *MENISCOESSUS* COPE, 1882

*Meniscoessus intermedius* Fox, 1976b
Figure 7H

HOLOTYPE: UA 12081, right mandible with m1–2.

TYPE LOCALITY: Lowermost Oldman Formation along South Saskatchewan River, about 48.3 km north of Medicine Hat and 24.1 km west of Hilda, Alberta.

REFERRED SPECIMEN FROM PRESENT STUDY: Isolated right M2, AMNH 86346 (fig. 7H) from Barwin Quarry, Wind River Basin.

KNOWN DISTRIBUTION: Lowermost Oldman Formation (Judithian) and possibly Foremost Formation (Judithian; see Fox, 1976b, p. 1217), Alberta; and "Mesaverde" Formation (Judithian), Wind River Basin, Wyoming.

DESCRIPTION: AMNH 86346 has a cusp formula of 2:3:5 and, except for its large size (AP, 3.79; W, 3.41) and higher cusp count, differs little from M2s referred to *Cimolomys clarki*. Complex flutings adorn both sides of the cusps of the middle row, the lingual sides of the external cusps, and the labial sides of the internal cusps; the labial and lingual surfaces of the crown are smooth. All cusps in each row are sharply separated from one another by precipitous valleys, and the rows are even more severely separated by deep, straight valleys. The anterior cusp of the middle row is connected by a strong, anteriorly convex crest to the anterior cusp of the external row. A similarly oriented but much

lower and weaker crest joins the anterior cusps of the middle and internal rows. A strong and precipitously sloping crest joins the posterior cusp of the middle row to the labial base of the external row's last cusp. The valley between the middle and internal rows is virtually open posteriorly, being closed by only a low and delicate ridge. Cusp wear renders apical shape difficult to interpret, but the following appears correct: *internal row*—cusp 1 conical, cusps 2–5 subcrescentic; *middle row*—all subcrescentic; and *external row*—cusp 1 conical, cusp 2 pyramidal.

A strong appression facet from contact with M1 covers the dorsal half of the enamel including all of the anterior surface of the anterior cusp of the middle row and adjacent bases of the anterior cusps of the external and internal rows. The forward root, as viewed anteriorly, forms a low isosceles triangle with its base at the edge of the enamel; in side view it is only slightly greater in anteroposterior girth than the posterior root. The back root, as viewed posteriorly, is more columnar in shape, has its origin dorsal to overhanging enamel, and is much narrower than the forward root. No accessory roots are present.

COMPARISONS AND DISCUSSION: Identification of AMNH 86346 as *Meniscoessus intermedius* is based in large part upon comparisons with the holotype (m1–2) and PMAA-P72.14.1, an isolated M1 referred to *M. intermedius* by Fox (1976b, see fig. 3, p. 1220 of that paper). The morphology described above for AMNH 86346 would be expected for an M2 (as yet unknown) of the type material; all are remarkably *Cimolomys*-like, presumably primitive for the family. The size of AMNH 86346 also agrees well with that of the type material, since Fox (1976b, table 1, p. 1220) reported the length of m2 in the holotype as 4.1 mm (roughly 0.3 mm longer than the M2 described here).

Although the existence of an M2 of *Meniscoessus ferox* from the somewhat older Milk River Formation was mentioned by Fox (1976b, p. 1220), the specimen remains undescribed. Direct comparison of AMNH 86346 with *M. ferox* (see Fox, 1971a, p. 933; known in published form only by P4) is impossible.

The cusp formula of M2 for *Meniscoessus major* (see Sahni, 1972, p. 376 and fig. 12G)

appears to exceed that of AMNH 86346, and probably should be written as 2–3?:4:5–6?, with the queries reflecting uncertainty due to heavy cusp wear. The approximate measurements of AMNH 77261 (M2 illustrated by Sahni, 1972, fig. 12G, p. 375) are AP, 4.4 mm and W, 4.2 mm, significantly larger than for the specimen from the "Mesaverde" Formation. Measurements of m2 of the holotype of *M. major* (see L. S. Russell, 1937, p. 76) are AP, 4.7 mm and W, 3.2 mm, again representing a significantly larger tooth.

Identification of AMNH 86346 as *Meniscoessus conquistus* (see Sloan and Russell, 1974, p. 6) or *M. robustus* (see Clemens, 1963, table 10, p. 93 and Archibald, 1982, table 13, p. 86) can be eliminated on the basis of size alone, although numerous morphological differences exist as well.

SUBORDER AND FAMILY INCERTAE SEDIS

GENUS *PARACIMEXOMYS* ARCHIBALD, 1982

*Paracimexomys priscus*
(Lillegraven, 1969)
Figure 7I

HOLOTYPE: UA 3231, isolated right M1.

TYPE LOCALITY: University of Kansas locality KUA-1, Scollard Formation, Alberta.

REFERRED SPECIMEN FROM PRESENT STUDY: Isolated M1, AMNH 88484 from Barwin Quarry, Wind River Basin.

KNOWN DISTRIBUTION: Trochu local fauna, Scollard Formation (Lancian), Alberta; Hell Creek Formation, Montana (Lancian); and "Mesaverde" Formation (Judithian), Wind River Basin, Wyoming.

DESCRIPTION, COMPARISONS, AND DISCUSSION: AMNH 88484 (fig. 7I) differs in four respects from the holotype of "*Cimexomys*" *priscus* (transferred to *Paracimexomys* by Archibald, 1982, p. 111). The specimen from Wyoming: (1) shows less "waisting" of the crown as seen in occlusal view; (2) has but a single cusp (rather than two) on the internal cusp row; (3) has its internal cusp row terminating at the middle (rather than at the anterior end) of the third cusp of the middle row; and (4) is smaller (AP, 2.24 estimated; W, 1.40).

Fox (1971a, p. 922) defined a new species,

*Cimexomys magister,* from the upper part of the Milk River Formation. Archibald's defining criteria for *Paracimexomys* include features seen in *"Cimexomys" magister,* thus requiring use of the name *P. magister.* Diagnostic differences cited by Fox that are useful in distinguishing teeth from those of *"C." priscus* were few, and the greater age of the enclosing rocks probably weighed in the establishment of the trivial name. As might be expected in a fauna of intermediate age, a dilemma is seen in attempting to identify AMNH 88484 to the species level; the specimen shares features with *Paracimexomys magister* (single cusp in the internal row) on one hand and with *P. priscus* (four well-defined cusps in the external row) on the other. The cusp count on the external row requires more elaboration. Lillegraven, in his original definition of *"C." priscus,* interpreted the worn holotype as having four cusps in the external row. Fox (1971a, p. 922), upon reexamining the specimen, suggested that wear had probably obliterated a small posteriormost external cusp, thereby indicating a five-cusp row. Fox's prime evidence for the existence of the fifth cusp in the holotype was the presence of a transverse lingual valley that terminates at the wear facet; a discrete fifth cusp does occur on specimens from the Milk River Formation.

Whether the worn holotype of *Paracimexomys priscus* had a fifth cusp or not probably never will be known certainly, but new specimens of *P. priscus* collected and described by Archibald (1982) provide pertinent information. UCMP 117033 (Archibald, 1982, fig. 39a) and AMNH 88484 show identical structure on the posteroexternal-most cusp. In both, the anterior part of the cusp is a low cone that constricts posteriorly to a broad ridge that curves posteromediad to terminate at the labial base of the last cusp of the middle row. Admittedly, there is a hint of a transverse valley that partly separates the cone-from the ridge-like parts of the cusp, but neither Archibald nor we consider the separation great enough to warrant recognition of two cusps; there is no significant break in the cusp height when seen in side view. Thus, in contrast to the situation in *P. magister,* we consider AMNH 88484 and the usual condition in *P. priscus* to involve a fundamentally four-cusped external row.

Although AMNH 88484 is nearly a millimeter shorter than the holotype of *Paracimexomys priscus* (and of *P. magister*), the specimen does fall within the smaller end of the range documented by Archibald (1982, table 17, p. 114) for *P. priscus* from UCMP locality V-73087 in the Hell Creek Formation of Montana. Thus the only significant difference observed between AMNH 88484 and *P. priscus* is the presence of but a single cusp in the internal row, presumably a primitive feature shared with *P. magister.* For that reason, and until better evidence to the contrary is forthcoming, we favor identification of AMNH 88484 as *P. priscus,* thereby extending the geologic range of that morpho-species from the Lancian into the Judithian.

### Multituberculata, new genus and species, unnamed

SPECIMENS: p4 fragments, AMNH 86301, 86302.

LOCALITY: Wind River Basin, "Mesaverde" Formation (Judithian), Barwin Quarry.

DESCRIPTION AND DISCUSSION: The two p4s (AMNH 86301, anterior half of tooth but lacking labial lobe; AMNH 86302, fragment of mid-dorsal part of blade) are too fragmentary for adequate description or even tentative identification, but stand out nevertheless because of their enormous size relative to other known Late Cretaceous multituberculates. We estimate that the total tooth length of AMNH 86301 prior to breakage would have been at least 11 mm, much larger than any previously described Mesozoic multituberculate. The tooth is a fully developed ptilodontoid structure (see Clemens and Kielan-Jaworowska, 1979, p. 142), not showing trends toward reduction (or plesiomorphically small size) typical of *Meniscoessus robustus* (see Clemens, 1963, p. 88).

AMNH 86301 has a minimum of 11 striations, both on the lingual and labial sides. At least the first three striations on both sides of the tooth run to the apices of serrations. The first six striations on both sides begin separately from one another, run completely par-

Case No. 1:20-cv-02484-MSK   Document 44-12   filed 04/28/21   USDC Colorado   pg 152 of 211



FIG. 8. Judithian dryolestid, genus and species unidentified, AMNH 109462, fragmentary right lower molar, from the "Mesaverde" Formation, Wyoming. **A,** Labial view. **B,** Occlusal view. **C,** Posterior view. **D,** Anterior view. All ×15.

allel, and do not branch. From the seventh striation posteriorly, their ventral ends progressively diverge more ventrally and terminate well away from the edge of the enamel. AMNH 86302 provides little information other than the presence of well-developed, though not unusually strong, serrations at midblade, with a one-to-one relationship of striation (gently convex anteriorly) to serration.

### Unidentified Specimens of Multituberculates

In addition to the specimens discussed above, a number of isolated teeth remain unidentified and are listed below. Though most are fragmentary or heavily worn, some are excellently preserved and should be identifiable once larger samples and better comparative series become available.

Isolated incisors, lower and upper
  AMNH 86318, 86325, 86345, 86351, 86352, 108677, 109468, 109470, 109475
  UCMP 125344, 125345
  UW 15523, 17100
p4
  AMNH 86324, 86342, 88483
  UCMP 125335
m1
  AMNH 109429
Anterior upper premolars
  AMNH 88491, 108684, 108687
  UW 17041, 17070
P4
  UW 17042, 17043
M1
  AMNH 80013, 86360, 108676, 109437, 109446

M2
  AMNH 109465
  UW 17045
Unidentifiable molar fragments
  AMNH 80001, 80004, 88486
Edentulous mandible
  UW 17087

### SUBCLASS THERIA
PARKER AND HASWELL, 1897

SUBLEGION DRYOLESTOIDEA (BUTLER, 1939)

FAMILY DRYOLESTIDAE MARSH, 1879

### Dryolestidae, genus and species unidentified
Figure 8A–D

SPECIMEN: AMNH 109462 (fig. 8A–D), fragmentary right lower molar.

LOCALITY: Case Site 5, Bighorn Basin, "Mesaverde" Formation (Judithian).

DESCRIPTION, COMPARISONS, AND DISCUSSION: AMNH 109462 is roughly the labial two-thirds of a right lower molar, split anteroposteriorly. Present are the entire protoconid, labial half of the talonid, and fractured base of the metaconid; no parts of the paraconid or roots are preserved. The fragment follows in most respects the description of lower molars of *Dryolestes priscus* by Simpson (1929, p. 60), and is not greatly dissimilar from the illustration of teeth of the same species by Prothero (1981, fig. 5, p. 294). The size of AMNH 109462 is comparable to known specimens of *D. priscus*.

The tooth is moderately worn, with obvious wear on the apex of the broadly basined protoconid, on the pre- and postprotocristids, and on a postvallid facet (extending from



Fig. 9.   Judithian *Alphadon russelli* from the "Mesaverde" Formation, Wyoming. **A,** AMNH 80022, left m3, occlusal view. **B,** UW 17098, right P1, labial view. **C,** Same, occlusal view. **D,** Same, lingual view. **E,** AMNH 109483, right P2, labial view. **F,** Same, occlusal view. **G,** Same, lingual view. **H,** AMNH 86359, right P3, labial view. **I,** Same, occlusal view. **J,** Same, lingual view. All ×10.

the posterior surface of the apex of the protoconid ventrolingually to just above the top of the talonid, then dorsolingually up the posterior wall of the metaconid). Oval appression facets are present just ventral to the protoconid-paraconid notch and on the posterior surface of the talonid. Light, dorsoventrally aligned rugosities of the enamel are present on the basal postvallid surface; the enamel is otherwise essentially smooth. No cusps are

preserved on the transversely ridged talonid. A weak, transversely aligned swelling (with a spot worn through to the dentine) is seen on the lingual termination of the preprotocristid. The protoconid shows no sign of a labial cingulum.

Identification of AMNH 109462 as a dryolestid is based on similarities with teeth of *Dryolestes* and *Laolestes* (see Prothero, 1981, pp. 293–296). Identification to a lower taxo-

nomic level is impossible until more complete materials are discovered. The specimen is exciting, however, in suggesting that dryolestoids, until now thought extinct in North America since the Late Jurassic (see Kraus, 1979), survived as rare animals until nearly the end of the Mesozoic. Thus they join the triconodonts and symmetrodonts as rare Late Cretaceous relicts (see Fox, 1976a, 1984b) from earlier times of greater diversity.

### INFRACLASS, ORDER, AND FAMILY INCERTAE SEDIS

#### *Falepetrus barwini*
#### Clemens and Lillegraven, in press

HOLOTYPE: AMNH 86316, isolated right upper molariform tooth.

TYPE LOCALITY: Barwin Quarry, "Mesaverde" Formation, Wind River Basin, Wyoming.

REFERRED SPECIMEN: Isolated left upper molariform tooth, UCMP 118602, UCMP locality V-77083, Judith River Formation, Montana.

KNOWN DISTRIBUTION: Judith River Formation (Judithian), Montana; and "Mesaverde" Formation (Judithian), Wind River Basin, Wyoming.

COMMENTS: *Falepetrus barwini* is described elsewhere by Clemens and Lillegraven (in press), and is included here only to complete the listing of mammalian taxa known from the "Mesaverde" Formation of Wyoming. The two teeth represent an advanced (i.e., protocone-bearing) therian mammal that shares specializations with neither the marsupials nor eutherians. The species can be added to the peculiar, and clearly paraphyletic, assemblage discussed by Kielan-Jaworowska and others (1979) as "therians of metatherian-eutherian grade."

### INFRACLASS METATHERIA HUXLEY, 1880

### ORDER MARSUPIALIA ILLIGER, 1811

### FAMILY DIDELPHIDAE GRAY, 1821

### GENUS *ALPHADON* SIMPSON, 1927b

#### *Alphadon russelli* Fox, 1979a
#### Figures 9A–J, 10A–D; table 5

HOLOTYPE: UA 14805, right maxillary fragment with P3M1–4.



FIG. 10. Judithian *Alphadon russelli* from the "Mesaverde" Formation, Wyoming (continued). A, UW 17073, right M1. B, UW 15516, right M2 (reversed to appear as a left M2). C, UW 17053, left M3. D, AMNH 108680, left M4. All occlusal views, ×10.

TYPE LOCALITY: Uppermost part of Oldman Formation, near Irvine, Alberta.

LOCALITIES REPRESENTED IN PRESENT STUDY AND REFERRED SPECIMENS: BIGHORN BASIN: mx, AMNH 109430, 109435, 109452, 109474, 109480; right P1, UW 17098 (fig. 9B–D); right P2, AMNH 109483 (fig. 9E–G); P3, AMNH 109427, 109432, 109441, 109473, 109489, UW 17080; right M1, UW 17073 (fig. 10A); M2, AMNH 109461. WIND RIVER BASIN: m3, AMNH 80022 (fig. 9A); P1, AMNH 108688; P2, AMNH 80011; right P3, AMNH 86359 (fig. 9H–J), UCMP 125338, UW 17049; M2, AMNH 80012, 86308, UW 15516 (fig. 10B), 17054; M3, UW 17049; M2, AMNH 80012, 86308, UW 15516, 17054; left M3, UW 17053 (fig. 10C); left M4, AMNH 108680 (fig. 10D); Mx, AMNH 80017, 86336.

KNOWN DISTRIBUTION: Oldman Formation (Judithian), Alberta; and "Mesaverde" Formation (Judithian), Bighorn and Wind River basins, Wyoming.

DESCRIPTION, COMPARISONS, AND DISCUSSION: Lower premolars. Because of the difficulty of differentiating isolated lower premolars of *Alphadon russelli* from those of

TABLE 5
**Measurements of Teeth Referable to *Alphadon russelli***

|  |  | AP | LTRI | ANW | POW |
|---|---|---|---|---|---|
| m3 | Wind River Basin |  |  |  |  |
|  | AMNH 80022 | 2.96 | 1.26 | 1.81 | 1.53 |
| P1 | Bighorn Basin |  |  |  |  |
|  | UW 17098 | 2.09 |  | 1.17 |  |
|  | Wind River Basin |  |  |  |  |
|  | AMNH 108688 | — |  | 1.12 |  |
| P2 | Bighorn Basin |  |  |  |  |
|  | AMNH 109483 | 2.41 |  | 1.21 |  |
|  | Wind River Basin |  |  |  |  |
|  | AMNH 80011 | — |  | 1.24 |  |
| P3 | Bighorn Basin |  |  |  |  |
|  | AMNH 109427 | 2.48 |  | 1.47 |  |
|  | 109432 | 2.62 |  | 1.67 |  |
|  | 109441 | 2.48 |  | 1.73 |  |
|  | 109473 | 2.61 |  | 1.76 |  |
|  | 109489 | — |  | 1.75 |  |
|  | UW 17080 | 2.52 |  | 1.74 |  |
|  | Wind River Basin |  |  |  |  |
|  | AMNH 86359 | 2.67 |  | 1.89 |  |
|  | UCMP 125338[a] | 2.41 |  | 1.53 |  |
|  | UW 17049[a] | 2.74 |  | 1.74 |  |
| M1 | Bighorn Basin |  |  |  |  |
|  | UW 17073 | — |  | 2.72 | — |
| M2 | Bighorn Basin |  |  |  |  |
|  | AMNH 109461 | 2.70 |  | 2.94 | 3.08 |
|  | Wind River Basin |  |  |  |  |
|  | AMNH 80012 | 2.41 |  | 2.83 | 2.96 |
|  | 86308 | 2.77 |  | 2.84 | 3.00 |
|  | UW 15516[a] | 2.87 |  | 2.92 | 3.18 |
|  | 17054[a] | 2.48 |  | 3.01 | 3.09 |
| M3 | Wind River Basin |  |  |  |  |
|  | UW 17053[a] | 2.41 |  | 3.05 | 3.17 |
| M4 | Wind River Basin |  |  |  |  |
|  | AMNH 108680 | 1.92 est. |  | — | 2.37 |

[a] From Fales Rocks; unmarked teeth from Wind River Basin are from Barwin Quarry.

other species of *Alphadon,* none here is identified. Almost certainly, however, lower premolars of this species are represented within the following list of teeth identified as "*Alphadon* sp. px."

m3. AMNH 80022 (fig. 9A; table 5) is of the appropriate size and follows the descriptions of m3s of *Alphadon russelli* by Fox (1979a, table 2, p. 96 and p. 99) from Alberta. Further description is deemed unnecessary.

mx. All teeth identified as "mx" of *Alphadon russelli* are fragmentary, and provide no

new information on lower molar structure for the species.

P1–3. The P1–3s here referred to *Alphadon russelli* follow in most respects descriptions for P3 provided by Fox (1979a) for that species (p. 98) and for its close relative, *A. praesagus* (p. 93); the P1 (fig. 9B–D) and P2 (fig. 9E–G), previously unknown, are recognized on the basis of their small size (table 5), narrowness, and more delicate features.

Fox (1979a, p. 98) stressed the basic morphological similarity of upper premolars be-

Case No. 1:20-cv-02484-MSK   Document 44-12   filed 04/28/21   USDC Colorado   pg 156 of 211

tween *Alphadon praesagus* and *A. russelli*; those from the latter species are smaller and proportionately narrower, but Fox noted no differences in the Alberta material in regard to cingula or furrows in the crown. A few minor differences are observable in P3 between specimens of *A. russelli* from the Oldman and "Mesaverde" formations. For example, the lingual cingulum in three of the nine available specimens from Wyoming continues weakly (though uninterruptedly) forward across the anterior half of the crown to be continuous with the anterior cingulum; the lingual cingulum in the Alberta specimens stops short of the anterior root. Secondly, the anterior cingulum of the specimens from Alberta are ". . . more prominent lingually than labially . . ." (Fox, 1979a, p. 93). No such consistency is noted in the specimens from the "Mesaverde" Formation; the anterior cingulum is either equally developed on both sides (the most common situation), or is stronger on the labial or lingual side in equal proportions. A third difference is the vertical anterolingual furrow of enamel on the main cusp. As with P3s from the Oldman Formation, the furrow is usually present in the Wyoming specimens (5 of 8); in two, however, the furrow is double.

Orthal shear facets are observable on several specimens on the anterior and posterior crests and on the labial and lingual sides of the main cusp. These are in addition to the dominant, horizontally oriented grinding wear surfaces.

M1. Remaining parts of UW 17073 (fig. 10A) agree in morphology with M1s described for *Alphadon russelli* from Alberta by Fox (1979a, p. 98). No further description is necessary.

M2. The M2s referred to *Alphadon russelli* from the "Mesaverde" Formation (fig. 10B) follow the descriptions by Fox (1979a, p. 98) in all but trivial aspects. The Wyoming specimens, however, show no development of protoconal cingula.

M3. Only one specimen (UW 17053; fig. 10C) of M3 referable to *Alphadon russelli* has been recovered from the "Mesaverde" Formation. It differs in two respects from comparable teeth of that species from Alberta. First, the Wyoming specimen lacks protoconal cingula, variably developed in M3s from

the Oldman Formation. Secondly, stylar cusps C and D in UW 17053 are approximately equal in size. This is of modest interest because one of the diagnostic features of *A. russelli* from *A. praesagus* cited by Fox (1979a, p. 98) is that the former usually has stylar cusp C larger than D on M3.

M4. AMNH 108680 (fig. 10D), here referred to *Alphadon russelli*, is a nearly complete M4, lacking only the roots and the labial part of the anterolabial expansion of the stylar shelf. We provide detail on the tooth in addition to that given for specimens from the Oldman Formation by Fox (1979a, p. 98). The protocone is intermediate in height between the para- and metacones and is sharply recumbent anteriorly. A weak anterior lingual cingulum is present on the base of the protocone dorsal to the protoconule. No hint of a posterior lingual cingulum exists. The protoconule is strong, forming a broad pre-protoconular shelf that continues labiad, apparently to the (broken away) stylar cusp A. The postprotoconular wing, however, is weak, terminating at the rounded base of the paracone. The metaconule is strong, with the pre-metaconular wing terminating just dorsal to the paracone-metacone notch; the post-metaconular wing ends immediately posterior to the lingual rounded base of the metacone. The protocone is markedly basined between the conules.

The metacone is a round cone, apparently lacking a postmetacrista. It has a weak premetacrista that narrows to a shallow notch at the base of the postprotocrista. Only a narrow stylar shelf exists opposite the metacone, ending at the posterior base of the strong, rounded stylar cusp C (cusp "D" of Fox, 1979a, p. 98). The towering paracone has a strong, posteriorly directed postparacrista and an even stronger preparacrista. The latter projects straight labiad toward the (broken away) styloconal area. Just anterolabial to stylar cusp C is a minuscule teardrop-shaped cusp (cusp "C" of Fox, 1979a, p. 98) with a tapered crest that projects a short distance anterolingually. Despite Fox's (1979a, p. 98) assertions, we see no didactic or functional reason to assume that the cusp seen at the depth of the ectoflexus, set between the bases of the paracone and metacone, should not be referred to as cusp "C." Fox's cusp "C" seems

BLM_0056642

Case No. 1:20-cv-02484-MSK   Document 44-12   filed 04/28/21   USDC Colorado   pg 157 of 211





1mm







D                                   E

Fig. 11.  Judithian *Alphadon halleyi* from the "Mesaverde" Formation, Wyoming. A–C, AMNH 86343, left lower jaw with p3 and roots of m1: labial, occlusal, and lingual views, respectively. D, AMNH 109428, left m1, occlusal view. E, UCMP 125347, left m2, occlusal view. All ×10.

to be nothing more than a supernumerary cusp, of variable development, on an expanded region of the anterior stylar shelf. In any case, identification of stylar cusps as "A," "B," "C," and so forth is based entirely on topographic position and, without additional justification, should not be interpreted as carrying an implication of homology.

Wear is difficult to interpret on AMNH 108680 because of surface breakages, but it is heavy on the apex of the metaconule while being nonexistent on the apex of the protoconule. Wear is also heavy on the pre- and postparacrista and on the anterior surface of the preprotoconular wing. Wear elsewhere is either light or impossible to determine.

### *Alphadon halleyi* Sahni, 1972
Figure 11A–E; table 6

Holotype: AMNH 77367, isolated left m1.

Type Locality: Clambank Hollow locality, Judith River Formation, Montana.

Localities Represented in Present Study and Referred Specimens: BIGHORN BASIN: m1, AMNH 109428 (fig. 11D); UW 17081; m4, UW 15524. WIND RIVER BASIN: p3, AMNH 86343 (fig. 11A–C); m2, AMNH 80021, UCMP 125347 (fig. 11E).

Known Distribution: Oldman Formation (Judithian), Alberta; Judith River Formation (Judithian), Montana; and "Mesaverde" Formation (Judithian), Bighorn and Wind River basins, Wyoming.

Description, Comparisons, and Discussion: *Alphadon halleyi* represents the middle-size version of four small species of *Alphadon* (all smaller than *A. russelli*) known from the "Mesaverde" Formation of Wyoming. Slightly larger forms are *A. sahnii* and *A. lulli* and a tiny form is *A. attaragos*. As discussed below, samples of *A. halleyi* identified by Fox (1979a) from the Oldman Formation and Sahni (1972) from the Judith River Formation both appear to contain teeth referable to *A. sahnii*.

p3. AMNH 86343 (fig. 11A–C) is identified as *Alphadon halleyi* on the basis of size; the structure of p3 of this species was previously undescribed. It is a strongly double-rooted tooth that lacks an anterior accessory cusp, an anterior keel on the main cusp, and basal cingula. The main cusp is strongly keeled posteriorly, with a simple, anteriorly keeled posterior accessory (talonid) cusp. A moderately developed ridge runs anterolingually, then straight anteriorly from the apex of the talonid cusp to terminate on the posterolingual

BLM_0056643

surface of the main cusp, about halfway up its height. Obvious wear on the tooth is seen only on the posterior keel of the main cusp, anterior ridge of the talonid cusp, and as a sharply troughed vertical groove on the lateral side of the tooth at the junction between the main and talonid cusps. As is usual for *Alphadon*, the posterior mental foramen is placed below the posterior root of m1.

m1. AMNH 109428 (fig. 11D) and UW 17081 match the size and morphology of the holotype almost perfectly, and although more heavily worn than the type, follow in all recognizable features the description provided by Sahni (1972, p. 381). No further description is necessary. Measurements of the holotype taken by Lillegraven (table 6), however, differ significantly from those reported by Sahni (p. 381). AMNH 77368 (m1) and 77369 (m2) from the Judith River Formation were identified by Sahni as *A. halleyi*, but not specifically cited in his text; they are referable to *A. sahnii*. Similarly, UA 1736 and UA 6987, respectively identified by Fox (1979a, p. 100, fig. 3a, c) as m3 and M1 of *A. halleyi*, are also identifiable as *A. sahnii*.

m2. UCMP 125347 (fig. 11E) and AMNH 80021 (labial tooth only) have features characteristic of m2s of *Alphadon* and agree in size and all other morphological features with the holotype of *A. halleyi*.

m4. The crown of UW 15524 is heavily damaged, but it has the greatly narrowed talonid and posteriorly elongated hypoconulid area characteristic of m4. Although the size is appropriate for reference to *Alphadon halleyi*, no other diagnostic features are recognizable.

The few scattered isolated teeth here identified as *Alphadon halleyi* provide no phylogenetic information beyond that discussed by Fox (1979a, p. 101) in terms of possible ancestry to *A. lulli*.

### *Alphadon sahnii*, new species
Figures 12A–J, 13A–D; table 7

HOLOTYPE: UCMP 125337 (fig. 13A), isolated right M1.

TYPE LOCALITY: Fales Rocks locality, UCMP V-81101, "Mesaverde" Formation, Wind River Basin, Wyoming.

LOCALITIES REPRESENTED IN PRESENT

TABLE 6
**Measurements of Teeth Referable to**
***Alphadon halleyi*, New Species**

|  | AP | LTRI | ANW | POW |
|---|---|---|---|---|
| p3  Bighorn Basin | | | | |
| AMNH 86343 | 1.60 | | 0.79 | |
| m1  Bighorn Basin | | | | |
| AMNH 109428 | 1.98 | 1.00 | 1.02 | 0.98 |
| UW 17081 | 2.03 | 0.89 | 1.04 | 1.06 |
| m2  Wind River Basin | | | | |
| AMNH 80021 | 1.91 | 0.82 | — | — |
| UCMP 125347[a] | 1.86 | 0.74 | 1.00 | 1.02 |
| m4  Bighorn Basin | | | | |
| UW 15524 | 1.74 | — | — | — |
| m1  cast of holotype | | | | |
| AMNH 77367 | 1.98 | 0.93 | 0.97 | 1.06 |

[a] From Fales Rocks; unmarked teeth from Wind River Basin are from Barwin Quarry.

STUDY AND REFERRED SPECIMENS: BIGHORN BASIN: m1, AMNH 109414, 109421, UW 17075 (fig. 12A); m2, AMNH 109426, 109431, 109442, 109482, 109484 (fig. 12B), UW 15530, 15531; m3, AMNH 109478, 109481; P2, UW 15522, 15526 (fig. 12E–G); P3, AMNH 109445, UW 17082 (fig. 12H–J); M1, AMNH 109439; M2, AMNH 109417; M4, AMNH 109443. WIND RIVER BASIN: m1, UCMP 125350; m2, AMNH 86310, 86330, 86362, 88488, UW 17057, 17059; m3, AMNH 86309, 86328, 86331, UW 15520 (fig. 12C), 17056, 17061; m4, AMNH 86332 (fig. 12D), UW 15540, 17055; mx, AMNH 80016, 86329; P3, AMNH 86341, 86357; M1, AMNH 86337; M2, AMNH 86312, 86313, 86321, 86333, 108686 (fig. 13B); M3, UW 17052 (fig. 13C); left M4, AMNH 86311, UW 17050 (fig. 13D).

KNOWN DISTRIBUTION: Probably Oldman Formation (Judithian), Alberta; probably Judith River Formation (Judithian), Montana; and "Mesaverde" Formation (Judithian), Bighorn and Wind River basins, Wyoming.

ETYMOLOGY: Species named in honor of Dr. Ashok Sahni for his primary research on the vertebrate fauna of the Judith River Formation.

DIAGNOSIS: Small species of *Alphadon*, intermediate in size between *A. wilsoni* and *A. marshi*; molar cusps slightly inflated; P2–3



FIG. 12. Judithian *Alphadon sahnii,* new species, from the "Mesaverde" Formation, Wyoming. **A,** UW 17075, left m1, occlusal view. **B,** AMNH 109484, right m2, occlusal view. **C,** UW 15520, left m3, occlusal view. **D,** AMNH 86332, right m4, occlusal view. **E–G,** UW 15526, left P2, labial, occlusal, and lingual views, respectively. **H–J,** UW 17082, left P3, labial, occlusal, and lingual views, respectively. All ×10.

usually lacking anterolingual parts of basal cingulum; P2–3 with anterior border of main cusp unkeeled and with strong wear on posterior crest of main cusp.

DESCRIPTION: Lower premolars. Because of the difficulty of differentiating isolated lower premolars of *Alphadon sahnii* from those of other species of *Alphadon,* none is identified here. Almost certainly, however, lower premolars of this species are represented below under List of Unidentified Specimens of Therians; px.

m1–4. All molars of this species, upper and

lower (fig. 12A–D), are slightly inflated in general construction; the cusps lack the delicacy characteristic of *Alphadon marshi* and *A. wilsoni.*

The protoconid is markedly the tallest cusp, with the paraconid slightly lower than the metaconid. The metaconid is set posterior to the protoconid, but not distantly so. The anterior cingulid begins labial to the apex of the paraconid and terminates on the anterolabial surface of the protoconid. The posterior cingulid begins just below the apex of the hypoconulid and terminates on the posterolabial surface of the hypoconid; a labial basal cingulid is lacking. The paraconid is usually vertically keeled anteriorly. The posterior face of the paraconid and the anterior face of the metaconid are usually rounded, but sometimes each is lightly ridged vertically. The metaconid usually has a vertical posterior keel that runs posteriorly to a slight notch at the junction with an anterior cristid from the entoconid.

The hypoconid is the tallest of the talonid cusps and the hypoconulid the lowest. The entoconid is set slightly posterior to the level of the hypoconid and, on m4, markedly so. The entoconid is laterally compressed and, although usually having a rounded posterior edge, sometimes is posteriorly keeled. Anteriorly, the entoconid has a sharply descending cristid, occasionally with an accessory cuspule. The entoconid is set anterolingually from the hypoconulid. The talonid is deeply basined, with the deepest part just labial to the notch between the posterior metaconid ridge and the anterior entoconid cristid. The cristid obliqua is either straight or slightly convex labially, and commonly has a short, vertical anterior continuation that climbs high up the posterior wall of the talonid.

The hypoconulid is compressed, posteriorly recumbent, and with the long axis running posterolingually to anterolabially. The hypoconulid and hypoconid are connected by a continuous crest, but the posthypoconid cristid courses more directly labiad. Although usually absent, occasionally a weak, posterolingually convex cristid at the extreme posterolingual corner of the crown connects the bases of the hypoconulid and entoconid.

Wear is heaviest across all main crests of the trigonid, the length of the cristid obliqua,

BLM_0056645



FIG. 13. Judithian *Alphadon sahnii,* new species (continued), *Alphadon lulli, Alphadon attaragos,* new species, *Paranyctoides megakeros,* new species, and *Gypsonictops lewisi* from the "Mesaverde" Formation, Wyoming. A, UCMP 125337, *Alphadon sahnii,* new species, holotype, right M1, occlusal view. B, AMNH 108686, *Alphadon sahnii,* right M2, occlusal view. C, UW 17052, *Alphadon sahnii,* left M3, occlusal view. D, UW 17050, *Alphadon sahnii,* left M4, occlusal view. E, UCMP 125349, *Alphadon lulli,* labial half of right M3 in fragment of maxilla, occlusal view. F, UW 17079, *Alphadon attaragos,* new species, holotype, left m1, occlusal view. G, AMNH 109420, *Paranyctoides megakeros,* new species, holotype, left m1, occlusal view. H–J, UW 17047, *Gypsonictops lewisi,* right p4 (p3 of traditional designation), labial, occlusal, and lingual views, respectively. All ×10.

the apex of the entoconid, and the crests that join the apices of the hypoconid and hypoconulid. Lighter wear is also observed on the anterior and posterior cingulids, on the pre- and postvallid shear surface of the trigonid, and on the posterior shear surface of the hypoflexid. The central parts of the trigonid and talonid basins remain unworn even into advanced stages of wear. Similarly, the apices of the entoconid and hypoconulid retain their distinctness even into heavy stages of wear.

P2. UW 15522 and 15526 (fig. 12E–G), clearly referable to *Alphadon,* are identified as P2s of *A. sahnii* on the basis of size. The teeth have strong, double, divergent roots. The main cusp is only weakly keeled anteriorly, but has a sharply developed posterior crest. There is no anterior accessory cusp per se, but a sharply constructed cingulum begins at the anterolabial corner of the crown, wraps around the anterior edge of the main cusp, and continues in an undulating course along the lingual base of the tooth to the apex of the moderately developed posterior accessory cusp. A small basin between the posterolabial base of the main cusp and the posterior

accessory cusp is enclosed by a cingulum that runs from the apex of the posterior accessory cusp to the labial midbase of the main cusp. The widest part of the tooth is just posterior to the level of the apex of the main cusp and the lingual cingulum is strongest at that point. Wear is strong on the posterior crest of the main cusp and on the conjoined lingual surface of the main cusp–posterior accessory cusp. Obvious abrasion facets do not exist elsewhere, even under conditions of heavy wear.

P3. The P3 (fig. 12H–J) is merely a larger variation on the structure of P2, with a proportionately larger posterior accessory cusp and taller main cusp. There is some tendency for the cingulum across the anterolabial quarter of the main cusp to approach weak completion. The wear pattern is identical to that of P2.

M1. Stylar cusps A, B, C, and D (fig. 13A) are well separated from one another and strongly developed on M1; A is the lowest. Stylar cusp B is the largest and is conical except for a short, forwardly projecting spur originating at the anterolabial corner of the

cuspule's apex. Cusp C is a sharply pointed cone, intermediate in height between stylar cusps B and D. Stylar cusp D is anteroposteriorly elongated. The paracone and metacone are roughly equal in height and general development; the lingual surfaces of both are broadly rounded. The preparacrista makes an anteriorly convex arc between the apices of the paracone and stylar cusp B. The postparacrista is straight, joining directly with an equally straight premetacrista. The postmetacrista makes a gentle posteriorly convex arc to terminate at the posterolabial extreme of the stylar shelf.

The protoconule and metaconule are moderately scaled and about equal in development. The preprotoconule crista continues as a cingulum along the base of the crown to the apex of stylar cusp A. The postprotoconule crista is a short, rounded crest that terminates at the lingual base of the paracone. The premetaconule crista is a short, rounded crest terminating at the anterolingual base of the metacone. The postmetaconule crista terminates at a level posterior to the apex of the metacone at the base of the vertical wall formed by the postmetacrista. The protocone is broadly based and lacks all but hints of lingual cingula.

Heaviest wear is seen on the apices of stylar cusps A–C, para- and metaconal crests, protoconal and conular crests, and in the general vicinity of the anterior faces of the paracone-preparacrista and adjacent cingulum plus stylar cusp A.

M2. Except for the usual differences in coronal proportions, the M2 (fig. 13B) differs in only a few ways from the description given above for M1. Prime among these are: (1) stylar cusps C and D in M2 are either subequally developed (the usual case) or D slightly exceeds the height of C; and (2) the internal crests of the conules tend to be sharp-edged rather than rounded. AMNH 109417 shows weak lingual cingula on the protocone, but the usual case (as in M1) is to lack such cingula. The wear pattern is as in M1 except that stylar cusp D comes into active wear sooner.

M3. UW 17052 (fig. 13C), heavily damaged, is the only tooth referable to M3 of *Alphadon sahnii*. Stylar cusp C is nearly as strong as stylar cusp B; it is unknown whether

this was the usual situation in M3s of this species.

M4. The paracone of M4 (fig. 13D) is by far the tallest cusp, with the metacone and protocone of the same height and the conules the lowest. The preparacrista is a sharp, thin, bladelike crest that runs anterolabial but terminates abruptly well short of the anterolabial extreme of the stylar shelf. The labial end of the preparacrista hooks forward with a weak connection to the anterior cingulum, a continuation of the preprotoconule crista. The lingual surface of the paracone is rounded. The labial surface is flattened, and almost concave as the sharp paraconal apex curves ventrolingually. The postparacrista is short, straight, and sharply keeled, connecting with the base of a still shorter and sharper premetacrista.

The posterior wall of the metacone is flat, with a crest running from its apex in a posteriorly convex arc to become continuous with the labial margin of the stylar shelf. Stylar cusp C is weakly developed and anteroposteriorly elongated. Minor undulations of the edge of the stylar shelf are seen between stylar cusps C and B. The latter is low and placed just posterolabial to the termination of the preparacrista. A weak notch separates stylar cusp B from A, the tallest of the stylar shelf.

The protoconule has a strong anterior crista that continues labially as a basal cingulum to the apex of stylar cusp A. The postprotoconule crista is short, terminating at the lingual base of the paracone. The metaconule lacks an anterior crista. The postmetaconule crista is strong, terminating at the lingual base of the metacone. A pronounced indentation, as seen in occlusal view, exists on the posterior wall of the tooth between the metacone and metaconule.

The protocone is anteroposteriorly compressed with strong pre- and postprotoconular crests that terminate at the central bases of the protoconule and metaconule, respectively. There are no hints of lingual cingula.

Specimens adequately worn to provide information on wear patterns are unknown.

RELATIONSHIPS: The teeth of *Alphadon sahnii* are most closely comparable to those of *A. wilsoni* and *A. marshi*, species known from rocks of Lancian age. *Alphadon sahnii*

BLM_0056647

is intermediate in size between those two species (compare data in table 7 of the present paper with figs. 16 and 17 of Lillegraven, 1969), however, and differs as well in the minor features cited above in the diagnosis. It is possible, though certainly not proven, that *A. sahnii* was ancestral either to *A. wilsoni* or *A. marshi,* or to both.

As discussed in the section dealing with *Alphadon halleyi,* it is highly probable that AMNH 77368 (m1) and 77369 (m2) from the Judith River Formation and UA 1736 (m3) and 6987 (M1) from the Oldman Formation also represent teeth of *A. sahnii.*

### *Alphadon lulli* Clemens, 1966
#### Figure 13E

HOLOTYPE: UCMP 47047, fragmentary left maxilla with M1–2, alveoli of M3, and parts of alveoli of P3 and M4.

TYPE LOCALITY: Lull 2 quarry, UCMP V-5620, Lance Formation, Powder River Basin, Wyoming.

LOCALITIES REPRESENTED IN PRESENT STUDY AND REFERRED SPECIMENS: BIGHORN BASIN: M3, UW 17078. WIND RIVER BASIN: fragmentary right M3, UCMP 125349 (fig. 13E).

KNOWN DISTRIBUTION: "Mesaverde" Formation (Judithian), Bighorn and Wind River basins, Wyoming; Hell Creek Formation (Lancian), Montana; and Lance Formation (Lancian), Wyoming.

DESCRIPTION AND COMPARISONS: The two fragmentary M3s from the "Mesaverde" Formation agree well in size and general morphology with homologous teeth of *Alphadon lulli* from the younger Hell Creek Formation (Archibald, 1982, p. 128) and Lance Formation (Clemens, 1966, p. 8). Available dental measurements of the Wyoming specimens are: UCMP 125349, AP, 2.06; and UW 17078, POW, 2.70. Stylar cusp C is lacking in UCMP 125349 and apparently weak (enamel abraded away from labial edge of stylar shelf) on UW 17078. The ectoflexus is rather broadly developed on both specimens. UCMP 125349 shows stylar cusp B to be tall and conical, A much lower, and D weak and anterolingually elongated along the posterior rim of the ectoflexus; there is no stylar cusp

E per se, only the posterolabial extension of a rather low postmetacrista. The wear pattern on UCMP 125349 is as described by Clemens (1966, p. 10). UW 17078 shows the conules to be strongly developed and fully winged. There is no hint of protoconal cingula.

If properly identified, these two specimens could be the first known pre-Lancian representatives of *Alphadon lulli.* They provide no new information concerning phylogenetic relationships of the species.

### *Alphadon attaragos,* new species
#### Figure 13F

HOLOTYPE AND ONLY KNOWN SPECIMEN: UW 17079 (fig. 13F), isolated left m1.

TYPE AND ONLY KNOWN LOCALITY: Sunset to Dawn Two locality, UW V-81076, "Mesaverde" Formation, Bighorn Basin, Wyoming.

KNOWN DISTRIBUTION: "Mesaverde" Formation (Judithian), Bighorn Basin, Wyoming.

ETYMOLOGY: Gr. *attaragos,* meaning morsel or bit, in reference to minuscule size.

DIAGNOSIS: Minuscule size; metaconid of m1 set far posterior to protoconid; hypoconulid essentially conical; molar construction uninflated.

DESCRIPTION: UW 17079 (fig. 13F) is a left m1 of minuscule size (AP, 1.68; LTRI, 0.74; ANW, 0.76; POW, 0.79) and uninflated construction. The metaconid is set far posterior to the protoconid, giving the trigonid the appearance of an equilateral triangle (base at lingual side) in occlusal view. Although somewhat damaged, the hypoconulid appears to have been conical, rather than ridgelike as in *Alphadon sahnii.* The tooth otherwise follows the basic construction typical of *A. sahnii.*

RELATIONSHIPS: The hypodigm of a single isolated lower molar does not allow adequate interpretation of phylogenetic relationships. The basic construction of m1, however, is close to that of *Alphadon sahnii,* and *A. attaragos* may represent a counterpart of tiny body size. *Alphadon attaragos* is the smallest species of the genus yet described; continued collecting with fine-meshed washing screens

TABLE 7
**Measurements of Teeth Referable to *Alphadon sahnii*, New Species**

|  |  | AP | LTRI | ANW | POW |
|---|---|---|---|---|---|
| m1 | Bighorn Basin |  |  |  |  |
|  | AMNH 109414 | 2.32 | 1.06 | 1.18 | 1.21 |
|  | 109421 | 2.22 | 1.03 | 1.15 | 1.17 |
|  | UW 17075 | 2.32 | 1.08 | 1.23 | 1.24 |
|  | Wind River Basin |  |  |  |  |
|  | UCMP 125350[a] | 2.14 | 0.96 | 0.94 | 1.00 |
| m2 | Bighorn Basin |  |  |  |  |
|  | AMNH 109431 | 2.41 | 1.00 | 1.45 | 1.37 |
|  | 109442 | 2.49 | 1.05 | 1.42 | 1.50 |
|  | 109482 | 2.38 | 1.00 | 1.37 | 1.42 |
|  | 109484 | 2.16 | 0.87 | 1.29 | 1.30 |
|  | UW 15530 | 2.27 | 0.96 | 1.40 | 1.34 |
|  | 15531 | 2.16 | 0.88 | 1.33 | 1.31 |
|  | Wind River Basin |  |  |  |  |
|  | AMNH 86310 | 2.33 | 0.95 | 1.46 | 1.41 |
|  | 86330 | 2.14 | 0.94 | 1.37 | 1.40 |
|  | 86362 | 2.28 | 0.91 | 1.31 est. | 1.31 |
|  | 88488 | 2.32 | 0.99 | 1.44 | 1.38 |
|  | UW 17057[a] | 2.04 | 0.81 | 1.36 | 1.34 |
|  | 17059[a] | 2.42 | 0.99 | 1.32 | 1.32 |
| m3 | Bighorn Basin |  |  |  |  |
|  | AMNH 109481 | 2.42 | 1.06 | 1.62 | 1.44 |
|  | Wind River Basin |  |  |  |  |
|  | AMNH 86309 | 2.53 | 1.08 | 1.69 | 1.45 |
|  | 86328 | — | 0.98 | 1.47 | — |
|  | 86331 | 2.66 | 0.99 | 1.68 | 1.41 |
|  | UW 15520[a] | 2.60 | 1.07 | 1.58 | 1.43 |
|  | 17056[a] | 2.19 | 0.91 | 1.44 | 1.24 |
|  | 17061[a] | 2.15 | 0.84 | 1.37 | 1.26 |
| m4 | Wind River Basin |  |  |  |  |
|  | AMNH 86332 | 2.41 | 0.94 | 1.52 | 1.17 |
|  | UW 15540[a] | 2.50 | 1.00 | 1.51 | 1.35 |
|  | 17055[a] | 2.77 | 1.14 | 1.73 | 1.41 |
| P2 | Bighorn Basin |  |  |  |  |
|  | UW 15522 | 1.57 |  | 0.91 |  |
|  | 15526 | 1.52 |  | 0.95 |  |
| P3 | Bighorn Basin |  |  |  |  |
|  | AMNH 109445 | — |  | 1.03 |  |
|  | UW 17082 | 1.73 |  | 1.05 |  |
|  | Wind River Basin |  |  |  |  |
|  | AMNH 86341 | — |  | 1.09 |  |
|  | 86357 | — |  | 1.08 |  |
| M1 | Bighorn Basin |  |  |  |  |
|  | AMNH 109439 | 2.31 |  | 2.47 | 2.62 |
|  | Wind River Basin |  |  |  |  |
|  | UCMP 125337[a] | 2.40 |  | 2.25 | 2.43 |
| M2 | Bighorn Basin |  |  |  |  |
|  | AMNH 109417 | — |  | 2.39 | — |
|  | Wind River Basin |  |  |  |  |
|  | AMNH 86312 | 2.22 |  | 2.31 | 2.48 |
|  | 86313 | 2.49 |  | 2.57 | 2.84 |

BLM_0056649

TABLE 7—(Continued)

|  |  | AP | LTRI | ANW | POW |
|---|---|---|---|---|---|
|  | 86321 | 2.01 |  | 2.21 | 2.34 |
|  | 86333 | 2.32 est. |  | — | — |
|  | 108686 | 2.14 |  | 2.23 | 2.48 |
| M3 | Wind River Basin |  |  |  |  |
|  | UW 17052[a] | 2.03 est. |  | 2.55 | 2.75 est. |
| M4 | Wind River Basin |  |  |  |  |
|  | UW 17050[a] | 2.06 |  | 3.11 | 2.08 |

[a] From Fales Rocks; unmarked teeth from Wind River Basin are from Barwin Quarry.

will be necessary for improving knowledge of these interesting animals.

### FAMILY PEDIOMYIDAE (SIMPSON, 1927b)

#### *Pediomys* sp.

INCLUDED SPECIMEN: UW 15533, isolated right trigonid of m2 or m3.

LOCALITY: Meteors locality, UW V-81066, "Mesaverde" Formation, Bighorn Basin, Wyoming.

COMMENTS: The single specimen (probably m2 or m3) is identified as *Pediomys* sp. on the basis of placement of the anterior termination of the cristid obliqua, well labial to the notch between the crests of the protoconid and metaconid. Identification to the level of species is impossible, though it is probable that the specimen (LTRI, 1.24; ANW, 1.24) would fall within the range of variation of *P. clemensi* (see Fox, 1979b, table 1, p. 106 for mean values).

The rarity of specimens of *Pediomys* in the "Mesaverde" Formation comes as somewhat of a surprise; it is a fairly common member of more northerly faunas, and is known from Late Cretaceous faunas as far south as New Mexico and Baja California, Mexico (see Clemens, 1979, table 11-2, p. 194). Whether this represents an artifact of collecting bias or a real ecological differentiation is unknown. Clemens (1973b, p. 163), however, also noted a comparative rarity of pediomyids within the Hunter Wash local fauna ("Edmontonian") of the Kirtland and Fruitland formations of New Mexico.

INFRACLASS EUTHERIA GILL, 1872

ORDER INSECTIVORA CUVIER, 1817; BOWDICH, 1821

SUPERFAMILY ERINACEOIDEA (FISCHER DE WALDHEIM, 1817)

FAMILY CF. NYCTITHERIIDAE SIMPSON, 1928

GENUS *PARANYCTOIDES* FOX, 1979c

#### *Paranyctoides megakeros,* new species
Figure 13G; table 8

HOLOTYPE: AMNH 109420 (fig. 13G), isolated left m1.

TYPE LOCALITY: Case Site 8, "Mesaverde" Formation, Bighorn Basin, Wyoming.

REFERRED SPECIMEN: AMNH 109469, isolated trigonid of mx (Case Site 2, Bighorn Basin).

KNOWN DISTRIBUTION: "Mesaverde" Formation (Judithian), Bighorn Basin, Wyoming.

ETYMOLOGY: Gr. *megas,* large, plus Gr. *keros,* horn; after discovery in the Bighorn Basin.

DIAGNOSIS: Lower molar morphology as in *Paranyctoides sternbergi,* but size of new species about 56 percent greater.

DESCRIPTION, COMPARISONS, AND DISCUSSION: AMNH 109420 (fig. 13G) and 109469 follow without exception the description of lower molars of *Paranyctoides sternbergi* by Fox (1979c, pp. 119–121); molar construction seems to be more delicate than in *P.*

TABLE 8
**Measurements of Teeth Referable to**
***Paranyctoides megakeros,* New Species**

|  |  | AP | LTRI | ANW | POW |
|---|---|---|---|---|---|
| m1 | AMNH 109420 | 2.71 | 1.05 | 1.73 | 1.75 |
| mx | AMNH 109469 | — | 0.99 | 1.63 | — |

*maleficus* (see Fox, 1984, pp. 12–13). The teeth from Wyoming (table 8), however, are more than half again as large as those from Alberta (Fox, 1979c, table 1, p. 116; Fox, 1984, table 1), and it seems highly unlikely that the same species are represented.

The only descriptive details that can be added beyond those by Fox (1979c, 1984) have to do with tooth wear. AMNH 109420 shows that the talonid (at least of m1) wears much more heavily than the trigonid and that wear is principally horizontal on the crests that rim the talonid basin, not on the more vertical shearing surfaces. Postvallid wear on the trigonid greatly exceeds prevallid wear, but the cristids receive the heaviest wear of the trigonid.

The new specimens from Wyoming provide no additional information on the phylogenetic affinities of *Paranyctoides*. Although we use the higher-category systematic hierarchy suggested by Fox (1979c, p. 119, 1984, p. 9), we neither defend nor challenge the existence of true nyctitheres in Late Cretaceous time. The new specimens do, however, serve to document further the extent of diversification of eutherian mammals during Late Cretaceous time in North America (see discussions by Fox, 1979c, p. 124, 1984, p. 16).

### SUPERFAMILY INCERTAE SEDIS

GENUS *GYPSONICTOPS* SIMPSON, 1927a

#### *Gypsonictops lewisi* Sahni, 1972
Figure 13H–J

HOLOTYPE: AMNH 77429, isolated p4.

TYPE LOCALITY: Clambank Hollow locality, Judith River Formation, Montana.

LOCALITIES REPRESENTED IN PRESENT STUDY AND REFERRED SPECIMENS: Wind River Basin, right p4 (p3 of traditional designation), UW 17047 (fig. 13H–J), UW locality V-81006 and lingual fragment of Mx, AMNH 108682, "Barwin Quarry."

KNOWN DISTRIBUTION: Oldman Formation (Judithian), Alberta; Judith River Formation (Judithian), Montana; and "Mesaverde" Formation (Judithian), Wind River Basin, Wyoming.

DESCRIPTION AND COMPARISONS: The two specimens of *Gypsonictops* from the Wind River Basin are identified as *G. lewisi* on the basis of stratigraphic occurrence (Judithian), comparable size of teeth, and lack of morphological differences from other specimens referred to the species.

p4. UW 17047 (fig. 13H–J) agrees in size (AP, 2.24; W, 1.25) and major features of construction with AMNH 77428, a tooth from the Judith River Formation identified by Sahni (1972, fig. 15D–F, p. 392) as the penultimate premolar of *Gypsonictops lewisi*. Fox (1979c, p. 117) suggested that because known species of *Gypsonictops* have five lower premolars, the designation of p1–2–3–4–5 should replace Clemens' (1973a, p. 6) recommended use of pa–b–c–3–4; Fox's terminology is applied here. Clemens (1973a, pp. 7–8 and fig. 5, p. 11) documented the high degree of individual variation in p4 structure in the Lancian species of *Gypsonictops hypoconus*; marked variation thus may also be expected in p4s of *G. lewisi*. Species identification at this point, however, is tentative.

UW 17047, of robust construction, has a small anterior basal cusp set well above the enamel-dentine boundary immediately lingual to the anterior ridge of the tooth's main cusp. A short but strongly developed cingulum descends ventrad and curves posterolabiad from the basal cusp to terminate on the anterolabial base of the main cusp. The main cusp has a sharp vertical ridge that is slightly convex labially and runs from the apex to the labial base of the anterior basal cusp. There is no hint of a metaconid. A strong posterolingual ridge runs ventrad from the apex of the main cusp to terminate at the talonid. Immediately lingual to that point of termination, an equally strong anteroposterior talonid ridge forms the lingual edge of a small and narrow but distinctly basined talonid. A second vertical ridge, less pronounced and more undulating in course, runs from the apex of the main cusp down its posterolabial corner to terminate at the base of the cusp.

The posterior edge of the talonid has enamel broken away and its morphology is thereby impossible to determine fully. It appears, however, that the posterior edge of the talonid basin was closed by a transverse ridge that continued ventrolabially, then anteriorly, to terminate at the ventrolabial base of the main cusp. The talonid basin is bordered

BLM_0056651

on its labial side by a sharp ridge that runs forward to terminate just labial of the posterolingual ridge of the main cusp.

Wear on the tooth is almost entirely restricted to its posterior half, especially on the back wall of the main cusp, on the posterior talonid rim, and on the broad labial slope of the talonid. One small wear facet is present on the labial wall of the main cusp, immediately ventral to its apex. An important wear facet is on the posterior wall of the main cusp, broad near the cusp's apex and narrowing ventrally, with convergence of the facet onto the posterolingual ridge of the main cusp at about two-thirds of the way down its length. Strong posterolabially directed wear is also present on the ventrally sloping posterior edge of the talonid and its broad labial slope.

Mx. AMNH 108682 is a moderately worn upper molar fragment with protocone, conules, and lingual cingula. The specimen provides no new information on morphological variation in species of *Gypsonictops*.

DISCUSSION: Unfortunately, neither UW 17047 nor AMNH 108682 provides new information on the phylogenetic affinities of *Gypsonictops lewisi*. If the identification is correct, a range extension southward of some 575 km is documented for the species.

### UNIDENTIFIED SPECIMENS OF THERIANS

In addition to the specimens discussed above, a number of isolated teeth and jaw fragments remain unidentified and are listed below. Although most are fragmentary or heavily worn, some are excellently preserved and should be identifiable once larger samples and better comparative series become available.

Isolated incisors and canines, lower and upper
  AMNH 80005, 86322, 86325 (2 specimens), 88335, 88492–88493, 109415, 109440, 109455, 109460, 109471, 109488
  UW 15517, 17101, 17084, 17095
px
  AMNH 80015, 86317, 86326, 88494–88495, 108681, 108685, 109418, 109450, 109453–109454, 109458, 109472, 109486–109487

  UCMP 125340, 125343
  UW 15515, 15529, 17048, 17068
mx
  AMNH 80014, 80018, 86314–86315, 86319, 86334, 86339, 86348, 86349, 86358–86359, 86365, 88487, 88489–88490, 109413, 109433–109434, 109448–109449, 109459, 109476–109477
  UCMP 125346, 125348
  UW 15525, 15527, 15581, 17051, 17058, 17060, 17062, 17069, 17076–17077
Px
  AMNH 109416
DP3
  UCMP 125339
Mx
  AMNH 86361
  UCMP 125341–125342
  UW 17097
Edentulous jaw fragments, lower and upper
  AMNH 80006, 80009–80010, 80019–80020, 86340, 86353–86354, 88498–88499
  UW 15518, 17096, 17099

### NEW TAXA AND RANGE EXTENSIONS

The present research has allowed advances in knowledge of taxonomic diversity, greater appreciation of geologic and geographic ranges of species, and increased biostratigraphic utility of the fossils; results are summarized below.

### NEW GENERA

Three previously unknown genera are recognized, though none is formally named herein. They are: (1) "Multituberculata, new genus and species, unnamed," representing a presently unidentifiable species of extraordinarily large body size; (2) "Dryolestidae, genus and species unidentified," a phylogenetic relict represented by materials inadequate for diagnosis; and (3) *Falepetrus barwini*, an advanced therian being described elsewhere (Clemens and Lillegraven, in press).

### NEW SPECIES OF PREVIOUSLY DESCRIBED GENERA

Three new species of previously described genera are named. They are: (1) *Alphadon*

TABLE 9
**Species-Level Taxa in "Mesaverde" Formation in Bighorn and Wind River Basins of Wyoming**

| Taxon | Bighorn Basin | Wind River Basin |
|---|---|---|
| *Mesodma primaeva* | | + + |
| *Mesodma* sp. | + | + |
| *Cimolomys clarki* | + + | + + |
| *Meniscoessus intermedius* | | + + |
| *Paracimexomys priscus* | | + |
| Multituberculata, n. gen. and sp., unident. | | + |
| Dryolestidae, gen. and sp. unident. | + | |
| *Falepetrus barwini* | | + + |
| *Alphadon russelli* | + + | + + |
| *Alphadon halleyi* | + + | + + |
| *Alphadon sahnii* | + + | + + |
| *Alphadon lulli* | + | + |
| *Alphadon attaragos* | + | |
| *Pediomys* sp. | + | |
| *Paranyctoides megakeros* | + | |
| *Gypsonictops lewisi* | | + + |

*Symbols:* +, present; + +, present, but also known from north of Wyoming in northern Montana and/or southern Alberta.

*sahnii,* most closely comparable to the Lancian species *A. wilsoni* and *A. marshi;* (2) *Alphadon attaragos,* with the smallest body size yet described for the genus; and (3) *Paranyctoides megakeros,* with a body size significantly larger than *P. sternbergi. Paranyctoides megakeros* represents the only known occurrence of the genus south of Alberta.

NEW RECORDS FOR WYOMING AND GEOGRAPHIC RANGE EXTENSIONS

All species-level taxa except *Alphadon lulli* are reported from Wyoming for the first time. These include both new taxa (summarized immediately above) and geographic range extensions. Speaking only for the Judithian, the following range extensions are documented:

1. Extended into Wyoming from northern Montana, *Mesodma primaeva, Cimolomys clarki, Alphadon halleyi,* and *Gypsonictops lewisi.*
2. Extended into Wyoming from southern Alberta, *Meniscoessus intermedius* and *Alphadon russelli.*

3. Recognized for the first time both in Wyoming and in northern Montana, *Falepetrus barwini.*
4. Probably recognizable in northern Montana and southern Alberta as well as Wyoming, *Alphadon sahnii.*

GEOLOGIC RANGE EXTENSIONS INTO JUDITHIAN RECORD

In addition to the new taxa summarized above, ranges of *Paracimexomys priscus* (species only) and *Alphadon lulli* (species only) are extended from rocks of Lancian age into the Judithian record.

JUDITHIAN OCCURRENCES PRESENTLY RESTRICTED TO "MESAVERDE" FORMATION OF WYOMING

Including the new genera and species, the following taxa are presently recognized in the Judithian only from the "Mesaverde" Formation of Wyoming: *Paracimexomys priscus,* Multituberculata, new genus and species, unnamed, Dryolestidae, genus and species unidentified, *Alphadon lulli, Alphadon attaragos,* and *Paranyctoides megakeros.*

TAXA COMMON TO BOTH BIGHORN AND WIND RIVER BASINS

If we look only at the Wyoming Judithian record, counts from the existing faunal list (table 9) show that six species-level taxa are common to both the Bighorn and Wind River basins, four are known only from the Bighorn Basin, and six are known only from the Wind River Basin. Of the 12 species-level taxa known from the more southerly Wind River Basin, at least 8 also occur in rocks of Judithian age from farther north in Montana and/or Alberta (table 10); in all probability, the Judithian mammalian fauna of the coastal western interior was essentially homogeneous geographically, at least as far as from southern Alberta to central Wyoming.

BIOSTRATIGRAPHY

THE NATURE OF NORTH AMERICAN LAND-MAMMAL "AGES"

The pioneering effort of Wood et al. (1941) established a continent-wide framework for

TABLE 10

**Mammals in More Important Late Cretaceous Localities of North American Western Interior**

To conserve space on the printed page, summary information for areas 1–13 is presented immediately below. See text concerning nature of "Edmontonian." See figure 1 for geographic reference.

| Area | Formation | Province or state | Presumed "age" represented | Primary references |
|------|-----------|-------------------|----------------------------|--------------------|
| 1 | Upper part of Milk River Fm. | Alberta | Aquilan | Fox, 1970, 1971a, 1971b, 1972, 1976a, 1980, 1981, 1982, 1984; Clemens et al., 1979 |
| 2 | Lower part of Oldman Fm. | Alberta | Judithian | Fox, 1976b; Clemens et al., 1979 |
| 3 | Upper part of Oldman Fm. | Alberta | Judithian | L. S. Russell, 1952; Fox, 1974, 1979a, 1979b, 1979c, 1981; Clemens et al., 1979; this paper |
| 4 | Judith River Fm. | Montana | Judithian | Sahni, 1972; Fox, 1979c, 1981; Clemens et al., 1979; Clemens and Lillegraven, in press; this paper |
| 5 | "Mesaverde" Fm. | Wyoming (Bighorn Basin) | Judithian | this paper |
| 6 | "Mesaverde" Fm. | Wyoming (Wind River Basin) | Judithian | this paper |
| 7 | St. Mary River Fm. | Alberta | "Edmontonian" | L. S. Russell, 1975; Sloan and L. S. Russell, 1974; Clemens et al., 1979 |
| 8 | Kirtland and Fruitland formations | New Mexico | "Edmontonian" and Lancian | Clemens, 1973b; Armstrong-Ziegler, 1978; Clemens et al., 1979; Archibald, 1982; Lehman, 1984; Flynn, in press |
| 9 | Scollard Fm. | Alberta | Lancian | Fox, 1974; Lillegraven, 1969; Clemens et al., 1979 |
| 10 | Frenchman Fm. | Saskatchewan | Lancian[a] | Johnston, 1980 |
| 11 | Hell Creek Fm. | Montana | Lancian | Sloan and Van Valen, 1965; Van Valen and Sloan, 1965; Estes and Berberian, 1970; Novacek and Clemens, 1977; Van Valen, 1978; Clemens et al., 1979; Lupton et al., 1980; Archibald, 1982; Archibald and Clemens, 1984 |
| 12 | Type Lance Fm. | Wyoming | Lancian | Clemens, 1963, 1966, 1973a; Fox, 1974; Clemens et al., 1979; Archibald, 1982 |
| 13 | North Horn Fm. | Utah | Lancian | Clemens, 1961; Clemens et al., 1979 |

| Taxon | Area | | | | | | | | | | | | |
|-------|------|---|---|---|---|---|---|---|---|----|----|----|----|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| Triconodonta | | | | | | | | | | | | | |
| *Alticonodon lindoei* | + | | | | | | | | | | | | |
| ?Triconodontidae, n. gen. and sp. | + | | | | | | | | | | | | |
| Multituberculata | | | | | | | | | | | | | |
| *Mesodma formosa* | | | | | | | | | + | | | + | |
| *Mesodma* cf. *M. formosa* | | | | | | | | | | | + | | |
| *Mesodma hensleighi* | | | | | | | | | + | | + | + | |

TABLE 10—(Continued)

| Taxon | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Mesodma primaeva* | | | + | + | | + | | | | | | | |
| *Mesodma senecta* | + | | | | | | | | | | | | |
| *Mesodma thompsoni* | | | | | | | | | + | | + | + | |
| *Mesodma* cf. *M. thompsoni* | | | | | | | + | | | | | | |
| *Mesodma* sp. | + | | | | + | + | | + | | + | + | | |
| *Mesodma?* sp. | | | | | | | | + | | | | | |
| *?Neoplagiaulax burgessi* | | | | | | | | | | | + | | |
| ?Neoplagiaulacidae, gen. and sp. undet. | | | | | | | | | | | + | | |
| *Cimexomys antiquus* | + | | | | | | | | | | | | |
| *Cimexomys minor* | | | | | | | | | | | + | + | |
| *Paracimexomys magister* | + | | | | | | | | | | | | |
| *Paracimexomys* cf. *C. judithae* | | | | | | | | + | | | | | |
| *Paracimexomys judithae* | | | | + | | | | | | | | | |
| *Paracimexomys magnus* | | | | + | | | | | | | | | |
| *Paracimexomys priscus* | | | | | | + | | | + | | + | | |
| *Kimbetohia campi* | | | | | | | | + | | | | | |
| Ptilodontidae, gen. and sp. undet. | | | | | | | | | + | | | | |
| *Cimolodon electus* | + | | | | | | | | | | | | |
| *Cimolodon similis* | + | | | | | | | | | | | | |
| *Cimolodon nitidus* | | | | | | | + | | + | | + | + | |
| *Cimolodon* sp. | | | | + | | | | + | | | | | |
| *Catopsalis joyneri* | | | | | | | | | | | + | | |
| *Stygimys kuszmauli* | | | | | | | | | | | + | | |
| *Stygimys* aff. *S. kuszmauli* | | | | | | | | | | | + | | |
| *?Cimolomys* sp. A | + | | | | | | | | | | | | |
| *?Cimolomys* sp. B | + | | | | | | | | | | | | |
| *Cimolomys clarki* | | | | + | + | + | | | | | | | |
| *Cimolomys gracilis* | | | | | | | + | | + | | + | + | |
| *Cimolomys trochuus* | | | | | | | | | + | | | | |
| Eucosmodontidae, n. gen. and sp. | | | | | | | | + | | | | | |
| *Meniscoessus ferox* | + | | | | | | | | | | | | |
| *Meniscoessus intermedius* | | + | | | | + | | | | | | | |
| *Meniscoessus major* | | | + | + | | | | | | | | | |
| *Meniscoessus conquistus* | | | | | | | + | | | | | | |
| *Meniscoessus robustus* | | | | | | | + | | | | + | + | |
| *Essonodon browni* | | | | | | | | + | | | + | + | |
| *Viridomys orbatus* | + | | | | | | | | | | | | |
| Suborder and family incertae sedis | | | | | | + | | | | | | | |
| Symmetrodonta | | | | | | | | | | | | | |
| *Symmetrodontoides canadensis* | + | | | | | | | | | | | | |
| Dryolestoidea | | | | | | | | | | | | | |
| Dryolestidae, gen. and sp. unident. | | | | + | | | | | | | | | |
| Therians of metatherian-eutherian grade | | | | | | | | | | | | | |
| cf. *Deltatheroides* sp. | | | + | | | | | | + | | | + | |
| *Potamotelses aquilensis* | + | | | | | | | | | | | | |
| *Picopsis pattersoni* | + | | | | | | | | | | | | |

TABLE 10—(Continued)

| Taxon | Area | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| cf. *Picopsis* sp. | + | | | | | | | | | | | | |
| Tribosphenic upper molar | + | | | | | | | | | | | | |
| *Falepetrus barwini* | | | | | | + | | | | | | | |
| *Bistius bondi* | | | | | | | | + | | | | | |
| Marsupialia | | | | | | | | | | | | | |
| *Alphadon creber* | + | | | | | | | | | | | | |
| *Alphadon halleyi* | | | + | + | + | + | | | | | | | |
| *Alphadon russelli* | | | + | | + | + | | | | | | | |
| *Alphadon lulli* | | | | | + | + | | | | | + | + | |
| *Alphadon sahnii* | | | + | + | + | + | | | | | | | |
| *Alphadon marshi* | | | | | | | ?+ | + | | | + | + | |
| *Alphadon* cf. *A. marshi* | | | | | | | + | | | | | | |
| *Alphadon wilsoni* | | | | | | | | | + | | + | + | |
| *Alphadon attaragos* | | | | | + | | | | | | | | |
| *Alphadon praesagus* | | | + | + | | | | | | | | | |
| *Alphadon rhaister* | | | | | | | ?+ | | + | | + | + | |
| *Alphadon* cf. *A. rhaister* | | | | | | | | | | | | + | |
| *Alphadon* sp. | + | + | | | | | | | | | | | |
| *Alphadon*?, n. sp. | | | | | | | | + | | | | | |
| cf. *Peradectes* sp. | | | | | | | | + | | | | | |
| *Glasbius intricatus* | | | | | | | | | | | | + | |
| *Glasbius twitchelli* | | | | | | | | | | | + | | |
| *Albertatherium primus* | + | | | | | | | | | | | | |
| Didelphidae, gen. and sp. indet. | | | | | | | | | | + | | | |
| *Pediomys exiguus* | + | | | | | | | | | | | | |
| *Pediomys clemensi* | | | + | + | | | | | | | | | |
| *Pediomys* sp. A | | | + | | | | | | | | | | |
| *Pediomys prokrejcii* | | | + | | | | | | | | | | |
| *Pediomys cooki* | | | | | | | | | | | + | + | |
| *Pediomys* cf. *P. cooki* | | | | | | + | + | | | | | | |
| *Pediomys elegans* | | | | | | | | | + | | + | + | |
| *Pediomys* cf. *P. elegans* | | | + | | | | | | | | | | |
| *Pediomys florencae* | | | | | | | | | | | + | + | |
| ?*Pediomys* cf. *P. florencae* | | | | | | | | | | | + | | |
| *Pediomys hatcheri* | | | | | | | | | + | | + | + | + |
| *Pediomys* cf. *P. hatcheri* | | | + | | | | | | | | | | |
| *Pediomys krejcii* | | | | | | | | | + | | + | + | |
| *Pediomys* cf. *P. krejcii* | | | | | | + | | | | | | | |
| *Pediomys* sp. | | | | | + | | | | | | | | |
| ?Pediomyidae | | | | + | | | | | | | | | |
| *Aquiladelphis incus* | + | | | | | | | | | | | | |
| *Aquiladelphis minor* | + | | | | | | | | | | | | |
| *Eodelphis cutleri* | + | | + | + | | | ?+ | | | | | | |
| *Eodelphis browni* | | | + | | | | | | | | | | |
| *Eodelphis* sp. | + | | + | + | | | | | | | | | |
| *Eodelphis*? sp. | | | | | | | | + | | | | | |
| *Didelphodon vorax* | | | | | | | | | + | | + | + | |
| *Didelphodon*? sp. | | | | | | | | + | | | | | |
| Eutheria | | | | | | | | | | | | | |
| *Gypsonictops lewisi* | | | + | + | | + | | | | | | | |
| *Gypsonictops*, n. sp. | | | | | | | | + | | | | | |

BLM_0056656

TABLE 10—(Continued)

| Taxon | Area | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| Gypsonictops sp. | | | | | | | + | | | | | | |
| Gypsonictops hypoconus | | | | | | | | | + | | + | + | |
| Gypsonictops illuminatus | | | | | | | | | + | | | | |
| Gypsonictops cf. G. illuminatus | | | | | | | | | | | + | | |
| Cimolestes sp. | | | | | | | + | | | | | | |
| cf. Cimolestes sp. | | | | | | | | + | | | | | |
| Cimolestes incisus | | | | | | | | | | | + | + | |
| Cimolestes magnus | | | | | | | | | + | | + | + | |
| Cimolestes cerberoides | | | | | | | | | + | | | | |
| Cimolestes cf. C. cerberoides | | | | | | | | | | + | + | | |
| Cimolestes propalaeoryctes | | | | | | | | | + | | + | | |
| Cimolestes stirtoni | | | | | | | | | | | + | + | |
| Batodon tenuis | | | | | | | | | + | | + | + | |
| Procerberus formicarum | | | | | | | | | | | + | | |
| Palaeoryctidae, gen. and sp. undet. | | | + | | | | | | | | | | |
| Telacodon laevis | | | | | | | | | | | | + | |
| Paranyctoides maleficus | + | | | | | | | | | | | | |
| Paranyctoides sternbergi | | | + | | | | | | | | | | |
| Paranyctoides megakeros | | | | | + | | | | | | | | |
| Insectivora, n. gen. and sp. A | + | | | | | | | | | | | | |
| Insectivora, n. gen. and sp. B | + | | | | | | | | | | | | |
| Protungulatum donnae | | | | | | | | | | | + | | |
| Protungulatum cf. P. donnae | | | | | | | | | | + | | | |
| Protungulatum gorgun | | | | | | | | | | | + | | |
| Ragnarok harbichti | | | | | | | | | | | + | | |
| Oxyprimus erikseni | | | | | | | | | | | + | | |
| Mimatuta morgoth | | | | | | | | | | | + | | |
| Purgatorius ceratops | | | | | | | | | | | + | | |
| Eutherian? | + | | | | | | | | | | | | |

[a] Although received too late to be incorporated within the table, Johnston and Fox (1984) reported the following mammals from the base of the Ravenscrag Formation (which overlies the Frenchman Formation), latest Lancian in age, from southwestern Saskatchewan: *Mesodma thompsoni, Catopsalis,* n. sp., *Cimexomys* cf. *C. hausoi, Alphadon* sp., *Pediomys elegans, Procerberus* cf. *P. formicarum, Protungulatum* cf. *P. donnae, Oxyprimus* cf. *O. erikseni,* ?*Oxyprimus* sp., *Ragnarok* sp., and ?*Mimatuta* sp.

temporal correlation of North American Tertiary nonmarine rocks that was based on assemblages of mammalian fossils. Although heavily modified since its publication (see, for example, Woodburne, in press), the North American Provincial Ages developed by the Wood committee have been used extensively and successfully (see excellent review by Tedford, 1970) in geological and paleobiological research across the continent. Savage (1962) suggested modification of the name to North American Land-Mammal "Ages," leading to the acronym (NALMA), commonly used today.

Despite their long-standing success in practice, NALMAs do not fit precisely within definitions of any formalized category established for purposes of correlation or description by the general geological community (see ACSN, 1970 and references therein; and NACSN, 1983). The key elements of NALMAs are specified within the following quotation, often overlooked, from the Wood committee report (1941, p. 6):

. . . they are meant to cover all of Tertiary time, without reference to whether each year, century, or millennium is represented by a known fau-

BLM_0056657

nule or stratum. The type of each age necessarily belongs to it, and the sequence and approximate scopes of the ages are thus intended to be definitely fixed (barring new discoveries which should lead to radically different interpretations). However, the ages are not necessarily coextensive with their types, and the precise limits between successive ages are intended to be somewhat flexible and may presumably be modified in the light of later discoveries.

It is clear that NALMAs were intended to represent time units, as indicated above and by the very use of the term "ages." According to present formalized usage (NACSN, 1983), however, an "age" (Art. 80) is a geochronologic unit that ". . . corresponds to the time span of an established chronostratigraphic unit (articles 65 and 66), and its beginning and ending corresponds to the base and top of the referent." According to the NACSN (1983, Art. 66), a chronostratigraphic unit ". . . is a body of rock established to serve as the material reference for all rocks formed during the span of the same time." Under that definition, the boundaries of any geochronologic unit (age, epoch, period, etc.) are synchronous (i.e., occur at the same time) with its chronostratigraphic (material) reference rock unit.

As unequivocally stated in the above quotation from the Wood committee, the temporal limits of a NALMA are not restricted by the time represented within the type section (chronostratigraphic referent unit) of any given NALMA. As discussed by Tedford (1970), that is the reason why Savage (1962) suggested use of quotation marks around the word "age" when used in reference to NALMAs; the term does not match exactly the concept used by the general geological community. The formalized terminology of a geochronologic unit (NACSN, 1983, p. 848) and a NALMA agree in being purely conceptual, dealing solely with geologic time, but differ in that the former has limits defined by a material (lithostratigraphic) referent while the latter has flexible limits.

The definition of a NALMA does not fit within concepts of biostratigraphic units as considered by the NACSN (1983, Arts. 48–54); no form of biozone is implied within the definition of a NALMA.

## DORF'S LANCIAN AGE

Dorf (1942, p. 105) recognized the need for a temporal term for the time of deposition of the Lance Formation:

*Definition of Lancian age*—There does not exist at present a clearly defined temporal term for the latest Cretaceous of the Rocky Mountain region. For the practical purposes of clarity and precision it is here proposed to use Lancian age as a convenient provincial time term, based on the Lance Formation at its type locality near Lance Creek, Niobrara County, Wyoming. This time unit is delimited below by true Fox Hills time (i.e., latest Montanan age, characterized by marine sandstones comprising the well-defined *Sphenodiscus* zone), and delimited above by the beginning of Paleocene time. The terrestrial sediments of Lancian age carry the characteristic mammals[1] and dinosaurs[2] of the *Triceratops* zone, as well as the plants here described.

[1] Wood, H. E., et al., Bull. Geol. Soc. Amer., vol. 52, 8, 1941.
[2] Russell, L. S., Proc. Amer. Philos. Soc., vol. 69, 139–141, 1930.

It is debatable whether Dorf thereby defined a true age, a NALMA, or merely a geochron (temporal duration of a rock unit—in this case, the Lance Formation). We believe that Dorf was attempting to create a NALMA in the manner of the Wood committee (Wood et al., 1941), which he cited, but that he failed because his Lancian age is, in reality, either: (1) bounded earlier by Fox Hills time and later by Paleocene time; or (2) is the time during which the type Lance Formation was deposited. The fossils of the Lance Formation were used to identify this time, to be sure, but they do not define it.

## THE NATURE OF RUSSELL'S STAGES

L. S. Russell (1964, 1975) attempted to establish a system of biological correlation for nonmarine rocks of Early and Late Cretaceous age in the North American western interior. Although similar in some respects to the concept of NALMAs as used for the Cenozoic, Russell's system of units was more broadly based, including in the definitions nonmammalian vertebrates, freshwater molluscs, and a few plants in addition to mammalian assemblages. Russell's (1975) approach to terminology and concept also

TABLE 11

**Summary of Stratigraphic Distributions of Mammalian Taxa from the North American Western Interior Late Cretaceous**

See table 10 for more detailed information. See text concerning nature of "Edmontonian."

| Taxon | Aquilan | Judithian | "Edmon-tonian" | Lancian |
|---|---|---|---|---|
| *Alticonodon lindoei* | x | | | |
| ?Triconodontidae, n. gen. and sp. | x | | | |
| *Mesodma senecta* | x | | | |
| *Mesodma* sp. | x | x | x | x |
| *Cimexomys antiquus* | x | | | |
| *Paracimexomys magister* | x | | | |
| *Cimolodon electus* | x | | | |
| *Cimolodon similis* | x | | | |
| ?*Cimolomys* sp. A | x | | | |
| ?*Cimolomys* sp. B | x | | | |
| *Meniscoessus ferox* | x | | | |
| *Viridomys orbatus* | x | | | |
| *Symmetrodontoides canadensis* | x | | | |
| *Potamotelses aquilensis* | x | | | |
| *Picopsis pattersoni* | x | | | |
| cf. *Picopsis* sp. | x | | | |
| Tribosphenic upper molar | x | | | |
| *Alphadon creber* | x | | | |
| *Alphadon* sp. | x | x | | x |
| *Albertatherium primus* | x | | | |
| *Pediomys exiguus* | x | | | |
| *Aquiladelphis incus* | x | | | |
| *Aquiladelphis minor* | x | | | |
| *Eodelphis cutleri* | x | x | ? | |
| *Eodelphis* sp. | x | x | | |
| *Paranyctoides maleficus* | x | | | |
| Insectivora, n. gen. and sp. A | x | | | |
| Insectivora, n. gen. and sp. B | x | | | |
| Eutherian? | x | | | |
| *Mesodma primaeva* | | x | | |
| *Paracimexomys judithae* | | x | | |
| *Paracimexomys magnus* | | x | | |
| *Paracimexomys priscus* | | x | | x |
| *Cimolodon* sp. | | x | x | |
| *Cimolomys clarki* | | x | | |
| *Meniscoessus intermedius* | | x | | |
| *Meniscoessus major* | | x | | |
| Multituberculate, suborder, family incertae sedis | | x | | |
| Dryolestidae, gen. and sp. unident. | | x | | |
| cf. *Deltatheroides* sp. | | x | | x |
| *Falepetrus barwini* | | x | | |
| *Alphadon halleyi* | | x | | |
| *Alphadon russelli* | | x | | |
| *Alphadon lulli* | | x | | x |
| *Alphadon sahnii* | | x | | |
| *Alphadon attaragos* | | x | | |
| *Alphadon praesagus* | | x | | |
| *Pediomys clemensi* | | x | | |
| *Pediomys* sp. A | | x | | |
| *Pediomys prokrejcii* | | x | | |

BLM_0056659

TABLE 11—(*Continued*)

| Taxon | Aquilan | Judithian | "Edmontonian" | Lancian |
|---|---|---|---|---|
| *Pediomys* cf. *P. elegans* | | x | | |
| *Pediomys* cf. *P. hatcheri* | | x | | |
| *Pediomys* sp. | | x | | |
| ?Pediomyidae | | x | | |
| *Eodelphis browni* | | x | | |
| *Gypsonictops lewisi* | | x | | |
| Palaeoryctidae, gen. and sp. undet. | | x | | |
| *Paranyctoides sternbergi* | | x | | |
| *Paranyctoides megakeros* | | x | | |
| *Mesodma* cf. *M. thompsoni* | | | x | |
| *Mesodma*? sp. | | | x | |
| *Paracimexomys* cf. *C. judithae* | | | x | |
| *Kimbetohia campi* | | | x | |
| *Cimolodon nitidus* | | | x | x |
| *Cimolomys gracilis* | | | x | x |
| Eucosmodontidae, n. gen. and sp. | | | x | |
| *Meniscoessus conquistus* | | | x | |
| *Meniscoessus robustus* | | | x | x |
| *Alphadon marshi* | | | ? | x |
| *Alphadon* cf. *A. marshi* | | | x | |
| *Alphadon rhaister* | | | ? | x |
| *Alphadon*?, n. sp. | | | x | |
| cf. *Peradectes* sp. | | | x | |
| *Pediomys* cf. *P. cooki* | | | x | |
| *Peidomys* cf. *P. krejcii* | | | x | |
| *Eodelphis*? sp. | | | x | |
| *Didelphodon*? sp. | | | x | |
| *Gypsonictops*, n. sp. | | | x | |
| *Gypsonictops* sp. | | | x | |
| *Cimolestes* sp. | | | x | |
| cf. *Cimolestes* sp. | | | x | |
| *Mesodma formosa* | | | | x |
| *Mesodma* cf. *M. formosa* | | | | x |
| *Mesodma hensleighi* | | | | x |
| *Mesodma thompsoni* | | | | x |
| ?*Neoplagiaulax burgessi* | | | | x |
| ?Neoplagiaulacidae, gen. and sp. indet. | | | | x |
| *Cimexomys minor* | | | | x |
| *Cimexomys* cf. *C. hausoi* | | | | x |
| Ptilodontidae, gen. and sp. undet. | | | | x |
| *Catopsalis joyneri* | | | | x |
| *Catopsalis* n. sp. | | | | x |
| *Stygimys kuszmauli* | | | | x |
| *Stygimys* aff. *S. kuszmauli* | | | | x |
| *Cimolomys trochuus* | | | | x |
| *Essonodon browni* | | | | x |
| *Bistius bondi* | | | | x |
| *Alphadon wilsoni* | | | | x |
| *Alphadon* cf. *A. rhaister* | | | | x |
| *Glasbius intricatus* | | | | x |
| *Glasbius twitchelli* | | | | x |
| Didelphidae, gen. and sp. indet. | | | | x |
| *Pediomys cooki* | | | | x |

BLM_0056660

TABLE 11—(*Continued*)

| Taxon | Aquilan | Judithian | "Edmon-tonian" | Lancian |
|---|---|---|---|---|
| *Pediomys elegans* | | | | x |
| *Pediomys florencae* | | | | x |
| ?*Pediomys* cf. *P. florencae* | | | | x |
| *Pediomys hatcheri* | | | | x |
| *Pediomys krejcii* | | | | x |
| *Didelphodon vorax* | | | | x |
| *Gypsonictops hypoconus* | | | | x |
| *Gypsonictops illuminatus* | | | | x |
| *Gypsonictops* cf. *G. illuminatus* | | | | x |
| *Cimolestes incisus* | | | | x |
| *Cimolestes magnus* | | | | x |
| *Cimolestes cerberoides* | | | | x |
| *Cimolestes* cf. *C. cerberoides* | | | | x |
| *Cimolestes propalaeoryctes* | | | | x |
| *Cimolestes stirtoni* | | | | x |
| *Batodon tenuis* | | | | x |
| *Procerberus formicarum* | | | | x |
| *Procerberus* cf. *P. formicarum* | | | | x |
| *Telacodon laevis* | | | | x |
| *Protungulatum donnae* | | | | x |
| *Protungulatum* cf. *P. donnae* | | | | x |
| *Protungulatum gorgun* | | | | x |
| *Ragnarok harbichti* | | | | x |
| *Ragnarok* sp. | | | | x |
| *Oxyprimus erikseni* | | | | x |
| *Oxyprimus* cf. *O. erikseni* | | | | x |
| ?*Oxyprimus* sp. | | | | x |
| *Mimatuta morgoth* | | | | x |
| ?*Mimatuta* sp. | | | | x |
| *Purgatorius ceratops* | | | | x |

differed from those involved in NALMAs. Russell considered his units to be chrono-stratigraphic in nature (stages in the sense of ACSN, 1970), relating times of existence of specific organisms to the physical limits of particular rock units. Such usage is exhibited in his text-figure 6 (1975, p. 158) in which discrete time gaps are seen between the limits, for example, of the Aquilan and Judithian or the Judithian and Edmontonian; each stage in Russell's scheme relates to faunal assemblages within strata representing deposition during distinct time units. No such gaps between the various "ages" are seen in plate 1 of Wood et al. (1941).

It seems clear from Russell's (1975, p. 138) introductory remarks that he intended the provincial subdivision of the Cretaceous (Russell, 1964, 1975) to be similar in concept

and utility to what had been done so successfully for the Cenozoic by way of NAL-MAs. He was quite incorrect, however, in stating that the NALMAs as originally defined ". . . are, more accurately, the equivalents of the European stages, now considered to be time-rock terms, designating the time of deposition of certain formations characterized by distinctive faunas." NALMAs, in contrast to stages, are not restricted in their definition by time represented within a particular stratigraphic type section. For historical reasons based in part upon a misconception, therefore, Russell's subdivisions for the Cretaceous (his stages) differ in fundamental concept, and thereby in practical utility, from Cenozoic North American land-mammal "ages" (of Wood et al., 1941).

A further problem exists in that Russell's

BLM_0056661

stages (of 1964 and 1975) were not properly formalized under the then-existing (ACSN, 1970, Art. 26a) or presently existing (NACSN, 1983, Art. 76) rules of stratigraphic nomenclature; the upper and lower limits of the stages were not defined at specified type sections within type areas in order to provide standards for the units. Without such standards, the units are meaningless. Thus, speaking practically, Russell's stages were inadequately defined and, technically, they are invalid.

## NEW LATE CRETACEOUS LAND-MAMMAL "AGES"

### GENERAL DISCUSSION

Fox (1978) updated the vertebrate paleontological definitions of Russell's (1964, 1975) nonmarine subdivisions of the North American Late Cretaceous. As Fox pointed out, as knowledge of Late Cretaceous mammals has increased, characterization of Russell's units has shifted nearly exclusively to mammalian assemblages. We follow that procedure in the sections below, in which we revise Dorf's and Russell's terminology from a chronostratigraphic basis to the philosophy employed within the North American land-mammal "ages." As has been the practice with terrestrial faunas described from rocks of Cenozoic age, paleontochronologic ranges of nonmammalian organisms can readily be considered within the framework of NALMAs. Only Late Cretaceous (i.e., Aquilan-Lancian) ages are considered, and the summaries (presented as much as possible in the style employed by Wood et al., 1941) are derived from data in tables 10 and 11.

We employ the same nomenclature (i.e., Aquilan-Lancian) established by Dorf (1942) and Russell (1964, 1975). Although a case could be made for using new terms to reduce confusion between the concepts employed here versus those originally defined by Dorf and by Russell, in practice most usage to date, rightly or wrongly, has not differed significantly from the intention implied within NALMAs. We feel, therefore, that confusion would be less by retaining Dorf's and Russell's terminology than by coining new terms.

Despite extensive recent research on North American Late Cretaceous mammalian assemblages, knowledge of the faunas (except perhaps for the Lancian) is low in comparison with those characteristic of most Cenozoic "ages." For that reason, the previously used system of faunal definitions (i.e., index fossils, first appearances, and characteristic fossils) must be given careful consideration. For example, immediately pre-Aquilan mammalian faunas are unknown, negating reality within the Aquilan for such categories as index fossils, first appearances, and characteristic fossils. Present listings and discussion are limited to the categories of first appearances (if the taxon is also known from younger rocks), last appearances (if the taxon is also known from older rocks), and unique occurrences (if the taxon is known only from a particular age).

The reader is cautioned to recognize the primitive nature of the unique occurrences category (based largely upon which species are *unknown* from older or younger rocks) and to realize that monographic inconsistencies in taxonomy make the category less reliable than what is ordinarily implied for the concept of an index fossil. For example, *Mesodma* sp. (see tables 10 and 11) occurs in all of the named Late Cretaceous "ages," but available material is inadequate to permit: (1) recognition and diagnosis of a new species; or (2) recognition of conspecificity with members of younger or older faunas. Nevertheless, knowledge of Late Cretaceous mammalian faunas from the western interior is on the threshold of practical utility for detailed geologic correlation of nonmarine rock units.

It could also be argued, with considerable justification, that it is premature even to attempt definition of Late Cretaceous NALMAs. Basically, we agree with that thought. Nevertheless, the terms have existed for more than two decades, and are commonly used in published evolutionary and geologic research. Our purposes are merely to: (1) summarize the present state of knowledge on the subject; (2) provide a practical framework of constraints upon which to build and refine geochronologic concepts as available information grows; (3) clarify specifically where additional research is needed most critically; and (4) encourage stability in concept and practice in use of the "ages."

BLM_0056662

The Edmontonian (Russell, 1964, 1975) causes a special problem. As can be seen from study of table 11, an Edmontonian NALMA is presently indefensible as defined on the basis of fossil mammals. Most species from rocks referred to L. S. Russell's Edmontonian stage (table 10) are either: (1) conspecific with representatives of the Lancian "age" (of present context); and/or (2) so poorly known as to have low degrees of certainty of identification. Nevertheless, comparisons of dinosaurian assemblages (see, for example, Langston, 1959; D. A. Russell, 1967, 1970, 1972; D. A. Russell and Chamney, 1967; Dodson, 1971; L. S. Russell, 1983) derived from strata referred to L. S. Russell's Edmontonian stage suggest the reality of a discrete interval of geologic time intermediate in age between the Judithian and Lancian "ages."

Thus we are suggesting that, with further fieldwork, an Edmontonian NALMA may eventually be documentable on the basis of fossil mammals; as presently represented in collections, however, it cannot be justified. In short, we are placed in the unsettling position of recognizing the probable existence of a discrete interval of geologic time that is not yet documentable using the criterion of choice (i.e., mammalian species) employed in the present paper. We suspect that the situation is analogous to how the Clarkforkian NALMA of the North American late Paleocene–early Eocene was considered prior to rejuvenated fieldwork, development of a solid biostratigraphic framework, and subsequent thorough review of the concept by Rose (1981).

Similar, but less severe, problems exist with the Aquilan, Judithian, and Lancian NALMAs as defined below. The Aquilan is defined by a single fauna with an extremely limited geographic distribution, presently known only from a small area of southern Alberta. The Judithian is defined according to faunas from northerly realms (central Wyoming to southern Alberta). Because of uncertainties of identifications of mammalian fossils, we are unsure of how faunas from the upper Fruitland and lower Kirtland formations of northwestern New Mexico (see Clemens et al., 1979, p. 42; Flynn, in press) relate in time to the more northerly assemblages. Present correlations between the two areas are tenuous.

Problems exist both at the beginning and at the end of the Lancian NALMA. Definition of the earlier extreme is hampered by the paucity of information available to limit an Edmontonian "age," as discussed above. The end of the Lancian (see Clemens et al., 1979; Archibald, 1982), as observed in the Hell Creek Formation in northeastern Montana, is presently under active research by William A. Clemens, J. David Archibald, and others. The problem of the age of the "Bug Creek faunal facies" (see Clemens et al., 1979, pp. 47–50; Smit and van der Kaars, 1984) has yet to be resolved. The following is a quotation from a letter from Clemens to Lillegraven (November 1983) that summarizes the situation as it presently stands: "Arguments on stage of evolution of Bug Creek faunal facies organisms (multituberculates and condylarths) indicate they are older than the oldest, certainly Puercan (post-dinosaur) faunas. However, are they of Cretaceous age? I still suspect they are but cannot demonstrate it. Therefore I suggest that you indicate the Lancian taxa that are limited to the Bug Creek faunal facies." Lancian taxa restricted to or beginning in the "Bug Creek faunal facies" are marked with asterisks in the definition of the Lancian "age," below. Mammalian taxa (see footnote to table 10) closely related to those otherwise known only from the "Bug Creek faunal facies" were reported recently by Johnston and Fox (1984) from the base of the Ravenscrag Formation of southwestern Saskatchewan in association with several varieties of dinosaurs. Johnston and Fox (1984, p. 215) interpreted the faunas as representing very latest Lancian time.

### DEFINITIONS OF "AGE" TERMS

As was the procedure of Wood et al. (1941, p. 8) some doubtfully referred or inadequately documented specimens are intentionally ignored; the lists, therefore, are less complete than those provided in tables 10 and 11. The system used here differs from that of Wood et al. (1941) in our emphasis on species-level (rather than generic) taxonomy. The proposed time units are presented in order of

decreasing relative geologic age. "Characteristic fossils" are not defined. Because of problems discussed above, an Edmontonian "age" is not defined on the basis of mammals as a new provincial time term.

## AQUILAN "AGE"

The Aquilan "age" is defined as a new provincial time term, based on mammalian fauna from upper part of Milk River Formation of southern Alberta, faunal type area in Verdigris Coulee, 29 km east of village of Milk River. The name Aquilan is in reference to the Eagle Sandstone with which the Milk River Formation intergrades (Sahni, 1972).

PRINCIPAL MAMMALIAN FAUNAL CORRELATIVES: None known.

FIRST APPEARANCE: *Eodelphis cutleri.*

UNIQUE OCCURRENCES: *Alticonodon lindoei,* ?Triconodontidae (new genus and species), *Mesodma senecta, Cimexomys antiquus, Paracimexomys magister, Cimolodon electus, Cimolodon similis,* ?*Cimolomys* sp. A, ?*Cimolomys* sp. B, *Meniscoessus ferox, Viridomys orbatus, Symmetrodontoides canadensis, Potamotelses aquilensis, Picopsis pattersoni,* cf. *Picopsis* sp., *Alphadon creber, Albertatherium primus, Pediomys exiguus, Aquiladelphis incus, Aquiladelphis minor,* Insectivora (new genus and species A), Insectivora (new genus and species B), eutherian?

COMMENT: The Aquilan mammalian fauna is unique, with only one species presently known to occur in a younger "age."

## JUDITHIAN "AGE"

The Judithian "age" is a new provincial time term, based upon mammalian fauna from Judith River Formation of north-central Montana, faunal type area adjacent to Chouteau and Blaine county line in breaks a few kilometers north of Missouri River. Principal mammalian faunal correlatives: Faunas from Oldman Formation (southern Alberta), Judith River Formation (northernmost Montana; unpublished fauna under study by W. A. Clemens), "Mesaverde" Formation (Bighorn and Wind River basins, Wyoming).

FIRST APPEARANCES: *Paracimexomys priscus,* cf. *Deltatheroides* sp., *Alphadon lulli.*

LAST APPEARANCES: None recognized.

UNIQUE OCCURRENCES: *Mesodma primaeva, Paracimexomys judithae, Paracimexomys magnus, Cimolomys clarki, Meniscoessus intermedius, Meniscoessus major,* Multituberculata (suborder and family incertae sedis), Dryolestidae (genus and species unidentified), *Falepetrus barwini, Alphadon halleyi, Alphadon russelli, Alphadon sahnii, Alphadon attaragos, Alphadon praesagus, Pediomys clemensi, Pediomys* sp. A, *Pediomys prokrejcii, Eodelphis browni, Gypsonictops lewisi,* Palaeoryctidae (genus and species undetermined), *Paranyctoides sternbergi, Paranyctoides megakeros.*

COMMENT: The Judithian "age" is highly diagnostic in its mammalian fauna; only three species are recognized that continue into younger strata.

## LANCIAN "AGE"

The Lancian "age" is a new (or modified) provincial time term, based upon mammalian fauna from type Lance Formation of east-central Wyoming in Niobrara County, faunal type area in valleys of Lance Creek and its tributaries north of town of Lance Creek. Principal mammalian faunal correlatives: Faunas from Scollard Formation (south-central Alberta), Frenchman Formation (southwestern Saskatchewan), basal Ravenscrag Formation (southwestern Saskatchewan), Hell Creek Formation (northeastern Montana), Lance Formation (Bighorn Basin and Rock Springs Uplift, Wyoming), Laramie Formation (northeastern Colorado), and lower part of North Horn Formation (central Utah).

LAST APPEARANCES (including taxa recorded from strata referred to Russell's, 1964 and 1975, Edmontonian stage; see tables 10 and 11): *Paracimexomys priscus,* cf. *Deltatheroides* sp., *Alphadon lulli, Cimolodon nitidus, Cimolomys gracilis, Meniscoessus robustus, Alphadon marshi, Alphadon rhaister.*

UNIQUE OCCURRENCES (taxa restricted to or beginning with "Bug Creek faunal facies" marked with asterisks): *Mesodma hensleighi,* ?*Neoplagiaulax burgessi, Cimexomys minor,* *Catopsalis joyneri,* *Stygimys kuszmauli,* *Stygimys* aff. *S. kuszmauli, Cimolomys trochuus, Essonodon browni, Bistius bondi, Al-*

*phadon wilsoni, Glasbius intricatus, Glasbius twitchelli, Pediomys cooki, Pediomys elegans, Pediomys florencae, Pediomys hatcheri, Pediomys krejcii, Didelphodon vorax, Gypsonictops hypoconus, Gypsonictops illuminatus, Cimolestes incisus, Cimolestes magnus, Cimolestes cerberoides, Cimolestes propalaeoryctes, Cimolestes stirtoni, Batodon tenuis, \*Procerberus formicarum, Telacodon laevis, \*Protungulatum donnae, \*Protungulatum* cf. *P. donnae, \*Protungulatum gorgun, \*Ragnarok harbichti, \*Oxyprimus erikseni, \*Mimatuta morgoth, \*Purgatorius ceratops* (questionable record).

COMMENT: As discussed above, the younger limit of the Lancian "age" (see Johnston and Fox, 1984) is under active research by W. A. Clemens, J. David Archibald, and others. Tentatively, Clemens and Archibald are recognizing "Premantuan" and "Mantuan" faunal assemblages that are post-Lancian in age and appear to straddle the Mesozoic-Cenozoic boundary. Some species from the "Bug Creek faunal facies" (marked with asterisks in list of Unique Occurrences, above) appear to continue upward into the "Premantuan" and younger faunas (see Archibald, 1982, and Archibald and Clemens, 1984, for preliminary evaluations). Thus, upon further documentation of post-Lancian faunas, some species listed above as unique occurrences may be considered first occurrences.

## CORRELATION OF MAMMAL-BEARING LATE CRETACEOUS FORMATIONS OF MONGOLIA

In the Mongolian People's Republic (MPR), fossil mammals have been recovered from rocks of Late Cretaceous age at a few localities (see Clemens et al., 1979, pp. 34–37 for review) in the nonmarine Djadokhta and Barun Goyot formations and possibly at a Late Cretaceous site of undetermined stratigraphic position near Bugeen Tsav. For geographic details and discussion of the faunas, see Gradzinski et al. (1977, fig. 1). Attempts to determine ages of faunas recovered from these Asian Late Cretaceous continental sediments have not had the benefit of radioisotopic or magnetostratigraphic data and have involved biostratigraphic methods alone, usually with-

out clearly stated methodology (e.g., Guo, 1984).

Generally, as studies have progressed in recent years, the postulated ages of these Late Cretaceous sites have become younger and younger within a Late Cretaceous context, with the Djadokhta Formation coming to be regarded as approximately equal in age to the Judith River Formation of North America; the other Asian Late Cretaceous sites, believed to be younger still, are therefore generally thought to be compressed into the late Campanian and Maastrichtian. Thus the Barun Goyot Formation, including the redbeds of Khermeen Tsav (Khermeen Tsav Formation of Kielan-Jaworowska, 1974a: see Kielan-Jaworowska, 1979, p. 6; Rozhdestvenskii, 1977, p. 109), is generally regarded to be slightly younger than the Djadokhta Formation, although the physical relationships are unknown and the type Barun Goyot is some distance from the type Djadokhta. Rozhdestvenskii (1977, p. 109) assigned the Khermeen Tsav beds a Campanian-Maastrichtian age. In the same year, Barsbold (1977) assigned an early Campanian age to the lower part of the Barungoiotskaya Svita near Khermeen Tsav and referred to the upper Barungoiostkaya Svita as late Campanian.

In any case, the Nemegt Formation physically overlies the Barun Goyot Formation (Gradzinski et al., 1977, fig. 12) and is, therefore, aside from any possible time-transgressive boundary problems, younger than the Barun Goyot Formation. Thus far, the Nemegt Formation has not yielded mammals, but its age has a direct bearing on the age of the underlying Barun Goyot Formation and, therefore, indirectly on that of the Djadokhta Formation. The Bugeen Tsav locality has not been fitted with certainty into the stratigraphic scheme. The multituberculate *Buginbaatar,* the sole fossil mammal reported from Bugeen Tsav, has been assigned the age of late Maastrichtian or early Paleocene (Kielan-Jaworowska and Sochava, 1969; Kielan-Jaworowska, 1974b). Trofimov (1975) and Badamgarav and Reshetov (1976) regarded *Buginbaatar* as questionably early Paleocene in age. In a more recent paper, Gradzinski et al. (1977, p. 302) regarded the beds at Bugeen Tsav (at Khaichin-Ula I, part of the Svita

Dzunmod of Russian authors) as biostratigraphic equivalents of the Nemegt Formation on the basis of (mainly unpublished) Russian work. Rozhdestvenskii (1977, p. 109) has stated that the age is the same (Maastrichtian in his view) as that of the "Nemegetu." Much work remains to be accomplished before the stratigraphic and biostratigraphic relationships of these vaguely defined units can be stated more clearly. The following historical summary represents an attempt to keep track of what has been said, often in obscure reports, and is admittedly more exhausting than exhaustive. We begin with the Djadokhta Formation.

The Djadokhta Formation (Berkey *in* Granger and Gregory, 1923, p. 8; Berkey and Morris, 1927) yielded the first Cretaceous mammals known from Asia. The type locality of the Djadokhta Formation is at Bayn Dzak (lat. 44°12′N, long. 103°44′E) northeast of Bulgan, MPR. Estimates of age of the Djadokhta Formation have ranged widely. Early papers (e.g., Simpson, 1925, 1928; Gregory and Simpson, 1926; but also as late as Marinov, 1957) wisely referred the Djadokhta to Late (or Upper) Cretaceous, without attempting further refinement. However, the primitive nature of the "pre-ceratopsian" dinosaur *Protoceratops andrewsi* from the Djadokhta Formation led many workers to suspect that the Djadokhta was not of latest Cretaceous age (Granger and Gregory, 1923). No attempts were made in these early papers to relate the Djadokhta Formation to Cretaceous marine stages/ages based on European stratotypes, nor could this have been done. In the absence of fossiliferous marine interbeds, radioisotopic dating, or magnetostratigraphy, attempts since the 1920s to place the Djadokhta Formation into a temporal framework have remained crude. Age estimates have been based on "stage of evolution" of Asian forms and on biostratigraphic comparisons of various sorts (Gradzinski et al., 1977; Fox, 1978), generally with North American forms rather than with European ones. However, these efforts have been difficult because of endemism of many organisms involved. Moreover, correlation with marine stages/ages unfortunately cannot be accomplished directly, although such correlations are incorrectly implied by much of the previously published comment on Mongolian Late Cretaceous units.

Novozhilov (1954), Rozhdestvenskii (1957), and Van Valen (1966) concluded that the mammals of the Djadokhta Formation might not have been derived from that unit at all, but rather were let down onto the present Djadokhta surface from some now-missing, overlying, younger unit of Tertiary age, possibly as young as the North American Clarkforkian near the Paleocene/Eocene boundary (Van Valen, 1966, p. 51). However, this divergent train of thought was soon put to rest by Kielan-Jaworowska (1969), who reported the same species of mammals in situ within the Djadokhta Formation.

Sahni (1968, p. 343) remarked in passing that the Djadokhta beds are Cenomanian-Turonian in age. His estimate postulated the oldest age of which we are aware. It may have reflected unpublished opinion of the time, but no rationale was given. Later, Sahni (1972, p. 325) repeated the estimate of Cenomanian or Turonian age, attributing it to Kielan-Jaworowska ([1968], actually 1969).

Gradzinski et al. (1969, p. 37), evidently on the basis of a draft of the manuscript of Kielan-Jaworowska's (1969) paper rather than the corrected published version, remarked in passing that the Djadokhta Formation is of Turonian or Santonian age. However, at the time of publication of her papers, Kielan-Jaworowska (1969, 1970a, 1970b; see also Clemens, 1970 and Lefeld, 1971) estimated the Djadokhta Formation to be Coniacian or Santonian in age. This determination was based on fossil mammals which, at that time, were thought intermediate in stage of evolution between those of the Paluxian (Slaughter, 1965; L. S. Russell, 1975) Forestburg site of Texas and the Judithian of Montana and Alberta. In this conclusion, Kielan-Jaworowska was influenced by the opinions of Dr. R. E. Sloan (Kielan-Jaworowska, 1969, p. 173). Thus, she was considering North American biostratigraphic units *believed to be* equivalent in age to the European-based marine Albian and mid-Campanian, respectively, as calibration points on which to base an estimate of an intermediate age.

At the same time, McKenna (1969) estimated, on the basis of his existing view of

stage of evolution of its vertebrate fauna, that the Djadokhta Formation might be equivalent in age to the marine Cenomanian stage. However, as Fox (1978) noted, this estimate is much too old. In his discussion of the fossil vertebrates of the Judith River Formation of Montana, Sahni (1972, p. 325) misquoted Kielan-Jaworowska's "1968" (actually 1969) paper, saying that the Cretaceous mammal localities of Djadokhta Formation were regarded as Cenomanian or Turonian in age. In actuality, Kielan-Jaworowska had estimated by the time the paper was published that they are Coniacian-Santonian. Rozhdestvenskii (1971, 1972, 1977, table 1) placed the Djadokhta Formation at about the Santonian-Campanian boundary, but regarded the "Belly River" of Canada as contemporary. In the standard text on the geology of Mongolia, Marinov et al. (1973, p. 479) cited unspecified work by Barsbold that the Djadokhta Formation is "Santonian-Campanian."

The next estimates of age of the Djadokhta Formation by Kielan-Jaworowska were Coniacian (1974a, 1974b) and then Santonian (1975a, 1975b). Sulimski (1975) called the Djadokhta Formation ?Santonian. However, Sloan (1976) returned the Djadokhta Formation to the Coniacian, whereas Barsbold (1977) returned to the more general term "lower Senonian." Somewhat younger estimates have been made by: (1) Rozhdestvenskii (1974, 1978) and Belyaeva et al. (1978), Campanian; (2) Fox (1977, 1978), medial Campanian (in terms of nonmarine "ages," closer to Judithian than to Aquilan); (3) Gradzinski et al. (1977) and Kielan-Jaworowska and Sloan (1979), ?upper Santonian and/or ?lower Campanian; and (4) Osmolska (1980), ?lower Campanian. Rozhdestvenskii based his estimate on biostratigraphy of dinosaurs. Fox's and Osmolska's correlations were based on a variety of fossil vertebrates believed closely related to, and in some cases probably identical to, taxa from nonmarine Cretaceous rocks in North America. These vertebrates, however, cannot be correlated directly with marine cephalopods and microfossils of the European type Santonian, Campanian, or Maastrichtian.

Recently, following evidence from studies of charophytes by Karczewska and Ziembin-ska-Tworzydlo (1983), Kielan-Jaworowska (1982, 1984) returned to earlier views, tentatively correlating the Djadokhta Formation with the boundary (or slightly older or younger) between Coniacian and Santonian. Thus, even now, there is no universal agreement on the age of the Djadokhta Formation.

The Barun Goyot Formation (originally known as the Lower Nemegt Beds: Gradzinski et al., 1969, p. 37) is based on the type locality at Khulsan (lat. 43°30'N, long. 101°7–8'E). This formation was variously estimated to be: (1) possibly contemporaneous with, or somewhat younger than, the Djadokhta Formation (ibid.); (2) possibly Campanian (Kielan-Jaworowska and Barsbold, 1972); (3) Campanian, and possibly lower Campanian (Kielan-Jaworowska, 1974a, 1974b); (4) near or questionably mid-Campanian (Kielan-Jaworowska, 1975a, 1975b; Gradzinski et al., 1977; Osmolska, 1980; Kielan-Jaworowska and Trofimov, 1980); (5) Santonian in the lower part and Campanian in the upper part (Shuvalov and Chkhikvadze, 1975); (6) approximately equivalent in age to the North American St. Mary River and Two Medicine formations (Maryanska and Osmolska, 1975); and (7) in the younger half of the Campanian (Judithian or younger; Fox, 1978). As with the Djadokhta Formation, Fox's and Osmolska's correlations were based on a large variety of fossil vertebrates correlated to North America and then indirectly to Europe, not directly from Asia westward to Europe.

However, Stankevitch and Khand (1976, p. 361, abstract in English) dated the Barun Goyot Formation as Santonian-Maastrichtian on the basis of ostracodes, and Karczewska and Ziembinska-Tworzydlo (1983) dated it as late Santonian (tentatively accepted by Kielan-Jaworowska, 1984) on the basis of charophytes. If the assumption is accepted that the Barun Goyot Formation is equal in age or slightly younger than the Djadokhta Formation, then the Djadokhta would also be late Santonian or even older if the charophyte data are to be relied upon.

The Nemegt Formation originally was known informally as the Nemegetu section of Obruchev (Marinov, 1957) and later more formally as the Upper Nemegt Beds (Gradzinski et al., 1969, p. 37). These were rede-

fined as the Nemegt Formation by Gradzin-ski and Jerzykiewicz (1974). Discovery of spectacular dinosaur remains in these beds following World War II by Efremov and others (Efremov, 1954; Chudinov, 1966) made these deposits justly famous.

The Nemegt Formation overlies the Barun Goyot Formation and was dated loosely as Campanian or Maastrichtian by its original formal describers. Later, it was dated as late Campanian or early Maastrichtian (Nowin-ski, 1971; Kielan-Jaworowska and Barsbold, 1972; Osmolska et al., 1972). Rozhdestven-skii (1971, 1972, 1974, 1977, 1978) placed the Nemegt Formation in the Maastrichtian, but nevertheless believed the Nemegt to be older than the Lance Formation of North America. Shuvalov and Chkhikvadze (1975) also correlated the Nemegt Formation with the Maastrichtian. Gradzinski et al. (1977) considered the Nemegt Formation to be ?upper Campanian and ?lower Maastrichtian. Fox (1978) made a similar estimate of its age, possibly equivalent to the Edmontonian of North America (late Campanian to early Maastrichtian in his view). Osmolska (1980) placed the Nemegt Formation in the ?late Campanian to ?Maastrichtian. Maryanska and Osmolska (1981) regarded *Saurolophus angustirostris*, a Nemegt dinosaur, as "probably not older than the late Campanian." Barsbold (1971, 1972) regarded the gastropods and pelecypods (Martinson, 1961) of the Nemegt Formation as characteristically Maastrichtian (see also Martinson, 1973, 1975; Martinson et al., 1969). Karczewska and Ziembinska (1970) as well as Kyansep-Romashkina (1975) thought that the Nemegt charophytes suggest undifferentiated Campanian-Maastrichtian age. Recently, however, Kielan-Jaworowska (1982) placed the Nemegt Formation earlier, correlating it with the North American Aquilan and the European-based lower Campanian.

Although no mammals are known from the Nemegt Formation, it superposes the Barun Goyot Formation; thus, if the Nemegt were as old as early Campanian, as Kielan-Jaworowska (1982) would have it, the Barun Goyot Formation would also be of that age or older, as would the Djadokhta Formation. On the other hand, if the Barun Goyot were equivalent in age to the Judithian (or younger), as Fox (1978) would have it, the Nemegt Formation would have to be equivalent to the Judithian (or younger, as Rozhdestven-skii, 1971, would have it). We prefer Rozhdestvenskii's interpretation, but the matter is not settled.

At present, interpretations of stratigraphic ranges of fossil vertebrates in Cretaceous Mongolian formations yield biostratigraphic correlations that conflict with the correlation based on charophytes from the same formations. However, we tentatively accept Fox's correlation on the basis of the whole vertebrate fauna of the mammal-bearing Djadokhta and Barun Goyot formations. We believe that the Djadokhta and Barun Goyot formations are approximately equivalent in age, respectively, to the older and younger parts of the North American Judithian land-mammal "age." However, we stress that the evidence, especially that from fossil mammals, is slim. Moreover, in terms of the European-based Campanian and Maastrichtian marine stages, which can be correlated with southern Mongolia only by indirect methods, we believe that the Djadokhta and Barun Goyot formations probably correlate with the upper Campanian and/or lower Maastrichtian of the type areas in Europe, where the stage/age framework had its origin. In terms of radioisotopic dating, that would have been about 75 million years ago (see Berggren et al., in press).

## SUMMARY

This is the first systematic account of mammalian remains from the Late Cretaceous (Judithian) "Mesaverde" Formation of the North American western interior. The fossils are of biogeographic importance because they represent the most southerly, well-documented record of Judithian mammals known from the continent. Fossils were recovered from nonmarine rocks in Wyoming in multiple localities in the southern Bighorn Basin and in a single stratigraphic level (two localities) in the southeastern Wind River Basin.

Faunal comparisons were emphasized among mammalian assemblages from the "Mesaverde" (Wyoming), Judith River (Montana), and Oldman (Alberta) formations. A tacit assumption was that the ani-

mals lived essentially contemporaneously; thus most differences observed within species collected from the various areas were considered to be a result of individual or populational variation rather than evolutionary change expressed through a significant interval of geologic time. These assumptions seem justified because all three nonmarine mammalian assemblages are temporal equivalents of approximately the same cephalopod-based more easterly marine biostratigraphic unit, the *Baculites gregoryensis* Zone (or as many as four zones higher, about 2 million years younger), part of the standard zonation of Upper Cretaceous rocks of the North American western interior. Little evidence exists to suggest that the limits of the marine invertebrate zonation are significantly time-transgressive from one geographic area to another.

The Red Bird Silty Member of the Pierre Shale as seen at Redbird, eastern Wyoming, holds the largely endemic, temperate-water, invertebrate assemblage characteristic of the *Baculites gregoryensis* (cephalopod) Zone. The rock unit also yields a newly described planktonic foraminiferal assemblage that we correlate to the warm-water upper Taylorian and/or lower Navarroan foraminiferal stages of the Gulf Coast. Comparison of microfaunal species ranges between the two areas suggests correlation of the Red Bird Silty Member with the *Globotruncana elevata* Subzone and/or the next higher *Rugotruncana subcircumnodifer* Subzone of the Gulf Coast. The upper part of the *G. elevata* Subzone of the Gulf Coast is characterized by the total-range zone for *G. calcarata* (considered locally as a "Zonule" of the *G. elevata* "Subzone").

The top of the *Globotruncana calcarata* Zone is recognized as the boundary between the Campanian and Maastrichtian European stages at Gubbio, Italy. The rocks at Gubbio represent an important reference section for the European Late Cretaceous in terms of correlation to the presently recognized stratotypes for the Campanian (France) and Maastrichtian (Netherlands) stages. Identical species-level criteria are used by micropaleontologists in defining the Campanian-Maastrichtian boundary at Gubbio, the northern Atlantic seaboard of the United States, and the Gulf Coast sections. The boundary at each place is at the top of the *G. calcarata* (total-range) Zone.

Correlations based on range zones of geographically wide-ranging species of foraminiferans show that the mammal-bearing strata of the Oldman, Judith River, and "Mesaverde" formations, which almost universally have been considered solidly Campanian in age, lie precariously close to the revised Campanian-Maastrichtian boundary, and even possibly overlapping into the early Maastrichtian. It is clear that the generally recognized Campanian-Maastrichtian boundary, which is based on molluscan faunas within the western interior, must be relocated earlier in Cretaceous time in light of new evidence from the discipline of micropaleontology.

The mammalian fossils from the Oldman, Judith River, and "Mesaverde" formations were deposited essentially contemporaneously in nonmarine sediments near the western shoreline of the Western Interior Seaway during the regressive phase of the Claggett cyclothem. The probable proximity of the Judithian faunas to the Campanian-Maastrichtian boundary suggests that the mammals lived within the late phases of geomagnetic Polarity Chron 33 or the early part of Polarity Chron 32. This part of the Upper Cretaceous section of the western interior, however, lacks a reliable magnetostratigraphic zonation. The Judithian mammals correlate stratigraphically with the lower part of the *Aquilapollenites quadrilobus* palynomorph Interval Zone of the northern Rockies.

Sixteen species-level taxa are recognized from the "Mesaverde" Formation of Wyoming. Three previously unknown genera are reported, but none is formally named. These include a presently unidentifiable multituberculate of extraordinarily large body size, a phylogenetically relictual dryolestoid (previously unknown in North America from post-Jurassic rocks), and a new variety of advanced therian referable neither to the marsupials nor to the eutherians. Three new species of previously described genera are named. They include a variety of *Alphadon* (a marsupial) close to Lancian species, a tiny form of *Alphadon,* and a large version of an insectivore previously unknown south of Alberta.

Case No. 1:20-cv-02484-MSK   Document 44-12   filed 04/28/21   USDC Colorado   pg 184 of 211

All species-level taxa except *Alphadon lulli* are reported from Wyoming for the first time, and new records involve both geographic and geologic range extensions. Four species (two multituberculates, one marsupial, and one eutherian) are extended southward from northern Montana. Two species (multituberculate and marsupial) are extended into Wyoming from southern Alberta. A "therian of metatherian-eutherian grade" and a marsupial are recognized for the first time both in northern Montana and central Wyoming. Two species (multituberculate and marsupial) typical of Lancian rocks are extended into the Judithian. Six species-level taxa of Judithian age are presently recognized only from the "Mesaverde" Formation of Wyoming.

Comparison of Judithian species-level taxa known from up and down the western coastline of the Western Interior Seaway suggest that the mammalian fauna was essentially homogeneous, at least as far as from southern Alberta to central Wyoming.

The equivocal position of the "Mesaverde," Judith River, and Oldman mammalian faunas with regard to local boundaries of the European-based Campanian and Maastrichtian stages underlines the need for provincial geochronological terminology applicable to Late Cretaceous nonmarine faunas of the North American western interior. Russell (1964, 1975) defined the terms (in decreasing relative geologic age) Aquilan, Judithian, Edmontonian, and Lancian specifically for that purpose, on the basis of fossil vertebrates, invertebrates, and plants. These terms were intended to be strict chronostratigraphic units (i.e., stages, restricted to time represented within the deposition of the stratotype sections).

Unfortunately, Russell's stages were not properly formalized under the rules of stratigraphic nomenclature; the upper and lower limits of the stages were not defined at type sections. Furthermore, Russell's intention of usage resembled that for North American land-mammal "ages" (in the senses of Wood et al., 1941; Savage, 1962; Tedford, 1970) as applied successfully to the Cenozoic. However, he incorrectly interpreted the Cenozoic "ages" (intended to be pure time units with flexible boundaries not restricted to time rep-

resented at the type sections) as time-rock (chronostratigraphic) units. Thus, Russell's stages were inadequately defined, technically invalid, and based in part on a misconception.

Using mammalian assemblages exclusively, we revise Dorf's (1942) and Russell's (1964, 1975) terminology from geochronological and chronostratigraphic bases, respectively, to the philosophy employed within North American land-mammal "ages" (as defined by Wood et al., 1941); only Late Cretaceous ages are considered.

In a balance of judgment based on recent usage and with the intention of minimizing confusion, we employ the same nomenclature (i.e., Aquilan-Lancian) established by Dorf (1942) and Russell (1964, 1975). Aquilan, Judithian, and Lancian North American land-mammal "ages" are defined, using the criteria of first appearances, last appearances, and unique occurrences of mammalian species-level taxa. An Edmontonian "age" (chronologically intermediate between the Judithian and Lancian) is not named because such a term is presently indefensible on the basis of mammalian systematics. Nevertheless, comparisons of dinosaurian assemblages derived from strata referable to Russell's Edmontonian stage suggest to us the reality of a discrete unit of geologic time that should, with increased information, be definable on the basis of mammalian assemblages.

Definition of the younger boundary of the Lancian "age" is under active research by others, and the present faunal criteria soon will be modified.

Although admittedly premature in attempting to define Late Cretaceous North American land-mammal "ages," Russell's stage terms are longstanding, and the names commonly are used incorrectly in application to published evolutionary and geological research. Our purposes, therefore, were to: (1) summarize the status of knowledge on the subject; (2) provide a practical framework of constraints upon which to build and refine geochronologic concepts as available information grows; (3) clarify specifically where additional research is needed; and (4) encourage stability in concept and practice in the use of "ages."

Correlation of the Late Cretaceous rocks

BLM_0056670

of Mongolia with those of North America and Europe is a highly sought-after objective that has been attempted by almost all authors who have dealt with the Mongolian Cretaceous. Unfortunately, few authors have stated the premises upon which their efforts rest. The history of these attempts is a depressing one, full of contradictions and conclusions that go far beyond available evidence. Moreover, stratigraphic practices and degrees of adherence to international rules vary from author to author.

We concur with Fox (1978) that the Djadokhta of eastern Asia and the Judith River and Oldman faunas of North America are essentially of the same age and that, more indirectly, the Djadokhta Formation is therefore approximately late Campanian or even early Maastrichtian in age. This compresses the faunas of the Barun Goyot and Nemegt formations, plus that of the poorly known Bugeen Tsav locality in southwestern Mongolia, into an interval of time equivalent to the Judithian and/or Lancian North American land-mammal "ages" and to the latest Campanian or, more probably, Maastrichtian stages as typified in western Europe. We believe that the vertebrate evidence of this correlation, weak as it is, is nevertheless stronger than that provided by charophytes and ostracodes for more ancient age assignments.

### ACKNOWLEDGMENTS

We thank the following people for aid in the fieldwork under our direction: Brent H. Breithaupt, Linda E. Lillegraven, Jane E. Hartman, Thomas H. Rich, Patricia V. Rich, Julian Kadish, George O. Whitaker, Ronald P. Ratkevich, Richard P. Ratkevich, Eli Minkoff, Marilyn Galusha, Philip Aranow, and Priscilla C. McKenna. Gerard R. Case provided many specimens resulting from his fieldwork in the Bighorn Basin. J. Howard Hutchison and Michael T. Greenwald extended our knowledge of the mammals at Fales Rocks in the Wind River Basin. Donald Baird was helpful in establishing provenience of some of the specimens from the Bighorn Basin and in other ways. William E. Frerichs, Zofia Kielan-Jaworowska, William R. Keefer, J. David Love, Dale A. Russell, and John R. Barwin provided useful information and advice. Steven S. Barrell of the Worland Office of the Bureau of Land Management helped with logistics. Otto Simonis cleaned and made casts of the specimens. Chester Tarka produced many of the illustrations, including all photographs of casts (preferred over photos of original specimens because confusion caused by internal reflections or mottling could be reduced). We thank Fulton Jameson of Riverton, Wyoming, for permission to work on land under his control, for the use of his ranch buildings, and for the loan of his ancient but capable bulldozer.

Funds for Lillegraven's part of the effort were provided by NSF grants DEB-8105454 and EAR-8205211. Funds for McKenna's work were provided by the Frick Laboratory Endowment Fund of The American Museum of Natural History.

Finally, we thank Zofia Kielan-Jaworowska, Karl Waage, William A. Clemens, David S. Kite, Brent H. Breithaupt, Linda E. Lillegraven, Dale A. Russell, John J. Flynn, and Lawrence J. Flynn for suggesting improvements in the manuscript. We also thank each other for amazing displays of tolerance.

### LITERATURE CITED

ACSN (American Commission on Stratigraphic Nomenclature)
  1970.  Code of stratigraphic nomenclature. Tulsa, Amer. Assoc. Petrol. Geol., 22 pp.
Alvarez, Walter, Michael A. Arthur, Alfred G. Fischer, William Lowrie, Giovanni Napoleone, Isabella Premoli Silva, and William M. Roggenthen
  1977.  Upper Cretaceous-Paleocene magnetic stratigraphy at Gubbio, Italy. V. Type section for the Late Cretaceous-Paleocene geomagnetic reversal time scale. Geol. Soc. Amer., Bull., vol. 88, pp. 383–389.
Archibald, J. David
  1982.  A study of Mammalia and geology across the Cretaceous-Tertiary boundary in Garfield County, Montana. Univ. California Publs. Geol. Sci., vol. 122, xvi + 286 pp.
Archibald, J. David, and William A. Clemens
  1984.  Mammal evolution near the Cretaceous-Tertiary boundary. In W. A. Berggren and J. A. Van Couvering (eds.),

BLM_0056671

Catastrophies and earth history. The new uniformitarianism. Princeton, Princeton Univ. Press, pp. 339–371.

Armstrong-Ziegler, Judy G.
1978.    An aniliid snake and associated vertebrates from the Campanian of New Mexico. Jour. Paleont., vol. 52, pp. 480–483.

Badamgarav, D., and V. Yu. Reshetov
1976.    O novom Mestonakhozhdenii rannetretichnykh mlekopitayushchikh v zaaltaiskoi Gobi (Mongoliya). In N. N. Kramarenko et al. (eds.), Paleontologiya i biostratigrafiya Mongolii. Sovmestnaya Sovetsko-Mongol'skaya Paleontologicheskaya Ekspeditsiya, Trans., vol. 3, pp. 265–268.

Barrier, J.
1980.    A revision of the stratigraphic distribution of some Cretaceous coccoliths in Texas. Jour. Paleont., vol. 54, pp. 289–308.

Barsbold, R.
1971.    Nekotorye krupnye bryukhonogie mollyuski iz verkhnemelovykh otlozhenii yugo-zapadnoi Mongolii. In N. S. Zaitsev et al. (eds.), Fauna Mezozoya i Kainozoya Zapadnoi Mongolii. Sovmestnaya Sovetsko-Mongol'skaya Nauchno-Issledovatel'skaya Geologicheskaya Ekspeditsiya, Trudy, vol. 3, pp. 14–20.
1972.    Biostratigrafia i presnevodnye molluski verkhnego mela gobiiskoi chasti MNR. Moscow, Akad. Nauk SSSR, Izdatel'stvo "Nauka," pp. 1–88.
1977.    Kinetizm i osobennosti stroeniya chlyustnogo apparata u oviraptorov (Theropoda, Saurischia). In R. Barsbold, E. I. Vorob'eva, B. Luvsandanzan, L. P. Tatarinov, B. A. Trofimov, V. Yu. Reshetov, B. B. Rodendorf, and M. A. Shishkin (eds.), Fauna, Flora i Biostratigrafiya Mezozoya i Kainozoya Mongolii. Sovmestnaya Sovetsko-Mongol'skaya Paleontologicheskaya Ekspeditsiya, Trudy, vol. 4, pp. 34–47.

Barwin, John R.
1959.    Facies of the Mesaverde Formation. Amer. Assoc. Petrol. Geol., Rocky Mtn. Sec., Geol. Rec., pp. 139–142.
1961a.    Stratigraphy of the Mesaverde Formation in the southeastern part of the Wind River Basin, Fremont and Natrona counties, Wyoming. Unpubl. M.A. thesis, Univ. Wyoming, Laramie, Wyoming, vi + 78 pp.
1961b.    Stratigraphy of the Mesaverde Formation in the southern part of the Wind River Basin, Wyoming. Wyoming Geol. Soc. Guidebook, 16th Field Conf., p. 173.

Belyaeva, E. I., V. Yu. Reshetov, and B. A. Trofimov
1978.    Klass Mammalia. Mlekopitayushchie. In V. A. Shimanskii and A. N. Solov'ev (eds.), Razvitie i smena organicheskogo mira na rubezhe Mezozoya i Kainozoya. Moscow, Akad. Nauk SSSR, Izdatel'stvo "Nauka," pp. 103–123.

Berggren, William A., Dennis V. Kent, and John J. Flynn
In press.    Paleogene geochronology and chronostratigraphy. In N. J. Snelling (ed.), Geochronology and the geological record. Geol. Soc. London, Spec. Paper.

Bergstresser, Thomas J.
1981.    Foraminiferal biostratigraphy and paleobathymetry of the Pierre Shale, Colorado, Kansas and Wyoming. Unpubl. Ph.D. diss., Univ. Wyoming, Laramie, Wyoming, ix + 337 pp.

Berkey, Charles, and Frederick K. Morris
1927.    Geology of Mongolia. Natural history of Central Asia. New York, Amer. Mus. Nat. Hist., vol. 2, pp. 1–475.

Birkelund, T., J. M. Hancock, M. B. Hart, P. F. Rawson, J. Remane, F. Robaszynski, F. Schmid, and F. Surlyk
1984.    Cretaceous stage boundaries—proposals. Geol. Soc. Denmark Bull., vol. 33, pp. 3–20.

Butler, Percy M.
1939.    The teeth of Jurassic mammals. Zool. Soc. London, Proc. (ser. B), vol. 109, pp. 329–356.

Caldwell, W. G. E., and B. R. North
1984.    Cretaceous stage boundaries in the southern interior plains of Canada. Geol. Soc. Denmark, Bull., vol. 33, pp. 57–69.

Caldwell, W. G. E., B. R. North, C. R. Stelck, and J. H. Wall
1978.    A foraminiferal zonal scheme for the Cretaceous System in the interior plains of Canada. In C. R. Stelck and B. D. E. Chatterton (eds.), Western and Arctic Canadian biostratigraphy. Geol. Assoc. Can., Spec. Paper no. 18, pp. 495–575.

Chudinov, P. K.
1966.    Unikal'noe mestonakhozhdenie pozdnemelovykh presmykayushchikhsya v Bayan-Khongorskom Aimake. In N. A. Marinov (ed.), Materialy po Geologii Mongol'skoi Narodnoi Respubliki.

BLM_0056672

Moscow, Izdatel'stvo "Nedra," pp. 74–78.

Clemens, William A.
1961.   A Late Cretaceous mammal from Dragon Canyon, Utah. Jour. Paleont., vol. 35, pp. 578–579.
1963.   Fossil mammals of the type Lance Formation, Wyoming. Part I. Introduction and Multituberculata. Univ. California Publs. Geol. Sci., vol. 48, vi + 105 pp.
1966.   Fossil mammals of the type Lance Formation, Wyoming. Part II. Marsupialia. Ibid., vol. 62, vi + 122 pp.
1970.   Mesozoic mammalian evolution. Ann. Rev. Ecol. Syst., vol. 1, pp. 357–390.
1973a.  Fossil mammals of the type Lance Formation, Wyoming. Part III. Eutheria and summary. Univ. California Publs. Geol. Sci., vol. 94, vi + 102 pp.
1973b.  The roles of fossil vertebrates in interpretation of Late Cretaceous stratigraphy of the San Juan Basin, New Mexico. Four Corners Geol. Soc. Memoir, 1973, pp. 154–167.
1979.   Marsupialia. In J. A. Lillegraven, Z. Kielan-Jaworowska, and W. A. Clemens (eds.), Mesozoic mammals: the first two-thirds of mammalian history. Berkeley, Univ. California Press, pp. 192–220.
1980.   Gallolestes pachymandibularis (Theria, incertae sedis; Mammalia) from Late Cretaceous deposits in Baja California del Norte, Mexico. PaleoBios, no. 33, 10 pp.
Clemens, William A., and Zofia Kielan-Jaworowska
1979.   Multituberculata. In J. A. Lillegraven, Z. Kielan-Jaworowska, and W. A. Clemens (eds.), Mesozoic mammals: the first two-thirds of mammalian history. Berkeley, Univ. California Press, pp. 99–149.
Clemens, William A., and Jason A. Lillegraven
In press. New Late Cretaceous, advanced therian mammals from North America that fit neither the marsupial nor eutherian molds. Contrib. Geology, Special Paper 3.
Clemens, William A., Jason A. Lillegraven, Everett H. Lindsay, and George Gaylord Simpson
1979.   Where, when, and what—a survey of known Mesozoic mammal distribution. In J. A. Lillegraven, Z. Kielan-Jaworowska, and W. A. Clemens (eds.), Mesozoic mammals: the first two-thirds of mammalian history. Berkeley, Univ. California Press, pp. 7–58.

Cobban, William A.
1958.   Late Cretaceous fossil zones of the Powder River Basin, Wyoming and Montana. Wyoming Geol. Assoc. Guidebook, 13th Field Conf., pp. 114–119.
Cobban, William A., and John B. Reeside, Jr.
1952.   Correlation of the Cretaceous formations of the western interior of the United States. Geol. Soc. America, Bull., vol. 63, pp. 1011–1044.
Cope, Edward Drinker
1882.   Mammalia in the Laramie Formation. Amer. Nat., vol. 16, pp. 830–831.
Cross, C. W., A. C. Spencer, and C. W. Purington
1899.   Description of the La Plata Quadrangle (Colorado). U.S. Geol. Surv., Geol. Atlas, Folio no. 60, pp. 1–14.
Cushman, Joseph A.
1946.   Upper Cretaceous Foraminifera of the Gulf Coastal region of the United States and adjacent areas. U.S. Geol. Surv., Prof. Paper 206, iii + 241 pp.
Dalrymple, G. Brent
1979.   Critical tables for the conversion of K-Ar ages from old to new constants. Geology, vol. 7, pp. 558–560.
Dodson, Peter
1971.   Sedimentology and taphonomy of the Oldman Formation (Campanian), Dinosaur Provincial Park, Alberta (Canada). Palaeogeog., Palaeoclimatol., Palaeoecol., vol. 10, pp. 21–74.
Dorf, Erling
1942.   Upper Cretaceous floras of the Rocky Mountain region. II: Flora of the Lance Formation at its type locality, Niobrara County, Wyoming. Carnegie Inst. Washington, Publ. no. 508, pp. 79–159.
Dowling, D. B.
1915.   Southern Alberta. Can. Geol. Surv., Summary Rpt. for 1914, no. 8, pp. 43–51.
Efremov, I. A.
1954.   Paleontological investigations in the Mongolian People's Republic (preliminary results of the expeditions in 1946, 1947, and 1949). Trudy Mongol. Comissii., vol. 59, pp. 3–32 (in Russian).
Emry, Robert J., J. David Archibald, and Charles C. Smith
1981.   A mammalian molar from the Late Cretaceous of northern Mississippi. Jour. Paleont., vol. 55, pp. 953–956.
Estes, Richard D., and Paul Berberian
1970.   Paleoecology of a Late Cretaceous vertebrate community from Montana. Breviora (Harvard Univ.), no. 343, pp. 1–35.

Fisher, D. J., C. E. Erdmann, and John B. Reeside, Jr.
  1960. Cretaceous and Tertiary formations of the Book Cliffs, Carbon, Emery, and Grand counties, Utah, and Garfield and Mesa counties, Colorado. U.S. Geol. Surv., Prof. Paper 332, iv + 80 pp.

Flynn, Lawrence J.
  In press. Late Cretaceous mammal horizons from the San Juan Basin, New Mexico. Amer. Mus. Novitates.

Forester, R. W., W. G. E. Caldwell, and F. H. Oro
  1977. Oxygen and carbon isotopic study of ammonites from the Late Cretaceous Bearpaw Formation in southwestern Saskatchewan. Can. Jour. Earth Sci., vol. 14, pp. 2086–2100.

Fox, Richard C.
  1970. Eutherian mammal from the early Campanian (Late Cretaceous) of Alberta, Canada. Nature, vol. 227, pp. 630–631.
  1971a. Early Campanian multituberculates (Mammalia: Allotheria) from the Upper Milk River Formation, Alberta. Can. Jour. Earth Sci., vol. 8, pp. 916–938.
  1971b. Marsupial mammals from the early Campanian Milk River Formation, Alberta, Canada. *In* D. M. Kermack and K. A. Kermack (eds.), Early mammals. Zool. Jour. Linn. Soc., vol. 50, suppl. 1, pp. 145–164.
  1972. A primitive therian mammal from the Upper Cretaceous of Alberta. Can. Jour. Earth Sci., vol. 9, pp. 1479–1494.
  1974. *Deltatheroides*-like mammals from the Upper Cretaceous of North America. Nature, vol. 249, p. 392.
  1976a. Additions to the mammalian local fauna from the Upper Milk River Formation (Upper Cretaceous), Alberta. Can. Jour. Earth Sci., vol. 13, pp. 1105–1118.
  1976b. Cretaceous mammals (*Meniscoessus intermedius,* new species, and *Alphadon* sp.) from the lowermost Oldman Formation, Alberta. Ibid., vol. 13, pp. 1216–1222.
  1977. Notes on the dentition and relationships of the Late Cretaceous insectivore *Gypsonictops* Simpson. Ibid., vol. 14, pp. 1823–1831.
  1978. Upper Cretaceous terrestrial vertebrate stratigraphy of the Gobi Desert (Mongolian People's Republic) and western North America. *In* C. R. Stelck, and B. D. E. Chatterton (eds.), Western and Arctic Canadian biostratigraphy. Geol. Assoc. Can., Spec. Paper 18, pp. 577–594.
  1979a. Mammals from the Upper Cretaceous Oldman Formation, Alberta. I. *Alphadon* Simpson (Marsupialia). Can. Jour. Earth Sci., vol. 16, pp. 91–102.
  1979b. Mammals from the Upper Cretaceous Oldman Formation, Alberta. II. *Pediomys* Marsh (Marsupialia). Ibid., vol. 16, pp. 103–113.
  1979c. Mammals from the Upper Cretaceous Oldman Formation, Alberta. III. Eutheria. Ibid., vol. 16, pp. 114–125.
  1980. *Picopsis pattersoni,* n. gen. and sp., an unusual therian from the Upper Cretaceous of Alberta, and the classification of primitive tribosphenic mammals. Ibid., vol. 17, pp. 1489–1498.
  1981. Mammals from the Upper Cretaceous Oldman Formation, Alberta. V. *Eodelphis* Matthew, and the evolution of the Stagodontidae (Marsupialia). Ibid., vol. 18, pp. 350–365.
  1982. Evidence of new lineage of tribosphenic therians (Mammalia) from the Upper Cretaceous of Alberta, Canada. Geobios, mem. spec. 6, pp. 169–175.
  1984a. *Paranyctoides maleficus* (new species), an early eutherian mammal from the Cretaceous of Alberta. *In* M. R. Dawson (ed.), Papers in vertebrate paleontology honoring Robert Warren Wilson. Carnegie Mus. Nat. Hist., Spec. Publ., no. 9, pp. 9–20.
  1984b. A primitive, "obtuse-angled" symmetrodont (Mammalia) from the Upper Cretaceous of Alberta, Canada. Can. Jour. Earth Sci., vol. 21, pp. 1204–1207.

Frerichs, William E.
  1980. Age of the western interior *Clioscaphites chouteauensis* Zone. Jour. Paleont., vol. 54, pp. 366–370.

Frerichs, William E., and Nancy B. Dring
  1981. Planktonic foraminifera from the Smoky Hill Shale of west central Kansas. Jour. Foram. Res., vol. 11, pp. 47–69.

Gill, James R., and William A. Cobban
  1965. Stratigraphy of the Pierre Shale, Valley City and Pembina Mountain areas, North Dakota. U.S. Geol. Surv., Prof. Paper 392A, iii + 20 pp.
  1966a. The Red Bird section of the Upper Cretaceous Pierre Shale in Wyoming. Ibid., no. 393A, iv + 73 pp.
  1966b. Regional unconformity in Late Cretaceous, Wyoming. Ibid., no. 550B, pp. 20–27.
  1973. Stratigraphy and geologic history of the

Montana Group and equivalent rocks, Montana, Wyoming, and North and South Dakota. Ibid., no. 776, iii + 37 pp.

Gradzinski, Ryszard, and T. Jerzykiewicz
1974. Sedimentation of the Barun Goyot Formation. Palaeont. Polonica, no. 30, pp. 111–146.

Gradzinski, Ryszard, J. Kazmierczak, and Jerzy Lefeld
1969. Geographical and geological data from the Polish-Mongolian Palaeontological Expeditions. Ibid., no. 19, pp. 33–82.

Gradzinski, Ryszard, Zofia Kielan-Jaworowska, and Teresa Marayanska
1977. Upper Cretaceous Djadokhta, Barun Goyot and Nemegt formations of Mongolia, including remarks on previous subdivisions. Acta Geol. Polonica. vol. 27, pp. 281–318.

Granger, Walter, and William K. Gregory
1923. *Protoceratops andrewsi,* a pre-ceratopsian dinosaur from Mongolia. Amer. Mus. Novitates, no. 72, 9 pp.

Gregory, William K., and George Gaylord Simpson
1926. Cretaceous mammal skulls from Mongolia. Ibid., no. 225, 20 pp.

Guo, Fuxiang
1984. Classification of the Asian non-marine Cretaceous System. Geol. Soc. Denmark, Bull., vol. 33, pp. 115–122.

Hancock, John M., and Erle G. Kauffman
1979. The great transgressions of the Late Cretaceous. Geol. Soc. London, Jour., vol. 136, pp. 175–186.

Harland, W. B., A. V. Cox, P. G. Llewellyn, C. A. G. Pickton, A. G. Smith, and R. Walters
1982. A geologic time scale. Cambridge, Cambridge Univ. Press, xi + 131 pp.

Hatcher, John B.
1904. An attempt to correlate the marine with the non-marine formations of the Middle West. Amer. Phil. Soc., Proc., vol. 43, pp. 341–365.

Hatcher, John B., and T. W. Stanton
1903. The stratigraphic position of the Judith River Beds and their correlation with the Belly River Beds. Science, n.s., vol. 18, pp. 211–212.

Hayden, F. B.
1871. Geology of the Missouri Valley. U.S. Geol. Surv. Terr., Fourth Ann. Prelim. Rpt., pt. 2, chap. 7, pp. 85–98.

Holmes, W. H.
1877. Geological report on the San Juan district. Ibid., Ninth Ann. Rpt., for 1875, pp. 241–276.

Jeletzky, J. A.
1968. Macrofossil zones of the marine Cretaceous of the western interior of Canada and their correlation with the zones and stages of Europe and the western interior of the United States. Geol. Surv. Canada, Paper 67–72, v + 66 pp.

Jepsen, Glenn L.
1940. Paleocene faunas of the Polecat Bench Formation, Park County, Wyoming. Amer. Phil. Soc., Proc., vol. 83, pp. 217–340.

Johnston, Paul A.
1980. First record of Mesozoic mammals from Saskatchewan. Can. Jour. Earth Sci., vol. 17, pp. 512–519.

Johnston, Paul A., and Richard C. Fox
1984. Paleocene and Late Cretaceous mammals from Saskatchewan, Canada. Palaeontographica, Abt. A, Bd. 186, pp. 163–222.

Karczewska, Jadwiga, and Maria Ziembinska-Tworzydlo
1970. Upper Cretaceous Charophyta from the Nemegt Basin, Gobi Desert. Paleont. Polonica, no. 21, pp. 121–144.
1983. Age of the Upper Cretaceous Nemegt Formation (Mongolia) on charophytan evidence. *In* Z. Kielan-Jaworowska and H. Osmolska (eds.), Second Symposium on Mesozoic Terrestrial Ecosystems. Acta Palaeont. Polonica, vol. 28, pp. 137–146.

Kauffman, Erle G.
1968. The Upper Cretaceous *Inoceramus* of Puerto Rico. *In* J. B. Saunders (ed.), Fourth Caribbean Geological Conference, Transactions. Arima, Trinidad, and Tobago, Caribbean Printers, pp. 203–218.
1970. Population systematics, radiometrics and zonation—a new biostratigraphy. N. Amer. Paleont. Conv., Proc., pt. F, pp. 612–666.
1973. Cretaceous Bivalvia. *In* A. Hallam (ed.), Atlas of palaeobiogeography. New York, Elsevier, pp. 353–383.
1975. Dispersal and biostratigraphic potential of Cretaceous benthonic Bivalvia in the western interior. *In* W. G. E. Caldwell (ed.), The Cretaceous System in the western interior of North America. Geol. Assoc. Canada, Spec. Paper No. 13, pp. 163–194.
1977. Geological and biological overview: western interior Cretaceous basin. Mountain Geol., vol. 14, pp. 75–99.
1979. Cretaceous. *In* R. A. Robison and C.

Teichert (eds.), Treatise on invertebrate paleontology, Part A, introduction: fossilization (taphonomy), biogeography, and biostratigraphy. Geol. Soc. Amer., pp. 418–487.

Keefer, William R., and Ernest I. Rich
1957.  Stratigraphy of the Cody Shale and younger Cretaceous and Paleocene rocks in the western and southern parts of the Wind River Basin, Wyoming. Wyoming Geol. Soc. Guidebook, 12th Field Conf., pp. 71–78.

Kennedy, William J.
1984.  Ammonite faunas and the 'standard' zones of the Cenomanian to Maastrichtian Stages in their type areas, with some proposals for the definition of the stage boundaries by ammonites. Geol. Soc. Denmark, Bull., vol. 33, pp. 147–161.

Kennedy, William J., and William A. Cobban
1976.  Aspects of ammonite biology, biogeography, and biostratigraphy. London, Palaeont. Assoc., Spec. Papers Palaeont., no. 17, v + 94 pp.

Kennedy, William J., and Gilles S. Odin
1982.  The Jurassic and Cretaceous time scale in 1981. In G. S. Odin (ed.), Numerical dating in stratigraphy. Part I. New York, Wiley, pp. 557–592.

Kielan-Jaworowska, Zofia
1969.  Preliminary data on the Upper Cretaceous eutherian mammals from Bayn Dzak, Gobi Desert. Palaeont. Polonica, no. 19, pp. 171–191.
1970a. New Upper Cretaceous multituberculate genera from Byan Dzak, Gobi Desert. Ibid., no. 21, pp. 35–49.
1970b. Unknown structures in multituberculate skull. Nature, vol. 226, pp. 974–976.
1974a. Multituberculate succession in the Late Cretaceous of the Gobi Desert (Mongolia). Palaeont. Polonica, no. 30, pp. 23–44.
1974b. Migrations of the Multituberculata and the Late Cretaceous connections between Asia and North America. Ann. South African Mus., vol. 64, pp. 231–243.
1975a. Preliminary description of two new eutherian genera from the Late Cretaceous of Mongolia. Palaeont. Polonica, no. 33, pp. 5–16.
1975b. Evolution of the therian mammals in the Late Cretaceous of Asia. Part I. Deltatheridiidae. Ibid., no. 33, pp. 103–131.
1979.  Evolution of the therian mammals in the Late Cretaceous of Asia. Part III.

Postcranial skeleton in Zalambdalestidae. Ibid., no. 38, pp. 3–41.
1982.  Marsupial-placental dichotomy and paleogeography of Cretaceous Theria. In E. M. Gallitelli (ed.), Proc. First Int. Meeting on "Palaeontology, essential of historical geology"; held in Venice, Fondazione Giorgio Cini, 2–4 June, 1981, Inst. Paleont., Univ. Modena, Italy, pp. 367–383.
1984.  Evolution of the therian mammals in the Late Cretaceous of Asia. Part VII. Synopsis. Palaeont. Polonica, no. 46, pp. 173–183.

Kielan-Jaworowska, Zofia, and Rinchen Barsbold
1972.  Narrative of the Polish-Mongolian palaeontological expeditions 1967–1971. Ibid., no. 27, pp. 5–13.

Kielan-Jaworowska, Zofia, Jeffrey G. Eaton, and Thomas M. Bown
1979.  Theria of metatherian-eutherian grade. In J. A. Lillegraven, Z. Kielan-Jaworowska, and W. A. Clemens (eds.), Mesozoic mammals: the first two-thirds of mammalian history. Berkeley, Univ. California Press, pp. 182–191.

Kielan-Jaworowska, Zofia, and Robert E. Sloan
1979.  Catopsalis (Multituberculata) from Asia and North America and the problem of taeniolabidid dispersal in the Late Cretaceous. Acta Palaeont. Polonica, vol. 24, pp. 187–197.

Kielan-Jaworowska, Zofia, and A. V. Sochava
1969.  The first multituberculate from the uppermost Cretaceous of the Gobi Desert, Mongolia. Ibid., vol. 14, pp. 355–371.

Kielan-Jaworowska, Zofia, and Boris A. Trofimov
1980.  Cranial morphology of the Cretaceous eutherian mammal Barunlestes. Ibid., vol. 25, pp. 167–185.

Kraus, Mary J.
1979.  Eupantotheria. In J. A. Lillegraven, Z. Kielan-Jaworowska, and W. A. Clemens (eds.), Mesozoic mammals: the first two-thirds of mammalian history. Berkeley, Univ. California Press, pp. 162–171.

Krause, David W., and Donald Baird
1979.  Late Cretaceous mammals east of the North American Western Interior Seaway. Jour. Paleont., vol. 53, pp. 562–565.

Kyansep-Romashkina, N. P.
1975.  Nekotorye pozdneyurskie i melovye kharofity Mongolii. In N. N. Kramarenko et al. (eds.), Iskopaemaya Fauna i Flora Mongolii. Sovmestnaya Sovet-

BLM_0056676

sko-Mongol'skaya Paleont. Eksped., Trans., vol. 2, pp. 181–204.

Lambe, Lawrence M.
1902.   New genera and species from the Belly River series (mid-Cretaceous). Geol. Surv. Can., Contrib. Canad. Palaeont., vol. 3, pt. 2, pp. 25–81.

Langston, Wann, Jr.
1959.   Alberta and fossil vertebrates. Alberta Soc. Petrol. Geol., 9th Ann. Field Conf. Guide Book, pp. 8–19.

Lanphere, Marvin A., and David L. Jones
1978.   Cretaceous time scale from North America. In G. V. Cohee, M. F. Glaessner, and H. D. Hedberg (eds.), Contributions to the geologic time scale. Tulsa, Amer. Assoc. Petrol. Geol., Studies in Geol., no. 6, pp. 259–268.

Lefeld, Jerzy
1971.   Geology of the Djadokhta Formation at Bayn Dzak (Mongolia). Palaeont. Polonica, no. 25, pp. 101–127.

Lehman, Thomas M.
1984.   The multituberculate Essonodon browni from the Upper Cretaceous Naashoibito Member of the Kirtland Shale, San Juan Basin, New Mexico. Jour. Vert. Paleont., vol. 4, pp. 602–603.

Lillegraven, Jason A.
1969.   Latest Cretaceous mammals of upper part of Edmonton Formation of Alberta, Canada, and review of marsupial-placental dichotomy in mammalian evolution. Paleont. Contrib. Univ. Kansas, art. 50 (Vertebrata 12), 122 pp.

Love, J. David, and Ann Coe Christiansen
1983.   Preliminary geologic map of Wyoming. U.S. Geol. Surv., Open-File Rpt. 83-802, scale 1:500,000.

Lowrie, William, and Walter Alvarez
1977.   Upper Cretaceous-Paleocene magnetic stratigraphy at Gubbio, Italy. III. Upper Cretaceous magnetic stratigraphy. Geol. Soc. Amer., Bull., vol. 88, pp. 374–377.

Lupton, Carter, Diane Gabriel, and Robert M. West
1980.   Paleobiology and depositional setting of a Late Cretaceous vertebrate locality, Hell Creek Formation, McCone County, Montana. Contrib. Geol., Univ. Wyoming, vol. 18, pp. 117–126.

McGookey, Donald P., John D. Haun, Lyle A. Hale, H. G. Goodell, Donald G. McCubbin, Robert J. Weimer, and George R. Wulf
1972.   Cretaceous system. In W. W. Mallory et al. (eds.), Geologic atlas of the Rocky Mountain region. Denver, Rocky Mountain Assoc. Geol., pp. 190–228.

McKenna, Malcolm C.
1969.   The origin and early differentiation of therian mammals. New York Acad. Sci., Ann., vol. 167, pp. 217–240.

McLean, J. R.
1971.   Stratigraphy of the Upper Cretaceous Judith River Formation in the Canadian Great Plains. Saskatchewan Res. Con., Geol. Div., Rpts., no. 11, xi + 96 pp.

Marinov, N. A.
1957.   Stratigrafiya Mongol'skoi Narodnoi Respubliki. Moscow, Akad. Nauk SSSR, 268 pp.

Marinov, N. A., L. P. Zonenshain, and V. A. Blagonravov (eds.)
1973.   Geologiya Mongol'skoi Narodnoi Respubliki. Vol. I. Stratigrafia. Izdatel'stvo "Nedra," 583 pp.

Marks, Peter
1984.   Proposal for the recognition of boundaries between Cretaceous stages by means of planktonic foraminiferal biostratigraphy. Geol. Soc. Denmark, Bull., vol. 33, pp. 163–169.

Marsh, Othniel C.
1879.   Notice of new Jurassic mammals. Amer. Jour. Sci., ser. 3, vol. 15, pp. 396–398.
1889.   Discovery of Cretaceous Mammalia. Ibid., ser. 3, vol. 38, pp. 81–92.

Martinson, G. G.
1961.   Mezozoiskie i Kainozoiskie mollyuski kontinental'nykh otlozhenii Sibirskoi platformy, Zabaikal'ya i Mongolii. Trudy Baikal'skoi. Limnol. Stantsii Akad. Nauk SSSR, Sibir. Otdel, Vostochno-Sibir. Filial, vol. 19, 318 pp.
1973.   O stratigrafii Yurskikh i Melovykh otlozhenii Mongolii. Izv. Akad. Nauk SSSR, Geol. Ser., no. 12, pp. 89–95.
1975.   To the question about principles of stratigraphy and relation of Mesozoic continental deposits. In Stratigraphy of Mesozoic deposits of Mongolia. Joint Soviet-Mongolian Geol. Expeds., Trans., vol. 13, pp. 7–24. Leningrad.

Martinson, G. G., A. V. Sochava, and R. Barsbold
1969.   O stratificheskom raschlenii verkhnemelovykh otlozhenii Mongolii. Dokl. Akad. Nauk SSSR, vol. 189, pp. 1081–1084.

Maryanska, Teresa, and Halszka Osmolska
1975.   Protoceratopsidae (Dinosauria) of Asia. Palaeont. Polonica, no. 33, pp. 133–181.
1981.   Cranial anatomy of Saurolophus angustirostris with comments on the Asian Hadrosauridae (Dinosauria). Ibid., no. 42, pp. 5–24.

Matsumoto, T.
1980. Inter-regional correlation of transgressions and regressions in the Cretaceous period. Cretaceous Res., vol. 1, pp. 359–373.

Molenaar, C. M.
1983. Major depositional cycles and regional correlations of Upper Cretaceous rocks, southern Colorado Plateau and adjacent areas. In M. W. Reynolds and E. D. Dolly (eds.), Mesozoic paleogeography of the west-central United States. Denver, Soc. Econ. Paleont. Min., Rocky Mountain Sect., Rocky Mountain Paleogeography Symp. 2, pp. 201–224.

NACSN (North American Commission on Stratigraphic Nomenclature)
1983. North American stratigraphic code. Amer. Assoc. Petrol. Geol., Bull., vol. 67, pp. 841–875.

Nichols, Douglas J., S. R. Jacobson, and R. H. Tschudy
1982. Cretaceous palynomorph biozones for the central and northern Rocky Mountain region of the United States. In R. B. Powers (ed.), Geologic studies of the Cordilleran Thrust Belt: Denver, Rocky Mtn. Assoc. Geol., vol. II, pp. 721–733.

North, B. R., and G. E. Caldwell
1975. Foraminiferal faunas in the Cretaceous system of Saskatchewan. In W. G. E. Caldwell (ed.), The Cretaceous system in the Western Interior of North America. Geol. Assoc. Can., Spec. Paper no. 13, pp. 303–331.

Novacek, Michael J., and William A. Clemens
1977. Aspects of intrageneric variation and evolution of Mesodma (Multituberculata, Mammalia). Jour. Paleont., vol. 51, pp. 701–717.

Novozhilov, N. I.
1954. Mestonakhozhdeniya mlekopitayushchikh nizhnego eotsena i verkhnego paleotsena Mongolii. Trudy Mongolskoi Komissii, Akad. Nauk SSSR, no. 59, pp. 33–46.

Nowinski, Aleksander
1971. Nemegtosaurus mongoliensis n. gen., n. sp. (Sauropoda) from the uppermost Cretaceous of Mongolia. Palaeont. Polonica, no. 25, pp. 57–81.

Obradovich, John D., and William A. Cobban
1975. A time-scale for the Late Cretaceous of the western interior of North America. In W. G. E. Caldwell (ed.), The Cretaceous System in the western interior of North America. Geol. Assoc. Can., Spec. Paper no. 13, pp. 31–54.

Olsson, Richard K.
1964. Late Cretaceous planktonic foraminifera from New Jersey and Delaware. Micropaleontology, vol. 10, pp. 157–188.

Osmolska, Halszka
1980. The Late Cretaceous vertebrate assemblages of the Gobi Desert, Mongolia. Mem. Soc. geol. France, n.s., vol. 59, no. 139, pp. 145–150.

Osmolska, Halszka, E. Roniewicz, and R. Barsbold
1972. A new dinosaur, Gallimimus bullatus n. sp. (Ornithomimidae) from the Upper Cretaceous of Mongolia. Palaeont. Polonica, no. 27, pp. 103–143.

Ostrom, John H.
1965. Cretaceous vertebrate faunas of Wyoming. Wyoming Geol. Assoc. Guidebook, 19th Field Conference, pp. 35–41.

Palmer, Allison R.
1983. The Decade of North American Geology 1983 geologic time scale. Geology, vol. 11, pp. 503–504.

Pessagno, Emile A., Jr.
1967. Upper Cretaceous planktonic Foraminifera from the western Gulf Coastal Plain. Palaeontographica Americana, vol. 5, pp. 245–445.
1969. Upper Cretaceous stratigraphy of the Western Gulf Coast area of Mexico, Texas, and Arkansas. Geol. Soc. Amer., Mem. 111, xiii + 139 pp.

Premoli Silva, Isabella
1977. Upper Cretaceous-Paleocene magnetic stratigraphy at Gubbio, Italy. II. Biostratigraphy. Geol. Soc. Amer., Bull., vol. 88, pp. 371–374.

Prothero, Donald R.
1981. New Jurassic mammals from Como Bluff, Wyoming, and the interrelationships of non-tribosphenic Theria. Amer. Mus. Nat. Hist., Bull., vol. 167, pp. 277–325.

Rawson, Peter F., Dennis Curry, Frank C. Dilley, John M. Hancock, William J. Kennedy, John W. Neale, Christopher J. Wood, and Bernard C. Worssam
1978. A correlation of Cretaceous rocks in the British Isles. Geol. Soc. London, Spec. Rpt. no. 9, 70 pp.

Reeside, John B., Jr.
1924. Upper Cretaceous and Tertiary formations of the western part of the San Juan Basin, Colorado and New Mexico. U.S. Geol. Surv., Prof. Paper 134, pp. 1–70.

Riccardi, A. C.
1983. Scaphitids from the upper Campanian-

lower Maastrichtian Bearpaw Formation of the western interior of Canada. Geol. Surv. Can., Bull., vol. 354, pp. 1–103.

Rich, Ernest I.
1958. Stratigraphic relation of latest Cretaceous rocks in parts of Powder River, Wind River, and Big Horn basins, Wyoming. Amer. Assoc. Petrol. Geol., Bull., vol. 42, pp. 2424–2443.

Rose, Kenneth D.
1981. The Clarkforkian land-mammal age and mammalian faunal composition across the Paleocene-Eocene boundary. Univ. Michigan, Papers Paleont., vol. 26, x + 197 pp.

Rozhdestvenskii, A. K.
1957. A short conclusion on the study of Mongolian fossil vertebrates. Vertebrata PalAsiatica, vol. 1, pp. 169–185 (in Russian, with Chinese and English summaries).
1971. Izuchenie dinozavrov Mongolii i ikh rol' v raschlenenii kontinental'nogo Mezozoya. In N. S. Zaitsev, B. Luvsandanzan, V. V. Menner, T. G. Pavlova, A. V. Peive, P. P. Timofeev, O. Tomurtogoo, B. A. Trofimov, and A. L. Yanshin (eds.), Fauna Mezozoya i Kainozoya zapadnoi Mongolii. Sovmestnaya Sovetsko-Mongol'skaya Nauchno-Issledovatel'skaya Geologicheskaya Ekspeditsiya, Trudy, vol. 3, pp. 21–32.
1972. Razvitie Dinozavrovykh faun b Azii i na drugikh materikakh i paleogeografiya Mezozoya. Izvestiya Akad. Nauk SSSR, Ser. Geol., no. 12, pp. 115–133.
1974. A history of the dinosaur fauna from Asia and other continents and some problems of paleogeography. In R. Barsbold, E. I. Vorob'eva, B. Luvsandanzan, L. P. Tamarinov, B. A. Trofimov, V. Yu. Reshetov, B. B. Rodendorf, and M. A. Shishkin (eds.), Mesozoic and Cenozoic faunas and biostratigraphy of Mongolia. Trans. Joint Soviet-Mongolian Paleont. Exped., vol. 1, pp. 107–131. Acad. Sci. USSR, Paleontological Institute, Moscow (in Russian).
1977. A study of dinosaurs in Asia. Jour. Palaeont. Soc. India, vol. 20, pp. 102–119.
1978. Nadotryad Dinosauria. Mlekopitayushchie. In V. N. Shimanskii and A. N. Solov'ev (eds.), Razvitie i smena organicheskogo mira na rubezhe Mezozoya i Kainozoya. Moscow, Akad. Nauk SSSR, Izdatel'stvo "Nauka," pp. 57–82.

Russell, Dale A.
1967. A census of dinosaur specimens collected in western Canada. Can. Natl. Mus. Nat. Hist. Papers, no. 36, 13 pp.
1970. Tryannosaurs from the Late Cretaceous of western Canada. Can. Natl. Mus. Nat. Sci., Publs. Palaeont., no. 1, viii + 34 pp.
1972. Ostrich dinosaurs from the Late Cretaceous of western Canada. Can. Jour. Earth Sci., vol. 9, pp. 375–402.

Russell, Dale A., and T. Potter Chamney
1967. Notes on the biostratigraphy of dinosaurian and microfossil faunas in the Edmonton Formation (Cretaceous), Alberta. Natl. Mus. Canada, Nat. Hist. Papers, no. 35, 22 pp.

Russell, Loris S.
1937. New and interesting mammalian fossils from western Canada. Roy. Soc. Can., Trans., 3rd ser., Sec. 4, vol. 30, pp. 75–80.
1952. Cretaceous mammals of Alberta. Natl. Mus. Canada, Bull., vol. 126, pp. 110–119.
1964. Cretaceous non-marine faunas of northwestern North America. Roy. Ontario Mus., Life Sci., Contrib. 61, 24 pp.
1975. Mammalian faunal succession in the Cretaceous system of western North America. In W. G. E. Caldwell (ed.), The Cretaceous System in the western interior of North America. Geol. Assoc. Can., Spec. Paper no. 13, pp. 137–161.
1983. Evidence for an unconformity at the Scollard-Battle contact, Upper Cretaceous strata, Alberta. Can. Jour. Earth Sci., vol. 20, pp. 1219–1231.

Russell, Loris S., and R. W. Landes
1940. Geology of the southern Alberta plains. Can. Geol. Surv., Mem., vol. 221, pp. 1–223.

Ryer, Thomas A.
1983. Transgressive-regressive cycles and the occurrence of coal in some Upper Cretaceous strata of Utah. Geology, vol. 11, pp. 207–210.

Sahni, Ashok
1968. Community structure of Campanian (Upper Cretaceous) vertebrates from the Judith River Formation in north central Montana. Proc. Internat. Paleont. Union, 23rd Internat. Geol. Congr., pp. 339–344.
1972. The vertebrate fauna of the Judith River Formation, Montana. Amer. Mus. Nat. Hist., Bull., vol. 147, pp. 321–412.

Savage, Donald E.
   1962.   Cenozoic geochronology of the fossil mammals of the Western Hemisphere. Rev. Mus. Arg. Cien. Nat. "Bernardino Rivadavia," Cien. Zool., vol. 8, pp. 53–67.

Schulz, Max-Gotthard, Gundolf Ernst, Hartmut Ernst, and Friedrich Schmidt
   1984.   Coniacian to Maastrichtian stage boundaries in the standard section for the Upper Cretaceous white chalk of NW Germany (Lagerdorf-Kronsmoor-Hemmoor): definitions and proposals. Geol. Soc. Denmark, Bull., vol. 33, pp. 203–215.

Shapurji, Soli S.
   1978.   Depositional environments and correlation of the Mesaverde Formation, Wind River Basin, Wyoming. Wyoming Geol. Assoc. Guidebook, 13th Field Conf., pp. 167–180.

Shuvalov, V. F., and V. M. Chkhikvadze
   1975.   Novye dannye o pozdnemelovykh cherepakhakh yuzhnoi Mongolii. In N. N. Kramarenko et al. (eds.), Iskopaemaya fauna i flora Mongolii. Sovmestnaya Sovetsko-Mongol'skaya Paleont. Eksped., Trans., vol. 2, pp. 214–229.

Simpson, George Gaylord
   1925.   Mesozoic mammal skull from Mongolia. Amer. Mus. Novitates, no. 201, 11 pp.
   1927a.  Mammalian fauna of the Hell Creek Formation of Montana. Ibid., no. 267, 7 pp.
   1927b.  Mesozoic Mammalia. VIII. Genera of Lance mammals other than multituberculates. Amer. Jour. Sci., ser. 5, vol. 14, pp. 121–130.
   1928.   Further notes on Mongolian Cretaceous mammals. Amer. Mus. Novitates, no. 329, 14 pp.
   1929.   American Mesozoic Mammalia. New Haven, Yale Univ. Press, Peabody Mus. (Yale Univ.), Mem., vol. 3, pt. 1, xv + 171 pp.
   1936.   Additions to the Puerco fauna, Lower Paleocene. Amer. Mus. Novitates, no. 849, 11 pp.

Sissingh, W.
   1977.   Biostratigraphy of Cretaceous calcareous nannoplankton. Geologie en Mijnbouw, vol. 56, pp. 37–65.
   1978.   Microfossil biostratigraphy and stage-stratotypes of the Cretaceous. Ibid., vol. 57, pp. 433–440.

Slaughter, B. H.
   1965.   A therian from the Lower Cretaceous (Albian) of Texas. Peabody Mus. Nat. Hist., Yale Univ., Postilla, no. 93, 18 pp.

Sloan, Robert E.
   1976.   The ecology of dinosaur extinction. In C. S. Churcher (ed.), Essays on palaeontology in honour of Loris Shano Russell. Roy. Ontario Mus., Life Sci., Misc. Publs., pp. 134–154.
   1981.   Systematics of Paleocene multituberculates from the San Juan Basin, New Mexico. In S. G. Lucas, J. K. Rigby, Jr., and B. S. Kues (eds.), Advances in San Juan Basin paleontology. Albuquerque, Univ. New Mexico Press, pp. 127–160.

Sloan, Robert E., and Loris S. Russell
   1974.   Mammals from the St. Mary River Formation (Cretaceous) of southwestern Alberta. Roy. Ontario Mus., Life Sci., Contrib., no. 95, pp. 1–21.

Sloan, Robert E., and Leigh Van Valen
   1965.   Cretaceous mammals from Montana. Science, vol. 148, pp. 220–227.

Smit, J., and S. van der Kaars
   1984.   Terminal Cretaceous extinctions in the Hell Creek area, Montana: compatible with catastrophic extinction. Ibid., vol. 223, pp. 1177–1179.

Sohl, N. F.
   1967.   Upper Cretaceous gastropods from the Pierre Shale at Red Bird, Wyoming. U.S. Geol. Surv., Prof. Paper 393B, pp. 1–46.

Stankevitch, E. S., and E. Khand
   1976.   Ostrakody Barungoyotskoi Svity verkhnego Mela Zaaltaiskoi Gobi (MNR). In N. N. Kramarenko et al. (eds.), Paleontologiya i biostratigraphiya Mongolii. Trudy Sovmestnaya Sovetsko-Mongol'skaya Paleontologicheskaya Ekspeditsiya, vol. 3, pp. 159–161 (English abstr.).

Stanton, T. W., and John B. Hatcher
   1903.   The stratigraphic position of the Judith River Beds and their correlation with the Belly River Beds. Science, n.s., vol. 18, pp. 211–212.
   1905.   Geology and paleontology of the Judith River beds. U.S. Geol. Surv., Bull., vol. 257, pp. 1–128.

Steiger, R. H., and E. Jager
   1977.   Subcommission on geochronology: convention on the use of decay constants in geo- and cosmochronology. Earth Planet. Sci. Lett., vol. 36, pp. 359–362.

Sulimski, Andrzej
   1975.   Macrocephalosauridae and Polygly-

phanodontidae (Sauria) from the Late Cretaceous of Mongolia. Palaeont. Polonica, no. 33, pp. 25–102.

Surlyk, Finn
  1984. The Maastrichtian Stage in NW Europe, and its brachiopod zonation. Geol. Soc. Denmark, Bull., vol. 33, pp. 217–223.

Tedford, Richard H.
  1970. Principles and practices of mammalian geochronology in North America. N. Amer. Paleont. Conv., Proc., pt. F, pp. 666–703.

Trofimov, Boris A.
  1975. Novye Dannye o *Buginbaatar* Kielan-Jaworowska et Sochava, 1969 (Mammalia, Multituberculata) iz Mongolii. *In* N. N. Kramarenko et al. (eds.), Iskopaemaya fauna i flora Mongolii. Sovmestnaya Sovetsko-Mongol'skaya Paleont. Eksped., Trans., vol. 2, pp. 7–13.

Vail, P. R., R. M. Mitchum, Jr., and S. Thompson III
  1977. Seismic stratigraphy and global changes of sea level, part 4: global cycles of relative changes of sea level. *In* C. E. Payton (ed.), Seismic stratigraphy—applications to hydrocarbon exploration. Tulsa, Amer. Assoc. Petrol. Geol., Mem. 26, pp. 83–97.

Van Hinte, J. E.
  1976. A Cretaceous time scale. Amer. Assoc. Petrol. Geol., Bull., vol. 60, pp. 498–516.

Van Valen, Leigh
  1966. Deltatheridia, a new order of mammals. Amer. Mus. Nat. Hist., Bull., vol. 132, pp. 1–126.
  1978. The beginning of the age of mammals. Evol. Theory, vol. 4, pp. 45–80.

Van Valen, Leigh, and Robert E. Sloan
  1965. The earliest primates. Science, vol. 150, pp. 743–745.

Waage, Karl M.
  1975. Deciphering the basic sedimentary structure of the Cretaceous System in the western interior. *In* W. G. E. Caldwell (ed.), The Cretaceous System in the western interior of North America. Geol. Assoc. Can., Spec. Paper no. 13, pp. 55–81.

Weimer, Robert J.
  1960. Upper Cretaceous stratigraphy, Rocky Mountain area. Amer. Assoc. Petrol. Geol., Bull., vol. 44, pp. 1–20.

Williams, Gordon D., and C. F. Burk, Jr.
  1964. Upper Cretaceous. *In* R. G. McCrossan and R. P. Glaister (eds.), Geological history of western Canada. Calgary, Alberta Soc. Petrol. Geol., pp. 169–189.

Wood, Horace E., 2nd, Ralph W. Chaney, John Clark, Edwin H. Colbert, Glenn L. Jepsen, John B. Reeside, Jr., and Chester Stock
  1941. Nomenclature and correlation of the North American continental Tertiary. Geol. Soc. Amer., Bull., vol. 52, pp. 1–48.

Woodburne, Michael O. (ed.)
  In press. Vertebrate paleontology as a discipline in geochronology. Berkeley, Univ. California Press.

Young, Keith
  1963. Upper Cretaceous ammonites from the Gulf Coast of the United States. Univ. Texas, Publ. no. 6304, ix + 373 pp.

Zapp, A. D., and William A. Cobban
  1962. Some Late Cretaceous strand lines in southern Wyoming. U.S. Geol. Surv., Prof. Paper 450D, pp. 52–55.

Recent issues of the *Novitates* may be purchased from the Museum. Lists of back issues of the *Novitates, Bulletin,* and *Anthropological Papers* published during the last five years are available free of charge. Address orders to: American Museum of Natural History Library, Department D, Central Park West at 79th St., New York, New York 10024.

# DINOSAUR TRACKS

## AND OTHER FOSSIL FOOTPRINTS OF THE WESTERN UNITED STATES

■

*Martin Lockley and Adrian P. Hunt*

*artwork by Paul Koroshetz*

COLUMBIA UNIVERSITY PRESS    NEW YORK

LIBRARY
OF THE
UNIVERSITY OF WYOMING
LARAMIE 82071

Columbia University Press
New York   Chichester, West Sussex
Copyright © 1995 Martin Lockley
All rights reserved

Library of Congress Cataloging-in-Publication Data

Lockley, M. G.
  Dinosaur tracks and other fossil footprints of the western United
States  /  Martin Lockley and Adrian Hunt ; artwork by Paul Koroshetz.
    p.   cm.
  Includes bibliographical references and index.
  ISBN 0–231–07926–5 (acid-free)   —   ISBN 0–231–07927–3
  1. Footprints, Fossil—West (U.S.)  I. Hunt, Adrian P.
  II. Title.
  QE845.L625   1995
  560.978—dc20
                                                                94–24198
                                                                CIP

♾

Casebound editions of Columbia University Press books are printed on permanent and
durable acid-free paper.

Printed in the United States of America
c 10 9 8 7 6 5 4 3 2 1
p 10 9 8 7 6 5 4 3 2 1

*To*

*Giuseppe I*

*Leaders in*
*standardiz*

*and*

*Alwyn Wil*

*A pioneer i*
*seek the fro*

BLM_0056683



FIGURE 4.2 Late Triassic through early Jurassic track zones proposed by the German ichnologist Hartmut Haubold (1984), with refinements proposed by Lockley (1993) and the authors.

stones representing various types of fossil sand dunes. Arches National Monument contains spectacular examples of these. The dune habitat was so vast that it created sand seas or "ergs." Intercalated with these dune field or erg sediments are water-lain, interdune deposits that include various temporary, or ephemeral, lake deposits and sediments deposited by intermittent streams. The lake sediments are often referred to as playa or playa-lake deposits, and the stream sediments mainly represent sporadic runoff accumulations from flash floods. More often than not the stream channels (and the playa) would have been dry. Tracks are surprisingly common in many of the water-lain deposits—particularly those representing playa oases or watering holes that provided drinkable water and a source of moisture to sustain vegetation.

## Desert Trackmakers of the Wingate Formation

The Wingate Formation is the oldest of the predominantly eolian deposits. It consists of massive, cliff-forming sandstones several hundred feet thick that rest atop the finer-grained siltstones and mudstones of the late Triassic Chinle Group. Until recently it was incorrectly thought, or assumed, that the Wingate Formation was virtually devoid of evidence of prehistoric life. However, tracks have been found at several dozen localities in Colorado, Utah, and Arizona.

Most of the tracks are found either very near the base of the formation or near the top. This may be a real phenomenon relating to the concentration of tracks in these zones, but it may be a biasing phenomenon related to the fact that the base and top of the formation are much more accessible than are the steep cliffs—and perhaps more easily eroded to allow investigation. A large number of Wingate tracksites are actually the result of huge rockfalls. The tracks themselves are

found on
the sheer
from and
Winga
dinosaurs
typically 1
abundant,
basal Win
animal of u
pod track–
size as the

At Cac
Wingate Fo
ure 4.5). Th

FIGURE 4.3
Canyon site (t
Moab, Utah.

Case No. 1:20-cv-02484-MSK   Document 44-12   filed 04/28/21   USDC Colorado   pg 199 of 211

WESTERN
K ASSEMBLAGES

UM-BRASILICHNIUM
ZONE

EPUS-EUBRONTES
ZONE

th Batrachopus)

m -sized Grallatorid
assemblage

CHYCHIROTHERIUM
small Grallatorid
ZONE

· Atreipus

ed by the
posed by

s National
was so vast
or erg sedi-
mporary, or
treams. The
its, and the
from flash
I have been
its—partic-
I drinkable

sits. It con-
k that rest
nle Group.
gate Form-
racks have

on or near
of tracks in
at the base
liffs—and
f Wingate
selves are

found on the surfaces of sometimes house-sized boulders that have fallen from the sheer cliffs. In some cases we have been able to locate where these blocks fell from and thus determine the exact track-bearing level.

Wingate tracks are predominantly those of small- to medium-sized theropod dinosaurs of the type usually referred to as *Grallator*. These *Grallator* tracks are typically 15–20 cm long (figure 4.3), or about twice the size of the diminutive, yet abundant, *Grallator* tracks found in the upper part of the Chinle Group. But some basal Wingate localities reveal trackways of a large, wide-footed, wide-bodied animal of unknown affinity (figure 4.4). Perhaps they are some kind of prosauropod track—but this suggestion is tentative. They appear to be about the same size as the hind feet of the *Tetrasauropus* trackmaker discussed in chapter 3.

At Cactus Park near Grand Junction, Colorado, tracks near the top of the Wingate Formation include the large, three-toed variety known as *Eubrontes* (figure 4.5). These tracks were evidently made by a theropod that was much larger



FIGURE 4.3 Typical *Grallator* tracks from the Wingate Formation, Little Canyon site (top) and Horsethief Bottom site (bottom). Both sites are near Moab, Utah.

BLM_0056685



FIGURE 4.4 Rare trackway of a wide-bodied animal from the Wingate
Formation (Dolores River Valley, western Colorado), with photograph of same.

than the *Grallator* trackmaker. Based on formulae that suggest that theropod foot
length was about one-fifth to one-sixth of hip height, the *Grallator* trackmaker
probably stood about 3 to 4 feet (about 1 meter) at the hip whereas the *Eubrontes*
trackmaker was about twice this size. An animal that stood 6 to 7 feet (2 meters)
at the hip probably had a head-to-tail length of 13 to 16 feet (4 to 5 meters).

Our census of about two dozen Wingate Formation tracksites reveals that
*Grallator* is by far the most common footprint type, with occasional *Eubrontes* and
rare tracks of the enigmatic wide-footed form shown in figure 4.4. We seriously
doubt that all the *Grallator* tracks represent small individuals that grew up to be
the makers of *Eubrontes* tracks. If this were the case, one would expect that
*Eubrontes*-sized tracks would be much more common than they are. Rather, we
suggest that the small trackmakers were representatives of a relatively small
species that inhabited arid, desert environments. We also note that in contrast to
the underlying Chinle Group, in which dinosaurs were few and other kinds of
archosaurs were many, the Wingate evidence suggests a vertebrate community
dominated by bipedal theropod dinosaurs. The pronounced earliest Jurassic
dinosaur radiation is thus, in our view, showing up clearly in the track record.

In one or two areas, typical Chinle Group rocks are overlain by sandstones
that generally lack fossils and so have been hard to identify or date accurately.



**FIGURE 4.5** The early Jurassic tracksite at Cactus Park, Colorado, showing large *Eubrontes* and small *Grallator* tracks.   *After Lockley 1991.*

These sandstones may or may not be defined as equivalent to the Wingate. One example is the Sheep Pen Sandstone in the tri-state area of Colorado, Oklahoma, and New Mexico (see chapter 3 where it is included in the Chinle Group); another example is the lower part of the Glen Canyon Group at Dinosaur National Monument. In these two areas, we have nevertheless been able to find in the lower parts of the sandstones, just a few meters above typical Chinle Group rocks, *Pseudotetrasauropus* and *Brachychirotherium* tracks, respectively.

*118    The Jurassic*

These tracks prompt us to date both deposits as very late in the late Triassic. In both cases tracks provide the only evidence of life in these rocks, and they offer new insights into the dinosaur communities that existed in these regions at that time. The Triassic-Jurassic boundary lies somewhere higher in the formations, but the exact place cannot yet be identified.

## More Desert Trackmakers of the Moenave Formation

The Moenave Formation is confined to southern parts of the Colorado Plateau region—mainly northern Arizona, southern Utah, and possibly southeastern Nevada. The formation consists largely of sandstones, deposited both by wind and water. The lower if not greater part of the Moenave overlaps in time with the upper part of the Wingate. If one were to follow lower Moenave beds northward from southern Utah, for example, the water-lain sediments would gradually give way to thicker and more numerous dune deposits, finally passing laterally into the upper levels of the Wingate Formation.

Moenave tracks are known from Utah and Arizona and are predominantly attributable to *Grallator* and *Eubrontes*, as in the Wingate Formation (see appendix). Another distinctive footprint variety known as *Batrachopus* has been attributed to a crocodile-like reptile. The Moenave Formation has also yielded the skeletal remains of a primitive crocodile, *Protosuchus*, from beds only a few meters above the tracks. It is therefore reasonable to assume that *Protosuchus* or a *Protosuchus*-like animal was responsible for making *Batrachopus* tracks. Recent work suggests some alternate possibilities, however, as we shall explain later.

*Batrachopus* tracks also appear to be characteristic of early Jurassic sediments; they were first found in the historically famous deposits of the eastern United States and were named and described by Edward Hitchcock. Classic Liassic track assemblages with *Batrachopus*, *Eubrontes*, and *Grallator* have been reported from Dinosaur State Park in Rocky Hill, Connecticut. Hartmut Haubold therefore regards this track assemblage as a distinct track zone that is recognizable all around the world.

In the 1930s Roland T. Bird of the American Museum of Natural History discovered and photographed an extensive dinosaur tracksite in the Moenave Formation near Cameron in northwestern Arizona. These photographs were published by Edward Colbert in his popular dinosaur books, but the exact location of the site was lost. The site was finally rediscovered a half century later by Scott Madsen, a paleontologist now working at Dinosaur National Monument, and can now be studied in detail. To date, however, only one short abstract and a nontechnical magazine article have been published about these tracks, but the site is gaining fame as a result of being featured in a number of books and television documentaries. We and other trackers look forward to seeing a full description of the site and learning exactly which track types are found there.

Results of recent studies by our research group indicate that the Moenave Formation also contains tracks of mammal-like reptiles. These are very similar in appearance to the tracks of *Laoporus* from Permian sand dune deposits, and the *Brasilichnium* tracks, also found in sand dune deposits from the Early Jurassic Navajo Sandstone and described later in this chapter (figure 4.7). The presence of

*(left margin fragments)*
*rotoavis)*
that the
bird-like
new lin-

ed and
ere first
e at the
re then
ich bet-
aracter-
ere the
tations
*moepus*
e prob-
ion at a
gnized.
e birds
naking
at this
e not—
e prob-
y fossil
ea has
ral dif-

doubt
ecisely,
here to
ll at or
articu-
strata

it was
se the
stone.
tracks
ked or
of the
, after
blage
cative
y).
gested
n the



**FIGURE 4.13** Tracks from the Navajo Formation near Moab, Utah. Note six track-bearing levels. Tracks from steep cliffs of the Navajo are best seen on blocks that have fallen onto Kayenta outcrops below. Tracks labeled 'bird' are those illustrated in figure 4.16.

underlying Moenave Formation strata. This simply reflects differences of opinion as to where the boundary should be drawn and does not change the physical location of the track beds. Similarly, near Moab some so-called Kayenta Formation tracksites are actually in the lower part of the overlying Navajo Formation. Perhaps the best example of misidentification of stratigraphy occurs at an accessible, posted roadside location seven miles along the Potash road (Highway 279), south of its junction with Highway 191. Tracks occur in large blocks that have fallen out of the Navajo Formation cliffs (figure 4.13). Several reports describe these as tracks in the Kayenta Formation because the blocks came to rest at a lower level on the hillside, among Kayenta rocks. Recent work in the vicinity of Canyonlands and Lake Powell by our group reveals many tracksites in the upper part of the Kayenta Formation, just below the overlying Navajo Formation.

## An Abundance of Tracks in the Navajo Formation

In the western United States there can be little doubt that the most interesting and varied footprints of the early Jurassic occur in the Navajo Formation. Among the track types identified are the footprints of large and small three-toed dinosaurs, prosauropods, mammal-like reptiles, and various other vertebrates, along with some invertebrate traces.

BLM_0056689

130   *The Jurassic*

The Navajo itself is, from a geological perspective, an important and controversial formation. Many sedimentologists regard it as the classic example of a desert sand sea deposit. At Arches National Park, for example, signs proclaim that large expanses of Navajo Sandstone represent fossil sand dunes. Although there is no doubt that the Navajo Sandstone does represent a fossil sand sea or "erg," a few geologists once argued that dunes and dune-like features could have accumulated under water. The majority of geologists argued convincingly against this theory for the Navajo, pointing out, among other things, that the deposit reveals many fossil footprints.

Recent work shows that the Navajo is indeed a classic desert sand dune deposit. Locally, however, can be found evidence for small oases or playa lakes represented by distinctive thin layers of grayish limestone that often contain remains of algae. These distinctive layers sometimes yield fossil wood and often reveal tracks. Although rare, the Navajo has also yielded skeletal remains of crocodilians (a small primitive *Protosuchus*-like crocodilian), mammal-like reptiles known as tritylodonts, and dinosaurs including the chicken-sized theropod *Segisaurus* and the small prosauropod *Ammosaurus*.

Many of the footprints known from the Navajo Formation come from flat-lying strata that represent playa lakes or various water-lain or interdune deposits. Others, however, are found on the surfaces of inclined strata known as cross sets or fore sets. These inclined layers represent the slip face or avalanche



**FIGURE 4.14** Tracks made on sloping dune faces. Note the sand crescents formed on the downslope side of each track. A and C: based on early Jurassic of the western United States. B: based on the Jurassic of Brazil. B and C: = *Brasilichnium*.



**FIGURE 4.15** Enigmatic small tracks collected by Jim Jensen from the Navajo Formation near Moab (CU-MWC 182.2).

face on the leeward side of advancing dunes. Tracks made on these sloping surfaces were quickly covered as the dunes advanced. These tracks also reveal characteristic bulges or sand crescents that would have formed on the downslope side (figure 4.14). Such bulges have, in fact, been used to determine the downslope direction in ancient dune deposits.

The Navajo Sandstone is exposed over a vast area of the western states. In Idaho, Wyoming, Colorado, and Utah parts of the Navajo Formation are referred to as the Nugget or Navajo-Nugget. In Arizona, Nevada, and California parts of it are referred to as the Aztec Sandstone. Tracks are found in many of these areas and have recently been studied, though only preliminary accounts have been published.

In the lower part of the Navajo Sandstone, many of the tracks are of three-toed carnivorous dinosaurs. These footprints show a wide size range, from less that 10 cm to almost 50 cm in length. The smallest tracks include two diminutive tracks collected by Jim Jensen along the Potash road south of Moab (figure 4.15). The significance of these tracks remains elusive because their exact point of origin is unknown. However, if they are indeed dinosaur tracks then they must represent a sparrow-to-blackbird-sized species or a baby or a hatchling. The same location contains a number of other small, three-toed tracks displaying slenderer and hence very bird-like digit impressions (figure 4.16). These have recently been named *Trisauropodiscus moabensis*, meaning, three-toed track from the Moab area and denoting that they are similar to *Trisauropodiscus* tracks (with different ichnospecies names) from early Mesozoic strata in southern Africa. When *Trisauropodiscus* was originally named by tracker Paul Ellenberger, he observed that the footprints were extremely bird-like and so he coined the name *T. aviforma* (meaning, bird-like in form) for some of the African examples. Because it is now believed that birds evolved from small theropod dinosaurs, it may be difficult, at least in theory, to distinguish very early bird tracks from those of their small dinosaurian peers and predecessors. We know from body fossils, however, that birds were present at least as early as the Jurassic period. Thus, we might expect to find their tracks appearing at that time.



**FIGURE 4.16** Bird-like tracks, *Trisauripodiscus moabensis*, from the Navajo Formation near Moab (after Lockley et al. 1992) with photograph of the rubber mold of same.

Recent studies by our research group reveal the presence of at least one Navajo tracksite that yields a medium-sized three-toed track that is quite distinct from *Grallator*, *Eubrontes*, and *Trisauropodiscus*. Our preliminary conclusion is that the trackway is similar to *Anomoepus* and that the trackmaker, therefore, may have been an ornithopod. Similar tracks also occur in younger Late Jurassic deposits of the Morrison Formation. This suggests that ornithopods, though rarely represented in the Jurassic track record, were present in Kayenta through Navajo to Morrison time. Again such evidence shows us that the Jurassic track record needs further exploration and study.

Another interesting and very different kind of fossil track from the Navajo Formation is a large, four-toed variety known as *Otozoum* (meaning, giant animal). The tracks in figures 4.17 and 4.18 were discovered near Moab. Although once thought to be relatively uncommon in the region, they are in fact quite common. This is perhaps no big surprise as *Otozoum* was one of the first track types described by Edward Hitchcock from early Jurassic strata in New England. Hitchcock was puzzled by these giant animal tracks because they usually indicated a bipedal animal. In fact, although there were reports of a small, five-toed front footprint in association with an *Otozoum* footprint, it was never convincingly demonstrated that the footprint was part of a regular trackway sequence made by an animal progressing on all fours. In fact, just recently this purported five-toed front footprint has been reinterpreted by Paul Olsen as two superimposed tracks of small, three-toed dinosaurs. Thus the overall evidence today is even stronger that the *Otozoum* trackmaker was always bipedal.

There has been considerable debate about the probable identity of the *Otozoum* trackmaker. Some have claimed it was a prosauropod dinosaur—others



**FIGURE 4.17** *Otozoum* trackways from the Navajo Formation, near Moab. Note that trackways show variable step lengths, and all reveal bipedal progression. *After Lockley 1990.*

BLM_0056693



FIGURE 4.18 Photograph of *Otozoum* tracks from near Moab. (See Figure 4.17 for details).

a crocodilian, or even a large ornithopod. Various crocodiles are known to have existed at this time, and varieties with terrestrial adaptations even frequented desert environments. But no body fossils have yet been found that are large enough to make *Otozoum* tracks. For this and other reasons we infer that the trackmaker was probably a prosauropod—a view that is becoming increasingly popular. These animals included representatives that were bipedal. Alternatively, the trackmaker may have stepped on its front footprints with its hind feet, thus appearing bipedal. Sauropods did this sometimes, depending on their speed, but crocodilians generally did not.

Recent discoveries of two new *Otozoum* tracksites in the Navajo Sandstone of the Lake Powell region, and other sites at Dinosaur National Monument, show that *Otozoum* tracks are quite common in the western United States. Moreover, at almost all the known localities, now numbering about twelve, *Otozoum* trackways always appear to have been made by bipeds. The discoveries also suggest that the presumed prosauropod trackmaker responsible for *Otozoum* tracks preferred relatively arid interdune environments. This inference is consistent with

the hypot...
ronments...
and are m...
can be dis...
trackways...
may have...
lee side. T...
many ver...
deposits i...
been made...
ancient ar...
and vario...

Whate...
way type...
four-foote...
Formation...
the *Otozou*...
way was f...
up the incl...



FIGURE 4...
Lake Powe...
parallel to...

the hypothesis that sauropods were associated with dry, rather than humid environments. At Lake Powell, *Otozoum* trackways are found in interdune deposits and are mainly oriented perpendicular to the prevailing wind direction, which can be discerned from the structure of the dunes themselves (figure 4.19). The trackways relationships to the fossil dune deposits suggests that the trackmakers may have been walking parallel to the avalanche or slip face of the dune on the lee side. The *Otozoum* tracks at Lake Powell are also found in association with many very small theropod tracks. Elsewhere, Navajo tracks from interdune deposits include large *Eubrontes*-like footprints, which presumably could have been made by theropods that preyed on the *Otozoum* trackmakers. This suggests ancient animal communities that consisted of prosauropods, large theropods, and various much smaller bipeds (probably mainly theropods).

Whatever the origin of *Otozoum* tracks, we know of at least one other trackway type that has also been attributed to a prosauropod. This is a trackway of a four-footed animal referred to as *Navahopus* (meaning, footprint from the Navajo Formation). This trackway (figure 4.20) was made by a much smaller animal than the *Otozoum* trackmaker—possibly a small prosauropod. The *Navahopus* trackway was found in Arizona and has been interpreted as a prosauropod walking up the inclined slope of a sand dune. Donald Baird, who proposed the prosauro-

<div style="float:left">

Figure 4.17

own to have
n frequented
iat are large
nfer that the
increasingly
edal. Alter-
/ith its hind
ing on their

andstone of
nent, show
foreover, at
:oum track-
lso suggest
tracks pre-
istent with

</div>



**FIGURE 4.19** *Otozoum* and theropod trackways from the Navajo Formation at Lake Powell. The orientation (inset) indicates the trackmakers were walking parallel to the slipface of the dune.

BLM_0056695



**FIGURE 4.20** *Navahopus* tracks from the Navajo Formation, Arizona, based on drawing of the type specimen. Large *Brasilichnium* tracks are shown on the left, for comparison.

pod interpretation and coined the name *Navahopus*, noted that the front footprint appeared to show the impression of digit I—the thumb or "pollex"—which is a distinctive characteristic of prosauropod front feet.

We note here that all other prosauropod trackways (*Otozoum*) from the Navajo Sandstone are associated instead with originally flat-lying, water-lain, interdune deposits. This could suggest that the *Navahopus* trackmaker had different adaptions or habitat preferences from the larger *Otozoum* trackmaker. Another, simpler but perhaps more controversial, explanation is that the trackmaker was not a prosauropod at all, but instead was a relatively large, mammal-like reptile of the type responsible for making *Brasilichnium* trackways. In support of this suggestion we note, from an examination of the type specimen (figure 4.20), that the trackway and presumed pollex impressions are not particularly well preserved and that the foot size

is not m
imen, o
prosaur
interpre
ible, esp

*Is It N*

In the
northea
quadru
4.23) ha
because
and hav
probabl
from all
four, an
have be
tions the
on other
trackers

**FIGURE**
that is or
*After Lock*

BLM_0056696

*The Jurassic* 137

is not much larger than the largest known "mammaloid" (*Brasilichnium*) track specimen, discussed next. We also point out that most small trackways assigned to prosauropods indicate bipedal animals. We stress, however, that our alternative interpretation is tentative and that Baird's original interpretation still remains credible, especially with respect to the purported thumb (pollex) impression.

## Is It Mammaloid?

In the upper part of the Navajo Formation, especially near Moab and to the northeast near Dewey Bridge in eastern Utah, abundant trackways of a small, quadrupedal, mammal-like creature have been found. The tracks (figures 4.21 to 4.23) have been described as footprints of a small, broad-footed trackmaker because the oval-shaped foot is wider than long. We recently studied the sites and have come to interpret these as the tracks of so-called mammal-like reptiles, probably tritylodonts. These footprints (figures 4.22 and 4.23) are very different from all known dinosaur tracks, being generally small and wide with at least four, and often five, recognizable digit impressions on the hind footprints. They have been found in South America and southern Africa too. In each of these locations the discoverers were largely unaware that virtually identical tracks existed on other continents. Again the problem of "provincial taxonomy" has arisen and trackers have given the tracks different names in different areas.



FIGURE 4.21 A slab of Navajo Sandstone covered with *Brasilichnium* tracks that is on display at the BLM office in Moab (CU-MWC 183.3). *After Lockley 1990, 1991.*

BLM_0056697