

FIGURE 4.22 Photograph of *Brasilichnium* tracks from slab at BLM office in Moab. (See figures 4.20 and 4.21 for comparisons and context.)

The most recent and thorough published study was based on South American material. The tracks were named *Brasilichnium* (trace from Brazil). They are a broad-footed, five-toed form very similar to tracks from Utah, Colorado, and Arizona. In the Moab area *Brasilichnium* tracks range in width from less than 2 cm up to about 7 cm and resemble the footprints of small- or medium-sized dogs and the large ones resemble *Navahopus*. As discussed next, these tracks have been a source of confusion during the last generation because of the notion that they might be pterosaur tracks. To date, these "mammaloid tracks" (with a typical mammalian gait pattern) are known with certainty from Colorado, Utah, and Arizona, and possibly also from Nevada and California. They sometimes occur in conjunction with lizard-like tracks known as *Lacertipus* (meaning, lacertilian or lizard-shaped foot; figures 4.21 and 4.24) and small tracks of bipedal dinosaurs.

It is interesting to note that *Brasilichnium* tracks are very similar to *Laoporus* tracks from Permian sand dune deposits; in fact, many trackers have commented on the similarities. The two tracks are indeed hard to distinguish, despite being separated by five geological epochs—a gap of about eighty million years. [As just noted the last few million years of this gap may be filled by the recent discovery

of mamm
between P
by the fac
Sandstone
Donald Ba
ning track
is the track

For the
are differen
that the iss
seen in trac
mals. We a

FIGURE 4.23
notably, wide
eastern Utah.

of mammal-like reptile tracks in the Moenave Formation.] The similarities between Permian and Jurassic occurrences of these tracks is further highlighted by the fact that the lizard-like trace *Dolichopodus* from the Permian Coconino Sandstone is almost identical to the Jurassic trackway *Lacertipus* (figure 4.24). Donald Baird, an ichnologist, has proposed that *Dolichopodus* represents the running trackway of *Laoporus*, which raises the interesting implication that *Lacertipus* is the trackway of a running *Brasilichnium* trackmaker.

For the purposes of this discussion we will presume that all four track types are different, and we will therefore preserve the different names. But we do stress that the issue needs further study in order to understand the range of variation seen in trackways and what this might imply about the locomotion of these animals. We also note that various arthropod traces attributed to spiders and scor-



FIGURE 4.23 *Brasilichnium* trackways showing various mammaloid features—notably, wide feet and short toes. All examples are from the Navajo Formation, eastern Utah.

ffice in

on South
m Brazil).
om Utah,
in width
small- or
sed next,
1 because
mmaloid
nty from
alifornia.
*Lacertipus*
d small

*Laoporus*
mented
te being
[As just
scovery

BLM_0056699



**FIGURE 4.24** *Dolichopodus* from the Coconino Sandstone and *Lacertipus* from the Navajo Sandstone are very similar trackways. Note that both have similar footprint orientations and step patterns. But the names are different because they were named by different trackers, who discovered them in formations of different ages.

pions (notably, *Octopodichnus*) are virtually identical in both the Permian and the Jurassic. This shows that animal communities inhabiting desert dune habitats during these widely separate time periods were very similar, or that they at least had similar foot structures.

## The Pterosaur Tracks Dispute

Ever since pterosaurs, the famous flying reptiles of the Mesozoic, were discovered about two centuries ago, there has been debate about how they progressed on land. Most paleontologists have inferred that they moved on all fours, but finding trackways that could prove this inference has been difficult. The first purported pterosaur tracks, from Jurassic rocks in Europe, turned out to be a trackway of a horseshoe crab.

The dispute over pterosaur tracks was revived when William Stokes reported a set of tracks from the late Jurassic Morrison Formation (figure 4.25). The tracks in question were initially named *Pteraichnus saltwashensis*—meaning, pterosaur tracks from the Salt Wash Member of the Morrison Formation. Later, when the tracks were examined by paleontologists Kevin Padian and Paul Olsen, doubt was cast on this interpretation and it was suggested instead that the tracks were

made by small crocodilians. It was further suggested that the *Pteraichnus* track-way was remarkably similar to the tracks of modern crocodiles and to the early Jurassic fossil trackway *Batrachopus* (figures 4.26 and 4.27). This seems to have been part of a trend in the 1980s to attribute many tracks to crocodilians. Thus, as we have seen, *Otozoum* (a prosauropod track), *Pteraichnus* (a pterosaur track) and *Batrachopus* (probably a true crocodilian track) have all been attributed to croco-diles at one time or another.

Before 1984, when Padian and Olsen disputed the pterosaur interpretation, Stokes had also attributed unusual tracks from the Navajo Formation to pterosaurs. After this date, however, it was assumed that these tracks were also crocodilian in origin, and at least one expert, Giuseppe Leonardi, concluded that

*certipus* from have similar ent because ormations of

rmian and the dune habitats at they at least

were discov-y progressed all fours, but The first pur-to be a track-

kes reported ). The tracks g, pterosaur er, when the Olsen, doubt tracks were



**FIGURE 4.25** *Pteraichnus* tracks from the Morrison Formation of Utah represent the first true discovery of pterosaur tracks.   *After Stokes 1957.*

BLM_0056701



FIGURE 4.26 The crocodilian *Batrachopus* trackway can be distinguished from the mammaloid *Brasilichnium* trackway of the same time and region by the number and length of hind digit impressions.   *Batrachopus after Padian and Olsen 1986; Brasilichnium after Chronic 1983.*



FIGURE 4.27 A slab of track-bearing sandstone from the Navajo Formation (companion to slab shown in Figure 4.22), showing tracks previously attributed to pterosaurs but now assigned to *Batrachopus*. Also shown are details of small mammaloid (*Brasilichnium*) and small dinosaur tracks.

they
weste
revea
that t
tinctl
from
depo
symm
quite
*Batra*
*Brasil*

A
result
clusi

(1

(2

(3

FIGU
Moab

they were best assigned to *Batrachopus* (figure 4.27). *Batrachopus* is reported in the western states only from the older Moenave Formation. Further study, however, revealed that the Navajo Formation tracks are not the same as *Batrachopus* and that they are neither crocodilian nor pterosaurian in origin. The majority are distinctly mammal-like in appearance and very similar to some tracks described from the Navajo Formation of Colorado and others described from Jurassic deposits in Brazil. In fact, several authors have commented on the distinctive symmetrical and broad shape of the foot (figures 4.21, 4.23, and 4.26), which is quite different from the elongate, asymmetrical *Batrachopus* footprint. Moreover, *Batrachopus* is four-toed on the hind foot, whereas well-preserved examples of *Brasilichnium* are five-toed.

Although the incorrect naming and interpretation of these Navajo tracks has resulted in much confusion, we are confident in drawing some fairly simple conclusions:

(1) There is no compelling evidence that any of the Navajo Formation tracks were made by pterosaurs.
(2) Mammal-like, probable tritylodont tracks are common in Navajo deposits (and in the Moenave) and also occur in similar age deposits in Brazil and probably in southern Africa. (Skeletal remains of tritylodonts have been found in early Jurassic deposits in the western United States and southern Africa.)
(3) The Navajo Formation footprint fauna is particularly diverse and useful for paleoecological reconstructions.



stinguished from
region by the
*r Padian and Olsen*

"Pterosaur" tracks
STOKES 1978 Fig 2

Formation
ously
lown are
acks.



FIGURE **4.28** Typical slab with *Brasilichnium* trackways, Navajo Sandstone, Moab area.

BLM_0056703

146    *The Jurassic*

**1990–1993** Martin Lockley and his colleagues reexamined many of the mammaloid tracks and the purported pterosaur or *Batrachopus* tracksites in the Navajo sandstone. They published the first map of one of the controversial slabs (figure 4.21), indicating that it reveals the tracks of dinosaurs, mammal-like forms (similar to *Brasilichnium*) and a lacertilian form (similar to *Lacertipus*).

**1993** Martin Lockley, Adrian Hunt, and Christian Meyer published a review of this history of confusion and suggested that *Navahopus* is remarkably similar to examples of certain large *Brasilichnium* tracks. They also reported that *Brasilichnium* is widespread in dune deposits in the Western Hemisphere (and possibly occurs also in southern Africa).

From the above it can be seen that the early Jurassic mammaloid tracks of the Western Hemisphere have been given a number of names, including *Tetrapodichnus*, *Bipedopus*, *Semibipedopus*, *Brasilichnium*, and possibly (depending on which tracks were looked at) *Pteraichnus*, *Batrachopus*, and *Navahopus*. We consider that all of the mammaloid tracks (first four names) are probably the same; only *Lacertipus* is possibly different but even this may be a function of gait. (*Pteraichnus* and *Batrachopus* are also different from the mammaloid tracks, but they evidently do not occur in the Navajo Formation). We conclude that the only adequate and valid description of any of these track types is that published by Giuseppe Leonardi for *Brasilichnium*. In our view, therefore, *Brasilichnium* should be the name used from here on out.

We can make one additional observation about tracks in the Navajo Formation. As we have discussed, most footprints other than *Brasilichnium* occur in flat-lying strata associated with playa lake deposits. Close examination of these layers reveals that the strata are contorted or heavily crinkled. Much of this irregularity or disturbance of the strata is due to trampling, or vertebrate "bioturbation" (disturbance of sediments by vertebrates). In recent years, as more examples of trampling have been recognized, the term "dinoturbation" has been coined, and it is now common parlance among many geologists working on Mesozoic terrestrial strata in the West.

In many instances, the proof that crinkled strata owes to dinoturbation comes in finding surfaces covered with tracks. Such surfaces may be very irregular or bioturbated with tracks showing varying degrees of good and bad preservation. Some tracks will overlap and distort others, whereas some layers will be so churned or ploughed up by trampling as to render any individual tracks unrec-

ognizable.
hard to pr
examples
the moder
is widespr

*Early Ju*

Through r
continents
ing, "all e
comprisin
Laurasia;
Antarctic–
could mov
where few

FIGURE 4.
by stipple.

Case No. 1:20-cv-02484-MSK   Document 44-13   filed 04/28/21   USDC Colorado   pg 8 of 222

ognizable. In such cases, even though the beds may "look" trampled it is often hard to prove trampling or demonstrate which animals were responsible. Several examples of trampled beds are known from Navajo playa deposits (for example, the moderately trampled bed in figure 4.13). The "dinoturbation" phenomenon is widespread in later Mesozoic deposits, as well.

## Early Jurassic Climates and Biogeography

Through much of the late Paleozoic era and into the early Mesozoic the world's continents were joined into a large supercontinent known as Pangaea II (meaning, "all earth" or "wide earth"; figure 4.29). The northern part of this continent, comprising what is now Europe, Asia, and North America, is referred to as Laurasia; the southern part—South America, Africa, Australia, and the Antarctic—is Gondwanaland. Because all the continents were joined, animals could move freely across most of the earth's land surface. This created a situation where few if any groups were isolated and able to evolve completely indepen-



**FIGURE 4.29** Pangaea II during the early Jurassic. Desert regions are marked by stipple.

*Left margin fragments:*

mined many
pterosaur or
published the
1), indicating
orms (similar
*rtipus*).

Meyer pub-
ggested that
ertain large
*ium* is wide-
nd possibly

assic mam-
ven a num-
*nibipedopus*,
racks were
*le* consider
robably the
s may be a
ferent from
cur in the
and valid
olished by
therefore,

e Navajo Forma-
*um* occur in flat-
ion of these lay-
. Much of this
vertebrate "bio-
years, as more
ation" has been
ts working on

rbation comes
ry irregular or
l preservation.
rs will be so
l tracks unrec-

BLM_0056705

FIGURE 4.30 An ecological pyramid showing the relative proportions of primary producers (plants), primary consumers (herbivores), and secondary consumers (carnivores).

is supported by the discovery of fossil wood in association with oases or playa lake deposits. Even though prosauropods may have favored dry or semi-arid habitats, they could not have survived indefinitely in hyper-arid settings.

Overall, the early Jurassic track record in the western United States is clearly useful in reconstructing the animal communities of that time. But it is not yet clear why the older Wingate, Moenave, and Kayenta footprint faunas differ from the younger and more diverse Navajo Formation track assemblages, so more research is necessary. The diversity of the Navajo may owe to several million years of additional evolution and dinosaur radiation, to changing environmental conditions that allowed more diverse animal communities to become established in the region, or to artifacts in the preservation and collection of track data. In any event, the footprint record shows that early Jurassic desert environments were by no means devoid of life.

## The Mid-Jurassic and the Moab Megatracksite

The middle Jurassic record of *skeletal* remains is pitifully sparse in the western United States and in North America in general. Only one vertebrate fossil has thus far been discovered—a small crocodilian from the Entrada Sandstone in eastern Utah. However, small dinosaur tracks are known from the Carmel Formation and larger dinosaur tracks appear in the Entrada Sandstone. The Sundance and Summerville formations (which represent the coastal plain of an encroaching sea) contain pterosaur tracks and may in part be late Jurassic. In each of these three middle Jurassic formations, therefore, the track assemblages are distinct. The top layer of the Entrada, moreover, contains so many tracks at its

upper boundary with the Summerville that it qualifies as one of the grand "megatracksites" of the West. [In places the upper part of the Summerville is referred to as the Tidwell; a stratigraphic classification that is currently controversial: see figure 4.1 for illustration.]

The middle Jurassic track record appears to be restricted to mainly footprints of three-toed dinosaurs of various sizes, in most cases probably theropods. Some enigmatic, possible crocodilian tracks are known from the Carmel Formation, and pterosaur tracks are now known from the Summerville and Sundance formations, but dinosaurs are clearly the stars of middle Jurassic strata. Overall, the vast majority of middle Jurassic tracks have only just been discovered and adequately interpreted, so the study of middle Jurassic dinosaur communities and paleoecology is still at a very early stage. Despite this limitation, knowledge of middle Jurassic tracks has improved substantially in recent years and provides valuable insight into the vertebrate communities that existed in North America.



DINOSAUR I

DINOSAUR II

DINOSAUR III

MAMMAL-LIKE REPTILE

LIZARD

SCORPION

**FIGURE 4.31** The diverse animal community of the Navajo Formation, reconstructed from trackways found in association with playa or oasis deposits.

**FIGURE 4.32** Tracks from the Jurassic Carmel Formation, Redfleet Reservoir area, northeastern Utah. The lower slab is on display at the Utah Field House of Natural History in Vernal, Utah.

The Carmel Formation represents a break or hiatus in the accumulation of desert dune deposits, as Carmel rocks are primarily marine and coastal plain deposits. During this time seas periodically encroached on the continent from the west and northwest, turning sand dunes into low-lying sandflats, mudflats, and poor soils. This encroachment did not occur or get recorded in all areas. This is either because the sea never reached particular areas or because the marine deposits were subsequently removed by erosion, leaving a gap or unconformity in the rock record. For example, in many regions, especially eastern Utah, the early Jurassic Navajo Formation is directly overlain by the Entrada Sandstone, whereas elsewhere, as in northeastern and central Utah, the Carmel Formation occurs between the Navajo and the Entrada.

At least two dinosaur tracksite areas are known in the Carmel, both in Utah. The first is at Redfleet Reservoir north of Vernal, and the second is just south of Dinosaur National Monument, near Jensen. The Redfleet site has yielded several dozen small tracks indicative of chicken-sized dinosaurs (figure 4.32). Some of these are on display at the Utah Field House Museum in Vernal. The Jensen site has yielded a greater range of track sizes, including emu-sized tracks, some elongate scrape marks that are reminiscent of traces sometimes attributed to swimming animals, and at least one slender-toed, bird-like track (figure 4.33). It is probable that all the three-toed tracks (figure 4.34) were made by theropod dinosaurs. The majority of footprints have been assigned the name *Carmelopodus* (meaning track from the Carmel formation). The elongate scrape marks resemble certain Cretaceous traces that have been attributed to crocodilians or pterosaurs.

The Entrada is another eolian, sand sea deposit that has traditionally been regarded as devoid of paleontological evidence. Although bones are restricted to

Case No. 1:20-cv-02484-MSK   Document 44-13   filed 04/28/21   USDC Colorado   pg 12 of 222



one occurrence, recent discoveries reveal the presence of tracks at about thirty sites in eastern Utah. All the tracks known to date are those of medium to large carnivorous dinosaurs.

Almost all reported Entrada Sandstone tracksites are associated with the very top of the formation in the vicinity of Arches National Park, near Moab, Utah. These sites, however, are not isolated concentrations or patches of tracks in different layers or strata. They are all part of a single vast expanse of tracks cov-



FIGURE 4.33 Tridactyl tracks from the Carmel Formation include *Carmelopodus* (theropodan), probable swim traces (S) and bird-like track (B). After Lockley et al. (1998).

BLM_0056709



FIGURE 4.34  Tridactyl (theropod) track from the Carmel Formation, near Dinosaur National Monument, has been named *Carmelopodus*.

ering an area of over 300 square miles (about 1000 square kilometers) and occurring only in the uppermost (youngest) layer of the formation, where it passes up into the overlying strata of the Summerville Formation. Figure 4.35 maps these Entrada sites, which may be late Jurassic in age.

Such extensive track-bearing layers have been referred to as "megatracksites." Megatracksites in general, by definition, are regionally extensive. Significantly, they tend to be associated with the tops of formations, that is, at the boundaries or contacts between formations. In the case of the Moab megatracksite this can lead to some confusion. Were the tracks made during the final stages of Entrada time or at the beginning of Summerville deposition in this area? There is even a third possibility—that the tracks were made after the accumulation of Entrada Sandstone but before the beginning of Summerville deposition. In other words, the tracks represent dinosaur activity during a hiatus or break in sediment accumulation.

Such breaks in sediment deposition are well known to geologists and are termed *unconformities* (where a deposit rests without conformity or continuity on the deposit below it). Tracks are often associated with such unconformities. This is a paradox, in a way, almost a contradiction: a record of dinosaurs where the rock is missing.

BLM_0056710

Regardless of the complexities involved in the geological sequence of formations in this region, we can state that the Moab megatracksite is associated with some type of unconformity or hiatus late in the middle to late Jurassic. We also know that this is the oldest megatracksite currently known and that, like the Cretaceous examples to be discussed in chapter 5, the track-bearing layers represent some type of low-lying coastal plain environment, probably close to sea level. In such coastal settings, broad low-lying regions are subject to inundation by the sea or to wetting by proximity to coastal lagoons and waterways. Overall, a megatracksite is a sign that extensive areas were good for trackmaking.

Estimates suggest that there are literally billions of tracks in the Moab megatracksite. One track per square meter equals one million per square kilometer. In more heavily trampled or dinoturbated areas, ten tracks per square meter equals ten million per square kilometer, and so on. So, in this thousand-square-kilometer area there are between one billion and ten billion tracks, based on an average density estimate of between one and ten per square meter. Bearing in mind the unconformity phenomenon, such astronomical footprints numbers and trampling are not necessarily attributable to a huge rise in the population of dinosaurs. One must be careful not to jump to a biological conclusion and postulate a population explosion. Instead, the track zone results largely from the long span of time during which the substrate was available for trackmaking, and the simple fact that conditions were suitable for the preservation of this zone.



**FIGURE 4.35** The Moab megatracksite extends over an area of about a thousand square kilometers. At least thirty individual tracksites that have been mapped are known to occur on the same surface.



FIGURE 4.36  A large tracksite, near Moab, is known as the "Stomping Ground." It forms part of the megatracksite complex at the Entrada-Summerville boundary. Each dot represents one track. Only theropod tracks are represented at this site.  *After Lockley et al. 1991.*

Whatever the cause, the large number of tracksites and tracks available for study represents an explosion in available data for paleontologists. Figure 4.36 gives a visual indication of the wealth of tracks available from just one part of the megatracksite, known as the "Stomping Ground." Here we see about 2,300 tracks in an area of about two acres.

Like
Summer
probably
the Entr
*Megalos*
length),
diminut
are all th
This que
least infe
One
Summer
with foo
suggest
times, ar

FIGURE 4
*After Lockl*

*The Jurassic*    157

Like the majority of Carmel Formation footprints, tracks from the Entrada-Summerville boundary sequence are all attributable to three-toed dinosaurs, probably theropods (figure 4.37). However, unlike the Carmel track assemblage, the Entrada-Summerville tracks are all relatively large, and have been named *Megalosauripus* (figure 4.38). The vast majority fall in the range of 30–45 cm (foot length), and in this respect contrast quite markedly with the assemblage of diminutive tracks found in the Carmel. This raises the intriguing question—why are all the tracks in one formation small, and all those in another formation large? This question may never be answered in full, but it does suggest that we can at least infer different dinosaur communities inhabiting different environments.

One track-bearing bed about five meters below the main Entrada-Summerville boundary level contains an assemblage of smaller theropod tracks, with foot lengths of about 15 cm. This noticeable size difference again seems to suggest that a different animal community was represented during Entrada times, and within the dunefield environment, compared to the fauna that was



**FIGURE 4.37** A typical theropod trackway from the Moab megatracksite. *After Lockley 1991.*

ks

study
ives a
nega-
in an



FIGURE **4.38** Large theropod tracks representative of the Moab megatracksite have been assigned to the ichnogenus *Megalosauripus* (Lockley et al., 1996).

represented at the end of Entrada time as the dunefield environments were replaced by Summerville coastal plain environments. Remember that there are no dinosaur skeletal remains known from the Entrada, or the Carmel, so the tracks are all we have to go on in reconstructing the paleoecology.

The distribution of tracks at the inter-formation boundary cannot be attributed solely to the presence of many theropod dinosaurs. Instead it is probably a preservational phenomenon associated with the unconformity. We infer that tracks were made and preserved as the sea encroached from the west, moving further east, wetting strips of coastal plain shoreline and leading to the lateral accumulation of a thin, but widespread, track-bearing zone.

Our former colleague, John Foster, has recently discovered *Megalosauripus*-like tracks at the top of Entrada Formation near Escalante in south central Utah, 135 miles southwest of Moab. Could it be that he has discovered an extension of the Moab megatracksite? Such important finds suggest the potential to predict the location of other sites at these levels elsewhere in the region, and reveal the huge extent of such megatracksites.

### The Real Pterosaur Tracks Story

The Summerville Formation represents a widespread low-lying coastal plain of a sea that encroached into eastern Utah and western Colorado toward the end of the middle Jurassic and the beginning of the late Jurassic. In places it contains gypsum, indicating a salty lagoonal setting. It has produced no fossils of terrestrial vertebrates, but it has produced some tracks. To the west, marine fossils are known, and these have been used to date the Summerville Formation as the late part of the middle Jurassic. The discovery of tracks within the Summerville itself (not part of the megatracksite at its contract with the Entrada) is a significant addition to paleontological knowledge because it provides the only evidence of vertebrates from this formation. The tracks (figure



Find out how to access preview-only content
Look Inside Get Access

Population and Environment
January 2003, Volume 24, Issue 3, pp 255-272

# Environmental Protection, Population Change, and Economic Development in the Rural Western United States

## Abstract

This research analyzes the relationship between protected federal lands (wilderness, national parks, national monuments and roadless areas) and nearby communities in the rural western United States. Opponents of environmental protection claim that protected lands limit the growth of nearby communities by locking up potentially valuable natural resources and restricting mining, logging and grazing. Others claim that extractive industries are no longer the backbone of rural economies— instead, the presence of protected federal lands encourages growth by attracting tourists and new residents. A geographic information system is used to calculate the proportion of protected lands occurring within 50 miles of the center of each western county. This calculation, in combination with detailed county-level data, indicates that environmental protection is correlated with relatively rapid population growth and with relatively rapid income and employment growth.





Effects of Grazing on
Runoff and Sediment Yield from
Desert Rangeland at Badger Wash
in Western Colorado, 1953–73

GEOLOGICAL SURVEY WATER-SUPPLY PAPER 1532-I

Prepared in cooperation with
the Bureau of Land Management

BLM_0056716

# Effects of Grazing on Runoff and Sediment Yield from Desert Rangeland at Badger Wash in Western Colorado, 1953–73

*By* GREGG C. LUSBY

## HYDROLOGIC EFFECTS OF LAND USE

GEOLOGICAL SURVEY WATER-SUPPLY PAPER 1532-I

*Prepared in cooperation with
the Bureau of Land Management*



UNITED STATES GOVERNMENT PRINTING OFFICE : 1979

BLM_0056717

UNITED STATES DEPARTMENT OF THE INTERIOR

CECIL D. ANDRUS, *Secretary*

GEOLOGICAL SURVEY

H. William Menard, *Director*

Library of Congress Cataloging in Publication Data
Lusby, Gregg C.
Effects of Grazing on Runoff and Sediment Yield from Desert Rangeland at Badger Wash
   in Western Colorado, 1953-73.
(Hydrologic effects of land use) (Geological Survey Water-Supply Paper 1532-I)
Bibliography: p. 134
Supt. of Docs. no.: I 19.13:1532
1. Runoff—Colorado—Badger Wash watershed. 2. Sediments (Geology)—Colorado—Badger
   Wash watershed. 3. Grazing—Colorado—Badger Wash watershed.
I. United States Bureau of Land Management. II. Title. III. Series. IV. Series: United
   States Geological Survey Water-Supply Paper 1532-I
TC801.U2  no. 1532-I [GB991.C6]  553'.7'0973s  78-606032  [551.4'98]

For sale by the Superintendent of Documents, U.S. Government Printing Office
Washington, D.C. 20402
Stock no. 024-001-03190-6

BLM_0056718

# CONTENTS

| | Page |
|---|---|
| Abstract | II |
| Introduction | 1 |
| Purpose and scope | 2 |
| Location | 3 |
| Methods of study | 3 |
| Description of the area | 4 |
| Topography and geology | 4 |
| Soils | 4 |
| Climate | 5 |
| Vegetation | 6 |
| History of range use | 6 |
| Watershed characteristics | 7 |
| Soils description and distribution | 7 |
| Watershed morphology | 8 |
| Infiltrometer plot records | 14 |
| Precipitation, runoff, erosion, and sediment yield | 14 |
| Observation network | 14 |
| Precipitation | 15 |
| Runoff | 17 |
| Methods of study | 17 |
| Results | 18 |
| Erosion and sediment yield | 22 |
| Regional runoff volumes | 29 |
| Distribution curve A—Chipeta series | 29 |
| Distribution curve B—Persayo silt loam 12–25 percent | 31 |
| Distribution curve C—Persayo silt loam 3–12 percent | 31 |
| Rainfall data | 31 |
| Conclusions | 33 |
| References cited | 34 |

# ILLUSTRATIONS

| | | Page |
|---|---|---|
| Plate | 1. Map of Badger Wash cooperative study area, Colorado, showing hydrologic network | In pocket |
| Figure | 1. Photograph showing general view of Badger Wash | I 5 |
| | 2-6. Maps showing areas of soil types and observation points: | |
| | 2. Watersheds 1–A and 1–B | 9 |
| | 3. Watershed 2–A | 10 |
| | 4. Watershed 2–B | 11 |
| | 5. Watersheds 3–A and 3–B | 12 |
| | 6. Watersheds 4–A and 4–B | 13 |

III

IV

# CONTENTS

|  |  | Page |
|---|---|---|
| Figure | Graphs showing: |  |
|  | 7. Recurrence intervals of computed storm runoff at watershed 2–A | I 23 |
|  | 8. Recurrence intervals of computed storm runoff at watershed 4–A | 24 |
|  | 9. Recurrence intervals of annual runoff for three soil types | 30 |
|  | 10. Map showing areas of similar climate and physiography | 32 |

## TABLES

|  |  | Page |
|---|---|---|
| Table | 1. Extent of soil types within watersheds | I 8 |
|  | 2. Description of A₁ horizon by soil types | 10 |
|  | 3. Morphometric measurements of individual watersheds | 14 |
|  | 4. Long-term and study-period averages of annual and seasonal precipitation at Badger Wash area, in inches | 16 |
|  | 5. Average number of storms per year by size class during long term and study period | 16 |
|  | 6. Watersheds at Badger Wash and periods during which various grazing treatments were applied | 18 |
|  | 7. Annual runoff from watersheds at Badger Wash | 19 |
|  | 8. Average annual runoff and sediment yield for watersheds at Badger Wash | 20 |
|  | 9. Sediment yield at Badger Wash | 26 |
|  | 10. Average annual runoff and sediment yield for various periods and treatments at Badger Wash | 28 |
|  | 11. Erosion in channels and on hillslopes at Badger Wash | 28 |

## CONVERSION FACTORS

Over the period of study covered in this report, data were collected in U.S. customary units. For use of those readers who prefer to use metric units, the conversion factors for the terms used in this report are listed below:

| Multiply U.S customary unit | By | To obtain metric unit |
|---|---|---|
| acres | $4.047 \times 10^{-3}$ | km² (square kilometer) |
| acre-ft (acre-foot) | 1,233 | m³ (cubic meters) |
| ft (feet) | 0.3048 | m (meter) |
| in. (inch) | 25.4 | mm (millimeters) |
| in. (inches) | 2.54 | cm (centimeter) |
| in³ (cubic inches) | 16.4 | cm³ (cubic centimeter) |
| mi (mile) | 1.609 | km (kilometers) |
| lb (pounds) | 0.455 | kg (kilogram) |
| lb (pound) | 453.6 | g (grams) |
| mi² (square mile) | 2.59 | km² (square kilometers) |

BLM_0056720

HYDROLOGIC EFFECTS OF LAND USE

# EFFECTS OF GRAZING ON RUNOFF AND SEDIMENT YIELD FROM DESERT RANGELAND AT BADGER WASH IN WESTERN COLORADO, 1953–73

By GREGG C. LUSBY

## ABSTRACT

Four different systems of livestock management were compared hydrologically during a 20-year study (November 1953–November 1973) in western Colorado. These systems were grazing by cattle and sheep from November 15 to May 15 each year, complete elimination of grazing, grazing by sheep from November 15 to February 15 each year, and grazing by sheep from November 15 to February 15 every other year. Grazing by both cattle and sheep from November 15 to May 15 each year was the standard grazing practice in the area at the beginning of the study.

Complete grazing exclusion resulted in a reduction in runoff of about 20 percent during the period 1953–65 and an additional 20 percent during 1966–73. During the same periods sediment yield was reduced by 35 and 28 percent, respectively, for a total of 63 percent.

A change in grazing use from cattle and sheep, November 15–May 15 each year, to sheep only at approximately the same utilization rate, November 15–February 15 each year, was accompanied by a reduction in runoff and sediment yield of about 29 percent. The same change in use, except that grazing was allowed every other year during the sheep grazing period, resulted in a reduction in runoff and sediment yield of about 20 percent.

Recurrence intervals of annual runoff occurring on three soil types at Badger Wash are provided. These data may be applied to similar soils in areas of like climate and physiography shown on accompanying maps.

## INTRODUCTION

In many of the arid areas of the Western States, the works of man are jeopardized by the runoff from rangeland. Some of the aspects of arid-land hydrology that concern the land manager are (1) the reduced productivity of land due to erosion of great quantities of soil material each year, with attendant low infiltration rates; (2) the rapid filling of downstream storage structures with sediment; and (3) the damage to manmade structures, such as bridges and canals, by high peak flows in ephemeral stream channels. An example of this type of arid rangeland is the Colorado Plateaus, in western Colorado and eastern Utah, that include thousands of square miles of land with sparse vegetal cover and underlain by highly erodible rock.

I 1

BLM_0056721

In general, a reduction in runoff and erosion is desirable so that vegetation production on rangeland can be increased. Attempts to reseed lands in arid areas have generally failed, and expensive mechanical treatments, such as terracing, pitting, or contour furrowing are usually not justified or are impractical because of the terrain. One aspect of management that merits attention is the evaluation of the effects of livestock grazing—or of the exclusion or regulation of livestock—on runoff, sediment yield, and plant growth.

The Colorado Plateau contributes a large part of the sediment but only a small part of runoff to the Colorado River. A need for quantitative data on the effect of treatment practices has long been recognized, and in 1953 the Sedimentation Subcommittee of the Pacific Southwest Interagency Committee made a concerted effort to locate a site for the study. The Badger Wash basin, in western Colorado, was chosen by the subcommittee because it was considered to be typical of a large part of the Colorado Plateau, and because numerous small reservoirs were available in which to measure runoff and sediment yield.

## PURPOSE AND SCOPE

The primary purpose of the study is to compare runoff and sediment yield from grazed and ungrazed watersheds. Other objectives are to determine (1) the amount and rate of runoff and sediment yield from storms of various magnitude and duration; and (2) the relative infiltration and erosion rates on different soils and their response to grazing treatment.

The study area is limited to the Badger Wash basin, which contains several well-defined tributary watersheds. In the fall of 1953, four of those watersheds were fenced to exclude livestock, and four were left as open range to be grazed by sheep and cattle during the winter and spring months. Also, records were kept of runoff and sediment yield at 10 other grazed watersheds in the Badger Wash basin to supply additional data at sites where future investigations might be made.

Runoff data obtained from the study area is extrapolated to areas of like physiography and climate farther west.

Five Federal agencies cooperated in the study. Their responsibilities were as follows: The Bureau of Land Management (BLM) was responsible for administration of the area and construction and maintenance of dams, fences, and roads. Also, BLM helped in making some vegetation measurements as well as providing some financial assistance. The Bureau of Reclamation assisted financially in the construction and maintenance of facilities and, in addition, made the original surveys and maps of watersheds and reservoirs. The Geological Survey measured precipitation, runoff, erosion, and sedimentation, and made periodic measurements of vegetal cover and utilization during 1967–73. The Forest Service prepared soils maps and made vegetal measurements during the period 1953–66. The Fish and Wildlife Service, which entered the study in 1955, determined trends in

populations of small rodents and lagomorphs (rabbits) on the study areas. The only items covered in this report are the result of Geological Survey measurements on precipitation, runoff, erosion, and sedimentation.

The study was coordinated by a committee composed of one member from each agency. During the 20-year study period covered by this report, committee membership was as follows: U.S. Geological Survey, H. V. Peterson (1954), K. R. Melin (1955–60), and G. C. Lusby (1961–73); U.S. Forest Service, G. T. Turner (1954–64) and O. D. Knipe (1965–66); Bureau of Land Management, J. S. Andrews (1954–65), R. K. Miller (1966–72), and T. Heller (1973); Bureau of Reclamation, W. H. Hirst (1954–67), and J. O. Langford (1968–73); and U.S. Fish and Wildlife Service, V. B. Scheffler (1956) and V. H. Reid (1957–73). This report was prepared under the supervision of R. F. Hadley. The report was reviewed by the technical staffs of the Bureau of Land Management and the Geological Survey.

## LOCATION

The Badger Wash basin is in western Colorado, a few miles east of the Utah-Colorado boundary and about 25 miles west of Grand Junction, Colo. Badger Wash is tributary to West Salt Wash, which in turn is tributary to the Colorado River (pl. 1). The part of the basin under study is at an elevation of about 5,000 feet. It lies north of the Bureau of Reclamation Highline Canal, which follows, generally, the boundary between the hilly lands and the plain of Grand Valley. Although Badger Wash does not extend into the Book Cliffs, the larger streams in the area do. The upper end of the drainage basin is separated from the base of the cliffs by a valley that is about 1 mile wide.

## METHODS OF STUDY

Prior to 1953, 22 small reservoirs whose storage capacities range from 0.9 to 22.4 acre-feet were constructed in the Badger Wash basin by the Bureau of Land Management. Field representatives of the various cooperating Federal agencies involved in the proposed study selected watersheds upstream from eight of the reservoirs; intensive study was made of the effect of grazing exclusion on runoff, sediment yield, vegetation, and infiltration. The watersheds were chosen to include four adjoining pairs, with each pair being as similar as possible in slope, soil type, vegetation, and size. Runoff measurements were begun in the fall of 1953 and precipitation measurements were begun in the spring of 1954. Determination of effects of grazing exclusion was necessarily done by trend studies of watershed pairs because a calibration period was not provided. One watershed of each pair was fenced to exclude livestock grazing, and the other was allowed to receive normal grazing use for the area. Watersheds were designated by numbers and letters. The designation for one pair of watersheds contained the same number and the letters "A" and "B" denote grazed and ungrazed, respectively. Locations of the watersheds studied are shown on plate 1.

BLM_0056723

Originally, each of the watersheds contained one reservoir, except for watersheds 2–A and 3–A, each of which contained two reservoirs. However, during the winter of 1955-56, the upstream dam in watershed 3–A was removed. The second reservoir in watershed 2–A is directly downstream from the spillway of the main reservoir. It is used to retain any spill from the main reservoir, as well as runoff from a small area adjacent to the reservoir. In 1959 the dam for the main reservoir in 2–A was raised to provide additional capacity. Spillage did not occur during the study period so the runoff and drainage area considered in this report is that from the main watershed only.

Methods used to measure precipitation, runoff, erosion, and sediment yield are described under "Observation Network."

## DESCRIPTION OF THE AREA

### TOPOGRAPHY AND GEOLOGY

Badger Wash is in an area of intricately dissected terrain along the base of the Book Cliffs. Although the entire Badger Wash basin is underlain by the Mancos Shale of Late Cretaceous age, the lithology differs somewhat in various parts of the basin: Shale in the western and upper parts of the basin contains a number of thin sandstone layers (less than 1 ft thick). Because of their greater resistance to erosion, these sandstone layers cause an alternation of steep and gentle slopes. The gently sloping areas are those which overlie a sandstone layer. Channels are similarly affected; they are moderately incised on the relatively steep slopes underlain by shale and have wide shallow cross sections on the benches.

On the east side of the basin, the sandstone layers are absent, and the topography is more nearly uniform, with very steep hillslopes merging with gentle colluvial slopes at their bases. Channels are incised into the shale. Figure 1 is a view of terrain at Badger Wash showing typical plants and erosion characteristics.

### SOILS

Soil in the study area is poorly developed and consists mainly of a shallow weathered mantle overlying the Mancos Shale. Because sandstone occurs in the west and north parts of the basin, the soil is distinctly more sandy there than on the east side. In this area, four types of soil are recognized—that derived from shale, that derived from sandstone, a mixture of the two, and alluvium. The mixed type derived from shale and sandstone is the most extensive. Soils derived from either shale or sandstone are the next most common, and alluvial soils are least extensive. All except alluvium are residual. Soils derived from sandstone are generally thicker, have less pore space, are chemically more basic, and support more vegetation than shale or mixed type soils. Shale soils are highly erodible and commonly occur on steep slopes. The mixed type is intermediate between the shale and the sandstone

BLM_0056724



FIGURE 1.—General view of terrain in Badger Wash showing typical plants and erosion characteristics.

soils in these characteristics, but it more nearly resembles the shale soil. The alluvial soils are extremely variable in all characteristics. For this reason and because of their limited extent, they are not described, nor were they sampled in this study.

### CLIMATE

The climate of Badger Wash is arid to semiarid. At Fruita, Colo., about 16 miles southeast of the study area, the average annual precipitation is 8.8 inches, based on 48 years of record. Precipitation from April to October occurs generally as thunderstorms, which characteristically produce high-intensity rainfall. Average monthly precipitation ranges from a minimum of 0.44 inch in June to a maximum of 1.02 inches in August.

Summer temperatures at Fruita are generally high during the day and low at night; the average maximum temperature during July is in the mid-nineties, and the average minimum temperature is in the midfifties. Yearly average temperature is 51.2°F (Fahrenheit), and the average for the period from April to October is 64.1°F. The number of days with a minimum temperature greater than 32°F averages about 130, from about May 15 to September 20.

BLM_0056725

The average relative humidity at Grand Junction from June to September is about 59, 20, 30, and 40 percent for the hours of 5 a.m., 11 a.m., 5 p.m., and 11 p.m., respectively. These values were obtained by averaging the average monthly values of humidity published by the U.S. Dept. of Commerce, National Weather Service (1956–66).

Because of the high daytime temperatures and the low relative humidity, potential evaporation rates in the area are very high. The average evaporation measured in a National Weather Service class-A evaporation pan at the Grand Junction, Colo., Airport for the months April–October during the years 1954–60 was 92.1 inches. The highest monthly average was 18.3 inches in July. In 1962 the evaporation equipment was located at a new site within the irrigation project in Grand Valley. The average April–October evaporation from 1962 to 1973 was 61.1 inches, and the monthly maximum, in July, was 11.6 inches. Evaporation rates at the airport are perhaps more indicative of the rates farther west on the desert at Badger Wash.

During 1954–73 annual precipitation at Fruita ranged from 4.64 to 18.08 inches. The long term mean (48 years) was exceeded five times, and precipitation was less than the mean 15 times.

## VEGETATION

Vegetation on the Badger Wash drainage basin is of the salt-desert shrub type. Though not everywhere sharply defined, several subtypes may be distinguished. These subtypes reflect local differences in soil characteristics and in available soil moisture.

On the lower part of the main drainage basin, black greasewood (*Sarcobatus vermiculatus*) is dominant. Pure stands of saltbush (*Atriplex corrugata*) occur on alkaline flats in the upper reaches of the main valley alluvium. Big sagebrush (*Artemisia tridentata*) and rubber rabbitbrush (*Chrysothamnus nauseosus*) grow along the tributaries, mainly on alluvium.

On the uplands, sandy soils support shadscale saltbush (*Atriplex confertifolia*) and a relatively dense understory of galleta (*Hilaria jamesii*); Nuttall saltbush (*Atriplex nuttallii*) predominates on clay soils. On mixed soils, the vegetation comprises species found on both clay and sandy soils.

Except in local areas, the plant cover on the drainage basins is sparse; crowns of living perennial plants cover perhaps 10 to 20 percent of the surface. In wet years the vegetal cover is usually increased somewhat by cheatgrass brome (*Bromus tectorum*) and other annuals. Although flowers of woody aster (*Aster venustus*) and milkvetch (*Astragalus* sp.) may be conspicuous during wet periods, these plants contribute relatively little to watershed cover.

## HISTORY OF RANGE USE

According to verbal statements made by pioneers who settled in the vicinity of Badger Wash, domestic livestock were first brought into the area during

BLM_0056726

the decade 1880–90, when thousands of cattle were imported from Texas. Many early settlers stated that the Badger Wash area and adjacent lands supported a much better vegetal cover than at present.

For many years, beginning about 1915, large flocks of migratory sheep were moved across the area from Utah enroute to summer range in the Colorado mountains. In their migration the sheep naturally spread out to graze all available forage. In addition to this use, deterioration of the Badger Wash area occurred because it was near a railway shipping point, and large numbers of both cattle and sheep were kept in the area pending shipment.

After passage of the Taylor Grazing Act in 1934, the Cimarron Trail was established nearby to confine livestock to a much narrower trail than during free-range days. Nevertheless, a large number of animals continued to use the range. Heavy use continued until the stock driveway was closed in 1957 as a result of improved transportation facilities, mainly trucking.

## WATERSHED CHARACTERISTICS

### SOILS DESCRIPTION AND DISTRIBUTION

The areas underlain by each soil type on the eight experimental watersheds are listed in table 1 and are outlined in figures 2–6.

Description of soil profiles present in the three major soil types were made by U.S. Forest Service personnel in 1953. A total of 48 pits were used in determining these profiles: 32 on the mixed soil, 10 on the shale soil, and 6 on the sandstone soil. A soil core was taken from the top 2-inch layer for tests of soil-moisture tension, and a loose sample was taken from the same general layer for tests of texture by the hydrometer method, for tests of pH by the Truog reaction method, and for tests of phosphorous content by the sodium bicarbonate method.

A short description of soil and soil horizons follows. A more complete description may be obtained from "Agriculture Handbook 18" (U.S. Department of Agriculture, 1951).

$A_{00}$   Loose leaves and organic debris, largely undecomposed.
$A_0$   Organic debris partially decomposed or matted.
$A_1$   A dark-colored horizon with a high content of organic matter mixed with mineral matter.
$A_2$   A light-colored horizon of maximum eluviation. Prominent in podzolic soils; faintly developed or absent in chernozemic soils.
$A_3$   Transitional to B, but more like A than B. Sometimes absent.
$B_1$   Transitional to B, but more like B than A. Sometimes absent.
$B_2$   Maximum accumulation of silicate clay minerals or of iron and organic matter; maximum development of blocky or prismatic structure; or both.
$B_3$   Transitional to C.
C   The weathered parent material. Subscripts are used for parts of the C horizon of slightly altered chemistry.

BLM_0056727

18   HYDROLOGIC EFFECTS OF LAND USE

TABLE 1.—*Extent of soil types within watersheds*

| Watershed number | Shale | | Mixed | | Sandstone | | Alluvium | | Total Acres |
|---|---|---|---|---|---|---|---|---|---|
| | Acres | Percent | Acres | Percent | Acres | Percent | Acres | Percent | |
| 1–A | 1 | 2 | 29 | 69 | 9 | 22 | 3 | 7 | 42 |
| 1–B | 20 | 37 | 22 | 41 | 3 | 6 | 9 | 16 | 54 |
| 2–A | 12 | 11 | 69 | 64 | 22 | 21 | 4 | 4 | 107 |
| 2–B | 0 | 0 | 70 | 69 | 27 | 27 | 4 | 4 | 101 |
| 3–A | 12 | 32 | 22 | 58 | 0 | 0 | 4 | 10 | 38 |
| 3–B | 21 | 68 | 6 | 19 | 0 | 0 | 4 | 13 | 31 |
| 4–A | 0 | 0 | 14 | 100 | 0 | 0 | 0 | 0 | 14 |
| 4–B | 0 | 0 | 12 | 100 | 0 | 0 | 0 | 0 | 12 |
| Grazed (A) watersheds | 25 | 12 | 134 | 67 | 31 | 15 | 11 | 6 | 201 |
| Ungrazed (B) watersheds | 41 | 21 | 110 | 55 | 30 | 15 | 17 | 9 | 198 |

Only the sandstone soils had a true litter ($A_{00}$) horizon. A small amount of litter was found under some shrubs on the mixed and shale soils, but not enough to be called an $A_{00}$ horizon. A humus ($A_0$) horizon was not present on any of the soil types. No true B horizons were identified; however, on the sandstone and mixed soils, some of the characteristics of a B horizon were present in the $A_3$ horizon in a few of the pits. This evidence may indicate that B horizons do exist in some of these types of soils.

The main profile differences among the three soil types occur in the $A_1$ horizons. The $A_3$, $C_1$, and $C_2$ horizons are very similar. Sandstone soils have a deeper $A_1$ horizon, a higher pH, higher phosphorous, and less pore space than shale or mixed soils. The shallow shale soil is highest in pore space, and lowest in pH and phosphorous. The mixed soil is intermediate between the shale and sandstone soils (table 2).

## WATERSHED MORPHOLOGY

As one part of the cooperative study, the Bureau of Reclamation mapped the eight paired watersheds on a scale of 1:1,200 with a contour interval of 5 feet. The excellent detail on these maps prompted the U.S. Geological Survey to make an investigation of the drainage network characteristics for each watershed. However, a field check showed that many of the smaller streams were not shown on the maps, and these channels were added to the maps by additional mapping done in the field before the features of the watersheds, such as stream-channel lengths and watershed areas, were designated.

The streams on each map were classified by order number. First-order drainage channels are defined as those having recognizable drainage areas



FIGURE 2.—Areas of soil types and observation points, watersheds 1–A and 1–B.

BLM_0056729

I 10          HYDROLOGIC EFFECTS OF LAND USE



FIGURE 3.—Areas of soil types and observation points, watershed 2–A.

TABLE 2.—*Description of A₁ horizon by soil types*
[Values in parentheses represent the number of samples]

| A₁ horizon | Depth (in.) | Color (wet) | Textural analysis (percent) | | | Textural classification | Structure |
|---|---|---|---|---|---|---|---|
| | | | Sand | Silt | Clay | | |
| Shale | 2 | Brown | 16 | 53 | 31 | Silty clay loam | Granular. |
| Mixed | 2 | Brown | 37 | 42 | 21 | Loam | Granular. |
| Sandstone | 8 | Reddish brown | 49 | 38 | 13 | Loam | Granular. |

| A₁ horizon | Consistency | pH[1] | Phosphorous as p₂O₅ (lb/acre) | Water loss at 50 cm tension[2] (percent) | Saturated pore space[2] (percent) | Bulk density[2] (g/cm³) |
|---|---|---|---|---|---|---|
| Shale | Loose | 8.1 (10) | 2.99 (2) | 17 (27) | 53 (27) | 1.31 (35) |
| Mixed | Loose | 8.5 (31) | 3.19 (8) | 16 (94) | 48 (95) | 1.35 (127) |
| Sandstone | Loose | 9.3 (6) | 6.88 (2) | 12 (18) | 47 (20) | 1.31 (28) |

[1]Difference between soil types is significant at 5-percent level.
[2]Difference between soil types is not significant at 5-percent level.

BLM_0056730

EFFECTS OF GRAZING ON DESERT RANGELAND, COLORADO    I 11



FIGURE 4.—Areas of soil types and observation points, watershed 2–B.

and well-defined valley-side slopes. This definition eliminates all rill channels that may not be permanent features. The junction of two first-order streams forms a second-order stream, and so forth (Strahler, 1957). Each stream of each order was numbered on the map so that measurements could be checked and additional information could be obtained from the same watershed without confusion. Drainage divides were then outlined, and the stream lengths and watershed areas were then measured.

The channel lengths that were measured are total channel lengths—that is, the total of all channels of all orders within any one watershed.

Additional measurements were made within each watershed and are defined as follows:

1. Relief ratio (h/l) is the ratio of the difference in elevation between the spillway of dam and a mean divide elevation (which eliminates lowest and highest points on the divide) to the maximum length of the watershed, as measured parallel to the main channel (Schumm, 1955).

BLM_0056731



FIGURE 5.—Areas of soil types and observation points, watersheds 3–A and 3–B.

2. Mean slope of a drainage basin is obtained by weighting the main slope of contour belts. The area between two adjacent contours is divided by the average length of the contours to obtain a mean width. Mean width is then divided into the difference in elevation to obtain a mean slope for that contour belt (Strahler, 1957). Each contour-belt slope is then weighted according to the width of the belt.

3. Texture, expressed as drainage density (Horton, 1945), is the total channel length, in miles, divided by the watershed area, in square miles.

4. Angles of tributary junction are the angles measured between the major tributaries and the main channel.

The values of the preceding items for seven watersheds are shown in table 3. Watershed 1–A was omitted from this phase of the study because it contains an upstream reservoir, which might complicate the relation between hydrologic and geomorphic characteristics. Table 3 indicates that the

EFFECTS OF GRAZING ON DESERT RANGELAND, COLORADO     I 13



FIGURE 6.—Areas of soil types and observation points, watersheds 4–A and 4–B.

measured characteristics for paired watersheds are sufficiently similar, that any large differences in runoff or sediment yield between pairs would be due to some factor other than watershed morphology.

TABLE 3.—*Morphometric measurements of individual watersheds*

| Watershed number | Relief ratio | Mean slope (percent) | Drainage density | Angle of junction (degrees) |
|---|---|---|---|---|
| 1–A | (¹) | (¹) | (¹) | (¹) |
| 1–B | 0.043 | 14.3 | 86 | 57 |
| 2–A | .044 | 15.6 | 85 | 58 |
| 2–B | .039 | 15.7 | 80 | 59 |
| 3–A | .051 | 18.3 | 96 | 63 |
| 3–B | .056 | 20.3 | 92 | 63 |
| 4–A | .070 | 25.8 | 108 | 72 |
| 4–B | .067 | 27.8 | 121 | 69 |

¹Not determined.

### INFILTROMETER PLOT RECORDS

The original study plan for Badger Wash included the determination of the effect of livestock exclusion on infiltration and sheet erosion by the application of rainfall to selected plots. This work was done during the fall of 1953 and the fall of 1954, and repeat measurements were made in the fall of 1958. After the 1958 measurements were made, it was decided that the results obtained did not warrant the expenditure of funds necessary to continue the measurements, and they were discontinued. A complete description of the methods used and of the results obtained was made by Lusby, Turner, Thompson, and Reid (1963). Some of their conclusions bear repeating here.

At the start of the present study (1953), the average infiltration rates on the mixed-type soil for the last 20 minutes of the wet and dry runs were slightly higher on the grazed watersheds than they were on the ungrazed watersheds. This difference remained practically unchanged in 1958, which is an indication that grazing had no appreciable effect on the infiltration rates during the latter stages of extended rains. However, after 5 years of protection the initial water-absorbing capacity of soils in ungrazed watersheds became as much as twice as great as that of soils in grazed watersheds.

Penetrometer readings made in 1958 indicated a significantly higher average reading at a 1-inch depth on the grazed plots than on the ungrazed plots. No significant difference was found to exist below the 1-inch depth.

## PRECIPITATION, RUNOFF, EROSION, AND SEDIMENT YIELD

### OBSERVATION NETWORK

The objectives of the U.S. Geological Survey in the study, as stated in the original agreement between cooperators, include determination of the rates of runoff and of sediment yield from storms of varying intensity and magnitude and determination of the effect of total elimination of livestock grazing on runoff and erosion. Also included are determination of the extent and character of erosion, runoff, and sediment yield under different conditions of vegetative cover and soil types on grazed and ungrazed watersheds.

A relatively dense network of rain gages was installed in the Badger Wash basin to compensate for the great areal variability in rainfall during summer thunderstorms. A total of nine recording precipitation gages were operated in the paired basins, with at least two gages in each pair. Locations of these gages are shown on plate 1.

Runoff and sediment were measured in the reservoirs at the lower end of each watershed. Continuous water-stage recorders (A–35) were operated in the reservoirs in watersheds 2–A, 2–B, 4–A, and 4–B for the full 20-year period of record, and in August 1960 continuous water-stage recorders were installed in reservoirs 1–A, 1–B, 3–A, and 3–B. Before that time, periodic measurements were made of water stage in these latter reservoirs. Both the continuous and periodic measurements of stage were converted to volume of water stored in the reservoir by application of stage-capacity tables. Stage-capacity values were adjusted periodically to compensate for sediment deposition. The water-stage recorders were operated at a chart speed so that time intervals of 5 minutes could be defined and used to convert change in stage to inflow rate. Accuracy of inflow records is estimated to be between 5 and 10 percent. Sediment yield from each watershed was measured by successive topographic surveys of the reservoirs. In addition to measurements made in the 8 paired watersheds, runoff and sediment were measured in the 10 reservoirs in adjacent grazed areas.

Cross sections marked by monuments were established in 1954 on stream channels at 49 locations in the eight paired watersheds. Also, transects for measuring sheet erosion were established on hillside slopes in each of the paired watersheds.

### PRECIPITATION

The possibility of changes in runoff and sediment yield being caused by differences in precipitation was investigated using long-term weather records at Grand Junction and Fruita, Colo. (U.S. Dept. of Commerce, National Weather Service, 1914–73) as well as records obtained during the study period at Badger Wash. Summaries of data used for these comparisons are shown in tables 4 and 5.

In order to determine whether precipitation received during the study period was comparable to that received during prior years, analyses of variance were done using both annual precipitation and precipitation that occurred during the summer months at Grand Junction and Fruita. Both these analyses indicated there was no significant difference at the 1 percent level between precipitation during the period 1914–53 and during the period 1954–73. Climatic conditions controlling plant growth have remained essentially the same for the last 60 years.

Even though annual and summer-season precipitation have remained constant, an investigation was made of the occurrence of storms of a size likely to cause runoff. This was done by comparing the number of storms at Badger

BLM_0056735

TABLE 4.—*Long-term and study-period averages of annual and seasonal precipitation at Badger Wash area, in inches*

|  | Fruita | Grand Junction | Badger Wash |
|---|---|---|---|
| Average annual — long term | 8.79* | 8.62* | ...... |
| 1954–73 | 8.30 | 8.06 | ...... |
| 1954–65 | 8.19 | 8.23 | ...... |
| 1966–73 | 8.46 | 7.81 | ...... |
| Average seasonal (Apr.–Oct.) — long term | 5.44† | 5.45† | ...... |
| 1954–73 | 5.09 | 5.13 | 5.03 |
| 1954–65 | 4.74 | 5.08 | 4.76 |
| 1966–73 | 5.62 | 5.21 | 5.44 |

*Fifty years of record.
†Fifty-seven years of record.

TABLE 5.—*Average number of storms per year by size class during long term and study period*

| Size class (inches) ...... | 0.25–0.50 | 0.51–1.00 | 1.01–1.50 | 1.51–2.00 | 2.01–3.00 |
|---|---|---|---|---|---|
| Grand Junction: |  |  |  |  |  |
| 1914–53 | 4.9 | 1.6 | 0.15 | 0.02 | 0 |
| 1954–73 | 5.4 | 1.7 | .10 | 0 | 0 |
| 1954–65 | 5.5 | 1.8 | .08 | 0 | 0 |
| 1966–73 | 5.4 | 1.5 | .13 | 0 | 0 |
| Fruita: |  |  |  |  |  |
| 1914–53 | 5.4 | 1.7 | .15 | .05 | .02 |
| 1954–73 | 4.4 | 1.6 | .25 | 0 | 0 |
| 1954–65 | 3.8 | 1.7 | .25 | 0 | 0 |
| 1966–73 | 5.2 | 1.6 | .25 | 0 | 0 |
| Badger Wash: |  |  |  |  |  |
| 1954–73 | 4.3 | 1.7 | .29 | 0 | 0 |
| 1954–65 | 4.2 | 1.6 | .32 | 0 | 0 |
| 1966–73 | 4.5 | 1.8 | .25 | 0 | 0 |

Wash in each size class shown in table 5 with those at both Grand Junction and Fruita from 1914–53. A $\chi^2$ test (Dixon and Massey, 1957) was performed to test the hypothesis that the distribution of the number of storms in each size class was comparable for the long term period 1914–53 at both Grand Junction and Fruita and for the study period 1953–73 at Badger Wash. Results indicated that at the 5 percent level the value of $\chi^2$ was not large enough to reject the hypothesis.

Because of the change in grazing treatment that occurred in 1966, a $\chi^2$ test was performed on data for the number of runoff-producing storms at Badger Wash for the periods 1954–65 and 1966–73. This test indicated less than a 1 percent chance of the distribution of the number of storms in each size class being unequal for the two periods.

To determine the comparability of rainfall on paired watersheds, an analysis of variance of seasonal precipitation received on each watershed was performed. These data indicated that after adjusting for differences in years, watersheds, and periods, no significant difference existed between rainfall received on paired watersheds at the 1 percent level. Also, rainfall received on grazed watersheds in total was not significantly different than on ungraz-

ed watersheds. The analysis of variance also showed that summer season rainfall during the period 1954–65 was significantly different than that during 1966–73. As shown in table 4, about 0.7 inch more rainfall was received during the latter period.

The statistical analyses performed on the precipitation data indicated in general that precipitation at the study area has remained essentially unchanged and that paired watersheds received the same amount of precipitation. These statements will be referred to later in the discussion on runoff.

Statistical tests performed and results obtained are as follows:

| Hypothesis | Test | Result |
|---|---|---|
| That at Grand Junction and Fruita, mean annual precipitation from 1914–53 is equal to that from 1954–73 (accepted). | Variance | $F = 1.24$<br>$F_{.95}(1,46) = 4.06$<br>$F_{.99}(1,46) = 7.24$ |
| That at Grand Junction and Fruita, mean Apr.–Oct. precipitation from 1914–53 is equal to that from 1954–73 (accepted). | Variance | $F = 0.97$<br>$F_{.95}(1,49) = 4.04$<br>$F_{.99}(1,49) = 7.21$ |
| The distribution of the number of runoff-producing storms at Badger Wash, 1954–73, was the same as the number at Grand Junction, 1914–53 (accepted). | $\chi^2$ | $\chi^2 = 1.30$<br>$\chi^2_{.95}(4 \text{ df}) = 9.49$ |
| The distribution of the number of runoff-producing storms at Badger Wash, 1954–73, was the same as the number at Fruita, 1914–53 (accepted). | $\chi^2$ | $\chi^2 = 2.47$<br>$\chi^2_{.95}(4 \text{ df}) = 9.49$ |
| The number of runoff-producing storms at Badger Wash was the same during 1954–65 and 1966–73 (accepted). | $\chi^2$ | $\chi^2 = 0$<br>$\chi^2_{.95}(3 \text{ df}) = 7.81$ |
| That seasonal precipitaton on paired grazed and ungrazed watersheds was the same (accepted). | Variance | $F = 1.52$<br>$F_{.95}(3,136) = 2.65$<br>$F_{.99}(3,136) = 3.90$ |
| That seasonal precipitation on grazed watersheds in total was the same as on ungrazed watersheds (accepted). | Variance | $F = 0.44$<br>$F_{.95}(1,136) = 3.90$<br>$F_{.99}(1,136) = 6.80$ |
| That seasonal precipitation during 1954–65 was the same as during 1966–73 (rejected). | Variance | $F = 334$<br>$F_{.95}(1,136) = 3.90$<br>$F_{.99}(1,136) = 6.80$ |

## RUNOFF

### METHODS OF STUDY

At the beginning of the study, measurements of runoff and sediment yield were made in 4 sets of paired watersheds and 10 additional nearby watersheds. One of each of the paired watersheds was fenced during the winter of 1953 and was not grazed afterward. From 1954 through 1965 the remainder of the watersheds were grazed by cattle and sheep from November 15 to May 15 each year.

I 18          HYDROLOGIC EFFECTS OF LAND USE

Starting with the 1966 grazing season, three changes were made in the grazing system. Livestock were changed to sheep only, the season of use was changed to November 15–February 15, and part of the watersheds were grazed every other year instead of each year. The livestock change was necessitated because the rancher allottee changed to a sheep only operation. The season of use change came about because Lusby and others (1971) theorized from previous work that the critical period for damages done by grazing at Badger Wash was in the spring when the soil was loose and friable. The grazing period from February 15 to May 15 was therefore eliminated. The alternate year grazing was done to test the effects of this rest type of grazing system in an arid environment. Table 6 is a summary of all the watersheds and the periods in which various treatments were applied to each.

TABLE 6.—*Watersheds at Badger Wash and periods during which various grazing treatments were applied*

Treatment 1: Ungrazed.
2: Grazed by cattle and sheep Nov. 15 to May 15 each year.
3: Grazed.
4: Ungrazed, but previously grazed from 1954–65.
5: Grazed by sheep, Nov. 15 to Feb. 15 each year.
6: Grazed by sheep Nov. 15 to Feb. 15 in alternate years.

| Watershed | Treatment | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 1–A | | 1954–65 | | | 1966–73 | |
| 1–B | 1954–65 | | 1966–73 | | | |
| 2–A | | 1954–65 | | 1966–73 | | |
| 2–B | 1954–65 | | 1966–73 | | | |
| 3–A | | 1954–65 | | | 1966–73 | |
| 3–B | 1954–65 | | 1966–73 | | | |
| 4–A | | 1954–65 | | 1966–73 | | |
| 4–B | 1954–65 | | 1966–73 | | | |
| 5 | | 1954–65 | | | | |
| 6 | | 1954–65 | | | | |
| 7 | | 1954–65 | | | | 1966–73 |
| 8 | | 1954–65 | | | | 1966–73 |
| 9 | | 1954–65 | | | | 1966–73 |
| 10 | | 1954–65 | | | | |
| 11 | | 1954–65 | | | | 1966–73 |
| 12 | | 1954–65 | | | | 1966–73 |
| 13 | | 1954–65 | | | | |

In order to measure the statistical significance of changes in runoff from the different watersheds, analyses of variance were made on annual runoff values to test hypotheses about the mean runoff between treatments and periods.

RESULTS

Annual runoff from each watershed is listed in table 7, and average annual runoff for the two segments of the study period 1954–65 and 1966–73 is shown in table 8.

BLM_0056738

TABLE 7.—*Annual Runoff, in inches, from watersheds at Badger Wash*

[.... Indicates no record obtained]

| Water-shed | Area mi² | 1954 | 1955 | 1956 | 1957 | 1958 | 1959 | 1960 | 1961 | 1962 | 1963 | 1964 | 1965 | [1]1966 | 1967 | 1968 | 1969 | 1970 | 1971 | 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-A | 0.066 | 1.088 | 1.071 | 0 | 1.157 | 0 | 0.437 | 0.186 | 1.963 | 0.340 | 0.131 | 0.323 | 1.046 | 0.099 | 0.359 | 2.437 | 0 | 0.010 | 0.162 | 0.245 | 0.352 |
| 1-B | .084 | .944 | .822 | 0 | 1.286 | 0 | .196 | .027 | 1.393 | .327 | .080 | .238 | .564 | .188 | .524 | 2.201 | 0 |  | .046 | .063 | .116 |
| 2-A | .148 | 1.108 | 1.119 | 0 | 1.182 | .010 | .551 | .101 | 1.743 | .429 | .351 | .640 | .647 | .343 | .914 | 1.666 |  |  | 0 | .027 | 0 |
| 2-B | .158 | 1.073 | .965 | 0 | .680 | 0 | .388 | 0 | 1.125 | .394 | .170 | .440 | .512 | .069 | .598 | 1.667 |  |  |  | 0 |  |
| 3-A | .059 | .893 | 1.048 | .107 | 2.336 | 0 | .713 | .098 | 1.651 | .502 | .215 | .325 | .856 | .503 | .974 | 2.233 | .035 | .335 | .367 | .037 | .218 |
| 3-B | .048 | .828 | 1.049 | .019 | 1.796 | 0 | .538 | .097 | 1.908 | .542 | .224 | .306 | .755 | .606 | .698 | 2.080 | .004 | .347 | .398 | .160 | .266 |
| 4-A | .022 | .917 | 1.294 | .026 | 1.294 | .026 | .591 | .040 | 1.363 | .266 | .497 | .737 | 1.243 | .272 | .416 | 1.422 | 0 | .085 | .379 | .296 | .005 |
| 4-B | .019 | .800 | .920 | 0 | .990 | .027 | .290 | .034 | 1.120 | .120 | .190 | .570 | .880 | .069 | .398 | 1.570 | .092 |  | .124 | .331 | .002 |
| 5 | .055 | .758 | .669 | 0 | .747 | 0 | .593 | .531 | 1.272 | .223 | .175 | .247 | .607 | .178 | .398 | 2.640 | .038 |  | .306 | .256 | .299 |
| 6 | .220 | .813 | .706 | 0 | .885 | 0 | .344 | .261 | 1.126 | .169 | .066 | .142 | .516 | .159 | .287 | 1.996 | 0 | .108 | .129 | .220 | .226 |
| 7 | .094 | .682 | .744 | 0 | .766 | 0 | .238 | .068 | 1.052 | .224 | .090 | .298 | .614 | .122 | .420 | 2.574 | .003 |  | .180 | .043 | .203 |
| 8 | .109 | .622 | .830 | 0 | .890 | 0 | .348 | .017 | 1.013 | .355 | .140 | .420 | .694 | .476 | .476 | 2.261 |  |  | .181 | .163 | .139 |
| 9 | .313 | .677 | 1.145 | .085 | 1.092 | 0 | .452 | .092 | 1.549 | .167 | .092 | .619 | .675 | .684 | 1.400 | 1.209 | .054 | .018 | .028 | .035 | .016 |
| 10 | .100 | .495 | .493 | 0 | .497 | .055 | .341 | .118 | .840 | .079 | .118 | .374 | .544 | .109 | .146 | 1.376 | .060 | .019 | .067 | .017 | .015 |
| 11 | .089 | .924 | 1.297 | .284 | 2.211 | .232 | .842 | .413 | 1.811 | .743 | .661 | .931 | 1.257 | .678 | 1.358 | 1.827 | .076 | .217 | .394 | .600 | .476 |
| 12 | .092 | .909 | 1.658 | 1.045 | 2.095 | .056 | .502 | .065 | 1.694 | .506 | .313 | .950 | .777 | .510 | 1.645 | 1.916 | .128 | .310 | .336 | .220 | .016 |
| 13 | .484 | .173 | .556 | .600 | .886 | .021 | .577 | .207 | 1.179 | .037 | .294 | 1.177 | .403 | .529 | 1.572 | 1.257 | .027 | .067 | .085 | .207 |  |
| 14 | 1.53 | ...... | ...... | ...... | 1.044 |  | .490 | .158 | 1.667 | .335 | .423 | .685 | .883 | .340 | .987 | 1.813 |  |  |  |  | .065 |

[1] All runoff in 1966 from storm on December 6.

TABLE 8.—*Average annual runoff, in inches, and sediment yield, in acre-feet per square mile, for watersheds at Badger Wash*

| Watershed | Runoff | | Sediment yield | |
|---|---|---|---|---|
| | 1954–65 | 1966–73 | 1954–65 | 1966–73 |
| 1–A | 0.645 | 0.458 | 2.78 | 1.98 |
| 1–B | .491 | .392 | 1.43 | 1.19 |
| 2–A | .657 | .369 | 3.18 | 1.43 |
| 2–B | .479 | .298 | 2.37 | 1.18 |
| 3–A | .729 | .603 | 2.77 | 1.84 |
| 3–B | .672 | .659 | 2.25 | 2.54 |
| 4–A | .691 | .399 | 4.69 | 2.06 |
| 4–B | .493 | .305 | 2.50 | 1.16 |
| 5 | .487 | .517 | 1.18 | 1.05 |
| 6 | .419 | .373 | 1.79 | 1.39 |
| 7 | .398 | .465 | 1.91 | 1.37 |
| 8 | .444 | .410 | 1.78 | 1.17 |
| 9 | .577 | .430 | 1.56 | 1.16 |
| 10 | .301 | .226 | .84 | .45 |
| 11 | .952 | .703 | 1.68 | 1.51 |
| 12 | .896 | .635 | 2.48 | .91 |
| 13 | .512 | .556 | 1.87 | 2.71 |
| 14 | .634 | .449 | 1.36 | 1.22 |

Hypotheses about the relationship between the mean runoff values for each watershed and for the various treatments along with the results of variance analyses on these values are as follows:

1. Hypothesis: That runoff from pairs of watersheds was comparable during the period 1954–65. Hypotheses was accepted. No significant difference was noted at the 5 percent level.

2. Hypothesis: That runoff from grazed watersheds was comparable to runoff from ungrazed watersheds during the period 1954–65. Hypothesis was rejected. A significant difference was noted at the 1 percent level.

3. Hypothesis: That runoff from ungrazed watersheds was the same during 1954–65 as it was from the same watersheds during 1966–73. Hypothesis was rejected. A significant difference was noted at the 1 percent level.

4. Hypothesis: That runoff from watersheds that were formerly grazed and then fenced in 1965 was the same as runoff from watersheds that were ungrazed during the entire study period. Hypothesis was accepted. No significant difference was noted at the 5 percent level.

5. Hypothesis: That runoff from watersheds grazed by sheep every year from November 15 to February 15 was the same as runoff from watersheds not grazed. Hypothesis was accepted. No significant difference was noted at the 5 percent level.

6. Hypothesis: That runoff from watersheds grazed by sheep in alternate years was the same as runoff from watersheds not grazed. Hypothesis was rejected at the 5 percent level and accepted at the 1 percent level.

7. Hypothesis: That runoff from watersheds grazed by sheep every year from November 15 to February 15 was the same as runoff from watersheds grazed during alternate years for the same period. Hypothesis was accepted. No significant difference was noted at the 5 percent level.

BLM_0056740

Several inferences may be drawn from these hypotheses. The acceptance of the first hypothesis that runoff from the different pairs of watersheds was comparable indicates that measured differences in runoff were not caused by gross differences in watersheds.

The rejection of the second hypothesis that runoff from grazed watersheds was comparable to that from ungrazed watersheds during the period 1954–65 is because there was a statistically significant difference in these values. Runoff from the ungrazed areas ranged from 73 to 92 percent of that from the grazed areas.

Rejection of the third hypothesis about runoff from ungrazed watersheds during the two periods 1954–65 and 1966–73 indicates there was a significant difference in runoff between the two periods. The average annual runoff during the 1966–73 period was only 78 percent of that in the first period. As was shown in the section on precipitation, there was no significant difference in the number of runoff-producing storms between the two periods. The difference in runoff was logically then the result of continued improvement in water absorption on the watersheds.

A significant reduction in runoff from the ungrazed watersheds was noted after about 2 years of exclusion. It was postulated at the time that this reduction was primarily the result of changes in the soil texture because of the cessation of trampling (Lusby and others, 1971). In order to further test this theory, two watersheds that received normal grazing use were fenced in 1965. Runoff from these watersheds during 1966–73 was then compared with that from watersheds that were ungrazed during the entire study period. Again, an almost immediate reduction in runoff from the formerly grazed watersheds was noted as no significant difference could be measured between the sets of data.

Hypotheses 5–7 were used to test the effect of grazing during different periods. No significant difference in runoff could be measured when comparing watersheds that were grazed by sheep from November 15 to February 15 each year and watersheds that were not grazed. Runoff from watersheds grazed by sheep in alternate years was significantly more than that from ungrazed watersheds at the 5 percent level but not at the 1 percent level. No significant difference in runoff could be measured when comparing areas that were grazed by sheep every year with areas grazed by sheep in alternate years. It would appear that elimination of grazing during the spring period, February 15 to May 15, had basically the same effect on runoff production as the complete elimination of grazing.

To determine the effect on runoff of storms of different magnitude and intensity, multiple regression analyses were run on individual storm-event data from two watersheds, 2-A and 4-A. The dependent variable (Y) was runoff, and independent variables chosen were storm precipitation ($X_1$), maximum 15-minute intensity during the storm ($X_2$), and antecedent moisture ($X_3$), which was defined as $0.5\,P_1 + 0.3\,P_2 + 0.1\,P_3$, where $P_1$ = precipitation on preceding day, $P_2$ = precipitation 2 days previously,

BLM_0056741

and $P_3$ = precipitation 3 days previously. The resultant regression equations, multiple correlation coefficients, and variation of the dependent variable explained by the regression are as follows:

| Watershed | Equation | Multiple correlation coefficient | Percent variation explained |
|---|---|---|---|
| 2–A | $Y = -.08 + .287X_1 + .267X_2 + .083X_3$ | 0.87 | 76 |
| 4–A | $Y = -.10 + .309X_1 + .163X_2 + .301X_3$ | .90 | 81 |

The three independent variables mentioned play an important role in affecting runoff in arid and semiarid regions. The difficulty in determining the hydrologic effects of storms of different magnitude and intensity is pointed up by the fact that the three independent variables can be present in almost limitless combinations. A frequency distribution of runoff from watersheds 2–A and 4–A was computed using the above equations. Fifteen-minute rainfall intensities were determined for 1-, 2-, 5-, 10- 25-, and 50-year recurrence intervals using National Weather Service Technical Paper No. 40 (U.S. Department of Commerce, 1961). Storm volumes of precipitation for the same recurrence intervals were determined from the long-term precipitation record at Fruita. Antecedent moisture conditions were assumed as dry and at a value of 0.3 inch. Results of these calculations, along with a frequency distribution of actual runoff from the watersheds are shown in figures 7 and 8. Inspection of these figures indicates that actual runoff was less than computed runoff for the lower frequency events. This was chiefly because 15-minute intensities appeared to be overestimated for small rainfall events. In the absence of a good statistical relationship between rainfall volume and intensity, the only reliable indicator of actual runoff peaks in this area is a long-term record. The recurrence intervals of runoff events measured (in inches) at two watersheds (2–A and 4–A) at Badger Wash are as follows:

| Watershed | Recurrence interval, years | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 5 | 10 | 25 | 50 |
| 2–A | 0 | 0.24 | 0.49 | 0.70 | 0.97 | 1.17 |
| 4–A | 0 | .25 | .58 | .82 | 1.16 | 1.42 |

### EROSION AND SEDIMENT YIELD

Sediment yields from all watersheds at Badger Wash were as shown in table 9. Total sediment yield for each indicated period was computed from resurveys of reservoir capacity and represent the total yield for the period.



FIGURE 7.—Recurrence intervals of computed storm runoff assuming antecedent moisture of 0 and 0.3 inch and of measured storm runoff at watershed 2–A.

EFFECTS OF GRAZING ON DESERT RANGELAND, COLORADO

123

BLM_0056743



FIGURE 8.—Recurrence intervals of computed storm runoff assuming antecedent moisture of 0 and 0.3 inch and of measured storm runoff at watershed 4–A.

BLM_0056744

Case No. 1:20-cv-02484-MSK   Document 44-13   filed 04/28/21   USDC Colorado   pg 48 of 222

Sediment-yield values were quite variable from one period to another. This was probably caused by variations in the condition of the sediment deposits. At times surveys were made on fresh sediment that had not compacted, and at other times surveys were made after periods of drying which affects the density and consequently the sediment elevation. The long-term values of sediment yield are considered reliable. Average annual values of runoff and sediment yield for different treatments and periods are listed in table 10.

In order to test whether or not differences measured in sediment yield are statistically significant, an analysis of variance was performed on the data from paired watersheds. During the period 1954–65, when the area was grazed by cattle and sheep from November 15 to May 15 each year, the grazed watersheds produced 54 percent more sediment per unit area than the ungrazed watersheds. After adjusting for differences in watersheds and periods, this difference was significant at the 5 percent level.

The runoff and sediment-yield data given in table 10 indicate a relationship between the values. If runoff is plotted against sediment yield, a line may be fitted by least squares of the equation

$$Y = 0.11X - 0.85$$

where

Y = sediment yield in acre-feet per square mile, and

X = runoff in acre-feet per square mile.

The correlation coefficient for these data is 0.90. In the Badger Wash area where practically all runoff is generated from summer rainstorms, any treatment that produces a change in runoff will probably achieve a like change in erosion. Annual sediment-yield values are not available to test the statistical significance of the other treatments as was done with runoff values, but in view of the above relationship between long term runoff and sediment-yield figures, it seems likely that the same relationship would apply. Also, the relationship between runoff and sediment yield may be used to estimate sediment yield from runoff values obtained by extrapolating data from Badger Wash to other areas, as discussed in a later section.

There was considerable variation in the sediment-yield rate among the watersheds at Badger Wash, ranging from 0.45 acre-foot per square mile per year in watershed 10 (1966–73) to 4.69 acre-feet per square mile per year in watershed 4–A (1954–65). Watershed 10 is one of the flatter, more sandy areas, whereas watershed 4–A is very steep with sparse vegetation and mixed-type soil. The response to cessation of grazing was also greatest in the steeper areas. Sediment yield in area 4–A after fencing was only 43 percent of that during the period it was grazed. In the paired watershed 4–B, sediment yield during the second period of no grazing was only 25 percent of that from the paired grazed area 4–A during 1954–65.

TABLE 9.— *Total sediment yield for period from watersheds at Badger Wash, in acre-feet per square mile*

[*, Amount included in next value; T, trace; ...., no value obtained]

| Period | Watershed | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1-A | 1-B | 2-A | 2-B | 3-A | 3-B | 4-A | 4-B | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| Apr. 1954–July 1955 | 10.7 | 5.12 | 13.0 | 15.2 | 9.78 | 8.48 | 18.8 | 10.9 | ..... | ..... | ..... | ..... | ..... | ..... | ..... | ..... | ..... | ..... |
| Apr. 1954–Nov. 1956 | ..... | ..... | ..... | ..... | ..... | ..... | ..... | ..... | 3.89 | 7.41 | 7.12 | 6.33 | 7.20 | 4.50 | 5.93 | 11.6 | 4.97 | ..... |
| Nov. 1956–Oct. 1957 | ..... | ..... | ..... | ..... | ..... | ..... | ..... | ..... | ..... | 4.91 | .81 | 2.13 | .45 | 1.00 | 1.80 | 5.36 | 2.92 | ..... |
| July 1955–Oct. 1957 | 3.74 | 2.50 | 3.30 | .67 | 4.05 | 2.27 | 7.00 | 5.32 | ..... | ..... | ..... | ..... | ..... | ..... | ..... | ..... | ..... | ..... |
| July 1957–Nov. 1958 | ..... | ..... | ..... | ..... | ..... | ..... | ..... | ..... | ..... | ..... | ..... | ..... | ..... | ..... | ..... | ..... | ..... | 1.42 |
| Oct. 1957–Nov. 1958 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ..... | 0 |
| Nov. 1958–Nov. 1959 | 4.48 | 0 | 1.47 | 2.13 | 2.00 | 1.42 | 2.59 | 1.36 | .98 | .19 | 2.65 | 1.42 | 1.13 | 0 | 1.22 | .61 | 4.98 | 2.01 |
| Nov. 1959–Nov. 1961 | 5.33 | 3.86 | 8.22 | 3.89 | 8.03 | 2.79 | 6.77 | .82 | * | * | * | * | * | * | * | * | * | 3.85 |
| Nov. 1961–July 1962 | ..... | ..... | ..... | ..... | ..... | ..... | ..... | ..... | 3.60 | 4.67 | 3.98 | 4.81 | 2.59 | .11 | 1.58 | 2.92 | 3.04 | .52 |
| Nov. 1961–Nov. 1962 | 1.11 | 1.21 | 1.14 | 1.30 | .19 | 2.92 | 0 | .59 | ..... | ..... | ..... | ..... | ..... | ..... | ..... | ..... | ..... | ..... |
| July 1962–Nov. 1963 | ..... | ..... | ..... | ..... | ..... | ..... | ..... | ..... | 1.32 | 1.02 | 1.58 | .85 | .78 | 1.98 | 2.60 | 1.14 | 1.64 | .93 |
| Nov. 1962–Nov. 1963 | .58 | .12 | 1.15 | .54 | 1.00 | 2.90 | 4.82 | .41 | ..... | ..... | ..... | ..... | ..... | ..... | ..... | ..... | ..... | ..... |
| Nov. 1963–Nov. 1964 | .61 | .24 | 7.66 | 2.77 | .66 | 1.10 | 6.59 | 4.09 | 2.29 | .03 | 2.37 | 2.29 | 3.51 | 0 | 2.84 | 1.88 | 4.67 | 1.51 |
| Nov. 1964–Nov. 1965 | 6.85 | 4.10 | 2.24 | 1.90 | 7.56 | 5.08 | 9.68 | 6.55 | 2.05 | 3.26 | 4.43 | 3.48 | 3.03 | 2.54 | 4.24 | 6.20 | .21 | 1.96 |
| Nov. 1965–Nov. 1966 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | * |

TABLE 9.—*Total sediment yield for period from watersheds at Badger Wash, in acre-feet per square mile*—Continued

| Period | 1-A | 1-B | 2-A | 2-B | 3-A | 3-B | 4-A | 4-B | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nov. 1966–Nov. 1967 | 2.42 | 2.02 | 3.92 | 2.34 | 3.05 | 5.62 | 5.00 | 4.21 | .34 | 2.05 | 3.15 | 2.95 | 6.70 | 1.70 | 3.20 | 1.40 | 5.90 | 1.84 |
| Nov. 1967–Nov. 1968 | 7.88 | 7.38 | 6.55 | 6.20 | 6.83 | 9.79 | 6.36 | 3.68 | 7.20 | 8.30 | 6.49 | 4.86 | 1.21 | 1.73 | 3.42 | 2.73 | 4.93 | 3.67 |
| Nov. 1968–Nov. 1969 | 0 | 0 | 0 | 0 | .29 | 0 | 0 | 0 | 0 | 0 | 0 | .47 | 0 | 0 | 0 | 0 | 0 | .02 |
| Nov. 1969–Nov. 1970 | 0 | 0 | 0 | 0 | 2.15 | 1.06 | 1.14 | 0 | * | * | * | * | * | * | * | * | 0 | 0 |
| Nov. 1970–Nov. 1971 | 3.88 | .08 | 0 | T | .59 | 2.17 | 2.55 | .15 | .89 | .17 | .56 | 0 | .93 | 0 | 3.30 | 1.51 | ..... | * |
| Nov. 1971–Nov. 1972 | T | T | .98 | .17 | .69 | .73 | 1.44 | .73 | 0 | * | .79 | 0 | 0 | .18 | ..... | .09 | ..... | * |
| Nov. 1972–Nov. 1973 | 1.68 | .03 | 0 | .73 | 1.12 | .99 | 0 | .47 | 0 | .61 | 0 | 1.08 | .41 | 0 | .64 | 1.51 | ..... | 4.24 |
| Total, 1954–73 | 49.26 | 26.66 | 49.63 | 37.84 | 47.99 | 47.32 | 72.74 | 39.28 | 22.56 | 32.62 | 33.93 | 30.67 | 27.94 | 13.74 | 30.77 | 36.95 | 33.26 | 21.97 |
| Acre-ft per mi² per year | 2.46 | 1.33 | 2.48 | 1.89 | 2.39 | 2.36 | 3.63 | 1.96 | 1.12 | 1.63 | 1.69 | 1.53 | 1.39 | .68 | 1.53 | 1.84 | 1.66 | 1.29 |
| Total, 1954–65 | 33.40 | 17.15 | 38.18 | 28.40 | 33.27 | 26.96 | 56.25 | 30.04 | 14.13 | 21.49 | 22.94 | 21.31 | 18.69 | 10.13 | 20.21 | 29.71 | 22.43 | 12.20 |
| Acre-ft per mi² per year | 2.78 | 1.43 | 3.18 | 2.37 | 2.77 | 2.25 | 4.69 | 2.50 | 1.18 | 1.79 | 1.91 | 1.78 | 1.56 | .84 | 1.68 | 2.48 | 1.87 | 1.36 |
| Total, 1966–73 | 15.86 | 9.51 | 11.45 | 9.44 | 14.72 | 20.36 | 16.49 | 9.24 | 8.43 | 11.13 | 10.99 | 9.36 | 9.25 | 3.61 | 10.56 | 7.24 | 10.83 | 9.77 |
| Acre-ft per mi² per year | 1.98 | 1.19 | 1.43 | 1.18 | 1.84 | 2.54 | 2.06 | 1.16 | 1.05 | 1.39 | 1.37 | 1.17 | 1.16 | .45 | 1.32 | .90 | 1.35 | 1.22 |

Watershed

BLM_0056747

TABLE 10.—*Average annual runoff and sediment yield, in acre-feet per square mile, for various periods and treatments at Badger Wash*

| Treatment | Runoff | Sediment yield |
|---|---|---|
| 1. Ungrazed, 1954–65 ......................... | 28.50 | 2.08 |
| 2. Grazed by cattle and sheep Nov. 15 to May 15 each year, 1954–65 .............. | 35.01 | 3.21 |
| 3. Ungrazed, 1966–73 ......................... | 20.90 | 1.19 |
| 4. Ungrazed 1966–73, but previously grazed each year Nov. 15 to May 15, 1954–65 ......................... | 17.64 | 1.51 |
| 5. Grazed each year Nov. 15 to Feb. 15 by sheep, 1966–73 ................. | 24.42 | 1.98 |
| 6. Grazed alternate years Nov. 15 to Feb. 15 by sheep, 1966–73 ............... | 24.76 | 1.43 |

Monumented channel cross sections were established in 1954 at 49 locations within the paired watersheds. In addition, one 50-foot hillside transect was established in each watershed. The purpose of these measurements was to determine the rate of erosion in channels and on hillsides in each of the watersheds. The ground elevations on the cross sections and transects were measured using a level and surveying rod. From these data a cross-sectional area was determined using a standard base. Changes in ground-surface elevation appeared as a change in cross-sectional area. The relative erosion was obtained by dividing the change in area by the length of the cross section or transect. Although the value obtained using this method is not an absolute value, it is indicative of the amount of erosion taking place, especially on the flatter hillside transects. Listed in table 11 are relative amounts of erosion in channels and on hillslopes at Badger Wash for the period from October 21, 1954, to October 21, 1973. The values given are averages for all channel cross sections in a watershed. Erosion in channels ranged from 0.020 to 0.342 foot and on hillslopes form 0.037 to 0.128 foot. Conversion of these values into amounts for a watershed is not possible because of the sparsity of coverage, but they do provide some insight into the source of sediment. The larger values of erosion in channels generally are in the larger watersheds where peak flows are of greater magnitude than in the small watersheds. The greatest erosion of hillslopes occurred in the steepest watersheds, usually on mixed-type soil. In grazed watersheds there was relatively more erosion in the channels and less on the hillslopes than in the ungrazed watersheds.

TABLE 11.—*Erosion, in feet, in channels and on hillslopes at Badger Wash, 1954–73*

| Watershed | Channels | Hillslopes |
|---|---|---|
| 1–A | 0.151 | 0.042 |
| 1–B | .020 | .065 |
| 2–A | .235 | .037 |
| 2–B | .212 | .044 |
| 3–A | .338 | .082 |
| 3–B | .342 | .128 |
| 4–A | .296 | .090 |
| 4–B | .155 | .127 |

BLM_0056748

A series of measurements was made on the hillside transects during 1966–68 to determine the change in surface elevation during the year. Results of these measurements were averaged for all watersheds and are as follows:

| Period | Average elevation change, in feet Decrease ( − ) or increase ( + ) |
|---|---|
| Dec. 10, 1966, to Feb. 15, 1967 | + 0.013 |
| Feb. 15, 1967, to Apr. 26, 1967 | − .014 |
| Apr. 26, 1967, to Aug. 8, 1967 | − .022 |
| Aug. 8, 1967, to Nov. 28, 1967 | − .007 |
| Nov. 28, 1967, to Apr. 28, 1968 | + .016 |
| Apr. 28, 1968, to Nov. 11, 1968 | − .028 |

An analysis of variance on individual measurements showed that variations about the mean for each period were not significant at the 5 percent level.

These data confirm previous postulations that freeze-and-thaw cycles in the Badger Wash area cause a swelling of the soil followed by a subsequent compaction during the summer. During the first winter period an average rise of 0.013 foot occurred, followed by a decline in the surface of 0.043 foot during the summer. During the next winter a rise in the ground surface again occurred, followed by another decline. Although a reduction in the land-surface elevation was measured for the 19-year period from November 1954 to November 1973, the cyclic up-and-down movement of the soil surface does take place during the year.

## REGIONAL RUNOFF VOLUMES

Extrapolation of conclusions obtained at Badger Wash to areas of like climate and physiography may be done by considering frequency distribution of annual runoff volumes. As part of a broader soils-mapping program, the Soil Conservation Service made a detailed soil survey of the Badger Wash basin. The drainage basins of the watersheds at Badger Wash were comprised of varying amounts of three characteristic soil groups, but in three watersheds each of these soils was represented individually. Measurements from these watersheds were used to define the runoff properties of the three soils. Frequency distributions of annual runoff for the three soils as defined by measurements at Badger Wash are shown in figure 9. The area containing similar soils within Colorado has been mapped by the Soil Conservation Service (C. F. Spears, unpublished data, 1978), but a vast area farther west in Utah that is similar in nature has not been mapped. Description of the soils for which the frequency distribution curves were defined are given to provide extrapolation of the runoff data to the west.

### DISTRIBUTION CURVE A—CHIPETA SERIES

The Chipeta series consists of shallow, well-drained soils. They formed in material weathered from shale on uplands. Slopes are 3–25 percent. Natural

BLM_0056749



FIGURE 9.—Recurrence intervals of annual runoff for three soils types at Badger Wash.

BLM_0056750

vegetation is dominantly saltbushes, rabbitbrush, galleta, and Indian ricegrass.

In a typical profile the surface layer is light-gray silty clay about 2 inches thick. The underlying layer is very pale brown and gray silty clay about 12 inches thick, underlain by slightly weathered marine shale.

The soil is poorly permeable and has a low available water capacity. Reaction is moderately alkaline. Effective rooting depth is 12–17 inches.

### DISTRIBUTION CURVE B—PERSAYO SILT LOAM 12-25 PERCENT

The Persayo series consist of shallow, well-drained soils. They formed in residium from silty shales on upland hills and ridges. Natural vegetation is dominantly saltbushes, rabbitbrush, galleta, and Indian ricegrass.

In a typical profile the surface layer is pale-yellow silt loam about 5 inches thick with small flat sandstone chips common on surface. The subsurface layer is light-brownish-gray silt loam about 11 inches thick with many shale chips and gypsum crystals in lower 4 inches. The underlying layer is yellowish-brown, firm silty shale. The soil is poorly permeable and has a low available water capacity. Effective rooting depth is about 16 inches.

### DISTRIBUTION CURVE C—PERSAYO SILT LOAM 3-12 PERCENT

Description the same as for curve B except slopes are less steep.

### RAINFALL DATA

An analysis of rainfall data obtained by the National Weather Service at seven stations was made to determine the area of similar climate. These seven stations were Grand Junction and Fruita, Colo., and Green River, Thompson, Hanksville, Castle Dale, and Moab, Utah. An analysis of variance of annual precipitation at these stations shows that the means and the variance about the means are homogeneous except for Green River and Hanksville. This information was used as an aid in delineating the areas shown in figure 10. Drainage basins found within these areas that are of similar soils groups to those described previously are apt to produce similar frequency distributions of annual runoff. In general, the areas outlined in figure 10 are located on Mancos Shale along the Book Cliffs westward from

BLM_0056751



FIGURE 10.—Map showing average annual precipitation at selected weather stations and areas of similar climate and physiography.

BLM_0056752

Grand Junction. The climate for the area between Green River and Hanksville is considerably more arid, and the soil type is also different.

If an area of interest is located within the shaded areas shown on figure 10 and can be identified as one of the three soils groups described, the frequency distribution of annual runoff volumes may be estimated by the applicable curve in figure 9.

The range in size of watersheds at Badger Wash was not great enough to define the relationship between runoff and drainage area. It is generally accepted that unit runoff decreases with increase in drainage area. For this reason, the data given here should not be used to estimate runoff from areas larger than 10 square miles, which is about the size of the Badger Wash drainage area. Also, caution should be used in extending estimates beyond the time period given in figure 9.

## CONCLUSIONS

Four types of grazing treatment were evaluated hydrologically by studies at Badger Wash. These treatments were: grazing by sheep and cattle from November 15 to May 15 each year, complete elimination of grazing, grazing by sheep from November 15 to February 15 each year, and grazing by sheep from November 15 to February 15 every other year. At the initiation of the project, the normal grazing practice in the Badger Wash area was winter and spring grazing by cattle and sheep from November 15 to May 15 each year. This practice was used as a baseline for evaluating the effects of the other treatments.

The elimination of grazing during the period 1953–65 resulted in a reduction of runoff by about 25 percent, which was accompanied by a simultaneous reduction in sediment yield of about 35 percent. During the period 1966–73, ungrazed areas were yielding 60 percent of the runoff and 37 percent of the sediment that was being produced under the original grazing practice.

Runoff from areas that were grazed only by sheep from November 15 to February 15 each year was 71 percent of that during the base period; whereas that from like areas grazed by sheep from November 15 to February 15 every other year was 80 percent of that during the base period. Both these reductions in runoff were accompanied by like reductions in sediment yield. The primary reason for these changes in runoff and erosion was probably the elimination of grazing during the spring period, February–May 15.

Multiple regression equations developed for storm runoff from two areas at Badger Wash explained about 78 percent of the variation in runoff and

BLM_0056753

had a multiple correlation coefficient of about 0.88. Three independent variables that had a significant effect in these equations were storm volume, maximum 15-minute intensity, and antecedent moisture.

Annual sediment yield from the watersheds at Badger Wash ranged from 0.45 acre-foot per square mile in one of the flatter sandy areas, to 4.69 acre-feet per square mile in one of the areas with steep slopes. Greatest reduction in erosion because of grazing control was noted in the steeper areas.

Frequency of recurrence of annual runoff volumes were developed for three soil types at Badger Wash. Areas similar in climate and physiography to Badger Wash were outlined on maps, which may be used to develop estimates of runoff volumes for a large area in eastern Utah and western Colorado.

## REFERENCES CITED

Dixon, W. J., and Massey, F. J., Jr., 1957, Introduction to statistical analysis: New York, McGraw-Hill, 488 p.

Horton, R. E., 1945, Erosional development of streams and their drainage basins, Hydrophysical approach to quantitative morphology: Geol. Soc. Am. Bull., v. 56, p. 275–370.

Lusby, G. C., Turner, G. T., Thompson, J. R., and Reid, V. H., 1963, Hydrologic and biotic characteristics of grazed and ungrazed watersheds of the Badger Wash basin in western Colorado, 1953–58: U.S. Geol. Survey Water-Supply Paper 1532–B, 73 p.

Lusby, G. C., Reid, V. H., and Knipe, O. D., 1971, Effects of grazing on the hydrology and biology of the Badger Wash basin in western Colorado, 1953–66: U.S. Geol. Survey Water-Supply Paper 1532–D, 90 p.

Schumm, S. A., 1955, The relation of drainage basin relief to sediment loss: Rome, Italy, Internat. Assoc. Hydrology Pub., 10th Gen. Assembly, v. 1, p. 216–219.

Strahler, A. N., 1957, Quantitative analyses of watershed geomorphology: Am. Geophys. Union Trans., v. 38, no. 6, p. 913–920.

U.S. Department of Agriculture, 1951, Soil survey manual: Agriculture Handb. 18, 175 p.

U.S. Department of Commerce, 1914–73, Climatological data, Colorado: Natl. Weather Service ann. summ.

U.S. Department of Commerce, 1961, Rainfall frequency atlas of the United States: Weather Bureau, Tech. Paper no. 40, 61 p.

BLM_0056754

BLM_0056755

BLM_0056756



Potential Gas Development Impacts on Sage Grouse Nest Initiation and Movement
Author(s): Alison G. Lyon and Stanley H. Anderson
Source: *Wildlife Society Bulletin,* Vol. 31, No. 2, (Summer, 2003), pp. 486–491
Published by: Allen Press
Stable URL: http://www.jstor.org/stable/3784329
Accessed: 04/08/2008 14:43

Your use of the JSTOR archive indicates your acceptance of JSTOR's Terms and Conditions of Use, available at
http://www.jstor.org/page/info/about/policies/terms.jsp. JSTOR's Terms and Conditions of Use provides, in part, that unless
you have obtained prior permission, you may not download an entire issue of a journal or multiple copies of articles, and you
may use content in the JSTOR archive only for your personal, non-commercial use.

Please contact the publisher regarding any further use of this work. Publisher contact information may be obtained at
http://www.jstor.org/action/showPublisher?publisherCode=acg.

Each copy of any part of a JSTOR transmission must contain the same copyright notice that appears on the screen or printed
page of such transmission.

JSTOR is a not-for-profit organization founded in 1995 to build trusted digital archives for scholarship. We work with the
scholarly community to preserve their work and the materials they rely upon, and to build a common research platform that
promotes the discovery and use of these resources. For more information about JSTOR, please contact support@jstor.org.

BLM_0056757



# Wildlife–Human Conflicts

# Potential gas development impacts on sage grouse nest initiation and movement

## *Alison G. Lyon and Stanley H. Anderson*

**Abstract** The decline of greater sage grouse (*Centrocercus urophasianus*) over the last 50 years has raised concern over how natural gas development might affect sage grouse populations. We examined the effects of vehicular activity due to gas-well development near Pinedale, Wyoming, on productivity and movements of sage grouse. In 1998–1999, we captured and radiomarked 48 female sage grouse on 6 leks classified as disturbed or undisturbed, based on the presence or absence of natural gas development within 3 km. The mean distance from disturbed leks to selected nest sites was greater ($P=0.019$ with outliers removed, $P=0.004$ with outliers included) than distance moved from undisturbed leks. Nest-initiation rate for hens from disturbed leks was 65%, while hens from undisturbed leks initiated nests 89% ($P=0.07$) of the time. Nest success at both disturbed and undisturbed leks was 50%. Our results suggest that light traffic disturbance (1–12 vehicles/day) during the breeding season might reduce nest-initiation rates and increase distances moved from leks during nest-site selection. We recommend further investigation concentrating on hen behavior (i.e., distance moved from lek to nest site, breeding behavior, lek attendance), reproductive effort, and nest success in relation to natural gas development as development intensifies.

**Key words** *Centrocercus urophasianus,* natural gas development, nest initiation, sage grouse, Wyoming

Natural gas and oil development across western North America has been increasing since the 1930s (Bay 1989). One goal of the national policy on energy security is to ensure against energy disruptions by increasing production of domestic sources of natural gas (Bay 1989). According to the American Gas Association, natural gas consumption in the United States is expected to increase by at least 40% by 2015 (PIC Technologies and United States Bureau of Land Management [BLM] 1999).

The possible effects of natural gas development on greater sage grouse (*Centrocercus urophasianus*) populations are largely unknown (Braun 1998). However, both short- and long-term habitat losses may be associated with energy development and mining (Braun 1998). Remington and Braun (1991) reported that sage grouse were displaced by surface coal mining activities but returned to fluctuating predisturbance levels once mining activity ceased.

Other studies also have suggested some recovery of populations once mining has ceased (Braun 1986, Remington and Braun 1991). However, there is no evidence that populations attain their predisturbance levels, and population reestablishment could require 20–30 years (Braun 1998).

Although anecdotal evidence has established that gas-oil development can cause sage grouse populations to decline, the reasons for declines are unknown (Braun 1987). The recent discovery of natural gas reserves in northwestern Wyoming has raised concerns over the effects development of these reserves might have on local sage grouse populations. Therefore, we examined distances moved from leks to nests, reproductive effort, nesting habitat, and nest success to test the null hypothesis that vehicular activity due to natural gas development had no effect on sage grouse nest-site selection or productivity.

Authors' address: Wyoming Cooperative Fish and Wildlife Research Unit, University of Wyoming, Laramie, WY 82071, USA; e-mail for Lyon: grouselady1@msn.com.

BLM_0056758

## Study area

We conducted this study on the Pinedale Mesa in Sublette County, northwestern Wyoming; the town of Pinedale was at the northeast end of the study area. The mesa was bounded by United States Highway 191 to the east, the Green River to the west, and State Highway 351 to the south. The mesa was relatively flat, with an elevation of 2,250 m. A series of draws dissected the southern and northern regions of the area. Total area of the mesa was approximately 30,351 ha, and it was federally owned and managed by BLM. Private land was adjacent to the eastern, southern, and western edges of the area.

The area was dominated by sagebrush (*Artemisia* spp.) and high desert vegetation. Riparian areas and wetlands were associated with the Green and New Fork rivers. Dominant sagebrush species were Wyoming big sagebrush (*A. tridentata wyomingensis*) and basin big sagebrush (*A. t. tridentata*), with some black (*A. nova*), fringed (*A. frigida*), and low (*A. arbuscula*) sagebrush on the study area's northern edges. Principal grasses and forbs found on the mesa were blue wildrye (*Elymus glaucus*), needle and thread grass (*Stipa comata*), Indian ricegrass (*Achnatherum hymenoides*), squirreltail (*Elymus elymoides*), penstemon (*Penstemon* spp.), lupine (*Lupinus* spp.), munroe globemallow (*Sphaeralcea munroana*), blue flax (*Linum perenne*), desert buckwheat (*Eriogonum* spp.), Hood's phlox (*Phlox hoodii*), desert paintbrush (*Castilleja applegatei*), birds beak (*Cordylanthus ramosus*), purple aster (*Machaeranthera canescens*), and milk vetch (*Hedysarum* spp.).

The area believed to contain most of the natural gas has been termed the Pinedale Anticline Project Area (PAPA), which bisected the study area diagonally. On 7 May 1998, BLM's Pinedale Field Manager approved limited exploratory drilling (45 wells) in unexplored areas of Sublette County. This resulted in development of 14 well pads along the anticline crest and 31 well pads outside the anticline area during the study (PIC Technologies and BLM 1999). Main haul roads near the 3 disturbed leks were in place before the exploratory drilling; therefore, development did not impact the study area.

## Methods

We used the Wyoming Game and Fish Department lek database to determine which leks currently were active on the mesa study area and

their proximity to gas development, and we selected 6 capture leks that we classified as either disturbed or undisturbed. We classified leks as disturbed ($n=3$) if they were within $\leq 3$ km of natural gas development (i.e., well pads or roads). The undisturbed leks ($n=3$) were >3 km from gas development or were $\leq 3$ km from gas development but isolated from potential disturbance factors (i.e., roads and well pads) by topographic features. The 3 disturbed leks were located along a main haul road, where male grouse strutted beside or directly on the road. We captured 48 (1998: $n=24$ from disturbed leks, $n=15$ from undisturbed leks; 1999: $n=8$ from disturbed leks, $n=1$ from undisturbed leks) female sage grouse on and near leks from mid-March through April in 1998 and 1999, by spotlighting and subsequent hoop-netting (Giesen et al. 1982, Wakkinen et al. 1992*b*). We captured fewer hens in 1999 due to use of 2-year radiotransmitters, which enabled us to track the surviving hens in 1999 from the previous year, throughout the 2-year study period. We classified each captured hen by age (Beck et al. 1975) and fitted each with a radio-transmitter secured with a polyvinyl chloride-covered (PVC) wire necklace (Advanced Telemetry Systems Inc., Insanti, Minn.). Transmitters weighed 25 g, had a battery life expectancy of 610 days, and were equipped with motion sensors. We released birds at point of capture after processing. We assumed radiomarked grouse to be a representative sample of the population, with no behavioral differences between marked and unmarked birds.

We located radiomarked grouse at least once per week through the prenesting and nesting periods using hand-held receivers and 3-element Yagi antennas. During prenesting (March–April), sage grouse hens attended a lek, bred, and then retired to the nest area to begin nest initiation. We determined



The Pinedale Mesa study area.

**488**  *Wildlife Society Bulletin* 2003, 31(2):486–491

nest locations on foot by circling marked birds until we made visual confirmation. We monitored nests from at least 60 m to minimize human-induced abandonment and predation, and did not revisit nests until monitoring indicated incubation had terminated.

After the hens left the nest area, we examined nests to determine their fate. Nests were considered successful if ≥1 egg hatched, as determined by presence of a detached shell membrane (Wallestad and Pyrah 1974). We monitored unsuccessful hens weekly to evaluate renesting attempts.

At each grouse location, we recorded Universal Transverse Mercator (UTM) of grouse position, radio frequency, sex, date of capture, lek of capture, date of location, general habitat description (e.g., in dense sagebrush stand or riparian corridor), general location description, grouse activity (e.g., on nest, brood rearing), and any disturbance activity. We then entered location data into a spreadsheet format and imported data into ArcView (3.2, Environmental Systems Research Institute Inc., Redlands, Calif.), which we used to track locations throughout the year and measure distance parameters. We obtained vegetative, ownership, hydrologic, and road coverages of the Pinedale Mesa from A. Reeves of PIC Technologies (Denver, Colo.). We projected nest locations (in meters; using UTM 1927) onto vegetative coverage and joined distance tables with corresponding hen attributes in ArcView.

We also recorded vegetative measurements at independent random nest sites chosen by randomly generating UTM coordinates within 3 km of the 6 lek locations. We determined the location of a simulated nest site by selecting a sagebrush bush >35 cm in height closest to the generated independent random points. We evaluated vegetative variables along line transects, centered at the nest site or at a simulated nest site. We randomly chose the direction of the initial transect and oriented the remaining transect perpendicular to the original. Transect length was 15 m (plot area=707 m²) for shrub variables and 2.5 m (plot area=20 m²) for herbaceous variables.

We utilized the line-intercept method (Canfield 1941) to determine percent live and dead sagebrush and recorded total shrub canopy coverage and height and species of each shrub intercepted. We used height measurements to assess average live sagebrush height and used shrub species composition to determine vegetative community type. We estimated live and dead sagebrush density using a 1-m belt along each 15-m transect.



Radiocollared sage grouse.

We measured herbaceous vegetation variables at the nest (0.5 m) and at 1 m and 2.5 m from the center along each transect. Measurements recorded were grass and residual grass height; percent grass and residual grass; and forb, litter, bare ground, and total herbaceous cover (Daubenmire 1959). We grouped grass species as either new or residual, defining residual grass as any grass standing from the previous growing season.

## Statistical analysis

We used separate variance, 2-sample *t*-tests to compare distance moved from lek to nest between hens caught on disturbed versus undisturbed leks (Ott 1988, Minitab Inc. 1994). We analyzed data 2 ways, using the 2-sample *t*-test first; assuming that the longer movements were common, we retained all outliers (data that were >2 standard deviations) in the analysis. In the second analysis, we considered data >2 standard deviations from the mean as outliers and did not include them in the statistical analysis. We completed the second analysis recognizing >2 standard deviations as a limitation.

We used separate variance, 2-sample *t*-tests to compare vegetative measurements between random nest plots ≤3 km from a disturbed lek versus random nest plots ≤3 km from an undisturbed lek. We conducted a Bonferroni adjustment to control experiment-wise error rate at α=0.20 to designate significant values for each variable. Alpha was divided by the number of variables (n=15) in the data set and further separated by distributing the alpha based on the variables *a priori* perceived importance and internal correlation. This resulted in critical alpha values ranging between 0.0095 and 0.0250. We set the critical alpha at 0.20 to guard against Type II errors (Dowdy and Wearden 1991).

BLM_0056760

Table 1. Nesting summary by year, age, and disturbed or undisturbed capture leks of marked female sage grouse on the Pinedale Mesa, Wyoming, 1998–99.

| Year | Lek type | n | No. mortality | No. initiated (%) | No. successful (%) |
|---|---|---|---|---|---|
| 1998 | Disturbed | 24 | 0 | 17 (71%) | 9 (53%) |
| | Undisturbed | 15 | 2 | 11 (85%) | 5 (45%) |
| 1999 | Disturbed | 25 | 0 | 15 (60%) | 7 (46%) |
| | Undisturbed | 13 | 1 | 11 (92%) | 6 (55%) |
| 1998–99 Sub-total: | | | | | |
| | Disturbed | 49 | 0 | 32 (65%) | 16 (50%) |
| | Undisturbed | 28 | 3 | 22 (89%) | 11 (50%) |
| Total: | | 77 | 3 | 54 (73%) | 27 (50%) |
| Successive year nests (nested both 1998 and 1999): | | | | | |
| | Disturbed | 18 | 0 | | 10 (56%) |
| | Undisturbed | 11 | 0 | | 9 (82%) |

We took this conservative approach because sage grouse are considered a sensitive keystone species of sagebrush ecosystems and likely are a good indicator of subtle differences in the data. We used a chi-square test to determine possible difference in proportion of hens that initiated nests versus overall number of hens between disturbed and undisturbed leks.

## Results

Mean hen-movement distance from disturbed leks to selected nest sites was greater ($P \leq 0.05$) than movements from undisturbed leks. Hens breeding and initiating nests on disturbed ($n=32$) and undisturbed ($n=22$) leks moved 4,116 m and 2,090 m, respectively ($P=0.019$, with 7 outliers removed) and 12,443 m and 2,090 m ($P=0.004$, outliers included) between leks of capture and selected nest sites. Twenty-six percent of hens captured on disturbed leks nested within 3 km of the lek of capture, compared to 91% of hens captured on undisturbed leks.

The nest-initiation rate for hens from disturbed leks was 65%, while hens from undisturbed leks initiated nests 89% of the time ($\chi^2_1=3.2723$, $P=0.070$, Table 1). Ten of 18 hens (56%) marked on disturbed leks initiated nests in consecutive years, while 9 of 11 hens (82%) marked on undisturbed leks initiated nests in consecutive years (Table 1). No relationship appeared to exist between previous year's nest fate and nest initiation the following year. Also, adult initiation (71%) versus yearling initiation

(69%) rates were approximately the same and should not have influenced initiation rates. Hatching success between hens from disturbed and undisturbed leks did not differ (Table 1), and the probability of a successful hatch did appear to be associated with distances traveled from lek to nest. Nest-vegetation analysis demonstrated no significant ($\alpha=0.2$) differences between random nest plots within 3 km of disturbed leks versus undisturbed leks.

## Discussion

Wallestad and Pyrah (1974) found that 68% of undisturbed hens nested an average of 2.5 km from the lek where captured in central Montana. Wakkinen et al. (1992a) reported that 55% of sage grouse nests in southeastern Idaho were $\leq 3$ km from the lek of capture. The authors discussed cattle grazing from April to July as a possible disturbance. The BLM does not allow natural gas development within 3.12 km of a lek on the PAPA from February through July (period of nesting and early brood-rearing), based on the 1977 sage grouse management guidelines (Braun et al. 1977). These guidelines were designed in part to restrict potential disturbances to breeding sage grouse from anthropogenic activities associated with natural-resource extraction, such as construction, earth displacement, and foot or vehicular traffic (Braun et al. 1977). On the Pinedale Mesa, potential disturbances associated with natural gas development were restricted to vehicular traffic on the pre-existing main haul road. All males from the 3 disturbed leks in our study strutted either on or within 15 m of this road. However, the mean number of vehicles using the mesa road in a 24-hour period during spring and summer of 1998 and 1999 was $\leq 12$ (Ingelfinger 2001).

Hens we captured on disturbed leks demonstrated greater movements from capture lek to nest than hens from undisturbed leks. Hens from disturbed leks nested approximately twice as far from capture leks as did hens from undisturbed leks. Our random nest-vegetation analysis indicated no significant differences in nesting habitat between disturbed and undisturbed areas, suggesting that nest habitat was not influencing sage grouse hen movements. Therefore, we believe hens from disturbed leks were nesting farther from the lek due to light road traffic (1–12 vehicles per day) during breeding.

**490** *Wildlife Society Bulletin* 2003, 31(2):486–491

Reproductive effort (nest initiation) of sage grouse can vary from 68–93% (Connelly et al. 1993, Schroeder 1997). Coggins (1998) noted a 99% nest-initiation rate over 3 years in Oregon. Studies of follicular development in sage grouse hens indicated that 91–98% were bred annually (Braun 1979). We found that hens from disturbed leks displayed a lower nest initiation rate than those from undisturbed leks (Table 1). Nest-habitat factors did not appear to have a role in selection differences; therefore, we hypothesize that the difference in initiation rates between disturbed and undisturbed hens was caused by disturbance—specifically, road traffic near the lek during the breeding season. Connelly et al. (1993) demonstrated that up to 45% of yearling and 22% of adult female sage grouse might not nest each year. However, we did not observe any initiation differences between age classes.

Finally, even though nest initiation between disturbed and undisturbed hens was not statistically significant, we believe lower initiation rates for disturbed hens were biologically significant and could result in lower overall sage grouse productivity. We assumed that 100% of marked hens were bred because they were captured while attending the leks. Disturbed hens had lower initiation rates than undisturbed hens, while nest success between the 2 areas was the same (50%). Therefore, it appeared that once a hen initiated a nest, hatching success was dictated by the selected area and not influenced by road traffic or disturbance. If disturbed hen nest success ($n = 16$) was compared to potential disturbed nesting hens ($n = 49$), productivity was 33%, while undisturbed hens ($n = 25$ potential, $n = 11$ successful) demonstrated 44% productivity. Braun (1986) reported that upgrade of haul roads associated with surface coal mining in North Park,



Gas wells on the Pinedale Mesa.

Colorado, resulted in a lek (50 m from a road) becoming inactive and an 83% reduction in strutting males on another lek (500 m from a road) within 3 years of the upgrade. Braun (1986) attributed recorded declines in number of males on leks to absence of yearling-male recruitment, suggesting that productivity was low the previous year or juvenile males were using different lek sites. Due to initiation results, we hypothesize that even minimal disturbance during initiation could result in lower nest initiation and therefore lower productivity. Few juvenile males on leks may indicate reduced productivity resulting from low nest-initiation rates, not different lek-site selection.

## Management implications

The upgrade of coal-hauling roads (and subsequent increase in traffic volumes) in Colorado resulted in declined male lek attendance (Braun 1986). Once a gas well has been drilled, most of the disturbance within a natural gas field is traffic-related. Our study suggested that traffic disturbance of 1–12 vehicles per day during the breeding season might reduce nest-initiation rates and increase distances moved from leks during nest-site selection. The BLM currently restricts road activities on the Pinedale Mesa from midnight–9 am during the sage grouse breeding season (K. J. Andrews, Pinedale BLM, personal communication). However, even with these restrictions, hens may have been affected by road disturbance, suggesting that further traffic restrictions should be considered.

Natural gas development was in the preliminary stages during our study. As gas development continues, new impacts on sage grouse populations could occur. Consequently, we recommend further investigation of hen response during the breeding season to increasing levels of natural gas development. We also suggest that studies be initiated to examine current BLM regulations restricting any year-round surface disturbance within 0.4 km of a lek and any surface disturbance during the breeding and nesting season within 3.12 km of the lek (K. J. Andrews, Pinedale BLM, personal communication).

*Acknowledgments.* Financial support for this study was provided by Ultra Resources Incorporated. We thank M. C. Stotts and R. C. Powell for assisting in data collection and appreciate the technical support of the Wyoming Game and Fish Department. We thank the A. Sommers Ranch, R. Luman

Ranch, B. Fenn Ranch, Carney Ranch, and the CL Bar Ranch for their cooperation and participation. We thank M. J. Holloran for his support during this project.

# Literature cited

Bay, K. G. 1989. Writing rules of progress: a look at oil and gas development in the Midwest. Proceedings Midwest Fish and Wildlife Conference 43:1–8.

Beck, T. D., R. B. Gill, and C. E. Braun. 1975. Sex and age determination of sage grouse from wing characteristics. Colorado Department of Game, Fish, and Parks, Game Information Leaflet Publication 49, Denver, USA.

Braun, C. E. 1979. Evaluation of the effects of changes in hunting regulations on sage grouse populations. Colorado Division of Wildlife, Federal Aid in Wildlife Restoration Report, Project W-37-R-32, Denver, USA.

Braun, C. E. 1986. Changes in sage grouse lek counts with advent of surface coal mining. Proceedings of Issues and Technology in the Management of Impacted Western Wildlife 2:227–231.

Braun, C. E. 1987. Current issues in sage grouse management. Proceeding of the Western Association of Fish and Wildlife Agencies 67:134–144.

Braun, C. E. 1998. Sage grouse declines in western North America: what are the problems? Proceedings of the Western Association of State Fish and Wildlife Agencies 78:139–156.

Braun, C. E., T. Britt, and R. O. Wallestad. 1977. Guidelines for maintenance of sage grouse habitats. Wildlife Society Bulletin 5:99–106.

Canfield, R. H. 1941. Application of the line interception method in sampling range vegetation. Journal of Forestry 39:388–394.

Coggins, K. A. 1998. Sage grouse habitat use during the breeding season on Hart Mountain National Antelope Refuge. Thesis, Oregon State University, Corvallis, USA.

Connelly, J. W., W. L. Wakkinen, A. D. Apa, K. P. Reese, and J. W. Fischer. 1993. Re-nesting by sage grouse in southeastern Idaho. Condor 94:1041–1043.

Daubenmire, R. F. 1959. A canopy-coverage method of vegetation analysis. Northwest Science 33:224–227.

Dowdy, S., and S. Wearden. 1991. Statistics for research. Wiley and Sons, New York, New York, USA.

Giesen, K. M., T. J. Schonberg, and C. E. Braun. 1982. Methods for trapping sage grouse in Colorado. Wildlife Society Bulletin 10:224–231.

Ingelfinger, F. M. 2001. The effects of Natural Gas Development on sagebrush steppe passerines in Sublette County, Wyoming. Thesis, University of Wyoming, Laramie, USA.

Minitab Incorporated. 1994. Minitab users guide. Release 10 for Windows. Minitab, State College, Pennsylvania, USA.

Ott, L. 1988. An introduction to statistical methods and data analysis. PWS-KENT, Boston, Massachusetts, USA.

PIC Technologies, and United States Bureau of Land Management. 1999. Draft environmental impact statement for the Pinedale aniticline natural gas field exploration and development project. Bureau of Land Management, Pinedale, Wyoming, USA.

Remington, T. E., and C. E. Braun. 1991. How surface coal mining affects sage grouse, North Park, Colorado. Proceedings of Issues and Technology in the Management of Impacted Western Wildlife 5:128–132.

Schroeder, M. A. 1997. Unusually high reproductive effort by sage grouse in a fragmented habitat in north-central Washington. Condor 99:933–941.

Wakkinen, W. L., K. P. Reese, and J. W. Connelly. 1992a. Sage grouse nest locations in relation to leks. Journal of Wildlife Management 56:381–383.

Wakkinen, W. L., K. P. Reese, J. W. Connelly, and R. A. Fisher. 1992b. An improved spotlighting technique for capturing sage grouse. Wildlife Society Bulletin 20:425–428.

Wallestad R. O., and D. B. Pyrah. 1974. Movement and nesting of sage grouse hens in central Montana. Journal of Wildlife Management 38:630–633.



***Dr. Stanley Anderson*** (right) is the leader of the Wyoming Cooperative Fish and Wildlife Research Unit. He has conducted extensive studies on wildlife throughout the world. Dr. Anderson received his Ph.D. from Oregon State, taught at Kenyon College, worked at the Patuxent Research Center, and has been at the University of Wyoming for 23 years. ***Alison Lyon*** (left) graduated with a B.S. in wildlife management from the University of West Virginia in 1994 and obtained her M.S. in zoology and physiology in 2000 from the University of Wyoming. Upon completing her Master's, Alison went to work for the Wyoming Cooperative Fish and Wildlife Research Unit, developing and executing a research plan examining the potential effects of natural gas development on sage-grouse populations. Currently she is the state conservation coordinator for Audubon Wyoming.

***Associate editor:*** *Kuvlesky*

# A Natural Heritage Assessment
## San Miguel and Western Montrose Counties, Colorado



Prepared for San Miguel County, Telluride, Colorado  March, 2000
By Peggy Lyon  and John Sovell, Colorado Natural Heritage Program
254 General Services Building, Colorado State University
Fort Collins, Colorado 80523
www.cnhp.colostate.edu



BLM_0056764

# Executive Summary

Citizens of San Miguel and Montrose counties are concerned about rapid growth, resulting in loss of open space, wildlife habitat, and unique natural surroundings. They recognize the need to plan for the conservation of plants and animals that are native to the San Miguel River and Dolores River Basins, especially those that depend on this area for their survival. The people and government of San Miguel County are serious about protecting their natural heritage, and have taken many steps toward that end, including organizing the San Miguel Watershed Coalition, the San Miguel Conservation Foundation, and the San Miguel Open Space Committee. The county has dedicated funds to purchase land or development rights in the San Miguel and Dolores corridors. With limited resources, but many potential projects, these organizations are faced with having to set priorities. The need for information on the locations of irreplaceable biological resources of the area is urgent.

In 1998, The Nature Conservancy, and the Colorado Natural Heritage Program (CNHP) proposed to the San Miguel County Open Space Committee and the San Miguel Board of County Commissioners, that a biological assessment be conducted for the western part of Montrose County and all of San Miguel County. This would complete the survey that was conducted in the eastern half of Montrose County in 1998, and add to the growing number of Colorado counties that have been surveyed by CNHP. The goal of the project would be to systematically identify the localities of rare, threatened, or endangered species and the locations of significant natural plant communities. In addition, CNHP offered to present the results of the study to the county commissioners, county planning departments and interested local groups, and assist in protection efforts.

Funding for the biological assessment was provided by a Great Outdoors Colorado planning grant to San Miguel County. The county then contracted with Colorado Natural Heritage Program to perform the biological assessment.

The Colorado Natural Heritage Program began its research by updating its Biological and Conservation Data System with existing information. This was drawn from previous studies by various individuals and organizations, including the Colorado Division of Wildlife (CDOW) database, regional and local herbaria, local experts, federal agencies, and others. Based on these data, we identified over 180 targeted inventory areas (TIAs) for field research. Additional areas of interest were added to this list during the field surveys.

Field surveys began in April 1999 and continued through November 1999. Results of the survey confirm that San Miguel and western Montrose counties contain areas with high biological significance. The riparian zones of the San Miguel and Dolores River are outstanding when viewed at a global scale. There are several extremely rare plants and animals that depend on this area for the survival of their species. Conversely, as a result of this survey, some plants and animals were found to be more common than had been thought. Forty-four rare or imperiled plant species, twenty-four animal species, and fifty plant communities of concern have been documented for San Miguel and western Montrose counties. Of these, fifteen plant species, nine animal species, and eleven plant communities were recorded for the first time in the CNHP database for the area.

BLM_0056765

We have identified fifty-nine Potential Conservation Areas (PCAs), containing 338 occurrences of rare or imperiled plants, animals, and natural communities. Each PCA is ranked according to its biodiversity significance. Results of the survey are presented here, with descriptions and discussion of each Potential Conservation Area. The results will also be provided to the counties in GIS format, and will be available to the public on the CNHP website (http:\\www.cnhp.colostate.edu).

The delineation of Potential Conservation Area boundaries in this report does not confer any regulatory protection of recommended areas. They are intended to be used to support wise planning and decision making for the conservation of these significant areas. Additional information may be requested from Colorado Natural Heritage Program, 254 General Services Building, Colorado State University, Fort Collins, CO 80523.

BLM_0056766

## ACKNOWLEDGEMENTS

This project would not have been possible without the help of many dedicated individuals.

We thank San Miguel County for sponsoring the project, and Great Outdoors Colorado for providing the funding. We appreciate the support of the San Miguel and Montrose County Commissioners. April Montgomery and members of the San Miguel County Planning Department and San Miguel Open Space Committee were extremely helpful with the logistics of accessing private lands. Both County Assessors' Offices were helpful in determining land ownership.

We received much help and good advice from the Bureau of Land Management, especially Jim Ferguson and Amanda Clements in the Uncompahgre Basin Resource Area and Gary Thrash in the San Juan Resource Area; the U. S. Forest Service, especially Craig Grother; and the Colorado Division of Wildlife, especially Jim Garner and Sherman Hebein.

Members of the Colorado Native Plant Society and other friends and volunteers helped in the field and in the office. Dickson Pratt, Peggy Howe, Karen Friedman, Gretchen VanReyper, Lori Brummer, Joan Schmid, and Liza Stephenson accompanied us on our explorations. Bob and Helen Olivier provided raft trips on the Dolores and San Miguel Rivers, and enthusiastically climbed up steep cliffs to look for hanging gardens. Vern Ebert drove us to the summit of Imogene Pass in his jeep. Art Goodtimes has been a constant supporter, and gave us a head start by helping us find rare milkvetches in the Dolores Canyon before the project began. Mallory Dimmit and Caroline Byrd of The Nature Conservancy helped to set up meetings for us to present our findings to the community.

We appreciate all of the landowners who gave us permission to survey their property. We enjoyed meeting them, and in many cases hiking with them on their property.

Our staff in Fort Collins, including Mary Klein, Jill Handwerk, Susan Spackman, Dave Anderson, Jodie Bell, Kim Fayette, Renee Rondeau, Barry Baker, Amy Lavender, Jeremy Siemers, and Mike Wunder all worked with us patiently.

# Table of Contents

| | Page |
|---|---|
| **I. Introduction** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | 1 |
| The Natural Heritage Network and Biodiversity | 1 |
| Colorado's Natural Heritage Program | 2 |
| The Natural Heritage Ranking System | 4 |
| Legal Designations | 4 |
| Potential Conservation Areas | 7 |
| | |
| **II. Methods** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | 11 |
| | |
| **III. Results** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | 15 |
| | |
| **IV. Potential Conservation Areas** - - - - - - - - - - - - - - - - - - - - - - - | 15 |
| San Miguel County PCAs | 20 |
| Montrose County PCAs | 21 |
| | |
| **V. Discussion** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -22 | |
| | |
| **VI. The Natural Heritage of the San Miguel Basin** - - - - - - - - - - - - - - - - -24 | |
| Location and Physical Characteristics | 24 |
| Vegetation | 27 |
| Weeds | 45 |
| Rare and imperiled plants | 48 |
| Rare and imperiled animals | 62 |
| | |
| **VII. Potential Conservation Area Profiles** - - - - - - - - - - - - - - - - - - - -82 | |
| Bear Creek (B3) | 83 |
| Beaver Creek-Lone Cone (B4) | 87 |
| Beaver Mesa (B2) | 92 |
| Big Bucktail Creek (B2) | 95 |
| Big Gypsum Valley (B4) | 98 |
| Bilk Basin (B4) | 101 |
| Bridal Veil Falls (B3) | 104 |
| Buckeye Reservoir (B4) | 107 |
| Campbell Creek (B3) | 110 |
| Clay Creek (B4) | 113 |
| Clear Creek (B5) | 116 |
| Coyote Wash (B2) | 119 |
| Davis Mesa Slopes (B2) | 123 |
| Deep Creek (B5) | 126 |
| Disappointment Valley (B3) | 130 |
| Dolores Canyon-Slick Rock to Bedrock (B1) | 133 |
| Dolores Canyon South of Slick Rock (B2) | 139 |
| Dolores Canyon-Uravan to Roc Creek (B3) | 143 |
| Dry Creek Basin (B2) | 147 |
| East Paradox Creek (B2) | 151 |
| Elk Creek (B5) | 156 |
| Fall Creek Falls (B5) | 159 |

BLM_0056768

Greenback Mountain (B4) - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 162
Hawk Mine (B5) 164
Highway 141 and 145 (B2) 167
Hog Point (B4) 170
Horsefly (B3) 173
Imogene Pass (B2) 175
La Sal Creek (B1) 178
Leopard Creek (B4) 182
Little Gypsum Valley (B4) 185
Little Red Canyon-Horsefly Creek (B4) 188
Lizard Head (B4) 191
Mailbox Park (B3) 194
Martin Mesa (B4) 197
McIntyre Canyon (B2) 201
Middle San Miguel Canyon (B3) 204
Miramonte Reservoir (B1) 208
Naturita South (B3) 211
Naturita Upland (B2) 215
Ophir Pass (B4) 217
Paradox Valley North (B2) 221
Prospect Basin-Alta Lakes (B4) 223
Saltado Creek (B4) 228
San Miguel River-Clay Creek to Horsefly Creek (B3) 231
San Miguel River at Cottonwood Creek (B3) 235
San Miguel River at Tabeguache Creek (B1) 238
Savage Basin (B4) 244
Sewemup Mesa (B2) 246
Silver Pick Basin (B2) 250
Silvey's Pocket (B3) 253
Slick Rock (B3) 256
Slick Rock Hill (B3) 259
South Fork San Miguel River (B3) 263
Spring Creek-Atkinson Mesa (B2) 266
Spud Patch (B5) 269
Summit Canyon (B4) 272
Uravan West (B3) 275
West Paradox Creek (B4) 278

**References** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 281

**Appendix I.** Targeted Inventory Areas list - - - - - - - - - - - - - - - - - - - - - - 289

**Appendix II.** Scientific names of plants mentioned in text - - - - - - - - - - - - - - - - 291

**Appendix III.** Scientific names of animals mentioned in text - - - - - - - - - - - - - - - 303

**List of tables**

1.  Definition of Natural Heritage Imperilment Ranks - - - - - - - - - - - - - - - - - - - -5
2.  Federal and State Agency Special Designations 6
3.  Potential Conservation Areas map key 18
4.  Plant Communities of San Miguel and western Montrose counties 29
5.  Rare and Imperiled Plants of San Miguel and western Montrose counties 49
6.  Rare and Imperiled Animals of San Miguel and western Montrose counties 62

BLM_0056769

## List of Figures

1.  Targeted Inventory Area (TIA) map - - - - - - - - - - - - - - - - - - - - - - - - - - - - 13
2.  Distribution of elements of conservation significance    17
3.  Distribution of elements new in 1999    17
4.  Potential Conservation Areas (PCA) map    19
5.  Land status map of San Miguel and western Montrose counties    26
6.  Vegetation types of San Miguel and western Montrose counties    27
7.  Hanging garden community, Dolores River Canyon    28
8.  Distribution of agricultural land    33
9.  Distribution of semi-desert shrublands    33
10. Distribution of sagebrush shrublands    35
11. Sagebrush shrublands and pinyon-juniper woodlands, Bull Canyon    36
12. Distribution of pinyon-juniper woodlands    37
13. Distribution of mountain shrublands    38
14. Mountain shrub vegetation, Uncompahgre Plateau    39
15. Distribution of ponderosa pine and Douglas fir forests    40
16. Distribution of aspen forests    42
17. Aspen forest with mesic forb understory, Uncompahgre Plateau    42
18. Spruce-fir forest near Lone Cone, San Miguel County    43
19. Distribution of spruce-fir forests    43
20. Alpine vegetation, Lizard Head Wilderness, San Miguel County    44
21. Distribution of alpine vegetation    44
22. Abajo penstemon    51
23. Altai chickweed    51
24. Altai cottongrass    51
25. Canyon bog orchid    51
26. Colorado Divide whitlow-grass    51
27. Common moonwort    54
28. Helleborine orchid    54
29. Kachina daisy    54
30. Eastwood monkey-flower    54
31. Grand Junction milkvetch    54
32. King's clover    55
33. Naturita milkvetch    55
34. Payson lupine    55
35. Little penstemon    55
36. San Juan whitlow-grass    55
37. San Rafael milkvetch    61
38. Sandstone milkvetch    61
39. Weak-stemmed mariposa lily    61
40. Thick-leaf whitlow-grass    61
41. Southern maiden-hair    61
42. Wetherill milkvetch    61
43. American Peregrine Falcon    78
44. Bald Eagle    78
45. Black Swift    78
46. Boreal Owl    78
47. Brimstone clubtail    78
48. Canyon tree frog    78
49. Colorado River cutthroat trout    79
50. Flannelmouth sucker    79
51. Gray vireo    79
52. Gunnison Sage Grouse    79
53. Lewis's Woodpecker    79

BLM_0056770

54. Lynx                                                                                  79
55. Northern Goshawk                                                                      80
56. Northern leopard frog                                                                 80
57. Pale lump-nosed bat                                                                   80
58. Plateau striped whiptail                                                              80
59. Roundtail chub                                                                        80
60. Sage Sparrow                                                                          80
61. Short-eared Owl                                                                       81
62. Tree lizard                                                                           81
63. Yuma skipper                                                                          81
64. Lizard Head and Wilson Peak from Hastings Mesa                                        82
65. Bilk Basin sedge wetland                                                             102
66. Dolores River Canyon                                                                 138
67. Habitat of San Rafael milkvetch                                                      146
68. Imogene Pass, habitat of San Juan whitlow-grass                                      176
69. Upland vegetation near La Sal Creek, with Utah juniper and dwarf mountain mahogany   181
70. Middle San Miguel River Canyon                                                       207
71. Silver buffaloberry riparian shrubland at confluence of Horsefly Creek and San Miguel River 234
72. Savage Basin alpine vegetation                                                       245
73. Summit Canyon, near confluence with Dolores River                                    274

# I. Introduction

## The Natural Heritage Network and Biodiversity.

Colorado is well known for its rich diversity of geography, wildlife, plants, and plant communities. However, like many other states, it is experiencing a loss of much of its flora and fauna. This decline in biodiversity is a global trend resulting from human population growth, land development, and subsequent habitat loss. Globally, the loss in species diversity has become so rapid and severe that it has been compared to the great natural catastrophes at the end of the Paleozoic and Mesozoic eras (Wilson 1988). The need to address this loss in biodiversity has been recognized for decades in the scientific community. However, many conservation efforts made in this country have not been based upon preserving biodiversity; instead, they have primarily focused on preserving game animals, striking scenery, and locally favorite open spaces. To address the absence of a methodical, science-based approach to preserving biodiversity, Robert Jenkins, in association with The Nature Conservancy, developed the Natural Heritage Methodology in 1978.

Recognizing that rare and imperiled species are more likely to become extinct than common ones, the Natural Heritage Methodology ranks species according to their rarity or degree of imperilment. The ranking system is based upon the number of known locations of the species as well as its biology and known threats. By ranking the relative rarity or imperilment of a species, the quality of its populations, and the importance of associated conservation sites, the methodology can facilitate the prioritization of conservation efforts so the most rare and imperiled species may be preserved first. As the scientific community began to realize that plant communities are equally important as individual species, this methodology has also been applied to ranking and preserving rare plant communities as well as the best examples of common communities.

The Natural Heritage Methodology is used by Natural Heritage Programs throughout North, Central, and South America, forming an international database network. Natural Heritage Network data centers are located in each of the 50 U.S. states, five provinces of Canada, and 13 countries in South and Central America and the Caribbean. This network enables scientists to monitor the status of species from a state, national, and global perspective. It also enables conservationists and natural resource managers to make informed objective decisions in prioritizing and focusing conservation efforts.

## What is Biological Diversity?

Protecting biological diversity has become an important management issue for many natural resource professionals. Biological diversity at its most basic level includes the full range of species on earth, from unicellular bacteria and protists, through multicellular plants, animals, and fungi. At finer levels of organization, biological diversity includes the genetic variation within species, both among geographically separated populations and among individuals within a single population. On a wider scale, diversity includes variations in the biological communities in which species live,

1

BLM_0056772

the ecosystems in which communities exist, and the interactions among these levels. All levels are necessary for the continued survival of species and plant communities, and all are important for the well being of humans. It stands to reason that biological diversity should be of concern to all people.

The biological diversity of an area can be described at four levels:

1.  **Genetic Diversity** -- the genetic variation within a population and among populations of a plant or animal species. The genetic makeup of a species is variable between populations within its geographic range. Loss of a population results in a loss of genetic diversity for that species and a reduction of total biological diversity for the region. This unique genetic information cannot be reclaimed.

2.  **Species Diversity** -- the total number and abundance of plant and animal species and subspecies in an area.

3.  **Community Diversity** -- the variety of plant communities within an area that represent the range of species relationships and inter-dependence. These communities may be diagnostic or even endemic to an area. It is within communities that all life dwells.

4.  **Landscape Diversity** -- the type, condition, pattern, and connectedness of plant communities. A landscape consisting of a mosaic of plant communities may contain one multifaceted ecosystem, such as a wetland ecosystem. A landscape also may contain several distinct ecosystems, such as a riparian corridor meandering through shortgrass prairie. Fragmentation of landscapes, loss of connections and migratory corridors, and loss of natural communities all result in a loss of biological diversity for a region. Humans and the results of their activities are integral parts of most landscapes.

The conservation of biological diversity must include all levels of diversity: genetic, species, community, and landscape. Each level is dependent on the other levels and inextricably linked. In addition, and all too often omitted, humans are also linked to all levels of this hierarchy. We at the Colorado Natural Heritage Program believe that a healthy natural environment and human environment go hand in hand, and that recognition of the most imperiled species or communities is an important step in comprehensive conservation planning.

## Colorado's Natural Heritage Program

To place this document in context, it is useful to understand the history and functions of the Colorado Natural Heritage Program (CNHP).

CNHP is the state's primary comprehensive biological diversity data center, gathering information and field observations to help develop statewide conservation priorities. After operating in Colorado for fourteen years, the Program was relocated from the State Division of Parks and Outdoor Recreation to the University of Colorado

2

BLM_0056773

Museum in 1992 and then in 1994 to the College of Natural Resources at Colorado State University.

CNHP's multi-disciplinary team of scientists and information managers gathers comprehensive information on rare, threatened, and endangered species and significant plant communities of Colorado. Life history, status, and locational data are incorporated into a continually updated data system. Sources include published and unpublished literature, museum and herbaria labels, and field surveys conducted by knowledgeable naturalists, experts, agency personnel, and our own staff of botanists, ecologists, and zoologists. Information management staff carefully plot the locations on 1:24,000 scale U.S.G.S. maps and enter it into the Biological and Conservation Data System (BCD). The data are also stored in a geographic information system (Arc/INFO and ArcView GIS). The database can be accessed through a variety of attributes, including taxonomic group, global and state rarity rank, federal and state legal status, source, observation date, county, quadrangle map, watershed, management area, township, range, and section, precision, and conservation unit.

CNHP is part of an international network of conservation data centers that use the Biological and Conservation Data System (BCD) developed by The Nature Conservancy. CNHP has effective relationships with several state and federal agencies, including the Colorado Natural Areas Program, Colorado Department of Natural Resources and the Colorado Division of Wildlife, the U.S. Environmental Protection Agency, the U.S. Bureau of Land Management and the U.S. Forest Service. Numerous local governments and private entities also work closely with CNHP. Use of the data by many different individuals and organizations, including Great Outdoors Colorado, encourages a proactive approach to development and conservation thereby reducing the potential for conflict. Information collected by the Natural Heritage Programs around the globe provides a means to protect species before the need for legal endangerment status arises.

Concentrating on site-specific data for each species or community enables the evaluation of the significance of each location with respect to the conservation of natural biological diversity in Colorado and the nation. By using species imperilment ranks and quality ratings for each location, priorities can be established for the protection of the most sensitive or imperiled sites. A continually updated locational database and priority-setting system such as that maintained by CNHP provides an effective, proactive land-planning tool.

## The Natural Heritage Ranking System

Each of the plant and animal species and plant communities tracked by CNHP is considered an **element of natural diversity**, or simply an **element**. Each element is assigned a rank that indicates its relative degree of imperilment on a five-point scale (e.g., 1 = extremely rare/imperiled, 5 = abundant/secure). The primary criterion for ranking elements is the number of occurrences, i.e., the number of known distinct localities or populations. This factor is weighted more heavily because an element found in one place is more imperiled than something found in twenty-one places. Also considered in the ranking is the size of the geographic range, the number of individuals, trends in population and distribution, identifiable threats, and the number of already protected occurrences.

3

BLM_0056774

Element imperilment ranks are assigned both in terms of the element's degree of imperilment within Colorado (its State or S-rank) and the element's imperilment over its entire range (its Global or G-rank). Taken together, these two ranks give an instant picture of the degree of imperilment of an element. For example, the lynx, which is thought to be secure in northern North America but is known from less than 5 current locations in Colorado, is ranked G5S1. Naturita milkvetch, which is known from 37 locations in the Four Corners Area, is ranked a G3S3. Further, a tiger beetle that is only known from one location in the world at the Great Sand Dunes National Monument is ranked G1S1. CNHP actively collects, maps, and electronically processes specific occurrence information for elements considered extremely imperiled to vulnerable (S1 - S3). Those with a ranking of S3S4 are "watchlisted," meaning that specific occurrence data are collected and periodically analyzed to determine whether more active tracking is warranted. A complete description of each of the Natural Heritage ranks is provided in Table 1.

This single rank system works readily for all species except those that are migratory. Those animals that migrate may spend only a portion of their life cycles within the state. In these cases, it is necessary to distinguish between breeding, non-breeding, and resident species. As noted in Table 1, ranks followed by a "B", e.g., S1B, indicate that the rank applies only to the status of breeding occurrences. Similarly, ranks followed by an "N", e.g., S4N, refer to non-breeding status, typically during migration and winter. Elements without this notation are believed to be year-round residents within the state.

## Legal Designations

**Natural Heritage imperilment ranks are not legal designations and should not be interpreted as such.** Although most species protected under state or federal endangered species laws are extremely rare, not all rare species receive legal protection. Legal status is designated by either the U.S. Fish and Wildlife Service under the Endangered Species Act or by the Colorado Division of Wildlife under Colorado Statutes 33-2-105 Article 2. In addition, the U.S. Forest Service recognizes some species as "Sensitive," as does the Bureau of Land Management. Table 2 defines the special status assigned by these agencies and provides a key to the abbreviations used by CNHP.

Please note that the U.S. Fish and Wildlife Service has issued a Notice of Review in the February 28, 1996 Federal Register for plants and animal species that are "candidates" for listing as endangered or threatened under the Endangered Species Act. The revised candidate list replaces an old system that listed many more species under three categories: Category 1 (C1), Category 2 (C2), and Category 3 (including 3A, 3B, 3C). Beginning with the February 28, 1996 notice, the Service will recognize as candidates for listing most species that would have been included in the former Category 1. This includes those species for which the Service has sufficient information on their biological status and threats to propose them as endangered or threatened under the Endangered Species Act.

Candidate species listed in the February 28, 1996 Federal Register are indicated with a "C". While obsolete legal status codes (Category 2 and 3) are no longer used, CNHP will continue to maintain them in its Biological and Conservation Data system for reference.

4

**Table 1.  Definition of Colorado Natural Heritage Imperilment Ranks.**

Global imperilment ranks are based on the range-wide status of a species.  State imperilment ranks are based on the status of a species in an individual state.  State and Global ranks are denoted, respectively, with an "S" or a "G" followed by a character.  **These ranks should not be interpreted as legal designations.**

| | |
|---|---|
| G/S1 | Critically imperiled globally/state because of rarity (5 or fewer occurrences in the world/state; or very few remaining individuals), or because of some factor of its biology making it especially vulnerable to extinction. |
| G/S2 | Imperiled globally/state because of rarity (6 to 20 occurrences), or because of other factors demonstrably making it very vulnerable to extinction throughout its range. |
| G/S3 | Vulnerable through its range or found locally in a restricted range (21 to 100 occurrences). |
| G/S4 | Apparently secure globally/state, though it might be quite rare in parts of its range, especially at the periphery. |
| G/S5 | Demonstrably secure globally, though it may be quite rare in parts of its range, especially at the periphery. |
| GX | Presumed extinct. |
| G#? | Indicates uncertainty about an assigned global rank. |
| G/SU | Unable to assign rank due to lack of available information. |
| GQ | Indicates uncertainty about taxonomic status. |
| G/SH | Historically known, but not verified for an extended period. |
| G#T# | Trinomial rank (T) is used for subspecies or varieties.  These species or subspecies are ranked on the same criteria as G1-G5. |
| S#B | Refers to the breeding season imperilment of elements that are not permanent residents. |
| S#N | Refers to the non-breeding season imperilment of elements that are not permanent residents. Where no consistent location can be discerned for migrants or non-breeding populations, a rank of SZN is used |
| SZ | Migrant whose occurrences are too irregular, transitory, and/or dispersed to be reliably identified, mapped, and protected. |
| SA | Accidental in the state. |
| SR | Reported to occur in the state, but unverified. |
| S? | Unranked. Some evidence that species may be imperiled, but awaiting formal rarity ranking. |

Notes:  Where two numbers appear in a state or global rank  (e.g., S2S3), the actual rank of the element falls between the two numbers.

**Table 2.  Federal and State Agency Special Designations.**

**Federal Status:**

1.  U.S. Fish and Wildlife Service (58 Federal Register 51147, 1993) and (61 Federal Register 7598, 1996)

| | |
|---|---|
| LE | Endangered; species or subspecies formally listed as endangered. |
| E(S/A) | Endangered due to similarity of appearance with listed species. |
| LT | Threatened; species or subspecies formally listed as threatened. |
| P | Potential Endangered or Threatened; species or subspecies formally Potential for listing as endangered or threatened. |
| PD | Potential for delisting |
| C | Candidate:  species or subspecies for which the U.S. Fish and Wildlife Service has on file sufficient information on biological vulnerability and threat(s) to support proposals to list them as endangered or threatened. |

2. U.S. Forest Service (Forest Service Manual 2670.5) (noted by the Forest Service as "S")

| | |
|---|---|
| FS | Sensitive: those plant and animal species identified by the Regional Forester for which population viability is a concern as evidenced by: |
| | a. Significant current or predicted downward trends in population numbers or density. |

BLM_0056776

|   |
|---|
|     **b.** Significant current or predicted downward trends in habitat capability that would reduce a species' existing distribution. |

3. Bureau of Land Management (BLM Manual 6840.06D) (noted by BLM as "S")
**BLM**    Sensitive: those species found on public lands, designated by a State Director that could easily become endangered or extinct in a state. The protection provided for sensitive species is the same as that provided for C (candidate) species.  This list does not include species that are listed endangered (LE) or threatened (LT).

**State Status:**
1. Colorado Division of Wildlife
      **CO-E**  Endangered
      **CO-T**  Threatened
      **CO-SC**  Special Concern

## Element Occurrence Ranking

Actual locations of elements, whether they be single organisms, populations, or plant communities, are referred to as element occurrences.  The element occurrence is considered the most fundamental unit of conservation interest and is at the heart of the Natural Heritage Methodology.  In order to prioritize element occurrences for a given species, an element occurrence rank (EO-Rank) is assigned according to the estimated viability or probability of persistence (whenever sufficient information is available).  This ranking system is designed to indicate which occurrences are the healthiest and ecologically the most viable, thus focusing conservation efforts where they will be most successful.  The EO-Rank is based on 3 factors:

**Size** – a quantitative measure of the area and/or abundance of an occurrence such as area of occupancy, population abundance, population density, or population fluctuation.

**Condition** – an integrated measure of the quality of biotic and abiotic factors, structures, and processes within the occurrence, and the degree to which they affect the continued existence of the occurrence.  Components may include reproduction and health, development/maturity for communities, ecological processes, species composition and structure, and abiotic physical or chemical factors.

**Landscape Context** – an integrated measure of the quality of biotic and abiotic factors, and processes surrounding the occurrence, and the degree to which they affect the continued existence of the occurrence.  Components may include landscape structure and extent, genetic connectivity, and condition of the surrounding landscape.

Each of these factors is rated on a scale of A through D, with A representing an excellent grade and D representing a poor grade.  These grades are then averaged to determine an appropriate EO-Rank for the occurrence.  If there is insufficient information available to rank an element occurrence, an EO-Rank is not assigned.  Possible EO-Ranks and their appropriate definitions are as follows:

6

| | |
|---|---|
| **A** | Excellent estimated viability. |
| **B** | Good estimated viability. |
| **C** | Fair estimated viability. |
| **D** | Poor estimated viability. |
| **E** | Viability has not been assessed. |
| **H** | Historically known, but not verified for an extended period of time |
| **X** | Extirpated |

## Potential Conservation Areas

In order to successfully protect populations or occurrences, it is necessary to delineate conservation areas. These conservation areas focus on capturing the ecological processes that are necessary to support the continued existence of a particular element occurrence of natural heritage significance. Conservation areas may include a single occurrence of a rare element or a suite of rare element occurrences or significant features. Not all element occurrences are included in PCAs. Sites are ordinarily drawn for A to C ranked G1 to G3 and S1 or S2 elements only. Other lower ranked element occurrences may fall geographically within the site boundaries, and are thus included, but would not warrant a PCA on their own. In addition, sites may be drawn for lower ranked species that are of local conservation interest, *e.g.* the Colorado River cutthroat trout in the San Miguel Basin study area.

The goal of the process is to identify a land area that can provide the habitat and ecological processes upon which a particular element occurrence or suite of element occurrences depends for its continued existence. The best available knowledge of each species' life history is used in conjunction with information about topographic, geomorphic, and hydrologic features, vegetative cover, as well as current and potential land uses.

In developing Potential Conservation Area boundaries, CNHP staff consider a number of factors that include, but are not limited to:

• the extent of current and potential habitat for the elements present, considering the ecological processes necessary to maintain or improve existing conditions;

• species movement and migration corridors;

• maintenance of surface water quality within the site and the surrounding watershed;

• maintenance of the hydrologic integrity of the groundwater, e.g., by protecting recharge zones;

• land intended to buffer the site against future changes in the use of surrounding lands;

• exclusion or control of invasive exotic species;

• land necessary for management or monitoring activities.

7

BLM_0056778

**The proposed boundary does not necessarily recommend the exclusion of all activity.** It is hypothesized that some activities will prove degrading to the element or the process on which they depend, while others will not. Consideration of specific activities or land use changes proposed within or adjacent to the preliminary conservation planning boundary should be carefully considered and evaluated for their consequences to the element on which the conservation unit is based and other significant elements that fall within the site.

The boundaries presented here are for planning purposes. They delineate ecologically sensitive areas where land-use practices should be carefully planned and managed to ensure that they are compatible with protection goals for natural heritage resources and sensitive species. Please note that these boundaries are based primarily on our understanding of the ecological systems. A thorough analysis of the human context and potential stresses was not conducted. All land within the conservation planning boundary should be considered an integral part of a complex economic, social, and ecological landscape that requires thoughtful land-use planning at all levels.

## Off-Site Considerations

It is often the case that all relevant ecological processes cannot be contained within a Potential Conservation Area of reasonable size. For instance, while a PCA for Colorado River cutthroat trout may be drawn to include only the riparian zone of a river or creek, it should be remembered that activities in the entire watershed can affect water quality, which will in turn affect the trout population. The boundaries illustrated in this report signify the immediate, and therefore most important, area in need of protection. Continued landscape level conservation efforts are needed. This will involve countywide efforts as well as coordination and cooperation with private landowners, neighboring land planners, and state and federal agencies.

## Ranking of Potential Conservation Areas

### Biodiversity Rank

One of the strongest ways that the CNHP uses element and element occurrence ranks is to assess the overall biodiversity significance of a site, which may include one or many element occurrences. If an element occurrence is unranked due to a lack of information the element occurrence rank is considered a C rank. Similarly, if an element is a GU or G? it is treated as a G4. Based on these ranks, each site is assigned a **biodiversity rank (B rank)**:

> **B1**   Outstanding Significance: the only site known for an element or an excellent occurrence of a G1 species.
>
> **B2**   Very High Significance: one of the best examples of a community type, good occurrence of a G1 species, or excellent occurrence of a G2 or G3 species.

8

**B3**    <u>High Significance</u>: excellent example of any community type, good occurrence of a G3 species, or a large concentration of good occurrences of state rare species.

**B4**    <u>Moderate or Regional Significance</u>: good example of a community type, excellent or good occurrence of state-rare species.

**B5**    <u>General or Statewide Biodiversity Significance</u>: good or marginal occurrence of a community type, S1, or S2 species.

9

**Protection Urgency Ranks**

Protection urgency ranks (P-ranks) refer to the time frame in which conservation protection must occur. In most cases, this rank refers to the need for a major change of protective status (e.g., agency special area designations or ownership). The urgency for protection rating reflects the need to take legal, political, or other administrative measures to alleviate threats that are related to land ownership or designation. The following codes are used to indicate the rating which best describes the urgency to protect the area:

| | |
|---|---|
| **P1** | Immediately threatened by severely destructive forces, within 1 year of rank date; protect now or never! |
| **P2** | Threat expected within 5 years. |
| **P3** | Definable threat but not in the next 5 years. |
| **P4** | No threat known for foreseeable future. |
| **P5** | Land protection complete or adequate reasons exists not to protect the site; do not act on this site. |

A protection action involves increasing the current level of legal protection accorded one or more tracts of a potential conservation area. Protection strategies on private lands may involve purchase, purchase of development rights, or conservation easements. On public lands, they may include special designations such as Wilderness, Research Natural Areas, or Areas of Critical Environmental Concern (ACEC). They may also include activities such as educational or public relations campaigns or collaborative planning efforts with public or private entities to minimize adverse impacts to element occurrences at a site. Protection in this sense does not include management actions. Threats that may require a protection action are as follows:

1) Anthropogenic forces that threaten the existence of one or more element occurrences at a site; e.g., development that would destroy, degrade or seriously compromise the long-term viability of an element occurrence and timber, range, recreational, or hydrologic management that is incompatible with an element occurrence's existence;
2) The inability to undertake a management action in the absence of a protection action; e.g., obtaining a management agreement;
3) In extraordinary circumstances, a prospective change in ownership that will make future protection actions more difficult.

**Management Urgency Ranks**

Management urgency ranks (M-ranks) indicate the time frame in which a change in management of the element or site must occur in order to ensure the element's future existence. Using best scientific estimates, this rank refers to the need for management in contrast to protection (e.g., increased fire frequency, decreased herbivory, weed control, etc.). The urgency for management rating focuses on land use management or land stewardship action required to maintain element occurrences at the potential conservation area.

A management action may include biological management (prescribed burning, removal of exotics, mowing, etc.) or people and site management (building barriers, rerouting trails, patrolling for collectors, hunters, or trespassers, etc.). It may also include

10

BLM_0056781

conducting further research or monitoring.  Management action does not include legal, political, or administrative measures taken to protect a potential conservation area.  The following codes are used to indicate the action needed to be taken at the area:

| | |
|---|---|
| **M1** | Management action required immediately or element occurrences could be lost or irretrievably degraded within one year. |
| **M2** | New management action will be needed within 5 years to prevent the loss of element occurrences. |
| **M3** | New management action will be needed within 5 years to maintain current quality of element occurrences. |
| **M4** | Although the element is not currently threatened, management may be needed in the future to maintain the current quality of element occurrences. |
| **M5** | No serious management needs known or anticipated at the site. |

## II. Methods

The methods for assessing and prioritizing conservation needs over a large area are necessarily diverse.  This study follows a general method that the Colorado Natural Heritage Program has and continues to develop specifically for this purpose.  The San Miguel Basin Biological Assessment was conducted in several steps summarized below.

### Collect available information

CNHP databases were updated with information regarding the known locations of species and significant plant communities within San Miguel and western Montrose counties.  A variety of information sources were consulted for this information.  The Colorado State University museums and herbarium were searched, as were plant and animal collections at the University of Colorado, Western State, Rocky Mountain Herbarium, and local private collections.  Both general and specific literature sources were incorporated into CNHP databases, as either locational information or as biological data pertaining to a species in general.  Such information covers basic species and community biology including range, habitat, phenology (timing), food sources, and substrates.  This information was entered into CNHP databases.

### Identify rare or imperiled species and significant plant communities with potential to occur in the San Miguel Basin.

The information collected in the previous step was used to refine the potential element list and to identify our search areas.  In general, species and plant communities that have been recorded from western San Miguel and Montrose counties, or from adjacent counties, are included in this list.  Species or plant communities that prefer habitats that are not included in this study area were removed from the list.

The amount of effort given to the inventory for each of these elements was prioritized according to the element's rank.  Globally rare (G1 - G3) elements were given highest priority, state rare elements were secondary.

11

BLM_0056782

## Identify targeted inventory areas

Survey sites were chosen based on their likelihood of harboring rare or imperiled species or significant plant communities. Known locations were targeted, and additional potential areas were chosen using a variety of information sources, such as aerial photography. Precisely known element locations were always included so that they could be verified and updated. Many locations were not precisely known due to ambiguities in the original data. In such cases, survey sites for that element were chosen in likely areas in the general vicinity. Areas with potentially high natural values were chosen using aerial photographs, geology maps, vegetation surveys, personal recommendations from knowledgeable local residents, and numerous roadside surveys by our field scientists. In addition, we took care that all major ecosystems, vegetation types and elevational zones in the area were included, as well as areas that are of particular local concern or interest for open space. Using the biological information stored in the CNHP databases, these information sources were analyzed for sites that have the highest potential for supporting specific elements. General habitat types can be discerned from the aerial photographs, and those chosen for survey sites were those that appeared to be in the most natural condition. In general, this means those sites that are the largest, least fragmented, and relatively free of visible disturbances such as roads, trails, fences, quarries, etc.

This process was used to delineate over 180 survey areas that were believed to have relatively high probability of harboring natural heritage resources (Figure 1, and Appendix I). These areas vary in size from less than 10 to several thousand acres and include all major habitat types in the study area.

Roadside surveys were useful in further resolving the natural condition of these areas. The condition of grasslands is especially difficult to discern from aerial photographs, and a quick survey from the road can reveal such features as weed infestation or overgrazing.

Because of the overwhelming number of potential sites and limited resources, surveys for all elements were prioritized by the degree of imperilment. For example, all species with Natural Heritage ranks of G1-G3 were the primary target of our inventory efforts. Although species with lower Natural Heritage ranks were not the main focus of inventory efforts, many of these species occupy similar habitats as the targeted species, and were searched for and documented as they were encountered.

## Contact Landowner

Obtaining permission to conduct surveys on private property was essential to this project. Once survey sites were chosen, land ownership of these areas was determined using records at the Montrose County and San Miguel County assessors' offices. Landowners were then either contacted by phone or in person. Members of the San Miguel Open Space committee were helpful in this stage of the survey. If landowners could not be contacted, or if permission to access the property was denied, this was recorded and the site was not visited. **Under no circumstances were properties surveyed without landowner permission.** Private lands that were not visited may be included in Potential Conservation Areas, however, if they are adjacent to and have similar habitats to public lands that were surveyed.

BLM_0056783

**Figure 1. Targeted inventory areas, San Miguel and western Montrose counties.  See Appendix 1 for TIA list with names and dates surveyed.**



## Conduct Field Surveys

Field surveys were conducted from April to November 1999.  Survey sites where access could be attained were visited at the appropriate time as dictated by the phenology of the individual elements.  It is essential that surveys take place during a time when the targeted elements are detectable.  For instance, breeding birds cannot be surveyed outside of the breeding season and plants are often not identifiable without flowers or fruit which are only present during certain times of the season.  Many of the plants in the western parts of the San Miguel Basin have extremely short flowering seasons, and all but disappear by mid-summer.  May and June are the prime survey times for most of these species.  Alpine species also have very short flowering times and are often inaccessible until late summer because of snow cover.  Since there is such a wide elevational range in the study area, we began at the lowest elevations, and worked upward, finally surveying alpine areas in late summer and early fall.

The methods used in the surveys necessarily vary according to the elements that were being targeted.  In most cases, the appropriate habitats were visually searched in a systematic fashion that would attempt to cover the area as thoroughly as possible in the given time.  Some types of organisms require special techniques in order to capture and document their presence.  These are summarized below:

13

BLM_0056784

**Amphibians:**  visual or with aquatic nets
**Mammals:**  Sherman live traps, pitfall traps
**Birds:**  visual or by song/call, evidence of breeding sought
**Insects:**  aerial net, pit fall traps, moth lighting
**Plant communities:**  visual, collect qualitative or quantitative composition data
**Wetland plant communities:**  visual, collect qualitative or quantitative composition, soil, and hydrological function and value data
**Fishes:**  electroshocking, seining, barbless fly-fishing, observation

When necessary and permitted, voucher specimens were collected and deposited in local university museums and herbaria.

When a rare species or significant natural community was discovered, its precise location and known extent was recorded on 1:24,000 scale topographic maps.  Other data recorded at each occurrence included numbers observed, breeding status, habitat description, disturbance features, observable threats, and potential protection and management needs.  The overall significance of each occurrence, relative to others of the same element, was estimated by rating the viability of the population, based on size, condition and landscape context.  These factors are combined into an element occurrence rank, useful in refining conservation priorities.  See the section on Natural Heritage Methodology for more about element occurrence ranking.

It should be noted that observations made in any one year may not represent the range of conditions over the long term.  The summer of 1999 was unusual in that the early spring was very dry, while late summer had unusually high precipitation.  This has probably lowered the numbers of early spring flowering plants and increased later blooming species, compared with average years.  It also resulted in less of the annual, early season cheatgrass, and an unusually lush growth of late season bunchgrasses. Continued observations over several years may prove to modify some of our assessments.

## Delineate Potential Conservation Site Boundaries

Finally, since the objective for this inventory is to prioritize specific areas for conservation efforts, Potential conservation planning boundaries were delineated.  Such a boundary is an estimation of the minimum area needed to assure persistence of the element.  Primarily, in order to insure the preservation of an element, the ecological processes that support that occurrence must be preserved.  The preliminary conservation planning boundary is meant to include features on the surrounding landscape that provide these functions.  Data collected in the field are essential to delineating such a boundary, but other sources of information such as aerial photography are also used.  These boundaries are considered preliminary and additional information about the site or the element may call for alterations of the boundaries.  Given the extremely large area covered in a short period of time, there are doubtless many other significant sites that were not surveyed.  There is a continuing need for additional research, both of new areas and to update known occurrences.

## III.  Results

14

As a result of this survey, 180 new and updated records were entered in the CNHP database, bringing the total for the study area to 478. Elements documented for the first time in western Montrose and San Miguel counties in the CNHP database included nine animals, fifteen plants, and eleven natural communities. Three plants were found to be more common than had been thought, and will be assigned lower ranks. The Naturita milkvetch rank was changed from G2G3 S2S3 to G3S3; the Abajo penstemon and from S2 to S2S3. With additional survey time, new occurrences could probably be found to justify lowering these ranks further.

We have identified fifty-nine Potential Conservation Areas, which include 338 of the occurrences of rare or imperiled plants, animals, and natural communities. Results of the survey are included here, with descriptions and discussion of each Potential Conservation Area. PCAs are listed below in order of their over all priority (biodiversity rank) and by county, and described beginning on page 82, where they are arranged alphabetically by name regardless of rank.

## Potential Conservation Areas by Biodiversity Rank

**B1 PCAs**
> Dolores Canyon-Slick Rock to Bedrock
> La Sal Creek
> Miramonte Reservoir
> San Miguel River at Tabeguache Creek

**B2 PCAs**
> Beaver Mesa
> Big Bucktail Creek
> Coyote Wash
> Davis Mesa
> Dolores Canyon South of Slick Rock
> Dry Creek Basin
> East Paradox Creek
> Highway 141 and 145
> Imogene Pass
> McIntyre Canyon
> Naturita Upland
> Paradox Valley North
> Sewemup Mesa
> Silver Pick Basin
> Spring Creek-Atkinson Mesa

**B3 PCAs**
> Bear Creek
> Bridal Veil Falls
> Campbell Creek
>
> Disappointment Valley
> Dolores Canyon-Uravan to Roc Creek

15

BLM_0056786

Horsefly
Mailbox Park
Middle San Miguel Canyon
Naturita South
San Miguel River-Clay Creek to Horsefly Creek
San Miguel River at Cottonwood Creek
Silvey's Pocket
Slick Rock
Slick Rock Hill
South Fork San Miguel River
Uravan West

**B4 PCAs**

Beaver Creek-Lone Cone
Big Gypsum Valley
Bilk Basin
Buckeye Reservoir
Clay Creek
Greenback Mountain
Hog Point
Leopard Creek
Little Gypsum Valley
Little Red Canyon-Horsefly Creek
Lizard Head
Martin Mesa
Ophir Pass
Prospect Basin-Alta Lakes
Saltado Creek
Savage Basin
Summit Canyon
West Paradox Creek

**B5 PCAs**

Clear Creek
Deep Creek
Elk Creek
Fall Creek Falls
Hawk Mine
Spud Patch

16

**Figure 2.**



**Figure 3.**



BLM_0056788

18

## Table 3.  Potential Conservation Areas San Miguel and Western Montrose Counties

| # | Code | Name | # | Code | Name |
|---|------|------|---|------|------|
| 1 | B3 | BEAR CREEK | | | |
| 2 | B4 | BEAVER CREEK-LONE CONE | 32 | B4 | LITTLE GYPSUM VALLEY |
| 3 | B2 | BEAVER MESA | 33 | B4 | LITTLE RED CANYON-HORSEFLY |
| 4 | B2 | BIG BUCKTAIL CREEK | | | CREEK |
| 5 | B4 | BIG GYPSUM VALLEY | 34 | B3 | MAILBOX PARK |
| 6 | B4 | BILK BASIN | 35 | B4 | MARTIN MESA |
| 7 | B3 | BRIDAL VEIL FALLS | 36 | B2 | MCINTYRE CANYON |
| 8 | B4 | BUCKEYE RESERVOIR | 37 | B3 | MIDDLE SAN MIGUEL CANYON |
| 9 | B3 | CAMPBELL CREEK | 38 | B1 | MIRAMONTE RESERVOIR |
| 10 | B4 | CLAY CREEK | 39 | B3 | NATURITA SOUTH |
| 11 | B2 | COYOTE WASH | 40 | B2 | NATURITA UPLAND |
| 12 | B5 | CLEAR CREEK | 41 | B4 | OPHIR PASS |
| 13 | B2 | DAVIS MESA SLOPES | 42 | B2 | PARADOX VALLEY NORTH |
| 14 | B5 | DEEP CREEK | 43 | B4 | PROSPECT BASIN |
| 15 | B3 | DISAPPOINTMENT VALLEY | 44 | B4 | SALTADO CREEK |
| 16 | B1 | DOLORES CANYON SLICK ROCK TO BEDROCK | 45 | B3 | SAN MIGUEL RIVER AT COTTONWOOD CREEK |
| 17 | B2 | DOLORES CANYON SOUTH OF SLICK ROCK | 46 | B1 | SAN MIGUEL RIVER AT TABEGUACHE CREEK |
| 18 | B3 | DOLORES RIVER CANYON URAVAN TO ROC CREEK | 47 | B3 | SAN MIGUEL RIVER-CLAY CREEK TO HORSEFLY CREEK |
| 19 | B2 | DRY CREEK BASIN | | | |
| 20 | B2 | EAST PARADOX CREEK | 48 | B4 | SAVAGE BASIN |
| 21 | B5 | ELK CREEK | 49 | B2 | SEWEMUP MESA |
| 22 | B5 | FALL CREEK FALLS | 50 | B2 | SILVERPICK BASIN |
| 23 | B4 | GREENBACK MOUNTAIN | 51 | B3 | SILVEY'S POCKET |
| 24 | B5 | HAWK MINE | 52 | B3 | SLICK ROCK HILL |
| 25 | B2 | HIGHWAY 141 AND 145 | 53 | B3 | SLICKROCK |
| 26 | B4 | HOG POINT | 54 | B4 | SOUTH FORK SAN MIGUEL RIVER |
| 27 | B3 | HORSEFLY | | | |
| 28 | B2 | IMOGENE PASS | 55 | B2 | SPRING CREEK-ATKINSON MESA |
| 29 | B1 | LASAL CREEK | 56 | B5 | SPUD PATCH |
| 30 | B4 | LEOPARD CREEK | 57 | B4 | SUMMIT CANYON |
| 31 | B4 | LIZARD HEAD | 58 | B3 | URAVAN WEST |
| | | | 59 | B4 | WEST PARADOX CREEK |

BLM_0056789

Figure 4.  Potential Conservation Areas for San
Miguel and western Montrose counties.



BLM_0056790

**PCA County Lists**
Although for ecological purposes this study area should be viewed in its entirety, many
decisions based on this information will be at the county level.  Therefore, we list below
the PCAs by county, in order of Biodiversity Rank.  (Note that three PCAs, Dolores
Canyon-Slick Rock to Bedrock, Clay Creek and Little Gypsum Valley straddle the
county line, so are shown for both counties.)

**San Miguel County PCAs**
**B1 PCAs**
> Dolores Canyon Slick Rock to Bedrock
> Miramonte Reservoir

**B2 PCAs**
> Beaver Mesa
> Dolores Canyon South of Slick Rock
> Dry Creek Basin
> Imogene Pass
> McIntyre Canyon
> Silver Pick Basin
> Slick Rock Hill

**B3 PCAs**
> Bear Creek
> Bridal Veil Falls
> Disappointment Valley
> Middle San Miguel Canyon
> Slick Rock
> South Fork San Miguel River

**B4 PCAs**
> Beaver Creek-Lone Cone
> Big Gypsum Valley
> Bilk Basin
> Clay Creek
> Greenback Mountain
> Leopard Creek
> Little Gypsum Valley
> Lizard Head
> Ophir Pass
> Prospect Basin-Alta Lakes
> Saltado Creek
> Savage Basin
> Summit Canyon

**B5 PCAs**
> Deep Creek
> Elk Creek
> Fall Creek Falls
> Hawk Mine
> Spud Patch

20

## Montrose County PCAs

**B1 PCAs**
Dolores Canyon-Slick Rock to Bedrock
La Sal Creek
San Miguel River at Tabeguache Creek
**B2 PCAs**
Big Bucktail Creek
Coyote Wash
Davis Mesa Slopes
East Paradox Creek
Highway 141 and 145
Mailbox Park
Naturita Upland
Paradox Valley North
Sewemup Mesa
Spring Creek-Atkinson Mesa
**B3 PCAs**
Campbell Creek
Dolores Canyon-Uravan to Roc Creek
Horsefly
Naturita South
San Miguel River at Cottonwood Creek
San Miguel River-Clay Creek to Horsefly Creek
Silvey's Pocket
Uravan West
**B4 PCAs**
Buckeye Reservoir
Clay Creek
Hog Point
Little Gypsum Valley
Little Red Canyon-Horsefly Creek
Martin Mesa
West Paradox Creek
**B5 PCAs**
Clear Creek

21

BLM_0056792

# V. Discussion

The goal of this project was to identify significant natural areas that warrant conservation, and to assist San Miguel and Montrose counties and others to prioritize areas where their efforts would be most effective in protecting the biological diversity of the area. Therefore, we have listed below the highest priorities that are indicated from the survey results, based on Biodiversity Ranks, and have grouped them into general areas, by county. We have added to this four PCAs that, although they have lower Biodiversity Ranks (B4) have high Protection Urgency Ranks (P2).

## San Miguel County

1. **Sage grouse sites**
   Miramonte Reservoir (B1)
   Dry Creek Basin (B2)
   Beaver Mesa (B2)

2. **Dolores River riparian zone**
   Dolores Canyon Slick Rock to Bedrock (B1)
   Dolores Canyon South of Slick Rock(B2)

3. **Alpine areas**
   Imogene Pass (B2)
   Silver Pick Basin (B2)

4. **San Miguel River mainstem riparian**
   Middle San Miguel Canyon (B3)

5. **San Miguel and Dolores River tributaries**
   Bear Creek (B3)
   Bridal Veil Creek (B3)
   McIntyre Canyon (B3)

6. **West end sites**
   Slick Rock Hill (B2)
   Slick Rock (B3)
   Disappointment Valley (B3)

7. **PCAs with high protection urgency**
   Clay Creek (B4, P2)
   Leopard Creek (B4, P2)
   Prospect Basin-Alta Lakes (B4, P2)
   Saltado Creek (B4, P2)

22

BLM_0056793

**Montrose County**

1. **Dolores River Canyon**
   Dolores Canyon-Slickrock to Bedrock (B1)
   Coyote Wash (B2)
   La Sal Creek (B1)
   Sewemup Mesa (B2)
   Dolores Canyon-Uravan to Roc Creek (B3)

2. **San Miguel River and tributaries**
   San Miguel River at Tabeguache Creek (B1)
   Spring Creek-Atkinson Mesa (B2)
   San Miguel River at Cottonwood Creek (B3)
   San Miguel River-Clay Creek to Horsefly Creek (B3)
   Middle San Miguel Canyon (B3)

3. **Paradox Valley**
   Davis Mesa Slopes (B2)
   East Paradox Creek (B2)
   Paradox Valley North (B2)

4. **Naturita-Nucla area**
   Highway 141 and 145 (B2)
   Mailbox Park (B2)
   Naturita Upland (B2)
   Naturita South (B2)

23

BLM_0056794

# VI.  The Natural Heritage of the San Miguel Basin

**Location and Physical Characteristics**

The San Miguel Basin occupies a large intermountain valley bounded by the San Juan Mountains and the Uncompahgre Plateau.  The San Miguel River is a major tributary of the Dolores River, which in turn is a major tributary of the Colorado River.  The area covered by this survey includes the entire watershed of the San Miguel River, as well as the portion of the Dolores River watershed that falls in San Miguel and Montrose counties. The study area is located in the Colorado Plateaus Province, Canyonlands section, of Bailey's Ecoregions, and in the Southern Rocky Mountains Province (Bailey 1994).

Elevations within the study area range from about 4,600 feet at the Dolores River at the Montrose/Mesa County line, to 14,017 feet at the summit of Wilson Peak.

Major landforms of the project area are the valleys and canyons of the two major rivers, the San Miguel and Dolores and their tributaries; the low elevation semi-desert in the western part of the region, with its broad salt valleys and narrow winding sandstone canyons; mid-elevation mesas and foothills between the rivers and the mountains; the Uncompahgre Plateau; and the San Juan Mountains, including the Sneffels, San Miguel and Wilson ranges.

The San Miguel River is one of the few rivers in Colorado that retains its natural hydrologic regime, that is, has no major dams.  Although there are water diversions for irrigation on many of its tributaries, none of the water is diverted away from the San Miguel Basin.  Fed by snowmelt in the surrounding San Juans, and to a lesser extent, the Uncompahgre Plateau, the river sustains high quality riparian vegetation throughout its length.

The Dolores River begins at the southern boundary of the San Miguel Basin near Lizard Head Pass, and flows southward in Dolores County, then westward, where it is impounded at McPhee Reservoir.  The river continues generally northward through the study area, and finally flows into the Colorado River at Dewey, Utah.

The western part of the study area is comprised of generally horizontal sandstones, highly dissected by deep, steep-walled canyons of the Dolores River and its tributaries.  Snakelike meanders in the Dolores Canyon can approach 360 degrees.

Several east-west trending valleys, formed by collapsed salt domes, interrupt the general topography.  During the Pennsylvanian Period, a large sea embayment covered this area.  When this sea evaporated, its salts became concentrated in domes overlain with sedimentary rock.  When the rocks were eroded, the domes, comprised of soluble salt and gypsum, were washed away, and the flanking structures collapsed, leaving the broad valleys of Paradox, Dry Creek Basin, Big Gypsum Valley, and Disappointment Valley.

The San Juan Mountains form the study area boundary around the upper San Miguel Basin.  These mountains are composed of very ancient sedimentary and igneous rocks overlain by volcanic rock formed during the Tertiary Period, beginning about 72 million years ago.  Both intrusive and extrusive igneous activity continued, becoming violent about 30 to 35 million years ago.  During their explosive period, significant deposits containing gold, silver, lead, and other metals were concentrated in veins of intrusive igneous rock.  Following this period, erosion cut canyons, and then, during the Pleistocene, glaciers carved the spectacular landscapes that can be seen today—U shaped

24

BLM_0056795

valleys, cirques, horns, and tarns. Several peaks of these rugged and scenic mountains rise above 14,000 feet, including Wilson Peak, the highest mountain in the study area. Dallas Divide, which is the divide between the Uncompahgre Basin and the San Miguel Basin, also divides the San Juan Mountains from the much older Uncompahgre Plateau.

The Uncompahgre Plateau is a ninety-mile long, thirty-mile wide uplift, trending in a northwest to southeast direction. The western side of the plateau, above the Dolores River Canyon, is quite steep, while the southern end has more gradual slopes. The Plateau is a remnant of an ancient highland known as Uncompahgria. It was first uplifted 300 million years ago, along with the ancestral Rockies. During the Pennsylvanian period, when the rest of Colorado was under an inland sea, Uncompahgria was an island. Erosion removed all the rock layers above the Precambrian metamorphic rock, until, by the end of the Permian period, the landscape was a nearly level peneplain. The Precambrian rock was again buried by sediments during the Triassic and Jurassic Periods, leaving an unconformity representing over 300 million years, or the entire Paleozoic sequence, between the Precambrian and Triassic rocks. The Mesozoic sediments can be seen now as the Cutler, Moenkopi, Chinle, Kayenta, and Wingate sandstones of the Triassic Period, and the Entrada and Morrison formations of the Jurassic. Over these layers were deposited the Dakota and Mancos formations of the Cretaceous period. The Plateau was again uplifted later in the Cretaceous period, during the Laramide Orogeny, along with the Rocky Mountains. This began a new period of erosion, which continues today. The last major uplift occurred during the Miocene, when the entire Colorado Plateau was elevated. Soils on the plateau tend to be shallow and well drained.

The foothills and mesas at the base of the San Juans and the Uncompahgre Plateau have proved to be some of the most hospitable lands for humans in the area, and have been heavily used for residential development, cattle and sheep grazing. There is little actual cropland in the area. Present population growth in the area is concentrated in this zone.

Ownership of the land within the study area is a mixture of private lands and public lands managed by the U. S. Forest Service (Uncompahgre National Forest and Manti-La Sal National Forest) or the U. S. Bureau of Land Management (Uncompahgre Basin Resource Area and San Juan Resource Area) . (Figure 5.) In addition there is a small amount of Colorado State land. In San Miguel County, land ownership is approximately 40% BLM, 37% private, 17% National Forest, and 6% state, including state land board sections and state wildlife areas. In western Montrose County, ownership is approximately 52% BLM, 28% National Forest, 20% private, and less than 1% state. Private lands are concentrated in the valley bottoms and on mid-elevation mesas. BLM lands are primarily in the western canyon country and the lower slopes of the Uncompahgre Plateau, while National Forest lands tend to occupy the higher elevation forests and alpine zones of the Uncompahgre Plateau and San Juan Mountains. BLM lands are used primarily for grazing, while National Forest lands are a source of timber as well as grazing lands. Uranium mining was predominant on BLM lands in the western part of the area, while gold and silver mining was concentrated on National Forest and private mining claims within the forest at the higher elevations. All public lands have seen an increase in recreational use in recent years, and management goals reflect this trend.

25

**Figure 5. Land ownership in San Miguel and western Montrose counties.** (Land status from Colorado Division of Wildlife Habitat Resources Section, 1998. Scale 1:100,000.)



26

**Vegetation**

Vegetation can be broadly divided into two major types: riparian and upland. Riparian vegetation includes all of the plants along rivers, streams or other bodies of water that are influenced by the presence of that water. Riparian and wetland vegetation occurs at all elevations in the study area.

The upland vegetation of San Miguel and western Montrose counties can be classified into nine major zones, which tend to follow elevational gradients. Each zone grades into the next, and micro-habitats influence what kinds of plants can grow in a given location. For instance, at the same elevation, north and south facing slopes may have very different plant communities. Concave slopes, where moisture accumulates can support plant communities that require more water than those that grow on convex slopes. Within each zone, variations may also be dependent on soil chemistry, texture and depth. We use the following groupings to describe the vegetation in this study area.

**I. Riparian zones and wetlands** of the major rivers and their tributaries

**II. Upland vegetation:**
    **Agricultural lands**
    **Semi-desert shrublands** (Shadscale, Four-wing saltbush, Greasewood)
    **Sagebrush shrublands** (Big sage, Mountain big sage, Black sage, Silver sage)
    **Pinyon-Juniper woodlands** (Pinyon pine, Utah juniper)
    **Mountain shrublands** (Gambel's oak, Mountain mahogany, Serviceberry, Manzanita)
    **Ponderosa pine forests**
    **Aspen forests**
    **Subalpine forests** (Engelmann spruce, Subalpine fir)
    **Alpine** (meadows and tundra communities above timberline)

(Note that throughout this document we will refer to plants and animals by their common names. Scientific names are given in the Appendix).

**Figure 6. Vegetation types of San Miguel and western Montrose counties**
**(simplified from Colorado Division of Wildlife, Habitat Resources Section, 1998. 1:100,000.**



BLM_0056798

Within each of these zones we can identify a number of recognized plant communities or plant associations, that are named according to their (usually two) dominant species. For example, a common riparian plant community on the San Miguel River is Narrowleaf cottonwood-Blue spruce/Thinleaf alder (*Populus angustifolia-Picea pungens/Alnus incana*). It can also be referred to by the more general term "Montane riparian forests". The communities that are tracked by CNHP and were identified in San Miguel and western Montrose counties are listed in Table 4.

In addition to rare plant communities, we record excellent quality examples, or at least one representative per county, of the more common plant communities found there.



Figure 7. Hanging garden community in Dolores Canyon

28

BLM_0056799

**Table 4.   Plant communities of San Miguel and western Montrose counties.**

| Common Name | Scientific Name | G rank | S rank |
|---|---|---|---|
| Alkali sacaton (Great Plains salt meadows) | *Sporobolus airoides* | G3Q | S3 |
| Aspen/Red osier dogwood (Aspen forests) | *Populus tremuloides/Cornus sericea* | G4 | S2 |
| Aspen/Tall forb (Aspen forests) | *Populus tremuloides/tall forb* | G5 | S5 |
| Barren ground willow/Mesic forb (Alpine willow scrub) | *Salix brachycarpa/mesic forb* | G4 | S4 |
| Beaked sedge (Montane wet meadows) | *Carex utriculata* | G5 | S4 |
| Blue grama/Galleta (Shortgrass prairie) | *Bouteloua gracilis-Hilaria jamesii* | G2G4 | SU |
| Blue spruce/Red osier dogwood (Montane riparian forest) | *Picea pungens/Cornus sericea* | G4 | S2 |
| Blue spruce/Thinleaf alder (Montane riparian forest) | *Picea pungens/Alnus incana* | G3 | S3 |
| Box elder/River birch | *Acer negundo/Betula occidentalis* | G1G2 | S1 |
| Box elder-rocky mountain juniper/Coyote willow | *Acer negundo-Juniperus scopulorum/Salix exigua* | GU | SU |
| Colorado pinyon/Needle and thread (Xeric western slope pinyon-juniper woodlands) | *Pinus edulis/Stipa comata* | G2? | S2 |
| Colorado pinyon-Dwarf mountain mahogany (Xeric western slope pinyon-juniper woodlands) | *Juniperus osteosperma/Cercocarpus intricatus* | G? | S? |
| Coyote willow/bare ground (Riparian shrubland) | *Salix exigua/bare ground* | G5 | S5 |
| Coyote willow/Mesic graminoid (Riparian shrubland) | *Salix exigua/mesic graminoid* | G5 | S5 |
| Douglas fir/Red osier dogwood (Lower montane riparian forests) | *Pseudotsuga menziesii/Cornus sericea* | G4 | S2 |
| Douglas fir/Rocky Mountain maple (Lower montane forests) | *Pseudotsuga menziesii/Acer glabrum* | G4? | S1 |
| Drummond's willow/Bluejoint reedgrass (Lower montane willow carrs) | *Salix drummondiana/Calamagrostis canadensis* | G3 | S3 |
| Drummond's willow/Mesic forb (Lower montane willow carrs) | *Salix drummondiana/mesic forb* | G4 | S4 |
| Four-wing saltbush/galleta (Cold desert shrublands) | *Atriplex canescens/Hilaria jamesii* | G3G4 | SU |
| Fremont's cottonwood/Coyote willow (Riparian forest) | *Populus deltoides* ssp. *wislizenii/Salix exigua* | GU | S1S2 |
| Fremont's cottonwood/Skunkbrush (Riparian forest) | *Populus deltoides* ssp. *Wislizenii/Rhus trilobata* | G2 | S2 |
| Galleta (Western Slope grasslands) | *Hilaria jamesii* | G2G4 | S1 |
| Gambel's oak-Rocky Mountain juniper (Riparian woodland) | *Quercus gambellii-Juniperus scopulorum/Rhus trilobata* | GU | SU |
| Geyer's willow-Rocky Mountain willow/Mesic forb (Montane willow carrs) | *Salix geyeriana-Salix monticola/mesic forb* | G3 | S3 |
| Geyer's willow-Rocky Mountain willow/Mesic graminoid (Montane willow carrs) | *Salix geyeriana-Salix monticola/mesic graminoid* | GU | S3 |
| Greasewood/Seablight (Saline bottomland shrublands) | *Sarcobatus vermiculatus/Suaeda moquinii* | GUQ | SU |
| Mancos columbine-Eastwood monkey-flower (Hanging gardens) | *Aquilegia micrantha-Mimulus eastwoodiae* | G2G3 | S2S3 |
| Narrowleaf cottonwood/Red osier dogwood (Montane riparian forest) | *Populus angustifolia/Cornus sericea* | G4 | S3 |
| Narrowleaf cottonwood/River birch (Montane riparian forest) | *Populus angustifolia/Betula occidentalis* | G3 | S3? |
| Narrowleaf cottonwood/Skunkbrush (Riparian | *Populus angustifolia/Rhus trilobata* | G3 | S3 |

BLM_0056800

| forest) | | | |
|---|---|---|---|
| Narrowleaf cottonwood/Thinleaf alder (Montane riparian forest) | *Populus angustifolia/Alnus incana* | G3? | S3 |
| Narrowleaf cottonwood-Blue spruce/Thinleaf alder (Montane riparian forests) | *Populus angustifolia-Picea pungens/Alnus incana* | G3 | S3 |
| Needle and thread (Great Basin herbaceous vegetation) | *Stipa comata* Great Basin herbaceous vegetation | G2G4 | SU |
| New Mexico privet (Foothills riparian shrubland) | *Forestiera pubescens* | G1G2 | S1 |
| Planeleaf willow/Marsh marigold (Subalpine willow carrs) | *Salix planifolia/Caltha leptosepala* | G4 | S4 |
| Planeleaf willow/Water sedge (Subalpine willow carrs) | *Salix planifolia/Carex aquatilis* | G5 | S4 |
| Ponderosa pine/Gambel's oak (foothills woodland) | *Pinus ponderosa/Quercus gambelii* | G5 | S4 |
| Ponderosa pine/Greenleaf manzanita (Western slope woodlands) | *Pinus ponderosa/Arctostaphylos patula* | G5 | S1 |
| River birch/Mesic graminoid (Lower montane riparian shrublands) | *Betula occidentalis/mesic graminoid* | G3 | S2 |
| Shadscale/galleta (Cold desert shrublands) | *Atriplex confertifolia/Hilaria jamesii* | G3G5 | S2? |
| Shadscale/Salina wild rye (Cold desert shrublands) | *Atriplex confertifolia/Leymus salinus* | G3G5 | S3 |
| Silver buffaloberry (Foothills riparian shrublands) | *Shepherdia argentea* | G3G4 | S1 |
| Silver sagebrush/Thurber fescue (Western Slope sagebrush shrublands) | *Artemisia cana/Festuca thurberi* | G2G3 | S2S3 |
| Skunkbrush/Coyote willow (Riparian shrubland) | *Rhus trilobata/Salix exigua* | G2 | S2 |
| Subalpine fir-Engelmann spruce/chiming bells (Montane riparian forests) | *Abies lasiocarpa-Picea engelmannii/Mertensia ciliata* | G5 | S5 |
| Thinleaf alder/Mesic graminoid (Montane riparian shrublands) | *Alnus incana/mesic graminoid* | G3 | S3 |
| Thurber fescue-White peavine (Montane grassland) | *Festuca thurberi-Lathyrus leucanthus* | G4 | S4 |
| Utah juniper/Salina wild rye (Mesic Western Slope pinyon-juniper woodlands) | *Juniperus osteosperma/Leymus salinus* | G1Q | SU |
| Utah juniper-Utah serviceberry (Mesic Western Slope pinyon-juniper woodlands) | *Juniperus osteosperma/Amelanchier utahensis* | GU | SU |
| Water sedge (Montane wet meadows) | *Carex aquatilis* | G5 | S4 |

**Riparian and Wetland Vegetation**

The riparian zones of the San Miguel and Dolores rivers and their tributaries are of extreme importance, although the actual area that they cover is small. It has been estimated that only 1 to 2% of the land area of Colorado is covered by riparian or wetland vegetation, but that 75-80% of wildlife depend on these areas for all, or at least part, of their life cycle. The riparian zone in San Miguel and western Montrose counties is the most highly used and altered by humans. The river valleys have traditionally been used for agriculture, transportation, and residences. Most of the roads in San Miguel County were built along the San Miguel River and its major tributary streams.

The headwaters of the San Miguel River above timberline support low willow and sedge communities dominated by barrenground or planeleaf willows. Common graminoids in the high country are water sedge, beaked sedge and tufted hairgrass. In

30

BLM_0056801

addition, there is often an abundance of colorful herbaceous plants such as marsh marigold, Parry's primrose, Indian paintbrush, King's crown, Rose crown, chiming bells, triangle leaf groundsel, and buttercups.

As the river passes through the subalpine and montane zones, the taller Rocky Mountain, Drummond's or Geyer's willows replace the low willows. Blue spruce, Engelmann spruce and subalpine fir are major tree species, growing with an understory of red osier dogwood, willows, or thinleaf alder. Smaller tributary streams and wetlands often have a combination of bittercress, cowbane, triangle leaf groundsel and chiming bells. The tributaries of the San Miguel River and their associated waterfalls located within the subalpine and montane zone support colonies of Black Swifts. Also within the montane zone along the San Miguel in areas such as the Middle San Miguel PCA there are likely spots for the brimstone clubtail. The tributaries of the San Miguel within this zone also support the last remaining populations of Colorado River cutthroat trout in the San Miguel Basin.

Aspen and Rocky Mountain juniper at the upper montane give way to narrowleaf cottonwood and blue spruce as the river moves downstream. Along the Middle San Miguel Canyon, a great diversity of trees and shrubs share the riparian zone. In addition to cottonwood and spruce, there are Douglas fir, ponderosa pine, box elder, river birch, thinleaf alder, red osier dogwood, skunkbrush, Rocky Mountain juniper, wild rose, twinberry honeysuckle, snowberry, serviceberry, Rocky Mountain willow, silver buffaloberry, Gambel's oak, coyote willow, and numerous grasses, forbs and sedges. Common graminoid species in this area are horsetails, Baltic rush, water sedge, beaked sedge, swordleaf rush, and scouring rush. Herbaceous plants include false solomonseal, coneflower, cow parsnip, willow-herb, bog orchids, field mint, and osha. A transitional zone between the riparian vegetation and the upland pinyon-juniper zone often supports a community of Gambel's oak, Rocky Mountain juniper, big sagebrush, and skunkbrush.

In the lower reaches of the San Miguel near Uravan, the broad-leaved Fremont's cottonwood appears along with the narrowleaf cottonwood, and hybrids of the two are common. New Mexico privet, skunkbrush and coyote willow are the most common native shrub species. At this elevation, invasion by the exotic tamarisk becomes a problem.

The plant community New Mexico privet is known only from the Four Corners area, and is considered to be globally imperiled. Further research may determine that the community is more widespread than has been documented at this time. Based on the range of distribution of New Mexico privet, it is likely to occur in the Mojave and Sonoran deserts of southern California, east across southern Nevada, southeastern Utah, and northern Arizona to New Mexico. It may also extend into Oklahoma and Texas and south to Baja California and Chihuahua, Mexico.

Another critically imperiled community is the Box elder/river birch riparian forest found only along La Sal Creek. This community was identified by CNHP riparian ecologists in 1991 (Kittel and Lederer 1991), and despite expectations of finding more examples, none has been recorded. It has been verbally reported from Utah, but not documented.

The specific plant community found in any one location may be the result of hydrological processes of the river, substrate, and natural succession. For instance, newly created sandbars are usually colonized first by coyote willow, which build soil, allowing the establishment of narrowleaf cottonwood. Narrowleaf cottonwoods may also be the

31

BLM_0056802

pioneer species on gravel bars.  As the cottonwoods mature and die, and the banks collapse, the stage is set for bank erosion and changes in the stream channel, and colonization of new sand and gravel bars.  The result is a mosaic of plant communities representing different successional stages.  Human impacts such as channelization of the streambed or damming the stream can interrupt this process of deposition and erosion, and prevent the renewal of riparian ecosystems.

The San Miguel River is one of the last remaining rivers in Colorado with no major dams or diversions.  In some areas it has been channelized and constricted by the highway.  However, it has largely retained its ability to function naturally, with seasonal flooding and changes in the channel that allow for natural succession.

The Dolores River riparian zone in San Miguel and western Montrose counties resembles that of the lower reaches of the San Miguel.  Impoundment of the Dolores River at McPhee Reservoir has altered the hydrology of the river, encouraging the spread of tamarisk.  However, the roadless, deep canyon section of the Dolores between Slick Rock and La Sal Creek is surprisingly free of tamarisk.  The typical shoreline vegetation here consists of a mixture of coyote willow, giant reed, New Mexico privet, wild rose, red osier dogwood and skunkbrush.  There are occasional cottonwoods and box elders, but there is little room in the narrow canyon for floodplains that would support riparian woodlands.

Deep canyons of the tributaries of the Dolores like Coyote Wash and Bull Canyon often support a luxuriant growth of box elder, hackberry, skunkbrush, Rocky Mountain juniper, poison ivy, Baltic rush, bulrushes, and giant reed.

A small but important community found in the canyons, is the "hanging garden" (Figure 7).  This occurs in moist crevices, alcoves and ledges of sandstone cliffs.  Moisture from precipitation or melting snow on the mesa top percolates through porous layers until it reaches an impermeable layer, and then moves horizontally to emerge as trickles or seeps through fissures in the rock.  Soil is gradually built up through erosion and wind deposition, supporting some uncommon plants such as the Kachina daisy, Eastwood monkey-flower, southern maidenhair fern, helleborine orchid and Mancos columbine.

There are few natural ponds or lakes in the area.  Lentic wetlands in the lower elevations are mostly confined to reservoirs and seasonal stock ponds, most of which have little native riparian vegetation.  Instead, they provide an opportunity for invasion of weedy species; in fact, some of the most common plants around stock ponds are Russian knapweed, Canada thistle, cockleburs, tumble mustard and tamarisk.

The mainstem of the Dolores River below McPhee Reservoir to the confluence of the Colorado and Dolores rivers contains populations of both flannelmouth suckers and roundtail chubs.  The Dolores River, its canyons, and associated side canyons support populations of canyon treefrogs and tree lizards, and the riparian plant communities along the river support populations of the Yuma skipper and plateau striped whiptail.  Peregrine Falcons nest along the canyon cliffs of the river and pale lump-nosed bats forage along the river and its tributaries and roost within the mines and rocks of the canyon walls.

BLM_0056803

**Agricultural Lands**

Agricultural lands are concentrated in three main areas (Figure 8). Irrigated lands are located on the mesas above the San Miguel River in the Norwood, Naturita and Nucla area, and in Paradox Valley. Dryland agriculture occupies the southwestern corner of San Miguel County in the Egnar area. Most of the cultivated land produces hay for winter feed for livestock. Natural vegetation of the agricultural land would be primarily sagebrush and pinyon-juniper.



Figure 8. Distribution of Agricultural Lands.

**Semi-desert Shrublands**

The semi-desert shrubland communities are found in lower elevations, particularly in the salt valleys of Dry Creek, Paradox, Big Gypsum Valley, Little Gypsum Valley, and Disappointment Valley (Figure 9). This is the edge of the range of a vegetation type, which is most common and widespread in the Great Basin and southeastern Utah.

Members of the Goosefoot Family, including shadscale, four-wing saltbush and greasewood usually dominate the community types found in this zone. Also known as "cool desert," "semi-desert," "salt desert," and "Upper Sonoran Zone," it occurs in climates with hot summers, cold winters, and low precipitation which falls mostly as



Figure 9. Distribution of Semi-desert shrublands.

winter snow and summer thunderstorms (Mutel and Emerick 1992). Soils are fine textured with slow infiltration rates, derived from highly saline shales (Knight 1994). In this area, it is found on soils derived from Mancos Shale.

Many of the plants in this vegetation type have evolved special adaptations suiting them to survive drought and saline soils; for example, succulence in cacti, and salt tolerance and reduced leaf area in shadscale, four-wing saltbush, and tamarisk. Unlike sagebrush, many of these shrubs will sprout after disturbance.

Greasewood can be found in nearly pure stands on alkaline soils with a consistently high water table (Mutel and Emerick 1992). In drier areas, greasewood is often mixed with big sagebrush, shadscale, four-wing saltbush, rabbitbrush, snakeweed and winterfat. Greasewood communities seem to be especially susceptible to weeds in the understory, especially cheatgrass. A good quality occurrence of the plant association Greasewood/Seablight (G2G3 S2S3) such as

33

BLM_0056804

the one in Disappointment Valley PCA is noteworthy. Other areas where we noted large occurrences of greasewood were Little Gypsum Valley, on the west side of the Dolores River, where it was accompanied by snakeweed, four-wing saltbush, rabbitbrush, galleta and Russian knapweed; Silvey's Pocket, where it was mixed with big sagebrush, galleta and six-weeks fescue; and Dry Creek Basin, where the understory was mainly cheatgrass. Other species that often occur with greasewood are scarlet globemallow and prickly pear cactus.

Four-wing saltbush is one of the most adaptable and widespread western shrubs, growing in a wide variety of arid environments. It usually occurs on less alkaline, better drained soils than shadscale or greasewood. Although it is widely distributed as a minor component of the plant communities in our area, it may also be the dominant species, associated with galleta, Indian ricegrass and blue grama. Again, cheatgrass is often a major invader of this community. We recorded a good quality occurrence of the plant association Four-wing saltbush/galleta (G3G4 SU) in the East Paradox Creek PCA, north of the highway, below the pinyon-juniper zone. Other plants in this community were scarlet globemallow, snakeweed, prickly pear cactus, blue grama and cheatgrass.

Shadscale is the third common dominant shrub in the semi-desert shrubland zone. In undisturbed sites, it occurs with galleta or, usually on north facing slopes, with Salina wild rye. The occurrence of the Shadscale/galleta community that is included in the Disappointment Valley PCA was in better condition than most. Other areas surveyed in Disappointment Valley had little grass, or more blue grama than galleta. Common associated species were low rabbitbrush and snakeweed. The Shadscale/Salina wild rye community in Disappointment Valley was found to be in only fair condition. Shadscale dominated communities can also be found in Paradox Valley, Hieroglyphic Canyon (Clements, personal communication 1999), and Dry Creek Basin.

Effects of heavy grazing in the semi-desert shrubland zone usually will result in a decrease of the more palatable species such as fourwing saltbush, winterfat, and native grasses, along with an increase in unpalatable species like rabbitbrush, shadscale and Russian thistle. Disturbances will encourage the invasion of cheatgrass and Russian knapweed.

The weak-stemmed mariposa lily was found in semi-desert shrublands. This vegetation type is used as foraging habitat by pale lump-nosed bats, spotted bats, and is home to plateau striped whiptails and midget faded rattlesnakes. These areas are also frequented by Gray Vireos and Short-eared Owls.

**Sagebrush Shrublands**

Sagebrush occupies areas that are better drained and aerated than the semi-desert shrubland habitat discussed above. It occurs mixed with salt tolerant shrubs in transitional areas in the valleys, and forms pure stands where the soils are less alkaline. It is abundant in the higher valleys and on mesas in the western part of San Miguel and Montrose counties (Figures 10, 11.). It is often a major component of pinyon-juniper communities, and frequently occurs with oak, ponderosa pine, and aspen.

Four common types of woody sagebrush, and one state rare species, are found in the study area. All four common species have a wide ecological range, and there is much overlap between their ranges. However, each has some habitat preferences. Black sage

34

grows in very dry areas in the valleys, on alkaline soils, and in shallow sandy soils or on windswept ridges in the pinyon-juniper zone. It often assumes a very compact, cushion like form. Big sagebrush, the tallest of the species, occupies deep soils in the valleys. It is found in moist ravines and on roadsides where runoff collects. In Maverick Draw, near Nucla, it reaches a height of over ten feet, and a trunk diameter of eight inches.

It is common in the riparian zone of the Dolores River, mixed with New Mexico privet, skunkbrush, rabbitbrush, and coyote willow. Mountain big sage is the most abundant species in our area. It occupies higher, cooler sites, on shallower and drier soils. It is the dominant species in large areas, and also the most common sagebrush species in the pinyon-juniper zone. Silver sage is found at the higher elevation zones of ponderosa pine and aspen, on Horsefly, Dallas Divide and Iron Springs Mesa, and is included in the discussion of mountain shrublands.

A dwarf species of sagebrush, Pygmy sagebrush, is rare in Colorado. It was found in Dry Creek Basin, in a site dominated by black sage. It appears to be the most drought tolerant of all the sagebrushes, growing in slightly elevated and better drained microsites than the black sagebrush. In Utah, this species is known to grow in "peculiar edaphic situations" on clay and other soils, and is often a component of communities that support rare plant species (Welsh 1993).

Sagebrush is intolerant of fire, and will not sprout from roots after a disturbance, as many shrubs do. It has been mechanically removed in some areas to increase forage production for livestock. Unfortunately, this sometimes results in a decrease of desirable grasses and forbs, and invasion by exotic weeds such as cheatgrass and Russian knapweed.

Common associates of sagebrush are snakeweed, rabbitbrush, galleta, western wheatgrass, blue grama, needle and thread, muttongrass, Indian rice grass, Indian paintbrush, hairy golden aster, rough-seed cat's-eye, many-lobed groundsel, scarlet



Figure 10. Distribution of Sagebrush shrublands.

globemallow, sand aster, actinea, and several milkvetches. The most common weedy invader is cheatgrass. Crested wheatgrass has been planted in many sagebrush sites. Twenty to 40 years ago, many sagebrush sites were 'treated' by chaining, disking, burning, or spraying to reduce shrub cover and increase forage for livestock. These areas were usually planted with non-native crested wheatgrass.

Large areas of sagebrush, with a good mixture of grasses and forbs, are essential for the survival of the Gunnison Sage Grouse. Heavy grazing tends to increase the sagebrush cover and decrease perennial bunch grasses. Shrubs such as rabbitbrush and snakeweed will increase, and cheat grass and other annual weeds may invade (USDA 1972)

Large expanses of sagebrush occupy the mesas such as Wild Steer Mesa, Monogram Mesa, Mailbox Park, Miramonte Reservoir, Hamilton Mesa, and valleys of Dry Creek Basin, Disappointment Valley, Paradox Valley and Bull Canyon. Two rare plant species, the pygmy sagebrush and Parish's alkali-grass were found in this

BLM_0056806

vegetation type.  Sagebrush shrublands support nesting populations of Gunnison Sage Grouse and Sage Sparrows.  The sagebrush ecosystem is represented in the PCAs Beaver Mesa, Dry Creek Basin, and Miramonte Reservoir.



Figure 11.  Sagebrush shrublands in valley floor, Bull Canyon, San Miguel County.  Pinyon-juniper woodlands on canyonsides.

**Pinyon-juniper Woodlands**

Pinyon-juniper woodlands are a common vegetation type in San Miguel and western Montrose counties, occupying large areas on the canyonsides and mesas in the west, the slopes of the Uncompahgre Plateau, and the foothills of the San Juans  (Figures 11, 12.).  Pinyon-juniper woodlands are found from 4,500 to 9,000 feet, most commonly between 5,000 and 7,000 feet.  At higher elevations they occur on south and west facing slopes.

The trees in this zone are typically short and widely spaced, with an understory ranging from almost barren to a diverse mixture of shrubs, forbs and grass. Soils are usually coarse, sandy, and shallow, with low fertility. With increased moisture the canopy can become more dense, with a resulting decrease in understory vegetation.  The pinyon-juniper type is widespread throughout the western United States, with different species of pinyon pine and juniper in different areas.  The species found in western Colorado are the Colorado pinyon (*Pinus edulis*) and Utah juniper (*Juniperus osteosperma*), with Rocky Mountain juniper (*Juniperus scopulorum*) occurring mostly in relatively mesic sites.  In most of the region pinyon pine and juniper are co-dominant.  However, of the two tree species, pinyon is more tolerant of cold, and juniper more tolerant of drought (Mutel and Emerick 1992). Juniper therefore occurs at lower elevations, where it is often mixed with sagebrush and desert shrubs, while pinyon is found at the higher elevations, where it gradually gives way to Gambel's oak and ponderosa pine.  Pinyon-juniper sites are usually warm and dry, with a mean annual temperature between $45^0$ and $55^0$ F., annual

36

BLM_0056807

precipitation between 10 and 20 inches, and at least 80 frost free days (Mutel and Emerick 1992).

The shrub understory of the pinyon-juniper zone depends on site characteristics such as slope, aspect, and disturbance history.  Shrubs may include saltbushes and other species discussed above under the semi-desert shrub vegetation type at the lower elevations; sagebrush (probably the most common associate); and mountain mahogany, Gambel's oak, serviceberry, snowberry, and other shrubs discussed below under the mountain shrubland vegetation type, at the higher elevations.  The herbaceous understory is often sparse, especially where grazed by cattle.  Typical native grasses are needle and thread, Indian rice grass, blue grama, galleta, Sandburg bluegrass, and bottlebrush squirreltail.  Cheatgrass is the most frequent non-native invader.  Common forbs are hairy golden aster, twin bladderpod, roughseed cat's-eye, and scarlet globemallow.

Succession after disturbance such as fire in the pinyon-juniper zone progresses from annual grasses to perennial grasses, shrubs, and finally pinyon and juniper.  It may take 300 years to re-establish a pinyon-juniper woodland.  This leads to a mosaic of different successional stages on the landscape.  Openings in the pinyon-juniper woodlands in western Colorado may be sagebrush or grassland patches consisting of the native bunchgrasses mentioned above.  The plant community "Needle and thread Great Basin herbaceous vegetation" is frequent non-native in the western part of the study area.  Often the patches are small, and the quality variable, with high quality bunchgrass patches adjacent to patches dominated by cheatgrass.  Some of the best quality sites that have been documented were located in a BLM study in 1980 using helicopters, and were found on benches and isolated mesas that are inaccessible to both livestock and researchers on foot.

Plant communities recorded in the pinyon-juniper zone of San Miguel and western Montrose counties are <u>Pinyon pine/Needle and thread</u>; <u>Pinyon pine/dwarf mountain mahogany</u>; <u>Utah juniper-Utah serviceberry</u>; <u>Utah juniper/Salina wildrye</u>; and <u>Needle and thread Great Basin herbaceous vegetation</u>.

Riparian areas in the pinyon-juniper zone of the San Miguel River are often dominated by narrowleaf cottonwood with an understory of coyote willow or skunkbrush.  In the Dolores River drainage, riparian areas are more often New Mexico privet, coyote willow, and skunkbrush, with cottonwoods less frequent.  In both drainages, tamarisk has invaded.  Hanging gardens, previously discussed, occur primarily in the pinyon-juniper zone.

Rare plant species found in the pinyon-juniper zone were the five species of milkvetch, two species of penstemon, Payson lupine, and Paradox breadroot.

Gray Vireos nest within the pinyon-juniper zone and a pair was observed during the survey.  Other rare animals visiting pinyon-juniper communities include Lewis's



Figure 12.  Distribution of pinyon-juniper woodlands

37

BLM_0056808

Woodpecker, tree lizards, and plateau striped whiptails. Midget faded rattlesnakes live in the pinyon-juniper zone and pale lump-nosed bats, spotted bats, and Peregrine Falcons forage extensively within this habitat.

**Mountain shrublands**

Mountain shrublands extend into the pinyon-juniper zone below, and upward into the montane forests with mixed conifers and aspen (Figure 13). They occur on hillsides, upland benches, and well-drained lowlands, with fifteen to twenty-seven inches of precipitation per year (Johnston 1987). Mountain shrublands are most common between 7,000 and 9,000 feet elevation. They are widespread in central and western Colorado and Utah, reaching their northern limit in south central Wyoming (Knight 1994). In the San Miguel Basin, this common type is often a seral stage where the climax vegetation would be a pinyon pine woodland or montane forest of ponderosa pine or Douglas fir. In the absence of the tree cover, it forms dense thickets covering large areas, or smaller islands in a mosaic with sagebrush or grasslands.

Gambel's oak is the most abundant shrub, next to sagebrush, in the San Miguel Basin. It may be associated with other shrubs such as Utah serviceberry, snowberry and mountain mahogany and trees such as ponderosa pine, Douglas fir and Rocky Mountain juniper. Gambel's oak also occupies a transitional zone between riparian and upland communities, where it may reach tree size.

Gambel's oak is a clonal species, and may live to be very old. Stands in Utah exceed 4000 years of age (Mutel and Emerick 1992). It is an important invader after fire. In disturbed ponderosa pine forests, it may prevent the re-establishment of pine. Erdman (1970) found that in Mesa Verde, oak and the other mountain shrubs became established in only a few years after a fire, and remained dominant for one hundred years before being replaced by pinyon and juniper.

Gambel's oak is a major component of the vegetation of the Uncompahgre Plateau (Figure 14). On cool north-facing hillsides such as above Clay Creek, and McKenzie Creek, it occurs with Douglas fir, Rocky Mountain juniper, mountain



mahogany, mountain lover, snowberry, Oregon grape, and elk sedge. The opposite, south-facing sides of the same canyons have dry pinyon-juniper woodlands. In drier sites, it is associated with pinyon pine and ponderosa pine. Common associated plants are sagebrush, squaw apple, Fendler's ceanothus, lupines, pussytoes, Geyer onion, muttongrass, mules ears, arrowleaf balsamroot, American vetch, spreading fleabane, Nuttall's larkspur, longleaf phlox, mountain parsley, scarlet gilia, single stemmed butterweed, bastard toadflax, yarrow, and Wyoming paintbrush, hairy

Figure13. Distribution of mountain shrublands.

golden aster, sulphur buckwheat (Lyon 1995). Figure 13 shows the distribution of lands dominated by Gambel's oak in the San Miguel Basin. However, the extent of oak is much greater when the areas mapped as ponderosa pine or Douglas fir, but having abundant oak in the understory are included.

38

Two other notable mountain shrubland communities, which are less common in Colorado, occur in the region. Along the west-side of the Uncompahgre Plateau, at about 8,000 feet, are hundreds of acres dominated by greenleaf manzanita. Most of this community is in Mesa County, but it extends into Montrose County. Manzanita is also found as an understory in ponderosa pine forest in the far northwest part of the study area around Buckeye Reservoir, and on the Uncompahgre Plateau. This community, Ponderosa pine/greenleaf manzanita is represented in the Buckeye Reservoir PCA.

Silver sagebrush is the dominant shrub in large open parks on the south side of the Uncompahgre Plateau and in the Dallas Divide area. In unaltered sites, the understory species would include the grasses Thurber fescue and Parry's oatgrass. Much of this area has been grazed for a century, and non-native grasses such as Kentucky bluegrass and increaser herbaceous plants like mule's ears have replaced the native grasses. This community is represented in the Horsefly PCA.

Although many animals such as small rodents, rabbits, and numerous species of songbirds occupy and visit mountain shrublands, the only rare animal frequenting this habitat type in the San Miguel Basin is Lewis's Woodpecker.



Figure 14. Mountain shrub vegetation, Uncompahgre Plateau.

BLM_0056810

**Ponderosa Pine Forests**

Large areas of San Miguel and western Montrose counties are covered with ponderosa pine forests (Figure 15). Douglas fir dominates smaller areas, which is also frequently present in ponderosa pine dominated sites. Other trees that are less frequent in this zone are Rocky Mountain juniper and white fir. Aspen occurs at the same elevations, but will be discussed separately.

Major areas of ponderosa pine are found along the west side of the Uncompahgre Plateau, in the Uncompahgre National Forest lands south of Norwood, the Uncompahgre National Forest southeast of Egnar and west of the Dolores River in southern San Miguel County, and the Manti-La Sal National Forest in the northwest part of Montrose County near Buckeye Reservoir and Carpenter Ridge (Figure 14).

Ponderosa pines are the largest conifers in the Southern Rocky Mountains. They occur both as the dominant trees in forested areas, in mixed conifer stands with Douglas fir, and as scattered individuals in pinyon-juniper and riparian areas. The trees are adapted to withstand drought, with taproots up to 35 feet and lateral roots as long as 100 feet. Their thick, corky bark protects them from the frequent ground fires to which they are adapted. Although scattered trees may occur as low as 5,000 ft., they are mostly found between 7,000 and 8,500 ft. in Colorado. This species is found on dry warm sites with less than 25 in. of annual precipitation, most of which falls as snow. Soils are coarse, shallow, and rocky (Mutel and Emerick 1992).



Figure 15. Distribution of Ponderosa pine and Douglas fir forests.

Few ponderosa pine stands have remained unaltered by humans. Since European settlement the trees have been cut for fuel, mining timbers, and lumber, or cleared for homes and pastures. Much of the ponderosa pine in San Miguel and Montrose counties has been logged. It is estimated that the potential ponderosa pine forest in the study area is only 40 to 45% stocked. Much of the area has been converted to Gambel's oak (USDA 1972).

Large areas of ponderosa pine forest have also been killed by the mountain pine beetle. In their natural state, ponderosa pine landscapes are open and park-like, with widely spaced trees and a rich understory of native grasses. Removal of grass by grazing reduces fire frequency. Grazing may also increase tree density by removing competition for seedlings. The result is a more closed canopy, with dense stands of weaker trees. Because these trees do not get adequate sun and nutrients, they are unable to produce enough resins, and are susceptible to beetle infestation (Mutel and Emerick 1992).

The understory in ponderosa pine forest depends on the density of trees and available moisture. Gambel's oak is the most common understory species. Other shrubs include the same as those that are associated with the oak, including Utah serviceberry, snowberry, Oregon grape, mountain lover, and mountain mahogany. In addition, shrubby cinquefoil, wild rose, common juniper, kinnikinnick, and Fendler's ceanothus are often associated with the pine. In some rocky sites with very shallow soils, greenleaf

40

BLM_0056811

manzanita replaces the oak.  Common native graminoids in this type are elk sedge, muttongrass, bottlebrush squirreltail, and June grass.  The exotic species Kentucky bluegrass and cheatgrass are also common invaders of ponderosa pine forests. Herbaceous species include pussytoes, mules ears, arrowleaf balsamroot, lupines, cinquefoil, Richardson's geranium, spreading fleabane, yarrow, death camas, northern bedstraw, actinea, fineleaf hymenopappus, white peavine and American vetch.

The Ponderosa pine/Gambel's oak and the Ponderosa pine/greenleaf manzanita plant communities are both included in the Buckeye Reservoir PCA.

Douglas fir is found in cooler and more mesic sites within the ponderosa pine zone, and extends to somewhat higher elevations.  It typically occurs in patches on north-facing slopes, in draws, and in riparian areas.  Douglas fir, like ponderosa pine, has thick bark, which has adapted it to survive fire.  Mature stands have an open structure, maintained by fire.  When dense, it is susceptible to spruce budworm and Douglas fir bark beetle.  It is cold tolerant and can perform photosynthesis even under snow (Mutel and Emerick 1992).

The understory in Douglas fir stands tends to be more sparse than in the ponderosa pine forest, but less so than in spruce-fir.  Most of the species associated with Douglas fir are also found with ponderosa pine, oak, or spruce.  The shade and thick litter of dense stands encourage shrubs such as Oregon grape, Rocky Mountain maple, and mountain lover.   Common herbaceous plants that were found with Douglas fir were elk sedge, mountain parsley, white peavine, starry false solomonseal, meadowrue, and Kentucky bluegrass.

The ponds, fens, and swamps of the ponderosa pine woodlands support  populations of northern leopard frogs in the San Miguel Basin.  A pair of Lewis's Woodpeckers was observed nesting in a ponderosa pine snag in this habitat type.  Also, spotted bats frequent ponderosa pine woodlands during their breeding season, Peregrine Falcons forage here, and midget faded rattlesnakes occur here.


**Aspen Forests**

Aspen, the only deciduous forest tree in the region, is the most widespread tree in North America.  Although deciduous, aspen is effectively evergreen, because its bark is able to perform photosynthesis, even at freezing temperatures (Knight, personal communication 1994).

Aspen occurs in the San Miguel Basin between elevations of 7,200 and 10,200 feet (Figures 16, 17) .  At lower elevations it is associated with Gambel's oak and ponderosa pine, where it occurs in relatively mesic sites, often in draws with cool air drainage, on north-facing slopes, in riparian zones, or in areas with snowdrifts or seeps.  At upper elevations it may be dominant, or mixed with Engelmann spruce and subalpine fir. Mixed aspen and Engelmann spruce is very common on the Uncompahgre Plateau.

Aspen, like Gambel's oak, is clonal.  Although individual stems live for about 100 years, their root systems can live for 1000 or more years (Peet 1988).  They are able to thrive in sunny places with poor soils.  They are thus adapted for colonizing disturbed or burned sites.  The other tree, which is a major colonizer after fire in the Rocky Mountains, lodgepole pine, is conspicuously absent from the San Miguel and Dolores drainages.  Aspen is especially plentiful in sites once heavily disturbed by mining, logging, and grazing.  After disturbance, colonization can be completed within five to ten

41

BLM_0056812

years.  Maximum density is reached in 25 to 50 years, after which shade tolerant species such as Douglas fir and subalpine fir may increase.  Whether or not aspen occurs in some locations as the climax, rather than a seral species, is a matter of some debate.  Presumed climax forests are characterized by large trees, a lush understory, and soil which is loamy, porous, and moist throughout the season (Mutel and Emerick 1992).

Aspen forests are typically even aged.  Because of apical dominance, young shoots usually do not survive under mature trees (Schier *et al.*1985).  Once established, aspen forests are the most species rich of all the vegetation types.  This may be due to the increased fertility and moisture holding capacity of the soil with the addition of the deciduous leaf litter (Peet 1988).  Aspen leaves decompose readily, since they are low in the tannins and resins that retard decomposition in conifer needles (Mutel and Emerick 1992).

Understory species associated with aspen include a diverse mixture of shrubs, grasses and herbs, depending on soils and available moisture.  In drier sites, aspen is often interspersed with patches of grassland, particularly Thurber fescue, and less frequently, on the Uncompahgre Plateau, Parry's oatgrass.  Shrubs that are common in the drier sites include snowberry, serviceberry, Gambel's oak, shrubby cinquefoil, Oregon grape, common juniper, kinnikinnick and wild rose.  Herbaceous species include mountain parsley, lupine, white peavine, American vetch, yarrow, Richardson's geranium, aspen daisy, tall fleabane, sweet cicely, northern bedstraw, blue violet, Canada violet, strawberry, golden banner, and orange sneezeweed.  More mesic aspen stands may have a shrub component of serviceberry, Rocky Mountain maple, and chokecherry.  Very



Figure 16.  Aspen forest with mesic forb understory, Uncompahgre Plateau.



Figure 17.  Distribution of Aspen forests.

42

moist aspen areas, such as the north facing slopes of the San Juans and some parts of the Uncompahgre Plateau have an extremely lush understory of tall herbaceous plants like osha, tall larkspur, meadowrue, Richardson's geranium, bracken fern and cow parsnip. Common graminoids in aspen stands are Thurber fescue, Idaho fescue, Kentucky bluegrass, elk sedge, silvertop sedge and blue wildrye.

Rare plants found in the aspen zone are King's clover, variegated scouring rush, and canyon bog orchid. The majority of Northern Goshawk nests in the San Miguel Basin occur in aspen forests. Boreal owls are the only other rare animal occupying the aspen forests of the Basin.

**Subalpine Forests**

Subalpine forests dominated by Engelmann spruce and subalpine fir cover the upper elevations of the San Miguel Basin to treeline (Figures 18, 19). They are most highly developed above 9,000 feet. The forest typically has a closed canopy, with a sparse understory of shade tolerant species. Interspersed with the forests, and becoming more common at higher elevations, are subalpine meadows or "parks." Globally, the combination of various species of spruce and fir is common, and is characteristic of the taiga biome. It occurs in cold, wet areas with a short growing season. Annual precipitation is from 11.8 to 33.5 inches, with most of it falling as snow (Mutel and Emerick 1992). This ecosystem is important in Colorado for water supply and recreational values.

Soils in the spruce-fir zone are acidic, and often shallow and infertile, due to their recent origin, leaching and the acidic foliage. There is little bacterial activity at the low temperatures of this zone, and much of the carbon in the ecosystem is locked up in humus. Some compensation for this is achieved through mycorrhizal associations, which increase nutrient uptake (Mutel and Emerick 1992).

The shady understory of spruce-fir forests tends to contain few plant species. Typical understory species in the spruce-fir zone in our area are dwarf blueberry, mountain lover, Oregon grape, elk sedge, meadowrue, and sweet cicely. In very deep shade, there are rattlesnake plantain, one-sided wintergreen, and pictureleaf wintergreen.

Mesic forest openings and wet meadows have a greater diversity of species, including tall larkspur, Richardson's geranium, Colorado columbine, elderberry, cow parsnip, bluebells, bittercress, triangle leaf groundsel, marsh marigold, planeleaf and barren-ground willows, and smallwing, water and Northwest Territory, or beaked sedges.



Figure 18. Spruce-fir forest near Lone Cone, San Miguel County.



Figure 19. Distribution of spruce-fir forests.

43

BLM_0056814

Rare plants found in the spruce-fir zone include several species of *Botrychium* (moonwort), Steller's cliff-brake, King's clover, and Altai cottongrass. Important animal species found in the spruce-fir zone include the boreal owl, goshawk, and Colorado River cutthroat trout.

**Alpine**

Alpine communities occur at the highest elevations in the San Juans, surrounding the upper San Miguel River on three sides (Figures 20, 21). Species are so intermixed that it is often difficult to claim dominance for any one. Common alpine species of drier sites in our area include whortleberry, alpine avens, false strawberry, alpine sage, smelowskia, snow willow and arctic willow. Wet, late snowmelt areas are often dominated by marsh marigold with globeflower, Parry's primrose, willow-herb, and buttercups. Watercourses may have a high percent cover of barrenground and planeleaf willows.

Several rare plants occur in the alpine zone: five species of *Draba*, or whitlow-wort, several *Botrychiums*, or moonworts, and Altai chickweed were documented in 1999. Rare animals of the alpine zone include the Brown-capped Rosy Finch and Whitetailed Ptarmigan. Although neither were observed during this survey they both are likely residents of the alpine areas around Telluride. Brown-capped Rosy Finches were observed on the Ouray side of the San Miguel-Ouray county line in the vicinity of Yankee Boy Basin. Ptarmigan are alpine birds of the San Juan Mountains, but are difficult to observe during summer because of their cryptic coloration and secretive nature.

Alpine vegetation is represented in the Imogene Pass, Silver Pick Basin, Lizard Head, Bilk Basin, Greenback Mountain, Ophir Pass, and Savage Basin PCAs.



Figure 20. Alpine vegetation , Lizard Head Wilderness, San Miguel County.



Figure 21. Distribution of alpine vegetation.

44

**Weeds**

Exotic plant invasion is an increasingly serious problem in western Colorado. Weeds tend to take advantage of any disturbance of the soil. Wind, water, animals, people and vehicles disperse their seeds. In some cases, we have planted them intentionally. Once established, they often lack the native competitors, predators, and pathogens that would keep them under control in their native habitat.

Major weeds in our area are: Canada thistle, Russian knapweed, white top, purple loosestrife, oxeye daisy, yellow toadflax, tamarisk, Russian olive, hound's tongue, cheatgrass, burdock, cocklebur, Jim Hill mustard, Russian thistle, perennial pepperweed, cranesbill, and musk thistle.

In addition, there are a number of exotic species that are more generally tolerated, but would not be present in pristine natural communities. These include reed canary grass, yellow sweet clover, Kentucky bluegrass, dandelion, and common pasture grasses such as orchard grass, smooth brome, crested wheatgrass and meadow timothy.

Following are some of our observations of the locations of weeds in San Miguel and western Montrose counties.

Canada thistle is widespread throughout the area. It invades almost anywhere, from the desert to the montane zone, where soils are disturbed and there is sufficient moisture. It is difficult to eradicate because it has underground stems, or rhizomes, which will continue to produce new shoots after the above ground parts of the plant are killed or removed. Digging and hand pulling are rarely effective. In addition, its seeds can remain dormant in the soil for many years. Prevention, by avoiding any unnecessary disturbance of the soil, is the best defense. *Although many people are under the impression that all thistles are bad, it is important to note that there are native thistles that are not aggressive and should not be destroyed.*

Russian knapweed is abundant in disturbed areas, along roads, and in the greasewood flats in Disappointment Valley. It was present along the Dolores River between Slick Rock and Bedrock near frequently used campsites, in Broad Canyon, Mailbox Park, Tuttle Draw, Dry Creek Basin, Slick Rock, and many other locations.

White top can be found in disturbed areas, often invading hayfields and roadsides. We noted it near Mesa Creek, Maverick Draw, and Atkinson Creek. It is a serious contaminant of hayfields in the Redvale and Norwood areas.

Purple loosestrife was recently found in western Montrose County, on both BLM and private lands, and is being aggressively combated by the county weed control department. At present, its extent is estimated at 40 to 50 acres (Grother, personal communication 2000). This tall purple-flowered plant invades wet areas and is potentially a serious threat to wetlands and riparian areas.

Oxeye daisy is becoming a huge problem in the mountain areas from the San Miguel River to Lizard Head Pass. It is found along the South Fork, and in the Mountain Village area. The oxeye daisy is still planted by many people as a "native" wildflower. It originally was established as a garden plant around homesteads, and has escaped to become a rapidly increasing weed. In some areas it has crowded out nearly all vegetation. We have observed the plants now growing in areas like the banks of the San Miguel River downstream from the Norwood bridge, where it was absent as recently as 1994.

45

BLM_0056816

Yellow toadflax, like oxeye daisy, was originally planted as an ornamental, and escaped to become an invasive weed.  It is common along the San Miguel and on the mesas, as well as in the mountains.

Tamarisk is found in riparian areas along the Dolores River, and has moved up the San Miguel River.  It is most abundant on the Dolores River from about La Sal Creek north, and in the broad valleys that the river crosses, such as Big Gypsum, Disappointment and Paradox.   There was less in the steeper parts of the Dolores River Canyon between Slick Rock and Bedrock.  Tamarisk has moved up the San Miguel River as far as the South Fork confluence.  It is being treated along the entire San Miguel with the goal of preventing a serious infestation in the more pristine river areas (Grother, personal communication 2000).  Annual treatment by The Nature Conservancy and volunteers at the San Miguel at Tabeguache Preserve has proved effective.  Trees are cut, and the stumps are painted with a herbicide.  This is an ongoing battle, and this degree of labor-intensive management is probably not feasible in large sites such as the Dolores River Canyon.

Russian olive is less abundant than tamarisk, but occupies similar riparian habitats.  It is common in the Nucla area.

Hound's tongue is widespread and abundant at higher elevations, particularly in the montane zone.  We found it on the south side of the Uncompahgre Plateau.  It is present in both San Miguel and Dolores counties above Miramonte Reservoir on the Dolores/Norwood road, and is currently being treated by the two counties together.

Cheatgrass is found in the semi-desert shrublands, sagebrush shrublands, pinyon-juniper and mountain shrubland zones, wherever there has been disturbance such as fire or heavy grazing.  It is extremely difficult to eliminate, once it has invaded an area.  Cheatgrass is an annual grass and is able to complete its lifecycle in the spring before the summer dry weather begins.  When dry, it is extremely flammable.  Frequent fires favor cheatgrass by eliminating competing perennial vegetation.  Its seeds survive in the unburned organic material on a site.  Rapid growth and vigorous reproduction assure cheatgrass dominance in postburn stands (FEIS 1999).  Range managers advise grazing early in the season for several years, before the grass sets seed, to keep it under control.  Particularly heavy invasions were found in Bull Canyon, Paradox Valley, Dry Creek Basin, Slick Rock, Disappointment Valley, and Gypsum Gap.

Musk thistle and other invasive biennial thistle, tend to be found in moist areas in the middle elevations.  It was noted along roads on the Uncompahgre Plateau, e.g. Sheep Draw, and in Dry Creek Basin.  At its worst, it can form thickets that are impenetrable to livestock and wildlife.

Burdock is found throughout the area in moist disturbed sites.

Cockleburs were abundant in drying stock ponds in the pinyon-juniper zone.

Species that are commonly planted for pasture or for erosion control are frequent throughout the area.  These include yellow and white sweet clover, orchardgrass, smooth brome, timothy, Kentucky bluegrass, crested wheatgrass, red top, and alfalfa.  These species are especially evident along roads and trails.  They usually are not found in the interior of the forests away from trails.

Kentucky bluegrass is very abundant in moist areas, replacing native grasses.  Although it provides feed, its shallow roots are not as effective in holding soil on stream

46

BLM_0056817

banks as other native species are (FEIS 1996). It is particularly abundant in the montane zone.

    <u>Dandelions</u> are common in the mountains in disturbed and heavily grazed sites. Although not considered a serious problem by many people, they do replace native grasses and forbs. The largest populations were seen on the Uncompahgre Plateau. The west side of Hastings Mesa is heavily infested with dandelions as well.

    <u>Reed canary grass</u> is abundant in wetlands and along most of the rivers and streams at lower elevations. Although it serves to stabilize banks, it is probably replacing native grasses and sedges.

    Some of the most troublesome weeds are listed below by area:
- Dolores River: tamarisk, reed canary grass, Russian knapweed, Canada thistle
- San Miguel River: Canada thistle, Russian knapweed, oxeye daisy, yellow toadflax, Russian olive, tamarisk
- Western Montrose and San Miguel counties sagebrush areas: cheatgrass, Russian knapweed, perennial pepperweed, crested wheatgrass
- Uncompahgre Plateau: oxeye daisy, dandelion, houndstongue, thistles (perennial and biennial)
- San Juan Mountains: hound's tongue, oxeye daisy, yellow toadflax
- Mesa tops: Kentucky bluegrass and other introduced pasture grasses, Canada thistle, whitetop, yellow toadflax
- Naturita-Nucla area: cheatgrass, Russian knapweed, white top, purple loosestrife, tamarisk and Russian olive
- Dry Creek Basin: Russian knapweed, cheatgrass, musk thistle, tamarisk
- Water impoundments (stock ponds) in west end: Russian knapweed, Russian thistle, cocklebur, yellow sweet clover, tamarisk

BLM_0056818

## Rare and Imperiled Plants of San Miguel and Western Montrose Counties

Plants may be rare for a variety of reasons. They may have a narrow geographic range, or be widespread but sparsely distributed, never forming large populations, or have very specific habitat requirements (e.g. specific soil substrates) that are not often met. Any one or a combination of these factors can describe the rarity of a particular plant species. Some plants were never abundant, while others have suffered major declines due to loss of habitat, detrimental land uses, and other causes. Likewise, threats to a rare species vary. For instance, in Hawaii, where 90% of native plants are considered rare, a major threat is displacement by exotic species, whereas near Montrose the narrow geographic range of the clay-loving wild buckwheat is threatened by residential development.

In San Miguel and western Montrose counties, several of the rare plant species are restricted to specific habitats, as well as having very small geographic ranges. The hanging gardens and small seeps in otherwise dry areas that are home to Kachina daisy, Eastwood monkey-flower, and helleborine orchid, are unusual habitats (Figure 7), and these plants may never have been abundant. Some of the alpine species like the San Juan whitlow-grass, are endemic to the San Juan Mountains, while others, like the Altai chickweed are restricted to unusual habitats (scree slopes), but are also found in the Altai region of Siberia.

Much more research is needed to understand all of the reasons for rarity and the ecological needs for most of our rare species. Pollination vectors, seed dispersal mechanisms, relation to soil chemistry, and many other factors remain unknown. Finding the locations of rare plants and assessing their abundance and condition is a prerequisite to further study. This project has contributed to that first step.

Thirty-six plant species that are rare or imperiled, globally or in Colorado, have been documented from San Miguel and western Montrose counties during the last ten years. They are described below, and are included in Potential Conservation Areas (PCAs).

Eight additional species that have been reported from the area were not included in PCAs, because we lack confidence in the records for various reasons: they were reported only once, more than ten years ago; their locations were not precise enough; they are not known to constitute a viable population; or their identification is questionable. These are *Phacelia constancei, Lygodesmia doloresensis, Oreocarya rollinsii, Senecio dimorphophyllus* var. *intermedius, Woodsia neomexicana, Polygala subspinosa* and *Draba rectifructa*. These species may yet prove to be valid constituents of the flora with further research.

Eighty-nine new rare plant occurrences were located during this survey, and were entered into the CNHP database to join the 109 previously documented, making a total of 198 occurrences of rare plants for the area.

Thirteen plant species were recorded in the CNHP database in 1999 for the first time for this study area. They are: the seven species of moonwort, King's clover, Parish's alkali grass, purple cliff-brake, smooth cliff-brake, thick-leaf whitlow-grass, and variegated scouring rush.

The Kachina daisy remains the most rare plant in the area, followed by Payson's lupine, reflected moonwort, pale moonwort, San Juan whitlow-grass, and Parish's alkali grass.

48

BLM_0056819

**Table 5. Rare and Imperiled Plants of San Miguel and western Montrose counties.**

| Common Name | Scientific Name | G rank | S rank |
|---|---|---|---|
| Abajo penstemon | *Penstemon lentus* | G4Q | S2 |
| Altai chickweed | *Stellaria irrigua* | G4? | S2 |
| Altai cottongrass | *Eriophorum altaicum* var. *neogaeum* | G4T? | S3 |
| Arctic draba | *Draba fladnizensis* | G4 | S2S3 |
| Canyon bog-orchid | *Limnorchis ensifolia* | G4G5T3? | S3 |
| Colorado Divide whitlow-grass | *Draba streptobrachia* | G3 | S3 |
| Common moonwort | *Botrychium lunaria* | G5 | S2S3 |
| Eastwood monkey-flower | *Mimulus eastwoodiae* | G3? | S1 |
| Grand Junction milkvetch | *Astragalus linifolius* | G3Q | S3 |
| Helleborine orchid | *Epipactis gigantea* | G4 | S2 |
| Kachina daisy | *Erigeron kachinensis* | G2 | S1 |
| King's clover | *Trifolium kingii* | G4 | S1 |
| Lance-leaved moonwort | *Botrychium lanceolatum* | G5T4 | S2S3 |
| Leathery grape fern | *Botrychium multifidum* ssp. *coulteri* | G5 | S1 |
| Little penstemon | *Penstemon breviculus* | G3Q | S2 |
| Mingan moonwort | *Botrychium minganense* | G4 | S1 |
| Mountain whitlow-grass | *Draba rectifructa* | G3? | S2 |
| Naturita milkvetch | *Astragalus naturitensis* | G3 | S3 |
| Northern moonwort | *Botrychium pinnatum* | G4? | S1 |
| Pale moonwort | *Botrychium pallidum* | G2 | S2 |
| Paradox breadroot | *Pediomelum aromaticum* | G3 | S2 |
| Parish's alkali grass | *Puccinellia parishii* | G2 | S1 |
| Payson lupine | *Lupinus crassus* | G2 | S2 |
| Pygmy sagebrush | *Seriphidium pygmaeum* | G4 | S1 |
| Reflected moonwort | *Botrychium echo* | G2 | S2 |
| San Juan whitlow-grass | *Draba graminea* | G2 | S2 |
| San Rafael milkvetch | *Astragalus rafaelensis* | G3 | S1 |
| Sandstone milkvetch | *Astragalus sesquiflorus* | G3? | S1 |
| Slender rock-brake | *Cryptogramma stelleri* | G5 | S2 |
| Smooth cliff-brake | *Pellaea glabella* ssp. *simplex* | G5T4? | S2 |
| Southern maiden-hair | *Adiantum capillis-veneris* | G5 | S2 |
| Spike pappus grass | *Enneapogon desvauxii* | G5 | S1 |
| Thick-leaf whitlow-grass | *Draba crassa* | G3 | S3 |
| Variegated scouring rush | *Hippochaete variegata* | G5T? | S1 |
| Weak-stemmed mariposa lily | *Calochortus flexuosus* | G4 | S1 |
| Wetherill milkvetch | *Astragalus wetherillii* | G3 | S3 |

49

BLM_0056820

**Abajo penstemon** *Penstemon lentus* **Pennell   G4Q S3**

Abajo penstemon (Figure 22) is a showy, lavender flowered member of the Figwort family (Scrophulariaceae). Its broad, fleshy basal leaves are gray-green, contrasting with the red sandy soils on which it often grows. The plant appears to spread vegetatively, as well as by seed, and we found many basal leaves throughout the summer with no flowering stems. Plants flower in May and June. Some botanists have included this species with Osterhout's penstemon (Weber 1996), but others find that it is distinct, based on its broader leaf shape and geographic separation (Cronquist *et al.* 1984). The habitat of these plants is usually pinyon-juniper woodlands, with mountain mahogany, cliff rose, Mormon tea, or Gambel's oak often present. Elevations range from 5,200 to 7,600 feet. The plants we observed were often growing on eroding soils, and seem to be well adapted to this situation by their long, elastic roots. The species is a Colorado endemic, occurring in southeastern Utah, Arizona and Colorado. In Colorado, it is known from Archuleta, LaPlata, Dolores, Montezuma, San Miguel and Montrose counties. We added seven new occurrences to the 18 that were already documented in Colorado, and have changed its state rank from S2 to S3 as a result of this survey. It is represented in the Slick Rock Hill and Paradox Valley North Potential Conservation Areas, as well as in several locations that did not qualify as PCAs.

**Altai chickweed** *Stellaria irrigua*   **G4?S2**

This tiny plant grows in the most inhospitable habitat imaginable: barren scree slopes high in the mountains. Its flowers, only about a quarter of an inch in diameter, are exquisite when viewed closely (Figure 23). Each of its five petals is cleft to the base, and touches its neighboring petal segment at the tip, forming a five-pointed star. The stamens are opposite and nearly as long as the petals. The leaves are purplish green. The roots are long and elastic, allowing the plants to advance along with the downward creep of the rocks. This plant is found in North America only in Colorado and New Mexico, but is also found in the Altai region of Siberia, where it is also rare. It is one of several plants that share this disjunct distribution, suggesting that the two areas were once connected by habitat suitable to those species. In Colorado, it is known from nine counties in the San Juans and Central Rockies. In this survey, we found the plants on Lone Cone, Greenback Mountain, Imogene Pass, Lizard Head, Ophir Pass, and Silver Pick Basin-- that is, nearly everywhere that we investigated high elevation scree slopes.

**Altai cottongrass** *Eriophorum altaicum* var. *neogaeum*   **G4T?S2**

Altai cottongrass (Figure 25), also known as cottonsedge or bog wool, is a member of the sedge family, Cyperaceae. The plants are rhizomatous, with solitary white fleecy heads on the tops of the stems, and lacking well-developed leaf blades (Weber 1996). A more common, closely related plant, the narrowleaf cottongrass, has multiple heads and leaf blades nearly as long as the stems. Altai cottongrass grows in wet meadows, fens, and around ponds, usually above or at treeline. It is often associated with elephant-head pedicularis, tufted hairgrass, marsh marigold, mosses and sedges. Like the Altai chickweed, it is closely related to plants found in Siberia. In North America, it is found in Montana, Wyoming, Utah and Colorado. The species is represented in ten counties in Colorado. The plants have been recorded in San Miguel County at Bilk Basin and Prospect Basin. Those in Prospect Basin may be threatened by ski area development.

BLM_0056821



Figure 22   Abajo penstemon



Figure 23   Canyon bog orchid



Figure 24   Altai chickweed



Figure 25   Altai cottongrass



Figure 26   Colorado Divide whitlow-grass

51

BLM_0056822

**Canyon bog orchid   *Limnorchis ensifolia*   G4G5T3?S3**
**(*Platanthera sparsiflora* var. *ensifolia*)**

The canyon bog orchid (Figure 23) is a tall spike-like plant with small greenish flowers scattered along the stem, and tulip-like leaves.  The genus is also classified by some botanists as *Habenaria* or *Platanthera*.  It grows in moist or wet soil in mountain meadows, marshes, swamps, fens, open or dense forests, on stream banks and open seepage, frequently about springs.  It has a wide range, from Oregon to Mexico, but good habitat is limited.  The orchid's survival depends on a reliable year-round supply of moisture.  The combination of grazing and trampling by livestock in the mucky areas where the orchid grows may eradicate the plant.  We found it to be sparse but present at a small lake near Lone Cone and along the South Fork of the San Miguel.

**Colorado Divide whitlow-grass   *Draba streptobrachia*   G3S3**

Colorado Divide whitlow-grass (Figure 26) is one of several *Draba* species found in the high mountains of Colorado.  All are diminutive yellow or white flowered members of the mustard family, or Brassicaceae.  The Colorado Divide whitlow-grass is a tap-rooted perennial plant with a rosette of stellate-pubescent basal leaves and yellow flowers.  The plants grow on weathered rock and loose soil in the alpine tundra, on scree margins and fell-fields, above 11,500 feet.  It is endemic to the mountains of Colorado.  It was found in San Miguel County at Ophir Pass.

**Eastwood monkey-flower   *Mimulus eastwoodiae*   G3S1S2**

Eastwood monkey-flower (Figure 30) has a bright crimson flower and sharply toothed leaves. It grows in hanging gardens with a year round moisture supply.  The plants put down new roots from points where their stems contact the sandy soil, and thus often are found growing in a line in horizontal cracks of sandstone canyon walls.  The tubular flowers bloom in late July to early September.  The plants are frequently associated with the yellow Mancos columbine and the giant helleborine orchid.  The species' global range includes Utah, Arizona and four counties in southwest Colorado: Mesa, Montrose, San Miguel and Delta (Spackman *et al.* 1997).  In western Montrose County, the monkey-flower was found at four seeps: Coyote Wash, McIntyre Canyon, Sewemup Mesa, and an unnamed seep between Slick Rock and Bedrock.  Two of these were new occurrences, bringing the total for Colorado to nine.

**Grand Junction milkvetch   *Astragalus linifolius*   G3QS3**

Grand Junction milkvetch (Figure 31) is an attractive, bushy herbaceous perennial in the pea family (Fabaceae).  It produces pure white flowers that mature into upright red pods.  It is usually found with pinyon and juniper, on sandy or clay soils derived from the Morrison formation, between 4,800 and 6,200 feet.  Associated species include Indian rice grass, hairy golden aster, low rabbitbrush and snakeweed.  The Grand Junction milkvetch is usually found on the eastern side of the Uncompahgre Plateau, around Grand Junction and south to Escalante and Roubideau canyons.  There is some question as to whether the specimens from the Uravan area are actually *A. linifolius* or *A. rafaelensis*.  A distinguishing characteristic, the orientation of the pods (upright or hanging down) does not seem to be a completely reliable character.  Some have suggested that the two species are actually one and the same.  However, even if the two species were combined, the total

52

BLM_0056823

number would still indicate that they are globally vulnerable.  Further research on the
relationship of these species is needed.

**Helleborine orchid   *Epipactis gigantea*   G4S2**

The helleborine orchid (Figure 28), like Eastwood monkey-flower, is often
associated with hanging gardens in sandstone canyons.  The greenish-purple flowers of
the giant helleborine orchid have the familiar orchid shape, but are about an inch across
and grow several to a stalk.  Flowers appear in June and July, and fruit is produced in
August and September.  The plant has a wide geographic distribution in western North
America, and is found occasionally from Mexico to Canada.  There are twenty-six known
locations in Colorado, distributed over eight counties (Spackman *et al*. 1997).  Threats to
the plants include diversion of the water feeding the seeps, and trampling.  This species is
found in the Coyote Wash, Dolores Canyon Slick Rock to Bedrock, Dolores Canyon
Uravan to Roc Creek, and Sewemup Mesa PCAs.

**Kachina daisy   *Erigeron kachinensis*   G2S1**

The Kachina Daisy (Figure 29) was first discovered and named in Utah in 1968,
and is the most rare of all the plants found in San Miguel and Montrose counties.  The
daisy has a small, white flower head and dark green, shiny spatulate leaves grouped in
large clumps. A Colorado Plateau endemic, it is known only from a few locations in
southeastern Utah, and two in Montrose County.  It is found in horizontal crevices of
seeping alcoves in sandstone cliffs, often along with Mancos Columbine.  Despite
extensive searching in potential habitat all along the Dolores River, no new populations
were found in 1999.  Research presently being conducted on the species may result in the
Colorado populations being segregated into a separate variety from the Utah plants
(Loreen Woolstenhulme, personal communication 1999).  In this case, the variety will be
even more rare, and in greater danger of extinction because of its rarity.  Clusters of
plants can most easily be seen near the Mesa County line in the Dolores River Canyon.
This species is found in the Coyote Wash and Sewemup Mesa PCAs.

**King's clover   *Trifolium kingii*   G4S1**

This attractive tall pink clover is found in wet meadows and streambanks in the
aspen and mixed conifer zone (Figure 32, 18).  It has bright green three-parted toothed
leaves and downturned flowers.  It was known from Montrose, Mesa and Garfield
counties in Colorado and the La Sal Mountains in Utah.  As a result of this survey, San
Miguel County can be added to the list.  It is represented in the Beaver Creek-Lone Cone
and Bridal Veil Falls PCAs.

**Little penstemon   *Penstemon breviculus*   G3Q S2**

The Little penstemon (Figure 35) has narrow, gray-green leaves, bluish-purple
flowers with darker veins, and a copiously bearded staminode with long golden-orange
hairs.  The inflorescence has short glandular hairs.  It is usually less than 3 dm. tall.  It
grows in desert shrub, sagebrush and pinyon-juniper communities in Utah, Colorado and
New Mexico.  In Colorado, it is known only from Montezuma, San Miguel and Montrose
counties.  In 1999, we added nine new occurrences to the thirteen that were already

BLM_0056824



Figure 27. Common moonwort.



Figure 29. Kachina daisy.



Figure 30. Eastwood monkey-flower.



Figure 28   Helleborine orchid



Figure 31   Grand Junction milkvetch

54

BLM_0056825



Figure 32. King's clover.



Figure 33. Naturita milkvetch.



Figure 35.  Little penstemon.



Figure 34.  Payson lupine.



Figure 36. San Juan whitlow-grass.

55

BLM_0056826

known. It is present in five of the Potential Conservation Areas described here: Dry
Creek Basin, Slick Rock Hill, Highway 141 and 145, Little Gypsum Valley, and Naturita
South.

| **Moonwort species** | *Botrychium species:* | *B. echo* | **G2S2** |
|---|---|---|---|
| | | *B. lanceolatum* | **G5S2S3** |
| | | *B. lunaria* | **G5S2S3** |
| | | *B. minganense* | **G4S1** |
| | | *B. multifidum* | **G5S1** |
| | | *B. pallidum* | **G2S2** |
| | | *B. pinnatum* | **G4S1** |

Seven different species of moonworts, or grape ferns, were found in San Miguel
County in 1999: *B. echo, B. lanceolatum, B. lunaria, B. minganense, B. multifidum, B.
pallidum,* and *B. pinnatum.* Often, two or more species were found growing together.
Moonworts are extremely tiny and inconspicuous, and are often overlooked (Figure 27).
The aboveground parts may not appear every year, even though the root system is
surviving underground, making it difficult to assess the extent of a population in any
given year. Several years' observation is recommended. We found the moonworts in
spruce-fir forests, usually in clearings and previously disturbed areas, including logged
areas near Lone Cone and road cuts in Savage Basin and near Bridal Veil Falls. With the
exception of *B. echo*, the reflected moonwort, and *B. pallidum*, the pale moonwort, these
species are widespread in the U. S. but uncommon to rare in Colorado. *B. echo* is
restricted to Colorado, Utah and Arizona. Colorado populations of *B. pallidum* are
disjunct from Minnesota, Michigan and Maine. The twelve new *Botrychium* occurrences
found this year were the first ones documented in San Miguel County. They are included
in the Savage Basin, Ophir Pass, Bridal Veil Falls, Lizard Head, Prospect Basin and
Beaver Creek-Lone Cone PCAs.

**Naturita milkvetch   *Astragalus naturitensis* Payson   G3S3**

Naturita milkvetch (Figure 33) was first described by Edwin Payson (1915) as a
"new and noteworthy" species, similar to *A. desperatus*, but "bicolored with
conspicuously mottled pods." Naturita milkvetch is a white and purple flowered member
of the pea family (Fabaceae), growing from a basal rosette of leaves. The plants are often
only vegetative, and have extremely small pinnate leaves with tiny gray-green leaflets
that tend to fold in half, showing their lighter-colored undersides. The pods are red-
mottled, firm-walled, and dorsiventrally compressed. The species is restricted to the Four
Corners area (Utah, Arizona and Montrose, San Miguel, and Montezuma counties in
Colorado) and Mesa County, Colorado. It is found in pinyon-juniper woodlands, in areas
with shallow soils over exposed bedrock. Usually it is in small soil pockets or rock
crevices in sandstone pavement along canyon rims. Sometimes it is found nearby in
deeper sandy soils with or without soil crusts. Associated species include Townsend's
Easter daisy and fineleaf Hymenopappus. The milkvetch seems to tolerate and even
thrive on some disturbance. The plants have been found around power poles and in the
compacted tracks of dirt roads. Ten new occurrences of the Naturita milkvetch were
located in 1999, bringing the total from 27 to 37 known locations. This resulted in a rank
change from G2G3S2S3 to G3S3. It is included in the Dolores Canyon Slick Rock to
Bedrock, Slick Rock Hill, Highway 141 and 145, Little Gypsum Valley, Mailbox Park,
McIntyre Canyon, Naturita South, Silvey's Pocket, Slickrock, and Summit Canyon
PCAs.

56

BLM_0056827

**Paradox breadroot   *Pediomelum aromaticum*   G3S2**

Paradox breadroot is a perennial member of the pea family (Fabaceae), with branched stems and clover-like heads of small purple and white flowers.  Leaves are palmately compound with five (sometimes seven) leaflets.  It is similar to the large-flowered breadroot that often grows in the same habitat, but distinguished by its smaller flowers and branching habit.  It grows in open pinyon-juniper, sagebrush and shadscale zones, on sandy or clay soils, often on the sides of dry washes.  It is frequently found in the same locations as Payson lupine in Colorado.  Other associated species include galleta, Indian rice grass, snakeweed, Townsend's Easter daisy, prickly pear cactus, yucca, yellow cat's-eye, and needle-and-thread grass.  Its global range is restricted to Utah, Arizona, and Montrose and Mesa counties in Colorado.  It is included in the Dolores Canyon Slick Rock to Bedrock, East Paradox Creek, La Sal Creek, Paradox Valley North, and Silvey's Pocket PCAs.

**Parish's alkali grass   *Puccinellia parishii*   G?S1**

This small annual grass is found in low-lying, seasonally wet areas in alkaline flats.  Surveyors for a new gas pipeline first discovered it in Colorado in 1997 near Miramonte Reservoir.  Although it had been considered for listing under the Endangered Species Act, recent new discoveries in Arizona and New Mexico had caused its nomination to be dropped.  The Colorado discovery significantly extended the known range of the plant.  It is included in the Miramonte Reservoir PCA.

**Payson lupine   *Lupinus crassus* Payson   G2S2**

Payson lupine (Figure 34) was first described by, and is named for, Edwin Payson (1893-1927), a native of Naturita, and a brilliant botanist who studied under Aven Nelson at the University of Wyoming, and made extensive collections in the Naturita area where his father raised cattle.  The lupine, a member of the pea family (Fabaceae) is one of the few white flowered lupines.  It spreads by underground stems, or rhizomes, and often the decumbent leaves can be found with no flowering stalks.  It is found in the pinyon-juniper zone, often in dry washes with little other vegetation.  The two main areas where it is found have very different geological substrates, the Chinle Formation with its dark red soils near Paradox, and the Mancos Formation, with light colored clay soils near Naturita.  It is a Colorado endemic, known only from Montrose County.  It is represented in eight PCAs: Davis Mesa Slopes, East Paradox Valley, Highway 141 and 145, Hog Point, La Sal Creek, Naturita Uplands, Paradox Valley North, and San Miguel River at Tabeguache.

**Purple cliff-brake   *Pellaea atropurpurea*   G5S2S3**

The purple cliffbrake has green, glabrous fronds, and dark purple or black hairy stipes (stems).  Its sori (packages of spores) are found along the edge of the fertile pinnules, protected by the inrolled margin.  It grows in relatively dry areas, often at the base of sandstone cliffs, from 4000 to 7300 feet.  Like many of our ferns, it has a broad range covering much of the country, but is relatively uncommon in Colorado.  Previous to this survey, it was known only in Baca, Ouray, Larimer and Las Animas counties in Colorado.  We found it in 1999 in the Sewemup Mesa PCA, at the base of cliffs near the Mesa County line.

BLM_0056828

**Pygmy sagebrush   *Seriphidium pygmaeum (Artemisia)*   G4S1**

This diminutive sagebrush is only about three inches tall, except for its taller inflorescence, but it has a hefty root system worthy of a large shrub. Its leaves are so narrow that they resemble tiny evergreen needles. The whole plant is reminiscent of a bonsai tree. It grows in the driest parts of the driest sagebrush areas, along with black sage and viscid rabbitbrush. Its global range is limited to the Four Corners area, Utah, Arizona, New Mexico and Colorado. In our area, it is found in Dry Creek Basin, in disturbed areas, on clay soils derived from Mancos shale. This is the only known Colorado population. It is included in the Dry Creek Basin PCA.

**Rocky Mountain whitlow-grass   *Draba fladnizensis*   G4S2S3**

One of several rare *Drabas* of the San Juan Mountains, Rocky Mountain whitlow-grass has white flowers that often appear pale yellow in the field. Its one or two stem leaves are reduced, and its basal leaves ciliate margined. We found it in some of the more densely vegetated areas of the alpine tundra, mixed with a great diversity of sedges and forbs. Some of its common associates are alpine avens, cinquefoil species, tufted hairgrass, Indian paintbrush and thickleaf clover. Its global range extends south from Alaska, with Colorado at its southern limit. In Colorado, it is known from eleven counties, mostly in the Central Rockies. It occurs in San Miguel County in the Imogene Pass, Ophir Pass and Silver Pick Basin PCAs.

**San Juan whitlow-grass   *Draba graminea*   G2S2**

San Juan whitlow-grass (Figure 36) is nearly always found above 12,000 feet in elevation. Plants are usually flowering and easiest to see in late July and early August. Look for bright yellow, four-petaled flowers nestled in dark green, narrow-leaved rosettes. The *Draba* is usually found about 10 to 50 feet away from the melting edge of a snowbank, in cold wet tundra with little other vegetation. Closer to the snow, soils are too cold, and any plants that may grow there are so small and undeveloped that they are hard to identify. Farther away from the *Draba* zone, the tundra has dried and warmed so that it supports a dense cover of grasses and forbs, which out-compete the *Draba*. The species is endemic to the San Juan Mountains. Three new populations of the San Juan Whitlow-grass were found this summer in San Miguel County. This brings the total for Colorado to thirteen.

**San Rafael milkvetch   *Astragalus rafaelensis*   G3QS1**

San Rafael milkvetch (Figure 37) is a bushy plant with many persistent old stems at its base. Its flowers are white to pink with a purple spot on the keel, and its fruits are reddish, and downturned. The leaves are so narrow that superficially they appear to be all stems. There is some question as to whether it can be distinguished from its relative the Grand Junction milkvetch, which occurs on the eastern side of the Uncompahgre Plateau. The nearest other population center for the San Rafael milkvetch, and its type locality is in the San Rafael Swell in Utah.

**Sandstone milkvetch   *Astragalus sesquiflorus*   G3S1**

Sandstone milkvetch (Figure 38) is a prostrate, mat-forming plant with small pink-purple flowers and papery purple-mottled pods. It grows on sandstone ledges and crevices of slickrock. Associated species include pinyon, juniper, large-flowered breadroot, yucca, and prickly pear cactus. A Colorado Plateau endemic known from

58

BLM_0056829

Utah and New Mexico, the plants in the Dolores Canyon mark the northeastern edge of its range. Of the five Colorado records, two were from the Paradox area, and three were from the Entrada sandstone above the Dolores Canyon, north of Uravan. It is represented in the Dolores Canyon, Uravan to Roc Creek PCA.

**Smooth cliff-brake** *Pellaea suksdorfiana* **ssp.** *simplex (P. glabella)* **G5T4?S2**

Smooth cliff-brake is similar to purple cliff-brake described above, but has most pinnae simple, rather than divided. The species is widespread in North America, and is known from Moffatt, Garfield, and Las Animas counties in Colorado. In San Miguel County, it was found at Bear Creek Falls, and in Montrose County in an alcove seep in the Dolores Canyon between Slick Rock and Bedrock.

**Steller's cliff-brake** *Cryptogramma stelleri* **G5S2**

Steller's cliff-brake is a slender, delicate fern with a creeping rhizome and two kinds of fronds. Fertile fronds are taller and narrower than the sterile fronds, and have in-rolled edges that cover the sori (clusters of spore cases). Petioles are dark purple near the base. The plants grow in moist crevices of cliffs at middle and upper elevations in the mountains. This species resembles the more common rock-brake that is found in drier sites, but is much smaller and more delicate. The species is circumboreal, and occurs as far south as Colorado and Utah in the west, and New Jersey in the eastern U.S. Before this survey CNHP had records of twelve occurrences of the species in Colorado, in eight counties. The species was known in San Miguel County from one location in Bear Creek canyon. We found two very small additional occurrences at Bear Creek Falls and near Bridal Veil Falls.

**Southern maidenhair fern** *Adiantum capillis-veneris* **G5S2**

The delicate fronds of this small fern are pinnately compound with broad fan-shaped pinnules (Figure 41). The dark rachis (stem) is smooth and shiny. The fern is widespread in North America, known from British Colombia east to South Dakota and south to Texas, as well as from Missouri, Virginia and Florida (Welsh *et al.* 1993). In Colorado, its habitat is quite rare. It grows in seeps and hanging gardens, usually in sandstone. Other species that are often found in the same location include the yellow Mancos columbine, Eastwood monkey-flower, and helleborine orchid. There are a total of eleven documented occurrences in Colorado, from Las Animas, Mesa, Moffat, Montezuma, Montrose and Ouray counties. Only one location has been documented in this study area, in Dolores Canyon about two miles south of the Mesa County line. It is included in the Sewemup Mesa PCA.

**Spike pappus grass** *Enneapogon desvauxii* **G5S1**

This small, decumbent perennial grass was only recently found in Colorado. It has a narrow, spike-like, feathery panicle. The culms shatter and spread its fertile spikelets like tumbleweeds (Weber 1996). It grows in sandy soils of slickrock pavement in the pinyon-juniper zone. It was collected near the mouth of Leach Creek, a tributary of the Dolores River, at 5,250 feet elevation, and is included in the Dolores River Slick Rock to Bedrock PCA.

59

BLM_0056830

**Thick-leaf whitlow-grass** *Draba crassa* **G3S3**

The thick-leaf whitlow grass (Figure 40) grows in talus and other rocky areas above treeline. It has a rosette of dark green, glabrous, succulent leaves, thick roots, and bright yellow, four petaled flowers. It is found in Montana, Wyoming, Utah and nine counties in Colorado. This is the first time the species has been recorded for San Miguel County. We found it in the talus at Ophir Pass and at Imogene Pass.

**Variegated scouring rush** *Hippochaete variegata* **(***Equisetum***) G5S1**

This relative of the more common scouring rush is slender, with 5 to 12 angled and grooved stems. It grows on sandy bars of streams, often with wetland plants such as water sedge, beaked sedge, Baltic rush and spike rush. It can be found in all northern states in the U.S. The only two other Colorado occurrences in the CNHP database are from Gunnison County. We found it along West Beaver Creek, in the Beaver Creek-Lone Cone PCA.

**Weak-stemmed mariposa lily** *Calochortus flexuosus* **G4S1**

An attractive relative of the more common sego lily, the weak-stemmed mariposa lily has wildly contorted stems, and a yellow band on the petals (Figure 39). It is restricted to desert flats in the southwest (California, Nevada, Utah, Colorado, New Mexico and Arizona). It apparently reaches its eastern limit in western Colorado. Of the ten Colorado records that were in the CNHP database, seven were from Montezuma County. There is one record each from Archuleta, Montrose and San Miguel counties. The Montrose record is based on a collection made by Edwin Payson in 1914 in the Naturita area, where it has not been documented since. The San Miguel record was mapped at Egnar in 1980, and was not relocated in 1999. The occurrence that we found this summer in Little Gypsum Valley is new.

**Wetherill milkvetch** *Astragalus wetherilli* **G3S3**

Wetherill milkvetch (Figure 42), a member of the pea family (Fabaceae) has pinkish white flowers and rather large, inflated pods. The leaflets of its pinnately compound leaves are almost round. It grows on steep slopes, canyon benches, and talus under cliffs, in sandy clay soils derived from shale or sandstone (Barneby 1964). It is often the only plant growing in small dry washes on rocky clay hillsides, where its very light-weight pods are dispersed downhill by gravity and seasonal surface water. Associated plant species are pinyon pine, Utah juniper, mountain mahogany and sagebrush. Threats to the species include oil and gas development, overgrazing, road construction and other habitat modifications (O'Kane 1988). The species is known from seven western Colorado counties. There are thirty-eight known occurrences, with an estimated total of 9000 individuals. The majority of occurrences are on BLM land. Two occurrences in the western part of San Miguel and Montrose counties are historic, and therefore not included in Potential Conservation Areas. However, the region should be further surveyed for this species. Two recently observed occurrences are included in the Clay Creek PCA.

60



Figure 37. San Rafael milkvetch.



Figure 38. Sandstone milkvetch.



Figure 39. Weak-stemmed mariposa lily.



Figure 40. Thick-leaf whitlow-grass.



Figure 41. Southern maidenhair.



Figure 42. Wetherill milkvetch.

61

**Rare and Imperiled Animals of San Miguel and Western Montrose Counties.**

A total of 24 animal species that are rare or imperiled, globally or in Colorado, have been documented from San Miguel and western Montrose Counties during the last ten years (Table 6). They are described below, and all but four are included in Potential Conservation Areas.

Eight additional species reported from the area were not included, because we lack confidence in the records for various reasons: they were reported only once, more than ten years ago; their locations were not precise enough; or their identification is questionable. These are *Physa utahensis* (banded physa, a snail), *Speyeria nokomis nokomis* (nokomis fritillary, a butterfly), *Strix occidentalis lucida* (Mexican Spotted Owl), *Dendroica graciae* (Grace's Warbler), *Erebia theano* (theano alpine, a butterfly), *Pyrgus ruralis* (two-banded skipper, a butterfly), *Neotoma albigula brevicauda* (white-throated woodrat), and *Gulo gulo* (wolverine). These species may yet prove to be valid constituents of the fauna with further research. Species that were known historically from this area, but presumed extinct, are grizzly bear, lynx (prior to reintroduction), and timber wolf.

Fifty-two new rare animal occurrences were located during this survey, and were entered into the CNHP database to join the previously documented 78, making a total of 130 occurrences for the area.

Nine animal species were recorded in the CNHP database in 1999 for the first time for this study area. They are: the midget-faded rattlesnake, Black Swift, flannelmouth sucker, Gunnison Sage Grouse, Lewis's Woodpecker, plateau striped whiptail, Gunnison's prairie dog, tree lizard, and Yuma skipper.

**Table 6. Rare and Imperiled Animals of San Miguel and western Montrose counties**

| Common Name | Element | G rank | S rank |
|---|---|---|---|
| American Peregrine Falcon | *Falco peregrinus anatum* | G4T3 | S3B, SZN |
| Bald Eagle | *Haliaeetus leucocephalus* | G4 | S1B, SZN |
| Black Swift | *Cypseloides niger* | G4 | S3B |
| Boreal Owl | *Aegolius funereus* | G5 | S2 |
| Brimstone clubtail | *Gomphus intricatus* | G4 | S2 |
| Canyon treefrog | *Hyla arenicolor* | G5 | S2 |
| Colorado River cutthroat trout | *Oncorhynchus clarki pleuriticus* | G4T3 | S3 |
| Flannelmouth sucker | *Catostomus latipinnis* | G3G4 | S3 |
| Gray Vireo | *Vireo vicinior* | G4 | S2B,SZN |
| Gunnison Sage Grouse | *Centrocercus sp 1* | G1 | S1 |
| Gunnison's prairie dog | *Cynomys gunnisoni* | G5 | S5 |
| Lewis's Woodpecker | *Melanerpes lewis* | G5 | S4 |
| Lynx | *Lynx canadensis* | G5 | S1 |
| Midget-faded rattlesnake | *Crotalis viridis concolor* | G5T4 | S3? |
| Northern Goshawk | *Accipiter gentilis* | G5 | S3B, SZN |
| Northern leopard frog | *Rana pipiens* | G5 | S3 |
| Pale lump-nosed bat | *Corynorhinus townsendii* | G4T4 | S2 |
| Plateau striped lizard | *Cnedophorus velox* | G5 | S4 |
| Roundtail chub | *Gila robusta* | G2G3 | S2 |

BLM_0056833

| Sage Sparrow | *Amphispiza belli* | G5 | S3B,SZN |
|---|---|---|---|
| Short-eared Owl | *Asio flammeus* | G5 | S2B,SZN |
| Spotted bat | *Euderma maculatum* | G4 | S2 |
| Tree lizard | *Urosaurus ornatus* | G5 | S4 |
| Yuma skipper | *Ochlodes yuma* | G5 | S2 |

**American Peregrine Falcon   *Falco peregrinus anatum*   G4T3 S3B SZN**
**Status: federally endangered; listed October 13, 1970.**

The American Peregrine Falcon (Figure 43) is a medium sized raptor with dark gray/brown back and white chest with black streaks. The Peregrine Falcon saw widespread decline throughout its range in the late 1960's and into the 1970's. Although they have never been abundant, their numbers in Colorado became critically low in 1972. In that year, there were no breeding pairs in the state. These declines were traced to the effect that pesticides, particularly DDT, had on thinning of eggshells and subsequent death of unhatched chicks due to egg fragility. Primary threats include environmental toxins, habitat loss, human disturbance, and illegal take. Today, the Peregrine Falcon is recovering from regional extirpation, and numbers currently are stable or increasing. The recovery objectives have been met in most areas, and the bird is widely distributed, with large numbers of occurrences in remote wilderness. In Colorado, through intensive reintroduction efforts over the past 17 years, more than 300 American Peregrine Falcons have been released in various locations throughout the state, including downtown Denver. Throughout the 1990's Colorado has had ~24 breeding pairs of peregrines, including nest sites in Paradox Valley and Slick Rock Canyon along the Dolores River that were active in 1999. The West Slope population of peregrines is stable and should increase naturally. Continued existence of Peregrine Falcons in Colorado is dependent upon protection of traditional nesting sites, identification and protection of critical habitat both for the breeding areas and for wintering, foraging, and roosting areas. Some additional relief to the peregrine's plight in Colorado can be provided by keeping the remaining nest sites free from human intrusions during nesting season and by ensuring that land use changes protect habitat that supports the peregrine's prey species.

Peregrine Falcons were recorded from the following PCAs: Dolores Canyon South of Slick Rock, Dolores Canyon Slick Rock to Bedrock, East Paradox Creek, and Paradox Valley North.

**Bald Eagle   *Haliaeetus leucocephalus*   G4 S1B SZN**
**Status: federally threatened; Colorado threatened; listed March 11, 1967.**

The Bald Eagle (Figure 44) has a dark gray/brown body with white head and large yellow hooked bill. Threats include loss of habitat, poisons, and human intrusion. The Bald Eagle is found only in North America, and it is the continent's second largest bird of prey. Only the California condor, also on the federally endangered list, is larger. Populations of this symbolic species are present in Colorado, and according to recent surveys, Bald Eagle populations seem to be making significant comebacks (Winternitz 1998). Like other raptor populations, DDT use after WWII is thought to have been a major cause of great declines in numbers. Since the banning of this pesticide and the listing of this species, on both state and federal ESA levels, recovery has been successful.

63

BLM_0056834

Recently, due to the successful increase in Bald Eagle populations, the U.S. Fish and Wildlife Service (USFWS) has called for a reevaluation of this species' status in order to determine if it should be delisted from the Endangered species list. Historically, only two to three pairs of Bald Eagles nested in Colorado, but the nesting pairs have increased steadily since the 1980's to 38 confirmed nests in 1995 (Winternitz 1998). The state is a very popular wintering area for Bald Eagles. The annual midwinter count shows a stable population of 600 to 800 eagles. Some of these wintering areas occur in western San Miguel County, with one such winter roost located in the vicinity of Hamm Canyon. Eagle abundance declined nationally due to increased human impacts in primary nesting areas. These impacts included habitat destruction, illegal shooting and pesticide poisoning. To combat those problems in Colorado, existing nest sites and adjacent hunting areas must be kept free of human intrusion during the breeding seasons, and key areas must also be maintained along the major river systems for the wintering Bald Eagles. A Bald Eagle roost was recorded from the San Miguel River at Horsefly PCA.

**Black Swift**  *Cypseloides niger*  **G4 S3B**
    Black Swifts (Figure 45) are medium sized birds, blackish overall, with a long, slightly forked tail. Specific threats to this species are unknown, but too little is known to consider the species secure. Black Swifts could be called Colorado's most eccentric bird because of their penchant for nesting on rock faces in the coldest, dampest spots they can find. Because of the secluded and inaccessible placement of their nests, studying these birds is difficult and much remains unknown about their distribution and habits (Stiles and Negret 1994). Black Swifts are colonial birds that nest behind or next to waterfalls and wet cliffs (Michael 1927, Knorr 1961, Foerster and Collins 1990). Nests are built in dark inaccessible sites with an unobstructed flight path (Knorr and Knorr 1990), and nest site persistence and tenacity is almost absolute (Knorr and Knorr 1990). The nest itself is a cup-like structure of mud, mosses and algae and in Colorado all nests are located on sheer cliff faces with waterfalls pouring down close to the nesting colony (Boyle 1998). Only one offspring is produced in a given year and hatchlings are fed all summer long, fledging in September.
    Globally, this bird is widespread, occupying more than 1,000,000 sq. miles of the Americas. Winter range is poorly known; however, northern populations like those in Colorado may winter in South America (Stiles and Negret 1994). Four new sightings of Black Swifts at falls in San Miguel County were recorded during this inventory, including observations at Bridal Veil Falls, Bilk Creek Falls #3, Bear Creek Falls, and one breeding colony was verified at Fall Creek Falls. Although calculation of population size is difficult because of colony inaccessibility it is estimated that over 200 nesting pairs occur in Colorado representing between 10% and 20% of the total nesting population of this species (Boyle 1998). This makes Colorado's population an important component of this bird's total population.
    Black Swifts are tolerant of human disturbance as demonstrated by the group at Bridal Veil Falls power plant, but flowing falls are a necessity for Colorado's nesting swifts. Diversion of stream flows reducing water flow at the falls could result in abandonment of breeding sites.
    Black Swifts were recorded from the following PCAs: Bear Creek, Bridal Veil Basin, Bilk Basin, and Fall Creek Falls.

64

BLM_0056835

**Boreal Owl** *Aegolius funereus* **G5 S2**

Boreal Owls have a black facial border, with chocolate streaking of their underparts, and a pale bill (Figure 46). Their primary threat is forest harvesting. The quiet of the Colorado high country is often disrupted by the call of this bird. The owls' clear, six to eight syllable calls are often heard in subalpine forests above 9,000 feet. This intriguing owl has inspired Internet web pages on how to find boreal owls (Pulliam 1995). Boreal Owls are moderately widespread, or widespread with a spotty distribution (10,000-1,000,000 sq. miles) to widespread (greater than 1,000,000 sq. miles) in North America and the wide range, and apparently large numbers seem to make this species secure. Boreal Owls have been ranked the tenth most abundant owl in Colorado (Bridges 1992). There are 31 records of nesting Boreal Owls in Colorado (Ryder 1998). The USFS has identified three occurrences of nesting owls in the Uncompahgre National Forest within San Miguel County. In Colorado these year round residents prefer dense coniferous forest of Engelmann spruce and subalpine fir above 9000 feet, most commonly in proximity to open grassy situations (AOU 1983); streams, and bogs, but lodgepole pine and aspen can be occupied. These owls roost in dense cover by day, in cool microsites in summer; and frequently change roosting sites. Major threat may be indirect effects of forest harvesting practices. Harvesting may reduce primary prey populations, remove forest structure used for foraging, and eliminates nesting cavities (Hayward and Hayward 1993). Boreal Owls, however, are not very threatened range-wide and are not known to have difficulty with non-destructive intrusion. Large home ranges and low population densities require that preserves exceed 1000 sq. km of suitable habitat (Hayward and Hayward 1993). Management of forests for both maintenance of snags and maintenance of aspen groves with large diameter trees would benefit the owls. Uneven-age timber management may be compatible, but clear-cuts are not considered suitable habitat for foraging (Hayward and Hayward 1993). Stewardship needs include furnishing nesting cavities and forest structure necessary for foraging in the long-term. Nest boxes are used extensively for mitigation, but must be maintained over the several hundred years before natural cavities become available (Hayward and Hayward 1993).

Boreal owls are included in the following PCAs: Beaver Creek-Lone Cone and Prospect Basin-Alta Lakes.

**Brimstone clubtail** *Stylurus intricatus* **G4 S1**

The brimstone clubtail (Figure 47) is a small dragonfly. There are only three known occurrences of the brimstone clubtail in Colorado, and this dragonfly is not abundant where known. This species is known from Dinosaur National Monument, Moffat Co.; San Miguel River, Montrose Co.; and the Dolores Canyon. The occurrences are widely separated and observations are from relatively few miles of widely separated rivers. Although this species was reported from Uravan, Colorado in 1990, it was not observed along the San Miguel River during this survey. The population trend in the state is unknown, but probably declining. At least one occurrence is protected in Dinosaur National Monument.

Threats to this species are primarily poor water quality and pollutants. Water quality is a legitimate threat, particularly in the San Miguel River near Uravan. This is an

BLM_0056836

early emerging species that may be missed by collectors.  Stewardship of this species requires monitoring and protection of all known occurrences.
The brimstone clubtail was recorded from the Uravan West PCA.

**Canyon Treefrog   *Hyla arenicolor*   G5 S2**
### Status: Colorado State Species of Special Concern

The canyon treefrog (Figure 48) has expanded paddle-like toe tips, and a light brown or gray back. These frogs are easily recognizable by the suction like toe pads that assist in gripping and walking on canyon walls.

The canyon treefrog occurs from western Colorado and southern Utah south to central Mexico (Stebbins 1985).  Colorado is at the northern margin of its range.  This species occurs in the canyonlands of the western slope and the Mesa de Maya region of the eastern plains (Hammerson 1982).  Of the 32 records in Colorado, recent observations include Colorado National Monument, John Brown Canyon, Mesa de Maya (updating an 1886 record) (Hammerson 1982), and the Dolores River drainage (this survey).  Of the 32 observations, four are from western Montrose County, one from this year and three greater than 10 years old; and three were recorded from San Miguel County in 1992.  All of these observations are from side canyons of the Dolores River.

Threats to the treefrogs appear to be modest or localized.  The primary factors justifying a conservation concern for canyon treefrogs are the small number of occurrences, restricted range and relatively low numbers (qualitative judgement) of individuals.  There are no quantitative data on population size or trends.

Canyon tree frogs were recorded from the following PCAs: Dolores Canyon Slick Rock to Bedrock, Egnar Hill, and Summit Canyon.

**Colorado River Cutthroat Trout   *Oncorhynchus clarki pleuriticus*   G4T3 S3**
### Status: Colorado State Species of Special Concern

Colorado River cutthroat trout (Figure 49) can be identified by the bright red stripe on each side of lower jaw. This subspecies is the only trout native to the upper Colorado River basin.  Its native range extends southward to the Escalante River on the west and the San Juan drainage on the east sides of the basin, including the Green, Yampa, Gunnison, Dolores, San Juan rivers, and their tributaries (CDOW 1986, Proebstel 1994, Young *et al.* 1996).  Its current distribution includes remnant populations in Colorado, Wyoming, and Utah.  The historical habitat included most clear water streams and rivers of western Colorado (Behnke 1992).  The trout remains only in smaller order streams and a few high elevation lakes of the mountainous country.  Presently there are 42 populations in Colorado judged to be genetically pure (A category) (Proebstel 1994).  Of these 42 populations only one A category population occurs within this survey area at the Deep Creek Potential Conservation Area.

Threats include hybridization, competition from non-native trout, habitat alteration/fragmentation, overgrazing, logging, mining effluents, water diversion for irrigation, and Whirling Disease.  The primary reasons for conservation concern at the global and state levels are long-term trend prognoses and threats.  Populations continue to decline in many streams (Young *et al.* 1996); hybridization between this subspecies and non-native trout species poses the greatest threat to the elimination of pure populations.  Due to hybridization only 26% of the remaining populations of this trout are considered

66

BLM_0056837

genetically pure (Young *et al.* 1996). Competition with non-native trout species and exotic fish diseases also pose threats. Other concerns include interference with recolonization by established populations of non-native salmonids (Spahr *et al.* 1991, Behnke 1992, Young 1995). The trout are susceptible to overharvest if angling is unrestricted.

Management strategies include construction of fish barriers to prevent interbreeding with other trout, rehabilitation of both streambanks and water quality, elimination of non-native trout through chemical treatment, and transplanting genetically pure cutthroat into rehabilitated habitat (Spahr *et al.* 1991). Colorado has instituted restrictive angling regulations (Young 1995). Colorado River cutthroat trout are included in the following PCAs: Elk Creek, Little Red Canyon-Horsefly Creek, and Horsefly Creek.

**Flannelmouth Sucker   *Catostomus latipinnis*   G3G4 S3**
**Status: Colorado Species of Special Concern**

The flannelmouth is an elongated sucker with an overhanging ventral mouth and thick upper lip (Figure 50) . In clear water it appears to be greenish-blue-gray on the back, fading to yellow on its belly. The flannelmouth sucker is moderately widespread (10,000-1,000, 000 sq. miles) and occurs throughout the Colorado River basin, from southwestern Wyoming to southern Arizona. It is more widespread in the upper basin than in lower basin, and is declining in at least some areas. In Colorado this fish is found in the large rivers of western Colorado. In the study site it occupies the Dolores River from Slick Rock, Colorado downstream to the Montrose-Mesa County line.

This species has disappeared from some water systems like the Gunnison River above Blue Mesa where the nonnative white displaced it and longnosed suckers (Woodling 1985). Threats include alteration of the hydrologic and thermal characteristics of river habitats, and blockage of migration routes due to dam construction; predation and competition by non-native aquatic species; and hybridization with other *Catostomus* species (Arizona Game and Fish Department 1995 and 1996). Flannelmouth suckers hybridize with the humpback, white and longnosed suckers (Sigler and Miller 1963). Elevated sediments, channelization, modified flow regimes, stream dewatering, and contaminants have also contributed to reduced populations. This fish may be fairly resistant to nondestructive intrusion (W. Fertig, personal communication, 1997). Protection of this fish in Colorado requires prohibiting introduction of nonnative species to waters with stable populations of flannelmouth suckers.

Flannelmouth suckers have been recorded from the following PCAs: Dolores River-Slick Rock to Bedrock, Dolores River-Uravan to Roc Creek, East Paradox Creek, and Sewemup Mesa.

**Gray Vireo   *Vireo vicinior*   G4 S2B, SZN**

Gray Vireos (Figure 51) are small songbirds, gray above, white below, with a gray eye ring, and dull white lores. Their wings are brownish with two faint bars. Gray Vireos occupy some of the hottest, driest, and most inhospitable habitats in Colorado, filling the surrounding landscape with the sweetest melody any vireo can sing (Bent 1950). The Gray Vireo is a migrant that breeds in southwestern North America and winters in western Mexico. Colorado includes the northeastern portion of its breeding

BLM_0056838

range (National Geographic Society 1987).  The Gray Vireo is characterized as an uncommon and very local summer resident in Colorado (Andrews and Righter 1992).  A coarse estimate of this species' abundance is between 3,000 and 10,000 individuals. There are 56 records of Gray Vireos from at least 16 Colorado counties including Montrose and San Miguel, but only one confirmed breeding record from Colorado (Andrews and Righter 1992).  Occurrences in both western Montrose and San Miguel counties include five records each, beginning with observations from 1992 and ending with this survey, 1999.

The primary threat to the species is destruction of pinyon-juniper woodlands. Historical management of pinyon-juniper habitat may have negatively impacted the ecological integrity over large areas (Ron Lambeth, personal communication), and consequently may impact the Gray Vireo.  The occurrence of wildfire may exacerbate the problem of weedy invasion into this bird's habitat.  Although considered globally secure, few breeding occurrences, lack of knowledge on population status, and limited range within the state, are all factors which contribute to the S2B rank in Colorado.  The Gray Vireo is considered of High Priority on the AOU 1996 WatchList (Carter *et al.* 1996). Gray Vireos have been recorded from the following PCAs: Little Gypsum Valley, Spring Creek-Atkinson Mesa, and Summit Canyon.

**Gunnison's Prairie Dog  *Cynomys gunnisoni*  G5 S5**

Gunnison's prairie dog (Figure 52)  is the smallest Colorado prairie dog, yellowish buff to cinnamon dorsally, and paler ventrally.  Gunnison's prairie dog is a regional endemic (100-10,000 square miles) restricted to the "Four Corners" area in the southern Rocky Mountains where Utah, Colorado, New Mexico, and Arizona meet.  The Colorado Natural Heritage Program listed Gunnison's prairie dogs as a tracked species in 1998, and little information exists in the CNHP database on their distribution and abundance in Colorado.  Other authors, however, have recorded numerous occurrences of this species in Colorado's southwestern region (Armstrong 1972), and it is estimated that there are over 100 occurrences statewide (CNHP 1999).  This survey identified three active prairie dog colonies, two in Montrose County.  One of these was a large colony of Gunnison's prairie dogs, while the other was not identifiable to species.  There was one prairie dog colony of unknown species identified in San Miguel County.

Gunnison's prairie dogs are moderately threatened range-wide.  Indiscriminate poisoning has reduced the species' numbers and range, and they are extremely susceptible to the plague.  Their habitat lends itself to alternate use, particularly grazing. They are a very fragile species; plague has potential to eradicate a colony within months. The prairie dogs benefit from management of grasslands to favor native species (Slobodchikoff *et al.* 1989).  Existing colonies should be protected from poisoning. There is a need for current information on distribution, population status, social organization, and spacing and habitat relationships. Prairie dogs were recorded from the Dry Creek Basin PCA.

**Gunnison Sage Grouse  *Centrocercus* sp 1   G1 S1**
**Status: Colorado Species of Special Concern**

The Gunnison Sage Grouse (Figure 52) is a small grouse, about two-thirds the size of Sage Grouse elsewhere. Their whiter, more distinct tail feathers, and more

68

BLM_0056839

colorful filoplume feathers also distinguish the birds. Sage Grouse range across much of
the Colorado and Columbia Plateaus.  Colorado is in the southeastern portion of that
range (Andrews and Righter 1992).  In the 1980's researchers became aware that the Sage
Grouse in the Gunnison Basin, Colorado, were distinct from Sage Grouse found
elsewhere in most of the United States.  (Although it has been determined to be a distinct
species, it has yet to be given a scientific name, and thus is referred to as sp1).  The
Gunnison species occurs south of the Colorado River from southeastern Utah east to the
San Luis Valley.  The total breeding population in Colorado includes approximately
5,000 individuals (Braun and Young 1995).  However, specialized monitoring data in
Colorado show that population numbers have been reduced, and that available habitat has
become more fragmented and degraded, in part due to the application of fire and
herbicides on sagebrush habitats (Braun *et al.* 1994).  Additionally, pinyon-juniper
woodlands encroaching upon sagebrush parks due to long-term fire suppression may be a
significant factor contributing to the decline (Ron Lambeth personal communication).
This species is ranked G1/S1 because both populations and available habitat have been
reduced in quantity and quality.  Subsequently, the potential for large-scale impact with
minimal disturbance is real.  There are an estimated 15 to 20 occurrences in southwestern
Colorado (Braun 1995).  Populations of this subspecies are currently limited to
southwestern Colorado and southeastern Utah.  The largest remaining population of over
2,000 birds is found in Gunnison County.  Although the Sage Grouse historically
occurred throughout approximately 15 counties in western Colorado, its entire historical
range is unknown.  It is presently restricted to one large, contiguous population in
southern and central Gunnison and northeastern Saguache counties, and several much
smaller populations sporadically located across Mesa, Montrose, Ouray, San Miguel, and
Dolores counties (Braun *et al.* 1994).  In San Miguel County there are three distinct
populations of Gunnison Sage Grouse with five active leks.  One population has been
present since 1978, and in 17 years of observations this lek site has averaged 51
males/year.  These populations are an important component for the overall conservation
of this species.

Threats include habitat loss, fragmentation, and degradation of sagelands by
development, agriculture, and grazing.  Populations have declined in some areas,
apparently in response to widespread chaining, spraying, and burning of sagebrush-
dominated rangeland to benefit livestock production (see Ritchie *et al.* 1994).  Use of
organophosphorus insecticides on agricultural lands adjacent to sagebrush resulted in
grouse die-offs in southeastern Idaho Blus (1989).  Large-scale treatment of sagelands
with herbicide and fire has negatively impacted Sage Grouse habitat (Braun *et al.* 1994).
Existing populations have become smaller and more fragmented.  Protection of identified
seasonal habitats (wintering, breeding, nesting and brooding) is important for continued
existence of this species in Colorado.  Gunnison Sage Grouse are represented in the
following PCAs: Beaver Mesa, Dry Creek Basin, and Miramonte Reservoir.

**Lewis Woodpecker   *Melanerpes lewis*   G5 S4**
Lewis's Woodpecker (Figure 53) can be recognized by its greenish-black head
and back, gray collar and breast, dark red face, and pinkish belly.   Lewis's Woodpecker
has a large range in western U.S. and adjacent southern Canada. It is moderately
widespread or widespread with spotty distribution (10,000-1,000,000 sq. miles).  Lewis's

BLM_0056840

Woodpecker is widespread in southern Colorado and can be fairly common in some areas. There is no evidence of statewide declines and no threats are identified. Its habitat requirements appear to be met in many areas (CNHP 1999). There are many breeding occurrences within their range and this bird was noted nesting in the Uncompahgre National Forest near Columbine Pass in Montrose County during this survey. Andrews and Righter (1992) considered the Lewis's Woodpecker to be an uncommon to locally fairly common resident. Much of the range is in southern Colorado foothills, valleys, canyons, and mesas.

Although there is no direct evidence of statewide declines, many experts have expressed concern for this species in the northern parts of its Colorado range. It is considered of High Priority on the AOU 1996 WatchList (Carter *et al.* 1996) and Region 2 of the U. S. Forest Service has classified this species as sensitive. The birds are vulnerable to loss of nesting sites (large snags), such as may result from forest management practices, and degradation of riparian habitats by drought and overgrazing. Such habitat alteration evidently has caused declines in coastal areas of British Columbia and Washington (Ehrlich *et al.* 1992). Drought and overgrazing pose continued threats to riparian habitats in arid regions (Ehrlich *et al.* 1992). This species is tolerant of nondestructive intrusion. Lewis's woodpecker is not tracked by CNHP, and has not been included in any PCA.

**Lynx   *Lynx canadensis*   G5 S1**
### Status: Colorado endangered
The lynx (Figure 54)is a large carnivorous feline averaging 13 kilograms in weight, with distinctive facial hair tufts below its cheeks. The species is widespread in northern North America with a global Range extending throughout Alaska and Canada south through the Rocky Mountains, northern Great Lakes region, and northern New England. Declines have occurred in some populations, but apparently the lynx is still relatively abundant in most of historic range.

USFWS (Federal Register, 26 August 1994) found that federal listing of the North American population may be warranted and initiated a formal status review. In 1997, they determined that listing of the contiguous U.S. population is warranted, but precluded by other higher priority actions (Federal Register, 27 May 1997).

The lynx is considered globally secure (G5) but critically imperiled (S1) in Colorado, with fewer than 50 occurrences documented, most of which are historical. Most of the recent records were from Eagle County, suggesting that individuals may be extant in Colorado. However, studies indicate that existing records may represent sporadic populations based more upon wandering and dispersing individuals rather than viable, long-term populations (Ruggiero 1994; Halfpenny *et al.* 1980). The Colorado Division of Wildlife lists the lynx as endangered in Colorado (CDOW draft 1997), and as of 1971, further hunting of lynx was not allowed in Colorado (CDOW draft 1997).

The Colorado Division of Wildlife embarked upon a lynx reintroduction project during the summer of 1999. A total of 41 lynx were released in 1999, of these, 24 remain alive, and three, all females, have established residence in the San Juan Mountains, with one frequenting the Lizard Head Peak area north of Telluride.

Threats to lynx include loss of habitat due to suppression of forest fires, intensive logging, and development; increased human access via logging roads; past trapping, and

BLM_0056841

possible displacement by bobcat and coyote.  Lynx must be protected from overharvest.
Protection of large, continuous blocks of public land, with minimal development or roads
providing vehicular access, will be critical for survival of reintroduced lynx (Ruggiero
1994).  Management of spruce-fir stands and snowshoe hare should also benefit lynx
reintroduction (Ruggiero 1994).  Although lynx were not included in any PCA, its
potential presence here adds to the conservation significance of the high elevations of the
San Juan Mountains.

## Midget Faded Rattlesnake  *Crotalus viridis concolor*  G5 T4
### Status: Colorado Species of Special Concern

The midget faded rattlesnake rarely exceeds twenty-six inches.  Its upper body is
yellowish or cream colored, and it has 23-27 dorsal scale rows, with more than 13 scale
rows at its mid-tail.

This subspecies ranges from southern Wyoming and eastern Utah south to the
Four Corners area (Stebbins 1985).  Colorado is at the eastern margin of the subspecies'
range where it occurs in Mesa, Delta, Garfield, Montrose, and San Miguel counties.  The
midget-faded rattlesnake is found within most habitats in the range (Hammerson 1982).
There are approximately 40 localities documented from Colorado (Hammerson 1982)
with many others likely to be found.  There are no rangewide estimates available;
however, midget faded rattlesnakes are visibly common in much of west central
Colorado.  Trends are difficult to estimate across the state.  It is likely that the species
was severely depleted with the near eradication of large prairie dog towns on the plains.

Threats to this snake are generally low, but many individual populations are
highly threatened from human encroachment near urban areas.  Many humans revile
rattlesnakes, and often go out of their way to destroy individuals or dens when discovered
(Hammerson 1982).  Historical alteration and current residential expansion create threats
to rattlesnake populations.  Also, there is possible intergradation with prairie rattlesnake
in northwestern and southwestern Colorado (Lauren Livo, personnel communication
1997, Hammerson 1982). This snake was not recorded from any of the established PCAs.

## Northern Goshawk  *Accipiter gentilis*  G5 S3B
### Status: Colorado Species of Special Concern

The Northern Goshawk (Figure 55) is a large raptor with a blue-gray back and
white underparts with gray barring.  It has a broad white eye stripe separating its dark
crown from its back.

The Northern Goshawk is a widespread species, found year-round throughout
most of Canada, Alaska, western and northeastern U.S., as well as into Mexico (Squires
and Reynolds 1997).  It winters south to the northern Great Plains states and the eastern
edge of the Rocky Mountains (Squires and Reynolds 1997).  The Northern Goshawk is
found throughout the state of Colorado, above 7500 feet (Andrews and Righter 1992).  In
winter, the Northern Goshawk may occur more broadly than during the breeding season.
This secretive bird is difficult to census, but its habitat is extensive.  In Colorado there are
estimated to be less than 100 occurrences, most of which are historical.  Total numbers
are roughly estimated at 1,000 to 3,000 individuals.  Nevertheless, there have been 62
nest sites reported from Colorado's National Forests.  Twenty-one goshawk nests have
been identified in the Uncompahgre National Forest in San Miguel and western Montrose

BLM_0056842

counties. In the 1990's nesting activity has been identified at eight of these nests, most recently at two nests in 1998.

Trends are not well documented, but forest fragmentation and development appear to have caused some declines. Timber harvest is considered a possible threat to nesting populations (Reynolds *et al.* 1992). Breeding Bird Survey results exhibit a non-significant downward trend for the continent (Colorado Bird Observatory 1997).

Fragmentation and development, small estimated population, and lack of detailed knowledge are factors that contribute to this species rank of vulnerable within the state (S3B). Protection needs are still being debated among experts. Critical habitat needs to be better defined for the various parts of the range before protection needs can be clearly detailed. However, in general, protection of large, mature to old-growth forest tracts should be beneficial. Stewardship requires that in suitable habitat, unnatural forest fragmentation be avoided.

Northern Goshawks are included in the Beaver Creek-Lone Cone and Horsefly Creek PCAs.

**Northern Leopard Frog   *Rana pipiens*   G5**
### Status: Colorado Species of Special Concern

The northern leopard frog (Figure 56) is green or brownish above, white or cream colored below, with oval or round dark dorsal spots, and a white stripe on its upper jaw. This frog has a large range throughout much of the U.S. and southern Canada in a diverse array of pristine and disturbed aquatic and wetland habitats (Hammerson 1982). Most locational records in Colorado are below 11,000 feet elevation (CDOW 1994). There are estimated to be less than 100 occurrences in Colorado, most of which are historical. Population in the state is estimated to be between 3,000 and 10,000 individuals.

Apparent trends for the northern leopard frog are puzzling. This species has become scarce in many areas of Colorado where it was formerly abundant (Hammerson 1982; Corn 1994) and has been extirpated from several sites (Lauren Livo, personal communication 1997). However, the species has returned to some areas that previously suffered substantial declines. Reasons for population declines are not known but appear to be complex. They may include habitat loss or degradation, and interactions with non-native species. Bullfrogs have been suggested as causing declines, but declines and local extinctions have occurred in areas where bullfrogs are not present (Hammerson 1982). Laboratory results suggest that there may be an interaction between crowding, temperature, and mortality from bacterial infection, e.g., red-leg disease (Brodkin 1992). While still common, conservation concern for the northern leopard frog stems from the declining trends and poorly defined but apparent threats. This frog was not recorded from any of the PCAs.

**Pale Lump-nosed Bat   *Corynorhinus townsendii pallescens*   G4T4 S2**

The pale lumpnosed bat (Figure 57) has large ears (30-38mm), brown-grayish hair, and protruding glandular masses between its eyes/nostrils. It is a widespread and evidently secure species, occurring in lower elevation pinyon-juniper woodlands, semi-desert shrublands, and montane forests of the western United States south into Mexico. Colorado represents the edge of this species' range (Fitzgerald *et al.* 1994, Armstrong *et al.* 1994). Individuals of this subspecies are non-migratory and winter in roost colonies.

72

BLM_0056843

In summer, males tend to roost as individuals in rock crevices and on walls, separate from the nursery colony (Fitzgerald *et al.* 1994).

Because winter mortality is a leading factor limiting population growth, conservation actions include limiting disturbance of abandoned mines and cave sites used for hibernacula by using grates to limit human access (Armstrong *et al.* 1994, Fitzgerald *et al.* 1994). Mine closures may cause a decrease in population as well (Armstrong *et al.* 1994). This species is considered imperiled in Colorado (S2) because of its low numbers of individuals encountered for a colonial species, low population size, and high threats. There are approximately 20 non-historical occurrences in Colorado. Several locations have dozens to hundreds of individuals (Armstrong *et al.* 1994). Pale lumpnosed bats were recorded in 1997 from one location each in Sam Miguel and Western Montrose counties near Egnar and Uravan, respectively, and from Martin Mesa in 1999. Insufficient data exist to describe population trends of this subspecies in Colorado, but historical sites seem to be abandoned or greatly reduced in size (Kirk Navo, personal communication). This species is moderately threatened range-wide. It is extremely fragile, and primary threats include loss of habitat (e.g., reclamation of abandoned mines), vandalism, and increased visitation (spelunking) by humans to maternity roosts and hibernacula. Large clusters or colonies are susceptible to disturbance and have been reportedly declining (CDOW 1984). Human access to mines and caves disrupts wintering populations, where disturbance needs to be minimal (Armstrong *et al.* 1994, Fitzgerald *et al.* 1994). Proper stewardship requires continuing inventories, via bat surveys, to establish hibernacula for this species. Protection of natural hibernacula from disturbance is a necessity if this species is to survive in Colorado. Occupied roosts need to be protected from disturbance (May to mid-September for maternity roosts, October-April for hibernacula).

Pale lumpnosed bats are included in the following PCAs: Spud Patch, Dolores River Canyon Uravan to Roc Creek, Hawk Mine, Martin Mesa, and Uravan West.

**Plateau Striped Whiptail   *Cnemidophorus velox*   G5 S4**

Plateau striped whiptails (Figure 58) have a long slender body and tail, and six or seven light stripes on their back and sides. Of interest is that plateau striped whiptails are a nearly all-female species, and eggs develop without being fertilized by male sperm, a process called parthenogenesis. Plateau striped whiptails are active from May to September (hatchlings may be active through mid-October, or later), feeding on a variety of insects (Hammerson 1982).

This species is endemic to the Colorado Plateau and occupies southern Utah, western Colorado, northern Arizona, and northern New Mexico, from elevations of about 4,500 to 8,000 ft (1370-2440 m) (Stebbins 1985). Plateau striped whiptails inhabit pinyon-juniper woodland, open chaparral, oak woodland, lower elevations of ponderosa pine and fir forests, and lowland riparian woodlands (Stebbins 1985, Hammerson 1982). The plateau striped whiptail is common in its habitat; however, quantitative estimates of population size are not available. There are at least 30 occurrences known, and based on the distribution of habitat, likely to be many more (CNHP 1999).

Although quantitative trend data are not available, there are no indications that this species is other than stable in western Colorado. Many occurrences are considered protected on public lands, largely those managed by BLM. There are no known threats to

BLM_0056844

this species in Colorado; however, there are several populations that are likely being impacted by sprawling communities such as Grand Junction, Cortez, and Delta.

Whiptails were recorded from the following PCAs: La Sal Creek, Sewemup Mesa, Slick Rock, Dolores Canyon Slick Rock to Bedrock, and Highway 141 and 145.

**Roundtail Chub** *Gila robusta* **G2G3 S2**
**Status: Colorado Species of Special Concern**

The roundtail chub (Figure 59) is a moderately streamlined minnow with silvery shading dorsally to dusky yellow or light green. Adults can reach 18 inches in length and 2 pounds in weight. The roundtail chub is endemic to the Colorado River basin, occurring in large streams and intermediate sized rivers throughout the basin (Woodling 1985, Page and Burr 1991). In Colorado, this species occurs in the Colorado River mainstem and its larger tributaries, including the White, Yampa, Dolores, San Juan, and Gunnison rivers (Woodling 1985). Colorado populations are at the upstream margin of the species' range and comprise the majority of occurrences for this species. The roundtail chub occurs in the Dolores River within the study area from Slick Rock, Colorado downstream to the Montrose-Mesa county line.

This species is considered vulnerable at the global (G2G3) level and very vulnerable at the state (S2) level because of its restricted range and continued threats to its habitat. It is estimated that there are less than 20 occurrences of this species in Colorado.

Threats include low water temperatures, attributed to cold water releases from dams, that may affect reproductive patterns (Woodling 1985; Vanicek and Kramer 1969), and interactions of watershed changes such as reductions in suitable habitat due to impoundment, channel downcutting, substrate sedimentation, water diversion, and groundwater pumping, and displacement through invasion of non-native predatory and competitive species (Hubbs 1954, Miller 1961, Minckley and Deacon 1968, Meffe 1985). The importance of retaining a natural flow regime in southwestern streams has been emphasized repeatedly (e.g., see Meffe and Minckley 1987, Minckley and Meffe 1987).

Management needs include careful monitoring of existing populations and eliminating detrimental water and land use and exposure to non-native fishes. Large stream areas that incorporate diverse habitats (pools, riffles, runs, backwaters, adequate substrate, and current diversity) must be preserved. Protection of existing populations that are not yet infected by non-native fishes can be achieved by building fish barriers or enhancing natural barriers. Barrier design should not significantly alter stream flow and the potential impact on natural upstream and downstream movements of native fishes should be assessed. Appropriate agencies and the Desert Fishes Recovery Team must approve barrier design.

Roundtail chubs are included in the following PCAs: Dolores River-Slick Rock to Bedrock, Dolores River-Uravan to Roc Creek, East Paradox Creek, and Sewemup Mesa.

**Sage Sparrow** *Amphispiza belli* **G5 S3B, SZN S2**

The Sage Sparrow (Figure 60) has a buffy brown back with dusky streaks, white underparts with a central dark spot on its breast, a gray-brown head, white eye ring, and a white lore spot or eyebrow. This widespread sparrow has a large range in the western U.S. and Mexico, and is fairly common and stable in many areas, with local declines.

BLM_0056845

The breeding range for the Sage Sparrow extends primarily across the Great Basin and onto the Columbia Plateau, but the species is also a permanent resident west over the Sierras and onto the California coastline (National Geographic Society 1987). Sage Sparrows occur locally in the lower elevation sagebrush steppes of western Colorado (Andrews and Righter 1992). There are less than 100 occurrences of this species in Colorado. There are at least 12 occurrences in Mesa County and perhaps more than 50 in Moffat county. There are records of Sage Sparrows from western Montrose and San Miguel Counties, including the Dolores River, Paradox Valley, Gypsum Valley, Dry Creek Basin, and Atkinson Mesa. There are no data indicating declines or increases of this species in Colorado and its population appears to be stable. This species was ranked as a S3B within the state because of a loss in sagebrush shrubland habitat occurring throughout its range and the species' relatively low numbers. The major threat to this species is the loss of sagebrush shrubland habitat.

Sage Sparrows are included in the Spring Creek-Atkinson Mesa and East Paradox Creek PCAs.

**Short-Eared Owl** *Asio flammeus* **G5 S2B, SZN**

The Short-eared Owl (Figure 61) is a medium-sized, tawny owl with bold vertical streaks on the breast and a pair of barely visible "ear" tufts close together at the top of the facial disk. Its belly is pale, lightly streaked, and its wings are long with a buffy patch beyond the wrist above and a dark patch at the base of the primaries below. Its dark facial disk contrasts with its yellow eyes.

Short-Eared Owls are moderately widespread in the southern U. S. and Mexico. This owl's winter range extends from the southern one-third of the western U.S., across to the southern two-thirds of the eastern U.S. It is a permanent resident across much of the northern one-third of the U.S. and parts of southern Canada, and migrates to the northern part of the continent in summer. The Short-eared Owl inhabits open fields, marshes, dunes and grasslands (National Geographic Society 1987).

No population trends are available for Colorado, but observations indicate that distribution is very spotty in the western part of the state (Andrews and Righter 1992) and it appears to be declining in Colorado (Andrews and Righter 1992) and throughout North America (Holt and Leasure 1993). There are less than 15 occurrences of this species in Colorado, and probably fewer than twenty breeding pairs in the state. Its overall population is likely less than 1,000 individuals. Three pairs of nesting Short-eared Owls were recorded in San Miguel County, at Hamm Canyon in 1992. The species' reportedly low population numbers and questionable breeding status justify a rank of imperiled (S2B) in the state. The species as a whole is deemed secure, due mainly to its extensive range. Threats to this species include conversion of open habitats to agriculture, grazing, and urban development (Holt and Leasure 1993). Nest disturbance from domestic and feral cats and dogs, and interspecific competition with Barn Owls may also pose threats (Holt and Leasure 1993). Repeatedly occupied areas should be protected, and stewardship needs require maintenance of large continuous tracts of prairie habitat for this owl and its prey. From the available data it is obvious that land preservation efforts must be aimed at protecting large tracts of open habitat with low vegetation. Areas of approximately 50 ha or larger, of low, open grasslands or similar habitat with abundant small mammal populations, their major food resource, should also be considered as

BLM_0056846

potential breeding or wintering habitat. Short-eared Owls are included in the Dolores Canyon South of Slick Rock and Disappointment Valley PCA.

## Spotted Bat   *Euderma maculatum*   G4 S2

Spotted bats have huge pink ears, a blackish dorsum, and white shoulders and rump. The spotted bat occurs in ponderosa pine woodlands, pinyon-juniper woodlands, and open semi-desert shrublands of the southwestern United States and Mexico. This species has been found to roost in crevices on cliff faces, but the winter status of the spotted bat is poorly understood (Armstrong *et al.* 1994). The elevational range of this species is broad, from below sea level up to 10,600 feet (Fitzgerald *et al.* 1994). Colorado represents the eastern edge of the spotted bat's range (Fitzgerald *et al.* 1994). This moderately widespread western North American bat may be more common than formerly believed, but abundance, population trend, and threats are essentially unknown. Although this species is considered extremely rare in the state, new methods of identifying bats by their echolocatory calls may increase the number of records documented for this species along the western slope (Navo *et al.* 1992). No breeding records exist in Colorado and there are insufficient data to determine population trends in Colorado. However, it is suggested that, with increased survey efforts, more spotted bats will be identified (Kirk Navo, personal communication 1997).

This species is ranked as imperiled in Colorado (S2) primarily because of the small number of occurrences, assumed small population size, and its restricted state range. There are fewer than 20 occurrences of this species in Colorado, and it is known in Colorado from only a few individuals. One member of this species was recorded in Montrose County in 1994.

Only speculations can be made about threats. Habitat destruction, such as construction of dams that inundate high cliffs and canyon walls, possibly is a threat (Snow 1974) and the use of pesticides also may be detrimental.

Spotted bats were recorded from the Coyote Wash PCA.

## Tree Lizard   *Urosaurus ornatus*   G5 S4

The tree lizard (Figure 62) can be recognized by the dark crossbars on its back, back scales of irregular sizes and a skin fold across the throat. Males have a blue belly patch on the sides and a blue throat.

This species occurs from southwestern Wyoming to Texas and into Mexico, and occupies habitat that is relatively inaccessible to humans. Tree lizards are found from the desert to lower edge of spruce-fir zone, occupying approximately 20% of Colorado in eleven counties. The western slope has many occurrences documented with more than 50 known localities (Hammerson 1982) and numerous others expected to occur. The lizard has no identified threats, and is considered protected by the abundance of public lands. They were located during this study at Bull Canyon and along the Dolores River near Bedrock, Colorado. They are included in the Dolores Canyon-Slick Rock to Bedrock and La Sal Creek PCAs.

BLM_0056847

**Yuma Skipper**   *Ochlodes yuma*   **G5 S2**

The Yuma skipper (Figure 63) is a small, one to 1.5 inch long butterfly.  Males are a bright tawny color with dark wing veins, while the female is a duller color.  The stigma is long, narrow and black.

This butterfly is a Great Basin endemic, and is distributed from northern Arizona and western Colorado, across southern Utah, Nevada, and into eastern California (Scott 1986).  Colonies are usually small, rare, and strictly limited to stands of its host plant, the giant reed (Pyle 1989).  In Colorado this butterfly is associated with natural wetlands and riparian habitat that is often subject to alteration, but irrigation may favor this species by the establishment of the giant reed.  There are only four records of the Yuma skipper, three from Mesa and Delta counties in the late 1970's and early 1960's, and one from San Miguel County in 1999.  The extent of its host plant along the Dolores River suggests this butterfly might have an extensive distribution along the river.  The Yuma skipper is of conservation concern in the state because there are so few occurrences, small populations, colonial breeding, and its restriction to wetland habitats.  Tamarisk invasion, common through its range, may threaten Yuma skipper habitat by displacing the giant reed (CNHP 1999).  Protection of natural wetlands with stands of giant reeds  will help to assure continued existence of this species in Colorado.

This butterfly was recorded from the Dolores Canyon-Slick Rock to Bedrock PCA.

BLM_0056848



Figure 43   American Peregrine Falcon.



Figure 46   Boreal Owl.



Figure 47   Brimstone clubtail (a dragonfly)



Figure 44   Bald Eagle at winter roost.



Figure 48   Canyon treefrog



Figure 45   Black Swift in flight

78

BLM_0056849



Figure 49. Colorado River cutthroat trout.



Figure 50. Flannelmouth Sucker.



Figure 53. Lewis's Woodpecker.



Figure 51. Gray Vireo.



Figure 52. Gunnison Sage Grouse, a male displaying on lek.



Figure 54. Lynx: reintroduced in Colorado summer 1999.

79

BLM_0056850



Figure 55.  Northern Goshawk.



Figure 58.  Plateau striped whiptail.



Figure 56.  Northern leopard frog.



Figure 59.  Roundtail chub.



Figure 57.  Pale lump-nosed bat.



Figure 60.  Sage Sparrow.

80

BLM_0056851



Figure 61.  Short-eared Owl.



Figure 62.  Tree Lizard.



Figure 63.  Yuma skipper.

81

BLM_0056852

# VII. Potential Conservation Areas

Fifty-nine Potential Conservation Areas (PCAs) are described below. They are arranged alphabetically by site name, regardless of rank. See page 4 for an explanation of Natural Heritage Ranks.

Following each rank is a notation of the "driving element", or the element on which the site rank was based. The driving element is also in bold type in the chart of element occurrences. Other elements which fall within the site are included in the chart and discussed under "biodiversity significance comments", but did not influence the site rank. Elevation range indicates the lowest and highest elevations within the PCA. Note that elevations are approximate, and may be rounded. Size of the PCA, in acres, is approximate. Information on soils in the PCAs was taken from ----, and information on geological formations from ---.



Figure 64. Lizard Head and Wilson Peak from Hastings Mesa

BLM_0056853

# Bear Creek
## Potential Conservation Area



83

BLM_0056854

## Bear Creek

> **Biodiversity Rank: B3** (High Biodiversity Significance) Bear Creek contains an excellent occurrence of a tall willow community that is considered to be vulnerable on a global scale.
>
> **Protection Urgency Rank: P3** There is a definable threat to the occurrence, but not expected within the next five years.
>
> **Management Urgency Rank: M3** Ongoing, recurrent management action would help to maintain the current quality of element occurrences.

**Location:** San Miguel County. Bear Creek is located just south of the town of Telluride.
U.S.G.S. 7.5 minute quadrangle: Telluride

**Legal description:** T42N R9W S1, 12, 13; T42N R8W S6, 7.

**Elevation range:** 8,880 to 11,600 feet

**Size:** 708 acres

**General Description:**
A popular hiking and bicycle trail begins in the town of Telluride, at the foot of Pine Street, and continues up the Bear Creek drainage for about 2 miles to Bear Creek Falls. Formerly a road, it is now closed to motorized vehicles.

Geologic formations in the PCA are, from lower to higher elevations, Cutler and Dolores sandstones, Eocene pre-volcanic sedimentary rocks, and Tertiary volcanics.

Forested areas on the north-facing hillsides are in excellent condition, and include several plant communities that are representative of the San Miguel Basin's montane zone. At the lower part of the proposed conservation area, a mix of aspen, spruce and white fir dominate the canopy. The understory has a very rich assemblage of shrubs, grasses and forbs. Some of the most common species are red-osier dogwood, Rocky Mountain maple, twinberry honeysuckle, meadowrue, and russet buffaloberry. A complete list of 127 species observed is available from CNHP. Other than a few pasture grasses and introduced forbs (e.g. Kentucky bluegrass, orchard grass, meadow timothy, red clover, shepherd's purse) along the trail, all the plants in the PCA are native to the area.

Farther upstream, subalpine fir and Engelmann spruce become the dominant species in the canopy, and the understory is very deeply shaded and moist. Farther yet, open areas have wet meadows or willow carrs. A high quality community of Geyer willow in an avalanche run was documented as part of the riparian classification project conducted by CNHP in 1993 (Kittel and Lederer 1993).

Black Swifts were observed at the Bear Creek Falls, and they may be nesting behind the cascades of the falls. Bear Creek Falls offers several features necessary for Black Swift breeding habitat: permanent water flow, a commanding view of the valley,

84

BLM_0056855

open flight paths to access falls, cascades of ~65 feet, many niches for nesting, and extensive moss cover behind cascades within which the swifts excavate a nest.  Flowing falls are a necessity for Colorado's nesting Black Swifts.  Regulation of practices that divert stream flows, to prevent complete loss of water flow at nesting falls and subsequent abandonment of breeding sites, would be beneficial to the swifts.

Small populations of two rare ferns, slender rock-brake and smooth cliff-brake, were found at the falls in 1999, both occurring under dripping ledges wet with spray from the waterfall.

Natural Heritage element occurrences at the Bear Creek PCA.

| Element | Common Name | G rank | S rank | Federal/ State status | EO* rank |
|---------|-------------|--------|--------|-----------------------|----------|
| *Salix geyeriana-Salix monticola*/mesic forb | Geyer's willow-rocky mountain willow/mesic forb | G3 | S3 | | B |
| *Populus tremuloides/Cornus sericea* | Aspen forests | G4 | S2 | | A |
| *Cypseloides niger* | Black Swift | G4 | S3B | USFS | B |
| *Abies lasiocarpa-Picea engelmannii/Mertensia ciliata* | Montane riparian forests | G5 | S5 | | B |
| *Cryptogramma stelleri* | Slender rock-brake | G5 | S2 | | E |
| *Cryptogramma stelleri* | Slender rock-brake | G5 | S2 | | C |
| *Pellaea glabella* ssp. *simplex* | Smooth cliff-brake | G5T4? | S2 | | C |

*EO=Element Occurrence

**Biodiversity comments:** Bear Creek contains an excellent occurrence of an aspen forest community and a good to fair occurrence of a tall willow community. Both of these communities are considered to be vulnerable on a global scale.  In addition, two species of ferns, the slender rock-brake and the smooth rock-brake, considered to be rare in Colorado were found here.  Black swifts, considered vulnerable in Colorado, were also documented in the PCA.  The spruce-fir montane riparian forest, while common both globally and in Colorado, was found to be in good condition.

**Boundary Justification:** The boundary was drawn to include Bear Creek, with its riparian area and examples of surrounding forest, from the trailhead to Bear Creek Falls. The PCA encompasses the areas of aspen forest and tall willow community that were surveyed and found to be in good to excellent condition.  This does not imply that areas outside the boundary that were not surveyed are not equally significant. Bear Creek Falls is the nesting site of Black Swifts.  The entire area needed by this species for foraging would extend much farther, and was not included in the PCA.  Likewise, the entire watershed upstream of the PCA boundaries can potentially affect the hydrology of this site. Flowing falls are a necessity for Colorado's nesting swifts.  Diversion of stream flows reducing water flow at the falls could result in abandonment of breeding sites. This

BLM_0056856

could also cause the loss of the two ferns that were found growing in cliffs that are wet with spray from the falls.

**Protection Rank Comments:** Much of this PCA has been protected through the efforts of the Town of Telluride, San Miguel Conservation Foundation, and private citizens. There are numerous private mining claims in the area, and opportunities still exist to protect more of the land through purchase, purchase of development rights, or conservation easements.

**Management Rank Comments:** Efforts to revegetate disturbed areas, control weeds and protect the site from bicycle and foot traffic off the trail are ongoing, and will need to be continued to maintain the quality of the aspen forest community. Black Swifts are apparently tolerant of human presence, and continued visitation of the falls by hikers should not compromise their nesting.

86

BLM_0056857

# Beaver Creek - Lone Cone
## Potential Conservation Area



Beaver Park, Dolores Peak, Groundhog Mountain, Little Cone, and Lone Cone U.S.G.S 7.5 min. Quadrangles

1:200,000

2    0    2    4    6    8  Miles

N



87

BLM_0056858

# Beaver Creek-Lone Cone

> **Biodiversity Rank: B4** (Moderate Biodiversity Significance)  The Beaver Creek-Lone Cone PCA contains a good example of a willow plant community that is vulnerable throughout its range.  In addition, the area has several plants that are imperiled within Colorado, and the PCA is home to Boreal Owls and Northern Goshawks.
>
> **Protection Urgency Rank: P3** There is a definable threat to the occurrence, but not expected within the next five years.
>
> **Management Urgency Rank: M3**  Ongoing, recurrent management action would help to maintain the current quality of element occurrences.

**Location:** Beaver Creek-Lone Cone is located 14.5 air miles southeast of Norwood, Colorado in southern San Miguel County.
U.S.G.S. 7.5 minute quadrangles: Beaver Park, Lone Cone

**Legal description:** T41N R11W Section 6; T41N R12W Sections 1-6, 8-12; T42N R11W Sections 30, 31; T42N R12W Sections 2-6, 7-11, 13-36; T42N R13W Sections 1, 2, 11, 12, 13, 14, 24, 25.

**Elevation range:** 8,800 to 12,613 feet

**Size:** 2,790 acres

**General Description:**
The Beaver Creek-Lone Cone PCA includes the north side of Lone Cone Mountain and the upper reaches of Beaver Creek.  Lone Cone and the adjacent mountains at the southern part of the PCA are composed of Tertiary Period volcanic rock that covered the underlying Mancos Shale (Cretaceous) found in the rest of the PCA. This PCA provides excellent examples of several plant communities that are common in Western Colorado.  At the lowest elevations are aspen forests with clearings of Thurber fescue and other native grasses.  Blue spruce riparian forest and willow communities line the streams.  Spruce-fir forests and alpine tundra occupy the higher elevations on the flanks of Lone Cone.  This PCA provides the large areas of habitat required for Northern Goshawks.
A small natural lake on the east side of Lone Cone is the site of a population of King's clover, a plant that is extremely rare in Colorado, and the canyon bog orchid, a globally vulnerable plant.  The unnamed lake is rimmed by a beautiful mossy wetland of water sedge, beaked sedge and tufted hairgrass, enhanced with elephantella, bog orchids, felwort, and death camas.  The surrounding area is a wet, boggy forest of Engelmann spruce and subalpine fir.
King's clover and another plant that is extremely rare in Colorado, variegated scouring rush, were also found along West Beaver Creek.  Tiny ferns known as moonworts were growing along an old logging road in young second growth spruce below Lone Cone. They occur in areas that have sparse vegetation.  Associated species in

88

BLM_0056859

this part of the PCA were black groundsel, wild strawberry, fireweed, Whipple's penstemon, Richardson's geranium, heartleaf arnica, spike trisetum, and alpine bluegrass. On the talus slopes at Devil's Chair, an excellent occurrence of Altai chickweed with thousands of individuals was found. The plants were growing in fine scree soils above a rock glacier. They were especially abundant in the shelter of larger rocks, accompanied by alpine groundsel, tufted hairgrass, moss campion, featherleaf fleabane, black groundsel, and sky pilot. The adjacent tundra community, with more soil development, consisted of a variety of grasses, forbs, mosses and lichens. Common species included slender wheatgrass, spike trisetum, pussytoes, alpine avens, Fremont's groundsel, alpine fescue, yarrow, mountain parsley, Geyer's onion, thickleaf clover, Colorado cinquefoil, plantain goldenweed, and alpine fescue. Farther downhill, currant, mountain avens and Colorado columbine dominated the slopes.

A Boreal Owl was recorded nesting within this PCA in 1999 and Northern Goshawks nested here in the 1980's and 90's, most recently in 1998.

The area provides habitat for wildlife and is popular for big game hunting. In addition to its recreational and scenic values, the area is important for maintaining proper function of the watershed. Logging and cattle grazing have been important uses. There are several maintained forest roads in the area, as well as former mining roads that have been closed to motorized vehicles.

Natural Heritage element occurrences at the Beaver Creek-Lone Cone PCA.

| Element | Common Name | G rank | S rank | Federal/ State status | EO rank* |
|---|---|---|---|---|---|
| *Salix geyeriana-Salix monticola/*mesic forb | Geyer's willow-Rocky mountain willow/mesic forb | **G3** | **S3** | | **B** |
| *Festuca thurberi-Lathyrus leucanthus* | Thurber fescue-white peavine montane grasslands | G4 | S4 | | B |
| *Trifolium kingii* | King's clover | G4 | S1 | | C |
| *Trifolium kingii* | King's clover | G4 | S1 | | B |
| *Stellaria irrigua* | Altai chickweed | G4? | S2 | | A |
| *Limnorchis ensifolia* | Canyon bog-orchid | G4G5T3? | S3 | | C |
| *Limnorchis ensifolia* | Canyon bog-orchid | G4G5T3? | S3 | | E |
| *Abies lasiocarpa-Picea engelmannii/Mertensia ciliata* | Montane riparian forests | G5 | S5 | | B |
| *Accipiter gentilis* | Northern Goshawk | G5 | S3B,SZN | BLM, USFS | H |
| *Accipiter gentilis* | Northern Goshawk | G5 | S3B,SZN | BLM, USFS | E |
| *Accipiter gentilis* | Northern Goshawk | G5 | S3B,SZN | BLM, USFS | H |
| *Accipiter gentilis* | Northern Goshawk | G5 | S3B,SZN | BLM, USFS | E |

BLM_0056860

| *Accipiter gentilis* | Northern Goshawk | G5 | S3B,SZN | BLM, USFS | H |
| *Accipiter gentilis* | Northern Goshawk | G5 | S3B,SZN | BLM, USFS | H |
| *Aegolius funereus* | Boreal Owl | G5 | S2 | USFS | E |
| *Aegolius funereus* | Boreal Owl | G5 | S2 | USFS | B |
| *Botrychium lunaria* | Common moonwort | G5 | S2S3 | | C |
| *Hippochaete variegata* var. *variegata* | Variegated scouring rush | G5T? | S1 | | B |

*EO=Element Occurrence

**Biodiversity comments:** The Beaver Creek-Lone Cone PCA contains a good example of a willow plant community that is globally vulnerable throughout its range. In addition, the area has several plants that are imperiled within Colorado. King's clover is known from five states, and is apparently secure globally. However, the only other occurrences of this species in Colorado in the CNHP database were found in 1998 in Montrose County, on the Uncompahgre Plateau. Common moonwort, likewise, is secure globally, but rare in Colorado. The variegated scouring rush is a species of the northern states of the U.S., reaching its southern limit in Colorado and Utah. This is the only known location of this species in San Miguel County. There are only two other known occurrences in Colorado, both in Gunnison County. The canyon bog orchid occupies similar wetland habitats. Two occurrences of this species were found in the PCA. The first, found in 1990, was in a roadside ditch. The second, found in 1994 and revisited in 1999, was in the wetland on the west-side of a small lake. There is still some question as to the identification of this population, as the plants observed in 1999 appeared to resemble the more common northern bog orchid.

The PCA is home to Boreal Owls and Northern Goshawks, both globally common species. Boreal Owls are imperiled in Colorado, while Northern Goshawks are considered to be vulnerable in Colorado.

**Boundary Justification:** The boundary is drawn to include several occurrences of plant communities, rare plants, and raptors in the Beaver Creek drainage. Although all of these occurrences are found in the northern half of the PCA, the headwaters of Beaver Creek were included, as their condition affects the health of the downstream lands. Although not visited during this survey, additional good quality stands of the Thurber fescue community have been reported and are expected at the higher elevations contained in the PCA.

**Protection Comments:** The PCA is mostly on National Forest land, with one or more inholdings and some adjacent private lands with no special protection. Protection needs for Northern Goshawks are still being debated among experts. In general, protection of large, mature to old-growth forest tracts should be beneficial. Avoidance of unnatural forest fragmentation such as clear-cutting in suitable habitat would benefit goshawks.

Although all of the element occurrences in this PCA were on National Forest

90

Land, there are one or more private inholdings on Beaver Creek that may be subject to development.

**Management Comments:**  Forest management for both maintenance of snags and maintenance of aspen groves with large diameter trees will benefit the Boreal Owl and Northern Goshawk.  Uneven-age timber management may be compatible, but clear-cuts are not considered suitable habitat for foraging Boreal Owls (Hayward and Hayward 1993).  Stewardship needs include furnishing nesting cavities and forest structure necessary for foraging in the long-term.  Management actions on the private as well as forest lands may affect the water quality of Beaver Creek and downstream riparian areas.

Thurber fescue meadows at lower elevations that are heavily grazed by cattle are in poor condition compared to higher elevation meadows that have historically been grazed by sheep (Grother, C. personal communication 2000).  Periods of rest from cattle grazing would benefit this plant community.

More research is needed on the taxonomic identity of the canyon bog orchid, as well as the reproductive ecology of both the bog orchid and King's clover within this PCA.  Periodic monitoring of the site will serve to detect changes in condition that might warrant management action.

Large home ranges and low population densities of Boreal Owls require that preserves exceed 1000 sq. km. of suitable habitat  (Hayward and Hayward 1993).  Forest management for both maintenance of snags and maintenance of aspen groves with large diameter trees would benefit the owls.  Uneven-age timber management may be compatible, but clear-cuts are not considered suitable habitat for foraging Boreal Owls (Hayward and Hayward 1993).  Long-term stewardship needs include furnishing nesting cavities and forest structure necessary for foraging.

91

# Beaver Mesa
## Potential Conservation Area



BLM_0056863

# Beaver Mesa

**Biodiversity Rank: B2** (Very high biodiversity significance) This PCA contains a fair occurrence of Gunnison Sage Grouse, a species that is critically imperiled on a global scale.

**Protection Urgency Rank: P2**  Threat is expected within five years.

**Management Urgency Rank: M3** Ongoing, recurrent management actions are needed to maintain or improve the current quality of the site as Sage Grouse habitat.

**Location:** Beaver Mesa is 3.3 air miles east of Cone Reservoir in west central San Miguel County.
　　　　U.S.G.S. 7.5 minute quadrangles: Gurley Canyon and Beaver Park
**Legal Description:** T43N R12W Sections 2, 3, 4, 10, 11, 14; T44N R12W
　　　　Sections 22, 28, 33, 34, 35

**Size:** 3,154 acres

**Elevation:** 8,360 to 8,760 feet

**General Description:**
　　　　Beaver Mesa is a relatively flat plateau at approximately 8,500 feet elevation. Past the eastern boundary of the PCA, the plateau declines steeply into the valley at Saltado Creek, and beyond the western boundary, the topography falls off into Beaver Canyon.  The geologic features at the PCA include Cretaceous Dakota Sandstone and Burro Canyon Formations that consist of sandstone, shale, and conglomerates. On this PCA approximately 95% of the land is unprotected, grazed ranchland with the remaining 5% grazed BLM land.
　　　　This plateau supports a lekking population of Gunnison Sage Grouse, discovered in 1998.  In 1998 this lek supported four displaying males.

Natural Heritage element occurrences at the Beaver Mesa PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---------|-------------|--------|--------|---------------|----------|
| *Centrocercus* sp. 1 | **Gunnison Sage Grouse** | G1 | S1 | **BLM, CO-SC** | C |

　*EO=Element Occurrence

**Biodiversity comments:** This PCA contains a low quality occurrence of the Gunnison Sage Grouse and the probability that this population will persist into the future is estimated as fair.  There are only 15 to 20 estimated occurrences in southwestern Colorado (Braun 1995).  Populations of this species are currently limited to southwestern Colorado and southeastern Utah.  There has been a long-term reduction in the distribution and abundance of the Gunnison Sage Grouse in Colorado since the early 1900's (Braun *et al.* 1994).

93

BLM_0056864

**Boundary Justification:** There is much discussion in the literature on determining the extent of conservation site boundaries for Gunnison Sage Grouse and the protection of habitat within 3 km of lekking sites is the recommended standard (Schroeder *et al.* 1999). The random distribution of nests in relation to lek location suggests that Gunnison Sage Grouse choose nesting sites based on habitat components other than distance from leks. The quantity of habitat necessary to support minimum viable populations is necessarily greater than the 3 km target. The greatest factors contributing to nest failure are predation of eggs, adults on nests, and young during feeding, as well as food availability. In addition, overwinter survival is compromised when large continuous stands of big sagebrush are absent. This PCA was drawn to include territory accommodating all required seasonal habitats of the grouse.

**Protection Rank Comments:** Protection of identified seasonal habitats (wintering, breeding, nesting and brooding) is important for continued existence of this species on Beaver Mesa. Approximately 95% of this PCA is in private ownership, and has been subdivided. Development in this area is a severe threat to the Gunnison Sage Grouse population. Protection of the site through purchase, purchase of development rights or conservation easement would be beneficial to the Sage Grouse.

**Management Rank Comments:** Management is required at this PCA if Gunnison's Sage Grouse is to be protected against disturbances compromising chick survival on brooding ranges and adult survival through winter. Threats at this PCA include habitat loss and degradation of sagelands through development, agriculture, and grazing. Management of this PCA to maintain areas of big sagebrush and relatively tall and thick grass, forb, and shrub cover will improve Sage Grouse habitat. These components supply cover from predation for both adults and chicks and supply adequate food in the form of buds, blossoms, leaves, stems, fruit, and also insects, which are particularly important to juveniles within their first three weeks of life. They also supply winter forage, which consists primarily of big sagebrush. Experts recommend that sagebrush habitats not be treated with chaining, spraying, or burning to benefit livestock production (Ritchie *et al.* 1994) which would reduce winter forage availability and cover and food in all seasons. Use of organophosphorus insecticides on agricultural lands adjacent to sagebrush can result in grouse die-offs (Blus 1989). Eliminating grazing during the chick rearing period (May-August) may be beneficial. Thinning of pinyon-juniper stands, utility poles, and other perching sites can help to prevent predation of adults on leks by raptors.

The habitat requirements of this grouse differ during the year, and differ for sex and age classes. Therefore the presence of each habitat type in healthy condition in close proximity to winter, lek, nest and brood-rearing habitat is essential. They occupy foothills, plains and mountain slopes where sagebrush is present (AOU 1983). In summer, native or cultivated meadows, grasslands, aspen, and willow thickets adjacent to or interspersed with sagebrush are occupied (Andrews and Righter 1992). Winter habitat (palatable sagebrush) probably is the most limited seasonal habitat in some areas.

94

# Big Bucktail Creek
## Potential Conservation Area



95

BLM_0056866

# Big Bucktail Creek

> **Biodiversity Rank: B2** (Very high biodiversity significance) The Big Bucktail Creek PCA supports an excellent occurrence of the skunkbrush/coyote willow riparian shrubland community, considered to be imperiled on a global scale.
>
> **Protection Urgency Rank: P4** No special protection should be required.
>
> **Management Urgency Rank: M4** Although not urgently required, management may be needed in the future to maintain the current quality of element occurrences.

**Location:** Big Bucktail Creek is located 3.5 air miles east of Nucla, Colorado in west-central Montrose County.

U.S.G.S. 7.5 minute quadrangles: Big Bucktail Creek

**Legal description:** T47N R14W Sections 16, 17, 20, 29, 30, 31.

**Elevation range:** 6,000 to 6,800 feet

**Size:** 397 acres

**General Description:**

Big Bucktail Creek is a tributary of the San Miguel River running south from the Uncompahgre Plateau. The creek cuts through Jurassic sandstones and shales of the Morrison, Summerville and Entrada formations. This PCA was surveyed by CNHP in 1997 (Stevens and Zoerner 1997). It was found to sustain several high quality riparian plant communities dominated by skunkbrush and Gambel's oak, although there is little surface water in the area in mid-summer. The narrowly confined canyon has a cobble-boulder channel, with sediment between the boulders. Skunkbrush lines the edge of the channel, giving way to oak on the higher banks. Other common plant species in this dense shrub community are Utah serviceberry, Wood's rose, and thinleaf alder.

Natural Heritage element occurrences at the Big Bucktail Creek PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---------|-------------|--------|--------|---------------|----------|
| *Rhus trilobata/Salix exigua* | **Skunkbrush/Coyote willow riparian shrubland** | G2 | S2 | | A |
| *Populus angustifolia/Rhus trilobata* | Narrowleaf cottonwood/skunkbrush | G3 | S3 | | A |
| *Populus angustifolia/Rhus trilobata* | Narrowleaf cottonwood/skunkbrush | G3 | S3 | | A |
| *Vireo vicinior* | Gray Vireo | G4 | S2B, SZN | | C |

*EO=Element Occurrence

**Biodiversity comments:** In addition to four excellent sub-occurrences of the skunkbrush/coyote willow riparian shrubland, this PCA has two excellent, one good and one fair sub-occurrences of the narrowleaf cottonwood/skunkbrush community. This

96

BLM_0056867

community is considered vulnerable both globally and in Colorado.  There is also one occurrence of a Gray Vireo, for which breeding populations in Colorado are rare.

**Boundary Justification:** The boundary is drawn to include several high quality examples of riparian plant communities, as well as some of the uplands that may affect these communities. Other similar tributaries of the San Miguel contribute to the quality of the river, and should be considered significant for that reason.  Although the nesting location of the Gray Vireo is included, the boundary does not take in the entire area that is used by the bird.

**Protection Rank Comments:** This PCA is located on BLM and National Forest lands. Access to the PCA is difficult, and serves to protect the area from human disturbance.

**Management Rank Comments:** BLM land in this PCA is managed for livestock, wildlife and riparian values.  Activities in the watershed including grazing and timber harvest could impact the riparian communities in the future.  At present, cattle tend to stay out of the narrow, incised riparian zone.  The researchers reported no exotic species. Management actions in the pinyon-juniper woodlands may affect the Gray Vireo.

BLM_0056868

# Big Gypsum Valley
## Potential Conservation Area





0.5   0   0.5   1   1.5 Miles



N



98

BLM_0056869

# Big Gypsum Valley

> **Biodiversity Rank: B4** (Moderate Biodiversity Significance)  Big Gypsum Valley has an excellent occurrence of the weak-stemmed mariposa lily, a plant that is extremely rare in Colorado.
>
> **Protection Urgency Rank: P4**  No threat is known for the foreseeable future.
>
> **Management Urgency Rank: M4**  Although not urgently required, management may be needed in the future to maintain the current quality of element occurrences.

**Location:** Big Gypsum Valley is located 14.0 air miles west of Basin, Colorado in southeastern San Miguel County.

U.S.G.S. 7.5 minute quadrangles: Gypsum Gap

**Legal description:** T44N R18W Section 13.

**Elevation range:** 5,700 to 5,800 feet

**Size:** 148 acres

**General Description:**

Big Gypsum Valley is one of several east-west trending valleys in western San Miguel and Montrose counties.  The broad, flat valley has saline soils and desert shrub/grassland vegetation. Geologic formations in the PCA include Mancos shale (Cretaceous) in the northern half, and Morrison, Summerville and Entrada sandstones and shales (Jurassic) in the southern half. The area has several uranium mines.

This PCA contains the largest population of the weak-stemmed mariposa lily known from Colorado. The grassy, west-facing slope, on the north side of Highway 80 also supported galleta, Indian ricegrass, scarlet globemallow, larkspur, and winterfat. The majority of this PCA is publicly owned and managed by the Bureau of Land Management.  Nearby private lands may also contain the mariposa lily.

The mariposa lily apparently has a very early flowering period. The population was discovered on May 26.  When CNHP biologists returned to the area two weeks later to search for more occurrences, the original population was no longer visible.

Natural Heritage element occurrences at the Big Gypsum Valley PCA.

| Element | Common Name | G | S rank | Federal/State | EO* rank |
|---|---|---|---|---|---|
| *Calochortus flexuosus* | Weak-stemmed mariposa lily | G4 | S1 | | A |

*EO=Element Occurrence

**Biodiversity comments:** The population of the weak-stemmed mariposa lily in Big Gypsum Valley is one of the best known in Colorado. Prior to the discovery of this population, there were ten Colorado occurrences of this species in CNHP's database, seven from Montezuma County, one from Archuleta, one from San Miguel and one from

99

BLM_0056870

Montrose.  Only two of these populations have been seen within the last ten years, both in Mesa Verde National Monument.  Little is known about the record from Montrose County, which is based on a herbarium specimen collected by Edwin Payson in 1914 near Naturita.  The other San Miguel record was mapped as occurring in Egnar, and was based on a herbarium specimen collected in 1980.  Neither of these sites could be relocated in 1999.  The Big Gypsum population, therefore, may be the northernmost extant occurrence of this species.  Globally, the species is known from six southwestern states, and is apparently secure in areas outside Colorado.

**Boundary Justification:** The boundary is drawn to encompass the population of the weak-stemmed mariposa lily, along with some adjacent potential habitat in the shrub/grasslands of the valley bottom, to allow for future expansion of the population.

**Protection Rank Comments:** The PCA is entirely on BLM land. Protection from future mining or other surface disturbing activities in the area would help to ensure the plants' survival.

**Management Rank Comments:** BLM management objectives for this PCA emphasize mining, wildlife, soils and water (USDI 1985).  The PCA is adjacent to a public highway. The weak-stemmed mariposa lily is far enough away from the road that it should not be threatened by roadside weed spraying, as long as care is taken to avoid spraying when wind could carry the drift to the plants.  Periodic monitoring of this population may add to our understanding of the plants' ecology and management needs.

100

BLM_0056871

# Bilk Basin
## Potential Conservation Area



0.3   0   0.3   0.6   0.9   1.2   1.5   1.8   Miles



N



101

## Bilk Basin

**Biodiversity Rank: B4** (Moderate Biodiversity Significance) The Black Swift, a bird species that is considered to be globally secure but vulnerable in Colorado, was identified at the third waterfall in Bilk Basin.

**Protection Urgency Rank: P5** Protection is complete.

**Management Urgency Rank: M4** Although not urgently required, management may be needed in the future to maintain the current quality of element occurrences.

**Location:** Bilk Basin is located 9.75 air miles southwest of Telluride, Colorado in southeastern San Miguel County.
U.S.G.S. 7.5 minute quadrangles: Mount Wilson

**Legal description:** T41N R10W Sections 3, 4; T42N R10W Sections 26, 27, 33, 34, 35.

**Elevation range:** 10,000 to 11,800 feet

**Size:** 511 acres

**General Description:**
Bilk Basin is a large mountain basin just above treeline at the headwaters of Bilk Creek.  Wilson Peak, Mount Wilson, Cross Mountain, Lizard Head, and Sunshine Mountain rim the spectacular site.
The mountains were formed by Tertiary volcanic flows that overlie Cretaceous Mancos shale comprised of shallow, turbid marine, calcareous sediments.  Soils of the PCA are classified as Cryochrepts.



Planeleaf willow occupies the central, wetter areas of the basin, while barren ground willow dominates the side slopes with better drainage.  Associated with the barren ground willow was osha, forming a 20% cover.  There were smaller amounts of triangle leaf groundsel and monkshood.  Patches of sedge wetlands consisting of about equal amounts of beaked sedge and water sedge were interspersed with the willows. The narrow, crystal-clear stream meanders through this community, often curving nearly 360 degrees (Figure 65).  Drier areas had pools and rivulets among bedrock outcrops and patches of krummoholz on frost-heaved islands.
There are four falls within the basin along Bilk Creek and at the third falls a single Black Swift was observed.  Verification of nesting swifts at this falls was not possible, however, this falls and two of

Figure 65. Bilk Basin sedge wetlands.

BLM_0056873

the others offer good quality swift habitat.  All of the falls are permanent and they have many ledges and pockets for nesting.  A developed trail passes the falls, but the falls are relatively undisturbed.

Natural Heritage element occurrences at the Bilk Basin PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---------|-------------|--------|--------|---------------|----------|
| *Cypseloides niger* | Black Swift | G4 | S3B | USFS | B |
| *Salix brachycarpa/*mesic forb | Alpine willow scrub | G4 | S4 | | A |
| *Salix drummondiana/*mesic forb | Drummonds willow/mesic forb | G4 | S4 | | A |
| *Salix planifolia/Caltha leptosepala* | Subalpine riparian willow carr | G4 | S4 | | A |
| *Eriophorum altaicum* var. *neogaeum* | Altai cottongrass | G4T? | S3 | USFS | B |

*EO=Element Occurrence

**Biodiversity comments:** In addition to the nesting population of Black Swifts, the PCA has a good occurrence of the Altai cottongrass, a species that is vulnerable in Colorado and listed as sensitive by the USFS.  Of the twenty-nine known occurrences in Colorado, this is the only one known from San Miguel County.  The species is more common in San Juan and LaPlata counties.  The PCA also contains excellent occurrences of three common willow communities.

**Boundary Justification:** The PCA includes all element occurrences in Bilk Basin, and follows the natural boundaries of the basin.  The falls which are the nesting area of Black Swifts are contained in the PCA; however, the entire area needed for their survival is not included.

**Protection Rank Comments:** Protection of this PCA is complete, as it is contained within the Lizard Head Wilderness.

**Management Rank Comments:** Grazing on this PCA was discontinued in the 1980's.  The area is a popular hiking area, but users stay on the trail, and no adverse impacts have been observed.  Periodic monitoring of the site will serve to detect changes in condition that might warrant management action.

BLM_0056874

# Bridal Veil Falls
## Potential Conservation Area



BLM_0056875

# Bridal Veil Falls

**Biodiversity Rank: B3** (High Biodiversity Significance)  The pale moonwort, considered to be imperiled globally and in Colorado, was identified at this PCA.  The occurrence is unranked, as several years observation are necessary to assess the size of a population.

**Protection Urgency Rank: P3** There is a definable threat to the occurrence, but not expected within the next five years.

**Management Urgency Rank: M4** Although not urgently required, management may be needed in the future to maintain the current quality of the element occurrence.

**Location:** Bridal Veil Falls is located 2.0 air miles east of Telluride, Colorado in eastern San Miguel County.
U.S.G.S. 7.5 minute quadrangles: Telluride

**Legal description:** T42N R8W Sections 5, 8.

**Elevation range:** 9,800 to 10,600 feet

**Size:** 62 acres

**General Description:**
Bridal Veil Falls is a spectacular waterfall east of the town of Telluride.  It features a vertical drop of one hundred feet.  A power plant is situated at the top of the falls.  An old road leading to Bridal Veil Basin is closed to motorized vehicles, but is extensively used by hikers accessing Blue Lake and Bridal Veil Basin.  Black Bear Road, a popular four-wheel drive route, crosses the PCA.

One species of grape fern that is globally imperiled and two that are rare in Colorado, were found in disturbed areas on switchbacks of Black Bear Road above Bridal Veil Falls.  Two small populations of King's clover were found in this PCA--one along Black Bear Road, and the other on the closed road to Bridal Veil Basin above the falls.

Five Black Swifts were identified at Bridal Veil Falls, but no nests of this elusive colonial bird were observed.  The speed at which Black Swifts fly makes it difficult to accurately count observed birds and the secretive placement of their nests makes it difficult to verify nesting.  This group of swifts probably numbered more than five, and could indeed be nesting at Bridal Veil Falls.  This may be the largest number of Black Swifts observed at any one falls in Colorado outside of the nesting population located at Box Canyon Falls in the city of Ouray, Colorado.  The falls themselves offer excellent swift habitat.  High volumes of water plunge from the cliff face for approximately 100 feet to the ground below.  The falls offer a commanding view of the San Miguel River Valley, clear flight paths to the falls, many pockets and ledges for nesting, protection from predators, and moss for nest excavation, all of which are necessary for Black Swifts. The operation of a hydroelectric generating facility by Bridal Veil Power Company probably is inconsequential to the swifts, which are very tolerant of human disturbance.

BLM_0056876

Natural Heritage element occurrences at the Bridal Veil Falls PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---|---|---|---|---|---|
| *Botrychium pallidum* | Pale moonwort | G2 | S2 | | E |
| *Botrychium minganense* | Mingan moonwort | G4 | S1 | | E |
| *Cypseloides niger* | Black Swift | G4 | S3B | USFS | B |
| *Trifolium kingii* | King's clover | G4 | S1 | | D |
| *Trifolium kingii* | King's clover | G4 | S1 | | D |
| *Botrychium lunaria* | Common moonwort | G5 | S2S3 | | E |
| *Cryptogramma stelleri* | Slender rock-brake | G5 | S2 | | D |

*EO=Element Occurrence

**Biodiversity comments:** Three species of moonworts were found at the Bridal Veil Falls PCA. One of these, the pale moonwort, is imperiled throughout its range, while the Mingan moonwort is extremely rare in Colorado. The common moonwort, despite its name, is considered vulnerable in Colorado. Small populations of King's clover, extremely rare in Colorado, were found here, along with the slender rock brake, a species rare in the state. These occurrences were so small that their viability is questionable. However, their presence may indicate that more plants could be found in this habitat with further searching. Nesting colonies of Black Swifts are considered to be vulnerable in Colorado.

**Boundary Justification:** The PCA includes the locations of the rare plants found in the site, and the falls that are home to the Black Swifts. The site does not provide for the foraging area of the Black Swifts. Further survey of this area could result in extending the locations of the rare plants, and thus the site boundaries.

**Protection Rank Comments:** The majority of the land in the PCA is privately owned and subject to development.

**Management Rank Comments:** Diversion of water upstream at Blue Lake to supply increased residential development in the Telluride area could lower flows at the falls, resulting in abandonment of this nesting site by the Black Swifts. Regulation of water diversions from Bridal Veil Creek to prevent complete loss of water flows would serve to prevent abandonment of the falls by nesting swifts. Roadside populations of the plants are vulnerable to disturbance from road maintenance and hikers.

BLM_0056877

# Buckeye Reservoir
## Potential Conservation Area



BLM_0056878

# Buckeye Reservoir

> **Biodiversity Rank: B4** (Moderate Biodiversity Significance)  A good quality occurrence of a Ponderosa pine/manzanita woodland was documented at Buckeye Reservoir.  While globally secure, this plant community is extremely rare in Colorado.  This is the best known occurrence of this community in San Miguel and western Montrose counties.
>
> **Protection Urgency Rank: P4** No threat is known for the foreseeable future.
>
> **Management Urgency Rank: M5** No management needs are known or anticipated in the potential conservation area.

**Location:** Buckeye Reservoir is located 5.0 air miles northwest of Paradox, Colorado in northwestern Montrose County.
U.S.G.S. 7.5 minute quadrangles: Buckeye Reservoir

**Legal description:** T48N R19W Sections 6, 7; T48N R20W Sections 1-3, 10-12.

**Elevation range:** 6,000 to 8,000 feet

**Size:** 3,576 acres

**General Description:**

Shallow soils over Dakota sandstone support a plant community unusual in Colorado: a Ponderosa pine forest with an understory of greenleaf manzanita, a broadleaf evergreen shrub.  Eight hundred twenty-five acres of this community were mapped from on the ground surveys, and it is likely to be more extensive.  Adjacent areas with deeper soils have Gambel's oak as the dominant understory species.  The two communities intergrade, with some areas having about equal amounts of oak and manzanita.  Aspen forms patches in slightly more mesic drainages, while other areas have a ponderosa pine forest with sparse understory. The community is in good condition, except for some introduced bulbous bluegrass along the road.  Native plant species at the PCA include spreading fleabane, pussytoes, stonecrop, golden banner, Utah serviceberry, Oregon grape, bitterbrush, muttongrass, mountain lover, and hairy golden aster.  The PCA is within the Manti-La Sal National Forest.  Use of the area is heavy during hunting season.  Recreational use is concentrated at nearby Buckeye Reservoir during the summer.

Natural Heritage element occurrences at the Buckeye Reservoir PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---|---|---|---|---|---|
| *Pinus ponderosa/Arctostaphylos patula* | **Ponderosa pine/manzanita western** | G4 | S1 | | **B** |
| *Pinus ponderosa/Quercus gambelii* | Ponderosa pine/Gambel's oak foothills woodland | G5 | S4 | | B |

*EO=Element Occurrence

108

**Biodiversity comments:** The PCA contains a plant community that is extremely rare in Colorado, although it is apparently secure globally. The populations of greenleaf manzanita in western Colorado mark the eastern limit of the species' range. Manzanita is of value for its fruits, which are eaten by grouse, skunks, deer, quail, bears, and coyotes (Stubbendieck *et.al.* 1994). The adjacent Ponderosa pine/Gambel's oak community, although not rare, is in good condition, and is included here to complete the vegetation representation of the area.

**Boundary Justification:** The boundary is drawn to include occurrences of two plant communities. These communities may be more widespread in this area, but have not been mapped. Further survey effort would be needed to determine their full extent in Montrose County.

**Protection Rank Comments:** This PCA is within the Manti-La Sal National Forest. No special protection should be required.

**Management Rank Comments:** The area is grazed, and popular for recreation, including fishing and hunting. However, these uses do not appear to threaten the plant community. Periodic monitoring of the site will serve to detect changes in condition that might warrant management action.

109

BLM_0056880

# Campbell Creek
## Potential Conservation Area





BLM_0056881

# Campbell Creek

> **Biodiversity Rank: B3** (High Biodiversity Significance) An excellent occurrence of the narrowleaf cottonwood/skunkbrush community was found at Campbell Creek. This community is globally vulnerable.
>
> **Protection Urgency Rank: P4**  No threat is known for the foreseeable future.
>
> **Management Urgency Rank: M4**  Although not urgently required, management may be needed in the future to maintain the current quality of element occurrences.

**Location:** Campbell Creek is located 9.0 air miles northwest of Nucla, Colorado in west-central Montrose County.

U.S.G.S. 7.5 minute quadrangles: Atkinson Creek, Uravan

**Legal description:** T47N R16W Section 5; T48N R16W Sections 28, 32, 33.

**Elevation range:** 5,400 to 6,200 feet

**Size:** 315 acres

**General Description:**
Campbell Creek, a tributary of Tabeguache Creek, flows southwestward from the Uncompahgre Plateau through the Dakota and Burro Canyon sandstones of the Cretaceous Period. The creek has a high quality riparian area, with several sub-populations of the narrowleaf cottonwood/skunkbrush community. All age classes of cottonwoods are represented. In addition to the skunkbrush, coyote willow is a common understory species. The creek occupies a narrow valley. The stream bottom varies from cobbles and sediments to cobbles and boulders. The PCA is primarily on BLM land, with a small amount of private land at the north and south ends.

Natural Heritage element occurrences at the Campbell Creek PCA.

| Element | Common Name | G rank | S rank | Federal/ | Eo rank* |
|---|---|---|---|---|---|
| *Populus angustifolia/Rhus trilobata* | Narrowleaf cottonwood/skunkbrush | G3 | S3 | | A |

*EO=Element Occurrence

**Biodiversity comments:** The narrowleaf cottonwood/skunkbrush community is in good to excellent condition in this PCA. This plant association occurs in Nevada, Utah and Colorado (CNHP 1999). In Colorado it occurs on the Uncompahgre Plateau, small tributaries of the western half of the Colorado River Basin, the San Juan National Forest and in the San Luis Valley (Kittel *et al.* 1994).

**Boundary Justification:** The boundary is drawn to include the riparian zone of Campbell Creek and the immediately adjacent slopes. The upland parts of the site are

BLM_0056882

important as any alterations in the current hydrological regime could potentially affect the elements.

**Protection Rank Comments:** This PCA is located entirely on BLM lands managed by the Uncompahgre Basin Resource Area. There is no special protection in place.

**Management Rank Comments:** This PCA is managed by BLM primarily for livestock grazing. Grazing is heaviest in the parks, and apparently has not adversely affected the riparian vegetation. Periodic monitoring of the site will serve to detect changes in condition that might warrant management action.

112

BLM_0056883

# Clay Creek
## Potential Conservation Area



1   0   1   2   3   4  Miles

N

BLM_0056884

# Clay Creek

---

**Biodiversity Rank: B4** (Moderate Biodiversity Significance)  A fair population of Wetherill milkvetch, a plant that is globally vulnerable, was found at the Clay Creek PCA.

**Protection Urgency Rank: P2** A threat is expected within five years.

**Management Urgency Rank: M4** Although not urgently required, management may be needed in the future to maintain the current quality of element occurrences.

---

**Location:** Clay Creek is located 2.25 air miles east of Bedrock, Colorado in western Montrose County.
   U.S.G.S. 7.5 minute quadrangles: Sanborn Park

**Legal description:** T45N R12W Sections 5, 7, 8, 18, 19; T45N R13W Section 12.

**Elevation range:** 6,600 to 7,800 feet

**Size:** 1,014 acres

**General Description:**
   Clay Creek is a perennial stream that flows in a southwesterly direction into the San Miguel River from the Uncompahgre Plateau.  Geologic formations in the PCA are Jurassic Morrison Formation sandstones on the canyonsides, topped by a cap of Cretaceous Dakota sandstone.
   The steep canyonsides have an open pinyon-juniper woodland with mountain mahogany and squaw apple on the south-facing slopes.  North-facing slopes have a dense cover of Douglas fir and Gambel's oak, with Oregon grape, mountain lover and elk sedge in the understory.  The riparian vegetation along the creek supports a community of narrowleaf cottonwood and red-osier dogwood, with skunkbrush, Rocky Mountain maple, box elder, and twinberry also present.
   Wetherill milkvetch, a plant that is globally vulnerable, was found at this PCA.  The preferred habitat of Wetherill milkvetch is rocky dry washes and eroded gullies in the pinyon-juniper community.  Soils are derived from clays and sandstones of the Morrison Formation, and are very soft and highly erodable.  The plants are most often found on small level areas next to boulders where the light, inflated fruits have lodged.  They are often in open areas, away from other plants.  They seldom grow in areas with significant cover of litter.  Associated species in the area include Indian ricegrass, twin bladderpod, rabbitbrush, mountain mahogany, and serviceberry.
   The PCA includes BLM, National Forest and private lands.  Wetherill milkvetch was found on BLM land above the San Miguel River and on National Forest land above Clay Creek. Although the private lands were not surveyed, they also contain potential habitat for the milkvetch.

114

BLM_0056885

Natural Heritage element occurrences at the Clay Creek PCA.

| Element | Common Name | G rank | S rank | Federal/State status | EO* rank |
|---------|-------------|--------|--------|----------------------|----------|
| *Astragalus wetherillii* | **Wetherill milkvetch** | **G3** | **S3** | **USFS** | **C** |
| *Astragalus wetherillii* | Wetherill milkvetch | G3 | S3 | USFS | D |

*EO=Element Occurrence

**Biodiversity comments:** The populations of Wetherill milkvetch at this PCA were relatively small, so that they may not be viable, although there was sufficient habitat for the species in the area.  Numbers of individuals appear to vary substantially from year to year, and further surveys may determine that the population is more extensive.

**Boundary Justification:** The PCA was drawn to include the populations of Wetherill milkvetch that were found on the slopes above Clay Creek and above the San Miguel River, as well as intervening potential habitat.  The unoccupied suitable habitat provides for the the species to move over time and colonize new sites.

**Protection Rank Comments:** Toe slopes above the San Miguel River on private land adjacent to the BLM are likely to also contain the milkvetch.  These properties have been subdivided and are subject to development.  Development could be planned so that the dry wash habitats of the Wetherill milkvetch are kept as open space.  BLM lands in this PCA are included in a designated Area of Critical Environmental Concern (ACEC).

**Management Rank Comments:** The habitat of the Wetherill milkvetch is not currently used or impacted by humans.  Disturbance of the site is natural.  Weed control efforts along the road are not likely to affect the populations, which are in dry washes well away from the road. BLM lands in the PCA are managed to protect the riparian communities.  Periodic monitoring of the site will serve to detect changes in the size and condition of the milkvetch population that might warrant management action.

BLM_0056886

# Clear Creek
## Potential Conservation Area





0.5   0   0.5   1   1.5   2   2.5   3   Miles





116

# Clear Creek

> **Biodiversity Rank**: **B5** (General Biodiversity Significance) The Clear Creek PCA contains a good example of a Colorado River cutthroat trout population. This subspecies is apparently secure on a global scale, but vulnerable in Colorado.
>
> **Protection Urgency Rank**: **P3** There is a definable threat to this occurrence, but not expected within the next five years.
>
> **Management Urgency Rank**: **M2** Ongoing, recurring management must continue to prevent loss of these element occurrences.

**Location:**  Clear Creek is three air miles north of Hotchkiss Reservoir in extreme south central Montrose County.
U.S.G.S. 7.5 minute quadrangles:  Hotchkiss Reservoir, Horsefly  Peak, and Pryor Creek

**Legal Description:** T46N R10W Sections 19, 20, 29, 30; and T46N R11W Sections 8, 9, 15, 16, 17, 21, 22, 23, 24, 25, 26, 27, 28.

Size:  **5397 acres**

**Elevation:** 8,080 to 9,820 feet

**General Description:**
The Clear Creek PCA is characterized by a high elevation montane ecosystem running east to west along and north of Horsefly Creek.  Drainages entering Horsefly Creek from the north bisect the site across its length, resulting in high areas interspersed between stream valleys and canyons running north to south.  Dominant vegetation of the area includes ponderosa pine and aspen woodland with some areas of big sagebrush in the valley bottoms.  Riparian vegetation is dominated by narrowleaf cottonwood and blue spruce with an understory of thinleaf alder.  Geologic features of the PCA include Jurassic Morrison, Summerville, and Entrada Formations, and Cretaceous Mancos Shale, Dakota Sandstone, and Burro Canyon Formations. The Forest Service manages most of this PCA with the remainder under private ownership.  Intense grazing occurs throughout the site.
The Colorado Division of Wildlife discovered a population of Colorado River cutthroat trout at Clear Creek in 1996.

117

BLM_0056888

Table.  Natural Heritage element occurrences at the Clear Creek PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---------|-------------|--------|--------|---------------|----------|
| *Oncorhynchus clarki pleuriticus* | **Colorado River cutthroat trout** | **G4T3** | **S3** | **BLM, USFS, CO-SC** | **B** |
| *Accipiter gentilis* | Northern Goshawk | G5 | S3B,SZN | BLM, USFS | E |
| *Accipiter gentilis* | Northern Goshawk | G5 | S3B,SZN | BLM, USFS | E |
| *Accipiter gentilis* | Northern Goshawk | G5 | S3B, SZN | BLM, USFS | B |

*EO = Element Occurrence

**Biodiversity Rank Justification:** Cutthroat trout are a sensitive species that are native to the Colorado River basin, and have recently been in decline.  Remnant populations still remain in Colorado, Wyoming, and Utah.  In addition to the population of Colorado River cutthroat trout at Clear Creek, nesting Northern Goshawks, considered vulnerable in Colorado, have used the aspen and pine forests of this PCA throughout the 1990's. The most recent activity documented was in 1997.  Altogether, a total of four nests have been identified within the boundaries of the PCA.

**Boundary Justification**: The PCA was drawn to include all of Clear Creek and the aspen-pine forests used by the nesting Northern Goshawks.  It also includes habitat upslope from the stream important to maintaining the natural hydrologic features that prevent excessive sedimentation of Clear Creek.

**Protection Rank Comments:** Approximately 13% of the Clear Creek PCA is private ranchland. The land along Clear Creek is intensively grazed, upsetting the hydrologic features of the stream system.  There is no indication that this activity will stop or decline in the future unless the land is protected.

**Management Rank Comments:** Altered hydrology, increased grazing, and agricultural practices will increase sedimentation within Clear Creek and reduce cover along the stream.  The present impacts of grazing are heavy.  This trout requires cool, clear water and well-vegetated streambanks for cover and bank stability.  Restricting grazing along Clear Creek would benefit the cutthroat trout population.  Cutthroat trout are susceptible to overharvest if angling is unrestricted, so Colorado has instituted restrictive angling regulations. Strict enforcement of these regulations will help to ensure survival of this population of cutthroats.

118

# Coyote Wash
## Potential Conservation Area



1:50,000

Anderson Mesa U.S.G.S 7.5 min. Quadrangle

0.5   0   0.5   1   1.5   2   Miles

N

119

# Coyote Wash

---

**Biodiversity Rank: B2** (Very high biodiversity significance) The Coyote Wash PCA contains the best known Colorado occurrence of the globally imperiled Kachina daisy.

**Protection Urgency Rank: P4**  No threat is known for the foreseeable future.

**Management Urgency Rank: M4** Although not urgently required, management may be needed in the future to maintain the current quality of element occurrences.

---

**Location:** Coyote wash is located 9.5 air miles south of Paradox, Colorado in extreme southwestern Montrose County.
U.S.G.S. 7.5 minute quadrangles: Anderson Mesa

**Legal description:** T46N R19W Sections 15, 21, 22.

**Elevation range:** 5,100 to 5,800 feet

**Size:** 329 acres

**General Description:**
Coyote Wash is a steep-sided tributary canyon that joins the Dolores Canyon in the roadless area between Slick Rock and Bedrock. Its flat sandy bottom has a small meandering stream that occasionally floods.
Vegetation in the wash includes giant reed, bulrushes, and Baltic rush. The rocky sandstone canyon sides are covered with pinyon-juniper woodland, with some open grasslands on benches and mesa tops. Seeping alcoves in the sandstone canyon walls high above the wash are the sites of hanging garden communities that support several rare plants.
Colorado's largest population of the Kachina daisy is located here. It grows in horizontal crevices in seeping alcoves. Studies currently underway suggest that the Colorado populations of this plant are distinct from those in Utah, and may warrant at least separate varietal status (Woolstenhulme personal communication). Eastwood's monkeyflower is also found in horizontal crevices on seeping canyon walls, along with the more common yellow columbine and poison ivy. Helleborine orchids are found in the wet grassy areas just below the seeps, along with several sedges, rushes, and bulrushes. Side drainages entering the wash support box elder, hackberry, single leaf ash, skunkbrush, New Mexico privet, Baltic rush, giant wild rye, and Rocky Mountain juniper. Grasslands on flat benches have been identified by the BLM as ungrazed relic communities of needle and thread, galleta, blue grama, and Indian ricegrass. There are few exotic plant species in the area.
The rocky outcrops, steep cliffs, and canyons of the area offer ideal roosting sites for the spotted bat, *Euderma maculatum*. There are fewer than 20 occurrences, with few individuals in each, in Colorado. One member of this species was recorded at this PCA in 1994.

BLM_0056891

Red spotted toads and Woodhouse's toads were observed in pools in the wash. Bighorn sheep have been reintroduced in the canyon, and are apparently surviving.

This PCA is difficult to access by land, but is an easy walk for those rafting or kayaking on the Dolores River.  However few people venture to climb up the sides of the canyon where the significant biological resources are located.  The PCA is entirely in public ownership, managed by BLM.  Coyote Wash has been selected as a Colorado Natural Area.

Natural Heritage element occurrences at the Coyote Wash PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---------|-------------|--------|--------|---------------|----------|
| *Erigeron kachinensis* | **Kachina daisy** | G2 | S1 | BLM | A |
| *Stipa comata* | Needle and thread (Great Basin herbaceous vegetation) | G2G4 | S2? | | A |
| *Mimulus eastwoodiae* | Eastwood monkey-flower | G3? | S1 | BLM | B |
| *Epipactis gigantea* | Helleborine orchid | G4 | S2 | BLM | A |
| *Epipactis gigantea* | Helleborine orchid | G4 | S2 | BLM | B |
| *Euderma maculatum* | Spotted bat | G4 | S2 | BLM, USFS | E |

*EO=Element Occurrence

**Biodiversity comments:** The Coyote Wash PCA contains the best known Colorado occurrence of the globally imperiled Kachina daisy.  This species is the most imperiled of all plants found in San Miguel and Montrose counties.  As one of only two known populations in Colorado, this PCA is extremely important for further research. Current taxonomic research on the Kachina daisy may result in assigning the Colorado plants to a separate species or variety, in which case this population would be considered even more rare and imperiled, perhaps raising its biodiversity rank to B1 (outstanding significance).  An excellent example of the Great Basin Herbaceous Vegetation dominated by needle and thread grass was documented in the PCA.  A high quality population of Eastwood monkey-flower, a plant that is vulnerable throughout its range, and extremely rare in Colorado, was found in hanging gardens in Coyote Wash.  An excellent and a good occurrence of the helleborine orchid, rare in Colorado, also were found in the PCA.

Spotted bats are considered to be rare in Colorado.  Spotted bats are locally common in various habitats (pinyon-juniper woodland, riparian corridors, over river) in canyons in northwestern Colorado (Navo *et al.* 1992).  The bats roost in caves and in cracks and crevices in cliffs and canyons, with which this species is consistently associated.  They are often captured over waterholes near cliffs with numerous vertical cracks.  Population trends are not known for Colorado.  Due to the lack of sufficient information, only speculations can be made about threats. Although no longer tracked by CNHP, the bat Yuma myotis (*Myotis yumanensis*) that is considered sensitive by BLM has been observed in the PCA.

121

**Boundary Justification:** The boundary is drawn to include the element occurrences known from Coyote Wash, including the riparian area and the cliffs that are the location of the hanging garden communities. It includes the habitat of the Kachina daisy that is known to be occupied, as well as adjacent areas that are potentially available for future colonization by this species. Upstream portions of the wash that are not included in the PCA may also contribute significantly to the quality of the riparian area.

**Protection Rank Comments:** The PCA is located on lands managed by the BLM. This area has been identified as a State Natural Area, recommended as a Research Natural Area, and is a BLM Wilderness Study Area (WSA). Continuance of the Kachina daisy population is probably not threatened by direct human disturbance. However, a prolonged drought or diversion of the source water on Ray Mesa could cause its extinction at this PCA. The grassland is located on a small mesa top that is inaccessible except by helicopter, and is therefore secure from disturbance. There is no question that the area is significant and remote enough to warrant wilderness status. Wilderness designation of this site could afford additional permanent protection. On the other hand, it could lead to an increase in visitors, causing more impacts on plants and plant communities.

**Management Rank Comments:** No current management needs are known for the plants in the PCA, but increased visitation could impact them in the future. Periodic monitoring of this important rare plant population would enable the detection of any changes in size or condition that might require management action. The PCA is extremely important for further research on the Kachina daisy. Little is known about the reproductive ecology of this species, and as the best known site in Colorado, this PCA would be the primary location for obtaining that information.

More research is needed on the current distribution, abundance, life history and ecology of the spotted bat. Habitat destruction, such as construction of dams that inundate high cliffs and canyon walls, possibly is a threat (Snow 1974). The use of pesticides also may be detrimental. The bats are fairly resistant and tolerant of nondestructive intrusion. The greatest management need is to obtain further information on current distribution and abundance, life history, and ecology. Until more is known, it is difficult to determine what can be done to increase the population of the spotted bat. However, Snow (1974) recommended the following: 1) determine the presence of the spotted bat by surveying likely habitat; 2) establish and maintain waterholes in likely spotted bat habitat (it is well known that the bat will fly for several miles to find water, and a water hole will benefit many species; and 3) support and cooperate in studies to determine more about the impacts by humans. It is probable that the spotted bat has never been very common (Snow 1974).

122

BLM_0056893

# Davis Mesa Slopes
## Potential Conservation Area



BLM_0056894

# Davis Mesa Slopes

---

**Biodiversity Rank: B2** (Very high biodiversity significance) The Davis Mesa Slopes PCA has an excellent occurrence of Payson lupine, a plant that is imperiled on a global scale.

**Protection Urgency Rank: P4** No threat is known for the foreseeable future.

**Management Urgency Rank: M4** Although not urgently required, management may be needed in the future to maintain the current quality of element occurrences.

---

**Location:** Davis Mesa Slopes is located 2.25 miles southeast of Bedrock, Colorado in western Montrose County.
　　　U.S.G.S. 7.5 minute quadrangles: Davis Mesa

**Legal description:** T46N R18W Sections 1, 12; T47N R18W Sections 27, 28, 34, 35, 36.

**Elevation range:** 5,200 to 5,500 feet

**Size:** 554 acres

**General Description:**
　　　The Davis Mesa Slopes PCA is located on the south side of Paradox Valley, at the base of the pinyon-juniper hillside. The area includes both private and BLM land. An unimproved road and a power line run through the PCA. Thousands of individuals of Payson lupine were found in the pinyon-juniper woodland on soils derived from the Chinle Formation. The plants were particularly abundant in dry washes, and were even found in the middle of the dirt road. Adjacent sagebrush flats do not support the lupine. There were few exotic plants observed in the PCA.

Natural Heritage element occurrences at the Davis Mesa Slopes PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---------|-------------|--------|--------|---------------|----------|
| *Lupinus crassus* | Payson lupine | G2 | S2 | BLM | A |

*EO=Element Occurrence

**Biodiversity comments:** An excellent occurrence of Payson lupine was recorded at this site. This species is known only from Montrose County, Colorado. The three highest quality occurrences are located in Paradox Valley.

**Boundary Justification:** The PCA encompasses the known location of Payson lupine on the south side of Paradox Valley, and adjacent area in the same habitat type. The boundary was drawn to include the lower, gentle slopes in the pinyon-juniper zone, to which the species appears to be restricted. It does not include the steep cliffs above and the more level sagebrush areas below the pinyon-juniper zone, where the species does not

124

BLM_0056895

occur.  This represents our current best estimate of the area needed to sustain the population and allow movement or expansion into similar adjacent habitat over time.

**Protection Rank Comments:** Most of this PCA is on BLM land, managed by the Uncompahgre Basin Resource Area.  The area is not heavily used, and should not require special protection in the near future.  Surface disturbing activities such as new pipelines or powerlines have the potential to negatively impact the lupine.

**Management Rank Comments:** A four-wheel drive road and a power line pass through the PCA.  However, no adverse impacts on the Payson lupine have been observed.  The plant appears to tolerate some disturbance, and has been found growing in naturally disturbed sites and in the road.  Current research on the reproductive ecology and possible seed predation of the lupine may add to our understanding of management needs.  Monitoring of this site will aid in the detection of any changes in the number of individuals and the condition of the population that would warrant management intervention.

125

BLM_0056896

# Deep Creek
## Potential Conservation Area



1:100,000

1   0   1   2   3   Miles

N

BLM_0056897

# Deep Creek

---

**Biodiversity Rank: B5** (General Biodiversity Significance)  The Deep Creek PCA has a good genetically pure (rated A- grade purity by CDOW) population of Colorado River cutthroat trout, a species that is apparently secure globally and vulnerable in Colorado.

**Protection Urgency Rank: P1**  The population of trout is immediately threatened by a golf course proposed along Deep Creek's eastern drainage plain.

**Management Urgency Rank: M3**  Ongoing, recurrent management action would help to maintain the current quality of the trout population.

---

**Location:**  Deep Creek is 5 air miles west of Telluride, Colorado, in east-central San Miguel County.
U.S.G.S. 7.5 minute quadrangles: Gray Head and Sams

**Legal description:** T43N R9W Sections 12, 13, 25, 26; T43N R10W Sections 7, 8, 17 to 20, 30; T44N R9W Section 31; T44N R10W Section 36.

**Elevation range:** 7,920 to 12,400 feet

**Size:** 5,182 acres

**General Description:**

Deep Creek drains the region south of the Sneffels Wilderness Area and enters the San Miguel River at the Lime townsite on Colorado Highway 145 west of Telluride, Colorado.  The PCA follows along Deep Creek, rising from the San Miguel River and terminating at the southern base of Mount Sneffels, and crosses numerous vegetative communities and geologic formations along its route.

Geologic features of the PCA include sedimentary rock of the Triassic Dolores Formation; Jurrasic Morrison, Wingate, and Entrada Formations; Cretaceous Dakota Sandstone and Mancos Shale; and igneous rocks of the Tertiary occur at the base of Mount Sneffels.  Surface soils include bedrock at Mount Sneffels to fine loamy-skeletal substrates near the San Miguel River.  The dominant vegetation of the area moving up the PCA from the San Miguel River to Mount Sneffels includes deciduous oak, subalpine meadows, aspen forest, and alpine tundra.  Approximately 75% of the PCA falls within USFS land and the remaining 25% is under private ownership.

Deep Creek contains a population of Colorado River cutthroat trout that is of local conservation significance.  Within the San Miguel Basin there are only seven known cutthroat trout streams and of these the purest genetically is the population occupying Deep Creek (rated A- grade purity by CDOW).  This population of trout is listed in the *Conservation Agreement and Strategy for Colorado River Cutthroat Trout (Oncorhynchus clarki pleuriticus) in the states of Colorado, Utah and Wyoming* (March 1999).  Because of its genetic purity, this population of cutthroat trout may be an important source of fish that could be used, through reintroduction, to effect recovery of the subspecies throughout all three states.

BLM_0056898

Natural Heritage element occurrences at the Deep Creek PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---|---|---|---|---|---|
| *Oncorhynchus clarki pleuriticus* | Colorado River cutthroat trout | G4T3 | S3 | FS, BLM, CO-SC | B |

*EO=Element Occurrence

**Biodiversity comments:** The Deep Creek PCA has a good example of a Colorado River cutthroat trout population. The primary reasons for conservation concern for the cutthroat at the global and state levels are long-term trend prognoses and threats. Populations continue to decline in many streams (Young *et al*. 1996). Hybridization between this subspecies and non-native trout species poses the greatest threat to the elimination of pure populations. Due to hybridization only 26% of the remaining populations of this trout are considered genetically pure (Young *et al*. 1996).

**Boundary Justification:** The current complete distribution of the cutthroat trout population within the Deep Creek drainage has not been scientifically determined. This PCA was drawn to include Deep Creek and its tributaries in their entirety. Riparian areas were included because of their importance in maintaining bank stability to protect water quality.

**Protection Rank Comments:** The privately owned land along the lower reaches of Deep Creek are within 10 miles of Telluride, Colorado, an area seeing increased growth and development. Threats of development are not only associated with the golf course on Deep Creek Mesa, but include expansion of residential development throughout the private lands along the creek, both in association with the golf course and from the desirability of living within this beautiful canyon close to Telluride. Development of the creekside on the private lands could threaten the continued existence of this cutthroat population, one of only two such populations still remaining within the upper reaches of the San Miguel River.

**Management Rank Comments:** Basic population data need to be gathered and analyzed to determine the distribution of cutthroat trout over the main stem of Deep Creek, its two eastern forks, and Sheep Creek. An extensive program of electro-shocking would assist in determining species composition and genetic composition of the cutthroat trout populations in Sheep Creek and the east forks of Deep Creek. It would also aid in the identification of non-native fish and in determining the location of fish barriers to prevent migration of non-native fishes into the trout habitat.

A proposed golf course and residential development on the mesa above Deep Creek are of concern at this PCA. The potential effects of the golf course and its associated disturbance on the Deep Creek cutthroat population include effluents from golf course fertilization and water diversion for golf course irrigation. The major concern is water quality and increases in both affluent loading and sedimentation from the eastern drainage plain on Deep Creek Mesa due to the installation and operation of the golf course. Actions that would help to ensure the survival of the cutthroats include protection of the watershed from siltation, industrial chemicals, and heavy equipment

128

BLM_0056899

fluids during construction of the golf course.   Furthermore, designing the golf course to alleviate runoff and leaching of fertilizers, herbicides, and pesticides into Deep Creek and evaluating water rights to assure that water depletion and diversion leave adequate water resources to sustain the cutthroat trout population would also assist in preserving the cutthroat trout population.

The fish are susceptible to overharvest if angling is unrestricted.  Colorado has instituted restrictive angling regulations (Young 1995).

129

BLM_0056900

# Disappointment Valley
## Potential Conservation Area

Disappointment Creek
County Road 19 Q
Spring Creek
1:100,000
Dawson Draw U.S.G.S 7.5 min. Quadrangle
0.9 0 0.9 1.8 2.7 3.6 Miles

N

# Disappointment Valley

**Biodiversity Rank: B3** (High Biodiversity Significance) The Disappointment Valley PCA has good examples of two desert shrub communities--greasewood/seablight and shadscale/galleta, that are rare in Colorado.

**Protection Urgency Rank: P4** No threat is known for the foreseeable future.

**Management Urgency Rank: M4** Although not urgently required, management may be needed in the future to maintain the current quality of element occurrences.

**Location:** Disappointment Valley is located 7.0 miles southeast of the old townsite of Slick Rock, Colorado in western San Miguel County.
U.S.G.S. 7.5 minute quadrangles: Dawson Draw

**Legal description:** T42N R16W Section 6; T42N R17W Sections 1,2; T43N R16W Sections 30, 31; T43N R17W Sections 15, 16, 21, 22, 23.

**Elevation range:** 5,800 to 6,200 feet

**Size:** 5,182 acres

**General Description:**
Disappointment Valley is a broad valley of Quaternary alluvium and Cretaceous Mancos Shale, which consists of shallow, turbid, marine, and calcareous deposits. The soil layer consists of the typic torriotthents composition. Much of the area is an alluvial fan with greasewood, big sagebrush and the grasses blue grama, Indian ricegrass and galleta. The majority of this PCA is on privately held ranchland, with the rest on BLM land.

Disappointment Valley has the most extensive examples of two salt desert shrub communities in San Miguel County. The greasewood/seablight community is found in seasonally moist areas on the flat valley floor and in drainages. The understory species known as seablight is a desirable native plant, in a community that is often vulnerable to weedy species. The shadscale/galleta community is common on slightly drier sites. Common associated species here are blue grama, viscid rabbitbrush, and snakeweed. Higher ground adjacent to the desert shrubland is dominated by sagebrush, while higher yet, on the valley sides, are pinyon and juniper woodlands.

The colony of prairie dogs at this PCA has declined considerably from its first recording in 1997. Adjacent colonies that were mapped by the Colorado Division of Wildlife in 1997 were found to be extirpated in 1999. Historically, indiscriminate poisoning of this species has reduced numbers throughout its range, and prairie dogs are extremely susceptible to the plague. This prairie dog colony is threatened by poisoning and grazing and associated introduction of non-native grass species, as prairie dogs favor native grasses.

BLM_0056902

Natural Heritage element occurrences at the Disappointment Valley PCA.

| Element | Common Name | G rank | S rank | Federal/State status | EO* rank |
|---|---|---|---|---|---|
| *Sarcobatus vermiculatus/Suaeda torreyana* | Saline bottomland shrublands | GUQ | S2? | | B |
| *Atriplex confertifolia/Hilaria jamesii* | Cold desert shrublands | G3G5 | S2 | | B |
| *Stipa comata* | Needle and thread (Great Basin herbaceous vegetation) | G2G4 | S2? | | A |
| *Cynomys sp.* | Prairie dog | G5 | S5 | | C |

\*EO=Element Occurrence

**Biodiversity Comments:** The Disappointment Valley PCA has good examples of two desert shrub communities: greasewood/seablight and shadscale/galleta. Both are vulnerable on a global scale.

The needle and thread Great Basin herbaceous vegetation community (formerly known as Stipa comata-West) was documented in a BLM study in 1980. The grassland was estimated to consist of 19% needle and thread, 11% blue grama, 6% Galleta, and 4% Indian ricegrass.

In addition, prairie dog colonies have been documented in this PCA. Although prairie dogs are still fairly common, they have declined significantly in the last twenty years, and are currently being considered for listing under the Endangered Species Act. Prairie dogs are a very fragile rodent. Plague has the potential to eradicate a colony within months.

**Boundary Justification:** The PCA is drawn to encompass the broad valley of Disappointment Creek that contains the two desert shrub communities and is habitat for prairie dogs.

**Protection Rank Comments:** Loss of habitat to development and agriculture, along with plague, has seriously impacted the species. Actions that would benefit existing colonies in this PCA include protection of several acres for each colony to ensure adequate foraging area and space for colony expansion.

**Management Rank Comments:** Agricultural practices on private lands, including irrigation or drainage, could impact the desert shrub plant communities. Much of the private land within the PCA is irrigated and utilized for hay production, and future expansion of haying operations is a potential threat. Steps to prevent the invasion of exotic species will benefit both the plant communities and the prairie dogs.

There are 46,000 acres of BLM land in Disappointment Valley that are closed to ORV travel except on designated roads and trails to protect soils and water. A BLM watershed management plan is in effect for this area.

132

BLM_0056903

# Dolores Canyon - Slick Rock to Bedrock
## Potential Conservation Area



Anderson Mesa, Bull Canyon, Hamm Canyon, Horse Range Mesa, and Paradox  U S G S 7.5 min  Quadrangles

133

## Dolores Canyon-Slick Rock to Bedrock

**Biodiversity Rank: B1** (Outstanding Biodiversity Significance)  The Dolores Canyon Slick Rock to Bedrock PCA has an excellent occurrence of the globally imperiled New Mexico privet riparian shrub community.

**Protection Urgency Rank: P4** No threat is known for the foreseeable future.

**Management Urgency Rank: M4** Although not urgently required, management may be needed in the future to maintain the current quality of element occurrences.

**Location:** This PCA extends between the old townsite of Slick Rock, Colorado and Bedrock, Colorado in northwestern San Miguel County and southwestern Montrose County.
U.S.G.S. 7.5 minute quadrangles: Anderson Mesa, Bull Canyon, Gypsum Gap, Hamm Canyon, Horse Range Mesa, Joe Davis Hill, Paradox

**Legal description:** T44N R19W Sections 12, 13, 21, 24, 25; T44N R18W Sections 7, 8, 9, 18, 19, 30; T45N R19W Sections 1, 12; T45N R18W Section 4-9, 17-21, 28, 29, 32, 33; T46N R18W Sections 30, 31; T46N R19W Sections 1, 2, 10, 11, 12, 14, 15, 22, 23, 25, 26, 35, 36; T47N R19W Sections 35, 36; T47N R18W Sections 19, 30, 31.

**Elevation range:** 4,966 to 6,200 feet

**Size:** 15,384 acres

**General Description:**
The Dolores River has carved a spectacular deep canyon through Jurassic and Triassic sandstones at this PCA.  Steep vertical cliffs dominate the canyonsides, broken only when tributaries enter the canyon.  Major geologic formations in the canyon are Wingate, Kayenta, Navajo and Entrada sandstones.  The Morrison Formation appears near the southern end of the PCA.
This PCA includes the riparian zone and adjacent uplands along the Dolores River for approximately fifty miles, from Slick Rock north to Bedrock.  Most of this area is roadless and accessible only by raft, canoe or kayak.  The canyon bottoms support a nearly continuous occurrence of the riparian plant association known as New Mexico privet foothills riparian shrubland.  Typical vegetation along the river includes a band of coyote willow, mixed with giant reed at the water's edge between the low and high water marks.  On slightly higher ground is a band of New Mexico privet, often accompanied by skunkbrush, big sagebrush, giant reed and wild rose.  Cottonwoods and box elders are occasional.  Most of this area has few weeds, and surprisingly little tamarisk compared with other parts of the river.
In an alcove seep at river mile 77.5, CNHP researchers found a hanging garden community with Eastwood's monkeyflower and Mancos columbine.  While the columbine was abundant, the monkeyflower was represented by only six plants. Adjacent species were Utah juniper, Mormon tea, skunkbrush, single leaf ash, New

134

BLM_0056905

Mexico privet, and two ferns, purple cliffbrake and slender lip-fern. Kachina daisy was not present. Several other alcoves in this stretch were investigated, but did not contain any of the targeted species.

A cliff base just upstream of Spring Creek was the site of a good population of helleborine orchids. Another smaller occurrence was found below the seep at mile 77.5.

Uplands in this area have pinyon-juniper woodlands, sagebrush, or barren sandstone cliffs. Naturita milkvetch was found in the pinyon-juniper community at a campsite at mile 72. Benches sometimes have patches of native grasslands. Relic patches of high quality grasslands were identified by BLM in 1980. Formerly known as "*Stipa comata* – West", this community is now called *Stipa comata*, or "Needle and thread Great Basin herbaceous vegetation". The species composition of the communities varies. It usually includes, in addition to needle-and-thread grass, galleta, Indian ricegrass, and blue grama. In the occurrences in this PCA, needle-and-thread was the dominant grass, ranging from 6% to 20% cover. Blue grama accounted for 1% to 11% cover.

This area has a number of occurrences of animal species with conservation significance, the rarest of which are the roundtail chub and flannelmouth sucker. Nesting Peregrine Falcons also occur at this PCA. The peregrine eyries occur along the cliff tops to approximately 100 feet below the cliff tops of the Dolores River Canyon. Also found within the PCA are a number of animals that globally are demonstrably secure (G5) including the Yuma skipper, canyon tree frog, plateau striped whiptail, and tree lizard.

Natural Heritage element occurrences at the Dolores Canyon-Slick Rock to Bedrock PCA

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---|---|---|---|---|---|
| *Forestiera pubescens* | New Mexico privet foothills riparian shrubland | G1G2 | S1 | | A |
| *Forestiera pubescens* | New Mexico privet foothills riparian shrubland | G1G2 | S1 | | A |
| *Erigeron kachinensis* | Kachina daisy | G2 | S1 | BLM | H |
| *Stipa comata* | Needle and thread (Great Basin herbaceous vegetation) | G2G4 | S2? | | A |
| *Stipa comata* | Needle and thread (Great Basin herbaceous vegetation) | G2G4 | S2? | | B |
| *Gila robusta* | Roundtail chub | G2G3 | S2 | BLM, CO-SC | H |
| *Astragalus naturitensis* | Naturita milkvetch | G2G3 | S2S3 | BLM, USFS | B |
| *Aquilegia micrantha-Mimulus eastwoodiae* | Hanging gardens | G2G3 | S2S3 | | C |
| *Astragalus naturitensis* | Naturita milkvetch | G2G3 | S2S3 | BLM, USFS | H |
| *Pediomelum aromaticum* | Paradox breadroot | G3 | S2 | BLM | H |
| *Mimulus eastwoodiae* | Eastwood monkey-flower | G3? | S1 | BLM | C |
| *Catostomus latipinnis* | Flannelmouth sucker | G3G4 | S3 | BLM, CO-SC | E |

135

| *Epipactis gigantea* | Helleborine | G4 | S2 | BLM | B |
|---|---|---|---|---|---|
| *Epipactis gigantea* | Helleborine | G4 | S2 | BLM | C |
| *Vireo vicinior* | Gray Vireo | G4 | S2B,SZN | | E |
| *Penstemon lentus* | Abajo penstemon | G4Q | S2 | | D |
| *Falco peregrinus anatum* | American Peregrine Falcon | G4T3 | S2B,SZN | LE-PDL | E |
| *Ochlodes yuma* | Yuma skipper | G5 | S2 | | C |
| *Hyla arenicolor* | Canyon treefrog | G5 | S2 | BLM, CO-SC | E |
| *Hyla arenicolor* | Canyon treefrog | G5 | S2 | BLM, CO-SC | H |
| *Hyla arenicolor* | Canyon treefrog | G5 | S2 | BLM, CO-SC | H |
| *Cnemidophorus velox* | Plateau striped whiptail | G5 | S4 | | B |
| *Cnemidophorus velox* | Plateau striped whiptail | G5 | S4 | | B |
| *Urosaurus ornatus* | Tree lizard | G5 | S4 | | B |
| *Salix exigua*/mesic graminoid | Coyote willow/mesic graminoid | G5 | S5 | | A |
| *Pellaea glabella* ssp. *simplex* | Smooth cliff-brake | G5T4? | S2 | | B |

\*EO=Element Occurrence

**Biodiversity comments:** There are good to excellent occurrences of the globally imperiled riparian shrub community dominated by New Mexico privet along the Dolores River. This plant community is known only from the major rivers in the Four Corners area.

A historic record of the Kachina daisy from Bull Canyon has not been relocated since 1978. A good occurrence of the Naturita milkvetch, considered to be vulnerable both globally and in Colorado was located in the PCA. Hanging garden communities, imperiled to vulnerable on a global scale, contained small populations of the globally vulnerable, state rare Eastwood monkeyflower. Paradox breadroot was located near Bedrock in 1981.

Excellent occurrences of relic native bunchgrass communities were identified on benches in this PCA during the BLM's inventory of 1984.

Peregrine falcons nest along the cliffs above the Dolores River Canyon. Eyries have been actively used in this PCA throughout the 1990's.

The Yuma Skipper and canyon tree frog are both rare in Colorado, although apparently secure globally. The primary factors justifying a conservation concern for canyon treefrogs are the small number of occurrences, restricted range and relatively low numbers (qualitative judgement) of individuals. There are no quantitative data on population size or trends.

136

BLM_0056702

The Dolores River throughout the length of the PCA supports populations of the roundtail chub and flannelmouth sucker. These fish are imperiled and vulnerable on a global scale, respectively, and the chub is rare within the state, while the sucker is vulnerable. In Colorado, both fish inhabit the Colorado River mainstem and its larger tributaries, including the White, Yampa, Dolores, San Juan, and Gunnison rivers (Woodling 1985). Colorado populations of the chub are at the upstream margin of the species' range and comprise the majority of occurrences for this species. The sucker has disappeared from some water systems like the Gunnison River above Blue Mesa were it was displaced by white and longnose suckers (Woodling 1985).

**Boundary Justification:** The boundary is drawn to include the riparian zone of the Dolores Canyon, as well as upland benches that contain relic grassland communities. It encompasses both the river itself, containing the chub and sucker populations, and cliffsides that provide habitat for Peregrine Falcons. Hydrological processes originating upstream, and not included within the boundary, particularly the regulation of water flows at McPhee Reservoir, have a profound effect on this PCA. The health of the riparian vegetation as well as the endangered fish is dependent on the timing and adequacy of flows. Likewise, upland diversions of water could have a detrimental effect on the hanging garden communities.

**Protection Rank Comments:** The roadless section of BLM land in the Dolores Canyon between McIntyre Canyon and La Sal Creek warrants special protection as wilderness, based on its biological significance and remoteness.
The BLM Resource Management Plan of 1985 found this to be the only one of seven Wilderness Study Areas in the Uncompahgre and San Juan Resource Areas that is suitable for wilderness designation. It was found to possess "highly outstanding characteristics for primitive and unconfined recreation, solitude, and naturalness, as well as scenic grandeur and superb wilderness characteristics. It is a nationally unique area and is worthy of preservation in its natural state." The significant values listed are: Wild and Scenic River candidate; "outstanding primitive and unconfined recreation opportunities associated with the river, canyons, and mesas; unique plant and animal communities found within the WSA that contain threatened and endangered species habitat; and extremely diverse topography and geology that create outstanding scenic vistas and excellent solitude opportunities." BLM recommended wilderness designation for a total of 28,539 acres, which includes some side canyons represented here in separate PCAs. Effects of such designation, while protecting the PCA in perpetuity, could lead to an increase in visitors, with resulting impacts to plants, animals and plant communities.
Relic natural communities such as the Stipa comata Great Basin Herbaceous Vegetation could be protected by BLM as Research Natural Areas. They are valuable as reference sites to compare ungrazed areas with those currently grazed.

**Management Rank Comments:** If private river use greatly increases in the future, BLM may need to initiate a permit system as is presently in place for commercial rafters. There are a few disturbed areas in this fifty-mile stretch, mostly near campsites used by rafters and kayakers. These areas often have significant Russian knapweed infestations. The quality of the riparian area noticeably deteriorates a few miles south of the

BLM_0056908

confluence of La Sal Creek, where tamarisk is well established.  There has been some problem with trespass cattle in the lower portion of La Sal Creek, and grazing issues remain to be settled.

Conservation of the high quality relic sites of *Stipa comata* Great Basin herbaceous vegetation could be aided by protection from livestock grazing by maintaining their remoteness and abstaining from building of any new roads, trails or water developments in their vicinity.  Periodic monitoring of these areas would permit the detection of changes in condition that might warrant management action.

Both the roundtail chub and flannelmouth sucker are sensitive to disturbance, including the blockage of migration routes, introduction of non-native fish, and the alteration of hydrologic and thermal characteristics of the river, including channelization, modifications of flow regimes, and increased sedimentation.

Tamarisk invasion may threaten Yuma skipper habitat by displacing its host plant, the giant reed (CNHP 1999).  Protection of natural wetlands with stands of giant reed will help to assure the continued existence of this species in Colorado.



Figure 66. Dolores River Canyon

138

BLM_0056909

# Dolores Canyon South of Slick Rock
## Potential Conservation Area



N

BLM_0056910

# Dolores Canyon South of Slick Rock

---

**Biodiversity Rank: B2** (Very high biodiversity significance)  This section of the Dolores River has a good to excellent occurrence of the globally imperiled New Mexico privet foothills riparian shrubland.

**Protection Urgency Rank: P4**  No threat is known for the foreseeable future.

**Management Urgency Rank: M4**  Although not urgently required, management may be needed in the future to maintain the current quality of element occurrences.

---

**Location:**  San Miguel County.  Extending from Slick Rock to the San Miguel-Dolores County line.
U.S.G.S. 7.5 minute quadrangles: Joe Davis Hill, Hamm Canyon, Horse Range Mesa.

**Legal description:** T42N R17W Section 6, 7; T42N R18W Sections 11-15, 22-24; T43N R17W Section 31; T43N R18W Sections 2-5, 10, 11, 14, 15, 21-23, 26-28, 33-36; T44N R18W Sections 29-34.

**Elevation range:** 5,500 to 8,100 feet

**Size:** 11,207 acres

**General Description:**

The Dolores River, between Slick Rock and the southern border of San Miguel County has many of the same attributes as the Dolores Canyon Slick Rock to Bedrock PCA. Geologic formations in the canyon include Permian Cutler Formation, Triassic Wingate, Kayenta and Navajo sandstones, Jurassic Entrada, Morrison, and Summerville sandstones and shales, and Cretaceous Burro Canyon and Dakota sandstones.

A large part of the PCA is roadless and remote.  The majority of the PCA is on BLM land managed by the San Juan Resource Area in Durango.

The impoundment of the river at McPhee Reservoir has had a profound effect on riparian vegetation of the Dolores River.  Water levels are strictly controlled, and absence of normal spring flooding has reduced the reproduction of native cottonwoods and willows, while encouraging the spread of the exotic tamarisk.  However, good examples of native New Mexico privet and Coyote willow riparian shrublands remain. Inaccessible benches above the river contain good examples of pinyon-juniper and grassland communities.

140

BLM_0056911

Natural Heritage element occurrences at the Dolores River Canyon South of Slick Rock PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---------|-------------|--------|--------|---------------|----------|
| *Forestiera pubescens* | **New Mexico privet foothills riparian** | **G1G2** | **S1** | | **A** |
| *Falco peregrinus anatum* | American Peregrine Falcon | G4T3 | S2B,SZN | LE-PDL | E |
| *Hyla arenicolor* | Canyon treefrog | G5 | S2 | BLM, CO-SC | E |
| *Asio flammeus* | Short-eared owl | G5 | S2B,SZN | | H |
| *Salix exigua/*mesic graminoid | Coyote willow/mesic graminoid | G5 | S5 | | A |
| *Salix exigua/*mesic graminoid | Coyote willow/mesic graminoid | G5 | S5 | | A |

*EO=Element Occurrence

**Biodiversity comments:** This PCA supports good to excellent occurrences of riparian shrub communities dominated by New Mexico privet or coyote willow. The PCA is home to Peregrine Falcons, Short-eared Owls, and canyon tree frogs. None of these occurrences has been ranked. The U.S. Fish and Wildlife Service, due to recent increases in numbers have proposed removal of the American Peregrine Falcon from the Endangered Species List.

**Boundary Justification:** The boundary is drawn to encompass both the riparian zone in the canyon bottom, and the steep cliffs of the canyonsides that provide nesting habitat for the Peregrine Falcons. It does not provide for all of the needs of the falcon or the Short-eared Owl. The PCA is tentatively drawn to end at the San Miguel-Dolores County line, but should probably be extended, once surveys have been completed in Dolores County. Although the upstream part of the river is not included within the boundary, activities upstream, including the regulation of flows in the Dolores River at McPhee Reservoir, have a profound effect on the health of the riparian plant communities in this PCA.

**Protection Rank Justification:** This PCA is located primarily on BLM land, with a small amount of private land at the confluence of Disappointment Creek. The Colorado Wilderness Network has proposed the area for wilderness designation with support from U. S. Representative Diana DeGette. BLM has not recommended the area as wilderness because of the presence of several roads.

**Management Rank Justification:** BLM management calls for an emphasis on recreation in this PCA (USDI 1985). The remote nature and opportunity for solitude in most of the canyon may warrant special designation as wilderness. Present BLM management policy treats this area as wilderness (Thrash personal communication 2000). Although this section of the Dolores River is popular with rafters, it has not experienced the invasion of Russian knapweed that is commonly associated with recreational use. Riparian communities would benefit from the control of tamarisk and other exotic species; however, the intensive management that would be required probably make tamarisk

141

BLM_0056912

control impractical until biological controls are available.  Monitoring for impacts from recreation as use increases would help managers to determine whether the establishment of designated campsites is necessary.  Monitoring of the riparian vegetation will also aid in understanding the hydrological processes necessary for the health of the New Mexico privet community in relation to stream flows.

142

BLM_0056913

# Dolores Canyon - Uravan to Roc Creek
## Potential Conservation Area





143

BLM_0056914

## Dolores Canyon - Uravan to Roc Creek

---

**Biodiversity Rank: B3** (High Biodiversity Significance)  This PCA supports two good occurrences of San Rafael milkvetch, a plant that is vulnerable both on a global scale and extremely rare in Colorado, and an unranked occurrence of the roundtail chub, a fish that is globally imperiled.

**Protection Urgency Rank: P3** There is a definable threat to the occurrences, but not expected within the next five years.

**Management Urgency Rank: M3** Ongoing, recurrent management action would help to maintain the current quality of element occurrences.

---

**Location:** This PCA is located 4 air miles northwest of Uravan, Colorado in northwestern Montrose County.
   U.S.G.S. 7.5 minute quadrangles: Red Canyon

**Legal description:** T48N R18W Sections 2-4, 10, 11, 13, 14, 15, 23-25, 36.

**Elevation range:** 4,800 to 5,400 feet

**Size:** 3,445 acres

**General Description:**
   This PCA is located along the Dolores River north of Uravan, Colorado.  It contains a combination of privately owned land and BLM land.  The PCA is situated on sediments of the Jurrasic Period including the Morrison Formation: stream sands, shale, gravel, and ash; the Summerville Formation: an extensive marine sequence; and the Entrada Formation: dune sand, weak calcareous cement.  The soil layer composition is Zyme characterized by mesic, clayey substrates.  The vegetation surrounding the canyon within the PCA is dominated by pinyon-juniper woodland.
   The San Rafael milkvetch was found on benches above the canyon in the Morrison Formation.  Several hundred plants were observed in dry washes below the canyon rim, making this the second best site for the species in Colorado.
   The sandstone milkvetch was located in soil pockets in the Entrada sandstone.  It was first observed in the PCA in 1982, when it constituted an extension in the species' range from northern New Mexico and southeastern Utah.  That population has not been relocated.  A second occurrence in this PCA was last seen in 1995, but only five plants were observed.  Despite some searching, neither of these populations were relocated in 1999.
   The giant helleborine orchid is found in wet areas below seeps in the Wingate Sandstone.
   Roundtail chubs and flannelmouth suckers are known to occupy the Dolores River from around the old townsite of Slick Rock, Colorado to its termination in Utah; a stretch of the river that includes this PCA.
   There is a recent (1997) record of the pale lump-nosed bat from the PCA.

144

BLM_0056915

Natural Heritage element occurrences at the Dolores River Canyon, Uravan to Roc Creek PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---------|-------------|--------|--------|---------------|----------|
| *Gila robusta* | **Roundtail chub** | **G2G3** | **S2** | **LE/E, CO-SC** | **E** |
| *Astragalus rafaelensis* | **San Rafael milkvetch** | **G3** | **S1** | **BLM** | **B** |
| *Astragalus rafaelensis* | **San Rafael milkvetch** | **G3** | **S1** | **BLM** | **B** |
| *Astragalus rafaelensis* | San Rafael milkvetch | G3 | S1 | BLM | H |
| *Astragalus sesquiflorus* | Sandstone milkvetch | G3? | S1 | BLM | E |
| *Astragalus sesquiflorus* | Sandstone milkvetch | G3? | S1 | BLM | E |
| *Catostomus latipinnis* | Flannelmouth sucker | G3G4 | S3 | BLM, CO-SC | E |
| *Epipactis gigantea* | Helleborine | G4 | S2 | BLM | H |
| *Corynorhinus townsendii* | Pale lump-nosed bat | G4T4 | S2 | BLM | E |

*EO=Element Occurrence

**Biodiversity comments:** This PCA supports two good occurrences of San Rafael milkvetch, a plant that is vulnerable both on a global scale and extremely rare in Colorado. The sandstone milkvetch is extremely rare in Colorado, and considered vulnerable on a global scale. The helleborine orchid, while apparently secure globally, is rare in Colorado.

Pale lump-nosed bats are found in abandoned mines in the PCA. This bat is limited in its abundance in Colorado, with only 20 non-historical occurrences recorded in the state.

The Dolores River, throughout the length of the PCA, supports populations of the roundtail chub and flannelmouth sucker. The roundtail chub is imperiled on a global scale while the flannelmouth sucker is globally vulnerable. In Colorado, both fish inhabit the Colorado River mainstem and its larger tributaries, including the White, Yampa, Dolores, San Juan, and Gunnison rivers (Woodling 1985). Colorado populations of the chub are at the upstream margin of the species' range and comprise the majority of occurrences for this species. The sucker has disappeared from some water systems like the Gunnison River above Blue Mesa where it was displaced by white and longnose suckers (Woodling 1985).

**Boundary Justification:** This PCA encompasses the riparian zone of the Dolores River as well as the sandstone canyonsides in the Entrada and Morrison formations that are the habitat of the sandstone and San Rafael milkvetch, respectively. The boundary does not include the feeding area of the pale lump-nosed bat, the extent of which is difficult to define. The PCA also includes approximately eight miles of the Dolores River, which contains populations of the roundtail chub and flannelmouth sucker.

BLM_0056916

**Protection Rank Comments:** The PCA includes a substantial amount of private land, as well as BLM land. Retaining the BLM land in this PCA in public ownership and avoiding surface disturbing activities will help to ensure the continuance of the rare plant population. Although the San Rafael milkvetch was found on BLM lands, the adjacent private mining claims are also likely to contain the species. These mining claims could be developed in the future if uranium mining again becomes economical.

Roundtail chubs and flannelmouth suckers have been displaced from many waterways within the Colorado River Basin. Protection of current populations of these fish is necessary for the survival of the species.

Pale lump-nosed bats are extremely fragile and primary threats include loss of habitat (e.g., reclamation of abandoned mines), vandalism, and increased visitation (spelunking) by humans to maternity roosts and hibernacula. Large clusters or colonies are susceptible to disturbance and have been declining (CDOW 1984). Human access to mines and caves disrupts wintering populations, where disturbance needs to be minimal (Armstrong *et al.* 1994, Fitzgerald *et al.* 1994). Protection of natural hibernacula from disturbance is a necessity if this species is to survive in Colorado.

**Management Rank Comments:** Much of the riparian vegetation along this section of the Dolores River has been invaded by tamarisk. Habitat for the sandstone milkvetch is probably secure, as it grows in crevices and soil pockets of barren slickrock. The San Rafael milkvetch could be disrupted by off road vehicles, mining and other uses. Both the roundtail chub and flannelmouth sucker are sensitive to disturbance including the blockage of migration routes, introduction of non-native fish, and the alteration of hydrologic and thermal characteristics of the river including channelization, modifications of flow regimes, and increased sedimentation.

Grazing has been heavy along roads. Some disturbance of riparian areas from small-scale recreational placer mining has occurred.



Needs for the survival of the pale lumpnosed bat include protection of occupied roosts from disturbance (May to mid-September for maternity roosts, October-April for hibernacula); and evaluation of occupied caves or mines for gate installation. See White and Seginak (1987) for gate designs for protecting caves. Gates can successfully limit human access and disturbance but, if poorly

Figure 67. Habitat of San Rafael milkvetch

designed, gates may restrict bat access and result in population decline. Conditions for the bats can be improved by maintaining canopy cover in areas surrounding caverns, rock faces, and other sites used for roosting; retaining large diameter snags and stands of old growth; avoiding heavy equipment and blasting near roosts; and avoiding chemical insecticides. Caves and mines should be surveyed prior to any logging or mine closures in suspected occupied habitat.

146

BLM_0056917

# Dry Creek Basin
## Potential Conservation Area



1:300,000                                    Basin, Gypsum Gap, and Naturita NW U.S.G.S 7.5 min Quadrangles



3   0   3   6   9   12  Miles



N



147

BLM_0056918

# Dry Creek Basin

**Biodiversity Rank: B2** (Very high biodiversity significance)  Dry Creek Basin is the site of a good occurrence of the Gunnison Sage Grouse. The Sage Grouse is considered to be critically imperiled throughout its range.

**Protection Urgency Rank: P3** There is a definable threat to the occurrence, but not expected within the next five years.

**Management Urgency Rank: M2** Ongoing annual management action would help or element occurrences could be lost or irretrievably degraded within 1 year.

**Location:**  Dry Creek Basin is located at the town of Basin, Colorado in San Miguel County.  The PCA can be accessed from Colorado State Highway 141 traveling south from its junction with Highway 145 east of Naturita, Colorado.  Highway 141 bisects the east side of the PCA at the town of Basin.

> U.S.G.S. 7.5 minute quadrangles: Basin, Gypsum Gap

**Legal Description:**  T43 R16 Section 3; T44N R15W Sections 7, 15-22, 27-34; T44N R16W Sections 3-11, 13-18, 20-28, 34-36; T44N R17W Sections 1-3, 11, 12; T45N R16W Sections 19, 30-33; T45N R17W Sections 21-28, 33-36

**Elevation range:** 5,317 to 6,720 feet

**Size:** 32,184 acres

**General Description:**

This PCA is located just south of Basin, Colorado, extending east and west of the town.  The PCA is situated within the Paradox Basin in the Four Corners (the common corner of UT, CO, NM, and AZ) area.  The basin was formed by a collapsed salt dome. A large sea embayment separated from the remaining sea covered this area in the Pennsylvanian age, and upon evaporation of this sea, its salts became concentrated in domes overlain with sedimentary rock.  Once these sedimentary rocks were breached by erosion, the domes comprised of soluble salt and gypsum were washed away, and the flanking structures collapsed leaving broad valleys at Paradox, Gypsum, and Dry Creek. The resulting soils at Dry Creek Basin are alkaline, and the dominant vegetative community throughout the PCA is big sagebrush, occupying the most mesic sites, and black sage in the most xeric sites.

The PCA falls completely within the basin at Dry Creek.    Approximately 50% of the lands within the PCA are under the management of the BLM with the remaining 50% split evenly between private ranchland and Dry Creek Basin State Wildlife Area (SWA). Prior to establishment of the SWA, the entire PCA was grazed ranchland.  The SWA is maintained as a grouse preserve without grazing, and because of the inhospitable

148

BLM_0056919