nature of the landscape and climate, the SWA sees little public activity.  Outside of the SWA the dominant land use is cattle grazing.  Of significance is the occurrence of cheatgrass within the PCA.  This non-native grass is susceptible to fire and the surrounding sagebrush shrubland is a fire intolerant community of critical importance to the survival of the Gunnison Sage Grouse.

There are three active Gunnison Sage Grouse leks in this PCA.  The lek sites were first identified in 1992, and have been used consistently since then.  Numbers of male birds on the lek sites have varied over the years, with the most consistently used lek averaging twelve to thirteen males per year.  The presence of three consistently used leks in close proximity suggests that this PCA contains a viable and persistent population of the grouse.  It is thought that the Gunnison Sage Grouse may migrate between this PCA and Miramonte Reservoir, over Hamilton Mesa, although this has yet to be verified.

Excellent occurrences of the pygmy sagebrush were found within the driest areas dominated by black sage, along the Monument Mesa Road.  These areas are somewhat disturbed, and tend to be slightly elevated (less than one foot) above the surrounding surface.  Soils are light gray Mancos Shale, and there is little other vegetation in the microsite.  The plants were notably absent on adjacent yellow soils, and on deeper soils.  Over 2000 individuals were counted.  Most were under 2 cm tall, but with inflorescences extending about 5 cm. above the vegetative parts, and with very thick, woody roots.  The Dry Creek Basin SWA is directly across the road from the occurrences, but no pygmy sagebrush was found in the SWA.  The Little penstemon in this PCA was also found in disturbed places with black sage.  Its numbers were low, and the population may not be viable at this site.

This area is of critical importance to the conservation of the Gunnison Sage Grouse in western Colorado.

Natural Heritage element occurrences at the Dry Creek Basin PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---------|-------------|--------|--------|---------------|----------|
| *Centrocercus* **sp 1** | **Gunnison Sage Grouse** | **G1** | **S1** | **BLM, CO-SC** | **B** |
| *Centrocercus* **sp 1** | **Gunnison Sage Grouse** | **G1** | **S1** | **BLM, CO-SC** | **B** |
| *Centrocercus* sp 1 | Gunnison Sage Grouse | G1 | S1 | BLM, CO-SC | C |
| *Centrocercus* sp 1 | Gunnison Sage Grouse | G1 | S1 | BLM, CO-SC | H |
| *Penstemon breviculus* | Little penstemon | G3Q | S2 | BLM | C |
| *Seriphidium pygmaeum* | Pygmy sagebrush | G4 | S1 | | A |
| *Seriphidium pygmaeum* | Pygmy sagebrush | G4 | S1 | | A |
| *Seriphidium pygmaeum* | Pygmy sagebrush | G4 | S1 | | E |
| *Amphispiza belli* | Sage Sparrow | G5 | S3B, SZN | | E |

*EO=Element Occurrence

149

BLM_0056920

**Biodiversity comments:** In addition to the Gunnison Sage Grouse, the sagebrush flats are home to excellent occurrences of the pygmy sagebrush, a species extremely rare in Colorado, although it is apparently secure globally. The Little penstemon population was small but has the potential to increase over time. A sage sparrow was observed in the Dry Creek Basin SWA in 1992, and included in the Colorado Breeding Bird Atlas (Kingery 1997).

**Boundary Justification:** There is much discussion in the literature on determining the extent of conservation site boundaries for Sage Grouse. The target of management efforts has often been the protection of habitat within 3 km of lekking sites (Schroeder *et al.* 1999). The random distribution of nests in relation to lek location suggest that Sage Grouse choose nesting sites based on habitat components other than distance from leks. The quantity of habitat necessary to support minimum viable populations is necessarily greater than that afforded by the 3 km target. The greatest factors contributing to nest failure is predation of eggs and adults on nest and young during feeding, and food availability. Components of landscape structure important to nesting Sage Grouse include areas of big sagebrush and relatively tall and thick grass, forb, and shrub cover. These components supply cover from predation for both adults and chicks and supply adequate food in the form of buds, blossoms, leaves, stems, fruit, and also insects, which are particularly important to juveniles within their first 3 weeks of life. The PCA was thus drawn to include all habitats in Dry Creek Basin within proximity of lekking sites that include the aforementioned components important to nest success.

**Protection Rank Comments:** Area is mixed ownership consisting of BLM managed land subject to intensive grazing, a state managed SWA protected against all disturbance, and privately held and grazed ranchland. Protection of identified seasonal habitats (wintering, breeding, nesting and brooding) is required for continued existence of this species in Colorado. The Bureau of Land Management has proposed purchase of private lands and CNHP supports that land purchase.

**Management Rank Comments:** This area is under the management of a combination of agencies (BLM, SWA, Private), and a synergy of management practices is required if Gunnison's Sage Grouse is to be protected against disturbance that can compromise chick survival on brooding ranges and adult survival through winter. Threats include habitat loss, fragmentation, and degradation of sagelands by development, agriculture, and grazing. Large-scale treatment of sagebrush lands with herbicides and fire has negatively impacted Gunnison Sage Grouse habitat (Braun *et al.* 1994). Invasion of the exotic cheatgrass is of concern in the habitat of the Gunnison Sage Grouse. Use of organophosphorus insecticides on agricultural lands adjacent to sagebrush can result in grouse die-offs. Eliminating grazing during the chick rearing period (May-August) may be beneficial. Thinning of pinyon-juniper stands, utility poles, and other perching sites can help to prevent predation of adults on leks by raptors.

No current management needs are known for the pygmy sagebrush. However, many of the plants are close to the road, where they are vulnerable to road maintenance activity.

150

BLM_0056921

# East Paradox Creek
## Potential Conservation Area



151

BLM_0056922

# East Paradox Creek

**Biodiversity Rank: B2** (Very high biodiversity significance)  The East Paradox Creek PCA has the best occurrence known of Payson lupine, a plant that globally imperiled and is known only from Colorado.

**Protection Urgency Rank: P4** No threat is known for the foreseeable future.

**Management Urgency Rank: M2** Ongoing, recurring management must continue within 5 years to prevent loss of this element occurrence.

**Location:** East Paradox Creek is located 4.5 air miles west of Uravan, Colorado in western Montrose County.
U.S.G.S. 7.5 minute quadrangles: Davis Mesa

**Legal description:** T47N R17W Sections 19, 29-32; T47N R18W Sections 1-3, 9-11, 13-16, 22-26, 36; T48N R18W Sections 25, 35, 36.

**Elevation range:** 5,100 to 6,900 feet

**Size:** 7,865 acres

**General Description:**
The East Paradox Creek PCA is located west of Naturita, Colorado north of Highway 90 as it travels through Paradox Valley.  This site has a geologic history similar to that of the Dry Creek Basin PCA.  Geologic formations in the site are Hermosa, Moenkopi, Cutler, Kayenta, Chinle, and Quaternary alluviums.  The PCA is underlain by four different soil compositions including the Mikim composition (ustic torriorthents, fine-loamy, mesic, mixed calcareous soils); Palmer composition (ustollic haplargids, coarse-loamy, mixed, mesic soils); and the Zyme composition (ustic torriorthents, clayey, montmorillontic calcareous, mesic shallow soils).

Dark red soils that are apparently derived from the Chinle Formation provide the habitat of the Payson lupine.  The dominant vegetation in the upper part of the PCA is pinyon-juniper woodland, grading into big sagebrush and grassland at the lower part.  Parallel drainages run down from the cliffs, with openings of a very high quality needle-and–thread grassland between them.

An excellent occurrence of the Payson lupine is found in the pinyon and juniper woodland at the base of steep sandstone cliffs.  In this and the Davis Mesa Slopes PCA on the south side of the valley, the plants occur on soils derived from the Chinle Formation, on the bottoms and sides of the washes.  These soils are notably different from those at the other major location of the lupine near Naturita.  Growing with the lupine, and often farther downstream in the washes are very large populations of the Paradox breadroot.  Although some areas within the PCA have been degraded and have significant amounts of cheatgrass, the drainages with the lupine and breadroot are free of exotic species.  Native species that are associated with the rare plants include wallflower, yellow cat's-eye, rock cress, three-awn, twin bladderpod, snakeweed, Easter daisy, and

152

BLM_0056923

prickly-pear cactus.  There are well developed cryptogamic crusts between plants.

    This area has a number of occurrences of animal species with conservation significance the rarest of which are the roundtail chub and flannelmouth sucker. Nesting Peregrine Falcons also occur at this PCA.  A pair of adult falcons has consistently fledged young throughout the 1990's, including 1999.  Also within this PCA are populations of the Plateau striped whiptail, and nesting records from the 1990's of a Sage Sparrow and Gray Vireo.

Natural Heritage element occurrences at the East Paradox Creek PCA.

| Element | Common Name | G rank | S rank | Federal/ State status | EO* rank |
|---|---|---|---|---|---|
| *Lupinus crassus* | **Payson lupine** | G2 | S2 | BLM | A |
| *Stipa comata* | Needle and thread (Great Basin herbaceous vegetation) | G2G4 | S2? | | B |
| *Stipa comata* | Needle and thread (Great Basin herbaceous vegetation) | G2G4 | S2? | | C |
| *Pinus edulis/Stipa comata* | Xeric western slope pinyon-juniper woodlands | G2? | S2 | | C |
| *Gila robusta* | Roundtail chub | G2G3 | S2 | LE/E | E |
| *Pediomelum aromaticum* | Paradox breadroot | G3 | S2 | BLM | A |
| *Pediomelum aromaticum* | Paradox breadroot | G3 | S2 | BLM | A |
| *Astragalus sesquiflorus* | Sandstone milkvetch | G3? | S1 | | H |
| *Bouteloua gracilis/Hilaria jamesii* | Blue grama/galleta shortgrass prairie | G2G4 | SU | | C |
| *Catostomus latipinnis* | Flannelmouth sucker | G3G4 | S3 | BLM | E |
| *Atriplex canescens/Hilaria jamesii* | Cold desert shrublands | G3G4 | SU | | B |
| *Vireo vicinior* | Gray Vireo | G4 | S2B,SZN | | E |
| *Falco peregrinus anatum* | American Peregrine Falcon | G4T3 | S2B,SZN | LE-PDL | E |
| *Amphispiza belli* | Sage sparrow | G5 | S3B,SZN | (PS) | E |
| *Cnemidophorus velox* | Plateau striped whiptail | G5 | S4 | | B |
| *Juniperus osteosperma/Amelanchier* | Mesic western slope pinyon-juniper woodlands | GU | SU | | C |

*EO=Element Occurrence

**Biodiversity comments:** The East Paradox Creek PCA has the world's best occurrence known of Payson lupine, a plant that is globally imperiled, and known only from Colorado.  It also contains a good occurrence of needle and thread Great Basin herbaceous vegetation.  In addition, this PCA has two excellent occurrences of the Paradox breadroot, a plant that is considered to be globally vulnerable and rare in

BLM_0056924

Colorado. Cold desert shrublands with fourwing saltbush and galleta were found to be in good condition on lower slopes in the PCA, while mesic western slope pinyon-juniper woodlands with Utah serviceberry were in fair condition. Both of these plant communities are of unknown status in Colorado, and need more research. A fair occurrence of another grassland plant association with blue grama and galleta was interspersed with the shrub community.

The Dolores River throughout the length of the PCA supports populations of the roundtail chub and flannelmouth sucker. In Colorado, both fish inhabit the Colorado River mainstem and its larger tributaries, including the White, Yampa, Dolores, San Juan, and Gunnison rivers (Woodling 1985). Colorado populations of the chub are at the upstream margin of the species' range and comprise the majority of occurrences for this species. The sucker has disappeared from some water systems like the Gunnison River above Blue Mesa were it was displaced by white and longnose suckers (Woodling 1985). These fish are imperiled and vulnerable on a global scale, respectively. The chub is rare within the state, while the sucker is vulnerable.

Three bird species that are vulnerable in Colorado were documented in the PCA: the American Peregrine Falcon, Sage Sparrow and Gray Vireo.

**Boundary Justification:** The boundary encompasses both the lower elevation shrublands and the higher pinyon-juniper community on the north side of Paradox Valley, the river itself containing the chub and sucker populations, as well as the cliff faces that provide nesting habitat for Peregrine Falcons. It encompasses the known occupied sites of Payson lupine and Paradox breadroot, while allowing adequate additional habitat for these species to move or expand over time. The site does not allow for all of the needs such as foraging area for the bird species.

**Protection Rank Comments:** The majority of the pinyon-juniper uplands in this PCA are on BLM land, while the lower elevations are privately owned. The high quality occurrences of both Payson lupine and Paradox breadroot would support designation of the BLM lands as a Research Natural Area.

**Management Rank Comments:**
This PCA is used for hunting, and there is evidence of off-road vehicle use. Quality of the grasslands is mixed, with some good condition areas and some very poor patches. Some of the grazed areas are heavily infested with cheatgrass. A 1999 BLM assessment of the health of the region may result in some new management actions. These could include plowing and reseeding of cheatgrass areas, and alterations in grazing schedules.

Because of the high significance of this PCA as the best known location of Payson lupine, it would be ideal as a site to support further research on this plant species. Additional information about the reproductive ecology of the lupine could elucidate management needs. Monitoring of this site will aid in the detection of changes in the number of individuals and the condition of the population that would warrant management intervention.

Both the roundtail chub and flannelmouth sucker are sensitive to disturbance, including the blockage of migration routes, introduction of non-native fish, and the

BLM_0056925

alteration of hydrologic and thermal characteristics of the river, including channelization, modifications of flow regimes, and increased sedimentation.

Continued existence of Peregrine Falcons in Colorado is dependent upon protection of traditional nesting sites, identification and protection of critical habitat both for the breeding areas and for wintering, foraging, and roosting areas.  Some additional relief to the peregrine's plight in Colorado can be provided by keeping the remaining nest sites free from human intrusions during nesting season and by ensuring that land use changes protect habitat that supports the peregrine's prey species.  At this particular PCA, protection against disturbance by climbing scaling routes on the cliffs north of Highway 90 from February through July is paramount.

BLM_0056926

# Elk Creek
## Potential Conservation Area



0.5   0   0.5   1   1.5   2  Miles

N

156

BLM_0056927

# Elk Creek

**Biodiversity Rank**: **B5** (General Biodiversity Significance) This PCA contains a good occurrence of Colorado River cutthroat trout, a subspecies that is vulnerable on a global scale.  Both the Forest Service and BLM list this species as Sensitive, and the Colorado Division of Wildlife lists it as a Species of Special Concern.

**Protection Urgency Comment: P3** There is a definable threat to the occurrence, but not expected within the next five years.

**Management Urgency Rank: M4** Although not urgently required, management may be needed in the future to maintain the current quality of element occurrences.

**Location:**  This PCA is 6.25 air miles south of Placerville, Colorado in San Miguel County.  To access the PCA from State Highway 145 just east of Placerville, take County Road 57.P to its junction with County Road 56.L.  The PCA starts at the junction of these two county roads and follows Elk Creek upstream along County Road 56.L.
U.S.G.S. 7.5 minute quadrangle:  Little Cone

**Legal Description:**  T42N R10W Sections 6-7; T42N R11W Sections 1, 12; T43N R11W Section 36

**Size:**  128 acres

**Elevation:** 8,160 to 9,280 feet

**General Description:**
This PCA is located along Elk Creek, from 4.2 miles below its origin to its confluence with Fall Creek.  Geologic features along the stream include Jurassic Morrison, Wanakah and Entrada Formations, Cretaceous Dakota Sandstone and Mancos Shale Formations.  Spruce-fir forest and aspen are the dominant vegetation upslope, and a riparian community occupies the creekside.  Beavers have dammed the area along the creek, and there are numerous pools throughout the PCA.  Approximately 50% of the lands on this PCA are privately owned, the State Land Board owns 33%, and the remaining 17% are Forest Service lands.
A population of Colorado River cutthroat trout inhabits this stretch of Elk Creek.  The Colorado Division of Wildlife detected the population in 1996, and the population was substantiated by this survey in 1999.  The waters of Elk Creek in this area are cool, clear, with well-vegetated stream banks offering both cover and bank stability.  Instream cover in the form of deep pools and boulders also occur here.  All of the aforementioned characteristics are important to cutthroat trout, which are adapted to relatively cold water at high elevations (Spahr *et al.* 1991, Young 1995).

BLM_0056928

Natural Heritage element occurrences at the Elk Creek PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---------|-------------|--------|--------|---------------|----------|
| *Oncorhynchus clarki plueriticus* | **Colorado River cutthroat trout** | G4T3 | S3 | **BLM, USFS, CO-SC** | B |

*EO=Element Occurrence

**Biodiversity comments:** Colorado cutthroat trout are native to the Colorado River Basin and have been declining in many streams, but remnant populations still remain in Colorado, Wyoming, and Utah.

**Boundary Justification:** The PCA was drawn to include the entire stretch along Elk Creek where water flows have been disrupted by beaver dams, thus creating cutthroat trout habitat. It also includes habitat upslope from the stream that, if developed, would lead to deterioration of the natural hydrologic features through increased sedimentation and increased discharge of particulate metals into the stream system.

**Protection Rank Comments:** Approximately 50% of the land along the stream within the PCA is at risk to development because it is under private ownership. Presently there is development on Wilson Mesa just west of the PCA, and eventually this development could extend to privately held lands along Elk Creek. Development is likely to cause bank erosion, increasing sedimentation in the stream. If this occurs, this population of cutthroat trout could be lost, because they require clear, waters and vegetated streamsides.

**Management Rank Comments:** One of the major threats to the Colorado cutthroat trout is hybridization with non-native trout species. Due to hybridization only 26% of the remaining populations of this trout are considered genetically pure (Young *et al.* 1996). Competition with non-native trout species and exotic fish diseases also pose threats. There is no indication that either non-native trout from the San Miguel River or whirling disease have invaded Elk Creek, but they still remain a concern.

Development of the land along Elk Creek would increase sedimentation of the creek, and because of the natural geology of the area, might result in increased concentrations of particulate metals, both of which would have negative impacts on the cutthroat trout.

Cutthroat trout occur in this stream because the natural pools created by beaver activity create feeding and spawning habitat. Therefore, management for the continued existence of beaver populations at the PCA would be beneficial to the trout.

Management to directly benefit the trout would include: maintaining restrictive fishing regulations and monitoring for invasion of non-native trout species from the San Miguel River. In the event that non-native trout do reach this part of the San Miguel drainage, fish barriers could be constructed to prevent interbreeding with the other trout, non-native trout can be removed through chemical treatment.

BLM_0056929

# Fall Creek Falls
## Potential Conservation Area



0.2          0          0.2  Miles

159

BLM_0056930

# Fall Creek Falls

**Biodiversity Rank**: **B5** (General Biodiversity Significance) The Fall Creek Falls PCA contains a very good occurrence of a Black Swift colony. This species is apparently secure on a global scale, but vulnerable in Colorado.

**Protection Urgency Rank**: **P4** No threat is known for the foreseeable future.

**Management Urgency Rank**: **M4** Although not urgently required, management may be needed in the future to maintain the current quality of element occurrences.

**Location:** Fall Creek Falls is 1.25 air miles north of Woods Lake, in southeastern San Miguel County.
U.S.G.S. 7.5 minute quadrangle: Little Cone

**Legal Description:** T42N R11W Section 14

**Size:** 1.5 acres

**Elevation:** 8,720 to 8,920 feet

**General Description:**
Fall Creek Falls is a secluded falls located south of Woods Lake on an eastern channel of Fall Creek. It features a vertical drop of approximately 50 feet. County Road 57.P passes within 0.25 miles of the falls, and there is an undeveloped campsite and pull off at the access to the falls. The geologic feature of the sight is Cretaceous Dakota Sandstone, and the dominant vegetation is spruce-fir forest.

Six Black Swift nests were identified at Fall Creek Falls in 1999, and three had chicks. The falls themselves offer average swift habitat. The falls are close to Woods Lake, which sees extensive recreational use, and the county road. However, they are difficult to access and relatively undisturbed. The grasslands at the top and to the east of the falls are privately owned and grazed, but this activity is probably of no consequence to the Black Swifts.

Table. Natural Heritage element occurrences at the Fall Creek Falls PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---|---|---|---|---|---|
| *Cypseloides niger* | Black Swift | G4 | S3B | USFS | B |

*EO = Element Occurrence

**Biodiversity Rank Justification:** The only known conservation target at this PCA is the population of Black Swifts.

**Boundary Justification:** The boundary was drawn to include the falls and associated nesting habitat of the Black Swift.

160

BLM_0056931

**Protection Rank Comments:** The Fall Creek Falls PCA is privately owned, but there is no indication that the falls area will be further developed in the near future.

**Management Rank Comments:** Currently, there is public access and an undeveloped trail to the falls, but recreational use at the falls appears minimal, and Black Swifts are tolerant of human disturbance.  Diversion of stream flows resulting in complete loss of water flow at nesting falls will lead to subsequent abandonment of breeding sites.

161

BLM_0056932

# Greenback Mountain
## Potential Conservation Area



1:50,000                                    Telluride U.S.G.S 7.5 min. Quadrangle

0.5    0    0.5    1    1.5    2   Miles

N

BLM_0056933

# Greenback Mountain

**Biodiversity Rank: B4** (Moderate Biodiversity Significance) The PCA has an excellent occurrence of the Altai chickweed, a plant that is rare in Colorado.

**Protection Urgency Rank: P4** No threat is known for the foreseeable future.

**Management Urgency Rank: M4** Although not urgently required, management may be needed in the future to maintain the current quality of element occurrences.

**Location:** Greenback Mountain is located 2.0 air miles north of Telluride, Colorado in eastern San Miguel County.
U.S.G.S. 7.5 minute quadrangles: Telluride
**Legal description:** T43N R8W Section 19; T43N R9W Section 24.
**Elevation range:** 11,800 to 12, 500 feet
**Size:** 109 acres

**General Description:**
The Greenback Mountain PCA is located just above treeline on the west-side of Greenback Mountain.  The PCA is accessible from the Sneffels Highline Trail, which begins in Telluride.  Altai chickweed was found to be common on the scree slopes where there was little other vegetation.  The only other plant that was common in this habitat was three-toothed groundsel, which shares an evolutionary adaptation with the chickweed.  The long elastic roots of both plants allow them to move downslope along with the natural creep of the rock.  The tiny chickweeds are easily overlooked, and are probably not threatened by human activity, as hikers tend to stay on the trails.

Natural Heritage element occurrences at the Greenback Mountain PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---|---|---|---|---|---|
| *Stellaria irrigua* | Altai chickweed | G4? | S2 | | A |

*EO=Element Occurrence

**Biodiversity comments:** Altai chickweed was the only element occurrence found at this PCA.

**Boundary Justification:** The boundary is drawn to encompass the scree slopes that are habitat of the Altai chickweed.

**Protection Rank Comments:** This PCA is within the Uncompahgre National Forest, and includes some private mining claims.  Efforts are being made by the Forest Service to acquire mining claim in-holdings within the Forest.  This area is difficult to access, and so is probably secure from development.

**Management Rank Comments:** Although the trail to this PCA is well-used, few hikers would likely leave the trail and damage the Altai chickweed on the scree slopes.

BLM_0056934

# Hawk Mine
## Potential Conservation Area



1:100,000                    Egnar, Horse Range Mesa, Piute Knoll, and Summit Point U.S.G.S 7.5 min. Quadrangles

1   0   1   2   3  Miles

N





164

BLM_0056935

# Hawk Mine

**Biodiversity Rank: B5** (General Biodiversity Significance)  The Hawk Mine PCA has an unranked occurrence of the pale lump-nosed bat that is considered to be rare in Colorado.

**Protection Urgency Rank: P4**  No threat is known in the foreseeable future.

**Management Urgency Rank: P4**  Although not urgently required, management may be needed in the future to maintain the current quality of element occurrences.

**Location:** Hawk Mine is located 5.5 air miles southwest of the old townsite of Slick Rock, Colorado in northwestern San Miguel County.
U.S.G.S. 7.5 minute quadrangles: Egnar and Joe Davis Hill
**Legal Description:** T43N R19W Sections 3, 4, 5, 6, 7, 8, 9, 10, 15, 16, 17, 18, 19, 20, 21, 28, 29, 30
**Elevation range:** 5,900 to 7,565 feet
**Size:** 36 acres

**General Description:**

The Hawk Mine PCA includes within its boundaries the portals associated with old mines at Hawk, Frankie, Legin, Golden Rod, and Radium Group mines.  The PCA also includes approximately four miles of Bishop and Summit Canyons and the plateau drops steeply into these canyons.  This PCA is just west of Highway 141A, approximately five miles north of Egnar, Colorado.

The geologic features of the area include Jurassic Morrison (stream sands, shale, gravel, and ash), Summerville (marine sequence); and Entrada formations (dune sand, weak calcareous cement), and Jurassic/Triassic Glen Canyon Group and Chinle Formation.  The soil layers of the PCA consist of the Bond composition (lithic ustollic haplargids, loamy, mixed, and mesic).  Vegetation in the area is dominated by xeric pinyon-juniper woodland.

The mines and their tunnels evidently supply necessary environmental conditions for pale lump-nosed bats.  A single pale lump-nosed bat was recorded from one of the mines on the PCA in 1997 and observations in February 2000 identified four species of bats using the mine as hibernacula including the pale lump-nosed bat.  The mine is an extensive system with three interconnecting portals with the best bat habitat located in the main stem of the system.  The rest of the system is poor quality bat habitat with high levels of background radiation. The bat uses caves, buildings, and tree cavities for night roosts.  Throughout much of the known range, it commonly occurs in xeric habitats containing pinyon-juniper woodlands and/or semi-desert shrublands.

Natural Heritage element occurrences at the Hawk Mine PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---|---|---|---|---|---|
| *Corynorhinus townsendii* | Pale lump-nosed bat | G4T4 | S2 | BLM | E |

*EO=Element Occurrence

BLM_0056936

**Biodiversity comments:** The pale lump-nosed bat subspecies is considered to be rare in Colorado, although apparently secure on a global scale. Pale lump-nosed bats are limited in abundance in Colorado because of strict needs, including preference for relatively cold places for hibernation near entrances in well-ventilated areas. Only 20 occurrences have been recorded in the state in the last ten years.

**Boundary Justification:** This PCA was drawn to include a known roosting site and potential hibernacula of pale lump-nosed bat. Although the PCA includes all of the surrounding mine portals and associated shafts and some surrounding area, it does not include the surrounding pinyon-juniper woodlands and steep rocky cliffs that are important foraging habitat, and that supply day roosting sites for this bat during its active period. The foraging area of this bat likely extends over Summit and Bishop canyons, throughout East Summit Mesa, and could include extensive distances along the Dolores River Canyon. The extent of land used for foraging and day roosts by the bats using the mines for hibernacula is difficult to define.

**Protection Rank Comments:** The majority (94%) of the PCA is publicly owned and managed by the BLM, and is open and easily accessed by curiosity seekers who may enter the mines where Pale lump-nosed bats were recorded. Pale lump-nosed bats are extremely fragile, and primary threats include loss of habitat (e.g., reclamation of abandoned mines), vandalism, and increased visitation (spelunking) by humans to maternity roosts and hibernacula. Large clusters or colonies are susceptible to disturbance and have been declining (CDOW 1984). Human access to mines and caves disrupts wintering populations, where disturbance needs to be minimal (Armstrong *et al.* 1994, Fitzgerald *et al.* 1994). Protection of natural hibernacula from disturbance is a necessity if this species is to survive in Colorado.

**Management Rank Comments:** Needs for the survival of the pale lumpnosed bat include protection of occupied roosts from disturbance (May to mid-September for maternity roosts, October-April for hibernacula); and evaluation of occupied caves or mines for gate installation. See White and Seginak (1987) for gate designs for protecting caves. Gates can successfully limit human access and disturbance but, if poorly designed, gates may restrict bat access and result in population decline (Matthews and Moseley 1990). Conditions for the bats can be improved by maintaining canopy cover in areas surrounding caverns, rock faces, and other sites used for roosting; retaining large diameter snags and stands of old growth; avoiding heavy equipment and blasting near roosts; and avoiding chemical insecticides. Caves and mines should be surveyed prior to any logging or mine closures in suspected occupied habitat.
   Work completed by CDOW biologist Tom Ingersoll in February 2000 (personal communication) concludes that two portals should be closed with access to the hibernacula allowed through installation of a bat gate on the main portal.

166

BLM_0056937

# Highway 141 and 145
## Potential Conservation Area



0.5    0    0.5    1    1.5    2  Miles

N

167

# Highway 141 and 145

> **Biodiversity Rank: B2** (Very high biodiversity significance)  This PCA has a good population of Payson lupine, which is only known from Colorado, and is imperiled throughout its range.
>
> **Protection Urgency Rank: P4**  No threat is known for the foreseeable future.
>
> **Management Urgency Rank: M4**  Although not urgently required, management may be needed in the future to maintain the current quality of element occurrences.

**Location:** Highway 141 and 145 is located 1.0 air mile east of Naturita, Colorado and circumscribes the area around Colorado Highway 141 and 145 junction in west-central Montrose County.

U.S.G.S. 7.5 minute quadrangles: Naturita, Redvale

**Legal description:** T46N R15W Sections 14, 15, 20-23, 26-28.

**Elevation range:** 5,500 to 6,000 feet

**Size:** 1,454 acres

**General Description:**

This PCA is located near the intersections of Colorado State Highway 141 with SH145, and SH 97, south of the town of Nucla and above Naturita Canyon and Maverick Draw.  The area has gentle south and east-facing slopes with sandy soils and rock outcrops of Dakota sandstone. Vegetation is a mosaic of pinyon-juniper woodland with openings of sagebrush and grasslands dominated by needle and thread grass and blue grama.  Common plant species in the area include Utah juniper, big sagebrush, black sage, needle-and-thread, blue grama, galleta, prickly pear cactus, cats-eye, and many-lobed groundsel.  Other associated species are Indian ricegrass, sand aster, Easter daisy, scarlet globemallow, four o'clocks, and Wingate milkvetch.  Some patches of these plant communities are in excellent condition, in spite of part of the area having been used as a local unofficial dump.  Other patches have been invaded by cheatgrass and Russian knapweed.

Three rare plant species were found in the area: Payson lupine, little penstemon, and Naturita milkvetch.  Payson lupine was common in draws and on barren soils between draws, both north of Highway 141 and on both sides of Highway 145.  Due to its rhizomatous character, the lupines are difficult to count, but there is abundant potential habitat in the area.  Little penstemon occupied slopes above the rimrock, while the Naturita milkvetch was found in pockets of Dakota sandstone pavement on the canyon rims.  Associated plant species in the PCA were mountain big sagebrush, blue grama, Indian ricegrass, prickly pear cactus, hedgehog cactus, actinea, sand aster, fineleaf hymenopappus, Townsend's Easter daisy, scarlet globemallow, four o'clock, Wingate milkvetch, Eastwood-plant, vernal daisy, and rough-seed cat's-eye.

168

BLM_0056939

The striped whiptail was seen scurrying away in rocky outcrops in the pinyon-juniper.

Natural Heritage element occurrences at the Highway 141 and 145 PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---------|-------------|--------|--------|---------------|----------|
| *Lupinus crassus* | **Payson lupine** | **G2** | **S2** | **BLM** | **B** |
| *Lupinus crassus* | Payson lupine | G2 | S2 | BLM | E |
| *Stipa comata* | Needle and thread (Great Basin herbaceous vegetation) | G2G4 | S2? | | A |
| *Astragalus naturitensis* | Naturita milkvetch | G3 | S3 | BLM, USFS | C |
| *Penstemon breviculus* | Little penstemon | G3Q | S2 | BLM | B |
| *Penstemon breviculus* | Little penstemon | G3Q | S2 | BLM | B |
| *Cnemidophorus velox* | Plateau striped whiptail | G5 | S4 | | E |

*EO=Element Occurrence

**Biodiversity comments:** This PCA has a good population of Payson lupine, a plant that is imperiled globally.  There is also an excellent example of needle and thread Great Basin herbaceous vegetation, formerly known as Western slope grasslands, that is of unknown status in Colorado, but vulnerable on a global scale.  The globally vulnerable Naturita milkvetch is represented by a fair occurrence, and the globally vulnerable little penstemon by two good quality occurrences.  The concentration of rare plant species and high quality grassland on the northern BLM portion of the PCA make this an important location for further research on the ecology of the rare plants and communities.

The Plateau striped whiptail was documented here, and is apparently secure globally and in Colorado.  It was found to be more common than had been previously thought.

**Boundary Justification:** The boundary circumscribes occurrences of three rare plants and a grassland community in excellent condition.  It also includes some adjacent potential habitat that is important to allow the species to move over time and colonize new sites.

**Protection Rank Comments:** The PCA is located on both BLM and private lands.  No special protection is in place.

**Management Rank Comments:** The PCA has several unimproved roads, and is frequently used as an unofficial dump.  So far, it does not appear that the significant elements have been impacted.  Research currently underway on the reproductive ecology of the Payson lupine may elucidate management needs.  Monitoring of this site will aid in the detection of changes in the number of individuals and the condition of the rare plant populations that would warrant management intervention.

169

BLM_0056940

# Hog Point
## Potential Conservation Area



170

BLM_0056941

# Hog Point

**Biodiversity Rank: B4** (Moderate Biodiversity Significance) The Hog Point PCA has a fair occurrence of the globally imperiled Payson lupine, and a fair occurrence of narrowleaf cottonwood/skunkbrush riparian shrubland, a plant community that is imperiled on a global scale.

**Protection Urgency Rank: P4** No threat is known for the foreseeable future.

**Management Urgency Rank: M3** Ongoing, recurrent management action would help to maintain the current quality of element occurrences.

**Location:** Hog Point is located 2.25 air miles north of Uravan, Colorado in western Montrose County.
U.S.G.S. 7.5 minute quadrangles: Atkinson Creek

**Legal description:** T48N R17W Sections 14, 15, 22, 23.

**Elevation range:** 5,200 to 5,800 feet

**Size:** 508 acres

**General Description:**
BLM personnel found the Payson lupine in 1987, on cobbley silt and sandy alluvial soils. Estimated number of plants was more than 1000. Associated species included big sagebrush, virgin's bower, yucca and Indian ricegrass. At that time the researchers noted that grazing was heavy, especially in section 14.

The riparian plant community on Atkinson Creek at this PCA was surveyed in 1991 by CNHP. It was evaluated as only a fair occurrence, because researchers found numerous exotic grass and forb species in an area that is apparently heavily used by cattle. In addition to the exotic species, stream banks had been eroded, the channel widened, and willows heavily grazed.

Natural Heritage element occurrences at the Hog Point PCA.

| Element | Common Name | G rank | S rank | Federal/State status | EO* rank |
|---------|-------------|--------|--------|----------------------|----------|
| *Lupinus crassus* | **Payson lupine** | G2 | S2 | BLM | C |
| *Populus angustifolia/Rhus trilobata* | Narrowleaf cottonwood/skunkbrush | G3 | S3 | | C |

*EO=Element Occurrence

**Biodiversity comments:** The Payson lupine at this location was estimated to contain over 1,000 individual plants. The narrowleaf cottonwood/skunkbrush community was evaluated as being in fair condition. However, the degraded condition of the site lowers the viability of the occurrences and the biodiversity significance of the entire PCA.

171

BLM_0056942

**Boundary Justification:** The boundary is drawn to encompass the Payson lupine and the narrowleaf cottonwood/skunkbrush element occurrences.

**Protection Rank Comments:** The PCA is entirely on BLM land, with no special protection.  No change of status is recommended at this time.  If this location proves to have a good occurrence of Payson lupine, protection may be warranted, due to the small number of populations known for this species.

**Management Rank Comments:** Two separate researchers noted heavy grazing and stream bank erosion along Atkinson Creek in 1991.  However, recent intensive grazing management, which limits the time that livestock are in the area to a few days should improve this situation.  Further inventory is needed to relocate the Payson lupine in this site.  A survey in 1994 failed to locate the species, but it may still be present.

172

# Horsefly
## Potential Conservation Area



0.5  0  0.5  1  1.5  **Miles**



N



BLM_0056944

# Horsefly

**Biodiversity Rank: B3** (High Biodiversity Significance)  The Horsefly PCA has a fair occurrence of the Western Slope sagebrush shrublands plant community, considered to be imperiled to vulnerable on a global scale.

**Protection Urgency Rank: P3**  There is a definable threat to the occurrence, but not expected within the next five years.

**Management Urgency Rank: M4** Although not urgently required, management may be needed in the future to maintain the current quality of element occurrences.

**Location:** Horsefly is located 10.5 air miles north of Placerville, Colorado in extreme northeastern San Miguel County and south-central Montrose County.
U.S.G.S. 7.5 minute quadrangles: Horsefly Peak

**Legal description:** T45N R10W Sections 5, 8, 9, 16, 17.

**Elevation range:** 8,700 to 9,200 feet

**Size:** 1,324 acres

**General Description:**
The Horsefly PCA is located on a bench at the southern end of the Uncompahgre Plateau.  It is situated within one of the largest areas of private land in the San Miguel Basin.  Historically a ranching area, large tracts are now being developed for home sites.  The area boasts magnificent long views of distant mountains and open meadows punctuated by aspen groves, making it extremely attractive to potential homeowners.
Vegetation comprises a mosaic of aspen forests with large open parks of silver sagebrush, grasses and forbs.  At higher elevations, Ponderosa pine and Gambel's oak become more frequent.  The high elevation silver sagebrush community in this PCA is quite unusual in Colorado.  It is known from only four other locations, in Mesa, Grand and Summit counties.  In its pristine state, this plant association would consist of silver sagebrush and Thurber fescue or Parry's oatgrass.  A century of grazing has significantly altered its composition, so that shrubs have increased relative to grasses, and many of the native grasses have been displaced by exotic species such as Kentucky bluegrass.  However, there are still enough remaining native grasses to indicate the potential natural community.  In one representative plot, canopy cover was estimated at 75% silver sage, 5% rubber rabbitbrush, and 30% grasses and forbs, which included Thurber fescue, Parry's oatgrass, Kentucky bluegrass and hairy golden aster. Other notable plant species in the area include snowberry, mules ears, mountain sagebrush, owl clover, and lupines. No rare plants were found in this habitat.

BLM_0056945

Natural Heritage element occurrences at the Horsefly PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---|---|---|---|---|---|
| *Artemisia cana/Festuca thurberi* | **Western slope sagebrush shrublands** | G2G3 | S2S3 | | C |

*EO=Element Occurrence

**Biodiversity comments:** The western slope sagebrush shrublands dominated by silver sagebrush constitute a plant community that is considered imperiled to vulnerable throughout its range.

**Boundary Justification:** The boundary is drawn to encompass the silver sagebrush shrubland community.

**Protection Rank Comments:** Although development is expected to continue, lot sizes are large, and valued for their expansive vistas of sagebrush meadows.  Representative plant communities may be protected for their scenic values.  Efforts to conserve open space in this PCA could both benefit the plant community while providing protection of viewsheds.

**Management Rank Comments:** The species composition of the Western Slope sagebrush shrublands has been altered by a long history of livestock grazing. Reduced grazing pressure may encourage the increase of native grasses.

174

BLM_0056946

# Imogene Pass
## Potential Conservation Area





175

BLM_0056947

# Imogene Pass

**Biodiversity Rank: B2** (Very high biodiversity significance)  Imogene Pass is the site of an excellent occurrence of the San Juan whitlow-grass, a plant that is imperiled on a global scale, and known only from Colorado.

**Protection Urgency Rank: P3** There is a definable threat to the occurrence, but not expected within the next five years.

**Management Urgency Rank: M4** Although not urgently required, management may be needed in the future to maintain the current quality of element occurrences.

**Location:** Imogene Pass is located 3.9 air miles east of Telluride, Colorado on the Ouray-San Miguel county line in extreme eastern San Miguel County.
U.S.G.S. 7.5 minute quadrangles: Ironton
**Legal description:** T42N R8W Section 3, 4; T43N R8W Sections 33, 34.
**Elevation range:** 12,000 to 13,114 feet
**Size:** 304 acres

**General Description:**

At 13,200 ft., Imogene Pass is the highest point in the study area that is accessible by motorized vehicles.  The four wheel drive road, connecting Telluride and Ouray, is a


Figure 68.  Imogene Pass, habitat of San Juan whitlow-grass

popular drive, with fairly heavy traffic during the summer. Vegetation at the PCA ranges from subalpine meadows filled with wildflowers, to alpine tundra, barren rock and scree slopes.  Snowbanks often last throughout the summer. Typical alpine plants in this PCA are New Mexican groundsel, McCauley's buttercup, wallflower, sky pilot, alpine fescue, golden saxifrage, alpine bluegrass, alpine avens, moss campion, cutleaf daisy, Glaber daisy, alpine parsley, Colorado ragwort, alpine smelowskia, and thickroot claytonia.  No exotic plants were observed at the PCA.

At Imogene Pass researchers found four rare plant species, including 3 diminutive drabas (whitlow-grasses) and the Altai chickweed.  The most rare of these, the San Juan whitlow-grass, was abundant along the ridge that extends north from the top of the pass, and between Savage Creek and the road on the Telluride side, below the switchbacks. This occurrence now constitutes the largest one known in Colorado.  Of the 25 previously documented occurrences in the state, the largest was estimated at 200 plants, and most comprised less than 50 individuals or had not been evaluated.  At Imogene Pass, the estimated the number of individuals was in the thousands.  The plants were usually found

176

about 20 to 50 feet from late-melting snowbanks, occurring with another snow-loving plant, McCauley's snow buttercup, in otherwise barren, gravelly soil.

Three sub-populations of the Arctic draba were found, along a small road extending southeast from the summit, and on the Telluride side of the pass below the San Juan whitlow-grass site, extending as far downhill as Savage Basin. The plants were growing in both disturbed and undisturbed sites, and in well vegetated as well as barren areas. Typical locations were along roads, at the edges of small knolls and islands of vegetation within loose scree areas, and at the base of large boulders. The thick-leaf whitlow-grass occupied similar and overlapping habitats.

Altai chickweed occupied sites in the loose scree on steep slopes where there was some packed soil resulting from natural slides or animal trails. There was little other vegetation in these sites. The elastic roots of the chickweed enable it to survive by moving downhill along with the creeping rocks. The tiny plants numbered in the thousands, and in some places made up nearly 50% ground cover.

Natural Heritage element occurrences at the Imogene Pass PCA.

| Element | Common Name | G rank | S rank | Federal/State status | EO* rank |
|---------|-------------|--------|--------|----------------------|----------|
| *Draba graminea* | San Juan whitlow-grass | G2 | S2 | | A |
| *Draba crassa* | Thick-leaf whitlow-grass | G3 | S3 | | B |
| *Draba fladnizensis* | Arctic draba | G4 | S2S3 | | E |
| *Stellaria irrigua* | Altai chickweed | G4? | S2 | | A |

*EO=Element Occurrence

**Biodiversity comments:** The biodiversity rank of this PCA is based on the excellent occurrence of the San Juan whitlow-grass, a plant that is imperiled on a global scale and in Colorado. In addition, there is a good occurrence of the globally vulnerable thick-leaf whitlow-grass, and an excellent occurrence of Altai chickweed, rare in Colorado. The Arctic draba, rare to vulnerable in Colorado, was not given an occurrence rank, as the record is based on a herbarium specimen with no abundance data given.

**Boundary Justification:** The boundary is drawn to encompass the occurrences of four rare plant species, from Imogene Pass west to Savage Basin. Intervening potential habitat is included to allow these species to move over time and colonize new sites.

**Protection Rank Comments:** There is some potential for development of private mining claims within the PCA. National Forest Service may acquire mining claim inholdings. This would help insure survival of the rare plants.

**Management Rank Comments:** Off road vehicles could damage the rare plant populations. Foot traffic is of less concern, although the plants immediately at the summit could be jeopardized. Further inventory is needed to determine the full extent of these occurrences. Monitoring of this site will aid in the detection of changes in the number of individuals and the condition of the rare plant populations that would warrant management intervention.

BLM_0056949

# La Sal Creek
## Potential Conservation Area



1:125,000

Paradox U.S.G.S 7.5 min. Quadrangle

1   0   1   2   3   4   Miles

N



178

BLM_0056950

# La Sal Creek

**Biodiversity Rank: B1** (Outstanding biodiversity significance)  La Sal Creek is the only known location in Colorado of the box elder/river birch riparian community, which is critically imperiled on a global scale.

**Protection Urgency Rank: P3** There is a definable threat to this occurrence, but not expected within the next five years.

**Management Urgency Rank: M2** Ongoing, recurring management must continue to prevent loss of this element occurrence.

**Location:** La Sal Creek is located 3.0 air miles east of Bedrock, Colorado in extreme western Montrose County.
U.S.G.S. 7.5 minute quadrangles: Paradox

**Legal description:** T47N R19W Sections 8,15-17, 20-23, 26, 27, 35.

**Elevation range:** 5,000 to 6,200 feet

**Size:** 2,393 acres

**General Description:**
This PCA circumscribes the canyon of La Sal Creek, a tributary that enters the Dolores River just upstream from Bedrock, Colorado, and includes part of the canyonsides of Spring Creek, a tributary of La Sal Creek. La Sal Creek cuts a narrow sandstone canyon that drops as much as 100 feet in places, and separates Nyswonger Mesa to the east from Ray Mesa to the west. Dramatic Navajo sandstone cliffs striped with desert varnish form the sides of the canyon. The soil at the PCA consists of the Zyme composition characterized by mesic, clayey, ustic torriorthents. A dirt road follows the stream several miles, ending at the Cashen uranium mine.

A critically imperiled plant association consisting of box elder and river birch was first documented here during CNHP's riparian survey of 1991 (Kittel 1993). Since then, the same association has been looked for in many similar canyons, to no avail. In the narrow band of riparian vegetation, box elder accounts for as much as 70% cover, with river birch providing 25 to 60% cover. New Mexico privet, coyote willow, red-osier dogwood, giant reed, and wild rose are also common. Although there are some introduced pasture grasses, including Kentucky bluegrass, there is no tamarisk along the upper part of the creek.

Upland vegetation consists of pinyon-juniper woodland with both true and dwarf mountain mahogany, cliffrose, Gambel's oak, yucca, cacti, and rabbitbrush. A good sized population of the Paradox breadroot, with several hundred plants, was found on a dry bench overlooking La Sal Creek. Although there is a specimen of the Payson lupine from this location at Brigham Young University herbarium, this species was not found here during this survey. An excellent quality relic occurrence of native bunchgrasses typical of Western Slope grasslands was documented in the lower end of the PCA by

179

BLM_0056951

BLM in 1980.  This association was formerly called "Stipa comata West", although it is not necessarily dominated by needle and thread grass.  At this site it consisted of a mixture of 22% galleta, 11% needle-and-thread, 3% Indian ricegrass and 7% blue grama.

Animals of note recorded from this PCA include the tree lizard, and the plateau striped whiptail, which this survey has found to be common in western Montrose and San Miguel counties.  Trends are not documented for these reptiles, but there are no suggestions of declines and many occurrences are on protected public lands.

Natural Heritage element occurrences at the La Sal Creek PCA.

| Element | Common Name | G rank | S rank | Federal/State status | EO* rank |
|---------|-------------|--------|--------|----------------------|----------|
| *Acer negundo/Betula occidentalis* | **Boxelder/river birch** | **G1G2** | **S1** | | **B** |
| *Stipa comata* | Needle and thread (Great Basin herbaceous vegetation) | G2G4 | S2? | | A |
| *Lupinus crassus* | Payson lupine | G2 | S2 | BLM | E |
| *Pediomelum aromaticum* | Paradox breadroot | G3 | S2 | BLM | A |
| *Pediomelum aromaticum* | Paradox breadroot | G3 | S2 | BLM | E |
| *Juniperus osteosperma/Cercocarpus intricatus* | Xeric western slope pinyon-juniper woodlands | G? | S? | | A |
| *Cnemidophorus velox* | Plateau striped whiptail | G5 | S4 | | A |
| *Urosaurus ornatus* | Tree lizard | G5 | S4 | | E |

*EO=Element Occurrence

**Biodiversity comments:** The biodiversity rank of this PCA is based on the excellent occurrence of a critically imperiled plant community.  Only a few other small occurrences of this community are known.  The PCA also includes an excellent occurrence of a grassland community that is globally vulnerable, and is of unknown rarity in Colorado.  This PCA also contains an excellent occurrence of a xeric pinyon-juniper woodland plant community that is considered to be globally vulnerable.  In addition, there is an excellent occurrence of the globally vulnerable Paradox breadroot, and a historic record of Payson lupine, based on a herbarium collection from 1982.

**Boundary Justification:** The boundary was drawn to encompass the canyon of La Sal Creek, including the riparian and upland vegetation communities, from the intersection of County Road X4 to just above the confluence with the Dolores River.  Also included is the canyonside west of Spring Creek, a tributary of La Sal Creek that parallels Highway 90 between Paradox and La Sal Creek.  This hillside contains a good representation of the typical canyon rim plant community found in this area.  The lowest part of La Sal Creek, at the confluence, is in very poor condition, with heavy tamarisk invasion, and is therefore not included in the PCA.

**Protection Rank Comments:** Future plans for the private lands within the PCA are unknown.  BLM lands would be appropriate for special protection such as ACEC designation.  Protection of the private lands by acquisition, purchase of development rights or conservation easement would help to preserve the integrity of the canyon.

180

BLM_0056952

**Management Rank Comments:** Management emphasis on the BLM lands in this PCA is directed toward protecting the riparian plant communities. Livestock grazing in this narrow canyon is incompatible with this goal, as there is very little available feed except in the riparian area. Decisions on continued livestock use are pending.



Figure 69. Upland vegetation with Utah juniper and dwarf mountain mahogany at La Sal Creek PCA.

181

# Leopard Creek
## Potential Conservation Area



182

BLM_0056954

# Leopard Creek

| |
|---|
| **Biodiversity Rank: B4** (Moderate Biodiversity Significance)  Leopard Creek has a fair occurrence of a willow community that is considered to be vulnerable on a global scale. |
| **Protection Urgency Rank: P2**  A definable threat is expected in this PCA within the next five years. |
| **Management Urgency Rank: M4**  Although not urgently required, management may be needed in the future to maintain the current quality of element occurrences. |

**Location:** The Leopard Creek PCA is located 3.25 air miles northeast of Placerville, Colorado along Colorado Highway 62, between Placerville and Ridgway, Colorado, in San Miguel County.
　　　U.S.G.S. 7.5 minute quadrangle: Placerville

**Legal description:** T44N R10W Sections 6, 7; T44N R11W Sections 12, 13, 24.

**Elevation range:** 7,600 to 8,400 feet

**Size:** 490 acres

**General Description:**
　　　Extensive tall, dense willow carrs, interspersed with sedge wetlands, characterize the Leopard Creek riparian zone between Sheep Draw and Alder Creek.  Beavers originally created the ponds that have succeeded to sedges and willows in this broader part of the canyon.  Other plant species found in the riparian area include Nebraska sedge, thinleaf alder, Kentucky bluegrass, coneflower, and cow parsnip.  Adjacent uplands are forested with aspen, Douglas fir, Ponderosa pine, Gambel's oak and Engelmann spruce.
　　　Major flooding in 1999 showed dramatically the resilience of this plant community to disturbance.  Whereas, in narrow parts of the canyon, huge boulders and trees were uprooted and soil erosion was severe, the area within this PCA remained relatively unscathed.

Natural Heritage element occurrences at the Leopard Creek PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---|---|---|---|---|---|
| *Salix geyeriana-Salix monticola/*mesic forb | Geyer's willow-rocky mountain willow/mesic forb | G3 | S3 | | C |

*EO=Element Occurrence

**Biodiversity comments:** The PCA rank is based on a fair example of the globally vulnerable Geyer's willow-rocky mountain willow/mesic forb plant community.

183

BLM_0056955

**Boundary Justification:** The PCA includes the willow and sedge communities near the confluence with Alder Creek, and a buffer of additional land in the riparian area upstream.

**Protection Rank Comments:** The land is privately owned and subject to development.

**Management Rank Comments:** No special management needs are known.

184

# Little Gypsum Valley
## Potential Conservation Area



1 0 1 2 3 4 Miles

BLM_0056957

## Little Gypsum Valley

> **Biodiversity Rank: B4** (Moderate Biodiversity Significance) Little Gypsum Valley has a fair occurrence of Naturita milkvetch, a plant considered to be vulnerable on a global scale.
>
> **Protection Urgency Rank: P4** No threat is known for the foreseeable future.
>
> **Management Urgency Rank: M4** Although not urgently required, management may be needed in the future to maintain the current quality of element occurrences.

**Location:** Little Gypsum Valley is located 7.8 air miles north of the old townsite of Slick Rock, Colorado on the San Miguel County and Montrose County border in western Colorado.

U.S.G.S. 7.5 minute quadrangles: Anderson Mesa

**Legal description:** T45N R18W Section 18; T45N R19W Sections 3, 10-14.

**Elevation range:** 5,400 to 5,861 feet

**Size:** 1,809 acres

**General Description:**

This PCA is located in southwestern Montrose county extending partially into extreme northwestern San Miguel County. The PCA circumscribes Little Gypsum Valley, the continuation of Big Gypsum Valley north of the Dolores River. The geologic features of the area include Quaternary landslide deposits, Cretaceous Mancos Shale, and the Jurassic Morrison, Summerville, and Entrada Formations. The valley is the result of a large sea embayment separated from the remaining sea that covered this area in the Pennsylvanian age. Upon evaporation of this sea, its salts became concentrated in domes overlain with sedimentary rock. Once these sedimentary rocks were breached by erosion, the domes, comprised of soluble salt and gypsum, were washed away and the flanking structures collapsed, leaving the broad valleys at Paradox, Gypsum, and Dry Creek. Soils of the PCA consist of the Mikim composition characterized by ustic torriothents, fine-loamy, mixed (calcareous), and mesic soils.

The Naturita milkvetch was found on a low sandstone hill, where bedrock of the Salt Wash member of the Morrison Formation was exposed above the Mancos Shale of the valley bottom. This was a small population, but the species appears to be widely distributed in the western parts of San Miguel and Montrose counties in suitable habitat. A previous herbarium record from this area listed the habitat as "open pinyon-juniper woodland with sagebrush openings".

The little penstemon record is taken from a herbarium specimen at the University of Colorado. Its habitat was given as "gently sloping valley floor, sheep driveway."

The Yuma skipper, a rare butterfly, was observed along the Dolores River within this PCA. It was occupying a stand of the giant reed, its host plant, which occurs extensively throughout the Dolores River drainage. There are only four records of the

186

BLM_0056958

Yuma skipper in Colorado, three from Mesa and Delta counties in the late 1970's and early 1960's, and the one from this PCA in 1999. The Yuma skipper is of conservation concern in the state because of so few occurrences, small populations, colonial breeding, and its restriction to wetland habitats. Tamarisk invasion, common through its range, may threaten Yuma skipper habitat by displacing the giant reed (CNHP 1999). Protection of natural wetlands with stands of giant reed will help to assure continued existence of this species in Colorado.

Also recorded from this PCA were two Gray Vireos and a plateau striped whiptail. Within Colorado, trends of the Gray Vireo are not adequately monitored. Stokes and Stokes (1996) report an increase in the western region of the United States. Destruction of pinyon-juniper woodlands is a threat to this species. According to recent surveys, the plateau striped whiptail is more common in Colorado than previously thought, and there are no known threats for this species.

Natural Heritage element occurrences at the Little Gypsum Valley PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---------|-------------|--------|--------|---------------|----------|
| *Astragalus naturitensis* | Naturita milkvetch | G3 | S3 | BLM, USFS | C |
| *Astragalus naturitensis* | Naturita milkvetch | G3 | S3 | BLM, USFS | E |
| *Penstemon breviculus* | Little penstemon | G3Q | S2 | BLM | E |
| *Ochlodes yuma* | Yuma skipper | G5 | S2 | | C |
| *Vireo vicinior* | Gray vireo | G4 | S2B,SZN | | E |

*EO=Element Occurrence

**Biodiversity comments:** This PCA contains a good occurrence of the Naturita milkvetch, considered to be globally vulnerable. The second milkvetch and the Little penstemon records are more than ten years old, and their present condition is unknown. Breeding populations of the Gray Vireo are rare in Colorado. This population is not ranked, but was confirmed to be breeding, according to the Breeding Bird Atlas (Kingery 98). The PCA includes an occurrence of the Yuma skipper, a butterfly that is rare in Colorado.

**Boundary Justification:** The PCA includes the locations of the Naturita milkvetch and Little penstemon occurrences, as well as adjacent areas that appear to be suitable habitat for those species. This extended area would provide new sites for the plants to occupy in the future. The site does not provide for all the needs of the bird species.

**Protection Rank Comments:** The PCA is located entirely on BLM lands with no special protection. Protection from surface disturbances at this site would be beneficial to the plant population.

**Management Rank Comments:** No special management needs are known for this PCA. The BLM management plan emphasizes livestock management.

BLM_0056959

# Little Red Canyon - Horsefly Creek

## Potential Conservation Area



BLM_0056960

## Little Red Canyon-Horsefly Creek

**Biodiversity Rank: B4** (Moderate Biodiversity Significance)  The Little Red Canyon-Horsefly Creek PCA contains a good example of the blue spruce/red-osier dogwood montane forest, a plant community that is rare in Colorado.

**Protection Urgency Rank: P4**  No threat is known for the foreseeable future.

**Management Urgency Rank: M4** Although not urgently required, management may be needed in the future to maintain the current quality of element occurrences.

**Location:** Little Red Canyon-Horsefly Creek 10.75 air miles northeast of Norwood, Colorado in south-central Montrose County.
U.S.G.S. 7.5 minute quadrangles: Antone Spring

**Legal description:** T46N R12W Sections 2, 3; T47N R12W Section 35.

**Elevation range:** 8,400 to 9,200 feet.

**Size:** 331 acres

**General Description:**
This PCA is north of Sanborn Park in Montrose County.  Little Red Creek is a short (~6.0 miles) tributary of Horsefly Creek.  The creek forms a canyon over its length and the PCA circumscribes the bottom one third of the canyon.  The canyon walls are of moderate slopes that drop for approximately 100 feet to the canyon floor.  The geologic features include Jurassic Morrison, Summerville, and Entrada Formations; and the Mesa Verde and Dakota formations of the Cretaceous.  Soils are of the Fughes composition (pachic argiborolls, fine, montmorillontic) and the Hapgood Family (pachic cryoborolls, loamy skeletal, mixed).

The upland vegetation of the area is predominantly aspen and Gambel's oak.  During CNHP's riparian survey in 1991, several high quality riparian areas were identified, and were revisited in 1999.  A dense stand of mature narrowleaf cottonwoods with an understory of red-osier dogwood occupies terraces of the old flood plain on gravelly sandy clay loam soils.  Cottonwoods appeared to be regenerating successfully.  Associated species are serviceberry, river birch, sweet cicely, meadowrue, coneflower, triangle leaf groundsel, chiming bells, twinberry honeysuckle, Rocky Mountain willow, hawthorn, and false solomonseal.  The few exotic species included red clover, meadow timothy, smooth brome, and dandelion.

Wetlands of water sedge and rushes were recorded in a former channel downstream from a beaver dam.  Wetter adjacent areas had more spike rush and fowl mannagrass.  Both of these communities are dynamic, dependent on beaver activity to bring about succession from stream channel to pond, to wetlands, and then creating new stream channels as dams break.  In a narrower part of the canyon, a high quality stand of Colorado blue spruce with red-osier dogwood was documented.  Moderate cattle grazing was noted.

BLM_0056961

A population of Colorado River cutthroat trout inhabits the creek at Little Red Canyon-Horsefly Creek. The fish is of conservation concern at the global and state levels due to long term trend prognoses and threats. Populations continue to decline in many streams (Young *et al.* 1996). Hybridization between this subspecies and non-native trout species poses the greatest threat to the elimination of pure populations. Competition with non-native trout species and exotic fish diseases also pose threats. Other concerns include habitat alteration/fragmentation from overgrazing by livestock, logging, toxic effluents from mining, and water diversion for irrigation (Spahr *et al.* 1991, Behnke 1992, Young 1995). Populations are susceptible to over-harvest if angling is unrestricted.

Natural Heritage element occurrences at the Little Red Canyon-Horsefly Creek PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---------|-------------|--------|--------|---------------|----------|
| *Picea pungens/Cornus sericea* | **Blue spruce/red osier dogwood montane riparian** | G4 | S2 | | A |
| *Populus angustifolia/Cornus* | Cottonwood riparian forest | G4 | S3 | | A |
| *Oncorhynchus clarki pleuriticus* | Colorado river cutthroat trout | G4T3 | S3 | | E |
| *Carex aquatilis* | Montane wet meadows | G5 | S4 | | A |

*EO=Element Occurrence

**Biodiversity comments:** The biodiversity rank of this PCA is based on a good to excellent occurrence of the blue spruce/red osier dogwood montane riparian forest, considered to be a rare community in Colorado. Also recorded in the PCA was a good to excellent occurrence of cottonwood riparian forest, vulnerable in Colorado. Montane wet meadows dominated by water sedge, although not rare, were found to be in good to excellent condition. Colorado cutthroat trout is known from the creek, but the quality and viability of the population has not been determined. This subspecies of trout is considered to be vulnerable both globally and in Colorado.

**Boundary Justification:** The boundary is drawn to include the documented riparian communities in Little Red Canyon-Horsefly Creek. It does not include the entire area that would be of importance for the survival of the cutthroat trout population.

**Protection Rank Comments:** The PCA is entirely within the Uncompahgre National Forest. There is no special protection in place and no threats warranting special protection have been identified.

**Management Rank Comments:** Management strategies for cutthroat trout include construction of fish barriers to prevent interbreeding with other trout, rehabilitation of both stream banks and water quality, elimination of non-native trout through chemical treatment, and transplanting genetically pure cutthroat into rehabilitated habitat (Spahr *et al.* 1991). Colorado has instituted restrictive angling regulations (Young 1995).

BLM_0056962

# Lizard Head
## Potential Conservation Area



0.5   0   0.5   1   1.5   2 Miles

N

191

BLM_0056963

# Lizard Head

---

**Biodiversity Rank: B4** (Moderate Biodiversity Significance)  The Lizard Head PCA has an excellent occurrence of the Altai chickweed, a plant that is rare in Colorado.

**Protection Urgency Rank: P5**  Land protection is complete.

**Management Urgency Rank: M5**  No management needs are known or anticipated.

---

**Location:** Lizard Head is located 10.0 air miles southwest of Telluride, Colorado on the Dolores-San Miguel county line in eastern San Miguel County.
U.S.G.S. 7.5 minute quadrangles: Mount Wilson

**Legal description:** T41N R10W Sections 2, 3, 10, 11.

**Elevation range:** 11,800 to 12,800 feet.

**Size:** 82 acres

**General Description:**
Lizard Head is a well-known landmark in San Miguel County.  The volcanic intrusion that once had the shape of a Lizard's Head, has since lost its nose, but the surrounding area beneath the monolith is as magnificent as ever.  As one climbs, vegetation changes from aspen, to moist spruce-fir forests, and finally alpine tundra.  On the alpine slopes at the base of Lizard Head, researchers found two plant species that are rare in Colorado, the Altai chickweed and the common moonwort.

The chickweed was found in a north-facing cirque to the northeast of the massif. It was growing among treacherous, unstable talus ranging in size from large blocks to gravel, composed of volcanic materials from the cliffs above.  Associated plant species in the area included king's crown, Indian paintbrush, spike trisetum, alpine avens, Colorado columbine, kittentails, wallflower, sheep sorrel, and sky pilot.  There were no exotic plant species present.  Three sub-populations consisting of thousands of individuals in a pristine setting were located.  Although adjacent similar habitats were searched, the chickweed was not present.

The moonwort was also growing in loose scree, about one to ten centimeters in diameter, on a steep slope northeast of the chickweed site.  Associated taxa at that location included black groundsel (a frequent companion to moonworts), King's crown, rose paintbrush, New Mexican groundsel, edible valerian, and Whipple penstemon.

This PCA is within the Lizard Head Wilderness of the Uncompahgre National Forest.  Any disturbance to the site is likely to be natural.

BLM_0056964

Natural Heritage element occurrences at the Lizard Head PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---------|-------------|--------|--------|---------------|----------|
| *Stellaria irrigua* | **Altai chickweed** | **G4?** | **S2** | | **A** |
| *Botrychium lunaria* | Common moonwort | G5 | S2S3 | | B |

*EO=Element Occurrence

**Biodiversity comments:** In addition to the Altai chickweed, rare in Colorado, the PCA has a good population of the common moonwort, considered to be globally secure, but rare to vulnerable in Colorado.

**Boundary Justification:** The boundary is drawn to include the scree slopes northeast of Lizard Head, the site of two rare plant populations.

**Protection Rank Comments:** The PCA is protected within the Lizard Head Wilderness.

**Management Rank Comments:** There were no exotic species observed. Disturbances at this PCA tend to be natural.

BLM_0056965

# Mailbox Park
## Potential Conservation Area



1:75,000

Recvale U.S.G.S 7.5 min. Quadrangle

1   0   1   2   3 Miles

N

194

BLM_0056966

## Mailbox Park

**Biodiversity Rank: B3** (High Biodiversity Significance)  The Mailbox Park PCA has a good occurrence of Naturita milkvetch, a plant considered to be vulnerable on a global scale.

**Protection Urgency Rank: P4**  No threat is known for the foreseeable future.

**Management Urgency Rank: M4** Although not urgently required, management may be needed in the future to maintain the current quality of element occurrences.

**Location:** Mailbox Park PCA is located 4.9 air miles east of Naturita, Colorado in western Montrose County.
    U.S.G.S. 7.5 minute quadrangles: Redvale

**Legal description:** T46N R14W Sections 17, 18; T46N R15W Section 13.

**Elevation range:** 6,100 to 6,400 feet

**Size:** 404 acres

**General Description:**
    Mailbox Park occupies a ridge top between the San Miguel River on the north and Naturita Creek on the south.  Outcrops of sandstone pavement with very thin soils characterize its southern rim.  Vegetation consists of pinyon-juniper woodland, with much bare sandy soil, and generally well developed cryptogamic soil crusts.  There are some level areas of sagebrush interspersed with the wooded areas.  The area appears to be heavily used for hunting, but not much used for the rest of the year.  A power line and gravel road run through the PCA.  The PCA is primarily on BLM land, but also includes about 120 acres of private land.
    A large, widely scattered population of the Naturita milkvetch was found along the south rim of this PCA.  The plants were most abundant in crevices of the sandstone pavement, but sometimes also occurred in deeper soils.  Individuals were very small, and few had flowers or fruit.  Common plant species associated with the Naturita milkvetch at this PCA are scarlet globemallow, Townsend's Easter daisy, rough-seed cats-eye, twin bladderpod, fineleaf hymenopappus, Eastwood-plant, and snakeweed.

Natural Heritage element occurrences at the Mailbox Park PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---------|-------------|--------|--------|---------------|----------|
| *Astragalus naturitensis* | Naturita milkvetch | G3 | S3 | BLM, USFS | B |

*EO=Element Occurrence

**Biodiversity comments:** The Naturita milkvetch is the only tracked element found in this PCA.

195

BLM_0056967

**Boundary Justification:** The boundary was drawn to encompass the ridge top that is the site of the Naturita milkvetch.  Adjacent areas with deeper soils and sagebrush do not supply the required habitat for this species.

**Protection Rank Comments:** The PCA includes a combination of BLM and private lands.  No special protection should be needed for the Naturita milkvetch at this location

**Management Rank Comments:** There are infestations of Russian knapweed and cheatgrass in disturbed areas along the road.  These could increase with heavy off-road ATV use.  Currently, away from roads, there are few exotic species.  The habitat of the Naturita milkvetch, with its shallow soils, is probably secure from weed invasion.  Off road vehicle traffic could potentially affect the plants.

196

# Martin Mesa
## Potential Conservation Area



1 0 1 2 3 4 Miles

N

BLM_0056969

## Martin Mesa

> **Biodiversity Rank: B4** (Moderate Biodiversity Significance)  Martin Mesa has an excellent population of the pale lump-nosed bat, apparently secure on a global scale, but rare in Colorado.
>
> **Protection Urgency Rank: P4**  No threat is known for the foreseeable future.
>
> **Management Urgency Rank: M3**  Ongoing, recurrent management action would help to maintain the current quality of element occurrences.

**Location:** Martin Mesa is located 3.0 air miles northeast of Bedrock, Colorado in west-central Montrose County.
U.S.G.S. 7.5 minute quadrangles: Red Canyon and Roc Creek

**Legal description:** T048N R018W Sections 11, 14-17, 20-23, 26-29.

**Elevation range**: 4760 to 6760 feet.

**Size:** 4347 acres

**General description:**

Martin Mesa is a relatively flat mesa top with a gradual incline from the top of the Dolores River Canyon on the east to the edge of Paradox Valley on the west.  The PCA includes within its boundaries both the tops of Martin Mesa and Carpenter Flats on the west.  On the east, the PCA includes the rugged canyons and sheer cliffs of Red Canyon, Beehive Canyon and the Dolores River Canyon north of Uravan, Colorado.  The PCA sits atop Morrison, Summerville, and Entrada Formations of the Jurrasic.  Kayenta, Wingate, and Chinle Formations of the Triassic are exposed in the canyons.  Soils within the PCA are mixed mesic, and range from coarse-loamy to clayey, and calcareous.  Dominant vegetation of the PCA includes pinyon-juniper woodland and big sagebrush.  Grasses common to the PCA include needle-and-thread grass, blue grama, galleta, Indian ricegrass, western wheatgrass, bottlebrush squirreltail, and other perennial grasses and forbs.  Black sagebrush, big sagebrush, winterfat, shadscale, and fourwing saltbush, are common shrubs.  Approximately 93% of the PCA is owned by the BLM, Uncompahgre Basin Resource District, with the remaining 8% held in private mining claims.

Located within the boundary of this PCA are the open portals and associated tunnels of over 70 mines that supply roosting and maternity habitat, and hibernacula for the pale lump-nosed bat.  There were 40 observations of pale lump-nosed bats from 17 mines within the PCA in 1999 (Navo *et al.* 1999).  Although there are no confirmed maternity roosts at the PCA, there are 11 mines identified with hibernating bats representing 4 distinct hibernacula.  Numerous reproductive male and post lactating female pale lump-nosed bats have been documented from the PCA.

These bats prefer relatively cold places for hibernation, often near entrances and in well-ventilated areas.  These restrictive requirements are often difficult to find, thus limiting the abundance of this bat in Colorado.  Throughout much of the known range,

198

pale lump-nosed bats commonly occur in mesic habitats containing pinyon-juniper woodlands and/or semi-desert shrublands similar to the Martin Mesa PCA.

Natural Heritage element occurrences at the Martin Mesa PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO*rank |
|---------|-------------|--------|--------|---------------|---------|
| *Corynorhinus townsendii* | Pale lump-nosed bat | G4T4 | S2 | BLM | E |

*EO=Element Occurrence

**Biodiversity comments:** This PCA offers the best known concentration of pale lump-nosed bats in Colorado. Prior to the summer of 99 there were only 20 occurrences recorded in the state within the last ten years. The high quality of the bat population makes this PCA of moderate biological significance and of immediate importance to the conservation of pale lump-nosed bats in Colorado.

**Boundary Justification:** The boundary of this PCA was drawn to include all mines known to be inhabited by pale lump-nosed bats on Carpenter flats and Martin Mesa. It also includes the chasms of Red and Beehive Canyons and the Dolores River Canyon, the sheer rock cliffs of which supply day roosting sites for this bat during its non-hibernating period. Also included within the PCA are the waterways of the Dolores River, and Red and Beehive drainages along which the bats will acquire water and forage, and the foraging habitat of the pinyon-juniper woodlands surrounding the mines. It is difficult to define the distance foraging pale lump-nosed bats will travel from hibernacula during summer, and no attempt has been made to include the entire potential extent of foraging habitat surrounding the hibernacula.

**Protection Rank Comments:** All mines from which pale lump-nosed bats have been recorded on Martin Mesa occur on BLM owned property and therefore there are no immediate threats to the hibernacula. There are, however, private mining claims near all of the hibernacula, and future uranium mining at mines on both private and BLM property would be a direct threat to these bats, which are very fragile and sensitive to disturbance at hibernacula, roosting, and maternity sites.

**Management Rank Comments:** Pale lump-nosed bats are extremely fragile, and primary threats include loss of habitat (e.g., reclamation of abandoned mines), vandalism, and increased visitation (spelunking) by humans to maternity roosts and hibernacula. Large clusters or colonies are susceptible to disturbance and have been reportedly declining (CDOW 1984). Human access to mines and caves disrupts wintering populations, where disturbance needs to be minimal (Armstrong *et al.* 1994, Fitzgerald *et al.* 1994). Occupied roosts need to be protected from disturbance (May to mid-September for maternity roosts, October-April for hibernacula).

The mines occupied by the bats at Martin Mesa would benefit from installation of bat gates. This measure would protect the day roosts, hibernacula, and maternity sites from disturbance by prospectors and spelunkers. Installation of bat gates is controversial due to the cost associated with maintaining the gates and the added legal liabilities assumed by the BLM through installation of the gates. Kirk Navo, biologist for CDOW, has recommended that the BLM install bat gates at all mines on Martin Mesa acting as

BLM_0056971

hibernacula for this bat.  See White and Seginak (1987) for gate designs for protecting caves.  Gates can successfully limit human access and disturbance but, if poorly designed, gates may restrict bat access and result in population decline (Matthews and Moseley 1990).

Of secondary concern are the levels of background radiation due to the natural mineral formations at the occupied mines.  Levels of radiation at mines proposed for gate installation on Martin Mesa are within acceptable levels (Navo *et al.* 1999), but radiation monitoring at known bat hibernacula, roosts, and maternity sites should continue, to assure properly low levels of radiation.  Closure of mines with high radiation levels may be warranted, regardless of bat use.

Other management actions that would benefit the bats include maintaining canopy cover in areas surrounding caverns, rock faces, and other sites used for roosting; retaining large diameter snags and stands of old growth; avoiding heavy equipment and blasting near roosts; and avoiding chemical insecticides.  Caves and mines should be surveyed prior to any logging or mine closures in suspected occupied habitat.

200

BLM_0056972

# McIntyre Canyon
## Potential Conservation Area



Horse Range Mesa and Summit Point U.S.G.S 7.5 min. Quadrangles

1:100,000

1   0   1   2   3   4   Miles

N

BLM_0056973

# McIntyre Canyon

**Biodiversity Rank: B2** (Very high biodiversity significance)  McIntyre Canyon has a good occurrence of xeric western slope pinyon-juniper woodlands, considered to be rare on a global scale.

**Protection Urgency Rank: P4**  No threat is known for the foreseeable future.

**Management Urgency Rank: M3**  Ongoing, recurrent management action would help to maintain the current quality of element occurrences.

**Location:** McIntyre Canyon is located 3.5 air miles northwest of the old townsite of Slick Rock, Colorado in northwestern San Miguel County.
   U.S.G.S. 7.5 minute quadrangles: Horse Range Mesa
**Legal description:** T44N R19W Sections 2-4, 7-15, 17, 18; T45N R19W Sections 33-36.
**Elevation range:** 5,400 to 6,200 feet.
**Size:** 3,104 acres

**General Description:**
   McIntyre Canyon is a major tributary of the Dolores River, draining a large area of western San Miguel County and southeastern Utah.  Except for a small amount of private land at the confluence, the canyon is on BLM land.  An unmapped dirt road that apparently services a pipeline was observed.  There is some evidence of grazing.  Otherwise, the lower part of the canyon is remote and difficult to access, except by raft or kayak from the Dolores River.
   Vegetation of the area is sagebrush shrubland with widely spaced pinyon and juniper.  The major grass in the lower part of the canyon is blue grama, with some needle and thread, six-weeks fescue and cheatgrass.  Other common plants were Indian ricegrass, galleta, scarlet globemallow, sand aster, actinea, many-lobed groundsel, prickly-pear cactus, snakeweed, hairy golden aster, Townsend's Easter daisy, rough-seed cats-eye, four o'clocks, and princes plume.
   Baker documented an excellent occurrence of the common plant association of pinyon pine and mountain mahogany on benches in the upper part of the canyon in 1983 (Baker 1984).  Also, the pinyon pine/needle-and-thread association, considered to be less common, was found to be in good condition. It was observed in 1999, as well.  This association occurs frequently in openings in the pinyon juniper woodland, usually in small patches, making it difficult to map.
   A new occurrence of the Naturita milkvetch was found in 1999, along the base of the cliffs on the north side of the canyon, in red sandy soils derived from the Navajo Formation.  The plants were particularly abundant in the disturbed area along the road.  This supports our observations from other sites, that this species seems to thrive on some disturbance.  Over 200 individuals were counted, and there are doubtless many more.  In 1983, a smaller population of the milkvetch was found several miles upstream from the confluence, again on the disturbed pipeline route and on cryptogamic soil.
   In alcoves of Navajo sandstone cliffs, are found hanging garden communities dominated by yellow columbine, and containing a small population of the rare Eastwood

BLM_0056974

monkeyflower.  Other associated species in this habitat included Utah serviceberry, fendlerbush, mountain mahogany, New Mexico privet, skunkbrush (forma *simplicifolia*, the form with unlobed leaves), single leaf ash, and gray aster.  Survival of the hanging garden community is dependent on the continued availability of the water source from the mesa above.  Water diversions or prolonged drought could obliterate this habitat.  It appears that the Eastwood's monkeyflower requires more permanent water than the more common columbine.  In this and other sites, it grows in a deep horizontal crack that holds moisture, and on spongy, algae covered walls.  The columbine is more often present in drier sites, and may be able to tap a deeper source of water.

Natural Heritage element occurrences at the McIntyre Canyon PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---|---|---|---|---|---|
| *Pinus edulis/Stipa comata* | **Xeric western slope pinyon-juniper woodlands** | **G2?** | **S2** | | **B** |
| *Astragalus naturitensis* | **Naturita milkvetch** | **G3** | **S3** | **BLM, USFS** | **A** |
| *Aquilegia micrantha-Mimulus eastwoodiae* | Hanging gardens | G2G3 | S2S3 | | B |
| *Astragalus naturitensis* | Naturita milkvetch | G3 | S3 | BLM, USFS | B |
| *Mimulus eastwoodiae* | Eastwood monkey-flower | G3? | S1 | BLM | B |
| *Mimulus eastwoodiae* | Eastwood monkey-flower | G3? | S1 | BLM | E |
| *Pinus edulis/Cercocarpus montanus* | Mesic western slope pinyon-juniper woodlands | G5 | S4 | | A |

*EO=Element Occurrence

**Biodiversity comments:** This PCA gains its high significance rank from the good occurrence of Xeric western slope pinyon-juniper woodlands, with a significant component of needle-and-thread grass.  In addition, there are good occurrences of a globally imperiled hanging garden community, containing the globally vulnerable Eastwood's monkey-flower.  An excellent example of globally common woodlands with Colorado pinyon and mountain mahogany occurs at the PCA.

**Boundary Justification:** The boundary encloses the element occurrences listed above, located near the mouth of the canyon and several miles upstream, and the intervening canyon.  Although the entire canyon was not surveyed, the habitat appears to be continuous, and Naturita milkvetch can be expected in the areas between the documented occurrences.

**Protection Rank Comments:** This PCA is primarily on BLM land, with a small amount of private land located at the confluence with the Dolores River.  Due to its inaccessibility, this PCA probably does not require special protection at this time.

**Management Rank Comments:** There is Russian knapweed along the pipeline road and near the confluence.  Weed control and revegetation of disturbed areas would improve the site.

BLM_0056975

# Middle San Miguel
## Potential Conservation Area



BLM_0056976

# Middle San Miguel Canyon

**Biodiversity Rank: B3** (High Biodiversity Significance)  Middle San Miguel Canyon has two good examples of lower montane riparian shrublands, a plant community that is vulnerable on a global scale.

**Protection Urgency Rank: P4**  No threat is known for the foreseeable future.

**Management Urgency Rank: M4** Although not urgently required, management may be needed in the future to maintain the current quality of element occurrences.

**Location:** Middle San Miguel Canyon is located 0.5 air miles west of Placerville, Colorado and extends between Placerville and the Norwood Bridge along Colorado Highway 145 in San Miguel County.
U.S.G.S. 7.5 minute quadrangles: Gurley Canyon, Placerville

**Legal description:** T43N R11W Sections 5-7; T44N R11W Sections 19-21, 27-34; T44N R12W Sections 3, 4, 9, 10, 11; T45N R12W Sections 28, 29, 33, 34.

**Elevation range:** 6,575 to 9,200 feet

**Size:** 753 acres

**General Description:**
The section of the San Miguel River between Placerville and the Norwood Bridge contains some of the best examples of globally imperiled riparian communities in Colorado.  The riparian vegetation has been classified as narrowleaf cottonwood-blue spruce/thinleaf alder and as narrowleaf cottonwood/river birch.  However, there is an impressive diversity of tree and shrub species within these communities.  In addition to the dominant species named above, tree species include Ponderosa pine, Douglas fir, Rocky Mountain juniper, Gambel's oak, and box elder.  Shrubs include red-osier dogwood, twinberry honeysuckle, snowberry, serviceberry, and several willows.
Several major tributaries enter the San Miguel in this stretch of the river.  They include Specie Creek, Saltado Creek, Beaver Creek and McKenzie Creek.
Surveys of this PCA have been made by The Nature Conservancy, and by CNHP in 1991, 1997 and 1999 (Kittel 1991, Stevens and Zoerner 1997).  The PCA includes The Nature Conservancy's San Miguel Canyon Preserve, as well as BLM and some private lands.  The Norwood School has established an environmental education "outdoor classroom" on BLM land near the Norwood Bridge, in cooperation with the BLM.  A signed nature trail identifies some of the common plants in the PCA.
The area is popular for fishing, picnicking, and river rafting.  There is a developed BLM campground and raft launch area at Beaver Creek, and a raft launch area at Specie Creek.

BLM_0056977

Natural Heritage element occurrences at the Middle San Miguel Canyon PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---|---|---|---|---|---|
| *Betula occidentalis*/mesic graminoid | **Lower montane riparian shrublands** | **G3** | **S2** | | **B** |
| *Betula occidentalis*/mesic graminoid | **Lower montane riparian shrublands** | **G3** | **S2** | | **B** |
| *Betula occidentalis*/mesic graminoid | Lower montane riparian shrublands | G3 | S2 | | C |
| *Populus angustifolia/Betula occidentalis* | Montane riparian forest | G3 | S3? | | B |
| *Populus angustifolia/Betula occidentalis* | Montane riparian forest | G3 | S3? | | B |
| *Populus angustifolia-Picea pungens/Alnus incana* | Montane riparian forests | G3 | S3 | | A |
| *Populus angustifolia-Picea pungens/Alnus incana* | Montane riparian forests | G3 | S3 | | A |
| *Populus angustifolia-Picea pungens/Alnus incana* | Montane riparian forests | G3 | S3 | | A |

*EO=Element Occurrence

**Biodiversity comments:** Two riparian plant communities in this PCA, both containing river birch, are considered to be vulnerable on a global scale, and rare in Colorado.  In addition the PCA has five excellent examples of the more common narrowleaf cottonwood-blue spruce/thinleaf alder montane riparian forest.

**Boundary Justification:** The boundary is drawn to include both the riparian zone of the San Miguel River between Placerville and the Norwood Bridge, as well as the canyonsides, up to the level mesa tops.  The uplands are included, since they can influence the hydrology of the PCA through sedimentation and discharge of particulate metals into the stream system.

**Protection Rank Comments:** Current protection of this PCA includes designation of the BLM portion as an ACEC (Area of Critical Environmental Concern), and The Nature Conservancy's ownership of the San Miguel Middle Preserve.  The ACEC comprises 20,964 acres of public land, within a Special Resource Management Area (SRMA) of 32,641 acres.  It includes the San Miguel River and several tributaries from Placerville to Horsefly Creek.

Development of the private lands near Placerville could occur in the future. County regulations may not be sufficient to protect the riparian vegetation and hydrology of the river.

Of greater long-term concern is the maintenance of sufficient instream flows to support the fishery and the riparian vegetation of the river.  Future diversions for residential use, coupled with increased snow-making at the ski area, could lower water levels to the legally guaranteed minimums, a level that is probably inadequate to maintain the health of plant and animal communities.  Instream flow studies are currently being performed by BLM.

BLM_0056978

**Management Rank Comments:** BLM lands in the PCA are managed according to the plan set forth in the 1993 amendment to the RMP (USDI 1993). Lands within the ACEC are to be managed with emphasis on protection of the "unique, high quality riparian vegetation resources", the scenic values of the corridor, and preservation of relic riparian communities. Providing quality recreation experiences while maintaining the riparian systems is the second major goal within the ACEC. In accordance with the management plan, several changes have been accomplished since the designation.

Camping has been directed toward established campgrounds with the closure of



several roads. San Miguel County has set camping limits at a 7 day maximum. Vehicles are restricted to designated roads and trails. There are constraints on utility construction in the area. Although the area is open to mineral extraction, the likelihood of this occurring commercially is negligible. Small scale placer mining by recreationists is allowed, and may cause damage to stream beds and riparian vegetation. Sections of the river that were previously mined for gold and gravel, such as the reach just above Specie Creek, have taken many years to recover. Commercial rafting has increased substantially in the last few years. Most of this is day use only. The Nature Conservancy's San Miguel Preserve is closed to motor vehicles and overnight camping. Fishing on that property is catch and release only.

Figure 70. Middle San Miguel River Canyon.

BLM_0056979

# Miramonte Reservoir
## Potential Conservation Area



208

BLM_0056980

# Miramonte Reservoir

> **Biodiversity Rank: B1** (Outstanding Biodiversity Significance)  Miramonte Reservoir supports an excellent occurrence of the Gunnison Sage Grouse, a species critically imperiled on a global scale.
>
> **Protection Urgency Rank: P2** Threat is expected within five years.
>
> **Management Urgency Rank: M2**  Ongoing, recurring management must continue within 5 years to prevent loss of this element occurrence.

**Location**: Miramonte Reservoir is located 11 air miles south of Norwood, in San Miguel County.
> U.S.G.S. 7.5 minute quadrangles: Lone Cone, North Mountain, Oak Hill, Barkelew Draw

**Legal Description:** T43N R14W Sections 1-3, 11-14, 23-26, 35, 36; T43NR13W
> Sections 7, 8, 17-21, 28-33.

**Size:** 10,409 acres

**Elevation:** 7,720 to 8,080 feet

**General Description:**

This PCA is situated on a high plateau at approximately 7,800 feet, dominated by Greager Flats.  The dominant vegetation on the site is mountain big sagebrush with foothills/mountain grassland.  Ponderosa pine forest borders the PCA along its eastern edge and Naturita Creek parallels the eastern boundary.  To the west, beyond the PCA's boundary, the land rises to Hamilton Mesa and Sandy's Fort Pass.  The PCA circumscribes Miramonte Reservoir.  The geologic features include Cretaceous Mancos Shale, Dakota Sandstone, and Burro Canyon formations, and Eolian Deposits of the Quaternary age.  The soils are of fine mixed sand, loam, silt and clay.  Approximately 2% of the lands within the PCA are under the management of the BLM, 90% is held in private ownership as ranchland, and the remaining 8% lies within Miramonte Reservoir State Wildlife Area.  Outside of the SWA the dominant land use is cattle grazing.  Of significance is the occurrence of cheatgrass within the PCA.  This non-native grass is susceptible to fire, and the surrounding sagebrush shrubland is a fire intolerant community of critical importance to survival of the Gunnison Sage Grouse.

A lek site of the Gunnison Sage Grouse occurs near the center of this PCA.  This lek has seen annual use since its detection in 1978, with an average of 51 male grouse per year utilizing the lek.  The latest observation recorded 61 males on the lek in 1998.

The rare grass, Parish's alkali grass, was found west of Miramonte Reservoir in 1998, during a survey for a new gas pipeline.  At this site, it was growing in alkaline swales and basins, a habitat easily visible from the salts on the surface.  Water at these

209

sites is ephemeral, and continuation of the population depends on the continued
availability of seasonal water.

Natural Heritage element occurrences at the Miramonte Reservoir PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---|---|---|---|---|---|
| *Centrocercus* sp. 1 | Gunnison Sage Grouse | G1 | S1 | | A |
| *Puccinellia parishii* | Parish's alkali grass | G2 | S1 | | B |

*EO=Element Occurrence

**Biodiversity comments:** This is the highest quality occurrence of Gunnison Sage Grouse
in far western Colorado, and is of critical importance to conservation of this species.  In
addition to the Gunnison Sage Grouse, this PCA has a good occurrence of Parish's alkali
grass, a species that is imperiled globally and is extremely rare in Colorado.  This is the
first known location of the grass in Colorado. This species, previously known from
Arizona and New Mexico, was recently considered for listing under the Endangered
Species Act, but its nomination was withdrawn when new occurrences were discovered.

**Boundary Justification:** There is much discussion in the literature on determining the
extent of conservation site boundaries for Sage Grouse.  The target of management
efforts has often been the protection of habitat within 3 km of lekking sites (Schroeder *et
al*. 1999).  The random distribution of nests in relation to lek location suggest that Sage
Grouse choose nesting sites based on habitat components other than distance from leks.
The quantity of habitat necessary to support minimum viable populations is necessarily
greater than that afforded by the 3 km target.  The greatest factors contributing to nest
failure are predation of eggs and adults on nests and young during feeding, and food
availability.  In addition, overwinter survival is compromised when large continuous
stands of palatable big sagebrush are absent.  The PCA was thus drawn to include all
habitats at Miramonte Reservoir within proximity of lekking sites that include the
components important to nest success and overwinter survival. There may be
immigration over Hamilton Mesa between this population of grouse and those located at
Dry Creek Basin, making one panmictic population.

The location of Parish's alkali grass and adjacent alkaline soils where it may
spread in the future fall within the larger boundary dictated by the needs of the Gunnison
Sage Grouse.

**Protection Rank Comments:** Protection of identified seasonal habitats (wintering,
breeding, nesting and brooding) is necessary for continued existence of this species in
Colorado.  The Bureau of Land Management has proposed purchase of private lands, and
CNHP supports that land purchase. The importance of this area for continued existence of
the Gunnison Sage Grouse in western Colorado cannot be overemphasized. Subdivision
and residential development on this site would be detrimental to the grouse.  Just over
90% of these lands are held in private ownership and Miramonte Reservoir State Wildlife
Area protects less than 2%.  Recreational use of the reservoir is high.  The area has easy
access, and is a desirable residential area.  Nearby properties are currently being
developed for residences.  This area is a high priority for open space protection.

210

**Management Rank Comments:** Gunnison Sage Grouse require a variety of habitats. Their habitat requirements differ during the year, and differ for sex and age classes. Therefore the presence of each habitat type in healthy condition in close proximity to winter, lek, nest and brood-rearing habitat is essential. They occupy foothills, plains and mountain slopes where sagebrush is present (AOU 1983). In summer, native or cultivated meadows, grasslands, aspen, and willow thickets adjacent to or interspersed with sagebrush are occupied (Andrews and Righter 1992). Winter habitat (palatable sagebrush) probably is the most limited seasonal habitat in some areas.

Management is required at this PCA if the Gunnison's Sage Grouse is to be protected against disturbances compromising chick survival on brooding ranges and adult survival through winter. Threats at this PCA include habitat loss and degradation of sagelands through development, agriculture, and grazing. The private ranchland at this PCA is intensively grazed. Management of this PCA to benefit Gunnison Sage Grouse would include maintaining areas of big sagebrush and relatively tall and thick grass, forb, and shrub cover. These components supply cover from predation for both adults and chicks and supply adequate food in the form of buds, blossoms, leaves, stems, fruit, and also insects, which are particularly important to juveniles within their first 3 weeks of life. They also supply winter forage, which consists primarily of big sagebrush. Treatment of sagebrush habitats by chaining, spraying, or burning to benefit livestock production (see Ritchie *et al*. 1994) would reduce winter forage availability and cover and food in all seasons. Use of organophosphorus insecticides on agricultural lands adjacent to sagebrush can result in grouse die-offs (Blus 1989). Eliminating grazing during the chick rearing period (May-August) may be beneficial. Thinning of pinyon-juniper stands, utility poles, and other perching sites can help to prevent predation of adults on leks by raptors.

BLM_0056983

# Naturita South
## Potential Conservation Area



212

# Naturita South

**Biodiversity Rank: B3** (High Biodiversity Significance)  The Naturita South PCA has a good occurrence of the Little penstemon, considered to be vulnerable on a global scale, and rare in Colorado.

**Protection Urgency Rank: P4**  No threat is known for the foreseeable future.

**Management Urgency Rank: M4**  Although not urgently required, management may be needed in the future to maintain the current quality of element occurrences.

**Location:** Naturita South is located 0.5 air miles south of Naturita, Colorado in western Montrose County.
U.S.G.S. 7.5 minute quadrangles: Naturita

**Legal description:** T46N R16W Section 25

**Elevation range:** 5,700 to 5,860 feet.

**Size:** 113 acres

**General Description:**
This PCA occupies a mesa south of the town of Naturita.  The area around the town of Naturita was the first known location of Naturita milkvetch, collected by Naturita native and well-known botanist Edwin Payson in 1914.  It also is the location of the two largest populations of the Little penstemon found this year.

Researchers found these occurrences by walking from the west-side of town, up the hill between parallel drainages on the south side of the San Miguel Canyon.  The hillsides here are vegetated with pinyon, juniper and mountain mahogany.  Several flat mesa tops between the major drainages have deeper soils with big sagebrush.  The Naturita milkvetch was found along the canyon rims in sandy soils with Utah juniper, black sagebrush and needle-and–thread grass.  It was sparsely scattered in soil pockets of the exposed rimrock.  The penstemon, on the other hand, was found near the drainage bottoms on gentle slopes with deeper soils.  Other species in the PCA included blue grama, princes plume, scarlet globemallow, four-wing saltbush, mountain mahogany, fendlerbush, thrift mock goldenweed, pinyon pine, sego lily, rough- seed cats-eye, Townsend's Easter daisy, Indian ricegrass, sand aster, fineleaf hymenopappus, gumweed aster, Mormon tea, pincushion, many-lobed groundsel, and blue flax.  Much of the area had well developed soil crusts.

Natural Heritage element occurrences at the Naturita South PCA.

| Element | Common Name | G rank | S rank | Federal/State status | EO* rank |
|---|---|---|---|---|---|
| *Penstemon breviculus* | Little penstemon | G3Q | S2 | BLM | B |
| *Astragalus naturitensis* | Naturita milkvetch | G3 | S3 | BLM, USFS | C |

*EO=Element Occurrence

BLM_0056985

**Biodiversity comments:** In addition to a good occurrence of the Little penstemon, the PCA has a fair occurrence of Naturita milkvetch, considered vulnerable globally and in Colorado.

**Boundary Justification:** The boundary is drawn to include the two rare plant occurrences with some of the adjacent potential habitat.  The total potential habitat for these species would extend much farther.  Further survey effort could result in enlarging this PCA.

**Protection Rank Comments:** The PCA is on BLM land with no special protection. Both rare plant species are widespread in the area, and it does not seem reasonable to recommend special protection for this PCA over others.

**Management Rank Comments:** There was some evidence of ATV use on the mesa tops.  This use could affect the penstemon, while the locations of the Naturita milkvetch on the rims of small canyons are probably secure.  A monitoring program would aid in the detection of any changes in condition or weed invasion that might require management intervention.

214

# Naturita Upland
## Potential Conservation Area



0.5  0  0.5  1  1.5  2 Miles



N



215

# Naturita Upland

**Biodiversity Rank: B2** (Very high biodiversity significance)  The Naturita Upland PCA contains a good occurrence of Payson lupine, a plant that is imperiled on a global scale.

**Protection Urgency Rank: P4**  No threat is known for the foreseeable future.

**Management Urgency Rank: M4**  Although not currently threatened, management may be needed in the future to maintain the current quality of element occurrences.

**Location:** Naturita Upland is located 0.5 air miles north of Naturita, Colorado's in western Montrose County.
U.S.G.S. 7.5 minute quadrangles: Naturita

**Legal description:** T46N R15W Sections 17-20.

**Elevation range:** 5,700 to 5,900 feet.

**Size:** 543 acres

**General Description:**
This PCA, north of Naturita near the airport, is based on an occurrence of the Payson lupine found originally in 1983, and updated in 1990.  The population size was originally estimated at 3700 plants, although Jennings only reported seeing 30 to 40 plants along the roadside.  All plants were vegetative in late May.  The soils are sandy, derived from the Morrison Formation, and notably different from the red Chinle soils at the lupine sites in the Paradox Valley.  Associated species noted at the PCA included Utah juniper, galleta, prickly pear cactus, and scarlet globemallow.

Natural Heritage element occurrences at the Naturita Upland PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---------|-------------|--------|--------|---------------|----------|
| *Lupinus crassus* | Payson lupine | G2 | S2 | BLM | B |

*EO=Element Occurrence

**Biodiversity comments:** The PCA rank is based on a good occurrence of Payson lupine, a globally imperiled plant.  Although this occurrence is not as large as those in Paradox Valley, it is important for representing the range of potential habitats for the plant.

**Boundary Justification:** The boundary encompasses the Payson lupine occurrence, with some adjacent potential habitat.  The extended area allows for the expansion of the population into new sites over time.

**Protection Rank Comments:** The PCA includes both BLM and private land.  Plans for future use of the private land are not known.  It would be appropriate for open space protection through purchase or a conservation easement if the owner is willing.  The

216

BLM_0056988

occurrences in the BLM part of the PCA are probably secure as long as the site is retained in public ownership.

**Management Rank Comments:** Current research on possible seed predation of the lupine may add to our understanding of management needs.  Monitoring of this site will aid in the detection of changes in the number of individuals and the condition of the population that would warrant management intervention.

BLM_0056989

# Ophir Pass
## Potential Conservation Area



0.5    0    0.5    1    1.5    2   Miles

N

BLM_0056990

# Ophir Pass

**Biodiversity Rank: B4** (Moderate Biodiversity Significance)  The Ophir Pass PCA contains good occurrences of two plants that are rare in Colorado: the Altai chickweed and the Arctic draba.

**Protection Urgency Rank: P4**  No threat is known for the foreseeable future.

**Management Urgency Rank: M4**  Although not currently threatened, management may be needed in the future to maintain the current quality of element occurrences.

**Location:** Ophir Pass is located 2.8 air miles east of Ophir, Colorado on the San Miguel-San Juan county line in extreme eastern San Miguel County.
U.S.G.S. 7.5 minute quadrangles: Ophir

**Legal description:** T42N R8W Sections 31, 32.

**Elevation range:** 11,789 to 12, 187 feet.

**Size:** 61 acres

**General Description:**
Ophir Pass, at the far eastern end of San Miguel County, is home to several rare alpine plant species.  Three species of whitlow-wort, two species of moonwort, and the Altai chickweed were found here in 1999.  The PCA straddles the county line and extends into San Juan County.  A gravel county road provides access to the pass.  The PCA is located north of the pass, and can be accessed by a trail that follows the power line just east of the pass. There are two small lakes in the PCA.  Common plant species in the site include cutleaf daisy, snow lover, alpine harebell, rose paintbrush, candytuft, moss campion, three-toothed groundsel, snow willow, alpine sandwort, alpine avens, golden saxifrage, western paintbrush, Colorado columbine, blue violet, Glaber daisy, black-head daisy, Greene's daisy, diamond-leaf saxifrage, alpine bistort, American bistort, alpine parsley, and bilberry.
Two sub-populations of the Altai chickweed were found on the summit north of the pass, and on the northeast-facing slope at the saddle southwest of the power line. They were found in scree, where few other plants were growing. Most of the tiny plants were vegetative, and could be easily overlooked.
The Arctic draba, on the other hand, was growing among fairly dense vegetation dominated by alpine avens.  Associated species included diamond-leaf saxifrage, American bistort, alpine sandwort, old man of the mountain, dwarf clover, moss campion, cushion phlox, Rocky Mountain lousewort, alpine fescue, and curly sedge. There were no exotic plant species found in the PCA.

219

BLM_0056991

Natural Heritage element occurrences at the Ophir Pass PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---|---|---|---|---|---|
| *Stellaria irrigua* | **Altai chickweed** | **G4?** | **S2** | | **B** |
| *Draba fladnizensis* | Arctic draba | G4 | S2S3 | | B |
| *Draba crassa* | Thick-leaf whitlow-grass | G3 | S3 | | D |
| *Draba streptobrachia* | Colorado divide whitlow-grass | G3 | S3 | | D |
| *Botrychium pinnatum* | Northern moonwort | G4? | S1 | | D |
| *Botrychium lanceolatum* | Lance-leaved moonwort | G5T4 | S2S3 | | D |

*EO=Element Occurrence

**Biodiversity comments:** In addition to good occurrences of the Altai chickweed and the Arctic draba, small populations of two other *Draba* species, the thick-leaved whitlow-grass and the Colorado Divide whitlow-grass, and two moonwort species, the northern moonwort and lance-leaved moonwort, were found at this PCA. Further surveys may show that these species are more abundant than are presently known, in which case the rank of this PCA could be raised to B3 or higher. If there are no more individuals present than have been observed, these populations may not be viable.

**Boundary Justification:** The boundary encompasses the occurrences of several rare plants at this PCA.

**Protection Rank Comments:** The PCA includes both National Forest and private lands. The Forest Service is pursuing purchase of all private inholding in forest lands.

**Management Rank Comments:** Maintenance of the power line that traverses the PCA could pose a threat in the future. Monitoring of this site will aid in the detection of changes in the number of individuals and the condition of the population that would warrant management intervention.

BLM_0056992

# Paradox Valley North
## Potential Conservation Area



1:100,000

Davis Mesa, Paradox, and Roc Creek U S G S 7.5 min. Quadrangles

1   0   1   2   3   4   Miles

N

221

BLM_0056993

# Paradox Valley North

> **Biodiversity Rank: B2** (Very high biodiversity significance)  This PCA contains an excellent occurrence of Payson lupine, a plant that is imperiled on a global scale.
>
> **Protection Urgency Rank: P4**  No threat is known for the foreseeable future.
>
> **Management Urgency Rank: M2**  Ongoing, recurrent management action would help to prevent loss of the element occurrences.

**Location:** Paradox Valley North is located 2.8 air miles north of Paradox, Colorado in northwestern Montrose County.
U.S.G.S. 7.5 minute quadrangles: Paradox, Roc Creek

**Legal description:** T48N R18W Sections 29-33; T48N R19W Sections 14-17, 21-27, 36; T47N R18W Sections 3-5.

**Elevation range:** 5,200 to 7,000 feet.

**Size:** 6,552 acres

**General Description:**
The Paradox Valley North PCA is located on the north side of Paradox Valley on west of the Dolores River at the base of Carpenter Ridge, on dark red soils derived from the Chinle Formation.  The Payson lupine and Paradox breadroot are both locally common in the bottoms and on the sides of draws at the base of the south-facing slopes. There are many thousands of individuals of each species, with a variety of ages represented. Vegetation in the PCA consists of Utah juniper woodland, with galleta and snakeweed.  The plant community is in good condition with few exotic species present.
The Abajo penstemon occurs on the slopes with pinyon, juniper, cliffrose, Mormon tea, and serviceberry.  Other associated species are mountain big sagebrush, yellow cats-eye, rough-seed cat's-eye, blue grama, Spanish bayonet, Wingate milkvetch, three-awn, Townsend's Easter daisy, prickly pear cactus, and hedgehog cactus.
The area experiences light vehicle use.  Ownership of the PCA is mostly BLM with some private land on the south side.

Natural Heritage element occurrences at the Paradox Valley North PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---------|-------------|--------|--------|---------------|----------|
| *Lupinus crassus* | Payson lupine | G2 | S2 | BLM | A |
| *Lupinus crassus* | Payson lupine | G2 | S2 | BLM | B |
| *Lupinus crassus* | Payson lupine | G2 | S2 | BLM | C |
| *Lupinus crassus* | Payson lupine | G2 | S2 | BLM | E |

BLM_0056994

| *Pediomelum aromaticum* | Paradox breadroot | G3 | S2 | BLM | A |
|---|---|---|---|---|---|
| *Penstemon lentus* | Abajo penstemon | G4Q | S2 | | E |
| *Penstemon lentus* | Abajo penstemon | G4Q | S2 | | H |
| *Falco peregrinus anatum* | Peregrine falcon | G4T3 | S2B, SZN | | A |
| *Falco peregrinus anatum* | Peregrine falcon | G4T3 | S2B, SZN | | E |
| *Cnemidophorus velox* | Plataeu striped whiptail | G5 | S4 | | E |

\*EO=Element Occurrence

**Biodiversity comments:** The biodiversity rank of this PCA is based on the excellent occurrence of Payson lupine, a globally imperiled plant.  There is also an excellent population of the globally vulnerable Paradox breadroot, and historic occurrences of the Abajo penstemon from 1986. Two adult pairs of Peregrine Falcons successfully fledged two at this site in 1999, and the eryies have been used throughout the 1990's by nesting peregrines.

**Boundary Justification:** The boundary is drawn to include the lower edge of the pinyon-juniper community which support the Payson lupine and Paradox breadroot, and includes the cliff faces to the canyon rim, which are the site of Peregrine Falcon eyries.  It encompasses the known occupied sites of Payson lupine and Paradox breadroot, while allowing adequate additional habitat for these species to move or expand over time.  The site does not allow for all of the needs such as foraging area for the bird species.

**Protection Rank Comments:** The PCA is entirely on BLM land.  The excellent occurrence of Payson lupine and Paradox breadroot at this site would support designation as a Research Natural Area.

**Management Rank Comments:** Because of the high significance of this PCA as the best known location of Payson lupine, it would be ideal as a site to support further research on this plant species.  Additional information about the reproductive ecology of the lupine could elucidate management needs.  Monitoring of this site will aid in the detection of changes in the number of individuals and the condition of the population that would warrant management intervention.

Lack of access through private land to the cliff face will probably prevent disturbances to the peregrines.  If not already closed, closing the BLM part of the PCA to human use, including off road vehicle traffic and rock climbing during the nesting season would serve to protect the Peregrine Falcons.

BLM_0056995

# Prospect Basin - Alta Lakes
## Potential Conservation Area





224

## Prospect Basin-Alta Lakes

---

**Biodiversity Rank: B4** (Moderate Biodiversity Significance)  A good population of the northern moonwort, a species that is extremely rare in Colorado, was found at this PCA.

**Protection Urgency Rank: P2**  A definable threat is expected in this PCA within the next five years.

**Management Urgency Rank: M4**  Although not urgently required, management may be needed in the future to maintain the current quality of element occurrences.

---

**Location:** Prospect Basin-Alta Lakes is located 2.25 air miles south of Telluride, Colorado in San Miguel County.
        U.S.G.S. 7.5 minute quadrangles: Telluride

**Legal description:** T42N R9W Sections 14-16, 21-23.

**Elevation range:** 10,400 to 12,200 feet.

**Size:** 1,349 acres

**General Description:**
        Prospect Basin is a relatively flat basin at the base of steep terrain defined by Bald Mountain and Palmyra Peak and lies just south of Telluride, Colorado.  This alpine basin contains geologic features of the Tertiary Prospect Lake Formation and Quaternary landslide deposits.  Soils within the PCA consist of Pendergrass Family (lithic cryorthents, loamy-skeletal, mixed) and Cryochrepts.  Dominant vegetation includes spruce-fir forest and mixed tundra.  Common plants associated with the local soil components include elk sedge, slender wheatgrass, spike trisetum, needle grass, Thurber fescue, Oregon grape, northern bedstraw, western yarrow, kinnikinnick, common juniper, Fendler meadowrue, and mountain snowberry.  This alpine basin and its associated wetlands are more sensitive to ecological stresses than are downstream systems due to high levels of precipitation, large areas of exposed bedrock, rapid hydrological flushing during runoff, and limited soils and vegetation.
        Recently this basin has come before the public's attention because of the proposed expansion of the Telluride Ski Area into the basin.  The basin has been identified as potential lynx habitat and is home to two plant species and an owl that are of moderate conservation significance.  The PCA also includes the Alta Lakes area.  There is public concern that the Prospect Basin expansion will provide opportunities for real estate development that are inappropriate for the area, particularly with respect to land exchanges between the Forest Service and private land owners within the Alta Lakes area.  The Forest Service has rejected recent land exchange proposals.  Considerations for the analysis of future land exchanges include the potential for development to impact water quality at Alta Lakes, the San Miguel River, and to groundwater; potential impacts to migrating and resident waterfowl; potential impact to wildlife habitat and migration corridors; and potential impacts to wetlands.  The Telluride Ski and Golf Company

225

BLM_0056997

expansion will lead to the fragmentation of existing old growth fir-spruce forest and degrade traditional elk calving grounds. It will also sever a connection between lynx habitat north and east of the town of Telluride with habitat in the Lizard Head Wilderness. In addition, instream flows of the San Miguel River will be reduced because of water diversion from Prospect Creek for snowmaking and use at planned facilities (i. e. restaurants). National Forest Service estimates suggest that those reductions would be negligible (USDA 1999). Increased traffic and construction associated with the expansion may lead to increased erosion and sedimentation within Prospect Creek and the San Miguel, and disruption of the natural filtering characteristics at the confluence of the San Miguel and Prospect Creek will increase concentrations of metals in both waterways (USDA 1999). The Forest Service's own analysis suggests that heavy metal concentrations would be increased by an average of 6% during the October to January snowmaking period (USDA 1999). The net effect may be decline of water quality below acute levels for aquatic life in the San Miguel River.

Four Boreal Owls were detected representing one or more territorial owls on or adjacent to parcels identified as NFD and SMI-1 of the Alta Lakes Land Exchange Proposal.

In the area proposed for the expansion of the Telluride Ski Area, environmental consultants discovered two rare plant species, Altai cottongrass, and pinnate moonwort. Altai cottongrass grows in a wetland at the head of a small lake, along with the more common narrowleaf cottongrass. Associated species included beaked sedge, Drummond's rush, bittercress, and elephantella. Other nearby ponds and lakes were searched, but yielded only the narrowleaf cottongrass. Although the site was visited by CNHP in 1999, it was too early to identify the plants. The wetland was determined to be intact and in good condition.

The moonwort was found on a relatively dry hillside in an opening in the Engelmann spruce and subalpine fir forest, and again near a powerline tower. Both areas were somewhat disturbed. Common associated species included strawberry, rock jasmine, dandelion, Indian paintbrush, common juniper, mosses and lichens. A collection was sent to Colorado fern expert Peter Root for identification. There may be one or more additional moonwort species at the site that were not collected.

Natural Heritage element occurrences at the Prospect Basin-Alta Lakes PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---------|-------------|--------|--------|---------------|----------|
| *Botrychium pinnatum* | Northern moonwort | G4? | S1 | | B |
| *Aegolius funereus* | Boreal Owl | G5 | S2 | | B |
| *Eriophorum altaicum* var. *neogaeum* | Altai cottongrass | G4T? | S3 | USFS | B |

*EO=Element Occurrence

**Biodiversity comments:** In addition to the northern moonwort, a good population of Altai cottongrass was located at this PCA. This species is apparently secure globally; however, there is some question as to the rarity of the variety. A Boreal Owl survey conducted for the Forest Service in 1998 suggests that there are one or more nesting pairs

226

in the vicinity of Alta Lakes.  This species is rare in Colorado, although apparently secure on a global scale.

**Boundary Justification:** The boundary is drawn to encompass the occurrences of the northern moonwort, Altai cottongrass and Boreal Owl.  The PCA also includes an important travel corridor connecting potential lynx habitat to the north and east of the town of Telluride and at Prospect Basin to other suitable habitat in the Lizard Head area.

**Protection Rank Comments:** The Forest Service is pursuing purchase of private lands around Alta Lakes to protect the area from development.  See above for further discussion. Forest Service ownership of parcels NFD and SMI-1 would assist in protecting both Boreal Owl nesting habitat and potential lynx habitat.  Large home ranges and low population densities of Boreal Owls require that preserves exceed 1000 sq. km of suitable habitat (Hayward and Hayward 1993).

**Management Rank Comments:** Management strategies to benefit Boreal Owls include preservation of snags for nesting cavities, and maintenance of aspen groves with large diameter trees.  Uneven-age timber management may be compatible, but clear-cuts are not considered suitable habitat for foraging Boreal Owls (Hayward and Hayward 1993).

227

# Saltado Creek
## Potential Conservation Area



1:75,000                                    Beaver Park and Little Cone U.S.G.S 7.5 min. Quadrangles

```
1      0      1      2      3  Miles
```



N

BLM_0057000

# Saltado Creek

**Biodiversity Rank: B4** (Moderate Biodiversity Significance)  The Saltado Creek PCA contains a fair example of a willow community that is considered to be vulnerable on a global scale.

**Protection Urgency Rank: P2** A threat is expected within five years.

**Management Urgency Rank: M4** Although not urgently required, management may be needed in the future to maintain the current quality of element occurrences.

**Location:** Saltado Creek is located 4.5 air miles southwest of Placerville, Colorado in central San Miguel County
U.S.G.S. 7.5 minute quadrangles: Beaver Park, Little Cone

**Legal description:** T43N R11W Sections 18, 19; T43N R12W Section 13.

**Elevation range:** 8,300 to 9,000 feet.

**Size:** 505 acres

**General Description:**
Saltado Creek, a tributary of the San Miguel River, drains mesas to the south of the San Miguel Canyon.  The creek was surveyed in 1991 as part of riparian survey conducted by CNHP (Kittel 1991).  The willow community along the creek was found to be in fair condition, with Rocky Mountain willow accounting for approximately 50% of the cover, and Geyer willow making up 20%.  Other species present were Bebb willow, coneflower, and nodding brome.

Natural Heritage element occurrences at the Saltado Creek PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---------|-------------|--------|--------|---------------|----------|
| *Salix geyeriana-Salix monticola*/mesic forb | Geyer's willow-rocky mountain willow/mesic forb | G3 | S3 | | C |

*EO=Element Occurrence

**Biodiversity comments:** The Geyer willow-Rocky Mountain willow community is the only documented occurrence in the PCA.

**Boundary Justification:** The PCA includes the section of the riparian area of Saltado Creek with the documented willow occurrence, along with some adjacent uplands that are important in sustaining the quality of the riparian zone.  Parts of the creek not surveyed, both upstream and downstream, may also be of conservation significance.

**Protection Rank Comments:** This PCA is located entirely on private lands between BLM land downstream and National Forest land upstream on Saltado Creek.  This mesa top is probably subject to development pressure.  The property is part of a 1,900 acre

229

BLM_0057001

parcel that was purchased in 1999.  Development plans of the new owners are not known. However, if the private land in the riparian zone of Saltado Creek becomes available, it would be valuable as protected open space, due to its location between public lands of the National Forest and BLM.

**Management Rank Comments:** This riparian plant community is dependent on the continued flows of water in Saltado Creek.

230

BLM_0057002

# San Miguel River
# Clay Creek to Horsefly Creek
## Potential Conservation Area



BLM_0057003

## San Miguel River-Clay Creek to Horsefly Creek

---

**Biodiversity Rank: B3** (High Biodiversity Significance)  This PCA contains excellent occurrences of several riparian plant communities, including the lower montane riparian shrubland dominated by river birch, considered to be vulnerable throughout its range, and rare in Colorado.

**Protection Urgency Rank: P4**  No threat is known for the foreseeable future.

**Management Urgency Rank: M4**  Although not urgently required, management may be needed in the future to maintain the current quality of element occurrences.

---

**Location:** This PCA is located 4.0 air miles north of Norwood, Colorado in western Montrose County.

U.S.G.S. 7.5 minute quadrangles: Norwood, Sanborn Park

**Legal description:** T45N R13W Sections 2-4, 11; T46N R13W Sections 27-29, 32-35.

**Elevation range:** 6,200 to 7,200 feet

**Size:** 3,129 acres

**General Description:**

Horsefly Creek joins the San Miguel in the roadless section of the canyon between the Norwood Bridge and Pinyon.  It drains a large part of the Uncompahgre Plateau.  This PCA extends along the San Miguel from about a half mile downstream to three miles upstream from the confluence of Horsefly Creek.  Riparian vegetation in this PCA was surveyed in 1991 and 1997 by CNHP (Kittel 1991, Stevens 1997).  The PCA was again visited in 1999.  This section of the river is used in summer by rafters and kayakers.  It receives little use during the winter.

In general, the narrow riparian area has a mature overstory of blue spruce and narrowleaf cottonwood, with river birch, thinleaf alder and red-osier dogwood in the understory.  In places where the tree canopy is missing, birch and alder dominate.  Various combinations of these dominant plants account for the six different plant associations documented.  The plant communities were judged to be of very high quality with few exotic species.  Other plants in the PCA are Ponderosa pine, Douglas fir, Gambel's oak, wild rose, Kentucky bluegrass, silver buffaloberry, coyote willow, Fendler's barberry, false Solomonseal, actinea, Rocky Mountain juniper, and thistles.  It was noted in 1991 that cattle grazing was reducing the native herbaceous flora.  Although not documented previously, oxeye daisy was observed along the river banks in 1999.

Upland vegetation in the area is pinyon-juniper and Gambel's oak woodland.  Associated species include wild rose, nodding onion, actinea, pussytoes, prickly-pear cactus, Oregon grape, aspen daisy, buckwheat and skunkbrush.  In openings on a south-facing slope, there was a good-sized population of the Abajo penstemon.  The plants were growing on naturally eroded, barren, sandy soils.  Much potential habitat for this species remains unsurveyed in this area.

232

Natural Heritage element occurrences at the San Miguel River at the Clay Creek to Horsefly Creek PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---|---|---|---|---|---|
| *Betula occidentalis*/mesic graminoid | **Lower montane riparian shrublands** | **G3** | **S2** | | **A** |
| *Picea pungens/Alnus incana* | **Blue spruce/thinleaf alder montane riparian forests** | **G3** | **S3** | | **A** |
| *Populus angustifolia/Alnus incana* | Montane riparian forest | G3? | S3 | | A |
| *Picea pungens/Cornus sericea* | Blue spruce/red osier dogwood montane riparian forest | G4 | S2 | | A |
| *Populus angustifolia-Picea pungens/Alnus incana* | Montane riparian forests | G3 | S3 | | A |
| *Shepherdia argentea* | Silver buffaloberry foothills riparian shrubland | G3G4 | S1 | | C |
| *Penstemon lentus* | Abajo penstemon | G4Q | S2 | | B |
| *Haliaeetus leucocephalus* | Bald eagle | G4T?Q | S1B,S3N | LT/T | B |
| *Alnus incana*/mesic graminoid | Montane riparian shrubland | G5Q | S3 | | A |

*EO=Element Occurrence

**Biodiversity comments:** This PCA contains excellent occurrences of six riparian plant communities that form a mosaic in the PCA. They are: the lower montane riparian shrublands dominated by river birch, considered to be vulnerable throughout its range, and rare in Colorado; the globally vulnerable blue spruce/thinleaf alder montane riparian forest, and narrowleaf cottonwood/thinleaf alder riparian forests; blue spruce/red osier dogwood, rare in Colorado; thinleaf alder riparian shrublands, vulnerable in Colorado; and narrowleaf cottonwood-blue spruce/thinleaf alder, considered to be globally common. A small patch of silver buffaloberry riparian shrubland was observed at the confluence of Horsefly Creek (Figure 71). This community may extend farther up the creek, and warrant a higher occurrence rank with further survey. A communal roost of bald eagles was documented in this PCA in 1998. This is the only such roost known between Telluride and Uravan.

**Boundary Justification:** The boundary is drawn to include the high quality riparian vegetation in the San Miguel Canyon from just downstream of the confluence of Horsefly Creek to about 3 miles upstream.

**Protection Rank Comments:** The BLM portion of this PCA is protected by designation as an Area of Critical Environmental Concern. The ACEC comprises 20,964 acres of public land, within a Special Resource Management Area (SRMA) of 32,641 acres, between Placerville and Horsefly Creek.

BLM_0057005

Instream flows in the river may prove to be inadequate to maintain the present quality of the riparian vegetation with future diversions for residential and snowmaking use.

**Management Rank Comments:** BLM lands in this PCA are managed according to the plan set forth in the 1993 amendment to the Resource Management Plan (USDI 1993). Lands within the ACEC are to be managed with emphasis on protection of the "unique, high quality riparian vegetation resources", the scenic values of the corridor, and preservation of relic riparian communities.  Providing quality recreation experiences while maintaining the riparian systems is the second major goal within the ACEC. Use of the BLM lands in this PCA is primarily by rafters and kayakers, who may have impacts at frequently used campsites.  Campsites are being developed for use by outfitters, in order to concentrate use in a controlled area.  No OHV use is allowed on the public lands.  All roads on public land within the PCA are to be closed according to the management plan.  New occurrences of the exotic weed, oxeye daisy, were observed along the river bank in 1999.



Figure 71.  Silver buffaloberry riparian shrubland at confluence of Horsefly Creek and San Miguel River.

234

BLM_0057006

# San Miguel River at Cottonwood Creek

## Potential Conservation Area





235

## San Miguel River at Cottonwood Creek

**Biodiversity Rank: B3** (High Biodiversity Significance)  This PCA contains a fair to good occurrence of the skunkbrush/coyote willow riparian shrubland, a plant community that is considered to be imperiled on a global scale.

**Protection Urgency Rank: P4**  No threat is known for the foreseeable future.

**Management Urgency Rank: M3**  Ongoing, recurrent management action would help to maintain the current quality of element occurrences.

**Location:** This PCA is located 4.8 air miles northeast of Redvale, Colorado at the confluence of the San Miguel and Cottonwood River's in western Montrose County.
U.S.G.S. 7.5 minute quadrangles: Big Bucktail Creek

**Legal description:** T46N R13W Section 6; T46N R14W Sections 1-3, 10, 11, 13, 14; T47N R14W Sections 34, 35.

**Elevation range:** 5,800 to 6,400 feet.

**Size:** 2,007 acres

**General Description:**
The San Miguel River at Cottonwood Creek PCA is located at the downstream end of the roadless section of the river that begins just below the Norwood Bridge.  At Pinyon, a dirt road follows the north side of the river upstream for several miles on BLM and private lands.  Camping and fishing are popular on BLM lands at this PCA.

Near the confluence of Cottonwood Creek, riparian vegetation begins to take on more low elevation characteristics.  Plant growth on the floodplain is very dense in places, with thick stands of cottonwood, river birch, box elder, Rocky Mountain juniper, clematis, poison ivy, wild rose, Gambel's oak, skunkbrush, thinleaf alder, gray aster and Fendler's barberry.  The tall shrubs strapleaf willow, skunkbrush, chokecherry and red-osier dogwood dominate other patches.

In highly disturbed wetlands along the banks of the San Miguel, coyote willow dominates the riparian area.  Associated species in these sites were Baltic rush, spike rush, scouring rush, wild licorice, and several sedges.  There is some regeneration of cottonwoods in these areas.  Some of the area that was formerly placer mined now has weedy gravel bars with hairy golden aster, dogbane, coyote willow and Russian knapweed.  Numerous exotic species are present in the PCA.  These include Russian olive, Russian knapweed, Canada thistle, oxeye daisy, yellow sweet clover, and meadow timothy.

Highway 90 follows Cottonwood Creek upstream.  Vegetation here tends to be somewhat less dense than along the San Miguel, but there are patches with very heavy plant growth.  The CNHP riparian survey of 1991 identified a community of narrowleaf cottonwood and skunkbrush that had 80% tree cover and 60% shrub cover.  Gambel's oak is common along Cottonwood Creek, sometimes attaining large tree size.  Poison ivy

236

BLM_0057008

is abundant beneath the oak.  Other riparian species here include lanceleaf cottonwood (*Populus acuminata*), the hybrid of the narrowleaf and Fremont cottonwoods, Rocky Mountain juniper, clematis, wild geranium, wild rose, Fender's barberry, red-osier dogwood, and river hawthorn.

Natural Heritage element occurrences at the San Miguel River at Cottonwood Creek PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---------|-------------|--------|--------|---------------|----------|
| *Rhus trilobata/Salix exigua* | **Skunkbrush/Coyote willow riparian shrubland** | **G2** | **S2** | | **B** |
| *Populus angustifolia/Rhus trilobata* | Narrowleaf cottonwood/skunkbrush | G3 | S3 | | B |
| *Salix exigua*/mesic graminoid | Coyote willow/mesic graminoid | G5 | S5 | | A |

*EO=Element Occurrence

**Biodiversity comments:** The high significance of this PCA is due to the good occurrence of the globally imperiled skunkbrush riparian woodland.  There is also a good occurrence of the globally vulnerable narrowleaf cottonwood/skunkbrush association, and an excellent example of the common coyote willow/mesic graminoid community.

**Boundary Justification:** The boundary circumscribes the riparian zones of the San Miguel River and Cottonwood Creek.  Some of the adjacent upland areas were also included, as they contribute significantly to the hydrological functioning of the river.  Disturbance in the upland vegetation resulting in increased erosion can negatively impact the quality of the river and its riparian community.

**Protection Rank Comments:** Flow levels of the river downstream from the Calamity Ditch diversion are often extremely low in the summer.  However, the riparian vegetation appears to have adjusted to these levels.

**Management Rank Comments:** The BLM lands in this PCA are managed as part of a Special Recreation Management Area (USDI 1993).  Recreational use is heavy in this section of the San Miguel.  Placer mining, on a small scale, is allowed, and can damage the stream bed and riparian vegetation.  Camping in this area is dispersed, and campsite limits imposed on the upstream parts of the river do not apply here.  Monitoring of recreation impacts would allow managers to determine whether designated campsites are needed. Weed control, and restoration of former placer mining areas would improve the site.

237

BLM_0057009

# San Miguel River at Tabeguache Creek
## Potential Conservation Area





2   0   2   4   6   8   Miles





238

BLM_0057010

## San Miguel River at Tabeguache Creek

**Biodiversity Rank: B1** (Outstanding Biodiversity Significance) The presence of an excellent example of New Mexico privet riparian shrublands, considered to be critically imperiled on a global scale, makes this one of the highest ranked PCAs in San Miguel and western Montrose counties.

**Protection Urgency Rank: P4** No threat is known for the foreseeable future.

**Management Urgency Rank: M3** Ongoing, recurrent management action would help to maintain the current quality of element occurrences.

**Location:** This PCA is located 4.0 air miles west of Nucla, Colorado in western Montrose County.

U.S.G.S. 7.5 minute quadrangles: Atkinson Creek, Naturita, Nucla, Uravan

**Legal description:** T46N R16W Sections 2-5, 8-15, 23; T47N R15W Sections 4-6, 14, 15, 18-24, 27-29, 30-33; T47N R16W Sections 1-6; T47N R17W Sections 1-3, 10-14, 24, 25; T48N R15W Sections 31-33; T48N R16W Sections 34-36; T48N R17W Sections 34, 35.

**Elevation range:** 5,000 to 6,900 feet.

**Size:** 15,573 acres

**General Description:**

The San Miguel River at Tabeguache PCA includes the riparian corridor of the San Miguel River and a small amount of the adjacent uplands. It also takes in the riparian zones of the lower part of Tabeguache Creek and Coal Canyon. Mature cottonwoods, both the narrowleaf and Rio Grande species, as well as their hybrids dominate the riparian zone. The understory consists of skunkbrush and coyote willow. The uplands have dry, rocky pinyon and juniper woodland with much exposed sandstone.

Most of the PCA is owned by The Nature Conservancy, having been donated to the organization in 1987 by the State of Colorado, after it was donated to the state by Umetco Minerals Corporation. The Conservancy recently acquired additional private land upstream of the original preserve. A total of 39 element occurrences have been recorded for the PCA, in part reflecting the efforts of The Nature Conservancy to thoroughly document the current vegetation.

The PCA contains numerous high quality examples of riparian plant communities, including the globally imperiled Fremont cottonwood/skunkbrush association, the New Mexico privet riparian shrublands, and the more common Rio Grande cottonwood/coyote willow association. The San Miguel riparian zone varies from narrow and straight in incised canyons, to wide meanders that lead to a multi-layered successional pattern of plant associations on the riverbends. Shrubs generally line the channel, with upland vegetation, including sagebrush, rabbitbrush, rose and serviceberry occurring on the flat meander bends. In some areas, tamarisk has invaded the riparian vegetation, replacing the

239

native New Mexico privet and skunkbrush. Cottonwoods and willows are reproducing successfully along the river, thanks to the natural flooding processes that can occur on this undammed river.

Natural Heritage element occurrences at the San Miguel River at Tabeguache Creek PCA.

| Element | Common Name | G rank | S rank | Federal/ State status | EO* rank |
|---|---|---|---|---|---|
| *Forestiera pubescens* | **New Mexico privet foothills riparian shrubland** | **G1G2** | **S1** | | **A** |
| *Forestiera pubescens* | New Mexico privet foothills riparian shrubland | G1G2 | S1 | | B |
| *Forestiera pubescens* | New Mexico privet foothills riparian shrubland | G1G2 | S1 | | B |
| *Forestiera pubescens* | New Mexico privet foothills riparian shrubland | G1G2 | S1 | | B |
| *Rhus trilobata/Salix exigua* | Skunkbrush/coyote willow riparian shrubland | G2 | S2 | | B |
| *Populus deltoides* ssp. *wislizenii/Rhus trilobata* | Fremont's cottonwood riparian forests | G2 | S2 | | B |
| *Rhus trilobata/Salix exigua* | Skunkbrush/Coyote willow riparian shrubland | G2 | S2 | | B |
| *Populus deltoides* ssp. *wislizenii/Rhus trilobata* | Fremont's cottonwood riparian forests | G2 | S2 | | C |
| *Lupinus crassus* | Payson lupine | G2 | S2 | BLM | D |
| *Lupinus crassus* | Payson lupine | G2 | S2 | BLM | E |
| *Lupinus crassus* | Payson lupine | G2 | S2 | BLM | C |
| *Lupinus crassus* | Payson lupine | G2 | S2 | BLM | H |
| *Astragalus rafaelensis* | San Rafael milkvetch | G3 | S1 | BLM | E |
| *Astragalus rafaelensis* | San Rafael milkvetch | G3 | S1 | BLM | D |
| *Hilaria jamesii* | Western slope grasslands | G3 | S1 | | E |
| *Betula occidentalis/mesic graminoid* | Lower montane riparian shrublands | G3 | S2 | | B |
| *Betula occidentalis/mesic graminoid* | Lower montane riparian shrublands | G3 | S2 | | B |
| *Populus angustifolia/Rhus trilobata* | Narrowleaf cottonwood/skunkbrush | G3 | S3 | | A |
| *Populus angustifolia/Rhus trilobata* | Narrowleaf cottonwood/skunkbrush | G3 | S3 | | B |
| *Populus angustifolia/Rhus trilobata* | Narrowleaf cottonwood/skunkbrush | G3 | S3 | | B |
| *Populus angustifolia/Rhus trilobata* | Narrowleaf cottonwood/skunkbrush | G3 | S3 | | B |
| *Populus angustifolia/Rhus trilobata* | Narrowleaf cottonwood/skunkbrush | G3 | S3 | | B |
| *Shepherdia argentea* | Foothills riparian shrubland | G3G4 | S1 | | B |
| *Shepherdia argentea* | Foothills riparian shrubland | G3G4 | S1 | | B |
| *Sporobolus airoides* | Great plains salt meadows | G3Q | S3 | | A |
| *Pinus edulis/Cercocarpus montanus* | Mesic western slope pinyon-juniper woodlands | G5 | S4 | | B |
| *Salix exigua/bare ground* | Coyote willow/bare ground | G5 | S5 | | A |
| *Populus deltoides* ssp. *Wislizenii/Salix exigua* | Fremont's cottonwood riparian forests | GU | S1S2 | | B |

240

BLM_0057012

| *Populus deltoides* ssp. *Wislizenii/Salix exigua* | Fremont's cottonwood riparian forests | GU | S1S2 | | B |
|---|---|---|---|---|---|
| *Populus deltoides* ssp. *Wislizenii/Salix exigua* | Fremont's cottonwood riparian forests | GU | S1S2 | | B |
| *Populus deltoides* ssp. *Wislizenii/Salix exigua* | Fremont's cottonwood riparian forests | GU | S1S2 | | B |
| *Juniperus osteosperma/Amelanchier utahensis/Philadelphus microphyllus/Leymus salinus* | Mesic western slope pinyon-juniper woodlands | GU | SU | | B |
| *Juniperus osteosperma/Leymus salinus* | Mesic western slope pinyon-juniper woodlands | GU | SU | | B |
| *Juniperus osteosperma/Amelanchier utahensis-Philadelphus microphyllus/Leymus salinus* | Mesic western slope pinyon-juniper woodlands | GU | SU | | B |
| *Juniperus osteosperma/Leymus salinus* | Mesic western slope pinyon-juniper woodlands | G1Q | SU | | B |
| *Juniperus osteosperma/Leymus salinus* | Mesic western slope pinyon-juniper woodlands | G1Q | SU | | C |
| *Juniperus osteosperma/Amelanchier utahensis-Philadelphus microphyllus/Leymus salinus* | Mesic western slope pinyon-juniper woodlands | GU | SU | | C |

*EO=Element Occurrence

**Biodiversity comments:** In addition to the critically imperiled New Mexico privet riparian shrubland community, there are twenty-three other targeted riparian communities within the PCA, including riparian forests dominated by both narrowleaf and Fremont cottonwoods (and their hybrids), and montane riparian shrublands dominated by river birch, skunkbrush, coyote willow or silver buffaloberry. There are six occurrences of rare plants in the PCA, four of Payson lupine, and two of San Rafael milkvetch. The rare plant populations have not been updated in recent years. Uplands include nine targeted plant communities, including occurrences of mesic western slope pinyon-juniper woodlands, salt meadows, and western slope grasslands.

**Boundary Justification:** The PCA includes the riparian zones of the San Miguel River, Coal Canyon and Tabeguache Creek in the area owned by The Nature Conservancy and encompassing the element occurrences listed above. The PCA also includes some adjacent uplands with pinyon-juniper communities that are important in maintaining the quality of the riparian zone by limiting erosion and sedimentation.

**Protection Rank Comments:** Approximately 77% of this PCA is owned by BLM, while the remaining 23% is privately owned. The majority of the private land is included within The Nature Conservancy's Lower San Miguel Preserve. This is one of three Nature Conservancy Preserves on the San Miguel River, representing the lowest elevations, while the other two are in middle and high elevation sections. BLM lands at Tabeguache Creek are included in a Wilderness Study Area, but were found not to be suitable for wilderness designation by BLM in 1985 (USDI 1985). The Resource Management Plans points out that the area is sensitive both ecologically and

BLM_0057013

archaeologically, but these values can be better protected by designating the site as an Outstanding Natural Area (ONA).

**Management Rank Comments:** BLM has suggested that the Tabeguache Creek WSA be managed as an Outstanding Natural Area, and that recreation use may be incompatible with this proposed management direction (USDI 1985). If designated an ONA by Congress, visitor use of the area could be limited to educational and scientific purposes. An ORV closure, and no surface occupancy stipulations for oil and gas leasing would protect the integrity of the main canyon. Management on the Nature Conservancy property has included annual removal of tamarisk by volunteers. This has proved successful, although labor intensive.

Further survey effort is needed to update the populations of Payson lupine and San Rafael milkvetch. The Payson lupine populations recorded here are important in connecting the two other major locations known for the species, represented in the Highway 141 and 145 PCA and the three PCAs in the Paradox Valley.

242

# Savage Basin
## Potential Conservation Area



BLM_0057015

# Savage Basin

**Biodiversity Rank: B4** (Moderate Biodiversity Significance)  This PCA contains unranked populations of three moonworts, including the reflected moonwort, which is considered to be imperiled on a global scale.

**Protection Urgency Rank: P3**  There is a definable threat to the occurrence, but not expected within the next five years.

**Management Urgency Rank: M3**  Ongoing, recurrent management action would help to maintain the current quality of element occurrences.

**Location:** Savage Basin is located 2.75 air miles east of Telluride, Colorado in extreme eastern San Miguel County.
U.S.G.S. 7.5 minute quadrangles: Telluride

**Legal description**: T43N R8W Sections 32, 33.

**Elevation range:** 10,400 to 11,400 feet.

**Size:** 63 acres

**General Description:**
Savage Basin is a large subalpine basin east of Telluride, and includes headwaters of the San Miguel River.  The PCA is on an important recreational route for four-wheel drive enthusiasts and sightseers traveling between Telluride and Ouray via Imogene Pass.
Three different species of moonworts were found in Savage Basin in 1999.  All occurred on disturbed soils of road cuts.  Although the number of above-ground stems was low, several years' observation are needed to determine the size of an occurrence.  One reason for the rarity of the moonworts is that they are exceedingly difficult to see, and often overlooked.  With more search effort, they may prove to be more common than is now known.

Natural Heritage element occurrences at the Savage Basin PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---------|-------------|--------|--------|---------------|----------|
| *Botrychium echo* | **Reflected moonwort** | G2 | S2 | | E |
| *Botrychium multifidum* ssp. *coulteri* | Leathery grape fern | G5 | S1 | | E |
| *Botrychium lunaria* | Common moonwort | G5 | S2S3 | | E |

*EO=Element Occurrence

244

BLM_0057016

**Biodiversity comments:** In addition to the imperiled reflected moonwort, two other species, the leathery grape fern and the common moonwort are found in the PCA. The latter are considered to be secure globally, but rare in Colorado.

**Boundary Justification:** The boundary is drawn to encompass the three occurrences of moonworts in Savage Basin along with adjacent potential habitat.

**Protection Rank Comments:** Except for a very small portion at the eastern end, the PCA is privately owned. The Forest Service is pursuing the transfer of these mining claims to public ownership. This would allow the land to be managed to preserve the fragile alpine vegetation by regulating the use of off-road vehicles.

**Management Rank Comments:** Mining and roads have disturbed the entire area. Although the moonworts appear to prefer somewhat disturbed areas, all of the alpine vegetation is extremely fragile, and may be damaged by off-road vehicle use.



Figure 72. Savage Basin alpine vegetation.

BLM_0057017

# Sewemup Mesa
## Potential Conservation Area



BLM_0057018

# Sewemup Mesa

**Biodiversity Rank: B2** (Very high biodiversity significance)  The Sewemup Mesa PCA is one of only two locations in Colorado known for the Kachina daisy.  This is a good occurrence of a plant that is imperiled on a global scale.

**Protection Urgency Rank: P4**  No threat is known for the foreseeable future.

**Management Urgency Rank: M4**  Although not currently threatened, management may be needed in the future to maintain the current quality of element occurrences.

**Location:** Sewemup Mesa is located 5.75 air miles northeast of Paradox, Colorado in northwestern Montrose County.
U.S.G.S. 7.5 minute quadrangles: Red Canyon, Roc Creek

**Legal description**: T48N R18W Sections 4-7; T48N R19W Sections 1, 2, 12; T49N R18W Sections 19-21, 28-34; T49N R19W Sections 23-26; 35, 36.

**Elevation range:** 4,600 to 7,465 feet.

**Size:** 10,203 acres

**General Description:**
This PCA includes Sewemup Mesa and the section of the Dolores River at its base.  It is one of only two locations in Colorado of the Kachina daisy, and contains rare hanging garden communities with Mancos columbine and Eastwood's monkeyflower, as well as maidenhair fern and helleborine orchids.  These hanging garden species can be easily observed from Highway 145 at the developed roadside spring a few miles south of the Mesa County line.

Uplands on Sewemup Mesa have pinyon and juniper woodlands, with some excellent patches of native bunchgrasses.  Because of extensive rains in July and August, grass height and cover was particularly impressive in 1999.  Typical grasses here are needle-and-thread, blue grama, alkali sacaton, galleta, Indian ricegrass and sand dropseed.  Common shrub species of the mesa are snakeweed, Mormon tea, yucca, four-wing saltbush, single leaf ash, antelope bitterbrush, cliff rose, serviceberry, and mountain mahogany.  Herbaceous plants include sand aster, Townsend's Easter daisy, prickly-pear cactus, hairy golden aster, four o'clocks, and many-lobed groundsel.  Soil crusts of mosses, lichens and micro-organisms are well developed on the red sandy soils.

A series of parallel drainages end at the cliffs above the Dolores River, where they form seasonal waterfalls or seep into the ground to emerge again in box canyons and alcoves to sustain hanging garden communities.
Roundtail chubs and flannelmouth suckers are known to occupy the Dolores River from around the old townsite of Slick Rock, Colorado to its termination in Utah; a stretch of the river that includes this site.

Plateau striped whiptail lizards were observed here, and have been determined to be common throughout the desert areas of western Montrose and San Miguel counties.

247

BLM_0057019

Natural Heritage element occurrences at the Sewemup Mesa PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---------|-------------|--------|--------|---------------|----------|
| *Erigeron kachinensis* | Kachina daisy | **G2** | **S1** | **BLM** | **B** |
| *Pinus edulis/Stipa comata* | Xeric western slope pinyon-juniper woodlands | G2? | S2 | | B |
| *Gila robusta* | Roundtail chub | G2G3 | S2 | LE/E | E |
| *Aquilegia micrantha-Mimulus eastwoodiae* | Hanging gardens | G2G3 | S2S3 | | E |
| *Mimulus eastwoodiae* | Eastwood monkey-flower | G3? | S1 | BLM | E |
| *Mimulus eastwoodiae* | Eastwood monkey-flower | G3? | S1 | BLM | E |
| *Bouteloua gracilis/Hilaria jamesii* | Blue grama/galleta shortgrass prairie | G2G4 | SU | | B |
| *Catostomus latipinnis* | Flannelmouth sucker | G3G4 | S3 | BLM | E |
| *Sporobolus airoides* | Great plains salt meadows | G3Q | S3 | | B |
| *Astragalus linifolius* | Grand junction milkvetch | G3Q | S3 | BLM | B |
| *Epipactis gigantea* | Helleborine | G4 | S2 | BLM | C |
| *Epipactis gigantea* | Helleborine | G4 | S2 | BLM | B |
| *Epipactis gigantea* | Helleborine | G4 | S2 | | E |
| *Sporobolus flexuosus* | Mesa dropseed | G5 | S1S2 | | E |
| *Pellaea atropurpurea* | Smooth cliff-brake | G5 | S2S3 | | D |
| *Cnemidophorus velox* | Plateau striped whiptail | G5 | S4 | | E |
| *Cnemidophorus velox* | Plateau striped whiptail | G5 | S4 | | |
| *Adiantum capillus-veneris* | Southern maiden-hair | G5 | S2 | BLM, USFS | C |

*EO=Element Occurrence

**Biodiversity comments:** The Sewemup Mesa PCA is of very high biodiversity significance as it is one of only two currently known locations in Colorado for the globally imperiled Kachina daisy. This is a good occurrence of a plant that is imperiled on a global scale, and extremely rare in Colorado. In addition, the PCA has a good occurrence of globally imperiled western slope grasslands, and unranked occurrences of hanging gardens with Eastwood's monkey-flower, a species extremely rare in Colorado. Several other plants that are rare in Colorado occur in the PCA, including helleborine, mesa dropseed, smooth cliff-brake and maidenhair fern. The mesa dropseed record is

BLM_0057020

based on a single herbarium specimen, and may not represent a viable population. The species is common in Arizona.

The Dolores River throughout the length of the PCA supports populations of the roundtail chub and flannelmouth sucker. These fish are imperiled and vulnerable on a global scale, respectively and the chub is rare within the state, while the sucker is vulnerable. In Colorado, both fish inhabit the Colorado River mainstem and its larger tributaries, including the White, Yampa, Dolores, San Juan, and Gunnison rivers (Woodling 1985). Colorado populations of the chub are at the upstream margin of the species' range and comprise the majority of occurrences for this species. The sucker has disappeared from some water systems like the Gunnison River above Blue Mesa where it was displaced by white and longnose suckers (Woodling 1985).

**Boundary Justification:** The boundary is drawn to include the flat top of Sewemup Mesa to the cliffs on the west side, and down to the Dolores River, including its riparian zone, on the east. It includes Garvey Gulch on the south, and continues into Mesa County on the north. The area and elevations given above are for the Montrose County portion only. It encompasses the cliffsides above the Dolores River that are the known occupied location of the Kachina daisy, as well as addition cliff area, both in the main canyon and several side canyons, that have the hydrologic characteristics suitable for the plant. These currently unoccupied areas may provide sites for the plants to become established in the future. The same sites are potential future locations for the Eastwood monkey-flower. The Dolores River is included because of the presence of the flannelmouth sucker and roundtail chub. Although the riparian vegetation along the Dolores River is in poor condition here, the boundaries allow for future improvement with management.

**Protection Rank Comments:** The PCA is located primarily on BLM land with no special protection. Much of the site is remote and undisturbed, and has been considered for wilderness designation. However, the part of the PCA with the greatest biological significance is adjacent to the highway, and would not be included in such designation.

**Management Rank Comments:** The site of the Kachina daisy and maidenhair fern is a popular roadside stop with a developed spring. Nevertheless, the plants have remained undisturbed for many years. The site is easily accessible for periodic monitoring of the Kachina daisy population, and could be a valuable location for further research on the taxonomy and ecology of this extremely rare species. Monitoring would also alert managers to changes in the size and quality of the population that would warrant management action.

Roundtail chubs and flannelmouth suckers have been displaced from many waterways within the Colorado River Basin and current populations of these fish need protection. Both the roundtail chub and flannelmouth sucker are sensitive to disturbance including the blockage of migration routes, introduction of non-native fish, and the alteration of hydrologic and thermal characteristics of the river including channelization, modifications of flow regimes, and increased sedimentation.

BLM_0057021

# Silver Pick Basin
## Potential Conservation Area



BLM_0057022

## Silver Pick Basin

> **Biodiversity Rank: B2** (Very high biodiversity significance)  This PCA has a good occurrence of the San Juan whitlow-grass, a plant that is imperiled on a global scale.
>
> **Protection Urgency Rank: P4**  No threat is known for the foreseeable future.
>
> **Management Urgency Rank: M3** Ongoing, recurrent management action would help to maintain the current quality of element occurrences.

**Location:** Silver Pick Basin is located 9.9 air miles west of Ophir, Colorado near the San Miguel-San Juan County line in San Miguel County.
U.S.G.S. 7.5 minute quadrangles: Dolores Peak, Mount Wilson

**Legal description:** T42N R10W Sections 29-31.

**Elevation range:** 11,000 to 12,200 feet.

**Size:** 195 acres

**General Description:**
Silver Pick Basin is a high alpine basin at the headwaters of Big Bear Creek just below Wilson Peak.  The site of extensive former mining activity, the basin is most often visited today by climbers and hikers.  An old aerial tramway can still be seen at the site. Access to the PCA is via a closed road leading from a Forest Service trailhead at the end of the Silver Pick Road.  The trail leads through forests of spruce and aspen, before the landscape opens out above treeline.

The forested area is rich with mosses, mushrooms, and shade-loving species such as one-sided wintergreen, common juniper, bilberry, meadowrue, wild geranium, heartleaf arnica, sweet cicely and Oregon grape.  More open areas and aspen groves have wild rose, white peavine, elk sedge, and osha.

Above timberline, scree slopes with little other vegetation support the Altai chickweed.  The few other species in that habitat include Colorado columbine, harbour penstemon, Fremont's groundsel, and thickroot Claytonia.  The chickweed, penstemon and groundsel share similar adaptations to this habitat in the form of long, flexible roots that allow them to move with the downhill creep of the rocks.  The tiny plants were common in all suitable habitat on the loose rocks, preferring sites with smaller size rocks, a little soil development, and some natural disturbance.  In some cases, the Arctic draba was found growing in the same sites with the chickweed.  It was also found in more disturbed sites along the road, especially in areas that had been cleared for turning vehicles.

The San Juan whitlow-grass was found in cold, wet tundra near late-melting snowfields.  It can be recognized by its narrow leaves, and broad and dark green pods. Each four-petaled yellow flower is subtended by a bract.  It occupied a narrow band from about 20 to 80 feet away from the melting edge of the snowbanks.  In this zone, grasses

BLM_0057023

are still brown and soils cold and wet late into July.  Farther away from the snow, the tundra is lush with wildflowers like alpine avens, Indian paintbrush, snow-lover, moss campion, three-toothed groundsel, alpine sandwort, and blackhead daisy.  The narrow niche that the San Juan whitlow-grass occupies could make it very vulnerable to small changes in climate.  Enough warming so that snowbanks did not persist into late summer could eliminate it from this site.

Natural Heritage element occurrences at the Silver Pick Basin PCA.

| Element | Common Name | G rank | | Federal/State | EO* rank |
|---------|-------------|--------|---|---------------|----------|
| *Draba graminea* | **San Juan whitlow-grass** | **G2** | **S2** | | **B** |
| Draba fladnizensis | Arctic draba | G4 | S2S3 | | C |
| Stellaria irrigua | Altai chickweed | G4? | S2 | | B |

*EO=Element Occurrence

**Biodiversity comments:** This PCA has high significance due to a good occurrence of San Juan whitlow-grass, considered to be globally imperiled.  There are also a fair occurrence of Arctic draba and a good occurrence of Altai chickweed, both rare in Colorado.

**Boundary Justification:** The PCA includes the known locations of the three rare plant species listed above, with some adjacent potential habitat that is suitable for each. These currently unoccupied areas can provide sites for the plants to become established in the future.  Further research on the ecological requirements of these plants could lead to revisions of the boundaries, for example to allow for the habitat needs of pollinators that are as yet unidentified.

**Protection Rank Comments:** The PCA is located primarily on National Forest land and includes a small area of private land.

**Management Rank Comments:** No special management needs for the three rare plant populations at this PCA are known at this time.  However, further research is needed on the reproductive ecology of the plant species in this site, and this could lead to better understanding of any management needs.  Periodic monitoring of this site could provide valuable information about the response of these species to changes in both short-term weather conditions and long-term climate change.

BLM_0057024

# SIlvey's Pocket
## Potential Conservation Area



0.5   0   0.5   1   1.5   2 Miles





253

BLM_0057025

## Silvey's Pocket

**Biodiversity Rank: B3** (High Biodiversity Significance)  Silvey's Pocket contains a good occurrence of Naturita milkvetch, considered to be vulnerable on a global scale and an excellent occurrence of needle and thread Great Basin herbaceous vegetation.

**Protection Urgency Rank: P4**  No threat is known for the forseeable future.

**Management Urgency Rank: M4**  Although not currently threatened, management may be needed in the future to maintain the current quality of element occurrences.

**Location:** Silvey's Pocket is located 8.5 air miles southwest of Bedrock, Colorado in extreme southwestern Montrose County.
U.S.G.S. 7.5 minute quadrangles: Anderson Mesa

**Legal description:** T45N R19W Sections 4, 5; T46N R19W Sections 28, 29, 32, 33.

**Elevation range:** 5,300 to 5,800 feet.

**Size:** 707 acres

**General Description:**
The Silvey's Pocket PCA includes mesa tops and a broad bench south of Coyote Wash.  A rough four-wheel drive road leads to the site from Little Gypsum Valley.  The area has numerous old uranium mines and is entirely within BLM owned lands.  Most of the PCA is in the Morrison and Dakota geologic formations.  Vegetation is a mosaic of pinyon-juniper woodland, sagebrush and greasewood flats.

The pinyon-juniper community also contains mountain mahogany, snakeweed, yucca, Mormon tea, and spiny greasebush.  Common grasses are galleta, blue grama, needle-and-thread, three-awn and Indian ricegrass.  Herbaceous species include Wingate milkvetch, cats-eye, Townsend's Easter daisy, sand aster, scarlet globemallow, prickly-pear cactus, four o'clocks, and many-lobed groundsel.  The Naturita milkvetch was found in this community, in soil pockets and crevices of exposed sandstone pavements, often close to the rims of small canyons.  The plants were sparsely scattered throughout this habitat.  The Paradox breadroot was observed in the area in 1982, but was not seen in 1999.

Sagebrush and greasewood occupied more level areas with deeper soils.  Associated species were galleta, six weeks fescue, Eastwood's paintbrush, wooly milkvetch, evening primrose, and skyrocket gilia.  Disturbed areas had wooly plantain.

Benches in the Navajo Formation were identified by BLM as high quality, relic examples of the native bunchgrass community that is typical of western Montrose and San Miguel counties.

254

BLM_0057026

Natural Heritage element occurrences at the Silvey's Pocket PCA.

| Element | Common Name | G rank | S rank | Federal/State status | EO* rank |
|---|---|---|---|---|---|
| *Astragalus naturitensis* | Naturita milkvetch | | S3 | BLM, USFS | B |
| *Stipa comata* | Needle and thread (Great Basin herbaceous vegetation) | G2G4 | S2? | | A |
| *Pediomelum aromaticum* | Paradox breadroot | G3 | S2 | BLM | E |

*EO=Element Occurrence

**Biodiversity comments:** Silvey's Pocket contains is a good occurrence of Naturita milkvetch, and an excellent example of the needle and thread Great Basin herbaceous vegetation community.  There is also an unranked occurrence of Paradox breadroot, a globally vulnerable plant.

**Boundary Justification:** The boundary was drawn to include the good examples of the Western slope grasslands and circumscribes the occurrences of the Naturita milkvetch and the Paradox breadroot.  Unoccupied habitat between the occurrences can serve as a site for expansion of the rare plant populations.

**Protection Rank Comments:** The entire area is under ownership, protection, and management of the BLM.  It is too remote for threats of development.  If uranium mining becomes economically viable in the future, however, extractive mining operations could be a threat to this PCA.

**Management Rank Comments:** There are no specific designations on the grazing allotment; however, because of remoteness, the area is little used, and no changes in the grazing practices appear to be required.  The area is open to location and lease of mineral deposits, and to withdraw the area from such practices is difficult.

BLM_0057027

# Slick Rock
## Potential Conservation Area



Horse Range Mesa U.S.G.S 7.5 min. Quadrangle

1:75,000

0.5    0    0.5    1    1.5    2  Miles

N



256

BLM_0057028

## Slick Rock

---

**Biodiversity Rank: B3** (High Biodiversity Significance)  The Slick Rock PCA has a good occurrence of Naturita milkvetch, a plant that is vulnerable on a global scale.

**Protection Urgency Rank: P4**  No threat is known for the forseeable future.

**Management Urgency Rank: M4**  Although not currently threatened, management may be needed in the future to maintain the current quality of element occurrences.

---

**Location:** The Slick Rock PCA circumscribes the old townsite of Slick Rock, Colorado in western San Miguel County.
　　　　　U.S.G.S. 7.5 minute quadrangles: Horse Range Mesa

**Legal description:** T44N R18W Sections 29-31; T44N R19W Sections 25, 36.

**Elevation range:** 5,440 to 5,800 feet.

**Size:** 918 acres

**General Description:**
　　　　Canyon rims above the Dolores River near the old town of Slickrock were the site of three sub-populations of the Naturita milkvetch.  The plants were growing in red sandy soils with some soil crust, in pockets of gray slickrock.  They were found in both disturbed sites along the road and in undisturbed areas.  Vegetation of the area is pinyon-juniper woodland with big sagebrush, galleta, prickly-pear cactus, Indian ricegrass, needle-and-thread grass, banana yucca and blue grama.  The slickrock also provides habitat for the Plateau striped whiptail, which appears to be abundant in the area.  Approximately 70% of the PCA is held in private ownership with the remainder owned by the BLM.  Geologic features of the area include Jurassic Morrison, Summerville, and Entrada formations, Jurassic/Triassic Glen Canyon Group, and Chinle Formation.

Natural Heritage element occurrences at the Slick Rock PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---|---|---|---|---|---|
| *Gila robusta* | Roundtail chub | S2S3 | S2 | BLM/SC | B |
| *Astragalus naturitensis* | Naturita milkvetch | G3 | S3 | BLM, USFS | |
| *Catosromus latipinnis* | Flannelmouth sucker | G3G4 | S3 | BLM/SC | B |
| *Cnemidophorus velox* | Plateau striped whiptail | G5 | S4 | | B |

*EO=Element Occurrence

BLM_0057029

**Biodiversity comments:** The Slick Rock PCA contains a good occurrence of the Naturita milkvetch, a globally vulnerable plant, as well as the Plateau striped whiptail, which appears to be locally common and globally secure.

**Boundary Justification:** The boundary is drawn to circumscribe the area in which the Naturita milkvetch was found.  Occurrences of the Plateau striped whiptail in the PCA are incidental.

**Protection Rank Comments:** Since the milkvetch is found on disturbed sites, special protection of the area does not seem to be warranted.

**Management Rank Comments:** No particular management needs are known for the protection of the milkvetch.

258

BLM_0057030

# Slick Rock Hill
## Potential Conservation Area





259

BLM_0057031

## Slick Rock Hill

**Biodiversity Rank: B3** (Very high biodiversity significance)  The Slick Rock Hill PCA has a good occurrence of Great Basin herbaceous vegetation, a plant community that is vulnerable on a global scale.

**Protection Urgency Rank: P4**  No threat is known for the foreseeable future.

**Management Urgency Rank: M4**  Although not urgently required, management may be needed in the future to maintain the current quality of element occurrences.

**Location:** Slick Rock Hill is located due south of the old townsite of Slick Rock, Colorado along Colorado Highway 141 in western San Miguel County.
U.S.G.S. 7.5 minute quadrangles: Egnar, Horse Range Mesa

**Legal description:** T43N R19W Sections 1, 2, 10, 11, 14, 15; T43N R18W Section 6; T44N R18W Section 31; T44N R19W Sections 35, 36.

**Elevation range:** 5,600 to 7,200 feet

**Size:** 2,413 acres

**General Description:**
This PCA includes within its boundary the canyons west of the Dolores River near Slick Rock, Colorado.  The geologic features of this site include Jurassic Morrison (stream sands, shale, gravel, and ash), Jurassic Summerville (marine sequence); and Jurassic Entrada (dune sand, weak calcareous cement).  Soils within the PCA vary from loamy, coarse-loamy, to mixed, clayey, mesic shallow soils.

The dominant vegetation in the PCA is pinyon-juniper woodland.  There are excellent quality examples of a common plant association typical of western San Miguel County, consisting of pinyon pine (25% cover), Utah juniper (30%) and mountain mahogany (15%). The community occurs on red sandy soils of the Morrison Formation, with well-developed soil crusts.  Understory species include Mormon tea, prickly-pear cactus, hairy golden aster, bahia, little-leaved brickelbush, mountain big sagebrush, black sagebrush, snakeweed, three-awn, bitterbrush, cliff rose, needle-and-thread grass, skunkbrush, rabbitbrush, galleta, many lobed groundsel, and woolly milkvetch.

Abajo penstemon was found to be common on bare sandy soils within the pinyon-juniper community, from the top of the hill to about halfway down, along Highway 80.  Near the bottom of the hill, along a small dirt road east of the highway at milepost 20, were two other rare plants, the Naturita milkvetch and Little penstemon.  Both plants were growing in disturbed areas beside and in the road, as well as in undisturbed sites.  Another population of the Naturita milkvetch and a few individuals of the Little penstemon were found near the former gravel pit overlooking the Dolores River west of Slickrock.  This location also had a small but high quality example of a needle-and-thread grassland.  Needle-and-thread grass provided a 75% cover, with blue grama appearing

260

BLM_0057032

between the bunches.  The few forbs in the site included prickly-pear cactus, sand aster, and fineleaf hymenopappus.  There was no cheatgrass in this part of the PCA.

This PCA contains a population of canyon tree frogs recorded at Corral Draw in 1992.  Threats to this species appear to be modest or localized (CNHP 1999).

The PCA is primarily on BLM land with a small amount of private land.  Highway 80 cuts through the site, and there are several side roads that create some disturbance and allow for weed invasion.

Natural Heritage element occurrences at the Slick Rock Hill PCA.

| Element | Common Name | G rank | S rank | | EO* rank |
|---------|-------------|--------|--------|---|----------|
| *Stipa comata* | **Great Basin herbaceous vegetation** | **G2G4** | **S2?** | | **B** |
| *Astragalus naturitensis* | Naturita milkvetch | G3 | S3 | BLM, USFS | B |
| *Astragalus naturitensis* | Naturita milkvetch | G3 | S3 | BLM, USFS | B |
| *Penstemon breviculus* | Little penstemon | G3Q | S2 | BLM | C |
| *Penstemon lentus* | Abajo penstemon | G4Q | S2 | | B |
| *Penstemon lentus* | Abajo penstemon | G4Q | S2 | | C |
| *Penstemon lentus* | Abajo penstemon | G4Q | S2 | | E |
| *Hyla arenicolor* | Canyon treefrog | G5 | S2 | BLM, CO-SC | E |
| *montanus* | Mesic western slope pinyon-juniper woodlands | G5 | S4 | | A |

*EO=Element Occurrence

**Biodiversity comments:** The Slick Rock Hill PCA has a good occurrence of Western Slope grasslands, a plant community that is imperiled both globally and in Colorado.  In addition, this PCA has a good population of the Naturita milkvetch, vulnerable globally and in Colorado.  There is a fair occurrence of the Little penstemon, and a good occurrence of the Abajo penstemon, both rare in Colorado.  The mesic western slope pinyon-juniper woodlands occupy a large area, and provide a good example of a common plant community.  Pinyon may have increased in recent years as a result of fire suppression.

The primary factors justifying a conservation concern for canyon treefrogs are the small number of occurrences, restricted range and relatively low numbers (qualitative judgement) of individuals.  There are no quantitative data on population size or trends.

**Boundary Justification:** The boundary encompasses the known occurrences of the rare plants and the grassland, but the extent of the pinyon-juniper woodland community is much larger.  Further survey effort would be required to assess the size and quality of this community.

261

BLM_0057033

**Protection Rank Comments:** Parts of this PCA are privately owned, and plans for their use are unknown; however, it does not appear that there are imminent threats in the future.  Although a major highway passes through the site, and there are numerous side roads, the rare plants in this area appear to tolerate these disturbances.

**Management Rank Comments:** Impacts and disturbances in the area are minimal and current management practices appear to be adequate at this time.  Prescribed burning may be an appropriate tool to increase the diversity of species and age classes in the pinyon-juniper community.  Monitoring of this site will aid in the detection of changes in the number of individuals and the condition of the rare plant populations that would warrant management intervention.

262

BLM_0057034

# South Fork San Miguel
## Potential Conservation Area





263

BLM_0057035

# South Fork San Miguel

---

**Biodiversity Rank: B3** (High Biodiversity Significance)  This PCA has several high quality occurrences of riparian plant communities, including the Douglas fir/Rocky Mountain maple association that is considered to be extremely rare in Colorado.

**Protection Urgency Rank: P4**  No threat is known for the foreseeable future.

**Management Urgency Rank: M4**  Although not urgently required, management may be needed in the future to maintain the current quality of element occurrences.

---

**Location:** South Fork San Miguel is located 5.9 air miles southwest of Telluride, Colorado in eastern San Miguel County, along the South Fork of the San Miguel River.
U.S.G.S. 7.5 minute quadrangles: Gray Head, Mount Wilson

**Legal description**: T42N R9W Sections 18-20, 29, 30, 32; T42N R10W Sections 13, 24.

**Elevation range:** 8,320 to 9,200 feet.

**Size:** 1,040 acres

**General Description:**
The riparian zone of the South Fork of the San Miguel River downstream from the old town of Ames has been identified as containing outstanding examples of several plant communities.  The area includes both National Forest and private land, part of which is owned by The Nature Conservancy.  There is a Forest Service campground in the PCA that has been restricted to day use only.  Surveys of the riparian area were conducted in 1991 and 1997 by CNHP (Kittel 1991, Stevens 1997).  There are high quality complexes of willows and sedges in areas where the stream has been modified by beaver activity.  Aspen, narrowleaf cottonwood and blue spruce dominate forested areas along the river, with Douglas fir in one upstream plot.  All ages of trees are represented.  Associated understory species include red-osier dogwood, baneberry, Rocky Mountain maple, thinleaf alder, aspen daisy, bedstraw, and several sedges and rushes.  Exotic species in the PCA include Kentucky bluegrass and red top.

264

BLM_0057036

Natural Heritage element occurrences at the South Fork San Miguel PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---------|-------------|--------|--------|---------------|----------|
| *Pseudotsuga mensiezii/Acer glabrum* | Lower montane forests | **G4?** | **S1** | | **B** |
| *Populus angustifolia-Picea pungens/Alnus incana* | Montane riparian forests | **G3** | **S3** | | **A** |
| *Limnorchis ensifolia* | Canyon bog-orchid | G4G5T3? | S3 | | E |
| *Carex utriculata* | Beaked sedge montane wet meadows | G5 | S4 | | A |
| *Salix geyeriana-Salix monticola*/mesic graminoid | Montane riparian willow carr | GU | S3 | | A |
| *Salix geyeriana-Salix monticola*/mesic graminoid | Montane riparian willow carr | GU | S3 | | A |

*EO=Element Occurrence

**Biodiversity comments:** The presence of excellent occurrences of four different riparian plant communities makes this PCA exemplary, although several of the associations are apparently globally secure. The canyon bog-orchid was identified from the shoreline of the San Miguel River at the southern end of the Nature Conservancy's Upper Preserve in 1994. It was not relocated in 1999, and there is still some doubt as to the distinction between this species and the more common northern bog orchid.

**Boundary Justification:** The boundary includes the occurrences of the riparian communities that are in good to excellent condition along the South Fork. Some of the adjacent upland areas were also included, as they contribute significantly to the hydrological functioning of the river. Disturbance in the upland vegetation resulting in increased erosion can negatively impact the quality of the river and its riparian community.

**Protection Rank Comments:** Ownership by the National Forest and The Nature Conservancy provides excellent protection for this PCA.

**Management Rank Comments:** National Forest campgrounds at this PCA have been closed to overnight use. Both National Forest and Nature Conservancy properties are available for day use only. Continued monitoring of recreation in the PCA would enable managers to assess damage to the riparian vegetation from social trails, and take appropriate action if necessary.

265

BLM_0057037

# Spring Creek - Atkinson Mesa

## Potential Conservation Area



266

# Spring Creek-Atkinson Mesa

**Biodiversity Rank: B2** (Very high biodiversity significance)  This PCA contains a good occurrence of the skunkbrush/coyote willow riparian woodland, a plant community that is considered to be imperiled on a global scale.

**Protection Urgency Rank: P4**  No threat is known for the foreseeable future.

**Management Urgency Rank: M4**  Although not urgently required, management may be needed in the future to maintain the current quality of element occurrences.

**Location:** Spring Creek-Atkinson Mesa is located 2.0 air miles east of Uravan, Colorado in western Montrose County.
U.S.G.S. 7.5 minute quadrangles: Atkinson Creek, Uravan

**Legal description:** T47N R16W Section 6; T47N R17W Section 1; T48N R17W Section 36; T48N R16W Sections 8-10, 17-20, 29-32.

**Elevation range:** 5,100 to 6,000 feet.

**Size:** 2,007 acres

**General Description:**
Spring Creek occupies a narrow valley with a riparian width of 10 to 25 meters in this PCA.  Uplands are pinyon-juniper woodlands with Gambel's oak.  High quality riparian vegetation was identified at Spring Creek during a CNHP survey conducted for the BLM in 1997.  Researchers noted that the vegetation was unusually lush for the area. The narrowleaf cottonwood/skunkbrush plant association had a range of 20 to 80% tree cover, with all age classes represented, including some very mature trees.  Skunkbrush varied from sparse to dominant in the understory.  Other species that were common in these communities were Gambel's oak, Wood's rose, coyote willow, virgin's bower, red osier dogwood and poison ivy.  There was only a trace of New Mexico privet and tamarisk.  Populations of the Gray Vireo and Sage Sparrow were found in the pinyon-juniper uplands during breeding season, suggesting the birds were nesting within the PCA.

267

BLM_0057039

Natural Heritage element occurrences at the Spring Creek (Atkinson Mesa) PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---------|-------------|--------|--------|---------------|----------|
| *Rhus trilobata/Salix exigua* | **Skunkbrush/Coyote willow riparian shrubland** | **G2** | **S2** | | **B** |
| *Populus angustifolia/Rhus trilobata* | Narrowleaf cottonwood/skunkbrush | G3 | S3 | | |
| *Populus angustifolia/Rhus trilobata* | Narrowleaf cottonwood/skunkbrush | G3 | S3 | | B |
| *Populus angustifolia/Rhus trilobata* | Narrowleaf cottonwood/skunkbrush | G3 | S3 | | B |
| *Vireo vicinior* | Gray Vireo | G4 | S2B, SZN | | E |
| *Amphispiza belli* | Sage Sparrow | G5 | S3B, SZN | | E |

*EO=Element Occurrence

**Biodiversity comments:** The high significance of this PCA is based on several good quality occurrences of riparian plant communities. The skunkbrush riparian shrublands are considered globally imperiled, while the narrowleaf cottonwood/skunkbrush community is vulnerable on a global scale. Suspected breeding populations of two bird species of concern were documented here: the Gray Vireo is rare in Colorado, and the Sage Sparrow is vulnerable in Colorado.

**Boundary Justification:** The PCA includes the good condition plant communities of the riparian zone, as well as the upland locations of the Gray Vireo and Sage Sparrow. In addition to providing habitat for the two bird species, the upland pinyon-juniper dominated areas contribute to the hydrological processes that maintain the riparian vegetation. Disturbances in these areas can be detrimental to the stream through siltation, introduction of exotic species. Any alterations in the current hydrological regime could potentially affect the riparian plant communities. The boundary does not allow for all of the needs of the two bird species.

**Protection Rank Comments:** Except for a small amount of private land at the upper end of the PCA, ownership is BLM. No special protection should be required.

**Management Rank Comments:** The BLM land in this PCA is managed with primary emphasis on livestock. Present management appears to be adequate to maintain the quality of the riparian vegetation. However, periodic monitoring of the site would serve to detect any changes in the condition of the riparian vegetation that would require management action.

BLM_0057040

# Spud Patch
## Potential Conservation Area





BLM_0057041

## Spud Patch

**Biodiversity Rank: B5** (General Biodiversity Significance)  This PCA has five occurrences of pale lump-nosed bats, a species that is rare in Colorado, although apparently secure on a global scale.

**Protection Urgency Rank: P3** There is a definable threat to the occurrences, but not expected within the next five years.

**Management Urgency Rank: M4** Although not urgently required, management may be needed in the future to maintain the current quality of element occurrences.

**Location:** Spud Patch is 4.0 air miles northeast of Egnar, Colorado, in southwestern San Miguel County
U.S.G.S. 7.5 minute quadrangles: Egnar and Joe Davis Hill

**Legal Description:** T43N R18W Section 29

**Size:** 1,410 acres

**Elevation:** 5,600 to 7,504 feet

**General Description:**
This PCA is located on the Spud Patch flatlands and drops steeply 300 feet to the narrow Blue Canyon.  Geologically, this area contains three formations of sedimentary rocks formed during the Jurassic period.  These formations are the Morrison: stream sands, shale, gravel, and ash and which contain dinosaur fossils in other areas of western Colorado; the Summerville: dune sand, weak calcareous cement; and the Kayenta: stream sands resistant siliceous cement.  The soil composition is Acree characterized by typic argiborolls, fine, montmorillonitic soils.  Vegetation of the area consists of grasses associated with dryland agriculture.  Pinyon-juniper woodlands surround the site.

Contained within the PCA are the open portals of the Moqui Jug and the Mayday Mines.  These open mines and the caverns within supply excellent maternity and hibernation sites for pale lump-nosed bats, and four were recorded here in the winter and spring of 1997.

Natural Heritage element occurrences at the Spud Patch PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---|---|---|---|---|---|
| *Corynorhinus townsendii* | Pale lump-nosed bat | G4T4 | S2 | BLM | E |

*EO=Element Occurrence

**Biodiversity comments:** The pale lump-nosed bat is considered to be rare in Colorado, although apparently secure on a global scale.  Throughout much of the known range, they commonly occur in mesic habitats containing pinyon-juniper woodlands and/or semi-desert shrublands.  There are only 20 known occurrences of this species in

270

Colorado documented within the last ten years.  These bats prefer relatively cold places for hibernation, often near entrances and in well-ventilated areas.  These restrictive requirements are often difficult to find, but the tunnels of these mines apparently meet these requirements.  The bats use caves, buildings, and tree cavities for night roosts.

**Boundary Justification:** This PCA includes a known roosting site and potential hibernacula of pale lump-nosed bats.  Although the PCA includes all of the surrounding mine portals and associated shafts and some surrounding area, it does not include the surrounding pinyon-juniper woodlands and steep rocky cliffs that are important foraging habitat, and that supply day roosting sites for this bat during its active period.  The foraging area of this bat likely extends over Bush Canyon, all of Morrison and Blue Canyons, and could include extensive distances along the Dolores River Canyon.  The extent of land used for foraging and day roosts by the bats using the mines for hibernacula or maternity colonies is difficult to define.

**Protection Rank Comments:** The area is managed by the BLM and is open and easily accessed by curiosity seekers who may enter the mines where pale lump-nosed bats were recorded.  Pale lump-nosed bats are extremely fragile and primary threats include loss of habitat (e.g., reclamation of abandoned mines), vandalism, and increased visitation (spelunking) by humans to maternity roosts and hibernacula.  Large clusters or colonies are susceptible to disturbance and have been declining (CDOW 1984).  Human access to mines and caves disrupts wintering populations, where disturbance needs to be minimal (Armstrong *et al.* 1994, Fitzgerald *et al.* 1994).  Protection of natural hibernacula from disturbance is a necessity if this species is to survive in Colorado.

   This PCA could be damaged by surface disturbing activities such as new pipelines or powerlines.

**Management Rank Comments:** Management needs for the bats include protection of maternity roosts from disturbance from May to mid-September, and of hibernacula from October to April for hibernacula).   Occupied caves or mines should be evaluated for gate installation.  See White and Seginak (1987) for gate designs for protecting caves.  Gates can successfully limit human access and disturbance but, if poorly designed, gates may restrict bat access and result in population decline (Matthews and Moseley 1990).  Conditions for the bats can be improved by maintaining canopy cover in areas surrounding caverns, rock faces, and other sites used for roosting; retaining large diameter snags and stands of old growth; avoiding heavy equipment and blasting near roosts; and avoiding chemical insecticides.  Caves and mines should be surveyed prior to any logging or mine closures in suspected occupied habitat.

BLM_0057043

# Summit Canyon
## Potential Conservation Area





BLM_0057044

# Summit Canyon

**Biodiversity Rank: B4** (Moderate Biodiversity Significance)  This PCA contains a fair occurrence of Naturita milkvetch, a plant that is vulnerable on a global scale.

**Protection Urgency Rank: P4**  No threat is known for the forseeable future.

**Management Urgency Rank: M4**  Although not urgently required, management may be needed in the future to maintain the current quality of element occurrences.

**Location:** Summit Canyon is located 0.5 air miles west of the old townsite of Slick Rock, Colorado in northwestern San Miguel County.
　　　U.S.G.S. 7.5 minute quadrangles: Horse Range Mesa

**Legal description:** T44N R19W Sections 25, 26, 35.

**Elevation range:** 5,500 to 6,000 feet.

**Size:** 328 acres

**General Description:**
　　　Summit Canyon is a spectacular red sandstone canyon that is a tributary of the Dolores River in the pinyon-juniper zone.  The area has numerous uranium mines.  The Naturita milkvetch was found in isolated soil pockets of exposed Navajo sandstone. Associated species at the site were hairy golden aster, blue grama, and prickly pear cactus.

Natural Heritage element occurrences at the Summit Canyon PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---------|-------------|--------|--------|---------------|----------|
| *Astragalus naturitensis* | **Naturita milkvetch** | | S3 | BLM, USFS | C |
| *Vireo vicinior* | Gray Vireo | G4 | S2B, SZN | | C |
| *Hyla arenicolor* | Canyon treefrog | | S2 | | E |

*EO=Element Occurrence

**Biodiversity comments:** This PCA contains a fair population of Naturita milkvetch, a globally vulnerable plant, and a fair breeding population of the Gray Vireo, considered to be rare in Colorado.  There is also an unranked occurrence of the canyon treefrog, rare in Colorado, although globally secure.

**Boundary Justification:** The PCA is designed to include the portion of Summit Canyon that is the location of the Naturita milkvetch, and adjacent similar habitat.  The entire canyon has not been surveyed.

273

BLM_0057045

**Protection Rank Comments:** The PCA is entirely within the BLM lands managed by the San Juan Resource Area. No special protection needs are known.

**Management Rank Comments:** The PCA is managed with emphasis on livestock grazing. However, the rocky habitat of the Naturita milkvetch is probably not threatened by grazing. No other management needs are known.



Figure 73. Summit Canyon near confluence with Dolores River.

274

BLM_0057046

# Uravan West
## Potential Conservation Area



BLM_0057047

## Uravan West

> **Biodiversity Rank: B3** (High Biodiversity Significance)  This PCA has a good occurrence of the New Mexico privet riparian shrubland plant community, considered critically imperiled on a global scale, and a good occurrence of San Rafael milkvetch, considered vulnerable on a global scale.
>
> **Protection Urgency Rank: P4**  No threat is known for the foreseeable future.
>
> **Management Urgency Rank: M4**  Although not urgently required, management may be needed in the future to maintain the current quality of element occurrences.

**Location:** Uravan West is extends along the San Miguel River for 4.5 miles north of Uravan, Colorado in Montrose County.
U.S.G.S. 7.5 minute quadrangles: Atkinson Creek, Red Canyon, Uravan, Davis Mesa

**Legal description:** T48N R17W Sections 19-21, 27, 29-34; T48N R18W Section 25, 36; T47N R17W Sections 3, 4.

**Elevation range:** 5,100 to 5,800 feet.

**Size:** 1,795 acres

**General Description:**
This PCA includes alluvial terraces of the San Miguel River, and the adjacent slickrock of the Entrada Formation, as well as some pinyon-juniper uplands in the Morrison Formation.  The narrowly confined riparian zone has a band of New Mexico privet.  Other riparian species include river birch and coyote willow.  In disturbed areas, upland vegetation such as rabbitbrush mixes with the riparian species.  Hillsides and adjacent mesas are vegetated with sparse pinyon, juniper, and sagebrush.  San Rafael milkvetch was found to be quite abundant south of the San Miguel River.  Associated species at that location included antelope bitterbrush, mountain mahogany, single leaf ash, sand aster, many-lobed groundsel, large-flowered breadroot, and chainpod.  The PCA includes the Umetco uranium mine, and has been subject to disturbances associated with mining for over 50 years.

276

BLM_0057048

Natural Heritage element occurrences at the Uravan West PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---|---|---|---|---|---|
| *Forestiera pubescens* | New Mexico privet foothills riparian | | S1 | | B |
| *Astragalus rafaelensis* | | G3 | S1 | BLM | A |
| *Astragalus rafaelensis* | San Rafael milkvetch | G3 | S1 | BLM | B |
| *Astragalus rafaelensis* | | G3 | S1 | BLM | E |
| *Astragalus rafaelensis* | San Rafael milkvetch | G3 | S1 | BLM | E |
| graminoid | Lower montane riparian shrublands | G3 | S2 | | B |
| *Corinorhinus townsendii* | Pale lump-nosed bat | G4T4 | S2 | BLM | E |
| *Gomphus intricatus* | Brimstone clubtail | G4 | S2 | | E |

*EO=Element Occurrence

**Biodiversity comments:** There are two historic occurrences of San Rafael milkvetch in this PCA, based on herbarium specimens collected in 1982 and 1983. There is also a more recent occurrence from 1994, ranked as good. This species is considered to be globally vulnerable and extremely rare in Colorado. Another specimen from the PCA was identified as the Grand Junction milkvetch (*A. linifolius*). There is some question as to whether these two species are distinct. The collectors of the latter noted that several plants appeared to be hybrids, while others were pure *A. linifolius*. We have tentatively determined that that specimen should be *A. rafaelensis*. More research is needed to clarify the taxonomy of these two species. The brimstone clubtail, a dragonfly, is secure globally, but rare in Colorado with only three recorded occurrences.

**Boundary Justification:** The boundary encloses the riparian zone of the San Miguel River between Uravan and the confluence with the Dolores River. It also includes adjacent uplands that are the habitat of the San Rafael/Grand Junction milkvetch. The exact location of the brimstone clubtail, a dragonfly, is unknown. It may have been collected from one of the San Miguel's tributaries in this area.

**Protection Rank Comments:** The PCA contains about equal amounts of BLM and private mining land in a complex pattern. Although no uranium mining is taking place currently, the potential remains as a future threat.

**Management Rank Comments:** This section of the San Miguel River has been heavily impacted by mining for many years. Restoration of mined lands is underway. However, restoration of the site to a completely natural condition is probably not feasible.

BLM_0057049

# West Paradox Creek
## Potential Conservation Area



BLM_0057050

# West Paradox Creek

**Biodiversity Rank: B4** (Moderate Biodiversity Significance)  The West Paradox Creek PCA contains a good to excellent occurrence of a lower montane forest plant association considered to be rare in Colorado, although apparently secure on a global scale.

**Protection Urgency Rank: P4**  No threat is known for the forseeable future.

**Management Urgency Rank: M4**  Although not urgently required, management may be needed in the future to maintain the current quality of element occurrences.

**Location:** West Paradox Creek is located 2.0 air miles northwest of Paradox, Colorado in extreme western Montrose County.
U.S.G.S. 7.5 minute quadrangles: Roc Creek

**Legal description:** T48N R19W Sections 29, 30, 32.

**Elevation range:** 5,300 to 6,000 feet.

**Size:** 42 acres

**General Description:**
The riparian zone of West Paradox Creek was surveyed by CNHP in 1991, as part of the Riparian Classification Project (Kittel *et al.*1991).  Researchers reported a very narrow valley with steep banks.  Soils are sandy with boulders.  Douglas fir provides a canopy cover of 10%, with shrubs along the bank accounting for 40% cover.  In addition to red-osier dogwood, shrubs include skunkbrush, coyote willow, Utah juniper, and thinleaf alder.  There is a very sparse grass and forb component in the understory of this community.

Natural Heritage element occurrences at the West Paradox Creek PCA.

| Element | Common Name | G rank | S rank | Federal/State | EO* rank |
|---|---|---|---|---|---|
| *Pseudotsuga menziesii/Cornus sericea* | dogwood | G4 | S2 | | A |

*EO=Element Occurrence

**Biodiversity comments:** A high quality occurrence of a Douglas fir forest was found at this PCA.  The community is rare in Colorado, with fewer than ten stands documented, although it is apparently secure globally. This occurrence is the best one known in Montrose County.

**Boundary Justification:** The boundary of this PCA includes the riparian zone of West Paradox Creek in the section that was surveyed in 1991, as well as some uplands adjacent to the creek.  Upland areas contribute significantly to the hydrological functioning of the river.  Disturbance in the upland vegetation resulting in increased erosion can negatively impact the quality of the river and its riparian community.

BLM_0057051

**Protection Rank Comments:** Although small the PCA includes both BLM and National Forest (Manti-La Sal) land, and a small amount of private land.  No special protection needs are known at this PCA.

**Management Rank Comments:**. Further inventory is needed to determine the full extent of this community, its wildlife component, and any management needs.  This plant association requires minimal management because the steep and rocky terrain provides intrinsic protection.  However, red-osier dogwood is considered to be an "ice cream" plant (e.g. it is readily eaten and is a preferred browse species) for livestock and wildlife. Browsing of this species can be high if the stands are open enough for animals to walk through (Hansen *et al*. 1995).

280

# References

American Ornithologists' Union (AOU) Committee on Classification and Nomenclature. 1983. Check-list of North American Birds. Sixth Edition. American Ornithologists Union, Allen Press, Inc., Lawrence, Kansas.

Andrews, R.R. and R.R. Righter. 1992. Colorado Birds. Denver Museum of Natural History, Denver. 442 pp.

Arizona Game and Fish Department. 1995. *Catostomus latipinnis*. Unpublished abstract, Arizona Game and Fish Department, Phoenix, AZ. 4 pp.

Arizona Game and Fish Department. 1996. Wildlife of special concern in Arizona (public review draft). Nongame and Endangered Wildlife Program, Pheonix, Arizona. 40 pp.

Armstrong, D.M. 1972. Distribution of Mammals in Colorado. Monograph of the Museum of Natural History, University of Kansas. University of Kansas Printing Service, Lawrence. 415 pp.

Armstrong, D.M., R.A. Adams, and J. Freeman. 1994. Distribution and Ecology of Bats of Colorado. Natural History Inventory of Colorado, No. 15. University of Colorado Museum, Boulder.

Bailey, R. G., P. E. Avers, T. King, and W. H. McNab. 1994. Ecoregions and Subregions of the United States. Prepared for the USDA Forest Service by the U.S. Geological Survey, Fort Collins, CO.

Baker, W. L. 1984. A preliminary classification of the natural vegetation of Colorado. Great Basin Naturalist 44 (4): 647-676.

Barneby, R. C. 1964. Atlas of North American Astragalus. Memoirs of New York Botanical Garden, vol. 13. New York Botanical Garden, Bronx, NY.

Behnke, R.J. 1992. Native trout of western North America. American Fisheries Society Monograph 6. xx + 275 pp.

Bent, A.C. 1950. Life histories of North American wagtails, shrikes, vireos, and their allies. U.S. National Museum Bulletin 197. Washington, D.C.

Blus, L.J. 1989. Effects of organophosphorus insecticides on sage grouse in southeastern Idaho. Journal of Wildlife Management. 53:1139-1146.

BLM_0057053

Boyle, S.  1998.  Black Swift.  In Colorado Breeding Bird Atlas, H.E. Kingery ed. Colorado Bird Atlas Partnership; co-published by Colorado Division of Wildlife.

Braun, C.E.  1995.  Distribution and status of sage grouse in Colorado.  Prairie Naturalist 27:1-9.

Braun, C.E. and J.R. Young.  1995.  A new species of sage grouse from Colorado. Annual Mtg. Wilson Ornithological Society.  Williamsburg, Virginia.  Abstract No. 23.

Braun, C.E., K.M. Giesen, R.W. Hoffman, T.E. Remington, W.D. Snyder.  1994.  Upland bird management analysis guide, 1994-1998.  Division Reptort 19.  Colorado Division of Wildlife.  48 pp.

Bridges, D.  1992.  Relative abundance of owls in Colorado.  Journal of Colorado Field Ornithology.  26: 27-28.

Brodkin, M.A.  1992.  Response of *Rana pipiens* to graded doses of the bacterium *Pseudomonas aeruginosa*.  Journal of Herpetology 26: 490-495.

Bunin, J.E.  1990.  Interim status report for *Astragalus wetherillii* M. E. Jones.  Natural Science Associates Inc., Boulder, CO.

Carter, M., G. Fenwick, C. Hunter, D. Pashley, D. Petit, J. Price, and J. Trapp.  1996. Watchlist 1996: For the future.  Field Notes 50(3):238-240.

Clements, Amanda.  USDI Bureau of Land Management, Uncompahgre Basin Resource Area.  1999.  Personal communication.

Colorado Bird Observatory.  1997.  1996 Reference Guide to the Monitoring and Conservation Status of Colorado's Breeding Birds. Colorado Bird Observatory, Colorado Division of Wildlife, Great Outdoors Colorado Trust Fund, and Partners, March 21, 1997.

Colorado Division of Wildlife.  1984.  The Bats of Colorado: Shadows in the Night. D.M. Armstrong, S.J. Bissell, J. Freeman, and J. Scott, eds.  22pp.

Colorado Division of Wildlife.  1986.  Colorado Stream Data Bank, Second Edition. December 1986.  Colorado Division of Wildlife, Denver.

Colorado Division of Wildlife.  1994.  Colorado reptile and amphibian observation database.  Colorado Division of Wildlife, Denver.

Colorado Division of Wildlife, U. S. Forest Service, National Park Service, U. S. Fish and Wildlife Service, New Mexico Game and Fish Department, and Wyoming Game and Fish Department.  1997.  Draft Strategy for the Conservation and

BLM_0057054

Reestablishment of Lynx and Wolverine in the Southern Rocky Mountains.

Colorado Natural Heritage Program (CNHP).  1999.  Biological and Conservation Data (BCD) System.  Colorado Natural Heritage Program, CSU, Fort Collins, CO.

Corn, P. S.  1994.  What we know and don't know about amphibian declines in the West. Pages 59-67 in W. W. Covington and L. F. Debano, editors.  Sustainable Ecological Systems: Implementing an Ecological Approach to Land Management. U.S. Department of the Interior, National Biological Service, Fort Collins.

Cronquist, A., A. H. Holmgren, N. H. Holmgren, and J. L. Reveal.  1972.  Intermountain Flora; Vascular Plants of the Intermountain West, U.S.A., Volume 1.  Hafner Publishing Co., Inc., New York.

Cronquist, A., A. H. Holmgren, N. H. Holmgren, J. L. Reveal, and P. K. Holmgren. 1977.  Intermountain Flora; Vascular Plants of the Intermountain West, U.S.A., Volume 6.  Hafner Publishing Co., Inc., New York.

Cronquist, A., A. H. Holmgren, N. H. Holmgren, J. L. Reveal, and P. K. Holmgren. 1984.  Intermountain Flora; Vascular Plants of the Intermountain West, U.S.A., Volume 4.  Hafner Publishing Co., Inc., New York.

Cronquist, A., A. H. Holmgren, N. H. Holmgren, J. L. Reveal, and P. K. Holmgren. 1989.  Intermountain Flora; Vascular Plants of the Intermountain West, U.S.A., Volume 3.  Hafner Publishing Co., Inc., New York.

Ehrlich, P.R., D.S. Dobkin, and D. Wheye.  1992.  Birds in jeopardy: the imperiled and extinct birds of the United States and Canada, including Hawaii and Puerto Rico. Stanford University Press, Stanford, California. 259 pp.

FEIS.  Fire Effects Information Services.  Fire Effects Information System [Online] (1996, September). Prescribed Fire and Fire Effects Research Work Unit, Rocky Mountain Research Station (producer). Available: www.FEIS.

Fertig, W.  Heritage Botanist.  Wyoming Natural Diversity Database.  1604 Grand Avenue #2, Laramie, WY 82070. 307-745-5026.  Personal communication.

Fitzgerald, J.P., C.A. Meaney, and D.M. Armstrong.  1994.  Mammals of Colorado. Denver Museum of Natural History and University Press of Colorado.

Foerster, K.S. and C.T. Collins.  1990.  Breeding distribution of the black swift in southern California.  Western Birds 21:1-9.

Grother, Craig.  1999.  U. S. Forest Service.  Personal communication.

BLM_0057055

Halfpenny, J. C., S. J. Bissel, D. Nead.  1980.  History and status of the lynx in Colorado and its distribution for Western North America.  University of Colorado, Nederland.

Hammerson, G.A. 1982.  Amphibians and Reptiles in Colorado.  Colorado Division of Wildlife, Denver.  vii + 131 pp.

Hansen, P.L., R.D. Pfister, K. Boggs, B.J. Cook, J. Joy, and D.L. Hinckley. 1995.  Classification and Management of Montana's Riparian and Wetland Sites.  Montana Forest and Conservation Experiment Station Miscellaneous Publication No. 54. The University of Montana, Missoula, MT.

Hayward, G. D., and P. H. Hayward.  1993.  Boreal Owl (*Aegolius funereus*).  In The Birds of North America, No. 63.  A. Poole and F. Gill, (eds.).  Philadelphia: The Academy of Natural Sciences; Washington, D.C.: The American Ornithologists' Union.

Hebein, Sherman.  1999.  Colorado Division of Wildlife. Personal communication.

Holt, D.W., and S.M. Leasure.  1993.  Short-eared Owl (Asio flammeus).  No. 62 in A. Poole and F. Gill, editors.  The Birds of North America.  The Academy of Natural Sciences, Philadelphia, and The American Ornithologists' Union, Washington, D.C

Hubbs, C.L.  1954.  Establishment of a forage fish, the red shiner (*Notropis lutrensis*), in the lower Colorado River system.  California Fish and Game 40:287-94.

Kingery, Hugh, ed.  1998.  Colorado Breeding Bird Atlas.  Colorado Bird Atlas Partnership, co-published by Colorado Division of Wildlife.

Kittell, Gwen, and Nan Lederer.  1993.  A Preliminary Classification of the Riparian Vegetation of the Yampa and San Miguel/Dolores River Basins.  The Nature Conservancy's Colorado Program, Boulder, Colorado.

Knight, Dennis H.  1994.  Mountains and Plains.  Yale University Press, New Haven.

Knorr, O.A.  1961.  The geographical and ecological distribution of the Black Swift in Colorado.  The Wilson Bulletin, 73(2):155-170.

Knorr, O.A., and M.S. Knorr.  1990.  The black swift in the Chiricahua Mountains of Arizona.  Southwestern Naturalist.  35:559-560.

Lederer, N. and M. Condron.  1991.  Riparian Field Survey of San Miguel and Dolores River Basins for Colorado Natural Heritage Program,  CSU, Fort Collins, CO.

Livo, Lauren.  1997.  Personal Communication.

284

BLM_0057056

Lyon, M.J.  1995.  A Floristic Survey of the San Miguel and Lower Dolores River Basins, Colorado and Utah.  Masters thesis, University of Wyoming.

Meffe, G.K.  1985.  Predation and species replacement in American southwestern fishes: a case study.  Southwestern Naturalist 30:173-187.

Meffe, G.K., and W.L. Minckley.  1987.  Persistence and stability of fish and invertebrate assemblages in a repeatedly disturbed Sonoran desert stream.  American Midland Naturalist 117:177-91.

Michael, C.M.  1927.  Black Swift nesting in Yosemite National Park.  Condor 29:89-97.

Miller, R.R.  1961.  Man and the changing fish fauna of the American Southwest.  Paper Michigan Academy Science, Arts, and Letters 46:365-404.

Minckley, W.L., and J.E. Deacon.  1968.  Southwestern fishes and the enigma of "endangered species."  Science 159:1424-32.

Mutel, C. F. and J. C. Emerick.  1992.  From Grassland to Glacier.  Johnson Book, Boulder, Colorado.

National Geographic Society (NGS).  1987.  Field Guide to the Birds of North America.  National Geographic Society, Washington, D.C.

Navo, K.W., J.A. Gore, and G.T. Skiba.  1992.  Observations on the spotted bat, *Euderma maculatum*, in northwestern Colorado.  Journal of Mammology. 73:547-551.

Navo, K. W., T. E. Ingersoll, C. E. Wilkey, L. R. Bonewell, and N. LaMantia-Olsen.  1999.  1999 bat/active mines project Bureau of Land Management report.  Grand Junction, Canon City District, and Montrose offices.

O'Kane, S. L.  1988.  Colorado's Rare Flora.  Great Basin Naturalist 48(4): 434-484.

Page, L.M., and B.M. Burr.  1991.  A Field Guide to Freshwater Fishes: North America North of Mexico.  Houghton Mifflin Company, Boston, Massachusetts.  432 pp.

Payson, Edwin.  1915.  New and Noteworthy Plants from Southwestern Colorado.  The Botanical Gazette 60:377.

Proebstel, D.S.  1994.  Taxonomic Identification of Colorado River Cutthroat Trout (*Onocorhynchus clarki pleuriticus*) in Colorado--Draft report.  Progress Report October 1994.

Pulliam, W.  1995.  How to find a Boreal Owl.  Webpage, http://lamar.colostate.edu/~bbill/borowl.html.

BLM_0057057

Pyle, R.M.  1989.  The Audubon Society Field Guide to North American Butterflies.  Alfred A. Knopf, Inc., New York.

Reynolds, R. T., R. T. Graham, M. H. Hildegard.  1992.  Management recommendations for the northern goshawk in the southwestern United States.  USDA Forest Service, General Technical Report RM-17.  Rocky Mountain Forest and Range Experiment Station, CO. 90 pp.

Ritchie, M.E., M.L. Wolfe, and R. Danvir.  1994.  Predation of artificial sage grouse nests in treated and untreated sagebrush.  Great Basin Naturalist 54:122-129.

Ruggiero, L. F., K. B. Aubry, S. W. Buskirk, L. J. Lyon, and W. J. Zielinski.  1994.  The Scientific Basis for Conserving Forest Carnivores in the western United States.  General technical report RM-254.  U.S. Forest Service, Rocky Mountain Forest and Range Experimental Station, Fort Collins.  184 pp.

Ryder, R.A.  1998.  Boreal Owl.  In Colorado Breeding Bird Atlas, H.E. Kingery ed.  Colorado Bird Atlas Partnership; co-published by Colorado Division of Wildlife.

Scott, J. A.  1986.  The Butterflies of North America: a Natural History and Field Guide.  Stanford University Press.  Stsanford, California.

Shroeder, M. A., J. R. Young, and C. E. Braun.  1999.  Sage Grouse (*Centrocercus urophasianus*).  In The Birds of North America, No. 425 (A. Poole and F. Gill, eds.).  The Birds of North America, Inc., Philadelphia, PA.

Sigler, W. F. and R. R. Miller.  1963.  Fishes of Utah.  Utah State Department of Fish and Game, Salt Lake City, Utah.

Snow, C.  1974.  Habitat Management Services for Endangered Species: Report No. 4, Spotted Bat *Euderma maculatum*.  Bureau of Land Management.

Spackman, S., B. Jennings, J. Coles, C. Dawson, M. Minton, A. Kratz, and C. Spurrier.  1997.  Colorado Rare Plant Field Guide.  Prepared for the Bureau of Land Management, the U.S. Forest Service and the U.S. Fish and Wildlife Service by the Colorado Natural Heritage Program.

Spahr, R., L. Armstrong, D. Atwood, and M. Rath.  1991.  Threatened, endangered, and sensitive species of the Intermountain Region.  U.S. Forest Service, Ogden, Utah.

Squires, J. R., and R. T. Reynolds.  1997.  Northern Goshawk (Accipter gentilis). No. 298 in A. Poole and F. Gill, editors.  The Birds of North America.  The Academy of Natural Sciences, Philadelphia and The American Ornithologists' Union, Washington, D.C.

BLM_0057058

Stebbins, R.C. 1985. <u>A Field Guide to Western Reptiles and Amphibians</u>. Second Edition. Houghton Mifflin Company, Boston, Massachusetts. xiv + 336 pp.

Stevens, T. and J. Zoerner. 1997. San Miguel River and Tributaries Mapping Project. Colorado Natural Heritage Program, CSU, Fort Collins, CO.

Stiles, F. G., and A. J. Negret. 1994. The nonbreeding distribution of the Black Swift: a clue from Colombia and unsolved problems. <u>Condor</u> 96:1091-1094.

Stokes, D.W., and L.Q. Stokes. 1996. <u>Stokes Field Guide to Birds: Western Region</u>. Little, Brown & Company Limited, Boston.

Stubbendieck, J.S., L. Hatch, and C.H. Butterfield. 1994. <u>North American Range Plants</u>. University of Nebraska Press, Lincoln, Nebraska.

Thrash, Gary. Bureau of Land Management, San Juan Resource Area, Durango. Personal communication.

USDA Economic Research Service. 1972. Water and related land resources. Dolores River Basin, Colorado and Utah: a report based on a cooperative study by Colorado Water Conservation Board and United States Department of Agriculture. USDA, Denver, Colorado.

USDA Forest Service. 1999. Record of Decision, Telluride Ski Area Expansion Supplement to the Final Environmental Impact Statement and Final Environmental Impact Statement. Grand Mesa, Uncompahgre and Gunnison National Forests.

USDA Soil Conservation Service. 1978. <u>Soil Survey of Mesa County Area, Colorado.</u>

USDA, NRCS 1999. The PLANTS database (http://plants.usda.gov/plants). National Plant Data Center, Baton Rouge, LA 70874-4490 USA (for common names, distributions) www.fs.fed.us/database/feis/ [1998,March 12]

USDI 1985. Record of Decision for San Juan-San Miguel Resource Management Plan and Final Enviromental Impact Statement. Prepared by the U.S. Department of the Interior, Bureau of Land Management, Montrose District, Colorado, San Juan Resource Area and Uncompahgre Basin Resource Area. Montrose, CO.

USDI Bureau of Land Management, Uncompahgre Basin Resource Area. 1993. San Juan/San Miguel Resource Management Plan Amendment; San Miguel River ACEC and SRMA. Montrose, CO.

Vanicek, C.D., and R.H. Kramer. 1969. Life history of the Colorado squawfish, *Ptychocheilus lucius*, and the Colorado chub, *Gila robusta*, in the Green River in

287

Dinosaur National Monument, 1964-1966.  Transactions of the American Fisheries Society 98:193.

Weber, W. A. and R. C. Wittmann.  1992.  Catalog of the Colorado Flora:  A Biodiversity Baseline.  University Press of Colorado, Niwot, Colorado.

Weber, W.A. and R.C.Wittman.  1996.  Colorado Flora: Western Slope.  University Press of Colorado, Niwot, CO.

Welsh, S. L., N. D. Atwood, S. Goodrich, and L. C. Higgins, Eds.  1993.  A Utah Flora.  Second Edition, Revised.  Brigham Young University, Provo, Utah.

White, D. H., and J. T. Seginak.  1987.  Cave gate designs for use in protecting endangered bats.  Wildlife Society Bull.  15:445-449.

Woodling, J.  1985.  Colorado's Little Fish: A Guide to the Minnows and Other Lesser Known Fishes in the State of Colorado.  Colorado Division of Wildlife, Denver.

Woolstenhulme, Loreen.  Personal communication.  BYU Botany Dept., Provo, Utah.

Winternitz, B.L.  1998.  Bald Eagle.  In Colorado Breeding Bird Atlas, H.E. Kingery ed.  Colorado Bird Atlas Partnership; co-published by Colorado Division of Wildlife.

Young, M.K.  1995.  Colorado River cutthroat trout.  Pages 16-23 in M. K. Young, technical editor.  Conservation assessment for inland cutthroat trout.  USDA Forest Service General Technical Report RM-GTR-256. iv + 61 pp.

Young, M.K., R.N. Schmal, T.W. Kohley, and V.G. Leonard.  1996.  Conservation status of Colorado River cutthroat trout.  General Technical Report RM-GTR-282.  U.S. Forest Service, Rocky Mountain Forest and Range Experimental Station, Fort Collins.  32 pp.

BLM_0057060

**Appendix 1. Targeted Inventory Areas and Survey dates. 1-50 Zoology, 001-130 Botany.**

| TIA no. | TIA Name | Survey date | | TIA no. | TIA Name | Survey date |
|---|---|---|---|---|---|---|
| 1 | Paradox Valley East | 04/09/1999 | | 48 | Big Gypsum Valley North | 04/10/1999 |
| 2 | Dolores River at Bedrock | 04/07/1999 | | 49 | Big Gypsum Valley Central | 4/10, 7/13/99 |
| 3 | La Sal Creek | 04/11/1999 | | 50 | Silvey's Pocket | 07/13/1999 |
| 4 | Atkinson Mesa | 06/09/1999 | | 51 | Hastings Ranch | 08/18/1999 |
| 5 | Dolores River East | 04/10/1999 | | 52 | Last Dollar Mountain | 08/18/1999 |
| 6 | Bull Canyon | 04/10/1999 | | 53 | Alta Lakes | 08/24/1999 |
| 7 | Monogram Mesa | 04/10/1999 | | 54 | San Miguel River at Pinon | 07/18/1999 |
| 8 | Carpenter Ridge | 04/11/1999 | | 55 | Dry Creek Basin | 07/07/1999 |
| 9 | Paradox West | 04/11/1999 | | 001 | Coyote Wash | 5-25, 5-30 |
| 10 | Little Gypsum Valley | 4/10/99, 7/12/99 | | 002 | East Paradox Creek | 4-6, 6-8 |
| 11 | Big Gypsum Valey South | 09/09/1999 | | 003 | Paradox Valley | 4-6, 6-8, 9-17 |
| 12 | Tabeguache Creek | 06/15/1999 | | 004 | Paradox by Carpenter Ridge | 6-9 |
| 13 | Nucla | 06/16/1999 | | 005 | Swamp Canyon | 9-16 |
| 14 | Spring Creek Mesa | 06/16-17/99 | | 006 | Lizard Head trail | 7-28 |
| 15 | McKenna Peak | 07/11/1999 | | 007 | Atkinson Mesa | 7-20, 9-1 |
| 16 | Summit Canyon | 07/12/1999 | | 008 | Bedrock to LaSal Creek | 4-15 |
| 17 | Skein Mesa | 07/19/1999 | | 009 | Big Bear Creek | 6-29 |
| 18 | Atkinson Creek | 06/09/1999 | | 010 | Black Bear Road | 7-26, 9-6 |
| 19 | Desert Claim | 7/20, 21/99 | | 011 | Bridal Veil Basin | 9-13 |
| 20 | Camel Gardens | 07/23/1999 | | 012 | Miramonte | 3-22, 8-1 |
| 21 | Blue Lake | 07/23/1999 | | 013 | Bilk Creek | 10-1 |
| 22 | Bridal Viel Falls | 07/21/1999 | | 014 | Broad Canyon | 6-4 |
| 23 | Deep Creek | 08/11/1999 | | 015 | Alta Lakes, Gold King Basin | 7-15 |
| 24 | Silver Lake | 08/11/1999 | | 016 | Ilium Valley | 10-1 |
| 25 | Elk Creek | 08/018/99 | | 017 | Silver Pick Basin | 8-19 |
| 26 | Clear Creek | 08/26/1999 | | 018 | Brown Ranch | 8-26 |
| 27 | Little Red Canyon | 08/26/1999 | | 019 | Buck Canyon | 7-16 |
| 28 | San Miguel Canyon/Norwood | 08/26/1999 | | 020 | Gurley Canyon | 6-10 |
| 29 | Wilson Mesa | 07/1999 | | 021 | Placerville hot spring | 5-18 |
| 30 | Bilk Basin | 07/1999 | | 022 | Bridal Veil Falls | 7-8, 9-6 |
| 31 | Sanborn Park | 08/26/1999 | | 023 | Specie Mesa | 6-29, 7-24 |
| 32 | Disappointment Valley | 09/30/1999 | | 024 | Schmidt Ranch | 6-29, 7-5 |
| 33 | Dolores River-South | 09/30/1999 | | 025 | Egnar | 7-14 |
| 34 | Joe Davis Hill | 09/30/1999 | | 026 | Buckeye Reservoir, Carpenter Ridge | 6-9 |
| 35 | Basin (Town) | 07/21/1999 | | | | |
| 36 | Dolores River-Slick Rock | 06/30/1999 | | 027 | Bucktail Road | 7-17 |
| 37 | McIntyre Canyon | 06/30/1999 | | 028 | McIntyre Canyon | 5-29, 6-30 |
| 38 | Fall Creek Falls | 08/23/1999 | | 030 | Summit Canyon | 5-28 |
| 39 | Lake Fork Falls | 08/26/1999 | | 031 | Slickrock | 6-30, 7-7, 7-14, 7-15 |
| 40 | Bear Creek Falls | 08/27/1999 | | | | |
| 41 | Ingram Falls | 08/23/1999 | | 032 | Nicholas Wash | 4-15-99 |
| 42 | Cornet Falls | 08/24/1999 | | 033 | Big Gypsum Valley | 4-15, 5-25 |
| 43 | Savage Basin | 08/21/1999 | | 034 | Dry Creek Basin | 4-6, 6-30, 7-13, 7-15 |
| 44 | Coventry | 09/08/1999 | | 035 | Gypsum Gap | 7-14 |
| 45 | Paradox-Long Park Road | 09/30/1999 | | 036 | Columbine Pass | 7-18 |
| 46 | Dry Creek Basin-Big Gypsu | 09/30/1999 | | 037 | Hamilton Mesa | 4-16 |
| 47 | Lone Cone | 10/01/1999 | | 038 | Bear Creek | 9-4 |

289

BLM_0057061

| | | |
|---|---|---|
| 039 | Cornet Creek Falls | 8-27 |
| 040 | Imogene Pass | 7-29 |
| 041 | Monogram Mesa | 4-6 |
| 042 | Bull Canyon, upper | 4-6, 5-13, 5-30 |
| 043 | Cottonwood Creek | 7-17 |
| 044 | Lower Bull Canyon | 5-31 |
| 045 | Silvey's Pocket | 5-25 |
| 046 | Dave Wood Road | 7-17 |
| 047 | La Sal Creek, upper | 3/27, 4-5, 9-17 |
| 048 | Paradox Switchbacks | 4-6, 9-17 |
| 049 | Delta Nucla Road | 7-17 |
| 050 | Disappointment Valley South arroyos | 4-16 |
| 051 | Divide Road | 7-17 |
| 052 | Little Gypsum Valley | 5-25 |
| 053 | Dolores Canyon meanders (Slick Rock Canyon) | 5-28 to 6-1 |
| 054 | Disappointment Valley | 4-15-99 |
| 055 | Dolores Canyon seeps | 5-12 |
| 056 | Tuttle Draw | 6-8 |
| 057 | Third Park | 6-8 |
| 058 | Dolores Canyon Uravan to Roc Creek | 4-14, 4-16, 5-12 |
| 059 | Dry Park | 7-18 |
| 060 | Egnar Hill | 7-15 |
| 061 | Waterfall Creek | 9-16 |
| 062 | Glencoe Road | 7-18 |
| 063 | Bilk Basin | 10-1 |
| 064 | Wilson Meadows | 8-2 |
| 065 | Lizard Head | 8-2 |
| 066 | LaSal Creek-lower | 6-1 |
| 067 | Goodenough Draw | 7-4 |
| 068 | Dolores from LaSal to Bedrock | 4-15-99 |
| 069 | Greenback Mountain | 8-27 |
| 070 | Gutshall Draw | 7-3 |
| 071 | Dallas Divide | 7-16 |
| 072 | Clay Creek | 4-10-99 |
| 073 | Hieroglyphic Canyon | 9-1 |
| 074 | Tabeguache Basin | 7-16 |
| 075 | Horsefly Creek | 7-4 |
| 076 | Sewemup Mesa south | 8-22 |
| 077 | Naturita Canyon | 6-4, 9-9, 9-15 |
| 078 | The Burn | 9-2 |
| 079 | Hog Park | 9-2 |
| 080 | Joe Davis Hill | 7-15 |
| 081 | Judd Wiebe Tradil | 8-27 |
| 082 | Leopard Creek | several |
| 083 | Little Atkinson Mesa | 9-1 |
| 084 | Little Red Canyon | 7-4 |

| | | |
|---|---|---|
| 085 | Lone Cone Lake | 8-28 |
| 086 | Lone Cone, Devil's Chair | 8-1 |
| 087 | Lower McKenzie Creek | 7-3 |
| 088 | Mailbox Park | 5-21 |
| 089 | Campbell Creek | 7-16 |
| 090 | Hanks Valley | 7-4 |
| 091 | Maverick Draw | 6-8 |
| 092 | Tabeguache Basin 2 | 7-17 |
| 093 | Naturita | 5-21 |
| 094 | McKee Draw | 3-22 |
| 095 | McKenna Peak | 7-11 |
| 096 | McKenzie Creek | 7-3 |
| 097 | Mesa Creek | 7-20 |
| 098 | Naturita South hills | 6-8, 9-2 |
| 099 | Old Highway 90 | 7-17 |
| 100 | Roc Creek | 8-22 |
| 101 | Ophir Pass | 7-27 |
| 102 | Horse Mesa | 6-30 |
| 103 | Prospect Basin | 7-8 |
| 104 | Bramiers Draw | 9-2 |
| 105 | Red Canyon | 7-4 |
| 106 | River Road | 5-12 |
| 107 | Road BB16 | 5-14 |
| 108 | San Miguel , Beaver Cr. to Pinyon | 8-2 |
| 109 | San Miguel at Tabeguache | 4-14 |
| 110 | San Miguel Placerville to Beaver Creek | 8-26 |
| 111 | Hastings Mesa | several |
| 112 | Sanborn Park | 7-4, 7-17 |
| 113 | Iron Springs Mesa | 6-29, 7-17 |
| 114 | Savage Basin | 7-30 |
| 115 | Beaver Mesa | 8-27 |
| 116 | Beaver Creek | 8-27 |
| 117 | Sewemup Mesa north | 8-30 |
| 118 | Sneffels Highline Trail | 8-27 |
| 119 | Spring Creek Basin | 4-16 |
| 120 | Sunshine Mesa | 10-1 |
| 121 | Trapper Mesa | 7-17 |
| 122 | Upper Dolores Canyon | 7-13, 7-14 |
| 123 | Uravan area Entrada Sandstone | 4-14 |
| 124 | Ute | 7-18 |
| 125 | West Beaver Creek | 8-28, 9-8 |
| 126 | Wild Steer Mesa | 5-13 |
| 127 | Williams Reservoir | 9-15 |
| 128 | Wilson Mesa | 6-29, 7-5 |
| 129 | Windy Point | 7-16 |
| 130 | Woods Lake | 9-8 |

290

## Appendix II.  Scientific Names of Plants Mentioned in the Text

Plant common names used in the text are listed below, with their scientific names, family, and life form (tree, shrub, herb, grass, sedge, rush, fern).  Common names were taken from a variety of sources, including A Utah Flora (Welsh 1993), the NRCS PLANTS database (USDA NRCS 1999), and personal knowledge of common usage. Families are given to aid readers to locate further information on a species in floras, such as Weber's Colorado Flora: Western Slope (Weber 1996), that are organized by family.

The decision to use common names in the text was not a completely satisfactory solution to the problem of nomenclature.  Many of the plants below do not truly have common names, and the names listed were derived from the scientific name.  However, the alternative, to use scientific names, or both common and scientific names with one of them in parentheses, seemed overly cumbersome for most readers.  We hope that providing the scientific names for those readers who are interested will be the least bad solution.

| Common name | Scientific name | Family | Life form |
|---|---|---|---|
| Abajo penstemon | Penstemon lentus | Scrophulariaceae | |
| Actinea | Tetraneuris ivesiana (Hymenoxys acaulis) | Asteraceae | herb |
| Alder, thinleaf | Alnus incana | Betulaceae | tree |
| Alfalfa | Medicago sativa | Fabaceae | herb |
| Alkali sacaton | Sporobolus aeroides | Poaceae | grass |
| Alpine avens | Geum rossii | Rosaceae | herb |
| Alpine bistort | Bistorta vivipara | Polygonaceae | herb |
| Alpine bluegrass | Poa alpina | Poaceae | grass |
| Alpine fescue | Festuca brachyphylla | Poaceae | grass |
| Alpine groundsel | Senecio holmii | | herb |
| Alpine parsley | Oreoxys alpina | Apiaceae | herb |
| Alpine sagebrush | Artemisia scopulorum | Asteraceae | herb |
| Alpine sandwort | Lidia obtusiloba | Alsinaceae | herb |
| Alpine smelowskia | Smelowskia calycina | Brassicaceae | herb |
| Altai chickweed | Stellaria irrigua | Caryophyllaceae | herb |
| Altai cottongrass | Eriophorum altaicum | Cyperaceae | sedge |
| American bistort | | Polygonaceae | |
| American rock-brake | Cryptogramma acrostichoides | Cryptogrammaceae | |
| American vetch | Vicia americana | Fabaceae | herb |
| Arctic draba | Draba fladnizensis | | herb |
| Arctic harebell | Campanula uniflora | Campanulaceae | herb |
| Arizona fescue | Festuca arizonica | Poaceae | grass |
| Arnica, heartleaf | Arnica cordifolia | Asteraceae | herb |
| Arrowleaf balsamroot | | Asteraceae | herb |
| Arrowleaf groundsel | Senecio triangularis | Asteraceae | |
| Aspen | Populus tremuloides | Salicaceae | tree |
| Aspen daisy | Erigeron speciosus | Asteraceae | herb |
| Aspen peavine | Lathyrus leucanthus | Fabaceae | herb |
| | Platyschkuhria integrifolia | Asteraceae | herb |

291

BLM_0057063

| Baltic rush | *Juncus balticus* | Juncaceae | rush |
|---|---|---|---|
| Banana yucca | *Yucca bacata* | Agavaceae | shrub |
| Baneberry | *Actaea rubra* | Helleboraceae | herb |
| Barren ground willow | *Salix brachycarpa* | Salicaceae | shrub |
| Basin wildrye | *Elymus cinereus* | Poaceae | grass |
| Beaked sedge | *Carex utriculata* | Cyperaceae | sedge |
| Big sagebrush | *Artemisia (Seriphidium) tridentata ssp. tridentata* | Asteraceae | shrub |
| Bigelow's sagebrush | *Artemisia (Seriphidium) bigelovii* | Asteraceae | shrub |
| Bilberry | *Vaccinium cespitosum* | Ericaceae | shrub |
| Bindweed | *Convolvulus arvensis* | Convolvulaceae | herb |
| Birch, Western river | *Betula occidentalis* | Betulaceae | tree |
| Bitterbrush | *Purshia tridentata* | Rosaceae | shrub |
| Bittercress | *Cardamine cordifolia* | Brassicaceae | herb |
| Black groundsel | *Senecio atratus* | Asteraceae | |
| Black head daisy | *Erigeron melanocephalus* | | herb |
| | *Artemisia (Seriphidium) nova* | Asteraceae | shrub |
| Black-eyed susan | *Rudbeckia ampla* | Asteraceae | herb |
| Blue flax | *Linum lewisii* | Linaceae | herb |
| Blue gramma | *Bouteloua gracilis* | Poaceae | grass |
| Blue spruce | *Picea pungens* | Pinaceae | tree |
| Blue violet | *Viola adunca* | Violaceae | herb |
| | *Elymus glaucus* | Poaceae | grass |
| Bluebells | *Lupinus* sp. | Fabaceae | herb |
| Bluebunch wheatgrass | *Pseudoroegneria spicata* | Poaceae | grass |
| Bluegrass, Sandburg | *Poa secunda* | Poaceae | grass |
| Bluejoint reedgrass | *Calamagrostis canadensis* | Poaceae | grass |
| Bog birch | *Betula glandulosa* | Betulaceae | shrub |
| Bog orchids | *Habeneria* sp. | Orchidaceae | herb |
| Bottlebrush squirreltail | | Poaceae | grass |
| Box elder | | Aceraceae | |
| Bracken fern | *Pteridium aquilinum* | Polypodiaceae | |
| Breadroot, large flowered | *Pediomelum megalanthum* | Apiaceae | herb |
| Breadroot, Paradox | *Pediomelum aromaticum* | | herb |
| Brittle fern | *Cystopteris fragilis* | | fern |
| Broom snakeweed | | Asteraceae | |
| Buffaloberry, silver | *Shepherdia argentea* | Eleagnaceae | tree |
| Bulbous bluegrass | *Poa bulbosa* | Poaceae | grass |
| Bull thistle | *Cirsium vulgare* | Asteraceae | herb |
| Burdock | | Asteraceae | herb |
| Buttercup | *Ranunculus* sp. | | herb |
| Cactus, hedgehog | *Echinocereus triglochidiatus* | Cactaceae | herb |
| Cactus, prickly-pear | *Opuntia polyacantha or O. erinacea* | Cactaceae | herb |
| Canada goldenrod | *Solidago canadensis* | Asteraceae | herb |
| Canada thistle | *Cirsium arvense* | Asteraceae | herb |
| Canada wildrye | | Poaceae | grass |
| Canadian reedgrass | *Calamagrostis canadensis* | Poaceae | grass |

292

| Canadian violet | Viola canadensis | | Herb |
| Candytuft | Noccaea montana | Brassicaceae | herb |
| Canyon bog orchid | Limnorchis ensifolia | Orchidaceae | |
| Cat's eye, roughseed | Cryptantha (Oreocarya) flavoculata | Boraginaceae | herb |
| Cattail, narrowleaf | Typha latifolia | Typhaceae | herb |
| Chainpod | Hedysarum boreale | Fabaceae | herb |
| Cheatgrass | Bromus tectorum | Poaceae | grass |
| Chiming bells | Mertensia ciliata | Boraginaceae | herb |
| Chokecherry | Prunus (Padus) virginiana | Rosaceae | shrub |
| Cinquefoil | Potentilla sp. | Rosaceae | herb |
| Cinquefoil, shrubby | Potentilla fruticosa (Pentaphylloides floribunda) | Rosaceae | shrub |
| Clematis, western white | | Ranunculaceae | |
| Cliff fendlerbush | Fendlera rupicola | Hydrangaceae | shrub |
| Cliff rose | Purshia stansburiana | Rosaceae | shrub |
| White clover | Trifolium repens | Fabaceae | herb |
| Cockleburr, rough | Xanthium strumarium | Asteraceae | herb |
| Colorado bedstraw | Galium coloradense | Rubiaceae | herb |
| Colorado cinquefoil | Potentilla subjuga | Rosaceae | herb |
| Colorado columbine | Aquilegia coerulea | Helleboraceae | herb |
| Colorado Divide whitlow-grass | Draba streptobrachia | Brassicaceae | herb |
| Colorado pinyon | Pinus edulis | Pinaceae | tree |
| Colorado ragwort | Senecio soldanella | Asteraceae | herb |
| Columbia needlegrass | Stipa columbiana | Poaceae | grass |
| Columbine, Mancos | | Helleboraceae | herb |
| Columbine, yellow | Aquilegia micrantha | Helleboraceae | |
| Common juniper | Juniperus communis | Cupressaceae | shrub |
| Common milkweed | Asclepias speciosa | Asclepiadaceae | herb |
| Common moonwort | Botrychium lunaria | Ophioglossaceae | fern |
| Common plantain | Plantago major | Plantaginaceae | herb |
| Common reed | Phragmites australis | Poaceae | grass |
| Common spikerush | Eleocharis palustris | Cyperaceae | sedge |
| Coneflower | Rudbeckia sp. | Asteraceae | herb |
| Cottonwood, narrowleaf | Populus angustifolia | | tree |
| | Populus deltoides ssp. wislizenii | Salicaceae | tree |
| Cow parsnip | Heracleum lanatum | Apiaceae | herb |
| Cowbane | | Apiaceae | herb |
| Coyote willow | Salix exigua | Salicaceae | shrub |
| Cranesbill | Erodium cicutarium | Geraniaceae | herb |
| | Agropyron cristatum | Poaceae | grass |
| Curly sedge | Carex rupestris | Cyperaceae | sedge |
| Cushion phlox | Phlox condensata | | herb |
| | Erigeron pinnatisectus | Asteraceae | herb |
| Dandelion | | Asteraceae | |
| Diamondleaf saxifrage | Micranthes (Saxifraga) rhomboidea | Saxifragaceae | |
| Different leaved groundsel | Senecio dimorphophyllus | Asteraceae | herb |
| Dogbane | Apocynum cannabinum | Apocynaceae | herb |

293

BLM_0057065

| | | | |
|---|---|---|---|
| Dogwood, red-osier | *Cornus sericea* | Cornaceae | shrub |
| Douglas fir | *Pseudotsuga menziesii* | Pinaceae | tree |
| Drummond's rockcress | *Arabis (Boechera) drummondii* | Brassicaceae | herb |
| Drummond's willow | *Salix drummondii* | Salicaceae | shrub |
| Dwarf bilberry | *Vaccinium myrtillus* | Ericaceae | shrub |
| Dwarf clover | *Trifolium nanum* | Fabaceae | herb |
| Dwarf mountain mahogany | | Rosaceae | shrub |
| Easter daisy | *Townsendia incana* | Asteraceae | herb |
| Eastwood monkey-flower | *Mimulus eastwoodiae* | Scrophulariaceae | herb |
| Eastwood's paintbrush | *Castilleja scabrida* | Scrophulariacea | herb |
| Eastwood-plant (Welsh) | *Chamaechaenactis scaposa* | Asteraceae | herb |
| Edible valerian | *Valeriana edulis* | Valerianaceae | herb |
| Elderberry | *Sambucus racemosa* | Caprifoliaceae | shrub |
| Elephant head | *Pedicularis groenlandica* | Scrophulariaceae | herb |
| Elk sedge | *Carex geyeri* | Cyperaceae | sedge |
| Engelmann's spruce | *Picea engelmannii* | Pinaceae | tree |
| Evening primrose | *Oenothera* sp. | Onagraceae | herb |
| False hellebore | *Veratrum tenuifolium* | Melanthiaceae | herb |
| False solomonseal | *Maianthemum stellatum* | | herb |
| | *Sibbaldia procumbens* | Rosaceae | herb |
| | *Erigeron pinnatisectus* | Asteraceae | herb |
| Felwort | *Swertia perenne* | Gentianaceae | herb |
| Fendler meadowrue | *Thalictrum fendleri* | Ranunculaceae | herb |
| Fendler's ceanothus | *Ceanothus fendleri* | Rhamnaceae | shrub |
| Fendler's spring-parsley | *Cymopterus fendleri* | Apiaceae | herb |
| Fendler's waterleaf | *Hydrophyllum fendleri* | Hydrophyllaceae | herb |
| Fendlerbush | | Hydrangeaceae | shrub |
| Fescue, meadow | *Festuca pratensis* | Poaceae | grass |
| Fescue, tall | *Festuca arundinacea* | Poaceae | grass |
| Field mint | *Mentha arvense* | Lamiaceae | herb |
| Fineleaf hymenopappus | *Hymenopappus filifolius* | Asteraceae | herb |
| Fir, Douglas | *Pseudotsuga menziesii* | Pinaceae | tree |
| Fir, subalpine | *Abies lasiocarpa* | Pinaceae | tree |
| Fir, white | *Abies concolor* | Pinaceae | tree |
| Fireweed | *Epilobium angustifolium* | Onagraceae | herb |
| Fleabane, tall | *Erigeron elatior* | Asteraceae | herb |
| Floating buttercup | *Ranunculus* | Ranunculaceae | herb |
| Foothill sagewort | *Artemisia ludoviciana* | Asteraceae | herb |
| Four o'clocks | *Mirabilis multiflora* | Nyctaginaceae | herb |
| Four-wing saltbush | *Atriplex canescens* | Chenopodiaceae | shrub |
| Foxtail muhly | *Muhlenbergia* | Poaceae | grass |
| Fragrant bedstraw | *Galium boreale* | Rubiaceae | herb |
| Fremont barberry | *Berberis fremontii* | Berberidaceae | shrub |
| Fremont's cottonwood | *Populus deltoides* ssp. *wislizenii* | Salicaceae | tree |
| Fremont's groundsel | *Senecio fremontii* | Asteraceae | herb |
| Fringed sage | *Artemisia frigida* | Asteraceae | shrub |
| Galleta | *Hilaria jamesii* | Poaceae | grass |

294

| Gambel's oak | *Quercus gambelii* | Fagaceae | tree |
|---|---|---|---|
| Geranium, Richardson's | *Geranium richardsonii* | Geraniaceae | herb |
| Geyer's onion | *Allium geyeri* | Alliaceae | herb |
| Geyer's willow | *Salix geyeriana* | Salicaceae | shrub |
| Giant angelica | *Angelica ampla* | Apiaceae | herb |
| Giant goldenrod | *Solidago canadensis* | Asteraceae | herb |
| Giant helleborine orchid | *Epipactis gigantea* | Orchidaceae | herb |
| Giant reed | *Phragmites australis* | Poaceae | grass |
| Giant wildrye | *Elymus cinereus* | Poaceae | grass |
| Gilia, skyrocket | *Ipomopsis aggregata* | Polemoniaceae | herb |
| Glaber daisy | *Erigeron leiomeris* | Asteraceae | herb |
| Globemallow, scarlet | *Sphaeralcea coccinea* | Malvaceae | herb |
| Golden banner | *Thermopsis montana* | Fabaceae | herb |
| Golden saxifrage | *Hirculus platysepalus* | Saxifragaceae | herb |
| Goldeneye daisy | *Heliomeris multiflora* | Asteraceae | herb |
| Goldenrod, giant | *Solidago canadensis* | Asteraceae | herb |
| | *Petradoria pumila* | Asteraceae | herb |
| Goldenweed, thrift mock | *Stenotus armerioides* | Asteraceae | herb |
| Grand Junction milkvetch | *Astragalus linifolius* | Fabaceae | herb |
| Gray aster | *Aster glaucodes* | Asteraceae | herb |
| Greasewood | *Sarcobatus vermiculatus* | Chenopodiaceae | shrub |
| Greene's daisy | *Erigeron simplex* | Asteraceae | herb |
| Greenleaf manzanita | *Arctostaphylos patula* | Ericaceae | shrub |
| Groundsel | | Asteraceae | herb |
| Groundsel, New Mexican | *Senecio (Packera) neomexicana* | Asteraceae | herb |
| Groundsel, triangle-leaf | *Senecio triangularis* | Asteraceae | herb |
| Gumweed | *Grindelia squarrosa* | Asteraceae | herb |
| Gumweed aster | *Machaeranthera grindelioides* | Asteraceae | herb |
| Hackberry | *Celtis reticulata* | Ulmaceae | tree |
| Hairgrass, tufted | *Deschampsia cespitosa* | Poaceae | grass |
| Hairspine pricklypear | *Opuntia polyacantha* | Cactaceae | herb |
| Hairy arnica | *Arnica mollis* | Asteraceae | herb |
| Hairy golden aster | *Heterotheca villosa* | Asteraceae | herb |
| Harbour penstemon | *Penstemon harbouri* | Scrophulariaceae | herb |
| Hawthorn | *Crataegus* sp. | Rosaceae | tree |
| Heartleaf arnica | *Arnica cordifolia* | Asteraceae | herb |
| Hedgehog cactus | *Echincereus triglochidiatus* | Cactaceae | herb |
| Helleborine orchid, giant | *Epipactis gigantea* | Orchidaceae | herb |
| Hood's phlox | | Polemoniaceae | herb |
| Hooker's evening primrose | *Oenothera hookeri* | Onagraceae | herb |
| Horsetails | *Equisetum arvense* | Equisetaceae | herb |
| Horseweed, Canadian | *Conyza canadensis* | Asteraceae | herb |
| Hound's tongue | *Cynoglossum officinale* | Boraginaceae | herb |
| Hymenoxys, graylocks | *Hymenoxys (Rydbergia) grandiflora* | Asteraceae | herb |
| Indian paintbrush | *Castilleja* sp. | Scrophulariaceae | herb |
| Indian rice grass | *Oryzopsis hymenoides* | Poaceae | grass |
| Inland saltgrass | *Distichlis spicata* | Poaceae | grass |

BLM_0057067

| Intermediate wheatgrass | Agropyron intermedium | Poaceae | grass |
|---|---|---|---|
| Jacob's ladder | Polemonium pulcherrimum | Polemoniaceae | herb |
| Jim Hill mustard | Sisymbrium altissimum | Brassicaceae | herb |
| Juniper, common | Juniperus communis | Cupressaceae | shrub |
| Juniper, Rocky Mountain | Juniperus scopulorum | Cupressaceae | tree |
| Juniper, Utah | Juniperus osteosperma | Cupressaceae | tree |
| Kachina daisy | Erigeron kachinensis | Asteraceae | herb |
| Kentucky bluegrass | Poa pratensis | Poaceae | grass |
| King's clover | Trifolium kingii | Fabaceae | herb |
| King's crown | Rhodiola (Sedum)integrifolia | Crassulaceae | herb |
| Kinnikinnick | Arctostaphylos uva-ursi | Ericaceae | shrub |
| Kittentails | Besseya ritteriana | Scrophulariaceae | herb |
| Knapweed, Russian | Centaurea repens | Asteraceae | herb |
| Lance-leaved moonwort | Botrychium lanceolatum | Ophioglossaceae | fern |
| Lanceleaf cottonwood | Populus acuminata | Salicaceae | tree |
| Large flowered breadroot | Pediomelum megalanthum | Apiaceae | herb |
| Larkspur, tall | Delphinium barbeyi | Ranunculaceae | herb |
| Leathery grape fern | Botrychium multifidum | Ophioglossaceae | fern |
| Licorice, wild | Glycyrrhiza lepidota | Fabaceae | herb |
| Little penstemon | Penstemon breviculus | Scrophulariaceae | herb |
| Little sunflower | Helianthella quinquenervis | Asteraceae | herb |
| Little-leaved brickelbush | Brickellia microphylla | Asteraceae | shrub |
| Littleleaf mock orange | Philadelphus microphyllus | Hydrangaceae | shrub |
| Longleaf phlox | Phlox longifolia | Polemoniaceae | herb |
| Lupine | Lupinus sp. | Fabaceae | herb |
| Lupine, silvery | Lupinus argenteus | Fabaceae | herb |
| Mahogany, mountain | Cercocarpus montanus | Rosaceae | shrub |
| Mancos columbine | Aquilegia micrantha | Helleboraceae | herb |
| Many-lobed groundsel | Senecio multilobatus | Asteraceae | herb |
| Manzanita | Arctostaphylos patula | Ericaceae | shrub |
| Maple, Rocky Mountain | Acer glabrum | Aceraceae | tree |
| Marsh marigold | Caltha leptosepala | Helleboraceae | herb |
| Mat penstemon | Penstemon cespitosus | Scrophulariaceae | herb |
| Matted saxifrage | Cilaria austromontana | Saxifragaceae | herb |
| McCauley's buttercup | Ranunculus Macauleyi | Ranunculaceae | herb |
| Meadow timothy | Phleum pratense | Poaceae | grass |
| Meadowrue | Thalictrum fendleri | Ranunculaceae | herb |
| Mesa dropseed | Sporobolus flexuosus | Poaceae | grass |
| Milkvetch, Grand Junction | Astragalus linifolius | Fabaceae | herb |
| Milkvetch, San Rafael | Astragalus rafaelensis | Fabaceae | herb |
| Milkvetch, Wetherill | Astragalus wetherillii | Fabaceae | herb |
| Milkweed, showy | Asclepias speciosa | Asclepiadaceae | herb |
| Milkweed, whorled | Asclepias subverticillata | Asclepiadaceae | herb |
| Mingan moonwort | Botrychium minganense | Ophioglossaceae | fern |
| Mock orange, littleleaf | Philadelphus microphylla | Hydrangaceae | shrub |
| Mojave seablight | Suaeda torreyana | Chenopodiaceae | shrub |
| Monkeyflower, Eastwood's | Mimulus eastwoodiae | Scrophulariaceae | herb |

296

BLM_0057068

| Monkshood | *Aconitum columbianum* | Ranunculaceae | herb |
|---|---|---|---|
| Mormon tea | *Ephedra viridis* | Ephedraceae | shrub |
| Moss campion | *Silene acaulis* | Caryophyllaceae | herb |
| Mountain ash | *Sorbus scopulina* | Rosaceae | shrub |
| Mountain big sagebrush | *Artemisia (Seriphidium) tridentata ssp. vaseyana* | Asteraceae | shrub |
| Mountain lover | *Paxistima myrsinites* | Celastraceae | shrub |
| Mountain mahogany | *Cerocarpus montanus* | Rosaceae | shrub |
| Mountain thistle | | Asteraceae | herb |
| Mountain whitlow-grass | *Draba rectifructa* | Brassicaceae | |
| Mule's ears | *Wyethia amplexicaulis* | Asteraceae | herb |
| Mullein, wooly | *Verbascum thapsus* | Scrophulariaceae | herb |
| Musk thistle | *Carduus nutans* | Asteraceae | herb |
| Muttongrass | *Poa fendleriana* | Poaceae | grass |
| Narrowleaf cottonwood | *Populus angustifolia* | Salicaceae | tree |
| Naturita milkvetch | *Astragalus naturitensis* | Fabaceae | herb |
| Nebraska sedge | *Carex nebraskensis* | Cyperaceae | sedge |
| Needle and thread | *Stipa comata* | Poaceae | grass |
| Needle grass | *Stipa* sp. | Poaceae | grass |
| Nettle-leaf giant hyssop | *Agastache urticifolia* | Lamiaceae | herb |
| Nettles, stinging | *Urtica gracilis* | Urticaceae | herb |
| New Mexican cliff fern | *Woodsia neomexicana* | Polypodiaceae | fern |
| New Mexican groundsel | *Senecio neomexicana* | Asteraceae | herb |
| New Mexican privet | *Forestiera pubescens* | Oleaceae | shrub |
| Nodding brome | *Bromus ciliatus* | Poaceae | grass |
| Nodding onion | *Allium cernuum* | Alliaceae | herb |
| Northern bedstraw | *Galium boreale* | Rubiaceae | herb |
| Northern bog orchid | *Habenaria hyperborea* | Orchidaceae | herb |
| Northern moonwort | *Botrychium pinnatum* | Ophioglossaceae | fern |
| Northern sweetvetch | *Hedysarum boreale* | Fabaceae | herb |
| Nuttall's sunflower | *Helianthus nuttallii* | Asteraceae | herb |
| Oak, Gambel's | *Quercus gambelii* | Fagaceae | tree |
| Oatgrass, Parry's | *Danthonia parryi* | Poaceae | grass |
| Old man of the mountain | *Hymenoxys (Rydbergia) grandiflora* | Asteraceae | herb |
| Olive, Russian | *Eleagnus angustifolia* | Eleagnaceae | |
| One-sided wintergreen | *Orthelia secunda* | Pyrolaceae | herb |
| Orange sneezeweed | *Dugaldia hoopsii* | Asteraceae | herb |
| Orchard grass | *Dactylis glomerata* | Poaceae | grass |
| Oregon grape | *Mahonia repens* | Ericaceae | shrub |
| Osha | *Ligusticum porteri* | Apiaceae | herb |
| Owl clover | *Orthocarpus luteus* | Scrophulariaceae | herb |
| Oxeye daisy | *Leucanthemum vulgare* | Asteraceae | herb |
| Pale moonwort | *Botrychium pallidum* | Ophioglossaceae | fern |
| Paradox breadroot | *Pediomelum aromaticum* | Apiaceae | herb |
| Parish's alkali grass | *Puccinnellia parishii* | Poaceae | |
| Parrot's beak | *Pedicularis racemosa* | Scrophulariaceae | herb |
| Parry's oatgrass | *Danthonia parryi* | Poaceae | grass |

BLM_0057069

| Parry's primrose | *Primula parryi* | Primulaceae | herb |
|---|---|---|---|
| Parsley, wild mountain | *Pseudocymopterus montanus* | Apiaceae | herb |
| Payson lupine | *Lupinus crassus* | Fabaceae | herb |
| Pepperweed | *Lepidium* sp. | Brassicaceae | herb |
| Pinnate daisy | *Erigeron pinnatisectus* | Asteraceae | |
| Pinyon pine | *Pinus edulis* | Pinaceae | tree |
| Planeleaf willow | *Salix planifolia* | Salicaceae | shrub |
| Plantain goldenweed | *Pyrrhocoma uniflora* | Asteraceae | herb |
| Plantain, common | *Plantago major* | Plantaginaceae | |
| Poison ivy | *Toxicodendron rydbergii* | Anacardiaceae | |
| Ponderosa pine | *Pinus ponderosa* | Pinaceae | tree |
| Prairie junegrass | *Koeleria macrantha* | Poaceae | |
| Prickly pear cactus | *Opuntia erinacea* | Cactaceae | herb |
| Pricklypear cactus, hairspine | *Opuntia polyacantha* | Cactaceae | herb |
| Prince's plume | *Stanleya pinnata* | Brassicaceae | herb |
| Purple cliffbrake | *Pellaea atropurpurea* | Polypodiaceae | fern |
| Purple loosestrife | *Lythrum salicaria* | Lythraceae | herb |
| Purple mustard | *Chorispora tenella* | Brassicaceae | |
| Pussytoes | *Antennaria* sp. | Asteraceae | |
| Pygmy sagebrush | *Seriphidium pygmaeum* | Asteraceae | shrub |
| Rabbitbrush | *Chrysothamnus* sp. | Asteraceae | shrub |
| Rabbitbrush, low | *Chrysothamnus viscidiflorus* | Asteraceae | shrub |
| Rabbitbrush, rubber | *Chrysothamnus nauseosus* | Asteraceae | shrub |
| Rabbitbrush, spearleaf | *Chrysothamnus linifolius* | Asteraceae | shrub |
| Ragwort, tall | *Senecio* | Asteraceae | |
| Raspberry | *Rubus idaeus* | Rosaceae | |
| Rattlesnake plantain | *Goodyera oblongifolia* | Orchidaceae | herb |
| Red clover | *Trifolium pratense* | Fabaceae | herb |
| Red top | *Agrostis alba* | Poaceae | grass |
| | *Cornus sericea* | Cornaceae | shrub |
| Reed canary grass | *Phalaris arundinacea* | Poaceae | grass |
| Reflected moonwort | *Botrychium echo* | Ophioglossaceae | fern |
| Richardson's geranium | *Geranium richardsonii* | Geraniaceae | herb |
| Rio Grande cottonwood | *Populus deltoides ssp. wislizenii* | Salicaceae | tree |
| River birch | *Betula occidentalis* | Betulaceae | tree |
| Rock cress | *Boechera (Arabis)* sp. | Brassicaceae | herb |
| Rock goldenrod | *Petradoria pumila* | Asteraceae | |
| Rock jasmine | *Androsace septentrionalis* | Primulaceae | herb |
| Rock spirea | *Holodiscus dumosus* | Rosaceae | shrub |
| Rocky Mountain juniper | *Juniperus scopulorum* | Cupressaceae | tree |
| Rocky Mountain lousewort | *Pedicularis scopulorum* | Scrophulariacea | herb |
| Rocky Mountain maple | *Acer glabrum* | Aceraceae | tree |
| Rocky Mountain willow | *Salix monticola* | Salicaceae | shrub |
| Rose crown | *Clementsia (Sedum) rhodantha* | Crassulaceae | herb |
| Rose paintbrush | *Castilleja rhexifolia* | Scrophulariacea | herb |
| Rose, wild | *Rosa woodsii* | Rosaceae | shrub |
| Rough brickellbush | *Brickellia microphylla* | Asteraceae | shrub |

298

| Rough cockleburr | *Xanthium strumarium* | Asteraceae | herb |
| Roughseed cat's-eye | | Boraginaceae | herb |
| Rubber rabbitbrush | *Chrysothamnus nauseosus* | Asteraceae | shrub |
| Russet buffaloberry | *Shepherdia canadensis* | Eleagnaceae | shrub |
| Russian knapweed | | Asteraceae | herb |
| Russian olive | *Eleagnus angustifolia* | Eleagnaceae | tree |
| Russian thistle | *Salsola australis* | Chenopodiaceae | herb |
| Sagebrush, big | *Artemisia tridentata* ssp. *tridentata* | Asteraceae | shrub |
| Sagebrush, Bigelow's | *Artemisia(Seriphidium) bigelovii* | Asteraceae | shrub |
| Sagebrush, black | *Artemisia (Seriphidium) nova* | Asteraceae | shrub |
| Sagebrush, mountain big | *Artemisia (Seriphidium) tridentata ssp. vaseyana* | Asteraceae | shrub |
| Salina wildrye | *Leymus salinus* | Poaceae | grass |
| Salsify | *Tragopogon dubius* | Asteraceae | herb |
| Salt cedar | *Tamarix ramosissima* | Tamaricaceae | shrub |
| Saltbush, four-wing | *Atriplex canescens* | Chenopodiaceae | shrub |
| San Juan whitlow-grass | *Draba graminea* | Brassicaceae | herb |
| San Rafael milkvetch | *Astragalus rafaelensis* | Fabaceae | herb |
| Sand aster | *Chaetopappa ericoides* | Asteraceae | herb |
| Sand bar willow | *Salix exigua* | Salicaceae | shrub |
| Sand dropseed | *Sporobolus cryptandrus* | Poaceae | grass |
| Sand verbena | *Abronia elliptica* | Nyctaginaceae | herb |
| Sandberg bluegrass | *Poa secunda* | | grass |
| Sandstone milkvetch | *Astragalus sesquiflorus* | Fabaceae | herb |
| Scarlet globemallow | *Sphaeralcea coccinea* | Malvaceae | herb |
| Scouring rush | *Equisetum arvense* | Equisetaceae | herb |
| Sea-blight | *Suaeda torreyana* | Chenopodiaceae | shrub |
| Sedge, beaked | *Carex utriculata* | Cyperaceae | sedge |
| Sedge, elk | *Carex geyeri* | Cyperaceae | sedge |
| Sedge, Nebraska | *Carex nebraskensis* | | sedge |
| Sedge, water | *Carex aquatilis* | | sedge |
| Sedge, western | *Carex occidentalis* | Cyperaceae | sedge |
| Sedge, wooly | *Carex lanuginosa* | Cyperaceae | sedge |
| Seep monkeyflower | *Mimulus eastwoodiae* | Scrophulariaceae | herb |
| Seep willow | *Baccharis salicina* | Asteraceae | shrub |
| Sego lily | *Calochortus nuttallii* | Calochortaceae | herb |
| Serviceberry, Utah | *Amelanchier utahensis* | Rosaceae | shrub |
| Shadscale | *Atriplex confertifolia* | Chenopodiaceae | shrub |
| Sharpleaf twinpod | *Physaria acutifolia* | Brassicaceae | herb |
| Sheep sorrel | *Rumex acetosella* | | herb |
| Shepherd's purse | *Capsella bursa-pastoris* | | herb |
| Showy goldeneye | *Heliomeris multiflora* | Asteraceae | herb |
| Showy milkweed | *Asclepias speciosa* | Asclepiadaceae | herb |
| Showy whitlow-grass | *Draba spectabilis* | Brassicaceae | herb |
| Shrubby cinquefoil | *Potentilla fruticosa (Pentaphylloides)* | Rosaceae | shrub |
| Siberian elm | *Ulmus pumilus* | Ulmaceae | tree |
| Silver buffaloberry | *Shepherdia argentea* | | tree |

BLM_0057071

| Silver sage | *Artemisia (Serephidium) cana* | | shrub |
| Silvery lupine | *Lupinus argenteus* | Fabaceae | herb |
| Single leaf ash | *Fraxinus anomala* | | tree |
| Six weeks fescue | *Festuca octoflora* | Poaceae | grass |
| Skunkbrush | *Rhus trilobata* | Anacardiaceae | shrub |
| Sky pilot | *Polemonium viscosissimum* | Polemoniaceae | herb |
| Skyrocket gilia | *Ipomopsis aggregata* | Polemoniaceae | herb |
| Slender rock-brake | *Cryptogramma stelleri* | | fern |
| Slender wheatgrass | *Elymus trachycaulis* | Poaceae | grass |
| Small ricegrass | *Oryzopsis micrantha* | Poaceae | grass |
| Smallwing sedge | | Cyperaceae | sedge |
| Smooth aster | *Aster laevis* | Asteraceae | herb |
| Smooth brome | *Bromus inermis* | Poaceae | grass |
| | *Pellaea glabella* | Sinopteridaceae | fern |
| Snakeweed | *Gutierrezia sarothrae* | Asteraceae | herb |
| Sneezeweed, orange | *Dugaldia hoopsii* | | herb |
| Snow lover | *Chionophylla jamesii* | Scrophulariaceae | herb |
| Snow willow | *Salix reticulata* | Salicaceae | shrub |
| Snowberry | *Symphoricarpos oreophilus* | Caprifoliaceae | shrub |
| Snowbrush ceanothus | *Ceanothus velutinus* | | shrub |
| Southern maidenhair fern | *Adiantum capillis-veneris* | Adiantaceae | |
| Spanish bayonet | *Yucca harrimaniae* | Agavaceae | shrub |
| Spearleaf buckwheat | *Eriogonum lonchophyllum* | Polygonaceae | shrub |
| Spearleaf rabbitbrush | *Chrysothamnus linifolius* | | shrub |
| Spike pappus grass | *Enneapogon desvauxii* | Poaceae | |
| Spike trisetum | *Trisetum spicatum* | Poaceae | grass |
| | *Eleocharis palustris* | Cyperaceae | sedge |
| Spiny greasebush | *Forsellesia meionandra* | Celastraceae | shrub |
| Spiny horsebrush | *Tetradymia spinosa* | Asteraceae | shrub |
| | *Holodiscus dumosus* | Rosaceae | shrub |
| Spreading fleabane | *Erigeron flagellaris* | Asteraceae | herb |
| Spruce, blue | *Picea pungens* | Pinaceae | tree |
| Spruce, Engelmann's | *Picea engelmannii* | Pinaceae | tree |
| Squaw apple | *Peraphyllum ramosissimum* | Rosaceae | shrub |
| Stemless townsendia | | Asteraceae | herb |
| Stinging nettles | *Urtica gracilis* | Urticaceae | herb |
| Stonecrop | *Sedum lanceolatum* | Crassulaceae | herb |
| Strapleaf willow | *Salix ligulifolia* | Salicaceae | shrub |
| Strawberry | | Rosaceae | herb |
| Strawberry, false | *Sibbaldia procumbens* | Rosaceae | herb |
| Subalpine fir | *Abies lasiocarpa* | Pinaceae | tree |
| Sunflower, common | *Helianthus annuus* | Asteraceae | herb |
| Sunflower, little | *Helianthella quinquenervis* | Asteraceae | herb |
| Sunflower, nuttall's | *Helianthus nuttallii* | Asteraceae | herb |
| Sweet cicely | | Apiaceae | herb |
| Sweet clover | *Melilotus* sp. | Fabaceae | herb |
| Swordleaf rush | *Juncus ensifolia* | Juncaceae | rush |

300

BLM_0057072

| Tall fleabane | Erigeron elatior | Asteraceae | herb |
|---|---|---|---|
| Tall larkspur | Delphinium barbeyi | Ranunculaceae | herb |
| Tall ragwort | Solidago canadensis | Asteraceae | herb |
| Tamarisk | Tamarix ramosissima | Tamaricaceae | shrub |
| Tansy mustard | | Brassicaceae | herb |
| Thickleaf clover | | Fabaceae | herb |
| Thickleaf whitlow-grass | Draba crassa | Brassicaceae | herb |
| Thickroot claytonia | | Portulacaceae | herb |
| Thimbleberry | | Rosaceae | shrub |
| Thinleaf alder | | Betulaceae | tree |
| Thistle, Canada | Cirsium arvense | | herb |
| Thistle, musk | Carduus nutans | Asteraceae | herb |
| Thistle, Tracy's | Cirsium tracyi | Asteraceae | herb |
| Three-toothed groundsel | Senecio tridenticulata | Asteraceae | herb |
| Thrift mock goldenweed | Stenotus armerioides | Asteraceae | herb |
| Thurber fescue | Festuca thurberi | Poaceae | grass |
| Timothy, meadow | Phleum pratense | Poaceae | grass |
| | Linaria vulgare | Scrophulariaceae | herb |
| Towering Jacob's ladder | Polemonium foliosissimum | Polemoniaceae | herb |
| Townsend's Easter daisy | | Asteraceae | herb |
| Tracy's thistle | Cirsium tracyi | Asteraceae | herb |
| Tree-awn | Aristida purpurea | Poaceae | grass |
| Triangle-leaf groundsel | Senecio triangularis | Asteraceae | herb |
| Tufted hairgrass | Deschampsia cespitosa | Poaceae | grass |
| Tumble mustard | Sisymbrium altissimum | Brassicaceae | herb |
| Twin bladderpod | Physaria acutifolia | Brassicaceae | herb |
| Twinberry honeysuckle | Lonicera (Distegia) involucrata | Caprifoliaceae | herb |
| Twinflower | Linnaea borealis | Ericaceae | herb |
| Utah juniper | Juniperus osteosperma | Cupressaceae | tree |
| Utah serviceberry | Amelanchier utahensis | Rosaceae | shrub |
| Variegated scouring rush | Hippochaete variegata | | herb |
| Vernal daisy | Erigeron concinna | Asteraceae | herb |
| Virgin's bower | Clematis ligusiticifolia | Ranunculaceae | shrub |
| Wallflower | Erysimum capitatum | Brassicaceae | herb |
| Water sedge | Carex aquatilis | Cyperaceae | sedge |
| Weak-stemmed mariposa lily | Calochortus flexuosus | Calochortaceae | herb |
| Western paintbrush | Castilleja occidentalis | | herb |
| Western sedge | Carex occidentalis | Cyperaceae | sedge |
| Western wheatgrass | Pascopyrum (Agropyron) smithii | Poaceae | grass |
| Wetherill milkvetch | Astragalus wetherillii | Fabaceae | herb |
| Wheatgrass, crested | Agropyron cristatum | Poaceae | grass |
| Wheatgrass, western | Pascopyrum (Agropyron) smithii | | grass |
| Whipple penstemon | Penstemon whippleanus | Scrophulariaceae | herb |
| | Abies concolor | Pinaceae | tree |
| White peavine | Lathyrus leucanthus | Fabaceae | herb |
| White sweet clover | Melilotus alba | Fabaceae | herb |
| White top | Cardaria sp. | Brassicaceae | herb |

BLM_0057073

| | | | |
|---|---|---|---|
| Whorled milkweed | *Asclepias subverticillata* | Asclepiadaceae | herb |
| Whortleberry | *Vaccinium cespitosum* | Ericaceae | shrub |
| Widewing spring-parsley | *Cymopterus purpurascens* | Apiaceae | herb |
| Wild geranium | *Geranium richardsonii* | Geraniaceae | herb |
| Wild mountain parsley | *Pseudocymopterus montanus* | Apiaceae | herb |
| Wild rose | *Rosa woodsii* | Rosaceae | |
| Wildrye, Canada | *Elymus canadensis* | Poaceae | grass |
| Willow herb | *Epilobium sp.* | Onagraceae | herb |
| Willow, barren ground | *Salix brachycarpa* | Salicaceae | shrub |
| Willow, coyote | *Salix exigua* | Salicaceae | shrub |
| Willow, Drummond's | *Salix drummondiana* | Salicaceae | shrub |
| Willow, planeleaf | *Salix planifolia* | Salicaceae | shrub |
| Willow, Rocky Mountain | *Salix monticola* | Salicaceae | shrub |
| Willow, strapleaf | *Salix ligulifolia* | Salicaceae | shrub |
| Wingate milkvetch | *Astragalus wingatanus* | | herb |
| Winterfat | *Krascheninnikovia (Ceratoides) lanata* | Chenopodiaceae | shrub |
| Wolf currant | *Ribes wolfii* | Grossulariaceae | shrub |
| Wooly milkvetch | *Astragalus molissimus* | Fabaceae | herb |
| Wooly plantain | *Plantago patagonica* | Plantaginaceae | herb |
| Wooly sedge | *Carex lanuginosa* | Cyperaceae | sedge |
| Wyoming paintbrush | *Castilleja linariifolia* | Scrophulariaceae | herb |
| Yarrow | | Asteraceae | |
| Yellow cat's-eye | *Cryptantha flava* | Boraginaceae | |
| Yellow columbine | *Aquilegia micrantha* | Helleboraceae | herb |
| Yellow milkvetch | *Astragalus flavus* | | herb |
| Yellow toadflax | *Linaria vulgare* | Scrophulariaceae | herb |
| Yucca | *Yucca harrimaniae* | Agavaceae | shrub |

302

**Appendix III.  Scientific Names of Animals Mentioned in the Text and/or Observed in the San Miguel Basin.**

| Common Name | Scientific Name | Life Form |
|---|---|---|
| American beaver | *Castor candensis* | mammal (rodent) |
| American Peregrine Falcon | *Falco peregrinus anatum* | |
| American Robin | *Turdus migratorius* | bird (thrush) |
| Ash-throated Flycatcher | *Myiarchus cinerascens* | bird (tyrant flycatcher) |
| Banded physa | *Physa utahensis* | mollusc (snail) |
| Becker's white | *Pontia beckerii* | insect (butterfly) |
| Black Swift | *Cypseloides niger* | bird (swift) |
| Black-tailed jackrabbit | *Lepus californicus* | mammal (hare) |
| Blue Grouse | *Dendragapus obscurus* | bird (grouse) |
| Boreal Owl | *Aegolius funereus* | bird (owl) |
| Brewer's Sparrow | *Spizella breweri* | bird (sparrow) |
| brimstone clubtail | *Stylurus intricatus* | insect (dragonfly) |
| Broad-tailed Hummingbird | *Selasphorus platycercus* | bird (hummingbird) |
| Bushtit | *Psaltriparus minimus* | bird (bushtit) |
| Canyon treefrog | *Hyla Arenicolor* | amphibian (frog) |
| Cedar hairstreak | *Callophrys gryneus* | insect (butterfly) |
| Clouded Sulphur/Common | *Colias philodice* | insect (butterfly) |
| Colorado River cutthroat trout | *Oncorhynchus clarki plueriticus* | fish (trout) |
| Common Raven | *Corvus corax* | bird (raven) |
| Coyote | *Canis latrans* | mammal (canid) |
| Downy Woodpecker | *Picoides pubescens* | bird (woodpecker) |
| Eastern fence lizard | *Sceloporus undulatus elongatus* | reptile (lizard) |
| Elk | *Cervus elaphus* | mammal (ungulate) |
| Field cresent | *Phycoides campestris campestris* | |
| Flannelmouth sucker | *Catastomus latipinnis* | |
| Grace's Warbler | *Dendroica graciae* | bird (warbler) |
| Gray Vireo | *Vireo vicinior* | bird (vireo) |
| Gray Wolf | *Lupus cannis* | mammal (wolf) |
| Grissly bear | *Ursus arctos* | mammal (bear) |
| Gunnison's prairie dog | *Cynomys gunnisoni* | mammal (rodent) |
| House Finch | *Carpodacus mexicanus* | bird (finch) |
| Lark Sparrow | *Chondestes grammacus* | bird (sparrow) |
| Lazuli Bunting | *Passerina cyanea* | |
| Lewis's Woodpecker | *Melanerpes lewisi* | bird (woodpecker) |
| Loggerhead Shrike | *Lanius ludovicianus* | bird (shrike) |
| Lynx | *Felix canadensis* | mammal (cat) |
| Melissa blue | *Lycaeides melissa* | insect (butterfly) |
| Mexican Spotted Owl | *Strix occidentalis lucida* | bird (owl) |
| Midget faded rattlesnake | *Crotalis viridis concolor* | reptile (snake) |
| Mountain Bluebird | *Sialia currucoides* | bird (thrush) |
| Mountain cottontail | *Sylvilagus nuttalii* | mammal (rabbit) |
| Mourning cloak | *Nymphalis antiopa antiopa* | insect (butterfly) |
| | *Zenaida macroura* | |

BLM_0057075

| Mule deer | Odocoileus hemiomus | mammal (deer) |
|---|---|---|
| Nokomis fritillary | Speyeria nokomis nokomis | insect (butterfly) |
| Northern Flicker | Colaptes auratus | bird (woodpecker) |
| Northern Goshawk | Accipiter gentilis | bird (hawk) |
| Northern leopard frog | Rana pipiens | amphibian (frog) |
| Northern Rough-winged Swallow | Stelgidopteryx serripennis | bird (swallow) |
| Ox-eyed Satyr | Cercyonis pegala boopis | insect (butterfly) |
| Pale lump-nosed bat | Corynorhinus townsendii | mammal (bat) |
| Peregrine Falcon | Falco peregrinus anatum | bird (falcon) |
| Pinyon Jay | Gymnorhinus cyanocephalus | bird (jay) |
| Plateau striped whiptail | Cnemidophorus velox | reptile (whiptail) |
| Pygmy blue | Brephidium exilis | insect (butterfly) |
| Red spotted toad | Bufo punctatus | amphibian (toad) |
| Rock Wren | Salpinctes obsoletus | bird (wren) |
| Roundtail chub | Gila robusta | fish (chub) |
| Rufus-sided Towhee (westrern) | Pipilo erythrophthalmus | bird (sparrow) |
| Sage Sparrow | Amphispiza belli | bird (sparrow) |
| Sagebrush lizard | Sceloporus graciosus | reptile (lizard) |
| Savannah Sparrow | Passerculus sandwichensis | bird (sparrow) |
| Say's Phoebe | Sayornis saya | bird (tyrant flycather) |
| Sharp-shinned Hawk | Accipiter striatus | bird (hawk) |
| Short-eared Owl | Asio flammeus | bird (owl) |
| Side-blotched lizard | Uta stansburiana | reptile (lizard) |
| Silvery blue | Glaucopsyche lygdamus | insect (butterfly) |
| Spotted bat | Euderma maculatum | mammal (bat) |
| Striped skunk | Mephitis mephitis | mammal (mustelid) |
| Theano alpine | Erebia theano | insect (butterfly) |
| Tree lizard | Urosaurus ornatus | reptile (lizard) |
| Two-banded skipper | Pyrgus ruralis | insect (butterfly) |
| Veined white | Artogeia napi | insect (butterfly) |
| Violet Green Swallow | Tachycineta thalassina | bird (swallow) |
| Weidemeyer's admiral | Basilarchia weidemeyerii | insect (butterfly) |
| Western harvester ant | Pogonomyrmex spp. | insect (ant) |
| Western Meadowlark | Sternella neglecta | bird (blackbird) |
| Western Tanager | Piranga ludoviciana | bird (oriole) |
| White-throated woodrat | Neotoma albigula brevicauda | mammal (rodent) |
| Wilson's Warbler | Wilsonia pusilla | bird (warbler) |
| Wolverine | Gulo gulo | mammal (canid) |
| Yuma skipper | Ochlodes yuma | insect (butterfly) |

304

BLM_0057076

# ECOREGION-BASED CONSERVATION ASSESSMENTS OF THE SOUTHWESTERN UNITED STATES AND NORTHWESTERN MEXICO

## A GEODATABASE FOR SIX ECOREGIONS, INCLUDING THE APACHE HIGHLANDS, ARIZONA-NEW MEXICO MOUNTAINS, COLORADO PLATEAU, MOJAVE DESERT, SONORAN DESERT, AND SOUTHERN ROCKY MOUNTAINS

### ROB MARSHALL, MICHAEL LIST, AND CAROLYN ENQUIST
### MAY 2006





SAVING THE LAST GREAT PLACES ON EARTH

BLM_0057077

**PREFERRED CITATION:**

Marshall, R., M. List, and C. Enquist. 2006. Ecoregion-Based Conservation Assessments of the Southwestern United States and Northwestern Mexico: A Geodatabase for Six Ecoregions, Including the Apache Highlands, Arizona-New Mexico Mountains, Colorado Plateau, Mojave Desert, Sonoran Desert, and Southern Rocky Mountains. Prepared by The Nature Conservancy, Tucson, AZ. 37 pp. Available at *www.azconservation.org*

BLM_0057078

# Executive Summary

In 1995 The Nature Conservancy developed a new conservation framework – ecoregional assessments – to guide development of a blueprint for regional-scale conservation efforts. Ecoregions are large areas of land and water – on the scale of tens of millions of acres – characterized by distinct plant and animal communities, similar landforms, and environmental conditions such as climate. The framework's foundation was a systematic and comprehensive scientific analysis intended to serve as a guide for prioritizing the organization's work, engaging collaborators, and providing a context for understanding how individual projects fit into a larger conservation vision. Agency, university, institutional, and tribal resource professionals played a major role in the development of the assessments. Conservation assessments were completed for the southwestern U.S. and northwestern Mexico between 1999 and 2004.

Ecoregions are based on ecological rather than political boundaries. As a result they often bisect federal, state, private, and tribal jurisdictional boundaries, complicating the use of assessment data by public land managers and others. The six assessments covering the southwestern U.S. and northwestern Mexico were completed independent of one another; the methodology used did not ensure that data could be aggregated by simply combining the six assessments. Without additional data standardization and reconciliation, the utility of ecoregional assessments would be limited to the boundaries of each respective ecoregion. To solve this problem and to create a cross-ecoregional dataset that would facilitate analyses at multiple scales, we aggregated and standardized data from the six assessments into a single spatial dataset, referred to as the "six-ecoregion geodatabase."

A primary goal in compiling the six-ecoregion geodatabase was to facilitate conservation-related analyses and problem-solving at multiple scales and across jurisdictional and political boundaries. Several additional goals included:

- Enable review and analysis with a single dataset of conservation priorities across a large multi-state region.
- Introduce conservation priorities for a large region that shares similar challenges of habitat loss and fragmentation and increasing pressures on limited water resources from rapid urban and ex-urban growth, and, likely, climate-induced changes in the distribution of habitat for the region's biological diversity.
- Enable land managers, planners, policy-makers, and conservationists to evaluate, visualize, plan, and implement conservation actions across jurisdictional and political boundaries.

The six assessments compiled in this study evaluated 238 million acres across 11 states and two countries. Overall, more than 1300 species and 350 native plant communities and ecological systems were analyzed as part of the assessment process. The end result was a network of lands comprising 100 million acres (42% of the study area) where conservation should play a significant role if we are to maintain the region's biological diversity. The median size class of the areas comprising the network is from 50,000 to 250,000 acres. The comprehensive datasets and systematic analyses used to identify the network represent a new, synthetic data source for agencies, institutions, and organizations engaged in land-use planning and conservation land management.

Sixty-five percent of the network occurs on federal lands with Bureau of Land Management (BLM) and U.S. Forest Service (USFS) lands comprising 47% of the total network. Private lands, the next largest category, comprise 19% of the network. Underscoring the importance of the federal estate for conservation management, the U.S. Forest Service, Department of Defense, and Bureau of Land Management each has between 44% and 51% of their holdings within the network; the U.S. Fish and

BLM_0057079

Wildlife Service and National Park Service have 84% and 78%, respectively, of their holdings within the network. Moreover, 54% of the individual areas that make up the network have at least three major land managers responsible for on-the-ground management, affirming the fact that ecosystems don't stop at jurisdictional boundaries.

Conservation assessments purporting to identify priorities, typically, are identifying a set of tradeoffs. Identifying tradeoffs explicitly is one of the purposes of ecoregional assessments. In rapidly-growing areas, such as the southwestern U.S., conservation options are foreclosed on a daily basis and resources are inadequate to protect all important lands and waters. The assessment work represents the first attempt for this region at a systematic, comprehensive analysis and identification of conservation priorities at a scale commensurate with the scope and magnitude of change caused by human activities. The comprehensive, systematic, and explicit nature of the assessments can better enable decision-makers and other leaders in institutions and agencies to plan, fund, and implement conservation-related activities in a manner that enhances biological diversity while carrying out unrelated activities in a manner that minimizes further losses of biological diversity.

There are several important applications of ecoregional data. The network represents an important geography on federal, state, and private lands for which land-use allocations may be evaluated for their compatibility with the conservation values present. The broad diversity of systems and species used to represent the region's biological diversity provide a starting point for evaluations of the extent to which natural disturbance regimes – important for perpetuating habitat – are operating on the landscape. Furthermore, reducing stressors and threats in this geography will increase the likelihood that the region's ecological systems and species remain viable, an important component of management focused on maintaining "healthy ecosystems." Action to promote natural disturbance processes at appropriate scales and minimize known stressors and threats throughout the network should, over time, limit the need for additional listings under the Endangered Species Act.

Many federal, state, county, and municipal agencies are completing land-use, land management, wildlife conservation, or habitat conservation plans. These efforts typically encourage or require collaboration and planning across jurisdictional boundaries to leverage limited funding and increase overall effectiveness. Ecoregional data are well-suited for these purposes and have been integrated into numerous planning efforts throughout the U.S. Among the unique aspects of ecoregional assessments is the integration of aquatic/riparian- and terrestrial-based data into unified geographies that lend themselves to "watershed" or "ecosystem-based" management. With the proliferation of planning efforts underway, such as the National Fish Habitat Initiative, State Comprehensive Wildlife Conservation Plans, federal land management plans etc., ensuring integration of the terrestrial and aquatic realms into a cohesive and effective set of management strategies will be paramount. The prospect of achieving large-scale system-level restoration and management presents a unique challenge for all planning efforts because funding for such work remains limited. If large-scale, cooperative conservation planning is the new prerequisite for capturing federal, state, and private conservation funds, then a first step for emerging efforts might be to critically evaluate the opportunities that can be leveraged with contemporary, cross-boundary ecoregional assessments that unify terrestrial and aquatic conservation priorities before additional investments are made in new priority-setting exercises.

BLM_0057080

## ACKNOWLEDGMENTS

Development of the standardized geodatabase benefited from the assistance of Anne Gondor, Steven Yanoff, Gen Green, Brian McCready, Ty Guthrie, and Betsy Neely.  We thank Joni Ward and Tim Sullivan for reviewing earlier drafts of this report.  Funding for this project was provided by the Wallace Research Foundation.  Special thanks to Carter Roberts and Roger Sayre whose encouragement and financial support helped get the project underway.

BLM_0057081

# TABLE OF CONTENTS

EXECUTIVE SUMMARY ................................................................................................... i

ACKNOWLEDGMENTS ................................................................................................... iii

INTRODUCTION ............................................................................................................ 1

ECOREGIONAL ASSESSMENT OVERVIEW ........................................................................ 2
    Ecoregions ............................................................................................................ 2
    Ecoregional assessment approach ......................................................................... 2
    The role of partner agencies, institutions, and tribes ........................................... 5
    Ecoregional assessment components ...................................................................... 5
        Conservation targets ....................................................................................... 6
        Conservation goals .......................................................................................... 7
        Viability assessment ........................................................................................ 7
        Identification of conservation areas ................................................................ 9
    The conservation area network ............................................................................ 11

USE OF ECOREGIONAL ASSESSMENT DATA..................................................................... 14
    Land management status and the network of conservation areas ......................... 14
    Cooperative land management focused on ecosystem health ............................... 15
    State wildlife conservation plans .......................................................................... 16
    National Fish Habitat Initiative............................................................................ 17

THE SIX-ECOREGION GEODATABASE ............................................................................. 19
    Development of the geodatabase ........................................................................... 19
        Data content and attributes............................................................................. 19
        Data standardization ...................................................................................... 20
        Reconciling spatial overlap of conservation areas at ecoregional boundaries ................. 20
        Database schema and conventions.................................................................. 23
    Geodatabase function........................................................................................... 24
        Generating conservation target lists per conservation area............................. 24
        Generating conservation area lists for particular conservation targets ............ 24
        Generating comparison data for the 568 conservation areas ........................... 24

LITERATURE CITED....................................................................................................... 25

APPENDICES................................................................................................................. 27

Appendix 1.  Reference list for conservation areas in which boundaries were evaluated for modification in the six-ecoregion geodatabase........................................................................... 27

BLM_0057082

## LIST OF TABLES

Table 1.  Comparison of Attributes and Summary Statistics for Six Ecoregional Assessments in the Southwestern United States and Northwestern Mexico........................................................ 3

Table 2.  The Number of Fine Filter Conservation Targets by Taxonomic Group for Six Ecoregions of the Southwestern United States and Northwestern Mexico................................................ 7

Table 3.  The Number of Fine Filter Conservation Targets by Level of Rarity for Six Ecoregions of the Southwestern United states and Northwestern Mexico ................................................ 8

Table 4.  Example Conservation Goals for Conservation Targets in Six Ecoregional Assessments for the Southwestern United States and Northwestern Mexico........................................... 8

Table 5.  Example Data Records for Eleven Standardized Attributes in the Six-Ecoregion Geodatabase ..... 22

## LIST OF FIGURES

Figure 1.  Six Ecoregions of the Southwestern United States and Northwestern Mexico ............................. 4

Figure 2.  Fine Filter Species Occurrence Data for the Huachuca Mountains Grassland Valley Complex Conservation Area ...................................................................................................... 9

Figure 3.  Ecological Systems Data for the Huachuca Mountains Grassland Valley Complex Conservation Area ......................................................................................................... 10

Figure 4.  Apache Highlands Cost Surface for the Huachuca Mountains Grassland Valley Complex and Environs.................................................................................................................. 10

Figure 5.  Conservation Areas Delineated for the Six Ecoregions ................................................................ 12

Figure 6.  Frequency Distribution for the Size of Conservation Areas in the Six-Ecoregion Study Area...... 13

Figure 7.  Management Status for Conservation Areas Identified in the Six-Ecoregion Study area.............. 14

Figure 8.  The Conservation Area Network Identified in the Six-Ecoregion Study Area as a Function of the Total Area Managed by Major Land Managers...................................................... 15

Figure 9.  Historical Fire Frequency for the Primary Vegetation Types in Southeastern Arizona ................. 16

Figure 10. The Conservation Area Network by the Number of Terrestrial ESA-Listed Species and Non-Listed Rare Species .................................................................................................... 17

Figure 11. The Conservation Area Network by the Number of Aquatic and Riparian ESA-Listed Species and Non-Listed Rare Species .......................................................................... 18

Figure 12. Six-Ecoregion Geodatabase Schema ........................................................................................ 23

v

THIS PAGE INTENTIONALLY LEFT BLANK.

BLM_0057084

# INTRODUCTION

In 1995 The Nature Conservancy (TNC) developed a conservation framework – ecoregional assessments – to guide development of a blueprint for regional-scale conservation efforts. The framework's foundation was a systematic and comprehensive scientific analysis to identify conservation needs of biodiversity at large scales that would serve as a guide for prioritizing the organization's work, engaging collaborators, and provide a context for understanding how individual projects fit into a larger conservation vision. By the late 1990s TNC began completing ecoregional assessments for the United States and portions of the 27 countries in which the Conservancy works. Ecoregions are large areas of land and water – on the scale of tens of millions of acres – characterized by distinct plant and animal communities, similar landforms, and environmental conditions such as climate. In using biological and physical characteristics to evaluate biodiversity rather than political boundaries, ecoregional assessments facilitated two important elements missing in most conservation efforts: an examination of the ecological systems, or habitat, across broad geographies that species rely upon for their survival; and the identification of geographies where collaboration across jurisdictional boundaries could leverage limited funds for conservation land management and, therefore, improve the overall chances that conservation at meaningful scales could be accomplished.

Ecoregions provide useful analytical units for evaluating the needs of biological diversity because they capture large proportions, if not entire distributions, of major ecological systems and individual species. However, because ecoregions are based on biological features, their boundaries often bisect federal, state, private, and tribal jurisdictional boundaries, which complicates use of individual ecoregional datasets by public land managers and others. In the southwestern U.S. and northwestern Mexico six ecoregional assessments were completed between 1999 and 2004 (**Table 1**), including the Apache Highlands (Marshall et al. 2004), Colorado Plateau (Tuhy et al. 2002), Southern Rocky Mountains (Neely et al. 2001), Mojave Desert (The Nature Conservancy 2001), Sonoran Desert (Marshall et al. 2000), and Arizona-New Mexico Mountains (Bell et al. 1999). Each assessment was completed independent of the others, and the methodology used did not ensure that data could be aggregated together by simply combining data from the six assessments. Without additional data standardization and reconciliation, ecoregional assessments would provide important ecological and conservation information, but the information would be limited to the boundaries of each respective ecoregion. To solve this problem and to create a cross-ecoregional dataset that would facilitate analyses at multiple scales, we aggregated and standardized data from the six assessments into a single spatial dataset, referred to hereafter as the "six-ecoregion geodatabase."

A primary goal in compiling the six-ecoregion geodatabase was to facilitate conservation-related analyses and problem-solving at multiple scales and across jurisdictional and political boundaries. Several additional goals included:

- Enable review and analysis with a single dataset of conservation priorities across a large multi-ecoregion, multi-state, and multi-country region.
- Introduce conservation priorities, as identified by the ecoregional assessment work completed since 1999, for a large region that shares similar challenges of habitat loss and fragmentation and increasing pressures on limited water resources from rapid urban and ex-urban growth, and, likely, climate-induced changes in the distribution of habitat for the region's biological diversity.
- Enable land managers, planners, and conservationists to visualize, plan, and implement conservation actions across jurisdictional and political boundaries.

This report provides brief background information on ecoregional assessments, describes the contents and process used to compile the geodatabase, and provides example applications for ecoregional

BLM_0057085

assessment data.  The geodatabase, metadata, and this document may be downloaded from the Ecoregional Assessments page at *http://www.azconservation.org.*

## ECOREGIONAL ASSESSMENT OVERVIEW

### Ecoregions

The Nature Conservancy used the U.S.D.A. Forest Service ECOMAP framework (Bailey 1994, 1995, 1998) as the basis for delineating North American ecoregions.  Modifications to Bailey's framework were made where regional datasets or expertise resulted in enhanced boundaries for conservation-based analyses.  The geographic bounds of the six-ecoregion study area are illustrated in **Figure 1**.  Combined, the six-ecoregion study area totals approximately 238 million acres.

### Ecoregional assessment approach

Ecoregional assessments are comprehensive and systematic analyses of existing and newly-developed data that address the status and condition of native species, ecological systems, and abiotic resources such as water.  Assessments also integrate data on human activities that directly or indirectly affect the distribution and abundance of native organisms and habitats.  The goal of these conservation assessments is to identify an efficient network of lands that are still intact and support native species, and if managed to reduce threats would decrease the chances that species would go extinct or habitats would be lost past a threshold where they no longer could support species.  Ecoregional assessments integrate data from multiple taxonomic groups (e.g., amphibians, birds, fish, invertebrates, mammals, plants, reptiles, etc.) and focus on identifying biologically and ecologically important lands systematically across any geography.  For example, of the 238 million acres evaluated in the six ecoregional assessments covered in this report, approximately 101 million acres, or 42% of the lands in the southwestern U.S. and northwestern Mexico, were identified as important for maintaining the viability of the region's biological diversity.  Ecoregional assessments also serve several conservation, management, and scientific purposes, including:

1.  A spatial hypothesis on how to maximize the viability (or reduce the chances of extinction) of a region's native species and ecological systems.
2.  A spatial delineation of the areas where land-uses and land management activities should be evaluated to identify and minimize potential adverse effects to the viability of species and ecological systems.
3.  A spatial delineation of the areas that land managers and others interested in promoting conservation should evaluate first to ensure that disturbance processes that perpetuate native ecological systems (e.g., fire, flooding) are maintained at a scale, frequency, and intensity that falls within the historical range of variation.
4.  A network of cross-jurisdictional conservation priorities that could serve as a basis for collaboration among public and private land managers that focus limited conservation funds to maximize conservation values.

Combined, the six assessments represent the most comprehensive identification of areas in the southwestern U.S. and northwestern Mexico where enhanced conservation management would benefit biodiversity conservation.  With the extensive integration and synthesis of traditional and contemporary datasets, ecoregional assessments also represent a new source of information to better frame conservation issues, support development of conservation strategies, and support partner needs for new scientific assessment information.

BLM_0057086

**Table 1.** Comparison of Attributes and Summary Statistics for Six Ecoregional Assessments in the Southwestern U.S. and Northwestern Mexico.

| | AZ-NM Mountains | Sonoran Desert | Mojave Desert | Southern Rocky Mountains | Colorado Plateau | Apache Highlands |
|---|---|---|---|---|---|---|
| **Year completed** | 1999 | 2000 | 2001 | 2001 | 2002 | 2004 |
| **Agencies, universities, organizations, & tribes consulted** | not recorded | 54 | 32 | 19 | 40 | 30 |
| **Experts consulted** | 100 | 110 | 65 | 128 | 65 | 75 |
| **Coarse-filter conservation targets** | 149 | 78 | 135 | 146 | 113 | 26 |
| **Fine-filter conservation targets** | 199 | 353 | 634 | 462 | 248 | 223 |
| **Species' localities incorporated** | 3,314 | 3,547 | Not recorded | 2,972 | 3,000 | 4,587 |
| **Conservation goal identification** | Numeric goals based on target rarity | Numeric goals based on target rarity | Numeric goals based on target rarity and distribution | Numeric goals based on target rarity and distribution | Numeric goals based on target rarity and distribution | Numeric goals based on target rarity and distribution |
| **Viability assessment methods** | Heritage occurrence ranks, expert input | Expert input | Heritage occurrence ranks, expert input | Heritage occurrence ranks, expert input, recent records, suitability index/cost surface | Heritage occurrence ranks, expert input, recent records, suitability index/cost surface | Heritage occurrence ranks, expert input, recent records, suitability index/cost surface |
| **Portfolio assembly method** | Expert input, computer analysis, manual delineation | Expert input, computer analysis, manual delineation | Expert input, computer analysis, manual delineation | Program SITES, with expert refinement | Program SITES, with expert refinement | Program SITES, with expert refinement |
| **Total ecoregional area analyzed[1] (approx. acres)** | 30,000,000 | 55,100,000 | 32,240,000 | 42,000,000 | 48,500,000 | 29,850,000 |
| **Conservation areas identified** | 52 | 100 | 85 | 188 | 107 | 90 |
| **Total area of ecoregion within conservation areas[1]** | 7.3 million acres | 26.3 million acres | 16.7 million acres | 21.6 million acres | 18.2 million acres | 12.5 million acres |
| **Proportion of ecoregion within conservation areas** | 24% | 48% | 52% | 51% | 37% | 42% |
| **U.S. & Mexico States covered in analyses** | Arizona, New Mexico, Texas | Arizona, Sonora, California, Baja California Norte | Arizona, California, Nevada, Utah | Colorado, New Mexico, Wyoming | Arizona, Utah, New Mexico, Colorado | Arizona, Sonora, New Mexico, Chihuahua |
| [1] Area calculation performed using Albers Equal Area (USGS) projection. | | | | | | |

BLM_0057087



Figure 1. Six ecoregions of the southwestern United States and northwestern Mexico.

BLM_0057088

## The role of partner agencies, institutions, and tribes

Agencies, institutions, organizations, and tribes played several important roles in the development of ecoregional assessments. The compilation and analysis of data involved dozens of scientists, land managers, and other technical experts familiar with specific ecoregions. For example, the Sonoran Desert Ecoregional Assessment relied on data and input from 110 experts from 54 public agencies, academic institutions, conservation organizations, tribes, and private resource professionals (Marshall et al. 2000). Refer to **Table 1** for basic summary information on partners engaged in the individual assessments.

To help ensure broad understanding of the assessment process and its goals, assessment projects typically started with a series of outreach meetings. For example, prior to initiating the Apache Highlands assessment, 14 meetings were convened with the U.S. Forest Service, Natural Resources Conservation Service, Bureau of Land Management, U.S. Fish & Wildlife Service, U.S.D.A. Agricultural Research Station, White Mountain Apache and Phelps Dodge (Marshall et al. 2004).

Partners were also incorporated into the core working teams charged with completing the assessments. For example, the Sonoran and Apache Highlands assessments were completed as bi-national projects; subject experts and institutional representatives from Mexico participated on working teams and were provided funding to facilitate transportation to meetings, development of data, etc. The New Mexico Natural Heritage Program was represented on the AZ-NM Mountains assessment team, the Arizona Game & Fish Department was represented on both the Apache Highlands and Sonoran Desert assessment teams, and the Southern Rocky Mountains had representation from USFS, BLM, and Colorado Division of Wildlife.

Finally, partners often provided funding for the assessment efforts; the Sonoran and Mojave desert assessments benefited from Department of Defense funding and the Southern Rocky Mountains assessment was funded by the U.S. Forest Service, Colorado Division of Wildlife, and Bureau of Land Management.

## Ecoregional assessment components

The methodology used to derive ecoregional assessments was developed by The Nature Conservancy and partners and is described in several publications (Groves et al. 2002, Groves 2003, The Nature Conservancy 1997, 2000a, 2000b). For specific details on the application of this methodology to the six ecoregions described herein, consult the individual ecoregional assessments highlighted in the sections below. Below is a brief description of the four major components of an ecoregional assessment and an example that illustrates how the integration of assessment components influences the identification of conservation areas.

There are four components of the assessment methodology that distinguish ecoregional assessments and associated datasets from other conservation assessment exercises (Groves et al. 2000, The Nature Conservancy 2000a), including:

1) Identification of *conservation targets*, which are the ecological systems and broad group of species used to represent an ecoregion's biological diversity.
2) Identification of *conservation goals*, the number of populations or patch sizes and spatial distribution assigned to each conservation target as a hypothesis for the minimum needed to maintain viability and to facilitate basic accounting during the analytical process of identifying conservation areas.
3) Assessment of *viability* for conservation targets to minimize inclusion of data on non-viable locations, non-viable patch sizes or species for which viability or long-term persistence is

BLM_0057089

questionable. Viability is shorthand for species or species' locations that are likely to persist over the long-term and not go extinct.

4) Identification of *conservation areas* sufficient in size and distribution to meet the conservation goals identified for each targets.

**Conservation targets**

Conservation targets are species, native plant communities, and ecological systems. They are the basic unit of analysis that, along with conservation goals, drive the ecoregional assessment process. Conservation targets are identified based on the "coarse filter – fine filter" approach (The Nature Conservancy 2000). The method attempts to integrate several different strategies for conserving biological diversity by evaluating and synthesizing data at the ecological system and species levels (Groves 2003). It also is referred to as a "representative" approach to conservation based on the underlying premise that protecting representative examples of ecosystems would also protect the vast majority of species contained within them.

The coarse filter is represented by a continuous dataset of ecological systems with all systems across an ecoregion having equal conservation value. For example, a commonly-used dataset to derive ecological systems is plant community data from the USGS GAP Analysis Program. In the assessment process, all plant communities would be selected as conservation targets and the conservation value of creosote-bursage desertscrub would be equal to that of an aspen stand (however, the conservation goals identified for each may differ). Analyzing biological organization at this scale has two advantages. First, it enables one to factor in the role of ecological processes, such as the dominant disturbance regimes, that play an important role in maintaining the structure and function of ecological systems. Second, larger scales of analysis are more likely to capture two important components of biological diversity - ecological and genetic variation. A total of 366 coarse-filter conservation targets were analyzed in the 6 ecoregion study area. **Table 1** provides a basic comparison of coarse-filter targets across the 6 ecoregion dataset. Note, the AZ-NM Mountains assessment team concluded that available vegetation data for New Mexico, at that time, was not suitable for use as a continuous dataset that could accurately represent the coarse filter. In its place, the analysis relied on vegetation community data from U.S. Forest Service, NM Natural Heritage Program, and Sevilleta National Wildlife Refuge. Thus, the assessment integrated data for selected declining and representative species and vegetation communities as surrogates for the biodiversity of the ecoregion, but did not include a continuous, coarse-filter dataset.

The premise of the fine filter is to evaluate the individual species whose rarity or some aspect of life-history requirements might not be adequately captured by coarse-filter analyses. Candidates for the fine filter include, but are not limited to, species with narrow habitat requirements, rare or declining species, species extirpated from systems where their re-introduction is still feasible and important from an ecological standpoint, and species that have specific dispersal needs across multiple ecological systems and, therefore, may be particularly vulnerable to habitat fragmentation. The selection of fine filter species is necessarily biased by available data. However, ecoregional assessments typically include dozens of fine filter targets selected from a variety of taxonomic groups and spanning all levels of rarity (i.e., rare to common). For example, 223 species from 7 taxonomic groups were analyzed for the Apache Highlands (**Table 1**; Marshall et al. 2004). For the six-ecoregion study area, 1374 fine-filter conservation targets were analyzed. **Table 2** summarizes the taxonomic breadth of fine filter targets and **Table 3** summarizes levels of rarity for fine filter targets based on global Heritage Program ranks. For a more detailed discussion of conservation targets refer to the Colorado Plateau Ecoregional Assessment (Tuhy et al. 2002).

BLM_0057090

**Table 2**. The Number of Fine-Filter Conservation Targets by Taxonomic Group for Six Ecoregions of the Southwestern U.S. and Northwestern Mexico.

| Ecoregion | Amphibian | Bird | Crustacean | Fish | Insect | Other Invertebrate | Mammal | Mollusk | Vascular Plant | Non-Vasc. Plant | Reptile |
|---|---|---|---|---|---|---|---|---|---|---|---|
| All Ecoregions[1] | 35 | 88 | 4 | 74 | 148 | 25 | 108 | 94 | 716 | 2 | 80 |
| Apache Highlands | 12 | 24 | 1 | 21 | 11 | 1 | 28 | 16 | 95 | 0 | 14 |
| AZ-NM Mountains | 6 | 10 | 1 | 21 | 6 | 0 | 17 | 28 | 99 | 0 | 5 |
| Colorado Plateau | 3 | 16 | 0 | 10 | 30 | 4 | 17 | 3 | 152 | 0 | 5 |
| Mojave Desert | 18 | 37 | 1 | 35 | 20 | 1 | 36 | 30 | 167 | 1 | 34 |
| Sonoran Desert | 10 | 31 | 0 | 22 | 24 | 17 | 31 | 12 | 170 | 1 | 32 |
| Southern Rocky Mountains | 4 | 23 | 1 | 9 | 99 | 16 | 34 | 16 | 172 | 0 | 4 |

[1] Total for all ecoregions is for mutually exclusive targets; thus, the total for all ecoregions does not equal the sum of individual ecoregions because ecoregions share some of the same targets.

### Conservation goals

Conservation goals are identified for both coarse-filter and fine-filter targets. They are used for two purposes in ecoregional assessments: first, as a hypothesis for the number and distribution of each conservation target needed to maximize its viability; and, second, as an accounting unit to aid in determining the degree to which the identification of conservation areas meets established conservation goals. Conservation goals, typically, are expressed as a number and distribution of populations for species, and as an overall acreage, minimum patch size, and geographic distribution for ecological systems. Refer to **Table 4** for example conservation goals and to the Southern Rocky Mountains Ecoregional Assessment (Neely et al. 2001) or Apache Highlands Ecoregional Assessment (Marshall et al. 2004) for a more detailed description of conservation goals. Note, due to time and funding constraints this iteration of the six-ecoregion geodatabase does not contain attributes for conservation goals.

### Viability assessment

A primary focus of the field of conservation is to keep species viable and reduce the chances of extinction. The term viability is shorthand for maximizing the persistence of a species over time. Viability assessments were used to minimize inclusion of particular geographic areas within an ecoregion that no longer support intact ecological systems or occurrences of conservation targets with low chances of persistence. In the six ecoregional assessments described here, viability was assessed by one or more of the following methods; (1) review of Heritage Program/NatureServe evaluations of species occurrences (i.e., occurrence viability ranks); (2) review of the temporal distribution of target occurrence data for records lacking contemporary verification; (3) development of "cost surfaces/suitability indices" that depict variation in levels of infrastructure such as urban development, tilled agricultural areas, mines, and roads to predict where species viability might be impaired (see example below); and (4) contemporary expert input on the selection of targets and distribution of high-quality species habitat. **Table 1** provides a listing of the viability assessment techniques used in ecoregional assessments. A more detailed description of a viability assessment may be found in the Southern Rocky Mountains Ecoregional Assessment (Neely et al. 2001).

BLM_0057091

**Table 3.** The Number of Fine-Filter Conservation Targets by Level of Rarity for Six Ecoregions of the Southwestern U.S. and Northwestern Mexico.

| Ecoregion | G1 Very Rare | G2 Rare | G3 Uncommon or Restricted | G4 Apparently Secure | G5 Demonstrably Secure | GU Unknown Status |
|---|---|---|---|---|---|---|
| All Ecoregions[1] | 330 | 325 | 286 | 135 | 156 | 140 |
| Apache Highlands | 57 | 67 | 48 | 27 | 20 | 4 |
| AZ-NM Mountains | 34 | 51 | 62 | 21 | 10 | 15 |
| Colorado Plateau | 78 | 62 | 17 | 20 | 23 | 40 |
| Mojave Desert | 103 | 89 | 65 | 38 | 71 | 14 |
| Sonoran Desert | 55 | 60 | 82 | 38 | 24 | 91 |
| Southern Rocky Mountains | 95 | 86 | 96 | 51 | 49 | 11 |

[1] Total for all ecoregions is for mutually exclusive targets; thus, the total for all ecoregions does not equal the sum of individual ecoregions because ecoregions share some of the same targets.

**Table 4.** Example Conservation Goals for Conservation Targets in Six Ecoregional Assessments for the Southwestern U.S. and Northwestern Mexico. Examples below illustrate how different types of conservation targets were handled; they do not capture the full range of goals used in each ecoregional assessment.

| Ecoregion | Coarse-Filter Conservation Targets Ecological Systems[1] | Fine Filter Conservation Targets Species[1] |
|---|---|---|
| AZ-NM Mountains | Coarse-scale vegetation data deemed unsuitable | Capture ≥5 viable occurrences of the 149 endemic, G1 and G2 targets; capture all alliance level natural communities known to occur within the ecoregion |
| Sonoran Desert | Palo verde mixed cacti desert scrub (matrix distribution) capture ≥30% of the historic distribution | For species of special concern, including endemics, G4 and G5, maintain ≥24 viable occurrences with ≥6 occurrences in each of the 4 ecoregional sub-divisions used to stratify analyses |
| Mojave Desert | Alkali playa (large patch, limited distribution) capture 40% of extant patches Joshua tree woodland (large patch, endemic distribution) capture 60% of extant patches | For G1 and G2 targets, capture all viable occurrences; for G3-G5 endemic targets, capture 75% of all viable occurrences; for G3-G5 widespread targets, capture 50% of all viable occurrences |
| Southern Rocky Mountains | Freshwater marsh (small patch, limited distribution) capture 10 viable occurrences with at least 2 occurrences in each of 5 ecoregional sub-divisions used to stratify analyses | Jemez Mountain Salamander (endemic; rare) capture ≥20 viable occurrences with at least 3 occurrences in each of the 5 ecoregional sub-divisions used to stratify analyses |
| Colorado Plateau | Greasewood shrubland (large patch, widespread distribution) capture 30% of historical distribution | Utah physa [freshwater mollusk] (endemic) capture 25 viable occurrences |
| Apache Highlands | Apachean grassland and savannah condition class A (matrix distribution) capture 100% of current extent [1.8 million acres] in minimum patch sizes of 32,000 acres across all 3 ecoregional sub-divisions used to stratify analyses | Speckled dace (widespread distribution; abundant) capture 193 stream miles [22% of current habitat] captured in 2 of the 3 ecoregional sub-divisions used to stratify analyses |

[1] For detailed information on spatial pattern, distribution categories, rarity ranks, and ecoregional sub-divisions consult the individual ecoregional assessment reports.

BLM_0057092

**Identification of conservation areas**

Conservation areas are one of the primary outcomes of an ecoregional assessment. They delineate the lands and waters that (1) contain ecological systems of sufficient size and functioning to maintain dominant disturbance regimes, and (2) contain populations of target species in sufficient number and distribution to maximize their persistence over time. They represent the integration and synthesis of conservation target data, conservation goals, and assessments of target viability. Conservation areas were identified using a combination of computer analyses and manual delineation for ecoregional assessments completed prior to 2001. The GIS-based site selection algorithm, SITES (Andelman et al. 1999), was the primary tool used to identify conservation areas for assessments completed after 2001 (see **Table 1**). For a description of the parameters and parameter values used to generate conservation areas with SITES refer to Appendix 6 of the Apache Highlands Ecoregional Assessment (Marshall et al. 2004).

Below, we use a series of figures to illustrate the integration of conservation targets, conservation goals, and a viability assessment in the identification of a conservation area in the Apache Highlands Assessment – the 1.4 million-acre Huachuca Mountains Grassland Valley Complex along the Arizona-Sonora borderlands (Marshall et al. 2004). In each figure the conservation area is identified by the green polygon outline. This series of figures demonstrates the effects of the coarse-filter and viability assessment on the delineation of conservation areas.

**Figure 2** depicts the distribution of data for 101 fine filter conservation targets. The points represent species locations with colors used to distinguish among taxonomic groups. Note the number of taxonomic groups captured in this conservation area and the significant disparity in fine filter data available between the U.S. and Mexico.

**Figure 3** depicts the distribution of 18 ecological systems. High quality native grasslands, as mapped by Gori and Enquist (2003), are depicted in green. The ecoregion-wide conservation goal for this system consisted of a total amount of grassland to be captured (1.8 million acres or 100% of the remainder of this system) and a minimum patch size. Although the overall conservation goal for this system appears high, conserving 100% represents only 24% of the historical extent of this grassland type (Gori and Enquist 2003). We selected a relatively large minimum patch size of 32,000 acres based on an analysis of the distribution of patch sizes and an assumption that larger, unfragmented patches maintained as high quality



Figure 2.  Fine filter species occurrence data for Huachuca Mountains Grassland Valley Complex conservation area.

BLM_0057093



Figure 3. Coarse filter (ecological system) targets for Huachuca Mountains Grassland Valley Complex conservation area.



Figure 4. Apache Highlands cost surface for Huachuca Mountains Grassland Valley Complex conservation area and environs.

BLM_0057094

native grasslands would maximize viability for grassland species. Note that despite the lack of fine filter data for the Mexico portion, 47% of the conservation area lies on the Mexico side of the border. This is largely the result of the extensive grassland that occurs in the Mexico portion. This graphic illustrates how good coarse filter data, combined with conservation goals at a meaningful scale, can compensate for gaps in fine filter data in the delineation of conservation areas.

**Figure 4** illustrates one type of viability assessment used in the ecoregional assessment process – a "cost" surface or suitability index. The graphic illustrates the effect of "cost" on the delineation of conservation areas. Increasing cost is depicted by increasingly dark shades of red. Cost is an additive but unit-free value represented by the extent of human infrastructure, such as mines and other industrial development, agriculture, urban development, and roads (see Marshall et al. 2004). The algorithm that delineated conservation areas was programmed to avoid high cost areas where conservation may be incompatible and or prohibitively costly. The Huachuca Mountains conservation area is delineated in green; the graphic illustrates how higher cost areas were largely avoided, such as the major highway corridor that borders the western boundary. Some high cost areas, such as the east side of the Huachuca Mountains adjacent to the city of Sierra Vista, were included, however. This is due to the high number of endemic species occurring in this mountain range. The inclusion of "high cost" areas indicates there are limited or no other alternatives in the ecoregion in which to protect those conservation targets. Cost analyses were used in the Apache Highlands, Colorado Plateau and Southern Rocky Mountain ecoregional assessments (**Table 1**).

### The conservation area network

Carried out across an entire ecoregion, the process of identifying conservation areas described in **Figures 2 – 4** yields the primary end product of the ecoregional assessment process, a network of "conservation areas." The term "conservation area" is shorthand for the locations identified that capture the most important places to protect the 366 ecological systems and 1374 species analyzed over the six-ecoregion study area. The term does not convey special status to those areas; rather, the network of conservation areas is a blueprint for where enhanced attention to conservation management would contribute to a larger regional conservation vision. The purpose of this project was to aggregate and standardize conservation area data across the six-ecoregion study area.

The aggregation and standardization process resulted in a network of 568 conservation areas comprising nearly 100 million acres, or 42% of the six-ecoregion study area. **Figure 5** depicts this network as a series of irregularly shaped polygons in green. Conservation areas range in size from just over 100 acres to approximately 5.7 million acres. **Figure 6** provides a frequency distribution for the size of conservation areas. The vast majority of conservation areas (82%) are less than 250,000 acres in size; the median for all conservation areas is 50,000 acres. There are at least five factors that account for the size, shape, and distribution of the conservation area network, including:

1. The distribution of species and ecological systems is not uniform across the southwestern U.S. and northwestern Mexico. The considerable range in elevation (sea level to 14,000 feet) and complex topography in the six-ecoregion study area yields a non-uniform distribution of systems and species.
2. Habitat and other life-history requirements of target systems and species differ. For example, the San Fransciso groundsel (*Senecio franciscanus*) is restricted to alpine areas on the San Francisco Peaks in the Arizona – New Mexico Mountains ecoregion, whereas the endangered Sonoran pronghorn (*Antilocapra americana sonoriensis*) roams across nearly 6 million acres along the Arizona – Sonora borderlands in the Sonoran Desert ecoregion. The net result is that the size and shape of conservation areas is, in part, a function of the spatial occurrence of the conservation targets selected and the requirements of those targets as expressed by conservation goals.

BLM_0057095

3. Species-level target data are not uniformly sampled across the landscape.  Species-level datasets often contain taxonomic and geographic sampling biases.  These biases are inherent in any analysis using species-level data.  However, coarse-filter conservation targets may help overcome this bias as hypothesized in **Figures 2-4**.

4. The advent of computerized conservation area selection algorithms enabled assessment teams to program boundary modifier values that affect perimeter to interior ratios and the degree to which conservation areas were "connected."  Assessments, such as the Apache Highlands used higher values for the boundary modifier which yielded large, "connected" conservation areas.

5. Conservation area selection algorithms are programmed to identify an "efficient" network where conservation goals are met with a minimum amount of area.  Thus, if a conservation target is found in two locations, but one location includes two additional conservation targets, the algorithm will select the area with the additional conservation targets (assuming viability and other factors are equal).



Figure 5.  Conservation areas delineated for the six ecoregions.

BLM_0057096



**Figure 6**. Frequency Distribution for the Size of Conservation Areas in the Six-Ecoregion Study Area.

One conclusion that might be drawn from inspection of the conservation area network in **Figure 5** is that areas outside the network are not important biologically. This conclusion would be false for the following reasons: First, conservation area boundaries were intended to generally, rather than precisely, delineate the areas across the landscape harboring the most viable occurrences of species and ecological systems. Data precision across species and systems varies. Therefore, conservation area boundaries should be considered first approximations of areas that should be the focus of enhanced conservation management. Second, most lands and waters on Earth support life forms, food webs, and nutrient cycles, so any analysis purporting to identify priorities ultimately is identifying a set of tradeoffs. Identifying tradeoffs more explicitly is one of the purposes of ecoregional assessments. In rapidly-growing areas, such as the six-ecoregion study area, conservation options are foreclosed on a daily basis. The conservation area network represents the first attempt for the study area at a systematic and comprehensive analysis of scientific data and identification of a blueprint for biological diversity conservation at a scale commensurate with the scope and magnitude of change caused by human activities. The comprehensive, systematic, and explicit nature of the assessments can better enable decision-makers and other leaders in institutions and agencies to plan, fund, and implement conservation-related activities in a manner that enhances biological diversity or unrelated activities in a manner that minimizes further losses of biological diversity.

BLM_0057097

# USE OF ECOREGIONAL ASSESSMENT DATA

### Land management status and the network of conservation areas

A basic use of ecoregional data is in visualizing the scale of needed conservation management, the geography in which to focus management, and in identifying the key agencies, institutions, and organizations that are positioned to affect conservation management. To facilitate the latter, we used the USGS Regap Provisional Land Stewardship dataset for AZ, CO, NM, NV, and UT and Gap-related products for portions of the study area in CA, WY, and TX to derive surface management statistics for the conservation area network. **Figure 7** shows the relationship between land management status in the U.S. portion of the six-ecoregion study area and the network of conservation areas. Sixty-five percent of the conservation area network occurs on federal lands with Bureau of Land Management (BLM) and U.S. Forest Service (USFS) lands comprising 47% of the network. Private lands, the next largest category, comprise 19% of the network.

**Figure 8** graphs the conservation area network as a proportion of the total lands managed by each of the region's primary land managers. In rank order, 84% of U.S. Fish & Wildlife Service (USFWS), 78% of National Park Service (NPS), 51% of USFS, 48% of Department of Defense (DoD), 44% of BLM, 34% of private, 33% of state, and 22% of Tribal lands were included within the conservation area network. The "other" category includes the Bureau of Reclamation, county and municipal land holdings; 68% of those lands were included in the network. The large amount of federal land in the conservation area network reflects, to a large degree, the overall land management pattern in the southwestern U.S. It also underscores the significant diversity of ecological systems and species found on federal lands and the importance those lands for the maintenance of biological diversity.



Figure 7.   Management Status for Conservation Areas Identified in the Six-Ecoregion Study Area.

Although the federal estate is subject to land exchanges, in many areas it still retains a relatively high level of intactness when compared to surrounding private lands. Moreover, as private land is converted from native habitat to other uses and is increasingly fragmented, federal lands will increasingly serve as refugia for rare species and ecological systems. Thus, an important conservation application of ecoregional data is in the identification of geographies within the federal estate for which land-use allocations may be evaluated for their compatibility with the conservation values present. Second, the systems and species that comprise conservation targets provide a starting point for evaluating the extent to which natural disturbance regimes are in place at a scale, frequency, intensity, seasonality, etc., that will

BLM_0057098



Figure 8.  The Conservation Area Network Identified in the Six-Ecoregion Study Area
as a Function of the Total Area Managed by Major Land Managers.

increase the likelihood that the area's systems and species remain viable, an important component of
management focused on maintaining "healthy ecosystems."

## Cooperative land management focused on ecosystem health

An example of a cooperative effort that took into account natural disturbance regimes as one
basis for land management can be found in southeastern Arizona where wildfire and drought are the
predominant disturbance regimes. **Figure 9** illustrates the frequency with which wildfire occurs in
southeastern Arizona in the absence of suppression (figure adapted from Schussman et al. 2006).
Recognizing the important role of fire ten federal, state, and private land managers recently developed a
cooperative fire management plan for the area centered on the Huachuca Mountains Grassland Valley
Complex referred to in **Figures 2-4**.  The goal of the Huachuca Area Fire Partners was "to take on
projects that participants are unable to accomplish on their own" (Huachuca Area Fire Partners 2005).
Furthermore, "the fire partnership aims to work together to let natural fires burn when feasible, suppress
unwanted wildfires, conduct prescribed burns, and use non-fire means to reduce fuels around developed
areas."  Partnership projects "will cross political boundaries to manage fire along natural features and
roadways."  The plan delineates fire management zones and identifies a series of treatments for the
partners to pursue collaboratively.  This effort is notable for several reasons.  First, in an environment of
decreasing budgets, the Huachuca Area Fire Partners pooled funding an expertise around a shared land
management objective.  Second, the scale of the project is significant for it focuses on the total extent of
fire-adapted ecosystems rather than a portion that occurs within a single jurisdictional boundary.  This
aspect, combined with the shared objective of integrating natural disturbance processes into land
management, has enabled the Huachuca Area Fire Partnership to transcend the single species approach to
conservation land management.  If the partnership succeeds in getting to the implementation phase they
will have made significant strides in enhancing the viability of this important regional conservation area.

BLM_0057099



Figure 9. Historical fire frequency for the primary vegetation types in southeastern Arizona.

### State wildlife conservation plans

In 2001 Congress created the State Wildlife Grants program as the nation's core program for keeping wildlife from becoming endangered. Federal funding to states is predicated on the completion of State Wildlife Conservation Plans. These plans, also referred to as State Wildlife Action Plans, define a vision of conservation success for the nation's wildlife. Among the eight elements state plans address is a requirement for states to coordinate implementation of conservation measures with federal, state, and local agencies and Tribes. This requirement provides an opportunity for states to play a leadership role in focusing state and federal funding on geographics and approaches that will enable states to meet the vision intended by Congress. Many states have integrated ecoregional assessment data, in whole or part, into their plans. And some groups, such as the Huachuca Area Fire Partners described above, have already begun collaborative efforts that focus on enhancing ecosystem health at conservation areas identified through the ecoregional assessment process.

However, there is a considerable need to expand the number of outcome-focused collaborations working to improve ecosystem health at a meaningful scale. As an example, **Figure 10** ranks the network of conservation areas based on the number of terrestrial species with status under the Endangered Species Act or that are non-listed but rare. Sixty-two percent of the conservation areas (over 350 areas) support rare or endangered terrestrial species and their habitat. Eighty-two conservation areas support habitat for between 5 and 20 rare or endangered species, comprising approximately 47.8 million acres. Maintaining healthy ecosystems for these species as well as limiting the need for additional listings under the ESA presents a significant challenge in an era of decreasing budgets. Collaborative, cross-boundary projects

BLM_0057100

focused on ecosystem condition provide one avenue to meet this challenge. Consider that 54% of the conservation areas in the U.S. portion of **Figure 10** are managed by at least three major land managers. More than 100 conservation areas are managed by USFS and BLM and 84 are managed by USFS, BLM and a state agency. These data affirm the well-known fact that ecosystems don't stop at jurisdictional boundaries. Given the median size for conservation areas is from 50,000 to 250,000 acres, these data also underscore that the conservation and land management community will have to increase the scale of conservation management, a significant challenge in an era of limited funding. Under the auspices of State Wildlife Conservation Plans, and armed with regional datasets, states have an opportunity to play a leadership role in convening, implementing, and learning how to manage ecosystems for the benefit of biodiversity.



Figure 10. Conservation areas by number of terrestrial ESA-listed species and non-listed rare species.

## National Fish Habitat Initiative

The International Association of Fish and Wildlife Agencies, in conjunction with the U.S. Fish & Wildlife Service and National Marine Fisheries Service, is leading a nation-wide effort to address the loss and degradation of aquatic habitats that supports the nation's fish biodiversity – the National Fish Habitat Initiative (NFHI). Noting significant gains made in the enhancement of aquatic habitat with the advent of environmental regulations introduced in the 1970s, NFHI's Action Plan cautions that "these efforts have not kept pace with impacts resulting from population growth and land-use changes" (NFHI 2006). The Plan includes a number of ambitious goals, including: preparation of a *Status of Fish Habitats in the United States* by 2010; protection of all healthy and intact fish habitats by 2015; and improvement in the condition of 90% of priority habitats and species targeted by Fish Habitat Partnerships by 2020. Among the Initiative's strategies is support to foster new partnerships and communicate the status and needs of aquatic habitats. A science and data strategy notes the need to "utilize an integrated landscape approach that includes the upstream/downstream linkages of large scale habitat condition factors" (NFHI 2006).

The Plan's ambitious goals and strategies will require biological and ecological assessments and data syntheses to support effective use of funds and successful outcomes. The six-ecoregion geodatabase provides one source of contemporary assessment information that can be used to quickly identify high priority aquatic systems and species. Native aquatic- and riparian-dependent species were a major focal point of ecoregional assessment for the southwestern U.S. Of the 1374 fine-filter conservation targets analyzed in the six-ecoregion study area, 39% were aquatic- or riparian-obligate species. Each conservation target was assigned a conservation goal and is represented in one or more conservation areas throughout the network. Moreover, conservation areas typically capture several or more aquatic systems

BLM_0057101

and species (**Figure 11**) and, thus, form a good starting point for evaluating the conservation activities needed to maintain the viability of those systems and species.

In **Figure 11** conservation areas are ranked by the number of aquatic and riparian species that are rare or have status under the ESA. This analysis demonstrates the importance of aquatic habitat throughout the arid Southwest; it is also a sobering illustration of the state of imperilment of our aquatic systems with several large conservation areas harboring nearly 30 rare and endangered aquatic and riparian species. Although NFHI's goals extend to introduced sport fisheries, ecoregional assessment data provide highly synthesized data for those efforts that wish to pursue native fish conservation. Moreover, ecoregional assessment data also facilitate NFHI's intent to "utilize an integrated landscape approach," because locations identified to capture aquatic systems and species are imbedded within their larger terrestrial conservation areas providing NFHI



Figure 11.  Conservation areas by number of aquatic and riparian ESA-listed species and non-listed rare species.

efforts an opportunity to evaluate system-level management actions that might benefit terrestrial as well as aquatic and riparian systems and species. For example, Gori and Backer (2005) found a ten-fold increase in populations of Gila chub (*Gila intermedia*), proposed for listing under the ESA, over the course of a 12-year period where grazing rest and prescribed burning were used to improve watershed conditions on a 50,000-acre watershed jointly managed by BLM and TNC in southeastern Arizona. The study also documented significant improvement in aquatic habitats, such as increasing pool depth, number of pools per km, and extent of bank cover. These changes occurred during a period of decreasing stream flows indicating that the habitat improvements likely resulted from structural changes in the stream channel rather than increases in stream flow.

The National Fish Habitat Initiative's caution about the causes of current aquatic habitat loss and degradation – impacts from population growth and land-use changes – are the same issues facing conservation efforts within the terrestrial domain. Thus, the prospect of unifying aquatic- and terrestrial-based conservation efforts around a shared geography with shared priorities and the gamut of strategies, including large-scale system-level restoration and management, presents a unique challenge for efforts like NFHI and State Wildlife Conservation Plans. If large-scale, cooperative conservation planning is the new prerequisite for capturing federal, state, and private conservation funds then a first step for existing and emerging efforts might be to critically evaluate the opportunities that can be leveraged with contemporary, cross-boundary assessments that unify terrestrial and aquatic conservation priorities before additional investments are made in new priority-setting exercises.

BLM_0057102

# THE SIX-ECOREGION GEODATABASE

## Development of the geodatabase

Our primary goal in developing the geodatabase was to compile a standardized, cross-ecoregional dataset with a limited number of common attributes that would be useful for conservation-related analyses. We limited the number of attributes standardized across ecoregions to eleven for two reasons; data standardization is costly and we viewed the geodatabase as a demonstration project that could be enhanced over time as needs dictated and funding permitted. The geodatabase differs from the individual ecoregional datasets in several ways, which are described below. However, the geodatabase was developed in a manner that facilitates referencing back to the original ecoregional datasets and documentation. In fact, we adopted the original ecoregional assessment documents as the standard reference; users can cross-reference output from the geodatabase with the original ecoregional documentation to evaluate changes made in the geodatabase. The information contained in the following section is intended for the technical user interested in using the six-ecoregion geodatabase for tabular and spatial-based analyses.

The data are packaged as an E.S.R.I. personal geodatabase in the format of a single Microsoft Access ".mdb" file. Some of the tabular data can be queried and manipulated in MS Access. All spatial and tabular data can be queried and manipulated in E.S.R.I.'s suite of ArcGIS products. The geodatabase includes:

1. a polygon spatial layer (i.e. feature class) with summary attributes for each of the 568 conservation areas identified; overlap of conservation area polygons at ecoregional boundaries was eliminated to facilitate accurate target accounting in cross-ecoregional analyses (see section on reconciling spatial overlap, below);

2. six related tables with standardized, cross-ecoregional attributes for conservation targets as well as source information that preserves the lineage of nomenclature between the original ecoregional datasets and the geodatabase;

3. six feature classes (packaged as a feature dataset) for each of the original ecoregional datasets to facilitate single-ecoregional analyses.

Development of the geodatabase required four steps, which are briefly described below: (1) selecting a common set of attributes; (2) standardizing attributes across ecoregions; (3) developing the database schema and conventions; (3) reconciling spatial overlap for conservation areas at ecoregional boundaries.

### Data content and attributes

The geodatabase includes 31 attributes. Seventeen attributes describe conservation targets and include nomenclatural and unique identifiers, taxonomic and habitat descriptors, and conservation status descriptors. Nine attributes characterize summary statistics for conservation areas. The remaining attributes characterize source information or provide functional links among the six data tables. For a complete description of the dataset and attribute values, refer to the companion metadata file (*six ecoregion geodatabase.html* available at http://www.azconservation.org).

Note that individual state heritage program policies prohibit third-party distribution of point locality data for species-level conservation targets. As a result, the geodatabase does not include specific

BLM_0057103

locality data for fine-filter species. However, a unique identifier used by NatureServe and affiliated Heritage Programs was included in the geodatabase to facilitate user requests for species locality data from NatureServe or affiliated state Heritage programs and analysis of these data with the six-ecoregion geodatabase.

### Data standardization

A primary goal of the data standardization process was to facilitate map overlays with third-party data with results resolved to the bounds of the conservation areas. For example, we wanted to facilitate accurate summaries and comparisons of conservation targets across conservation areas at any scale; provide conservation-related attributes that would enable users to filter data queries by those attributes (e.g., taxonomic group, ESA status, or distinguishing between terrestrial and aquatic targets); and perform accurate area calculations across conservation areas at any scale.

Eleven attributes associated with conservation targets were standardized to facilitate cross-ecoregional analyses (**Table 5**). NatureServe Explorer (http://www.natureserve.org/explorer/) was used as the primary source to facilitate standardization. First, we standardized common, scientific names and taxonomic affiliation for all species-level targets. We added two taxonomic grouping attributes that reconcile the various approaches used to assign taxonomic categories to species targets (see **Table 5**). Second, ecological system target data varied among the six ecoregions with some assessments using association-level data described by predominant species (e.g., Populus fremontii-Salix gooddingii-Salix exigua) and others using less specific descriptors. We added a higher level grouping attribute that enables users to quickly identify major ecological systems (e.g., Fremont cottonwood riparian woodland), regardless of the species' modifiers used to describe the system. Third, we standardized four conservation attributes, including Global Heritage Program rank, Endangered Species Act status, distribution, and habitat association. The distribution attribute enables users to distinguish between endemic and widespread species and the habitat association enables users to distinguish between terrestrial and riparian/aquatic conservation targets. The remaining attributes include source information, which were left in their original form, referencing attributes that serve as functional links among the dataset's six tables, or summary statistics associated with conservation areas.

### Reconciling spatial overlap of conservation areas at ecoregional boundaries

Two artefacts of the methods used to delineate ecoregional conservation areas required spatial reconciliation when merging data from two adjacent ecoregions. First, most ecoregional assessments identified conservation areas that included portions of adjacent ecoregions, either because the occurrence of conservation targets crossed ecoregional boundaries or because conservation areas were delineated in a coarse fashion. Ecoregional boundaries were intended only to serve as coarse scale analytical units rather than fixed boundaries to constrain the delineation of conservation areas. Subsequent ecoregional assessment efforts for adjacent ecoregions often identified similar geographies for inclusion in conservation areas; the process of aggregating ecoregional datasets created spatial overlap of conservation areas at the margins of ecoregions.

The spatial overlap generated when aggregating ecoregional data introduces errors when performing area calculations and conservation target summaries. As an example, the Gila River spans three ecoregions in southwestern New Mexico and southeastern Arizona – the AZ-NM Mountains, Apache Highlands, and Sonoran Desert ecoregions. Among the three assessments, six conservation areas were delineated that included contiguous portions of the entire Gila River and major tributaries above where all flow is diverted in Florence, AZ. A query of the three original ecoregional datasets to determine the number of conservation targets present on the entire river would yield 195 targets. This number is inaccurate, however, because each of the three assessments had conservation targets in

BLM_0057104

common.  A query of the aggregated, "scrubbed" data in the six-ecoregion geodatabase yields the true number of conservation targets associated with the Gila River, 118.

To eliminate errors, all overlapping conservation areas were evaluated to determine whether the overlap was due to a generalized delineation of conservation areas – and, therefore, had no conservation targets in common – or was the result of a fairly precise delineation of conservation areas that shared common targets across ecoregional boundaries.  In the former cases, generalized boundaries were "trimmed" to eliminate overlap.  In the latter case, adjacent conservation areas were merged.  Merging conservation areas across ecoregional boundaries sometimes resulted in the creation of large conservation areas.  Because this operation introduces its own set of tradeoffs in performing analyses on ecoregional data, decisions on when to merge overlapping conservation areas were guided by the following rationale. If overlapping conservation areas shared conservation targets, particularly ecological systems, this was taken as an indication that the adjacent ecoregional assessments were analyzing the same geographies for the same targets.  In these cases the conservation areas were merged under the assumption that determinations of conservation area boundaries at the margins of ecoregional planning units were an artefact of the planning unit rather than the distribution of conservation targets on the ground.  Thus, had the assessment been conducted at a larger scale, or used different planning unit boundaries, it is likely that the larger area containing the full distribution of the conservation targets would have been delineated. **Appendix 1** provides source information for modifications made to conservation areas in the geodatabase.

The second artefact of the methodology relates to the manner in which riverine-based conservation areas were delineated.  In contrast to terrestrial conservation areas, assessment teams often used ecoregional boundaries to delimit the extent of riverine- and riparian-based conservation areas.  A primary rationale was that many river systems extend well past ecoregional boundaries creating technical and resource challenges for assessment teams that were already considering geographies that spanned tens of millions of acres.  For the six-ecoregion geodatabase, we "re-connected" riverine-based conservation areas that were adjacent and/or overlapped at ecoregional boundaries to facilitate analyses of the entire portions of river systems delineated as conservation areas.  In several cases linear, riverine-based conservation areas in one ecoregion were adjacent to large non-linear conservation areas containing both terrestrial and aquatic/riparian conservation targets.  In these cases we applied an "aquatics area rule" where the riverine- and riparian-based geographies were extracted to create a consistent riverine-based conservation area geometry imbedded within the larger terrestrial conservation area.  Consult **Appendix 1** for information on modifications made based on the aquatic area rule.

THIS SECTION INTENTIONALLY LEFT BLANK.

BLM_0057105

**Table 5**. Example Data Records for the Eleven Standardized Attributes in the Six-Ecoregion Geodatabase.

| Attribute from *"Source Target Data"* Table (see Figure 12) | Attributes from the *"Rollup Target Data"* Table (see Figure 12) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Target Aggregate Name** | **Target Rollup Name** [standardized name] | **Target Other Name** | **Rollup Gelcode** [Target Element Occurrence Code] | **Level of Biological Organization** | **Taxonomic Group** [Specific] | **General Taxonomic Group** | **Global Rank** | **Endangered Species Act Rank** | **Rollup Distribution** | **General Habitat Type** |
| – | Empidonax traillii extimus | Southwestern Willow Flycatcher | ABPAE33043 | Species | Bird | Bird | G2 *(rare)* | LE *(endangered)* | Widespread | Aquatic/ Riparian |
| – | Acroloxus coloradensis | Rocky Mountain Capshell Limpet | IMGASK8010 | Species | Mollusk | Invertebrate | G3 *(uncommon)* | – | Limited | Aquatic/ Riparian |
| – | Callophrys mossii schryveri | Schryver's Elfin | IILEPE2205 | Species | Insect | Invertebrate | G3 *(uncommon)* | – | Endemic | Terrestrial |
| Alpine-Subapline Meadow | Alpine dry tundra & alpine/ subalpine wet meadow | – | NEWE54 *(Unique coding was added for entities not tracked by NatureServe)* | Ecological System | – | – | GU *(unranked)* | – | Limited | Terrestrial |
| Ponderosa Pine Forest | Ponderosa Pine Forest Community (specific) | Ponderosa Pine / Gambel Oak Woodland | NEWC05 | Community | – | – | GU *(unranked)* | – | – | Terrestrial |

BLM_0057106

**Database schema and conventions**

The schema used in the development of the geodatabase applies standard, normal forms to the 31 attributes. The result is an economical dataset with a small number of important attributes that enable a variety of conservation-related analyses with consistency and accuracy across ecoregional boundaries. Refer to **Figure 12** for a depiction of the data schema and to the companion metadata document for a complete description of attributes. Conventions for attributes common to all six ecoregions follow standards established by the Conservancy's Ecoregional Data Standards Technical Team (2004). Additional attributes, unique to the six-ecoregion geodatabase, are further described in the associated metadata file.



Figure 12. Six-Ecoregion Geodatabase Schema (orange objects indicate spatial data with attributes; green objects indicate related tabular data).

BLM_0057107

## Geodatabase function

To facilitate use of the geodatabase for common queries examples are provided below that relate query parameters to the data schema depicted in **Figure 12**. Note that the term "rollup" refers to data merged and standardized across ecoregions as opposed to original data from the six source assessments.

### Generating conservation target lists per conservation area

To determine which conservation targets are associated with one or more conservation areas, users should trace the relationships from the "Rollup Conservation Areas" feature class to the "Rollup Target Data" table (see **Figure 12**). This will provide the lists of conservation targets per conservation area. It is important to note that the "TGT Rollup Name" field provides both a standardized nomenclature and a *basic* level of aggregation for coarse-filter targets that harmonizes variation in how coarse-filter targets were named in the source assessments. To honor the rationale of the source assessment documents, certain coarse-filter rollup target names are called out with both general (e.g., "Riparian Woodland") and specific names (e.g., "Riparian Woodland Community (specific)"). **Table 6** illustrates the decision-making that yielded a "Rollup Target Name" for riparian areas. Note, given these conventions, a specific or non-specific rollup target name may be repeated per conservation area; thus, users may want to sum across repeated entries.

### Generating conservation area lists for particular conservation targets

Users may determine the conservation areas in which a particular conservation target occurs by querying either the ""Rollup Target Data" or "Source Target Data" tables and trace the selection back to the "Rollup Conservation Areas" feature class (**Figure 12**). The "TGT Aggregate Name" field in the "Source Target Data" table enables users to select all similar coarse-filter targets, regardless of the conventions applied in the "Rollup Target Data" table. This field provides a *secondary* level of aggregation for coarse-filter targets. Refer to **Table 6** for example data records and the aggregation feature built into the dataset.

**Table 6**. Example Relationship Between Two Data Tables in the Geodatabase Containing Information on Conservation Targets. *Refer to Figure 12 to trace field and table names listed below.*

| *"Rollup Target Data"* Table | *"Source Target Data"* Table | |
|---|---|---|
| **TGT Rollup Name** | **TGT Scientific Name** | **TGT Aggregate Name** |
| Riparian Woodland | | Riparian Forest and Woodland |
| Montane Riparian Woodland and Shrubland | | Riparian Forest and Woodland |
| Mesquite Bosque | | Riparian Forest and Woodland |
| Riparian Woodland Community (specific) | Alnus oblongifolia/Leersia oryzoides | Riparian Forest and Woodland |
| Riparian Woodland Community (specific) | Baccharis salicifolia/Scirpus pungens | Riparian Forest and Woodland |
| Riparian Woodland Community (specific) | Juglans major/Foresteria pubescens var. pubescens | Riparian Forest and Woodland |

### Generating comparison data for the 568 conservation areas

Users needing tallies of conservation target attributes by conservation area should use the "Rollup Conservation Areas" table. This table provides conservation target summary information for each conservation area and lends itself to basic queries that provide comparisons among the conservation areas.

BLM_0057108

# LITERATURE CITED

Andelman, S., I. Ball, F. Davis, and D. Stoms. 1999. SITES v. 1.0: An Analytical Toolbox for Designing Ecoregional Conservation Portfolios. Manual prepared for The Nature Conservancy. http://www.biogeog.ucsb.edu/projects/tnc/toolbox.html

Bailey, R.G. 1995. Description of Ecoregions of the United States. U.S. Forest Service Miscellaneous Publications Number 1391. Washington, DC. USDA Forest Service.

Bell, G., J. Baumgartner, J. Humke, A. Laurenzi, P. McCarthy, P. Mehlhop, K. Rich, M. Silbert, E. Smith, B. Spicer, T. Sullivan, S. Yanoff. 1999. Ecoregion Conservation Analysis of the Arizona-New Mexico Mountains. Prepared by The Nature Conservancy with support from agency and institutional partners. 151 pp. Document available at http://www.azconservation.org.

Gori, D.F. and D. Backer. 2005. Watershed Improvement Using Prescribed Burns as a Way to Restore Aquatic Habitat for Native Fish. Pp. 403-406 In (Gottfried, G., Gebow, B. Eskew, L.G., Edminster, C.B., eds.). Connecting Mountain Islands and Desert Seas: Biodiversity and Management of the Madrean Archipelago II. 2004 May 11-15, Tucson, AZ. Proceedings RMRS-P-36. Fort Collins, CO. U.S.D.A. Forest Service Rocky Mountain Research Station. Document available at http://www.azconservation.org.

Groves, C.R. 2003. Drafting a Conservation Blueprint: A Practitioner's Guide to Planning for Biodiversity. Washington, DC: Island Press.

Groves, C.R., D.B. Jensen, L.L. Valutis, K.H. Redford, M.L. Shaffer, M. Scott, J. Baumgartner, J. Higgins, M.W. Beck, and M.G. Anderson. 2002. Planning for Biodiversity Conservation: Putting Conservation Science into Practice. 52, (6): 499-512.

Huachuca Area Fire Partners. 2005. Fire Management Plan 2005: Restoring Healthy Landscapes and Ecosystems. A collaborative effort by the Appleton-Whittell Research Ranch, National Audubon Society; Arizona State Land Department; Babocomari Ranch; Coronado National Memorial, National Park Service; Fort Huachuca, U.S. Army; San Pedro Riparian National Conservation Area, Bureau of Land Management; San Rafael Ranch; San Rafael Ranch State Park, Arizona State Parks; Sierra Vista Ranger District, Coronado National Forest, USDA Forest Service; and The Nature Conservancy. Available at the ecological land management page at http://www.azconservation.org.

Marshall, R.M., S. Anderson, M. Batcher, P. Comer, S. Cornelius, R. Cox, A. Gondor, D.F. Gori, J. Humke, R.P. Aguilar, I.E. Parra, and S. Schwartz. 2000. An Ecological analysis of conservation priorities in the Sonoran Desert ecoregion. Prepared by the Nature Conservancy Arizona Chapter, Sonoran Institute, and Instituto del Medio Ambiente y el Desarrollo Sustentable del Estado de Sonora with support from Department of defense Legacy Program, Agency and Institutional partners. 146 pp. Document available at http://www.azconservation.org.

Marshall, R.M., D. Turner, A. Gondor, D.F. Gori, C. Enquist, G. Luna, R.P. Aguilar, S. Anderson, S. Schwartz, C. Watts, E. Lopez, and P. Comer. 2004. An Ecological analysis of conservation priorities in the Apache Highlands ecoregion. Prepared by The Nature Conservancy of Arizona, Instituto del Medio Ambiente y el Desarrollo Sustentable del Estado de Sonora, agency and institutional partners. 152 pp. Document available at http://www.azconservation.org.

BLM_0057109

National Fish Habitat Intitiative. 2006.  National Fish Habitat Action Plan: Cooperation-Investment-Stewardship.  International Association of Fish and Wildlife Agencies.  *www.fishhabitat.org*

Neely, B., P. Comer, C. Moritz, M. Lammert, R. Rondeau, C. Pague, G. Bell, H. Copeland, J. Humke, S. Spackman, T. Schulz, D. Thoebold, L. Valutis. 2001. Southern Rocky Mountains: An Ecoregional Assessment and Conservation Blueprint. Prepared by The Nature Conservancy with support from U.S. Forest Service, Rocky Mountain Region, Colorado Division of Wildlife, and Bureau of Land Management.  354 pp.  Document available at http://www.azconservation.org.

Schussman, H., C. Enquist, and M. List. 2006.  Historic Fire Return Intervals for Arizona and New Mexico: A Regional Perspective for Southwestern Land Managers.  Prepared by The Nature Conservancy as part of the Southwest Forest Assessment Project.  Available at http://www.azconservation.org.

The Nature Conservancy. 1997. Designing a Geography of Hope. Guidelines for Ecoregion-Based Conservation in The Nature Conservancy.  The Nature Conservancy.  Arlington, VA. 84 pp.

The Nature Conservancy. 2000a. Designing a Geography of Hope. A Practitioner's Handbook to Ecoregional Conservation Planning.  Volume I.  The Nature Conservancy.  Arlington, VA.

The Nature Conservancy. 2000b. Designing a Geography of Hope. A Practitioner's Handbook to Ecoregional Conservation Planning.  Volume II.  The Nature Conservancy.  Arlington, VA.

The Nature Conservancy. 1998.  Ecoregion-based conservation in the Central Shortgrass Prairie. Prepared by The Nature Conservancy of Colorado with support from agency and institutional partners. 221 pp.

The Nature Conservancy. 2001. Ecoregion-based conservation in the Mojave Desert.  Prepared by The Nature Conservancy of Nevada with support from agency and institutional partners.  332 pp. Document available at http://www.azconservation.org.

The Nature Conservancy Ecoregional Data Standards Technical Team. 2004. Ecoregional Assessment Data Standard, Version 1.0. Available at http://conserveonline.org/docs/2004/09/ERA_Data_Standard_Version_1.0.zip

Tuhy, J.S., P. Comer, D. Dorfman, M. Lammert, J. Humke, B. Cholvin, G. Bell, B. Neely, S. Silbert, L. Whitham, B. Baker, The Nature Conservancy, and The Colorado Plateau Ecoregional Planning Team. 2002. A Conservation assessment of the Colorado Plateau ecoregion.  Prepared by The Nature Conservancy of Utah with support from agency and institutional partners.  110 pp. + appendices.  Document available at http://www.azconservation.org.

U.S. Fish & Wildlife Service. 2004. National Advisory Acceptance Team Review Guide for the Members.  Letter to Agency Directors dated July 14, 2004, from Paul Schmidt, Chairman, NAAT.  Washington DC.

BLM_0057110

**Appendix 1**. Reference List for Conservation Areas in which Boundaries were Evaluated for Modification in the Six-Ecoregion Geodatabase.

| Conservation Area Identifiers from Original Ecoregional Datasets by Pairs of Adjacent Ecoregions | | Evaluation/Rationale for Modification | Geodatabase Identifier (Rollup CAID) |
|---|---|---|---|
| **Sonoran Desert** | **Apache Highlands** | | |
| #53 Atascosa Mtns | #65 Atascosa/Pajarito Mtns | Areas merged based on overlap of boundaries and target lists. | 1 |
| #78 Baboquivari Mtns | #63 Altar Valley | Areas merged based on overlap of boundaries and target lists. | 2 |
| #17 Altar Valley #2 | #63 Altar Valley | Areas merged based on overlap of boundaries and target lists. | 2 |
| #17 Altar Valley #2 | #61 Sierrita Mtns/Black Hills | Areas merged based on overlap of boundaries and target lists. | 2 |
| #78 Baboquivari Mtns | #60 Baboquivari Mtns | Areas merged based on overlap of boundaries and target lists. | 2 |
| #15 Cienega Creek | #66 Huachuca Mtns Grassland Valley Complex | Areas merged based on overlap of boundaries and target lists.. Aquatic area rule applied. | 3 |
| #16 Santa Rita | #57 Helmet Peak | Areas merged based on overlap of boundaries and target lists. | 16 |
| #22 Magdalena/Asuncion River | #75 Arroyo Bambuto/Rio Magdalena | Areas merged based on overlap of boundaries and target lists. Aquatic area rule applied. | 22 |
| #54 Tubutama | #75 Arroyo Bambuto/Rio Magdalena | Areas merged based on overlap of boundaries and target lists.  Aquatic area rule applied. | 22 |
| #21 Salt/Verde Tonto Creek | #26 Salt River Watershed | Areas merged based on overlap of boundaries and target lists. Aquatic area rule applied. | 26 |
| #21 Salt/Verde Tonto Creek | #21 Tonto Creek/Hellsgate Widerness | Areas merged based on overlap of boundaries and target lists. Aquatic area rule applied. | 26 |
| #98 Upper Gila River | #36 Mescal Creek/Upper Gila River | Areas merged based on overlap of boundaries and target lists. Aquatic area rule applied. | 39 |
| #98 Upper Gila River | #38 Bonita Creek/Gila Box Wilderness | Aquatic area rule applied. | 39 |
| #95 Sabino Canyon | #50 Pusch Ridge/Sabino Creek | Areas merged based on overlap of boundaries and target lists.  Aquatic area rule applied. | 50 |
| #52 Canon La Palma | #81 Canon La Palma | Areas merged based on overlap of boundaries and target lists.  Aquatic area rule applied. | 81 |
| #83 Agua Fria Watershed | #15 Agua Fria River/Sycamore Mesa | Areas merged based on overlap of boundaries and target lists. Aquatic area rule applied. | 83 |
| #83 Agua Fria Watershed | #19 Castle Creek/Black Canyon | Areas merged based on overlap of boundaries and target lists.  Aquatic area rule applied. | 83 |
| #83 Agua Fria Watershed | #22 New River Mtns | Areas merged based on overlap of boundaries and target lists. Aquatic area rule applied. | 83 |
| #85 Superstition Mtns | #32 Barge Canyon/Superstition Mtns | Areas merged based on overlap of boundaries and target lists. | 85 |
| #85 Superstition Mtns | #28 Campaign Creek/Superstition Mtns | Areas merged based on overlap of boundaries and target lists. | 85 |
| #85 Superstition Mtns | #33 Sawtooth Ridge/Superstition Mtns | Areas merged based on overlap of boundaries and target lists. | 85 |
| #99 San Pedro River/Aravaipa Creek | #43 Aravaipa Watershed | Areas merged based on overlap of boundaries and target lists.  Aquatic area rule applied. | 99 |

BLM_0057111

| #99 San Pedro River/Aravaipa Creek | #48 Buehman Canyon/Bingham Cienega | Areas merged based on overlap of boundaries and target lists.  Aquatic area rule applied. | 99 |
|---|---|---|---|
| #99 San Pedro River/Aravaipa Creek | #53 Winchester Mtns/Allen Flat/Willcox Playa | Areas merged based on overlap of boundaries and target lists.  Aquatic area rule applied. | 99 |
| #99 San Pedro River/Aravaipa Creek | #46 Kielberg Canyon | Areas merged based on overlap of boundaries and target lists.  Aquatic area rule applied. | 99 |
| #103 Trout Creek | #3 Trout Creek | Areas merged based on overlap of boundaries and target lists.  Aquatic area rule applied. | 103 |
| #103 Trout Creek | #5 Trout Creek/Big Sandy River Confluence | Areas merged based on overlap of boundaries and target lists.  Aquatic area rule applied. | 103 |
| **Sonoran Desert** | **Mojave Desert** | | |
| #38 Colorado River/Rio Hardy | #83 Colorado River | Areas merged based on overlap of boundaries and target lists. Aquatic area rule applied. | 1034 |
| **Apache Highlands** | **Colorado Plateau** | | |
| #1 Peacock/Cottonwood Mtns | #45 Cottonwood Mtns/Truxton | Areas merged based on overlap of boundaries and target lists. | 104 |
| **Colorado Plateau** | **AZ-NM Mountains** | | |
| #49 Anderson/Diablo Canyons | #46 Anderson Lakes | Overlap of ecological system targets.  Colorado Plateau Clear Creek site 50 overlaps both but was not merged because of the aquatic site rule. | 46 |
| #78 Carrizo/Lukachukai Front | #38 Chuska Mtns | Areas merged based on overlap of boundaries and target lists. | 78 |
| **Colorado Plateau** | **Southern Rocky Mtns** | | |
| #91 San Juan River (Carracas) | #152 San Juan River | Areas merged, joins contiguous segments of San Juan River. | 5001 |
| #92 Los Pinos River | #54 Florida Creek | Headwater creek; ponderosa pine; joins contiguous segments of Los Pinos River/Florida Creek. | 5002 |
| #97 Disappointment/Dry Creek | #124 Disappointment Valley | Headwater creek; pinyon juniper woodland; joins contiguous segments of Disappointment Creek; large spatial overlap in conservation area polygons; overlap in ecological systems (pinyon juniper); merged conservation areas yield ecological gradient of ~1500 ft from forest systems to desert scrub along river valley. | 5003 |
| #97 Disappointment/Dry Creek | #94 Lower Dolores River | Headwater creek, pinyon juniper; Peregrine falcon; joins contiguous segments of Dolores River; overlap in ecological system and fine filter targets. | 5003 |
| #98 Lower Dolores River | #153 San Miguel River | Headwater creek; ponderosa pine; pinyon juniper; sagebrush; joins contiguous segments of Tabeguache Creek and San Miguel River; overlap in ecological system targets. | 5004 |
| #99 Glade Park | #178 Unaweep | Headwater creek; Nokomis fritillary; joins contiguous segments of West Creek; nearly complete spatial overlap between two conservation areas. | 5005 |
| #101 Gunnison River Valley | #10 Big DominguezRiver | Headwater creek; pinyon juniper woodland; joins contiguous segments of Big Dominguez Creek; ~50% spatial overlap in conservation areas. | 5006 |

BLM_0057112

| #101 Gunnison River Valley | #50 Escalante River | Headwater creek; pinyon juniper woodland; target overlap limited but joins contiguous segments of Escalante Creek and reconciles substantial spatial overlap in two conservation areas. | 5006 |
|---|---|---|---|
| #102 Roubideau | #149 Roubideau | Headwater creek; riparian woodland; pinyon juniper; joins contiguous segments of Roubideau, Monitor, and Cottonwood creeks and reconciles considerable spatial overlap between two conservation areas | 5007 |
| #104 Uncompahgre Badlands | #89 Lawhead Gulch | Headwater creek; reconciles nearly complete spatial overlap between the two conservation areas centered on Gunnison River. | 5008 |
| #104 Uncompahgre Badlands | #181 Ute Trail | Montane shrubland; reconciles nearly complete spatial overlap between the two conservation areas; little overlap in targets. | 5008 |
| #104 Uncompahgre Badlands | #11 Billy Creek Uplands | Areas not merged.  No overlap in targets nor contiguous creek segments.  GIS overlay update Colorado Plateau by S. Rocky Mnts. | n/a |
| #104 Uncompahgre Badlands | #25 Colona Mountain | Areas not merged.  No overlap in targets. GIS update overlay Colorado Plateau by S. Rocky Mnts. | n/a |
| #104 Uncompahgre Badlands | #6 Beaton Creek East | Areas not merged.  No overlap in targets. GIS update overlay Colorado Plateau by S. Rocky Mnts. | n/a |
| #103 Hotchkiss Hills | #32 Crested Butte | Areas not merged.  Little spatial overlap. Target lists differ, no major river valley connecting high and low elevation systems.  GIS update overlay Colorado Plateau by S. Rocky Mnts. | n/a |
| #103 Hotchkiss Hills | #91 Little Coal Creek | Areas not merged.  Little spatial overlap.  No overlap in targets.  Update S. Rocky Mtns. by Colorado Plateau. | n/a |
| **AZ-NM Mountains** | **Apache Highlands** | | |
| #45 Mogollon Canyons Complex | #12 Cinch Hook Butte | Areas merged based on overlap of boundaries and target lists. | 45 |
| #45 Mogollon Canyons Complex | #10 Twentynine Mile Lake | Areas merged based on overlap of boundaries and target lists. | 45 |
| #45 Mogollon Canyons Complex | #13 Webber Creek | Areas merged based on overlap of boundaries and target lists. | 45 |
| #43 Black River/White River Headwaters | #26 Salt River Watershed | Areas merged based on overlap of boundaries and target lists. Aquatic area rule applied. | 26 |
| #39 Blue River/San Francisco River | #39 Blue River/Eagle Creek | Areas merged based on overlap of boundaries and target lists.   Aquatic area rule applied. | 39 |
| #27 Gila River | #39 Blue River/Eagle Creek | Areas merged based on overlap of boundaries and target lists.  Aquatic area rule applied. | 39 |

BLM_0057113

# Subadult and Adult Colorado Pikeminnow Monitoring; Summary of Results, 1986–2000



**Final Report**
**U.S. Fish and Wildlife Service**
**Grand Junction, Colorado**

BLM_0057114

Cover art courtesy Joseph R. Tomelleri © 1991

BLM_0057115

# Subadult and Adult Colorado Pikeminnow Monitoring; Summary of Results, 1986–2000

Recovery Program Project Number 22
Final Report
August, 2002

Charles W. McAda
U.S. Fish and Wildlife Service
764 Horizon Drive, Building B
Grand Junction, Colorado 81506

BLM_0057116

# TABLE OF CONTENTS

Page

LIST OF TABLES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ii

LIST OF FIGURES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . iii

ACKNOWLEDGMENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . v

EXECUTIVE SUMMARY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . vi

INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

METHODS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
    Sampling Reaches . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
    Sampling Protocol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
    Data Analysis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

RESULTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
    Calculation of CPE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
    Colorado Pikeminnow Relative Abundance . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
        Green River . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
        Colorado River . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
        Yampa River . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
        White River . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
        Relationship Between Mean CPE and Population Estimates . . . . . . . . . . . 13
    Size Structure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

DISCUSSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

CONCLUSIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

RECOMMENDATIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

LITERATURE CITED . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
    Affiliation of Individuals Cited as Personal Communication

APPENDIX A

BLM_0057117

## LIST OF TABLES

Table                                                       Page

1    ISMP sampling reaches .................................................... 4

2    Total number of Colorado pikeminnow captured during ISMP sampling, 1986–2000 .................................................. 7

3    Relationship between river-wide mean CPE and population estimates for years when population estimates were available .......................... 14

A-1    Mean CPE of Colorado pikeminnow in the Green River, by reach ........... A-1

A-2    Mean CPE of Colorado pikeminnow in the Colorado River, by reach ........ A-4

A-3    Mean CPE of Colorado pikeminnow in the White River, by reach ........... A-6

A-4    Mean CPE of Colorado pikeminnow in the Yampa River, by reach .......... A-7

A-5    Mean CPE of Colorado pikeminnow, by river ........................... A-9

A-6    Mean CPE of Colorado pikeminnow in the Colorado River, upper and lower reaches ........................................................ A-11

A-7    Mean CPE of Colorado pikeminnow in the Green River, upper and lower reaches ............................................................ A-12

A-8    Results of repeated measures ANOVA and linear regression of mean CPE of Colorado pikeminnow among years ............................... A-13

A-9    Results of repeated measures ANOVA and linear regression of mean CPE of Colorado pikeminnow among years ............................... A-14

A-10    Pairwise significant differences in mean CPE among years by river and river segments ...................................................... A-15

BLM_0057118